PACHULSKI STANG ZIEHL & JONES LLP
Richard M. Pachulski (CA Bar No. 62337) (*pro hac forthcoming*)
Jeffrey N. Pomerantz (CA Bar No.143717) (*pro hac forthcoming*)
Ira D. Kharasch (CA Bar No. 109084) (*pro hac forthcoming*)
Maxim B. Litvak (SBN: 24002482)
James E. O'Neill (DE Bar No. 4042) (*pro hac forthcoming*)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

*Counsel for the Debtor and Debtor in Possession*

KATTEN MUCHIN ROSENMAN LLP
Charles R. Gibbs (SBN: 07846300)
Eric C. Seitz (SBN: 24067863)
Eric T. Haitz (SBN 24101851)
Katten Muchin Rosenman LLP
1717 Main Street, Suite 3700
Dallas, Texas  75201
T: (214) 765-3600
F: (214) 765-3602
charles.gibbs@katten.com
eric.seitz@katten.com
eric.haitz@katten.com

*Proposed Co-Counsel for the Debtor
and Debtor in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054 sgj11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF SCHEDULING CONFERENCE ON
DECEMBER 6, 2019 AT 9:30 A.M. (CENTRAL STANDARD TIME)**

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

**PLEASE TAKE NOTICE** that on December 4, 2019, the United States Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court") issued an order transferring the above captioned case to the United States Bankruptcy Court for the Northern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the Court will conduct a scheduling conference before the Honorable Stacey G. C. Jernigan on **Friday, December 6, 2019 at 9:30 a.m. Central Standard Time** at the Earle Cabell Federal Building, United States Courthouse, 1100 Commerce Street, 14th Floor, Courtroom 1, Dallas, Texas 75242.  Parties may appear by phone or live in the Courtroom.  Parties wishing to appear by phone should immediately contact CourtCall at (866) 582-6878, to arrange an appearance. The Court has granted "blanket" approval for the conference on Friday so it is not necessary to contact the Court prior to contacting CourtCall. Participants must join the call no later than ten (10) minutes before the scheduled hearing time. Counsel will not be allowed to participate if late joining in. To ensure the quality of the call, a land line should be used if at all possible. Also, please use the mute feature on your phone if available. If you choose to speak, please make identification for the record.

| | |
|---|---|
| Dated: December 4, 2019 | PACHULSKI STANG ZIEHL & JONES LLP<br>Richard M. Pachulski (CA Bar No. 62337)<br>Jeffrey N. Pomerantz (CA Bar No.143717)<br>Ira D. Kharasch (CA Bar No. 109084)<br>Maxim B. Litvak (SBN: 24002482)<br>James E. O'Neill (DE Bar No. 4042)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile:  (302) 652-4400<br>E-mail:    rpachulski@pszjlaw.com<br>           jpomerantz@pszjlaw.com<br>           ikharasch@pszjlaw.com<br>           mlitvak@pszjlaw.com<br>           joneill@pszjlaw.com<br><br>Counsel for the Debtor and Debtor in Possession<br><br>     -and-<br><br>KATTEN MUCHIN ROSENMAN LLP<br>Charles R. Gibbs (SBN: 07846300)<br>Eric C. Seitz (SBN: 24067863)<br>Eric T. Haitz (SBN 24101851)<br>Katten Muchin Rosenman LLP<br>1717 Main Street, Suite 3700<br>Dallas, Texas  75201<br>Telephone: (214) 765-3600<br>Facsimile:  (214) 765-3602<br>E-mail     charles.gibbs@katten.com<br>           eric.seitz@katten.com<br>           eric.haitz@katten.com<br><br>Proposed Co-Counsel for the Debtor and Debtor in Possession |

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing Notice of Scheduling Conference was served this 4th day of December, 2019 via email through the Bankruptcy Court's electronic case filing system on the parties that have consented to such service.


             */s/ Eric T. Haitz*
             Eric T. Haitz