UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: HIGHLAND CAPITAL  §
MANAGEMENT, L.P.        §
                        §  Case No.: 19-34054 sgj11
                        §
                        §
                        §

APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: Kharasch        Ira         D.
         Last            First       MI

2. Firm Name: Pachulski Stang Ziehl & Jones LLP

3. Address: 10100 Santa Monica Blvd.
   13th Floor
   Los Angeles, CA 90067-4003

4. Phone: 310.277.6910    FAX: 310.201.0760

   Email: ikharasch@pszjlaw.com

5. Name used to sign *all* pleadings: Ira D. Kharasch

6. Retained by: Highland Capital Management, L.P.

7. Admitted on 8/16/83; 8/16/83; 8/17/11 and presently a member in good standing of the bar of the highest court of the state of Alaska, California, New York and issued the bar license number of CA: 109084.

8. Admitted to practice before the following courts:

   Court:                         Admission Date:
   N.D. Cal.; S.D. Cal            8/15/89; 9/3/91
   C.D. Cal; E.D. Cal             12/30/83; 3/21/85

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | Date of Application | Case No. and Style |
    |---|---|
    | | |
    | | |
    | | |

13. Local counsel of record: __Charles R. Gibbs - Katten Muchin Rosenmen LLP__

14. Local counsel's address: __1717 Main Street, Ste 3750__
                              __Dallas, Texas 75201__

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

Ira D. Kharasch
Printed Name of Applicant

December 5, 2019
Date

*[signature]*
Signature of Applicant