# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 11 CASE** |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** ) | |
| ) | **CASE NO. 19-34054 (SGJ)** |
| ) | |
| Debtor. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorneys of Sidley Austin LLP, hereby enter an appearance on behalf of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned bankruptcy case pursuant to Rules 2002, 3017, 9007 and 9010 of the Bankruptcy Rules and request that copies of all notices, pleadings given or filed in this case, be given and served upon it at the following address, telecopy, e-mail and telephone numbers:

> Charles M. Person
> TX State Bar No. 24060413
> Juliana Hoffman
> TX State Bar No. 24106103
> Sidley Austin LLP
> 2021 McKinney Ave.,
> Dallas, TX 75201
> T. 214-981-3300
> F. 214-981-3400
> cpersons@sidley.com
> jhoffman@sidley.com
>
> Elliot A. Bromagen
> IL State Bar No. 6326634
> Sidley Austin LLP
> One South Dearborn
> Chicago, IL 60603
> T. 213-853-7000
> F. 312-853-7036
> ebromagen@sidley.com

**PLEASE TAKE FURTHER NOTICE** that this demand includes not only the notices and papers in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also, without limitation, the schedules, statement of financial affairs, reports, letters, applications, motions, complaints, objections, claims, demands, hearings, petitions, pleadings, or requests, whether formal or informal, whether written or oral, and howsoever transmitted or filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with this case and any related proceedings.

Dated: December 5, 2019

SIDLEY AUSTIN LLP

/s/ Juliana L. Hoffman
Juliana L. Hoffman, Esq.
Penny P. Reid, Esq.
Paige Holden Montgomery, Esq.
Charles M. Persons, Esq.
2021 McKinney Ave. Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

-and-

Bojan Guzina, Esq.
Matthew A. Clemente, Esq.
Dennis M. Twomey, Esq.
Allison Ross Stromberg, Esq.
Alyssa Russell, Esq.
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

Jessica C. K. Boelter
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

PROPOSED COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on December 5, 2019, a true and correct copy of the foregoing notice was served upon the parties that receive electronic notice in this case pursuant to the Court's ECF filing system.

      */s/ Julianna L. Hoffman*
      Julianna L. Hoffman