**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

In Re:                                          §
                                                §
                                                §
                                                §   Case No:
           Debtor                               §
                                                §
                                                §

**APPLICATION FOR ADMISSION *PRO HAC VICE***

1. Name: _____
                *Last*             *First*             *MI*

2. Firm Name: _____

3. Address: _____
   
   _____
   
   _____

4. Phone: _____ FAX: _____

   Email: _____

5. Name used to sign *all* pleadings: _____

6. Retained by: _____

7. Admitted on _____ and presently a member in good standing of the bar of the highest court of the state of _____ and issued the bar license number of _____ .

8. Admitted to practice before the following courts:
   
   *Court:*                                    *Admission Date:*
   
   _____    _____
   
   _____    _____
   
   _____    _____

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

    Yes    No

    If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    Yes    No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    Yes    No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    *Date of Application*            *Case No. and Style*

    _____            _____

    _____            _____

    _____            _____

13. Local counsel of record: _____

14. Local counsel's address: _____

    _____

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

I am an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

I am not an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

_____          _____
Printed Name of Applicant                                                         Date


_____
Signature of Applicant