UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: HIGHLAND CAPITAL §
MANAGEMENT, L.P. §
§
§ Case No: 19-34054 sgj11
Debtor §
§
§

APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: __Pomerantz__   __Jeffrey__   __N.__
            Last            First           MI

2. Firm Name: __Pachulski Stang Ziehl & Jones LLP__

3. Address: __10100 Santa Monica Blvd.__
   __13th Floor__
   __Los Angeles, CA 90067-4003__

4. Phone: __310.277.6910__   FAX: __310.201.0760__

   Email: __jpomerantz@pszjlaw.com__

5. Name used to sign *all* pleadings: __Jeffrey N. Pomerantz__

6. Retained by: __Highland Capital Management, L.P.__

7. Admitted on __12/11/1989__ and presently a member in good standing of the bar of the highest court of the state of __California__ and issued the bar license number of __143717__.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | N.D. Cal.; S.D. Cal. | 4/9/92; 5/16/91 |
   | E.D. Cal.; C.D. Cal. | 8/23/93; 3/15/90 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | Date of Application | Case No. and Style |
    |---|---|
    | | |
    | | |
    | | |

13. Local counsel of record:  Charles R. Gibbs - Katten Muchin Rosenmen LLP

14. Local counsel's address:  1717 Main Street, Ste 3750
    Dallas, Texas 75201

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

Jeffrey N. Pomerantz
Printed Name of Applicant

December 5, 2019
Date

*[signature]*
Signature of Applicant