UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: HIGHLAND CAPITAL §
MANAGEMENT, L.P. §
§ Case No.: 19-34054 sgj11
Debtor §
§
§
§
§

APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: Morris_____John_____A.____
         *Last*     *First*     *MI*

2. Firm Name: Pachulski Stang Ziehl & Jones LLP

3. Address: 780 Third Avenue
   34th Floor
   New York, NY 10017-2024

4. Phone: 212.561.7700    FAX: 212.561.7777
   Email: jmorris@pszjlaw.com

5. Name used to sign *all* pleadings: John A. Morris

6. Retained by: Highland Capital Management, L.P.

7. Admitted on 2/26/1991 and presently a member in good standing of the bar of the highest court of the state of New York and issued the bar license number of 2405397.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | S.D.N.Y. | 1/7/1992 |
   | E.D.N.Y. | 8/28/1995 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

    ☒ Yes ☐ No

    If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | Date of Application | Case No. and Style |
    |---|---|
    | 5/15/2015 | ERG Intermediate Holdings, LLC, et al. |
    | | |
    | | |

13. Local counsel of record: __Charles R. Gibbs - Katten Muchin Rosenmen LLP__

14. Local counsel's address: __1717 Main Street, Ste 3750__
    __Dallas, Texas 75201__

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

John Morris
Printed Name of Applicant

December 5, 2019
Date

*[signature]*
Signature of Applicant