# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) Case No. 19-34054 sgj11 |
| Debtor. | ) *Re: Docket No. 41* |

## WITHDRAWAL OF NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

Charles R. Gibbs, Eric C. Seitz, and Eric T. Haitz of Katten Muchin Rosenman LLP hereby file this *Withdrawal of Notice of Appearance and Demand for Service of Papers* on behalf of Highland Capital Management, L.P.

The Debtor will continue to be represented by counsel previously approved by the United States Bankruptcy Court for the District of Delaware.

Dated: December 6, 2019

KATTEN MUCHIN ROSENMAN LLP

*/s/ Charles R. Gibbs*

Charles R. Gibbs (SBN: 07846300)
Eric C. Seitz (SBN: 24067863)
Katten Muchin Rosenman LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
T: (214) 765-3600
F: (214) 765-3602
charles.gibbs@katten.com

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

eric.seitz@katten.com

*- and –*

Eric T. Haitz (SBN 24101851)
Katten Muchin Rosenman LLP
1301 McKinney Street, Suite 3000
Houston, Texas 77010-3033
T: (713) 270-3410
F: (713) 270-3401
eric.haitz@katten.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers was served this 5th day of December, 2019 via email through the Bankruptcy Court's electronic case filing system on the parties that have consented to such service.

  /s/ Eric T. Haitz
Eric T. Haitz