**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054 (SGJ) |
| Debtor. | |

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE ST # 1452, DALLAS, TX 75242 BEFORE CLOSE OF BUSINESS ON DECEMBER 30, 2019, WHICH IS AT LEAST 24 DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

**APPLICATION PURSUANT TO FED. R. BANKR. P. 2014(a) FOR ORDER UNDER SECTION 1103 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS NUNC PRO TUNC TO NOVEMBER 6, 2019**

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned

debtor and debtor in possession (the "Debtor") hereby moves the Court for entry of an order under

sections 328(a) and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014

---

1 The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

ACTIVE 251757333

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

Northern District of Texas (the "Local Rules") authorizing the employment and retention of the

consulting firm of FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"), as

financial advisor to the Committee.   In support of this application (the "Application"), the

Committee respectfully states as follows:

### Jurisdiction and Venue

1.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and

1334.  Venue of this proceeding and this Application is proper in this district pursuant to 28 U.S.C.

§§ 1408 and 1409.  The statutory predicates for the relief sought herein are sections 328(a) and

1103 of the Bankruptcy Code.  This Application is a core proceeding pursuant to 28 U.S.C. 157.

### Background

2.      On October 16, 2019 (the "Petition Date"), the Debtor filed its voluntary petition

for relief under chapter 11 of title 11 of the Bankruptcy Code.  Pursuant to sections 1107 and 1108

of the Bankruptcy Code, the Debtor is continuing to operate its businesses and manage its

properties and assets as debtor in possession.

3.      On October 29, 2019 the Office of the United States Trustee held a meeting to

appoint the Committee pursuant to section 1102 of the Bankruptcy Code (the "Formation

Meeting").  At the Formation Meeting, the Committee selected Sidley Austin LLP as its counsel,

on November 6, 2019, the Committee selected FTI Consulting, Inc. as its financial advisor.  The

Committee consists of the following four members:

(a) Redeemer Committee of Highland Crusader Fund;

(b) Meta-e Discovery;

(c) UBS Securities LLC and UBS AG London Branch; and

(d) Acis Capital Management, L.P. and Acis Capital Management GP, LLP.

## Relief Requested

4.      By this Application, the Committee seeks to employ and retain FTI pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code to perform financial advisory services for the Committee in this chapter 11 case, *nunc pro tunc* to November 6, 2019.

5.      The Committee is familiar with the professional standing and reputation of FTI. The Committee understands and recognizes that FTI has a wealth of experience in providing financial advisory services in restructurings and reorganizations and enjoys an excellent reputation for services it has rendered in chapter 11 cases on behalf of debtors and creditors throughout the United States.

6.      The services of FTI are deemed necessary to enable the Committee to assess and monitor the efforts of the Debtor and its professional advisors to maximize the value of its estate and to reorganize successfully.  Further, FTI is well qualified and able to represent the Committee in a cost-effective, efficient and timely manner.

## Scope of Services

7.      FTI will provide such financial advisory services to the Committee and its legal advisors as they deem appropriate and feasible in order to advise the Committee in the course of this chapter 11 case, including but not limited to the following:

- Assistance in the review of financial related disclosures required by the Court, including the Schedules of Assets and Liabilities, the Statement of Financial Affairs and Monthly Operating Reports;

- Assistance in the preparation of analyses required to assess any proposed Debtor-In-

Possession ("DIP") financing or use of cash collateral;

- Assistance with the assessment and monitoring of the Debtor's short term cash flow, liquidity, and operating results;

- Assistance in the assessment and monitoring of activities with affiliates and related financial controls thereon;

- Assistance with the review of any proposed key employee retention and/or other employee benefit programs;

- Assistance with the review of the Debtor's analysis of core business assets and the potential disposition or liquidation of non-core assets;

- Assistance with the review of the Debtor's cost/benefit analysis with respect to the affirmation or rejection of various executory contracts and leases;

- Assistance with the review of the Debtor's identification of potential cost savings, including overhead and operating expense reductions and efficiency improvements;

- Assistance in the review and monitoring of any potential asset sale process, including, but not limited to an assessment of the adequacy of the marketing process, completeness of any buyer lists, review and quantifications of any bids;

- Assistance with review of any tax issues associated with, but not limited to, claims/stock trading, preservation of net operating losses, refunds due to the Debtor, plans of reorganization, and asset sales;

- Assistance in the review of the claims reconciliation and estimation process;

- Assistance in the review of other financial information prepared by the Debtor, including, but not limited to, cash flow projections and budgets, business plans, cash receipts and disbursement analysis, asset and liability analysis, and the economic analysis of proposed transactions for which Court approval is sought;

- Attendance at meetings and assistance in discussions with the Debtor, potential investors, banks, other secured lenders, the Committee and any other official committees organized in these chapter 11 proceedings, the U.S. Trustee, other parties in interest and professionals hired by the same, as requested;

- Assistance in the review and/or preparation of information and analysis necessary for the confirmation of a plan and related disclosure statement in this chapter 11 proceeding;

ACTIVE 251757333

- Assistance in the evaluation and analysis of avoidance actions, including fraudulent conveyances and preferential transfers;

- Assistance in the prosecution of Committee responses/objections to the Debtor's motions, including attendance at depositions and provision of expert reports/testimony on case issues as required by the Committee; and

- Render such other general business consulting or such other assistance as the Committee or its counsel may deem necessary that are consistent with the role of a financial advisor and not duplicative of services provided by other professionals in this proceeding.

**FTI's Eligibility for Employment**

8.       FTI has informed the Committee that, except as may be set forth in the Declaration of Conor P. Tully (the "Tully Declaration"), it does not hold or represent any interest adverse to the estate, and therefore believes it is eligible to represent the Committee under Section 1103(b) of the Bankruptcy Code.  To the best of the Committee's knowledge and based upon the Tully Declaration, (a) FTI's connections with the Debtor, creditors, any other party in interest, or their respective attorneys are disclosed on Exhibit B to the Tully Declaration; and (b) the FTI professionals working on this matter are not relatives of the United States Trustee or of any known employee in the office thereof, or any United States Bankruptcy Judge of the Northern District of Texas.  FTI has not provided, and will not provide any professional services to the Debtor, any of the creditors, other parties-in-interest, or their respective attorneys and accountants with regard to any matter related to this chapter 11 case.

9.       FTI will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new material facts or relationships are discovered, FTI will supplement its disclosure to the Court.

10.       FTI has agreed not to share with any person or firm the compensation to be paid for professional services rendered in connection with this case.

ACTIVE 251757333

**Terms of Retention**

11.　FTI is not owed any amounts with respect to pre-petition fees and expenses.

12.　The Committee understands that FTI intends to apply to the Court for allowances of compensation and reimbursement of expenses for its financial advisory services in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, corresponding local rules, orders of this Court and guidelines established by the United States Trustee.

13.　FTI seeks to be compensated on an hourly fee basis, plus reimbursement of actual and necessary expenses incurred by FTI. Actual and necessary expenses would include any reasonable legal fees incurred by FTI related to FTI's retention and defense of fee applications in this case, subject to Court approval.

14.　The customary hourly rates, subject to periodic adjustments, charged by FTI professionals anticipated to be assigned to this case are as follows:

|  | Per Hour (USD) |
|---|---|
| Senior Managing Directors | $885 - 1,195 |
| Directors / Senior Directors / Managing Directors | 670 - 880 |
| Consultants/Senior Consultants | 355 - 640 |
| Administrative / Paraprofessionals | 145 - 275 |

FTI understands that interim and final fee awards are subject to approval by this Court.

**Indemnification**

15.　In addition to the foregoing, and as a material part of the consideration for the agreement of FTI to furnish services to the Committee pursuant to the terms of this Application, FTI believes that the following indemnification terms are customary and reasonable for financial advisors in chapter 11 cases:

　　a.　subject to the provisions of subparagraphs (b) and (c) below and approval of the Court, the Debtor is authorized to indemnify, and shall indemnify, FTI for any

claims arising from, related to, or in connection with FTI's engagement under this Application, but not for any claim arising from, related to, or in connection with FTI's post-petition performance of any other services other than those in connection with the engagement, unless such post-petition services and indemnification therefore are approved by this Court; and

b. the Debtor shall have no obligation to indemnify FTI for any claim or expense that is either (i) judicially determined (the determination having become final) to have arisen primarily from FTI's gross negligence, willful misconduct or fraud unless the Court determines that indemnification would be permissible pursuant to In re United Artists Theatre company, et al., 315 F.3d 217 (3d Cir. 2003), or (ii) settled prior to a judicial determination as to FTI's gross negligence, willful misconduct or fraud, but determined by this Court, after notice and a hearing, to be a claim or expense for which FTI is not entitled to receive indemnity under the terms of this Application; and

c. if, before the earlier of (i) the entry of an order confirming a chapter 11 plan in this case (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing this chapter 11 case, FTI believes that it is entitled to the payment of any amounts by the Debtor on account of the Debtor's indemnification obligations under the Application, including, without limitation, the advancement of defense costs, FTI must file an application in this Court, and the Debtor may not pay any such amounts to FTI before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by FTI for indemnification, and not as a provision limiting the duration of the Debtor's obligation to indemnify FTI.

The Committee believes that indemnification is customary and reasonable for financial advisors in chapter 11 proceedings. See In re Joan & David Halpern, Inc., 248 B.R. 43 (Bankr. S.D.N.Y. 2000).

## No Prior Request

16.    No prior Application for the relief requested herein has been made to this or any other Court.

## Notice

17.    Notice of this Application has been given to (i) the Debtor, (ii) the United States

Trustee and (iii) the Office of the United States Attorney for the Northern District of Texas; (iii) the Debtor's principal secured parties; and (iv) parties requesting notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested, the Committee submits that no further notice is required.

ACTIVE 251757333

WHEREFORE, the Committee respectfully requests that the Court enter an order, substantially in the form attached hereto, authorizing the Committee to employ and retain FTI as financial advisors for the Committee for the purposes set forth above, nunc pro tunc to November 6, 2019 and grant such further relief as is just and proper.

Dated: December 6, 2019
Chicago, Illinois

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF HIGHLAND CAPITAL
MANAGEMENT, L.P.

By:  Redeemer Committee of the Highland Crusader
Fund, in its capacity as Chairperson of the Committee

By:_____

Name: Eric A. Felton

ACTIVE 251757333

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,**[1] | ) | **Case No. 19-34054_ (SGJ)** |
| | ) | |
| Debtor. | ) | |

**ORDER AUTHORIZING RETENTION OF**
**FTI CONSULTING, INC. AS FINANCIAL ADVISOR**
**FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtor and debtor in possession (the "Debtor"), for an order pursuant to section 1103 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing them to retain FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI") as financial advisor; and upon the Declaration of Conor P. Tully in support of the Application; and due and adequate notice of the Application having been given; and it appearing that no other notice need be given; and it appearing that FTI is not representing any

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

ACTIVE 251757333

adverse interest in connection with this case; and it appearing that the relief requested in the Application is in the best interest of the Committee; after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Application be, and it hereby is, granted; and it is further

ORDERED that the capitalized terms not defined herein shall have the meanings ascribed to them in the Application; and it is further

ORDERED that in accordance with section 1103 of the Bankruptcy Code, the Committee is authorized to employ and retain FTI as of November 6, 2019 as their financial advisor on the terms set forth in the Application; and it is further

ORDERED that FTI shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court; and it is further

ORDERED that, FTI is entitled to reimbursement of actual and necessary expenses, including legal fees related to its retention application and future fee applications as approved by the Court; and it is further

ORDERED that the following indemnification provisions are approved:

a. subject to the provisions of subparagraphs (b) and (c) below, the Debtor is authorized to indemnify, and shall indemnify, FTI for any claims arising from, related to, or in connection with the services to be provided by FTI as specified in the Application, but not for any claim arising from, related to, or in connection with FTI's post-petition performance of any other services

other than those in connection with the engagement, unless such post-petition services and indemnification therefore are approved by this Court; and

b. the Debtor shall have no obligation to indemnify FTI for any claim or expense that is either (i) judicially determined (the determination having become final) to have arisen primarily from FTI's gross negligence, willful misconduct or fraud unless the Court determines that indemnification would be permissible pursuant to *In re United Artists Theatre company, et al., 315 F.3d 217 (3d Cir. 2003)*, or (ii) settled prior to a judicial determination as to FTI's gross negligence, willful misconduct or fraud, but determined by this Court, after notice and a hearing, to be a claim or expense for which FTI is not entitled to receive indemnity under the terms of this Application; and

c. if, before the earlier of (i) the entry of an order confirming a chapter 11 plan in this case (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing this chapter 11 case, FTI believes that it is entitled to the payment of any amounts by the Debtor on account of the Debtor's indemnification obligations under the Application, including, without limitation, the advancement of defense costs, FTI must file an application in this Court, and the Debtor may not pay any such amounts to FTI before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees

and expenses by FTI for indemnification, and not as a provision limiting the

duration of the Debtor's obligation to indemnify FTI; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising or

related to the implementation of this order.

### End of Order ###

ACTIVE 251757333

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | ) | |
| | ) | **Case No. 19-34054 (SGJ)** |
| | ) | |
| Debtor. | ) | |

**DECLARATION IN SUPPORT OF THE APPLICATION
FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
FTI CONSULTING, INC. AS FINANCIAL ADVISOR
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 28 U.S.C. Section 1746, Conor P. Tully declares as follows:

1.　　I am a Senior Managing Director with FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"), an international consulting firm. I submit this Declaration on behalf of FTI (the "Declaration") in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of Highland Capital Management, L.P., the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), for an order authorizing the employment and retention of FTI as financial advisor under the terms and conditions set forth in the Application. Except as otherwise noted[3], I have personal knowledge of the matters set forth herein.

**Disinterestedness and Eligibility**

2.　　In connection with the preparation of this Declaration, FTI conducted a review of its contacts with the Debtors, their affiliates and certain entities holding large claims against or

---

[3]　Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by them.

Page 14

ACTIVE 251757333

interests in the Debtors that were made reasonably known to FTI. A listing of the parties reviewed is reflected on **Exhibit A** to this Declaration. FTI's review, completed under my supervision, consisted of a query of the Exhibit A parties within an internal computer database containing names of individuals and entities that are present or recent former clients of FTI. A listing of such relationships that FTI identified during this process is set forth on **Exhibit B** to this Declaration.

3.      Based on the results of its review, except as otherwise discussed herein, FTI does not have a relationship with any of the parties on Exhibit A in matters related to these proceedings. FTI has provided and could reasonably expect to continue to provide services unrelated to the Debtor's case for the various entities shown on Exhibit B. FTI's assistance to these parties has been related to providing various financial restructuring, litigation support, technology, strategic communications, and economic consulting services. To the best of my knowledge, FTI does not hold or represent any interest adverse to the estate, nor does FTI's involvement in this case compromise its ability to continue such consulting services.

4.      It is my understanding that FTI has performed certain services for the Debtor or parties related to this proceeding, as more fully described below.

a.   In November 2018, a professional employed by FTI was engaged to provide certain expert witness services on behalf of the Debtor, in connection with the Acis Capital Management, LP, Acis Capital Management GP, LLC, Case Nos. 18-30264-65 (N.D. Tex.) (the "Acis Debtors") bankruptcy Plan of Reorganization ("POR"). The Acis Debtors were previously affiliates of the Debtor and are currently a creditor of the Debtor and a Committee member. This engagement (the "Highland/Acis Engagement") involved providing an

expert witness rebuttal report and expert witness testimony in connection with the Debtor's objection to the Acis Debtors' POR. The Acis POR was confirmed on January 31, 2019. FTI billed $138,543.75 in connection with this engagement and on November 30, 2018 collected $100,000.00. The remaining balance of $38,543.75 has been written off and FTI waived any right to receive payment of this outstanding balance. This matter is now closed. FTI agrees not to object to any validly issued subpoena served by the Debtor seeking the production of documents or testimony related to the expert witness rebuttal report and testimony provided in connection with the Highland/Acis Engagement.

b. From 2014 to 2017 an affiliate of FTI (Compass Lexecon) performed work on behalf of the Debtor and certain of its affiliates in connection with an IRS dispute (the "Compass Lexecon Engagement"). FTI billed $1,394,699.60 in connection with the Compass Lexecon Engagement, the most recent payment was $44,607.96 received on December 5, 2018 and there is no outstanding unpaid balance owed in connection with this matter. The matter has been inactive since December 2017, however, FTI anticipates that additional work may be requested by Debtor and affiliates. Should that occur, an independent contractor will perform any required services directly to Debtor and Compass Lexecon employees' continuing role, if any, would be limited to providing support services to the independent contractor.

ACTIVE 251757333

c.  FTI was engaged by Jenner & Block LLP on behalf of its client the Redeemer Committee of the Highland Crusader Fund (a creditor of the Debtor and Committee member) pursuant to a letter of engagement entered into in September 2016 in connection with a litigation styled Redeemer Committee of the Highland Crusader Fund v. Highland Capital Management, L.P., C.A. No. 12533-VCG pending in the Delaware Chancery Court (the "Redeemer Committee Engagement").  FTI was asked to provide a forensic accounting and expert testimony regarding the allegations against the Debtor, which involved calculations of economic damage that were presented in an arbitration in September 2018 between the Redeemer Committee and the Debtor.  The underlying arbitration and this matter is now closed.  Also, in relation to the Redeemer Committee Engagement, FTI's trial graphics group was retained pursuant to a letter of engagement entered into July 2018, to provide trial support consulting, including graphics and trial technology consulting.  This matter is also closed.

d.  FTI was engaged by Patrick Daugherty (a creditor of the Debtor) pursuant to an engagement letter entered into in July 2019 in connection with a litigation styled Patrick Daugherty v. Highland Capital Management, L.P., et al., No. 2017-0488-MTZ pending in the Delaware Chancery Court (the "Daugherty Engagement").  In that matter, Mr. Daugherty brought claims against the defendants relating to their management of a compensation program known as the Highland Employee Retention Assets, LLC ("HERA").  FTI was retained

to provide an expert valuation report and testimony regarding the valuation of HERA. As a result of the Debtor's bankruptcy, the underlying litigation has been stayed. FTI will not perform any post-petition work in connection with this matter.

e. From March 2016 to October 2017, FTI worked on behalf of a group of lenders, such lender group included the Debtor and certain of its affiliates. This matter is now closed.

5. In order to maintain the confidentiality of the client information in connection with FTI's engagement on behalf of the Committee (the "FTI Committee Engagement"), FTI will protect the client information through the use of its Ethical Wall procedures. In conjunction with the foregoing, FTI has established and will maintain the following internal procedures: (i) each FTI professional on the FTI Committee Engagement ("FTI Committee Professionals"), the Highland/Acis Engagement ("FTI Highland/Acis Professionals"), the Compass Lexecon Engagement ("FTI Compass Lexecon Professionals"), the Redeemer Committee Engagement ("FTI Redeemer Committee Professionals"), and the Daugherty Engagement ("FTI Daugherty Professionals") shall acknowledge in writing that he or she may receive certain nonpublic information and that he or she is aware of the information wall in effect and will follow the information wall procedures therein; (ii) FTI Committee Professionals will not directly or indirectly share any nonpublic information generated by, received from or relating to Committee activities or Committee membership with FTI Highland/Acis Professionals, FTI Compass Lexecon, FTI Redeemer Committee Professionals, or FTI Daugherty Professionals and, FTI Highland/Acis Professionals, FTI Compass Lexecon Professionals, and FTI Redeemer Committee

Professionals and FTI Daugherty Professionals will not directly or indirectly share any nonpublic information generated by, received from or relating to their respective engagements, with FTI Committee Professionals, except that a good-faith communication of publicly available information shall not be presumed to be a breach of the obligations of FTI or any FTI professionals under such information wall procedures; (iii) FTI has setup electronic internal security walls to ensure that only FTI employees involved directly with or working on the FTI Committee Engagement may have access to the information, databases, e-mails, schedules or any other information relating to that engagement; (iv) FTI shall periodically monitor, consistent with its ordinary course compliance practice, communications through electronic means among FTI Committee Professionals and FTI Highland/Acis Professionals, FTI Compass Lexecon, FTI Redeemer Committee Professionals, and FTI Daugherty Professionals to ensure that such exchanges are performed in a manner consistent with the information wall procedures; (v) FTI shall immediately disclose to Committee counsel and the United States Trustee any material breaches of the procedures described herein.  If FTI ceases to act as advisor to the Committee, it will continue to follow the procedures set forth above until a plan has been confirmed in the Debtor's chapter 11 case or the chapter 11 case has been converted or dismissed.

6.     Further, as part of its diverse practice, FTI appears in numerous cases, proceedings and transactions that involve many different professionals, including attorneys, accountants and financial consultants, who may represent claimants and parties-in-interest in the Debtor's case. Also, FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys, law firms and financial institutions, some of whom may be involved in this proceeding.

ACTIVE 251757333

7.      In addition, FTI has in the past, may currently and will likely in the future be working with or against other professionals involved in this case in matters unrelated to the Debtor and this case. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests adverse to the estate, and none are in connection with this case.

8.      FTI is not believed to be a "Creditor" with respect to fees and expenses of the Debtor within the meaning of section 101(10) of the Bankruptcy Code.  Further, neither I nor any other member of the FTI engagement team serving this Committee, to the best of my knowledge, is a holder of any outstanding debt instruments or shares of the Debtor's stock.

9.      As such, to the best of my knowledge, FTI does not hold or represent any interest adverse to the estate, and therefore believes it is eligible to represent the Committee under Section 1103(b) of the Bankruptcy Code.

10.     It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner.  If any new material relevant facts or relationships are discovered or arise, FTI will promptly file a Bankruptcy Rule 2014(a) Supplemental Declaration.

## **Professional Compensation**

11.     Subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, applicable U.S. Trustee guidelines and local rules, FTI will seek payment for compensation on an hourly basis, plus reimbursement of actual and necessary expenses incurred by FTI, including legal fees related to its retention application and future fee applications as approved by the Court.  FTI's customary hourly rates as charged in

bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application for the employment of FTI.  These hourly rates are adjusted periodically.

12.     According to FTI's books and records, during the ninety-day period prior to the Debtor's petition date, FTI performed no professional services or incurred any reimbursable expenses on behalf of the Debtor.

13.     To the best of my knowledge, a) no commitments have been made or received by FTI with respect to compensation or payment in connection with this case other than in accordance with the provisions of the Bankruptcy Code, and b) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with this chapter 11 case.

I declare under penalty of perjury that the foregoing is true and correct

Executed this 5th day of December 2019

Conor P. Tully
Senior Managing Director

ACTIVE 251757333

## EXHIBIT A

**Listing of Parties-in-Interest Reviewed for Current and Recent Former Relationships**

**Debtors**
Highland Capital Management

**Affiliated Parties**
Acis CLO Management GP
Acis CLO Management Holdings
Acis CLO Management Intermediate Holdings I
Acis CLO Management Intermediate Holdings II
Acis CLO Management
Acis CMOA Trust
Advisors Equity Group
Argentina Funds
Asbury Holdings
Castle Bio Manager
De Kooning
Eagle Equity Advisors
Eames
Falcon E&P Opportunities Fund GP
Governance
Governance Re
Gunwale
HCF Funds
HCMS Falcon GP
HCRE Partners
HCREF-I Holding Corp.
HCREF-XI Holding Corp.
HCREF-XII Holding Corp.
HE Capital Fox Trails
HE Capital
HE Mezz Fox Trails
HE Peoria Place Property
HE Peoria Place
HFP CDO Construction Corp.
HFP GP
Highland Argentina Regional Opportunity Fund GP
Highland Brasil
Highland Capital Insurance Solutions GP
Highland Capital Insurance Solutions, GP
Highland Capital Management (Singapore)

Highland Capital Management Korea
Highland Capital Management Korea Limited
Highland Capital Management Korea Limited (Relying Advisor)
Highland Capital Management Services
Highland Capital Multi-Strategy Fund
Highland Capital of New York
Highland Capital Special Allocation
Highland CDO Holding Company
Highland CDO Opportunity Fund GP
Highland CDO Opportunity GP
Highland CLO Assets Holdings Limited
Highland CLO Holdings
Highland CLO Management,
Highland Crusader Fund
Highland Dynamic Income Fund GP
Highland Employee Retention Assets
Highland ERA Management
Highland Financial Corp.
Highland Financial Partners
Highland Fund Holdings
Highland HCF Advisor (Relying Advisor
Highland HCF Advisors
Highland Latin America Consulting
Highland Latin America GP
Highland Latin America LP
Highland Latin America Trust
Highland Multi Strategy Credit Fund GP
Highland Multi Strategy Credit Fund
Highland Multi Strategy Credit GP
Highland Multi-Strategy Fund GP
Highland Multi-Strategy Master Fund
Highland Multi-Strategy Onshore Master SubFund II
Highland Multi-Strategy Onshore Master Subfund
Highland Receivables Finance I
Highland Restoration Capital Partners GP
Highland Select Equity GP
Highland Select Equity Master Fund

ACTIVE 251757333

Highland Special Opportunities Holding
Company
Highland SunBridge GP
Hirst
Hockney
Lautner
Maple Avenue Holdings
Neutra
NexAnnuity Holdings
NexBank Capital
NexBank Securities
NexBank SSB
NexBank Wealth Advisors
NexPoint Advisors GP
NexPoint Capital
NexPoint Funds
NexPoint Insurance Distributors
NexPoint Insurance Solutions GP
NexPoint Insurance Solutions
NexPoint Real Estate Advisors GP
NexPoint Securities
NHT Holdco
NREA SE MF Holdings
NREA SE MF Investment Co
NREA SE Multifamily
NREA SE1 Andros Isles Leaseco
NREA SE1 Andros Isles Manager
NREA SE1 Arborwalk Leaseco
NREA SE1 Arborwalk Manager
NREA SE1 Towne Crossing Leaseco
NREA SE1 Towne Crossing Manager
NREA SE1 Walker Ranch Leaseco
NREA SE1 Walker Ranch Manager
NREA SE2 Hidden Lake Leaseco
NREA SE2 Hidden Lake Manager
NREA SE2 Vista Ridge Leaseco
NREA SE2 Vista Ridge Manager
NREA SE2 West Place Leaseco
NREA SE2 West Place Manager
NREA SE3 Arboleda Leaseco
NREA SE3 Arboleda Manager
NREA SE3 Fairways Leaseco
NREA SE3 Fairways Manager
NREA SE3 Grand Oasis Leaseco
NREA SE3 Grand Oasis Manager
NREA Southeast Portfolio One Manager
NREA Southeast Portfolio Three Manager
NREA Southeast Portfolio Two Manager

Oldenburg
Penant Management LP
Pershing
PetroCap Incentive Partners III
Pollack
SE Battleground Park
SE Glenview
SE Governors Green II
SE Gulfstream Isles GP
SE Gulfstream Isles LP
SE Heights at Olde Towne
SE Lakes at Renaissance Park GP I
SE Lakes at Renaissance Park GP II
SE Lakes at Renaissance Park
SE Multifamily Holdings
SE Multifamily REIT Holdings
SE Myrtles at Olde Towne
SE Quail Landing
SE River Walk
SE SM, Inc.
SE Stoney Ridge II
SE Victoria Park
SH Castle BioSciences
Spiritus Life
Starck
Stonebridge PEF
Strand Advisors XVL
The Dondero Insurance Rabbi Trust
The Ohio State Life Insurance Company
The Okada Insurance Rabbi Trust
Thread 55
Tihany
Tricor Business Outsourcing
US Gaming SPV
US Gaming
Warhol
Wright

**Other Parties**
Atlas IDF
Baylor University
Concord Management
Falcon E&P Opportunities Fund
Fix Asset Management
FRM Investment Management
Grosvenor Capital Management
HCMS Falcon
Highland Capital Insurance Solutions

Highland Capital Management Fund Advisors
Highland Capital Management Latin America
Highland Select Equity Fund
Highland Select Equity Fund GP
NexPoint Advisors
NexPoint Advisors GP
Rand PE Fund I
United States Army Air Force Exchange
Services

**Taxing and Other Significant Governmental Authorities**
California Franchise Tax Board
Internal Revenue Service
Los Angeles County Tax Collector
Delaware Division of Revenue

**Banks and Secured Parties**
BBVA
Frontier State Bank
Hunter Mountain Investment Trust
Jeffries, LLC Prime Brokerage Services
KeyBank National Association
Mark K. Okada
Strand Advisors
The Dugaboy Investment Trust
The Mark and Pamela Okada Family Trust –
Exempt Trust #1

**United States Bankruptcy Judges in the Northern District of Texas**
Barbara J. Houser
Robert L. Jones
Harlin D. Hale
Stacey G. C. Jernigan
Mark X. Mullin
Edward L. Morris

**United States Trustee for the Northern District of Texas (and Key Staff Members)**
William T. Neary
Lisa L. Lambert
Nathalie Brumfield-Brown
Kara Croop
Ruby Curry
Christi C. Flanagan
C. Marie Goodier

Meredyth Kippes
Marina J. Lopez
LaSharion F. McClellan
Stephen McKitt
Sandra F. Nixon
Felicia P. Palos
Bradley D. Perdue
Nancy S. Resnick
Kendra M. Rust
Erin Schmidt
Joseph W. Speranza
Cheryl H. Wilcoxson
Cindy Worthington
Elizabeth Young

**Official Creditors' Committee Members**
Redeemer Committee of the Highland Crusader Fund
Meta-e-Discovery
UBS Securities
UBS AG London Branch
Acis Capital Management
Acis Capital Management GP

**Official Creditors' Committee Members' Attorneys**
Blank Rome
Jenner & Block
Latham Watkins
Morris, Nichols, Arsht & Tunnel
Morrison Cohen
Richards Layton & Finger
Rogge Dunn Group
Winstead

**Official Creditors' Committee Attorneys**
Sidley Austin
Young Conaway Stargatt & Taylor

**Top Unsecured Creditors**
American Arbitration Association
Andrews Kurth
Bates White
Boies, Schiller & Flexner
CLO Holdco
Connolly Gallagher

Debevoise & Plimpton
DLA Piper (US)
Duff & Phelps
Foley Gardere
Joshua & Jennifer Terry
Lackey Hershman
McKool Smith
Meta-e Discovery
NWCC
Patrick Daugherty
Reid Collins & Tsai

**Debtor's Ordinary Course Professionals**
Anderson Mori & Tomotsune
ASW Law
Bell Nunnally
Carey Olsen
Culhane Meadows PLLC
Deloitte
Kim & Chang
Maples (Cayman)
PricewaterhouseCoopers
Rowlett Hill Collins
Willkie Farr & Gallagher
Wilmer Hale

**Parties Who have Filed Notices of Appearance**
Allen ISD
Alvarez & Marshal CF Management
BET Investments, II
Coleman County TAD
Dallas County
Fannin CAD
Grayson County
Hunter Mountain Trust
Integrated Financial Associates
Irving ISD
Kaufman County
Patrick Daugherty
Pension Benefit Guaranty Corporation
Rockwall CAD
Tarrant County
Upshur County
Aberdeen Loan Funding
ACIS CLO 2017-7
ACIS Funding
ACIS Funding GP

Ashby & Geddes
Brentwood Investors Corp.
Bristol Bay Funding
Cabi Holdco I
California Public Employees
Carlyon Cica Chtd.
Chipman Brown Cicero & Cole
CLO Entities
Crescent TC Investors
Cross & Simon
Dentons US
Eastland CLO
Grayson CLO
HCSLR Camelback Investors (Cayman)
Highland CLO 2018-1
Highland Credit Opportunities CDO
Highland Legacy Limited
Highland Legacy Limited Highland Park CDO I
Highland Park CDO I
Highlander Equity Holdings III
Intertrust Entities
Intertrust SPV (Cayman)
Jackson Walker
Jasper CLO
Kurtzman Steady
Liberty Cayman Holdings
Liberty CLO
MaplesFS
Nixon Peabody
Pam Capital Funding GP Co.
Pam Capital Funding LP
Pam Capital Funding LP Co.
PamCo Cayman
Red River CLO
Rockwall Investors Corp.
Schulte Roth & Zabel
Southfork Cayman Holdings
Sullivan Hazeltine Allinson
Valhalla CLO
Wake LV Holdings
Wake LV Holdings II
Walter Holdco I
Westchester CLO

**Directors and Officers**
James Dondero
Brad Ross
Terry Jones

Frank Waterhouse
Nathan Burns
Jonathan Lamensdorf
Laurie Whetstone
Ted Dameris
Paul Adkins
Trey Parker
Clifford Stoops
Thomas Surgent
Mark Mark
Joseph Sowin
Scott Ellington
Kieran Brennan
Jun Park
Michael Hurley
Michael McLochlin
Jon Pglitsch
Jacquelyn Graham
Hunter Covitz

**Active Entities**
11 Estates Lane
1110 Waters
140 Albany
1525 Dragon
17720 Dickerson
1905 Wylie
2006 Milam East Partners
2006 Milam East Partners GP
201 Tarrant Partners
2014 Corpus Weber Road
2325 Stemmons HoldCo
2325 Stemmons Hotel Partners
2325 Stemmons TRS
300 Lamar
3409 Rosedale
3801 Maplewood
3801 Shenandoah
3820 Goar Park
400 Seaman
401 Ame
4201 Locust
4312 Belclaire
5833 Woodland
5906 DeLoache
5950 DeLoache
7758 Ronnie
7759 Ronnie

AA Shotguns
Aberdeen Loan Funding
Acis CLO 2017-7
Acis CLO Management
Acis CLO Opportunity Funds
Acis CLO Trust
Acis CMOA Trust
Acis Loan Funding
Advisors Equity Group
Allenby
Allisonville RE Holdings
AM Uptown Hotel
Apex Care
Asbury Holdings
Ascendant Advisors
Atlas IDF
Atlas Oak Mill I Holdings
BB Votorantim Highland Infrastructure
BDC Toys Holdco
BH Willowdale Manager
Big Spring Partners
Bloomdale
Brentwood CLO
Brentwood Investors Corp.
Bristol Bay Funding
C-1 Arbors
C-1 Cutter's Point
C-1 Eaglecrest
C-1 Silverbrook
Cabi Holdco
Cabi Holdco GP
Cabi Holdco I
Camelback Residential Investors
Camelback Residential Partners
Capital Real Estate - Latitude
Castle Bio
Castle Bio Manager
CG Works
Claymore Holdings
Common Grace Ventures
Corbusier
CP Equity Hotel Owner
CP Equity Land Owner
CP Equity Owner
CP Hotel TRS
CP Land Owner
CP Tower Owner
Crossings 2017

Dallas Cityplace MF SPE Owner
Dallas Lease and Finance
De Kooning
Dolomiti
DrugCrafters
Dugaboy Management
Dugaboy Project Management GP
Eagle Equity Advisors
Eames
Eastland CLO
Eastland Investors Corp.
EDS Legacy Heliport
EDS Legacy Partners
EDS Legacy Partners Owner
Entegra Strat Superholdco
Entegra-FRO Holdco
Entegra-FRO Superholdco
Entegra-HOCF Holdco
Entegra-NHF Holdco
Entegra-NHF Superholdco
Entegra-RCP Holdco
Estates on Maryland
Estates on Maryland Holdco
Estates on Maryland Owners
Estates on Maryland Owners SM
Falcon E&P Four Holdings
Falcon E&P One
Falcon E&P Opportunities Fund
Falcon E&P Opportunities GP
Falcon E&P Royalty Holdings
Falcon E&P Six
Falcon E&P Two
Falcon Four Midstream
Falcon Four Upstream
Falcon Incentive Partners
Falcon Incentive Partners GP
Falcon Six Midstream
Flamingo Vegas Holdco
Four Rivers Co-Invest
FRBH Abbington
FRBH Abbington SM
FRBH Arbors
FRBH Beechwood
FRBH Beechwood SM
FRBH C1 Residential
FRBH Courtney Cove
FRBH Courtney Cove SM
FRBH CP

FRBH Duck Creek
FRBH Eaglecrest
FRBH Edgewater JV
FRBH Edgewater Owner
FRBH Edgewater SM
FRBH JAX-TPA
FRBH Nashville Residential
FRBH Regatta Bay
FRBH Sabal Park
FRBH Sabal Park SM
FRBH Silverbrook
FRBH Timberglen
FRBH Willow Grove
FRBH Willow Grove SM
FRBH Woodbridge
FRBH Woodbridge SM
Freedom C1 Residential
Freedom Duck Creek
Freedom Edgewater
Freedom JAX-TPA Residential
Freedom La Mirage
Freedom LHV
Freedom Lubbock
Freedom Miramar Apartments
Freedom Nashville Residential
Freedom REIT
Freedom Sandstone
Freedom Willowdale
Fundo de Investimento em Direitos Creditorios
BB Votorantim Highland Infraestrutura
G&E Apartment REIT The Heights at Olde
Towne
G&E Apartment REIT The Myrtles at Olde
Towne
GAF REIT
GAF Toys Holdco
Gardens of Denton II
Gardens of Denton III
Gleneagles CLO
Governance
Governance Re
Grayson CLO
Grayson Investors Corp.
Greenbriar CLO
Gunwale
Hakusan
Hammark Holdings
Hampton Ridge Partners

ACTIVE 251757333

Harko
Haverhill Acquisition Co.
Haygood
HBI Consultoria Empresarial
HCBH 11611 Ferguson
HCBH Buffalo Pointe
HCBH Buffalo Pointe II
HCBH Buffalo Pointe III
HCBH Hampton Woods
HCBH Hampton Woods SM
HCBH Overlook
HCBH Overlook SM
HCBH Rent Investors
HCMS Falcon
HCMS Falcon GP
HCO Holdings
HCOF Preferred Holdings
HCRE 1775 James Ave
HCRE Addison
HCRE Addison TRS
HCRE Hotel Partner
HCRE HWS Partner
HCRE Las Colinas
HCRE Las Colinas TRS
HCRE Partners
HCRE Plano
HCRE Plano TRS
HCREF-I Holding Corp.
HCREF-II Holding Corp.
HCREF-III Holding Corp.
HCREF-IV Holding Corp.
HCREF-IX Holding
HCREF-V Holding
HCREF-VI Holding
HCREF-VII Holding
HCREF-VIII Holding
HCREF-XI Holding
HCREF-XII Holding
HCREF-XIII Holding
HCREF-XIV Holding
HCREF-XV Holding
HCSLR Camelback
HCSLR Camelback Investors
HCSLR Camelback Investors (Cayman)
HE 41
HE Capital
HE Capital 232 Phase I
HE Capital 232 Phase I Property

HE Capital Asante
HE Capital Fox Trails
HE Capital KR
HE CLO Holdco
HE Mezz Fox Trails
HE Mezz KR
HE Peoria Place
HE Peoria Place Property
Heron Pointe Investors
HFP Asset Funding II
HFP Asset Funding III
HFP CDO Construction Corp.
HFP GP
HFRO Sub
Hibiscus HoldCo
Highland - First Foundation Income Fund
Highland 401(k) Plan
Highland Argentina Regional Opportunity Fund
Highland Argentina Regional Opportunity Fund GP
Highland Argentina Regional Opportunity Master Fund
Highland Brasil
Highland Brasilinvest Gestora de Recursos
Highland Capital Brasil Gestora de Recursos
Highland Capital Funds Distributor
Highland Capital Insurance Solutions
Highland Capital Insurance Solutions GP
Highland Capital Loan Fund
Highland Capital Loan GP
Highland Capital Management
Highland Capital Management
Highland Capital Management (Singapore)
Highland Capital Management Charitable Fund
Highland Capital Management Fund Advisors
Highland Capital Management Korea Limited
Highland Capital Management Latin America
Highland Capital Management Multi-Strategy Insurance Dedicated Fund
Highland Capital Management Retirement Plan and Trust
Highland Capital Management Services
Highland Capital Multi-Strategy Fund
Highland Capital of New York
Highland Capital Realty Trust
Highland Capital Special Allocation
Highland CDO Holding Company
Highland CDO Opportunity Fund

Highland CDO Opportunity Fund GP
Highland CDO Opportunity GP
Highland CDO Opportunity Master Fund
Highland CDO Trust
Highland CLO 2018-1
Highland CLO Assets Holdings Limited
Highland CLO Funding
Highland CLO Gaming Holdings
Highland CLO Holdings
Highland CLO Management
Highland CLO Trust
Highland Credit Opportunities CDO
Highland Credit Opportunities CDO
Highland Credit Opportunities CDO Asset
Holdings
Highland Credit Opportunities CDO Asset
Holdings GP
Highland Credit Opportunities CDO Financing
Highland Credit Opportunities CDO GP
Highland Credit Opportunities Fund
Highland Credit Opportunities Holding
Corporation
Highland Credit Opportunities Japanese Feeder
Sub-Trust
Highland Credit Strategies Fund
Highland Credit Strategies Holding Corporation
Highland Credit Strategies Master Fund
Highland Dynamic Income Fund
Highland Dynamic Income Fund GP
Highland Dynamic Income Master Fund
Highland Employee Retention Assets
Highland Energy and Materials Fund
Highland Energy Holdings
Highland Energy MLP Fund
Highland ERA Management
Highland eSports Private Equity Fund
Highland Financial Corp.
Highland Financial Partners
Highland Fixed Income Fund
Highland Flexible Income UCITS Fund
Highland Floating Rate Fund
Highland Floating Rate Opportunities Fund
Highland Fund Holdings
Highland Funds I
Highland Funds II
Highland Funds III
Highland GAF Chemical Holdings
Highland General Partner, LP

Highland Global Allocation Fund
Highland Global Allocation Fund II
Highland GP Holdings
Highland HCF Advisor
Highland Healthcare Equity Income and Growth
Fund
Highland iBoxx Senior Loan ETF
Highland Income Fund
Highland Latin America Consulting
Highland Latin America GP
Highland Latin America LP
Highland Latin America Trust
Highland Legacy Limited
Highland LF Chemical Holdings
Highland Loan Fund
Highland Loan Funding V
Highland Loan Master Fund
Highland Long/Short Equity Fund
Highland Long/Short Healthcare Fund
Highland Marcal Holding
Highland Merger Arbitrage Fund
Highland Multi Strategy Credit Fund
Highland Multi Strategy Credit Fund GP
Highland Multi Strategy Credit GP
Highland Multifamily Credit Fund
Highland Multi-Strategy Fund GP
Highland Multi-Strategy IDF GP
Highland Multi-Strategy Master Fund
Highland Multi-Strategy Onshore Master
Subfund
Highland Multi-Strategy Onshore Master
SubFund II
Highland Opportunistic Credit Fund
Highland Park CDO 1
Highland Premier Growth Equity Fund
Highland Premium Energy & Materials Fund
Highland Prometheus Feeder Fund I
Highland Prometheus Feeder Fund II
Highland Prometheus Master Fund
Highland RCP Fund II
Highland RCP II GP
Highland RCP II SLP
Highland RCP II SLP GP
Highland RCP Parallel Fund II
Highland Real Estate Capital
Highland Receivables Finance I
Highland Restoration Capital Partners
Highland Restoration Capital Partners GP

Highland Restoration Capital Partners Master
Highland Restoration Capital Partners Offshore
Highland Select Equity Fund
Highland Select Equity Fund GP
Highland Select Equity GP
Highland Select Equity Master Fund
Highland Small-Cap Equity Fund
Highland Socially Responsible Equity Fund
Highland Special Opportunities Holding Company
Highland SunBridge GP
Highland Tax-Exempt Fund
Highland TCI Holding Company
Highland Total Return Fund
Highland's Roads Land Holding Company
Hirst
HMCF PB Investors
Hockney
HRT North Atlanta
HRT Timber Creek
HRTBH North Atlanta
HRTBH Timber Creek
Huber Funding
HWS Addison
HWS Investors Holdco
HWS Las Colinas
HWS Plano
Jasper CLO
Jewelry Ventures I
JMIJM
Karisopolis
Keelhaul
Kuilima Montalban Holdings
Kuilima Resort Holdco
Lakes at Renaissance Park Apartments Investors
Lakeside Lane
Landmark Battleground Park II
LAT Battleground Park
LAT Briley Parkway
Lautner
Leawood RE Holdings
Liberty Cayman Holdings
Liberty CLO
Long Short Equity Sub
Longhorn Credit Funding
Maple Avenue Holdings
Marcal Paper Mills Holding Company

Mark and Pamela Okada Family Trust - Exempt Descendants' Trust
Mark and Pamela Okada Family Trust - Exempt Trust #2
Markham Fine Jewelers
Meritage Residential Partners
ML CLO XIX Sterling (Cayman)
NCI Assets Holding Company
Neutra
New Jersey Tissue Company Holdco
NexAnnuity Holdings
NexBank Capital
NexBank Capital Trust I
NexBank Land Advisors
NexBank Securities
NexBank SSB
NexBank Title
NexPoint Advisors
NexPoint Advisors GP
NexPoint Capital
NexPoint Capital
NexPoint Capital REIT
NexPoint CR F/H DST
NexPoint Credit Strategies Fund
NexPoint Discount Strategies Fund
NexPoint Discount Yield Fund
NexPoint Distressed Strategies Fund
NexPoint Energy and Materials Opportunities Fund
NexPoint Energy Opportunities Fund
NexPoint Event-Driven Fund
NexPoint Flamingo DST
NexPoint Flamingo Investment Co
NexPoint Flamingo Leaseco
NexPoint Flamingo Manager
NexPoint Healthcare Opportunities Fund
NexPoint Hospitality
NexPoint Hospitality Trust
NexPoint Insurance Distributors
NexPoint Insurance Solutions
NexPoint Insurance Solutions GP
NexPoint Latin American Opportunities Fund
NexPoint Legacy 22
NexPoint Lincoln Porte
NexPoint Lincoln Porte Equity
NexPoint Lincoln Porte Manager
NexPoint Merger Arbitrage Fund
NexPoint Multifamily Capital Trust

ACTIVE 251757333

NexPoint Multifamily Operating Partnership
NexPoint Multifamily Realty Trust
NexPoint Opportunistic Credit Fund
NexPoint Peoria
NexPoint RE Finance Advisor
NexPoint RE Finance Advisor GP
NexPoint Real Estate Advisors
NexPoint Real Estate Advisors GP
NexPoint Real Estate Advisors II
NexPoint Real Estate Advisors III
NexPoint Real Estate Advisors IV
NexPoint Real Estate Advisors V
NexPoint Real Estate Advisors VI
NexPoint Real Estate Advisors VII
NexPoint Real Estate Advisors VII GP
NexPoint Real Estate Advisors VIII
NexPoint Real Estate Capital
NexPoint Real Estate Finance
NexPoint Real Estate Finance OP GP
NexPoint Real Estate Finance Operating Partnership
NexPoint Real Estate Opportunities
NexPoint Real Estate Partners
NexPoint Real Estate Strategies Fund
NexPoint Residential Trust Inc.
NexPoint Residential Trust Operating Partnership
NexPoint Residential Trust Operating Partnership GP
NexPoint Securities
NexPoint Strategic Income Fund
NexPoint Strategic Opportunities Fund
NexPoint Texas Multifamily Portfolio DST
NexPoint WLIF
NexPoint WLIF I
NexPoint WLIF I Borrower
NexPoint WLIF II
NexPoint WLIF II Borrower
NexPoint WLIF III
NexPoint WLIF III Borrower
NexPoint WLIF Manager
NexStrat
NexVantage Title Services
NexVest
NexWash
NFRO REIT Sub
NFRO TRS
NHF CCD

NHT 2325 Stemmons
NHT Beaverton
NHT Beaverton TRS
NHT Bend
NHT Bend TRS
NHT Destin
NHT Destin TRS
NHT DFW Portfolio
NHT Holdco
NHT Holdings
NHT Intermediary
NHT Nashville
NHT Nashville TRS
NHT Olympia
NHT Olympia TRS
NHT Operating Partnership
NHT Operating Partnership GP
NHT Operating Partnership II
NHT Salem
NHT SP
NHT SP Parent
NHT SP TRS
NHT Tigard
NHT Tigard TRS
NHT TRS
NHT Uptown
NHT Vancouver
NHT Vancouver TRS
NMRT TRS
NREA Adair DST Manager
NREA Adair Investment Co
NREA Adair Joint Venture
NREA Adair Leaseco
NREA Adair Leaseco Manager
NREA Adair Property Manager
NREA Adair, DST
NREA Ashley Village Investors
NREA Cameron Creek Investors
NREA Cityplace Hue Investors
NREA Crossings Investors
NREA Crossings Ridgewood Coinvestment
NREA Crossings Ridgewood Investors
NREA DST Holdings
NREA El Camino Investors
NREA Estates Inc.
NREA Estates Investment Co
NREA Estates Leaseco
NREA Estates Manager

NREA Estates Property Manager
NREA Estates, DST
NREA Gardens DST Manager
NREA Gardens Investment Co
NREA Gardens Leaseco
NREA Gardens Leaseco Manager
NREA Gardens Property Manager
NREA Gardens Springing
NREA Gardens Springing Manager
NREA Gardens, DST
NREA Hidden Lake Investment Co
NREA Hotel TRS
NREA Hue Investors
NREA Keystone Investors
NREA Lincoln Porte
NREA Meritage Inc.
NREA Meritage Investment Co
NREA Meritage Leaseco
NREA Meritage Manager
NREA Meritage Property Manager
NREA Meritage, DST
NREA Oaks Investors
NREA Retreat Investment Co
NREA Retreat Leaseco
NREA Retreat Manager
NREA Retreat Property Manager
NREA Retreat, DST
NREA SE MF Holdings
NREA SE MF Investment Co
NREA SE Multifamily
NREA SE One Property Manager
NREA SE Three Property Manager
NREA SE Two  Property Manager
NREA SE1 Andros Isles Leaseco
NREA SE1 Andros Isles Manager
NREA SE1 Andros Isles, DST
(Converted from DK Gateway Andros)
NREA SE1 Arborwalk Leaseco
NREA SE1 Arborwalk Manager
NREA SE1 Arborwalk, DST
(Converted from MAR Arborwalk)
NREA SE1 Towne Crossing Leaseco
NREA SE1 Towne Crossing Manager
NREA SE1 Towne Crossing, DST
(Converted from Apartment REIT Towne
Crossing, LP)
NREA SE1 Walker Ranch Leaseco
NREA SE1 Walker Ranch Manager

NREA SE1 Walker Ranch, DST
(Converted from SOF Walker Ranch Owner)
NREA SE2 Hidden Lake Leaseco
NREA SE2 Hidden Lake Manager
NREA SE2 Hidden Lake, DST
(Converted from SOF Hidden Lake SA Owner)
NREA SE2 Vista Ridge Leaseco
NREA SE2 Vista Ridge Manager
NREA SE2 Vista Ridge, DST
(Converted from MAR Vista Ridge)
NREA SE2 West Place Leaseco
NREA SE2 West Place Manager
NREA SE2 West Place, DST
(Converted from Landmark at West Place)
NREA SE3 Arboleda Leaseco
NREA SE3 Arboleda Manager
NREA SE3 Arboleda, DST
(Converted from G&E Apartment REIT
Arboleda)
NREA SE3 Fairways Leaseco
NREA SE3 Fairways Manager
NREA SE3 Fairways, DST
(Converted from MAR Fairways)
NREA SE3 Grand Oasis Leaseco
NREA SE3 Grand Oasis Manager
NREA SE3 Grand Oasis, DST
(Converted from Landmark at Grand Oasis, LP)
NREA Southeast Portfolio One Manager
NREA Southeast Portfolio One, DST
NREA Southeast Portfolio Three Manager
NREA Southeast Portfolio Three, DST
NREA Southeast Portfolio Two
NREA Southeast Portfolio Two Manager
NREA Southeast Portfolio Two, DST
NREA SOV Investors
NREA Uptown TRS
NREA VB I
NREA VB II
NREA VB III
NREA VB IV
NREA VB Pledgor I
NREA VB Pledgor II
NREA VB Pledgor III
NREA VB Pledgor IV
NREA VB Pledgor V
NREA VB Pledgor VI
NREA VB Pledgor VII
NREA VB SM

NREA VB V
NREA VB VI
NREA VB VII
NREA Vista Ridge Investment Co
NREC AR Investors
NREC Latitude Investors
NREC REIT Sub
NREC TRS
NREC WW Investors
NREF OP I
NREF OP I Holdco
NREF OP I SubHoldco
NREF OP II
NREF OP II Holdco
NREF OP II SubHoldco
NREF OP IV
NREF OP IV REIT Sub
NREF OP IV REIT Sub TRS
NREO NW Hospitality
NREO NW Hospitality Mezz
NREO Perilune
NREO SAFStor Investors
NREO TRS
NRESF REIT Sub
NXRT Abbington
NXRT Atera
NXRT Atera II
NXRT AZ2
NXRT Barrington Mill
NXRT Bayberry
NXRT Bella Solara
NXRT Bella Vista
NXRT Bloom
NXRT Brandywine
NXRT Brandywine GP I
NXRT Brandywine GP II
NXRT Brentwood
NXRT Brentwood Owner
NXRT Cedar Pointe
NXRT Cedar Pointe Tenant
NXRT Cityview
NXRT Cornerstone
NXRT Crestmont
NXRT Enclave
NXRT Glenview
NXRT H2 TRS
NXRT Heritage
NXRT Hollister

NXRT Hollister TRS
NXRT LAS 3
NXRT Master Tenant
NXRT Nashville Residential
NXRT North Dallas 3
NXRT Old Farm
NXRT Pembroke
NXRT Pembroke Owner
NXRT PHX 3
NXRT Radbourne Lake
NXRT Rockledge
NXRT Sabal Palms
NXRT SM
NXRT Steeplechase
NXRT Stone Creek
NXRT Summers Landing GP
NXRT Summers Landing LP
NXRT Torreyana
NXRT Vanderbilt
NXRT West Place
NXRTBH AZ2
NXRTBH Barrington Mill
NXRTBH Barrington Mill Owner
NXRTBH Barrington Mill SM
NXRTBH Bayberry
NXRTBH Cityview
NXRTBH Colonnade
NXRTBH Cornerstone
NXRTBH Cornerstone Owner
NXRTBH Cornerstone SM
NXRTBH Dana Point
NXRTBH Dana Point SM
NXRTBH Foothill
NXRTBH Foothill SM
NXRTBH Heatherstone
NXRTBH Heatherstone SM
NXRTBH Hollister
NXRTBH Hollister Tenant
NXRTBH Madera
NXRTBH Madera SM
NXRTBH McMillan
NXRTBH North Dallas 3
NXRTBH Old Farm
NXRTBH Old Farm II
NXRTBH Old Farm Tenant
NXRTBH Radbourne Lake
NXRTBH Rockledge
NXRTBH Sabal Palms

ACTIVE 251757333

NXRTBH Steeplechase
NXRTBH Stone Creek
NXRTBH Vanderbilt
NXRTBH Versailles
NXRTBH Versailles SM
Oak Holdco
Okada Family Revocable Trust
Oldenburg
Pam Capital Funding
Pam Capital Funding GP Co.
PamCo Cayman
Park West 1700 Valley View Holdco
Park West 2021 Valley View Holdco
Park West Holdco
Park West Portfolio Holdco
PCMG Trading Partners XXIII
PDK Toys Holdco
Pear Ridge Partners
Penant Management GP
Penant Management LP
PensionDanmark
Pensionsforsikringsaktieselskab
PetroCap Incentive Partners II
PetroCap Incentive Partners III, LP
PetroCap Partners II
PetroCap Partners III
Pharmacy Ventures I
Pharmacy Ventures II
Pollack
Powderhorn
PWM1
PWM1 Holdings
Pyxis Capital
Pyxis Distributors
Ramarim
Rand Advisors Series I Insurance Fund
Rand Advisors Series II Insurance Fund
Rand PE Fund I
Red River CLO
Red River Investors Corp.
Riverview Partners SC
Rockwall CDO
Rockwall CDO II
Rockwall Investors Corp.
Rothko
RTT Hollister
RTT Rockledge
SCG Atlas Governors Green

SCG Atlas Governors Green Holdings
SCG Atlas Governors Green REIT
SCG Atlas Oak Mill I
SCG Atlas Oak Mill I REIT
SCG Atlas Oak Mill II
SCG Atlas Oak Mill II Holdings
SCG Atlas Oak Mill II REIT
SCG Atlas Stoney Ridge
SCG Atlas Stoney Ridge Holdings
SCG Atlas Stoney Ridge REIT
SE Battleground Park
SE Glenview
SE Governors Green
SE Governors Green Holdings
SE Governors Green I
SE Governors Green II
SE Governors Green REIT
SE Gulfstream Isles GP
SE Gulfstream Isles LP
SE Heights at Olde Towne
SE Lakes at Renaissance Park GP I
SE Lakes at Renaissance Park GP II
SE Lakes at Renaissance Park LP
SE Multifamily Holdings
SE Multifamily REIT Holdings
SE Myrtles at Olde Towne
SE Oak Mill I
SE Oak Mill I Holdings
SE Oak Mill I Owner
SE Oak Mill I REIT
SE Oak Mill II
SE Oak Mill II Holdings
SE Oak Mill II Owner
SE Oak Mill II REIT
SE Quail Landing
SE River Walk
SE SM
SE Stoney Ridge
SE Stoney Ridge Holdings
SE Stoney Ridge I
SE Stoney Ridge II
SE Stoney Ridge REIT
SE Victoria Park
Sevilla Residential Partners
SFH1
SFR WLIF
SFR WLIF I
SFR WLIF II

SFR WLIF III
SFR WLIF Manager
SFR WLIF Series I
SFR WLIF Series II
SFR WLIF Series III
SH Castle BioSciences
Small Cap Equity Sub
Socially Responsible Equity Sub
SOF Brandywine I Owner
SOF Brandywine II Owner
SOF-X GS Owner
Southfork Cayman Holdings
Southfork CLO
Southpoint Reserve at Stoney Creek
Specialty Financial Products Designated
Activity Company
Specialty Financial Products Limited
Spiritus Life
SSB Assets
Starck
Stonebridge-Highland Healthcare Private Equity
Fund
Strand Advisors
Strand Advisors III
Strand Advisors IV
Strand Advisors IX
Strand Advisors V
Strand Advisors XIII
Strand Advisors XVI
Stratford CLO
Summers Landing Apartment Investors
The Dondero Insurance Rabbi Trust
The Dugaboy Investment Trust
The Get Good Non-Exempt Trust No. 1
The Get Good Non-Exempt Trust No. 2
The Get Good Trust
The Ohio State Life Insurance Company
The Okada Family Foundation
The Okada Insurance Rabbi Trust
The SLHC Trust
Thread 55
Tihany
Tranquility Lake Apartments Investors
Tuscany Acquisition
Uptown at Cityplace Condominium Association
US Gaming
US Gaming OpCo
US Gaming SPV

Valhalla CLO
VB GP
VB Holding
VB One
VB OP Holdings
VBAnnex C GP
VBAnnex C Ohio
VBAnnex C, LP
VineBrook Annex B
VineBrook Annex I
VineBrook Homes Merger Sub
VineBrook Homes Merger Sub II
VineBrook Homes OP GP
VineBrook Homes Operating Partnership
VineBrook Homes Trust
VineBrook Partners I
VineBrook Partners II
VineBrook Properties
Wake LV Holdings
Wake LV Holdings II
Walter Holdco
Walter Holdco GP
Walter Holdco I
Warhol
Westchester CLO
Wright
Yellow Metal Merchants

**EXHIBIT B**

**Listing of Parties-in-Interest Noted for Court Disclosure**

**Relationships in Matters Related to These Proceedings**

**None**

**Relationships in Unrelated Matters**

**Debtors**
Highland Capital Management

**Affiliated Parties**
Highland CDO Opportunity Fund GP
Highland Crusader Fund
Highland Select Equity Master Fund
Pershing

**Other Parties**
Concord Management

**Taxing and Other Significant Governmental Authorities**
California Franchise Tax Board
Internal Revenue Service
Los Angeles County Tax Collector

**Banks and Secured Parties**
BBVA
KeyBank National Association

**Official Creditors' Committee Members**
UBS Securities

**Official Creditors' Committee Members' Attorneys**
Blank Rome
Jenner & Block
Latham Watkins
Morrison Cohen
Richards Layton & Finger
Winstead

ACTIVE 251757333

**Official Creditors' Committee Attorneys**
Sidley Austin
Young Conaway Stargatt & Taylor

**Top Unsecured Creditors**
Andrews Kurth
Bates White
Boies, Schiller & Flexner
Connolly Gallagher
Debevoise & Plimpton
DLA Piper (US)
Duff & Phelps
Foley Gardere
Lackey Hershman
McKool Smith
Patrick Daugherty
Reid Collins & Tsai

**Debtor's Ordinary Course Professionals**
Bell Nunnally
Deloitte
Kim & Chang
PricewaterhouseCoopers
Willkie Farr & Gallagher
Wilmer Hale

**Parties Who have Filed Notices of Appearance**
Patrick Daugherty
Pension Benefit Guaranty Corporation
Ashby & Geddes
California Public Employees
Jackson Walker
Nixon Peabody
Schulte Roth & Zabel

**Active Entities**
Allenby
Highland Capital Management
Highland Capital Management
Highland CDO Opportunity Fund
Highland CDO Opportunity Fund GP
Highland Credit Strategies Fund
Highland Credit Strategies Master Fund
Highland Select Equity Master Fund
NexPoint Credit Strategies Fund

ACTIVE 251757333