

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 6, 2019**

_____
United States Bankruptcy Judge
_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re: § | |
| Highland Capital Management, L.P. § | Case No.: 19−34054−sgj11 |
| § | Chapter No.: 11 |
| Debtor(s) § | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Alyssa Russell**, to represent The Official Committee of Unsecured Creditors, related to document #105, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #

```
                              United States Bankruptcy Court
                                Northern District of Texas
In re:                                                                    Case No. 19-34054-sgj
Highland Capital Management, L.P.                                         Chapter 11
        Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0539-3          User: cbanks              Page 1 of 2              Date Rcvd: Dec 06, 2019
                              Form ID: pdf012           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2019.
aty            +Alyssa Russell,   SIDLEY AUSTIN LLP,   One South Dearborn,    Chicago, IL 60603-2323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2019 at the address(es) listed below:
              Bojan Guzina    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               bguzina@sidley.com
              Edmon L. Morton    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               emorton@ycst.com
              Elizabeth Weller    on behalf of Creditor    Upshur County dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth Weller    on behalf of Creditor    Fannin CAD dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth Weller    on behalf of Creditor    Allen ISD dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth Weller    on behalf of Creditor    Kaufman County dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth Weller    on behalf of Creditor    Grayson County dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth Weller    on behalf of Creditor    Coleman County TAD dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth Weller    on behalf of Creditor    Irving ISD dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth Weller    on behalf of Creditor    Rockwall CAD dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth Weller    on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Eric Thomas Haitz    on behalf of Debtor    Highland Capital Management, L.P. eric.haitz@katten.com
              Jeffrey Kurtzman    on behalf of Creditor    BET Investments II, L.P. kurtzman@kurtzmansteady.com
              John J. Kane    on behalf of Creditor    CLO Holdco, Ltd. jkane@krcl.com,
               ecf@krcl.com;jkane@ecf.courtdrive.com
              Juliana Hoffman    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               jhoffman@sidley.com, txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com
              Laurie A. Spindler    on behalf of Creditor    Grayson County Laurie.Spindler@lgbs.com,
               Dora.Casiano-Perez@lgbs.com
              Laurie A. Spindler    on behalf of Creditor    Kaufman County Laurie.Spindler@lgbs.com,
               Dora.Casiano-Perez@lgbs.com
              Laurie A. Spindler    on behalf of Creditor    Dallas County Laurie.Spindler@lgbs.com,
               Dora.Casiano-Perez@lgbs.com
              Laurie A. Spindler    on behalf of Creditor    Irving ISD Laurie.Spindler@lgbs.com,
               Dora.Casiano-Perez@lgbs.com
              Laurie A. Spindler    on behalf of Creditor    Tarrant County Laurie.Spindler@lgbs.com,
               Dora.Casiano-Perez@lgbs.com
              Laurie A. Spindler    on behalf of Creditor    City of Allen Laurie.Spindler@lgbs.com,
               Dora.Casiano-Perez@lgbs.com
```

```
District/off: 0539-3          User: cbanks               Page 2 of 2              Date Rcvd: Dec 06, 2019
                              Form ID: pdf012            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Laurie A. Spindler   on behalf of Creditor   Allen ISD Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com
          Linda D. Reece   on behalf of Creditor   Garland ISD lreece@pbfcm.com
          Linda D. Reece   on behalf of Creditor   Wylie ISD lreece@pbfcm.com
          Linda D. Reece   on behalf of Creditor   City of Garland lreece@pbfcm.com
          Mark A. Platt   on behalf of Interested Party   Redeemer Committee of the Highland Crusader Fund mplatt@fbtlaw.com, aortiz@fbtlaw.com
          Michael I. Baird   on behalf of Interested Party   Pension Benefit Guaranty Corporation baird.michael@pbgc.gov
          Michael Scott Held   on behalf of Creditor   Crescent TC Investors, L.P. mheld@jw.com, lcrumble@jw.com
          Phillip L. Lamberson   on behalf of Creditor   Acis Capital Management GP, LLC plamberson@winstead.com
          Phillip L. Lamberson   on behalf of Creditor   Acis Capital Management, L.P. plamberson@winstead.com
          Rakhee V. Patel   on behalf of Creditor   Acis Capital Management GP, LLC rpatel@winstead.com, lbayliss@winstead.com;achiarello@winstead.com
          Rakhee V. Patel   on behalf of Creditor   Acis Capital Management, L.P. rpatel@winstead.com, lbayliss@winstead.com;achiarello@winstead.com
          United States Trustee   ustpregion06.da.ecf@usdoj.gov

                                                                                                            TOTAL: 34