# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE
824 Market Street
Wilmington, DE 19801
(302) 252-2900

Date: 12/4/19

To: United States Bankruptcy Court For The Northern District of Texas

Re: Case Name: Highland Capital Management, L.P.
Case #: 19-12239

The above-referenced case(s) has been transferred. Attached to this email is the order transferring venue of this case to USBC, TXNB , along with all required documents. Documents were electronically filed and can be viewed at www.deb.uscourts.gov .

Kindly acknowledge receipt of this document.

Sincerely,

By: Donna Capell
Deputy Clerk

Una O'Boyle, Clerk

---

I, Marcey Okajor, hereby acknowledge receipt of the above Record on Transferring of case this 4th day of December, 2019

Marcey Okajor
Deputy Clerk

Marcey Okajor
Supervisor
Workleader

Case is 19-34054 in Dallas Division