Brian P. Shaw, Texas Bar No. 24053473
ROGGE DUNN GROUP, PC
500 N. Akard St., Suite 1900
Dallas, Texas 75201
Telephone: (214) 220-3888
Facsimile: (214) 220-3833
shaw@roggedunngroup.com

**ATTORNEYS FOR ACIS CAPITAL MANAGEMENT, L.P.
AND ACIS CAPITAL MANAGEMENT GP, LLC**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that pursuant to Bankruptcy Rule 9010(b), Brian P. Shaw of Rogge Dunn Group, P.C., hereby makes this notice of appearance as counsel for creditors Acis Capital Management, L.P. and Acis Capital Management GP, LLC (collectively "Acis").

Please take further notice that Brian P. Shaw requests that all notices given or required to be given in the above-referenced cases be given to the following:

Brian P. Shaw
ROGGE DUNN GROUP, PC
500 N. Akard St., Suite 1900
Dallas, Texas 75201
Telephone: (214) 220-3888
Facsimile: (214) 220-3833
shaw@roggedunngroup.com

The foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, demands, hearings, requests, disclosure statements, memoranda and briefs in support of any of the foregoing and any other

documents brought before this Court with respect to the above-referenced cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise. Please take notice that Brian P. Shaw and Rogge Dunn Group, P.C. are not authorized agents to accept service of process on behalf of Acis and nothing contained in this Notice of Appearance shall be construed to imply the same.

Brian P. Shaw additionally requests that the parties and the Clerk of the Court place his name and address on any mailing matrix and/or list of creditors to be prepared or existing in the above-referenced case.

Dated: December 9, 2019

Respectfully Submitted,

*/s/ Brian P. Shaw*
**BRIAN P. SHAW**
State Bar No. 24053473
shaw@roggedunngroup.com

**ROGGE DUNN GROUP, PC**
500 N. Akard St, Suite 1900
Dallas, Texas 75201
Telephone: (214) 888-5000
Facsimile: (214) 220-3833

**ATTORNEYS FOR ACIS**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served on December 9, 2019, through the Court's ECF noticing system upon those parties who have requested and agreed to electronic notification.

*/s/ Brian P. Shaw*
Brian P. Shaw