**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054 (SGJ) |
| Debtor. | |

**CERTIFICATE OF SERVICE**

    I, Alyssa Kim-Whittle, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the above-captioned case.

    On December 6, 2019, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit A** and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Application Pursuant to Fed. R. Bankr. P. 2014(a) for Order Under Section 1103 of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Nunc Pro Tunc to November 6, 2019** [Docket No. 205]

- **[Amended] Application of the Official Committee of Unsecured Creditors, Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014, for an Order Approving the Retention and Employment of Sidley Austin LLP as Counsel to the Official Committee of Unsecured Creditors, Nunc Pro Tunc to October 29, 2019** [Docket No. 206]

Dated: December 9, 2019

                                                                       /s/ Alyssa Kim-Whittle
                                                                      Alyssa Kim-Whittle
                                                                      KCC
                                                                      222 N Pacific Coast Highway, Suite 300
                                                                      El Segundo, CA 90245

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

# Exhibit A

**Exhibit A**
Core/2002 List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Committee of Unsecured Creditors | Acis Capital Management, L.P. and Acis Capital Management GP, LLP | Attn: Joshua Terry | josh@shorewoodmgmt.com |
| Top 20 Creditor | American Arbitration Association | Elizabeth Robertson, Director | robertsone@adr.org |
| Top 20 Creditor | Andrews Kurth LLP | Scott A. Brister, Esq. | ScottBrister@andrewskurth.com |
| Counsel to Jefferies LLC | Ashby & Geddes, P.A. | William P. Bowden, Esq. | wbowden@ashbygeddes.com |
| Top 20 Creditor | Bates White, LLC | Karen Goldberg, Esq. | karen.goldberg@bateswhite.com |
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Blank Rome LLP | John E. Lucian, Josef W. Mintz | lucian@blankrome.com; mintz@blankrome.com |
| Top 20 Creditor | Boies, Schiller & Flexner LLP | Scott E. Gant | sgant@bsfllp.com |
| Counsel to Integrated Financial Associates Inc. | Carlyon Cica Chtd. | Candace C. Carlyon, Esq., Tracy M. Osteen, Esq. | ccarlyon@carlyoncica.com; tosteen@carlyoncica.com |
| Counsel to the Intertrust Entities and the CLO Entities | Chipman, Brown, Cicero & Cole, LLP | Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Top 20 Creditor | CLO Holdco, Ltd. | Grant Scott, Esq. | gscott@myersbigel.com |
| Creditor | Cole, Schotz, Meisel, Forman & Leonard, P.A. | Michael D. Warner, Esq. | mwarner@coleschotz.com |
| Top 20 Creditor | Connolly Gallagher LLP | Ryan P. Newell | rnewell@connollygallagher.com |
| Top 20 Creditor | Counsel to Acis Capital Management, L.P. and Acis Capital Management GP, LLC | c/o Brian P. Shaw, Esq. | shaw@roggedunngroup.com |
| Counsel to Patrick Daugherty ("Mr. Daugherty") | Cross & Simon LLC | Michael L. Vild, Esquire | mvild@crosslaw.com |
| Top 20 Creditor | Debevoise & Plimpton LLP | Michael Harrell | mpharrell@debevoise.com |
| DE AG Office | Delaware Attorney General | Kathy Jennings | attorney.general@state.de.us |
| Delaware Attorney General | Delaware Department of Justice | Kathy Jennings, Esquire | attorney.general@delaware.gov |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE State Treasury | Delaware Secretary of Treasury | | statetreasurer@state.de.us |
| Counsel to Jefferies LLC | Dentons US LLP | Lauren Macksoud, Esq. | lauren.macksoud@dentons.com |
| Counsel to Jefferies LLC | Dentons US LLP | Patrick C. Maxcy, Esq. | patrick.maxcy@dentons.com |
| Top 20 Creditor | DLA Piper LLP (US) | Marc D. Katz, Esq. | marc.katz@dlapiper.com |
| Top 20 Creditor | Duff & Phelps, LLC | c/o David Landman | dlandman@beneschlaw.com |
| Top 20 Creditor | Foley Gardere | Holly O'Neil, Esq. | honeil@foley.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Frost Brown Todd LLC | Mark A. Platt | mplatt@fbtlaw.com |
| Counsel to Alvarez & Marsal CRF Management LLC as Investment Manager of the Highland Crusader Funds | Gibson, Dunn & Crutcher LLP | Marshall R. King, Esq., Michael A. Rosenthal, Esq. & Alan Moskowitz, Esq. | mking@gibsondunn.com; mrosenthal@gibsondunn.com; amoskowitz@gibsondunn.com |
| Counsel to Alvarez & Marsal CRF Management LLC as Investment Manager of the Highland Crusader Funds | Gibson, Dunn & Crutcher LLP | Matthew G. Bouslog, Esq. | mbouslog@gibsondunn.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Crescent TC Investors, L.P. | Jackson Walker L.L.P. | Michael S. Held | mheld@jw.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Jenner & Block LLP | Marc B. Hankin, Richard Levin | mhankin@jenner.com; rlevin@jenner.com |
| Top 20 Creditor | Joshua & Jennifer Terry | c/o Brian P. Shaw, Esq. | shaw@roggedunngroup.com |
| Counsel to CLO Holdco, Ltd. | Kane Russell Coleman Logan PC | John J. Kane | jkane@krcl.com |
| Counsel to BET Investments II, L.P. | Kurtzman Steady, LLC | Jeffrey Kurtzman, Esq. | Kurtzman@kurtzmansteady.com |
| Top 20 Creditor | Lackey Hershman LLP | Paul Lackey, Esq. | paul.lackey@stinson.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Asif Attarwala | asif.attarwala@lw.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Jeffrey E. Bjork | jeff.bjork@lw.com |

**Exhibit A**
Core/2002 List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Coleman County TAD, Kaufman County, Upshur County, Fannin CAD, Tarrant County, Grayson County, Allen ISD, Dallas County, Irving ISD, and Rockwall CAD | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller, Laurie A. Spindler | dallas.bankruptcy@publicans.com |
| Creditor | Lynn Pinker Cox & Hurst, L.L.P. | Michael K. Hurst, Esq. | mhurst@lynnllp.com |
| Top 20 Creditor | McKool Smith, P.C. | Gary Cruciani, Esq. | gcruciani@mckoolsmith.com |
| Committee of Unsecured Creditors | Meta-e Discovery | Attn: Paul McVoy | pmcvoy@metaediscovery.com |
| Top 20 Creditor | Meta-e Discovery LLC | Paul McVoy | pmcvoy@metaediscovery.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Morris, Nichols, Arsht & Tunnell LLP | Curtis S. Miller, Kevin M. Coen | rdehney@mnat.com; cmiller@mnat.com |
| Counsel to Meta-e Discovery, LLC | Morrison Cohen LLP | Joseph T. Moldovan, Esq. & Sally Siconolfi, Esq. | bankruptcy@morrisoncohen.com |
| Counsel to California Public Employees' Retirement System ("CalPERS") | Nixon Peabody LLP | Louis J. Cisz, III, Esq. | lcisz@nixonpeabody.com |
| Top 20 Creditor | NWCC, LLC | c/o of Michael A. Battle, Esq. | mbattle@btlaw.com |
| SEC Headquarters | Office of General Counsel | Securities & Exchange Commission | SECBankruptcy-OGC-ADO@SEC.GOV |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane M. Leamy | Linda.Casey@usdoj.gov |
| Top 20 Creditor | Patrick Daugherty | c/o Thomas A. Uebler, Esq. | tuebler@mdsulaw.com |
| Pension Benefit Guaranty Corporation ("PBGC") | Pension Benefit Guaranty Corporation | Michael I. Baird | baird.michael@pbgc.gov; efile@pbgc.gov |
| Counsel to City of Garland, Garland ISD, Wylie ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Linda D. Reece | lreece@pbfcm.com |
| Delaware counsel to Alvarez & Marsal CRF Management LLC | Potter Anderson & Corroon LLP | Jeremy W. Ryan, Esq., R. Stephen McNeill, Esq. & D. Ryan Slaugh, Esq. | jryan@potteranderson.com; rmcneill@potteranderson.com; rslaugh@potteranderson.com |
| Committee of Unsecured Creditors | Redeemer Committee of Highland Crusader Fund | Attn: Eric Felton | ericfelton@me.com |
| Top 20 Creditor | Redeemer Committee of the Highland Crusader Fund | c/o Terri Mascherin, Esq. | tmascherin@jenner.com |
| Top 20 Creditor | Reid Collins & Tsai LLP | William T. Reid, Esq. | wreid@rctlegal.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Richards, Layton & Finger PA | Michael J. Merchant, Sarah E. Silveira | merchant@rlf.com; silveira@rlf.com |
| Counsel to the Intertrust Entities | Schulte Roth & Zabel LLP | James T. Bentley | james.bentley@srz.com |
| SEC Regional Office | Securities & Exchange Commission | Andrew Calamari, Regional Director | bankruptcynoticeschr@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger, Regional Director | philadelphia@sec.gov |
| Proposed Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Bojan Guzina, Matthew Clemente, Alyssa Russell, Elliot A. Bromagen | bguzina@sidley.com; mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com |
| Proposed Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Jessica Boelter | jboelter@sidley.com |
| Proposed Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Charles M. Person, Juliana Hoffman | preid@sidley.com; pmontgomery@sidley.com; cpersons@sidley.com; jhoffman@sidley.com |
| DE Secretary of State | State of Delaware | Division of Corporations - Franchise Tax | dosdoc_bankruptcy@state.de.us |
| Counsel to the Hunter Mountain Trust ("Hunter") | Sullivan Hazeltine Allinson LLC | William A. Hazeltine, Esq. | whazeltine@sha-llc.com |
| Top 20 Creditor | UBS AG, London Branch and UBS Securities LLC | c/o Andrew Clubock, Esq. | Andrew.Clubok@lw.com |
| United States Attorney General | United States Attorney General | U.S. Department of Justice | askdoj@usdoj.gov |
| US Attorneys Office for DE | US Attorney for Delaware | David C Weiss c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |

**Exhibit A**
Core/2002 List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Winstead PC | Rakhee V. Patel, Phillip Lamberson | rpatel@winstead.com; plamberson@winstead.com |
| Proposed Counsel to Official Committee of Unsecured Creditors | Young Conaway Stargatt & Taylor, LLP | Michael R. Nestor, Edmon L. Morton, Sean M. Beach, Esq., Jaclyn C. Weissgerber, Esq. | bankfilings@ycst.com; mnestor@ycst.com; emorton@ycst.com; sbeach@ycst.com; jweissgerber@ycst.com |
| Delaware Division of Revenue | Zillah A. Frampton | Bankruptcy Administrator | Zillah.Frampton@state.de.us |

# Exhibit B

**Exhibit B**
Core/2002 List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Committee of Unsecured Creditors | Acis Capital Management, L.P. and Acis Capital Management GP, LLP | Attn: Joshua Terry | 3100 Webb Ave, Suite 203 | | | Dallas | TX | 75025 |
| Top 20 Creditor | American Arbitration Association | Elizabeth Robertson, Director | 120 Broadway, 21st Floor, | | | New York | NY | 10271 |
| Top 20 Creditor | Andrews Kurth LLP | Scott A. Brister, Esq. | 111 Congress Avenue, Ste 1700 | | | Austin | TX | 78701 |
| Top 20 Creditor | Bates White, LLC | Karen Goldberg, Esq. | 2001 K Street NW, North Bldg Suite 500 | | | Washington | DC | 20006 |
| Bank | BBVA | Michael Doran | 8080 North Central Expressway | Suite 1500 | | Dallas | TX | 75206 |
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Blank Rome LLP | John E. Lucian, Josef W. Mintz | 1201 N. Market Street, Suite 800 | | | Wilmington | DE | 19801 |
| Top 20 Creditor | Boies, Schiller & Flexner LLP | Scott E. Gant | 5301 Wisconsin Ave NW | | | Washington | DC | 20015-2015 |
| Top 20 Creditor | CLO Holdco, Ltd. | Grant Scott, Esq. | Myers Bigel Sibley & Sajovec, P.A. | 4140 Park Lake Ave, Ste 600 | | Raleigh | NC | 27612 |
| Creditor | Cole, Schotz, Meisel, Forman & Leonard, P.A. | Michael D. Warner, Esq. | 301 Commerce Street, Suite 1700 | | | Fort Worth | TX | 76102 |
| Top 20 Creditor | Connolly Gallagher LLP | Ryan P. Newell | 1201 N. Market Street | 20th Floor | | Wilmington | DE | 19801 |
| Top 20 Creditor | Counsel to Acis Capital Management, L.P. and Acis Capital Management GP, LLC | c/o Brian P. Shaw, Esq. | Rogge Dunn Group, PC | 500 N. Akard Street, Suite 1900 | | Dallas | TX | 75201 |
| Counsel to Patrick Daugherty ("Mr. Daugherty") | Cross & Simon LLC | Michael L. Vild, Esquire | 1105 N. Market Street, Suite 901 | | | Wilmington | DE | 19801 |
| Top 20 Creditor | Debevoise & Plimpton LLP | Michael Harrell | c/o Accounting Dept 28th Floor | 919 Third Avenue | | New York | NY | 10022 |
| DE AG Office | Delaware Attorney General | Kathy Jennings | 820 N French St | Carvel State Office Building | | Wilmington | DE | 19801 |
| Delaware Attorney General | Delaware Department of Justice | Kathy Jennings, Esquire | Carvel State Office Building, 6th Floor | 820 N. French Street | | Wilmington | DE | 19801 |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 |
| DE State Treasury | Delaware Secretary of Treasury | | 820 Silver Lake Blvd Suite 100 | | | Dover | DE | 19904 |
| Top 20 Creditor | DLA Piper LLP (US) | Marc D. Katz, Esq. | 1900 N Pearl St, Suite 2200 | | | Dallas | TX | 75201 |
| Top 20 Creditor | Duff & Phelps, LLC | c/o David Landman | Benesch, Friedlander, Coplan & Aronoff LLP | 200 Public Square, Suite 2300 | | Cleveland | OH | 44114-2378 |
| Top 20 Creditor | Foley Gardere | Holly O'Neil, Esq. | Foley & Lardner LLP | 2021 McKinney Avenue Suite 1600 | | Dallas | TX | 75201 |
| Secured Creditor | Frontier State Bank | Attn: Steve Elliot | 5100 South I-35 Service Road | | | Oklahoma City | OK | 73129 |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Frost Brown Todd LLC | Mark A. Platt | 100 Crescent Court, Suite 350 | | | Dallas | TX | 75201 |

**Exhibit B**
Core/2002 List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel to Alvarez & Marsal CRF Management LLC as Investment Manager of the Highland Crusader Funds | Gibson, Dunn & Crutcher LLP | Marshall R. King, Esq., Michael A. Rosenthal, Esq. & Alan Moskowitz, Esq. | 200 Park Avenue | | | New York | NY | 10066 |
| Counsel to Alvarez & Marsal CRF Management LLC as Investment Manager of the Highland Crusader Funds | Gibson, Dunn & Crutcher LLP | Matthew G. Bouslog, Esq. | 3161 Michelson Drive | | | Irvine | CA | 92612 |
| Equity Holders | Hunter Mountain Investment Trust | c/o Rand Advisors LLC | John Honis | 87 Railroad Place Ste 403 | | Saratoga Springs | NY | 12866 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Secured Creditor | Jefferies LLC | Director of Compliance | 520 Madison Avenue, 16th Floor | Re: Prime Brokerage Services | | New York | NY | 10022 |
| Secured Creditor | Jefferies LLC | Office of the General Counsel | 520 Madison Avenue, 16th Floor | Re: Prime Brokerage Services | | New York | NY | 10022 |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Jenner & Block LLP | Marc B. Hankin, Richard Levin | 919 Third Avenue | | | New York | NY | 10022-3908 |
| Top 20 Creditor | Joshua & Jennifer Terry | c/o Brian P. Shaw, Esq. | Rogge Dunn Group, PC | 500 N. Akard Street, Suite 1900 | | Dallas | TX | 75201 |
| Counsel to CLO Holdco, Ltd. | Kane Russell Coleman Logan PC | John J. Kane | 901 Main Street, Suite 5200 | | | Dallas | TX | 75242-1699 |
| Secured Creditor | KeyBank National Association | as Administrative Agent | 225 Franklin Street, 18th Floor | | | Boston | MA | 02110 |
| Secured Creditor | KeyBank National Association | as Agent | 127 Public Square | | | Cleveland | OH | 44114 |
| Top 20 Creditor | Lackey Hershman LLP | Paul Lackey, Esq. | Stinson LLP | 3102 Oak Lawn Avenue, Ste 777 | | Dallas | TX | 75219 |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Asif Attarwala | 330 N. Wabash Avenue, Ste. 2800 | | | Chicago | IL | 60611 |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Jeffrey E. Bjork | 355 South Grand Avenue, Ste. 100 | | | Los Angeles | CA | 90071 |
| Creditor | Lynn Pinker Cox & Hurst, L.L.P. | Michael K. Hurst, Esq. | 2100 Ross Avenue, Ste 2700 | | | Dallas | TX | 75201 |
| Equity Holders | Mark K. Okada | | 300 Crescent Court | Suite 700 | | Dallas | TX | 75201 |
| Top 20 Creditor | McKool Smith, P.C. | Gary Cruciani, Esq. | McKool Smith | 300 Crescent Court, Suite 1500 | | Dallas | TX | 75201 |
| Committee of Unsecured Creditors | Meta-e Discovery | Attn: Paul McVoy | 93 River St. | | | Milford | CT | 06460 |
| Top 20 Creditor | Meta-e Discovery LLC | Paul McVoy | Six Landmark Square, 4th Floor | | | Stamford | CT | 69010 |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Morris, Nichols, Arsht & Tunnell LLP | Curtis S. Miller, Kevin M. Coen | 1201 North Market Street, Suite 1600 | | | Wilmington | DE | 19801 |
| Counsel to Meta-e Discovery, LLC | Morrison Cohen LLP | Joseph T. Moldovan, Esq. & Sally Siconolfi, Esq. | 909 Third Avenue | | | New York | NY | 10022 |

**Exhibit B**
Core/2002 List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Bank | NexBank | John Danilowicz | 2515 McKinney Ave | Ste 1100 | | Dallas | TX | 75201 |
| Counsel to California Public Employees' Retirement System ("CalPERS") | Nixon Peabody LLP | Louis J. Cisz, III, Esq. | One Embarcadero Center, 32nd Floor | | | San Francisco | CA | 94111 |
| Top 20 Creditor | NWCC, LLC | c/o of Michael A. Battle, Esq. | Barnes & Thornburg, LLP | 1717 Pennsylvania Ave N.W. Ste 500 | | Washington | DC | 20006-4623 |
| SEC Headquarters | Office of General Counsel | Securities & Exchange Commission | 100 F St NE | | | Washington | DC | 20554 |
| Attorney General of the United States | Office of the Attorney General | | Main Justice Building, Room 5111 | 10th & Constitution Avenue, N.W. | | Washington | DC | 20530 |
| US Attorneys Office for Northern District of TX | Office of the United States Attorney | | 1100 Commerce Street, 3rd Floor | | | Dallas | TX | 75202 |
| US Trustee for Northern District of TX | Office of the United States Trustee | In re: Highland Capital | 1100 Commerce Street, Room 976 | | | Dallas | TX | 75202 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane M. Leamy | J. Caleb Boggs Federal Building | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 |
| Top 20 Creditor | Patrick Daugherty | c/o Thomas A. Uebler, Esq. | McCollom D'Emilio Smith Uebler LLC | 2751 Centerville Rd #401 | | Wilmington | DE | 19808 |
| Counsel to City of Garland, Garland ISD, Wylie ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Linda D. Reece | 1919 S. Shiloh Rd., Suite 310 | | | Garland | TX | 75042 |
| Delaware counsel to Alvarez & Marsal CRF Management LLC | Potter Anderson & Corroon LLP | Jeremy W. Ryan, Esq., R. Stephen McNeill, Esq. & D. Ryan Slaugh, Esq. | 1313 North Market Street, 6th Floor | | | Wilmington | DE | 19801 |
| Secured Creditor | Prime Brokerage Services | Jefferies LLC | 520 Madison Avenue | | | New York | NY | 10022 |
| Committee of Unsecured Creditors | Redeemer Committee of Highland Crusader Fund | Attn: Eric Felton | 731 Pleasant Avenue | | | Glen Ellyn | IL | 60137 |
| Top 20 Creditor | Redeemer Committee of the Highland Crusader Fund | c/o Terri Mascherin, Esq. | Jenner & Block | 353 N. Clark Street | | Chicago | IL | 60654-3456 |
| Top 20 Creditor | Reid Collins & Tsai LLP | William T. Reid, Esq. | 810 Seventh Avenue, Ste 410 | | | New York | NY | 10019 |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Richards, Layton & Finger PA | Michael J. Merchant, Sarah E. Silveira | One Rodney Square | 920 North King Street | | Wilmington | DE | 19801 |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger, Regional Director | Philadelphia Regional Office | One Penn Center, Suite 520 | 1617 JFK Boulevard | Philadelphia | PA | 19103 |
| Proposed Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Bojan Guzina, Matthew Clemente, Alyssa Russell, Elliot A. Bromagen | One South Dearborn Street | | | Chicago | IL | 60603 |
| Proposed Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Jessica Boelter | 787 Seventh Avenue | | | New York | NY | 10019 |
| Counsel to Jefferies | Sidley Austin LLP | Lee S. Attanasio, Esq. | 787 Seventh Avenue | | | New York | NY | 10019 |
| Proposed Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Charles M. Person, Juliana Hoffman | 2021 McKinney Avenue Suite 2000 | | | Dallas | TX | 75201 |
| TX Comptroller of Public Accounts | State Comptroller of Public Accounts | Revenue Accounting Division-Bankruptcy Section | P.O. Box 13258 | | | Austin | TX | 78711 |
| DE Secretary of State | State of Delaware | Division of Corporations - Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 |
| Equity Holders | Strand Advisors, Inc. | | 300 Crescent Court | Suite 700 | | Dallas | TX | 75201 |

**Exhibit B**
Core/2002 List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| TX AG Office | Texas Attorney General's Office | Bankruptcy-Collections Division | P.O. Box 12548 | | | Austin | TX | 78711-2548 |
| Equity Holders | The Dugaboy Investment Trust | | 300 Crescent Court | Suite 700 | | Dallas | TX | 75201 |
| Equity Holders | The Mark and Pamela Okada Family Trust – Exempt Trust #1 | | 300 Crescent Court | Suite 700 | | Dallas | TX | 75201 |
| Equity Holders | The Mark and Pamela Okada Family Trust – Exempt Trust #2 | | 300 Crescent Court | Suite 700 | | Dallas | TX | 75201 |
| U.S. Department of the Treasury | U.S. Department of the Treasury | Office of General Counsel | 1500 Pennsylvania Avenue, NW | | | Washington | DC | 20220 |
| Top 20 Creditor | UBS AG, London Branch and UBS Securities LLC | c/o Andrew Clubock, Esq. | Latham & Watkins LLP | 555 Eleventh Street NW Suite 1000 | | Washington | DC | 20004-1304 |
| Committee of Unsecured Creditors | UBS Securities LLC and UBS AG London Branch | Attn: Elizabeth Kozlowski | 1285 Avenue of the Americas | | | New York | NY | 10019 |
| United States Attorney General | United States Attorney General | U.S. Department of Justice | William Barr, Esquire | 950 Pennsylvania Avenue, NW, | Room 4400 | Washington | DC | 20530-0001 |
| US Attorneys Office for DE | US Attorney for Delaware | David C Weiss c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | | Wilmington | DE | 19899-2046 |
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Winstead PC | Rakhee V. Patel, Phillip Lamberson | 2728 N. Harwood Street, Suite 500 | | | Dallas | TX | 75201 |
| Delaware Division of Revenue | Zillah A. Frampton | Bankruptcy Administrator | Delaware Division of Revenue | Carvel State Office Building, 8th Floor | 820 N. French Street | Wilmington | DE | 19801 |