# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) Case No. 19-34054-sgj11 |
| | ) |
| Debtor. | ) |
| | ) |

## CERTIFICATE OF CONFERENCE REGARDING MOTION OF PENSIONDANMARK PENSIONSFORSIKRINGSAKTIESELSKAB FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO TERMINATE INVESTMENT MANAGEMENT AGREEMENT

I certify that Thomas M. Horan (DE Bar No. 4641), counsel to PensionDanmark Pensionsforsikringsaktieselskab ("PensionDanmark") in the above-captioned bankruptcy case has conferred with counsel to the Debtor regarding the relief PensionDanmark seeks in its Motion for an Order Granting Relief from the Automatic Stay to Terminate Investment Management Agreement (the "Motion"), filed on December 9, 2019 at D.I. 218.  The Debtor did not advise counsel of its position on the relief sought in the Motion.

Dated:  December 10, 2019

FOX ROTHSCHILD LLP

*/s/ David Grant Crooks*
David Grant Cooks (TX Bar No. 24028168)
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas, TX 75240
Telephone: (972) 991-0889
Fax: (972) 404-0516
dcrooks@foxrothschild.com

*Attorneys for PensionDanmark Pensionsforsikringsaktieselskab*

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725).  The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

Active\105871911.v1-12/10/19