Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
HAYWARD & ASSOCIATES PLLC
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

**PROPOSED COUNSEL TO THE DEBTOR**

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT,** | § | **Case No. 19-34054** |
| **L.P.,** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |
| | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICES AND OTHER PAPERS

Zachery Z. Annable of Hayward & Associates PLLC, as proposed counsel for Debtor

Highland Capital Management, L.P., appears in the above-captioned bankruptcy case (the "Case").

Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, Mr. Annable

requests that all notices, motions, pleadings, orders, plans, and disclosure statements filed, served,

or entered in this Case be served upon the undersigned at the following address:

> Zachery Z. Annable
> ZAnnable@HaywardFirm.com
> **HAYWARD & ASSOCIATES PLLC**
> 10501 N. Central Expy, Ste. 106
> Dallas, Texas 75231

This *Notice of Appearance and Request for Service of Notices and Other Papers* (the

"Notice of Appearance") is not a waiver of any rights, including, without limitation, the right: (i)

to have final orders in non-core matters entered only after *de novo* review by a judge of the appropriate United States District Court; (ii) to trial by jury in any proceeding so triable in this Case or any case, controversy, or proceeding related to this Case; and (iii) to have the United States District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal.

DATED: December 10, 2019.

Respectfully submitted,

**HAYWARD & ASSOCIATES PLLC**

By: */s/ Zachery Z. Annable*
    Zachery Z. Annable
    Texas State Bar No. 24053075
    ZAnnable@HaywardFirm.com
10501 N. Central Expy., Suite 106
Dallas, Texas 75231
972.755.7100 (phone)
972.755.7110 (facsimile)

**PROPOSED COUNSEL FOR THE DEBTOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this Case.

*/s/ Zachery Z. Annable*
Zachery Z. Annable