PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (admitted pro hac vice)
Ira D. Kharasch (CA Bar No. 109084) (admitted pro hac vice)
Maxim B. Litvak (SBN: 24002482)
Gregory V. Demo (NY Bar 5371992) (admitted pro hac vice)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD & ASSOCIATES PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachary Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel and Proposed Counsel for the Debtor and Debtor in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| In re: | § | Chapter 11 |
|---|---|---|
|  | § |  |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
|  | § |  |
| Debtor. | § |  |
|  | § |  |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

Highland Capital Management, L.P. (the "Debtor") and the Official Committee of Unsecured Creditors (the "UCC", and collectively with the "Debtor", the "Parties") file this *Joint*

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725).  The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

DOCS_NY:39934.1 36027/002

*Motion to Continue Status Conference* (the "Motion"). In support of the Motion, the Parties would respectfully show the Court as follows:

1. On October 16, 2019 (the "Petition Date"), the Debtor commenced a voluntary case under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Case").

2. The Bankruptcy Case was transferred to this Court on December 4, 2019.

3. The Court has set a status conference on December 12, 2019, at 9:30 a.m. (Central Time) (the "Status Conference").

4. The Parties respectfully request that the Court continue the Status Conference until December 18, 2019, at 9:30 a.m. (Central Time).

5. This Motion is being filed solely to facilitate the Parties' negotiation of certain issues related to the Debtor's corporate governance, among other matters.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court grant this Motion, continue the Status Conference until December 18, 2019, at 9:30 a.m. (Central Time), and grant the Parties such other and further relief as is just and equitable.

[*Remainder of page intentionally left blank*]

Dated: December 11, 2019     **PACHULSKI STANG ZIEHL & JONES LLP**

    */s/ Jeffrey N. Pomerantz*
Jeffrey N. Pomerantz (CA Bar No.143717)
(*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084)
(*admitted pro hac vice*)
Maxim B. Litvak (SBN: 24002482)
Gregory V. Demo (NY Bar 5371992)
(*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:   jpomerantz@pszjlaw.com
          ikharasch@pcszjlaw.com
          mlitvak@pszjlaw.com
          gdemo@pszjlaw.com

-and-

**HAYWARD & ASSOCIATES PLLC**

Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachary Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel and Proposed Counsel for the Debtor and Debtor-in-Possession*

Dated:  December 11, 2019 SIDLEY AUSTIN LLP

 */s/ Matthew A. Clemente*
Bojan Guzina, Esq. (*admitted pro hac vice*)
Matthew A. Clemente, Esq. (*admitted pro hac vice*)
Dennis M. Twomey, Esq. (*pro hac vice pending*)
Alyssa Russell, Esq. (*admitted pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

*Proposed Counsel for the Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing Motion has been served electronically via the Court's CM/ECF system and/or U.S. First Class Mail upon all parties appearing on the attached service list.

               */s/ Melissa S. Hayward*
               Melissa S. Hayward