

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 11, 2019**

_____
United States Bankruptcy Judge

---

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § | **Case No. 19-34054** |
| | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |
| | § | |

**ORDER GRANTING JOINT MOTION TO
CONTINUE STATUS CONFERENCE**

---

On this day came on for consideration the *Joint Motion to Continue Status Conference* (the "Motion") filed by Highland Capital Management, L.P. (the "Debtor") and the Official Committee of Unsecured Creditors (collectively, the "Parties"). The Court finds that the request is reasonable and should be granted.

It is therefore,

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Status Conference currently set for December 12, 2019 at 9:30 a.m. is

hereby continued to **Wednesday, December 18, 2019 at 9:30 a.m.**


# # # END OF ORDER # # #