BTXN 105a (rev. 09/19)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: HIGHLAND CAPITAL MANAGEMENT, L.P.

Debtor

Case No.: 19-34054-SGJ11

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: **Maxcy** / **Patrick** / **C.**
   *Last* / *First* / *MI*

2. Firm Name: **Dentons US LLP**

3. Address: **233 S. Wacker Drive, Suite 5900**
   **Chicago, IL 60606-6361**

4. Phone: **(312) 876-2810**    FAX: **(312) 876-7394**
   Email: **patrick.maxcy@dentons.com**

5. Name used to sign *all* pleadings: **Patrick C. Maxcy**

6. Retained by: _____

7. Admitted on **November 8, 2001** and presently a member in good standing of the bar of the highest court of the state of **Illinois** and issued the bar license number of **6275469**.

8. Admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| U.S. District Court for the Northern District of Illinois | 01/01/2001 |
| U.S. District Court for the District of Maine | 08/06/2001 |
| U.S. Court of Appeals for the First Circuit | 05/29/2014 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | Date of Application | Case No. and Style |
    |---|---|
    | | Not applicable. |
    | | |
    | | |

13. Local counsel of record: ___Not applicable._____

14. Local counsel's address: ___Not applicable._____

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

Patrick C. Maxcy
Printed Name of Applicant

12/6/19
Date

*/s/ P.C. Maxcy*
Signature of Applicant