



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 9, 2019**

United States Bankruptcy Judge

_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Highland Capital Management, L.P. §  Case No.:  19−34054−sgj11
 §  Chapter No.:  11
Debtor(s) §

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **John A. Morris**, to represent Highland Capital Management, related to document #191, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #

```
                         United States Bankruptcy Court
                            Northern District of Texas
In re:                                                              Case No. 19-34054-sgj
Highland Capital Management, L.P.                                   Chapter 11
            Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0539-3          User: cbanks             Page 1 of 2           Date Rcvd: Dec 09, 2019
                              Form ID: pdf012          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2019.
aty            +John A. Morris,   Pachulski Stang Ziehl & Jones LLP,   780 Third Avenue, 34th Floor,
                 New York, NY 10017-2024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2019 at the address(es) listed below:
              Bojan Guzina    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               bguzina@sidley.com
              Edmon L. Morton    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               emorton@ycst.com
              Elizabeth Weller    on behalf of Creditor    Grayson County dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth Weller    on behalf of Creditor    Irving ISD dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth Weller    on behalf of Creditor    Rockwall CAD dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth Weller    on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth Weller    on behalf of Creditor    Allen ISD dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth Weller    on behalf of Creditor    Fannin CAD dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth Weller    on behalf of Creditor    Kaufman County dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth Weller    on behalf of Creditor    Coleman County TAD dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth Weller    on behalf of Creditor    Upshur County dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Eric Thomas Haitz    on behalf of Debtor    Highland Capital Management, L.P. eric.haitz@katten.com
              Jaclyn C. Weissgerber    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors bankfilings@ycst.com,    jweissgerber@ycst.com
              Jeffrey Kurtzman    on behalf of Creditor    BET Investments II, L.P. kurtzman@kurtzmansteady.com
              John J. Kane    on behalf of Creditor    CLO Holdco, Ltd. jkane@krcl.com,
               ecf@krcl.com;jkane@ecf.courtdrive.com
              Juliana Hoffman    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               jhoffman@sidley.com,   txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com
              Laurie A. Spindler    on behalf of Creditor    Allen ISD Laurie.Spindler@lgbs.com,
               Dora.Casiano-Perez@lgbs.com
              Laurie A. Spindler    on behalf of Creditor    Grayson County Laurie.Spindler@lgbs.com,
               Dora.Casiano-Perez@lgbs.com
              Laurie A. Spindler    on behalf of Creditor    Kaufman County Laurie.Spindler@lgbs.com,
               Dora.Casiano-Perez@lgbs.com
              Laurie A. Spindler    on behalf of Creditor    Dallas County Laurie.Spindler@lgbs.com,
               Dora.Casiano-Perez@lgbs.com
              Laurie A. Spindler    on behalf of Creditor    Irving ISD Laurie.Spindler@lgbs.com,
               Dora.Casiano-Perez@lgbs.com

```
District/off: 0539-3           User: cbanks                 Page 2 of 2            Date Rcvd: Dec 09, 2019
                               Form ID: pdf012              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Laurie A. Spindler   on behalf of Creditor   Tarrant County Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com
        Laurie A. Spindler   on behalf of Creditor   City of Allen Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com
        Linda D. Reece   on behalf of Creditor   Wylie ISD lreece@pbfcm.com
        Linda D. Reece   on behalf of Creditor   City of Garland lreece@pbfcm.com
        Linda D. Reece   on behalf of Creditor   Garland ISD lreece@pbfcm.com
        Mark A. Platt   on behalf of Interested Party   Redeemer Committee of the Highland Crusader Fund mplatt@fbtlaw.com, aortiz@fbtlaw.com
        Michael I. Baird   on behalf of Interested Party   Pension Benefit Guaranty Corporation baird.michael@pbgc.gov
        Michael Scott Held   on behalf of Creditor   Crescent TC Investors, L.P. mheld@jw.com, lcrumble@jw.com
        Phillip L. Lamberson   on behalf of Creditor   Acis Capital Management GP, LLC plamberson@winstead.com
        Phillip L. Lamberson   on behalf of Creditor   Acis Capital Management, L.P. plamberson@winstead.com
        Rakhee V. Patel   on behalf of Creditor   Acis Capital Management GP, LLC rpatel@winstead.com, lbayliss@winstead.com;achiarello@winstead.com
        Rakhee V. Patel   on behalf of Creditor   Acis Capital Management, L.P. rpatel@winstead.com, lbayliss@winstead.com;achiarello@winstead.com
        Sean M. Beach   on behalf of Creditor Committee   Official Committee of Unsecured Creditors bankfilings@ycst.com, sbeach@ycst.com
        United States Trustee   ustpregion06.da.ecf@usdoj.gov

                                                                                                                                                                             TOTAL: 36