**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, | § | Case No. 19-34054 (SGJ) |
| L.P.,[1] | § | |
| | § | |
| Debtor. | § | |

## CERTIFICATE OF NO OBJECTION

On December 6, 2019, the Official Committee of Unsecured Creditors (the "Committee") filed the *Amended Application of the Official Committee of Unsecured Creditors, Pursuant to Sections 328 And 1103 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014, for an Order Approving the Retention and Employment Of Sidley Austin LLP, as Counsel to the Official Committee of Unsecured Creditors, Nunc Pro Tunc to October 29, 2019* [Docket No. 206] (the "Retention Application"). The Retention Application contained the following negative notice language:

> NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE ST # 1452, DALLAS, TX 75242 BEFORE CLOSE OF BUSINESS ON DECEMBER 30, 2019, WHICH IS AT LEAST 24 DAYS FROM THE DATE OF SERVICE HEREOF.

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

1

ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

As of close of business on December 30, 2019, the Court's docket reflects that no responses or objections to the Retention Application were filed.  Additionally, no responses or objections were received by the undersigned counsel.  The Committee therefore requests that the Court grant the relief requested in the Proposed Order that was filed contemporaneously with the Retention Application.

Dated: December 31, 2019

Respectfully submitted,

**SIDLEY AUSTIN LLP**

By: /s/ Juliana L. Hoffman
Penny P. Reid (15402570)
preid@sidley.com
Paige Holden Montgomery (24037131)
pmontgomery@sidley.com
Juliana L. Hoffman (24106103)
jhoffman@sidley.com
2021 McKinney Avenue, Suite 2000
Dallas, Texas 74201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

-and-

Bojan Guzina (admitted *pro hac vice*)
bguzina@sidley.com
Matthew A. Clemente (admitted *pro hac vice*)
mclemente@sidley.com
Dennis M. Twomey (admitted *pro hac vice*)

2

        dtwomey@sidley.com
        Alyssa Russell (admitted *pro hac vice*)
        alyssa.russell@sidley.com
        One South Dearborn Street
        Chicago, Illinois 60603
        Telephone: (312) 853-7000
        Facsimile: (312) 853-7036

        *Proposed Counsel For the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was sent via electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on December 31, 2019.

        /s/ *Juliana L. Hoffman*
        Juliana L. Hoffman
        *Proposed Counsel For the Official Committee of Unsecured Creditors*

ACTIVE 252567552