PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
Maxim B. Litvak (Texas Bar No. 24002482)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD & ASSOCIATES PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel and Proposed Counsel for the Debtor and Debtor in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § § | Case No. 19-34054-sgj11 |
| Debtor. | § § | |

**DECLARATION OF BRADLEY D. SHARP IN SUPPORT OF MOTION OF THE
DEBTOR FOR APPROVAL OF SETTLEMENT WITH THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS REGARDING GOVERNANCE OF THE DEBTOR AND
PROCEDURES FOR OPERATIONS IN THE ORDINARY COURSE**

I, Bradley D. Sharp, make this declaration pursuant to 28 U.S.C. § 1746 and state as

follows:

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

1. I am the President and Chief Executive Officer of Development Specialists, Inc. ("DSI"), a leading provider of management consulting and financial advisory services, including turnaround consulting, fiduciary roles, and financial restructuring services with numerous offices throughout the country.

2. I was retained as the Debtor's Chief Restructuring Officer (the "CRO") on October 7, 2019.

3. On October 29, 2019, the Debtor filed the *Motion of the Debtor Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to Employ and Retain Development Specialists, Inc. to Provide a Chief Restructuring Officer, Additional Personnel, and Financial Advisory and Restructuring Related Services, Nunc Pro Tunc as of the Petition Date*, as supplemented [Docket Nos. 74 & 282] (the "CRO Motion") seeking to formally retain me as the CRO. The CRO Motion remains pending but will be resolved if the Motion (defined below) is approved by this Court.

4. As the CRO, I am duly authorized to make this declaration (the "Declaration") in support of the *Motion of the Debtor for Approval of Settlement with Official Committee of Unsecured Creditors Regarding Governance of the Debtor and Procedures for Operations in the Ordinary Course* (the "Motion,")[2] for entry of an Order approving the terms of a settlement between the Debtor and the Committee regarding governance of the Debtor and procedures for operations in the ordinary course of business as embodied in the Term Sheet filed with the Motion.

5. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify thereto.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

6. Following weeks of negotiations, the Debtor and the Committee have reached a proposed settlement which is embodied in the Term Sheet and which provides for, among other things, the appointment of three Independent Directors at Strand, the Debtor's general partner and ultimate party in control.

7. The three proposed Independent Directors are James Seery, John Dubel, and Russell Nelms. Background information for each of the Independent Directors is attached hereto as **Exhibit A**.

8. Upon approval of the Motion, the Independent Directors will be responsible for implementing the agreement embodied in the Term Sheet.

9. The Term Sheet was negotiated at arm's length, and is the product of lengthy, extended and far-reaching discussions between the Debtor and the Committee and their respective professionals. I firmly believe that the settlement is fair and reasonable and is in the best interests of the Debtor's estate and also resolves the open disputes regarding other matters. *See* Docket Nos. 51, 76, and 259.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 6, 2020, Dallas, Texas.

_____
Bradley D. Sharp