

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 15, 2020**

_____
United States Bankruptcy Judge
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) ) ) | Case No. 19-34054 (SGJ) |
| Debtor. | ) ) | Rel. to Dkt. 218, 304 |

### AGREED ORDER CONTINUING THE HEARING ON PENSIONDANMARK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

On December 9, 2019, PensionDanmark Pensionsforsikringsaktieselskab ("PensionDanmark") filed the Motion of Pensiondanmark Pensionsforsikringsaktieselskab for an Order Granting Relief from the Automatic Stay to Terminate Investment Management Agreement [Docket No. 218] (the "Stay Relief Motion") in connection with the above reference case. The

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

ACTIVE 253098886

Stay Relief Motion was set for January 21, 2020 at 9:30 a.m. before the Honorable Stacey G. C. Jernigan at the United States Bankruptcy Court for the Northern District of Texas (Dallas Division) (the "Court") [Docket No. 304].

Counsel for PensionDanmark, the above-referenced Debtor and the Official Committee of Unsecured Creditors (collectively, the "Parties") have agreed to continue the hearing on the Stay Relief Motion to a later date to facilitate a resolution of the relief requested therein.

Accordingly, it is hereby **ORDERED** that a hearing on the Stay Relief Motion shall be continued to a later date provided by the Court and mutually acceptable to the Parties.

### End of Order ###

Dated: January 15, 2020

Respectfully submitted,

| PACHULSKI STANG ZIEHL &JONES LLP | SIDLEY AUSTIN LLP |
|---|---|
| */s/Gregory V. Demo* | */s/Juliana L. Hoffman* |
| Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*) Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*) Maxim B. Litvak (SBN: 24002482) Gregory V. Demo (NY Bar 5371992) (*admitted pro hac vice*) 10100 Santa Monica Blvd., 13th Floor Los Angeles, CA 90067 Telephone: (310) 277-6910 Facsimile: (310) 201-0760 E-mail: jpomerantz@pszjlaw.com ikharasch@pcszjlaw.com mlitvak@pszjlaw.com gdemo@pszjlaw.com | Bojan Guzina (admitted pro hac vice) Matthew A. Clemente (admitted pro hac vice) Dennis M. Twomey (admitted pro hac vice) One South Dearborn Street Chicago, Illinois 60603 Telephone: (312) 853-7000 Facsimile: (312) 853-7036 -and- Penny P. Reid Paige Holden Montgomery Juliana L. Hoffman 2021 McKinney Avenue Suite 2000 Dallas, Texas 74201 Telephone: (214) 981-3300 Facsimile: (214) 981-3400 |
| -and- | *Counsel For the Official Committee of Unsecured Creditors* |
| HAYWARD & ASSOCIATES PLLC Melissa S. Hayward Texas Bar No. 24044908 MHayward@HaywardFirm.com Zachery Z. Annable Texas Bar No. 24053075 ZAnnable@HaywardFirm.com 10501 N. Central Expy, Ste. 106 Dallas, Texas 75231 Tel: (972) 755-7100 Fax: (972) 755-7110 *Counsel and Proposed Counsel for the Debtor and Debtor-in-Possession* | FOX ROTHSCHILD LLP /s/*David Grant Crooks* David Grant Crooks Texas State Bar No. 24028168 Two Lincoln Centre 5420 LBJ Freeway, Suite 1200 Dallas, TX 75240 972-991-0889 972-404-0516 fax dcrooks@foxrothschild.com *Attorneys for Pensiondanmark Pensionsforsikringsaktieselskab* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was sent via electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on January 15, 2020.

/s/ *Juliana L. Hoffman*
Juliana L. Hoffman
*Counsel for the Official Committee*
*of Unsecured Creditors*

ACTIVE 253098886