

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed January 17, 2020**

_____
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Debtor. | |

### ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF HEARING ON (I) DEBTOR'S APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT OF FOLEY GARDERE, FOLEY & LARDNER LLP AS SPECIAL TEXAS COUNSEL, *NUNC PRO TUNC* TO THE PETITION DATE, AND (II) DEBTOR'S APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF LYNN PINKER COX & HURST LLP AS SPECIAL TEXAS LITIGATION COUNSEL, *NUNC PRO TUNC* TO THE PETITION DATE

Having considered the *Joint Motion for Continuance of Hearing* (the "Motion") seeking a continuance of the January 21, 2020 hearing (the "Hearing") on (i) *Debtor's Application for an Order Authorizing the Retention and Employment of Foley Gardere, Foley & Lardner LLP as Special Texas Counsel,* Nunc Pro Tunc *to the Petition Date* [Docket No. 68] (the "Foley Gardere

---
[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

_____
**ORDER GRANTING JOINT MOTION FOR CONTINUANCE**                              **PAGE 1 OF 2**

Application") and (ii) *Debtor's Application for an Order Authorizing the Retention and Employment of Lynn Pinker Cox & Hurst LLP as Special Texas Litigation Counsel,* Nunc Pro Tunc *to the Petition Date* [Docket No. 69] (the "Lynn Pinker Application", and collectively with the Foley Gardere Application, the "Applications") filed by Highland Capital Management, L.P. (the "Debtor"), the debtor and debtor-in-possession in the above-captioned chapter 11 bankruptcy case (the "Case"), the Official Committee of Unsecured Creditors (the "Committee"), Acis Capital Management, L.P. ("Acis LP"), and Acis Capital Management GP, LLC ("Acis GP" and collectively with Acis LP, "Acis"; collectively, Acis, the Committee and the Debtor are referred to herein as the "Parties"), the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) the Motion presents a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the Motion and an opportunity for a hearing on the Motion has been given and no other or further notice is necessary; and (iv) based on the representations made by the Parties in the Motion, good and sufficient cause exists for granting the relief requested in the Motion. It is therefore

**ORDERED** that the Motion is **GRANTED** in all respects; it is further

**ORDERED** that the hearing on the Applications currently scheduled for January 21, 2020 at 9:30 a.m., will be continued to a new hearing date to be determined by the Parties; and it is further

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

### End or Order ###