Michael R. Nestor
Edmon L. Morton
Sean M. Beach
Jaclyn C. Marasco
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
Telephone: (302) 571-6600
Facsimile:  (302) 571-1253

Penny P. Reid
Paige Holden Montgomery
Juliana Hoffman
Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 74201
Telephone:  (214) 981-3300

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | : : : : | **Chapter 11** |
| | : | **Case No. 19-34054 (SGJ)** |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | : : : | |
| Debtors.[1] | : : | **Objection Deadline:  February 13, 2020 at 4:00 p.m. (ET)** <br> Hearing Date: Scheduled only if necessary |

## NOTICE OF FINAL FEE APPLICATION

**PLEASE TAKE NOTICE** that the *First and Final Application of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses Incurred for the First and Final Period from November 8, 2019 Through and Including January 13, 2020* (the "**Application**") has been filed with the Bankruptcy Court.  The Application seeks final allowance of fees in the amount of $272,300.00 and final expenses in the amount of $8,855.56.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, are required to be filed on or before **February 13, 2020, 2016 at 4:00 p.m. (ET)** (the

---

[1]    The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201..

25929898.1

"**Objection Deadline**") with the United States Bankruptcy Court. At the same time, copies of any responses or objections to the Application must be served upon the undersigned counsel so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that if any objections to the Application are filed, and the parties are unable to reach a resolution thereof, a hearing on the Application will be held before the Honorable Stacey G. Jernigan at the United States Bankruptcy Court for the Northern District of Texas, Earle Cabell Federal Building, 14th Floor, Courtroom 1, 1100 Commerce Street, Dallas, Texas 75232, at a date and time convenient to the Court.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 23, 2020
Wilmington, Delaware

/s/ *Sean M. Beach*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Michael R. Nestor
Edmon L. Morton
Sean M. Beach
Jaclyn C. Marasco
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

/s/ *Juliana Hoffman*
SIDLEY AUSTIN LLP
Penny P. Reid
Paige Holden Montgomery
Juliana Hoffman
2021 McKinney Avenue, Suite 2000
Dallas, Texas 74201
Telephone: (214) 981-3300

*Attorneys for the Committee*

25929898.1

2