PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
Maxim B. Litvak (TX Bar No. 24002482)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD & ASSOCIATES PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel and Proposed Counsel for the Debtor and Debtor-in-Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § § | Case No. 19-34054-sgj11 |
| Debtor. | § § | |

## NOTICE OF STATUS CONFERENCE

TO:  (a) the Office of the United States Trustee; (b) the Office of the United States Attorney for the Northern District of Texas; (c) counsel to the Committee; (d) the Debtor's principal secured parties; and (e) parties requesting notice pursuant to Bankruptcy Rule 2002.

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

**PLEASE TAKE NOTICE** that a status conference to consider the relief sought in the following motion will be held on **February 19, 2020 at 9:30 a.m. (Central Time)** before the Honorable Stacey G. C. Jernigan, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the Northern District Of Texas (Dallas Division), Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom no. 1, Dallas, TX 75242-1496:

- Motion of the Debtor for the Entry of an Order Concerning the "Sealing Motion" and for a Conference Concerning the Substance, Scope and Intent of Certain Recent Rulings [Dkt. No. 397].

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: January 27, 2020. | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | Jeffrey N. Pomerantz (CA Bar No. 143717) |
| | (*admitted pro hac vice*) |
| | Ira D. Kharasch (CA Bar No. 109084) |
| | (*admitted pro hac vice*) |
| | Maxim B. Litvak (TX Bar No. 24002482) |
| | Gregory V. Demo (NY Bar No. 5371992) |
| | (*admitted pro hac vice*) |
| | 10100 Santa Monica Blvd., 13th Floor |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 277-6910 |
| | Facsimile: (310) 201-0760 |
| | E-mail:   jpomerantz@pszjlaw.com |
| | ikharasch@pcszjlaw.com |
| | mlitvak@pszjlaw.com |
| | gdemo@pszjlaw.com |
| | |
| | -and- |
| | |
| | */s/ Zachery Z. Annable* |
| | HAYWARD & ASSOCIATES PLLC |
| | Melissa S. Hayward |
| | Texas Bar No. 24044908 |
| | MHayward@HaywardFirm.com |
| | Zachery Z. Annable |
| | Texas Bar No. 24053075 |
| | ZAnnable@HaywardFirm.com |
| | 10501 N. Central Expy, Ste. 106 |
| | Dallas, Texas 75231 |
| | Tel: (972) 755-7100 |
| | Fax: (972) 755-7110 |
| | |
| | *Counsel and Proposed Counsel for the Debtor and Debtor-in-Possession* |