Rakhee V. Patel – State Bar No. 00797213
Phillip Lamberson – State Bar No. 00794134
Annmarie Chiarello – State Bar No. 24097496
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 745-5400
Facsimile: (214) 745-5390
rpatel@winstead.com
plamberson@winstead.com
achiarello@winstead.com

Brian P. Shaw – State Bar No. 24053473
**ROGGE DUNN GROUP, PC**
500 N. Akard Street, Suite 1900
Dallas, Texas 75201
Telephone: (214) 888-5000
Facsimile: (214) 220-3833
shaw@roggedunngroup.com

**COUNSEL FOR ACIS CAPITAL MANAGEMENT, L.P AND ACIS CAPITAL MANAGEMENT GP, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 19-34054 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § § | |
| DEBTOR. | § | Chapter 11 |

## ACIS CAPITAL MANAGEMNT, L.P. AND ACIS CAPITAL MANAGEMENT GP, LLC'S WITNESS AND EXHIBIT LIST

Acis Capital Management, L.P. ("Acis LP") and Acis Capital Management GP, LLC ("Acis GP," together with Acis LP, "Acis") file this Witness and Exhibit List and designates the following witnesses and exhibits in connection with the February 19, 2020 hearing (the "Hearing") on the *Debtor's Application for An Order Authorizing the Retention and Employment of Foley Gardere, Foley & Lardner LLP as Special Texas Counsel, Nunc Pro Tunc to the Petition Date* [Docket No. 68] (the "Foley Employment Application"); the *Debtor's Application for An Order Authorizing the Retention and Employment of Lynn Pinker Cox & Hurst LLP as Special Texas Counsel, Nunc Pro Tunc to the Petition Date* [Docket No. 69] (the "Lynn

Employment Application");[1] and the *Limited Objection to the Debtor's: (I) Application for An Order Authorizing the Retention and Employment of Foley Gardere, Foley & Lardner LLP as Special Texas Counsel, Nunc Pro Tunc to the Petition Date; and (II) Application for An Order Authorizing The Retention of Lynn Pinker Cox, & Hurst LLP as Special Texas Counsel, Nunc Pro Tunc to the Petition Date* [Docket No. 120] (the "Acis Objection").

## WITNESSES

1. Any witness designated or called by any other party;
2. Holland O'Neil;
3. Jean Paul Sevilla; and
4. Any impeachment or rebuttal witnesses.

## EXHIBITS

| Exhibit | Description | Off. | Obj. | Adm. |
|---|---|---|---|---|
| 1. | The Petit Law Firm Article [Exhibit A to Acis Objection] | | | |
| 2. | NexPoint Strategic Opportunities Fund Announces the Regular Monthly Dividend [Exhibit B to Acis Objection] | | | |
| 3. | Highland Global Allocation Fund Website [Exhibit C to Acis Objection] | | | |
| 4. | Highland Income Fund Website [Exhibit D to Acis Objection] | | | |
| 5. | Letter to Moody's re U.S. Bank [Exhibit E to Acis Objection] | | | |
| 6. | Letter to S&P Global re U.S. Bank [Exhibit F to Acis Objection] | | | |
| 7. | Complaint, *The Charitable Donor Advised Fund, L.P. v. U.S. Bank National Association, et al.* [Exhibit G to Acis Objection] | | | |
| 8. | *Objection of Highland Capital Management, L.P. to Supplemental Application Regarding the Scope of Winstead PC's Retention as Special Counsel to the Chapter 11 Trustee* [Exhibit H to Acis Objection] | | | |

---

[1] On February 10, 2020, the Highland Capital Management, L.P. (the "Debtor") filed the *Notice of Withdrawal of Debtor's Application for An Order Authorizing the Retention and Employment of Lynn Pinker Cox & Hurst LLP as Special Texas Counsel, Nunc Pro Tunc to the Petition Date* [Docket No. 437].

---

**ACIS CAPITAL MANAGEMENT, L.P. AND ACIS CAPITAL MANAGEMENT GP, LLC'S WITNESS AND EXHIBIT LIST**

| Exhibit | Description | Off. | Obj. | Adm. |
|---|---|---|---|---|
| 9. | *Notice of Appearance* for Highland CLO Funding, Ltd., CLO Holdco, Ltd. and Neutra, Ltd. filed by Foley Gardere, Foley & Lardner LLP in Case No. 18-30264 [Exhibit I to Acis Objection] | | | |
| 10. | *Debtor's Application for An Order Authorizing the Retention and Employment of Foley Gardere, Foley & Lardner LLP as Special Texas Counsel, Nunc Pro Tunc to the Petition Date* [Docket No. 68] | | | |
| 11. | *Debtor's Application for An Order Authorizing the Retention and Employment of Lynn Pinker Cox & Hurst LLP as Special Texas Counsel, Nunc Pro Tunc to the Petition Date* [Docket No. 69] | | | |
| 12. | *Objection of Highland Capital Management, L.P. to Application to Employ Winstead PC as Special Counsel to the Chapter 11 Trustee* (Bankruptcy Case No. 18-30264, Doc. 267). | | | |
| 13. | *Highland HCF Advisor Ltd., Highland CLO Management, Ltd., and Highland CLO Holdings, Ltd.'s Joint Motion to Dismiss the Second Amended Complaint* dated 07/22/19 (Adversary Case No. 18-03078, Doc. 195). | | | |
| 14. | *Brief of Appellant Neutra Ltd.* dated 10/01/19 (Case No. 19-10846 5th Circuit Court of Appeals). | | | |
| 15. | *Reply Brief Of Appellant Neutra Ltd.* dated 11/20/19 (Case No. 19-10846- 5th Circuit Court of Appeals). | | | |
| 16. | Top 20 creditor list filed with Highland Capital Management, L.P. dated 10/16/19 (Case No. 19-12239-CSS, Doc. 1)[Docket No. 3] | | | |
| 17. | *Highland Capital Management, L.P.'s Objection to (i) Application to Employ Winstead PC as Special Counsel to the Chapter 11 Trustee; and (II) Winstead PC's Final Fee Application for Compensation and for Reimbursement of Expenses* (Bankruptcy Case No. 18-30264, Doc. 903). | | | |
| 18. | 2019.11.14- HCMLP Litigation Summary- Sharp Deposition Exhibit 10 | | | |
| 19. | Demand Letter from Highland Retail Funds to U.S. Bank dated 08/06/19 | | | |
| 20. | General Docket United States Court of Appeals for the Fifth Circuit Case No. 19-10846 | | | |
| 21. | Notice of Appearance [Docket No. 152] | | | |
| 22. | Plaintiff's Original Complaint dated 10/24/19 The Charitable Donor Advised Fund, L.P. vs U.S. Bank, National Association (Case No. 1:19-cv-9857) | | | |

| Exhibit | Description | Off. | Obj. | Adm. |
|---|---|---|---|---|
| 23. | Highland Capital Management, L.P. Form ADV Dated 10/16/2019 | | | |
| 24. | Highland Capital Management, L.P. Form ADV Part 2A Dated October 16, 2019 | | | |
| 25. | Highland Capital Management Fund Advisors, L.P. Form ADV Dated 3/30/2019 | | | |
| 26. | Nexpoint Advisors, L.P. Form ADV Dated 3/30/2019 | | | |
| 27. | Complaint, *The Charitable Donor Advised Fund, L.P. and CLO Holdco, Ltd., v. U.S. Bank National Association, Acis Capital Management, L.P., and Joshua N. Terry et al.* Civil Case No. 1:20-cv-1036 (pending in the United States District Court in the Southern District of New York) | | | |
| 28. | Emails from Holly O'Neal RE: RE: Acis/Questions regarding Acis LP QOR, dated January 23, 2020 | | | |
| 29. | Foley Gardere Foley & Lardner LLP Amended Engagement Letter Agreement, dated April 23, 2018 | | | |
| 30. | Supplemental Declaration of Holland N. O'Neil | | | |
| 31. | Supplemental Declaration of Bradley Sharp | | | |
| 32. | Any pleadings, reports, or other documents filed in the Bankruptcy Case Nos. 19-34054 (Highland Capital Management, L.P. bankruptcy case, 18-30264 (Acis Capital Management, L.P.), 18-30265 (Acis Capital Management, L.P.), any appeal related to the foregoing bankruptcy cases, any adversary in any appeal related to the foregoing bankruptcy cases, and Civil Case No. 1:20-cv-1036 (pending in the United States District Court in the Southern District of New York). | | | |
| 33. | Any impeachment or rebuttal exhibits or any exhibits designated by any other party | | | |

Acis reserve the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing and/or in compliance with the Local Bankruptcy Rules and the orders of this Court. Acis further reserves the right to provide any documents amended or supplemented in this Witness and Exhibit List to opposing counsel and to this Court as they become available.

**DATED: February 13, 2020.**

Respectfully submitted,

By: */s/ Annmarie Chiarello*
Rakhee V. Patel
State Bar No. 00797213
Phillip Lamberson
State Bar No. 00794134
Annmarie Chiarello
State Bar No. 24097496
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 745-5400
Facsimile: (214) 745-5390
rpatel@winstead.com
plamberson@winstead.com
achiarello@winstead.com

-and-

Brian P. Shaw
State Bar No. 24053473
**ROGGE DUNN GROUP, PC**
500 N. Akard Street, Suite 1900
Dallas, Texas 75201
Telephone: (214) 888-5000
Facsimile: (214) 220-3833
shaw@roggedunngroup.com

**COUNSEL FOR ACIS CAPITAL MANAGEMENT, L.P. AND ACIS CAPITAL MANAGEMENT GP, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that on February 13, 2020, notice of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

                                                  */s/ Annmarie Chiarello*
                                                  One of Counsel