

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed February 17, 2020**

_____
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) Case No. 19-34054-sgj11 |
| Debtor. | ) **Re: Docket No. 395** |

### ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF
### AN ORDER PURSUANT TO 11 U.S.C. § 1121(d) AND LOCAL RULE
### 3016-1 EXTENDING THE EXCLUSIVITY PERIODS FOR THE FILING
### AND SOLICITATION OF ACCEPTANCES OF A CHAPTER 11 PLAN

Having considered the *Motion for Entry of an Order Pursuant to 11 U.S.C. § 1121(d) and Local Rule 3016-1 Extending the Exclusivity Periods for the Filing and Solicitation of Acceptances of a Chapter 11 Plan* (the "Motion") filed by Highland Capital Management, L.P. (the "Debtor"), the debtor and debtor-in-possession in the above-captioned chapter 11 bankruptcy case (the

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

"Bankruptcy Case"), seeking (i) an extension through June 12, 2020 of the period during which the Debtor has the exclusive right to file a chapter 11 plan (the "Exclusive Filing Period") and (ii) an extension through August 11, 2020 of the period during which the Debtor may solicit acceptances thereof (the "Solicitation Period" and together with the Exclusive Filing Period, the "Exclusive Periods"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue of this proceeding and the Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and due, adequate and sufficient notice of the Motion having been given; and the Court having determined that the relief sought in the Motion is in the best interest of the Debtor, its creditors and all parties-in-interest; and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive Filing Period is extended through and including June 12, 2020.

3. Pursuant to section 1121(d) of the Bankruptcy Code, the Solicitation Period is extended through and including August 11, 2020.

4. The extension of the Exclusive Periods granted herein is without prejudice to further requests that may be made pursuant to section 1121(d) of the Bankruptcy Code.

5. The Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this order.

### END OF ORDER ###