**Monthly Operating Report**
ACCRUAL BASIS

| CASE NAME: | Highland Capital Management |
|---|---|
| CASE NUMBER: | 19-34054 |
| JUDGE: | Stacey Jernigan |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN & EASTERN DISTRICTS OF TEXAS

## REGION 6

## MONTHLY OPERATING REPORT

MONTH ENDING: __January__   __2020__
                    MONTH         YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (ACCRUAL BASIS-1 THROUGH ACCRUAL BASIS-7) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_[signature]_                                           Chief Restructuring Officer
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY          TITLE

Bradley Sharp                                           3/02/2020
PRINTED NAME OF RESPONSIBLE PARTY                DATE


PREPARER:

_[signature]_                                           Chief Financial Officer
ORIGINAL SIGNATURE OF PREPARER                    TITLE

Frank Waterhouse                                        2-28-20
PRINTED NAME OF PREPARER                          DATE

**Monthly Operating Report**
**ACCRUAL BASIS-1**

| CASE NAME: | Highland Capital Management, LP |
|---|---|
| CASE NUMBER: | 19-12239-CSS |

**Comparative Balance Sheet**
(in thousands)

|  | 10/15/2019 | 12/31/2019 [6] | 1/31/2020 [6] |
|---|---:|---:|---:|
| **Assets** | | | |
| Cash and cash equivalents | 2,529 | 9,501 | 7,645 |
| Investments, at fair value [3] | 232,620 | 235,224 | 240,649 |
| Equity method investees [3] | 161,819 | 174,815 | 174,893 |
| Management and incentive fee receivable | 2,579 | 1,895 | 2,913 |
| Fixed assets, net | 3,754 | 3,521 | 3,441 |
| Due from affiliates [1] | 151,901 | 146,245 | 146,818 |
| Reserve against notes recievable |  | (57,963) | (57,963) |
| Other assets | 11,311 | 10,986 | 10,842 |
| **Total assets** | $ 566,513 | $ 524,224 | $ 529,238 |
| **Liabilities and Partners' Capital** | | | |
| Pre-petition accounts payable [4] | 1,176 | 1,079 | 1,620 |
| Post-petition accounts payable [4] | - | 961 | 153 |
| Secured debt: | | | |
|     Frontier | 5,195 | 5,195 | 5,195 |
|     Jefferies | 30,328 | 30,020 | 29,950 |
| Accrued expenses and other liabilities [4] | 59,203 | 66,592 | 67,391 |
| Accrued re-organization related fees [5] | - | 5,762 | 7,326 |
| Claim accrual [2] | 73,997 | 73,997 | 73,997 |
| Partners' capital | 396,614 | 340,618 | 343,605 |
| **Total liabilities and partners' capital** | $ 566,513 | $ 524,224 | $ 529,238 |

[1] Includes various notes receivable at carrying value, except note due from Hunter Mountain Investment Trust which is fully reserved against ($58M reserve). Fair value has not been determined with respect to any of the notes.

[2] Uncontested portion of Redeemer claim less appplicable offsets. Potential for additional liability based on future events. No interest has been accrued beyond petition date.

[3] Mark to market gains/(losses) on investments include pricing updates for publicly traded securities and other positions with readily available market price information. Certain limited partnership interests normally marked to a NAV statement have not been updated as of period end as statements are generally available on a one-month lag.

[4] Note on accruals: expenses recorded in Accounts Payable and Accrued Expenses and Other Liabilities reflect invoices recorded through accounts payable, legal invoice accruals, and normal course operating accruals, but do not reflect estimates for other incurred, but not yet received invoices. For balance sheet dates other than the Petition Date, amounts include both pre-petition and post-petition liabilities.

[5] Beginning December 31st, 2019, Debtor accrued for post-petition re-organization fees based upon an estimate of fees incurred to date.

[6] All balances at 12/31/2019 are preliminary, unaudited, and subject to further year-end closing entries pursuant to the normal year-end closing process. As a result, balances for subsequent months will fluctuate.

**Monthly Operating Report**
**ACCRUAL BASIS-2**

| CASE NAME: | Highland Capital Management, LP |
|---|---|
| CASE NUMBER: | 19-12239-CSS |

## Income Statement [1]

(in thousands)

|  | Filing to Year Ended 2019 | Month ended 1/31/2020 | Filing to date |
|---|---:|---:|---:|
| **Revenue:** | | | |
| Management fees | 4,484 | 1,705 | 6,189 |
| Shared services fees | 1,588 | 646 | 2,234 |
| Other income | 1,582 | 172 | 1,754 |
| **Total operating revenue** | **7,654** | **2,523** | **10,177** |
| **Operating expenses:** | | | |
| Compensation and benefits | 5,188 | 1,929 | 7,117 |
| Professional services | 702 | 85 | 787 |
| Investment research and consulting | 54 | 7 | 61 |
| Marketing and advertising expense | 20 | 37 | 57 |
| Depreciation expense | 244 | 79 | 323 |
| Bad debt expense reserve | 8,420 | - | 8,420 |
| Other operating expenses | 1,046 | 335 | 1,381 |
| **Total operating expenses** | **15,674** | **2,472** | **18,146** |
| **Operating income/(loss)** | **(8,020)** | **51** | **(7,969)** |
| **Other income/expense:** | | | |
| Interest income | 1,230 | 495 | 1,725 |
| Interest expense | (346) | (114) | (460) |
| Reserve against notes receivable | (57,963) | - | (57,963) |
| Re-org related expenses [2] | (5,762) | (2,590) | (8,352) |
| Independent director fees | - | (134) | (134) |
| Other income/expense | 32 | - | 32 |
| **Total other income/expense** | **(62,809)** | **(2,343)** | **(65,152)** |
| Net realized gains/(losses) on investments | 618 | 6 | 624 |
| Net change in unrealized gains/(losses) of investments [3] | 1,638 | 5,409 | 7,047 |
|  | 2,256 | 5,415 | 7,671 |
| **Net earnings/(losses) from equity method investees [3]** | 12,756 | (136) | 12,620 |
| **Net income/(loss)** | **$ (55,817)** | **$ 2,987** | **$ (52,830)** |

(1) Note on accruals: expenses recorded in the Income Statement reflect invoices recorded through accounts payable, legal invoice accruals, and normal course operating accruals, but do not reflect estimates for other incurred, but not yet received invoices.

(2) Debtor funded various retainers totaling $790k prior to the petition date, which were entirely expensed as of the petition date. At December 31st, 2019, Debtor accrued for post-petition re-organization fees based upon an estimate of fees incurred to date.

(3) Mark to market gains/(losses) on investments include pricing updates for publicly traded securities and other positions with readily available market price information. Certain limited partnership interests normally marked to a NAV statement have not been updated as of period end as statements are generally available on a one-month lag.

(4) All balances are preliminary, unaudited, and subject to further year-end closing entries pursuant to the normal year-end closing process.

**Monthly Operating Report**
ACCRUAL BASIS-3A

| CASE NAME: | Highland Capital Management |
|---|---|
| CASE NUMBER: | 19-34054 |

| CASH RECEIPTS AND DISBURSEMENTS | | FILING TO YEAR END 2019 | | JANUARY | FEBRUARY | MARCH | | QUARTER |
|---|---|---|---|---|---|---|---|---|
| 1. | CASH - BEGINNING OF MONTH [2] | $ | 2,554,230 | $ 9,501,409 | | | $ | 9,501,409 |
| **RECEIPTS FROM OPERATIONS** | | | | | | | | |
| 2. | OTHER OPERATING RECEIPTS | $ | 1,862,757 | $ 437,863 | | | $ | 437,863 |
| 3 | MANAGEMENT FEES AND OTHER RELATED RECEIPTS | $ | 3,156,742 | $ 1,149,280 | | | $ | 1,149,280 |
| **COLLECTION OF ACCOUNTS RECEIVABLE** | | | | | | | | |
| 4 | PREPETITION | $ | 3,593,108 | $ - | | | $ | - |
| 5 | POSTPETITION [1] | $ | - | $ - | | | $ | - |
| 6 | TOTAL OPERATING RECEIPTS | $ | 8,612,608 | $ 1,587,143 | | | $ | 1,587,143 |
| **NON-OPERATING RECEIPTS** | | | | | | | | |
| 7 | THIRD PARTY FUND ACTUAL/EXPECTED DISTRIBUTIONS | $ | 423,468 | $ - | | | $ | - |
| 8 | DIVS, PAYDOWNS, MISC FROM INVESTMENT ASSETS | $ | 1,338,069 | $ 80,114 | | | $ | 80,114 |
| 9 | OTHER (ATTACH LIST) | $ | 3,390,286 | $ 43,550 | | | $ | 43,550 |
| 10 | TOTAL NON-OPERATING RECEIPTS | $ | 5,151,822 | $ 123,664 | | | $ | 123,664 |
| 11 | TOTAL RECEIPTS | $ | 13,764,430 | $ 1,710,807 | | | $ | 1,710,807 |
| 12 | TOTAL CASH AVAILABLE | | | $ 11,212,217 | | | | |
| **OPERATING DISBURSEMENTS** | | | | | | | | |
| 13 | PAYROLL, BENEFITS, AND TAXES + EXP REIMB [3] | $ | 3,776,446 | $ 1,483,225 | | | $ | 1,483,225 |
| 14 | SINGAPORE SERVICE FEES | $ | 95,118 | $ 32,607 | | | $ | 32,607 |
| 15 | HCM LATIN AMERICA | $ | 200,000 | $ 100,000 | | | $ | 100,000 |
| 16 | THIRD PARTY FUND CAPITAL CALL OBLIGATION | $ | 1,426,987 | $ - | | | $ | - |
| 17 | UTILITIES | $ | - | | | | $ | - |
| 18 | INSURANCE | $ | - | | | | $ | - |
| 19 | INVENTORY PURCHASES | $ | - | | | | $ | - |
| 20 | VEHICLE EXPENSES | $ | - | | | | $ | - |
| 21 | TRAVEL | $ | - | | | | $ | - |
| 22 | ENTERTAINMENT | $ | - | | | | $ | - |
| 23 | REPAIRS & MAINTENANCE | $ | - | | | | $ | - |
| 24 | SUPPLIES | $ | - | | | | $ | - |
| 25 | ADVERTISING | $ | - | | | | $ | - |
| 26 | OTHER (ATTACH LIST) | $ | 1,318,700 | $ 792,268 | | | $ | 792,268 |
| 27 | TOTAL OPERATING DISBURSEMENTS | $ | 6,817,251 | $ 2,408,100 | | | $ | 2,408,100 |
| **REORGANIZATION EXPENSES** | | | | | | | | |
| 28 | PROFESSIONAL FEES | $ | - | $ 1,025,308 | | | $ | 1,025,308 |
| 29 | U.S. TRUSTEE FEES | $ | - | | | | $ | - |
| 30 | OTHER (ATTACH LIST) | $ | - | $ 133,869 | | | $ | 133,869 |
| 31 | TOTAL REORGANIZATION EXPENSES | $ | - | $ 1,159,176 | | | $ | 1,159,176 |
| 32 | TOTAL DISBURSEMENTS | $ | 6,817,251 | $ 3,567,277 | | | $ | 3,567,277 |
| 33 | NET CASH FLOW | $ | 6,947,179 | $ (1,856,469) | | | $ | (1,856,469) |
| 34 | CASH - END OF MONTH | $ | 9,501,409 | $ 7,644,940 | | | $ | 7,644,940 |

1  All postpetition receipts are included in line 3, Management Fees and Other Related Receipts.

**Monthly Operating Report**
ACCRUAL BASIS-3B

| CASE NAME: | Highland Capital Management |
|---|---|
| CASE NUMBER: | 19-34054 |

### NON-OPERATING RECEIPTS - OTHER

| Date | Amount | Description |
|---|---|---|
| 1/9/2020 | 43,550.00 | Cash Receipt from Multi Strategy |
| | $ 43,550.00 | |

### OPERATING DISBURSMENTS - OTHER

| Date | Amount | Vendor |
|---|---|---|
| 1/2/2020 | 158,748.85 | Crescent TC Investors LP |
| 1/3/2020 | 43,550.00 | Cash Disbursement to Multi Strategy |
| 1/3/2020 | 637.13 | AT&T |
| 1/7/2020 | 7,729.05 | CDW Direct LLC |
| 1/8/2020 | 7,150.74 | AT&T |
| 1/13/2020 | 6,846.47 | TW Telecom |
| 1/15/2020 | 18,042.03 | Siepe Software LLC |
| 1/15/2020 | 2,500.00 | Maples and Calder |
| 1/17/2020 | 2,017.51 | Zayo Group |
| 1/22/2020 | 6,367.28 | AT&T |
| 1/22/2020 | 3,749.90 | AT&T |
| 1/23/2020 | 11,210.06 | Fidelity National Information Svcs |
| 1/24/2020 | 94,963.62 | Houlihan Lokey |
| 1/24/2020 | 130,530.12 | Siepe Services, LLC |
| 1/24/2020 | 3,120.36 | UPS Small Package |
| 1/24/2020 | 844.00 | CSC |
| 1/24/2020 | 225.00 | Action Shred of Texas |
| 1/24/2020 | 11,380.24 | AT&T |
| 1/24/2020 | 5,985.38 | Third Party Consultant |
| 1/24/2020 | 70,400.00 | Intex Solutions, Inc. |
| 1/24/2020 | 15,448.54 | Compass Group USA dba Canteen |
| 1/27/2020 | 260.58 | DirecTV |
| 1/28/2020 | 1,633.42 | Xerox |
| 1/30/2020 | 117,957.04 | HE Peoria Place |
| 1/30/2020 | 36,564.20 | HE Asante |
| 1/30/2020 | 518.96 | HE Fox Trails |
| 1/31/2020 | 18,650.19 | Ace Parking |
| 1/31/2020 | 11,000.00 | Third Party Consultant |
| 1/31/2020 | 3,787.76 | Oak Cliff Office Supply & Printing (OCOP) |
| 1/31/2020 | 450.00 | Action Shred of Texas |
| | $ 792,268.43 | |

### REORGANIZATION EXPENSES - OTHER

| Date | Amount | Description |
|---|---|---|
| 1/13/2020 | 44,836.63 | Russell F. Nelms |
| 1/13/2020 | 44,516.00 | Dubel & Associates, LLC |
| 1/13/2020 | 44,516.00 | James P. Seery, Jr. |
| | 133,868.63 | |

**Monthly Operating Report**
ACCRUAL BASIS-4

| CASE NAME: | Highland Capital Management |
|---|---|
| CASE NUMBER: | 19-34054 |

| MGMT FEE RECEIVABLE AGING [2] | October | November | December [3] | January |
|---|---|---|---|---|
| 1. 0-30 | $ 3,201,548 | $ 1,222,880 | $ 1,894,850 | $2,912,832 |
| 2. 31-60 | | | | |
| 3. 61-90 | | | | |
| 4. 91+ | | | | |
| 5. TOTAL MGMT FEE RECEIVABLE | $ 3,201,548 | $ 1,222,880 | $ 1,894,850 | $2,912,832 |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | | | | |
| 7. MGMT FEE RECEIVABLE (NET) | $ 3,201,548 | $ 1,222,880 | $ 1,894,850 | $2,912,832 |

| AGING OF POSTPETITION TAXES AND PAYABLES | | | MONTH: | January 2020 | |
|---|---|---|---|---|---|
| TAXES PAYABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91+ DAYS | TOTAL |
| 1. FEDERAL | | | | | $0 |
| 2. STATE | | | | | $0 |
| 3. LOCAL | | | | | $0 |
| 4. OTHER (ATTACH LIST) | | | | | $0 |
| 5. TOTAL TAXES PAYABLE | $0 | $0 | $0 | $0 | $0 |
| 6. ACCOUNTS PAYABLE | 545917.96-65 | $43,229 | $10,712 | $99,547 | $153,488 |

| STATUS OF POSTPETITION TAXES [1] | | MONTH: | January 2020 | |
|---|---|---|---|---|
| FEDERAL | BEGINNING TAX LIABILITY | AMOUNT WITHHELD AND/OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
| 1. WITHHOLDING | | | | $0 |
| 2. FICA-EMPLOYEE | | | | $0 |
| 3. FICA-EMPLOYER | | | | $0 |
| 4. UNEMPLOYMENT | | | | $0 |
| 5. INCOME | | | | $0 |
| 6. OTHER (ATTACH LIST) | | | | $0 |
| 7. TOTAL FEDERAL TAXES | $0 | $0 | $0 | $0 |
| STATE AND LOCAL | | | | |
| 8. WITHHOLDING | | | | $0 |
| 9. SALES | | | | $0 |
| 10. EXCISE | | | | $0 |
| 11. UNEMPLOYMENT | | | | $0 |
| 12. REAL PROPERTY | $0 | $0 | $0 | $0 |
| 13. PERSONAL PROPERTY | | | | $0 |
| 14. OTHER (ATTACH LIST) | | | | $0 |
| 15. TOTAL STATE & LOCAL | $0 | $0 | $0 | $0 |
| 16. TOTAL TAXES | $0 | $0 | $0 | $0 |

1  The Debtor funds all state and federal employment taxes to Paylocity, who files all required federal and state related employment reports and withholdings.
2  Aging based on when management fee is due and payable.
3  All balances are preliminary, unaudited, and subject to further year-end closing entries pursuant to the normal year-end closing process.

**Monthly Operating Report**
ACCRUAL BASIS-5

| CASE NAME: | Highland Capital Management |
|---|---|
| CASE NUMBER: | 19-34054 |

MONTH: January 2020

| BANK RECONCILIATIONS | | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 | Account #6 | |
|---|---|---|---|---|---|---|---|---|
| A. | BANK: | BBVA Compass | East West Bank | East West Bank | Maxim Group | Jefferies LLC | Nexbank | |
| B. | ACCOUNT NUMBER: | x6342 | x4686 | x4693 | x1885 | x0932 | x5891 | TOTAL |
| C. | PURPOSE (TYPE): | Operating | Operating | Insurance | Brokerage | Brokerage | CD | |
| 1. | BALANCE PER BANK STATEMENT [1] | $ - | $ 6,389,954 | $ 382,809 | $ 325,963 | $ 410,108 | $ 136,105 | $ 7,644,939 |
| 2. | ADD: TOTAL DEPOSITS NOT CREDITED | | | | | | | $ - |
| 3. | SUBTRACT: OUTSTANDING CHECKS | | $ - | | | | | $ - |
| 4. | OTHER RECONCILING ITEMS | | | | | | | $ - |
| 5. | MONTH END BALANCE PER BOOKS | $ - | $ 6,389,954 | $ 382,809 | $ 325,963 | $ 410,108 | $ 135,205 | $ 7,644,939 |
| 6. | NUMBER OF LAST CHECK WRITTEN | 18133 | 100011 | n/a | n/a | n/a | n/a | |

| INVESTMENT ACCOUNTS | | | | | | |
|---|---|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | | | CURRENT VALUE |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |
| 11. TOTAL INVESTMENTS | | | $0 | | | $0 |

| CASH | |
|---|---|
| 12. CURRENCY ON HAND | $0 |
| 13. TOTAL CASH - END OF MONTH | $7,644,939 |

[1] Account x6342 is now closed.

**Monthly Operating Report**
ACCRUAL BASIS-6

| CASE NAME: | Highland Capital Management |
|---|---|
| CASE NUMBER: | 19-34054 |

MONTH: January 2020

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

| | INSIDERS | | | |
|---|---|---|---|---|
| | NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID POST PETITION |
| 1 | Frank Waterhouse | Salary | $29,167 | $102,083 |
| 2 | Frank Waterhouse | Expense Reimbursement | $334 | $1,842 |
| 3 | Scott Ellington | Salary | $37,500 | $131,250 |
| 4 | Scott Ellington | Expense Reimbursement | $144 | $2,177 |
| 5 | James Dondero | Salary | $12,784 | $129,972 |
| 6 | James Dondero | Expense Reimbursement [1] | $572 | $16,918 |
| 7 | Thomas Surgent | Salary | $33,333 | $116,667 |
| 8 | Thomas Surgent | Expense Reimbursement | $224 | $1,478 |
| 9 | Trey Parker | Salary | $29,167 | $102,083 |
| 10 | Trey Parker | Expense Reimbursement | $169 | $834 |
| | TOTAL PAYMENTS TO INSIDERS | | $143,393 | $605,304 |

[1] The total amount of reimbursements during the reporting month also included $49,940 for use of the credit card by the Debtor for office related expenses such as subscriptions, employee lunches, vending supplies, IT equipment/software, employee gifts/awards, non-employee related travel and training.

| | PROFESSIONALS [2] | | | | |
|---|---|---|---|---|---|
| | NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID |
| 1. | Pachulski Stang Ziehl & Jones LLP | 1/22/20 & 1/22/20 | $982,158 | $982,158 | $982,158 | $236,470 |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | TOTAL PAYMENTS TO PROFESSIONALS | | | $982,158 | $982,158 | $236,470 |

[2] Does not include payments to ordinary course professionals.

**POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS**

| | NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|---|
| 1. | Crescent TC Investors LP (rent portion only) | 130,364 | 130,364 | - |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | TOTAL | 130,364 | $130,364 | $0 |

**Monthly Operating Report**
ACCRUAL BASIS-7

| CASE NAME: | Highland Capital Management |
|---|---|
| CASE NUMBER: | 19-34054 |

MONTH: January 2020

### QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | x |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | x | |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | x | |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | x | |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | x |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | x |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | x |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | x |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | x |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | x |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | x |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | x |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

- 2  $15,004 of funds transferred from non-debtor-in-possession accounts to debtor-in-possession account.
- 3  Debtor generates fee income and other receipts from various related parties in normal course, see cash management motion for further discussion.
- 4  Payments have been made on prepetition liabilities, as approved in the critical vendor motion.

### INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | x | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | x | |
| 3. PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

| INSTALLMENT PAYMENTS | | | |
|---|---|---|---|
| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |