BTXN 027 (rev. 06/13)

UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Highland Capital Management, L.P. | § | Case No.:  19−34054−sgj11 |
| | § | Chapter No.:  11 |
| Debtor(s) | § | |

Dear Mr. Pomerantz and Mr. Annable:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

- ☐ Interim Report
- ☐ Trustee's Final Account
- ☐ Trustee's Final Report
- ☐ 341 Meeting Minute Sheet and Exempt Property Report
- ☐ Report of Trustee in No−Asset Case and Application for Closing
- ☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting
- ☐ Other: order (RE: related document(s)[605] Application to employ Wilmer Cutler Pickering Hale and Dorr LLP as Special Counsel(Debtor's Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016 for an Order Authorizing the Employment of Wilmer Cutler Pickering Hale and Dorr LLP as Regulatory and Compliance Counsel Nunc Pro Tunc to the Petition Date) Filed by Debtor Highland Capital Management, L.P.)

Responses due by 7/14/2020.

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within two weeks from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED:  6/30/20               FOR THE COURT:
                              Robert P. Colwell, Clerk of Court

                              by: /s/C. Ecker, Deputy Clerk
                              cathy_ecker@txnb.uscourts.gov

United States Bankruptcy Court
Northern District of Texas

In re:  
Highland Capital Management, L.P.  
    Debtor

Case No. 19-34054-sgj  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0539-3     User: cecker     Page 1 of 3     Date Rcvd: Jun 30, 2020  
                     Form ID: BTXN027   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2020.
aty         +Jeffrey N. Pomerantz,    Pachulski Stang Ziehl & Jones LLP,
             10100 Santa Monica Blvd., 13th Floor,    Los Angeles, CA 90067-4003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Jeffrey N. Pomerantz,    Pachulski Stang Ziehl & Jones LLP,
            10100 Santa Monica Blvd., 13th Floor,    Los Angeles, CA 90067-4003
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2020 at the address(es) listed below:
        Alyssa Russell    on behalf of Creditor Committee    Official Committee of Unsecured Creditors alyssa.russell@sidley.com
        Amy K. Anderson    on behalf of Creditor    Issuer Group aanderson@joneswalker.com, lfields@joneswalker.com,kjohnson@joneswalker.com,sbuchanan@joneswalker.com
        Andrew Clubok    on behalf of Interested Party    UBS AG London Branch andrew.clubok@lw.com
        Andrew Clubok    on behalf of Interested Party    UBS Securities LLC andrew.clubok@lw.com
        Annmarie Antoniette Chiarello    on behalf of Creditor    Acis Capital Management, L.P. achiarello@winstead.com
        Annmarie Antoniette Chiarello    on behalf of Creditor    Acis Capital Management GP, LLC achiarello@winstead.com
        Asif Attarwala    on behalf of Interested Party    UBS Securities LLC asif.attarwala@lw.com
        Asif Attarwala    on behalf of Interested Party    UBS AG London Branch asif.attarwala@lw.com
        Bojan Guzina    on behalf of Creditor Committee    Official Committee of Unsecured Creditors bguzina@sidley.com
        Brian Patrick Shaw    on behalf of Creditor Joshua Terry shaw@roggedunngroup.com, cashion@roggedunngroup.com
        Brian Patrick Shaw    on behalf of Creditor    Acis Capital Management GP, LLC shaw@roggedunngroup.com, cashion@roggedunngroup.com
        Brian Patrick Shaw    on behalf of Creditor Jennifer G. Terry shaw@roggedunngroup.com, cashion@roggedunngroup.com
        Brian Patrick Shaw    on behalf of Creditor    Acis Capital Management, L.P. shaw@roggedunngroup.com, cashion@roggedunngroup.com
        Bryan C. Assink    on behalf of Interested Party James Dondero bryan.assink@bondsellis.com
        Candice Marie Carson    on behalf of Interested Party    UBS AG London Branch Candice.Carson@butlersnow.com
        Candice Marie Carson    on behalf of Interested Party    UBS Securities LLC Candice.Carson@butlersnow.com
        Casey William Doherty, Jr.    on behalf of Interested Party    Jefferies LLC casey.doherty@dentons.com, stephanie.sciba@dentons.com;Docket.General.Lit.DAL@dentons.com;dawn.brown@dentons.com;Melinda.sanchez@dentons.com
        Charles Martin Persons, Jr.    on behalf of Creditor Committee    Official Committee of Unsecured Creditors cpersons@sidley.com
        David Neier    on behalf of Creditor    Frank Waterhouse, Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent dneier@winston.com, dcunsolo@winston.com;david-neier-0903@ecf.pacerpro.com
        David G. Adams    on behalf of Creditor    United States (IRS) david.g.adams@usdoj.gov, southwestern.taxcivil@usdoj.gov;dolores.c.lopez@usdoj.gov

```
District/off: 0539-3                  User: cecker                    Page 2 of 3                   Date Rcvd: Jun 30, 2020
                                      Form ID: BTXN027                Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              David Grant Crooks    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               dcrooks@foxrothschild.com,    etaylor@foxrothschild.com,jsagui@foxrothschild.com,
               plabov@foxrothschild.com,jmanfrey@foxrothschild.com
              David Grant Crooks    on behalf of Creditor    PensionDanmark Pensionsforsikringsaktieselskab
               dcrooks@foxrothschild.com,    etaylor@foxrothschild.com,jsagui@foxrothschild.com,
               plabov@foxrothschild.com,jmanfrey@foxrothschild.com
              David Grant Crooks    on behalf of Debtor    Highland Capital Management, L.P.
               dcrooks@foxrothschild.com,    etaylor@foxrothschild.com,jsagui@foxrothschild.com,
               plabov@foxrothschild.com,jmanfrey@foxrothschild.com
              Dennis M. Twomey    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               dtwomey@sidley.com
              Edmon L. Morton    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               emorton@ycst.com
              Edwin Paul Keiffer    on behalf of Interested Party    Hunter Mountain Trust pkeiffer@romclaw.com,
               bwallace@romclaw.com
              Elizabeth  Weller    on behalf of Creditor    Grayson County dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth  Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth  Weller    on behalf of Creditor    Irving ISD dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth  Weller    on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth  Weller    on behalf of Creditor    Fannin CAD dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth  Weller    on behalf of Creditor    Coleman County TAD dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth  Weller    on behalf of Creditor    Upshur County dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth  Weller    on behalf of Creditor    Rockwall CAD dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth  Weller    on behalf of Creditor    Allen ISD dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Elizabeth  Weller    on behalf of Creditor    Kaufman County dallas.bankruptcy@publicans.com,
               dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
              Gregory V. Demo    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               gdemo@pszjlaw.com,    jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com
              Gregory V. Demo    on behalf of Debtor    Highland Capital Management, L.P. gdemo@pszjlaw.com,
               jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com
              Holland N. O'Neil    on behalf of Spec. Counsel    Foley Gardere, Foley & Lardner LLP
               honeil@foley.com,    jcharrison@foley.com;acordero@foley.com
              J. Seth Moore    on behalf of Creditor    Siepe, LLC smoore@ctstlaw.com,    jsteele@ctstlaw.com
              Jaclyn C. Weissgerber    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors bankfilings@ycst.com,    jweissgerber@ycst.com
              Jason Alexander Enright    on behalf of Creditor    Acis Capital Management, L.P.
               jenright@winstead.com
              Jason Alexander Enright    on behalf of Creditor    Acis Capital Management GP, LLC
               jenright@winstead.com
              Jason Patrick Kathman    on behalf of Creditor Patrick  Daugherty jkathman@pronskepc.com,
               gpronske@pronskepc.com;lvargas@pronskepc.com;admin@pronskepc.com;mclontz@pronskepc.com
              Jeffrey  Kurtzman    on behalf of Creditor    BET Investments II, L.P. kurtzman@kurtzmansteady.com
              Jeffrey Nathan Pomerantz    on behalf of Debtor    Highland Capital Management, L.P.
               jpomerantz@pszjlaw.com
              John A. Morris    on behalf of Debtor    Highland Capital Management, L.P. jmorris@pszjlaw.com
              John J. Kane    on behalf of Creditor    CLO Holdco, Ltd. jkane@krcl.com,
               ecf@krcl.com;jkane@ecf.courtdrive.com
              John Y. Bonds, III    on behalf of Interested Party James  Dondero john@bondsellis.com,
               joyce.rehill@bondsellis.com
              Joseph E. Bain    on behalf of Creditor    Issuer Group JBain@joneswalker.com,
               kvrana@joneswalker.com
              Juliana  Hoffman    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               jhoffman@sidley.com,    txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com
              Juliana  Hoffman    on behalf of Debtor    Highland Capital Management, L.P. jhoffman@sidley.com,
               txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com
              Juliana  Hoffman    on behalf of Financial Advisor    FTI Consulting, Inc. jhoffman@sidley.com,
               txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com
              Juliana  Hoffman    on behalf of Interested Party    UBS AG London Branch jhoffman@sidley.com,
               txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com
              Juliana  Hoffman    on behalf of Interested Party    UBS Securities LLC jhoffman@sidley.com,
               txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com
              Kimberly A. Posin    on behalf of Interested Party    UBS AG London Branch kim.posin@lw.com,
               colleen.rico@lw.com
              Kimberly A. Posin    on behalf of Interested Party    UBS Securities LLC kim.posin@lw.com,
               colleen.rico@lw.com
              Laurie A. Spindler    on behalf of Creditor    Allen ISD Laurie.Spindler@lgbs.com,
               Dora.Casiano-Perez@lgbs.com
              Laurie A. Spindler    on behalf of Creditor    Dallas County Laurie.Spindler@lgbs.com,
               Dora.Casiano-Perez@lgbs.com
```

```
District/off: 0539-3          User: cecker              Page 3 of 3            Date Rcvd: Jun 30, 2020
                              Form ID: BTXN027          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Laurie A. Spindler   on behalf of Creditor   Tarrant County Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com
        Laurie A. Spindler   on behalf of Creditor   City of Allen Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com
        Laurie A. Spindler   on behalf of Creditor   Grayson County Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com
        Laurie A. Spindler   on behalf of Creditor   Kaufman County Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com
        Laurie A. Spindler   on behalf of Creditor   Irving ISD Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com
        Linda D. Reece   on behalf of Creditor   Wylie ISD lreece@pbfcm.com
        Linda D. Reece   on behalf of Creditor   City of Garland lreece@pbfcm.com
        Linda D. Reece   on behalf of Creditor   Garland ISD lreece@pbfcm.com
        Lisa L. Lambert   on behalf of U.S. Trustee   United States Trustee lisa.l.lambert@usdoj.gov
        Mark A. Platt   on behalf of Interested Party   Redeemer Committee of the Highland Crusader Fund mplatt@fbtlaw.com, aortiz@fbtlaw.com
        Martin A. Sosland   on behalf of Interested Party   UBS AG London Branch martin.sosland@butlersnow.com, ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com
        Martin A. Sosland   on behalf of Interested Party   UBS Securities LLC martin.sosland@butlersnow.com, ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com
        Matthew A. Clemente   on behalf of Creditor Committee   Official Committee of Unsecured Creditors mclemente@sidley.com, matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com
        Megan Young-John   on behalf of Creditor   Issuer Group myoungjohn@joneswalker.com
        Melissa S. Hayward   on behalf of Debtor   Highland Capital Management, L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com
        Michael I. Baird   on behalf of Interested Party   Pension Benefit Guaranty Corporation baird.michael@pbgc.gov, efile@pbgc.gov
        Michael I. Baird   on behalf of Creditor   Pension Benefit Guaranty Corporation baird.michael@pbgc.gov, efile@pbgc.gov
        Michael Scott Held   on behalf of Creditor   Crescent TC Investors, L.P. mheld@jw.com, lcrumble@jw.com
        Michelle E. Shriro   on behalf of Interested Party   California Public Employees Retirement System (CalPERS) mshriro@singerlevick.com, scotton@singerlevick.com;tguillory@singerlevick.com
        Nicole Skolnekovich   on behalf of Interested Party   Hunton Andrews Kurth LLP nskolnekovich@hunton.com, plozano@huntonak.com;astowe@huntonak.com;creeves@huntonak.com
        Paige Holden Montgomery   on behalf of Creditor Committee   Official Committee of Unsecured Creditors pmontgomery@sidley.com
        Penny Packard Reid   on behalf of Creditor Committee   Official Committee of Unsecured Creditors preid@sidley.com, txefilingnotice@sidley.com;penny-reid-4098@ecf.pacerpro.com;ncade@sidley.com
        Phillip L. Lamberson   on behalf of Creditor   Acis Capital Management GP, LLC plamberson@winstead.com
        Phillip L. Lamberson   on behalf of Creditor   Acis Capital Management, L.P. plamberson@winstead.com
        Rakhee V. Patel   on behalf of Creditor   Acis Capital Management, L.P. rpatel@winstead.com, lbayliss@winstead.com;achiarello@winstead.com
        Rakhee V. Patel   on behalf of Creditor   Acis Capital Management GP, LLC rpatel@winstead.com, lbayliss@winstead.com;achiarello@winstead.com
        Ryan E. Manns   on behalf of Interested Party   UBS Securities LLC ryan.manns@nortonrosefulbright.com
        Ryan E. Manns   on behalf of Interested Party   UBS AG London Branch ryan.manns@nortonrosefulbright.com
        Sean M. Beach   on behalf of Creditor Committee   Official Committee of Unsecured Creditors bankfilings@ycst.com, sbeach@ycst.com
        Shawn M. Christianson   on behalf of Creditor   Oracle America, Inc. schristianson@buchalter.com, cmcintire@buchalter.com
        Thomas M. Melsheimer   on behalf of Creditor   Frank Waterhouse, Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent tmelsheimer@winston.com, tom-melsheimer-7823@ecf.pacerpro.com
        United States Trustee   ustpregion06.da.ecf@usdoj.gov
        Zachery Z. Annable   on behalf of Other Professional   Hayward & Associates PLLC zannable@haywardfirm.com
        Zachery Z. Annable   on behalf of Debtor   Highland Capital Management, L.P. zannable@haywardfirm.com

        TOTAL: 93