# EXHIBIT 1

**(pending ruling on motion to seal)**