# EXHIBIT 2

# (pending ruling on motion to seal)