# EXHIBIT 3

**(pending ruling on motion to seal)**