# EXHIBIT 6

# (pending ruling on motion to seal)