# EXHIBIT 7

**(pending ruling on motion to seal)**