# EXHIBIT 9

**(pending ruling on motion to seal)**