# EXHIBIT 14

SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT: _____BERNARD J. FRIED_____      E-FILE     PART __60__

**HON. BERNARD J. FRIED**    *Justice*

UBS Securities LLC and USB AG, London Branch,

           INDEX NO.    __650097-2009__

           Plaintiff(s),

           MOTION DATE    _____

           - v -

           MOTION SEQ. NO.    __008__

Highland Capital Management, L.P., et al.,

           Defendant(s).       MOTION CAL. NO.    _____

The following papers, numbered 1 to _____ were read on this motion to/for _____

| | PAPERS NUMBERED |
|---|---|
| Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ... | _____ |
| Answering Affidavits — Exhibits _____ | _____ |
| Replying Affidavits _____ | _____ |

**Cross-Motion:**    ☐ Yes    ☐ No

Upon the papers submitted, it is

ORDERED that the motion is granted and the above-captioned action is consolidated in this Court with *UBS Securities LLC vs. Highland Capital Management, L.P.*, Index No. 650752/2010, under Index No. 650097-2009, and the consolidated action shall bear the following caption:

**UBS Securities LLC and USB AG, London Branch,**

                                **Plaintiffs,**

                                -against-

**Highland Capital Management, L.P., Highland CDO Opportunity Master Fund, L.P., and Highland Special Opportunities Holding Company, Highland Financial Partners, L.P., Highland Credit Strategies Fund, Highland Crusader Offshore Partners, L.P., Highland Credit**

*(sidebar, left margin:)* MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE FOR THE FOLLOWING REASON(S):

1

Opportunities CDO, L.P., and Strand Advisors, Inc.,

Defendants,

and it is further

ORDERED that the pleadings in the actions hereby consolidated shall stand as the pleadings in the consolidated action; and it is further

ORDERED that movant is directed to serve a copy of this order with notice of entry on the County Clerk, who shall consolidate the papers in the actions hereby consolidated and shall mark his records to reflect the consolidation; and it is further

ORDERED that movant is directed to serve a copy of this order with notice of entry on the Clerk of the Trial Support Office (Room 158), who is hereby directed to mark the court's records to reflect the consolidation.

Dated: 11/1/2010

ENTER:

_____
J.S.C.

HON. BERNARD J. FRIED

Check one: ☐ FINAL DISPOSITION ☒ NON-FINAL DISPOSITION
Check if appropriate: ☐ DO NOT POST ☐ REFERENCE