# EXHIBIT 16

**(pending ruling on motion to seal)**