# EXHIBIT 20

**(pending ruling on motion to seal)**