# EXHIBIT 21

## (pending ruling on motion to seal)