# EXHIBIT 22

**(pending ruling on motion to seal)**