

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 20, 2020**

United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |

### ORDER APPROVING JOINT STIPULATION EXTENDING RESPONSE DEADLINE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 93 OF INTEGRATED FINANCIAL ASSOCIATES, INC.

Having considered the *Joint Stipulation Extending Response Deadline to Debtor's Objection to Proof of Claim No. 93 of Integrated Financial Associates, Inc.* (the "Stipulation"), a copy of which is attached hereto as **Exhibit A**, jointly filed by Highland Capital Management, L.P. (the "Debtor") and Integrated Financial Associates, Inc. ("IFA", and together with the Debtor, the "Parties"), **IT IS HEREBY ORDERED THAT:**

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

1.      The Stipulation is **APPROVED**.

2.      The Stipulation shall become effective immediately upon entry of this Order.

3.      The deadline by which IFA must file its response, if any, to the Debtor's *Objection to Proof of Claim No. 93 of Integrated Financial Associates, Inc.* [Docket No. 868] (the "Objection") is extended up to and through **August 24, 2020 at 5:00 p.m. (CST)**.

4.      The Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

###End of Order###

**EXHIBIT A**

**Stipulation**

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
Maxim B. Litvak (TX Bar No. 24002482)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD & ASSOCIATES PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Debtor and Debtor-in-Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Debtor. | |

## JOINT STIPULATION EXTENDING RESPONSE DEADLINE TO DEBTOR'S
## OBJECTION TO PROOF OF CLAIM NO. 93
## OF INTEGRATED FINANCIAL ASSOCIATES, INC.

This stipulation (the "Stipulation") is made and entered into by and between Highland

Capital Management, L.P., as debtor-in-possession (the "Debtor"), and Integrated Financial

Associates, Inc. ("IFA", and together with the Debtor, the "Parties").

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

## RECITALS

WHEREAS, on October 16, 2019 (the "<u>Petition Date</u>"), the Debtor commenced with the United States Bankruptcy Court for the District of Delaware (the "<u>Initial Court</u>") a voluntary case under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "<u>Delaware Case</u>");

WHEREAS, on December 4, 2019 (the "<u>Transfer Date</u>"), the Initial Court entered the *Order Transferring Venue of this Case to the United States Bankruptcy Court for the Northern District of Texas* [Docket No. 1] (the "<u>Transfer Order</u>"), which transferred the Delaware Case to the United States Bankruptcy Court for the Northern District of Texas (the "<u>Court</u>");

WHEREAS, on April 8, 2020, IFA filed a Proof of Claim No. 93;

WHEREAS, on July 17, 2020, Debtor filed its *Objection to Proof of Claim No. 93 of Integrated Financial Associates, Inc.* [Docket No. 868] (the "<u>Objection</u>"), which requires IFA to respond to the Objection on or before August 19, 2020 at 5:00 p.m. (CST), with a hearing to be held on the Objection on September 17, 2020 at 9:30 a.m. (CST).

NOW, THEREFORE, IT IS HEREBY AGREED BY THE PARTIES:

1.      The Parties stipulate and agree that IFA may have up to and through **<u>August 24, 2020 at 5:00 p.m. (CST)</u>** to file its response to the Objection.

2.      This Stipulation shall be, upon approval by the Court, binding in this chapter 11 case (and upon any chapter 7 trustee appointed in the event of a subsequent conversion of this chapter 11 case to a case under chapter 7).

3.      Except as expressly set forth in this Stipulation, nothing contained herein shall be an admission or waiver of the substantive or procedural rights, remedies, claims, or defenses of either of the Parties, whether at law or equity.

4.      This Stipulation may be executed in counterparts, any of which may be transmitted by facsimile or electronic mail, and each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

5.      This Stipulation may not be amended without the Parties' express written consent and the Court's approval.

6.      The Court shall retain jurisdiction over any disputes or other matters arising under or otherwise relating to this Stipulation.

**IT IS SO STIPULATED.**

[*Remainder of Page Intentionally Left Blank*]

DATED this 19th day of August, 2020.

**PACHULSKI STANG ZIEHL &
JONES LLP**

Jeffrey N. Pomerantz (CA Bar No.143717)
(admitted *pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084)
(admitted *pro hac vice*)
Gregory V. Demo (NY Bar 5371992)
 (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: jpomerantz@pszjlaw.com
ikharasch@pszjlaw.com
gdemo@pszjlaw.com

-and-

**HAYWARD & ASSOCIATES PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Attorneys for the Debtor and Debtor-in-
Possession*

**CARLYON CICA CHTD.**

*/s/ Tracy M. O'Steen*
Candace C. Carlyon, Esq.
Nevada Bar No. 2666
Tracy M. O'Steen, Esq.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, Nevada 89119
Telephone: (702) 685-4444
Email:  CCarlyon@CarlyonCica.com
TOSteen@CarlyonCica.com

*Attorneys for Integrated Financial Associates, Inc.*