# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) Case No. 19-34054-sgj11 |
| Debtor. | ) |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: O'Neill, James E.

2. Firm Name: Pachulski Stang Ziehl & Jones LLP

3. Address: 919 North Market Street, 17th Floor, P O Box 8705, Wilmington, DE 19899

4. Phone: 302-652-4100    FAX: 302-652-4400

   Email: joneill@pszjlaw.com

5. Name used to sign *all* pleadings: James E. O'Neill

6. Retained by: Highland Capital Management, L.P.

7. Admitted on November 8, 1985 and presently a member in good standing of the bar of the highest court of the state of Pennsylvania and issued the bar license number of 44247.

8. Admitted on March 16, 2001 and presently a member in good standing of the bar of the highest court of the state of Delaware and issued the bar license number of 4042.

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

9. Admitted to practice before the following courts:

   | *Court:* | *Admission Date:* |
   |---|---|
   | U.S. District Court, District of Delaware | March 16, 2001 |
   | U.S. Court of Appeals for the Third Circuit | May 11, 1999 |

10. Are you presently a member in good standing of the bars of the courts listed above?

    <u>XX</u> Yes <u>   </u> No

    If "No," please list all courts which you are no longer admitted to practice:

11. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    <u>   </u> Yes <u>XX</u> No

    If "Yes," please provide details:

12. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    <u>   </u> Yes <u>XX</u> No

    If "Yes," please provide details:

13. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    *Date of Application*    *Case No. and Style*

    N/A

14. Local counsel of record: <u>Melissa S. Hayward</u>

15. Local counsel's address: <u>Hayward & Associates PLLC, 10501 N. Central Expy, Suite 106, Dallas, TX 75231</u>

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

\_\_\_\_ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00.

\_\_X\_\_ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on_____.

*/s/ James E. O'Neill*  　　　　　　　　　　　　　　　　September 9, 2020
James E. O'Neill　　　　　　　　　　　　　　　　　　　　Date