

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed September 10, 2020**

_____
United States Bankruptcy Judge

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | **Re: Docket No. 971** |

**ORDER GRANTING SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION, FOR THE PERIOD FROM APRIL 1, 2020 THROUGH JULY 31, 2020**

Upon consideration of the *Second Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtor and Debtor in Possession, for the Period from April 1, 2020 through July 31, 2020* [Docket No. 971] ("Application")[2] of Pachulski Stang Ziehl & Jones LLP ("PSZ&J") for allowance of

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

[2] Capitalized terms used, but not otherwise defined herein, shall have the meanings ascribed to them in the Application.

2

compensation for professional services rendered in the above-captioned case during the period from April 1, 2020 through July 31, 2020 (the "Compensation Period"), it is **HEREBY ORDERED THAT**:

1. PSZ&J is granted interim allowance of compensation in the amount of $3,470,794.50 for the Compensation Period.

2. PSZ&J is granted interim allowance of reimbursement for expenses incurred in the amount of $12,205.15 for the Compensation Period.

3. The Debtor is authorized and directed to remit payment to PSZ&J of such allowed compensation and expense reimbursement amounts totaling $3,482,999.65, less any and all amounts previously paid on account of such fees and expenses.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###END OF ORDER###