

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 10, 2020**

_____
**United States Bankruptcy Judge**
_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Highland Capital Management, L.P. | § | Case No.:  19−34054−sgj11 |
| | § | Chapter No.:  11 |
| Debtor(s) | § | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **James E. O'Neill**, to represent Highland Capital Management, L.P., related to document #1031, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #

United States Bankruptcy Court
Northern District of Texas

In re:  
Highland Capital Management, L.P.  
      Debtor

Case No. 19-34054-sgj  
Chapter 11

## CERTIFICATE OF NOTICE

| District/off: 0539-3 | User: cecker | Page 1 of 5 | Date Rcvd: Sep 11, 2020 |
|---|---|---|---|
| | Form ID: pdf012 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2020.
aty     +James E. O'Neill,   Pachulski Stang Ziehl & Jones LLP,   919 North Market Street, 17th Fl.,   Wilmington, DE 19801-3034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2020 at the address(es) listed below:

        Alyssa Russell   on behalf of Creditor Committee   Official Committee of Unsecured Creditors alyssa.russell@sidley.com

        Amanda Melanie Rush   on behalf of Interested Party   CCS Medical, Inc. asrush@jonesday.com

        Amy K. Anderson   on behalf of Creditor   Issuer Group aanderson@joneswalker.com, lfields@joneswalker.com,kjohnson@joneswalker.com,sbuchanan@joneswalker.com

        Andrew Clubok   on behalf of Interested Party   UBS AG London Branch andrew.clubok@lw.com

        Andrew Clubok   on behalf of Interested Party   UBS Securities LLC andrew.clubok@lw.com

        Annmarie Antoniette Chiarello   on behalf of Creditor   Acis Capital Management GP, LLC achiarello@winstead.com

        Annmarie Antoniette Chiarello   on behalf of Creditor   Acis Capital Management, L.P. achiarello@winstead.com

        Artoush Varshosaz   on behalf of Interested Party   NexPoint Real Estate Strategies Fund artoush.varshosaz@klgates.com, Julie.garrett@klgates.com

        Artoush Varshosaz   on behalf of Interested Party   Highland Funds II and its series artoush.varshosaz@klgates.com, Julie.garrett@klgates.com

        Artoush Varshosaz   on behalf of Interested Party   Highland Opportunistic Credit Fund artoush.varshosaz@klgates.com, Julie.garrett@klgates.com

        Artoush Varshosaz   on behalf of Interested Party   Highland Income Fund artoush.varshosaz@klgates.com, Julie.garrett@klgates.com

        Artoush Varshosaz   on behalf of Interested Party   Highland Socially Responsible Equity Fund artoush.varshosaz@klgates.com, Julie.garrett@klgates.com

        Artoush Varshosaz   on behalf of Interested Party   Highland Total Return Fund artoush.varshosaz@klgates.com, Julie.garrett@klgates.com

        Artoush Varshosaz   on behalf of Interested Party   Highland Healthcare Opportunities Fund artoush.varshosaz@klgates.com, Julie.garrett@klgates.com

        Artoush Varshosaz   on behalf of Interested Party   Highland/iBoxx Senior Loan ETF artoush.varshosaz@klgates.com, Julie.garrett@klgates.com

        Artoush Varshosaz   on behalf of Interested Party   Highland Funds I and its series artoush.varshosaz@klgates.com, Julie.garrett@klgates.com

        Artoush Varshosaz   on behalf of Interested Party   NexPoint Strategic Opportunities Fund artoush.varshosaz@klgates.com, Julie.garrett@klgates.com

        Artoush Varshosaz   on behalf of Interested Party   Highland Merger Arbitrage Fund artoush.varshosaz@klgates.com, Julie.garrett@klgates.com

        Artoush Varshosaz   on behalf of Interested Party   Highland Fixed Income Fund artoush.varshosaz@klgates.com, Julie.garrett@klgates.com

        Artoush Varshosaz   on behalf of Interested Party   NexPoint Capital, Inc. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com

        Artoush Varshosaz   on behalf of Interested Party   NexPoint Advisors, L.P. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com

        Artoush Varshosaz   on behalf of Interested Party   Highland Capital Management Fund Advisors, L.P. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com

```
District/off: 0539-3                  User: cecker                  Page 2 of 5                  Date Rcvd: Sep 11, 2020
                                      Form ID: pdf012               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Artoush Varshosaz    on behalf of Interested Party    Highland Global Allocation Fund
          artoush.varshosaz@klgates.com, Julie.garrett@klgates.com
         Artoush Varshosaz    on behalf of Interested Party    Highland Small-Cap Equity Fund
          artoush.varshosaz@klgates.com, Julie.garrett@klgates.com
         Asif Attarwala    on behalf of Interested Party    UBS Securities LLC asif.attarwala@lw.com
         Asif Attarwala    on behalf of Interested Party    UBS AG London Branch asif.attarwala@lw.com
         Bojan Guzina    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
          bguzina@sidley.com
         Brian Patrick Shaw    on behalf of Creditor Jennifer G. Terry shaw@roggedunngroup.com,
          cashion@roggedunngroup.com
         Brian Patrick Shaw    on behalf of Creditor    Acis Capital Management GP, LLC
          shaw@roggedunngroup.com, cashion@roggedunngroup.com
         Brian Patrick Shaw    on behalf of Creditor    Acis Capital Management, L.P.
          shaw@roggedunngroup.com, cashion@roggedunngroup.com
         Brian Patrick Shaw    on behalf of Creditor Joshua Terry shaw@roggedunngroup.com,
          cashion@roggedunngroup.com
         Bryan C. Assink    on behalf of Interested Party James Dondero bryan.assink@bondsellis.com
         Candice Marie Carson    on behalf of Interested Party    UBS AG London Branch
          Candice.Carson@butlersnow.com
         Candice Marie Carson    on behalf of Interested Party    UBS Securities LLC
          Candice.Carson@butlersnow.com
         Casey William Doherty, Jr.    on behalf of Interested Party    Jefferies LLC
          casey.doherty@dentons.com,
          stephanie.sciba@dentons.com;Docket.General.Lit.DAL@dentons.com;dawn.brown@dentons.com;Melinda.sanchez@dentons.com
         Chad D. Timmons    on behalf of Creditor    COLLIN COUNTY TAX ASSESSOR/COLLECTOR
          bankruptcy@abernathy-law.com
         Charles Martin Persons, Jr.    on behalf of Creditor Committee    Official Committee of Unsecured
          Creditors cpersons@sidley.com
         David Neier    on behalf of Creditor    Frank Waterhouse, Scott B. Ellington, Isaac Leventon, Jean
          Paul Sevilla, Hunter Covitz and Thomas Surgent dneier@winston.com,
          dcunsolo@winston.com;david-neier-0903@ecf.pacerpro.com
         David G. Adams    on behalf of Creditor    United States (IRS) david.g.adams@usdoj.gov,
          southwestern.taxcivil@usdoj.gov;dolores.c.lopez@usdoj.gov
         David Grant Crooks    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
          dcrooks@foxrothschild.com, etaylor@foxrothschild.com,jsagui@foxrothschild.com,
          plabov@foxrothschild.com,jmanfrey@foxrothschild.com
         David Grant Crooks    on behalf of Creditor    PensionDanmark Pensionsforsikringsaktieselskab
          dcrooks@foxrothschild.com, etaylor@foxrothschild.com,jsagui@foxrothschild.com,
          plabov@foxrothschild.com,jmanfrey@foxrothschild.com
         David Grant Crooks    on behalf of Debtor    Highland Capital Management, L.P.
          dcrooks@foxrothschild.com, etaylor@foxrothschild.com,jsagui@foxrothschild.com,
          plabov@foxrothschild.com,jmanfrey@foxrothschild.com
         Dennis M. Twomey    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
          dtwomey@sidley.com
         Edmon L. Morton    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
          emorton@ycst.com
         Edwin Paul Keiffer    on behalf of Creditor    Hunter Mountain Investment Trust
          pkeiffer@romclaw.com, bwallace@romclaw.com
         Edwin Paul Keiffer    on behalf of Creditor    Beacon Mountain, LLC pkeiffer@romclaw.com,
          bwallace@romclaw.com
         Edwin Paul Keiffer    on behalf of Creditor    Atlas IDF, GP, LLC pkeiffer@romclaw.com,
          bwallace@romclaw.com
         Edwin Paul Keiffer    on behalf of Creditor    Rand PE Fund Management, LLC pkeiffer@romclaw.com,
          bwallace@romclaw.com
         Edwin Paul Keiffer    on behalf of Creditor    Atlas IDF, LP pkeiffer@romclaw.com,
          bwallace@romclaw.com
         Edwin Paul Keiffer    on behalf of Creditor    Rand PE Fund I, LP pkeiffer@romclaw.com,
          bwallace@romclaw.com
         Edwin Paul Keiffer    on behalf of Creditor    John Honis pkeiffer@romclaw.com,
          bwallace@romclaw.com
         Edwin Paul Keiffer    on behalf of Interested Party    Hunter Mountain Trust pkeiffer@romclaw.com,
          bwallace@romclaw.com
         Edwin Paul Keiffer    on behalf of Creditor    Rand Advisors, LLC pkeiffer@romclaw.com,
          bwallace@romclaw.com
         Elizabeth Weller    on behalf of Creditor    Grayson County dallas.bankruptcy@publicans.com,
          dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
         Elizabeth Weller    on behalf of Creditor    Rockwall CAD dallas.bankruptcy@publicans.com,
          dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
         Elizabeth Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com,
          dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
         Elizabeth Weller    on behalf of Creditor    Kaufman County dallas.bankruptcy@publicans.com,
          dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
         Elizabeth Weller    on behalf of Creditor    Coleman County TAD dallas.bankruptcy@publicans.com,
          dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
         Elizabeth Weller    on behalf of Creditor    Upshur County dallas.bankruptcy@publicans.com,
          dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com

```
District/off: 0539-3                  User: cecker                  Page 3 of 5                  Date Rcvd: Sep 11, 2020
                                      Form ID: pdf012               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Elizabeth Weller    on behalf of Creditor    Allen ISD dallas.bankruptcy@publicans.com,
           dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
          Elizabeth Weller    on behalf of Creditor    Irving ISD dallas.bankruptcy@publicans.com,
           dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
          Elizabeth Weller    on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
           dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
          Elizabeth Weller    on behalf of Creditor    Fannin CAD dallas.bankruptcy@publicans.com,
           dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com
          Gregory Getty Hesse    on behalf of Spec. Counsel    Hunton Andrews Kurth LLP ghesse@HuntonAK.com,
           amckenzie@HuntonAK.com;tcanada@HuntonAK.com;creeves@HuntonAK.com
          Gregory V. Demo    on behalf of Debtor    Highland Capital Management, L.P. gdemo@pszjlaw.com,
           jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.
           com;jpomerantz@pszjlaw.com
          Gregory V. Demo    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           gdemo@pszjlaw.com,
           jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.
           com;jpomerantz@pszjlaw.com
          Holland N. O'Neil    on behalf of Spec. Counsel    Foley Gardere, Foley & Lardner LLP
           honeil@foley.com,   jcharrison@foley.com;acordero@foley.com
          J. Seth Moore    on behalf of Creditor    Siepe, LLC smoore@ctstlaw.com,   jsteele@ctstlaw.com
          Jaclyn C. Weissgerber    on behalf of Creditor Committee    Official Committee of Unsecured
           Creditors bankfilings@ycst.com,   jweissgerber@ycst.com
          Jared M. Slade    on behalf of Interested Party    NexBank jared.slade@alston.com
          Jason Alexander Enright    on behalf of Creditor    Acis Capital Management, L.P.
           jenright@winstead.com
          Jason Alexander Enright    on behalf of Creditor    Acis Capital Management GP, LLC
           jenright@winstead.com
          Jason Patrick Kathman    on behalf of Creditor Patrick Daugherty jkathman@pronskepc.com,
           gpronske@pronskepc.com;lvargas@pronskepc.com;admin@pronskepc.com;mclontz@pronskepc.com
          Jason S. Brookner    on behalf of Creditor    Gray Reed & McGraw LLP jbrookner@grayreed.com,
           lwebb@grayreed.com;acarson@grayreed.com
          Jeffrey Kurtzman    on behalf of Creditor    BET Investments II, L.P. kurtzman@kurtzmansteady.com
          Jeffrey Nathan Pomerantz    on behalf of Debtor    Highland Capital Management, L.P.
           jpomerantz@pszjlaw.com
          John A. Morris    on behalf of Debtor    Highland Capital Management, L.P. jmorris@pszjlaw.com
          John J. Kane    on behalf of Creditor    CLO Holdco, Ltd. jkane@krcl.com,
           ecf@krcl.com;jkane@ecf.courtdrive.com
          John Y. Bonds, III    on behalf of Interested Party James Dondero john@bondsellis.com,
           joyce.rehill@bondsellis.com
          Jonathan T. Edwards    on behalf of Interested Party    NexBank jonathan.edwards@alston.com
          Joseph E. Bain    on behalf of Creditor    Issuer Group JBain@joneswalker.com,
           kvrana@joneswalker.com;msalinas@joneswalker.com
          Juliana Hoffman    on behalf of Debtor    Highland Capital Management, L.P. jhoffman@sidley.com,
           txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com
          Juliana Hoffman    on behalf of Financial Advisor    FTI Consulting, Inc. jhoffman@sidley.com,
           txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com
          Juliana Hoffman    on behalf of Interested Party    UBS Securities LLC jhoffman@sidley.com,
           txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com
          Juliana Hoffman    on behalf of Interested Party    UBS AG London Branch jhoffman@sidley.com,
           txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com
          Juliana Hoffman    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           jhoffman@sidley.com,   txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com
          Kimberly A. Posin    on behalf of Interested Party    UBS Securities LLC kim.posin@lw.com,
           colleen.rico@lw.com
          Kimberly A. Posin    on behalf of Interested Party    UBS AG London Branch kim.posin@lw.com,
           colleen.rico@lw.com
          Larry R. Boyd    on behalf of Creditor    COLLIN COUNTY TAX ASSESSOR/COLLECTOR
           lboyd@abernathy-law.com,   ljameson@abernathy-law.com
          Lauren Kessler Drawhorn    on behalf of Interested Party    VineBrook Homes, Trust, Inc.
           lauren.drawhorn@wickphillips.com,   samantha.tandy@wickphillips.com
          Lauren Kessler Drawhorn    on behalf of Interested Party    MGM Holdings, Inc.
           lauren.drawhorn@wickphillips.com,   samantha.tandy@wickphillips.com
          Lauren Kessler Drawhorn    on behalf of Interested Party    NexPoint Real Estate Partners, LLC
           lauren.drawhorn@wickphillips.com,   samantha.tandy@wickphillips.com
          Lauren Kessler Drawhorn    on behalf of Interested Party    Nexpoint Real Estate Capital, LLC
           lauren.drawhorn@wickphillips.com,   samantha.tandy@wickphillips.com
          Lauren Kessler Drawhorn    on behalf of Interested Party    NexPoint Real Estate Advisors VI, L.P.
           lauren.drawhorn@wickphillips.com,   samantha.tandy@wickphillips.com
          Lauren Kessler Drawhorn    on behalf of Interested Party    NexPoint Hospitality Trust
           lauren.drawhorn@wickphillips.com,   samantha.tandy@wickphillips.com
          Lauren Kessler Drawhorn    on behalf of Interested Party    NexPoint Real Estate Advisors VII, L.P.
           lauren.drawhorn@wickphillips.com,   samantha.tandy@wickphillips.com
          Lauren Kessler Drawhorn    on behalf of Interested Party    NexPoint Real Estate Advisors VIII,
           L.P. lauren.drawhorn@wickphillips.com,   samantha.tandy@wickphillips.com
          Lauren Kessler Drawhorn    on behalf of Interested Party    NexPoint Real Estate Advisors, L.P.
           lauren.drawhorn@wickphillips.com,   samantha.tandy@wickphillips.com
          Lauren Kessler Drawhorn    on behalf of Interested Party    NexPoint Real Estate Advisors V, L.P.
           lauren.drawhorn@wickphillips.com,   samantha.tandy@wickphillips.com

```
District/off: 0539-3                  User: cecker                Page 4 of 5                  Date Rcvd: Sep 11, 2020
                                      Form ID: pdf012             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Lauren Kessler Drawhorn    on behalf of Interested Party    NexPoint Real Estate Advisors IV, L.P.
           lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com
          Lauren Kessler Drawhorn    on behalf of Interested Party    NexPoint Real Estate Advisors II, L.P.
           lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com
          Lauren Kessler Drawhorn    on behalf of Interested Party    NexPoint Real Estate Advisors III, L.P.
           lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com
          Lauren Kessler Drawhorn    on behalf of Interested Party    NexPoint Residential Trust, Inc.
           lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com
          Lauren Kessler Drawhorn    on behalf of Interested Party    NexPoint Real Estate Finance Inc.
           lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com
          Lauren Kessler Drawhorn    on behalf of Interested Party    NexPoint Multifamily Capital Trust,
           Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com
          Laurie A. Spindler    on behalf of Creditor    Dallas County Laurie.Spindler@lgbs.com,
           Dora.Casiano-Perez@lgbs.com
          Laurie A. Spindler    on behalf of Creditor    Grayson County Laurie.Spindler@lgbs.com,
           Dora.Casiano-Perez@lgbs.com
          Laurie A. Spindler    on behalf of Creditor    Kaufman County Laurie.Spindler@lgbs.com,
           Dora.Casiano-Perez@lgbs.com
          Laurie A. Spindler    on behalf of Creditor    Irving ISD Laurie.Spindler@lgbs.com,
           Dora.Casiano-Perez@lgbs.com
          Laurie A. Spindler    on behalf of Creditor    Tarrant County Laurie.Spindler@lgbs.com,
           Dora.Casiano-Perez@lgbs.com
          Laurie A. Spindler    on behalf of Creditor    City of Allen Laurie.Spindler@lgbs.com,
           Dora.Casiano-Perez@lgbs.com
          Laurie A. Spindler    on behalf of Creditor    Allen ISD Laurie.Spindler@lgbs.com,
           Dora.Casiano-Perez@lgbs.com
          Linda D. Reece    on behalf of Creditor    Garland ISD lreece@pbfcm.com
          Linda D. Reece    on behalf of Creditor    City of Garland lreece@pbfcm.com
          Linda D. Reece    on behalf of Creditor    Wylie ISD lreece@pbfcm.com
          Lisa L. Lambert    on behalf of U.S. Trustee    United States Trustee lisa.l.lambert@usdoj.gov
          M. David Bryant, Jr.    on behalf of Interested Party    Integrated Financial Associates, Inc.
           dbryant@dykema.com, csmith@dykema.com
          Mark A. Platt    on behalf of Interested Party    Redeemer Committee of the Highland Crusader Fund
           mplatt@fbtlaw.com, aortiz@fbtlaw.com
          Martin A. Sosland    on behalf of Interested Party    UBS Securities LLC
           martin.sosland@butlersnow.com, ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com
          Martin A. Sosland    on behalf of Interested Party    UBS AG London Branch
           martin.sosland@butlersnow.com, ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com
          Matthew A. Clemente    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           mclemente@sidley.com, matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com
          Megan Young-John    on behalf of Creditor    Issuer Group myoung-john@porterhedges.com
          Melissa S. Hayward    on behalf of Debtor    Highland Capital Management, L.P.
           MHayward@HaywardFirm.com, mholmes@HaywardFirm.com
          Michael I. Baird    on behalf of Creditor    Pension Benefit Guaranty Corporation
           baird.michael@pbgc.gov, efile@pbgc.gov
          Michael I. Baird    on behalf of Interested Party    Pension Benefit Guaranty Corporation
           baird.michael@pbgc.gov, efile@pbgc.gov
          Michael Scott Held    on behalf of Creditor    Crescent TC Investors, L.P. mheld@jw.com,
           lcrumble@jw.com
          Michelle E. Shriro    on behalf of Interested Party    California Public Employees Retirement
           System (CalPERS) mshriro@singerlevick.com, scotton@singerlevick.com;tguillory@singerlevick.com
          Nicole Skolnekovich    on behalf of Interested Party    Hunton Andrews Kurth LLP
           nskolnekovich@hunton.com, plozano@huntonak.com;astowe@huntonak.com;creeves@huntonak.com
          Paige Holden Montgomery    on behalf of Creditor Committee    Official Committee of Unsecured
           Creditors pmontgomery@sidley.com
          Paul M. Lopez    on behalf of Creditor    COLLIN COUNTY TAX ASSESSOR/COLLECTOR
           bankruptcy@abernathy-law.com
          Paul Richard Bessette    on behalf of Interested Party    Highland CLO Funding, Ltd.
           pbessette@KSLAW.com,
           ccisneros@kslaw.com;jworsham@kslaw.com;kbryan@kslaw.com;jcarvalho@kslaw.com;rmatsumura@kslaw.com
          Penny Packard Reid    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           preid@sidley.com, txefilingnotice@sidley.com;penny-reid-4098@ecf.pacerpro.com;ncade@sidley.com
          Phillip L. Lamberson    on behalf of Creditor    Acis Capital Management, L.P.
           plamberson@winstead.com
          Phillip L. Lamberson    on behalf of Creditor    Acis Capital Management GP, LLC
           plamberson@winstead.com
          Rakhee V. Patel    on behalf of Creditor    Acis Capital Management, L.P. rpatel@winstead.com,
           dgalindo@winstead.com;achiarello@winstead.com
          Rakhee V. Patel    on behalf of Creditor    Acis Capital Management GP, LLC rpatel@winstead.com,
           dgalindo@winstead.com;achiarello@winstead.com
          Ryan E. Manns    on behalf of Interested Party    UBS AG London Branch
           ryan.manns@nortonrosefulbright.com
          Ryan E. Manns    on behalf of Interested Party    UBS Securities LLC
           ryan.manns@nortonrosefulbright.com
          Sean M. Beach    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           bankfilings@ycst.com, sbeach@ycst.com
          Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
           cmcintire@buchalter.com
```

```
District/off: 0539-3          User: cecker              Page 5 of 5              Date Rcvd: Sep 11, 2020
                              Form ID: pdf012           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Thomas M. Melsheimer   on behalf of Creditor   Frank Waterhouse, Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent tmelsheimer@winston.com, tom-melsheimer-7823@ecf.pacerpro.com

        United States Trustee   ustpregion06.da.ecf@usdoj.gov

        Zachery Z. Annable   on behalf of Debtor   Highland Capital Management, L.P. zannable@haywardfirm.com

        Zachery Z. Annable   on behalf of Other Professional   Hayward & Associates PLLC zannable@haywardfirm.com

        Zachery Z. Annable   on behalf of Plaintiff   Highland Capital Management, L.P. zannable@haywardfirm.com

        TOTAL: 145