

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 14, 2020**

_____
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| Debtor. | ) | |
| | ) | Rel. to ECF Nos. 590, 825 |

### ORDER GRANTING EXTENSION OF TIME TO FILE AN ADVERSARY PROCEEDING AGAINST CLO HOLDCO, LTD.

Upon the consideration of the agreement of the Official Committee of Unsecured Creditors (the "Committee") and CLO Holdco, Ltd. ("CLO Holdco") presented to the Court at the October 8, 2020 hearing, it is hereby **ORDERED** that:

1. The deadline for the Committee to file an adversary proceeding against CLO Holdco, originally set by this Court's *Order Denying Motion for Remittance Of Funds Held In Registry of Court* [Docket No. 825] is extended by 60 days. The Committee's new deadline to

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

file an adversary proceeding against CLO Holdco or otherwise move the Court for a further extension is December 10, 2020. If either (i) the Committee does not file such an adversary proceeding and in connection therewith, an application for injunctive relief to continue to hold the proceeds in the Registry of the Court, or (ii) the Court does not grant a further extension, the proceeds shall be released from the Registry of the Court to CLO Holdco.

2. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # # End of Order # # #