PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
Maxim B. Litvak (Texas Bar No. 24002482)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD & ASSOCIATES PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Debtor and Debtor-in-Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Debtor. | |

## CERTIFICATE OF SERVICE

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

I, James E. O'Neill, hereby certify that on the 14th day of October, 2020, I caused

a copy of the following document(s) to be served on the individual(s) on the attached service

list(s) in the manner indicated:

> **[Signed] Agreed Supplemental Order Authorizing the Retention and Employment of Hunton Andrews Kurth LLP as Special Counsel *Nunc Pro Tunc* to the Petition Date [Docket No. 1169]**

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)

Highland Capital 2002 Service List
Expedited
Case No. 19-34054-sgj11
Document No. 225798v3
020 – First Class Mail
108 – Electronic Mail

**ELECTRONIC MAIL**
(Counsel for the Debtor)
James O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
**Email: joneill@pszjlaw.com**

**ELECTRONIC MAIL**
(Counsel for the Debtor)
Richard M. Pachulski, Esquire
Jeffrey N. Pomerantz, Esquire
Ira D. Kharasch, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd, 13th Floor
Los Angeles, CA 90067
**Email: rpachulski@pszjlaw.com;**
**jpomerantz@pszjlaw.com;**
**ikharasch@pszjlaw.com**

**ELECTRONIC MAIL**
(Counsel for the Debtor)
Maxim B. Litvak, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
**Email: mlitvak@pszjlaw.com**

**ELECTRONIC MAIL**
(Counsel for the Debtor)
John A. Morris, Esquire
Gregory V. Demo, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
**Email: jmorris@pszjlaw.com;**
**gdemo@pszjlaw.com**

**FIRST CLASS MAIL**
American Express National Bank
c/o Becket & Lee LLP
Attn: Shraddha Bharatia, Claims
Administrator
PO Box 3001
Malvern, PA 19355-0701

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104

**FIRST CLASS MAIL**
BBVA
Michael Doran
8080 North Central Expressway, Suite 1500
Dallas, TX 75206

**FIRST CLASS MAIL**
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

**FIRST CLASS MAIL**
NexBank
John Danilowicz
2515 McKinney Avenue, Suite1100
Dallas, TX 75201

**FIRST CLASS MAIL**
KeyBank National Association
as Administrative Agent
225 Franklin Street, 18th Floor
Boston, MA 02110

**FIRST CLASS MAIL**
KeyBank National Association
as Agent
127 Public Square
Cleveland, OH 44114

**FIRST CLASS MAIL**
Prime Brokerage Services
Jefferies LLC
520 Madison Avenue
New York, NY 10022

**FIRST CLASS MAIL**
Office of the General Counsel
Re: Prime Brokerage Services
Jefferies LLC
520 Madison Avenue, 16th Floor
New York, NY 10022

**FIRST CLASS MAIL**
Director of Compliance
Re: Prime Brokerage Services
Jefferies LLC
520 Madison Avenue, 16th Floor
New York, NY 10022

**FIRST CLASS MAIL**
Frontier State Bank
Attn: Steve Elliot
5100 South I-35 Service Road
Oklahoma City, OK 73129

**FIRST CLASS MAIL**
Strand Advisors, Inc.
300 Crescent Court, Suite 700
Dallas, TX 75201

**FIRST CLASS MAIL**
The Dugaboy Investment Trust
300 Crescent Court, Suite 700
Dallas, TX 75201

**FIRST CLASS MAIL**
Mark K. Okada
300 Crescent Court, Suite 700
Dallas, TX 75201

**FIRST CLASS MAIL**
The Mark and Pamela Okada Family
Trust – Exempt Trust #1
300 Crescent Court, Suite 700
Dallas, TX 75201

**FIRST CLASS MAIL**
The Mark and Pamela Okada Family
Trust – Exempt Trust #2
300 Crescent Court, Suite 700
Dallas, TX 75201

**FIRST CLASS MAIL**
Hunter Mountain Investment Trust
c/o Rand Advisors LLC
John Honis
87 Railroad Place, Suite 403
Saratoga Springs, NY 12866

**FIRST CLASS MAIL**
(United States Attorney)
Erin Nealy Cox, Esquire
United States Attorney's Office
Northern District of Texas
1100 Commerce Street, 3rd Floor
Dallas, TX 75242-1699

**FIRST CLASS MAIL**
(Texas Attorney General)
Ken Paxton, Esquire
Office of the Attorney General
300 W. 15th Street
Austin, TX 78701

**FIRST CLASS MAIL**
(Counsel to the Issuers)
James T. Bentley, Esquire
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

**ELECTRONIC MAIL**
Attn: Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE 19801
**Email: fasnotify@delaware.gov**

**ELECTRONIC MAIL**
(Counsel to Alvarez & Marsal CRF
Management, LLC)
Jeremy W. Ryan, Esquire
R. Stephen McNeill, Esquire
D. Ryan Slaugh, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801
**Email: jryan@potteranderson.com;
rmcneill@potteranderson.com;
rslaugh@potteranderson.com**

**ELECTRONIC MAIL**
(Counsel to Alvarez & Marsal CRF
Management, LLC)
Marshall R. King, Esquire
Michael A. Rosenthal, Esquire
Alan Moskowitz, Esquire
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10066
**Email: mking@gibsondunn.com;
mrosenthal@gibsondunn.com;
amoskowitz@gibsondunn.com**

**ELECTRONIC MAIL**
(Counsel to Alvarez & Marsal CRF
Management, LLC)
Matthew G. Bouslog, Esquire
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612
**Email: mbouslog@gibsondunn.com**

**ELECTRONIC MAIL**
(United States Attorney General)
William Barr, Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC 20530-0001
**Email: askdoj@usdoj.gov**

**ELECTRONIC MAIL**
State of Delaware
Division of Corporations - Franchise Tax
401 Federal Street
PO Box 898
Dover, DE 19901
**Email: dosdoc_bankruptcy@state.de.us**

**ELECTRONIC MAIL**
Delaware Secretary of Treasury
820 Silver Lake Blvd, Suite 100
Dover, DE 19904
**Email: statetreasurer@state.de.us**

**ELECTRONIC MAIL**
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC 20554
**Email: secbankruptcy-ogc-ado@sec.gov**

**ELECTRONIC MAIL**
Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA 19103
**Email: philadelphia@sec.gov**

**ELECTRONIC MAIL**
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
Brookfield Place, Suite 400
200 Vesey Street
New York, NY 10281
**Email: bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov**

**ELECTRONIC MAIL**
Office of the General Counsel
Michael I. Baird, Esquire
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC 20005-4026
**Email: baird.michael@pbgc.gov; efile@pbgc.gov**

**ELECTRONIC MAIL**
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Michael D. Warner, Esquire
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
**Email: mwarner@coleschotz.com**

**ELECTRONIC MAIL**
Lynn Pinker Cox & Hurst, L.L.P.
Michael K. Hurst, Esquire
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
**Email: mhurst@lynnllp.com**

**ELECTRONIC MAIL**
(Counsel to the Redeemer Committee of the Highland Crusader Fund)
Curtis S. Miller, Esquire
Kevin M. Coen, Esquire
Morris, Nichols, Arsht & Tunnel LLP
1201 N. Market Street, Suite 1600
Wilmington, DE 19801
**Email: rdehney@mnat.com; cmiller@mnat.com**

**ELECTRONIC MAIL**
(Counsel to Redeemer Committee of the Highland Crusader Fund)
Marc B. Hankin, Esquire
Richard Levin, Esquire
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
**Email: mhankin@jenner.com; rlevin@jenner.com**

**ELECTRONIC MAIL**
(Counsel to Redeemer Committee of the Highland Crusader Fund)
Terri L. Mascherin, Esquire
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
**Email: tmascherin@jenner.com**

**ELECTRONIC MAIL**
(Counsel to Redeemer Committee of the Highland Crusader Fund)
Mark A. Platt, Esquire
Frost Brown Todd LLC
100 Crescent Court, Suite 350
Dallas, TX 75201
**Email: mplatt@fbtlaw.com**

**ELECTRONIC MAIL**
(Counsel to California Public Employees'
Retirement System ("CalPERS")
Louis J. Cisz, III, Esquire
Nixon Peabody LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
**Email: lcisz@nixonpeabody.com**

**ELECTRONIC MAIL**
(Counsel to Coleman County TAD, et al.)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
**Email: dallas.bankruptcy@publicans.com**

**ELECTRONIC MAIL**
(Counsel to Jefferies)
Lee S. Attanasio, Esquire
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
**Email: lattanasio@sidley.com**

**ELECTRONIC MAIL**
(Counsel to Acis Capital Management GP
LLC and Acis Capital Management, L.P.)
Rakhee V. Patel, Esquire
Phillip Lamberson, Esquire
Annmarie Chiarello, Esquire
Winstead PC
2728 N. Harwood Street, Suite 500
Dallas, TX 75201
**Email: rpatel@winstead.com;**
**plamberson@winstead.com;**
**achiarello@winstead.com**

**ELECTRONIC MAIL**
(Counsel to Acis Capital Management GP
LLC and Acis Capital Management, L.P.)
Brian P. Shaw, Esquire
Rogge Dunn Group, PC
500 N. Akard Street, Suite 1900
Dallas, TX 75201
**Email: shaw@roggedunngroup.com**

**ELECTRONIC MAIL**
(Counsel to Acis Capital Management GP
LLC and Acis Capital Management, L.P.)
John E. Lucian, Esquire
Josef W. Mintz, Esquire
Jose F. Bibiloni, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
**Email: lucian@blankrome.com;**
**mintz@blankrome.com;**
**jbibiloni@blankrome.com**

**ELECTRONIC MAIL**
(Counsel to Patrick Daugherty)
Michael L. Vild, Esquire
Cross & Simon, LLC
1105 N. Market Street, Suite 901
Wilmington, DE 19801
**Email: mvild@crosslaw.com**

**ELECTRONIC MAIL**
(Counsel to Hunter Mountain Trust)
William A. Hazeltine, Esquire
Sullivan Hazeltine Allinson LLC
919 N. Market Street, Suite 420
Wilmington, DE 19801
**Email: whazeltine@sha-llc.com**

**ELECTRONIC MAIL**
(Counsel to the Official Committee of
Unsecured Creditors)
Bojan Guzina, Esquire
Matthew Clemente, Esquire
Dennis M. Twomey, Esquire
Allison Ross Stromberg, Esquire
Alyssa Russell, Esquire
Elliot A. Bromagen, Esquire
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603
**Email: bguzina@sidley.com;
mclemente@sidley.com;
dtwomey@sidley.com;
astromberg@sidley.com;
alyssa.russell@sidley.com;
ebromagen@sidley.com**

**ELECTRONIC MAIL**
(Counsel to the Official Committee of
Unsecured Creditors)
Jessica Boelter, Esquire
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
**Email: jboelter@sidley.com**

**ELECTRONIC MAIL**
(Counsel to the Official Committee of
Unsecured Creditors)
Juliana L. Hoffman, Esquire
Penny P. Reid, Esquire
Paige Holden Montgomery, Esquire
Charles M. Persons, Esquire
Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
**Email: jhoffman@sidley.com;
preid@sidley.com;
pmontgomery@sidley.com;
cpersons@sidley.com**

**ELECTRONIC MAIL**
(Counsel to UBS Securities LLC and UBS
AG London Branch)
Michael J. Merchant, Esquire
Sarah E. Silveira, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
**Email: merchant@rlf.com;
silveira@rlf.com**

**ELECTRONIC MAIL**
(Counsel to UBS Securities LLC and UBS
AG London Branch)
Jeffrey E. Bjork, Esquire
Latham & Watkins LLP
355 S. Grand Avenue, Suite 100
Los Angeles, CA 90071
**Email: jeff.bjork@lw.com**

**ELECTRONIC MAIL**
(Counsel to UBS Securities LLC and UBS
AG London Branch)
Asif Attarwala, Esquire
Latham & Watkins LLP
330 N. Wabash Avenue, Suite 2800
Chicago, IL 60611
**Email: asif.attarwala@lw.com**

**ELECTRONIC MAIL**
(Counsel to Jefferies LLC)
William P. Bowden, Esquire
Michael D. DeBaecke, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
**Email: wbowden@asbygeddes.com;
mdebaecke@ashbygeddes.com**

**ELECTRONIC MAIL**
(Counsel to Jefferies LLC)
Patrick C. Maxcy, Esquire
Dentons US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606-6361

**Email: patrick.maxcy@dentons.com**

**ELECTRONIC MAIL**
(Counsel to Jefferies LLC)
Lauren Macksoud, Esquire
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
**Email: lauren.macksoud@dentons.com**

**ELECTRONIC MAIL**
(Counsel to Integrated Financial Associates, Inc.)
Candace C. Carlyon, Esquire
Tracy M. O'Steen, Esquire
Carlyon Cica CHTD.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89199
**Email: cearlyon@carlyoncica.com; tosteen@carlyoncica.com**

**ELECTRONIC MAIL**
(Counsel to BET Investments II, L.P.)
Jeffrey Kurtzman, Esquire
Kurtzman Steady, LLC
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147
**Email: kurtzman@kurtzmansteady.com**

**ELECTRONIC MAIL**
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Nestor, Esquire
Edmon L. Morton, Esquire
Sean M. Beach, Esquire
Jaclyn C. Weissgerber, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
**Email: bankfilings@ycst.com; mnestor@ycst.com; emorton@ycst.com; sbeach@ycst.com; jweissgerber@ycst.com**

**ELECTRONIC MAIL**
(Counsel to Crescent TC Investors, L.P.)
Michael S. Held, Esquire
Jackson Walker L.L.P.
2323 Ross Avenue, Suite 600
Dallas, TX 75201
**Email: mheld@jw.com**

**ELECTRONIC MAIL**
(Counsel to the Intertrust Entities and the CLO Entities)
Mark L. Desgrosseilliers, Esquire
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
**Email: desgross@chipmanbrown.com**

**ELECTRONIC MAIL**
(Counsel to CLO Holdco, Ltd.)
John J. Kane, Esquire
Kane Russell Coleman Logan PC
901 Main Street, Suite 5200
Dallas, TX 75202
**Email: jkane@krcl.com**

**ELECTRONIC MAIL**
(Counsel to Meta-e Discovery, LLC)
Joseph T. Moldovan, Esquire
Sally Siconolfi, Esquire
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022
**Email: bankruptcy@morrisoncohen.com**

**ELECTRONIC MAIL**
(Counsel to City of Garland, Garland ISD, Wylie ISD)
Linda D. Reece, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1919 S. Shiloh Road, Suite 310
Garland, TX 75042
**Email: lreece@pbfcm.com**

**ELECTRONIC MAIL**
(Counsel to Kaufman County, Allen ISD,
Irving ISD, City of Allen, Grayson County,
Tarrant County, Dallas County)
Laurie A. Spindler, Esquire
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
**Email: dallas.bankruptcy@publicans.com**

**ELECTRONIC MAIL**
(Counsel to the Debtor)
Melissa S. Hayward, Esquire
Zachery Z. Annable, Esquire
Hayward & Associates PLLC
10501 N. Central Expressway, Suite106
Dallas, TX 75231
**Email: mhayward@haywardfirm.com;
zannable@haywardfirm.com**

**ELECTRONIC MAIL**
(United States Trustee)
Lisa L. Lambert, Esquire
Office of the US Trustee
Earle Cabell Federal Building
1100 Commerce Street, Room 976
Dallas, TX 75242
**Email: lisa.l.lambert@usdoj.gov**

**ELECTRONIC MAIL**
(Counsel to Siepe, LLC)
J. Seth Moore, Esquire
Condon Tobin Sladek Thornton, PLLC
8080 Park Lane, Suite 700
Dallas, TX 75231
**Email: smoore@ctstlaw.com**

**ELECTRONIC MAIL**
(Counsel to Patrick Daugherty)
Jason P. Kathman, Esquire
Pronske & Kathman, P.C.
2701 Dallas Parkway, Suite 590
Plano, TX 75093
**Email: jkathman@pronskepc.com**

**ELECTRONIC MAIL**
(Counsel to Hunter Mountain Trust)
E. P. Keiffer, Esquire
Rochelle McCullough, LLP
325 N. St. Paul Street, Suite 4500
Dallas, TX 75201
**Email: pkeiffer@romclaw.com**

**ELECTRONIC MAIL**
(Counsel to the Issuers)
Joseph E. Bain, Esquire
Amy K. Anderson, Esquire
Jones Walker LLP
811 Main Street, Suite 2900
Houston, TX 77002
**Email: jbain@joneswalker.com;
aanderson@joneswalker.com**

**ELECTRONIC MAIL**
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esquire
Buchalter, a Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493
**Email: schristianson@buchalter.com**

**ELECTRONIC MAIL**
(Counsel to James Dondero)
D. Michael Lynn, Esquire
John Y. Bonds, III, Esquire
Bryan C. Assink, Esquire
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, TX 76102
**Email: michael.lynn@bondsellis.com
john@bondsellis.com
bryan.assink@bondsellis.com**

**ELECTRONIC MAIL**
(Counsel to the Internal Revenue Service)
David G. Adams, Esquire
US Department of Justice, Tax Division
717 N. Harwood Street, Suite 400
Dallas, TX 75201
**Email: david.g.adams@usdoj.gov**

**ELECTRONIC MAIL**
(Counsel to UBS Securities LLC and UBS
AG London Branch)
Martin A. Sosland, Esquire
Candice M. Carson, Esquire
Butler Snow LLP
5430 LBJ Freeway, Suite 1200
Dallas, TX 75240
**Email: martin.sosland@butlersnow.com;
candice.carson@butlersnow.com**

**ELECTRONIC MAIL**
(Counsel to Frank Waterhouse, Scott B. Ellington, Isaac Leventon,
Jean Paul Sevilla, Hunter Covitz, and Thomas Surgent)
Thomas M. Melsheimer, Esquire
Natalie L. Arbaugh, Esquire
Winston & Strawn LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
**Email: tmelsheimer@winston.com;
narbaugh@winston.com**

**ELECTRONIC MAIL**
(Counsel to Frank Waterhouse, Scott B. Ellington, Isaac Leventon,
Jean Paul Sevilla, Hunter Covitz, and Thomas Surgent)
David Neier, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
**Email: dneier@winston.com**

**ELECTRONIC MAIL**
(Counsel to Frank Waterhouse, Scott B. Ellington, Isaac Leventon,
Jean Paul Sevilla, Hunter Covitz, and Thomas Surgent)
Katherine A. Preston, Esquire
Winston & Strawn LLP
800 Capitol Street, Suite 2400
Houston, TX 77002
**Email: kpreston@winston.com**

**ELECTRONIC MAIL**
(Counsel to Highland CLO Funding Ltd.)
Paul R. Bessette, Esquire
King & Spalding LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701-4684
**Email: pbessette@kslaw.com**

**ELECTRONIC MAIL**
(Counsel to CCS Medical, Inc.)
Amanda Rush, Esquire
Jones Day
2727 N. Harwood Street
Dallas, TX 75201
**Email: asrush@jonesday.com**

**ELECTRONIC MAIL**
(Counsel to CCS Medical, Inc.)
Tracy K. Stratford, Esquire
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114
**Email: tkstratford@jonesday.com**

**ELECTRONIC MAIL**
(Counsel to the Funds and Advisors)
Artoush Varshosaz, Esquire
K&L Gates LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
**Email: artoush.varshosaz@klgates.com**

**ELECTRONIC MAIL**
(Counsel to the Funds and Advisors)
Stephen G. Topetzes, Esquire
K&L Gates LLP
1601 K Street, NW
Washington, DC 20006-1600
**Email: stephen.topetzes@klgates.com**

**ELECTRONIC MAIL**
(Counsel to the Funds and Advisors)
James A. Wright III, Esquire
K&L Gates LLP
1 Lincoln Street
Boston, MA 02110
**Email: james.wright@klgates.com**

**ELECTRONIC MAIL**
(Counsel to Collin County Tax
Assessor/Collector)
Larry R. Boyd, Esq.
Chad Timmons, Esq.
Emily M. Hahn, Esq.
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75069
**Email: lboyd@abernathy-law.com;
ctimmons@abernathy-law.com;
ehahn@abernathy-law.com;
bankruptcy@abernathy-law.com**


**ELECTRONIC MAIL**
(Counsel to NexBank)
Jared Slade, Esq.
Alston & Bird LLP
Chase Tower
2200 Ross Avenue
Dallas, TX 75201
**Email: jared.slade@alston.com**

**ELECTRONIC MAIL**
(Counsel to NexBank)
Jonathan T. Edwards, Esq.
Alston & Bird LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309
**Email: jonathan.edwards@alston.com**