PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
Maxim B. Litvak (TX Bar No. 24002482)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD & ASSOCIATES PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Debtor and Debtor-in-Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § § | Case No. 19-34054-sgj11 |
| Debtor. | § § | |

**AMENDED NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the following matters are scheduled for hearing on **Tuesday, October 20, 2020 beginning at 9:30 a.m. (Central Time)** (the "Hearing") in the above-captioned bankruptcy case:

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

**AMENDED NOTICE OF HEARING** **PAGE 1 OF 3**

1. *Debtor's Motion for Entry of an Order Approving Settlement with (a) Acis Capital Management, L.P. and Acis Capital Management GP LLC (Claim No. 23), (b) Joshua N. Terry and Jennifer G. Terry (Claim No. 156), and (c) Acis Capital Management, L.P. (Claim No. 159), and Authorizing Actions Consistent Therewith* [Docket No. 1087] (the "<u>Acis Settlement Motion</u>"); and

2. *Debtor's Motion for Entry of an Order Approving Settlements with (a) the Redeemer Committee of the Highland Crusader Fund (Claim No. 72), and (b) the Highland Crusader Funds (Claim No. 81), and Authorizing Actions Consistent Therewith* [Docket No. 1089] (the "<u>Redeemer Settlement Motion</u>", and collectively with the Acis Settlement Motion, the "<u>Settlement Motions</u>").

The Hearing on the Settlement Motions will be held before The Honorable Stacey G. C. Jernigan, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Northern District of Texas (Dallas Division), Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom No. 1, Dallas, Texas 75242-1496.

**The Court has set aside 3.0 hours for the Hearing beginning at 9:30 a.m. (Central Time) on October 20, 2020. If additional time is needed to complete the Hearing, the Court will continue the Hearing beginning at 3:00 p.m. (Central Time) on October 20, 2020. <u>PLEASE NOTE THAT THERE ARE SEPARATE WEBEX INVITATIONS/DIAL-IN NUMBERS FOR THE HEARING AT 9:30 A.M. AND THE CONTINUED HEARING AT 3:00 P.M.</u> The WebEx dial-in numbers for the respective start times of 9:30 a.m. and 3:00 p.m. have been served out to parties-in-interest but can also be obtained by e-mailing the undersigned counsel for the Debtor.**

Any response (each, a "<u>Response</u>") to the relief requested in the Settlement Motions shall be filed with the Clerk of the Court on or before **Friday, October 16, 2020 at 5:00 p.m. (Central Time)** (the "<u>Response Deadline</u>").

The Debtor may file a reply (each, a "<u>Reply</u>") to any Response. Any Reply shall be filed with the Clerk of the Court on or before **Monday, October 19, 2020 at 5:00 p.m. (Central Time)** (the "<u>Reply Deadline</u>").

Dated: October 19, 2020.

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
(*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084)
(*admitted pro hac vice*)
Maxim B. Litvak (TX Bar No. 24002482)
Gregory V. Demo (NY Bar No. 5371992)
(*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:  jpomerantz@pszjlaw.com
ikharasch@pszjlaw.com
mlitvak@pszjlaw.com
gdemo@pszjlaw.com

-and-

**HAYWARD & ASSOCIATES PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Debtor and
Debtor-in-Possession*