## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § § | Case No. 19-34054-sgj11 |
| Highland Capital Management, L.P., | § § § § § § | Adversary No. |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Thomas G. Haskins, Jr. of the law firm of Barnes & Thornburg LLP appears as counsel in this case for Creditor NWCC, LLC and requests service of all pleadings, notices and other papers filed in this case.

Respectfully submitted,

*/s/ Thomas G. Haskins, Jr.*
Thomas G. Haskins, Jr.
State Bar No. 24087681
**BARNES & THORNBURG LLP**
2121 North Pearl Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 258-4106
Facsimile: (214) 258-4199
jwelton@btlaw.com
lwohlford@btlaw.com

**ATTORNEY FOR NWCC, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 21, 2020, the foregoing was served on all counsel of record in accordance with the Texas Rules of Civil Procedure via the court's electronic filing system.

*/s/ Thomas G. Haskins, Jr.*
Thomas G. Haskins, Jr.