BTXN 105a (rev.
09/19)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:

Highland Capital Management, L.P.  § 
 § Case No.:
Plaintiff(s)  §
 §
v.  § Adversary No.:
 §
Defendant(s)  §
 §

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1.  Name: _____

     *Last*                                *First*                              *MI*

2.  Firm Name: _____

3.  Address: _____

       _____

       _____

4.  Phone: _____ FAX: _____

     Email: _____

5.  Name used to sign *all* pleadings: _____

6.  Retained by: _____

7.  Admitted on _____ and presently a member in good standing
     of the bar of the highest court of the state of _____
     and issued the bar license number of _____ .

8.  Admitted to practice before the following courts:

     *Court:*                                                              *Admission Date:*

     _____          _____

     _____          _____

     _____          _____

*Continued.*

9.      Are you presently a member in good standing of the bars of the courts listed above?

         Yes      No

         If "No," please list all courts which you are no longer admitted to practice:

10.      Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

         Yes      No

         If "Yes," please provide details:

11.      Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

         Yes      No

         If "Yes," please provide details:

12.      Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

         *Date of Application*          *Case No. and Style*          -

         _____          Odes Industries, LLC v. SMG Global, Inc. (In re Odes Industries, LLC), Adv. Pro. 20-04005-elm

         _____          _____

         _____          _____

13.      Local counsel of record: _____

14.      Local counsel's address: _____

         _____

                                                                              *Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

_____                    October 21, 2020

Printed Name of Applicant                           _____
                                                    Date

_____

Signature of Applicant