**UMARI ZUGARO, PLLC**
Basil A. Umari
Texas State Bar No. 24028174
1403 Eberhard
Houston, TX 77019
Telephone: (713) 392-1974
email: bumari@umari-zugaro.com

-and-

**MORRISON COHEN LLP**
Joseph T. Moldovan, Esq.
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708
email: bankruptcy@morrisoncohen.com

**Counsel for Meta-e Discovery, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Debtor. | |
| | **Docket Ref. Nos. 1079, 1080 & 1108** |

**CERTIFICATE OF SERVICE
FOR JOINDER OF META-E DISCOVERY, LLC TO THE OBJECTION OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTOR'S
MOTION FOR ENTRY OF AN ORDER (A) APPROVING THE ADEQUACY OF THE
DISCLOSURE STATEMENT; (B) SCHEDULING A HEARING TO CONFIRM THE
FIRST AMENDED PLAN OF REORGANIZATION; (C) ESTABLISHING DEADLINE
FOR FILING OBJECTIONS TO CONFIRMATION OF PLAN; (D) APPROVING FORM
OF BALLOTS, VOTING DEADLINE AND SOLICITATION PROCEDURES; AND (E)
APPROVING FORM AND MANNER OF NOTICE**

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

#9817271 v1 \028111 \0001

The undersigned hereby certifies, that on the 20th day of October, 2020, he caused to be served a true and correct copy of the *Joinder of Meta-e Discovery, LLC to the Objection of the Official Committee of Unsecured Creditors to the Debtor's Motion for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement; (B) Scheduling a Hearing to Confirm the First Amended Plan of Reorganization; (C) Establishing Deadline for Filing Objections to Confirmation of Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; and (E) Approving Form and Manner of Notice*, by electronically filing it with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

Dated:   October 21, 2020

>                                                          */s/ Basil A. Umari*
>                                                          Basil A. Umari