BTXN 105a (rev. 09/19)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re:

HIGHLAND CAPITAL MANAGEMENT, L.P.

　　　　Plaintiff(s)

v.

　　　　Defendant(s)

Case No.: 19-34054-sgj11

Adversary No.:

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: Moldovan, Joseph T.
   *Last　　　　First　　　　MI*

2. Firm Name: Morrison Cohen LLP

3. Address: 909 Third Ave
   New York, NY 10022

4. Phone: 212-735-8603　　FAX: 917-522-3103

   Email: jmoldovan@morrisoncohen.com

5. Name used to sign *all* pleadings: Joseph T. Moldovan

6. Retained by: Meta-e Discovery, LLC

7. Admitted on April 13, 1983 and presently a member in good standing of the bar of the highest court of the state of New York and issued the bar license number of 1868827.

8. Admitted to practice before the following courts:

   | *Court:* | *Admission Date:* |
   |---|---|
   | U.S. District Court for the SDNY | May 3, 1983 |
   | U.S. District Court for the EDNY | May 3, 1983 |
   | U.S. District Court for the NDNY | December 8, 2003 |

   ***Continued.***

9. Are you presently a member in good standing of the bars of the courts listed above?

 ☒ Yes ☐ No

 If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

 ☐ Yes ☒ No

 If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

 ☐ Yes ☒ No

 If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

 | Date of Application | Case No. and Style |
 |---|---|
 | n/a | |
 | | |
 | | |

13. Local counsel of record: Basil A. Umari, Umari Zugaro PLLC

14. Local counsel's address: 1403 Eberhard St., Houston, Texas 77019

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒   I am an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐   I am not an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the  $100.00 filing fee on _____.


Joseph T. Moldovan
_____
Printed Name of Applicant

10/21/2020
_____
Date


_____
Signature of Applicant