Jason P. Kathman  
State Bar No. 24070036  
PRONSKE & KATHMAN, P.C.  
2701 Dallas Pkwy, Suite 590  
Plano, Texas 75093  
(214) 658-6500 – Telephone  
(214) 658-6509 – Telecopier  
Email: jkathman@pronskepc.com  

**CO-COUNSEL FOR PATRICK DAUGHERTY**

Thomas A. Uebler  
*Pro Hac Vice*  
Joseph L. Christensen  
*Pro Hac Vice*  
MCCOLLOM D'EMILIO  
SMITH UEBLER LLC  
Little Falls Centre Two  
2751 Centerville Road, Suite 401  
Wilmington, Delaware 19808  
(302) 468-5960 – Telephone  
(302) 691-6834 – Facsimile  

**CO-COUNSEL FOR  
PATRICK DAUGHERTY**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **CASE NO. 19-34054-SGJ-11** |
| **HIGHLAND CAPITAL MANAGEMENT, L.P** | § | |
| | § | **CHAPTER 11** |
| | § | |
| **Debtor.** | § | |

## APPENDIX TO PATRICK HAGAMAN DAUGHERTY'S MEMORANDUM OF LAW AND BRIEF IN SUPPORT OF MOTION FOR TEMPORARY ALLOWANCE <u>FOR VOTING PURPOSES PURSUNANT TO BANKRUPTCY RULE 3018</u>

**TABLE OF CONTENTS**

| Exhibit No. | Document Description | Page Number |
|---|---|---|
| 1 | Declaration of Patrick Daugherty in Support of Motion for Temporary Allowance for Voting Purposes Pursuant to Bankruptcy Rule 3018 **(Redacted Pending Motion to Seal)** | A00001-A00028 |
| 2 | Defendants' Answer to Plaintiff's Second Amended Verified Complaint | A00029-A00099 |
| 3 | Comprehensive Compensation and Benefits Statement | A00100-A00101 |
| 4 | Correspondence from B. Collins to P. Daugherty | A00102-A00103 |
| 5 | Highland Crusader Offshore Partners, L.P. Investor Update | A00104-A00160 |
| 6 | Second Amended and Restated Limited Liability Company Agreement of Highland Employee Retention Assets LLC | A00161-A00173 |
| 7 | Daugherty's Second Amended Answer, Counterclaim and Third Party Petition | A00174-A00232 |
| 8 | Correspondence from J. Dondero to Wall Street Journal dated June 20, 2012 | A00233-A00234 |
| 9 | Ashcroft Report | A00235-A00277 |
| 10 | Correspondence from T. Dameris to J. Dondero | A00278-A00285 |
| 11 | Offer to Purchase Statement | A00286-A00301 |
| 12 | Third Amended and Restated Limited Liability Company Agreement of Highland Employee Retention Assets LLC | A00302-A00313 |
| 13 | Expense Allocation Agreement | A00314-A00318 |
| 14 | Purchase Calculation of Daugherty's HERA Units | A00319-A00320 |
| 15 | Assignment Agreement | A00321-A00327 |
| 16 | Escrow Agreement | A00328-A00334 |
| 17 | Trial Transcript from Texas Action – January 23, 2014 | A00335-A00471 |
| 18 | Trial Transcript from Texas Action – January 24, 2014 | A00472-A00541 |
| 19 | Trial Transcript from Texas Action – January 28, 2014 | A00542-A00646 |
| 20 | Deposition Transcript of Joshua Terry dated June 29, 2017 | A00647-A00727 |

| | | |
|---|---|---|
| 21 | Final Judgment | A00728-A00765 |
| 22 | Final Award | A00766-A00825 |
| 23 | Third Party Defendant Highland Employee Retention Assets LLC's Notice of Cash Deposit in Lieu of Supersedeas Bond and Affidavit Establishing Net Worth | A00826-A00842 |
| 24 | Memorandum Opinion | A00843-A00854 |
| 25 | Daugherty v. Highland Capital Management, L.P., 2016 WL 4446158 (Tex. App.—Dallas Aug. 22, 2016) | A00855-A00873 |
| 26 | Correspondence Related to Abrams & Bayliss Resignation **(Slip Sheet Only Pending Motion to Seal)** | A00874-A00894 |
| 27 | Correspondence from K. Abrams to S. Ellington dated Dec. 2, 2016 **(Slip Sheet Only Pending Motion to Seal)** | A00895-A00896 |
| 28 | Mandate | A00897-A00899 |
| 29 | Plaintiff Highland Capital Management, L.P.'s Application for Writ of Garnishment | A00890-A00914 |
| 30 | Correspondence from K. Abrams to B. Jameson dated Feb. 16, 2017 | A00915-A00917 |
| 31 | Transcript of Hearing on Motion to Compel – April 12, 2019 | A00918-A00960 |
| 32 | Rulings of Court on Plaintiff's Motion to Compel and Motions for Commissions Oral Argument and Rulings of the Court on Plaintiff's Motion for Status Quo Order and Defendants Motion to Dismiss Count IX of Second Amended Verified Complaint | A00961-A01058 |
| 33 | Telephonic Ruling of the Court on Defendants' Motion for Reargument and Defendants' Motion for Temporary Stay of Ruling | A01059-A01090 |
| 34 | Order Denying Application to Certify Interlocutory Appeal | A01091-A01104 |
| 35 | Verified Amended Complaint | A01105-A01154 |
| 36 | Memorandum **(Slip Sheet Only Pending Motion to Seal)** | A01155-A01183 |
| 37 | Correspondence from M. Miller to K. Abrams dated Sept. 3, 2014 **(Slip Sheet Only Pending Motion to Seal)** | A01184-A01186 |
| 38 | Transcript of Hearing Dated April 29, 2019 | A01187-A01252 |
| 39 | Highland Partnership Agreement | A01253-A01320 |
| 40 | Proof of Claim | A01321-A02530 |
| 41 | Patrick Daugherty's Pretrial Brief | A02531-A02606 |

Dated: October 23, 2020.          Respectfully submitted,

/s/ *Jason P. Kathman*
Jason P. Kathman
State Bar No. 24070036
Megan F. Clontz
State Bar No, 24069703
PRONSKE & KATHMAN, P.C.
2701 Dallas Pkwy, Suite 590
Plano, Texas 75056
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: jkathman@pronskepc.com
Email: mclontz@pronskepc.com

- And –

Thomas A. Uebler
*Pro Hac Vice to be filed*
Joseph L. Christensen
*Pro Hac Vice to be filed*
MCCOLLUM D'EMILIO
SMITH UEBLER LLC
Little Falls Centre Two
2751 Centerville Road, Suite 401
Wilmington, Delaware 19808
(302) 468-5960 – Telephone
(302) 6691-6834 – Facsimile
Email: tuebler@mdsulaw.com
Email: jchristensen@mdsulaw.com

**COUNSEL FOR DEFENDANT,
PATRICK HAGAMAN DAUGHERTY**