PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (admitted *pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (admitted *pro hac vice*)
John A. Morris (NY Bar No. 2405397) (admitted *pro hac vice*)
Gregory V. Demo (NY Bar 5371992) (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD & ASSOCIATES PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Debtor and Debtor-in-Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,1 | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |
| | § | |

**DEBTOR'S AMENDED WITNESS AND EXHIBIT LIST WITH
RESPECT TO DEBTOR'S OBJECTION TO PATRICK HAGAMAN
DAUGHERTY's MOTION FOR TEMPORARY ALLOWANCE OF
<u>CLAIM FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018</u>**

Highland Capital Management, L.P. (the "<u>Debtor</u>") submits the following *Amended*

*Witness and Exhibit List with Respect to Debtor's Objection to Patrick Hagaman Daugherty's*

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

*Motion for Temporary Allowance of Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018*, which the Court has set for hearing at 1:30 p.m. (Central Time) on November 17, 2020, in the above-styled bankruptcy case (the "Bankruptcy Case").

    A.    **Witnesses:**

        1.    Patrick Hagaman Daugherty

        2.    James Seery, Jr.

        3.    Any witness identified by or called by any other party; and

        4.    Any witness necessary for rebuttal.

    B.    **Exhibits:**

| No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| A. | Declaration of John A. Morris in Support of Debtor's Objection to Patrick Hagaman Daugherty Motion for Temporary Allowance of Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018, and exhibits annexed thereto [Docket No. 1350] | | |
| B. | HERA Amended and Restated Limited Liability Company Agreement | | |
| C. | HERA Second Amended and Restated Limited Liability Company Agreement | | |
| D. | 1st Amendment to HERA Second Amended and Restated Limited Liability Company Agreement | | |
| E. | 2nd Amendment to HERA Second Amended and Restated Limited Liability Company Agreement | | |
| F. | 3rd Amendment to HERA Second Amended and Restated Limited Liability Company Agreement | | |
| G. | Board Resolutions Approving Transfer and 3rd Amendment to HERA Second Amended and Restated Limited Liability Company Agreement | | |
| H. | HERA Member Consents Approving Transfer and 3rd Amendment to HERA Second Amended and Restated Limited Liability Company Agreement | | |
| I. | Highland Capital Management, L.P. 2004 K-1 | | |

| No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| J. | Highland Capital Management, L.P. 2005 K-1 | | |
| K. | Highland Capital Management, L.P. 2006 K-1 | | |
| L. | Highland Capital Management, L.P. 2007 K-1 | | |
| M. | Highland Capital Management, L.P. 2008 K-1 | | |
| N. | Highland Capital Management, L.P. 2009 K-1 | | |
| O. | Highland Capital Management, L.P. 2010 K-1 | | |
| P. | Highland Capital Management, L.P. 2011 K-1 | | |
| Q. | Transcript of Deposition Patrick H. Daugherty (June 14, 2013) | | |
| R. | Verified Complaint (Daugherty v. HCMLP) | | |
| S. | Motion to Dismiss Verified Complaint | | |
| T. | Opening Brief in Support of Motion to Dismiss Verified Complaint | | |
| U. | Patrick Daugherty's Answering Brief in Opposition to Defendants' Motion to Dismiss | | |
| V. | Order Granting, in Part, and Denying, in Part, Defendants' Motion to Dismiss | | |
| W. | Any document entered or filed in the Bankruptcy Case, including any exhibits thereto | | |
| X-1 | Secretary's Certificate dated August 4, 2009 | | |
| X-2 | Signed lists of officers of Strand Advisors Inc. for years 2006-2011 | | |

| No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| Y. | All exhibits identified by or offered by any other party at the hearing | | |

Dated: November 18, 2020.

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No.143717)
Ira D. Kharasch (CA Bar No. 109084)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar 5371992)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:   jpomerantz@pszjlaw.com
             ikharasch@pszjlaw.com
             jmorris@pszjlaw.com
             gdemo@pszjlaw.com

-and-

**HAYWARD & ASSOCIATES PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel and Proposed Counsel for the Debtor and Debtor-in-Possession*