K&L GATES LLP
Artoush Varshosaz (TX Bar No. 24066234)
1717 Main Street, Suite 2800
Dallas, TX 75201
Tel: (214) 939-5659
artoush.varshosaz@klgates.com

Stephen G. Topetzes (*pro hac vice*)
1601 K Street, NW
Washington, DC 20006-1600
Tel: (202) 778-9328
stephen.topetzes@klgates.com

James A. Wright III (*pro hac vice*)
1 Lincoln Street
Boston, MA 02110
Tel: (617) 261-3193
james.wright@klgates.com

*Counsel for Highland Capital Management Fund Advisors, L.P.,
NexPoint Advisors, L.P., Highland Income Fund, NexPoint
Strategic Opportunities Fund, and NexPoint Capital, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | ) | Case No. 19-34054 (SGJ11) |
|  | ) |  |
| Debtor. | ) | (Jointly Administered) |
|  | ) |  |

**<u>NOTICE OF DEPOSITION</u>**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, made applicable to this proceeding by Rule 7030 of the Federal Rules of Bankruptcy

Procedure, Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P.,

Highland Income Fund, NexPoint Strategic Opportunities Fund, and NexPoint Capital, Inc. (collectively, the "**Funds and Advisors**"), by and through their undersigned counsel, hereby give notice that they will take the oral deposition of Mr. James P. Seery, Jr., Chief Executive Officer and Chief Restructuring Officer of debtor Highland Capital Management, L.P. (the "Debtor"), in connection with their *Motion for Order Imposing Temporary Restrictions on Debtor's Ability, as Portfolio Manager, to Initiate Sales by Non-Debtor CLO Vehicles* [Docket No. 1522]. The deposition will be conducted virtually through Zoom commencing on **Monday, December 14, 2020 at 9:30 a.m.** (Central Time).

PLEASE TAKE FURTHER NOTICE that the deposition of Mr. Seery will be taken before a Notary Public or other person authorized to administer oaths pursuant to Federal Rule 28(a), applicable pursuant to Bankruptcy Rule 7028. The testimony at the deposition may be recorded by videographic and/or stenographic means. You are invited to participate to the extent permitted by the Federal Rules and the Bankruptcy Rules.

NOTICE IS FURTHER GIVEN that the deposition shall be conducted utilizing Zoom, a secure web-based platform to provide remote access for those parties attending the deposition or wishing to participate in the deposition via the internet and/or telephone. Any party who wishes to participate must contact John A. Morris, Pachulski Stang Ziehl & Jones LLP, at jmorris@pszjlaw.com at least 24 hours in advance of the deposition for information regarding remote participation.

[The remainder of this page is intentionally left blank]

Dated: December 14, 2020

K&L GATES LLP

*/s/ Artoush Varshosaz*
Artoush Varshosaz (TX Bar No. 24066234)
1717 Main Street, Suite 2800
Dallas, TX 75201
Tel: (214) 939-5659
artoush.varshosaz@klgates.com

Stephen G. Topetzes (*pro hac vice*)
1601 K Street, NW
Washington, DC 20006-1600
Tel: (202) 778-9328
stephen.topetzes@klgates.com

James A. Wright III (*pro hac vice*)
1 Lincoln Street
Boston, MA 02110
Tel: (617) 261-3193
james.wright@klgates.com

*Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund, and NexPoint Capital, Inc.*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on December 14, 2020, a true and correct copy of the foregoing document was served via the Court's CM/ECF system and direct email on counsel for the Debtor and via the Court's CM/ECF system on all other parties requesting or consenting to such service in this case.

*/s/ Artoush Varshosaz*
Artoush Varshosaz