K&L GATES LLP
Artoush Varshosaz (TX Bar No. 24066234)
1717 Main Street, Suite 2800
Dallas, TX 75201
Tel: (214) 939-5659
artoush.varshosaz@klgates.com

Stephen G. Topetzes (*pro hac vice*)
1601 K Street, NW
Washington, DC 20006-1600
Tel: (202) 778-9328
stephen.topetzes@klgates.com

James A. Wright III (*pro hac vice*)
1 Lincoln Street
Boston, MA 02110
Tel: (617) 261-3193
james.wright@klgates.com

*Counsel for Highland Capital Management Fund Advisors, L.P.,*
*NexPoint Advisors, L.P., Highland Income Fund, NexPoint*
*Strategic Opportunities Fund, and NexPoint Capital, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | ) | Case No. 19-34054 (SGJ11) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## WITNESS AND EXHIBIT LIST OF HIGHLAND CAPITAL
## MANAGEMENT FUND ADVISORS, L.P., NEXPOINT ADVISORS, L.P.,
## HIGHLAND INCOME FUND, NEXPOINT STRATEGIC
## OPPORTUNITIES FUND, AND NEXPOINT CAPITAL, INC.

Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P. (together, the "**Advisors**"), and Highland Income Fund, NexPoint Strategic Opportunities Fund, and NexPoint Capital, Inc. (together, the "**Funds**"), hereby file this Witness and Exhibit List for the hearing to consider their *Motion for Emergency Hearing Motion for Order*

*Imposing Temporary Restrictions on Debtor's Ability, as Portfolio Manager, to Initiate Sales by Non-Debtor CLO Vehicles* [Docket No. 1522], which is currently scheduled for December 16, 2020 at 1:30 p.m. (Central Time). The Advisors and Funds respectfully show the Court as follows:

## I.      Documents that the Advisors and Funds May Use as Exhibits:

| Exhibit No. | Description | Offered | Objection | Admitted by Agreement | Admitted |
|---|---|---|---|---|---|
| A. | Declaration of Dustin Norris [Docket No. 1522-1] | | | | |
| B. | Repayment status of CLO notes [Docket No. 1522-1, Ex. A] | | | | |
| C. | Funds' ownership of preference shares [Docket No. 1522-1, Ex. B] | | | | |

The Funds and Advisors reserve the right to supplement this Exhibit List.

## II.      Witnesses that the Funds and Advisors May Call to Testify:

1. Dustin Norris

The Funds and Advisors reserve the right to supplement this Witness List.

Dated: December 14, 2020

K&L GATES LLP

*/s/ Artoush Varshosaz*
Artoush Varshosaz (TX Bar No. 24066234)
1717 Main Street, Suite 2800
Dallas, TX 75201
Tel: (214) 939-5659
artoush.varshosaz@klgates.com

Stephen G. Topetzes (*pro hac vice*)
1601 K Street, NW
Washington, DC 20006-1600
Tel: (202) 778-9328
stephen.topetzes@klgates.com

James A. Wright III (*pro hac vice*)
1 Lincoln Street
Boston, MA 02110
Tel: (617) 261-3193
james.wright@klgates.com

*Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund, and NexPoint Capital, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2020, I caused the foregoing document to be served via electronic email through the Court's CM/ECF system to the parties that have requested or consented to such service.

*/s/ Artoush Varshosaz*
Artoush Varshosaz