# **EXHIBIT F**

**General Duties of the Portfolio Manager to Dispose of Collateral**

| CLO | Provision |
|---|---|
| Aberdeen | Servicing Agreement § 2(a)(v) |
| Brentwood | Servicing Agreement § 2(a)(iv) |
| Eastland | Servicing Agreement § 2(a)(iv) |
| Gleneagles | Portfolio Management Agreement § 2(a)(iv) |
| Grayson | Servicing Agreement § 2(a)(iv) |
| Greenbriar | Servicing Agreement § 2(a)(iv) |
| Jasper | Amended And Restated Portfolio Management Agreement § 2(i) |
| Liberty | Portfolio Management Agreement § 2(a)(iv) |
| Red River | Servicing Agreement § 2(a)(iv) |
| Rockwall | Servicing Agreement § 2(a)(iv) |
| Rockwall II | Servicing Agreement § 2(a)(iv) |
| Southfork | Portfolio Management Agreement § 2(a)(iv) |
| Stratford | Servicing Agreement § 2(a)(iv) |
| Loan Funding VII (aka Valhalla) | No provision. |
| Westchester | Servicing Agreement § 2(a)(iv) |

**General Duties of the Portfolio Manager to Preserve the Value of the Collateral**

| CLO | Provision |
|---|---|
| Aberdeen | Servicing Agreement §2(b) |
| Brentwood | Servicing Agreement § 2(b) |
| Eastland | Servicing Agreement § 2(b) |
| Gleneagles | Portfolio Management Agreement § 2(b) |
| Grayson | Servicing Agreement § 2(b) |
| Greenbriar | Servicing Agreement § 2(b) |
| Jasper | Amended And Restated Portfolio Management Agreement § 2(b) |
| Liberty | Portfolio Management Agreement § 2(b) |
| Red River | Servicing Agreement § 2(b) |
| Rockwall | Servicing Agreement § 2(b) |
| Rockwall II | Servicing Agreement § 2(b) |
| Southfork | Portfolio Management Agreement § 2(b) |
| Stratford | Servicing Agreement § 2(b) |
| Loan Funding VII (aka Valhalla) | Reference Portfolio Management Agreement § 3(b) |
| Westchester | Management Agreement § 2(b) |

**Additional Activities of the Portfolio Manager**

| CLO | Provision |
|---|---|
| Aberdeen | Servicing Agreement § 4 |
| Brentwood | Servicing Agreement § 4 |
| Eastland | Servicing Agreement § 4 |
| Gleneagles | Portfolio Management Agreement § 4 |
| Grayson | Servicing Agreement § 4 |
| Greenbriar | Servicing Agreement § 4 |
| Jasper | Amended And Restated Portfolio Management Agreement § 4 |
| Liberty | Portfolio Management Agreement § 4 |
| Red River | Servicing Agreement § 4 |
| Rockwall | Servicing Agreement § 4 |
| Rockwall II | Servicing Agreement § 4 |
| Southfork | Portfolio Management Agreement§ 4 |
| Stratford | Servicing Agreement § 4 |
| Loan Funding VII (aka Valhalla) | Reference Portfolio Management Agreement § 5(e) |
| Westchester | Servicing Agreement § 4 |

**Limits of Portfolio Manager Responsibility**

| CLO | Provision |
|---|---|
| Aberdeen | Servicing Agreement § 10(a) |
| Brentwood | Servicing Agreement § 10(a) |
| Eastland | Servicing Agreement § 10(a) |
| Gleneagles | Portfolio Management Agreement § 10(a) |
| Grayson | Servicing Agreement § 10(a) |
| Greenbriar | Servicing Agreement § 10(a) |
| Jasper | Amended And Restated Portfolio Management Agreement § 10(a) |
| Liberty | Portfolio Management Agreement § 10(a) |
| Red River | Servicing Agreement § 10(a) |
| Rockwall | Servicing Agreement § 10(a) |
| Rockwall II | Servicing Agreement § 10(a) |
| Southfork | Portfolio Management Agreement § 10(a) |
| Stratford | Servicing Agreement § 10(a) |
| Loan Funding VII (aka Valhalla) | Reference Portfolio Management Agreement § 9(d) |
| Westchester | Management Agreement § 10(a) |

**Termination of the Portfolio Manager Not Effective Unless Successor Appointed**

| CLO | Provision |
|---|---|
| Aberdeen | Servicing Agreement § 12(e)(i) |
| Brentwood | Servicing Agreement § 12(e)(i) |
| Eastland | Servicing Agreement § 12(e)(i) |
| Gleneagles | Portfolio Management Agreement § 12(f) |
| Grayson | Servicing Agreement § 12(e)(i) |
| Greenbriar | Servicing Agreement § 12(e)(i) |
| Jasper | Amended And Restated Portfolio Management Agreement § 12(d) |
| Liberty | Portfolio Management Agreement § 12(f) |
| Red River | Servicing Agreement § 12(e)(i) |
| Rockwall | Servicing Agreement § 12(e)(i) |
| Rockwall II | Servicing Agreement § 12(e)(i) |
| Southfork | Portfolio Management Agreement § 12(g) |
| Stratford | Servicing Agreement § 12(e)(i) |
| Loan Funding VII (aka Valhalla) | Reference Portfolio Management Agreement § 7(e) |
| Westchester | Servicing Agreement § 12(e)(i) |

**Termination of the Portfolio Manager by the Issuer for Cause**

| CLO | Provision |
|---|---|
| Aberdeen | Servicing Agreement § 14 |
| Brentwood | Servicing Agreement § 14 |
| Eastland | Servicing Agreement § 14 |
| Gleneagles | Portfolio Management Agreement § 14 |
| Grayson | Servicing Agreement § 14 |
| Greenbriar | Servicing Agreement § 14 |
| Jasper | Amended And Restated Portfolio Management Agreement § 14 |
| Liberty | Portfolio Management Agreement § 14 |
| Red River | Servicing Agreement § 14 |
| Rockwall | Servicing Agreement § 14 |
| Rockwall II | Servicing Agreement § 14 |
| Southfork | Portfolio Management Agreement § 14 |
| Stratford | Servicing Agreement § 14 |
| Loan Funding VII (aka Valhalla) | Reference Portfolio Management Agreement § 7(b) |
| Westchester | Servicing Agreement § 14 |

**Definition of "Affiliate"**

| CLO | Provision |
|---|---|
| Aberdeen | Indenture § 1.1 |
| Brentwood | Indenture § 1.1 |
| Eastland | Indenture § 1.1 |
| Gleneagles | Indenture § 1.1 |
| Grayson | Indenture § 1.1 |
| Greenbriar | Indenture § 1.1 |
| Jasper | Indenture § 1.1 |
| Liberty | Indenture § 1.1 |
| Red River | Indenture § 1.1 |
| Rockwall | Indenture § 1.1 |
| Rockwall II | Indenture § 1.1 |
| Southfork | Indenture § 1.1 |
| Stratford | Indenture § 1.1 |
| Loan Funding VII (aka Valhalla) | Indenture Schedule A |
| Westchester | Indenture § 1.1 |

**Sales of Collateral**

| CLO | Provision |
|---|---|
| Aberdeen | Indenture § 12.1 |
| Brentwood | Indenture § 12.1 |
| Eastland | Indenture § 12.1 |
| Gleneagles | Indenture § 12.1 |
| Grayson | Indenture § 12.1 |
| Greenbriar | Indenture § 12.1 |
| Jasper | Indenture § 12.1 |
| Liberty | Indenture § 12.1 |
| Red River | Indenture § 12.1 |
| Rockwall | Indenture § 12.1 (a) |
| Rockwall II | Indenture § 12.1 (a) |
| Southfork | Indenture § 12.1 |
| Stratford | Indenture § 12.1 |
| Loan Funding VII (aka Valhalla) | No provision. |
| Westchester | Indenture § 12.1 |

**Supervening requirement**

| CLO | Provision |
|---|---|
| Aberdeen | Indenture § 12.1(i) |
| Brentwood | Indenture § 12.1(i) |
| Eastland | Indenture § 12.1(i) |
| Gleneagles | No provision |
| Grayson | Indenture § 12.1(i) |
| Greenbriar | Indenture § 12.1(i) |
| Jasper | No provision |
| Liberty | No provision |
| Red River | Indenture § 12.1(i) |
| Rockwall | Indenture § 12.1(i) |
| Rockwall II | Indenture § 12.1(i) |
| Southfork | No provision |
| Stratford | Indenture § 12.1(i) |
| Loan Funding VII (aka Valhalla) | No provision |
| Westchester | Indenture § 12.1(i) |