**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Debtor. | ) Chapter 11<br>)<br>) Case No. 19-34054-sgj11<br>)<br>) |

**AGREED ORDER EXTENDING DEADLINE TO ASSUME
UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASE AND SETTING
MOTION TO ASSUME FOR HEARING AT CONFIRMATION**

CAME ON FOR CONSIDERATION the *Agreed Motion to (I) Assume Non-Residential Real Property Lease with Crescent TC Investors, L.P. Upon Confirmation of Plan and (II) Extend Assumption Deadline* (the "Motion") filed by Highland Capital Management, L.P. (the

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

"Debtor"). Having considered the Motion and the agreement between the Debtor and the Landlord,[2] the Court hereby finds that good cause exists to extend the Debtor's deadline to assume the Lease (as defined in the Motion) and accordingly **GRANTS** the Motion as provided herein. It is therefore

**ORDERED** that the Debtor's deadline to assume the Lease, as provided by section 365(d)(4)(A), is hereby extended to January 29, 2021; and it is further

**ORDERED** that the Debtor and the Landlord may agree to further extensions of the deadline by which the Debtor must assume the Lease pursuant to the Bankruptcy Code without further order of this Court.

### # # # END OF ORDER # # #

**AGREED AS TO FORM, ENTRY, AND SUBSTANCE:**

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No.143717)
Ira D. Kharasch (CA Bar No. 109084)
Gregory V. Demo (NY Bar No. 5371992)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
Email:   jpomerantz@pszjlaw.com
         ikharasch@pcszjlaw.com
         gdemo@pszjlaw.com
-and-

**HAYWARD & ASSOCIATES PLLC**

*/s/ Melissa S. Hayward*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100

---

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

Fax: (972) 755-7110

*Counsel for the Debtor and Debtor-in-Possession*

**-and-**

/s/ *Michael Held*
Michael Held
  Texas Bar No. 09388150
  MHeld@JW.com
**JACKSON WALKER LLP**
2323 Ross Avenue, Ste. 600
Dallas, Texas 75201
Tel: (214) 953-5859
Fax: (214) 661-6859

*Counsel for the Landlord*