PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
Maxim B. Litvak (Texas Bar No. 24002482)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD & ASSOCIATES PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Debtor and Debtor-in-Possession*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Debtor. | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON JANUARY 6, 2021 AT 2:30 P.M. (CENTRAL TIME)

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

**This hearing will be held as a** Webex **meeting.**

**Meeting number (access code): 180 580 8768**
**Meeting password: bankruptcy**

**Join by phone**
**Tap to call in from a mobile device (attendees only)**
+1-650-479-3207,,1805808768## **Call-in toll number (US/Canada)**
**Global call-in numbers**

**Join from a video system or application**
**Dial** 1805808768@us-courts.webex.com
**You can also dial** 173.243.2.68 **and enter your meeting number.**

**Join using Microsoft Lync or Microsoft Skype for Business**
**Dial** 1805808768.us-courts@lync.webex.com

**Need help? Go to http://help.webex.com**

**REMINDERS FROM THE COURT**

1. Attendees should join the Webex hearing via cell phone, tablet, laptop, desktop, or landline telephone at least 10 minutes prior to the hearing time.

2. Attorneys who anticipate giving extensive legal argument and examining witnesses are strongly encouraged to use the video function (with actual witnesses required).

3. Caller participants who wish to speak during the hearing should key in the Attendee ID or Identity Code when prompted to do so. (The Attendee ID is available on the screen after the caller joins the web portion of the meeting.) Alternatively, the caller can key his/her phone number in to the screen to receive a call back from the Webex server. This will allow the Court to see the names of caller participants and this will greatly speed up the appearance phase at the beginning of the hearing because the Judge can just quickly call roll at the start of the hearing instead of having lawyers possibly talk over each other in trying to appear.

**4.    PLEASE USE THE MUTE FUNCTION WHEN YOU ARE NOT SPEAKING.**

5. Remember to state your name for the record each time before speaking.

6. Use headphones whenever possible, especially if using a desktop PC with external speakers.

7. During examination, attorneys and witnesses should use a separate camera and microphone.

8. Attendees may use the "share" button to easily share their screen or document with the group.

2

**UNCONTESTED MATTERS**

1. **Third Interim Fee Application of FTI** – Third Interim Fee Application of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period from June 1, 2020 Through and Including August 31, 2020 [Filed: 10/20/20] (Docket No. 1244).

   Response Deadline:   November 10, 2020 at 5:00 p.m. Central Time.

   Responses Received:  None.

   Related Documents:

   a) Certificate of No Objection Regarding the Third Interim Application of Sidley Austin LLP [sic] for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2020 Through and Including August 31, 2020 [Filed: 11/16/20] (Docket No. 1407).

   b) Amended Certificate of No Objection Regarding the Third Interim Application of FTI Consulting, Inc. for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2020 Through and Including August 31, 2020 [Filed: 11/16/20] (Docket No. 1410).

   c) Omnibus Notice of Hearing on Interim Applications for Compensation and Reimbursement of Expenses of Estate Professionals [Filed: 12/11/20] (Docket No. 1553).

   d) Docket Text Entry – Hearing set for Third Interim Fee Application of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period from June 1, 2020 Through and Including August 31, 2020 [Filed: 12/11/20] (Docket No. 1639).

   Status:  This matter will go forward.

2. **Third Interim Fee Application of Sidley Austin** – Third Interim Fee Application of Sidley Austin LLP, Attorneys for the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period from June 1, 2020 Through and Including August 31, 2020 [Filed: 10/27/20] (Docket No. 1296).

   Response Deadline:   November 17, 2020 at 5:00 p.m. Central Time.

   Responses Received:  None.

Related Documents:

a) Certificate of No Objection Regarding the Third Interim Application of Sidley Austin LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2020 To and Including August 31, 2020 [Filed: 11/17/20] (Docket No. 1416).

b) Omnibus Notice of Hearing on Interim Applications for Compensation and Reimbursement of Expenses of Estate Professionals [Filed: 12/11/20] (Docket No. 1553).

c) Docket Text Entry – Hearing set for Third Interim Fee Application of Sidley Austin LLP, Attorneys for the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period from June 1, 2020 Through and Including August 31, 2020 [Filed: 12/11/20] (Docket No. 1639).

Status:  This matter will go forward.

3. **[REDACTED] Third Interim and Final Fee Application of Foley** – Third Interim and Final Application for Compensation and Reimbursement of Expenses of Foley & Lardner LLP as Special Texas Counsel to the Debtor for the Period from October 16, 2019 through October 31, 2020 [Filed: 11/25/20] (Docket No. 1483).

Response Deadline:    December 16, 2020 at 5:00 p.m. Central Time.

Responses Received:  None.

Related Documents:

a) Notice of Hearing [Filed: 12/2/20] (Docket No. 1498).

b) Supplement to the Third Interim and Final Application for Compensation and Reimbursement of Expenses of Foley & Lardner LLP as Special Texas Counsel to the Debtor [Filed: 12/11/20] (Docket No. 1542).

c) Omnibus Notice of Hearing on Interim Applications for Compensation and Reimbursement of Expenses of Estate Professionals [Filed: 12/11/20] (Docket No. 1553).

d) Certification of No Objection Regarding Third and Final Application for Compensation and Reimbursement of Expenses of Foley & Lardner LLP as Special Texas Counsel to the Debtor [Filed: 12/18/20] (Docket No. 1604).

e) Foley & Lardner LLP's Witness and Exhibit List for Final Fee Application [Filed: 12/31/20] (Docket No. 1650).

Status:  This matter will go forward.

4. **[REDACTED] First Interim Fee Application of Hunton** – First Interim Fee Application of Hunton Andrews Kurth LLP, Special Counsel for the Debtor and Debtor-In-Possession, for Interim Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2020 through October 31, 2020 [Filed: 12/11/20] (Docket No. 1544).

   Response Deadline:   January 4, 2021 at 5:00 p.m. Central Time.

   Responses Received:  None.

   Related Documents:

   a)   Omnibus Notice of Hearing on Interim Applications for Compensation and Reimbursement of Expenses of Estate Professionals [Filed: 12/11/20] (Docket No. 1553).

   Status:  This matter will go forward.

5. **Third Interim Fee Application of H&A** – Hayward & Associates PLLC's Third Interim Application for Compensation and Reimbursement of Expenses for the Period from July 1, 2020 Through September 30, 2020 [Filed: 12/11/20] (Docket No. 1545).

   Response Deadline:   January 4, 2021 at 5:00 p.m. Central Time.

   Responses Received:  None.

   Related Documents:

   a)   Omnibus Notice of Hearing on Interim Applications for Compensation and Reimbursement of Expenses of Estate Professionals [Filed: 12/11/20] (Docket No. 1553).

   Status:  This matter will go forward.

6. **Third Interim Fee Application of PSZ&J** – Third Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtor and Debtor in Possession, for the Period from August 1, 2020 through November 30, 2020 [Filed: 12/11/20] (Docket No. 1547).

   Response Deadline:   January 4, 2021 at 5:00 p.m. Eastern Time.

   Responses Received:  None.

   Related Documents:

   a)   Omnibus Notice of Hearing on Interim Applications for Compensation and Reimbursement of Expenses of Estate Professionals [Filed: 12/11/20] (Docket No. 1553).

   Status:  This matter will go forward.

7. **Second Interim Fee Application Wilmer Hale** – Consolidated Monthly and Second Interim Application of Wilmer Cutler Pickering Hale and Dorr LLP for Allowance of Compensation for Service Rendered and Reimbursement of Expenses as Regulatory and Compliance Counsel for the Period July 1, 2020 through November 30, 2020 [Filed: 12/11/20] (Docket No. 1552).

   Response Deadline:  January 4, 2021 at 5:00 p.m. Central Time.

   Responses Received:  None.

   Related Documents:

   a) Omnibus Notice of Hearing on Interim Applications for Compensation and Reimbursement of Expenses of Estate Professionals [Filed: 12/11/20] (Docket No. 1553).

   Status:  This matter will go forward.

*[Remainder of Page Intentionally Left Blank]*

DOCS_DE:232338.1 36027/002

| | |
|---|---|
| Dated: January 5, 2021. | **PACHULSKI STANG ZIEHL & JONES LLP** |

                                         Jeffrey N. Pomerantz (CA Bar No.143717)
Ira D. Kharasch (CA Bar No. 109084)
Maxim B. Litvak (TX Bar No. 24002482)
Gregory V. Demo (NY Bar No. 5371992)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
Email:      jpomerantz@pszjlaw.com
              ikharasch@pszjlaw.com
              mlitvak@pszjlaw.com
              gdemo@pszjlaw.com

-and-

**HAYWARD & ASSOCIATES PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Debtor and Debtor-in-Possession*

DOCS_DE:232338.1 36027/002