PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
Maxim B. Litvak (Texas Bar No. 24002482)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD & ASSOCIATES PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Debtor and Debtor-in-Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF STATEMENT OF AMOUNTS PAID TO
## ORDINARY COURSE PROFESSIONALS FOR THE
## PERIOD FROM OCTOBER 16, 2019 TO NOVEMBER 30, 2020

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

**PLEASE TAKE NOTICE** that pursuant to the *Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized By the Debtor in the Ordinary Course of Business* [Docket No. 176] (the "OCP Order"), the above-captioned debtor and debtor in possession (the "Debtor") hereby submits the statement of amounts paid to ordinary course professionals (each an "OCP") for professional services rendered to the Debtor during the period from October 16, 2019 through November 30, 2020 (the "Fee Period").

**PLEASE TAKE FURTHER NOTICE** that the chart attached hereto as **Exhibit A** provides the following information:  (a) the name of each OCP; (b) a general description of the services rendered by each OCP during the Fee Period; (c) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by each OCP in connection with work performed for the Debtor during the Fee Period; and (d) the aggregate amounts of compensation and expenses allocable to Related Entities[2] and any such amounts reimbursed by such Related Entities.

**PLEASE TAKE FURTHER NOTICE** that the Debtor reserves the right to amend or supplement the chart attached hereto as **Exhibit A** from time to time in its sole discretion.

---

[2] Related Entities as defined in the *Motion for an Order Authorizing the Debtor to Retain, Employ and Compensate Certain Professionals Utilities by the Debtor in the Ordinary Course of Business* [Docket No. 75].

DOCS_DE:232406.1 36027/002

Dated: January 8, 2021.

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No.143717)
Ira D. Kharasch (CA Bar No. 109084)
Maxim B. Litvak (TX Bar No. 24002482)
Gregory V. Demo (NY Bar No. 5371992)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
Email:       jpomerantz@pszjlaw.com
               ikharasch@pcszjlaw.com
               mlitvak@pszjlaw.com
               gdemo@pszjlaw.com

-and-

**HAYWARD & ASSOCIATES PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Debtor and Debtor-in-Possession*

3

## **EXHIBIT A**

**Statement of Compensation of
Ordinary Course Professionals**

Exhibit A

**HCM**
**OCP TRACKING REPORT**

| Ordinary Course Professional | Type of Work | Petition Date to 11/30/2020 | |
|---|---|---|---|
| **Hunton Andrews Kurth** | | | |
| Amount Paid | | $ | 240,624.85 |
| Reimbursable Amt: | | $ | - |
| Reimbursement Paid | | $ | - |

| | | | |
|---|---|---|---|
| **Carey Olsen** | | | |
| Amount Paid | | $ | 126,320.00 |
| Reimbursable Amt: | | $ | - |
| Reimbursement Paid | | $ | - |

| | | | |
|---|---|---|---|
| **ASW Law** | | | |
| Amount Paid | | $ | 4,975.90 |
| Reimbursable Amt: | | $ | - |
| Reimbursement Paid | | $ | - |

| | | | |
|---|---|---|---|
| **Houlihan Lokey Financial Advisors, Inc.** | Valuation services not related to the bankruptcy | | |
| Amount Paid | | $ | 595,451.45 |
| Reimbursable Amt: | | | 547,219.42 |
| Reimbursement Paid | | | 405,931.87 |

**PER ORDER:**
FEES AND DISBURSEMENTS FOR ANY ONE OCP SHALL NOT EXCEED A TOTAL
OF $35,000/MO ON AVERAGE OVER A ROLLING FOUR MONTH PERIOD.  MONTHLY
CAP DOES NOT APPLY TO HOULIHAN UNDER THE EXPECTATION THAT DEBTORS
RECEIVE SUBSTANTIAL REIMBURSEMENT FROM OTHER FUNDS. TOTAL FEES AND DISBURSEMENTS
TO ALL OCP'S SHALL NOT EXCEED 4,000,000 OVER ANY 12 MONTH PERIOD