**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11<br><br>Rel. Dkt. Nos. 205, 336 |

**SECOND SUPPLEMENTAL DECLARATION OF CONOR P. TULLY
IN SUPPORT OF THE APPLICATION AUTHORIZING THE EMPLOYMENT
AND RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
*NUNC PRO TUNC* TO NOVEMBER 6, 2019**

Pursuant to 28 USC Section 1746, Conor P. Tully declares as follows:

1. I am a Senior Managing Director with FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"), an international consulting firm. I submit this declaration (the "Second Supplemental Declaration") to supplement my prior declaration (the "Original Declaration") that was submitted in connection with FTI's retention by the Official Committee of Unsecured Creditors (the "Committee") of Highland Capital Management, L.P., the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"). Unless otherwise noted, I have personal knowledge of the facts set forth herein.

2. On October 16, 2019, the Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

3. On December 6, 2019, the Committee filed an application to retain FTI as its Financial Advisor (the "Application"). In support of the Application, FTI filed the Original

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

Declaration executed by the undersigned on behalf of FTI in accordance with the applicable sections of the Bankruptcy Code.  On January 9, 2020, an order was entered authorizing the retention of FTI as financial advisor to the Committee (the "Retention Order") [Dkt. No. 336].

4. As noted in the Application, FTI's hourly rates are subject to periodic adjustment. Effective January 1, 2021, such hourly rate ranges are as follows:

|  | Per Hour (USD) |
|---|---|
| Senior Managing Directors | $785 - 1,295 |
| Directors / Senior Directors / Managing Directors | 550 - 935 |
| Consultants/Senior Consultants | 335 - 680 |
| Administrative / Paraprofessionals | 155 - 290 |

These rates continue to be subject to periodic adjustment.

*[Remainder of page intentionally left blank]*

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of January 2021

        FTI CONSULTING, INC.
        Financial Advisors to the Official Committee of
        Unsecured Creditors of Highland Capital Management, L.P.

By:   */s/ Conor P. Tully*
       Conor P. Tully, Senior Managing Director
       Three Times Square, 10th Floor
       New York, New York 10036
       Telephone: (212) 841-9355
       Email: conor.tully@fticonsulting.com