PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (admitted pro hac vice)
Ira D. Kharasch (CA Bar No. 109084) (admitted pro hac vice)
Maxim B. Litvak (SBN: 24002482)
Gregory V. Demo (NY Bar 5371992) (admitted pro hac vice)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachary Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Debtor and Debtor in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |
| | § | |

**<u>SUPPLEMENTAL DECLARATION OF MARC D. KATZ</u>**

| | |
|---|---|
| STATE OF TEXAS | ) |
| | ) ss: |
| COUNTY OF DALLAS | ) |

I, Marc Daniel Katz, hereby declare, under penalty of perjury, as follows, pursuant to the provisions of 28 U.S.C. § 1746:

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

WEST\292654460.6

1. I am a partner of DLA Piper LLP (US) (the "Firm") which maintains offices at 1900 North Pearl Street, Suite 2200, Dallas, Texas 75201.

2. This Supplemental Declaration of Marc D. Katz (this "Supplemental Declaration") is submitted in connection with an order of the United States Bankruptcy Court for the District of Delaware dated November 26, 2019 (the "OCP Order"), authorizing the above-captioned debtor and debtor in possession (the "Debtor") to retain certain professionals in the ordinary course of business during the pendency of the Debtor's chapter 11 case (the "Case"), and to supplement that certain Declaration filed on December 23, 2019 [D.I. 268] (the "Initial Declaration").

**PROFESSIONAL SERVICES**

3. The Firm, through me, and members of the Firm, have represented and advised the Debtor as legal counsel, including serving as lead counsel in ongoing litigation pending in Texas and Delaware, and providing general employment law counseling, since on or around February 1, 2019.

4. The Debtor has requested, and the Firm has agreed, to continue to provide services to the Debtor pursuant to section 327 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with respect to such matters.

5. The Debtor has requested, and the Firm proposes, to render such services to the following entities and individual(s): Debtor, James Dondero, Highland ERA Management LLC, and Highland Employee Retention Assets LLC.

6. In connection with the provision of such services by the Firm, I submitted the Initial Declaration in accordance with the OCP Order. The Initial Declaration is incorporated herein as if set forth in full. I submit this Supplemental Disclosure to supplement the disclosures made in the Initial Disclosure.

**DLA PIPER'S SUPPLEMENTAL DISCLOSURES AND DISCLOSURE PROCEDURES**

7. As set forth in the Initial Declaration, the Firm has a large and diversified legal practice that encompasses the representation of many financial institutions and commercial corporations. In preparing the Initial Declaration, I used a set of procedures (the "Firm Disclosure Procedures") developed by the Firm to ensure compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules regarding the retention of professionals. Pursuant to the Firm Disclosure Procedures, I performed, or caused to be performed, the actions described below to identify the Firm's connections to parties in interest in these proceedings.

8. In preparing the Initial Declaration, I submitted or caused to be submitted for review under our regularly updated conflicts check system the names of various parties in interest in this Case (collectively, the "Interested Parties"), as received from the Debtor. The identities of the Interested Parties were set forth on the appended Schedule 1 of the Initial Declaration. As a result of subsequent engagements,[2] I submit this Supplemental Declaration and attach hereto an updated Schedule 1, reflecting the firm's representation of two additional Interested Parties: Nexpoint Real Estate Advisors VI, L.P., and NexPoint Advisors, L.P

---

[2] The firm's engagement by Nexpoint Real Estate Advisors VI, L.P. commenced on or about May 13, 2020; The firm's engagement by NexPoint Advisors, L.P. commenced on or about October 10, 2020.

(collectively, the "Additional Parties"). The firm's representation of the Additional Parties is limited to advice related to general corporate law matters, and does not involve or relate to the Debtors or this bankruptcy case. The updated list has been compiled and analyzed by the Firm attorneys acting under my supervision.

9. To the best of my knowledge, formed after due inquiry, neither I, the Firm, nor any partner, of counsel, associate, or employee thereof has any connection with the Debtor or currently represents any of its creditors, other Interested Parties, the Office of the United States Trustee or any person employed by the Office of the United States Trustee with respect to the matters upon which it is to be engaged, and the Firm does not, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, hold or represent any interest adverse to the Debtor, its estate or any class of creditors or equity interest holders, except as set forth below:

(a) Attached to this Supplemental Declaration as Schedule 1 and incorporated in this Supplemental Declaration by reference is a list of Interested Parties (or their affiliates) that the Firm currently represents, has represented in the past, and may in the future represent in matters unrelated to the Debtor's Case. Although the Firm has represented, currently represents, and may continue to represent certain entities and individuals listed on Schedule 1 to this Supplemental Declaration, the Firm will not represent any such entity or individual in this Case.

(b) the Firm does not represent, and has not represented, any entity other than the Debtor in matters related to this Case.

(c) Firm personnel may have business associations with certain creditors of the Debtor or counsel or other professionals involved in this Case. In the ordinary course of business, the Firm may engage counsel or other professionals in unrelated matters that now represent, or in the future may represent, creditors or other interested parties in this Case.

10. Thus, I believe that the Firm's representation of such entities in matters entirely unrelated to the Debtor is not adverse to the Debtor's interests, or the interests of its creditors or estate in respect of the matters for which the Firm will be engaged, nor will such services impair the Firm's ability to represent the Debtor in the ordinary course in this case

11. Given the number of attorneys in the Firm's various offices, attorneys at the Firm may have professional, working, or social relationships with firms or professionals at firms that may be adverse to the Debtor. In addition, several attorneys at the Firm have spouses, parents, children, siblings, fiancés or fiancées who are attorneys at other law firms or companies. Also, certain attorneys at the Firm may have spouses, parents, children, siblings, fiancés or fiancées who are employees of one or more of the parties in interest. The Firm has strict policies against disclosing confidential information to anyone outside of the Firm, including spouses, parents, children, siblings, fiancés and fiancées.

12. In addition, although unascertainable at this time after due inquiry, due to the magnitude of the Debtor's potential universe of creditors and the Firm's clients, the Firm may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtor in matters entirely unrelated to the Debtor and its estate. The Firm does not and will not represent any such entity in connection with this pending Case and does not have any relationship with any such entity, attorneys or accountants that would be adverse to the Debtor or its estate.

13. To the best of my knowledge, formed after due inquiry, neither I, the Firm, nor any employee thereof has any affiliation with the Debtor, the Debtor's affiliates, Mr. James Dondero, or Mr. Mark Okada, except through the representations identified herein.

14. In light of the foregoing, I believe that the Firm does not hold or represent any interest materially adverse to the Debtor, its estate, creditors, or equity interest holders, as identified to the Firm, with respect to the matters in which the Firm will be engaged.

15. Except as set forth herein, no promises have been received by the Firm or any partner, associate or other professional thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Northern District of Texas, and orders of this Court.

16. The Firm further states that it has not shared, nor agreed to share any compensation received in connection with this case with another party or person, other than as permitted by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016.

17. The foregoing constitutes the statement of the Firm pursuant to sections 329 and 504 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2014 and 2016(b).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

        */s/ Marc Daniel Katz*
        Marc Daniel Katz
        **DLA PIPER LLP (US)**
        1900 N. Pearl St., Suite 2200
        Dallas, Texas 75201
        (214) 743-4500
        marc.katz@us.dlapiper.com

**Supplemental Declaration of Marc Daniel Katz**
<u>**Schedule 1**</u>

| Interested Party/Affiliate | Clients and Their Affiliates | Relationship to Debtor |
|---|---|---|
| ACIS Capital Management, Highland Capital Management LP | Current Client | Debtor |
| American Arbitration Association | Current Client | Top 20 Unsecured Creditors |
| Anderson Mori & Tomotsume (US) | Former Client | Professionals |
| Anderson Mori & Tomotsume (US) | Current Client | Professionals |
| Andrews & Kurth (Canada) | Former Client | Top 20 Unsecured Creditors |
| Andrews Kurth L.L.P. (US) | Former Client | Top 20 Unsecured Creditors |
| Ashwini Mehra of Duff & Phelps in his Capacity as the IRP of Punji Lloyd Limited | Current Client | Top 20 Unsecured Creditors |
| Banco Bilbao Vizcaya Argentaria, S.A. | Current Client | Banks and Secured Parties |
| Bascom Greenbriar Investors LLC | Affiliate of Current Client | Other Parties |
| Baylor University | Current Client | Other Parties |
| BBVA Bancomer | Current Client | Banks and Secured Parties |
| BBVA Compass | Current Client | Banks and Secured Parties |
| Bell Nunnally & Martin LLP | Former Client | Professionals |
| BET Investments, Inc. | Former Client | Notice Parties |
| Castle Biosciences, Inc. | Current Client | Affiliated Parties |
| Concord Management Systems, Inc. | Former Client | Other Parties |
| Crown Global Insurance Group | Current Client | Other Parties |
| DCT TX 2004 RN Portfolio Greenbriar GP LLC | Affiliate of Former Client | Other Parties |
| Deloitte & Touche Colombia | Current Client | Professionals |
| Deloitte & Touche LLP - Toronto | Former Client | Professionals |
| Deloitte & Touche LLP (Canada) | Former Client | Professionals |
| Deloitte & Touche LLP (US) | Current Client | Professionals |
| Deloitte Legal RA GMBH | Former Client | Professionals |
| Deloitte LLP | Current Client | Professionals |
| Deloitte Restructuring Inc. | Current Client | Professionals |

| Interested Party/Affiliate | Clients and Their Affiliates | Relationship to Debtor |
|---|---|---|
| Deloitte Touche Tohmatsu Limited | Former Client | Professionals |
| Dolomiti 2 PE WB S.a. R.L. | Former Client | Other Parties |
| Dolomiti PE WB III S.A R.L. | Former Client | Other Parties |
| Dolomiti PE WB IV S.A R.L. | Former Client | Other Parties |
| Dolomiti PE WBI I SARL | Affiliate of Current Client | Other Parties |
| Duff & Phelps | Former Client | Top 20 Unsecured Creditors |
| Duff & Phelps B.V. | Former Client | Top 20 Unsecured Creditors |
| Duff & Phelps Corp. | Current Client | Top 20 Unsecured Creditors |
| Duff & Phelps Corporation | Current Client | Top 20 Unsecured Creditors |
| Duff & Phelps Global Utility Income Fund Inc | Former Client | Top 20 Unsecured Creditors |
| Duff & Phelps LLC | Affiliate of Current Client | Top 20 Unsecured Creditors |
| Duff & Phelps Securities, LLC | Former Client | Top 20 Unsecured Creditors |
| Duff & Phelps, LLC | Former Client | Top 20 Unsecured Creditors |
| Duff and Phelps LTD | Current Client | Top 20 Unsecured Creditors |
| Duff and Phelps Corporation | Former Client | Top 20 Unsecured Creditors |
| Eagle Advisors Inc. (International) | Current Client | Affiliated Parties |
| Eagle Advisors Inc. (US) | Former Client | Affiliated Parties |
| Entegra | Affiliate of Current Client | Other Parties |
| Entegra, LLP | Former Client | Other Parties |
| Estate of Maryland Ouye | Former Client | Other Parties |
| Four Rivers Holding Company | Current Client | Other Parties |
| Four Rivers Holding Company and Four Rivers Development | Former Client | Other Parties |
| FTI Consulting | Current Client | Professionals |
| FTI Consulting (Australia) PTY LTD | Current Client | Professionals |
| FTI Consulting (Perth) PTY LTD | Former Client | Professionals |
| FTI Consulting BV | Current Client | Professionals |
| FTI Consulting Canada, Inc. | Former Client | Professionals |
| FTI Consulting Deutschland GMBH | Former Client | Professionals |
| FTI Consulting Group Limited | Current Client | Professionals |
| FTI Consulting Inc. (International) | Current Client | Professionals |
| FTI Consulting LLP | Current Client | Professionals |
| FTI Consulting PTE LTD | Current Client | Professionals |

| Interested Party/Affiliate | Clients and Their Affiliates | Relationship to Debtor |
|---|---|---|
| FTI Consulting SC GMBH | Current Client | Professionals |
| FTI Consulting Technology LLC | Current Client | Professionals |
| FTI Consulting, Inc. (Brazil) | Current Client | Professionals |
| FTI Consulting, Inc. (Canada) | Current Client | Professionals |
| FTI Consultoria LTDA | Current Client | Professionals |
| GlenEagles Office LLC | Current Client | Other Parties |
| GlenEagles, LLC | Current Client | Other Parties |
| Greenbriar Partnership | Former Client | Other Parties |
| Grosvenor Capital Management | Former Client | Other Parties |
| Hakusan Corporation | Former Client | Other Parties |
| Harko, LLC | Affiliate of Current Client | Other Parties |
| HCO Holdings I Corp | Current Client | Other Parties |
| Highland Capital Management | Current Client | Debtor |
| Highland Capital Management LP | Current Client | Debtor |
| Hunter Mountain Investment Trust | Affiliate of Current Client | Equity Holders (Direct and Indirect) |
| Integrated Financial Solutions PLLC | Former Client | Notice Parties |
| Intertrust | Affiliate of Current Client | Notice Parties |
| Intertrust (Netherlands) B. V. | Current Client | Notice Parties |
| Intertrust Fiscal Trustee A. R. L. | Current Client | Notice Parties |
| Intertrust Ireland | Affiliate of Current Client | Notice Parties |
| Intertrust Technologies Corp | Current Client | Notice Parties |
| Intertrust Technologies Corporation | Current Client | Notice Parties |
| John Williams Honis | Current Client | Other Parties |
| Kaufman County Of | Affiliate of Current Client | Notice Parties |
| KCC (Kurtzman Carson Consultants LLC) | Former Client | Professionals |
| Key Bank National Association | Current Client | Banks and Secured Parties |
| Kim & Chang | Former Client | Professionals |
| Latitude Capital Group | Former Client | Other Parties |
| Meritage Homes Corporation | Current Client | Other Parties |
| Michael D. West | Current Client | United States Trustee for the District of Delaware (and Key Staff Members) |
| NCI Assets Holdings CO LLC | Affiliate of Former Client | Other Parties |

| Interested Party/Affiliate | Clients and Their Affiliates | Relationship to Debtor |
|---|---|---|
| Nexbank Capital Inc | Affiliate of Former Client | Other Parties |
| Nexbank Capital Trust I | Affiliate of Former Client | Other Parties |
| Nexbank Land Advisors Inc | Affiliate of Former Client | Other Parties |
| Nexbank Securities Inc | Affiliate of Former Client | Other Parties |
| Nexbank SSB | Former Client | Other Parties |
| Nexbank Title Inc | Affiliate of Former Client | Other Parties |
| Nexwash LLC | Affiliate of Former Client | Other Parties |
| Oak Holdco BV | Affiliate of Current Client | Other Parties |
| Ohio State Life Insurance Co | Affiliate of Current Client | Other Parties |
| Oldenburg Group Incorporated | Current Client | Affiliated Parties |
| Park West Apartments | Affiliate of Current Client | Other Parties |
| Park West, Inc. | Former Client | Other Parties |
| Pension DanMark PensionForSikringsa Ktieselska B | Affiliate of Current Client | Other Parties |
| PensionDanMark | Current Client | Other Parties |
| Pershing Associates | Affiliate of Current Client | Affiliated Parties |
| Pershing General Parter Ltd. | Former Client | Affiliated Parties |
| Pershing Group LLC | Affiliate of Current Client | Affiliated Parties |
| Pershing Securities Limited | Current Client | Affiliated Parties |
| Powder Horn Individual Purch. | Former Client | Other Parties |
| Price Waterhouse Limited | Former Client | Professionals |
| PriceWaterhouseCoopers (Canada) | Current Client | Professionals |
| PriceWaterhouseCoopers (US) | Current Client | Professionals |
| PriceWaterhouseCoopers Brasil | Current Client | Professionals |
| PriceWaterhouseCoopers Inc. (Canada) | Current Client | Professionals |
| PriceWaterhouseCoopers Inc. (US) | Current Client | Professionals |
| PriceWaterhouseCoopers International Limited | Current Client | Professionals |
| PRICEWATERHOUSECOOPERS LEGAL AKTIENGESELLSCHAFT RECHTSANWALTSGESELLSCHAFT ("PWC LEGAL") | Former Client | Professionals |
| PriceWaterhouseCoopers Legal Szurminska-Jaworska SP. K. | Former Client | Professionals |
| PWC | Current Client | Professionals |

WEST\292655370.1

| Interested Party/Affiliate | Clients and Their Affiliates | Relationship to Debtor |
|---|---|---|
| PWC (Amsterdam) | Former Client | Professionals |
| PWC (Barcelona) | Former Client | Professionals |
| PWC (Belgium) | Former Client | Professionals |
| PWC (Chicago) | Former Client | Professionals |
| PWC (Chile) | Former Client | Professionals |
| PWC (Hamburg) | Former Client | Professionals |
| PWC (London) | Current Client | Professionals |
| PWC (Luxembourg) | Former Client | Professionals |
| PWC (Madrid) | Former Client | Professionals |
| PWC (Manchester) | Former Client | Professionals |
| PWC (Melbourne) | Current Client | Professionals |
| PWC (New York) | Current Client | Professionals |
| PWC (Oakville) | Former Client | Professionals |
| PWC (Paris) | Former Client | Professionals |
| PWC (Philadelphia) | Former Client | Professionals |
| PWC (Singapore) | Former Client | Professionals |
| PWC (Southhampton) | Former Client | Professionals |
| PWC (Switzerland) | Current Client | Professionals |
| PWC (Tampa) | Former Client | Professionals |
| PWC (Toronto) | Current Client | Professionals |
| PWC (Uxbridge) | Former Client | Professionals |
| PWC (Vancouver) | Former Client | Professionals |
| PWC (Zurich) | Former Client | Professionals |
| PWC Capital Inc. | Former Client | Professionals |
| PWC Pure Water Corporation | Current Client | Professionals |
| PWC Ukraine | Former Client | Professionals |
| Radco Management, LLC | Former Client | Other Parties |
| Randolph "Trey" Parker | Current Client | Other Parties |
| RiverView Partners LLC | Affiliate of Current Client | Other Parties |
| SSB Assets LLC | Affiliate of Former Client | Other Parties |
| State of California Franchise Tax Board | Affiliate of Current Client | Taxing and Other Significant Governmental Authorities |

WEST\292655370.1

| Interested Party/Affiliate | Clients and Their Affiliates | Relationship to Debtor |
|---|---|---|
| Stephen A. Grant | Former Client | Clerk of Court and Deputy for the District of Delaware |
| Stonebridge-Highland Healthcare Private Equity Fund | Former Client | Other Parties |
| The Radco Companies and Ashford St. Charles, LLC | Former Client | Other Parties |
| UBS | Current Client | Top 20 Unsecured Creditors |
| UBS Argentina SRL | Current Client | Top 20 Unsecured Creditors |
| UBS Business Solutions US LLC | Current Client | Top 20 Unsecured Creditors |
| UBS Group AG | Former Client | Top 20 Unsecured Creditors |
| UBS Optimus Foundation | Current Client | Top 20 Unsecured Creditors |
| UBS Securities LLC | Current Client | Top 20 Unsecured Creditors |
| UBS Trust Company of Puerto Rico | Current Client | Top 20 Unsecured Creditors |
| Willkie Farr & Gallagher LLP (Canada) | Current Client | Professionals |
| Willkie Farr & Gallagher LLP (International) | Former Client | Professionals |
| Willkie Farr & Gallagher LLP (US) | Current Client | Professionals |
| Winstead P.C. | Former Client | Professionals |

**Supplemental Interested Parties**

| Interested Party/Affiliate | Clients and Their Affiliates | Relationship to Debtor |
|---|---|---|
| NexPoint Advisors, L.P. | Current Client | Affiliated Parties |
| Nexpoint Real Estate Advisors VI, L.P. | Current Client | Affiliated Parties |