

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 14, 2021**

United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | Related to Docket No. 1590 |

### ORDER GRANTING DEBTOR'S MOTION PURSUANT TO THE PROTOCOLS FOR AUTHORITY FOR HIGHLAND MULTI STRATEGY CREDIT FUND, L.P. TO PREPAY LOAN

This matter coming before the Court on the *Debtor's Motion Pursuant to the Protocols for Authority for Highland Multi Strategy Credit Fund, L.P. to Prepay Loan* [Docket No. 1590] (the "Motion")[2] filed by Highland Capital Management, L.P. (the "Debtor"); the Court having reviewed the Motion, and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this District pursuant to

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

28 U.S.C. § 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (d) notice of the Motion was sufficient under the circumstances, and (e) no party-in-interest filed an objection to the Motion; after due deliberation, the Court has determined that the relief requested in the Motion is necessary and essential for the Debtor's estate and such relief is in the best interests of the Debtor, its estate, and its creditors; and good and sufficient cause having been shown;

## IT IS HEREBY ORDERED THAT:

1.      The Motion is **GRANTED**, as set forth herein.

2.      MSCF is authorized to prepay the Loan in full.

3.      The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

4.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry notwithstanding the possible applicability of Bankruptcy Rules 6004(g), 7062, or 9014.

5.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

###End of Order###