Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, La. Bar No. 14891
lcollins@hellerdraper.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@hellerdraper.com
Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: (504) 299-3300
Fax: (504) 299-3399
*Attorneys for The Dugaboy Investment Trust and Get Good Trust*

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| | * | Case No. 19-34054sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | * | |
| | * | |
| Debtor | * | |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I do hereby certify that on the 15th day of January, 2021, that I caused a copy of the following to be served by Docusource via U.S. First Class Mail, postage prepaid upon the parties listed on the attached Exhibit 1 and via email upon the parties listed on the attached Exhibit 2:

A. *Motion to Appoint Examiner Pursuant to 11 U.S.C. § 1104(c)* [Dkt. # 1745]; and

B. *Ex Parte Motion for Emergency Hearing for the Motion to Appoint Examiner* [Dkt. # 1748].

Respectfully submitted,

*/s/Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, La. Bar No. 14891
lcollins@hellerdraper.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@hellerdraper.com

{00374946-2}                                                      1

                                      Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3300
Fax: (504) 299-3399
*Attorneys for The Dugaboy Investment Trust*
 *and Get Good Trust*

.

{00374946-2}    2

**Exhibit 1**

| | | |
|---|---|---|
| **BBVA**<br>Michael Doran<br>8080 North Central Expressway<br>Suite 1500<br>Dallas, TX 75206 | **Highland Capital Management**<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | **KeyBank National Association**<br>as Administrative Agent<br>225 Franklin Street, 18th Floor<br>Boston, MA 02110 | **KeyBank National Association**<br>as Agent<br>127 Public Square<br>Cleveland, OH 44114 |
| **Kurtzman Carson Consultants**<br>Joe Morrow<br>222 N. Pacific Coast Hwy Ste 300<br>El Segundo, CA 90245 | **Office of the Attorney General**<br>Main Justice Building, Room 5111<br>10th & Constitution Avenue, N.W.<br>Washington, DC 20530 | Office of the Attorney General<br>Ken Paxton<br>300 W. 15th Street<br>Austin, TX 78701 |
| **Office of the United States Attorney**<br>Erin Nealy Cox, Esq<br>1100 Commerce Street, 3rd Floor<br>Dallas, TX 75202 | **State Comptroller of Public Accounts**<br>Revenue Accounting Division-<br>Bankruptcy Section<br>PO Box 13258<br>Austin, TX 78711 | **Strand Advisors, Inc.**<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 |
| **Texas Attorney Generals Office**<br>Bankruptcy-Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 | **US Department of the Treasury**<br>Office of General Counsel<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220 | **Zillah A. Frampton**<br>Bankruptcy Administrator<br>Delaware Division of Revenue<br>Carvel State Office Building, 8th Floor<br>820 N. French Street<br>Wilmington, DE 19801 |
| **Ashby & Geddes, P.A.**<br>William P. Bowden, Esq<br>500 Delaware Avenue, 8th Floor<br>PO Box 1150<br>Wilmington, DE 19899-1150 | **Blank Rome LLP**<br>John E. Lucian<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801 | **Jefferies LLC**<br>Office of the General Counsel<br>520 Madison Avenue, 16th Floor<br>Re Prime Brokerage Services<br>New York, NY 10022 |
| **Morris, Nichols, Arsht & Tunnell LLP**<br>Kevin M. Coen<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801 | **Morrison Cohen LLP**<br>Joseph T. Moldovan, Esq. & Sally Siconolfi, Esq.<br>909 Third Avenue<br>New York, NY 10022 | **Office of General Counsel**<br>Securities & Exchange Commission<br>100 F St NE<br>Washington, DC 20554 |
| **Prime Brokerage Services**<br>Jefferies LLC<br>520 Madison Avenue<br>New York, NY 10022 | **Securities & Exchange Commission**<br>Andrew Calamari, Regional Director<br>New York Regional Office<br>Brookfield Place, Suite 400<br>200 Vesey Street<br>New York, NY 10281 | **Securities & Exchange Commission**<br>Sharon Binger, Regional Director<br>Philadelphia Regional Office<br>One Penn Center, Suite 520<br>1617 JFK Boulevard<br>Philadelphia, PA 19103 |
| **State of Delaware**<br>Division of Corporations - Franchise Tax<br>401 Federal Street<br>PO Box 898<br>Dover, DE 19903 | **The Dugaboy Investment Trust**<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 | United States Attorney General<br>U.S. Department of Justice<br>William Barr, Esquire<br>950 Pennsylvania Ave NW Room 400<br>Washington, DC 20530-0001 |

**Exhibit 2**

| | |
|---|---|
| Alan Moskowitz | amoskowitz@gibsondunn.com |
| C. Bianchi | cbianchi@jefferies.com |
| Candace C. Carlyon | ccarlyon@carlyoncica.com |
| Curtis S. Miller | cmiller@mnat.com |
| David J. Karp | david.karp@srz.com |
| Debra A. Dandeneau | debra.dandeneau@bakermckenzie.com |
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Emily M. Hahn | ehahn@abernathy-law.com |
| James A. Wright III | james.wright@klgates.com |
| James V. Williams, III | jay.williams@srz.com |
| Jeffrey E. Bjork | jeff.bjork@lw.com |
| John Honis | jhonis@RandAdvisors.com |
| John Danilowicz | john.holt@nexbankcapital.com |
| Jeremy W. Ryan | jryan@potteranderson.com |
| Judith W. Ross | judith.ross@judithross.com |
| Katherine A. Preston | kpreston@winston.com |
| Lauren Macksoud | lauren.macksoud@dentons.com |
| Louis J. Cisz, III | lcisz@nixonpeabody.com |
| Matthew G. Bouslog | mbouslog@gibsondunn.com |
| Michael D. DeBaecke | mdebaecke@ashbygeddes.com |
| Michael J. Merchant | merchant@rlf.com |
| Marc B. Hankin | mhankin@jenner.com |
| Michael K. Hurst | mhurst@lynnllp.com |
| D. Michael Lynn | michael.lynn@bondsellis.com |
| Michelle Hartman | michelle.hartmann@bakermckenzie.com |
| Joseph W. Mintz | mintz@blankrome.com |
| Marshall R. King | mking@gibsondunn.com |
| Michael R. Nestor | mnestor@ycst.com |
| Mark Okada | mokadadallas@gmail.com |
| Michael R. Rosenthal | mrosenthal@gibsondunn.com |
| Michael L. Vild | mvild@crosslaw.com |
| Michael D. Warner | mwarner@coleschotz.com |
| Natalie L. Arbaugh | narbaugh@winston.com |
| Patrick C. Maxcy | patrick.maxcy@dentons.com |
| Richard Levin | rlevin@jenner.com |
| Stephen McNeil | rmcneil@potteranderson.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Ryan Slaugh | rslaugh@potteranderson.com |
| Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Steve Elliot | selliott@frontier-ok.cpm |
| Sarah E. Silveira | silveira@rlf.com |
| Stephen G. Topetzes | stephen.topetzes@klgates.com |
| Tracy M. Osteen | tosteen@carlyoncica.com |
| William A. Hazeltine | whazeltine@sha-llc.com |