PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar 5371992) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD & ASSOCIATES PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachary Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Debtor and Debtor in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § § | Case No. 19-34054-sgj11 |
| Debtor. | § § | |

**NOTICE OF INCREASE IN HOURLY RATES FOR PACHULSKI STANG ZIEHL & JONES LLP EFFECTIVE AS OF JANUARY 1, 2021**

**PLEASE TAKE NOTICE THAT** in accordance with the *Order Pursuant to Section 327(a) of the Bankruptcy Code, , Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1 Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtor and Debtor in Nunc Pro Tunc to the Petition Date* [Docket No.

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

1

DOCS_LA:335081.1 36027/002

183], Pachulski Stang Ziehl & Jones LLP (the "Firm") hereby provides this notice of rate changes effective January 1, 2021, with the following new standard hourly rates for professionals and paralegals presently designated to represent the Debtor:

(a) Partners         $845.00 to $1,695.00 per hour

(b) Counsel          $695.00 to $1,275.00 per hour

(c) Associates       $695.00 to $725.00 per hour

(d) Paralegals       $425.00 to $460.00 per hour

**PLEASE TAKE FURTHER NOTICE THAT** the basis for the rate change is that the Firm has modified its standard rates for all clients effective January 1, 2021. The undersigned hereby certifies that the Debtor has consented to the rate increase.

Dated: January 15, 2021                PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Jeffrey N. Pomerantz*
PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717)
(*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084)
(*admitted pro hac vice*)
Gregory V. Demo (NY Bar 5371992)
(*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel.: (310) 277-6910/ Fax: (310) 201-0760
E-mail:   jpomerantz@PSZ&Jlaw.com
          ikharasch@PSZ&Jlaw.com
          gdemo@PSZ&Jlaw.com

-and-

HAYWARD & ASSOCIATES PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachary Z. Annable
Texas Bar No. 24053075

2

                    ZAnnable@HaywardFirm.com
                    10501 N. Central Expy, Ste. 106
                    Dallas, Texas 75231
                    Tel: (972) 755-7100/ Fax: (972) 755-7110

*Counsel for the Debtor and
Debtor in Possession*

DOCS_LA:335081.1 36027/002