Matthew A. Clemente (admitted *pro hac vice*)
Dennis M. Twomey (admitted *pro hac vice*)
Alyssa Russell (admitted *pro hac vice*)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Penny P. Reid
Paige Holden Montgomery
Juliana L. Hoffman
Sidley Austin LLP
2021 McKinney Avenue
Suite 2000
Dallas, Texas 74201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Debtor. |  |
|  | **Docket Ref. Nos.  1632** |

**CERTIFICATE OF NO OBJECTION REGARDING THE THIRTEENTH MONTHLY APPLICATION OF SIDLEY AUSTIN LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM <u>NOVEMBER 1, 2020 TO AND INCLUDING NOVEMBER 30, 2020</u> (NO ORDER REQUIRED)**

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725).  The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *Thirteenth Monthly Application for Compensation and Reimbursement of Expenses of Sidley Austin LLP as Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2020 through November 30, 2020* [Docket No. 1632] (the "Application") filed on December 24, 2020. Objections to the Application were to be filed and served no later than January 14, 2021 at 5:00 p.m. prevailing Central Time.

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 141] filed on December 4, 2019, Sidley Austin LLP is entitled to be paid (i) $401,659.92, which represents 80% of the fees ($502,074.90), and (ii) $3,643.80 which represents 100% of the expenses requested in the Application, for the period from November 1, 2020 through November 30, 2020, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

[*Remainder of Page Intentionally Left Blank*]

SIDLEY AUSTIN LLP

*/s/ Juliana L. Hoffman*
Penny P. Reid
Paige Holden Montgomery
Juliana L. Hoffman
2021 McKinney Avenue
Suite 2000
Dallas, Texas 74201
Telephone: (214) 981-3300

-and-

Matthew A. Clemente (admitted *pro hac vice*)
Dennis M. Twomey (admitted *pro hac vice*)
Alyssa Russell (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Counsel for the Official Committee
 of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I, Juliana L. Hoffman, hereby certify that on this 15th day of January 2021, a true and correct copy of the foregoing *Certificate of No Objection Regarding the Thirteenth Monthly Application for Compensation and Reimbursement of Expenses of Sidley Austin LLP as Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2020 through November 30, 2020*, was sent via electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case.

*/s/ Juliana L. Hoffman*
Juliana L. Hoffman
SIDLEY AUSTIN LLP

*Counsel for the Official Committee of Unsecured Creditors*