**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] <br><br> Debtor. | ) Chapter 11 <br> ) <br> ) Case No. 19-34054 (SGJ) <br> ) <br> ) <br> ) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

1. I, Cerene Credo, depose and say that I am employed by Kurtzman Carson Consultants LLC ("**KCC**"), the claims and noticing agent for the Debtor in the above-captioned case. I submit this Certificate in connection with the service of solicitation materials for the *Fifth Amended Plan of Reorganization of Highland Capital Management, L.P.* [Docket No. 1472] (the "**Plan**") and the *Disclosure Statement for the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P.* [Docket No. 1473] (the "**Disclosure Statement**"). I am over the age of 18 and not a party to this action. Except as otherwise noted, I could and would testify to the following based upon my personal knowledge.

2. On October 18, 2019, the Court entered the *Order Appointing Kurtzman Carson Consultants as Claims and Noticing Agent for the Debtor Pursuant to 28 U.S.C. § 156(c), 11 U.S.C. § 105(a) and Local Rule 2002-1(f)* [Docket No. 43].

3. Consistent with its retention as claims and noticing agent, KCC is charged with, among other things, the duty of printing and distributing Solicitation Packages[2] to creditors and other interested parties pursuant to the *Order (A) Approving the Adequacy of the Disclosure Statement; (B) Scheduling a Hearing to Confirm the Fifth Amended Plan of Reorganization; (C) Establishing Deadline for Filing Objections to Confirmation of Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; and (E) Approving Form and Manner of Notice* [Docket No. 1476] (the "**Disclosure Statement Order**") entered on November 24, 2020.

4. The Solicitation Package consists of the following materials (the "**Solicitation Package**"):

    a. USB Flash Drive (the "**USB**") containing:

        i. Plan;

        ii. Disclosure Statement; and

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

[2] Terns not otherwise defined herein shall have the meanings ascribed to them in the Disclosure Statement Order.

   iii. Disclosure Statement Order (without exhibits)

 b. *Notice of: (I) Entry of Order Approving Disclosure Statement; (II) Hearing to Confirm Plan; and (III) Related Important Dates* (the "**Confirmation Hearing Notice**") (substantially in the form attached as Exhibit B to the Disclosure Statement Order);

 c. A printed copy of the appropriate Ballot(s) and voting instructions for the voting class in which the creditor is entitled to vote:

   i. Class 2 Ballot (Frontier Secured Claim) ("**Class 2 Ballot**") (substantially in the form attached as Exhibit A to the Disclosure Statement Order);

   ii. Class 7 Ballot (Convenience Claims) ("**Class 7 Ballot**") (substantially in the form attached as Exhibit A to the Disclosure Statement Order);

   iii. Class 8 Ballot (General Unsecured Claims) ("**Class 8 Ballot**") (substantially in the form attached as Exhibit A to the Disclosure Statement Order);

   iv. Class 9 Ballot (Subordinated Claims) ("**Class 9 Ballot**") (substantially in the form attached as Exhibit A to the Disclosure Statement Order);

   v. Class 10 Ballot (Class B/C Limited Partnership Interests) ("**Class 10 Ballot**") (substantially in the form attached as Exhibit A to the Disclosure Statement Order); and

   vi. Class 11 Ballot (Class A Limited Partnership Interests) ("**Class 11 Ballot**") (substantially in the form attached as Exhibit A to the Disclosure Statement Order)

 d. A pre-addressed, postage pre-paid return envelope (the "**Return Envelope**").

5. The Non-Voting Package consists of the following documents:

 a. *Notice of Non-Voting Status with Respect to Unimpaired Classes Deemed to Accept the Plan* (the "**Notice of Non-Voting Status**") (substantially in the form attached as Exhibit C to the Disclosure Statement Order); and

 b. Confirmation Hearing Notice.

6. On or before December 1, 2020, links to the following documents were made available on the public access website of www.kccllc.net/hcmlp:

 a. Confirmation Hearing Notice;

      b. Plan;

      c. Disclosure Statement;

      d. Disclosure Statement Order; and

      e. Notice of Non-Voting Status.

7. On January 11, 2021, at my direction and under my supervision, employees of KCC caused the Confirmation Hearing Notice to be served per postal forwarding address via First Class Mail to the party on the service list attached hereto as **Exhibit A**.

Dated: January 15, 2021

/s/ Cerene Credo
Cerene Credo
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

# EXHIBIT A

**Exhibit A**
Creditor Matrix
Served via First Class Mail

| CreditorName | Address |
|---|---|
| Saehler, Christopher J. | Address on File |