## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) |
|  | ) Case No. 19-34054 (SGJ) |
| Debtor. | ) |
|  | ) |

## <u>CERTIFICATE OF SERVICE</u>

I, Vincent Trang, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the above-captioned case.

On January 9, 2021, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service lists attached hereto as **Exhibit A**, **Exhibit B** and **Exhibit C**; and, on January 11, 2021, via First Class Mail upon the service lists attached hereto as **Exhibit D**, **Exhibit E** and **Exhibit F**:

- **Amended Notice of Hearing** [Docket No. 1714]

Furthermore, on January 11, 2021, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit D**:

- **Order Granting Consolidated Monthly and Second Interim Application of Wilmer Cutler Pickering Hale and Dorr LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Regulatory and Compliance Counsel for the Period July 1, 2020 Through November 30, 2020** [Docket No. 1715]

Furthermore, on January 11, 2021, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit G**; and via First Class Mail upon the service lists attached hereto as **Exhibit D** and **Exhibit H**:

- **Amended Notice of (I) Hearing to Confirm Plan and (II) Related Important Dates** [Docket No. 1718]

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

Furthermore, on January 11, 2021, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit I**; via Overnight Mail upon the service list attached hereto as **Exhibit J**; and via First Class Mail upon the service lists attached hereto as **Exhibit D** and **Exhibit K**:

- **Second Notice of (I) Executory Contracts and Unexpired Leases to be Assumed by the Debtor Pursuant to the Fifth Amended Plan, (II) Cure Amounts, if Any, and (III) Related Procedures in Connection Therewith** [Docket No. 1719]

Furthermore, on January 12, 2021, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit L**; via Overnight Mail upon the service list attached hereto as **Exhibit M**; and via First Class Mail upon the service list attached hereto as **Exhibit N**:

- **Second Notice of (I) Executory Contracts and Unexpired Leases to be Assumed by the Debtor Pursuant to the Fifth Amended Plan, (II) Cure Amounts, if Any, and (III) Related Procedures in Connection Therewith** [Docket No. 1719]

Furthermore, on January 11, 2021, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit D** and **Exhibit E**:

- **Amended Notice of Hearing on Motion of HarbourVest Pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure for Temporary Allowance of Claims for Purposes of Voting to Accept or Reject the Plan** [Docket No. 1720]

Furthermore, on January 11, 2021, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service lists attached hereto as **Exhibit A**, **Exhibit B** and **Exhibit C**; via First Class Mail upon the service lists attached hereto as **Exhibit D** and **Exhibit E**; and on January 12, 2021, via First Class Mail upon the service list attached hereto as **Exhibit F**:

- **Debtor's Witness and Exhibit list with Respect to Hearing to be Held on January 14, 2021** [Docket No. 1722]

Dated: January 15, 2021

/s/ Vincent Trang
Vincent Trang
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

# EXHIBIT A

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Chad Timmons, Larry R. Boyd, Emily M. Hahn | ctimmons@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| Counsel for NexBank | Alston & Bird LLP | Jared Slade | jared.slade@alston.com |
| Counsel for NexBank | Alston & Bird LLP | Jonathan T. Edwards | jonathan.edwards@alston.com |
| Counsel to Jefferies LLC | Ashby & Geddes, P.A. | William P. Bowden, Esq., Michael D. DeBaecke, Esq. | mdebaecke@ashbygeddes.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") | Baker & Mckenzie LLP | Debra A. Dandeneau | debra.dandeneau@bakermckenzie.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") | Baker & Mckenzie LLP | Michelle Hartmann | michelle.hartmann@bakermckenzie.com |
| Counsel for NWCC, LLC | Barnes & Thornburg LLP | Thomas G. Haskins, Jr. | jwelton@btlaw.com; lwohlford@btlaw.com |
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Blank Rome LLP | John E. Lucian, Josef W. Mintz | mintz@blankrome.com; jbibiloni@blankrome.com |
| Counsel to James Dondero | Bonds Ellis Eppich Schafer Jones LLP | D. Michael Lynn, John Y. Bonds, III, Bryan C. Assink | michael.lynn@bondsellis.com; john@bondsellis.com; bryan.assink@bondsellis.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Counsel for UBS Securities LLC and UBS AG, London Branch | Butler Snow LLP | Martin A. Sosland and Candice M. Carson | martin.sosland@butlersnow.com; candice.carson@butlersnow.com |
| Counsel to Integrated Financial Associates Inc. | Carlyon Cica Chtd. | Candace C. Carlyon, Esq., Tracy M. Osteen, Esq. | ccarlyon@carlyoncica.com; tosteen@carlyoncica.com |
| Counsel to the Intertrust Entities and the CLO Entities | Chipman, Brown, Cicero & Cole, LLP | Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Creditor | Cole, Schotz, Meisel, Forman & Leonard, P.A. | Michael D. Warner, Esq. | mwarner@coleschotz.com |
| Counsel to Siepe LLC | Condon Tobin Sladek Thornton PLLC | J. Seth Moore | smoore@ctstlaw.com |
| Counsel for Patrick Daugherty ("Mr. Daugherty") | Cross & Simon LLC | Michael L. Vild, Esquire | mvild@crosslaw.com |
| Counsel to Jefferies LLC | Dentons US LLP | Lauren Macksoud, Esq. | lauren.macksoud@dentons.com |
| Counsel to Jefferies LLC | Dentons US LLP | Patrick C. Maxcy, Esq. | patrick.maxcy@dentons.com |
| Secured Creditor | Frontier State Bank | Attn: Steve Elliot | selliott@frontier-ok.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Frost Brown Todd LLC | Mark A. Platt | mplatt@fbtlaw.com |
| Counsel to Alvarez & Marsal CRF Management LLC as Investment Manager of the Highland Crusader Funds | Gibson, Dunn & Crutcher LLP | Marshall R. King, Esq., Michael A. Rosenthal, Esq. & Alan Moskowitz, Esq. | mking@gibsondunn.com; mrosenthal@gibsondunn.com; amoskowitz@gibsondunn.com |
| Counsel to Alvarez & Marsal CRF Management LLC as Investment Manager of the Highland Crusader Funds | Gibson, Dunn & Crutcher LLP | Matthew G. Bouslog, Esq. | mbouslog@gibsondunn.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel for the Dugaboy Investment Trust and Get Good Trust | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | ddraper@hellerdraper.com; lcollins@hellerdraper.com; gbrouphy@hellerdraper.com |
| Equity Holders | Hunter Mountain Investment Trust | c/o Rand Advisors LLC | Jhonis@RandAdvisors.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Crescent TC Investors, L.P. | Jackson Walker L.L.P. | Michael S. Held | mheld@jw.com |
| Secured Creditor | Jefferies LLC | Director of Compliance | cbianchi@jefferies.com |
| Secured Creditor | Jefferies LLC | Office of the General Counsel | cbianchi@jefferies.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Jenner & Block LLP | Marc B. Hankin, Richard Levin | mhankin@jenner.com; rlevin@jenner.com |
| Counsel for CCS Medical, Inc. | Jones Day | Amanda Rush | arush@jonesday.com |
| Counsel to the Issuers (group of 25 separate Cayman issuers of loan) | Jones Walker LLP | Joseph E. Bain, Amy K. Anderson | jbain@joneswalker.com; aanderson@joneswalker.com |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Artoush Varshosaz | artoush.varshosaz@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | James A. Wright III | james.wright@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Stephen G. Topetzes | stephen.topetzes@klgates.com |
| Counsel to CLO Holdco, Ltd. | Kane Russell Coleman Logan PC | John J. Kane | jkane@krcl.com |
| Counsel for Highland CLO Funding Ltd. | King & Spalding LLP | Paul R. Bessette | pbessette@kslaw.com |
| Counsel to BET Investments II, L.P. | Kurtzman Steady, LLC | Jeffrey Kurtzman, Esq. | Kurtzman@kurtzmansteady.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Asif Attarwala | asif.attarwala@lw.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Jeffrey E. Bjork | jeff.bjork@lw.com |
| Counsel to Coleman County TAD, Kaufman County, Upshur County, Fannin CAD, Tarrant County, Grayson County, Allen ISD, Dallas County, Irving ISD, and Rockwall CAD | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller, Laurie A. Spindler | dallas.bankruptcy@publicans.com |
| Counsel for Jack Yang and Brad Borud | Loewinsohn Flegle Deary Simon LLP | Daniel P. Winikka | danw@lfdslaw.com |
| Creditor | Lynn Pinker Cox & Hurst, L.L.P. | Michael K. Hurst, Esq. | mhurst@lynnllp.com |
| Equity Holders | Mark K. Okada | | mokadadallas@gmail.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Morris, Nichols, Arsht & Tunnell LLP | Curtis S. Miller, Kevin M. Coen | rdehney@mnat.com; cmiller@mnat.com |
| Counsel to Meta-e Discovery, LLC | Morrison Cohen LLP | Joseph T. Moldovan, Esq. & Sally Siconolfi, Esq. | bankruptcy@morrisoncohen.com |
| Bank | NexBank | John Danilowicz | john.holt@nexbankcapital.com |
| Counsel to California Public Employees' Retirement System ("CalPERS") | Nixon Peabody LLP | Louis J. Cisz, III, Esq. | lcisz@nixonpeabody.com |
| SEC Headquarters | Office of General Counsel | Securities & Exchange Commission | SECBankruptcy-OGC-ADO@SEC.GOV |
| US Trustee for Northern District of TX | Office of the United States Trustee | Lisa L. Lambert, Esq | lisa.l.lambert@usdoj.gov |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | John A. Morris and Gregory V. Demo | jmorris@pszjlaw.com; gdemo@pszjlaw.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Maxim B. Litvak | mlitvak@pszjlaw.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill | rpachulski@pszjlaw.com; jpomerantz@pszjlaw.com; ikharasch@pszjlaw.com; joneill@pszjlaw.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill | rpachulski@pszjlaw.com; jpomerantz@pszjlaw.com; ikharasch@pszjlaw.com; joneill@pszjlaw.com |
| Pension Benefit Guaranty Corporation ("PBGC") | Pension Benefit Guaranty Corporation | Michael I. Baird | baird.michael@pbgc.gov; efile@pbgc.gov |
| Counsel to City of Garland, Garland ISD, Wylie ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Linda D. Reece | lreece@pbfcm.com |
| Delaware counsel to Alvarez & Marsal CRF Management LLC | Potter Anderson & Corroon LLP | Jeremy W. Ryan, Esq., R. Stephen McNeill, Esq. & D. Ryan Slaugh, Esq. | jryan@potteranderson.com; rmcneill@potteranderson.com; rslaugh@potteranderson.com |
| Secured Creditor | Prime Brokerage Services | Jefferies LLC | cbianchi@jefferies.com |
| Counsel to Patrick Daugherty | Spencer Fane LLP | Jason P. Kathman | jkathman@spencerfane.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Richards, Layton & Finger PA | Michael J. Merchant, Sarah E. Silveira | merchant@rlf.com; silveira@rlf.com |
| Counsel to Hunter Mountain Trust | Rochelle McCullough, LLP | E. P. Keiffer | pkeiffer@romclaw.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") | Ross & Smith, PC | Judith W. Ross, Frances A. Smith, Eric Soderlund | judith.ross@judithwross.com; frances.smith@judithwross.com; eric.soderlund@judithwross.com |
| Counsel to the Intertrust Entities and the Issuers (group of 25 separate Cayman issuers of loan) | Schulte Roth & Zabel LLP | David J. Karp, James V. Williams III | david.karp@srz.com; jay.williams@srz.com |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| SEC Regional Office | Securities & Exchange Commission | Andrew Calamari, Regional Director | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger, Regional Director | philadelphia@sec.gov |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Charles M. Person, Juliana Hoffman | preid@sidley.com; pmontgomery@sidley.com; cpersons@sidley.com; jhoffman@sidley.com |
| DE Secretary of State | State of Delaware | Division of Corporations - Franchise Tax | dosdoc_bankruptcy@state.de.us |
| Counsel to the Hunter Mountain Trust ("Hunter") | Sullivan Hazeltine Allinson LLC | William A. Hazeltine, Esq. | whazeltine@sha-llc.com |
| Equity Holders | The Dugaboy Investment Trust | | gscott@myersbigel.com |
| Equity Holders | The Mark and Pamela Okada Family Trust - Exempt Trust #1 | | mokadadallas@gmail.com |
| Equity Holders | The Mark and Pamela Okada Family Trust - Exempt Trust #2 | | mokadadallas@gmail.com |
| Counsel to the United States Internal Revenue Service | U.S. Department of Justice, Tax Division | David G. Adams | david.g.adams@usdoj.gov |
| United States Attorney General | United States Attorney General | U.S. Department of Justice | askdoj@usdoj.gov |
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Winstead PC | Rakhee V. Patel, Phillip Lamberson | rpatel@winstead.com; plamberson@winstead.com; achiarello@winstead.com |
| Counsel for Frank Waterhouse, Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz, and Thomas Surgent (the "Employees") | Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Counsel for Frank Waterhouse, Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz, and Thomas Surgent (the "Employees") | Winston & Strawn LLP | Attn: Katherine A. Preston | kpreston@winston.com |
| Counsel for Frank Waterhouse, Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz, and Thomas Surgent (the "Employees") | Winston & Strawn LLP | Attn: Thomas M. Melsheimer; Natalie L. Arbaugh | tmelsheimer@winston.com; narbaugh@winston.com |
| Counsel to Official Committee of Unsecured Creditors | Young Conaway Stargatt & Taylor, LLP | Michael R. Nestor, Edmon L. Morton, Sean M. Beach, Esq., Jaclyn C. Weissgerber, Esq. | bankfilings@ycst.com; mnestor@ycst.com; emorton@ycst.com; sbeach@ycst.com; jweissgerber@ycst.com |

# EXHIBIT B

**Exhibit B**
Affected Parties
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to HarbourVest | Crowe & Dunlevy, P.C. | Vickie L. Driver | vickie.driver@crowedunlevy.com |
| Counsel to HarbourVest | Debevoise & Plimpton LLP | Erica S. Weisgerber, M. Natasha Labovitz, Daniel E. Stroik | nlabovitz@debevoise.com; eweisgerber@debevoise.com; destroik@debevoise.com |

# EXHIBIT C

**Exhibit C**
Affected Parties
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to James Dondero | Bonds Ellis Eppich Schafer | D. Michael Lynn, John Y. Bonds, III, John T. Wilson, IV, Bryan C. Assink | michael.lynn@bondsellis.com; john@bondsellis.com; john.wilson@bondsellis.com; bryan.assink@bondsellis.com |
| Counsel for the Dugaboy Investment Trust and Get Good Trust | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | ddraper@hellerdraper.com; lcollins@hellerdraper.com; gbrouphy@hellerdraper.com |
| Counsel to CLO Holdco, Ltd. | Kane Russell Coleman Logan PC | Joseph M. Coleman, John J. Kane | jcoleman@krcl.com; jkane@krcl.com |

Highland Capital Management, L.P.
Case No. 19-34054

# EXHIBIT D

**Exhibit D**
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Bank | BBVA | Michael Doran | 8080 North Central Expressway | Suite 1500 | | Dallas | TX | 75206 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Secured Creditor | KeyBank National Association | as Administrative Agent | 225 Franklin Street, 18th Floor | | | Boston | MA | 02110 |
| Secured Creditor | KeyBank National Association | as Agent | 127 Public Square | | | Cleveland | OH | 44114 |
| Texas Attorney General | Office of the Attorney General | Ken Paxton | 300 W. 15th Street | | | Austin | TX | 78701 |
| Attorney General of the United States | Office of the Attorney General | | Main Justice Building, Room 5111 | 10th & Constitution Avenue, N.W. | | Washington | DC | 20530 |
| US Attorneys Office for Northern District of TX | Office of the United States Attorney | Erin Nealy Cox, Esq | 1100 Commerce Street, 3rd Floor | | | Dallas | TX | 75202 |
| TX Comptroller of Public Accounts | State Comptroller of Public Accounts | Revenue Accounting Division-Bankruptcy Section | PO Box 13258 | | | Austin | TX | 78711 |
| Equity Holders | Strand Advisors, Inc. | | 300 Crescent Court | Suite 700 | | Dallas | TX | 75201 |
| TX AG Office | Texas Attorney Generals Office | Bankruptcy-Collections Division | PO Box 12548 | | | Austin | TX | 78711-2548 |
| U.S. Department of the Treasury | US Department of the Treasury | Office of General Counsel | 1500 Pennsylvania Avenue, NW | | | Washington | DC | 20220 |
| Delaware Division of Revenue | Zillah A. Frampton | Bankruptcy Administrator | Delaware Division of Revenue | Carvel State Office Building, 8th Floor | 820 N. French Street | Wilmington | DE | 19801 |

# EXHIBIT E

**Exhibit E**
Affected Parties
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to HarbourVest | Crowe & Dunlevy, P.C. | Vickie L. Driver | 2525 McKinnon Street, Suite 425 | Dallas | TX | 75201 |
| Counsel to HarbourVest | Debevoise & Plimpton LLP | Erica S. Weisgerber, M. Natasha Labovitz, Daniel E. Stroik | 919 Third Avenue | New York | NY | 10022 |

# EXHIBIT F

**Exhibit F**
Affected Parties
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to James Dondero | Bonds Ellis Eppich Schafer | D. Michael Lynn, John Y. Bonds, III, John T. Wilson, IV, Bryan C. Assink | 420 Throckmorton Street, Suite 1000 | Fort Worth | TX | 76102 |
| Counsel for the Dugaboy Investment Trust and Get Good Trust | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | 650 Poydras Street, Suite 2500 | New Orleans | LA | 70130 |
| Counsel to CLO Holdco, Ltd. | Kane Russell Coleman Logan PC | Joseph M. Coleman, John J. Kane | 901 Main Street, Suite 5200 | Dallas | TX | 75242-1699 |

# EXHIBIT G

**Exhibit G**
Affected Parties
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") | Baker & Mckenzie LLP | Debra A. Dandeneau | debra.dandeneau@bakermckenzie.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") | Baker & Mckenzie LLP | Michelle Hartmann | michelle.hartmann@bakermckenzie.com |
| Counsel for James Dondero | Bonds Ellis Eppich Schafer Jones LLP | D. Michael Lynn, John Y. Bonds, III, Joshua N. Eppich, J. Robertson Clarke | michael.lynn@bondsellis.com; john@bondsellis.com; joshua@bondsellis.com; robbie.clarke@bondsellis.com |
| Counsel for Jefferies LLC | Butler Snow LLP | Martin Sosland, Candice Carson | martin.sosland@butlersnow.com; candice.carson@butlersnow.com |
| Counsel for Pension Benefit Guaranty Corporation | Crowe & Dunlevy, P.C. | Vickie L. Driver | vickie.driver@crowedunlevy.com |
| Counsel for Patrick Daugherty | Debevoise & Plimpton LLC | M. Natasha Labovitz, Erica S. Weisgerber, Daniel E. Stroik | nlabovitz@debevoise.com; eweisgerber@debevoise.com; destroik@debevoise.com |
| Counsel for HarbourVest, et al. | Dentons US LLP | Casey Doherty | casey.doherty@dentons.com |
| Counsel for Jefferies LLC | Dentons US LLP | Patrick C. Maxcy, Lauren Macksoud, | patrick.maxcy@dentons.com; lauren.macksoud@dentons.com |
| Counsel for the Redeemer Committee of the Highland Crusader Fund | Frost Brown Todd LLC | Mark A. Platt | mplatt@fbtlaw.com |
| Counsel for the Dugaboy Investment Trust and Get Good Trust | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | ddraper@hellerdraper.com; lcollins@hellerdraper.com; gbrouphy@hellerdraper.com |
| Counsel for the Redeemer Committee of the Highland Crusader Fund | JENNER AND BLOCK, LLP | Marc B. Hankin, Richard Levin | MHankin@jenner.com |
| Counsel for UBS Securities LLC and UBS AG, London Branch | JENNER AND BLOCK, LLP | Terri L. Mascherin | TMascherin@jenner.com |
| Counsel for Meta-e Discovery, LLC | K&L Gates LLP | A. Lee Hogewood, III | Lee.hogewood@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Artoush Varshosaz | artoush.varshosaz@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Stephen G. Topetzes | stephen.topetzes@klgates.com |
| Counsel to CLO Holdco, Ltd. | Kane Russell Coleman Logan PC | Joseph M. Coleman, John J. Kane | jcoleman@krcl.com; jkane@krcl.com |
| Counsel for Acis Capital Management, L.P and Acis Capital Management GP, LLC | Latham & Watkins LLP | Andrew Clubok, Sarah Tomkowiak | andrew.clubok@lw.com; sarah.tomkowiak@lw.com |
| Counsel for the Redeemer Committee of the Highland Crusader Fund | Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | jeff.bjork@lw.com; kim.posin@lw.com |
| Attorneys for Dallas County, Counsel for Dallas County, City of Allen, Allen ISD, City of Richardson and Kaufman County | Linebarger Goggan Blair & Sampson LLP | Laurie A. Spindler | dallas.bankruptcy@publicans.com; Laurie.Spindler@lgbs.com |
| Counsel for Jack Yang and Brad Borud | Loewinsohn Flegle Deary Simon LLP | Daniel P. Winikka | danw@lfdslaw.com |
| Counsel For The Official Committee Of Unsecured Creditors | McCollom D'Emilio Smith Uebler LLC | Thomas A. Uebler, Joseph L. Christensen | tuebler@mdsulaw.com; jchristensen@mdsulaw.com |
| Counsel for Meta-e Discovery, LLC | Morrison Cohen LLP | Joseph T. Moldovan | bankruptcy@morrisoncohen.com |
| Counsel for James Dondero | Munsch Hardt Kopf & Harr, P.C. | Davor Rukavina, Julian P. Vasek | drukavina@munsch.com; jvasek@munsch.com |
| US Trustee for Northern District of TX | Office of the United States Trustee | Lisa L. Lambert, Esq | lisa.l.lambert@usdoj.gov |
| Counsel for Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | C. Paul Chalmers, Charles L. Finke, Lori A. Butler, Michael I. Baird, Faheem A. Mahmooth | baird.michael@pbgc.gov; efile@pbgc.gov |
| Attorneys for Dallas County, Counsel for Dallas County, City of Allen, Allen ISD, City of Richardson and Kaufman County | Pronske & Kathman, P.C. | Jason P. Kathman | jkathman@pronskepc.com |
| Counsel for Jack Yang and Brad Borud | Rogge Dunn Group, PC | Brian P. Shaw | shaw@roggedunngroup.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") | Ross & Smith, PC | Judith W. Ross, Frances A. Smith, Eric Soderlund | judith.ross@judithwross.com; frances.smith@judithwross.com; eric.soderlund@judithwross.com |

**Exhibit G**
Affected Parties
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel For The Official Committee Of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Dennis Twomey | mclemente@sidley.com; alyssa.russell@sidley.com; |
| Counsel For The Official Committee Of Unsecured Creditors | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Charles M. Person, | preid@sidley.com; pmontgomery@sidley.com; cpersons@sidley.com |
| Counsel to the United States Internal Revenue Service | U.S. Department of Justice, Tax Division | David G. Adams | david.g.adams@usdoj.gov |
| Counsel for the Dugaboy Investment Trust and Get Good Trust | Umari Zugaro, PLLC | Basil A. Umari | bumari@umari-zugaro.com |
| Counsel to the United States Internal Revenue Service | US Attorney's Office for the Northern District of Texas | Erin Nearly Cox, Donna K. Webb | donna.webb@usdoj.gov |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") | Wick Phillips Gould & Martin, LLP | Jason M. Rudd, Lauren K. Drawhorn | jason.rudd@wickphillips.com; lauren.drawhorn@wickphillips.com |
| Counsel for Acis Capital Management, L.P and Acis Capital Management GP, LLC | Winstead PC | Rakhee V. Patel, Annmarie Chiarello | rpatel@winstead.com; achiarello@winstead.com |

# EXHIBIT H

**Exhibit H**
Affected Parties
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") | Baker & Mckenzie LLP | Debra A. Dandeneau | 452 Fifth Ave | | New York | NY | 10018 |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") | Baker & Mckenzie LLP | Michelle Hartmann | 1900 North Pearl | Suite 1500 | Dallas | TX | 75201 |
| | Bonds Ellis Eppich Schafer Jones LLP | D. Michael Lynn, John Y. Bonds, III, Joshua N. Eppich, J. Robertson Clarke | 420 Throckmorton Street, Suite 1000 | | Fort Worth | TX | 76102 |
| Counsel for Jefferies LLC | Butler Snow LLP | Martin Sosland, Candice Carson | 2911 Turtle Creek Blvd. | Suite 1400 | Dallas | TX | 75219 |
| Counsel for Pension Benefit Guaranty Corporation | Crowe & Dunlevy, P.C. | Vickie L. Driver | 2525 McKinnon Street, Suite 425 | | Dallas | TX | 75201 |
| Counsel for Patrick Daugherty | Debevoise & Plimpton LLC | M. Natasha Labovitz, Erica S. Weisgerber, Daniel E. Stroik | 919 Third Avenue | | New York | NY | 10022 |
| Counsel for HarbourVest, et al. | Dentons US LLP | Casey Doherty | 1221 McKinney Street, Suite 1900 | | Houston | TX | 77010-2006 |
| Counsel for Jefferies LLC | Dentons US LLP | Patrick C. Maxcy, Lauren Macksoud, | 233 South Wacker Drive, Suite 5900 | | Chicago | IL | 60606-6361 |
| Counsel for the Redeemer Committee of the Highland Crusader Fund | Frost Brown Todd LLC | Mark A. Platt | 2101 Cedar Springs Road, Suite 900 | | Dallas | TX | 75201 |
| Counsel for the Dugaboy Investment Trust and Get Good Trust | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | 650 Poydras Street, Suite 2500 | | New Orleans | LA | 70130 |
| Counsel for the Redeemer Committee of the Highland Crusader Fund | JENNER AND BLOCK, LLP | Marc B. Hankin, Richard Levin | 919 Third Avenue | | New York | NY | 10022-3908 |
| Counsel for UBS Securities LLC and UBS AG, London Branch | JENNER AND BLOCK, LLP | Terri L. Mascherin | 353 North Clark Street | | Chicago | IL | 60654-3456 |
| Counsel for Meta-e Discovery, LLC | K&L Gates LLP | A. Lee Hogewood, III | 4350 Lassiter at North Hills Ave., Suite 300 | | Raleigh | NC | 27609 |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Artoush Varshosaz | 1717 Main Street, Suite 2800 | | Dallas | TX | 75201 |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Stephen G. Topetzes | 1601 K Street, NW | | Washington | DC | 20006-1600 |
| Counsel to CLO Holdco, Ltd. | Kane Russell Coleman Logan PC | Joseph M. Coleman, John J. Kane | 901 Main Street, Suite 5200 | Bank of America Plaza | Dallas | TX | 75202 |
| Counsel for Acis Capital Management, L.P and Acis Capital Management GP, LLC | Latham & Watkins LLP | Andrew Clubok, Sarah Tomkowiak | 555 Eleventh Street, NW, Suite 1000 | | Washington | DC | 20004 |
| Counsel for the Redeemer Committee of the Highland Crusader Fund | Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | 355 South Grand Avenue, Suite 100 | | Los Angeles | CA | 90071 |
| Attorneys for Dallas County, Counsel for Dallas County, City of Allen, Allen ISD, City of Richardson and Kaufman County | Linebarger Goggan Blair & Sampson LLP | Laurie A. Spindler | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 |
| Counsel for Jack Yang and Brad Borud | Loewinsohn Flegle Deary Simon LLP | Daniel P. Winikka | 12377 Merit Drive, Suite 900 | | Dallas | TX | 75251 |

**Exhibit H**
Affected Parties
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel For The Official Committee Of Unsecured Creditors | McCollom D'Emilio Smith Uebler LLC | Thomas A. Uebler, Joseph L. Christensen | Little Falls Centre Two | 2751 Centerville Road, Suite 401 | Wilmington | DE | 19808 |
| Counsel for Meta-e Discovery, LLC | Morrison Cohen LLP | Joseph T. Moldovan | 909 Third Avenue | | New York | NY | 10022 |
| Counsel for James Dondero | Munsch Hardt Kopf & Harr, P.C. | Davor Rukavina, Julian P. Vasek | 3800 Ross Tower | 500 N. Akard Street | Dallas | TX | 75202-2790 |
| US Trustee for Northern District of TX | Office of the United States Trustee | Lisa L. Lambert, Esq | 1100 Commerce Street, Room 976 | Earle Cabell Federal Building | Dallas | TX | 75242 |
| Counsel for Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | C. Paul Chalmers, Charles L. Finke, Lori A. Butler, Michael I. Baird, Faheem A. Mahmooth | 1200 K Street, N.W. | | Washington | D.C. | 20005 |
| Attorneys for Dallas County, Counsel for Dallas County, City of Allen, Allen ISD, City of Richardson and Kaufman County | Pronske & Kathman, P.C. | Jason P. Kathman | 2701 Dallas Pkwy, Suite 590 | | Plano | TX | 75093 |
| Counsel for Jack Yang and Brad Borud | Rogge Dunn Group, PC | Brian P. Shaw | 500 N. Akard Street, Suite 1900 | | Dallas | TX | 75201 |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") | Ross & Smith, PC | Judith W. Ross, Frances A. Smith, Eric Soderlund | 700 North Pearl Street, Suite 1610 | | Dallas | TX | 75201 |
| Counsel For The Official Committee Of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Dennis Twomey | One South Dearborn Street | | Chicago | IL | 60603 |
| Counsel For The Official Committee Of Unsecured Creditors | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Charles M. Person, | 2021 McKinney Avenue Suite 2000 | | Dallas | TX | 75201 |
| Counsel to the United States Internal Revenue Service | U.S. Department of Justice, Tax Division | David G. Adams | 717 N. Harwood St., Suite 400 | | Dallas | TX | 75201 |
| Counsel for the Dugaboy Investment Trust and Get Good Trust | Umari Zugaro, PLLC | Basil A. Umari | 1403 Eberhard | | Houston | TX | 77019 |
| Counsel to the United States Internal Revenue Service | US Attorney's Office for the Northern District of Texas | Erin Nearly Cox, Donna K. Webb | 1100 Commerce St. Suite 300 | | Dallas | TX | 75242 |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") | Wick Phillips Gould & Martin, LLP | Jason M. Rudd, Lauren K. Drawhorn | 3131 McKinney Avenue, Suite 100 | | Dallas | TX | 75204 |
| Counsel for Acis Capital Management, L.P and Acis Capital Management GP, LLC | Winstead PC | Rakhee V. Patel, Annmarie Chiarello | 500 Winstead Building | 2728 N. Harwood Street | Dallas | TX | 75201 |

# EXHIBIT I

**Exhibit I**
Affected Parties
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| CLO Holdco, Ltd. | Myers Bigel P.A. | gscott@myersbigel.com |
| HarbourVest, et al. | Crowe & Dunlevy, P.C. | vickie.driver@crowedunlevy.com |
| HarbourVest, et al. | Debevoise & Plimpton LLP | nlabovitz@debevoise.com; eweisgerber@debevoise.com; destroik@debevoise.com |
| Highland Capital Management Services, Inc. | Attn Director or Officer | fwaterhouse@highlandcapital.com |
| Highland CLO Funding Ltd. | King & Spalding LLP | pbessette@kslaw.com |
| JHT Holdings, Inc. | Attn: Christopher Reehl | creehl@jhtholdings.com |
| PAUS2 (Investments) GP Ltd. | Attn: Eric Pedde | Eric.pedde@aimco.alberta.ca |

# EXHIBIT J

**Exhibit J**
Affected Parties
Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| American Banknote Corporation | Attention: Patrick J. Gentile | 560 Sylvan Avenue | | | Englewood Cliffs | NJ | 07632 | |
| Carey Holdings, Inc. | Attention: General Counsel | 4530 Wisconsin Avenue, N.W., 5th Floor | | | Washington | DC | 20016 | |
| Cornerstone Healthcare Group Holding, Inc. | Attn: Michael Brohm | 13455 Noel Road, Suite 1320 | | | Dallas | TX | 75240 | |
| ENA Capital, LLC | Attn: Steve Ellman and Bob Kauffman | Ellman Management Group, Inc. | 4040 E. Camelback Road, Suite 250 | | Phoenix | AZ | 85018 | |
| Hewett's Island CLO 1-R, Ltd. | c/o Acis Capital Management | Winstead PC | Rakhee V. Patel, Phillip Lamberson | 2728 N. Harwood Street, Suite 500 | Dallas | TX | 75201 | |
| Hewett's Island CLO 1-R, Ltd. | c/o Acis Capital Management | Blank Rome LLP | John E. Lucian, Josef W. Mintz | 1201 N. Market Street, Suite 800 | Wilmington | DE | 19801 | |
| Highland CLO Funding Ltd. | King & Spalding LLP | Paul R. Bessette | 500 West 2nd St., Suite 1800 | | Austin | TX | 78701-4684 | |
| Highland CLO Funding, Ltd | | First Floor, Dorey Court, Admiral Park | St Peter Port | | Guernsey | | GY1 6HJ | Channel Islands |
| JHT Holdings, Inc. | Attn: Christopher Reehl | 10801 Corporate Drive | PO Box 581025 | | Pleasant Prairie | WI | 53158 | |
| PAUS2 (Investments) GP Ltd. | Attn: Eric Pedde | c/o Alberta Investment Management Corporation | 1100-10830 Jasper Avenue | | Edmonton | AB | T5J2B3 | Canada |
| Petrocap Incentive Partners III GP, LLC | Attn: Lane Britain | Petrocap Incentive Holdings III, LP | 3333 Lee Parkway, Suite 750 | | Dallas | TX | 75219 | |
| Petrocap Partners II GP, LLC | Attn: Lane Britain | Petrocap Incentive Partners II, LP | 3333 Lee Parkway, Suite 750 | | Dallas | TX | 75219 | |
| Progenics Pharmaceuticals, Inc. | Attn: CEO | 777 Old Saw Mill Road | | | Tarrytown | NY | 10591 | |

# EXHIBIT K

**Exhibit K**
Affected Parties
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Hewett's Island CLO 1-R, Ltd. | c/o Acis Capital Management | Two Galleria Tower | 13455 Noel Road, Suite 1300 | Dallas | TX | 75240 |
| HFP GP, LLC | Attn Highland Capital Management, L.P. as sole member | Two Galleria Tower | 13455 Noel Road, Suite 1300 | Dallas | TX | 75240 |
| HFP GP, LLC | Attn Highland Capital Management, L.P. as sole member | 300 Crescent Court Ste 700 | | Dallas | TX | 75201 |
| Highland Capital Insurance Solutions GP, LLC | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | Dallas | TX | 75240 |
| Highland Capital Insurance Solutions LP | | 300 Crescent Ct | Ste 700 | Dallas | TX | 75201 |
| Highland Capital Management Services, Inc. | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | Dallas | TX | 75240 |
| Highland Capital Management Services, Inc. | | 300 Crescent Court, Suite 700 | | Dallas | TX | 75201 |
| Highland CDO Opportunity Fund GP, LLC | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | Dallas | TX | 75240 |
| Highland CLO Funding Ltd | | 300 Crescent Ct | Ste 700 | Dallas | TX | 75201 |
| Highland Credit Opportunities CDO GP, LLC | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | Dallas | TX | 75240 |
| Highland Dynamic Income Fund GP, LLC | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | Dallas | TX | 75240 |
| Highland Employee Retention Assets LLC | | 13455 Noel Rd | Ste 800 | Dallas | TX | 75240 |
| Highland Employee Retention Assets, LLC | Attn James Dondero | Two Galleria Tower | 13455 Noel Road, Suite 1300 | Dallas | TX | 75240 |
| Highland Fund Holdings, LLC | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | Dallas | TX | 75240 |
| Highland GP Holdings LLC | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | Dallas | TX | 75240 |
| Highland Multi Strategy Credit Fund GP, L.P. | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | Dallas | TX | 75240 |
| Highland Multi-Strategy Fund GP, L.P. | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | Dallas | TX | 75240 |

**Exhibit K**
Affected Parties
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Highland Multi-Strategy Master Fund, L.P. | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | Dallas | TX | 75240 |
| Highland Principal Opportunities GP, LLC | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | Dallas | TX | 75240 |
| Highland Restoration Capital Partners GP, LLC | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | Dallas | TX | 75240 |
| Highland Select Equity Fund GP, LLC | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | Dallas | TX | 75240 |
| LEE BLACKWELL PARKER, III | | 300 Crescent Court, Suite 700 | | Dallas | TX | 75201 |
| Penant Management GP, LLC | c/o Highland Capital Management, L.P. | Two Galleria Tower | 13455 Noel Road, Suite 1300 | Dallas | TX | 75240 |
| Penant Management GP, LLC | c/o Highland Capital Management, L.P. | 300 Crescent Court Ste 700 | | Dallas | TX | 75201 |
| Red River CLO Ltd.; Highland Special Opportunities Holding Company; U.S. Bank National Association | Highland Special Opp. Holding Company | 2 Galleria Towers 13455 Noel Road | Suite 1300 | Dallas | TX | 75240 |
| Strand Advisors Inc. | | 300 Crescent Court | | Dallas | TX | 75201 |

# EXHIBIT L

**Exhibit L**
Affected Parties
Served via Electronic Mail

| CreditorName | Email |
|---|---|
| HARBOURVEST 2017 GLOBAL AIF L.P. | mpugatch@harbourvest.com |
| HARBOURVEST 2017 GLOBAL FUND L.P. | mpugatch@harbourvest.com |
| HARBOURVEST DOVER STREET IX INVESTMENT | mpugatch@harbourvest.com |
| HARBOURVEST SKEW BASE AIF L.P. | mpugatch@harbourvest.com |
| HV INTERNATIONAL VIII SECONDARY L.P. | mpugatch@harbourvest.com |

# EXHIBIT M

**Exhibit M**

Affected Parties

Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Aberdeen Loan Funding, Ltd. and State Street Bank and Trust Company | Aberdeen Loan Funding, Ltd. c/o Walkers SPV Limited, Walker House | 87 Mary Street | | | George Town | Grand Cayman | KY1-9902 | Cayman Islands |
| Aberdeen Loan Funding, Ltd. and State Street Bank and Trust Company | State Street Bank and Trust Company | 200 Clarendon St | | Mail Code: EUC 108 | Boston | MA | 02116 | |
| American Banknote Corporation | | PO BOX 1931 | | | Columbia | TN | 38402 | |
| Brentwood CLO Ltd., et al. | Brentwood CLO Ltd et al | Joseph E Bain | Jones Walker LLP | 811 Main St Suite 2900 | Houston | TX | 77002 | US |
| Brentwood CLO, Ltd.; Investors Bank & Trust Company | Brentwood CLO, Ltd. c/o Maples Finance Limited | P.O. Box 1093GT | Queensgate House, South Church Street, George Town | The Directors | Grand Cayman | Cayman Island | | Cayman Island |
| Brentwood CLO, Ltd.; Investors Bank & Trust Company | Investors Bank & Trust Company | 200 Claredon Street | | CDO Services - Brentwood CLO, Ltd | | MA | 02116 | |
| CenturyLink Communications, LLC | | 1801 California Street | | | Denver | CO | 80202 | |
| Citigroup Financial Products Inc.; Citigroup Global Markets Inc. | Citigroup Global Markets Inc. | 390 Greenwich Street | 4th Floor | Managing Director, Global Structured Credit Products | | NY | 10013 | |
| CLO Holdco, Ltd. | CLO Holdco Ltd | John J Kane | Kane Russell Coleman Logan PC | 901 Main Street Suite 5200 | Dallas | TX | 75202 | US |
| CLO Holdco, Ltd. | Myers Bigel P.A. | Grant Scott, Director | 4140 Park Lake Ave, Ste 600 | | Raleigh | NC | 27612 | |
| CLO Holdco, Ltd. | | 190 Elgin Avenue | George Town | Grand Cayman | | | KY1-9005 | Cayman Islands |
| Cornerstone Healthcare Group Holding Inc | David Smith | 3030 Ross Ave | Ste 5400 | | Dallas | TX | 75201 | |
| DUO Security | | 170 West Tasman Dr | | | San Jose | CA | 95134 | |
| Eastland CLO, Ltd. | Eastland CLO Ltd. c/o/ Ogier Fiduciary Services (Cayman) Limited | P.O. Box 1093GT | Queensgate House, South Church Street | The Directors | George Town, Grand Cayman | | KY1-1108 | Cayman Islands |
| Eastland CLO, Ltd. and Investors Bank and Trust Company | Eastland CLO Ltd. c/o Ogier Fiduciary Services (Cayman) Limited | P.O. Box 1234 | Queensgate House | The Directors-Eastland CLO, Ltd. | George Town | Grand Cayman | KY1-1108 | Cayman Islands |
| Eastland CLO, Ltd. and Investors Bank and Trust Company | Investors Bank and Trust Company (Attn: CDO Services Group; Ref: Eastland CLO | 200 Clarendon St | | Mail Code: EUC 108 | Boston | MA | 02116 | |
| Gleneagles CLO, Ltd.; JPMorgan Chase Bank, National Association | JPMorgan Chase Bank, National Association | 600 Travis | 50th Floor | Worldwide Securities Services - Gleneagles CLO, Ltd. Telecopy: (713) 216-2101 | Houston | TX | 77002 | |
| GoDaddy | | 14455 N. Hayden Rd. | Ste. 219 | | Scottsdale | AZ | 85260 | |
| Grayson CLO, Ltd. | Grayson CLO Ltd. c/o Ogier Fiduciary Services (Cayman) Limited | P.O. Box 1093GT | Queensgate House, South Church Street | The Directors | George Town, Grand Cayman | | | Cayman Islands |
| Grayson CLO, Ltd.; Investors Bank & Trust Company | Investors Bank and Trust Company c/o Ogier Fiduciary Services (Cayman) Limited | P.O. Box 1234 | Queensgate House South Church Street | The Directors - Grayson CLO, Ltd. | George Town | Grand Cayman | KY1-1108 | Cayman Islands |
| Greenbriar CLO, Ltd. and State Street Bank and Trust Company | Greenbriar CLO, Ltd. c/o Maples Finance Limited | P.O.Box 1093GT | Boundary Hall Cricket Square | | George Town | Grand Cayman | KY1-9902 | Cayman Islands |

**Exhibit M**
Affected Parties
Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Greenbriar CLO, Ltd. and State Street Bank and Trust Company | State Street Bank and Trust Company (Attn: CDO Services Group | 200 Clarendon St | | Mail Code: EUC 108 | Boston | MA | 02116 | |
| HarbourVest 2017 Global AIF L.P. | HarbourVest 2017 Global AIF LP | Attn Erica Weisgerber | Debevoise and Plimpton LLP | 919 Third Avenue | New York | NY | 10022 | US |
| HarbourVest 2017 Global AIF L.P. | HarbourVest 2017 Global AIF LP | co HarbourVest Partners LLC | One Financial Center | | Boston | MA | 02111 | US |
| HARBOURVEST 2017 GLOBAL AIF L.P. | | One Financial Centre, 44th Floor | | | Boston | MA | 02111- | |
| HarbourVest 2017 Global Fund L.P. | HarbourVest 2017 Global Fund LP | Attn Erica Weisgerber | Debevoise and Plimpton LLP | 919 Third Avenue | New York | NY | 10022 | US |
| HarbourVest 2017 Global Fund L.P. | HarbourVest 2017 Global Fund LP | co HarbourVest Partners LLC | One Financial Center | | Boston | MA | 02111 | US |
| HARBOURVEST 2017 GLOBAL FUND L.P. | | One Financial Centre, 44th Floor | | | Boston | MA | 02111- | |
| HarbourVest Dover Street IX Investment L.P. | HarbourVest Dover Street IX Investment LP | co HarbourVest Partners LLC | One Financial Center | | Boston | MA | 02111 | US |
| Harbourvest Dover Street IX Investment, LP | | One Financial Centre, 44th Floor | | | Boston | MA | 02111- | |
| HARBOURVEST SKEW BASE AIF L.P. | | One Financial Centre, 44th Floor | | | Boston | MA | 02111- | |
| HarbourVest, et al. | Crowe & Dunlevy, P.C. | Vickie L. Driver | 2525 McKinnon Street, Suite 425 | | Dallas | TX | 75201 | |
| HarbourVest, et al. | Debevoise & Plimpton LLP | Erica S. Weisgerber, M. Natasha Labovitz, Daniel E. Stroik | 919 Third Avenue | | New York | NY | 10022 | |
| Highland CDO and Structured Products Fund, Ltd.; Citigroup Financial Products Inc.; JPMorgan Chase Bank | Citigroup Financial Products Inc. | 390 Greenwich Street | | Doug Warren | New York | NY | 10013 | |
| Highland CDO and Structured Products Fund, Ltd.; Citigroup Financial Products Inc.; JPMorgan Chase Bank | JPMorgan Chase Ban | 600 Travis Street | 50th Floor | ITS-Greg Sheehan | | TX | 77002 | |
| Highland CDO Opportunity Fund, Ltd.; IXIS Financial Products Inc.; JPMorgan Chase Bank, National Association | JPMorgan Chase Bank | 600 Travis Street | 50th Floor | WSS-Greg Sheehan | | TX | 77002 | |
| Highland Loan Fund, Ltd. et al | | PO Box 309 | Ugland House South Church Street | Grand Cayman | Cayman Island | | KY1-1104 | Grand Cayman |
| Highland Multi Strategy Credit Fund GP LP | c o The Corporation Trust Company | 1209 Orange St | | | Wilmington | DE | 19801 | |
| Highland Park CDO I, Ltd. | Moody's Investors Service, Inc. | 99 Church Street | | | New York | NY | 10041 | |
| Highland Park CDO I, Ltd. | Standard & Poor's Ratings Services | 55 Water Street | 41 st Floor | Commercial Mortgage Surveillance Group and CDO Surveillance | New York | NY | 10041 | |
| Highland Park CDO I, Ltd.; The Bank of New York Trust Company, National Association | Highland Park CDO I, Ltd.: c/o Maples Finance Limited | P.O. Box 1093GT | Queensgate House, South Church Street, George Town | The Directors | Cayman Island | | | Cayman Island |

**Exhibit M**
Affected Parties
Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Highland Park CDO I, Ltd.; The Bank of New York Trust Company, National Association | The Bank of New York Trust Company, National Association | 601 Travis | 16th Fl | | Houston | TX | 77002 | |
| Highland Restoration Capital Partners Offshore LP | c o Intertrust Cayman | 190 Elgin Ave | George Town | | Grand Cayman | | KY1-9005 | Cayman Islands |
| HV INTERNATIONAL VIII SECONDARY L.P. | | One Financial Centre, 44th Floor | | | Boston | MA | 02111- | |
| Intex Solutions, Inc. | | 110 A Street | | | Needham | MA | 02494 | |
| Jasper CLO Ltd. | Jasper CLO Ltd. c/o Maples Finance Limited | Queensgate House, South Church Street, George Town | | P.O. Box 1093GT | Grand Cayman | Cayman Island | | Cayman Island |
| Jasper CLO Ltd. | JPMorgan Chase Bank | 600 Travis Street | 50th Floor | Worldwide Securities Services - Jasper CLO Ltd. | Houston | TX | 77002 | |
| Jasper CLO Ltd.; JPMorgan Chase Bank, National Association | Jasper CLO Ltd. c/o Maples Finance Limited | Queensgate House, South Church Street, George Town | | P.O. Box 1093GT | Grand Cayman | Cayman Island | | Cayman Island |
| Jasper CLO Ltd; MMP-5 Funding, LLC; and IXIS Financial Products Inc. | Jasper CLO Ltd. | PO Box 1234 Queengate House | South Church Street | The Directors | Grand Cayman | Cayman Island | | Cayman Island |
| Liberty CLO Ltd. | JPMorgan Chase Bank | 600 Travis Street | 50th Floor | Worldwide Securities Services-Liberty CLO, Ltd. | | TX | 77002 | |
| Liberty CLO Ltd. | Liberty CLO, Ltd. c/o Walkers SPV Limited | Walker House, PO Box 908GT, Mary Street | George Town, Grand Cayman | The Directors | Grand Cayman | Cayman Island | | Cayman Island |
| Mxtoolbox | | 12710 Research Blvd | Ste 225 | | Austin | TX | 78759 | |
| Onelogin | | 848 Battery Street | | | San Francisco | CA | 94111 | |
| Pam Capital Funding LP/Ranger Asset Mgt LP | | PO Box 309 | | | Cayman Island | | KY1-1104 | Grand Cayman |
| Pamco Cayman Ltd./Ranger Asset Mgt LP | | PO Box 309 | | | Cayman Island | | KY1-1104 | Grand Cayman |
| QUEST IRA, INC., FBO HUNTER COVITZ, ACCT. # x9811 | | 17171 Park Row #100 | | | Houston | TX | 77084 | |
| QUEST IRA, INC., FBO JON POGLITSCH, ACCT. # x0612 | | 17171 Park Row #100 | | | Houston | TX | 77084 | |
| QUEST IRA, INC., FBO LEE B. PARKER III, ACCT. # x8311 | | 17171 Park Row #100 | | | Houston | TX | 77084 | |
| QUEST IRA, INC., FBO NEIL DESAI, ACCT. # x9211 | | 17171 Park Row #100 | | | Houston | TX | 77084 | |
| Red River CLO Ltd c/o Ogier Fiduciary Services (Cayman) Limited | Attention: The Directors | P.O.Box 1234, | Queensgate House South Church Street | George Town | Grand Cayman | | KY1-1108 | Cayman Islands |
| Red River CLO Ltd. et al | U.S. Bank National Association Corportate Trust Services/CDO Department | One Federal Street, Third Floor | | | Boston | MA | 02110- | |
| Red River CLO Ltd.; Grand Central Asset Trust | LaSalle Bank N.A. | 181 West Madison Street | Suite 3200 | CDO Trust Services - Janet Haaek | Chicago | IL | 60602 | |
| Red River CLO Ltd.; Grand Central Asset Trust | LaSalle Bank N.A., as Collateral Administrator | 181 West Madison Street | Suite 3200 | CDO Trust Services - Roy Hykal | Chicago | IL | 60602 | |
| Red River CLO Ltd.; Grand Central Asset Trust | U.S. Bank, National Association | One Federal Street | 3rd Floor | Mr. Jackson Carneiro | Boston | MA | 02110 | |

**Exhibit M**
Affected Parties
Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Red River CLO Ltd.; Highland Special Opportunities Holding Company; U.S. Bank National Association | LaSalle Bank N.A., as Collateral Administrator | 181 West Madison Street | Suite 3200 | CDO Trust Services - Maciej Zurawski | Chicago | IL | 60602 | |
| Red River CLO Ltd.; Highland Special Opportunities Holding Company; U.S. Bank National Association | U.S. Bank, National Association | One Federal Street | Third Floor | Mr. Jackson Carneiro | Boston | MA | 02110 | |
| Red River CLO Ltd.; MMP-5 Funding, LLC; IXIS Financial Products Inc. | IXIS Financial Products Inc. | 9 West 57th Street | 36th Floor | | New York | NY | 10019 | |
| Red River CLO Ltd.; MMP-5 Funding, LLC; IXIS Financial Products Inc. | MMP-5 Funding, LLC | 120 White Plains Road | Suite 115 | | Tarrytown | NY | 10591 | |
| Red River CLO Ltd.; U.S. Bank National Association; IXIS Financial Products Inc. | Red River CLO Ltd. Address: c/o Ogier Fiduciary Services (Cayman) Limited | P.O. Box 1234 | Queensgate House South Church Street | Red River CLO Ltd. | George Town | Grand Cayman | KY1-1108 | Cayman Islands |
| Red River CLO, Ltd. | Red River CLO Ltd. c/o Ogier Fiduciary Services (Cayman) limited | P.O. Box 1093GT | Queensgate House, South Church Street | The Directors | George Town, Grand Cayman | | | Cayman Islands |
| Red River CLO, Ltd.; U.S. Bank National Association | U.S. Bank National Association Corportate Trust Services/CDO Department | One Federal Street | Third Floor | Ref: Red River CLO Ltd.; Red River CLO Ltd. c/o Ogier Fiduciary Services (Cayman) Limited | Boston | MA | 02110 | |
| Red River CLO, Ltd.; U.S. Bank National Association | | P.O. Box 1234 | Queensgate House South Church Street | The Directors - Red River | George Town | Grand Cayman | KY1-1108 | Cayman Islands |
| Rockwall CDO II, Ltd.; Investors Bank & Trust Company | Investors Bank & Trust Company | 200 Claredon Street | | CDO Services Group | | MA | 02116 | |
| Rockwall CDO II, Ltd.; Investors Bank & Trust Company | Rockwall CDO II Ltd. c/o Maples Finance Limited | P.O. Box 1093GT, Boundary Hall | Cricket Square George Town, Grand Cayman | Attention: The Directors-Stratford CLO Ltd. | Grand Cayman | Cayman Island | | Cayman Island |
| Rockwall CDO Ltd. | c/o Maples Finance Limited | P.O. Box 1093GT | Queensgate House South Church Street | The Directors | George Town | Grand Cayman | | Grand Cayman |
| Rockwall CDO Ltd; JPMorgan Chase Bank, National Association | JPMorgan Chase Bank | 600 Travis Street | 50th Floor | Worldwide Securities Services-Rockwall CDO Ltd. | | TX | 77002 | |
| Salomon Smith Barney Inc.; Highland Loan Funding V Ltd. | Highland Loan Funding V Ltd | P.O. Box 1093 GT | Queensgate House South Church Street | The Directors | George Town | Grand Cayman | KY1-1108 | Cayman Islands |
| Salomon Smith Barney Inc.; Highland Loan Funding V Ltd. | Salomon Smith Barney | 390 Greenwich Street | 4th Floor | FI Structured Products Group | New York | NY | 10013-2396 | |
| Southfork CLO Ltd.; JPMorgan Chase Bank, National Association | Attention: The Directors-Stratford CLO Ltd. | Queensgate House, South Church Street, George Town | | P.O. Box 1093GT | Grand Cayman | Cayman Island | | Cayman Island |
| Southfork CLO Ltd.; JPMorgan Chase Bank, National Association | JPMorgan Chase Bank | 600 Travis Street | 50th Floor | Institutional Trust Services-Southfork CLO Ltd. | | TX | 77002 | |
| Stratford CLO Ltd.; State Street Bank and Trust Company | State Street Bank and Trust Company | 200 Claredon Street | | CDO Services Group, Ref: Stratford CLO Ltd. | | MA | 02116 | |
| Stratford CLO Ltd.; State Street Bank and Trust Company | Stratford CLO Ltd. | P.O. Box 1093GT, Boundary Hall | Cricket Square George Town, Grand Cayman | Attention: The Directors-Stratford CLO Ltd. | Grand Cayman | Cayman Island | | Cayman Island |

**Exhibit M**
Affected Parties
Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Valhalla CLO, Ltd.; JPMorgan Chase Bank | JPMorgan Chase Bank | 390 Greenwich Street | 4th Floor | Institutional Trust Services - Valhalla CLO, Ltd. | | NY | 10013 | |
| Valhalla CLO, Ltd.; JPMorgan Chase Bank | Valhalla CLO, Ltd. c/o Walkers SPY Limited | Walker House, PO Box 908GT, Mary Street | George Town, Grand Cayman | The Directors | Grand Cayman | Cayman Island | | Cayman Island |
| Westchester CLO, Ltd. | Westchester CLO, Ltd. | P.O. Box 1093GT | Queensgate House, South Church Street | The Directors | | | | Cayman Islands, British West Indies |
| Westchester CLO, Ltd.; Investors Bank & Trust Company | Investors Bank & Trust Company | 200 Claredon Street | | COO Services Group Ref: Westchester CLO, Ltd.; | | MA | 02116 | |

# EXHIBIT N

**Exhibit N**
Affected Party
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Highland CDO & Structured Products Fund Ltd | Attn Director or Officer | 13455 Noel Rd Suite 1300 | Dallas | TX | 75240 |