


CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 13, 2021**

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| | ) | |
| Debtor. | ) | **Related to Docket No. 1545** |
| | ) | |

## ORDER GRANTING HAYWARD & ASSOCIATES PLLC'S THIRD INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2020 THROUGH SEPTEMBER 30, 2020

Having considered *Hayward & Associates PLLC's Third Interim Application for Compensation and Reimbursement of Expenses for the Period from July 1, 2020 through September 30, 2020* [Docket No. 1545] (the "Application")[2] filed by Hayward & Associates PLLC ("H&A"), local counsel for the debtor and debtor-in-possession (the "Debtor") in the above-captioned chapter 11 bankruptcy case (the "Bankruptcy Case"), for the time period from

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

[2] Capitalized terms not otherwise defined herein have the same meanings ascribed to them in the Application.

July 1, 2020 through September 30, 2020 (the "Compensation Period"), the Court finds that (i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334; (ii) the Application presents a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the Application and an opportunity for a hearing on the Application has been given and no other or further notice is necessary; (iv) as evidenced by that certain *Certificate of No Objection* appearing at docket no. 1659 in the Bankruptcy Case, no party-in-interest filed any objection or response to the Application; and (v) good and sufficient cause exists for granting the relief requested in the Application. It is therefore **ORDERED THAT:**

1. The Application is **GRANTED**.

2. H&A is granted interim allowance of compensation in the amount of $82,325.00 during the Compensation Period.

3. H&A is granted interim allowance of reimbursement for expenses incurred in the amount of $1,972.63 during the Compensation Period.

4. Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 141] entered on December 4, 2019, the Debtor is hereby authorized and directed to remit payment to H&A of such allowed compensation and expense reimbursements totaling $84,297.63, less any and all amounts previously paid to H&A on account of such fees and expenses.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

### END OF ORDER ###

United States Bankruptcy Court
Northern District of Texas

In re: Case No. 19-34054-sgj
Highland Capital Management, L.P. Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: cecker      Page 1 of 10
Date Rcvd: Jan 13, 2021      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Hayward & Associates PLLC, 10501 N. Central Expwy., Ste 106, Dallas, TX 75231-2203 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Lee Hogewood, III | on behalf of Interested Party Highland Capital Management Fund Advisors L.P. lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;courtney.ritter@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party NexPoint Advisors L.P. lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;courtney.ritter@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| Alyssa Russell | on behalf of Creditor Committee Official Committee of Unsecured Creditors alyssa.russell@sidley.com |
| Amanda Melanie Rush | on behalf of Interested Party CCS Medical Inc. asrush@jonesday.com |
| Amy K. Anderson | |

| | |
|---|---|
| | on behalf of Creditor Issuer Group aanderson@joneswalker.com lfields@joneswalker.com |
| Andrew Clubok | on behalf of Interested Party UBS AG London Branch andrew.clubok@lw.com |
| Andrew Clubok | on behalf of Interested Party UBS Securities LLC andrew.clubok@lw.com |
| Annmarie Antoniette Chiarello | on behalf of Creditor Acis Capital Management L.P. achiarello@winstead.com |
| Annmarie Antoniette Chiarello | on behalf of Creditor Acis Capital Management GP LLC achiarello@winstead.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Fixed Income Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party NexPoint Capital Inc. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party NexPoint Advisors L.P. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Global Allocation Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Capital Management Fund Advisors L.P. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Small-Cap Equity Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party NexPoint Real Estate Strategies Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Opportunistic Credit Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Funds II and its series artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Income Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Socially Responsible Equity Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Total Return Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Healthcare Opportunities Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland/iBoxx Senior Loan ETF artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Funds I and its series artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party NexPoint Strategic Opportunities Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Merger Arbitrage Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Asif Attarwala | on behalf of Interested Party UBS AG London Branch asif.attarwala@lw.com |
| Asif Attarwala | on behalf of Interested Party UBS Securities LLC asif.attarwala@lw.com |
| Basil A. Umari | on behalf of Interested Party Meta-e Discovery LLC BUmari@dykema.com, pelliott@dykema.com |
| Bojan Guzina | on behalf of Creditor Committee Official Committee of Unsecured Creditors bguzina@sidley.com |
| Brian Patrick Shaw | on behalf of Creditor Joshua Terry shaw@roggedunngroup.com cashion@roggedunngroup.com;jones@roggedunngroup.com |
| Brian Patrick Shaw | |

Case 19-34054-sgj11 Doc 1763 Filed 01/15/21 Entered 01/15/21 23:30:29 Page 5 of 12

| | | |
|---|---|---|
| District/off: 0539-3 | User: cecker | Page 3 of 10 |
| Date Rcvd: Jan 13, 2021 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Jennifer G. Terry shaw@roggedunngroup.com cashion@roggedunngroup.com;jones@roggedunngroup.com |
| Brian Patrick Shaw | |
| | on behalf of Creditor Acis Capital Management GP LLC shaw@roggedunngroup.com, cashion@roggedunngroup.com;jones@roggedunngroup.com |
| Brian Patrick Shaw | |
| | on behalf of Creditor Acis Capital Management L.P. shaw@roggedunngroup.com, cashion@roggedunngroup.com;jones@roggedunngroup.com |
| Bryan C. Assink | |
| | on behalf of Interested Party James Dondero bryan.assink@bondsellis.com |
| Bryan C. Assink | |
| | on behalf of Defendant James D. Dondero bryan.assink@bondsellis.com |
| Bryan C. Assink | |
| | on behalf of Creditor The Dugaboy Investment Trust bryan.assink@bondsellis.com |
| Candice Marie Carson | |
| | on behalf of Interested Party UBS AG London Branch Candice.Carson@butlersnow.com |
| Candice Marie Carson | |
| | on behalf of Interested Party UBS Securities LLC Candice.Carson@butlersnow.com |
| Casey William Doherty, Jr. | |
| | on behalf of Interested Party Jefferies LLC casey.doherty@dentons.com dawn.brown@dentons.com;Docket.General.Lit.DAL@dentons.com;Melinda.sanchez@dentons.com |
| Chad D. Timmons | |
| | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com |
| Charles Martin Persons, Jr. | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors cpersons@sidley.com |
| Daniel P. Winikka | |
| | on behalf of Interested Party Jack Yang danw@lfdslaw.com craigs@lfdslaw.com,dawnw@lfdslaw.com,ivys@lfdslaw.com |
| Daniel P. Winikka | |
| | on behalf of Interested Party Brad Borud danw@lfdslaw.com craigs@lfdslaw.com,dawnw@lfdslaw.com,ivys@lfdslaw.com |
| David Neier | |
| | on behalf of Creditor Frank Waterhouse Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent dneier@winston.com, dcunsolo@winston.com;david-neier-0903@ecf.pacerpro.com |
| David G. Adams | |
| | on behalf of Creditor United States (IRS) david.g.adams@usdoj.gov southwestern.taxcivil@usdoj.gov;dolores.c.lopez@usdoj.gov |
| David Grant Crooks | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors dcrooks@foxrothschild.com etaylor@foxrothschild.com,jsagui@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com |
| David Grant Crooks | |
| | on behalf of Creditor PensionDanmark Pensionsforsikringsaktieselskab dcrooks@foxrothschild.com etaylor@foxrothschild.com,jsagui@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com |
| David Grant Crooks | |
| | on behalf of Debtor Highland Capital Management L.P. dcrooks@foxrothschild.com, etaylor@foxrothschild.com,jsagui@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com |
| Davor Rukavina | |
| | on behalf of Interested Party Highland Healthcare Opportunities Fund drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Interested Party Highland Small-Cap Equity Fund drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Interested Party NexPoint Real Estate Strategies Fund drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Defendant Highland Income Fund drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Interested Party Highland Global Allocation Fund drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Interested Party Highland Funds I and its series drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Defendant Highland Capital Management Fund Advisors L.P. drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Interested Party NexPoint Advisors L.P. drukavina@munsch.com |

Case 19-34054-sgj11 Doc 1763 Filed 01/15/21 Entered 01/15/21 23:30:29 Page 6 of 12

| | | |
|---|---|---|
| District/off: 0539-3 | User: cecker | Page 4 of 10 |
| Date Rcvd: Jan 13, 2021 | Form ID: pdf012 | Total Noticed: 1 |

Davor Rukavina
    on behalf of Defendant NexPoint Capital Inc. drukavina@munsch.com

Davor Rukavina
    on behalf of Interested Party Highland Fixed Income Fund drukavina@munsch.com

Davor Rukavina
    on behalf of Interested Party Highland Total Return Fund drukavina@munsch.com

Davor Rukavina
    on behalf of Interested Party Highland Opportunistic Credit Fund drukavina@munsch.com

Davor Rukavina
    on behalf of Interested Party Highland Income Fund drukavina@munsch.com

Davor Rukavina
    on behalf of Interested Party Highland Funds II and its series drukavina@munsch.com

Davor Rukavina
    on behalf of Interested Party NexPoint Strategic Opportunities Fund drukavina@munsch.com

Davor Rukavina
    on behalf of Interested Party Highland Merger Arbitrage Fund drukavina@munsch.com

Davor Rukavina
    on behalf of Interested Party Highland Socially Responsible Equity Fund drukavina@munsch.com

Davor Rukavina
    on behalf of Interested Party NexPoint Capital Inc. drukavina@munsch.com

Davor Rukavina
    on behalf of Interested Party Highland Capital Management Fund Advisors L.P. drukavina@munsch.com

Davor Rukavina
    on behalf of Defendant NexPoint Strategic Opportunities Fund drukavina@munsch.com

Davor Rukavina
    on behalf of Interested Party Highland/iBoxx Senior Loan ETF drukavina@munsch.com

Davor Rukavina
    on behalf of Defendant NexPoint Advisors L.P. drukavina@munsch.com

Dennis M. Twomey
    on behalf of Creditor Committee Official Committee of Unsecured Creditors dtwomey@sidley.com

Donna K. Webb
    on behalf of Creditor Pension Benefit Guaranty Corporation donna.webb@usdoj.gov
    brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov

Douglas J. Schneller
    on behalf of Creditor Contrarian Funds LLC douglas.schneller@rimonlaw.com

Douglas S. Draper
    on behalf of Creditor The Dugaboy Investment Trust ddraper@hellerdraper.com
    dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Douglas S. Draper
    on behalf of Creditor Get Good Trust ddraper@hellerdraper.com
    dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Edmon L. Morton
    on behalf of Creditor Committee Official Committee of Unsecured Creditors emorton@ycst.com

Edwin Paul Keiffer
    on behalf of Creditor Hunter Mountain Investment Trust pkeiffer@romclaw.com bwallace@romclaw.com

Edwin Paul Keiffer
    on behalf of Creditor Beacon Mountain LLC pkeiffer@romclaw.com, bwallace@romclaw.com

Edwin Paul Keiffer
    on behalf of Creditor Atlas IDF GP, LLC pkeiffer@romclaw.com, bwallace@romclaw.com

Edwin Paul Keiffer
    on behalf of Creditor Rand PE Fund Management LLC pkeiffer@romclaw.com, bwallace@romclaw.com

Edwin Paul Keiffer
    on behalf of Defendant Hunter Mountain Investment Trust pkeiffer@romclaw.com bwallace@romclaw.com

Edwin Paul Keiffer
    on behalf of Creditor Atlas IDF LP pkeiffer@romclaw.com, bwallace@romclaw.com

Edwin Paul Keiffer
    on behalf of Creditor Rand PE Fund I LP pkeiffer@romclaw.com, bwallace@romclaw.com

District/off: 0539-3     User: cecker     Page 5 of 10
Date Rcvd: Jan 13, 2021     Form ID: pdf012     Total Noticed: 1

| Name | Representation |
|---|---|
| Edwin Paul Keiffer | on behalf of Creditor John Honis pkeiffer@romclaw.com bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Interested Party Hunter Mountain Trust pkeiffer@romclaw.com bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor Rand Advisors LLC pkeiffer@romclaw.com, bwallace@romclaw.com |
| Elizabeth Weller | on behalf of Creditor Irving ISD dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Tarrant County dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Fannin CAD dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Grayson County dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Dallas County dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Rockwall CAD dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Kaufman County dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Coleman County TAD dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Upshur County dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Allen ISD dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com |
| Eric A. Soderlund | on behalf of Creditor Scott Ellington Thomas Surgent, Frank Waterhouse, Isaac Leventon eric.soderlund@judithwross.com |
| Eric A. Soderlund | on behalf of Creditor Frank Waterhouse Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent eric.soderlund@judithwross.com |
| Faheem A. Mahmooth | on behalf of Creditor Pension Benefit Guaranty Corporation mahmooth.faheem@pbgc.gov efile@pbgc.gov |
| Frances Anne Smith | on behalf of Creditor Scott Ellington Thomas Surgent, Frank Waterhouse, Isaac Leventon frances.smith@judithwross.com, michael.coulombe@judithwross.com |
| Gregory Getty Hesse | on behalf of Spec. Counsel Hunton Andrews Kurth LLP ghesse@HuntonAK.com amckenzie@HuntonAK.com;tcanada@HuntonAK.com;creeves@HuntonAK.com |
| Gregory V. Demo | on behalf of Debtor Highland Capital Management L.P. gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com |
| Gregory V. Demo | on behalf of Creditor Committee Official Committee of Unsecured Creditors gdemo@pszjlaw.com jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com |
| Greta M. Brouphy | on behalf of Creditor Get Good Trust gbrouphy@hellerdraper.com dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com |
| Greta M. Brouphy | on behalf of Creditor The Dugaboy Investment Trust gbrouphy@hellerdraper.com dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com |
| Hayley R. Winograd | on behalf of Debtor Highland Capital Management L.P. hwinograd@pszjlaw.com |
| Holland N. O'Neil | on behalf of Spec. Counsel Foley Gardere Foley & Lardner LLP honeil@foley.com, jcharrison@foley.com;acordero@foley.com |
| J. Seth Moore | |

Case 19-34054-sgj11 Doc 1763 Filed 01/15/21    Entered 01/15/21 23:30:29    Page 8 of 12

| District/off: 0539-3 | User: cecker | Page 6 of 10 |
|---|---|---|
| Date Rcvd: Jan 13, 2021 | Form ID: pdf012 | Total Noticed: 1 |

on behalf of Creditor Siepe LLC smoore@ctstlaw.com, jsteele@ctstlaw.com

Jaclyn C. Weissgerber
on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com jweissgerber@ycst.com

James Robertson Clarke
on behalf of Interested Party James Dondero robbie.clarke@bondsellis.com

Jared M. Slade
on behalf of Interested Party NexBank jared.slade@alston.com

Jason Alexander Enright
on behalf of Creditor Acis Capital Management L.P. jenright@winstead.com

Jason Alexander Enright
on behalf of Creditor Acis Capital Management GP LLC jenright@winstead.com

Jason Patrick Kathman
on behalf of Defendant Patrick Hagaman Daugherty jkathman@spencerfane.com
gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com

Jason Patrick Kathman
on behalf of Creditor Patrick Daugherty jkathman@spencerfane.com
gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com

Jason Patrick Kathman
on behalf of Creditor Todd Travers jkathman@spencerfane.com
gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com

Jason Patrick Kathman
on behalf of Creditor Paul Kauffman jkathman@spencerfane.com
gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com

Jason Patrick Kathman
on behalf of Creditor Davis Deadman jkathman@spencerfane.com
gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com

Jason Patrick Kathman
on behalf of Defendant Patrick Daugherty jkathman@spencerfane.com
gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com

Jason S. Brookner
on behalf of Creditor Gray Reed & McGraw LLP jbrookner@grayreed.com lwebb@grayreed.com;acarson@grayreed.com

Jeffrey Kurtzman
on behalf of Creditor BET Investments II L.P. kurtzman@kurtzmansteady.com

Jeffrey Nathan Pomerantz
on behalf of Debtor Highland Capital Management L.P. jpomerantz@pszjlaw.com

John A. Morris
on behalf of Debtor Highland Capital Management L.P. jmorris@pszjlaw.com

John J. Kane
on behalf of Creditor CLO Holdco Ltd. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com

John J. Kane
on behalf of Defendant CLO Holdco Ltd. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com

John Y. Bonds, III
on behalf of Interested Party James Dondero john@bondsellis.com joyce.rehill@bondsellis.com

Jonathan D. Sundheimer
on behalf of Creditor NWCC LLC jsundhimer@btlaw.com

Jonathan T. Edwards
on behalf of Interested Party NexBank jonathan.edwards@alston.com

Joseph E. Bain
on behalf of Creditor Issuer Group JBain@joneswalker.com
kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com

Juliana Hoffman
on behalf of Creditor Committee Official Committee of Unsecured Creditors jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
on behalf of Debtor Highland Capital Management L.P. jhoffman@sidley.com,
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
on behalf of Financial Advisor FTI Consulting Inc. jhoffman@sidley.com,
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

| | |
|---|---|
| Juliana Hoffman | on behalf of Interested Party UBS Securities LLC jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Juliana Hoffman | on behalf of Interested Party UBS AG London Branch jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Kesha Tanabe | on behalf of Creditor Cedar Glade LP kesha@tanabelaw.com |
| Kimberly A. Posin | on behalf of Interested Party UBS AG London Branch kim.posin@lw.com colleen.rico@lw.com |
| Kimberly A. Posin | on behalf of Interested Party UBS Securities LLC kim.posin@lw.com colleen.rico@lw.com |
| Larry R. Boyd | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR lboyd@abernathy-law.com ljameson@abernathy-law.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Finance Inc. lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Multifamily Capital Trust Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Creditor Eagle Equity Advisors LLC lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party VineBrook Homes Trust, Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party MGM Holdings Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexBank Securities Inc. lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors VI L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Partners LLC lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexBank Title Inc. lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party Nexpoint Real Estate Capital LLC lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Creditor Advisors Equity Group LLC lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Hospitality Trust lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors VII L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors VIII L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors V L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |

| | | |
|---|---|---|
| District/off: 0539-3 | User: cecker | Page 8 of 10 |
| Date Rcvd: Jan 13, 2021 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| Lauren Kessler Drawhorn | on behalf of Interested Party NexBank lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors IV L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors II L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexBank Capital Inc. lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors III L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Residential Trust Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Laurie A. Spindler | on behalf of Creditor City of Allen Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor City of Richardson Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Allen ISD Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Dallas County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Grayson County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Kaufman County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Irving ISD Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Tarrant County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com |
| Leslie A. Collins | on behalf of Creditor Get Good Trust lcollins@hellerdraper.com |
| Leslie A. Collins | on behalf of Creditor The Dugaboy Investment Trust lcollins@hellerdraper.com |
| Linda D. Reece | on behalf of Creditor Wylie ISD lreece@pbfcm.com |
| Linda D. Reece | on behalf of Creditor Garland ISD lreece@pbfcm.com |
| Linda D. Reece | on behalf of Creditor City of Garland lreece@pbfcm.com |
| Lisa L. Lambert | on behalf of U.S. Trustee United States Trustee lisa.l.lambert@usdoj.gov |
| M. David Bryant, Jr. | on behalf of Interested Party Integrated Financial Associates Inc. dbryant@dykema.com, csmith@dykema.com |
| Mark A. Platt | on behalf of Interested Party Redeemer Committee of the Highland Crusader Fund mplatt@fbtlaw.com aortiz@fbtlaw.com |
| Martin A. Sosland | on behalf of Interested Party UBS AG London Branch martin.sosland@butlersnow.com ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com |
| Martin A. Sosland | on behalf of Interested Party UBS Securities LLC martin.sosland@butlersnow.com ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com |
| Matthew Gold | on behalf of Creditor Argo Partners courts@argopartners.net |
| Matthew A. Clemente | on behalf of Creditor Committee Official Committee of Unsecured Creditors mclemente@sidley.com |

| | | |
|---|---|---|
| District/off: 0539-3 | User: cecker | Page 9 of 10 |
| Date Rcvd: Jan 13, 2021 | Form ID: pdf012 | Total Noticed: 1 |

matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwomey@sidley.com

Megan Young-John
on behalf of Creditor Issuer Group myoung-john@porterhedges.com

Megan F. Clontz
on behalf of Creditor Patrick Daugherty mclontz@spencerfane.com  lvargas@spencerfane.com

Melissa S. Hayward
on behalf of Debtor Highland Capital Management  L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Michael I. Baird
on behalf of Interested Party Pension Benefit Guaranty Corporation baird.michael@pbgc.gov  efile@pbgc.gov

Michael I. Baird
on behalf of Creditor Pension Benefit Guaranty Corporation baird.michael@pbgc.gov  efile@pbgc.gov

Michael Scott Held
on behalf of Creditor Crescent TC Investors  L.P. mheld@jw.com, lcrumble@jw.com

Michelle E. Shriro
on behalf of Interested Party California Public Employees Retirement System (CalPERS) mshriro@singerlevick.com scotton@singerlevick.com;tguillory@singerlevick.com

Nicole Skolnekovich
on behalf of Interested Party Hunton Andrews Kurth LLP nskolnekovich@hunton.com plozano@huntonak.com;astowe@huntonak.com;creeves@huntonak.com

Paige Holden Montgomery
on behalf of Creditor Committee Official Committee of Unsecured Creditors pmontgomery@sidley.com txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com

Paige Holden Montgomery
on behalf of Plaintiff Official Committee of Unsecured Creditors pmontgomery@sidley.com txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com

Paul M. Lopez
on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com

Paul Richard Bessette
on behalf of Interested Party Highland CLO Funding  Ltd. pbessette@KSLAW.com, ccisneros@kslaw.com;jworsham@kslaw.com;kbryan@kslaw.com;jcarvalho@kslaw.com;rmatsumura@kslaw.com

Penny Packard Reid
on behalf of Creditor Committee Official Committee of Unsecured Creditors preid@sidley.com txefilingnotice@sidley.com;penny-reid-4098@ecf.pacerpro.com;ncade@sidley.com

Phillip L. Lamberson
on behalf of Creditor Acis Capital Management GP  LLC plamberson@winstead.com

Phillip L. Lamberson
on behalf of Creditor Acis Capital Management  L.P. plamberson@winstead.com

Rakhee V. Patel
on behalf of Creditor Acis Capital Management  L.P. rpatel@winstead.com, dgalindo@winstead.com;achiarello@winstead.com

Rakhee V. Patel
on behalf of Creditor Acis Capital Management GP  LLC rpatel@winstead.com, dgalindo@winstead.com;achiarello@winstead.com

Robert Joel Feinstein
on behalf of Debtor Highland Capital Management  L.P. rfeinstein@pszjlaw.com

Ryan E. Manns
on behalf of Interested Party UBS Securities LLC ryan.manns@nortonrosefulbright.com

Ryan E. Manns
on behalf of Interested Party UBS AG London Branch ryan.manns@nortonrosefulbright.com

Sean M. Beach
on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com  sbeach@ycst.com

Shawn M. Christianson
on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Thomas G. Haskins, Jr.
on behalf of Creditor NWCC  LLC thaskins@btlaw.com

Thomas M. Melsheimer
on behalf of Creditor Frank Waterhouse  Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent tmelsheimer@winston.com, tom-melsheimer-7823@ecf.pacerpro.com

District/off: 0539-3 | User: cecker | Page 10 of 10
Date Rcvd: Jan 13, 2021 | Form ID: pdf012 | Total Noticed: 1

| | |
|---|---|
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Vickie L. Driver | on behalf of Creditor HarbourVest et al Vickie.Driver@crowedunlevy.com crissie.stephenson@crowedunlevy.com;seth.sloan@crowedunlevy.com;elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |
| Warren Horn | on behalf of Creditor Get Good Trust whorn@hellerdraper.com dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com |
| Warren Horn | on behalf of Creditor The Dugaboy Investment Trust whorn@hellerdraper.com dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com |
| Zachery Z. Annable | on behalf of Debtor Highland Capital Management  L.P. zannable@haywardfirm.com |
| Zachery Z. Annable | on behalf of Other Professional Hayward & Associates PLLC zannable@haywardfirm.com |
| Zachery Z. Annable | on behalf of Plaintiff Highland Capital Management  L.P. zannable@haywardfirm.com |

TOTAL: 213