



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 14, 2021**

_____
**United States Bankruptcy Judge**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |

### ORDER APPROVING STIPULATION RESOLVING
### PROOF OF CLAIM NO. 166 FILED BY STINSON LEONARD STREET LLP

Upon consideration of the *Stipulation Resolving Proof of Claim No. 166 Filed by Stinson Leonard Street LLP* [Docket No. 1741] (the "Stipulation")[2] between Highland Capital Management, L.P. (the "Debtor") and claimant Stinson LLP, f/k/a Stinson Leonard Street LLP ("Stinson") resolving Stinson's Claim No. 166, in the above-captioned case, it is **HEREBY ORDERED THAT**:

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

[2] Capitalized terms used, but not otherwise defined herein, shall have the meanings ascribed to them in the Stipulation.

1. The Stipulation, a copy of which is attached hereto as **Exhibit A**, is approved.

2. Stinson's Claim No. 166 shall be reduced from $895,714.90 to $645,155.15 (the "Amended Amount") and shall not be subject to any objection, and will be treated as an allowed general unsecured claim under any chapter 11 plan confirmed in this case, not subject to further objection, offset, or avoidance under Chapter 5 of the Bankruptcy Code and shall be considered a Class 7 Claim under the *Debtor's Fifth Amended Plan of Reorganization* as may be amended or modified.

3. KCC, the court-appointed claims agent in this case shall, upon entry of an order approving this Stipulation, mark the claims register to reflect that Claim No. 166 is amended to reflect a nonpriority unsecured amount of $645,155.15.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###END OF ORDER###

**EXHIBIT A**

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
Maxim B. Litvak (Texas Bar No. 24002482)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Debtor and Debtor-in-Possession*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Debtor. | |

### STIPULATION RESOLVING PROOF OF CLAIM NO. 166
### FILED BY STINSON LEONARD STREET LLP

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

This Stipulation ("Stipulation") is entered into between Highland Capital Management, L.P. (the "Debtor") and claimant Stinson LLP, fka Stinson Leonard Street LLP ("Stinson"). The Debtor and Stinson shall also be referred to herein as a "Party" and collectively, the "Parties."

## RECITALS

**WHEREAS**, on October 16, 2019, Highland Capital Management, L.P. filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code 11 U.S.C. §§ 101 *et seq*., as amended, thereby initiating this bankruptcy case in the Bankruptcy Court for the District of Delaware, Case No. 19-12239 (CSS) (the "Delaware Court").

**WHEREAS**, on December 4, 2019, the Delaware Court entered an order transferring venue of the Debtor's bankruptcy case to this Court [Docket No. 186].[2]

**WHEREAS**, on April 8, 2020, Stinson filed a proof of claim identified as claim number 166 ("Claim No. 166") on the claims register on account of services performed pursuant to various engagement agreements and asserting a non-priority general unsecured claim in the amount of $895,714.90.

**WHEREAS**, the Parties desire to resolve Claim No. 166 on the terms stated herein without the further time and expense of litigation thereon.

## STIPULATION

**NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:**

1. The foregoing recitals are incorporated herein by reference as if set forth in full herein and are made an express part of this Stipulation.

2. This Stipulation is made expressly contingent upon its approval of, and entry of an order by, the Bankruptcy Court and, should the Stipulation not be approved and an order not be

---

[2] All docket numbers refer to the docket maintained by this Court.

2

entered, the Parties will be deemed to have returned to their respective positions immediately prior to the execution of this Stipulation without prejudice and with all rights and privileges reserved.

3. Stinson's Claim No. 166 shall be reduced from $895,714.90 to $645,155.15 (the "Allowed Claim"), shall not be subject to any objection, and will be treated as an allowed general unsecured claim under any chapter 11 plan confirmed in this case, not subject to further objection, offset, or avoidance under Chapter 5 of the Bankruptcy Code and shall be considered a Class 7 Claim under the *Debtor's Fifth Amended Plan of Reorganization*, as may be amended or modified, which is currently scheduled for a confirmation hearing on January 26, 2021.

4. Stinson shall not have or assert any claim other than the Allowed Claim.

5. KCC, the court-appointed claims agent in this case shall, upon entry of an order approving this Stipulation, mark the claims register to reflect that Claim No. 166 is amended to reflect a nonpriority unsecured amount of $645,155.15.

6. This Stipulation shall be binding upon, and shall inure to the benefit of each of, the Parties and each of their respective agents, employees, representatives, assigns, successors in interest, and attorneys, and shall be binding and effective despite any conversion of any of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. Stinson represents that it has not transferred any claim (or any portion thereof) that is the subject of this Stipulation.

8. Each of the Parties shall be responsible for its respective costs and expenses (including, without limitation, attorneys' fees, and expenses) incurred by it in negotiating, drafting, and executing this Stipulation and shall not be responsible for the payment of any such fees or expenses incurred by any other party hereto.

9. This Stipulation constitutes the entire agreement between the Parties and may not be amended or modified in any manner except by a writing signed by both of the Parties or their counsel and approved by the Bankruptcy Court.

10. Each Party and signatory to this Stipulation represents and warrants to each other Party that such Party or signatory has full power, authority, and legal right and has obtained all approvals and consents necessary to execute, deliver, and perform all actions required under this Stipulation and, where applicable, has obtained all authority, approvals, and consents necessary to act on behalf of another Party to execute, deliver, and perform all actions required under this Stipulation.

11. The terms and conditions of this Stipulation are immediately effective and enforceable upon its entry notwithstanding any applicable stay provided by the Federal Rules of Bankruptcy Procedure.

12. The Bankruptcy Court shall retain exclusive jurisdiction to hear and finally determine all disputes arising from or related to this Stipulation, including the performance of the Parties' obligations hereunder and the implementation, interpretation and enforcement of this Stipulation. The Parties each consent to the Bankruptcy Court hearing and finally determining all such disputes. Further, the Parties each agree to waive trial by jury in an action, proceeding, or counterclaim brought by or on behalf of the Parties hereto with respect to any such dispute.

IT IS SO STIPULATED.

Dated:  January 14, 2021.

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **STINSON LLP** |
| Jeffrey N. Pomerantz (CA Bar No.143717)<br>Ira D. Kharasch (CA Bar No. 109084)<br>Maxim B. Litvak (TX Bar No. 24002482)<br>Gregory V. Demo (NY Bar No. 5371992)<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, CA  90067<br>Telephone: (310) 277-6910<br>Facsimile:  (310) 201-0760<br>Email: jpomerantz@pszjlaw.com<br>         ikharasch@pszjlaw.com<br>         mlitvak@pszjlaw.com<br>         gdemo@pszjlaw.com | */s/ Paul M. Hoffmann*<br>Paul M. Hoffmann<br>1201 Walnut Street, Suite 2900<br>Kansas City, MO  64106-2150<br>Telephone: (816) 691-2746<br>Email:  paul.hoffmann@stinson.com<br><br>*Counsel for Stinson  LLP* |

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Debtor and Debtor-in-Possession*

5

United States Bankruptcy Court
Northern District of Texas

| | |
|---|---|
| In re: | Case No. 19-34054-sgj |
| Highland Capital Management, L.P. | Chapter 11 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: cecker | Page 1 of 10 |
| Date Rcvd: Jan 15, 2021 | Form ID: pdf012 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 18832315 | Stinson Leonard Street LLP, PO Box 843052, Kansas City, MO 64184-3052 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Lee Hogewood, III | on behalf of Defendant NexPoint Advisors L.P. lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;courtney.ritter@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Capital Management Fund Advisors L.P. lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;courtney.ritter@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party NexPoint Advisors L.P. lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;courtney.ritter@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Defendant Highland Capital Management Fund Advisors L.P. lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;courtney.ritter@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| Alyssa Russell | on behalf of Creditor Committee Official Committee of Unsecured Creditors alyssa.russell@sidley.com |

| | | |
|---|---|---|
| District/off: 0539-3 | User: cecker | Page 2 of 10 |
| Date Rcvd: Jan 15, 2021 | Form ID: pdf012 | Total Noticed: 1 |

Amanda Melanie Rush
  on behalf of Interested Party CCS Medical Inc. asrush@jonesday.com

Amy K. Anderson
  on behalf of Creditor Issuer Group aanderson@joneswalker.com lfields@joneswalker.com

Andrew Clubok
  on behalf of Interested Party UBS AG London Branch andrew.clubok@lw.com

Andrew Clubok
  on behalf of Interested Party UBS Securities LLC andrew.clubok@lw.com

Annmarie Antoniette Chiarello
  on behalf of Creditor Acis Capital Management L.P. achiarello@winstead.com

Annmarie Antoniette Chiarello
  on behalf of Creditor Acis Capital Management GP LLC achiarello@winstead.com

Artoush Varshosaz
  on behalf of Interested Party Highland Fixed Income Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com

Artoush Varshosaz
  on behalf of Defendant NexPoint Strategic Opportunities Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com

Artoush Varshosaz
  on behalf of Defendant Highland Capital Management Fund Advisors L.P. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com

Artoush Varshosaz
  on behalf of Interested Party NexPoint Capital Inc. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com

Artoush Varshosaz
  on behalf of Interested Party Highland Global Allocation Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com

Artoush Varshosaz
  on behalf of Interested Party NexPoint Advisors L.P. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com

Artoush Varshosaz
  on behalf of Interested Party Highland Capital Management Fund Advisors L.P. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com

Artoush Varshosaz
  on behalf of Interested Party Highland Small-Cap Equity Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com

Artoush Varshosaz
  on behalf of Defendant NexPoint Advisors L.P. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com

Artoush Varshosaz
  on behalf of Defendant Highland Income Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com

Artoush Varshosaz
  on behalf of Defendant NexPoint Capital Inc. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com

Artoush Varshosaz
  on behalf of Interested Party NexPoint Real Estate Strategies Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com

Artoush Varshosaz
  on behalf of Interested Party Highland Opportunistic Credit Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com

Artoush Varshosaz
  on behalf of Interested Party Highland Funds II and its series artoush.varshosaz@klgates.com Julie.garrett@klgates.com

Artoush Varshosaz
  on behalf of Interested Party Highland Income Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com

Artoush Varshosaz
  on behalf of Interested Party Highland Socially Responsible Equity Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com

Artoush Varshosaz
  on behalf of Interested Party Highland Total Return Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com

Artoush Varshosaz
  on behalf of Interested Party Highland Healthcare Opportunities Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com

Artoush Varshosaz
  on behalf of Interested Party Highland/iBoxx Senior Loan ETF artoush.varshosaz@klgates.com Julie.garrett@klgates.com

Artoush Varshosaz
  on behalf of Interested Party Highland Funds I and its series artoush.varshosaz@klgates.com Julie.garrett@klgates.com

Artoush Varshosaz
  on behalf of Interested Party NexPoint Strategic Opportunities Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com

| | |
|---|---|
| Artoush Varshosaz | on behalf of Interested Party Highland Merger Arbitrage Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Asif Attarwala | on behalf of Interested Party UBS AG London Branch asif.attarwala@lw.com |
| Asif Attarwala | on behalf of Interested Party UBS Securities LLC asif.attarwala@lw.com |
| Basil A. Umari | on behalf of Interested Party Meta-e Discovery LLC BUmari@dykema.com, pelliott@dykema.com |
| Bojan Guzina | on behalf of Creditor Committee Official Committee of Unsecured Creditors bguzina@sidley.com |
| Brian Patrick Shaw | on behalf of Creditor Joshua Terry shaw@roggedunngroup.com cashion@roggedunngroup.com;jones@roggedunngroup.com |
| Brian Patrick Shaw | on behalf of Creditor Jennifer G. Terry shaw@roggedunngroup.com cashion@roggedunngroup.com;jones@roggedunngroup.com |
| Brian Patrick Shaw | on behalf of Creditor Acis Capital Management GP LLC shaw@roggedunngroup.com, cashion@roggedunngroup.com;jones@roggedunngroup.com |
| Brian Patrick Shaw | on behalf of Creditor Acis Capital Management L.P. shaw@roggedunngroup.com, cashion@roggedunngroup.com;jones@roggedunngroup.com |
| Bryan C. Assink | on behalf of Interested Party James Dondero bryan.assink@bondsellis.com |
| Bryan C. Assink | on behalf of Defendant James D. Dondero bryan.assink@bondsellis.com |
| Bryan C. Assink | on behalf of Creditor The Dugaboy Investment Trust bryan.assink@bondsellis.com |
| Candice Marie Carson | on behalf of Interested Party UBS AG London Branch Candice.Carson@butlersnow.com |
| Candice Marie Carson | on behalf of Interested Party UBS Securities LLC Candice.Carson@butlersnow.com |
| Casey William Doherty, Jr. | on behalf of Interested Party Jefferies LLC casey.doherty@dentons.com dawn.brown@dentons.com;Docket.General.Lit.DAL@dentons.com;Melinda.sanchez@dentons.com |
| Chad D. Timmons | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com |
| Charles Martin Persons, Jr. | on behalf of Creditor Committee Official Committee of Unsecured Creditors cpersons@sidley.com |
| Daniel P. Winikka | on behalf of Interested Party Jack Yang danw@lfdslaw.com craigs@lfdslaw.com,dawnw@lfdslaw.com,ivys@lfdslaw.com |
| Daniel P. Winikka | on behalf of Interested Party Brad Borud danw@lfdslaw.com craigs@lfdslaw.com,dawnw@lfdslaw.com,ivys@lfdslaw.com |
| David Neier | on behalf of Creditor Frank Waterhouse Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent dneier@winston.com, dcunsolo@winston.com;david-neier-0903@ecf.pacerpro.com |
| David G. Adams | on behalf of Creditor United States (IRS) david.g.adams@usdoj.gov southwestern.taxcivil@usdoj.gov;dolores.c.lopez@usdoj.gov |
| David Grant Crooks | on behalf of Creditor Committee Official Committee of Unsecured Creditors dcrooks@foxrothschild.com etaylor@foxrothschild.com,jsagui@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com |
| David Grant Crooks | on behalf of Creditor PensionDanmark Pensionsforsikringsaktieselskab dcrooks@foxrothschild.com etaylor@foxrothschild.com,jsagui@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com |
| David Grant Crooks | on behalf of Debtor Highland Capital Management L.P. dcrooks@foxrothschild.com, etaylor@foxrothschild.com,jsagui@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com |
| Davor Rukavina | on behalf of Interested Party Highland Healthcare Opportunities Fund drukavina@munsch.com |
| Davor Rukavina | |

District/off: 0539-3 | User: cecker | Page 4 of 10
Date Rcvd: Jan 15, 2021 | Form ID: pdf012 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Interested Party Highland Small-Cap Equity Fund drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Interested Party NexPoint Real Estate Strategies Fund drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Defendant Highland Income Fund drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Interested Party Highland Global Allocation Fund drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Interested Party Highland Funds I and its series drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Defendant Highland Capital Management Fund Advisors L.P. drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Interested Party NexPoint Advisors L.P. drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Defendant NexPoint Capital Inc. drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Interested Party Highland Fixed Income Fund drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Interested Party Highland Total Return Fund drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Interested Party Highland Opportunistic Credit Fund drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Interested Party Highland Income Fund drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Interested Party Highland Funds II and its series drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Interested Party NexPoint Strategic Opportunities Fund drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Interested Party Highland Merger Arbitrage Fund drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Interested Party Highland Socially Responsible Equity Fund drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Interested Party NexPoint Capital Inc. drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Interested Party Highland Capital Management Fund Advisors L.P. drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Defendant NexPoint Strategic Opportunities Fund drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Interested Party Highland/iBoxx Senior Loan ETF drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Defendant NexPoint Advisors L.P. drukavina@munsch.com |
| Dennis M. Twomey | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors dtwomey@sidley.com |
| Donna K. Webb | |
| | on behalf of Creditor Pension Benefit Guaranty Corporation donna.webb@usdoj.gov brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov |
| Douglas J. Schneller | |
| | on behalf of Creditor Contrarian Funds LLC douglas.schneller@rimonlaw.com |
| Douglas S. Draper | |
| | on behalf of Creditor Get Good Trust ddraper@hellerdraper.com dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com |
| Douglas S. Draper | |
| | on behalf of Creditor The Dugaboy Investment Trust ddraper@hellerdraper.com dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com |
| Edmon L. Morton | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors emorton@ycst.com |

District/off: 0539-3        User: cecker        Page 5 of 10
Date Rcvd: Jan 15, 2021        Form ID: pdf012        Total Noticed: 1

| Name | Role |
|---|---|
| Edwin Paul Keiffer | on behalf of Creditor Hunter Mountain Investment Trust pkeiffer@romclaw.com  bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor Beacon Mountain  LLC pkeiffer@romclaw.com, bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor Atlas IDF  GP, LLC pkeiffer@romclaw.com, bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor Rand PE Fund Management  LLC pkeiffer@romclaw.com, bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Defendant Hunter Mountain Investment Trust pkeiffer@romclaw.com  bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor Atlas IDF  LP pkeiffer@romclaw.com, bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor Rand PE Fund I  LP pkeiffer@romclaw.com, bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor John Honis pkeiffer@romclaw.com  bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Interested Party Hunter Mountain Trust pkeiffer@romclaw.com  bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor Rand Advisors  LLC pkeiffer@romclaw.com, bwallace@romclaw.com |
| Elizabeth Weller | on behalf of Creditor Irving ISD dallas.bankruptcy@publicans.com  dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Tarrant County dallas.bankruptcy@publicans.com  dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Fannin CAD dallas.bankruptcy@publicans.com  dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Grayson County dallas.bankruptcy@publicans.com  dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Dallas County dallas.bankruptcy@publicans.com  dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Rockwall CAD dallas.bankruptcy@publicans.com  dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Kaufman County dallas.bankruptcy@publicans.com  dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Coleman County TAD dallas.bankruptcy@publicans.com  dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Upshur County dallas.bankruptcy@publicans.com  dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Allen ISD dallas.bankruptcy@publicans.com  dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com |
| Eric A. Soderlund | on behalf of Creditor Scott Ellington  Thomas Surgent, Frank Waterhouse, Isaac Leventon eric.soderlund@judithwross.com |
| Eric A. Soderlund | on behalf of Creditor Frank Waterhouse  Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent eric.soderlund@judithwross.com |
| Faheem A. Mahmooth | on behalf of Creditor Pension Benefit Guaranty Corporation mahmooth.faheem@pbgc.gov  efile@pbgc.gov |
| Frances Anne Smith | on behalf of Creditor Scott Ellington  Thomas Surgent, Frank Waterhouse, Isaac Leventon frances.smith@judithwross.com, michael.coulombe@judithwross.com |
| Gregory Getty Hesse | on behalf of Spec. Counsel Hunton Andrews Kurth LLP ghesse@HuntonAK.com  amckenzie@HuntonAK.com;tcanada@HuntonAK.com;creeves@HuntonAK.com |
| Gregory V. Demo | on behalf of Debtor Highland Capital Management  L.P. gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com |

District/off: 0539-3     User: cecker     Page 6 of 10
Date Rcvd: Jan 15, 2021     Form ID: pdf012     Total Noticed: 1

| Name | Details |
|---|---|
| Gregory V. Demo | on behalf of Creditor Committee Official Committee of Unsecured Creditors gdemo@pszjlaw.com jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com |
| Greta M. Brouphy | on behalf of Creditor Get Good Trust gbrouphy@hellerdraper.com dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com |
| Greta M. Brouphy | on behalf of Creditor The Dugaboy Investment Trust gbrouphy@hellerdraper.com dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com |
| Hayley R. Winograd | on behalf of Debtor Highland Capital Management L.P. hwinograd@pszjlaw.com |
| Holland N. O'Neil | on behalf of Spec. Counsel Foley Gardere Foley & Lardner LLP honeil@foley.com, jcharrison@foley.com;acordero@foley.com |
| J. Seth Moore | on behalf of Creditor Siepe LLC smoore@ctstlaw.com, jsteele@ctstlaw.com |
| Jaclyn C. Weissgerber | on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com jweissgerber@ycst.com |
| James Robertson Clarke | on behalf of Interested Party James Dondero robbie.clarke@bondsellis.com |
| Jared M. Slade | on behalf of Interested Party NexBank jared.slade@alston.com |
| Jason Alexander Enright | on behalf of Creditor Acis Capital Management L.P. jenright@winstead.com |
| Jason Alexander Enright | on behalf of Creditor Acis Capital Management GP LLC jenright@winstead.com |
| Jason Patrick Kathman | on behalf of Defendant Patrick Hagaman Daugherty jkathman@spencerfane.com gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com |
| Jason Patrick Kathman | on behalf of Creditor Patrick Daugherty jkathman@spencerfane.com gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com |
| Jason Patrick Kathman | on behalf of Creditor Todd Travers jkathman@spencerfane.com gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com |
| Jason Patrick Kathman | on behalf of Creditor Paul Kauffman jkathman@spencerfane.com gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com |
| Jason Patrick Kathman | on behalf of Creditor Davis Deadman jkathman@spencerfane.com gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com |
| Jason Patrick Kathman | on behalf of Defendant Patrick Daugherty jkathman@spencerfane.com gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com |
| Jason S. Brookner | on behalf of Creditor Gray Reed & McGraw LLP jbrookner@grayreed.com lwebb@grayreed.com;acarson@grayreed.com |
| Jeffrey Kurtzman | on behalf of Creditor BET Investments II L.P. kurtzman@kurtzmansteady.com |
| Jeffrey Nathan Pomerantz | on behalf of Debtor Highland Capital Management L.P. jpomerantz@pszjlaw.com |
| John A. Morris | on behalf of Debtor Highland Capital Management L.P. jmorris@pszjlaw.com |
| John J. Kane | on behalf of Creditor CLO Holdco Ltd. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com |
| John J. Kane | on behalf of Defendant CLO Holdco Ltd. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com |
| John Y. Bonds, III | on behalf of Interested Party James Dondero john@bondsellis.com joyce.rehill@bondsellis.com |
| Jonathan D. Sundheimer | |

Case 19-34054-sgj11 Doc 1766 Filed 01/17/21    Entered 01/17/21 23:24:58    Page 15 of 18

| | | |
|---|---|---|
| District/off: 0539-3 | User: cecker | Page 7 of 10 |
| Date Rcvd: Jan 15, 2021 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor NWCC LLC jsundhimer@btlaw.com |
| Jonathan T. Edwards | on behalf of Interested Party NexBank jonathan.edwards@alston.com |
| Joseph E. Bain | on behalf of Creditor Issuer Group JBain@joneswalker.com kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com |
| Juliana Hoffman | on behalf of Creditor Committee Official Committee of Unsecured Creditors jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Juliana Hoffman | on behalf of Debtor Highland Capital Management L.P. jhoffman@sidley.com, txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Juliana Hoffman | on behalf of Financial Advisor FTI Consulting Inc. jhoffman@sidley.com, txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Juliana Hoffman | on behalf of Interested Party UBS Securities LLC jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Juliana Hoffman | on behalf of Interested Party UBS AG London Branch jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Kesha Tanabe | on behalf of Creditor Cedar Glade LP kesha@tanabelaw.com |
| Kimberly A. Posin | on behalf of Interested Party UBS AG London Branch kim.posin@lw.com colleen.rico@lw.com |
| Kimberly A. Posin | on behalf of Interested Party UBS Securities LLC kim.posin@lw.com colleen.rico@lw.com |
| Larry R. Boyd | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR lboyd@abernathy-law.com ljameson@abernathy-law.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Finance Inc. lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Multifamily Capital Trust Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Creditor Eagle Equity Advisors LLC lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party VineBrook Homes Trust, Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party MGM Holdings Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexBank Securities Inc. lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors VI L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Partners LLC lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexBank Title Inc. lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party Nexpoint Real Estate Capital LLC lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Creditor Advisors Equity Group LLC lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Hospitality Trust lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com |

| | |
|---|---|
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors VII L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors VIII L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors V L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexBank lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors IV L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors II L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexBank Capital Inc. lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors III L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Residential Trust Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Laurie A. Spindler | on behalf of Creditor City of Allen Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor City of Richardson Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Allen ISD Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Dallas County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Grayson County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Kaufman County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Irving ISD Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Tarrant County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com |
| Leslie A. Collins | on behalf of Creditor Get Good Trust lcollins@hellerdraper.com |
| Leslie A. Collins | on behalf of Creditor The Dugaboy Investment Trust lcollins@hellerdraper.com |
| Linda D. Reece | on behalf of Creditor Wylie ISD lreece@pbfcm.com |
| Linda D. Reece | on behalf of Creditor Garland ISD lreece@pbfcm.com |
| Linda D. Reece | on behalf of Creditor City of Garland lreece@pbfcm.com |
| Lisa L. Lambert | on behalf of U.S. Trustee United States Trustee lisa.l.lambert@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0539-3 | User: cecker | Page 9 of 10 |
| Date Rcvd: Jan 15, 2021 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| M. David Bryant, Jr. | on behalf of Interested Party Integrated Financial Associates Inc. dbryant@dykema.com, csmith@dykema.com |
| Mark A. Platt | on behalf of Interested Party Redeemer Committee of the Highland Crusader Fund mplatt@fbtlaw.com aortiz@fbtlaw.com |
| Martin A. Sosland | on behalf of Interested Party UBS AG London Branch martin.sosland@butlersnow.com ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com |
| Martin A. Sosland | on behalf of Interested Party UBS Securities LLC martin.sosland@butlersnow.com ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com |
| Matthew Gold | on behalf of Creditor Argo Partners courts@argopartners.net |
| Matthew A. Clemente | on behalf of Creditor Committee Official Committee of Unsecured Creditors mclemente@sidley.com matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwomey@sidley.com |
| Megan Young-John | on behalf of Creditor Issuer Group myoung-john@porterhedges.com |
| Megan F. Clontz | on behalf of Creditor Patrick Daugherty mclontz@spencerfane.com lvargas@spencerfane.com |
| Melissa S. Hayward | on behalf of Debtor Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Michael I. Baird | on behalf of Interested Party Pension Benefit Guaranty Corporation baird.michael@pbgc.gov efile@pbgc.gov |
| Michael I. Baird | on behalf of Creditor Pension Benefit Guaranty Corporation baird.michael@pbgc.gov efile@pbgc.gov |
| Michael Scott Held | on behalf of Creditor Crescent TC Investors L.P. mheld@jw.com, lcrumble@jw.com |
| Michelle E. Shriro | on behalf of Interested Party California Public Employees Retirement System (CalPERS) mshriro@singerlevick.com scotton@singerlevick.com;tguillory@singerlevick.com |
| Nicole Skolnekovich | on behalf of Interested Party Hunton Andrews Kurth LLP nskolnekovich@hunton.com plozano@huntonak.com;astowe@huntonak.com;creeves@huntonak.com |
| Paige Holden Montgomery | on behalf of Creditor Committee Official Committee of Unsecured Creditors pmontgomery@sidley.com txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com |
| Paige Holden Montgomery | on behalf of Plaintiff Official Committee of Unsecured Creditors pmontgomery@sidley.com txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com |
| Paul M. Lopez | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com |
| Paul Richard Bessette | on behalf of Interested Party Highland CLO Funding Ltd. pbessette@KSLAW.com, ccisneros@kslaw.com;jworsham@kslaw.com;kbryan@kslaw.com;jcarvalho@kslaw.com;rmatsumura@kslaw.com |
| Penny Packard Reid | on behalf of Creditor Committee Official Committee of Unsecured Creditors preid@sidley.com txefilingnotice@sidley.com;penny-reid-4098@ecf.pacerpro.com;ncade@sidley.com |
| Phillip L. Lamberson | on behalf of Creditor Acis Capital Management GP LLC plamberson@winstead.com |
| Phillip L. Lamberson | on behalf of Creditor Acis Capital Management L.P. plamberson@winstead.com |
| Rakhee V. Patel | on behalf of Creditor Acis Capital Management L.P. rpatel@winstead.com, dgalindo@winstead.com;achiarello@winstead.com |
| Rakhee V. Patel | on behalf of Creditor Acis Capital Management GP LLC rpatel@winstead.com, dgalindo@winstead.com;achiarello@winstead.com |
| Robert Joel Feinstein | on behalf of Debtor Highland Capital Management L.P. rfeinstein@pszjlaw.com |

| | | |
|---|---|---|
| District/off: 0539-3 | User: cecker | Page 10 of 10 |
| Date Rcvd: Jan 15, 2021 | Form ID: pdf012 | Total Noticed: 1 |

Ryan E. Manns
    on behalf of Interested Party UBS Securities LLC ryan.manns@nortonrosefulbright.com

Ryan E. Manns
    on behalf of Interested Party UBS AG London Branch ryan.manns@nortonrosefulbright.com

Sean M. Beach
    on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com sbeach@ycst.com

Shawn M. Christianson
    on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Thomas G. Haskins, Jr.
    on behalf of Creditor NWCC  LLC thaskins@btlaw.com

Thomas M. Melsheimer
    on behalf of Creditor Frank Waterhouse  Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent tmelsheimer@winston.com, tom-melsheimer-7823@ecf.pacerpro.com

United States Trustee
    ustpregion06.da.ecf@usdoj.gov

Vickie L. Driver
    on behalf of Creditor HarbourVest et al Vickie.Driver@crowedunlevy.com
    crissie.stephenson@crowedunlevy.com;seth.sloan@crowedunlevy.com;elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Warren Horn
    on behalf of Creditor Get Good Trust whorn@hellerdraper.com
    dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Warren Horn
    on behalf of Creditor The Dugaboy Investment Trust whorn@hellerdraper.com
    dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Zachery Z. Annable
    on behalf of Debtor Highland Capital Management  L.P. zannable@haywardfirm.com

Zachery Z. Annable
    on behalf of Other Professional Hayward & Associates PLLC zannable@haywardfirm.com

Zachery Z. Annable
    on behalf of Plaintiff Highland Capital Management  L.P. zannable@haywardfirm.com

TOTAL: 220