| | |
|---|---|
| Judith W. Ross | Michelle Hartmann |
| State Bar No. 21010670 | State Bar No. 24032402 |
| Frances A. Smith | **BAKER & McKENZIE LLP** |
| State Bar No. 24033084 | 1900 North Pearl |
| Eric Soderlund | Suite 1500 |
| State Bar No. 24037525 | Dallas, TX 75201 |
| **Ross & Smith, PC** | Telephone: 214-978-3000 |
| 700 N. Pearl Street, Suite 1610 | Facsimile: 214-978-3099 |
| Dallas, Texas 75201 | Email: michelle.hartmann@bakermckenzie.co |
| Telephone: 214-377-7879 | |
| Facsimile: 214-377-9409 | Debra A. Dandeneau |
| Email: judith.ross@judithwross.com | **BAKER & McKENZIE LLP** |
| frances.smith@judithwross.com | 452 Fifth Ave |
| eric.soderlund@judithwross.com | New York, NY 10018 |
| | Telephone: 212-626-4875 |
| | Email: debra.dandeneau@bakermckenzie.com |
| | (*Admitted pro hac vice*) |

**COUNSEL FOR SCOTT ELLINGTON, THOMAS SURGENT, FRANK WATERHOUSE, AND ISAAC LEVENTON**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re: Highland Capital Management, L.P.,** § § § | | **Case No. 19-34054-sgj-11** |
| | | **Chapter 11** |
| **Debtor.** § § | | |

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 2019 OF (I) FRANCES A. SMITH AND
DISCLOSURES OF ROSS & SMITH, PC; AND (II) MICHELLE HARTMANN
AND DISCLOSURES OF BAKER & McKENZIE LLP**

Frances A. Smith, attorney and shareholder with the firm of Ross & Smith, PC ("Ross & Smith"), and Michelle Hartmann, attorney and partner with the firm of Baker & McKenzie LLP ("Baker & McKenzie"), make the following disclosures pursuant to Federal Rule of Bankruptcy Procedure 2019 ("Rule 2019") and respectfully represents as follows:

**Disclosures pursuant to Rule 2019(c)(1)(B):**

Ross & Smith and Baker & McKenzie represent the following parties-in-interests and creditors of the Debtors:

1. Scott Ellington
   2525 N. Pearl Street #1202
   Dallas, TX 75201
   Disclosable Economic Interest as of the Petition Date: not less than $7,604,375.00.

2. Thomas Surgent
   4441 Beverly Drive
   Dallas, TX 75205
   Disclosable Economic Interest as of the Petition Date: not less than $3,958,628.14.

3. Frank Waterhouse
   2604 Dublin Park Drive
   Parker, TX 75094
   Disclosable Economic Interest as of the Petition Date: not less than $2,102,260.99.

4. Isaac Leventon
   409 Pleasant Valley Lane
   Richardson, TX 75080
   Disclosable Economic Interest as of the Petition Date: not less than $1,342,379.68.

I, Frances A. Smith, verify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted January 18, 2021

By: */s/ Frances A. Smith*
Judith W. Ross
State Bar No. 21010670
Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
**ROSS & SMITH, PC**
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: judith.ross@judithwross.com
frances.smith@judithwross.com
eric.soderlund@judithwross.com

*/s/ Michelle Hartmann*
Michelle Hartmann
State Bar No. 24032402
**BAKER & McKENZIE LLP**
1900 North Pearl
Suite 1500
Dallas, TX 75201
Telephone:  214-978-3000
Facsimile:  214-978-3099
Email:
michelle.hartmann@bakermckenzie.com

Debra A. Dandeneau
**BAKER & McKENZIE LLP**
452 Fifth Ave
New York, NY 10018
Telephone:  212-626-4875
Email:
debra.dandeneau@bakermckenzie.com
(*Admitted pro hac vice*)

**COUNSEL FOR SCOTT ELLINGTON,
THOMAS SURGENT,
FRANK WATERHOUSE,
AND ISAAC LEVENTON**