**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

_____ :
                                                :
In re:                                          :    Chapter 11
                                                :
**HIGHLAND CAPITAL MANAGEMENT, L.P.**           :
                                                :
                                                :    Case No. 19-34054-sgj11
                     Debtor.                    :
                                                :
_____

## REPORT OF MEDIATORS

By order entered August 3, 2020 (the "Order"), the undersigned were appointed to serve as co-mediators in the above Chapter 11 proceeding. Paragraph 11 of the Order directs the mediators, within five days of the conclusion of the Mediation, to file a report with the Court stating only whether a settlement, in whole or in part, has been reached, or alternatively to provide the Parties with such a report to be filed by the Debtors. The Parties are defined as the Debtor, the Official Committee of Unsecured Creditors, Acis Capital Management, L.P. and Acis Capital Management GP, LLC (collectively, "Acis"), UBS Securities LLC and UBS AG, London Branch (collectively, "UBS"), the Redeemer Committee of the Highland Crusader Fund ("Redeemer"); and James Dondero. Since a Confirmation Hearing is nearing in the Chapter 11 proceeding, we believe it appropriate to file our report at this time.

As the Court is aware, settlements were reached between the Debtor and Redeemer (without the Mediators' participation) and between the Debtor and Acis, and a settlement in

principle has been reached between the Debtor and UBS.  A settlement has not been reached between the other Parties and Mr. Dondero.

We appreciate the cooperation of all Parties in connection with the Mediation.

Dated:  January 15, 2021

                                          Respectfully submitted,

*/s/ Sylvia Mayer*
Sylvia Mayer, Mediator

*/s/ Allan Gropper*
Allan Gropper, Mediator