

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed January 15, 2021**

_____
**United States Bankruptcy Judge**


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | : : | Chapter 11 |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | : : : | Case No. 19-34054 |
| Debtor. | : : : : : | |

## ORDER GRANTING LEAVE FOR HARBOURVEST TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH THE HARBOURVEST REPLY IN SUPPORT OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER APPROVING SETTLEMENT WITH HARBOURVEST AND AUTHORIZING ACTIONS CONSISTENT THEREWITH

Upon consideration of *HarbourVest's Expedited Motion for Leave to File Documents Under Seal in Connection with the HarbourVest Reply in Support of Debtor's Motion for Entry of an Order Approving Settlement with HarbourVest and Authorizing Actions Consistent Therewith* (the "**Motion to Seal**") filed by HarbourVest 2017 Global Fund L.P., HarbourVest 2017 Global AIF L.P., HarbourVest Dover Street IX Investment L.P., HV International VIII Secondary L.P., HarbourVest Skew Base AIF L.P., and HarbourVest Partners L.P., on behalf of

funds and accounts under management (collectively, "**HarbourVest**"), the Court finds that it has jurisdiction over this matter, that venue is proper, and that sufficient notice of the Motion to Seal has been given to all parties requiring notice. The Court has determined that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief granted herein . It is therefore

**ORDERED** that:

1. The Motion to Seal is **GRANTED**.

2. HarbourVest is authorized to file unredacted versions of the following exhibits under seal:

    a. Articles of Incorporation of Highland CLO Funding, Ltd., Registered on March 30, 2015 and adopted by special resolution passed on November 15, 2017.
    b. November 15, 2017 Highland CLO Funding, Ltd. Offering Memorandum.
    c. November 15, 2017 Members Agreement between Highland CLO Funding, Ltd., the Members party thereto, and Highland HCF Advisor, Ltd.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. HarbourVest is authorized to take all actions necessary to effectuate the relief granted in this Order.

### END OF ORDER ###

3

**Submitted by:**

By: */s/ Vickie L. Driver*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon Street, Suite 425
Dallas, TX 75201
Telephone: 214.420.2163
Facsimile:  214.736.1762
Email: vickie.driver@crowedunlevy.com
Email: christina.stephenson@crowedunlevy.com

M. Natasha Labovitz (admitted *pro hac vice*)
Erica S. Weisgerber (admitted *pro hac vice*)
Daniel E. Stroik (admitted *pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY  10022
Telephone:  212-909-6000
Email: nlabovitz@debevoise.com
Email: eweisgerber@debevoise.com
Email: destroik@debevoise.com

**COUNSEL FOR HARBOURVEST**