**LATHAM & WATKINS LLP**
Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, District of Columbia
Telephone: (202) 637-2200
Email: andrew.clubok@lw.com
       sarah.tomkowiak@lw.com

and

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email:  jeff.bjork@lw.com
        kim.posin@lw.com

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
E-mail: martin.sosland@butlersnow.com
        candice.carson@butlersnow.com

*Counsel for UBS Securities LLC and UBS
AG London Branch*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

```
-----------------------------------------------------------------x
In re                                    :
                                         :    Chapter 11
HIGHLAND CAPITAL MANAGEMENT, L.P.,¹      :
                                         :    Case No. 19-34054-sgj11
                       Debtor.           :
-----------------------------------------------------------------x
```

## NOTICE OF DISTRICT COURT ORDER ACCEPTING DOCUMENTS
## <u>DESIGNATED FOR INCLUSION IN RECORD ON APPEAL UNDER SEAL</u>

---

¹  The last four digits of the Debtor's taxpayer identification number are 6725.  The headquarters and service address for the Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

As required by Federal Rule of Bankruptcy Procedure 8009(f), UBS Securities LLC and UBS AG London Branch (collectively, UBS) hereby provide notice that, on December 21, 2020, the United States District Court for the Northern District of Texas—in the case captioned *UBS Securities LLC v. Highland Capital Management, L.P.*, No. 3:20-cv-3408-G—issued an order accepting certain sealed documents designated as part of the record on appeal (*see* Docket No. 1484) for submission under seal.  A copy of the District Court docket reflecting this order is attached as Exhibit A.  Attached as Exhibit B is a copy of UBS's motion filed with the District Court, which identifies the relevant sealed documents.

DATED this 20th day of January 2021

**LATHAM & WATKINS LLP**

By */s/ Sarah Tomkowiak*

Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, District of Columbia
Telephone: (202) 637-2200
Email: andrew.clubok@lw.com
       sarah.tomkowiak@lw.com

and

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email: jeff.bjork@lw.com
       kim.posin@lw.com

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice M. Carson (TX Bar No. 24074006)
2911 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75240
Telephone: (469) 680-5502
E-mail: martin.sosland@butlersnow.com
        candice.carson@butlersnow.com

*Counsel for UBS Securities LLC and UBS AG London Branch*

## CERTIFICATE OF SERVICE

I, Martin Sosland, certify that this *Notice of District Court Order Accepting Documents Designated for Inclusion in Record on Appeal under Seal* was filed electronically through the Court's ECF system, which provides notice to all parties of interest.

Dated:  January 20, 2021

*/s/ Martin Sosland*

# EXHIBIT A

# U.S. District Court
## Northern District of Texas (Dallas)
## CIVIL DOCKET FOR CASE #: 3:20-cv-03408-G

| | |
|---|---|
| UBS Securities LLC et al v. Highland Capital Management LP | Date Filed: 11/13/2020 |
| Assigned to: Senior Judge A. Joe Fish | Jury Demand: None |
| Case in other court: BK Court 19-34054-sgj11 | Nature of Suit: 422 Bankruptcy: Appeal 28 |
| Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA | USC 158 |
| | Jurisdiction: Federal Question |

**Debtor**

**Highland Capital Management LP**

**Appellant**

**UBS Securities LLC**        represented by    **Martin Allen Sosland**
Butler Snow LLP
2911 Turtle Creek Boulevard, Suite 1400
Dallas, TX 75219
469-680-5502
Fax: 469-680-5502
Email: martin.sosland@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Andrew B Clubok**
Latham & Watkins LLP
555 Eleventh St NW
Suite 1000
Washington, DC 20004
202-637-2200
Fax: 202-637-2201
Email: andrew.clubok@lw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Candice Marie Carson**
Butler Snow LLP
2911 Turtle Creek
Suite 1400
Dallas, TX 75219
469-680-5505
Fax: 469-680-5501
Email: candice.carson@butlersnow.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Sarah A Tomkowiak**
Latham & Watkins LLP

555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
202-637-2200
Fax: 202-637-2201
Email: sarah.tomkowiak@lw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Appellant**

| | | |
|---|---|---|
| **UBS AG London Branch** | represented by | **Martin Allen Sosland** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Andrew B Clubok**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Candice Marie Carson**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Sarah A Tomkowiak**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

V.

**Appellee**

| | | |
|---|---|---|
| **Highland Capital Management LP** | represented by | **Melissa S Hayward** |

Hayward & Associates PLLC
10501 N Central Expwy
Suite 106
Dallas, TX 75231
972-755-7100
Fax: 972-755-7104
Email: mhayward@haywardfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**John A Morris**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024

212-561-7700
Fax: 212-561-7777
Email: jmorris@pszjlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Zachery Z. Annable**
Hayward & Associates PLLC
10501 N. Central Expressway
Suite 106
Dallas, TX 75231
972-755-7108
Fax: 972-755-7118
Email: zannable@haywardfirm.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

**Intervenor Defendant**

**Redeemer Committee of Highland Crusader Fund**                    represented by **Mark A Platt**
Frost Brown Todd LLC
2101 Cedar Springs Road, Suite 900
Dallas, TX 75201
214-580-5852
Fax: 214-545-3473
Email: mplatt@fbtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Marc B Hankin**
Jenner & Block LLP
919 Third Avenue
New York, NY 10022
212-891-1647
Fax: 212-891-1699
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Terri L Mascherin**
Jenner and Block LLP
353 N Clark Street
Chicago, IL 60654
312-222-9350
Fax: 312-840-7799
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Intervenor Defendant**

**Highland Crusader Offshore Partners, L.P.**                    represented by **Mark A Platt**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Marc B Hankin**
(See above for address)
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Terri L Mascherin**
(See above for address)
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Intervenor Defendant**

**Highland Crusader Fund, L.P.**                    represented by    **Mark A Platt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Marc B Hankin**
(See above for address)
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Terri L Mascherin**
(See above for address)
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Intervenor Defendant**

**Highland Crusader Fund, Ltd.**                    represented by    **Mark A Platt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Marc B Hankin**
(See above for address)
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Terri L Mascherin**
(See above for address)
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Intervenor Defendant**

**Highland Crusader Fund II, Ltd.**                    represented by    **Mark A Platt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Bar Status: Admitted/In Good Standing*

**Marc B Hankin**
(See above for address)
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Terri L Mascherin**
(See above for address)
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Bankruptcy Judge**

**Stacey G Jernigan**                    represented by **Stacey G Jernigan**
                                        US Bankruptcy Court
                                        Chambers of Judge Stacey G C Jernigan
                                        1100 Commerce St
                                        Room 1254
                                        Dallas, TX 75242-1496
                                        214-753-2040
                                        Email: sgj_settings@txnb.uscourts.gov
                                        PRO SE

V.

**Notice Only**

**Case Admin Sup**                    represented by **Case Admin Sup**
                                        Email: txnb_appeals@txnb.uscourts.gov
                                        PRO SE

| Date Entered | # | Docket Text |
|---|---|---|
| 12/21/2020 | 22 | ELECTRONIC ORDER: The appellants' unopposed motion to accept sealed records designated as part of the record on appeal pursuant to Federal Rule of Bankruptcy Procedure 8009(f) (docket entry 21) is GRANTED. SO ORDERED. (Ordered by Senior Judge A. Joe Fish on 12/21/2020) (chmb) (Entered: 12/21/2020) |

# EXHIBIT B

**No. 20-cv-3408-G**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE: HIGHLAND CAPITAL MANAGEMENT, L.P.,

*Debtor*.

UBS SECURITIES LLC AND UBS AG LONDON BRANCH,

*Appellants*,

v.

HIGHLAND CAPITAL MANAGEMENT, L.P.,

*Appellee*.

On Appeal from the United States Bankruptcy Court
for the Northern District of Texas
(No. 19-bk-34054—Hon. Stacey G. Jernigan)

## APPELLANTS' UNOPPOSED MOTION TO ACCEPT SEALED RECORDS DESIGNATED AS PART OF THE RECORD ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8009(f) and this Court's

instructions (*see* ECF No. 1), Appellants UBS Securities LLC and UBS AG London

Branch (collectively, UBS) move this Court to accept documents filed under seal

with the Bankruptcy Court that are designated as part of the record on appeal.  These

documents were sealed by the Bankruptcy Court because they were designated as

proprietary or confidential (or because they include information that was so

designated) pursuant to either (a) a protective order that the parties entered into during litigation in New York state court, *UBS Securities LLC v. Highland Capital Management L.P.*, No. 650097-2009 (N.Y. Sup. Ct.), or (b) the *Agreed Protective Order* entered by the Bankruptcy Court (Bankr. Dkt., ECF No. 382) (together, the "Protective Orders"). *See also* Bankr. Dkt., ECF Nos. 1091, 1188 (the parties' motions to seal that explain the bases for the requests to seal).[1]

These materials remain subject to the Protective Orders and should thus remain sealed, but they are also designated as part of the record in this bankruptcy appeal. *See* Bankr. Dkt., ECF No. 1484 (UBS's amended statement of issue and designation of record on appeal). UBS cannot arrange for these documents to be transmitted to the Clerk of Court without an order from this Court accepting the documents under seal pursuant to Federal Rule of Bankruptcy Procedure 8009(f).

## CONCLUSION

UBS respectfully requests that the Court grant this motion and issue an order accepting the documents listed below under seal. UBS will then, as directed by the Clerk of Court, submit the sealed materials to the Clerk's Office for transmission to this Court. *See* Bankr. Dkt., ECF No. 1492.

---

[1] References to "Bankr. Dkt." are to the docket in case 19-bk-34054 (Bankr. N.D. Tex.).

**DOCUMENTS**

| Date Filed | Relevant Docket No. | Description |
|---|---|---|
| 6/8/2020 | 719 | Sealed Exhibit E, 3/20/2009 Termination, Settlement, and Release Agreement per court order filed by Interested Party Redeemer Committee of the Highland Crusader Fund (related document: 711 Order on motion to seal). |
| 6/8/2020 | 720 | Sealed Exhibit H, UBS and Crusader Fund Settlement Agreement per court order filed by Interested Party Redeemer Committee of the Highland Crusader Fund (related document: 711 Order on motion to seal). |
| 6/8/2020 | 721 | Sealed Exhibit I, UBS and Credit Strategies Fund Settlement Agreement per court order filed by Interested Party Redeemer Committee of the Highland Crusader Fund (related document 711 Order on motion to seal). |
| 8/7/2020 | 933 | Sealed unredacted version of 933, Objection to claim(s) of Creditor(s) UBS Securities LLC and UBS AG, London Branch filed by Interested Party Redeemer Committee of the Highland Crusader Fund, and sealed versions of Exhibits 1, 2, 3, 6, 7, 9, 16, 20, 21, and 22. |
| 8/26/2020 | 996 | Sealed Exhibits B & C to 996, Objection to claim(s) of Creditor(s) Redeemer Committee of the Highland Crusader Fund - Proof of Claim No. 72 filed by UBS. |
| 9/23/2020 | 1090 | Sealed unredacted version of 1090-1, Exhibit 1 to Declaration of John A. Morris in Support of the Debtor's Motion for Entry of an Order Approving Settlements with (a) the Redeemer Committee of the Highland Crusader Fund (Claim No. 72), and (b) the Highland Crusader Funds (Claim No. 81), and Authorizing Actions Consistent Therewith filed by Debtor/Appellee Highland Capital Management, L.P. (related document 1089: Motion to compromise controversy with (a) the Redeemer |

| Date Filed | Relevant Docket No. | Description |
|---|---|---|
| | | Committee of the Highland Crusader Fund (Claim No. 72), and (b) the Highland Crusader Funds (Claim No. 81)). |
| 10/5/2020 | 1127 | Sealed Exhibit B--Cornerstone Monetization Schedule per court order filed by Debtor/Appellee Highland Capital Management, L.P. (related document: 1125 Order on motion to seal). |
| 10/5/2020 | 1128 | Sealed Exhibit 2--Partial Final Award dated March 6, 2019 per court order filed by Debtor/Appellee Highland Capital Management, L.P. (related document: 1125 Order on motion to seal). |
| 10/5/2020 | 1129 | Sealed Exhibit 3--Disposition of Application of Modification of Award dated March 14, 2019 per court order filed by Debtor/Appellee Highland Capital Management, L.P. (related document: 1125 Order on motion to seal). |
| 10/5/2020 | 1130 | Sealed Exhibit 4--Final Award dated April 29, 2019 per court order filed by Debtor/Appellee Highland Capital Management, L.P. (related document 1125 Order on motion to seal). |
| 10/16/2020 | 1190 | Sealed unredacted version of 1190, Objection to 1089 Motion to compromise controversy with (a) the Redeemer Committee of the Highland Crusader Fund (Claim No. 72), and (b) the Highland Crusader Funds (Claim No. 81) by Debtor/Appellee Highland Capital Management, L.P., and sealed Exhibits A, B, and C to 1190, filed by UBS. |
| 10/16/2020 | 1192 | Sealed unredacted version of 1192, Declaration of W. Kevin Moentmann in Support of Objection to the Debtor's Motion for Entry of an Order Approving Settlements With (A) the Redeemer Committee of the Highland Crusader Fund (Claim No. 72), and (B) the Highland Crusader Funds (Claim No. 81), sealed Exhibits 4, 5, and 6 (1192- |

| Date Filed | Relevant Docket No. | Description |
|---|---|---|
| | | 1), and sealed Attachments A, B, and C (1192-2), filed by UBS. |
| 10/30/2020 | 1315 | Sealed documents submitted by UBS per 1315 Order directing UBS's Offer of Proof: (1) valuation analyses completed for the Debtor regarding Cornerstone Healthcare Group Holding, Inc. ("Cornerstone") as of (a) March 31, 2020, (b) April 30, 2020, (c) May 31, 2020, (d) June 30, 2020, (e) July 31, 2020, and (f) August 31, 2020; (2) valuation analyses completed for the Highland Crusader Funds regarding Cornerstone as of (a) March 31, 2020 and (b) June 30, 2020; and (3) a "Presentation to Redeemer Committee," dated August 6, 2020. |

Dated:  December 21, 2020                 Respectfully submitted,

/s/ Sarah Tomkowiak
Andrew Clubok (DC Bar No. 446935)
   (admitted *pro hac vice*)
Sarah Tomkowiak (DC Bar No. 987680)
   (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile:  (202) 637-2201
Email:   andrew.clubok@lw.com
              sarah.tomkowiak@lw.com

Martin Sosland (TX Bar No. 18855645)
Candice M. Carson (TX Bar No. 24074006)
BUTLER SNOW LLP
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Telephone: (469) 680-5502
Facsimile:  (469) 680-5501
E-mail:  martin.sosland@butlersnow.com
            candice.carson@butlersnow.com

*Counsel for UBS Securities LLC and UBS
AG London Branch*

## <u>CERTIFICATE OF COMPLIANCE</u>

As required by Federal Rule of Bankruptcy Procedure 8015(h)(1), I certify that this motion complies with the type-volume limitation of Rule 8013(f)(3)(A) because this motion contains 894 words, excluding the caption, signature block, and certificates. And this motion complies with the requirements of Rule 8013(f)(2) because this motion was prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

*/s/ Sarah Tomkowiak*
Sarah Tomkowiak

## <u>CERTIFICATE OF CONFERENCE</u>

As required by Local Rule 7.1, I certify that on December 17 and 18, 2020, counsel for UBS conferred with John Morris, counsel for Appellee-Debtor (Highland Capital Management, L.P.), about the relief requested in this motion.  Mr. Morris stated that the Debtor consents to the relief requested in this motion.

*/s/ Sarah Tomkowiak*
Sarah Tomkowiak

## **CERTIFICATE OF SERVICE**

I certify that this document was filed electronically through the Court's ECF system, which will notify all registered participants as identified on the Notice of Electronic Filing.

Dated: December 21, 2020

*/s/ Sarah Tomkowiak*
Sarah Tomkowiak