

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed January 20, 2021**

_____

_____
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |

### ORDER GRANTING DEBTOR'S MOTION FOR AN EXPEDITED HEARING ON THE MOTION OF THE DEBTOR FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO IMPLEMENT A KEY EMPLOYEE RETENTION PLAN WITH NON-INSIDER EMPLOYEES AND GRANTING RELATED RELIEF

On this day, the Court considered the Debtor's *Motion for an Expedited Hearing* [Docket No. 1778] (the "Motion to Expedite") seeking an expedited hearing on the *Motion for Entry of an Order Authorizing the Debtor to Implement a Key Employee Retention Plan with Non-Insider Employees and Granting Related Relief* [Docket No. 1777] (the "Motion"). Based on the pleadings filed and the Committee's lack of opposition to the Motion to Expedite, the Court finds that good cause exists to grant the Debtor's Motion to Expedite. Accordingly, **IT IS THEREFORE ORDERED** that:

1

1. The Motion to Expedite is **GRANTED**.

2. The hearing on the Motion (the "Hearing") shall be held on **January 26, 2021 at 9:30 a.m. (prevailing Central Time)** in the United States Bankruptcy Court for the Northern District of Texas, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242.

3. The deadline for objecting to the Motion shall be at the Hearing.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

### ### END OF ORDER ###