Judith W. Ross
State Bar No. 21010670
Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
**Ross & Smith, PC**
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: judith.ross@judithwross.com
       frances.smith@judithwross.com
       eric.soderlund@judithwross.com

Michelle Hartmann
State Bar No. 24032402
**BAKER & McKENZIE LLP**
1900 North Pearl
Suite 1500
Dallas, TX 75201
Telephone:  214-978-3000
Facsimile:  214-978-3099
Email: michelle.hartmann@bakermckenzie.com

Debra A. Dandeneau
**BAKER & McKENZIE LLP**
452 Fifth Ave
New York, NY 10018
Telephone:  212-626-4875
Email: debra.dandeneau@bakermckenzie.com
(*Admitted pro hac vice*)

**COUNSEL FOR SCOTT ELLINGTON, THOMAS SURGENT,
FRANK WATERHOUSE, AND ISAAC LEVENTON**

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re: Highland Capital Management, L.P.,** § § § § § § | | **Case No. 19-34054-sgj-11**<br><br>**Chapter 11** |
| **Debtor.** | | |

**SENIOR EMPLOYEES' WITNESS AND EXHIBIT LIST FOR
THE HEARING SCHEDULED FOR JANUARY 26, 2021 AT 9:30 A.M.
(PREVAILING CENTRAL TIME)**

Scott Ellington, Thomas Surgent, Frank Waterhouse, and Isaac Leventon (collectively, the "**Senior Employees**") file this Witness and Exhibit List for the hearing scheduled on **Wednesday, January 26, 2021 at 9:30 am**.

**Senior Employees' Witness List**

At the hearing, Senior Employees may call the following persons to testify as witnesses:

1. Isaac Leventon;

**WITNESS AND EXHIBIT LIST – Page 1**

2. James Seery, Jr.;

3. J.P. Sevilla;

4. Any witness designated or called by any other party; and

5. Any rebuttal witnesses, as necessary.

### Senior Employees' Exhibit List

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| SE1 | Plan of Reorganization of Highland Capital Management, L.P. [Docket No. 944] | | | |
| SE2 | First Amended Plan of Reorganization of Highland Capital Management, L.P. [Docket No. 1079] | | | |
| SE3 | Second Amended Plan of Reorganization of Highland Capital Management, L.P. [Docket No. 1287] | | | |
| SE4 | Third Amended Plan of Reorganization of Highland Capital Management, L.P. [Docket No. 1383] | | | |
| SE5 | Redline Third Amended Plan of Reorganization of Highland Capital management, L.P. [Docket No. 1385] | | | |
| SE6 | Fourth Amended Plan of Reorganization of Highland Capital Management, L.P. with Exhibits thereto [Docket No. 1450] | | | |
| SE7 | Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. with Exhibits thereto [Docket No. 1472] | | | |
| SE8 | Redline Comparison of Second to Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. | | | |
| SE9 | Debtor's Notice of Filing of Plan Supplement to the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. and exhibits thereto [Docket No. 1606] | | | |
| SE10 | Senior Employees' Limited Objection to Debtor's Fifth Amended Plan [Docket 1669] | | | |

**WITNESS AND EXHIBIT LIST – Page 2**

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| SE11 | Email from David Neier to Scott Ellington dated 11.16.2020 | | | |
| SE12 | Email from David Neier to Thomas Surgent dated 11.20.2020 | | | |
| SE13 | Bonus Award letters 2018, 2017, 2016 – Isaac Leventon | | | |
| SE14 | Bonus Award Letters 2018, 2017, 2016 – Scott Ellington | | | |
| SE15 | Bonus Award Letters 2018, 2017, 2016 – Frank Waterhouse | | | |
| SE16 | Bonus Award Letters 2018, 2017, 2016 – Thomas Surgent | | | |
| SE17 | Appointment for Claims Meeting December 2, 2020 | | | |
| SE18 | Isaac Leventon's Notes from Claims Meeting December 2, 2020 | | | |
| SE19 | Thomas Surgent's Handwritten Notes from Claims Meeting December 2, 2020 | | | |
| SE20 | Email from JP Sevilla to Isaac Leventon dated October 26, 2020 | | | |
| SE21 | Email from Jeff Pomerantz to Debra Dandeneau dated January 4, 2021 | | | |
| SE22 | Proof of Claim filed by Frank Waterhouse [Claim No. 182] | | | |
| SE23 | Proof of Claim filed by Thomas Surgent [Claim No. 183] | | | |
| SE24 | Proof of Claim filed by Isaac D. Leventon [Claim No. 184] | | | |
| SE25 | Proof of Claim filed by Scott B. Ellington [Claim No. 192] | | | |
| SE26 | Notice of Filing of Debtor's Amended Schedules [Docket No. 1082] | | | |
| SE27 | Monthly Operating Report [Docket No. 913] | | | |
| SE28 | Monthly Operating Report [Docket No. 1014] | | | |
| SE29 | Monthly Operating Report [Docket 1115] | | | |
| SE30 | Monthly Operating Report [Docket No. 1329] | | | |
| SE31 | Monthly Operating Report [Docket No. 1493] | | | |
| SE32 | Monthly Operating Report [Docket No. 1710] | | | |

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| SE33 | Ballot submitted by Scott Ellington (Class 7) | | | |
| SE34 | Ballot Submitted by Scott Ellington (Class 8) | | | |
| SE35 | Ballot Submitted by Frank Waterhouse (Class 7) | | | |
| SE36 | Ballot Submitted by Frank Waterhouse (Class 8) | | | |
| SE37 | Ballot Submitted by Isaac Leventon (Class 7) | | | |
| SE38 | Ballot Submitted by Isaac Leventon (Class 8) | | | |
| SE39 | Ballot Submitted by Thomas Surgent (Class 7) | | | |
| SE40 | Ballot Submitted by Thomas Surgent (Class 8) | | | |
| | Any exhibits produced by the Debtor or other third party after the filing of this Witness and Exhibit List | | | |
| | Any exhibits designated by any other party | | | |
| | Any exhibits necessary and appropriate as rebuttal evidence | | | |

Respectfully submitted January 22, 2021.

By: */s/ Frances A. Smith*
Judith W. Ross
State Bar No. 21010670
Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
**ROSS & SMITH, PC**
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: judith.ross@judithwross.com
frances.smith@judithwross.com
eric.soderlund@judithwross.com

Michelle Hartmann
State Bar No. 24032402
**BAKER & McKENZIE LLP**
1900 North Pearl
Suite 1500
Dallas, TX 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099
Email: michelle.hartmann@bakermckenzie.com

Debra A. Dandeneau
**BAKER & McKENZIE LLP**
452 Fifth Ave
New York, NY 10018
Telephone: 212-626-4875
Email: debra.dandeneau@bakermckenzie.com
(*Admitted pro hac vice*)

**COUNSEL FOR SCOTT ELLINGTON, THOMAS SURGENT, FRANK WATERHOUSE, AND ISAAC LEVENTON**