| | |
|---|---|
| **From:** | Neier, David <DNeier@winston.com> |
| **Sent:** | Friday, November 20, 2020 3:24 PM |
| **To:** | Thomas Surgent; fgwaterhouse (fgwaterhouse@yahoo.com); JP Sevilla; Isaac Leventon; Scott Ellington |
| **Subject:** | FW: 2020.11.20 HCM - Insiders Bonus Claims.xlsx |
| **Attachments:** | 2020.11.20 HCM - Insiders Bonus Claims.xlsx |

David Neier
Winston & Strawn, LLP
CELL:  914-772-1027

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
OFFICE:  (212) 294-5318
dneier@winston.com

---

**From:** Gregory V. Demo <GDemo@pszjlaw.com>
**Sent:** Friday, November 20, 2020 2:36 PM
**To:** Neier, David <DNeier@winston.com>
**Subject:** 2020.11.20 HCM - Insiders Bonus Claims.xlsx

Dave – The attached gives a better breakdown of the deferred comp claims.

Greg

---

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

**EXHIBIT SE12**

| Employee | POC Claim amount [1] | PY 2018 Bonus Installment 3 2/28/2020 | 2017 Deferred Award 3 Year Cliff Vest 5/31/2020 | PY 2018 Bonus Installment 4 8/31/2020 | Total unpaid bonus | Deduction to elect into convenience class | Convenience class claim amount | Convenience class payout (85%) | Allowed claim distribution (60%) | % Payout on unpaid bonus |
|---|---|---|---|---|---|---|---|---|---|---|
| Ellington, Scott | $ 7,604,375 | $ 350,000 | $ 667,197 | $ 350,000 | $ 1,367,197 | $ (367,197) | $ 1,000,000 | $ 850,000 | $ 510,000 | 37% |
| Leventon, Isaac | 1,342,380 | 100,000 | 389,198 | 100,000 | 589,198 | - | 589,198 | 500,819 | 300,491 | 51% |
| Surgent, Thomas | 3,958,628 | 325,000 | 541,748 | 325,000 | 1,191,748 | (191,748) | 1,000,000 | 850,000 | 510,000 | 43% |
| Waterhouse, Frank | 2,102,261 | 212,500 | 366,580 | 212,500 | 791,580 | - | 791,580 | 672,843 | 403,706 | 51% |
|  | $ 15,007,644 | $ 987,500 | $ 1,964,723 | $ 987,500 | $ 3,939,723 | $ (558,945) | $ 3,380,778 | $ 2,873,662 | $ 1,724,197 |  |