**Isaac Leventon**
**Compensation and Benefit Statement**

Job Title: Assistant General Counsel
Department: Legal

| **EARNINGS AND AWARDS** | |
|---|---|
| 2018 Base Salary (as of 12/31/18) | $235,000 |
| 2018 Combined Performance and Retention Bonus (breakdown below): | $400,000 |

    2018 Performance Cash Bonus Award $100,000
- The Performance Bonus will be paid on February 28, 2019 as an award for your 2018 performance

    2018 Retention Bonus Award
- A Retention Bonus of $100,000 will be paid on each of the following date(s) as an employee retention incentive: August 30, 2019, February 28, 2020, August 31, 2020

2018 Other Awards
| | |
|---|---|
| 401(k) Match | $ 4,800 |
| Estimated 2018 Profit Sharing (will be contributed in 2019) | $ 20,625 |

*Final profit sharing award subject to passing IRS mandated testing

| | |
|---|---|
| 2018 Deferred Compensation Award | $ 75,000 |

- Award composition and details to be finalized by April 30, 2019
- Award vests May 31, 2022
- Employee must be employed on vesting date to receive and vest in award

| | |
|---|---|
| ***2018 Total Earnings and Awards*** | **$735,425** |
| **HIGHLAND PAID BENEFITS** | |
| Medical & Dental Insurance | $ 26,355 |
| Life, AD&D and Disability Insurance | $ 1,210 |
| Executive Life Insurance | $ 585 |
| Daily Catered Lunches | $ 3,000 |
| Parking | $ 1,080 |
| Gym Membership | $ 264 |
| ***2018 Estimated Total Value of Highland Paid Benefits*** | **$ 32,493** |
| **TOTAL COMPENSATION PACKAGE** | **$767,918** |

**Isaac Leventon**
**Compensation and Benefit Statement**

Job Title: Assistant General Counsel
Department: Legal

| **EARNINGS AND AWARDS** | |
|---|---|
| 2017 Base Salary (as of 12/31/17) | $220,000 |

**Effective March 1, 2018, your new base salary will be: $235,000**

| | |
|---|---|
| 2017 Combined Performance and Retention Bonus (breakdown below): | $400,000 |

    2017 Performance Cash Bonus Award $ 100,000
      • The Performance Bonus will be paid on February 28, 2018 as an award for your 2017 performance
    2017 Retention Bonus Award
      • A Retention Bonus of $ 100,000 will be paid on each of the following date(s) as an employee retention incentive: August 31, 2018, February 28, 2019, August 30, 2019

| | |
|---|---|
| 2017 Other Awards | |
|   401(k) Match | $ 4,800 |
|   Estimated 2017 Profit Sharing (will be contributed in 2018) | $ 20,250 |
|   *Final profit sharing award subject to passing IRS mandated testing | |
|   2017 Deferred Compensation Award | $ 68,000 |

    • Award composition and details to be finalized by March 31, 2018
    • Award vests May 31, 2021
    • Employee must be employed on vesting date to receive and vest in award

| | |
|---|---|
| *2017 Total Earnings and Awards* | **$713,050** |

| **HIGHLAND PAID BENEFITS** | |
|---|---|
| Medical & Dental Insurance | $ 26,246 |
| Life, AD&D and Disability Insurance | $ 1,153 |
| Executive Life Insurance | $ 585 |
| Daily Catered Lunches | $ 3,000 |
| Parking | $ 1,080 |
| Gym Membership | $ 264 |
| *2017 Estimated Total Value of Highland Paid Benefits* | **$ 32,328** |

| **TOTAL COMPENSATION PACKAGE** | **$745,378** |
|---|---|

| | |
|---|---|
| *Waiver and Release Payment in 2017* | $ 4,400 |

**Isaac Leventon**
**Compensation and Benefit Statement**

Job Title: Assistant General Counsel
Department: Legal

| **EARNINGS AND AWARDS** | |
|---|---|
| 2016 Base Salary (as of 12/31/16) | $220,000 |
| 2016 Combined Performance and Retention Bonus (breakdown below): | $350,000 |

    2016 Performance Cash Bonus Award $ 87,500
- The Performance Bonus will be paid on February 28, 2017 as an award for your 2016 performance

    2016 Retention Bonus Award
- A Retention Bonus of $ 87,500 will be paid on each of the following date(s) as an employee retention incentive: August 31, 2017, February 28, 2018, August 31, 2018

2016 Other Awards
| | |
|---|---|
|     401(k) Match | $ 10,322 |
|     Estimated 2016 Profit Sharing (will be contributed in 2017) | $ 19,875 |

*Final profit sharing award subject to passing IRS mandated testing

| | |
|---|---|
|     2016 Deferred Compensation Award | $350,000 |

- Award composition and details to be finalized by March 31, 2017
- Award vests May 31, 2020
- Employee must be employed on vesting date to receive and vest in award
- $300,000 of this award is due to your work on a special project

| | |
|---|---|
| ***2016 Total Earnings and Awards*** | **$950,197** |
| **HIGHLAND PAID BENEFITS** | |
| Medical & Dental Insurance | $ 24,281 |
| Life, AD&D and Disability Insurance | $ 1,153 |
| Executive Life Insurance | $ 585 |
| Daily Catered Lunches | $ 3,000 |
| Parking | $ 1,080 |
| Gym Membership | $ 264 |
| ***2016 Estimated Total Value of Highland Paid Benefits*** | **$ 30,363** |
| **TOTAL COMPENSATION PACKAGE** | **$980,560** |