
EXHIBIT SE14

## Scott Ellington
## Compensation and Benefit Statement

Job Title: Partner, Chief Legal Officer and General Counsel
Department: Legal

### EARNINGS AND AWARDS

| | |
|---|---:|
| 2018 Base Salary (as of 12/31/18) | $450,000 |
| 2018 Combined Performance and Retention Bonus (breakdown below): | $1,400,000 |

  2018 Performance Cash Bonus Award $350,000
  - The Performance Bonus will be paid on March 15, 2019 as an award for your 2018 performance

  2018 Retention Bonus Award
  - A Retention Bonus of $350,000 will be paid on each of the following date(s) as an employee retention incentive: August 30, 2019, February 28, 2020, August 31, 2020

2018 Other Awards
| | |
|---|---:|
| 401(k) Match | $ 4,800 |
| Estimated 2018 Profit Sharing (will be contributed in 2019) | $ 20,625 |

*Final profit sharing award subject to passing IRS mandated testing

| | |
|---|---:|
| You received a payment on 3/31/2018 for personal expenses | $ 20,741 |
| 2018 Deferred Compensation Award | $1,000,000 |

  - Award composition and details to be finalized by April 30, 2019
  - Award vests May 31, 2022
  - Employee must be employed on vesting date to receive and vest in award

| | |
|---|---:|
| 2019 NXRT RSU Award | $714,000 |

  - You have been granted 19,040 restricted stock units of NXRT for the 2018 performance year

| | |
|---|---:|
| *2018 Total Earnings and Awards* | **$3,610,166** |

### HIGHLAND PAID BENEFITS

| | |
|---|---:|
| Medical & Dental Insurance | $ 7,006 |
| Life, AD&D and Disability Insurance | $ 1,210 |
| Executive Long Term Disability | $   933 |
| Executive Life Insurance | $ 10,653 |
| Daily Catered Lunches | $ 3,000 |
| Parking | $ 2,160 |
| Cell Phone | $ 1,680 |
| *2018 Estimated Total Value of Highland Paid Benefits* | **$ 26,643** |

| | |
|---|---:|
| **TOTAL COMPENSATION PACKAGE** | **$3,636,809** |

**Scott Ellington**
**Compensation and Benefit Statement**

Job Title: Partner, Chief Legal Officer and General Counsel
Department: Legal

**EARNINGS AND AWARDS**

| | |
|---|---:|
| 2017 Base Salary (as of 12/31/17) | $400,000 |

**Effective March 1, 2018, your new base salary will be: $450,000**

| | |
|---|---:|
| 2017 Combined Performance and Retention Bonus (breakdown below): | $1,200,000 |

    2017 Performance Cash Bonus Award $ 300,000
       • The Performance Bonus will be paid on February 28, 2018 as an award for your 2017 performance
    2017 Retention Bonus Award
       • A Retention Bonus of $ 300,000 will be paid on each of the following date(s) as an employee retention incentive: August 31, 2018, February 28, 2019, August 30, 2019

2017 Other Awards

| | |
|---|---:|
| 401(k) Match | $ 4,800 |
| Estimated 2017 Profit Sharing (will be contributed in 2018) | $ 20,250 |

*Final profit sharing award subject to passing IRS mandated testing

| | |
|---|---:|
| 2017 Deferred Compensation Award | $900,000 |

       • Award composition and details to be finalized by March 31, 2018
       • Award vests May 31, 2021
       • Employee must be employed on vesting date to receive and vest in award

| | |
|---|---:|
| 2018 NXRT RSU Award | $708,500 |

       • You have been granted 30,059 restricted stock units of NXRT for the 2017 performance year

| | |
|---|---:|
| *2017 Total Earnings and Awards* | **$3,233,550** |

**HIGHLAND PAID BENEFITS**

| | |
|---|---:|
| Medical & Dental Insurance | $ 6,978 |
| Life, AD&D and Disability Insurance | $ 1,153 |
| Executive Long Term Disability | $ 933 |
| Executive Life Insurance | $ 10,653 |
| Daily Catered Lunches | $ 3,000 |
| Parking | $ 2,160 |
| Cell Phone | $ 1,680 |
| *2017 Estimated Total Value of Highland Paid Benefits* | **$ 26,557** |

| | |
|---|---:|
| **TOTAL COMPENSATION PACKAGE** | **$3,260,107** |

| | |
|---|---:|
| *Waiver and Release Payment in 2017* | $ 8,000 |

# Scott Ellington
# Compensation and Benefit Statement

Job Title: Partner, Chief Legal Officer and General Counsel
Department: Legal

## EARNINGS AND AWARDS

| | |
|---|---:|
| 2016 Base Salary (as of 12/31/16) | $400,000 |
| 2016 Combined Performance and Retention Bonus (breakdown below): | $1,000,000 |

2016 Performance Cash Bonus Award $ 250,000
- The Performance Bonus will be paid on February 28, 2017 as an award for your 2016 performance

2016 Retention Bonus Award
- A Retention Bonus of $ 250,000 will be paid on each of the following date(s) as an employee retention incentive: August 31, 2017, February 28, 2018, August 31, 2018

2016 Other Awards

| | |
|---|---:|
| 401(k) Match | $ 4,800 |
| Estimated 2016 Profit Sharing (will be contributed in 2017) | $ 19,875 |

*Final profit sharing award subject to passing IRS mandated testing

| | |
|---|---:|
| 2016 Deferred Compensation Award | $600,000 |

- Award composition and details to be finalized by March 31, 2017
- Award vests May 31, 2020
- Employee must be employed on vesting date to receive and vest in award

| | |
|---|---:|
| 2016 Deferred Compensation Award | $500,000 |

- It is expected that you will receive approximately 23,000 restricted stock units of NXRT relating to the 2016 performance year, which have a current market value of approximately $500,000

| | |
|---|---:|
| ***2016 Total Earnings and Awards*** | **$2,524,675** |

## HIGHLAND PAID BENEFITS

| | |
|---|---:|
| Medical & Dental Insurance | $ 6,451 |
| Life, AD&D and Disability Insurance | $ 1,153 |
| Executive Long Term Disability | $ 933 |
| Executive Life Insurance | $ 10,653 |
| Daily Catered Lunches | $ 3,000 |
| Parking | $ 2,160 |
| ***2016 Estimated Total Value of Highland Paid Benefits*** | **$ 24,350** |

## TOTAL COMPENSATION PACKAGE                                            $2,549,025