**Frank Waterhouse**
**Compensation and Benefit Statement**

Job Title: Partner and Chief Financial Officer
Department: Finance

## EARNINGS AND AWARDS

| | |
|---|---:|
| 2018 Base Salary (as of 12/31/18) | $350,000 |
| 2018 Combined Performance and Retention Bonus (breakdown below): | $850,000 |

    2018 Performance Cash Bonus Award $212,500
- The Performance Bonus will be paid on March 27, 2019 as an award for your 2018 performance

    2018 Retention Bonus Award
- A Retention Bonus of $212,500 will be paid on each of the following date(s) as an employee retention incentive: August 30, 2019, February 28, 2020, August 31, 2020

| | |
|---|---:|
| 2018 Other Awards | |
| 401(k) Match | $ 4,800 |
| Estimated 2018 Profit Sharing (will be contributed in 2019) | $ 20,625 |
| *Final profit sharing award subject to passing IRS mandated testing | |
| 2018 Deferred Compensation Award | $550,000 |

- Award composition and details to be finalized by DA115April 30, 2019
- Award vests May 31, 2022
- Employee must be employed on vesting date to receive and vest in award

| | |
|---|---:|
| *2018 Total Earnings and Awards* | **$1,775,425** |

## HIGHLAND PAID BENEFITS

| | |
|---|---:|
| Medical & Dental Insurance | $ 26,355 |
| Life, AD&D and Disability Insurance | $ 1,210 |
| Executive Long Term Disability | $ 892 |
| Executive Life Insurance | $ 3,891 |
| Daily Catered Lunches | $ 3,000 |
| Parking | $ 2,160 |
| Cell Phone | $ 1,680 |
| *2018 Estimated Total Value of Highland Paid Benefits* | **$ 39,187** |

| | |
|---|---:|
| **TOTAL COMPENSATION PACKAGE** | **$1,814,612** |

**Frank Waterhouse**
**Compensation and Benefit Statement**

Job Title: Partner and Chief Financial Officer
Department: Finance

| **EARNINGS AND AWARDS** | |
|---|---|
| 2017 Base Salary (as of 12/31/17) | $350,000 |
| 2017 Combined Performance and Retention Bonus (breakdown below): | $825,000 |

    2017 Performance Cash Bonus Award $ 206,250
- The Performance Bonus will be paid on February 28, 2018 as an award for your 2017 performance

    2017 Retention Bonus Award
- A Retention Bonus of $ 206,250 will be paid on each of the following date(s) as an employee retention incentive: August 31, 2018, February 28, 2019, August 30, 2019

2017 Other Awards
| | |
|---|---|
| 401(k) Match | $ 4,800 |
| Estimated 2017 Profit Sharing (will be contributed in 2018) | $ 20,250 |
| *Final profit sharing award subject to passing IRS mandated testing | |
| 2017 Deferred Compensation Award | $500,000 |

- Award composition and details to be finalized by March 31, 2018
- Award vests May 31, 2021
- Employee must be employed on vesting date to receive and vest in award

| | |
|---|---|
| *2017 Total Earnings and Awards* | **$1,700,050** |
| **HIGHLAND PAID BENEFITS** | |
| Medical & Dental Insurance | $ 26,246 |
| Life, AD&D and Disability Insurance | $ 1,153 |
| Executive Long Term Disability | $ 892 |
| Executive Life Insurance | $ 3,891 |
| Daily Catered Lunches | $ 3,000 |
| Parking | $ 2,160 |
| Cell Phone | $ 1,680 |
| *2017 Estimated Total Value of Highland Paid Benefits* | **$ 39,022** |
| **TOTAL COMPENSATION PACKAGE** | **$1,739,072** |
| ***Waiver and Release Payment in 2017*** | **$ 7,000** |

**Frank Waterhouse**
**Compensation and Benefit Statement**

Job Title: Partner and Chief Financial Officer
Department: Finance

## EARNINGS AND AWARDS

| | |
|---|---:|
| 2016 Base Salary (as of 12/31/16) | $350,000 |
| 2016 Combined Performance and Retention Bonus (breakdown below): | $800,000 |

    2016 Performance Cash Bonus Award $ 200,000
- The Performance Bonus will be paid on February 28, 2017 as an award for your 2016 performance

    2016 Retention Bonus Award
- A Retention Bonus of $ 200,000 will be paid on each of the following date(s) as an employee retention incentive: August 31, 2017, February 28, 2018, August 31, 2018

2016 Other Awards

| | |
|---|---:|
|     401(k) Match | $ 4,800 |
|     Estimated 2016 Profit Sharing (will be contributed in 2017) | $ 19,875 |

    *Final profit sharing award subject to passing IRS mandated testing

| | |
|---|---:|
|     2016 Deferred Compensation Award | $500,000 |

- Award composition and details to be finalized by March 31, 2017
- Award vests May 31, 2020
- Employee must be employed on vesting date to receive and vest in award

| | |
|---|---:|
| *2016 Total Earnings and Awards* | **$1,674,675** |

## HIGHLAND PAID BENEFITS

| | |
|---|---:|
| Medical & Dental Insurance | $ 24,281 |
| Life, AD&D and Disability Insurance | $ 1,153 |
| Executive Long Term Disability | $ 892 |
| Executive Life Insurance | $ 3,891 |
| Daily Catered Lunches | $ 3,000 |
| Parking | $ 2,160 |
| Cell Phone | $ 1,680 |
| *2016 Estimated Total Value of Highland Paid Benefits* | **$ 37,057** |

| | |
|---|---:|
| **TOTAL COMPENSATION PACKAGE** | **$1,711,732** |