**EXHIBIT SE16**

## Thomas Surgent
## Compensation and Benefit Statement

Job Title: Partner and Chief Compliance Officer
Department: Legal

### EARNINGS AND AWARDS

| | |
|---|---:|
| 2018 Base Salary (as of 12/31/18) | $375,000 |

**Effective March 1, 2019, your new base salary will be: $400,000**

| | |
|---|---:|
| 2018 Combined Performance and Retention Bonus (breakdown below): | $1,300,000 |

    2018 Performance Cash Bonus Award $325,000
- The Performance Bonus will be paid on March 15, 2019 as an award for your 2018 performance

    2018 Retention Bonus Award
- A Retention Bonus of $325,000 will be paid on each of the following date(s) as an employee retention incentive: August 30, 2019, February 28, 2020, August 31, 2020

| | |
|---|---:|
| 2018 Other Awards | |
|     401(k) Match | $ 4,800 |
|     Estimated 2018 Profit Sharing (will be contributed in 2019) | $ 20,625 |
|     *Final profit sharing award subject to passing IRS mandated testing | |
|     2018 Deferred Compensation Award | $1,000,000 |

- Award composition and details to be finalized by April 30, 2019
- Award vests May 31, 2022
- Employee must be employed on vesting date to receive and vest in award

| | |
|---|---:|
| ***2018 Total Earnings and Awards*** | **$2,700,425** |

### HIGHLAND PAID BENEFITS

| | |
|---|---:|
| Medical & Dental Insurance | $ 14,192 |
| Life, AD&D and Disability Insurance | $ 1,044 |
| Executive Long Term Disability | $ 822 |
| Executive Life Insurance | $ 2,547 |
| Daily Catered Lunches | $ 3,000 |
| Parking | $ 2,160 |
| Cell Phone | $ 1,200 |
| ***2018 Estimated Total Value of Highland Paid Benefits*** | **$ 24,965** |

### TOTAL COMPENSATION PACKAGE — $2,725,390

**Thomas Surgent**
**Compensation and Benefit Statement**

Job Title: Partner and Chief Compliance Officer
Department: Legal

**EARNINGS AND AWARDS**

| | |
|---|---:|
| 2017 Base Salary (as of 12/31/17) | $350,000 |

**Effective March 1, 2018, your new base salary will be: $375,000**

| | |
|---|---:|
| 2017 Combined Performance and Retention Bonus (breakdown below): | $1,200,000 |

2017 Performance Cash Bonus Award $ 300,000
- The Performance Bonus will be paid on February 28, 2018 as an award for your 2017 performance

2017 Retention Bonus Award
- A Retention Bonus of $ 300,000 will be paid on each of the following date(s) as an employee retention incentive: August 31, 2018, February 28, 2019, August 30, 2019

2017 Other Awards

| | |
|---|---:|
| 401(k) Match | $ 4,800 |
| Estimated 2017 Profit Sharing (will be contributed in 2018) | $ 20,250 |

*Final profit sharing award subject to passing IRS mandated testing

| | |
|---|---:|
| 2017 Deferred Compensation Award | $804,000 |

- Award composition and details to be finalized by March 31, 2018
- Award vests May 31, 2021
- Employee must be employed on vesting date to receive and vest in award

| | |
|---|---:|
| *2017 Total Earnings and Awards* | **$2,379,050** |

**HIGHLAND PAID BENEFITS**

| | |
|---|---:|
| Medical & Dental Insurance | $ 14,134 |
| Life, AD&D and Disability Insurance | $ 968 |
| Executive Long Term Disability | $ 822 |
| Executive Life Insurance | $ 2,547 |
| Daily Catered Lunches | $ 3,000 |
| Parking | $ 2,160 |
| Cell Phone | $ 1,200 |
| *2017 Estimated Total Value of Highland Paid Benefits* | **$ 24,832** |

| | |
|---|---:|
| **TOTAL COMPENSATION PACKAGE** | **$2,403,882** |

| | |
|---|---:|
| *Waiver and Release Payment in 2017* | $ 7,000 |

**Thomas Surgent**
**Compensation and Benefit Statement**

Job Title: Partner and Chief Compliance Officer
Department: Legal

| **EARNINGS AND AWARDS** | |
|---|---|
| 2016 Base Salary (as of 12/31/16) | $350,000 |
| 2016 Combined Performance and Retention Bonus (breakdown below): | $1,100,000 |

    2016 Performance Cash Bonus Award $ 275,000
      • The Performance Bonus will be paid on February 28, 2017 as an award for your 2016 performance
    2016 Retention Bonus Award
      • A Retention Bonus of $ 275,000 will be paid on each of the following date(s) as an employee retention incentive: August 31, 2017, February 28, 2018, August 31, 2018

2016 Other Awards
| | |
|---|---|
| 401(k) Match | $ 4,800 |
| Estimated 2016 Profit Sharing (will be contributed in 2017) | $ 19,875 |

*Final profit sharing award subject to passing IRS mandated testing

| | |
|---|---|
| 2016 Deferred Compensation Award | $700,000 |

    • Award composition and details to be finalized by March 31, 2017
    • Award vests May 31, 2020
    • Employee must be employed on vesting date to receive and vest in award

| | |
|---|---|
| *2016 Total Earnings and Awards* | **$2,174,675** |
| **HIGHLAND PAID BENEFITS** | |
| Medical & Dental Insurance | $ 24,281 |
| Life, AD&D and Disability Insurance | $ 968 |
| Executive Long Term Disability | $ 822 |
| Executive Life Insurance | $ 2,547 |
| Daily Catered Lunches | $ 3,000 |
| Parking | $ 2,160 |
| Cell Phone | $ 1,200 |
| *2016 Estimated Total Value of Highland Paid Benefits* | **$ 34,978** |
| **TOTAL COMPENSATION PACKAGE** | **$2,209,653** |