| | | |
|---|---|---|
| **Subject:** | Highland senior employee claims | |
| **Location:** | 866-384-6555,,12122945318 | EXHIBIT<br>__SE17__ |
| **Start:** | Wed 12/2/2020 1:00 PM | |
| **End:** | Wed 12/2/2020 1:30 PM | |
| **Recurrence:** | (none) | |
| **Meeting Status:** | Not yet responded | |
| **Organizer:** | Neier, David | |

IPhone:866-384-6555,,12122945318

US Dial-in: 1-866-384-6555
Access Code: 1-212-294-5318#

David Neier
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-5318
dneier@winston.com<mailto:dneier@winston.com>

_____

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

