EXHIBIT
SE19

DATE

Senior Employee Release
Call     12/2/2020     PAGE #

- Neier
- Greg Demo
- Jim Seery
- Thomas
- Isaac
- Scott
- ~~Thomas~~
- JP
- Frank

Releases
- this was the best release
  we could get

→ 2020 Bonus  Feb/May/Aug pmts
  to get release have to
  take 40% discount
      cap at $1m
      X .85
      X .6

so for example 1.1 m
→ $1 m
→ 850  (.85)
→ 510 k  (.6)

plan effective
- if we dont elect the
release you can still
have the 1.1 m
claim
→ if you elect
conveneince #.
you get .850 k

or
General unsecured claim
wait longer
and likely less
% recovery

DATE

PAGE #

Claims

(1) – 2020 payments

(2) – amts deferred from
16 & 19 that were not
yet paid

(3) – indemnification claims