EXHIBIT

**SE26**

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
Maxim B. Litvak (Texas Bar No. 24002482)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD & ASSOCIATES PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Debtor and Debtor-in-Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| | ) | |
| Debtor. | ) | **Re: Docket No. 247** |
| | ) | |

**NOTICE OF FILING OF DEBTOR'S AMENDED SCHEDULES**

**PLEASE TAKE NOTICE** that the above-captioned debtor and debtor-in-possession

(the "Debtor") hereby files its *Amended Schedules of Assets and Liabilities – Schedule E-F* (the

"Amended Schedules").

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.



1934054200922000000000001

**PLEASE TAKE FURTHER NOTICE** that the following changes were made to the Amended Schedules attached hereto as <u>**Exhibit 1**</u>:

- Schedule E/F – add claims of Andrew Parmentier (E-2.2; F-3.15)

- Schedule E/F – Change name from Highland CLO Holdco (previously F-3.64 & F-3.65) to Highland CLO Management, Ltd. (F-3.65 & F-3.66).

**PLEASE TAKE FURTHER NOTICE** that, other than the changes listed above, there are no other changes to the Debtor's Schedules.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the *Order (I) Establishing Bar Dates for Filing Claims and (II) Approving the Form and Manner of Notice Thereof* [Docket No. 488], any creditor affected by this notice may file a proof of claim no later than thirty (30) days after the date that the notice of the Amended Schedules is served on the entity.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding the filing of the Amended Schedules, the Debtor reserves the right to further amend, in any way and at any time, the schedules of assets and liabilities filed in this chapter 11 case, consistent with the provisions of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and the Federal Rules of Bankruptcy Procedure.

*[Remainder of Page Intentionally Left Blank]*

Dated:   September 22, 2020.

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No.143717)
Ira D. Kharasch (CA Bar No. 109084)
Maxim B. Litvak (TX Bar No. 24002482)
Gregory V. Demo (NY Bar No. 5371992)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
Email:     jpomerantz@pszjlaw.com
           ikharasch@pcszjlaw.com
           mlitvak@pszjlaw.com
           gdemo@pszjlaw.com

-and-

**HAYWARD & ASSOCIATES PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Debtor and Debtor-in-Possession*

## Exhibit 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
|  | § |  |
| Debtor. | § |  |
|  | § |  |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODS, AND DISCLAIMER REGARDING DEBTOR'S AMENDED SCHEDULES OF ASSETS AND LIABILITIES

Highland Capital Management, L.P. (the "<u>Debtor</u>") submits its Amended Schedules of Assets and Liabilities (the "<u>Schedules</u>") in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "<u>Bankruptcy Court</u>"). The Debtor, with the assistance of its advisors and management, prepared the Schedules in accordance with section 521 title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "<u>Bankruptcy Code</u>") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>").

These Global Notes and Statement of Limitations, Methods, and Disclaimer Regarding the Debtor's Schedules (collectively, the "<u>Global Notes</u>") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules. These Global Notes should be referred to, and reviewed in connection with any review of the Schedules.[2] These Global Notes are intended to supplement the Global Notes filed at Docket No. 247 and 248 which remain applicable to the Schedules and Statement of Financial Affairs ("<u>SoFA</u>") filed at Docket No. 247 and 248, respectively and, to the extent not revised, shall be applicable to the attached Schedules.

The Schedules have been prepared by the Debtor with the assistance of its professionals and are unaudited and subject to further review and potential adjustment and amendment. In preparing the Schedules, the Debtor and its professionals relied on financial data derived from the Debtor's books and records that was available at the time of preparation. The Debtor and its professionals have made reasonable efforts to ensure the accuracy and completeness of such financial information, however, subsequent information or discovery of other relevant facts may result in material changes to the Schedules and inadvertent errors, omissions, or inaccuracies may exist. The Debtor reserves all rights to amend or supplement its Schedules and SoFA.

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

[2] These Global Notes are in addition to any specific notes contained in the Debtor's Schedules or SoFA. The fact that the Debtor has prepared a "general note" with respect to any of the Schedules and SoFA and not to others should not be interpreted as a decision by the Debtor to exclude the applicability of such general note to any of the Debtor's remaining Schedules and SoFA, as appropriate.

1

**Reservation of Rights.** The Debtor reserves all rights to amend the SoFA and Schedules in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the SoFA and Schedules as to amount, liability or classification of the claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Furthermore, nothing contained in the SoFA and Schedules shall constitute a waiver of rights by the Debtor involving any present or future causes of action, contested matters or other issues under the provisions of the Bankruptcy Code or other applicable non-bankruptcy laws.

**Description of the Case and "As Is" Information Date.** On October 16, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief with the United States Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court") under Chapter 11 of the Bankruptcy Code. The Debtor is managing its assets as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On December 4, 2019, the Delaware Bankruptcy Court entered an Order transferring this case to the Bankruptcy Court [Docket No. 1].

Asset information in the Schedules reflects the Debtor's best estimate of asset values as of the Petition Date, unless otherwise noted. No independent valuation has been obtained.

**Basis of Presentation.** The Schedules and SoFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by the Debtor.

Although these Schedules and SoFA may, at times, incorporate information prepared in accordance with GAAP, the Schedules and SoFA neither purport to represent nor reconcile to financial statements prepared and/or distributed by the Debtor in accordance with GAAP or otherwise. Moreover, given, among other things, the valuation and nature of certain liabilities, to the extent that the Debtor shows more assets than liabilities, this is not a conclusion that the Debtor was solvent at the Petition Date. Likewise, to the extent that the Debtor shows more liabilities than assets, this is not a conclusion that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

**Estimates.** To timely close the books and records of the Debtor, the Debtor and its professionals must make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses. The Debtor reserves all rights to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

**Confidentiality**. There may be instances within the Schedules and SoFA where names, addresses, or amounts have been left blank. Due to the nature of an agreement between the Debtor and the third party, concerns of confidentiality, or concerns for the privacy of an individual, the Debtor may have deemed it appropriate and necessary to avoid listing such names, addresses, and amounts.

2

**Intercompany Claims.** Any receivables and payables between the Debtor and affiliated or related entities in this case (each an "Intercompany Receivable" or "Intercompany Payable" and, collectively, the "Intercompany Claims") are reported as assets on Schedule B or liabilities on Schedule E and Schedule F. These Intercompany Claims include the following components, among others: 1) loans to affiliates or related entities, 2) accounts payable and payroll disbursements made out of an affiliate's or related entity's bank accounts on behalf of the Debtor, 3) centrally billed expenses, 4) corporate expense allocations, and 5) accounting for trade and other intercompany transactions. These Intercompany Claims may or may not result in allowed or enforceable claims by or against the Debtor, and by listing these claims the Debtor is not indicating a conclusion that the Intercompany Claims are enforceable. Intercompany Claims may also be subject to set off, recoupment, and netting not reflected in the Schedules. In situations where there is not an enforceable claim, the assets and/or liabilities of the Debtor may be greater or lesser than the amounts stated herein. All rights to amend intercompany Claims in the Schedules and SoFA are reserved.

The Debtor has listed the intercompany payables as unsecured claims on Schedule F. The Debtor reserves its rights to later change the characterization, classification, categorization, or designation of such items.

**Insiders.** For purposes of the Schedules and SoFA, the Debtor defines "insider" pursuant to section 101(31) of the Bankruptcy Code. Payments to insiders are set forth on Question 3.c. of the SoFA.

Persons listed as "insiders" have been included for informational purposes only. The Debtor did not take any position with respect to whether such individual could successfully argue that he or she is not an "insider" under applicable law, including without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose. Inclusion of any party in the Schedules and SoFA as an insider does not constitute an admission that such party is an insider or a waiver of such party's right to dispute insider status.

**Excluded Accruals and GAAP Entries.** The Debtor's balance sheet reflects liabilities recognized in accordance with GAAP; however, not all such liabilities would result in a claim against the Debtor. Certain liabilities (including but not limited to certain reserves, deferred charges, and future contractual obligations) have not been included in the Debtor's Schedules. Other immaterial assets and liabilities may also have been excluded.

**Classification and Claim Descriptions**. Any failure to designate a claim on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules as to amount, liability or classification or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

Listing a claim (i) in Schedule D as "secured," (ii) in Schedule E as "priority" or (iii) in Schedule F as "unsecured nonpriority," or listing a contract in Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract.

3

Moreover, the Debtor reserves all rights to amend the SoFA and Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the SoFA and Schedules as to amount, liability or classification of the claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Furthermore, nothing contained in the SoFA and Schedules shall constitute a waiver of rights by the Debtor involving any present or future causes of action, contested matters or other issues under the provisions of the Bankruptcy Code or other relevant non-bankruptcy laws.

**Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtor. The Debtor reserves all of its rights respecting such credits, allowances or other adjustments.

**Setoffs.** The Debtor may incur setoffs from third parties in its business. Setoffs in the ordinary course can result from various routine transactions, including intercompany transactions, pricing discrepancies, warranty claims and other disputes between the Debtor and third parties. Certain of these constitute normal setoffs consistent with the ordinary course of business in the Debtor's industry. In such instances, such ordinary course setoffs are excluded from the Debtor's responses to Question 13 of the SoFA. The Debtor reserves all rights to enforce or challenge, as the case may be, any setoffs that have been or may be asserted.

**Specific Notes.** These general notes are in addition to the specific notes set forth below or in the related Statement and Schedules hereinafter.

## General Disclaimer

The Debtor has prepared the Schedules and the SoFA based on the information reflected in the Debtor's books and records. However, inasmuch as the Debtor's books and records have not been audited or formally closed and evaluated for proper cut-off on the Petition Date, the Debtor cannot warrant the absolute accuracy of these documents. The Debtor has made a diligent effort to complete these documents accurately and completely. To the extent additional information becomes available, the Debtor will amend and supplement the Schedules and SoFA.

## Specific Schedules Disclosures

a.      **Schedule E/F - Creditors Who Have Unsecured Claims.**

*Part 1 - Creditors with Priority Unsecured Claims*. Pursuant to the *Order (I) Authorizing the Debtor to (A) Pay and Honor Prepetition Compensation, Reimbursable Business Expenses, and Employee Benefit Obligations, and (B) Maintain and Continue Certain Compensation and Benefit Programs Postpetition; and (11) Granting Related Relief* [Docket No. 39] (the "Wage Order"), the Debtor received authority to pay certain prepetition obligations,

including to pay employee wages and other employee benefits, in the ordinary course of business. The Debtor believes that any non-insider employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, which were due and payable at the time of the Petition Date have been or will be satisfied as permitted pursuant to the Wage Order. The Debtor filed the *Motion of the Debtor for Entry of an Order Authorizing the Debtor to Pay and Honor Ordinary Course Obligations under Employee Bonus Plans and Granting Related Relief* [Docket No. 177] pursuant to which the Debtor sought authority to pay and honor certain prepetition bonus programs. The Court granted certain relief with respect to this motion at Docket No. 380. Employee claims related to these programs are shown in the aggregate amounts in Schedule E/F for privacy reasons. Additional information is available by appropriate request to the Debtor. The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtor that such claim or any portion thereof is entitled to priority status.

**Part 2 - Creditors with Nonpriority Unsecured Claims**. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtor's books and records. The Debtor made a reasonable attempt to set forth its unsecured obligations, although the actual amount of claims against the Debtor may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2 reflects liabilities based on the Debtor's books and records.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtor. The amounts for these potential claims are listed as "unknown" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements. Additionally, the amounts of certain litigation claims may be estimates based on the allegations asserted by the litigation counterparty, and do not constitute an admission by the Debtor with respect to either liability for, or the amount of, such claims.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

As of the time of filing of the Schedules and Statements, the Debtor had not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtor reserves its rights to amend Schedules D and E/F if and as it receive such invoices.

DOCS_DE:230758.1 36027/002

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Highland Capital Management, L.P.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **19-34054-SGJ** |

☑ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:  Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................... $    **523,970.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................... $    **409,580,813.30**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................. $    **410,104,783.30**

### Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **34,862,225.94**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $    **13,650.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$    **244,753,977.33**

4.  **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b        $    **279,629,853.27**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Highland Capital Management, L.P.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **19-34054-SGJ**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**All Employees**<br>**300 Crescent Ct.**<br>**Suite 700**<br>**Dallas, TX 75201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred<br>**2019** | Basis for the claim:<br>**Employee Wages & Bonuses** | | |
| Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Andrew Parmentier**<br>**1821 Redwood Ave.**<br>**Boulder, CO 80304** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,650.00 | $13,650.00 |
| Date or dates debt was incurred<br>**5/31/2019** | Basis for the claim:<br>**Separation and Release Agreement** | | |
| Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

         **Amount of claim**

| Debtor | **Highland Capital Management, L.P.** | Case number *(if known)* | **19-34054-SGJ** |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **45 Employees** | ☐ **Contingent** | |
| | **300 Crescent Ct.** | ☐ **Unliquidated** | |
| | **Suite 700** | ☐ Disputed | |
| | **Dallas, TX 75201** | | |
| | Date(s) debt was incurred **2017, 2018 & 2019** | Basis for the claim: **Deferred Awards** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,758,166.67** |
|---|---|---|---|
| | **46 Employees** | ☐ **Contingent** | |
| | **300 Crescent Ct.** | ☐ **Unliquidated** | |
| | **Suite 700** | ☐ Disputed | |
| | **Dallas, TX 75201** | | |
| | Date(s) debt was incurred **2018** | Basis for the claim: **Prior year employee bonuses** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108,399.83 |
|---|---|---|---|
| | Abrams & Bayliss | ☐ Contingent | |
| | 20 Montchanin Road, Suite 200 | ☐ Unliquidated | |
| | Wilmington, DE 19807 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **See Exhibit A** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,324.25 |
|---|---|---|---|
| | ACA Compliance Group | ☐ Contingent | |
| | 8403 Colesville Road | ☐ Unliquidated | |
| | Suite 870 | ☐ Disputed | |
| | Silver Spring, MD 20910 | | |
| | Date(s) debt was incurred __ | Basis for the claim: **See Exhibit A** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Acis Capital Management | ☐ Contingent | |
| | c/o Brian P. Shaw | ☐ Unliquidated | |
| | Rogge Dunn Group PC | ☐ Disputed | |
| | 500 N. Akard Street Ste 1900 | | |
| | Dallas, TX 75201 | | |
| | Date(s) debt was incurred __ | Basis for the claim: **Litigation Claim** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Acis Capital Management, L.P. | ☐ Contingent | |
| | c/o Brian P. Shaw | ☐ Unliquidated | |
| | Rogge Dunn Group, PC | ☐ Disputed | |
| | 500 N. Akard Street Ste 1900 | | |
| | Dallas, TX 75201 | | |
| | Date(s) debt was incurred __ | Basis for the claim: **Litigation Claim** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,825.00 |
|---|---|---|---|
| | Action Shred of Texas | ☐ Contingent | |
| | 1420 S. Barry Ave | ☐ Unliquidated | |
| | Dallas, TX 75223 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade Payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| Debtor | Highland Capital Management, L.P. | Case number (if known) | 19-34054-SGJ |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$113,947.86** |
|---|---|---|---|
| | **Akin Gump Strauss Hauer & Feld LLP**<br>**1700 Pacific Avenue**<br>**Suite 4100**<br>**Dallas, TX 75201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __See Exhibit A__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **All Employees**<br>**300 Crescent Ct.**<br>**Suite 700**<br>**Dallas, TX 75201** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019__ | Basis for the claim: __Employee Bonuses__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,522.33** |
|---|---|---|---|
| | **Allen ISD**<br>**Attn: Elizabeth Weller**<br>**2777 N. Stemmons Freeway**<br>**Suite 1000**<br>**Dallas, TX 75207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019__ | Basis for the claim: __Ad Valorem Taxes__ | |
| | Last 4 digits of account number __2301__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,188.30** |
|---|---|---|---|
| | **Allen ISD**<br>**Attn: Elizabeth Weller**<br>**2777 N. Stemmons Freeway**<br>**Suite 1000**<br>**Dallas, TX 75207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019__ | Basis for the claim: __Ad Valorem Taxes__ | |
| | Last 4 digits of account number __9351__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,234.00** |
|---|---|---|---|
| | **Alston & Bird LLP**<br>**1201 W. Peachtree Street**<br>**Atlanta, GA 30309-3424** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __See Exhibit A__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,511.80** |
|---|---|---|---|
| | **American Arbitration Association**<br>**120 Broadway. 21st Floor**<br>**New York, NY 10271** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __See Exhibit A__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,470.04** |
|---|---|---|---|
| | **American Solutions for Business**<br>**NW#7794**<br>**PO Box 1450**<br>**Minneapolis, MN 55485-7794** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Highland Capital Management, L.P.** | Case number (if known) | **19-34054-SGJ** |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$136,350.00** |
|---|---|---|---|
| | **Andrew Parmentier** | ☐ Contingent | |
| | **1821 Redwood Ave.** | ☐ Unliquidated | |
| | **Boulder, CO 80304** | ☐ Disputed | |
| | Date(s) debt was incurred  **5/31/2019** | Basis for the claim:  **Seperation and Release Agreement** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$137,637.81** |
|---|---|---|---|
| | **Andrews Kurth** | | |
| | **111 Congress Ave** | ☐ Contingent | |
| | **Suite 1700** | ☐ Unliquidated | |
| | **Attn: Scott Brister** | ☐ Disputed | |
| | **Austin, TX 78701** | | |
| | Date(s) debt was incurred | Basis for the claim:  **See Exhibit A** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$647.59** |
|---|---|---|---|
| | **Arkadin, Inc.** | ☐ Contingent | |
| | **Lockbox #32726** | ☐ Unliquidated | |
| | **Collection Center Dr** | ☐ Disputed | |
| | **Chicago, IL 60693-0726** | | |
| | Date(s) debt was incurred | Basis for the claim:  **Trade Payable** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,044.60** |
|---|---|---|---|
| | **ASW Law Limited** | ☐ Contingent | |
| | **Crawford House** | ☐ Unliquidated | |
| | **50 Cedar Avenue** | ☐ Disputed | |
| | **Hamilton HM11 Bermuda** | | |
| | Date(s) debt was incurred | Basis for the claim:  **See Exhibit A** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$927.16** |
|---|---|---|---|
| | **AT&T** | ☐ Contingent | |
| | **PO BOX 5001** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197-5001** | ☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  **Trade Payable** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,728.59** |
|---|---|---|---|
| | **AT&T Mobilty** | ☐ Contingent | |
| | **PO Box 6444** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197-6444** | ☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  **Trade Payable** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,855.79** |
|---|---|---|---|
| | **Bates White, LLC** | ☐ Contingent | |
| | **2001 K Street, NW** | ☐ Unliquidated | |
| | **North Building, Suite 500** | ☐ Disputed | |
| | **Washington, DC 20006** | | |
| | Date(s) debt was incurred | Basis for the claim:  **See Exhibit A** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Highland Capital Management, L.P. | Case number (if known) | 19-34054-SGJ |
|---|---|---|---|
| | Name | | |

---

**3.22**

Nonpriority creditor's name and mailing address
**Bell Nunnally & Martin LLP**
**3232 MCKINNEY AVE**
**STE 1400**
**DALLAS, TX 75204**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __See Exhibit A__

Is the claim subject to offset? ■ No ☐ Yes

$6,934.79

---

**3.23**

Nonpriority creditor's name and mailing address
**Bloomberg Finance LP**
**731 Lexington Ave.**
**New York, NY 10022**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

$25,384.89

---

**3.24**

Nonpriority creditor's name and mailing address
**Boies, Schiller & Flexner LLP**
**5301 Wisconsin Ave NW**
**Washington, DC 20015-2015**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __See Exhibit A__

Is the claim subject to offset? ■ No ☐ Yes

$115,714.80

---

**3.25**

Nonpriority creditor's name and mailing address
**Brandywine Process Servers, Ltd.**
**PO Box 1360**
**Wilmington, DE 19899**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

$69.00

---

**3.26**

Nonpriority creditor's name and mailing address
**Caledonian Directors Limited**
**PO Box 1043**
**George Town**
**Grand Cayman KY1-1002**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __See Exhibit A__

Is the claim subject to offset? ■ No ☐ Yes

$325.00

---

**3.27**

Nonpriority creditor's name and mailing address
**Canteen Vending Services**
**PO Box 417632**
**Boston, MA 02241-7632**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

$4,233.60

---

**3.28**

Nonpriority creditor's name and mailing address
**Carey International, Inc.**
**7445 New Technology Way**
**Frederick, MD 21703**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Uncompleted Transaction__

Is the claim subject to offset? ■ No ☐ Yes

$2,059,337.01

---

| Debtor | **Highland Capital Management, L.P.** | | Case number (if known) | **19-34054-SGJ** |
|--------|---------|---|---|---|
| | Name | | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$38,930.00** |
|------|---------|---------|---------|
| | **Carey Olsen**<br>**PO Box 10008**<br>**Willow House, Cricket Square**<br>**Grand Cayman KY1-1001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  See Exhibit A** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$417.20** |
|------|---------|---------|---------|
| | **Case Anywhere LLC**<br>**21860 Burbank Blvd.**<br>**Ste 125**<br>**Woodland Hills, CA 91367** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  See Exhibit A** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$545.77** |
|------|---------|---------|---------|
| | **CBIZ Valuation Group, LLC**<br>**ATTN: ACCOUNTS RECEIVABLE**<br>**PO BOX 849846**<br>**DALLAS, TX 75284-9846** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  See Exhibit A** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,998.70** |
|------|---------|---------|---------|
| | **CDW Direct**<br>**PO Box 75723**<br>**Chicago, IL 60675-5723** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Trade Payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,155.00** |
|------|---------|---------|---------|
| | **Centroid**<br>**1050 Wilshire Dr.**<br>**Ste #170**<br>**Troy, MI 48084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Trade Payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$155.81** |
|------|---------|---------|---------|
| | **Chase Couriers, Inc**<br>**1220 Champion Circle**<br>**#114**<br>**Carrollton, TX 75006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Trade Payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,340,751.26** |
|------|---------|---------|---------|
| | **CLO Holdco, Ltd.**<br>**c/o Grant Scott, Esq**<br>**Myers Bigel Sibley & Sajovec, P.A.**<br>**4140 Park Lake Ave, Ste 600**<br>**Raleigh, NC 27612** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Contractual Obligation** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Highland Capital Management, L.P.** | Case number (if known) | **19-34054-SGJ** |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198,760.29 |
|---|---|---|---|
| | **Cole Schotz** | ☐ Contingent | |
| | **Court Plaza North** | ☐ Unliquidated | |
| | **25 Main Street** | ☐ Disputed | |
| | **P.O. Box 800** | | |
| | **Hackensack, NJ 07602-0800** | Basis for the claim: **See Exhibit A** | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,500.00 |
|---|---|---|---|
| | **Coleman Research Group, Inc.** | ☐ Contingent | |
| | **120 West 45th St** | ☐ Unliquidated | |
| | **25th Floor** | ☐ Disputed | |
| | **New York, NY 10036** | | |
| | | Basis for the claim: **Trade Payable** | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,090.46 |
|---|---|---|---|
| | **Concur Technologies, Inc.** | ☐ Contingent | |
| | **18400 NE Union Hill Road** | ☐ Unliquidated | |
| | **Redmond, WA 98052** | ☐ Disputed | |
| | | Basis for the claim: **Trade Payable** | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118,831.25 |
|---|---|---|---|
| | **Connolly Gallagher LLP** | ☐ Contingent | |
| | **1201 North Market Street** | ☐ Unliquidated | |
| | **20th Floor** | ☐ Disputed | |
| | **Wilmington, DE 19801** | | |
| | | Basis for the claim: **See Exhibit A** | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|
| | **Crescent Research** | ☐ Contingent | |
| | **PO Box 64-3622** | ☐ Unliquidated | |
| | **Vero Beach, FL 32964** | ☐ Disputed | |
| | | Basis for the claim: **Trade Payable** | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $826.01 |
|---|---|---|---|
| | **CSI Global Deposition Services** | ☐ Contingent | |
| | **Accounting Dept-972-719-5000** | ☐ Unliquidated | |
| | **4950 N. O'Connor Rd, 1 st Fl** | ☐ Disputed | |
| | **Irving, TX 75062-2778** | | |
| | | Basis for the claim: **See Exhibit A** | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $515.25 |
|---|---|---|---|
| | **CT Corp** | ☐ Contingent | |
| | **PO Box 4349** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197-4349** | ☐ Disputed | |
| | | Basis for the claim: **Trade Payable** | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Highland Capital Management, L.P.** | Case number (if known) | **19-34054-SGJ** |
|---|---|---|---|
| | Name | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**CVE Technologies Group Inc.**
**1414 S. Gustin Rd.**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,809.87 |
|---|---|---|---|

**Dallas County**
**Attn: Elizabeth Weller**
**2777 N. Stemmons Freeway**
**Suite 1000**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__
Last 4 digits of account number __3150__

Basis for the claim: __Ad Valorem Taxes__

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,226.25 |
|---|---|---|---|

**Daniel Sheehan & Associates, PLLC**
**8150 N. Central Expressway**
**Suite 100**
**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __See Exhibit A__

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,658.79 |
|---|---|---|---|

**Debevoise & Plimpton LLP**
**c/o Accounting Dept. 28th Floor**
**909 Third Ave**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __See Exhibit A__

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $553.46 |
|---|---|---|---|

**Denton County**
**PO Box 90223**
**Denton, TX 76202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__
Last 4 digits of account number __0DEN__

Basis for the claim: __Ad Valorem Taxes__

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.68 |
|---|---|---|---|

**Denton County**
**PO Box 90223**
**Denton, TX 76202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__
Last 4 digits of account number __5DEN__

Basis for the claim: __Ad Valorem Taxes__

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,318,730.36 |
|---|---|---|---|

**DLA Piper LLP (US)**
**1900 N Pearl St, Suite 2200**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __See Exhibit A__

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Highland Capital Management, L.P.** | Case number _(if known)_ | **19-34054-SGJ** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $1,038.26 |
| | **Dow Jones & Company, Inc.** | ☐ Contingent | |
| | **1211 Avenue of the Americas** | ☐ Unliquidated | |
| | **New York, NY 10036** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $3.30 |
| | **DTCC ITP LLC** | ☐ Contingent | |
| | **PO Box 27590** | ☐ Unliquidated | |
| | **New York, NY 10087-7590** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $350,000.00 |
| | **Duff & Phelps, LLC** | ☐ Contingent | |
| | **c/o David Landman** | ☐ Unliquidated | |
| | **Benesch, Friedlander, Coplan & Aronoff** | ☐ Disputed | |
| | **200 Public Sq. Suite 2300** | | |
| | **Cleveland, OH 44114-4000** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __See Exhibit A__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $5,837.30 |
| | **Elite Document Technology** | ☐ Contingent | |
| | **403 North Stemmons Freeway Suite 100** | ☐ Unliquidated | |
| | **Dallas, TX 75207** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __See Exhibit A__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $9,972.65 |
| | **Epiq eDiscovery Solutions** | ☐ Contingent | |
| | **Dept 2651** | ☐ Unliquidated | |
| | **PO Box 122651** | ☐ Disputed | |
| | **Dallas, TX 75312-2651** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __See Exhibit A__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $11,430.14 |
| | **Eric Girard** | ☐ Contingent | |
| | **312 Polo Trl** | ☐ Unliquidated | |
| | **Colleyville, TX 76034** | ☐ Disputed | |
| | Date(s) debt was incurred __10/14/2019__ | Basis for the claim: __Consulting fee__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $1,546.65 |
| | **Felicity Toube QC** | ☐ Contingent | |
| | **3-4 South Square** | ☐ Unliquidated | |
| | **Gray's Inn** | ☐ Disputed | |
| | **London, WC1R 5HP** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __See Exhibit A__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Highland Capital Management, L.P.** | Case number *(if known)* | **19-34054-SGJ** |
|---|---|---|---|
| | Name | | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,446,136.66** |
|---|---|---|---|

**Foley Gardere**
**2021 McKinney Ave**
**Suite 1600**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **See Exhibit A**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$108.95** |
|---|---|---|---|

**Four Seasons Plantscaping, LLC**
**139 Turtle Creek Blvd.**
**Dallas, TX 75207-6807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$522.72** |
|---|---|---|---|

**Gardner Haas PLLC**
**2501 N. Harwood Street**
**Suite 1250**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **See Exhibit A**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$561.75** |
|---|---|---|---|

**Gold's Gym International**
**Attn: Corporate Billing**
**125 E John Carpenter Frwy**
**Suite 1300**
**Irving, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,371.07** |
|---|---|---|---|

**Greenwood Office Outfitters**
**2951 Suffolk Drive**
**Suite 640**
**Fort Worth, TX 76133-1149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,250.00** |
|---|---|---|---|

**Greyline Solutions**
**PO Box 733976**
**Dallas, TX 75373-3976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **See Exhibit A**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,464.13** |
|---|---|---|---|

**Harder LLP**
**132 S. RODEO DRIVE**
**FOURTH FLOOR**
**BEVERLY HILLS, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **See Exhibit A**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| Debtor | **Highland Capital Management, L.P.** | Case number (if known) **19-34054-SGJ** |
| | Name | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$248,745.28** |
|---|---|---|---|

**Highland Capital Management (Singapore)**
**300 Crescent Ct.**
**Suite 700**
**Dallas, TX 75201**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 12/31/2018**

Basis for the claim: **The balance shown is updated annually for service fees and has not been updated since 12/31/2018**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$599,187.26** |
|---|---|---|---|

**Highland CLO Management Ltd.**
**PO Box 309**
**Ugland House**
**Grand Cayman KY1-1104**
**Cayman Island**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Interest payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,541,446.00** |
|---|---|---|---|

**Highland CLO Management Ltd.**
**PO Box 309**
**Ugland House**
**Grand Cayman KY1-1104**
**Cayman Island**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,447,870.00** |
|---|---|---|---|

**Highland RCP Offshore, LP**
**300 Crescent Ct.**
**Suite 700**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Unearned Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,945,067.00** |
|---|---|---|---|

**Highland RCP, LP**
**300 Crescent Ct.**
**Suite 700**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Unearned Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107,221.92** |
|---|---|---|---|

**Hunton Andrews Kurth LLP**
**1445 Ross Avenue**
**Suite 3700**
**Dallas, TX 75202-2799**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **See Exhibit A**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,565.23** |
|---|---|---|---|

**ICE Data Pricing & Reference Data, LLC**
**PO Box 98616**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Highland Capital Management, L.P.** | Case number (if known) | **19-34054-SGJ** |
|---|---|---|---|
| | Name | | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,995.00** |
|---|---|---|---|

**Intralinks**
P.O. Box 10259
New York, NY 10259

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,352.27** |
|---|---|---|---|

**JAMS, Inc**
PO Box 512850
Los Angelos, CA 90051-0850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __See Exhibit A__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$425,000.00** |
|---|---|---|---|

**Joshua & Jennifer Terry**
c/o Brian P. Shaw, Esq.
Rogge Dunn Group, PC
500 N. Akard Street, Suite 1900
Dallas, TX 75201

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,695.00** |
|---|---|---|---|

**Katten Muchin Rosenman LLP**
525 W Monroe St
Chicago, IL 60661-3693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __See Exhibit A__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$585.09** |
|---|---|---|---|

**Kaufman County**
Attn: Elizabeth Weller
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Ad Valorem Taxes__

Last 4 digits of account number __0606__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,090.25** |
|---|---|---|---|

**Kaufman County**
Attn: Elizabeth Weller
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Ad Valorem Taxes__

Last 4 digits of account number __0600__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.05** |
|---|---|---|---|

**Kaufman County**
Attn: Elizabeth Weller
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Ad Valorem Taxes__

Last 4 digits of account number __0600__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Highland Capital Management, L.P. | Case number (if known) | 19-34054-SGJ |
|--------|-----------------------------------|------------------------|--------------|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,732.15 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**3.78**

Nonpriority creditor's name and mailing address
**Kaufman County**
**Attn: Elizabeth Weller**
**2777 N. Stemmons Freeway**
**Suite 1000**
**Dallas, TX 75207**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **0600**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ad Valorem Taxes**

Is the claim subject to offset? ■ No ☐ Yes

**$5,732.15**

---

**3.79**

Nonpriority creditor's name and mailing address
**Legalpeople LLC**
**134 N LaSalle Street**
**Suite 800**
**Chicago, IL 60602**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **See Exhibit A**

Is the claim subject to offset? ☐ No ☐ Yes

**$34,425.72**

---

**3.80**

Nonpriority creditor's name and mailing address
**Levinger PC**
**1445 Ross Avenue**
**Suite 2500**
**Dallas, TX 75202**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **See Exhibit A**

Is the claim subject to offset? ☐ No ☐ Yes

**$3,778.01**

---

**3.81**

Nonpriority creditor's name and mailing address
**Lexitas**
**PO Box 734298**
**Dept. 2012**
**Dallas, TX 75373-4298**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **See Exhibit A**

Is the claim subject to offset? ☐ No ☐ Yes

**$2,583.66**

---

**3.82**

Nonpriority creditor's name and mailing address
**Loews Coronado Bay Resort**
**4000 Coronado Bay Road**
**Coronado, CA 92118**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$57,628.65**

---

**3.83**

Nonpriority creditor's name and mailing address
**Lynn Pinker Cox & Hurst, LLP**
**2100 Ross Ave**
**Suite 2700**
**Dallas, TX 75201**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **See Exhibit A**

Is the claim subject to offset? ■ No ☐ Yes

**$436,538.06**

---

**3.84**

Nonpriority creditor's name and mailing address
**Maples and Calder**
**UGLAND HOUSE**
**PO BOX 309GT; S CHURCH ST**
**George Town Grand Cayman**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **See Exhibit A**

Is the claim subject to offset? ■ No ☐ Yes

**$25,800.11**

---

| Debtor | **Highland Capital Management, L.P.** | Case number (if known) | **19-34054-SGJ** |
|---|---|---|---|
| | Name | | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,015.91** |
|---|---|---|---|

**MarkitWSO Corporation**
**Three Lincoln Centre**
**5430 LBJ Frwy; Ste 800**
**Dallas, TX 75240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,163,976.00** |
|---|---|---|---|

**McKool Smith**
**300 Crescent Court**
**Suite 1500**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __See Exhibit A__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$780,645.36** |
|---|---|---|---|

**Meta-e Discovery LLC**
**Six Landmark Square**
**Fourth Floor**
**Stamford, CT 06901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __See Exhibit A__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**Nick Meserve**
**11835 Brandywine Ln**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$375,000.00** |
|---|---|---|---|

**NWCC, LLC**
**c/o of Michael A. Battle**
**Barnes & Thornburg, LLP**
**1717 Pennsylvania Ave N.W. Ste 500**
**Washington, DC 20006**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,669.86** |
|---|---|---|---|

**Opus 2 International, Inc.**
**100 Pine Street**
**Suite 560**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __See Exhibit A__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$435.30** |
|---|---|---|---|

**PACER Service Center**
**P.O. Box 5208**
**Portland, OR 97208-5208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Highland Capital Management, L.P. | Case number (if known) | 19-34054-SGJ |
|--------|-----------------------------------|------------------------|--------------|
| | Name | | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,700,000.00 |
|------|--|--|--|

**Patrick Daugherty**
c/o Thomas A. Uebler
McCollom D'Emilio Smith
2751 Centerville Rd #401
Wilmington, DE 19808

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Litigation Claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,611.00 |
|------|--|--|--|

**Pitney Bowes- Purchase Power**
PO Box 371874
Pittsburgh, PA 15250-2648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade Payable

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,064.58 |
|------|--|--|--|

**ProStar Services, Inc**
PO Box 110209
Carrollton, TX 75011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade Payable

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,608.17 |
|------|--|--|--|

**Quintairos, Prieto Wood & Boyer**
865 S. Figueroa St
10th FL
Los Angeles, CA 90017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** See Exhibit A

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189,314,946.00 |
|------|--|--|--|

**Redeemer Committee - Highland Crusader**
Attn: Eric Felton
731 Pleasant Ave.
Glen Ellyn, IL 60137

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Litigation Claim

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $258,526.25 |
|------|--|--|--|

**Reid Collins & Tsai**
810 Seventh Ave Ste 410
New York, NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** See Exhibit A

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,478.59 |
|------|--|--|--|

**Scott Douglass & McConnico LLP**
303 Colorado St
Ste 2400
Austin, TX 78701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** See Exhibit A

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Highland Capital Management, L.P.** | Case number (if known) | **19-34054-SGJ** |
|---|---|---|---|
| | Name | | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.37 |
|---|---|---|---|

**Secured Access Systems, LLC**
**1913 Walden Court**
**Flower Mound, TX 75022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,183.88 |
|---|---|---|---|

**Siepe Services, LLC**
**5440 Harvest Hill Road**
**Suite 100**
**Dallas, TX 75230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $309.11 |
|---|---|---|---|

**Southland Property Tax Consultants, Inc**
**421 W. 3rd Street**
**Ste 920**
**Fort Worth, TX 76102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,208.40 |
|---|---|---|---|

**Squire Patton Boggs (US) LLP**
**PO Box 643051**
**Cincinnati, OH 45264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __See Exhibit A__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Stanton Advisors LLC**
**300 Coles Street**
**Apt. 802**
**Jersey City, NJ 07310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __See Exhibit A__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,712.65 |
|---|---|---|---|

**Stanton LLP**
**9400 N Central Expwy**
**Ste 1304**
**Dallas, TX 75231**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __See Exhibit A__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**State Street Global Exchange**
**Elkins/McSherry, LLC**
**One Lincoln Street**
**Boston, MA 02111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __See Exhibit A__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Highland Capital Management, L.P.** | Case number (if known) | **19-34054-SGJ** |
|---|---|---|---|
| | Name | | |

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$246,802.54** |
|---|---|---|---|
| | **Stinson Leonard Street LLP**<br>**PO Box 843052**<br>**Kansas City, MO 64184** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: **See Exhibit A** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,158.52** |
|---|---|---|---|
| | **Thomson West**<br>**PO Box 64833**<br>**St. Paul, MN 55164-0833** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: **Trade Payable** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **UBS AG, London Branch**<br>**c/o Andrew Clubock, Esq.**<br>**Latham & Watkins LLP**<br>**555 11th Street NW #1000**<br>**Washington, DC 20004** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: **Litigation Claim** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **UBS Securities LLC**<br>**c/o Andrew Clubock**<br>**Latham & Watkins LLP**<br>**555 11th Street NW #1000**<br>**Washington, DC 20004** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: **Litigation Claim** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.45** |
|---|---|---|---|
| | **UPS Supply Chain Solutions**<br>**28013 Network Place**<br>**Chicago, IL 60673-1280** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: **Trade Payable** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,334.80** |
|---|---|---|---|
| | **Wakefield Quin**<br>**Victoria Place**<br>**31 Victoria St**<br>**Hamilton, HM10 Bermuda** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: **See Exhibit A** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,411.87** |
|---|---|---|---|
| | **Wilks, Lukoff & Bracegirdle, LLC**<br>**4250 Lancaster Pike**<br>**#200**<br>**Wilmington, DE 19805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: **Trade Payable** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Highland Capital Management, L.P.** | | Case number (if known) | **19-34054-SGJ** |
|---|---|---|---|---|
| | Name | | | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,348.31** |
|---|---|---|---|
| | **Xerox Corporation**<br>**PO Box 650361**<br>**Dallas, TX 75265** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: <u>Trade Payable</u> | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 13,650.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 244,753,977.33 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 244,767,627.33 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Highland Capital Management, L.P.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **19-34054-SGJ**

■ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*   **Amended Schedule E/F and Summary of assets and liabilities for non-individuals**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 22, 2020    X _____

      Signature of individual signing on behalf of debtor

      James P. Seery, Jr.
      Printed name

      CEO/CRO
      Position or relationship to debtor

Official Form 202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy