# **<u>EXHIBIT A</u>**



Plan Objections from Dondero-Related Entities: Organizational Charts