**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HIGHLAND CAPITAL MANAGEMENT, LP, | ) Case No. 19-34054-sgj11 |
| | ) |
| Debtor. | ) |

**STIPULATION EXTENDING DEADLINE TO ASSUME LEASE AND SETTING MOTION TO ASSUME FOR HEARING AT CONFIRMATION**

Highland Capital Management, L.P. (the "Debtor"), the debtor and debtor-in-possession in the above-captioned chapter 11 bankruptcy case (the "Bankruptcy Case"), and Crescent TC Investors, L.P. (the "Landlord" and together with the Debtor, the "Parties") have agreed to extend the deadline by which the Debtor must assume the lease for the Debtor's headquarters located at 200/300 Crescent Ct., Suite #700, Dallas, TX 75201 (the "Lease").

Accordingly, the Parties hereby stipulate and agree as follows:

1. The deadline by which the Debtor must assume the Lease shall be extended to February 5, 2021.

2. The Debtor's *Agreed Motion to (I) Assume Non-Residential Real Property Lease with Crescent TC Investors, L.P. Upon Confirmation of Plan and (II) Extend Assumption Deadline* shall be set for hearing and considered by the Court contemporaneously with confirmation of the Debtor's chapter 11 plan, which is currently set for February 2, 2021 at 9:30 a.m.

3. The Parties agree that the cure amount due with respect to the Debtor's requested assumption of the Lease as of the date of this stipulation totals $1,892.00.

Dated: January 26, 2021.

**AGREED AS TO FORM AND SUBSTANCE:**

*/s/ Gregory V. Demo*
Jeffrey N. Pomerantz (CA Bar No.143717)
Ira D. Kharasch (CA Bar No. 109084)
Maxim B. Litvak (TX Bar No. 24002482)
Gregory V. Demo (NY Bar No. 5371992)
**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
Email:      jpomerantz@pszjlaw.com
                 ikharasch@pcszjlaw.com
                 mlitvak@pszjlaw.com
                 gdemo@pszjlaw.com


*/s/ Melissa S. Hayward*
Melissa S. Hayward
  Texas Bar No. 24044908
  MHayward@HaywardFirm.com
Zachery Z. Annable
  Texas Bar No. 24053075
  ZAnnable@HaywardFirm.com
**HAYWARD PLLC**
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone/Fax: (972) 755-7100

**COUNSEL AND LOCAL COUNSEL FOR THE DEBTORS**


*/s/ Michael S. Held*
Michael S. Held
Jackson Walker L.L.P.
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000 – Telephone
(214) 953-5822 – Facsimile
Email: mheld@jw.com

**COUNSEL FOR CRESCENT TC INVESTORS, L.P.**