PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Debtor and Debtor-in-Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Debtor. | |

## **CERTIFICATE OF SERVICE**

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

I, James E. O'Neill, hereby certify that on the 29th day of January, 2021, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Notice of Filing of Monthly Staffing Report By Development Specialists, Inc. for the Period from November 1, 2020 through November 30, 2020 [Docket No. 1864]**

**Notice of Filing of Monthly Staffing Report By Development Specialists, Inc. for the Period from December 1, 2020 Through December 31, 2020 [Docket No. 1865]**

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)

Highland - Service List re DSI Staffing Reports
Case No. 19-34054-sgj11
Document No. 230718
01 – Hand Delivery
03 – First Class Mail

**HAND DELIVERY**
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Nestor, Esquire
Edmon L. Morton, Esquire
Sean M. Beach, Esquire
Jaclyn C. Weissgerber, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

**FIRST CLASS MAIL**
(Counsel to the Official Committee of Unsecured Creditors)
Bojan Guzina, Esquire
Matthew Clemente, Esquire
Dennis M. Twomey, Esquire
Allison Ross Stromberg, Esquire
Alyssa Russell, Esquire
Elliot A. Bromagen, Esquire
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603

**FIRST CLASS MAIL**
(Counsel to the Official Committee of Unsecured Creditors)
Juliana L. Hoffman, Esquire
Penny P. Reid, Esquire
Paige Holden Montgomery, Esquire
Charles M. Persons, Esquire
Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201

**FIRST CLASS MAIL**
(United States Trustee)
Lisa L. Lambert, Esquire
Office of the US Trustee
Earle Cabell Federal Building
1100 Commerce Street, Room 976
Dallas, TX 75242