## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) Case No. 19-34054 (SGJ) |
| | ) |
| Debtor. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, Vincent Trang, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the above-captioned case.

On January 27, 2021, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Notice of Deposition of Isaac Leventon** [Docket No. 1846]

- **Order Granting Amended Emergency Motion to Redact Certain Exhibits Attached to Debtors Witness and Exhibit List with Respect to Confirmation Hearing to be Held on February 2, 2021** [Docket No. 1852]

Furthermore, on January 27, 2021, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit E**; via Overnight Mail upon the service list attached hereto as **Exhibit F**; and via First Class Mail upon the service list attached hereto as **Exhibit C**:

- **Fourth Notice of (I) Executory Contracts and Unexpired Leases to be Assumed by the Debtor Pursuant to the Fifth Amended Plan, (II) Cure Amounts, If Any, and (III) Related Procedures in Connection Therewith** [Docket No. 1847]

Furthermore, on January 27, 2021, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit C**:

*[Continued on Next Page]*

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

- **Order Authorizing the Debtor to Implement a Key Employee Retention Plan with Non-Insider Employees and Granting Related Relief** [Docket No. 1849]

Dated: February 1, 2021

/s/ Vincent Trang
Vincent Trang
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

# EXHIBIT A

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Chad Timmons, Larry R. Boyd, Emily M. Hahn | ctimmons@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| Counsel for NexBank | Alston & Bird LLP | Jared Slade | jared.slade@alston.com |
| Counsel for NexBank | Alston & Bird LLP | Jonathan T. Edwards | jonathan.edwards@alston.com |
| Counsel to Jefferies LLC | Ashby & Geddes, P.A. | William P. Bowden, Esq., Michael D. DeBaecke, Esq. | mdebaecke@ashbygeddes.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") | Baker & McKenzie LLP | Debra A. Dandeneau | debra.dandeneau@bakermckenzie.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") | Baker & McKenzie LLP | Michelle Hartmann | michelle.hartmann@bakermckenzie.com |
| Counsel for NWCC, LLC | Barnes & Thornburg LLP | Thomas G. Haskins, Jr. | jwelton@btlaw.com; lwohlford@btlaw.com |
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Blank Rome LLP | John E. Lucian, Josef W. Mintz | mintz@blankrome.com; jbibiloni@blankrome.com |
| Counsel to James Dondero | Bonds Ellis Eppich Schafer Jones LLP | D. Michael Lynn, John Y. Bonds, III, Bryan C. Assink | michael.lynn@bondsellis.com; john@bondsellis.com; bryan.assink@bondsellis.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Counsel for UBS Securities LLC and UBS AG, London Branch | Butler Snow LLP | Martin A. Sosland and Candice M. Carson | martin.sosland@butlersnow.com; candice.carson@butlersnow.com |
| Counsel to Integrated Financial Associates Inc. | Carlyon Cica Chtd. | Candace C. Carlyon, Esq., Tracy M. Osteen, Esq. | ccarlyon@carlyoncica.com; tosteen@carlyoncica.com |
| Counsel to the Intertrust Entities and the CLO Entities | Chipman, Brown, Cicero & Cole, LLP | Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Creditor | Cole, Schotz, Meisel, Forman & Leonard, P.A. | Michael D. Warner, Esq. | mwarner@coleschotz.com |
| Counsel to Siepe LLC | Condon Tobin Sladek Thornton PLLC | J. Seth Moore | smoore@ctstlaw.com |
| Counsel for Patrick Daugherty ("Mr. Daugherty") | Cross & Simon LLC | Michael L. Vild, Esquire | mvild@crosslaw.com |
| Counsel to Jefferies LLC | Dentons US LLP | Lauren Macksoud, Esq. | lauren.macksoud@dentons.com |
| Counsel to Jefferies LLC | Dentons US LLP | Patrick C. Maxcy, Esq. | patrick.maxcy@dentons.com |
| Secured Creditor | Frontier State Bank | Attn: Steve Elliot | selliott@frontier-ok.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Frost Brown Todd LLC | Mark A. Platt | mplatt@fbtlaw.com |
| Counsel to Alvarez & Marsal CRF Management LLC as Investment Manager of the Highland Crusader Funds | Gibson, Dunn & Crutcher LLP | Marshall R. King, Esq., Michael A. Rosenthal, Esq. & Alan Moskowitz, Esq. | mking@gibsondunn.com; mrosenthal@gibsondunn.com; amoskowitz@gibsondunn.com |
| Counsel to Alvarez & Marsal CRF Management LLC as Investment Manager of the Highland Crusader Funds | Gibson, Dunn & Crutcher LLP | Matthew G. Bouslog, Esq. | mbouslog@gibsondunn.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel for the Dugaboy Investment Trust and Get Good Trust | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | ddraper@hellerdraper.com; lcollins@hellerdraper.com; gbrouphy@hellerdraper.com |
| Equity Holders | Hunter Mountain Investment Trust | c/o Rand Advisors LLC | Jhonis@RandAdvisors.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Crescent TC Investors, L.P. | Jackson Walker L.L.P. | Michael S. Held | mheld@jw.com |
| Secured Creditor | Jefferies LLC | Director of Compliance | cbianchi@jefferies.com |
| Secured Creditor | Jefferies LLC | Office of the General Counsel | cbianchi@jefferies.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Jenner & Block LLP | Marc B. Hankin, Richard Levin | mhankin@jenner.com; rlevin@jenner.com |
| Counsel for CCS Medical, Inc. | Jones Day | Amanda Rush | asrush@jonesday.com |
| Counsel to the Issuers (group of 25 separate Cayman issuers of loan) | Jones Walker LLP | Joseph E. Bain, Amy K. Anderson | jbain@joneswalker.com; aanderson@joneswalker.com |

Highland Capital Management, L.P.
Case No. 19-34054

Exhibit A
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Artoush Varshosaz | artoush.varshosaz@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | James A. Wright III | james.wright@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Stephen G. Topetzes | stephen.topetzes@klgates.com |
| Counsel to CLO Holdco, Ltd. | Kane Russell Coleman Logan PC | John J. Kane | jkane@krcl.com |
| Counsel for Highland CLO Funding Ltd. | King & Spalding LLP | Paul R. Bessette | pbessette@kslaw.com |
| Counsel to BET Investments II, L.P. | Kurtzman Steady, LLC | Jeffrey Kurtzman, Esq. | Kurtzman@kurtzmansteady.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Asif Attarwala | asif.attarwala@lw.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Jeffrey E. Bjork | jeff.bjork@lw.com |
| Counsel to Coleman County TAD, Kaufman County, Upshur County, Fannin CAD, Tarrant County, Grayson County, Allen ISD, Dallas County, Irving ISD, and Rockwall CAD | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller, Laurie A. Spindler | dallas.bankruptcy@publicans.com |
| Counsel for Jack Yang and Brad Borud | Loewinsohn Flegle Deary Simon LLP | Daniel P. Winikka | danw@lfdslaw.com |
| Creditor | Lynn Pinker Cox & Hurst, L.L.P. | Michael K. Hurst, Esq. | mhurst@lynnllp.com |
| Equity Holders | Mark K. Okada | | mokadadallas@gmail.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Morris, Nichols, Arsht & Tunnell LLP | Curtis S. Miller, Kevin M. Coen | rdehney@mnat.com; cmiller@mnat.com |
| Counsel to Meta-e Discovery, LLC | Morrison Cohen LLP | Joseph T. Moldovan, Esq. & Sally Siconolfi, Esq. | bankruptcy@morrisoncohen.com |
| Bank | NexBank | John Danilowicz | john.holt@nexbankcapital.com |
| Counsel to California Public Employees' Retirement System ("CalPERS") | Nixon Peabody LLP | Louis J. Cisz, III, Esq. | lcisz@nixonpeabody.com |
| SEC Headquarters | Office of General Counsel | Securities & Exchange Commission | SECBankruptcy-OGC-ADO@SEC.GOV |
| US Trustee for Northern District of TX | Office of the United States Trustee | Lisa L. Lambert, Esq | lisa.l.lambert@usdoj.gov |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | John A. Morris and Gregory V. Demo | jmorris@pszjlaw.com; gdemo@pszjlaw.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill | rpachulski@pszjlaw.com; jpomerantz@pszjlaw.com; ikharasch@pszjlaw.com; joneill@pszjlaw.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill | rpachulski@pszjlaw.com; jpomerantz@pszjlaw.com; ikharasch@pszjlaw.com; joneill@pszjlaw.com |
| Pension Benefit Guaranty Corporation ("PBGC") | Pension Benefit Guaranty Corporation | Michael I. Baird | baird.michael@pbgc.gov; efile@pbgc.gov |
| Counsel to City of Garland, Garland ISD, Wylie ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Linda D. Reece | lreece@pbfcm.com |
| Delaware counsel to Alvarez & Marsal CRF Management LLC | Potter Anderson & Corroon LLP | Jeremy W. Ryan, Esq., R. Stephen McNeill, Esq. & D. Ryan Slaugh, Esq. | jryan@potteranderson.com; rmcneill@potteranderson.com; rslaugh@potteranderson.com |
| Secured Creditor | Prime Brokerage Services | Jefferies LLC | cbianchi@jefferies.com |
| Counsel to Patrick Daugherty | Spencer Fane LLP | Jason P. Kathman | jkathman@spencerfane.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Richards, Layton & Finger PA | Michael J. Merchant, Sarah E. Silveira | merchant@rlf.com; silveira@rlf.com |
| Counsel to Hunter Mountain Trust | Rochelle McCullough, LLP | E. P. Keiffer | pkeiffer@romclaw.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") | Ross & Smith, PC | Judith W. Ross, Frances A. Smith, Eric Soderlund | judith.ross@judithwross.com; frances.smith@judithwross.com; eric.soderlund@judithwross.com |
| Counsel to the Intertrust Entities and the Issuers (group of 25 separate Cayman issuers of loan) | Schulte Roth & Zabel LLP | David J. Karp, James V. Williams III | david.karp@srz.com; jay.williams@srz.com |
| SEC Regional Office | Securities & Exchange Commission | Andrew Calamari, Regional Director | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger, Regional Director | philadelphia@sec.gov |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Charles M. Person, Juliana Hoffman | preid@sidley.com; pmontgomery@sidley.com; cpersons@sidley.com; jhoffman@sidley.com |
| DE Secretary of State | State of Delaware | Division of Corporations - Franchise Tax | dosdoc_bankruptcy@state.de.us |
| Counsel to the Hunter Mountain Trust ("Hunter") | Sullivan Hazeltine Allinson LLC | William A. Hazeltine, Esq. | whazeltine@sha-llc.com |
| Equity Holders | The Dugaboy Investment Trust | | gscott@myersbigel.com |
| Equity Holders | The Mark and Pamela Okada Family Trust - Exempt Trust #1 | | mokadadallas@gmail.com |
| Equity Holders | The Mark and Pamela Okada Family Trust - Exempt Trust #2 | | mokadadallas@gmail.com |
| Counsel to the United States Internal Revenue Service | U.S. Department of Justice, Tax Division | David G. Adams | david.g.adams@usdoj.gov |
| United States Attorney General | United States Attorney General | U.S. Department of Justice | askdoj@usdoj.gov |
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Winstead PC | Rakhee V. Patel, Phillip Lamberson | rpatel@winstead.com; plamberson@winstead.com; achiarello@winstead.com |
| Counsel for Frank Waterhouse, Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz, and Thomas Surgent (the "Employees") | Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Counsel for Frank Waterhouse, Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz, and Thomas Surgent (the "Employees") | Winston & Strawn LLP | Attn: Katherine A. Preston | kpreston@winston.com |
| Counsel for Frank Waterhouse, Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz, and Thomas Surgent (the "Employees") | Winston & Strawn LLP | Attn: Thomas M. Melsheimer; Natalie L. Arbaugh | tmelsheimer@winston.com; narbaugh@winston.com |
| Counsel to Official Committee of Unsecured Creditors | Young Conaway Stargatt & Taylor, LLP | Michael R. Nestor, Edmon L. Morton, Sean M. Beach, Esq., Jaclyn C. Weissgerber, Esq. | bankfilings@ycst.com; mnestor@ycst.com; emorton@ycst.com; sbeach@ycst.com; jweissgerber@ycst.com |

# EXHIBIT B

**Exhibit B**
Affected Parties
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") | Baker & McKenzie LLP | Debra A. Dandeneau | debra.dandeneau@bakermckenzie.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") | Baker & McKenzie LLP | Michelle Hartmann | michelle.hartmann@bakermckenzie.com |
| Counsel for James Dondero | Bonds Ellis Eppich Schafer Jones LLP | D. Michael Lynn, John Y. Bonds, III, Joshua N. Eppich, J. Robertson Clarke | michael.lynn@bondsellis.com; john@bondsellis.com; joshua@bondsellis.com; robbie.clarke@bondsellis.com |
| Counsel for UBS Securities LLC and UBS AG, London Branch | Butler Snow LLP | Martin Sosland, Candice Carson | martin.sosland@butlersnow.com; candice.carson@butlersnow.com |
| Counsel for HarbourVest, et al. | Crowe & Dunlevy, P.C. | Vickie L. Driver | vickie.driver@crowedunlevy.com |
| Counsel for Patrick Daugherty | Debevoise & Plimpton LLC | M. Natasha Labovitz, Erica S. Weisgerber, Daniel E. Stroik | nlabovitz@debevoise.com; eweisgerber@debevoise.com; destroik@debevoise.com |
| Counsel for Jefferies LLC | Dentons US LLP | Casey Doherty | casey.doherty@dentons.com |
| Counsel for Jefferies LLC | Dentons US LLP | Patrick C. Maxcy, Lauren Macksoud, | patrick.maxcy@dentons.com; lauren.macksoud@dentons.com |
| Counsel for the Redeemer Committee of the Highland Crusader Fund | Frost Brown Todd LLC | Mark A. Platt | mplatt@fbtlaw.com |
| Counsel for the Dugaboy Investment Trust and Get Good Trust | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | ddraper@hellerdraper.com; lcollins@hellerdraper.com; gbrouphy@hellerdraper.com |
| Counsel for the Redeemer Committee of the Highland Crusader Fund | JENNER AND BLOCK, LLP | Marc B. Hankin, Richard Levin | MHankin@jenner.com |
| Counsel for the Redeemer Committee of the Highland Crusader Fund | JENNER AND BLOCK, LLP | Terri L. Mascherin | TMascherin@jenner.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | A. Lee Hogewood, III | Lee.hogewood@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Artoush Varshosaz | artoush.varshosaz@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Stephen G. Topetzes | stephen.topetzes@klgates.com |
| Counsel to CLO Holdco, Ltd. | Kane Russell Coleman Logan PC | Joseph M. Coleman, John J. Kane | jcoleman@krcl.com; jkane@krcl.com |
| Counsel for UBS Securities LLC and UBS AG, London Branch | Latham & Watkins LLP | Andrew Clubok, Sarah Tomkowiak | andrew.clubok@lw.com; sarah.tomkowiak@lw.com |
| Counsel for UBS Securities LLC and UBS AG, London Branch | Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | jeff.bjork@lw.com; kim.posin@lw.com |
| Attorneys for Dallas County, Counsel for Dallas County, City of Allen, Allen ISD, City of Richardson and Kaufman County | Linebarger Goggan Blair & Sampson LLP | Laurie A. Spindler | dallas.bankruptcy@publicans.com; Laurie.Spindler@lgbs.com |
| Counsel for Jack Yang and Brad Borud | Loewinsohn Flegle Deary Simon LLP | Daniel P. Winikka | danw@lfdslaw.com |
| Counsel for Patrick Daugherty | McCollom D'Emilio Smith Uebler LLC | Thomas A. Uebler, Joseph L. Christensen | tuebler@mdsulaw.com; jchristensen@mdsulaw.com |
| Counsel for Meta-e Discovery, LLC | Morrison Cohen LLP | Joseph T. Moldovan | bankruptcy@morrisoncohen.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | Munsch Hardt Kopf & Harr, P.C. | Davor Rukavina, Julian P. Vasek | drukavina@munsch.com; jvasek@munsch.com |
| US Trustee for Northern District of TX | Office of the United States Trustee | Lisa L. Lambert, Esq | lisa.l.lambert@usdoj.gov |
| Counsel for Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | C. Paul Chalmers, Charles L. Finke, Lori A. Butler, Michael I. Baird, Faheem A. Mahmooth | baird.michael@pbgc.gov; efile@pbgc.gov |

**Exhibit B**
Affected Parties
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Acis Capital Management, L.P and Acis Capital Management GP, LLC | Rogge Dunn Group, PC | Brian P. Shaw | shaw@roggedunngroup.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") | Ross & Smith, PC | Judith W. Ross, Frances A. Smith, Eric Soderlund | judith.ross@judithwross.com; frances.smith@judithwross.com; eric.soderlund@judithwross.com |
| Counsel For The Official Committee Of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Dennis Twomey | mclemente@sidley.com; alyssa.russell@sidley.com; |
| Counsel For The Official Committee Of Unsecured Creditors | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Charles M. Person, | preid@sidley.com; pmontgomery@sidley.com; cpersons@sidley.com |
| Attorneys for Dallas County, Counsel for Dallas County, City of Allen, Allen ISD, City of Richardson and Kaufman County | Spencer Fane LLP | Jason P. Kathman | jkathman@spencerfane.com |
| Counsel to the United States Internal Revenue Service | U.S. Department of Justice, Tax Division | David G. Adams | david.g.adams@usdoj.gov |
| Counsel for Meta-e Discovery, LLC | Umari Zugaro, PLLC | Basil A. Umari | bumari@umari-zugaro.com |
| Counsel for Pension Benefit Guaranty Corporation | US Attorney's Office for the Northern District of Texas | Erin Nearly Cox, Donna K. Webb | donna.webb@usdoj.gov |
| Counsel For Nexpoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC | Wick Phillips Gould & Martin, LLP | Jason M. Rudd, Lauren K. Drawhorn | jason.rudd@wickphillips.com; lauren.drawhorn@wickphillips.com |
| Counsel for Acis Capital Management, L.P and Acis Capital Management GP, LLC | Winstead PC | Rakhee V. Patel, Annmarie Chiarello | rpatel@winstead.com; achiarello@winstead.com |

# EXHIBIT C

**Exhibit C**
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Bank | BBVA | Michael Doran | 8080 North Central Expressway | Suite 1500 | | Dallas | TX | 75206 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Secured Creditor | KeyBank National Association | as Administrative Agent | 225 Franklin Street, 18th Floor | | | Boston | MA | 02110 |
| Secured Creditor | KeyBank National Association | as Agent | 127 Public Square | | | Cleveland | OH | 44114 |
| Texas Attorney General | Office of the Attorney General | Ken Paxton | 300 W. 15th Street | | | Austin | TX | 78701 |
| Attorney General of the United States | Office of the Attorney General | | Main Justice Building, Room 5111 | 10th & Constitution Avenue, N.W. | | Washington | DC | 20530 |
| US Attorneys Office for Northern District of TX | Office of the United States Attorney | Erin Nealy Cox, Esq | 1100 Commerce Street, 3rd Floor | | | Dallas | TX | 75202 |
| TX Comptroller of Public Accounts | State Comptroller of Public Accounts | Revenue Accounting Division-Bankruptcy Section | PO Box 13258 | | | Austin | TX | 78711 |
| Equity Holders | Strand Advisors, Inc. | | 300 Crescent Court | Suite 700 | | Dallas | TX | 75201 |
| TX AG Office | Texas Attorney Generals Office | Bankruptcy-Collections Division | PO Box 12548 | | | Austin | TX | 78711-2548 |
| U.S. Department of the Treasury | US Department of the Treasury | Office of General Counsel | 1500 Pennsylvania Avenue, NW | | | Washington | DC | 20220 |
| Delaware Division of Revenue | Zillah A. Frampton | Bankruptcy Administrator | Delaware Division of Revenue | Carvel State Office Building, 8th Floor | 820 N. French Street | Wilmington | DE | 19801 |

# EXHIBIT D

**Exhibit D**
Affected Parties
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") | Baker & McKenzie LLP | Debra A. Dandeneau | 452 Fifth Ave | | New York | NY | 10018 |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") | Baker & McKenzie LLP | Michelle Hartmann | 1900 North Pearl | Suite 1500 | Dallas | TX | 75201 |
| Counsel for James Dondero | Bonds Ellis Eppich Schafer Jones LLP | D. Michael Lynn, John Y. Bonds, III, Joshua N. Eppich, J. Robertson Clarke | 420 Throckmorton Street, Suite 1000 | | Fort Worth | TX | 76102 |
| Counsel for UBS Securities LLC and UBS AG, London Branch | Butler Snow LLP | Martin Sosland, Candice Carson | 2911 Turtle Creek Blvd. | Suite 1400 | Dallas | TX | 75219 |
| Counsel for HarbourVest, et al. | Crowe & Dunlevy, P.C. | Vickie L. Driver | 2525 McKinnon Street, Suite 425 | | Dallas | TX | 75201 |
| Counsel for Patrick Daugherty | Debevoise & Plimpton LLC | M. Natasha Labovitz, Erica S. Weisgerber, Daniel E. Stroik | 919 Third Avenue | | New York | NY | 10022 |
| Counsel for Jefferies LLC | Dentons US LLP | Casey Doherty | 1221 McKinney Street, Suite 1900 | | Houston | TX | 77010-2006 |
| Counsel for Jefferies LLC | Dentons US LLP | Patrick C. Maxcy, Lauren Macksoud, | 233 South Wacker Drive, Suite 5900 | | Chicago | IL | 60606-6361 |
| Counsel for the Redeemer Committee of the Highland Crusader Fund | Frost Brown Todd LLC | Mark A. Platt | 2101 Cedar Springs Road, Suite 900 | | Dallas | TX | 75201 |
| Counsel for the Dugaboy Investment Trust and Get Good Trust | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | 650 Poydras Street, Suite 2500 | | New Orleans | LA | 70130 |
| Counsel for the Redeemer Committee of the Highland Crusader Fund | JENNER AND BLOCK, LLP | Marc B. Hankin, Richard Levin | 919 Third Avenue | | New York | NY | 10022-3908 |
| Counsel for the Redeemer Committee of the Highland Crusader Fund | JENNER AND BLOCK, LLP | Terri L. Mascherin | 353 North Clark Street | | Chicago | IL | 60654-3456 |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | A. Lee Hogewood, III | 4350 Lassiter at North Hills Ave., Suite 300 | | Raleigh | NC | 27609 |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Artoush Varshosaz | 1717 Main Street, Suite 2800 | | Dallas | TX | 75201 |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Stephen G. Topetzes | 1601 K Street, NW | | Washington | DC | 20006-1600 |
| Counsel to CLO Holdco, Ltd. | Kane Russell Coleman Logan PC | Joseph M. Coleman, John J. Kane | 901 Main Street, Suite 5200 | Bank of America Plaza | Dallas | TX | 75202 |
| Counsel for UBS Securities LLC and UBS AG, London Branch | Latham & Watkins LLP | Andrew Clubok, Sarah Tomkowiak | 555 Eleventh Street, NW, Suite 1000 | | Washington | DC | 20004 |

**Exhibit D**
Affected Parties
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel for UBS Securities LLC and UBS AG, London Branch | Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | 355 South Grand Avenue, Suite 100 | | Los Angeles | CA | 90071 |
| Attorneys for Dallas County, Counsel for Dallas County, City of Allen, Allen ISD, City of Richardson and Kaufman County | Linebarger Goggan Blair & Sampson LLP | Laurie A. Spindler | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 |
| Counsel for Jack Yang and Brad Borud | Loewinsohn Flegle Deary Simon LLP | Daniel P. Winikka | 12377 Merit Drive, Suite 900 | | Dallas | TX | 75251 |
| Counsel for Patrick Daugherty | McCollom D'Emilio Smith Uebler LLC | Thomas A. Uebler, Joseph L. Christensen | Little Falls Centre Two | 2751 Centerville Road, Suite 401 | Wilmington | DE | 19808 |
| Counsel for Meta-e Discovery, LLC | Morrison Cohen LLP | Joseph T. Moldovan | 909 Third Avenue | | New York | NY | 10022 |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | Munsch Hardt Kopf & Harr, P.C. | Davor Rukavina, Julian P. Vasek | 3800 Ross Tower | 500 N. Akard Street | Dallas | TX | 75202-2790 |
| US Trustee for Northern District of TX | Office of the United States Trustee | Lisa L. Lambert, Esq | 1100 Commerce Street, Room 976 | Earle Cabell Federal Building | Dallas | TX | 75242 |
| Counsel for Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | C. Paul Chalmers, Charles L. Finke, Lori A. Butler, Michael I. Baird, Faheem A. Mahmooth | 1200 K Street, N.W. | | Washington | D.C. | 20005 |
| Counsel for Acis Capital Management, L.P and Acis Capital Management GP, LLC | Rogge Dunn Group, PC | Brian P. Shaw | 500 N. Akard Street, Suite 1900 | | Dallas | TX | 75201 |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") | Ross & Smith, PC | Judith W. Ross, Frances A. Smith, Eric Soderlund | 700 North Pearl Street, Suite 1610 | | Dallas | TX | 75201 |
| Counsel For The Official Committee Of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Dennis Twomey | One South Dearborn Street | | Chicago | IL | 60603 |
| Counsel For The Official Committee Of Unsecured Creditors | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Charles M. Person, | 2021 McKinney Avenue Suite 2000 | | Dallas | TX | 75201 |
| Attorneys for Dallas County, Counsel for Dallas County, City of Allen, Allen ISD, City of Richardson and Kaufman County | Spencer Fane LLP | Jason P. Kathman | 5700 Granite Parkway, Suite 650 | | Plano | TX | 75024 |
| Counsel to the United States Internal Revenue Service | U.S. Department of Justice, Tax Division | David G. Adams | 717 N. Harwood St., Suite 400 | | Dallas | TX | 75201 |
| Counsel for Meta-e Discovery, LLC | Umari Zugaro, PLLC | Basil A. Umari | 1403 Eberhard | | Houston | TX | 77019 |
| Counsel for Pension Benefit Guaranty Corporation | US Attorney's Office for the Northern District of Texas | Erin Nearly Cox, Donna K. Webb | 1100 Commerce St. Suite 300 | | Dallas | TX | 75242 |

**Exhibit D**
Affected Parties
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel For Nexpoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC | Wick Phillips Gould & Martin, LLP | Jason M. Rudd, Lauren K. Drawhorn | 3131 McKinney Avenue, Suite 100 | | Dallas | TX | 75204 |
| Counsel for Acis Capital Management, L.P and Acis Capital Management GP, LLC | Winstead PC | Rakhee V. Patel, Annmarie Chiarello | 500 Winstead Building | 2728 N. Harwood Street | Dallas | TX | 75201 |

# EXHIBIT E

**Exhibit E**
Affected Parties
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
| --- | --- | --- |
| Bloomberg Finance | Attn: Levi Halberstam | lhalberstam@bloomberg.net |
| IHS Markit | Michelle Searles | Michelle.Searles@ihsmarkit.com |
| Markit | Attn: John Taylor | John.Taylor@ihsmarkit.com |
| Markit WSO Corp | Kendra Montoya | kendra.montoya@ihsmarkit.com |
| Siepe | Attn: Michael Pusateri | mpusateri@siepe.com |
| Siepe Services, LLC | Chris Doty | cdoty@siepe.com |

# EXHIBIT F

**Exhibit F**
Affected Parties
Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Amazon Web Services, Inc. | Attn: AWS Legal | 410 Terry Avenue North | | | Seattle | WA | 98109-5210 | |
| AT&T | Attn Director or Officer | PO BOX 105068 | | | Atlanta | GA | 30348-5068 | |
| AT&T | Attn Director or Officer | PO Box 105414 | | | Atlanta | GA | 30348-5414 | |
| AT&T | Attn Director or Officer | PO BOX 13128 | | | Newark | NJ | 07101-5628 | |
| AT&T | Attn Director or Officer | PO BOX 13146 | | | Newark | NJ | 07101-5646 | |
| AT&T | Attn Director or Officer | PO BOX 5001 | | | Carol Stream | IL | 60197-5001 | |
| AT&T | Attn Director or Officer | PO BOX 5012 | | | Carol Stream | IL | 60197 | |
| AT&T | Attn Director or Officer | PO BOX 5019 | | | Carol Stream | IL | 60197 | |
| AT&T | Attn Director or Officer | PO BOX 5020 | | | Carol Stream | IL | 60197-5020 | |
| AT&T | Attn Director or Officer | PO BOX 630047 | | | Dallas | TX | 75263-0047 | |
| AT&T | Attn Director or Officer | PO BOX 650661 | | | Dallas | TX | 75265-0661 | |
| AT&T | Attn Director or Officer | PO BOX 660324 | | | Dallas | TX | 75266-0324 | |
| AT&T | Attn Director or Officer | PO Box 660921 | | | Dallas | TX | 75266-0921 | |
| AT&T | Attn Director or Officer | PO BOX 78045 | | | Phoenix | AZ | 85062 | |
| AT&T | Attn Director or Officer | PO BOX 78225 | | | Phoenix | AZ | 85062-8225 | |
| AT&T | Attn Director or Officer | PO Box 9005 | | | Carol Stream | IL | 60197-9005 | |
| AT&T | Attn Director or Officer | PO BOX 930170 | | | Dallas | TX | 75393-0170 | |
| AT&T | Attn Director or Officer | PO BOX 940012 | | | Dallas | TX | 75394-0012 | |
| AT&T | Attn Director or Officer | 208 South Akard Street | | | Dallas | TX | 75201-0000 | |
| AT&T | c/o Bankruptcy | 4331 Communications Dr | Flr 4W | | Dallas | TX | 75211 | |
| AT&T Internet Services | Attn Director or Officer | PO BOX 5016 | | | Carol Stream | IL | 60197-5016 | |
| AT&T Internet Services | Attn Director or Officer | PO Box 650396 | | | Dallas | TX | 75265-0396 | |
| AT&T Internet Services | ATTN HIPCS | PO BOX 650040 | | | Dallas | TX | 75265-0040 | |
| AT&T Long Distance | Attn Director or Officer | PO Box 5017 | | | Carol Stream | IL | 60197-5017 | |
| AT&T MOBILITY | Attn Director or Officer | PO Box 105773 | | | Atlanta | GA | 30348-5773 | |
| AT&T MOBILITY | Attn Director or Officer | PO BOX 31287 | | | Tampa | FL | 33631-3287 | |
| AT&T MOBILITY | Attn Director or Officer | PO BOX 31488 | | | Tampa | FL | 33631-3488 | |
| AT&T MOBILITY | Attn Director or Officer | PO BOX 538695 | | | Atlanta | GA | 30353-8695 | |
| AT&T MOBILITY | Attn Director or Officer | PO BOX 6428 | | | Carol Stream | IL | 60197-6428 | |
| AT&T MOBILITY | Attn Director or Officer | PO Box 6444 | | | Carol Stream | IL | 60197-6444 | |
| AT&T MOBILITY | Attn Director or Officer | PO BOX 6463 | | | Carol Stream | IL | 60197-6463 | |
| AT&T MOBILITY | Attn Director or Officer | PO Box 650553 | | | Dallas | TX | 75265-0553 | |

Highland Capital Management, L.P.
Case No. 19-34054

**Exhibit F**
Affected Parties
Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| AT&T MOBILITY | Attn Director or Officer | PO BOX 650574 | | | Dallas | TX | 75265-0574 | |
| AT&T MOBILITY | Attn Director or Officer | PO Box 8229 | | | Aurora | IL | 60572-8229 | |
| AT&T Mobility | Attn Director or Officer | 208 South Akard Street | | | Dallas | TX | 75202-0000 | |
| Bloomberg Finance LP | Attn Director or Officer | PO Box 30244 | | | Hartford | CT | 06150-2044 | |
| Bloomberg Finance LP | Attn Director or Officer | PO Box 416604 | | | Boston | MA | 02241-6604 | |
| Bloomberg Finance LP | Attn Director or Officer | 731 Lexington Ave. | | | New York | NY | 10022 | |
| IHS Markit | Michelle Searles | 15 Inverness Way East | | | Englewood | CO | 80112 | |
| Markit | Attn:  John Taylor | IHS Markit Legal Department | IHS Markit, 450 West 33rd St, | 5th Floor | New York | NY | 10001 | |
| Markit Equities Limited | c.o Market Group Limited, Level 4 | Ropemaker Place, 25 Ropemaker Street | | | London | | EC2Y9LY | United Kingdom |
| Markit Group Limited / Markit North Amer | Attn Director or Officer | 2 More London Riverside | | | London | | SE12AP | United Kingdom |
| Markit North America Inc. | Attn Director or Officer | 620 8th Ave | 35th floor | | New York | NY | 10018 | |
| Markit Valuations Ltd | Attn Director or Officer | level 5 | 2 More London Riverside | | London | | SEI 2AP | United Kingdom |
| Markit WSO Corp | Kendra Montoya | 15 Inverness Way East | | | Englewood | CO | 80112 | |
| MARKIT WSO CORPORATION | Attn Director or Officer | Three Lincoln Centre | 5430 LBJ Frwy, STe 800 | | Dallas | TX | 75240 | |
| Siepe Services, LLC | Attn Director or Officer | 2200 Ross Ave, Ste 4700E | | | Dallas | TX | 75201-0000 | |
| Siepe Services, LLC | Chris Doty | 5440 Harvest Hill Road Suite 100 | | | Dallas | TX | 75230 | |
| Siepe, LLC | Attn Director or Officer | 6135 Churchill Way | | | Dallas | TX | 75230 | |
| ViaWest, Inc. | Attn Director or Officer | P.O. Box 912362 | | | Denver | CO | 80291-2362 | |
| ViaWest, Inc. | Attn Director or Officer | P.O. Box 732368 | | | Dallas | TX | 75373-2368 | |
| ViaWest, Inc. | Attn: John Greenwood | 1200 17th Street, Suite 1150 | | | Denver | CO | 80202 | |
| WP Engine, Inc. | Attn Director or Officer | 504 Lavaca Street | Suite 1000 | | Austin | TX | 78701 | |