Matthew A. Clemente (admitted *pro hac vice*)
Dennis M. Twomey (admitted *pro hac vice*)
Alyssa Russell (admitted *pro hac vice*)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Penny P. Reid
Paige Holden Montgomery
Juliana L. Hoffman
Sidley Austin LLP
2021 McKinney Avenue
Suite 2000
Dallas, Texas 74201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) ) ) | Case No. 19-34054-sgj11 |
| Debtor. | ) ) ) | **Docket Ref. Nos. 1655** |

**CERTIFICATE OF NO OBJECTION REGARDING THE FOURTH INTERIM APPLICATION OF FTI CONSULTING, INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2020 TO AND INCLUDING NOVEMBER 30, 2020**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

responsive pleading has been received to the *Fourth Interim Application for Compensation and Reimbursement of Expenses of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from September 1, 2020 through November 30, 2020* [Docket No. 1655] (the "Application") filed on January 4, 2021.  Objections to the Application were to be filed and served no later than January 25, 2021 at 5:00 p.m. prevailing Central Time.

The Application will be scheduled for hearing at a later date, at which time FTI Consulting, Inc. will seek approval and entry of an order in substantially the same form as attached hereto as **Exhibit A**, allowing payment of (i) $710,280.45 in fees, and (ii) $1,479.47 in expenses for the period from September 1, 2020 through November 30, 2020 on an interim basis.

[*Remainder of Page Intentionally Left Blank*]

SIDLEY AUSTIN LLP

*/s/ Juliana L. Hoffman*
Penny P. Reid
Paige Holden Montgomery
Juliana L. Hoffman
2021 McKinney Avenue
Suite 2000
Dallas, Texas 74201
Telephone: (214) 981-3300

-and-

Matthew A. Clemente (admitted *pro hac vice*)
Dennis M. Twomey (admitted *pro hac vice*)
Alyssa Russell (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Counsel for the Official Committee
of Unsecured Creditors*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 1, 2021, a true and correct copy of the foregoing Certificate of No Objection filed was served via electronic mail upon those parties registered to receive electronic service via the Court's CM/ECF system.

Respectfully submitted,

SIDLEY AUSTIN LLP

*/s/ Juliana L. Hoffman*
Juliana L. Hoffman