IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EVERGREEN HELICOPTERS INTERNATIONAL, INC., ERICKSON HELICOPTERS, INC., AND ALLIED WORLD ASSURANCE COMPANY, | § § § § § | |
| Appellants, | § § | |
| vs. | § § | Civil Action No. 3:20-cv-03234-E |
| WORLD FUEL SERVICES, INC., | § § § | |
| Appellee. | § | |

**AGREED NOTICE OF VOLUNTARY DISMISSAL OF APPEALS
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023**

The parties in this matter respectfully inform this Court that, pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure and as evidenced by the signatures below of counsel to all of the parties, the parties have agreed to dismiss all appeals in the above-captioned matter from the United States Bankruptcy Court's *Order Granting In Part and Denying In Part World Fuel Service, Inc.'s Motion to Enforce Second Amended Joint Plan of Reorganization, Order Confirming Second Amended Joint Plan of Reorganization, Order Resolving Objections to World Fuel Services, Inc.'s Proof of Claim, and Order Granting Relief from the Discharged Injunction* (Dkt. No. 66, Case No. 16-34392-hdh) (the "Bankruptcy Court Order").[1]  The Bankruptcy Court has vacated the Bankruptcy Court Order and all related relief, and the Bankruptcy Court Order is of no further force or effect.  *See Order (I) Granting in Part Joint Motion for Clarification and*

---

[1] All Appellants appealed from the same Bankruptcy Court Order.  Those appeals, however, were assigned to two separate district courts.  The appeal of Allied World Assurance Company was assigned to this Court.  The appeal of Evergreen Helicopters International, Inc. and Erickson Helicopters, Inc. was assigned to the Hon. Sam A. Lindsay, case no. 20-03211.  Thus, Appellants are filing identical Agreed Notices of Voluntary Dismissal in both cases.

1

*(II) Vacating all Relief Previously Granted With Respect to World Fuel Service, Inc.'s Motion to Enforce*, Dkt. No. 92, Case No. 16-34392-hdh (Bankr. N. D. Tex. Nov. 30, 2020).

Accordingly, the parties respectfully request that the Court (i) dismiss all of the appeals in this matter and (ii) order that all costs and fees associated with the appeals, if any, be taxed against the party incurring the same.

A proposed order has been submitted with this Notice.

| | |
|---|---|
| Dated: December 3, 2020 | Respectfully submitted, |
| */s/ Charles M. Jones, II* | */s/ Kendall Kelly Hayden* |
| Kenric D. Kattner<br>State Bar No. 11108400<br>Kourtney Lyda<br>State Bar No. 24013330<br>**Haynes and Boone, LLP**<br>1221 McKinney Street, Suite 4000<br>Houston, TX 77010<br>Telephone: 713.547.2000<br>Facsimile: 713.547.2600 | Kendall Kelly Hayden<br>Texas State Bar No. 24046197<br>**Cozen O'Connor, P.C.**<br>1717 Main Street, Suite 3100<br>Dallas, TX 75201-7335<br>Telephone: (214) 462-3000<br>Telecopier: (214) 462-3299 |
| and | and |
| Charles M. Jones, II<br>Texas State Bar No. 24054941<br>Tiffany Cooke<br>Texas State Bar No. 24087340<br>**Haynes and Boone, LLP**<br>2323 Victory Avenue, Suite 700<br>Dallas, TX 75219<br>Telephone: 214.651.5000<br>Facsimile: 214.651.5940 | Eric D. Freed<br>Eric L. Scherling<br>**Cozen O'Connor, P.C.**<br>1650 Market Street, Suite 2800<br>Philadelphia, PA 19103<br>Telephone: (215) 665-3724/2042<br>Telecopier: (215) 701-2081<br><br>**ATTORNEYS FOR APPELLANT ALLIED WORLD ASSURANCE COMPANY** |

**ATTORNEYS FOR APPELLANTS EVERGREEN HELICOPTERS INTERNATIONAL, INC. AND ERICKSON HELICOPTERS, INC.**

*/s/ Eric D. Winston*

Patricia B. Tomasco
TX Bar No. 01797600
**Quinn Emanuel Urquhart & Sullivan LLP**
711 Louisiana Street, Suite 500
Houston, TX 77002
713-221-7000 telephone
713-221-7100 facsimile

Eric D. Winston
Admitted *Pro Hac Vice*
**Quinn Emanuel Urquhart & Sullivan LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3000 telephone
213-443-3100 facsimile

**ATTORNEYS FOR APPELLEE WORLD FUEL SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 3, 2020, a true and correct copy of the foregoing document was filed electronically with the Clerk of this Court and served on all parties of record via the Court's ECF System.

*/s/ Kendall Kelly Hayden*
Kendall Kelly Hayden

4

LEGAL\49895590\1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EVERGREEN HELICOPTERS INTERNATIONAL, INC., ERICKSON HELICOPTERS, INC., AND ALLIED WORLD ASSURANCE COMPANY, | § § § § § | |
| Appellants, | § § | |
| vs. | § § | Civil Action No. 3:20-cv-03234-E |
| WORLD FUEL SERVICES, INC., | § § § | |
| Appellee. | § | |

## ORDER DISMISSING APPEALS

Before the Court is the parties' Agreed Notice of Voluntary Dismissal of Appeals Pursuant to Federal Rules of Bankruptcy Procedure 8023 (the "Agreed Notice"). Having considered the Agreed Notice, the Court hereby ORDERS that:

1. All appeals in this matter are hereby DISMISSED; and

2. All costs and fees associated with the appeals, if any, are taxed against the party incurring the same.

Signed on _____, 2020.

_____
Hon. Ada Brown
United States District Judge