PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Debtor and Debtor-in-Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
|  | ) |  |
| Debtor. | ) | **Re: Docket No. 1944** |
|  | ) |  |

## CERTIFICATION OF NO OBJECTION
## REGARDING SIXTEENTH MONTHLY APPLICATION
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
## PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE DEBTOR
## <u>FOR THE PERIOD FROM JANUARY 1, 2021 THROUGH JANUARY 31, 2021</u>
## (NO ORDER REQUIRED)

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Sixteenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel to the Debtor for the Period from January 1, 2021 through January 31, 2021* (the "Application") filed on February 22, 2021 [Docket No. 1944].  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Application, objections to the Application were to be filed and served no later than March 15, 2021 at 4:00 p.m. prevailing Eastern Time.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 141] filed on December 4, 2019, the Debtor is authorized to pay Pachulski Stang Ziehl & Jones LLP a total of $2,078,989.85, which is comprised of the sum of (i) $2,046,083.20 (which amount constitutes 80% of the fees requested in the Application) plus (ii) $32,906.65 (which amount constitutes 100% of the expenses requested in the Application), for the period from January 1, 2021 through January 31, 2021, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

*[Remainder of Page Intentionally Left Blank]*

2

Dated: March 16, 2021

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Jeffrey N. Pomerantz*

Jeffrey N. Pomerantz (CA Bar No.143717)
Ira D. Kharasch (CA Bar No. 109084)
Gregory V. Demo (NY Bar No. 5371992)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
Email:        jpomerantz@pszjlaw.com
                  ikharasch@pcszjlaw.com
                  gdemo@pszjlaw.com

-and-

**HAYWARD PLLC**
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Debtor and Debtor-in-Possession*

3