

Ross Tower
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Main  214.855.7500
Fax  214.855.7584
munsch.com

Direct Dial 214.855.7587
Direct Fax 214.978.5359
drukavina@munsch.com

March 23, 2021

**BY ECF**

Honorable Stacey G.C. Jernigan
United States Bankruptcy Judge
1100 Commerce St., 14th Floor
Dallas, TX 75242

    Re:    In re Highland Capital Management, L.P.; 19-34054-SGJ-11: Motions/Joinders for Stay Pending Appeal of Confirmation Order (the "<u>Motions</u>")

Dear Judge Jernigan:

    Collectively, we, the counsel for the Movants with respect to the Motions, and our respective clients, do not believe that the Court can issue a mandatory stay pending appeal of the Confirmation Order and is limited to the entry of a discretionary stay, which the Court has denied.  We are not prepared to argue otherwise and do not believe we can consistent with our duties to the Court.  We are therefore not prepared to proceed with the hearing on March 24 and would ask the Court to cancel the hearing.

    The undersigned has been authorized by Mr. Hogewood to represent the Court that he and his clients share and adopt the above position and request.

    Sincerely,

<u>/s/ Davor Rukavina</u>
Davor Rukavina, Esq.

DR:

cc [by ECF]:    Jeff Pomerantz, Esq.
                  John Morris, Esq.