# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.<br><br>Debtor. | Chapter 11<br>Case No. 19-34054-sgj11 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 221 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the transferor.  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor

KELLIE STEVENS

Name of Transferee

CPCM, LLC

Address of Transferee:

CPCM, LLC
6505 W. Park Blvd. Ste. 306 PMB# 352
Plano, TX 75093

Email: CPCMLLCTX@gmail.com

**EXHIBIT A**

**Evidence of Transfer of Claim**

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Kellie Stevens ("**Assignor**") has unconditionally and irrevocably sold, transferred and assigned to CPCM, LLC ("**Assignee**") all of Assignor's right, title, interest, claims, and causes of action in and to, or arising under or in connection with, those claims asserted by Assignor in the proof of claim that was assigned claim number 221 (the "**Claim**"), filed against Highland Capital Management, L.P. (the "**Debtor**"), the debtor in Case No. 19-34054 pending in the United States Bankruptcy Court for the Northern District of Texas (the "**Bankruptcy Court**").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court, Kurtzman Carson Consultants LLC, as court-appointed claims and noticing agent, and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 12th day of March, 2021.

Kellie Stevens

_____