CRAWFORD, WISHNEW & LANG PLLC
Michael J. Lang
Texas State Bar No. 24036944
mlang@cwl.law
1700 Pacific Ave, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500

*Counsel for Appellants*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 19-34054-sgj-11 |
| | ) | |
| Highland Capital Management, L.P., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a), James Dondero, Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., The Dugaboy Investment Trust, The Get Good Trust, and NexPoint Real Estate Partners, LLC, f/k/a HCRE Partners, LLC, a Delaware limited liability company (collectively, "Appellants"), parties-in-interest in the above styled and numbered bankruptcy case (the "Bankruptcy Case") of Highland Capital Management, L.P. (the "Debtor"), hereby appeal to the United States District Court for the Northern District of Texas that certain *Order Denying Motion to Recuse Pursuant to 28 U.S.C. § 455* (the "Order") entered by the Bankruptcy Court on March 23, 2021 at docket no. 2083 in the Bankruptcy Case.

A copy of the Order is attached hereto as **Exhibit A**.

The names of the parties to the Order and the contact information for their attorneys, are as follows:

1. **Appellants**:

    **James Dondero;**
    **Highland Capital Management Fund Advisors, L.P.;**
    **NexPoint Advisors, L.P.;**
    **The Dugaboy Investment Trust;**
    **The Get Good Trust;** and
    **NexPoint Real Estate Partners, LLC, f/k/a HCRE Partners, LLC, a Delaware limited liability company**

    **Attorney**:

    Michael J. Lang
    mlang@cwl.law
    CRAWFORD, WISHNEW & LANG PLLC
    1700 Pacific Ave, Suite 2390
    Dallas, Texas 75201
    Tel: (214) 817-4500

2. **Interested Party:**

    **Hon. Stacey G. C. Jernigan**
    United States Bankruptcy Court for the Northern District of Texas
    Earle Cabell Federal Building
    1100 Commerce St., Rm. 1254
    Dallas, Texas 75242-1496

3. **Notice Parties:**

    **Debtor: Highland Capital Management, L.P.**

    **Attorneys**:

    Jeffrey N. Pomerantz
    jpomerantz@pszjlaw.com
    Ira D. Kharasch
    ikharasch@pszjlaw.com
    John A. Morris
    jmorris@pszjlaw.com
    Gregory V. Demo
    gdemo@pszjlaw.com
    PACHULSKI STANG ZIEHL & JONES LLP
    10100 Santa Monica Blvd., 13th Floor
    Los Angeles, CA 90067
    Telephone: (310) 277-6910
    Facsimile: (310) 201-0760

-and-

Melissa S. Hayward
MHayward@HaywardFirm.com
Zachery Z. Annable
ZAnnable@HaywardFirm.com
HAYWARD PLLC
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

**Official Committee of Unsecured Creditors**

**Attorneys**:

Penny P. Reid
pried@sidley.com
Paige Holden Montgomery
pmontgomery@sidley.com
Juliana L. Hoffman
jhoffman@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 74201
Tel: (214) 981-3300
Fax: (214) 981-3400

-and-

Matthew A. Clemente
mclemente@sidley.com
Dennis M. Twomey
dtwomey@sidley.com
Alyssa Russell
alyssa.russell@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

**Highland Income Fund;**
**NexPoint Strategic Opportunities Fund;** and
**NexPoint Capital, Inc.**

**Attorney**:

A. Lee Hogewood, III
lee.hogewood@klgates.com
K&L GATES LLP
4350 Lassiter at North Hills Avenue, Suite 300
Raleigh, NC 27609
Tel: (919) 743-7306
Fax: (919) 516-2006

Dated: April 1, 2021

Respectfully submitted,

CRAWFORD, WISHNEW & LANG PLLC

By: */s/ Michael J. Lang*
Michael J. Lang
Texas State Bar No. 24036944
mlang@cwl.law
1700 Pacific Ave, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500

*Counsel for Appellants*

# CERTIFICATE OF SERVICE

The undersigned certifies that on April 1, 2021, a true and correct copy of the above and foregoing document was served on all parties and counsel set to receive notice by the Court's ECF system.

*/s/ Michael J. Lang*
Michael J. Lang