

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 5, 2021**

_____
**United States Bankruptcy Judge**
_____


BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Highland Capital Management, L.P. § Case No.: 19−34054−sgj11
 § Chapter No.: 11
Debtor(s) §

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Kathryn K. George**, to represent UBS AG London Branch, UBS Securities LLC, related to document 2152, **ORDERS** this application be:

☑ *Granted* − The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* − The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #

United States Bankruptcy Court
Northern District of Texas

| | |
|---|---|
| In re: | Case No. 19-34054-sgj |
| Highland Capital Management, L.P. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: mmathews | Page 1 of 13 |
| Date Rcvd: Apr 06, 2021 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Kathryn K. George, Latham & Watkins LLP, 330 North Wabash Avenue, Ste. 2800, Chicago, IL 60611-3695 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 08, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A. Lee Hogewood, III | |
| | on behalf of Interested Party Highland Merger Arbitrage Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | |
| | on behalf of Interested Party NexPoint Advisors  L.P. lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | |
| | on behalf of Interested Party Highland Total Return Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | |
| | on behalf of Defendant Highland Capital Management Fund Advisors  L.P. lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Em |

Case 19-34054-sgj11 Doc 2179 Filed 04/08/21    Entered 04/08/21 23:30:34    Page 3 of 14

| District/off: 0539-3 | User: mmathews | Page 2 of 13 |
|---|---|---|
| Date Rcvd: Apr 06, 2021 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| | ily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Funds I and its series lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Opportunistic Credit Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Global Allocation Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Defendant Highland Income Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Fixed Income Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Defendant NexPoint Capital  Inc. lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Defendant NexPoint Strategic Opportunities Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Small-Cap Equity Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Socially Responsible Equity Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Funds II and its series lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Healthcare Opportunities Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Income Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party NexPoint Capital  Inc. lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party NexPoint Real Estate Strategies Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Defendant NexPoint Advisors  L.P. lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | |

Case 19-34054-sgj11 Doc 2179 Filed 04/08/21    Entered 04/08/21 23:30:34    Page 4 of 14

| District/off: 0539-3 | User: mmathews | Page 3 of 13 |
|---|---|---|
| Date Rcvd: Apr 06, 2021 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party NexPoint Strategic Opportunities Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | |
| | on behalf of Interested Party Highland/iBoxx Senior Loan ETF lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| Alyssa Russell | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors alyssa.russell@sidley.com |
| Amanda Melanie Rush | |
| | on behalf of Interested Party CCS Medical  Inc. asrush@jonesday.com |
| Amy K. Anderson | |
| | on behalf of Creditor Issuer Group aanderson@joneswalker.com lfields@joneswalker.com;amy-anderson-9331@ecf.pacerpro.com |
| Andrew Clubok | |
| | on behalf of Plaintiff UBS Securities LLC andrew.clubok@lw.com andrew-clubok-9012@ecf.pacerpro.com,ny-courtmail@lw.com |
| Andrew Clubok | |
| | on behalf of Interested Party UBS Securities LLC andrew.clubok@lw.com andrew-clubok-9012@ecf.pacerpro.com,ny-courtmail@lw.com |
| Andrew Clubok | |
| | on behalf of Interested Party UBS AG London Branch andrew.clubok@lw.com andrew-clubok-9012@ecf.pacerpro.com,ny-courtmail@lw.com |
| Andrew Clubok | |
| | on behalf of Plaintiff UBS AG London Branch andrew.clubok@lw.com andrew-clubok-9012@ecf.pacerpro.com,ny-courtmail@lw.com |
| Annmarie Antoniette Chiarello | |
| | on behalf of Creditor Acis Capital Management GP  LLC achiarello@winstead.com |
| Annmarie Antoniette Chiarello | |
| | on behalf of Creditor Acis Capital Management  L.P. achiarello@winstead.com |
| Artoush Varshosaz | |
| | on behalf of Defendant Highland Income Fund artoush.varshosaz@klgates.com  Julie.garrett@klgates.com |
| Artoush Varshosaz | |
| | on behalf of Interested Party NexPoint Real Estate Strategies Fund artoush.varshosaz@klgates.com  Julie.garrett@klgates.com |
| Artoush Varshosaz | |
| | on behalf of Interested Party Highland Opportunistic Credit Fund artoush.varshosaz@klgates.com  Julie.garrett@klgates.com |
| Artoush Varshosaz | |
| | on behalf of Interested Party Highland Funds II and its series artoush.varshosaz@klgates.com  Julie.garrett@klgates.com |
| Artoush Varshosaz | |
| | on behalf of Interested Party NexPoint Capital  Inc. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com |
| Artoush Varshosaz | |
| | on behalf of Interested Party Highland Socially Responsible Equity Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | |
| | on behalf of Interested Party Highland/iBoxx Senior Loan ETF artoush.varshosaz@klgates.com  Julie.garrett@klgates.com |
| Artoush Varshosaz | |
| | on behalf of Interested Party NexPoint Strategic Opportunities Fund artoush.varshosaz@klgates.com  Julie.garrett@klgates.com |
| Artoush Varshosaz | |
| | on behalf of Defendant Highland Capital Management Fund Advisors  L.P. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com |
| Artoush Varshosaz | |
| | on behalf of Defendant NexPoint Strategic Opportunities Fund artoush.varshosaz@klgates.com  Julie.garrett@klgates.com |
| Artoush Varshosaz | |
| | on behalf of Interested Party Highland Total Return Fund artoush.varshosaz@klgates.com  Julie.garrett@klgates.com |
| Artoush Varshosaz | |
| | on behalf of Interested Party NexPoint Advisors  L.P. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com |
| Artoush Varshosaz | |
| | on behalf of Defendant NexPoint Advisors  L.P. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com |
| Artoush Varshosaz | |

Case 19-34054-sgj11 Doc 2179 Filed 04/08/21    Entered 04/08/21 23:30:34    Page 5 of 14

| District/off: 0539-3 | User: mmathews | Page 4 of 13 |
|---|---|---|
| Date Rcvd: Apr 06, 2021 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant NexPoint Capital Inc. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com |
| Artoush Varshosaz | |
| | on behalf of Interested Party Highland Healthcare Opportunities Fund artoush.varshosaz@klgates.com  Julie.garrett@klgates.com |
| Artoush Varshosaz | |
| | on behalf of Interested Party Highland Income Fund artoush.varshosaz@klgates.com  Julie.garrett@klgates.com |
| Artoush Varshosaz | |
| | on behalf of Interested Party Highland Funds I and its series artoush.varshosaz@klgates.com  Julie.garrett@klgates.com |
| Artoush Varshosaz | |
| | on behalf of Interested Party Highland Merger Arbitrage Fund artoush.varshosaz@klgates.com  Julie.garrett@klgates.com |
| Artoush Varshosaz | |
| | on behalf of Interested Party Highland Fixed Income Fund artoush.varshosaz@klgates.com  Julie.garrett@klgates.com |
| Artoush Varshosaz | |
| | on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com |
| Artoush Varshosaz | |
| | on behalf of Interested Party Highland Global Allocation Fund artoush.varshosaz@klgates.com  Julie.garrett@klgates.com |
| Artoush Varshosaz | |
| | on behalf of Interested Party Highland Small-Cap Equity Fund artoush.varshosaz@klgates.com  Julie.garrett@klgates.com |
| Asif Attarwala | |
| | on behalf of Interested Party UBS Securities LLC asif.attarwala@lw.com |
| Asif Attarwala | |
| | on behalf of Interested Party UBS AG London Branch asif.attarwala@lw.com |
| Basil A. Umari | |
| | on behalf of Interested Party Meta-e Discovery  LLC BUmari@dykema.com, pelliott@dykema.com |
| Bojan Guzina | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors bguzina@sidley.com |
| Brian Patrick Shaw | |
| | on behalf of Creditor Jennifer G. Terry shaw@roggedunngroup.com  cashion@roggedunngroup.com;jones@roggedunngroup.com |
| Brian Patrick Shaw | |
| | on behalf of Creditor Joshua Terry shaw@roggedunngroup.com  cashion@roggedunngroup.com;jones@roggedunngroup.com |
| Brian Patrick Shaw | |
| | on behalf of Creditor Acis Capital Management GP  LLC shaw@roggedunngroup.com, cashion@roggedunngroup.com;jones@roggedunngroup.com |
| Brian Patrick Shaw | |
| | on behalf of Creditor Acis Capital Management  L.P. shaw@roggedunngroup.com, cashion@roggedunngroup.com;jones@roggedunngroup.com |
| Bryan C. Assink | |
| | on behalf of Interested Party James Dondero bryan.assink@bondsellis.com |
| Bryan C. Assink | |
| | on behalf of Creditor The Dugaboy Investment Trust bryan.assink@bondsellis.com |
| Bryan C. Assink | |
| | on behalf of Defendant James Dondero bryan.assink@bondsellis.com |
| Bryan C. Assink | |
| | on behalf of Defendant James D. Dondero bryan.assink@bondsellis.com |
| Candice Marie Carson | |
| | on behalf of Plaintiff UBS Securities LLC Candice.Carson@butlersnow.com |
| Candice Marie Carson | |
| | on behalf of Interested Party UBS AG London Branch Candice.Carson@butlersnow.com |
| Candice Marie Carson | |
| | on behalf of Interested Party UBS Securities LLC Candice.Carson@butlersnow.com |
| Candice Marie Carson | |
| | on behalf of Plaintiff UBS AG London Branch Candice.Carson@butlersnow.com |
| Casey William Doherty, Jr. | |
| | on behalf of Interested Party Jefferies LLC casey.doherty@dentons.com dawn.brown@dentons.com;Melinda.sanchez@dentons.com;docket.general.lit.dal@dentons.com |
| Chad D. Timmons | |
| | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com |

District/off: 0539-3  User: mmathews  Page 5 of 13
Date Rcvd: Apr 06, 2021  Form ID: pdf012  Total Noticed: 1

| | |
|---|---|
| Charles Martin Persons, Jr. | on behalf of Creditor Committee Official Committee of Unsecured Creditors cpersons@sidley.com |
| Clay M. Taylor | on behalf of Interested Party James Dondero clay.taylor@bondsellis.com  krista.hillman@bondsellis.com |
| Daniel P. Winikka | on behalf of Interested Party Jack Yang danw@lfdslaw.com  craigs@lfdslaw.com,dawnw@lfdslaw.com,ivys@lfdslaw.com |
| Daniel P. Winikka | on behalf of Interested Party Brad Borud danw@lfdslaw.com  craigs@lfdslaw.com,dawnw@lfdslaw.com,ivys@lfdslaw.com |
| David G. Adams | on behalf of Creditor United States (IRS) david.g.adams@usdoj.gov  southwestern.taxcivil@usdoj.gov;dolores.c.lopez@usdoj.gov |
| David Grant Crooks | on behalf of Creditor Committee Official Committee of Unsecured Creditors dcrooks@foxrothschild.com etaylor@foxrothschild.com,jsagui@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com |
| David Grant Crooks | on behalf of Creditor PensionDanmark Pensionsforsikringsaktieselskab dcrooks@foxrothschild.com etaylor@foxrothschild.com,jsagui@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com |
| David Grant Crooks | on behalf of Debtor Highland Capital Management  L.P. dcrooks@foxrothschild.com, etaylor@foxrothschild.com,jsagui@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com |
| Davor Rukavina | on behalf of Interested Party Highland Global Allocation Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Funds I and its series drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party NexPoint Strategic Opportunities Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Merger Arbitrage Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Total Return Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party NexPoint Capital  Inc. drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. drukavina@munsch.com |
| Davor Rukavina | on behalf of Defendant NexPoint Strategic Opportunities Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Small-Cap Equity Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Defendant Highland Income Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Defendant Highland Capital Management Fund Advisors  L.P. drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party NexPoint Advisors  L.P. drukavina@munsch.com |
| Davor Rukavina | on behalf of Defendant NexPoint Capital  Inc. drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Fixed Income Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Opportunistic Credit Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Income Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Funds II and its series drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Socially Responsible Equity Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland/iBoxx Senior Loan ETF drukavina@munsch.com |

| | | |
|---|---|---|
| District/off: 0539-3 | User: mmathews | Page 6 of 13 |
| Date Rcvd: Apr 06, 2021 | Form ID: pdf012 | Total Noticed: 1 |

Davor Rukavina
    on behalf of Defendant NexPoint Advisors L.P. drukavina@munsch.com

Davor Rukavina
    on behalf of Interested Party Highland Healthcare Opportunities Fund drukavina@munsch.com

Davor Rukavina
    on behalf of Interested Party NexPoint Real Estate Strategies Fund drukavina@munsch.com

Dennis M. Twomey
    on behalf of Creditor Committee Official Committee of Unsecured Creditors dtwomey@sidley.com

Donna K. Webb
    on behalf of Creditor Pension Benefit Guaranty Corporation donna.webb@usdoj.gov
    brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov

Douglas J. Schneller
    on behalf of Creditor Contrarian Funds LLC douglas.schneller@rimonlaw.com

Douglas S. Draper
    on behalf of Creditor Get Good Trust ddraper@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com

Douglas S. Draper
    on behalf of Creditor The Dugaboy Investment Trust ddraper@hellerdraper.com
    dhepting@hellerdraper.com;vgamble@hellerdraper.com

Edmon L. Morton
    on behalf of Creditor Committee Official Committee of Unsecured Creditors emorton@ycst.com

Edwin Paul Keiffer
    on behalf of Creditor Beacon Mountain LLC pkeiffer@romclaw.com, bwallace@romclaw.com

Edwin Paul Keiffer
    on behalf of Creditor Atlas IDF GP, LLC pkeiffer@romclaw.com, bwallace@romclaw.com

Edwin Paul Keiffer
    on behalf of Creditor Rand PE Fund Management LLC pkeiffer@romclaw.com, bwallace@romclaw.com

Edwin Paul Keiffer
    on behalf of Defendant Hunter Mountain Investment Trust pkeiffer@romclaw.com bwallace@romclaw.com

Edwin Paul Keiffer
    on behalf of Creditor Atlas IDF LP pkeiffer@romclaw.com, bwallace@romclaw.com

Edwin Paul Keiffer
    on behalf of Creditor Hunter Mountain Investment Trust pkeiffer@romclaw.com bwallace@romclaw.com

Edwin Paul Keiffer
    on behalf of Creditor Rand PE Fund I LP pkeiffer@romclaw.com, bwallace@romclaw.com

Edwin Paul Keiffer
    on behalf of Creditor John Honis pkeiffer@romclaw.com bwallace@romclaw.com

Edwin Paul Keiffer
    on behalf of Interested Party Hunter Mountain Trust pkeiffer@romclaw.com bwallace@romclaw.com

Edwin Paul Keiffer
    on behalf of Creditor Rand Advisors LLC pkeiffer@romclaw.com, bwallace@romclaw.com

Elizabeth Weller
    on behalf of Creditor Grayson County dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com

Elizabeth Weller
    on behalf of Creditor Dallas County dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com

Elizabeth Weller
    on behalf of Creditor Coleman County TAD dallas.bankruptcy@publicans.com
    dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com

Elizabeth Weller
    on behalf of Creditor Allen ISD dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com

Elizabeth Weller
    on behalf of Creditor Irving ISD dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com

Elizabeth Weller
    on behalf of Creditor Tarrant County dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com

Elizabeth Weller
    on behalf of Creditor Rockwall CAD dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com

Elizabeth Weller
    on behalf of Creditor Kaufman County dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com

Case 19-34054-sgj11 Doc 2179 Filed 04/08/21 Entered 04/08/21 23:30:34 Page 8 of 14

| | | |
|---|---|---|
| District/off: 0539-3 | User: mmathews | Page 7 of 13 |
| Date Rcvd: Apr 06, 2021 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| Elizabeth Weller | on behalf of Creditor Upshur County dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Fannin CAD dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com |
| Eric A. Soderlund | on behalf of Creditor Scott Ellington Thomas Surgent, Frank Waterhouse, Isaac Leventon eric.soderlund@judithwross.com |
| Eric A. Soderlund | on behalf of Creditor Frank Waterhouse Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent eric.soderlund@judithwross.com |
| Faheem A. Mahmooth | on behalf of Creditor Pension Benefit Guaranty Corporation mahmooth.faheem@pbgc.gov efile@pbgc.gov |
| Frances Anne Smith | on behalf of Creditor Scott Ellington Thomas Surgent, Frank Waterhouse, Isaac Leventon frances.smith@judithwross.com, michael.coulombe@judithwross.com |
| Gregory Getty Hesse | on behalf of Spec. Counsel Hunton Andrews Kurth LLP ghesse@HuntonAK.com astowe@HuntonAK.com;tcanada@HuntonAK.com;creeves@HuntonAK.com |
| Gregory V. Demo | on behalf of Creditor Committee Official Committee of Unsecured Creditors gdemo@pszjlaw.com jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com;rfeinstein@pszjlaw.co |
| Gregory V. Demo | on behalf of Debtor Highland Capital Management L.P. gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com;rfeinstein@pszjlaw.co |
| Greta M. Brouphy | on behalf of Creditor The Dugaboy Investment Trust gbrouphy@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com |
| Greta M. Brouphy | on behalf of Creditor Get Good Trust gbrouphy@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com |
| Hayley R. Winograd | on behalf of Debtor Highland Capital Management L.P. hwinograd@pszjlaw.com |
| Holland N. O'Neil | on behalf of Spec. Counsel Foley Gardere Foley & Lardner LLP honeil@foley.com, jcharrison@foley.com;acordero@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| J. Seth Moore | on behalf of Creditor Siepe LLC smoore@ctstlaw.com, jsteele@ctstlaw.com |
| Jaclyn C. Weissgerber | on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com jweissgerber@ycst.com |
| James Robertson Clarke | on behalf of Interested Party James Dondero robbie.clarke@bondsellis.com |
| Jared M. Slade | on behalf of Interested Party NexBank jared.slade@alston.com |
| Jason Alexander Enright | on behalf of Creditor Acis Capital Management L.P. jenright@winstead.com |
| Jason Alexander Enright | on behalf of Creditor Acis Capital Management GP LLC jenright@winstead.com |
| Jason Patrick Kathman | on behalf of Creditor Paul Kauffman jkathman@spencerfane.com gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com |
| Jason Patrick Kathman | on behalf of Defendant Patrick Daugherty jkathman@spencerfane.com gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com |
| Jason Patrick Kathman | on behalf of Defendant Patrick Hagaman Daugherty jkathman@spencerfane.com gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com |
| Jason Patrick Kathman | on behalf of Creditor Todd Travers jkathman@spencerfane.com gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com |
| Jason Patrick Kathman | |

Case 19-34054-sgj11 Doc 2179 Filed 04/08/21 Entered 04/08/21 23:30:34 Page 9 of 14

| District/off: 0539-3 | User: mmathews | Page 8 of 13 |
| --- | --- | --- |
| Date Rcvd: Apr 06, 2021 | Form ID: pdf012 | Total Noticed: 1 |

| | |
| --- | --- |
| | on behalf of Creditor Davis Deadman jkathman@spencerfane.com gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com |
| Jason Patrick Kathman | |
| | on behalf of Creditor Patrick Daugherty jkathman@spencerfane.com gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com |
| Jason S. Brookner | |
| | on behalf of Creditor Gray Reed & McGraw LLP jbrookner@grayreed.com lwebb@grayreed.com;acarson@grayreed.com;cpatterson@grayreed.com |
| Jeff P. Prostok | |
| | on behalf of Creditor Acis Capital Management L.P. jprostok@forsheyprostok.com, lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| Jeff P. Prostok | |
| | on behalf of Creditor Acis Capital Management GP LLC jprostok@forsheyprostok.com, lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| Jeffrey Kurtzman | |
| | on behalf of Creditor BET Investments II L.P. kurtzman@kurtzmansteady.com |
| Jeffrey Nathan Pomerantz | |
| | on behalf of Debtor Highland Capital Management L.P. jpomerantz@pszjlaw.com |
| John A. Morris | |
| | on behalf of Debtor Highland Capital Management L.P. jmorris@pszjlaw.com |
| John J. Kane | |
| | on behalf of Creditor CLO Holdco Ltd. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com |
| John J. Kane | |
| | on behalf of Defendant CLO Holdco Ltd. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com |
| John Y. Bonds, III | |
| | on behalf of Interested Party James Dondero john@bondsellis.com |
| John Y. Bonds, III | |
| | on behalf of Defendant James D. Dondero john@bondsellis.com |
| Jonathan D. Sundheimer | |
| | on behalf of Creditor NWCC LLC jsundhimer@btlaw.com |
| Jonathan T. Edwards | |
| | on behalf of Interested Party NexBank jonathan.edwards@alston.com |
| Joseph E. Bain | |
| | on behalf of Creditor Issuer Group JBain@joneswalker.com kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party Highland Small-Cap Equity Fund jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party Highland Healthcare Opportunities Fund jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Defendant Highland Capital Management Fund Advisors L.P. jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party Highland Capital Management Fund Advisors L.P. jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party Highland Merger Arbitrage Fund jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party NexPoint Capital Inc. jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party Highland Fixed Income Fund jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party Highland/iBoxx Senior Loan ETF jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party Highland Funds I and its series jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Defendant NexPoint Strategic Opportunities Fund jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party NexPoint Advisors L.P. jvasek@munsch.com |

Case 19-34054-sgj11 Doc 2179 Filed 04/08/21 Entered 04/08/21 23:30:34 Page 10 of 14

| | | |
|---|---|---|
| District/off: 0539-3 | User: mmathews | Page 9 of 13 |
| Date Rcvd: Apr 06, 2021 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| Julian Preston Vasek | on behalf of Interested Party Highland Socially Responsible Equity Fund jvasek@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party Highland Global Allocation Fund jvasek@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party Highland Total Return Fund jvasek@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party NexPoint Strategic Opportunities Fund jvasek@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party Highland Funds II and its series jvasek@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party Highland Income Fund jvasek@munsch.com |
| Julian Preston Vasek | on behalf of Defendant NexPoint Advisors L.P. jvasek@munsch.com |
| Julian Preston Vasek | on behalf of Defendant Highland Income Fund jvasek@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party NexPoint Real Estate Strategies Fund jvasek@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party Highland Opportunistic Credit Fund jvasek@munsch.com |
| Julian Preston Vasek | on behalf of Defendant NexPoint Capital Inc. jvasek@munsch.com |
| Juliana Hoffman | on behalf of Interested Party UBS Securities LLC jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Juliana Hoffman | on behalf of Interested Party UBS AG London Branch jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Juliana Hoffman | on behalf of Debtor Highland Capital Management L.P. jhoffman@sidley.com, txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Juliana Hoffman | on behalf of Interested Party Committee of Unsecured Creditors jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Juliana Hoffman | on behalf of Creditor Committee Official Committee of Unsecured Creditors jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Juliana Hoffman | on behalf of Financial Advisor FTI Consulting Inc. jhoffman@sidley.com, txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Kesha Tanabe | on behalf of Creditor Cedar Glade LP kesha@tanabelaw.com |
| Kimberly A. Posin | on behalf of Interested Party UBS Securities LLC kim.posin@lw.com colleen.rico@lw.com |
| Kimberly A. Posin | on behalf of Plaintiff UBS AG London Branch kim.posin@lw.com colleen.rico@lw.com |
| Kimberly A. Posin | on behalf of Interested Party UBS AG London Branch kim.posin@lw.com colleen.rico@lw.com |
| Kimberly A. Posin | on behalf of Plaintiff UBS Securities LLC kim.posin@lw.com colleen.rico@lw.com |
| Larry R. Boyd | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR lboyd@abernathy-law.com ljameson@abernathy-law.com |
| Lauren Kessler Drawhorn | on behalf of Creditor Eagle Equity Advisors LLC lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Partners LLC lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |

Lauren Kessler Drawhorn
on behalf of Interested Party Nexpoint Real Estate Capital LLC lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
on behalf of Interested Party NexPoint Real Estate Advisors VIII L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
on behalf of Interested Party NexPoint Real Estate Advisors VI L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
on behalf of Interested Party NexPoint Real Estate Advisors L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
on behalf of Interested Party NexBank lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
on behalf of Interested Party NexPoint Real Estate Advisors III L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
on behalf of Interested Party NexPoint Multifamily Capital Trust Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
on behalf of Interested Party MGM Holdings Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
on behalf of Interested Party NexBank Securities Inc. lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
on behalf of Defendant HCRE Partners LLC (n/k/a NexPoint Real Estate Partners, LLC) lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
on behalf of Interested Party NexBank Title Inc. lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
on behalf of Creditor Advisors Equity Group LLC lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
on behalf of Interested Party NexPoint Hospitality Trust lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
on behalf of Interested Party NexPoint Real Estate Advisors VII L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
on behalf of Creditor HCRE Partners LLC (n/k/a NexPoint Real Estate Partners, LLC) lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
on behalf of Interested Party NexPoint Real Estate Advisors V L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
on behalf of Defendant Highland Capital Management Services Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
on behalf of Interested Party NexPoint Real Estate Advisors IV L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
on behalf of Interested Party NexPoint Real Estate Advisors II L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
on behalf of Interested Party NexBank Capital Inc. lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
on behalf of Interested Party NexPoint Residential Trust Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
on behalf of Interested Party NexPoint Real Estate Finance Inc. lauren.drawhorn@wickphillips.com

Case 19-34054-sgj11 Doc 2179 Filed 04/08/21 Entered 04/08/21 23:30:34 Page 12 of 14

| District/off: 0539-3 | User: mmathews | Page 11 of 13 |
|---|---|---|
| Date Rcvd: Apr 06, 2021 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| | samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Creditor Highland Capital Management Services Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party VineBrook Homes Trust, Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Laurie A. Spindler | on behalf of Creditor Irving ISD Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Tarrant County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor City of Allen Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor City of Richardson Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Grayson County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Kaufman County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Allen ISD Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Dallas County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Leslie A. Collins | on behalf of Creditor The Dugaboy Investment Trust lcollins@hellerdraper.com |
| Leslie A. Collins | on behalf of Creditor Get Good Trust lcollins@hellerdraper.com |
| Linda D. Reece | on behalf of Creditor City of Garland lreece@pbfcm.com |
| Linda D. Reece | on behalf of Creditor Wylie ISD lreece@pbfcm.com |
| Linda D. Reece | on behalf of Creditor Garland ISD lreece@pbfcm.com |
| Lisa L. Lambert | on behalf of U.S. Trustee United States Trustee lisa.l.lambert@usdoj.gov |
| M. David Bryant, Jr. | on behalf of Interested Party Integrated Financial Associates Inc. dbryant@dykema.com, csmith@dykema.com |
| Margaret Michelle Hartmann | on behalf of Interested Party CPCM LLC michelle.hartmann@bakermckenzie.com |
| Mark A. Platt | on behalf of Interested Party Redeemer Committee of the Highland Crusader Fund mplatt@fbtlaw.com aortiz@fbtlaw.com |
| Martin A. Sosland | on behalf of Plaintiff UBS AG London Branch martin.sosland@butlersnow.com ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com |
| Martin A. Sosland | on behalf of Interested Party UBS Securities LLC martin.sosland@butlersnow.com ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com |
| Martin A. Sosland | on behalf of Plaintiff UBS Securities LLC martin.sosland@butlersnow.com ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com |
| Martin A. Sosland | on behalf of Interested Party UBS AG London Branch martin.sosland@butlersnow.com ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com |
| Matthew Gold | on behalf of Creditor Argo Partners courts@argopartners.net |
| Matthew A. Clemente | on behalf of Creditor Committee Official Committee of Unsecured Creditors mclemente@sidley.com matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwom |

Case 19-34054-sgj11 Doc 2179 Filed 04/08/21 Entered 04/08/21 23:30:34 Page 13 of 14

| District/off: 0539-3 | User: mmathews | Page 12 of 13 |
| --- | --- | --- |
| Date Rcvd: Apr 06, 2021 | Form ID: pdf012 | Total Noticed: 1 |

| | |
| --- | --- |
| | ey@sidley.com |
| Matthew A. Clemente | on behalf of Interested Party Committee of Unsecured Creditors mclemente@sidley.com matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwomey@sidley.com |
| Megan Young-John | on behalf of Creditor Issuer Group myoung-john@porterhedges.com |
| Megan F. Clontz | on behalf of Creditor Patrick Daugherty mclontz@spencerfane.com  lvargas@spencerfane.com |
| Melissa S. Hayward | on behalf of Debtor Highland Capital Management  L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Melissa S. Hayward | on behalf of Plaintiff Highland Capital Management  L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Michael I. Baird | on behalf of Creditor Pension Benefit Guaranty Corporation baird.michael@pbgc.gov  efile@pbgc.gov |
| Michael I. Baird | on behalf of Interested Party Pension Benefit Guaranty Corporation baird.michael@pbgc.gov  efile@pbgc.gov |
| Michael Justin Lang | on behalf of Interested Party James Dondero mlang@cwl.law nvazquez@cwl.law;aohlinger@cwl.law;jgonzales@cwl.law;vpatterson@cwl.law |
| Michael Scott Held | on behalf of Creditor Crescent TC Investors  L.P. mheld@jw.com, lcrumble@jw.com |
| Michelle E. Shriro | on behalf of Interested Party California Public Employees Retirement System (CalPERS) mshriro@singerlevick.com scotton@singerlevick.com;tguillory@singerlevick.com |
| Nicole Skolnekovich | on behalf of Interested Party Hunton Andrews Kurth LLP nskolnekovich@hunton.com plozano@huntonak.com;astowe@huntonak.com;creeves@huntonak.com |
| Paige Holden Montgomery | on behalf of Plaintiff Official Committee of Unsecured Creditors pmontgomery@sidley.com txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com |
| Paige Holden Montgomery | on behalf of Creditor Committee Official Committee of Unsecured Creditors pmontgomery@sidley.com txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com |
| Paige Holden Montgomery | on behalf of Interested Party Committee of Unsecured Creditors pmontgomery@sidley.com txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com |
| Paul M. Lopez | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com |
| Paul Richard Bessette | on behalf of Interested Party Highland CLO Funding  Ltd. pbessette@KSLAW.com, ccisneros@kslaw.com;jworsham@kslaw.com;kbryan@kslaw.com;jcarvalho@kslaw.com;rmatsumura@kslaw.com |
| Penny Packard Reid | on behalf of Creditor Committee Official Committee of Unsecured Creditors preid@sidley.com txefilingnotice@sidley.com;penny-reid-4098@ecf.pacerpro.com;ncade@sidley.com |
| Phillip L. Lamberson | on behalf of Creditor Acis Capital Management GP  LLC plamberson@winstead.com |
| Phillip L. Lamberson | on behalf of Creditor Acis Capital Management  L.P. plamberson@winstead.com |
| Rakhee V. Patel | on behalf of Creditor Acis Capital Management GP  LLC rpatel@winstead.com, dgalindo@winstead.com;achiarello@winstead.com |
| Rakhee V. Patel | on behalf of Creditor Acis Capital Management  L.P. rpatel@winstead.com, dgalindo@winstead.com;achiarello@winstead.com |
| Robert Joel Feinstein | on behalf of Debtor Highland Capital Management  L.P. rfeinstein@pszjlaw.com |
| Ryan E. Manns | |

| | | |
|---|---|---|
| District/off: 0539-3 | User: mmathews | Page 13 of 13 |
| Date Rcvd: Apr 06, 2021 | Form ID: pdf012 | Total Noticed: 1 |

Ryan E. Manns
    on behalf of Interested Party UBS AG London Branch ryan.manns@nortonrosefulbright.com

    on behalf of Interested Party UBS Securities LLC ryan.manns@nortonrosefulbright.com

Sean M. Beach
    on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com sbeach@ycst.com

Shawn M. Christianson
    on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Suzanne K. Rosen
    on behalf of Creditor Acis Capital Management GP LLC srosen@forsheyprostok.com, lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com

Suzanne K. Rosen
    on behalf of Creditor Acis Capital Management L.P. srosen@forsheyprostok.com, lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com

Thomas G. Haskins, Jr.
    on behalf of Creditor NWCC LLC thaskins@btlaw.com

Thomas M. Melsheimer
    on behalf of Creditor Frank Waterhouse Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent tmelsheimer@winston.com, tom-melsheimer-7823@ecf.pacerpro.com

United States Trustee
    ustpregion06.da.ecf@usdoj.gov

Vickie L. Driver
    on behalf of Creditor HarbourVest et al Vickie.Driver@crowedunlevy.com crissie.stephenson@crowedunlevy.com;seth.sloan@crowedunlevy.com;elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Warren Horn
    on behalf of Creditor The Dugaboy Investment Trust whorn@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com

Warren Horn
    on behalf of Creditor Get Good Trust whorn@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com

Zachery Z. Annable
    on behalf of Defendant Highland Capital Management L.P. zannable@haywardfirm.com

Zachery Z. Annable
    on behalf of Plaintiff Highland Capital Management L.P. zannable@haywardfirm.com

Zachery Z. Annable
    on behalf of Debtor Highland Capital Management L.P. zannable@haywardfirm.com

Zachery Z. Annable
    on behalf of Other Professional Hayward & Associates PLLC zannable@haywardfirm.com

TOTAL: 285