**LATHAM & WATKINS LLP**
Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, District of Columbia
Telephone: (202) 637-2200
Email: andrew.clubok@lw.com
  sarah.tomkowiak@lw.com

and

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email:  jeff.bjork@lw.com
  kim.posin@lw.com

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
E-mail: martin.sosland@butlersnow.com
  candice.carson@butlersnow.com

*Counsel for UBS Securities LLC and UBS AG London Branch*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

------------------------------------------------------------------x
*In re*                                       :
                                              :    Chapter 11
HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]         :
                                              :    Case No. 19-34054-sgj11
            Debtor.                           :
------------------------------------------------------------------x

**UBS'S WITNESS AND EXHIBIT LIST FOR MAY 21, 2021 HEARING**

UBS Securities LLC and UBS AG London Branch (together, "UBS"), by and through their

undersigned counsel, submit the following witness and exhibit list for the hearing set for 9:00 am

---

[1]   The Debtor's last four digits of its taxpayer identification number are 6725.  The headquarters and service address for the Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

Central Time on May 21, 2021 in connection with the *Debtor's Motion for Entry of an Order Approving Settlement with UBS Securities LLC and UBS AG London Branch and Authorizing Actions Consistent Therewith* [Docket No. 2199] filed by Highland Capital Management, L.P. (the "Debtor").

**A.  WITNESSES:**

1. Any witness designated or called by any other party; and
2. Any witness necessary for impeachment or rebuttal.

**B.  EXHIBITS:**

| No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1 | *Debtor's Motion for Entry of an Order Approving Settlement with UBS Securities LLC and UBS AG London Branch and Authorizing Actions Consistent Therewith* [Docket No. 2199] | | |
| 2 | *Declaration of Robert J. Feinstein in Support of Debtor's Motion for Entry of an Order Approving Settlement with UBS Securities LLC and UBS AG, London Branch and Authorizing Actions Consistent Therewith*, and exhibits attached thereto [Docket No. 2200] | | |
| 3 | *Order Granting UBS's Motion for Temporary Allowance of Claims for Voting Purposes pursuant to Federal Rule of Bankruptcy Procedure 3018* [Docket No. 1518] | | |
| 4 | Transcript of November 20, 2020 Hearing regarding Motions for Partial Summary Judgment and Motion to Allow Claims for Voting Purposes [Docket No. 1482] | | |
| 5 | Any pleadings, reports, or other documents entered or filed in this action, including any exhibits thereto | | |
| 6 | All exhibits identified by or offered by any other party at the hearing | | |
| 7 | All exhibits necessary for impeachment and/or rebuttal purposes | | |

UBS reserves the right to amend or supplement this witness and exhibit list prior to the hearing.

DATED this 14th day of May 2021.

**LATHAM & WATKINS LLP**

By /s/ *Sarah Tomkowiak*

Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, District of Columbia
Telephone: (202) 637-2200
Email: andrew.clubok@lw.com
       sarah.tomkowiak@lw.com

and

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email: jeff.bjork@lw.com
       kim.posin@lw.com

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice M. Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
E-mail: martin.sosland@butlersnow.com
       candice.carson@butlersnow.com

*Counsel for UBS Securities LLC and UBS AG London Branch*

## CERTIFICATE OF SERVICE

I, Martin Sosland, certify that *UBS's Witness and Exhibit List For May 21, 2021 Hearing* was filed electronically through the Court's ECF system, which provides notice to all parties of interest.

Dated: May 14, 2021.

/s/ *Martin Sosland*