# **EXHIBIT 3**

## HIGHLAND MULTI STRATEGY CREDIT FUND

