IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br>    Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11<br><br>Docket Ref. Nos. [2242, 2311] |

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTOR'S OBJECTION TO MOTION FOR MODIFICATION OF ORDER AUTHORIZING RETENTION OF JAMES P. SEERY, JR. DUE TO LACK OF SUBJECT MATTER JURISDICTION**

The official committee of unsecured creditors (the "Committee")[2] of Highland Capital Management, L.P. (the "Debtor"), hereby submits this joinder to *Debtor's Objection to Motion for Modification of Order Authorizing Appointment of James P. Seery, Jr. Due to Lack of Subject Matter Jurisdiction* [Docket No. 2311] (the "Objection"). The Committee adopts the legal argument and authority set forth in the Objection and respectfully requests for the reasons set forth therein that the *Motion for Modification of Order Authorizing Appointment of James P. Seery, Jr. Due to Lack of Subject Matter Jurisdiction* [Docket No. 2242] (the "Motion") be denied.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

[2] The Committee consists of (i) Meta-e Discovery and (ii) UBS Securities LLC and UBS AG London Branch.

WHEREFORE, the Committee respectfully requests that the Court deny the Motion.

| | |
|---|---|
| Dated: May 14, 2021<br>Dallas, Texas | SIDLEY AUSTIN LLP<br>/s/ *Juliana L. Hoffman*<br>Penny P. Reid<br>Paige Holden Montgomery<br>Juliana L. Hoffman<br>2021 McKinney Avenue<br>Suite 2000<br>Dallas, Texas 74201<br>Telephone: (214) 981-3300<br>Facsimile: (214) 981-3400<br><br>-and-<br><br>Matthew A. Clemente (admitted *pro hac vice*)<br>Dennis M. Twomey (admitted *pro hac vice*)<br>Alyssa Russell (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |