

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed May 17, 2021

United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |

**ORDER GRANTING FIFTH INTERIM FEE APPLICATION OF SIDLEY AUSTIN LLP, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2020 THROUGH AND INCLUDING FEBRUARY 28, 2021**

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

Upon consideration of the application [Docket No. 2233] ("Application")[2] of Sidley Austin LLP ("Sidley") for allowance of compensation for professional services rendered in the above captioned Chapter 11 Case during the period from December 1, 2020 through and including February 28, 2021 (the "Fee Period"), it is HEREBY ORDERED THAT:

1. Sidley is granted interim allowance of compensation in the amount of $1,957,009.95 for the Interim Fee Period.

2. Sidley is granted interim allowance of reimbursements for expenses incurred in the amount of $23,156.48 for the Interim Fee Period.

3. The Debtor is authorized and directed to remit payment to Sidley of such allowed compensation and expense reimbursement amounts, less any and all amounts previously paid on account of such fees and expenses.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # # End of Order # # #

---

[2] Each capitalized term used but not otherwise defined herein shall have the meaning ascribed to it in the Application.