**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, Nevada 89119
Tel: (702) 685-4444
Email:  CCarlyon@CarlyonCica.com
           TOSteen@CarlyonCica.com

-and-

**DYKEMA GOSSET PLLC**
DAVID BRYANT
Texas Bar No. 03281500
1717 Main Street, Suite 4200
Dallas, Texas 75201
Tel:  (214) 462-6400
Email:  DBryant@Dykema.com

*Counsel for IFA*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11<br><br>[no hearing required] |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 93
OF INTEGRATED FINANCIAL ASSOCIATES, INC. PURSUANT TO RULE 3006 OF
THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

PLEASE TAKE NOTICE that Integrated Financial Associates, Inc., by and through their respective undersigned counsel hereby withdraws its proof of claim [Claim No. 93] (the "Proof of Claim") filed on April 8, 2020. A true and correct copy of the Proof of Claim is attached hereto as **Exhibit 1**.

1

**CARLYON CICA, CHTD.**

*/s/ David Bryant*
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone:    (702) 685-4444
Facsimile:    (725) 220-4360
CCarlyon@CarlyonCica.com

-and-

**DYKEMA GOSSET PLLC**
DAVID BRYANT
Texas Bar No. 03281500
1717 Main Street, Suite 4200
Dallas, Texas 75201
Tel: (214) 462-6400
Email: DBryant@Dykema.com

*Counsel for Integrated Financial Associates, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2021, a copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding.

*/s David Bryant*
David Bryant

2

120785.000001 4819-3198-8714.1