Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, La. Bar No. 14891
lcollins@hellerdraper.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@hellerdraper.com
Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: (504) 299-3300
Fax: (504) 299-3399
*Attorneys for The Dugaboy Investment Trust and Get Good Trust*

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| | * | Case No. 19-34054sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | * | |
| | * | |
| Debtor | * | |

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

**Part 1: Identify the appellant(s)**
1. Name(s) of appellant(s): ___

*The Dugaboy Investment Trust and Get Good Trust*

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
**X** Creditor
☐ Trustee
☐ Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: *Order Approving Debtor's Settlement with UBS AG London Branch and Authorizing Actions Consistent Therewith [Dkt. # 2389]*

{00375817-1}

2. State the date on which the judgment, order, or decree was entered: <u>May 27, 2021</u>

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. *Party/Appellee*: <u>Debtor: Highland Capital Management, L.P.</u>

Attorney:

PACHULSKI STANG ZIEHL & JONES LLP
Jeffery N. Pomerantz
Ira D. Kharasch
John A. Morris
Gregory V. Demo
Hayley R. Winograd
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone:  (212) 561-7700
Fax:  (212) 561-7777

And

Hayward & Associates PLLC
Melissa S. Hayward
Zachery Z. Annable
10501 N. Central Expy. Ste. 106
Dallas, TX 75231
Telephone:  (972) 755-7100
Fax:  (972) 755-7110


2. *Party/Appellants*:  <u>Creditor:  The Dugaboy Investment Trust and Get Good Trust</u>
Attorney:

HELLER, DRAPER & HORN, L.L.C.
Douglas S. Draper
Leslie A. Collins
Greta M. Brouphy
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: (504) 299-3300
Fax: (504) 299-3399

{00375817-1}

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

**Not applicable.**

|  |  |
|---|---|
| May 27, 2021 | Respectfully submitted, |
|  | */s/Douglas S. Draper.* <br> Douglas S. Draper, La. Bar No. 5073 <br> ddraper@hellerdraper.com <br> Leslie A. Collins, La. Bar No. 14891 <br> lcollins@hellerdraper.com <br> Greta M. Brouphy, La. Bar No. 26216 <br> gbrouphy@hellerdraper.com <br> Heller, Draper & Horn, L.L.C. <br> 650 Poydras Street, Suite 2500 <br> New Orleans, LA 70130 <br> Telephone: (504) 299-3300 <br> Fax: (504) 299-3399 <br> *Attorneys for The Dugaboy Investment Trust and Get Good Trust* |

{00375817-1}