John Y. Bonds, III
TX 02589100 (*Admitted Bankr. N.D. Tex.*)
Clay M. Taylor
TX 24033261 (*Admitted Bankr. N.D. Tex.*)
William R. Howell, Jr.
NY 5091269 (*Admitted Bankr. N.D. Tex.*)
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile

ATTORNEYS FOR JAMES DONDERO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | Case No. 19-34054 |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.** | § | |
| | § | Chapter 11 |
| **Debtor.** | § | |

### JAMES DONDERO'S RESPONSE IN OPPOSITION TO THE DEBTOR'S FOURTH MOTION TO EXTEND TIME TO REMOVE ACTIONS

The *Debtor's Motion for Entry of an Order Further Extending the Period Within Which It May Remove Actions Pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure* (the "Motion")[1] should be denied. This is the Debtor's fourth such motion;[2] a plan has been confirmed; and for reasons apparently within the Debtor's control, that plan has not gone effective. The Debtor asks for this fourth extension to be without prejudice to further extensions – which could ultimately extend a 90-day period beyond two years. Motion, at ¶ 20. This is an attempt to artificially enlarge this Court's jurisdiction. Rule 9006 has limits. *E.g., In re Health Support Network, Inc.*, 2018 Bankr. LEXIS 973, at *7-8 (Bankr. M.D. Fla. Mar. 30, 2018).

---

[1] Docket No. 2304.

[2] *See* Docket Nos. 351, 747, and 1583, extending the 90-day removal period by a year and a half.

Dated: June 4, 2021

Respectfully submitted,

*/s/ William R. Howell, Jr.*
John Y. Bonds, III
TX 02589100 (*Admitted Bankr. N.D. Tex.*)
Clay M. Taylor
TX 24033261 (*Admitted Bankr. N.D. Tex.*)
William R. Howell, Jr.
NY 5091269 (*Admitted Bankr. N.D. Tex.*)
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: john@bondsellis.com
Email: clay.taylor@bondsellis.com
Email: william.howell@bondsellis.com

**ATTORNEYS FOR JAMES DONDERO**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on June 4, 2021, this document was filed electronically via the Court's CM/ECF system, which automatically provides notice to registered parties.

*/s/ William R. Howell, Jr.*
William R. Howell, Jr.