# EXHIBIT 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-12239 (CSS) |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR COPIES

Please take notice that John J. Kane, and the law firm of Kane Russell Coleman Logan PC hereby enter an appearance as counsel of record in the above-captioned case for CLO Holdco, Ltd. (the **"Creditor"**). The Creditor hereby request that all notices given or required to be given, and all papers served or required to be served in the case, be given to and served upon:

John J. Kane
KANE RUSSELL COLEMAN LOGAN PC
901 Main Street, Suite 5200
Dallas, TX 75202
E-mail: jkane@krcl.com

This request encompasses all notices, copies and pleadings referred to or contemplated in the Bankruptcy Code and Bankruptcy Rules, including without limitation, notices of any orders, motions, demands, complaints, plans, disclosure statements, petitions, pleadings, requests, applications and any other documents brought before the Court in this case, and any hearings, trials or proceedings related thereto, which affect or otherwise relate to the above case or Creditor.

Please take notice that the undersigned intends that neither this appearance and request for copies nor any later appearance, pleading, claim, or suit shall waive: (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the right to trial by jury in any proceeding so triable in this case, controversy, or proceeding related to this case; (iii) the right to have the district court withdraw the reference in any matter subject to mandatory or discretionary

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Creditor expressly reserve.

Dated: November 19, 2019　　　　　　　　Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ John J. Kane*
　　John J. Kane
　　State Bar No. 24066794

901 Main Street, Suite 5200
Dallas, Texas 75202
Phone: (214) 777-4200
Fax: (214) 777-0049
E-mail: jkane@krcl.com

**ATTORNEYS FOR CLO HOLDCO, LTD.**

## CERTIFICATE OF SERVICE

　　I hereby certify that on November 19, 2019 a true and correct copy of the foregoing *Notice of Appearance and Request for Copies* has been served on all parties receiving ECF Notification at the date and time filed.

*/s/ John J. Kane*
John J. Kane