BTXN 099 (rev. 12/14)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re:<br>Highland Capital Management, L.P.<br><br>　　　　　　　　　Debtor(s)<br><br>Highland Capital Management Fund Advisors, L.P., et al<br>　　　　　　　　　Appellant(s)<br>　vs.<br>Highland Capital Management, L.P.<br>　　　　　　　　　Appellee(s) | Case No.:   19−34054−sgj11<br>Chapter No.:  11<br>Civil Case No.:     3:21−CV−00538−N |

# TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

　　Pursuant to Federal Rules of Bankruptcy Procedure 8010, the appeal filed on 3/1/2021 regarding [1943] Order confirming the fifth amended chapter 11 plan, Entered on 2/22/2021 by Highland Capital Management Fund Advisors, L.P., et al in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

　　This record on appeal contains all items listed on the attached index, and is in compliance with Rule 8010 of the Federal Rules of Bankruptcy Procedure.

　　All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

　　The above referenced record was delivered to the U.S. District Clerk's Office on June 9, 2021.


DATED:  6/9/21　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　　　Robert P. Colwell, Clerk of Court

　　　　　　　　　　　　　　　　　　　　by: /s/J. Blanco, Deputy Clerk

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

May 04, 2021

Mr. Jed Weintraub  
U.S. Bankruptcy Court, Northern District of Texas  
1100 Commerce Street  
Earle Cabell Federal Building  
Room 1254  
Dallas, TX 75242-1496

     Misc No. 21-90011   NexPoint v. Highland Capital Mgmt  
                             USDC No. 19-34054

Enclosed is a copy of the court's order granting the motion(s) for leave to appeal. The case is transferred to the court's general docket. All future inquiries should refer to docket No. 21-10449.

If there is a concurrent appeal at the district court, it is the appellant's responsibility to advise this court of any developments which may affect this appeal.

The appellant(s) should immediately pay the appropriate fees to the **bankruptcy court clerk** ($207.00) and notify us of the payment within 14 days from the date of this letter. If you do not, we will dismiss the appeal, see **5TH CIR. R.** 42.3.

By copy of this letter, I am requesting the **bankruptcy court** to send the certified record immediately.

Counsel desiring to appear in this case must electronically file a "Form for Appearance of Counsel", naming each party you represent, within 14 days from the date of this letter. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, we will remove your name from the docket. Pro se parties do not need to file an appearance form. **Please note that appearance forms filed in 21-90011 will be entered in the instant case. It is not necessary to file another appearance form.**

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Charles B. Whitney, Deputy Clerk
504-310-7679

Enclosure(s)

cc:
    Mr. Jeffrey N. Pomerantz
    Mr. Davor Rukavina

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 4, 2021
Lyle W. Cayce
Clerk

No. 21-90011

─────────────

IN RE: HIGHLAND CAPITAL MANAGEMENT, L.P.,

*Debtor,*

NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; HIGHLAND INCOME FUND; NEXPOINT STRATEGIC OPPORTUNITIES FUND; HIGHLAND GLOBAL ALLOCATION FUND; NEXPOINT CAPITAL, INCORPORATED; JAMES DONDERO; THE DUGABOY INVESTMENT TRUST; GET GOOD TRUST,

*Petitioners,*

*versus*

HIGHLAND CAPITAL MANAGEMENT, L.P.,

*Respondent.*

───────────────────────────

Motion for Leave to Appeal
Pursuant to 28 U.S.C. § 158(D)

───────────────────────────

Before DENNIS, SOUTHWICK, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:

No. 21-90011

IT IS ORDERED that the motion of NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P. for leave to appeal under 28 U.S.C. § 158(d) is GRANTED.

2