Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, La. Bar No. 14891
lcollins@hellerdraper.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@hellerdraper.com
Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: (504) 299-3300
Fax: (504) 299-3399
*Attorneys for Dugaboy Investment Trust*

Clay M. Taylor
State Bar I.D. No. 24033261
John Y. Bonds, III
State Bar I.D. No. 02589100
Bryan C. Assink
State Bar I.D. No. 24089009
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
Telephone: (817) 405-6900
Fax: (817) 405-6902
clay.taylor@bondsellis.com
john@bondsellis.com
bryan.assink@bondsellis.com
*Attorneys for James Dondero*

Davor Rukavina, TX Bar No. 24030781
drukavina@munsch.coc
Julian P. Vasek, TX Bar No. 24070790
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75202-2790
Telephone: (214) 855-7500
Facsimile: (214) 978-4375
*Attorneys  for Nexpoint Advisors, L.P. and
Highland Capital Management Fund Advisors, L.P.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, | § | |
| L.P., | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |

## WITNESS AND EXHIBIT LIST

The Dugaboy Investment Trust, James Dondero, NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P. (collectively, the "Objectors") file this joint witness and exhibit list for the July 19 hearing to consider the *Debtor's Motion for Entry of an Order (I) Authorizing the (A) Creation of an Indemnity Subtrust and (B) Entry into an Indemnity Trust Agreement and (II) Granting Related Relief* (the "Motion") [Dkt. # 2491] filed by Highland Capital Management, L.P. ("Debtor") and would show the Court as follows:

A. Documents that Objectors may use as exhibits:

| Objectors Exhibit No. | Description | Offered | Objection | Admitted by Agreement | Admitted |
|---|---|---|---|---|---|
| A. | Fifth Amended Plan of Reorganization (As Modified) [Docket No. 1808] | | | | |
| B. | Disclosure Statement for Fifth Amended Plan [Docket No. 1473] | | | | |
| C. | Order Approving Disclosure Statement [Docket No. 1476] | | | | |
| D. | Debtor's Notice of Filing of Supplement to the Third Amended Plan of Reorganization [Docket No. 1389], including all attachments/exhibits | | | | |
| E. | Debtor's Notice of Filing of Supplement to the Fifth Amended Plan of Reorganization [Docket No. 1606] (Second Supplement), including all attachments/exhibits | | | | |
| F. | Debtor's Notice of Filing of Supplement to the Fifth Amended Plan of Reorganization [Docket No. | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 1656] (Third Supplement), including all attachments/exhibits |  |  |  |  |
| G. | Debtor's Notice of Filing of Supplement to the Fifth Amended Plan of Reorganization [Docket No. 1811] (Fourth Supplement), including all attachments/exhibits |  |  |  |  |
| H. | Debtor's Notice of Filing of Supplement to the Fifth Amended Plan of Reorganization [Docket No. 1875] (Certain Amendments), including all attachments/exhibits |  |  |  |  |
| I. | Order Confirming Fifth Amended Plan of Reorganization [Docket No. 1943] |  |  |  |  |
| J. | Term Sheet for Indemnity Trust Agreement [Docket No. 2491-2] |  |  |  |  |
| K. | Debtor's Motion to Obtain Exit Financing [Docket No. 2229] |  |  |  |  |
| L. | Debtor's Notice of Final Term Sheet regarding Exit Financing [Docket No. 2455] |  |  |  |  |
| M. | Transcript of hearing held on February 2, 2021 |  |  |  |  |
| N. | Transcript of hearing held on February 3, 2021 |  |  |  |  |
| O. | Transcript of hearing held on February 8, 2021 |  |  |  |  |
|  | Any transcript of any hearing in the above-captioned bankruptcy case |  |  |  |  |
|  | Any document or pleading filed in the above-captioned bankruptcy case |  |  |  |  |
|  | Any exhibit necessary for impeachment or rebuttal purposes |  |  |  |  |

| | Any and all documents identified or offered by any other party | | | | |
|---|---|---|---|---|---|

Objectors reserve the right to amend and/or supplement this Exhibit List should they determine that any other document may be helpful to the trier of fact, whether in their case in chief or rebuttal.

**B.    Witnesses that Objectors may call to testify:**

1. James P. Seery, Jr.;

2. Any and all other witnesses identified or called by any other party; and

3. Any witness necessary for rebuttal.

Objectors reserve the right to amend and/or supplement this Witness List should they determine that any other witness may be helpful to the trier of fact, whether in their case in chief or rebuttal.

Dated: July 16, 2021                             Respectfully submitted,

*/s/Douglas S. Draper.*
Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, La. Bar No. 14891
lcollins@hellerdraper.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@hellerdraper.com
Michael E. Landis, La. Bar No. 36542
mlandis@hellerdraper.com
Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: (504) 299-3300
Fax: (504) 299-3399
*Attorneys for The Dugaboy Investment Trust*

/s/ Clay M. Taylor
Clay M. Taylor
State Bar I.D. No. 24033261
John Y. Bonds, III
State Bar I.D. No. 02589100
Bryan C. Assink
State Bar I.D. No. 24089009
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
Telephone: (817) 405-6900
Fax: (817) 405-6902
clay.taylor@bondsellis.com
john@bondsellis.com
bryan.assink@bondsellis.com
*Attorneys for James Dondero*

/s/ Davor Rukavina,
Davor Rukavina, TX Bar No. 24030781
drukavina@munsch.coc
Julian P. Vasek, TX Bar No. 24070790
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75202-2790
Telephone: (214) 855-7500
Facsimile: (214) 978-4375
*Attorneys for Nexpoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P.*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on July 16, 2021, a true and correct copy of the foregoing document was served by the Court's CM/ECF system on counsel for the Debtor and on all other parties requesting such service in this case.

/s/ Bryan C. Assink
Bryan C. Assink