

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed August 6, 2021

_____
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,1 | ) ) | Case No. 19-34054-sgj11 |
| | ) | |
| Debtor. | ) ) | |

**ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
EMERGENCY MOTION TO SET BRIEFING SCHEDULE FOR MOTION OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND THE LITIGATION
ADVISOR FOR ENTRY OF AN ORDER AUTHORIZING THE EXAMINATION OF
RULE 2004 PARTIES PURSUANT TO RULE 2004 OF
<u>THE FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>**

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

1

Upon consideration of the official committee of unsecured creditors' (the Committee") *Emergency Motion to Set Briefing Schedule for Motion of the Official Committee of Unsecured Creditors and the Litigation Advisor for Entry of an Order Authorizing the Examination of Rule 2004 Parties Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure* [Docket No. 2652] (the "Motion"),

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED.**

2. Any Rule 2004 Responses[2] shall be filed by 5 pm CT on August 16, 2021.

3. Any witness and exhibit lists shall be filed by 5 pm CT on August 17, 2021.

4. The Court shall retain jurisdiction over all matters arising from or relating to the interpretation or implementation of this Order.

### END OF ORDER ###

---

[2] Capitalized terms used but not defined herein shall have the respective meanings given to them in the Motion.

Submitted by:

SIDLEY AUSTIN LLP

*/s/ Penny P. Reid*
Penny P. Reid
Paige Holden Montgomery
Juliana L. Hoffman
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

Matthew A. Clemente (admitted pro hac vice)
Dennis M. Twomey (admitted pro hac vice)
Alyssa Russell (admitted pro hac vice)
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Counsel for the Official Committee of Unsecured Creditors*