SBAITI & COMPANY PLLC
Mazin A. Sbaiti (TX Bar No. 24058096)
Jonathan Bridges (TX Bar No. 24028835)
J.P. Morgan Chase Tower
2200 Ross Avenue, Suite 4900W
Dallas, TX  75201
T:  (214) 432-2899
F:  (214) 853-4367

*Counsel for The Charitable DAF Fund, L.P.
and CLO Holdco, Ltd.*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: § | Chapter 11 |
| § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., § | Case No. 19-34054-sgj11 |
| § | |
| Debtor. § | |
| § | |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1:  Identify the appellant(s)**

1. Name(s) of appellant(s):

    The Charitable DAF Fund, L.P.
    CLO Holdco, Ltd.
    Mark Patrick
    Sbaiti & Company PLLC
    Mazin A. Sbaiti
    Jonathan Bridges


2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding:
☐ Plaintiff
☐ Defendant
☐ Other (describe)

For appeals in a bankruptcy case and not in an adversary proceeding:
☐ Debtor
☐ Creditor

`

☐ Trustee
☒ Other (describe)
<u>Parties to lawsuit against the Debtor in Cause No. 3:21-cv-00842-B, United States District Court, Northern District of Texas</u>

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

    Memorandum Opinion and Order Holding Certain Parties and Their Attorneys in Civil Contempt of Court for Violation of Bankruptcy Court Orders

2. State the date on which the judgment, order, or decree was entered: <u>August 3, 2021</u>

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:

1. *Party/Appellee:*    Debtor: Highland Capital Management, L.P.

Attorney:

PACHULSKI STANG ZIEHL & JONES LLP
Jeffery N. Pomerantz (admitted *pro hac vice*)
Ira D. Kharasch (admitted *pro hac vice*)
John A. Morris (admitted *pro hac vice*)
Gregory V. Demo (admitted *pro hac vice*)
Hayley R. Winograd (admitted *pro hac vice*)
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Fax: (212) 561-7777

And

Hayward & Associates PLLC
Melissa S. Hayward
Zachery Z. Annable
10501 N. Central Expy. Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Fax: (972) 755-7110

`

2. *Party/Appellants:*   The Charitable DAF Fund, L.P.
                                   CLO Holdco, Ltd.
                                   Mark Patrick
                                   Sbaiti & Company PLLC
                                   Mazin A. Sbaiti
                                   Jonathan Bridges

Attorney:

SBAITI & COMPANY PLLC
Mazin A. Sbaiti (TX Bar No. 24058096)
Jonathan Bridges (TX Bar No. 24028835)
J.P. Morgan Chase Tower
2200 Ross Avenue, Suite 4900W
Dallas, TX  75201
T:  (214) 432-2899
F:  (214) 853-4367


                                        James Dondero

Attorney:

BONDS ELLIS EPPICH SCHAEFER JONES LLP
Clay M. Taylor (TX Bar No. 24033261)
Bryan C. Assink (TX Bar No. 24089009
420 Throckmorton Street, Suite 1000
Fort Worth, TX 76102
T:  (817) 405-6900
F:  (817) 405-6902

And

VEDDER PRICE P.C.
Michael M. Eidelman (admitted *pro hac vice*)
Douglas J. Lipke (admitted *pro hac vice*)
Thomas P. Cimino, Jr. (admitted *pro hac vice*)
William W. Thorsness (admitted *pro hac vice*)
David L. Kane (admitted *pro hac vice*)
222 North LaSalle Street, Suite 2600
Chicago, IL  60601
T:  (312) 609-7500
F:  (312) 609-5005

`

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts):** Not applicable.

|  |  |
|---|---|
| Dated:  August 16, 2021 | Respectfully submitted,<br><br>**SBAITI & COMPANY PLLC**<br><br>*/s/  Mazin A. Sbaiti*<br>**Mazin A. Sbaiti**<br>Texas Bar No. 24058096<br>**Jonathan Bridges**<br>Texas Bar No. 24028835<br>JPMorgan Chase Tower<br>2200 Ross Avenue – Suite 4900W<br>Dallas, TX  75201<br>T:  (214) 432-2899<br>F:  (214) 853-4367<br>E:  mas@sbaitilaw.com<br>      jeb@sbaitilaw.com<br><br>**Counsel for Plaintiffs** |