Joseph M. Coleman (State Bar No. 04566100)
John J. Kane (State Bar No. 24066794)
**KANE RUSSELL COLEMAN LOGAN PC**
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone - (214) 777-4200
Telecopier - (214) 777-4299
Email: jcoleman@krcl.com
Email: jkane@krcl.com

**ATTORNEYS FOR GRANT JAMES SCOTT**

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | Case No. 19-34054-SGJ |
| | § | |
| | § | Chapter 11 |
| Debtor. | § | |

## WITNESS AND EXHIBIT LIST

COMES NOW, Grant James Scott III ("**Mr. Scott**"), a party-in-interest in this case, and files this Witness and Exhibit List for the hearing scheduled for **Thursday, August 19, 2021, at 9:30 a.m. CST** (the "**Hearing**") before the Honorable Stacey G. Jernigan on the *Motion of the Official Committee of Unsecured Creditors and the Litigation Advisor for Entry of an Order Authorizing the Examination of Rule 2004 Parties Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure* [Docket No. 2620] in the above-captioned chapter 11 bankruptcy case.

## WITNESSES

Mr. Scott may call any of the following witnesses at the Hearing, in person or by proffer:

1.      Any witness called or designated by any other party.

2.      Any impeachment or rebuttal witnesses.

## EXHIBITS

Mr. Scott may offer into evidence one or more of the following exhibits at the Hearing:

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 1. | November 17, 2020 email from P. Foley to J. Kane, B. Clark regarding search terms for secondary production of documents by CLO Holdco in response to Committee's Request for Production of Documents. | | | |
| 2. | December 1, 2020 email correspondence from J. Kane to J. Morris, S. Vitiello, and I. Leventon regarding Debtor production of G. Scott communications, with attachments (a) CLO Holdco Motion for Clarification and (b) Order on CLO Motion for Clarification. | | | |
| | Any pleadings, reports, or other documents filed in the Debtor's bankruptcy case | | | |
| | Any exhibits offered by any other party | | | |
| | Any exhibits necessary for impeachment purposes | | | |
| | Any exhibits necessary for rebuttal purposes | | | |
| | Any attachments or exhibits to any of the foregoing documents | | | |

Mr. Scott reserves the right to: (i) use any exhibits presented by any other party; (ii) request that the Court take judicial notice of any pleadings filed in the Debtor's bankruptcy case; (iii) use any exhibits not listed herein for impeachment and rebuttal purposes; (iv) limit any exhibits to redacted form; and (v) supplement or amend this Witness and Exhibit List at any time prior to the Hearing.

DATED: August 17, 2021

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: _____/s/ John J. Kane_____
     Joseph M. Coleman
     State Bar No. 04566100
     John J. Kane
     State Bar No. 24066794

901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone - (214) 777-4200
Telecopier - (214) 777-4299
Email: jcoleman@krcl.com
Email: jkane@krcl.com

**ATTORNEYS FOR GRANT JAMES SCOTT**

## CERTIFICATE OF SERVICE

     I hereby certify that on August 17, 2021, a true and correct copy of the foregoing *Witness and Exhibit List* was served via the Court's electronic case filing (ECF) system upon all parties receiving such service in this bankruptcy case. Copies of Mr. Scott's proposed Exhibits were provided via e-mail upon the following parties, and to any other party who requested Mr. Scott's Exhibits, subject to this Court's prior protective orders.

Paige Holden Montgomery
Penny P. Reid
Juliana L. Hoffman
Chandler Rogness
2021 McKinney Avenue, Suite 2000
Dallas, Texas 74201
Email: pmontgomery@sidley.com
     preid@sidley.com
     jhoffman@sidley.com
     crognes@sidley.com

Matthew A. Clemente
Dennis M. Twomey
Alyssa Russell
One South Dearborn Street
Chicago, Illinois 60603
Email: mclemente@sidley.com
     dtwomey@sidley.com
     alyssa.russell@sidley.com

_/s/ John J. Kane_____
John J. Kane