**KELLY HART PITRE**
Louis M. Phillips (#10505)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com
Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com
**KELLY HART & HALLMAN**
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Telecopier: (817) 878-9280

COUNSEL FOR ENTITIES AS DESCRIBED IN DKT.
NOS. 2718, 2724

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 19-34054-sgj11** |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT,** | § | |
| **L.P.,** | § | **Chapter 11** |
| | § | |
| **Debtor** | § | |

**EXHIBIT AND WITNESS LIST**

The entities referenced as objectors in Dkt. Nos. 2718 and 2724 (the "Charitable Entity Objections"), with full reservations of rights as described in the Charitable Entity Objections, submit the following witness and exhibit list with respect to the *Official Committee of Unsecured Creditors and the Litigation Advisor for Entry of an Order Authorizing the Examination of Rule 2004 Parties pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure* (Dkt. No. 2620) (the "Rule 2004 Motion) set for hearing at Thursday, August 19, 2021 at 9:30 a.m. (Central Time) (the "Hearing") in the above-styled bankruptcy case (the "Bankruptcy Case") and specifically reserve the right to supplement the following at any time before the Hearing.

A. **Witnesses who may called to testify:**

1. Any witness identified by or called by any other party;
2. Any witness needed for authentication of documents; and
3. Any witness for impeachment or rebuttal.

B. **Exhibits that may be introduced:**

| Exhibit | Description | Offered | Admitted |
|---|---|---|---|
| 1. | Declaration of Mark Patrick | | |
| 2. | Declaration of Louis M. Phillips | | |
| 3. | Second Amended and Restated Service Agreement, Dated January 1, 2017 between Highland Capital Management, L.P., and Charitable DAF Fund, L.P., Charitable DAF GP, LLC | | |
| 4. | Second Amended and Restated Investment Advisory Agreement, Dated January 1, 2017 between Highland Capital Management, L.P. and Charitable DAF Fund, L.P., and Charitable DAG GP, LLC | | |
| 5. | November 30, 2020 Termination Letter Investment Advisory Agreement | | |
| 6. | November 30, 2020 Termination Letter Service Agreement | | |

| Exhibit | Description | Offered | Admitted |
|---|---|---|---|
| 7. | Shared Resources Agreement effective as of March 1, 2021 by and amongst Highland Capital Management, L.P. and NexPoint Parties and First Amendment Thereto | | |
| 8. | The Official Committee of Unsecured Creditors' Expedited Requests for Production of Documents to Highland<br><br>20-03190-sgj, Dkt. No. 80-29 | | |
| 9. | The Official Committee of Unsecured Creditors' Second Requests for Production of Documents<br><br>20-03190-sgj, Dkt. No. 80-30 | | |
| 10. | The Official Committee of Unsecured Creditors' Third Requests for Production of Documents<br><br>20-03190-sgj, Dkt. No. 80-31 | | |
| 11. | The Official Committee of Unsecured Creditors' Fourth Requests for Production of Documents<br><br>20-03190-sgj, Dkt. No. 80-32 | | |
| 12. | The Official Committee of Unsecured Creditors' First Requests for Production of Documents to CLO HoldCo, Ltd. | | |
| 13. | Responses and Objections to the Official Committee of Unsecured Creditors' First Requests for Production of Documents to CLO HoldCo, Ltd. And email transmitting service thereof | | |
| 14. | July 29, 2020 Email Correspondence from the Debtor to CLO HoldCo counsel regarding production to the Debtor | | |
| 15. | Final Term Sheet<br><br>Dkt. No. 354-1 | | |
| 16. | The Official Committee of Unsecured Creditors' Emergency Motion to Compel Production by the Debtor<br><br>Dkt. No. 808 | | |
| 17. | The Debtor's Motion for Protective Order<br><br>Dkt. No. 810 | | |

| Exhibit | Description | Offered | Admitted |
|---|---|---|---|
| 18. | J. Morris Declaration in Support of the Debtor's Motion for Protective Order (including all exhibits thereto) Dkt. No. 811 | | |
| 19. | The Official Committee of Unsecured Creditors' Motion for Expedited Consideration of its Motion to Compel Dkt. No. 814 | | |
| 20. | Debtor's Objection to Motion to Compel Dkt. No. 845 | | |
| 21. | The Official Committee of Unsecured Creditors' Objection to Motion for Protective Order Dkt. No. 839 | | |
| 22. | J. Morris Declaration in support of Debtor's Objection to Motion to Compel (and all exhibits thereto) Dkt. No. 848 | | |
| 23. | Official Committee of Unsecured Creditors' Omnibus Response Dkt. No. 872 | | |
| 24. | Transcript of Hearing on July 21, 2020 Dkt. No. 864 | | |
| 25. | August 11, 2020 Order on Motion for Clarification Dkt. No. 935 | | |
| 26. | July 13, 2020 Registry Order Dkt. No. 825 | | |
| 27. | Complaint 20-03195, Dkt. No. 6 | | |
| 28. | Motion for Preliminary Injunction 20-03195, Dkt. No. 7 | | |
| 29. | Disclosures Order Dkt. No. 2460 | | |

| **Exhibit** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|
| 30. | Charitable Entity Response to Disclosures Order (and Exhibits thereto) Dkt. No. 2547 | | |
| 31. | The Debtor's Fifth Amended Plan of Reorganization of Highland Capital Management Dkt. No. 1808 | | |
| 32. | Notice of Effective Date Dkt. No. 2700 | | |
| 33. | Excerpts from March 27, 2018 Transcript of Hearing in Case No. 17-31432-sgj, Dkt. No. 1268 | | |
| 34. | Quarterly Fee Statements from FTI Consulting Dkt. Nos. 570, 883, 1244, 1655, 2221, 2611 | | |
| 35. | Quarterly Fee Statements from Sidley Austin Dkt. Nos. 569. 831, 1296, 1853, 2240, 2585 | | |
| 36. | Excerpts from Fee Statements | | |
| 37. | Dallas Morning News Article on Mary Jalonick | | |
| 38. | Any document entered or filed in the Bankruptcy Case, including any exhibits thereto | | |
| 39. | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| 40. | All exhibits identified by or offered by any other party at the Hearing | | |

Respectfully submitted,

**KELLY HART PITRE**

*/s/ Louis M. Phillips*
**Louis M. Phillips (#10505)**
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916

Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com

Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

and

**KELLY HART & HALLMAN**
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Telecopier: (817) 878-9280