Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, La. Bar No. 14891
lcollins@hellerdraper.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@hellerdraper.com
Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: (504) 299-3300
Fax: (504) 299-3399
*Attorneys for The Dugaboy Investment Trust*

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| | * | Case No. 19-34054sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | * | |
| | * | |
| Debtor | * | |

**AMENDED NOTICE OF APPEAL AND STATEMENT OF ELECTION[1]**

**Part 1: Identify the appellant(s)**
1. Name(s) of appellant(s): ___

*The Dugaboy Investment Trust and Get Good Trust*

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐ Other (describe)
_____

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
**X** Creditor
☐ Trustee
**X** Other (describe)
Parties-in-Interest

---

[1] Amended #2, the position of the appellants.

{00376512-1}

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: *Order Denying Motion to Compel Compliance With Bankruptcy Rule 2015.3 [Dkt. # 2812] Attached as Exhibit A*

2. State the date on which the judgment, order, or decree was entered: September 7, 2021

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. *Party/Appellee*: Debtor: Highland Capital Management, L.P.

Attorney:

PACHULSKI STANG ZIEHL & JONES LLP
Jeffery N. Pomerantz
Ira D. Kharasch
John A. Morris
Gregory V. Demo
Hayley R. Winograd
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Fax: (212) 561-7777

And

Hayward & Associates PLLC
Melissa S. Hayward
Zachery Z. Annable
10501 N. Central Expy. Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Fax: (972) 755-7110

2. *Party/Appellants*: Creditor: The Dugaboy Investment Trust and Get Good Trust
Attorney:

HELLER, DRAPER & HORN, L.L.C.
Douglas S. Draper
Leslie A. Collins
Greta M. Brouphy
650 Poydras Street, Suite 2500

{00376512-1}

New Orleans, LA 70130
Telephone: (504) 299-3300
Fax: (504) 299-3399

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

**Not applicable.**

September 15, 2021                                                     Respectfully submitted,


                                                                     */s/Douglas S. Draper.*
                                                                     Douglas S. Draper, La. Bar No. 5073
                                                                     ddraper@hellerdraper.com
                                                                     Leslie A. Collins, La. Bar No. 14891
                                                                     lcollins@hellerdraper.com
                                                                     Greta M. Brouphy, La. Bar No. 26216
                                                                     gbrouphy@hellerdraper.com
                                                                     Heller, Draper & Horn, L.L.C.
                                                                     650 Poydras Street, Suite 2500
                                                                     New Orleans, LA 70130
                                                                     Telephone: (504) 299-3300
                                                                     Fax: (504) 299-3399
                                                                     *Attorneys for The Dugaboy Investment Trust
                                                                     and Get Good Trust*

{00376512-1}

## <u>CERTIFICATE OF SERVICE</u>

        I, the undersigned, hereby certify that on September 15, 2021, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on counsel for the Debtor and on all other parties requesting or consenting to such service in this case.

*/s/Douglas S. Draper.*
Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3300
Fax: (504) 299-3399
*Attorneys for The Dugaboy Investment Trust*
*and Get Good Trust*

{00376512-1}