HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Local Counsel for the Reorganized Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| | ) | |
| Reorganized Debtor. | ) | **Re: Docket No. 2780** |

**CERTIFICATE OF NO OBJECTION REGARDING FIFTEENTH MONTHLY
APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF HAYWARD PLLC AS LOCAL COUNSEL TO THE DEBTOR FOR THE PERIOD
FROM MARCH 1, 2021 THROUGH MARCH 31, 2021
(NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *Fifteenth Monthly Application for Compensation and Reimbursement of Expenses of Hayward PLLC as Local Counsel to the Debtor for the Period from March 1, 2021 through March 31, 2021* [Docket No. 2780] (the "Application") filed on August 26, 2021. The undersigned further certifies that the Court's docket in this case has been reviewed

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than September 16, 2021.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 141] entered on December 4, 2019, the Reorganized Debtor is authorized to pay Hayward PLLC (i) $41,842.00, which represents 80% of the fees ($52,302.50) requested in the Application, and (ii) $1,131.65, which represents 100% of the expenses requested in the Application, for the period from March 1, 2021 through March 31, 2021, upon the filing of this Certificate and without the need for entry of a Court order approving the Application.

*[Remainder of Page Intentionally Blank]*

Dated: September 17, 2021.

                                      **HAYWARD PLLC**

                                      */s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Local Counsel for the Reorganized Debtor*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on September 17, 2021, a true and correct copy of the foregoing *Certificate of No Objection* was served via electronic mail upon those parties registered to receive electronic service via the Court's CM/ECF system.

                                        */s/ Zachery Z. Annable*
                                        Zachery Z. Annable