PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*pro hac vice*)
Ira D. Kharasch (CA Bar No. 266326) (*pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (TX Bar No. 24044908)
MHayward@HaywardFirm.com
Zachery Z. Annable (TX Bar No. 24053075)
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

PENSION BENEFIT GUARANTY CORPORATION
Office of the General Counsel
Michael I. Baird (DC Bar No. 479180) (*admitted pro hac vice*)
1200 K Street, N.W.
Washington, D.C. 20005
(202) 326-4020 ext. 3946
baird.michael@pbgc.gov
efile@pbgc.gov

*Attorneys for Pension Benefit Guaranty Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § § | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § § | |

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are 6725. The headquarters and service address for the Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

## STIPULATION AND AGREED ORDER
## AUTHORIZING WITHDRAWAL OF PROOFS OF CLAIM 49, 50, AND 51 FILED BY
## THE PENSION BENEFIT GUARANTY CORPORATION

This *Stipulation and Agreed Order Authorizing Withdrawal of Proofs of Claim 49, 50, and 51 Filed by the Pension Benefit Guaranty Corporation* (the "Stipulation") is entered into between Highland Capital Management, L.P., the reorganized debtor ("HCMLP"), and the Pension Benefit Guaranty Corporation ("PBGC").

### RECITALS

**WHEREAS**, on March 16, 2020, PBGC filed proof of claim number 49 ("Claim 49"), proof of claim number 50 ("Claim 50"), and proof of claim number 51 ("Claim 51" and, together with Claim 49 and Claim 50, the "PBGC Claims") relating to certain asserted potential liabilities in connection with the Highland Capital Management L.P. Plan and Trust (the "Pension Plan").

**WHEREAS**, on February 22, 2021, this Court entered the *Order (i) Confirming the Fifth Amended Plan of Reorganization (as Modified) and (ii) Granting Related Relief* [Docket No. 1943], which confirmed the *Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified)* [Docket No. 1808] (the "Plan").[2]

**WHEREAS**, the effective date of the Plan occurred on August 11, 2021 (the "Effective Date"), and HCMLP is the reorganized debtor pursuant to the Plan [Docket No. 2700].

**WHEREAS**, PBGC now desires to withdraw the PBGC Claims with prejudice.

### STIPULATION

Now, therefore, HCMLP and PBGC agree and stipulate as follows:

1. Claim 49 is hereby withdrawn with prejudice.

2. Claim 50 is hereby withdrawn with prejudice.

---

[2] The confirmed Plan included certain amendments filed on February 1, 2021. *See Debtor's Notice of Filing of Plan Supplement to the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified)*, Docket No. 1875, Exh. B.

3. Claim 51 is hereby withdrawn with prejudice.

*[Remainder of Page Intentionally Blank]*

**IT IS SO STIPULATED:**

Dated: September 20, 2021.

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>Jeffrey N. Pomerantz (CA Bar No. 143717) *(pro hac vice)*<br>Ira D. Kharasch (CA Bar No. 266326) *(pro hac vice)*<br>Gregory V. Demo (NY Bar No. 5371992) *(pro hac vice)*<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>Email:  jpomerantz@pszjlaw.com<br>  ikharasch@pszjlaw.com<br>  gdemo@pszjlaw.com<br><br>-and-<br><br>**HAYWARD PLLC**<br><br>*/s/ Zachery Z. Annable*<br>Melissa S. Hayward<br>Texas Bar No. 24044908<br>MHayward@HaywardFirm.com<br>Zachery Z. Annable<br>Texas Bar No. 24053075<br>ZAnnable@HaywardFirm.com<br>10501 N. Central Expy, Ste. 106<br>Dallas, Texas 75231<br>Tel: (972) 755-7100<br>Fax: (972) 755-7110<br><br>*Counsel for Highland Capital Management, L.P.* | **PENSION BENEFIT GUARANTY CORPORATION**<br><br>*/s/ Michael Baird*<br>Michael Baird (DC Bar No. 479180) *(pro hac vice)*<br>Faheem A. Mahmooth (MD Atty. 1912180026) *(pro hac vice)*<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington, D.C. 20005-4026<br>Tel: (202) 229-6222<br>Fax: 202 326 4112<br>Email: baird.michael@pbgc.gov<br>  mahmooth.faheem@pbgc.gov<br><br>*Attorneys for the Pension Benefit Guaranty Corporation*<br><br>-and-<br><br>J. Scott Hogan<br>Civil Chief<br>Attorney for the United States, Acting under Authority Conferred by 28 U.S.C. § 515<br>DONNA K. WEBB (TX Bar No. 21024000)<br>Assistant United States Attorney<br>US ATTORNEY'S OFFICE FOR THE NORTHERN DISTRICT OF TEXAS<br>1100 Commerce St. Suite 300<br>Dallas, Texas 75242<br>Tel: 214 659-8600<br>Fax: 214 659-8807<br>Email: donna.webb@usdoj.gov<br><br>*Local Counsel for the Pension Benefit Guaranty Corporation* |