# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: § <br> § <br> HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] § <br> § <br> Reorganized Debtor. § § § | Chapter 11 <br><br> Case No. 19-34054-sgj11 |

**ORDER GRANTING
MOTION OF THE REORGANIZED DEBTOR TO DISALLOW CLAIM OF
FRANK WATERHOUSE PURSUANT TO BANKRUPTCY CODE SECTION 502**

Having considered the *Motion of the Reorganized Debtor to Disallow Claim of Frank Waterhouse Pursuant to Bankruptcy Code Section 502* (the "Motion")[2] filed by Highland Capital Management, L.P., the reorganized debtor ("HCMLP" or the "Reorganized Debtor", and prior to confirmation of the Plan, the "Debtor") in the above-captioned chapter 11 case (the "Bankruptcy Case"), the Court finds that (i) notice of the Motion was good and sufficient upon the particular

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

[2] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Motion.

circumstances and that no other or further notice need be given; (ii) the Motion is a core proceeding under 28 U.S.C. § 157(b)(2); (iii) Frank Waterhouse ("Mr. Waterhouse") was properly and timely served with a copy of the Motion, the proposed form of this Order, and the notice of hearing on the Motion; and (iv) the relief requested in the Motion is in the best interests of HCMLP, its creditors, and other parties-in-interest.  Accordingly, the Court finds and concludes that there is good and sufficient cause to grant the relief set forth in this Order.  It is therefore **ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The Court hereby **WITHDRAWS** its approval of the Waterhouse Stipulation, rendering it null and void.

3. Mr. Waterhouse's claim against the Debtor's bankruptcy estate is **DENIED** in its entirety.

4. To the extent applicable, the official claims register in the Debtor's Bankruptcy Case shall be modified in accordance with this Order.

5. HCMLP is authorized and empowered to take any action necessary to implement and effectuate the terms of this Order.

6. The Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

### End of Order ###