PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (admitted *pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (admitted *pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Reorganized Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br>    Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |

**FIRST NOTICE OF ALLOWED CLAIMS PURSUANT TO THE CONFIRMED FIFTH
AMENDED PLAN OF REORGANIZATION OF HIGHLAND CAPITAL
MANAGEMENT, L.P.**

    **PLEASE TAKE NOTICE** that on February 22, 2021, the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court") entered the *Order Confirming the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P.* [Docket No. 1943] (the "Confirmation Order") confirming the *Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified)* [Docket No. 1808] (as amended, supplemented, or

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

modified, the "Plan"). Unless otherwise defined in this notice, capitalized terms used in this notice shall have the meanings ascribed to them in the Plan and the Confirmation Order, as applicable.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on August 11, 2021.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a list of Allowed Claims under the Plan that have not been previously allowed by an order of the Bankruptcy Court, the class of claims that such claims fall into, and the allowed amount of each of the claims. The amounts set forth on Exhibit A are the amount contained in the Reorganized Debtor's *Schedule of Assets and Liabilities* filed on December 13, 2019 (Docket No. 247), as amended on September 22, 2020 (Docket No. 1082), if no proof of claim was filed or the amount of a proof of claim if a proof of claim was filed. Payment of Allowed Claims will be made in accordance with the terms of the Plan.[2]

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtor reserves the right to supplement the list of Allowed Claims as additional claims become Allowed Claims in accordance with the terms of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order and the Plan are available for inspection. If you would like to obtain copies you may: (a) access the Reorganized Debtor's restructuring website at http://www.kccllc.net/hcmlp; (b) call toll free: (877) 573-3984 or international: (310) 751-1829; or (c) email HighlandInfo@kccllc.com and reference "Highland" in the subject line. You may also obtain copies of any pleadings filed in this case for a fee via PACER at: pacer.uscourts.gov.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

---

[2] The claim of Frank Waterhouse, previously resolved pursuant to that certain *Senior Employee Stipulation and Tolling Agreement Extending Statutes of Limitation dated as of January 20, 2021* [Docket No. 1811-13], is a Disputed Claim given the filing of the *Motion of the Reorganized Debtor to Disallow Claim of Frank Waterhouse Pursuant to Bankruptcy Code Section 502* [Docket No. 2857].

Dated: September 24, 2021.      **PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No.143717)
Ira D. Kharasch (CA Bar No. 109084)
Gregory V. Demo (NY Bar No. 5371992)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
        ikharasch@pszjlaw.com
        gdemo@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Reorganized Debtor*

# **<u>EXHIBIT A</u>**

*Highland Capital Management, L.P.*
*Allowed Claims [1]*

| Claim No. | Claimant Name | Transferor | Distribution Class | Claim Amount [2][3] |
|---|---|---|---|---|
| 243 | Oracle America, Inc., Successor in Interest to Sun Microsystems | | Administrative | $15,750.35 |
| 207 | Allen ISD | | Priority Tax | $2,507.88 |
| 208 | City of Allen | | Priority Tax | $849.08 |
| 209 | City of Richardson | | Priority Tax | $1,562.90 |
| 211 | Dallas County | | Priority Tax | $53,122.71 |
| 210 | Kaufman County | | Priority Tax | $23,172.80 |
| 37 | Franchise Tax Board | | Priority Tax | $3,385.14 |
| 87 | Frontier State Bank | | 2 | $5,209,963.62 |
| 7 | Allen ISD | | 3 | $1,277.05 |
| 8 | City of Allen | | 3 | $428.05 |
| 6 | Dallas County | | 3 | $60,592.37 |
| 35 | Collin County Tax Assessor/Collector | | 3 | $1,991.91 |
| 34 | Collin County Tax Assessor/Collector | | 3 | $224.24 |
| N/A | Andrew Parmentier | | 4 | $13,650.00 |
| 1 | CDW | | 4 | $2,648.25 |
| 27 | Abrams & Bayliss LLP | | 7 | $107,747.56 |
| N/A | Akin Gump Strauss Hauer & Feld LLP | | 7 | $113,947.86 |
| N/A | Alston & Bird LLP | | 7 | $2,234.00 |
| N/A | Andrew Parmentier | | 7 | $136,350.00 |
| N/A | Argo Partners | Bates White, LLC | 7 | $90,855.79 |
| N/A | Argo Partners | ACA Compliance Group | 7 | $26,324.25 |
| N/A | Argo Partners | Stanton Advisors LLC | 7 | $10,000.00 |
| N/A | ASW Law Limited | | 7 | $77,044.60 |
| N/A | AT&T | | 7 | $927.16 |
| N/A | AT&T Mobilty | | 7 | $6,728.59 |
| 167 | Bell Nunnally and Martin, LP | | 7 | $138,869.00 |
| 164 | Berkeley Research Group, LLC | | 7 | $242,820.61 |
| N/A | Bloomberg Finance LP | | 7 | $25,384.89 |
| N/A | Boies, Schiller & Flexner LLP | | 7 | $115,714.80 |
| N/A | Brandywine Process Servers, Ltd. | | 7 | $69.00 |
| N/A | Caledonian Directors Limited | | 7 | $325.00 |
| N/A | Canteen Vending Services | | 7 | $4,233.60 |
| N/A | Carey Olsen | | 7 | $38,930.00 |
| N/A | Case Anywhere LLC | | 7 | $417.20 |
| 163 | Cedar Glade LP | Stanton Law Firm PC | 7 | $88,133.99 |
| 26 | Cedar Glade LP | Katten Muchin Rosenman LLP | 7 | $16,695.00 |
| N/A | Centroid | | 7 | $1,155.00 |
| N/A | CHASE COURIERS, INC | | 7 | $155.81 |
| N/A | Cole Schotz | | 7 | $198,760.29 |
| 13 | Coleman Research Group, Inc. | | 7 | $52,500.00 |
| N/A | Concur Technologies, Inc. | | 7 | $4,090.46 |
| 97 | Contrarian Funds, LLC | Debevoise and Plimpton LLP | 7 | $268,095.08 |
| N/A | CSI Global Deposition Services | | 7 | $826.01 |
| N/A | CT Corp | | 7 | $515.25 |

EXHIBIT A

**Highland Capital Management, L.P.**
**Allowed Claims [1]**

| Claim No. | Claimant Name | Transferor | Distribution Class | Claim Amount [2][3] |
|---|---|---|---|---|
| 17 | Dell Financial Services L.L.C. | | 7 | $6,486.12 |
| N/A | Dow Jones & Company, Inc. | | 7 | $1,038.26 |
| N/A | DTCC ITP LLC | | 7 | $3.30 |
| 193 | Duff & Phelps, LLP | | 7 | $449,285.00 |
| 25 | Dun & Bradstreet | | 7 | $5,746.40 |
| N/A | Elite Document Technology | | 7 | $5,837.30 |
| N/A | Epiq eDiscovery Solutions | | 7 | $9,972.65 |
| N/A | Eric Girard | | 7 | $11,430.14 |
| 47 | Fair Harbor Capital, LLC | Daniel Sheehan & Associates, PLLC | 7 | $32,433.75 |
| 33 | Fair Harbor Capital, LLC | Vengroff Williams, Inc c/o American Arbitration Association | 7 | $12,911.80 |
| N/A | Fair Harbor Capital, LLC | Action Shred of Texas | 7 | $3,825.00 |
| N/A | Fair Harbor Capital, LLC | CVE Technologies Group Inc. | 7 | $1,500.00 |
| 247 | Federal Insurance Company c/o Chubb | | 7 | $512.55 |
| N/A | Felicity Toube QC | | 7 | $1,546.65 |
| N/A | Four Seasons Plantscaping, LLC | | 7 | $108.95 |
| 37 | Franchise Tax Board | | 7 | $10,097.27 |
| N/A | Gardner Haas PLLC | | 7 | $522.72 |
| N/A | Golds Gym International | | 7 | $561.75 |
| 62 | Golds Texas Holdings Group, Inc | | 7 | $1,245.35 |
| N/A | Greenwood Office Outfitters | | 7 | $2,371.07 |
| N/A | Greyline Solutions | | 7 | $11,250.00 |
| N/A | Harder LLP | | 7 | $5,464.13 |
| 99 | Hunton Andrews Kurth LLP | | 7 | $677,075.65 |
| N/A | ICE Data Pricing & Reference Data, LLC | | 7 | $1,565.23 |
| 201 | Integra FEC LLC | | 7 | $3,953.00 |
| N/A | Intralinks | | 7 | $7,995.00 |
| N/A | JAMS, Inc | | 7 | $1,352.27 |
| 96 | Legalpeople LLC | | 7 | $34,245.72 |
| N/A | Levinger PC | | 7 | $3,778.01 |
| N/A | Lexitas | | 7 | $2,583.66 |
| 14 | Loews Coronado Bay | | 7 | $57,628.65 |
| 148 | MCS Capital LLC c/o STC, Inc. | Lynn Pinker Cox & Hurst, LLP now known as Lynn Pinker Hurst Schwegman, LLP | 7 | $458,233.22 |
| 58 | Meta-e Discovery, LLC | | 7 | $779,969.84 |
| N/A | Nick Meserve | | 7 | $300.00 |
| 86 | NWCC, LLC | | 7 | $380,682.63 |
| 10 | Opus 2 International Inc | | 7 | $39,214.00 |
| 83 | Oracle America, Inc., Successor in Interest to Sun Microsystems | | 7 | $1,714.45 |
| N/A | PACER Service Center | | 7 | $435.30 |
| N/A | Pitney Bowes- Purchase Power | | 7 | $1,611.00 |
| 24 | Pivotal Research Group LLC | | 7 | $2,500.00 |
| N/A | ProStar Services, Inc | | 7 | $1,064.58 |
| 36 | Refinitiv | | 7 | $2,798.25 |
| N/A | Reid Collins & Tsai | | 7 | $258,526.25 |
| 30 | Ryan P. Newell (Connolly Gallagher LLP) | | 7 | $166,062.22 |

In re Highland Capital Management, L.P.
Case No. 19-34054 (SGJ)

EXHIBIT A

*Highland Capital Management, L.P.*
*Allowed Claims [1]*

| Claim No. | Claimant Name | Transferor | Distribution Class | Claim Amount [2][3] |
|---|---|---|---|---|
| N/A | Scott Douglass & McConnico LLP | | 7 | $1,478.59 |
| N/A | Secured Access Systems, LLC | | 7 | $24.37 |
| N/A | Southland Property Tax Consultants, Inc | | 7 | $309.11 |
| N/A | Squire Patton Boggs (US) LLP | | 7 | $5,208.40 |
| N/A | State Street Global Exchange | | 7 | $2,500.00 |
| 166 | Stinson Leonard Street LLP | | 7 | $645,155.15 |
| N/A | Thomson West | | 7 | $1,158.52 |
| N/A | UPS Supply Chain Solutions | | 7 | $90.45 |
| N/A | Wakefield Quin | | 7 | $2,334.80 |
| 53 | Wilks, Lukoff & Bracegirdle, LLC | | 7 | $3,411.87 |
| N/A | Xerox Corporation | | 7 | $2,348.31 |
| N/A | Contrarian Funds, LLC | DLA Piper LLP (US) | 7 | $1,000,000.00 |

[1] Following payment of an Allowed Claim, the Reorganized Debtor or the Claimant Trust, as applicable, may subsequently be reimbursed, in whole or in part, for such payment by the Managed Funds, current or former related entities, or current or former affiliated entities.

[2] All Claims have been Allowed in the amounts set forth in the Debtor's schedules, the Claimant's proof of claim, or as otherwise ordered or agreed. Allowed Claims in in Class 7 will receive distributions equal to 85% of their Allowed Claims.

[3] Certain Claims have previously been paid in full. No duplicate payments will be made on such Claims.

In re Highland Capital Management, L.P.
Case No. 19-34054 (SGJ)