# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) Case No. 19-34054 (SGJ) |
| Reorganized Debtor. | ) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Cerene Credo, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the above-captioned case.

On or before September 24, 2021, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Occurrence of Effective Date of Confirmed Fifth Amended Plan of Reorganization of Highland Capital Management, L.P**. [Docket No. 2700]

Dated: September 27, 2021

/s/ Cerene Credo
Cerene Credo
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

# EXHIBIT A

**Exhibit A**

Creditor Matrix

Served via First Class Mail

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Escudero, Gaston | Address on File | | | |
| Golds Gym International | 5440 Lyndon B Johnson Fwy Ste 200 | Dallas | TX | 75240-2324 |