## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054 (SGJ) |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, Vincent Trang, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Reorganized Debtor in the above-captioned case.

On September 24, 2021, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service lists attached hereto as **<u>Exhibit A</u>** and **<u>Exhibit B</u>**; and via First Class Mail upon the service lists attached hereto as **<u>Exhibit C</u>** and **<u>Exhibit D</u>**:

- **First Notice of Allowed Claims Pursuant to the Confirmed Fifth Amended Plan of Reorganization of Highland Capital Management, L.P.** [Docket No. 2870]

Furthermore, on September 24, 2021, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **<u>Exhibit E</u>**; and via First Class Mail upon the service list attached hereto as **<u>Exhibit F</u>**:

- **Seventeenth Monthly Application for Compensation and Reimbursement of Expenses of Hayward PLLC as Local Counsel to the Debtor for the Period from May 1, 2021 Through May 31, 2021** [Docket No. 2871]

Dated: September 29, 2021

/s/ Vincent Trang
Vincent Trang
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

# EXHIBIT A

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Chad Timmons, Larry R. Boyd, Emily M. Hahn | ctimmons@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| Counsel for NexBank | Alston & Bird LLP | Jared Slade | jared.slade@alston.com |
| Counsel for NexBank | Alston & Bird LLP | Jonathan T. Edwards | jonathan.edwards@alston.com |
| Counsel to Jefferies LLC | Ashby & Geddes, P.A. | William P. Bowden, Esq., Michael D. DeBaecke, Esq. | mdebaecke@ashbygeddes.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") and CPCM, LLC | Baker & McKenzie LLP | Debra A. Dandeneau | debra.dandeneau@bakermckenzie.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") and CPCM, LLC | Baker & McKenzie LLP | Michelle Hartmann | michelle.hartmann@bakermckenzie.com |
| Counsel for NWCC, LLC | Barnes & Thornburg LLP | Thomas G. Haskins, Jr. | thomas.haskins@btlaw.com |
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Blank Rome LLP | John E. Lucian, Josef W. Mintz | mintz@blankrome.com; jbibiloni@blankrome.com |
| Counsel to James Dondero | Bonds Ellis Eppich Schafer Jones LLP | John Y. Bonds, III, Bryan C. Assink | john@bondsellis.com; bryan.assink@bondsellis.com |
| Counsel for Mark Okada, the Mark & Pamela Okada Family Trust - Exempt Trust #1, the Mark & Pamela Okada Familty Trust - Exempt Trust #2, the Okada Insurance Rabbi Trust and the Okada Family Foundation,Inc. | Brown Fox PLLC | Cortney C. Thomas | cort@brownfoxlaw.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Counsel for UBS Securities LLC and UBS AG, London Branch | Butler Snow LLP | Martin A. Sosland and Candice M. Carson | martin.sosland@butlersnow.com; candice.carson@butlersnow.com |
| Counsel to Integrated Financial Associates Inc. | Carlyon Cica Chtd. | Candace C. Carlyon, Esq., Tracy M. Osteen, Esq. | ccarlyon@carlyoncica.com; tosteen@carlyoncica.com |
| Counsel to the Intertrust Entities and the CLO Entities | Chipman, Brown, Cicero & Cole, LLP | Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Counsel to Siepe LLC | Condon Tobin Sladek Thornton PLLC | J. Seth Moore | smoore@ctstlaw.com |
| Counsel to Patrick Daugherty ("Mr. Daugherty") | Cross & Simon LLC | Michael L. Vild, Esquire | mvild@crosslaw.com |
| Counsel for BH Equities, L.L.C. | Dentons US LLP | Casey Doherty | Casey.doherty@dentons.com |
| Counsel to Jefferies LLC | Dentons US LLP | Lauren Macksoud, Esq. | lauren.macksoud@dentons.com |
| Counsel to Jefferies LLC | Dentons US LLP | Patrick C. Maxcy, Esq. | patrick.maxcy@dentons.com |
| Counsel to Acis Capital Management, LP and Acis Capital Management GP, LLC ("Creditors") and Joshua N. Terry and Jennifer G. Terry | Forshey & Prostok LLP | Jeff P. Prostok, J. Robert Forshey, Suzanne K. Rosen | jprostok@forsheyprostok.com; bforshey@forsheyprostok.com; srosen@forsheyprostok.com |
| Secured Creditor | Frontier State Bank | Attn: Steve Elliot | selliott@frontier-ok.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Frost Brown Todd LLC | Mark A. Platt | mplatt@fbtlaw.com |
| Counsel for Alvarez & Marsal CRF Management LLC as Investment Manager of the Highland Crusader Funds | Gibson, Dunn & Crutcher LLP | Marshall R. King, Esq., Michael A. Rosenthal, Esq. & Alan Moskowitz, Esq. | mking@gibsondunn.com; mrosenthal@gibsondunn.com; amoskowitz@gibsondunn.com |
| Counsel to Alvarez & Marsal CRF Management LLC as Investment Manager of the Highland Crusader Funds | Gibson, Dunn & Crutcher LLP | Matthew G. Bouslog, Esq. | mbouslog@gibsondunn.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel for the Dugaboy Investment Trust and Get Good Trust | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | ddraper@hellerdraper.com; lcollins@hellerdraper.com; gbrouphy@hellerdraper.com |
| Equity Holders | Hunter Mountain Investment Trust | c/o Rand Advisors LLC | Jhonis@RandAdvisors.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel to Crescent TC Investors, L.P. | Jackson Walker L.L.P. | Michael S. Held | mheld@jw.com |
| Secured Creditor | Jefferies LLC | Director of Compliance | cbianchi@jefferies.com |
| Secured Creditor | Jefferies LLC | Office of the General Counsel | cbianchi@jefferies.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Jenner & Block LLP | Marc B. Hankin, Richard Levin | mhankin@jenner.com; rlevin@jenner.com |
| Counsel for CCS Medical, Inc. | Jones Day | Amanda Rush | asrush@jonesday.com |
| Counsel to the Issuers (group of 25 separate Cayman issuers of loan) | Jones Walker LLP | Joseph E. Bain, Amy K. Anderson | jbain@joneswalker.com; aanderson@joneswalker.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Artoush Varshosaz | artoush.varshosaz@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | James A. Wright III | james.wright@klgates.com |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Stephen G. Topetzes | stephen.topetzes@klgates.com |
| Counsel to CLO Holdco, Ltd. | Kane Russell Coleman Logan PC | John J. Kane | jkane@krcl.com |
| Counsel for Highland CLO Funding Ltd. | King & Spalding LLP | Paul R. Bessette | pbessette@kslaw.com |
| Counsel to BET Investments II, L.P. | Kurtzman Steady, LLC | Jeffrey Kurtzman, Esq. | Kurtzman@kurtzmansteady.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Andrew Clubok, Sarah Tomkowiak | Andrew.Clubok@lw.com; Sarah.Tomkowiak@lw.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Asif Attarwala, Kathryn K. George | asif.attarwala@lw.com; Kathryn.George@lw.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | jeff.bjork@lw.com; kim.posin@lw.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Zachary F. Proulx | Zachary.Proulx@lw.com |
| Counsel to Coleman County TAD, Kaufman County, Upshur County, Fannin CAD, Tarrant County, Grayson County, Allen ISD, Dallas County, Irving ISD, and Rockwall CAD | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller, Laurie A. Spindler | dallas.bankruptcy@publicans.com |
| Counsel for Jack Yang and Brad Borud | Loewinsohn Flegle Deary Simon LLP | Daniel P. Winikka | danw@lfdslaw.com |
| Creditor | Lynn Pinker Cox & Hurst, L.L.P. | Michael K. Hurst, Esq. | mhurst@lynnllp.com |
| Equity Holders | Mark K. Okada | | mokadadallas@gmail.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Morris, Nichols, Arsht & Tunnell LLP | Curtis S. Miller, Kevin M. Coen | rdehney@mnat.com; cmiller@mnat.com |
| Counsel to Meta-e Discovery, LLC | Morrison Cohen LLP | Joseph T. Moldovan, Esq. & Sally Siconolfi, Esq. | bankruptcy@morrisoncohen.com |
| Bank | NexBank | John Danilowicz | john.holt@nexbankcapital.com |
| Counsel to California Public Employees' Retirement System ("CalPERS") | Nixon Peabody LLP | Louis J. Cisz, III, Esq. | lcisz@nixonpeabody.com |
| SEC Headquarters | Office of General Counsel | Securities & Exchange Commission | SECBankruptcy-OGC-ADO@SEC.GOV |
| US Trustee for Northern District of TX | Office of the United States Trustee | Lisa L. Lambert, Esq | lisa.l.lambert@usdoj.gov |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | John A. Morris and Gregory V. Demo | jmorris@pszjlaw.com; gdemo@pszjlaw.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill | rpachulski@pszjlaw.com; jpomerantz@pszjlaw.com; ikharasch@pszjlaw.com; joneill@pszjlaw.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill | rpachulski@pszjlaw.com; jpomerantz@pszjlaw.com; ikharasch@pszjlaw.com; joneill@pszjlaw.com |
| Pension Benefit Guaranty Corporation ("PBGC") | Pension Benefit Guaranty Corporation | Michael I. Baird | baird.michael@pbgc.gov; efile@pbgc.gov |
| Counsel to City of Garland, Garland ISD, Wylie ISD , Plano ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Linda D. Reece | lreece@pbfcm.com |
| Delaware counsel to Alvarez & Marsal CRF Management LLC | Potter Anderson & Corroon LLP | Jeremy W. Ryan, Esq., R. Stephen McNeill, Esq. & D. Ryan Slaugh, Esq. | jryan@potteranderson.com; rmcneill@potteranderson.com; rslaugh@potteranderson.com |
| Secured Creditor | Prime Brokerage Services | Jefferies LLC | cbianchi@jefferies.com |
| Counsel to the Claimant Trust | Quinn Emanuel Urquhart & Sullivan, LLP | Susheel Kirpalani, Deborah J. Newman, Benjamin I. Finestone, Jordan Harap | susheelkirpalani@quinnemanuel.com; deborahnewman@quinnemanuel.com; benjaminfinestone@quinnemanuel.com; jordanharap@quinnemanuel.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Richards, Layton & Finger PA | Michael J. Merchant, Sarah E. Silveira | merchant@rlf.com; silveira@rlf.com |
| Counsel to Hunter Mountain Trust | Rochelle McCullough, LLP | E. P. Keiffer | pkeiffer@romclaw.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") and CPCM, LLC | Ross & Smith, PC | Judith W. Ross, Frances A. Smith, Eric Soderlund | judith.ross@judithwross.com; frances.smith@judithwross.com; eric.soderlund@judithwross.com |
| Counsel to the Intertrust Entities and the Issuers (group of 25 separate Cayman issuers of loan) | Schulte Roth & Zabel LLP | David J. Karp, James V. Williams III | david.karp@srz.com; jay.williams@srz.com |
| SEC Regional Office | Securities & Exchange Commission | Richard Best, Regional Director | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger, Regional Director | philadelphia@sec.gov |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Charles M. Person, Juliana Hoffman | preid@sidley.com; pmontgomery@sidley.com; cpersons@sidley.com; jhoffman@sidley.com |
| Counsel to Patrick Daugherty | Spencer Fane LLP | Jason P. Kathman | jkathman@spencerfane.com |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| DE Secretary of State | State of Delaware | Division of Corporations - Franchise Tax | dosdoc_bankruptcy@state.de.us |
| Counsel for Mark Okada, the Mark & Pamela Okada Family Trust - Exempt Trust #1, the Mark & Pamela Okada Family Trust - Exempt Trust #2, the Okada Insurance Rabbi Trust and the Okada Family Foundation,Inc. | Sullivan Cromwell LLP | Brian D. Glueckstein | gluecksteinb@sullcrom.com |
| Counsel to the Hunter Mountain Trust ("Hunter") | Sullivan Hazeltine Allinson LLC | William A. Hazeltine, Esq. | whazeltine@sha-llc.com |
| Equity Holders | The Dugaboy Investment Trust | | gscott@myersbigel.com |
| Equity Holders | The Mark and Pamela Okada Family Trust - Exempt Trust #1 | | mokadadallas@gmail.com |
| Equity Holders | The Mark and Pamela Okada Family Trust - Exempt Trust #2 | | mokadadallas@gmail.com |
| Counsel to the United States Internal Revenue Service | U.S. Department of Justice, Tax Division | David G. Adams | david.g.adams@usdoj.gov |
| United States Attorney General | United States Attorney General | U.S. Department of Justice | askdoj@usdoj.gov |
| Counsel for NexPoint Real Estate Partners, LLC F/K/A HCRE Partners, LLC | Wick Phillips Gould & Martin, LLP | Brant C. Martin, Jason M. Rudd, Lauren K. Drawhorn | brant.martin@wickphillips.com; jason.rudd@wickphillips.com; lauren.drawhorn@wickphillips.com |
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Winstead PC | Rakhee V. Patel, Phillip Lamberson | rpatel@winstead.com; plamberson@winstead.com; achiarello@winstead.com |
| Counsel for Jean Paul Sevilla and Hunter Covitz (the "Employees") | Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Counsel for Jean Paul Sevilla and Hunter Covitz (the "Employees") | Winston & Strawn LLP | Attn: Katherine A. Preston | kpreston@winston.com |
| Counsel for Jean Paul Sevilla and Hunter Covitz (the "Employees") | Winston & Strawn LLP | Attn: Thomas M. Melsheimer; Natalie L. Arbaugh | tmelsheimer@winston.com; narbaugh@winston.com |

# EXHIBIT B

**Exhibit B**
Affected Parties (Allowed Claims)
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Abrams & Bayliss LLP | John M. Seaman | seaman@abrambayliss.com |
| Allen ISD | c/o Laurie A. Spindler, Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Allen ISD | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Argo Partners | | mattb@argopartners.net |
| Bell Nunnally and Martin, LP | Russell W. Mills | RMills@BellNunnally.com |
| Berkeley Research Group, LLC | Emily Kirksey | ekirksey@thinkbrg.com |
| Berkeley Research Group, LLC | Valerie Riva | vriva@thinkbrg.com |
| CDW | Attn Ronelle Erickson | roneeri@cdw.com |
| City of Allen | Elizabeth Weller | dallas.bankruptcy@lgbs.com |
| City of Richardson | Elizabeth Weller | dallas.bankruptcy@lgbs.com |
| Coleman Research Group, Inc. | Attn Legal | cgordon@colemanrg.com |
| Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | bankruptcy@ABERNATHY-LAW.com |
| Contrarian Funds, LLC | Attn Alpa Jimenez | tradeclaimsgroup@contrariancapital.com |
| Dallas County | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Dell Financial Services L.L.C. | DFS-Bankruptcy | steve.snyder@dell.com |
| Duff & Phelps, LLP | Richard G. Hardy, Esq. | rhardy@ulmer.com |
| Dun & Bradstreet | The Rowland Law Firm | therowlandlawfirm@gmail.com |
| Federal Insurance Company c/o Chubb | | brian.rawson@chubb.com |
| Frontier State Bank | Attn Mr Steve Elliott | selliott@frontier-ok.com |
| Golds Texas Holdings Group, Inc | | corporatebilling@goldsgym.com |
| Hunton Andrews Kurth LLP | Alexander G. McGeoch | amcgeoch@huntonak.com |
| Integra FEC LLC | | david.lam@integrafec.com |
| Kaufman County | c/o Laurie A. Spindler, Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Legalpeople LLC | | jkosciolek@legalpeoplegroup.com |
| Loews Coronado Bay | Jessica Gaines | jessica.gaines@loewshotels.com |
| Loews Coronado Bay Hotel | | billingconcierge@loewshotels.com |
| MCS Capital LLC c/o STC, Inc. | | mattb@argopartners.net |
| Meta-e Discovery, LLC | Attn Paul H. McVoy | pmcvoy@metaediscovery.com |
| Meta-e Discovery, LLC | Morrison Cohen LLP | ssiconolfi@morrisoncohen.com |
| NWCC, LLC | James Peterson | james.peterson@nearwatercapital.com |
| NWCC, LLC | Jonathan D. Sundheimer | jsundheimer@btlaw.com |
| Opus 2 International Inc | Mr Matthew Finnecy | mfinnecy@opus2.com |
| Oracle America, Inc., Successor in Interest to Sun Microsystems | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Pivotal Research Group LLC | | jeff.shelton@pvtl.com |
| Refinitiv | c/o Sarah E. Doerr | sarah.doerr@lawmoss.com |
| Ryan P. Newell (Connolly Gallagher LLP) | Attn Jeffrey C. Wisler, Esq. | jwisler@connollygallagher.com |
| Stinson Leonard Street LLP | | paul.lackey@stinson.com; paul.hoffmann@stinson.com |
| Wilks, Lukoff & Bracegirdle, LLC | Thad J. Bracegirdle | tbracegirdle@wlblaw.com |

# EXHIBIT C

**Exhibit C**
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Bank | BBVA | Michael Doran | 8080 North Central Expressway | Suite 1500 | | Dallas | TX | 75206 |
| Counsel to the Intertrust Entities and the CLO Entities | Chipman, Brown, Cicero & Cole, LLP | Mark L. Desgrosseilliers | Hercules Plaza | 1313 North Market Street, Suite 5400 | | Wilmington | DE | 19801 |
| Creditor | Cole, Schotz, Meisel, Forman & Leonard, P.A. | | 301 Commerce Street, Suite 1700 | | | Fort Worth | TX | 76102 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Secured Creditor | KeyBank National Association | as Administrative Agent | 225 Franklin Street, 18th Floor | | | Boston | MA | 02110 |
| Secured Creditor | KeyBank National Association | as Agent | 127 Public Square | | | Cleveland | OH | 44114 |
| Texas Attorney General | Office of the Attorney General | Ken Paxton | 300 W. 15th Street | | | Austin | TX | 78701 |
| Attorney General of the United States | Office of the Attorney General | | Main Justice Building, Room 5111 | 10th & Constitution Avenue, N.W. | | Washington | DC | 20530 |
| US Attorneys Office for Northern District of TX | Office of the United States Attorney | Erin Nealy Cox, Esq | 1100 Commerce Street, 3rd Floor | | | Dallas | TX | 75202 |
| TX Comptroller of Public Accounts | State Comptroller of Public Accounts | Revenue Accounting Division-Bankruptcy Section | PO Box 13258 | | | Austin | TX | 78711 |
| Equity Holders | Strand Advisors, Inc. | | 300 Crescent Court | Suite 700 | | Dallas | TX | 75201 |
| TX AG Office | Texas Attorney Generals Office | Bankruptcy-Collections Division | PO Box 12548 | | | Austin | TX | 78711-2548 |
| Equity Holders | The Dugaboy Investment Trust | | 300 Crescent Court | Suite 700 | | Dallas | TX | 75201 |
| U.S. Department of the Treasury | US Department of the Treasury | Office of General Counsel | 1500 Pennsylvania Avenue, NW | | | Washington | DC | 20220 |
| Delaware Division of Revenue | Zillah A. Frampton | Bankruptcy Administrator | Delaware Division of Revenue | Carvel State Office Building, 8th Floor | 820 N. French Street | Wilmington | DE | 19801 |

# EXHIBIT D

**Exhibit D**
Affected Parties (Allowed Claims)
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Abrams & Bayliss LLP | John M. Seaman | 20 Montchanin Road, Suite 200 | | | Wilmington | DE | 19807 | |
| Akin Gump Strauss Hauer & Feld LLP | | 2300 N Field St Ste 1800 | | | Dallas | TX | 75201-2481 | |
| Allen ISD | c/o Laurie A. Spindler, Elizabeth Weller | Linebarger Goggan Blair & Sampson, LLP | 2777 N. Stemmons Freeway, Suite 1000 | | Dallas | TX | 75207 | |
| Alston & Bird LLP | | 1201 W. Peachtree Street | | | Atlanta | GA | 30309-3424 | |
| Andrew Parmentier | | Address on File | | | | | | |
| Argo Partners | | 12 West 37th Street, 9th Floor | | | New York | NY | 10018 | |
| ASW Law Limited | | Crawford House | 50 Cedar Avenue | | Hamilton | | 0HM11 | Bermuda |
| AT&T | | PO BOX 5001 | | | Carol Stream | IL | 60197-5001 | |
| AT&T Mobilty | | PO Box 6444 | | | Carol Stream | IL | 60197-6444 | |
| Bell Nunnally and Martin, LP | Russell W. Mills | 2323 Ross Avenue Suite 1900 | | | Dallas | TX | 75201 | |
| Berkeley Research Group, LLC | Emily Kirksey | 1800 M Street NW | Second Floor | | Washington | DC | 20036 | |
| Berkeley Research Group, LLC | Valerie Riva | 2200 Powell Street Suite 1200 | | | Emeryville | CA | 94608 | |
| Bloomberg Finance LP | | 731 Lexington Ave. | | | New York | NY | 10022 | |
| Boies, Schiller & Flexner LLP | | 5301 Wisconsin Ave NW | | | Washington | DC | 20015-2015 | |
| Brandywine Process Servers, Ltd. | | PO Box 1360 | | | Wilmington | DE | 19899 | |
| Caledonian Directors Limited | | PO Box 1043 | George Town | | Grand Cayman | | KY1-1002 | Cayman Islands |
| Canteen Vending Services | | PO Box 417632 | | | Boston | MA | 02241-7632 | |
| Carey Olsen | | PO Box 10008 | Willow House, Cricket Square | | Grand Cayman | | KY1-1001 | Cayman Islands |
| Case Anywhere LLC | | 21860 Burbank Blvd. | Ste 125 | | Woodland Hills | CA | 91367 | |
| CDW | Attn Ronelle Erickson | 200 N. Milwaukee Ave | | | Vernon Hills | IL | 60061 | |
| Cedar Glade LP | Attn Robert K. Minkoff, President | 600 Madison Ave, 17th Floor | | | New York | NY | 10022 | |
| Centroid | | 1050 Wilshire Dr. | Ste #170 | | Troy | MI | 48084 | |
| CHASE COURIERS, INC | | 1220 Champion Circle | #114 | | Carrollton | TX | 75006 | |
| City of Allen | Elizabeth Weller | c/o Laurie A. Spindler | Linebarger Goggan Blair & Sampson, LLP | 2777 N. Stemmons Freeway, Suite 1000 | Dallas | TX | 76015 | |
| City of Richardson | Elizabeth Weller | c/o Laurie A. Spindler | Linebarger Goggan Blair and Sampson, LLP | 2777 N. Stemmons Freeway, Suite 1000 | Dallas | TX | 75207 | |
| Cole Schotz | Court Plaza North | 25 Main Street | P.O. Box 800 | | Hackensack | NJ | 07602-0800 | |
| Coleman Research Group, Inc. | Attn Legal | 1 Glenwood Ave | | | Raleigh | NC | 27603 | |
| Coleman Research Group, Inc. | | 100 Park Avenue Suite 1600 | | | New York | NY | 10017 | |
| Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | 1700 Redbud Blvd., Suite 300 | | | McKinney | TX | 75069 | |
| Collin County Tax Assessor/Collector | | P.O. Box 8046 | | | McKinney | TX | 75070 | |
| Concur Technologies, Inc. | | 18400 NE Union Hill Road | | | Redmond | WA | 98052 | |
| Contrarian Funds, LLC | Attn 392426 | 500 Ross St 154-0455 | | | Pittsburgh | PA | 15262 | |
| Contrarian Funds, LLC | Attn Alpa Jimenez | 411 West Putnam Ave., Suite 425 | | | Greenwich | CT | 06830 | |
| CSI Global Deposition Services | Accounting Dept-972-719-5000 | 4950 N. OConnor Rd, 1 st Fl | | | Irving | TX | 75062-2778 | |
| CT Corp | | PO Box 4349 | | | Carol Stream | IL | 60197-4349 | |
| Dallas County | Elizabeth Weller | c/o Laurie A. Spindler | Linebarger Goggan Blair & Sampson, LLP | 2777 N. Stemmons Freeway, Suite 1000 | Dallas | TX | 75207 | |

**Exhibit D**
Affected Parties (Allowed Claims)
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Dell Financial Services L.L.C. | DFS-Bankruptcy | PO Box 81577 | | | Austin | TX | 78708 | |
| Dow Jones & Company, Inc. | | 1211 Avenue of the Americas | | | New York | NY | 10036 | |
| DTCC ITP LLC | | PO Box 27590 | | | New York | NY | 10087-7590 | |
| Duff & Phelps, LLP | Richard G. Hardy, Esq. | 1660 West 2nd Street, Suite 1100 | | | Cleveland | OH | 44113 | |
| Dun & Bradstreet | The Rowland Law Firm | PO Box 3108 | | | Crofton | MD | 21114 | |
| Dun & Bradstreet | The Rowland Law Firm | Ronald L. Rowland, Authorized Agent | 2453 Vineyard Lane | | Crofton | MD | 21114 | |
| Dun & Bradstreet Inc. | | PO Box 75434 | | | Chicago | IL | 60675-5434 | |
| Elite Document Technology | | 403 North Stemmons Freeway Suite 100 | | | Dallas | TX | 75207 | |
| Epiq eDiscovery Solutions | | Dept 2651 | PO Box 122651 | | Dallas | TX | 75312-2651 | |
| Eric Girard | | Address on File | | | | | | |
| Fair Harbor Capital, LLC | As Assignee of Action Shred of Texas | Ansonia Finance Station | PO Box 237037 | | New York | NY | 10023 | |
| Fair Harbor Capital, LLC | As Assignee of CVE Technologies Group Inc. | Ansonia Finance Station | PO Box 237037 | | New York | NY | 10023 | |
| Fair Harbor Capital, LLC | As Assignee of Daniel Sheehan & Associates, PLLC | Ansonia Finance Station | PO Box 237037 | | New York | NY | 10023 | |
| Fair Harbor Capital, LLC | As Assignee of Vengroff Williams Inc as Authorized Agent of American Arbitration Association | Ansonia Finance Station | PO Box 237037 | | New York | NY | 10023 | |
| Fair Harbor Capital, LLC | | 130 West 57th Street, 5th Floor | | | New York | NY | 10019 | |
| Federal Insurance Company c/o Chubb | | 202A Halls Mill Road - 2E | | | Whitehouse Station | NJ | 08889 | |
| Felicity Toube QC | | 3-4 South Square | Grays Inn | | London | | WC1R 5HP | United Kingdom |
| Four Seasons Plantscaping, LLC | | 139 Turtle Creek Blvd. | | | Dallas | TX | 75207-6807 | |
| Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | |
| Frontier State Bank | Attn Mr Steve Elliott | 5100 South I-35 Service Road | | | Oklahoma City | OK | 73129 | |
| Gardner Haas PLLC | | 2501 N. Harwood Street | Suite 1250 | | Dallas | TX | 75201 | |
| Golds Gym International | Attn Corporate Billing | 125 E John Carpenter Frwy | Suite 1300 | | Irving | TX | 75062 | |
| Golds Gym International | | 5440 Lyndon B Johnson Fwy Ste 200 | | | Dallas | TX | 75240-2324 | |
| Golds Texas Holdings Group, Inc | | 4001 Maples Avenue Ste 200 | | | Dallas | TX | 75219-0000 | |
| Greenwood Office Outfitters | | 2951 Suffolk Drive | Suite 640 | | Fort Worth | TX | 76133-1149 | |
| Greyline Solutions | | PO Box 733976 | | | Dallas | TX | 75373-3976 | |
| Harder LLP | | 132 S. RODEO DRIVE | FOURTH FLOOR | | BEVERLY HILLS | CA | 90212 | |
| Hunton Andrews Kurth LLP | Alexander G. McGeoch | 1445 Ross Avenue Suite 3700 | | | Dallas | TX | 75202 | |
| ICE Data Pricing & Reference Data, LLC | | PO Box 98616 | | | Chicago | IL | 60693 | |
| Integra FEC LLC | | 1801 Lavaca Street, Suite 101 | | | Austin | TX | 78701 | |
| Intralinks | | P.O. Box 10259 | | | New York | NY | 10259 | |
| JAMS, Inc | | PO Box 512850 | | | Los Angelos | CA | 90051-0850 | |
| Kaufman County | c/o Laurie A. Spindler, Elizabeth Weller | Linebarger Goggan Blair & Sampson, LLP | 2777 N. Stemmons Freeway, Suite 1000 | | Dallas | TX | 75207 | |
| Legalpeople LLC | | 134 N LaSalle Street Suite 800 | | | Chicago | IL | 60602 | |
| Levinger PC | | 1445 Ross Avenue | Suite 2500 | | Dallas | TX | 75202 | |
| Lexitas | | P.O. Box 734298 | Dept. 2012 | | Dallas | TX | 75373-4298 | |

**Exhibit D**
Affected Parties (Allowed Claims)
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Loews Coronado Bay | Jessica Gaines | Loews Business Service Center | 424 Church Street, Suite 300 | | Nashville | TN | 37219 | |
| Loews Coronado Bay Hotel | | 4000 Coronado Bay Road | | | Coronado | CA | 92118 | |
| MCS Capital LLC c/o STC, Inc. | | 233 North Prospect St., Ste. 202 | | | Hagerstown | MD | 21740 | |
| Meta-e Discovery, LLC | Attn Paul H. McVoy | 93 River Street | | | Milford | CT | 06460 | |
| Meta-e Discovery, LLC | Morrison Cohen LLP | Attn Joseph T. Moldovan and Sally Siconolfi | 909 Third Avenue | | New York | NY | 10022 | |
| Nick Meserve | | 11835 Brandywine Ln | | | Houston | TX | 77024 | |
| NWCC, LLC | James Peterson | 375 Park Avenue, 36th Floor | | | New York | NY | 10152 | |
| NWCC, LLC | Jonathan D. Sundheimer | Barnes and Thornburg LLP | 11 S. Meridian St. | | Indianapolis | IN | 46204 | |
| Opus 2 International Inc | Mr Matthew Finnecy | 5th Floor, 5 New Street Square | | | London | | EC4A 3BF | United Kingdom |
| Oracle America, Inc., Successor in Interest to Sun Microsystems | Shawn M. Christianson, Esq. | Buchalter, a Professional Corporation | 55 2nd St., 17th Fl. | | San Francisco | CA | 94105 | |
| PACER Service Center | | P.O. Box 5208 | | | Portland | OR | 97208-5208 | |
| Pitney Bowes- Purchase Power | | PO Box 371874 | | | Pittsburgh | PA | 15250-2648 | |
| Pivotal Research Group LLC | | 12 John Street | | | Demarest | NJ | 07627 | |
| ProStar Services, Inc | | PO Box 110209 | | | Carrollton | TX | 75011 | |
| Refinitiv | c/o Sarah E. Doerr | Refinitiv f/d/b/a Thomson Reuters | Moss & Barnett | 150 5th St S, Suite 1200 | Minneapolis | MN | 55402 | |
| Reid Collins & Tsai | | 810 Seventh Ave Ste 410 | | | New York | NY | 10019 | |
| Ryan P. Newell (Connolly Gallagher LLP) | Attn Jeffrey C. Wisler, Esq. | Connolly Gallagher LLP | 1201 N. Market Street, 20th Floor | | Wilmington | DE | 19801 | |
| Scott Douglass & McConnico LLP | | 303 Colorado St | Ste 2400 | | Austin | TX | 78701 | |
| Secured Access Systems, LLC | | 1913 Walden Court | | | Flower Mound | TX | 75022 | |
| Southland Property Tax Consultants, Inc | | 201 S Main St Ste 1460 | | | Fort Worth | TX | 76102-3146 | |
| Squire Patton Boggs (US) LLP | | PO Box 643051 | | | Cincinnati | OH | 45264 | |
| State Street Global Exchange | Elkins/McSherry, LLC | One Lincoln Street | | | Boston | MA | 02111 | |
| Stinson Leonard Street LLP | Stinson LLP | Attn Paul Lackey | 3102 Oak Lawn Avenue, Suite 777 | | Dallas | TX | 75219 | |
| Stinson Leonard Street LLP | | PO Box 843052 | | | Kansas City | MO | 64184 | |
| Thomson West | | PO Box 64833 | | | St. Paul | MN | 55164-0833 | |
| UPS Supply Chain Solutions | | 28013 Network Place | | | Chicago | IL | 60673-1280 | |
| Wakefield Quin | | Victoria Place | 31 Victoria St | | Hamilton | | 0HM10 | Bermuda |
| Wilks, Lukoff & Bracegirdle, LLC | Thad J. Bracegirdle | 4250 Lancaster Pike, Suite 200 | | | Wilmington | DE | 19805 | |
| Xerox Corporation | | PO Box 650361 | | | Dallas | TX | 75265 | |

# EXHIBIT E

**Exhibit E**
Fee App Parties List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Debtor | Highland Capital Management | Attn: Thomas Surgent | TSurgent@highlandcapital.com |
| US Trustee for Northern District of TX | Office of the United States Trustee | Lisa L. Lambert, Esq | lisa.l.lambert@usdoj.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane M. Leamy | jane.m.leamy@usdoj.gov |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill | rpachulski@pszjlaw.com; jpomerantz@pszjlaw.com; ikharasch@pszjlaw.com; joneill@pszjlaw.com |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com |

# EXHIBIT F

**Exhibit F**
Fee App Parties List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| US Trustee for Northern District of TX | Office of the United States Trustee | Lisa L. Lambert, Esq | 1100 Commerce Street, Room 976 | Earle Cabell Federal Building | | Dallas | TX | 75242 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane M. Leamy | J. Caleb Boggs Federal Building | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen | One South Dearborn Street | | | Chicago | IL | 60603 |
| United States Bankruptcy Court | United States Bankruptcy Court | Honorable Stacey G. Jernigan | Northern District of Texas - Dallas Division | Earle Cabell Federal Building | 1100 Commerce St., Rm. 1254 | Dallas | TX | 75242-1496 |

Highland Capital Management, L.P.
Case No. 19-34054