Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
**HAYWARD PLLC**
10501 North Central Expy., Suite 106
Dallas, Texas 75231
(972) 755-7100 (*telephone/facsimile*)

*Local Counsel for the Reorganized Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |

## EIGHTEENTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF HAYWARD PLLC AS LOCAL COUNSEL TO THE DEBTOR FOR THE PERIOD FROM JUNE 1, 2021 THROUGH JUNE 30, 2021

| | |
|---|---|
| Name of Applicant: | Hayward PLLC |
| Authorized to Provide Professional Services to: | Debtor and Debtor-in-Possession |
| Date of Retention: | December 10, 2019 |
| Period for which Compensation and Reimbursement Is sought: | June 1 – June 30, 2021 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $53,145.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $7,788.92 |

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

This is a:       [X] monthly      [ ] interim      [ ] final application.

### HAYWARD PLLC PROFESSIONALS

| Name of Professional Person | Initials of Professional Person or Other Reference ID Used in the Application for the Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Current Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Melissa Hayward | MSH | Partner; Member TX Bar 2005; Bankruptcy | $450.00 | 5.1 | $2,295.00 |
| Zachery Annable | ZZA | Partner; Member TX Bar 2006; Bankruptcy | $400.00 | 119.6 | $47,840.00 |
| Melanie Holmes | HOL | Paralegal | $175.00 | 17.2 | $3,010.00 |

**Grand Total:**      **$53,145.00**
**Total Hours:**      **141.90**
**Blended Rate:**      **$374.52**

### Summary of Compensation Requested by Project Category

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Adversary Proceedings | 15.4 | $6,205.00 |
| Appeals | 22.6 | $8,607.50 |
| Case Administration | 12.9 | $4,372.50 |
| Review of Claims | 1.7 | $680.00 |
| Employment of Professionals | 1.5 | $555.00 |
| Fee Applications | 11.8 | $2,745.00 |
| Litigation Matters | 74.1 | $29,175.00 |
| Sale of Assets | 1.9 | $805.00 |
| **TOTAL** | **141.90** | **$53,145.00** |

**Summary of Expense Reimbursement Requested by Category**

| Expense Category | Total Expenses |
|---|---|
| PACER | $60.80 |
| Copying cost | $2,380.55 |
| Delivery | $722.44 |
| Transcripts | $2,988.85 |
| Miscellaneous | $1,464.40 |
| Parking | $12.00 |
| Process service fees | $158.88 |
| Secretary of State research fees | $1.00 |
| **TOTAL** | **$7,788.92** |

Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
**HAYWARD PLLC**
10501 North Central Expy., Suite 106
Dallas, Texas 75231
(972) 755-7100 (*telephone/facsimile*)

*Local Counsel for the Reorganized Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[2] | ) | Case No. 19-34054-sgj11 |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |

## EIGHTEENTH MONTHLY APPLICATION FOR COMPENSATION
## AND REIMBURSEMENT OF EXPENSES OF HAYWARD PLLC AS
## LOCAL COUNSEL TO THE DEBTOR FOR THE PERIOD FROM
## <u>JUNE 1, 2021 THROUGH JUNE 30, 2021</u>

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "<u>Bankruptcy Rules</u>"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 141] (the "<u>Administrative Order</u>"), Hayward PLLC f/k/a Hayward & Associates PLLC (the "<u>Firm</u>"), local counsel for Highland Capital Management L.P. (the "<u>Debtor</u>" or the "<u>Reorganized Debtor</u>"), hereby submits its *Eighteenth Monthly Application*

---

[2] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

*for Compensation and for Reimbursement of Expenses for the Period from June 1, 2021 through June 30, 2021* (the "Fee Application").

By this Fee Application, and in accordance with the Administrative Order, the Firm seeks (i) interim allowance of fees in the amount of $53,145.00 and actual and necessary expenses in the amount of $7,788.92 for a total allowance of $60,933.92 for the period June 1, 2021 through June 30, 2021 (the "Interim Period") and (ii) payment of $42,516.00 (80% of the fees) and reimbursement of $7,788.92 (100% of the expenses) for a total payment of $50,304.92. In support of this Fee Application, the Firm respectfully represents as follows:

## BACKGROUND

1. On October 16, 2019 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Delaware Court") commencing the above-captioned bankruptcy case (the "Bankruptcy Case"). The Debtor continued in the possession of its property and continued to operate and manage its business as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this Bankruptcy Case.

2. On October 29, 2019, the Office of the United States Trustee (the "U.S. Trustee") for the District of Delaware filed its *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 65] appointing the members of the Official Committee of Unsecured Creditors (the "Committee") in this Bankruptcy Case.

3. On November 14, 2019, the Delaware Court signed the Administrative Order, authorizing certain professionals and members of any official committee (collectively, the "Professionals") to submit monthly applications for interim compensation and reimbursement for expenses pursuant to the procedures specified therein. The Administrative Order provides, among

other things, that a Professional may submit monthly fee applications. If no objections are made within twenty-one (21) days after service of the monthly fee application, the Debtor is authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning with the period ending December 31, 2019, and at three-month intervals or such other intervals convenient to the Court, each Professional shall file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

4.     On December 4, 2019, the Delaware Court entered an order transferring venue of the Debtor's Bankruptcy Case to this Court.

5.     On January 9, 2020, the Debtor filed its *Application Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016 for an Order Authorizing the Employment of Hayward & Associates PLLC as Local Counsel* [Docket No. 340] (the "Employment Application") seeking to employ the Firm as its local bankruptcy counsel in the Bankruptcy Case.

6.      The Order granting the Employment Application was entered on February 10, 2020.

7.     On February 22, 2021, the Court entered its *Order (i) Confirming the Fifth Amended Plan of Reorganization (as Modified) and (ii) Granting Related Relief* [Docket No. 1943] (the "Confirmation Order"), which confirmed the Debtor's Plan. The Plan became effective on August 11, 2021, and the Debtor became the Reorganized Debtor.

## THE FIRM'S APPLICATION FOR COMPENSATION
## AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

8.      The services for which the Firm requests compensation are related to its duties as local counsel for the Debtor and performing the range of services as described in the Employment Application. The Firm has received no payment and no promises for payment from any source other than the Debtor for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Fee Application. There is no agreement or understanding between the Firm and any other person other than the partners of the Firm for the sharing of compensation to be received for services rendered in this Bankruptcy Case.

### Fee Statements

9.      The fee statements for the Interim Period are attached hereto as **Exhibit A**. These statements contain daily time logs describing the time spent by each attorney and paraprofessional during the Interim Period.  To the best of the Firm's knowledge, this Fee Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the Administrative Order.  The Firm is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters, separate time entries are set forth in the time reports. The Firm's charges for its professional services are based upon the time, nature, extent, and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code. The Firm has reduced its charges related to any non-working travel time to fifty percent (50%) of the Firm's standard hourly rate.  To the extent it is feasible, the Firm professionals attempt to work during travel.

## Actual and Necessary Expenses

10.     Expenses incurred by the Firm during the Interim Period are set forth in detail on Exhibit A. In particular, Exhibit A identifies, *inter alia*, the date the expense was incurred or billed, the category and description of the expense, and the amount of the expense.

## Summary of Services Rendered

11.     The names of the timekeepers of the Firm who have rendered professional services in this Bankruptcy Case during the Interim Period are set forth in the attached Exhibit A. The Firm, by and through such persons, has performed a range of services as the Debtor's local counsel, which are described and narrated in detail in the fee statements.

## Summary of Services by Project

12.     The services rendered by the Firm during the Interim Period can be grouped into the categories set forth below. The Firm attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the invoices attached as Exhibit A. Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

## A.     Adversary Proceedings

13.     This category includes time the Firm spent on, *inter alia*, (i) preparing, reviewing, and filing pleadings and documents in relation to the Debtor's claims asserted in adversary proceedings against (a) James Dondero ("Mr. Dondero"), (b) Highland Capital Management Fund

Advisors, L.P. ("HCMFA"), (c) NexPoint Advisors, L.P. ("NPA", and collectively with HCMFA, the "Advisors"), (d) Highland Income Fund ("HIF"), (e) NexPoint Strategic Opportunities Fund ("NSOF"), (f) NexPoint Capital, Inc. ("NCI", and collectively with HIF and NSOF, the "Funds"), (g) CLO Holdco, Ltd. ("Holdco"), (h) Nancy Dondero ("Ms. Dondero"), (i) The Dugaboy Investment Trust ("Dugaboy"), (j) Get Good Trust ("Get Good", and collectively with Dugaboy, the "Trusts"), (k) Highland Capital Management Services, Inc. ("HCMSI"), and (l) HCRE Partners, LLC (n/k/a NexPoint Real Estate Partners, LLC) ("HCRE"); (ii) preparing, reviewing, and filing stipulations and agreements regarding pretrial orders, motions for leave to amend answers, and motions to withdraw the reference in various adversary proceedings; (iii) addressing issues related to motions to stay filed in various adversary proceedings; (iv) providing advice and recommendations regarding local procedures and requirements regarding adversary proceedings; and (v) communications with the Debtor's other professionals regarding the foregoing.

Fees: $6,205.00                              Hours: 15.40

**B.      Case Administration**

14.      Tasks that fall under the category of case administration includes time the Firm spent on, *inter alia*, (i) generally assisting the Debtor in performing its duties under the Bankruptcy Code; (ii) conferring with representatives of the Debtor regarding administrative matters; (iii) arranging for and reviewing service of filed motions, applications, operating reports, and various other documents through Kurtzman Carson Consultants LLC, the Debtor's claims agent ("KCC"); (iv) providing advice and recommendations regarding local procedures and requirements related to various administrative matters; and (v) communications with the Debtor's other professionals regarding the foregoing.

Fees: $4,372.50                              Hours: 12.90

**C.     Claims Analysis**

15.     Time billed to this category includes time the Firm spent on, *inter alia*, (i) addressing issues related to the Debtor's third omnibus objection to certain claims against the Debtor's estate; and (ii) communications with the Debtor's professionals regarding same.

Fees: $680.00                    Hours: 1.70

**D.     Employment of Professionals**

16.     Time billed to this category includes time the Firm spent on, *inter alia*, (i) preparation, filing, and service of ordinary course professional ("OCP") reports and Development Specialists, Inc.'s ("DSI") monthly staffing reports; (ii) reviewing and filing miscellaneous declarations and notices on behalf of Debtor-retained professionals; and (iii) communications with the Debtor's professionals regarding same.

Fees: $555.00                    Hours: 1.50

**E.     Fee Applications**

15.     Time billed to this category includes time the Firm spent on, *inter alia*, (i) preparation of the Firm's monthly fee statements; and (ii) review of fee applications filed by various other case professionals.

Fees: $2,745.00                  Hours: 11.80

**F.     Litigation Matters**

17.     This category includes work related to various contested matters pending before the Court. Time billed to this category includes time the Firm spent on, *inter alia*, (i) preparing, reviewing, and filing pleadings and documents regarding the numerous contested matters that arose in the Debtor's Bankruptcy Case; (ii) addressing other parties' discovery requests arising from the Bankruptcy Case; (iii) preparing, reviewing, and filing witness and exhibit lists and

exhibits for presentation at evidentiary hearings in the Bankruptcy Case, including the June 8, 2021 contempt hearing held in-person before the Court; (iv) preparing, reviewing, and filing deposition notices and subpoenas related to contested matters arising out of the Bankruptcy Case; (v) preparing for and attending numerous hearings on contested matters in the Bankruptcy Case; (vi) communications with the Court and the Debtor's professionals regarding the scheduling of hearing dates and preparing and filing notices of same; (vii) preparing, reviewing, and filing proposed orders in the Bankruptcy Case; (viii) discussing litigation strategy with the Debtor's other professionals; (ix) providing advice and recommendations regarding local procedures and requirements regarding the prosecution and defense of contested matters; and (x) communications with the Debtor's other professionals regarding the foregoing.

Fees: $29,175.00                              Hours: 74.10

**G.      Appeals**

18.      This category includes time the Firm spent on, *inter alia*, (i) the Trusts' appeal of the Court's order approving the Debtor's settlement with HarbourVest 2017 Global Fund L.P., Harbourvest 2017 Global AIF L.P., Harbourvest Dover Street IX Investment L.P., HV International VIII Secondary L.P., Harbourvest Skew Base AIF L.P., and Harbourvest Partners L.P. (collectively, "HarbourVest"); and (ii) the multiple appeals of the Court's Confirmation Order confirming the Debtor's Plan, which is presently before the Fifth Circuit Court of Appeals. Tasks undertaken by the Firm with respect to the defense of appeals included (i) preparing designations of the record for inclusion of materials in the records on appeal; (ii) obtaining the proper authorizations for the inclusion of sealed documents in the records on appeal; (iii) preparing, reviewing, and filing appellate briefs on behalf of the Debtor; (iv) preparing, reviewing, and filing numerous pleadings and documents, and engaging in motion practice with respect to, the myriad

appeals arising from the Bankruptcy Case; (v) providing advice and recommendations regarding local procedures and requirements regarding appeals pending in the Northern District of Texas and in the Fifth Circuit Court of Appeals; and (vi) communications with the Debtor's other professionals regarding the foregoing.

   Fees: $8,607.50     Hours: 22.60

**H.**  **Sale of Assets**

   19.  This category includes time the Firm spent on, *inter alia*, (i) the identification of potential appraisers for portions of the Debtor's property, and (ii) communications with the Debtor's other professionals regarding the same.

   Fees: $805.00     Hours: 1.90

<u>**Valuation of Services**</u>

   20.  Attorneys and paraprofessionals of the Firm expended a total 141.90 hours in connection with their representation of the Debtor as local counsel during the Interim Period.

   21.  The nature of work performed by these persons is fully set forth in the invoices that are attached hereto as Exhibit A. These are the Firm's normal hourly rates for work of this nature. The reasonable value of the services rendered by the Firm for the Debtor during the Interim Period was $53,145.00.

   22.  In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amounts requested by the Firm in this Fee Application are fair and reasonable given (a) the complexity of this Bankruptcy Case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, the Firm has reviewed the requirements of the Administrative Order and the *Guidelines for Reviewing*

Eighteenth Monthly Application for Compensation and
Reimbursement of Expenses of Hayward PLLC as Local Counsel to
the Debtor for the Period from June 1, 2021 Through June 30, 2021   Page 12 of 13

*Applications for Compensation and Reimbursement of Expenses by Attorneys in Large Chapter 11 Cases*, effective November 1, 2013 (the "Guidelines"), and believes that this Fee Application complies with such Administrative Order and Guidelines.

WHEREFORE, the Firm respectfully requests that, for the Interim Period, (i) interim allowance be made to the Firm for fees in the amount $53,145.00 and actual and necessary expenses in the amount of $7,788.92, for a total allowance of $60,933.92, (ii) the Firm be authorized to seek from the Debtor and its estate immediate payment of $42,516.00 (80% of the fees) and reimbursement of $7,788.92 (100% of the expenses) for a total payment of $50,304.92, and (iii) the Firm be awarded such other and further relief as this Court may deem just and proper.

Dated: October 8, 2021.

Respectfully submitted,

**HAYWARD PLLC**

By: */s/ Zachery Z. Annable*
    Melissa S. Hayward
    Texas Bar No. 24044908
    MHayward@HaywardFirm.com
    Zachery Z. Annable
    Texas Bar No. 24053075
    ZAnnable@HaywardFirm.com
    10501 N. Central Expy, Ste. 106
    Dallas, Texas 75231
    Tel./Fax: (972) 755-7100

**Local Counsel for the Reorganized Debtor**

# <u>EXHIBIT A</u>



**HAYWARD**
PLLC

10501 N. CENTRAL EXPRESSWAY
SUITE 106    DALLAS, TX 75231
972.755.7100 (MAIN/FAX)
WWW.HAYWARDFIRM.COM

Invoice submitted to:

Highland Capital Management, L.P.

300 Crescent Court, Suite 700
Dallas, TX 75201

Invoice Date:  October 4, 2021

Invoice No.:  1607

Due:  Upon Receipt

Total Balance Due:  $60,933.92

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|

### Adversary Proceedings

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/1/2021 | ZZA | Review multiple correspondence from J. Morris and G. Demo regarding issues related to debtor's objections to HCMS and HCRE motions for leave to amend complaints (.2); review multiple correspondence from G. Demo and H. Winograd regarding substantive issues related to debtor's objections to HCMS and HCRE motions for leave (.4); review and revise debtor's objection to HCMS motion to amend answer (.8); review correspondence from J. Morris regarding issues related to debtor's objection to motions for leave to amend complaints (.1); finalize and upload to court order granting in part Dondero's motion to stay proceedings pending withdrawal of reference in AP 21-3003 (.2); correspond with T. Ellison advising of submission of proposed order in AP 21-3003 (.1); work on finalizing, filing, and service of debtor's objections and related documents to HCRE and HCMS motions for leave to file amended complaints in APs 21-3006 and 21-3007 (1.2). | 3.00 400.00/hr | 1,200.00 |
| | MSH | Exchange email regarding finalization of objection to HCMS and HCRE motions to amend answer and filing issues (.40). | 0.40 450.00/hr | 180.00 |
| 6/2/2021 | ZZA | Review and revise debtor's answer to UBS complaint in AP 21-3020 (.4); exchange correspondence with J. Morris regarding deadline to motion to compel filed in AP 21-3003 (.1); finalize and file debtor's answer to UBS complaint in AP 21-3020 (.2). | 0.70 400.00/hr | 280.00 |
| | MSH | Review CLOH motion to extend time to respond to MTD (.10). | 0.10 450.00/hr | 45.00 |

Highland Capital Management, L.P.                                                                    Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/3/2021 | ZZA | Finalize and file notices of deposition of A. Johnson, B. McGovern, and N. Dondero in AP 21-3003 (.2); exchange correspondence with J. Morris regarding parties to be served with deposition notices in AP 21-3003 (.1); multiple correspondence with PSZJ team providing copies of motions to withdraw reference, briefs in support, and appendices filed in APs 21-3006 and 21-3007 (.2); review notices of appearance of counsel filed in APs 21-3006 and 21-3007 (.1); correspond with PSZJ team providing them with copies of just-filed motions to stay pending resolution of withdrawal of reference and motions for expedited hearing thereon filed in APs 21-3006 and 21-3007 (.2); review HCMS and HCRE motions to withdraw reference, briefs in support, motions for stay pending resolution of reference withdrawal, and motions for expedited hearing in APs 21-3006 and 21-3007 (.7). | 1.50<br>400.00/hr | 600.00 |
| | MSH | Review various notices of depositions issued in Dondero AP (.20). | 0.20<br>450.00/hr | 90.00 |
| 6/4/2021 | ZZA | Review court's order staying AP 21-3003 until 7/28/21 (.1). | 0.10<br>400.00/hr | 40.00 |
| | MSH | Review order staying AP pending motion to withdraw reference (.10). | 0.10<br>450.00/hr | 45.00 |
| 6/7/2021 | ZZA | Review multiple correspondence from G. Demo and H. Winograd regarding issues related to debtor's response to HCMFA's motion for leave to amend answer in AP (.1); correspond with H. Winograd regarding issues related to debtor's forthcoming response to HCMFA's motion for leave to amend answer (.1); finalize and file notice of deposition of HCMSI in AP 21-3006 (.1); review notices of status conference on motions to withdraw reference in APs 21-3006 and 21-3007 (.1). | 0.40<br>400.00/hr | 160.00 |
| 6/9/2021 | ZZA | Review and analyze HCMSI's and HCRE's replies in support of motions for leave to file amended answers in APs 21-3006 and 21-3007 (.5); correspond with J. Pomerantz, J. Morris, and G. Demo regarding replies filed in APs 21-3006 and 21-3007 (.1); review and analyze NexPoint's motion for leave to amend answer in AP 21-3005 and correspond with J. Pomerantz, J. Morris, and G. Demo regarding same (.4). | 1.00<br>400.00/hr | 400.00 |
| 6/10/2021 | ZZA | Review correspondence from T. Ellison regarding upcoming trial docket call in AP 20-3107 and correspond with J. Morris regarding same (.1); review employees' brief in response to UBS motion to compel and in support of employees' motion to quash filed in AP 21-3020 (.4); review correspondence from J. Morris regarding status of matters in AP 20-3107 (.1). | 0.60<br>400.00/hr | 240.00 |
| 6/12/2021 | ZZA | Review correspondence from G. Demo regarding analysis of amended answers filed by defendants in APs 21-3006 and 21-3007 (.1). | 0.10<br>400.00/hr | 40.00 |
| 6/13/2021 | ZZA | Review correspondence from T. Ellison regarding issues related to scheduling of trial in AP 20-3107 (.1). | 0.10<br>400.00/hr | 40.00 |

Highland Capital Management, L.P.                                                                                      Page    3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/14/2021 | ZZA | Review notice of transmission of motion to withdraw the reference to district court filed in AP 21-3007 (.1); review notice of transmission of motion to withdraw the reference to district court in AP 21-3006 (.1); correspond with J. Pomerantz, J. Morris, and G. Demo regarding district court case proceedings related to motions withdraw reference in APs 21-3006 and 21-3007 (.1); review multiple correspondence from J. Kathman, counsel for P. Daugherty, and T. Ellison regarding reset of trial docket call in AP 20-3107 (.1). | 0.40 400.00/hr | 160.00 |
| 6/15/2021 | ZZA | Review and analyze Dondero's motion for stay pending appeal and request for expedited hearing filed in AP 20-3190 (.2). | 0.20 400.00/hr | 80.00 |
| 6/17/2021 | ZZA | Review notice of hearing on Dondero's motion for stay pending appeal in AP 20-3190 (.1); calendar hearing on motion for stay pending appeal and correspond with PSZJ team regarding same (.1). | 0.20 400.00/hr | 80.00 |
| 6/18/2021 | ZZA | Review re-filed notice of subpoena on PwC filed in AP 21-3006 and correspond with PSZJ team regarding same (.1); review court's order granting HCMSI's motion for leave to amend answer in AP 21-3006 (.1); review court's order granting HCRE's motion for leave to amend answer in AP 21-3007 (.1). | 0.30 400.00/hr | 120.00 |
| 6/21/2021 | ZZA | Review clerk's correspondence requesting order from NexPoint in AP 21-3005 (.1); exchange correspondence with J. Morris regarding hearing on motion for stay in AP 20-3190 (.1); attend hearing on Dondero's emergency motion for stay pending appeal in AP 20-3190 (.4); exchange correspondence with J. Morris regarding hearing on motion for stay in AP 20-3190 (.1); attend hearing on Dondero's emergency motion for stay pending appeal in AP 20-3190 (.4); review Advisors' discovery responses received in AP 21-3000 (.1); review employees' witness and exhibit list for matters to be heard in AP 21-3020 (.1); review UBS's witness and exhibit list for 6/24 hearing in AP 21-3020 (.1). | 1.40 400.00/hr | 560.00 |
| 6/22/2021 | ZZA | Review stipulation resolving Dondero's emergency motion to stay filed in AP 20-3190 (.1). | 0.10 400.00/hr | 40.00 |
| 6/24/2021 | ZZA | Exchange multiple correspondence with H. Winograd regarding issues related to today's hearing on HCMFA's motion for leave to amend its answer (.2); attend hearing on HCMFA's motion for leave to file amended answer (.6); attend hearing on employees' motion to quash subpoenas and UBS's motion to compel compliance with subpoenas in AP 21-3020 (2.5). | 3.30 400.00/hr | 1,320.00 |
| 6/28/2021 | ZZA | Review court's order denying employees' motion to quash in AP 21-3020 (.1). | 0.10 400.00/hr | 40.00 |
| 6/29/2021 | MSH | Review DAF response to motion to dismiss (.10). | 0.10 450.00/hr | 45.00 |
| | ZZA | Finalize and file stipulation with Funds and Advisors in AP 21-3000 and upload proposed order approving stipulation (.3); review amended stipulation and proposed scheduling order filed in AP 21-3020 and | 0.50 400.00/hr | 200.00 |

Highland Capital Management, L.P.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | correspond with J. Pomerantz, J. Morris, R. Feinstein, and G. Demo regarding same (.2). | | |
| 6/30/2021 | ZZA | Review motion for protective order filed by HCMFA and NexPoint Advisors in APs 21-3004 and 21-3005 (.4); review court's order setting status conference in AP 21-3000 (.1). | 0.50 400.00/hr | 200.00 |
| | | SUBTOTAL: | [ 15.40 | 6,205.00 ] |

Case Administration

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/1/2021 | ZZA | Correspond with V. Trang of KCC providing instructions for service of notice of hearing (.1); correspond with V. Trang providing instructions for service of bonus motion (.1); review notice of service of documents received from KCC (.1). | 0.30 400.00/hr | 120.00 |
| 6/2/2021 | ZZA | Correspond with V. Trang of KCC providing instructions for service of answer (.1); review notice of service of documents received from KCC (.1). | 0.20 400.00/hr | 80.00 |
| 6/3/2021 | ZZA | Multiple correspondence with V. Trang of KCC providing instructions for service of deposition notices (.1); correspond with V. Trang providing instructions for service of staffing report (.1); correspond with V. Trang providing instructions for service of OCP report (.1); review follow-up correspondence from V. Trang regarding service issues related to DSI staffing report (.1); review correspondence from P. Leathem of KCC regarding case monitoring issues related to ancillary litigation (.1); review notices of service of documents received from KCC (.1). | 0.60 400.00/hr | 240.00 |
| 6/4/2021 | ZZA | Correspond with V. Trang of KCC providing instructions for service of OCP declaration (.1); correspond with V. Trang providing instructions for service of notice of hearing (.1);review follow-up correspondence from V. Trang regarding issues related to service of recently filed documents (.1); correspond with V. Trang providing extensive instructions for service of amended notice of hearing on 6/8 hearing (.2); finalize and file certificate of service of documents on behalf of KCC in 3:21-cv-842 and correspond with V. Trang providing file-stamped copy of same (.2); review multiple certificates of service of documents received from KCC (.1). | 0.80 400.00/hr | 320.00 |
| 6/5/2021 | ZZA | Correspond with V. Trang of KCC providing instructions for service of witness and exhibit list and exhibits for show cause hearing (.1); review notice of service of documents received from KCC (.1). | 0.20 400.00/hr | 80.00 |
| 6/7/2021 | HOL | Telephone call with M. Edmonds at the bankruptcy court regarding transcripts of tomorrow's hearing (0.2); email correspondence with M. Edmonds regarding transcripts (0.1); email correspondence with G. Demo and Z. Annable regarding same (0.1); prepare transcript request and submit (0.2). | 0.60 175.00/hr | 105.00 |

Highland Capital Management, L.P.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/7/2021 | ZZA | Correspond with V. Trang of KCC providing instructions for service of notice of proposed order (.1); correspond with V. Trang providing instructions for service of amended witness and exhibit list (.1); review multiple follow-up correspondence from V. Trang regarding document service issues (.1); exchange correspondence with P. Leathem of KCC regarding monitoring of district court cases (.1); exchange correspondence with J. Morris regarding issues related to KCC monitoring of certain district court matters (.1); correspond with V. Trang providing instructions for service of deposition notice (.1); correspond with P. Leathem regarding KCC case-monitoring (.1); correspond with V. Trang providing instructions for service of HCRE deposition notice (.1); exchange correspondence with V. Trang regarding instructions for service of opinion and order in AP 20-3190 (.1); correspond with V. Trang providing instructions for service of further amended w&e list and exhibits (.1); review multiple notices of service of documents received from KCC (.1). | 1.10 400.00/hr | 440.00 |
| 6/9/2021 | HOL | Email correspondence with G. Demo and Z. Annable regarding transcript (0.1); email correspondence with K. Rehling regarding status of transcript (0.1); email to G. Demo and Z. Annable regarding ETA on transcript (0.1); receive draft of transcript, forward same to G. Demo and Z. Annable (0.1) | 0.40 175.00/hr | 70.00 |
| | ZZA | Review correspondence from J. Donohue of DSI regarding need for appraiser (.1); work on identifying potential appraiser for analysis of debtor artwork (.5); correspond with V. Trang of KCC providing instructions for service of motion (.1); review notice of service of documents received from KCC (.1); exchange correspondence with V. Trang regarding procedures for service of documents during his vacation (.1). | 0.90 400.00/hr | 360.00 |
| 6/10/2021 | HOL | Receive email from K. Rehling regarding final version of transcript, forward same to G. Demo and Z. Annable (0.1); receive final version of transcript, forward same to G. Demo and Z. Annable (0.1) | 0.20 175.00/hr | 35.00 |
| 6/14/2021 | HOL | Forward 6/8 hearing transcript to G. Demo and Z. Annable (0.1); prepare and submit request for 6/10 hearing transcript, email correspondence regarding same (0.2); receive and forward 6/10 hearing transcript to G. Demo and Z. Annable (0.1); | 0.40 175.00/hr | 70.00 |
| | ZZA | Finalize and file COS on behalf of KCC in case 3:21-cv-261 and provide file-stamped copy of same to V. Trang of KCC (.2); correspond with V. Trang providing instructions for service of debtor's appellate brief (.1); correspond with V. Trang providing instructions for service of order issued in 3:21-cv-261 (.1); exchange follow-up correspondence with V. Trang regarding document service issues (.1); review notice of service of documents received from KCC (.1). | 0.60 400.00/hr | 240.00 |
| 6/16/2021 | ZZA | Finalize and file COS on behalf of KCC in 3:21-cv-261 and correspond with V. Trang of KCC regarding same (.2); correspond with V. Trang providing instructions for service of order extending deadlines (.1); correspond with V. Trang providing instructions for service of w&e list (.1); finalize and file notice of final term sheet for exit financing motion (.1); correspond with V. Trang providing instructions for service of term | 0.80 400.00/hr | 320.00 |

Highland Capital Management, L.P.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | sheet (.1); exchange correspondence with V. Trang regarding document filing issues (.1); review multiple notices of service of documents received from KCC (.1). | | |
| 6/18/2021 | HOL | Email correspondence regarding Mainstay invoice and courier fee (0.2); review Mainstay delivery emails, email correspondence with Z. Annable regarding same (0.2). | 0.40<br>175.00/hr | 70.00 |
| | ZZA | Correspond with V. Trang of KCC providing instructions for service of order requiring disclosures (.1); correspond with V. Trang providing instructions for service of Hayward fee statement (.1); exchange multiple correspondence with P. Leathem of KCC regarding issues related to service of order requiring disclosures (.2); correspond with V. Trang providing instructions for service of CNO (.1); exchange follow-up correspondence with V. Trang and P. Leathem regarding document service issues (.1); review notice of service of documents received from KCC (.1). | 0.70<br>400.00/hr | 280.00 |
| 6/20/2021 | ZZA | Review correspondence from J. Pomerantz regarding analysis of recent case law relevant to issues involved in debtor case (.1). | 0.10<br>400.00/hr | 40.00 |
| 6/21/2021 | ZZA | Correspond with V. Trang of KCC providing instructions for service of order on third omnibus objection (.1); exchange correspondence with V. Trang regarding document service issues (.1); review notice of service of documents received from KCC (.1). | 0.30<br>400.00/hr | 120.00 |
| 6/22/2021 | ZZA | Correspond with V. Trang of KCC providing instructions for service of debtor's response (.1); multiple correspondence with V. Trang providing instructions for service of w&e lists and exhibits (.1); exchange correspondence with V. Trang regarding additional document service issues (.1); review notices of service of documents received from KCC (.1). | 0.40<br>400.00/hr | 160.00 |
| 6/23/2021 | ZZA | Correspond with V. Trang of KCC providing instructions for service of reply (.1); correspond with V. Trang providing instructions for service of amended w&e list (.1); review notice of service of documents received from KCC (.1). | 0.30<br>400.00/hr | 120.00 |
| 6/24/2021 | ZZA | Finalize and file COS on behalf of KCC in 3:21-cv-879 and correspond with V. Trang of KCC regarding same (.2); correspond with V. Trang providing instructions for service of Silva declaration (.1); exchange correspondence with V. Trang regarding additional service items (.1); review notice of service of documents received from KCC (.1). | 0.50<br>400.00/hr | 200.00 |
| 6/25/2021 | ZZA | Correspond with V. Trang of KCC providing instructions for service of subtrust motion (.1); review notice of service of documents received from KCC (.1). | 0.20<br>400.00/hr | 80.00 |
| 6/28/2021 | HOL | Prepare request for 6/25 hearing transcript and submit (0.2); | 0.20<br>175.00/hr | 35.00 |
| | ZZA | Correspond with V. Trang providing instructions for service of notice (.1); correspond with V. Trang providing instructions for service of order (.1); exchange correspondence with V. Trang regarding document service | 0.50<br>400.00/hr | 200.00 |

Highland Capital Management, L.P.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | issues (.1); correspond with V. Trang providing instructions for service of notice of hearing (.1); review notice of service of documents received from KCC (.1). | | |
| 6/29/2021 | HOL | Telephone call with clerk regarding 6/25 hearing and transcript request (0.1); update request and resubmit (0.1); email correspondence with K. Rehling regarding 6/25 hearing transcript (0.1); receive excerpt of 6/25 transcript, forward same to G. Demo and Z. Annable (0.1); email correspondence regarding 6/21 and 6/24 hearing transcripts (0.1); prepare requests for 6/21 and 6/24 transcripts and submit (0.3); telephone call with M. Edmond regarding 6/24 hearing transcript, revise request and resubmit (0.2); email correspondence with M. Edmond regarding 6/21 and 6/24 hearing transcripts (0.1); email correspondence with H. Jeng regarding resubmitted 6/21 and 6/24 hearing transcript requests (0.1) | 1.20 175.00/hr | 210.00 |
| | ZZA | Correspond with V. Trang of KCC providing instructions for service of stipulation (.1); review notice of service of documents received from KCC (.1). | 0.20 400.00/hr | 80.00 |
| 6/30/2021 | HOL | Receive balance of 6/25 hearing transcript, forward same to G. Demo and Z. Annable (0.1). | 0.10 175.00/hr | 17.50 |
| | ZZA | Exchange correspondence with V. Trang of KCC regarding instructions for service of orders (.1); correspond with V. Trang providing instructions for service of order (.1); exchange correspondence with V. Trang regarding instructions for service of order denying Seery modification motion (.1); correspond with V. Trang providing instructions for service of notice of additional services (.1); exchange correspondence with V. Trang regarding additional service items for tonight (.1); correspond with V. Trang providing instructions for service of OCP report (.1); review notices of service of documents received from KCC (.1). | 0.70 400.00/hr | 280.00 |

SUBTOTAL:        [     12.90     4,372.50 ]

Claims Analysis

| 6/14/2021 | ZZA | Review multiple correspondence from J. Fried regarding proposed order on debtor's third omnibus objection to claims (.1). | 0.10 400.00/hr | 40.00 |
|---|---|---|---|---|
| 6/15/2021 | ZZA | Review correspondence from J. O'Neill regarding issues related to draft order on debtor's third omnibus objection to claims (.1); review and revise proposed order on debtor's third omnibus objection to claims and correspond with J. O'Neill regarding same (.2); exchange follow-up correspondence with J. O'Neill regarding issues related to order on third omnibus objection to claims (.2). | 0.50 400.00/hr | 200.00 |
| 6/17/2021 | ZZA | Review correspondence from J. O'Neill regarding issues related to proposed order on debtor's third omnibus objection to claims (.1); review and revise CNO regarding debtor's third omnibus objection to claims and | 0.30 400.00/hr | 120.00 |

Highland Capital Management, L.P.                                              Page    8

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | correspond with J. O'Neill regarding revisions to same and finalization of proposed order (.2). |  |  |
| 6/18/2021 | ZZA | Review correspondence from J. O'Neill regarding issues related to revisions to CNO and proposed order on third omnibus objection to claims (.1); follow-up correspondence with J. O'Neill regarding issues related to proposed order on third omnibus objection to claims (.1); finalize and file certificate of no objection regarding debtor's third omnibus objection to claims (.2); finalize and upload proposed order sustaining debtor's third omnibus objection to claims (.2); correspond with T. Ellison advising of filing of CNO and submission of proposed order (.1). | 0.70 400.00/hr | 280.00 |
| 6/21/2021 | ZZA | Review court's order sustaining third omnibus objection to claims (.1). | 0.10 400.00/hr | 40.00 |
|  |  | SUBTOTAL: | [        1.70 | 680.00 ] |

Employment of Professionals

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/3/2021 | HOL | Email correspondence with Z. Annable regarding filing OCP and DSI staffing notices (0.1) | 0.10 175.00/hr | 17.50 |
|  | ZZA | Exchange correspondence with M. Holmes regarding filing of DSI staffing report and OCP report (.1); review DSI March staffing report and OCP report for April and correspond with K. Yee regarding revisions to same (.2); finalize and file DSI's March 2021 staffing report (.1); finalize and file April 2021 OCP report (.1); correspond with K. Yee providing file-stamped copies of DSI staffing report and OCP report (.1). | 0.60 400.00/hr | 240.00 |
| 6/4/2021 | ZZA | Finalize and file OCP declaration for Walkers Bermuda Limited and correspond with G. Demo regarding same (.2). | 0.20 400.00/hr | 80.00 |
| 6/30/2021 | HOL | Email correspondence with Z. Annable regarding filing OCP report (0.1). | 0.10 175.00/hr | 17.50 |
|  | ZZA | Review and revise Deloitte Tax's third notice of additional services to be provided and exchange correspondence with J. O'Neill regarding revisions (.3); finalize and file third notice of additional services to be provided by Deloitte Tax (.2). | 0.50 400.00/hr | 200.00 |
|  |  | SUBTOTAL: | [        1.50 | 555.00 ] |

Fee Applications

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/1/2021 | MSH | Review motion to pay restructuring fee to J. Seery (.10). | 0.10 450.00/hr | 45.00 |
| 6/2/2021 | ZZA | Review case docket to confirm no objections to Hayward eleventh application for fees and expenses (.1); prepare and file CNO regarding Hayward eleventh application for fees and expenses (.2); correspond | 0.40 400.00/hr | 160.00 |

Highland Capital Management, L.P.                                                                          Page     9

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

| | | with J. Seery and J. Donohue of DSI regarding filing of CNO regarding Hayward eleventh application for fees and expenses (.1). | | |
| 6/16/2021 | HOL | Work on December fee statement, email correspondence regarding same (2.8) | 2.80 175.00/hr | 490.00 |
| 6/17/2021 | HOL | Continue work on December fee statement, email correspondence regarding same (3.7) | 3.70 175.00/hr | 647.50 |
| | ZZA | Review and revise Hayward December invoice and correspond with M. Holmes regarding revisions to same (1.0). | 1.00 400.00/hr | 400.00 |
| 6/18/2021 | HOL | revise and finalize invoice for fee statement, email correspondence with Z. Annable regarding same (0.8); work on fee statement, email draft to Z. Annable (1.5) | 2.30 175.00/hr | 402.50 |
| | ZZA | Review, finalize, and file Hayward fee statement for December 2020 (.4). | 0.40 400.00/hr | 160.00 |
| 6/21/2021 | ZZA | Exchange correspondence with J. Fried regarding issues related to hearing of forthcoming fee applications (.1). | 0.10 400.00/hr | 40.00 |
| 6/22/2021 | ZZA | Exchange correspondence with J. Fried regarding issues related to forthcoming fee applications (.2). | 0.20 400.00/hr | 80.00 |
| 6/30/2021 | ZZA | Finalize and file notice of amounts paid to ordinary course professionals through March 31, 2021 (.2); exchange correspondence with J. Fried regarding issues related to notice of hearing on PSZJ's interim fee application (.1); calendar hearing on PSZJ interim fee application and correspond with PSZJ team regarding same (.1); prepare amended notice of hearing on PSZJ's interim fee application and correspond with J. Fried regarding same (.2); exchange follow-up correspondence with J. Fried regarding amendment of notice of hearing on PSZJ's interim fee application and revise amended notice of hearing (.2). | 0.80 400.00/hr | 320.00 |

SUBTOTAL:                                                          [        11.80    2,745.00 ]

Litigation Matters

| 6/1/2021 | HOL | Prepare binder of appendix to motion to dismiss, arrange for hand delivery to Judge Boyle's chambers, email correspondence regarding same (1.6) | 1.60 175.00/hr | 280.00 |
| | ZZA | Review multiple correspondence from J. Elkin regarding issues related to forthcoming objection to motions for stay pending appeal (.1); review and revise Seery bonus motion and correspond with G. Demo regarding same (.6); review Alston & Bird's notice of withdrawal as counsel for NexBank (.1); exchange follow-up correspondence with G. Demo regarding issues related to Seery bonus motion (.1); exchange multiple correspondence with J. Elkin regarding finalization of debtor's objections to stay motions (.2); finalize and file amended notice of hearing on exit financing motion (.2); correspond with PSZJ team regarding CPCM's | 1.70 400.00/hr | 680.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

|  |  | discovery requests (.1); exchange correspondence with M. Holmes regarding courtesy copy documents provided to Judge Boyle in 3:21-cv-842 (.1); finalize and file Seery bonus motion (.2). |  |  |
| 6/2/2021 | ZZA | Review court's order requiring joint status report in case 3:20-cv-3408 and correspond with PSZJ team regarding same (.1); review DAF and Holdco's motion to extend response deadline in 3:21-cv-842 (.1); review correspondence and proposed order received from K. James at Sbaiti related to motion extend response deadline (.1). | 0.30 400.00/hr | 120.00 |
| 6/3/2021 | ZZA | Review multiple correspondence from TSG Reporting regarding scheduling of depositions (.1); exchange correspondence with G. Demo regarding cancellation of hearing in Holdco v. UCC matter (.1); review multiple correspondence from J. Morris regarding deposition notices to be served (.1); review and analyze Advisors', Funds', and Trusts' reply brief in support of motion for stay pending appeal (.4); review waiver of service of summons filed in 3:21-cv-842 (.1); review multiple deposition notices received from J. Morris and exchange multiple correspondence with J. Morris regarding revisions to be made to same (.4); review court's order extending deadlines for Holdco and DAF to file responses to motion to dismiss and motion to enforce in 3:21-cv-842, calendar same deadlines, and correspond with PSZJ attorneys regarding same (.2); review and revise debtor's motion for an order authorizing clerk to accept under seal documents in appeal of HarbourVest settlement and correspond with H. Winograd regarding additions to be made (.4); prepare notice of hearing on Seery bonus motion and correspond with G. Demo regarding same (.3); review and respond to correspondence from G. Demo regarding local procedures related to motion practice (.2); review correspondence from T. Ellison regarding notice to be provided to participants at 6/8 hearing (.1); correspond with J. Pomerantz and J. Morris regarding ancillary litigation cases and provide dockets from same (.3). | 2.50 400.00/hr | 1,000.00 |
|  | MSH | Review HCMF reply ISO motion to stay pending appeal (.10); review order granting same (.10). | 0.20 450.00/hr | 90.00 |
| 6/4/2021 | ZZA | Review correspondence from J. Morris regarding issues related to handling of 6/8 hearing (.1); exchange correspondence with J. Morris regarding preparation of amended notice of hearing with court's required procedures for 6/8 hearing (.1); exchange correspondence with L. Canty regarding witness and exhibit issues for 6/8 hearing (.2); review HCMS's and HCRE's refiled motions for stay pending resolution of motions to withdraw the reference and send multiple correspondence to PSZJ team regarding same (.3); review and analyze Trusts' objection to exit financing motion (.3); review multiple follow-up correspondence from G. Demo and J. Morris regarding preparation of amended notice of hearing regarding 6/8 hearing (.1); finalize and file notice of hearing on Seery bonus motion and correspond with G. Demo regarding same (.2); calendar multiple deadlines related to Seery bonus motion and correspond with PSZJ team regarding same (.2); review multiple correspondence from G. Demo regarding need for 5/20 hearing transcript (.1); exchange correspondence with H. Winograd regarding issues related to debtor's motion requesting district court accept documents under seal (.1); prepare amended notice of hearing on | 2.70 400.00/hr | 1,080.00 |

Highland Capital Management, L.P.                                                                 Page   11

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

motions to be heard 6/8 including court's specific instructions for in-person and WebEx attendance (.4); exchange correspondence with J. Morris regarding amended notice of hearing and finalization of same (.1); finalize and file amended notice of hearing on 6/8 matters (.2); review Dondero's response opposed to motion to extend removal period (.1); exchange multiple correspondence with J. Morris and L. Canty regarding witness and exhibit issues for 6/8 hearing (.2).

| 6/4/2021 | MSH | Review Dugaboy objection to exit financing motion (.10); review Dondero objection to motion to extend removal deadlines (.10). | 0.20<br>450.00/hr | 90.00 |
| 6/5/2021 | ZZA | Review multiple correspondence from J. Morris and L. Canty regarding status of witness and exhibit lists and exhibits for 6/8 hearing (.1); review and revise debtor's witness and exhibit list for hearing on 6/8 (.2); exchange correspondence with G. Demo regarding revisions to debtor's witness and exhibit list (.1); finalize and file debtor's witness and exhibit list and exhibits for 6/8 hearing (.5);  exchange correspondence with L. Canty and G. Demo regarding witness and exhibit list and exhibits for hearing on extension of removal deadline (.2). | 1.10<br>400.00/hr | 440.00 |
| 6/6/2021 | ZZA | Review multiple correspondence from J. Morris regarding issues related to exhibit binders for in-person 6/8 hearing (.1); review correspondence from G. Demo regarding exhibit issues for 6/8 hearing (.1); correspond with J. Morris regarding issues related to preparation and service of exhibit binders for 6/8 hearing (.1); exchange multiple correspondence with D. Rylander of Mainstay Legal regarding preparation of binders for 6/8 hearing (.2); exchange correspondence with G. Demo regarding additional issues related to preparation and service of binders for 6/8 hearing (.1); work on providing documents and exhibits to Mainstay for inclusion in binders for 6/8 hearing and exchange correspondence with D. Rylander regarding issues related to same (.6); exchange follow-up correspondence with J. Morris regarding issues related to debtor's binders for 6/8 hearing (.2); multiple follow-up correspondence with D. Rylander regarding issues related to preparation of binders for 6/8 hearing (.2); exchange follow-up correspondence with J. Pomerantz, L. Canty, and J. Morris regarding issues related to debtor's binders and exhibits for 6/8 hearing (.4); review and revise draft notice of proposed order on Seery modification motion and declaration of J. Pomerantz regarding same (.4); correspond with J. Morris regarding Webex issues for 6/8 hearing (.1); review notice of docketing of appeal in case 3:21-cv-1295 (.1); exchange multiple follow-up correspondence with G. Demo and L. Canty regarding information and materials needed for 6/8 hearing binders (.2); review correspondence from G. Demo regarding issues related to debtor's notice of proposed order on Seery modification motion (.1); review multiple correspondence from G. Demo and L. Canty regarding witness and exhibit list and exhibits for hearing on Seery modification motion (.2); follow-up correspondence with G. Demo regarding filing of documents related to 6/8 hearing (.1); work on issues related to preparation of hearing and exhibit binders for 6/8 hearing and exchange extensive correspondence with D. Rylander at Mainstay regarding same (1.2);<br>  review correspondence from H. Winograd regarding forthcoming response to HCMFA's motion for leave to file amended answer (.1). | 4.00<br>400.00/hr | 1,600.00 |

Highland Capital Management, L.P.                                                                                    Page    12

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

6/7/2021    HOL    Prepare cover sheet for exhibit binders, email correspondence regarding same (0.2); review emails between Z. Annable and Mainstay regarding exhibit binders (0.2).

           0.40    175.00/hr    70.00

           ZZA    Multiple correspondence with M. Holmes regarding documents for inclusion in hearing and exhibit binders for 6/8 hearing (.2); review multiple correspondence from G. Demo and L. Canty regarding revisions and additions to witness and exhibit list and exhibits for hearing on Seery modification motion (.2); exchange correspondence with G. Demo and J. Pomerantz regarding issues related to notice of proposed order on Seery modification motion (.1); finalize and file notice of proposed order on Seery modification motion and declaration of J. Pomerantz in support of same (.4); correspond with T. Ellison regarding debtor's filing of notice of proposed order on Seery modification motion (.1); review multiple follow-up correspondence from M. Holmes regarding issues related to 6/8 hearing binders (.1); revise, finalize, and file debtor's amended w&e list and exhibits for hearing on Seery modification motion (.2); exchange multiple correspondence with D. Rylander at Mainstay regarding issues related to finalization of 6/8 hearing and exhibit binders and provide additional documents to D. Rylander (.4); correspond with T. Ellison regarding hearing and exhibit binders for 6/8 hearing and inquire about document presentation issues (.1); correspond with J.Morris regarding preparation for 6/8 hearing (.1); review correspondence from T. Ellison regarding issues related to 6/8 in-person hearing (.1); exchange correspondence with A. Byers of Mainstay and J. Morris regarding issues related to delivery of hearing and exhibit binders (.2); exchange follow-up correspondence with A. Byers regarding issues related to delivery of hearing and exhibit binders (.1); correspond with PSZJ trial team regarding procedures for in-person hearing on 6/8 (.1); correspond with T. Ellison regarding court's copies of hearing and exhibit binders for 6/8 (.1); review deposition notice of HCRE and correspond with H. Winograd regarding revisions to same (.1); exchange correspondence with H. Winograd regarding additional filings to be made (.1); finalize and file notice of deposition of HCRE (.1); exchange correspondence with J. Morris regarding delivery of exhibit and hearing binders for 6/8 hearing (.1); review M. Patrick's amended w&e list for 6/8 hearing (.1); review follow-up correspondence from T. Ellison regarding document presentation procedures for 6/8 hearing (.1); review multiple correspondence from M. Holmes and G. Demo regarding hearing transcripts to be ordered (.1); exchange correspondence with J. Hoffman, committee counsel, regarding hearing transcript issues for 6/8 hearing (.1); exchange correspondence with L. Canty regarding procedures for document presentation at 6/8 hearing (.1); review multiple correspondence from J. Morris, L. Canty, and G. Demo regarding further amendment and debtor's witness and exhibit list for 6/8 hearing (.2); finalize and file further amended witness and exhibit list and exhibits for 6/8 hearing (.2); lengthy correspondence with D. Rylander and A. Byers of Mainstay regarding revisions and additions to exhibit binders for 6/8 hearing and instructions for delivery of same in advance of morning hearing (.3); review and analyze court's opinion and order granting in part debtor's motion to hold J. Dondero in contempt (1.0).

           5.10    400.00/hr    2,040.00

Highland Capital Management, L.P.                                                                    Page  13

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

| 6/7/2021 | MSH | Analyze opinion on Dondero contempt (.50). | 0.50<br>450.00/hr | 225.00 |
| 6/8/2021 | HOL | Finalize and e-file second amended w&e list, email correspondence with L. Canty regarding same (0.4); email correspondence with T. Ellison regarding second amended w&e list (0.2) | 0.60<br>175.00/hr | 105.00 |
|  | ZZA | Attend hearing on debtor's contempt motion against alleged violators for violation of court orders and hearing on debtor's motion to further extend deadline for removal of actions (10.7); exchange correspondence with J. Fried regarding issues related to upcoming 6/10 hearing on Trusts' Rule 2015.3 motion (.1); review Acis's and Terry's non-opposition to reopening of Acis bankruptcy case (.1); review and analyze Trusts' reply in support of 2015.3 motion (.2). | 11.10<br>400.00/hr | 4,440.00 |
| 6/9/2021 | ZZA | Exchange correspondence with K. Whizin of Mainstay regarding retrieval and delivery of excess hearing and exhibit binders from 6/8 hearing (.2); exchange correspondence with T. Ellison regarding retrieval of hearing and exhibit binders from courtroom (.1); review multiple correspondence from G. Demo and M. Holmes regarding issues related to 6/8 hearing transcript (.1); follow-up correspondence with K. Whizin regarding procedures for retrieval and delivery of binders from court (.1); exchange follow-up correspondence with T. Ellison regarding procedures for retrieval of binders from court (.1); follow-up correspondence with K. Whizin regarding time, contact, and procedure for retrieving binders (.1); review draft transcript of 6/8 hearing (.1); review correspondence from G. Demo regarding issues related to continued hearing on Seery modification motion (.1); exchange correspondence with J. Pomerantz regarding issues related to continued hearing on Seery modification motion (.1). | 1.00<br>400.00/hr | 400.00 |
| 6/10/2021 | ZZA | Exchange correspondence with J. Dubel providing him with Webex information for today's hearing (.1); review correspondence from M. Sbaiti, counsel for DAF and Holdco, regarding issues related to continued hearing on Seery modification motion (.1); exchange correspondence with G. Demo regarding scheduling of future status conference on 2015.3 motion (.1); review amended notice of hearing on Seery modification motion filed by DAF and Holdco (.1); review correspondence from T. Ellison regarding Webex information for hearing on Seery modification motion (.1); exchange multiple correspondence with J. Pomerantz regarding issues related to continued hearing on Rule 2015.3 motion (.2); attend hearing on Trusts' motion for order compelling compliance with Rule 2015.3 and HCMSI's and HCRE's motions for leave to amend answers to complaints (2.8); calendar hearing on Seery modification motion and correspond with PSZJ attorneys regarding same (.1); review correspondence from M. Holmes regarding status and issues related to completion of 6/8 hearing transcript (.1); exchange follow-up correspondence with K. Whizin of Mainstay regarding delivery of binders and boxes picked up from court (.1); review and revise proposed order on motion to extend removal deadline and correspond with J. O'Neill regarding issues related to same (.4); review follow-up correspondence from J. O'Neill regarding revisions to proposed order on motion to extend removal deadline (.1); review correspondence from J. Pomerantz regarding continuation of hearing on Seery modification motion (.1); | 5.60<br>400.00/hr | 2,240.00 |

Highland Capital Management, L.P.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|

review phv application of J. Prostok, counsel for Acis, J. Terry, and B. Adams, filed in Acis bankruptcy (.1); review unopposed motion to continue hearing on Seery modification motion (.1); exchange correspondence with M. Holmes regarding 6/8 hearing transcript (.1); review Acis's and Terry's objection to NSOF's motion to confirm discharge or plan injunction does not bar lawsuit filed in Acis bankruptcy and correspond with PSZJ team regarding same (.4); exchange follow-up correspondence with K. Whizin regarding delivery of boxes and binders retrieved from court (.1); review US Bank's objection to NSOF's motion to confirm discharge or plan injunction does not bar lawsuit filed in Acis case (.4).

| 6/11/2021 | ZZA | Review correspondence from G. Demo requesting order of 6/10 hearing transcript (.1); review multiple correspondence from H. Winograd regarding issues related to subpoena to be issued to PwC (.2); correspond with K. Rehling requesting copy of 6/8 hearing transcript (.1); research and analyze subpoena service issues and correspond with H. Winograd regarding my analysis of same (.4); review and revise subpoena to be issued to PwC and correspond with H. Winograd regarding revisions (.3); review 6/8 hearing transcript received from K. Rehling (.1); exchange follow-up correspondence with J. Morris and H. Winograd regarding subpoena issues (.1); correspond with J. Hoffman, committee counsel, providing her with 6/8 hearing transcript (.1); review and revise current draft subpoena to be issued to PwC and correspond with H. Winograd regarding revisions (.4); review correspondence from G. Demo regarding issues related to proposed order granting motion to extend removal deadline (.1); review court's order approving employment of Teneo Capital (.1); review correspondence from W. Howell, counsel for Dondero, regarding revisions to order extending removal deadline and correspond with G. Demo regarding same (.1); review multiple correspondence from G. Demo regarding revisions to and finalization of order extending removal deadline (.1); exchange correspondence with H. Winograd regarding finalization of subpoena to PwC (.1); review correspondence from G. Demo regarding obtaining hearing setting on Rule 2015.3 motion (.1); exchange multiple follow-up correspondence with H. Winograd and J. Morris regarding additional revisions to PwC subpoena and service of same (.6); finalize and file proposed order on extension of removal deadline (.1); correspond with T. Ellison regarding submission of order to extend removal deadline (.1); correspond with T. Ellison regarding obtaining hearing setting on Trusts' 2015.3 motion (.1); review correspondence from J. Pomerantz regarding request for hearing setting on Trusts' 2015.3 motion and correspond with T. Ellison and D. Draper regarding request for hearing setting (.1); follow-up correspondence with J. Morris and H. Winograd regarding subpoena service issues (.2); review correspondence from D. Draper and J. Pomerantz regarding setting on Trusts' 2015.3 motion (.1); review correspondence from M. Edmond at clerk's office regarding orders submitted for court review (.1); review follow-up correspondence from D. Draper and J. Pomerantz regarding hearing setting on Trusts' 2015.3 motion (.1); finalize and file notice of subpoena issued to PricewaterhouseCoopers (.1); arrange for process server to serve subpoena on PwC (.2); correspond with T. Buckingham of KCC providing instructions for service of notice of subpoena (.1); follow-up correspondence with H. Winograd and J. Morris regarding issues related | 6.40 400.00/hr | 2,560.00 |

Highland Capital Management, L.P.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|

to service of subpoena (.1); review follow-up correspondence from PCP process service regarding service of subpoena (.1); correspond with M. Holmes regarding hearing transcripts (.1); correspond with H. Winograd regarding issues related to record in appeal of HarbourVest settlement (.1); review amended answers filed by defendants in APs 21-3006 and 21-3007 (.2); review correspondence from H. Winograd regarding depositions notices to be filed (.1); review and revise notice of depositions of B. Froehlich, E. Powell, B. Ward, J. Honis, and E. Constantino and correspond with H. Winograd regarding same (.2); finalize and file notice of depositions of B. Froehlich, E. Powell, B. Ward, J. Honis, and E. Constantino (.2); correspond with T. Buckingham providing instructions for service of deposition notice (.1); exchange multiple correspondence with H. Winograd and L. Canty regarding issues related to subpoena issued to PwC (.3); research registered agent information for PwC and correspond with L. Canty and H. Winograd regarding same and discussing options for service (.3); review notice of service of documents received from KCC (.1); exchange follow-up correspondence with J. Morris and L. Canty regarding subpoena issues (.2).

| 6/11/2021 | MSH | Exchange email regarding PWC subpoena issues (.20) | 0.20<br>450.00/hr | 90.00 |
|---|---|---|---|---|
| 6/13/2021 | ZZA | Review correspondence from T. Ellison regarding setting for continued hearing on 2015.3 motion (.1); multiple follow-up correspondence with T. Ellison regarding potential hearing setting on Trusts' 2015.3 motion (.1). | 0.20<br>400.00/hr | 80.00 |
| 6/14/2021 | ZZA | Review multiple correspondence from M. Holmes regarding status on requested hearing transcripts (.1); review correspondence from T. Ellison regarding hearing setting for continued hearing on Trusts' 2015.3 motion (.1); review correspondence from PCP process server regarding issues related to service of subpoena on PwC (.1); review multiple correspondence from J. Pomerantz and D. Draper, counsel for Trusts, regarding issues related to handling of continued hearing on Trusts' 2015.3 motion (.1); review 6/10 hearing transcript received from M. Holmes (.1); exchange correspondence with J. Hoffman, committee counsel, regarding 6/10 hearing transcript (.1); review correspondence from J. Pomerantz regarding scheduling related to upcoming matters (.1); review correspondence from PCP process server confirming service of subpoena on PwC (.1); exchange multiple correspondence with J. Morris and L. Canty regarding additional issues related to service of PwC subpoena (.2); exchange email correspondence with J. O'Neill and G. Demo regarding issues related to order extending removal deadline (.2); review second notice of hearing on Seery modification motion (.1); review notice of deposition and request for documents issued to Trussway (.2); review notice of deposition, subpoena, and request for documents issued to debtor by the Trusts' (.2); calendar new hearing on Seery modification motion and correspond with PSZJ team regarding same (.1). | 1.80<br>400.00/hr | 720.00 |
| 6/15/2021 | ZZA | Review correspondence from T. Ellison regarding need for motion to continue hearing on Seery bonus motion (.1); review multiple correspondence from J. Pomerantz and G. Demo regarding issues | 0.30<br>400.00/hr | 120.00 |

Highland Capital Management, L.P.                                                   Page   16

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

related to continuation of hearing on Seery bonus motion (.1); correspond with G. Demo regarding issues related to continuation of hearing on Seery bonus motion (.1).

| 6/16/2021 | ZZA | Review correspondence from G. Demo regarding preparation of motion to continue hearing on Seery bonus motion (.1); review affidavit of service of subpoena on PwC received from PCP process server (.1); review Judge Fish's request for recusal in 3:21-cv-1379 (.1); review Trusts' motion to waive local counsel requirement in 3:21-cv-1295 (.1); multiple correspondence with PSZJ attorneys regarding ECF notice issues in pending district court cases (.1); correspond with J. Morris and H. Winograd regarding issues related to service of subpoena on PwC (.1); review court's order extending deadline to remove actions (.1); review correspondence from G. Demo regarding forthcoming filings (.1); calendar deadline to remove actions and correspond with PSZJ team regarding same (.1); review and revise notice of term sheet and correspond with G. Demo regarding same (.1); review correspondence from G. Demo regarding revisions to term sheet (.1); finalize and file witness and exhibit list and exhibits amending list from 6/8 hearing (.2); multiple follow-up correspondence with L. Canty and G. Demo providing file-stamped copies of recent pleadings (.1); review court's order granting motion to continue hearing on Seery modification motion (.1). | 1.50 400.00/hr | 600.00 |
| 6/17/2021 | ZZA | Review court's order denying motion to waive local counsel requirement in 3:21-cv-1295 (.1); prepare motion to continue hearing on Seery bonus motion and proposed order thereon and correspond with G. Demo regarding same (.5); review court's order requiring trustee of Trusts to appear at hearings (.1); review multiple correspondence from J. Pomerantz and T. Ellison regarding scheduling of upcoming matters (.1); review multiple correspondence from J. Hoffman, committee counsel, and J. Morris regarding adjournment of certain upcoming depositions (.2); review notice of intent to take deposition of corporate representative of UBS filed in AP 21-3020 (.1). | 1.10 400.00/hr | 440.00 |
|  | MSH | review order denying Trust motion to waive local counsel (.10); review order requiring trust representative appear at hearings (.10). | 0.20 450.00/hr | 90.00 |
| 6/18/2021 | ZZA | Review correspondence from J. Morris regarding issues related to upcoming depositions (.1); review court's order requiring disclosures (.3); review notice of subpoena to PwC by HCMSI (.1); correspond with PSZJ team regarding employees' notice of deposition of corporate representative of UBS (.1); exchange correspondence with J. Seery regarding issues identification of legal fees related to note collection matters (.1); review follow-up correspondence from T. Ellison and J. Pomerantz regarding scheduling of hearing on Seery bonus motion (.1); review recent caselaw relevant to issues involved in debtor case and correspond with J. Pomerantz regarding same (.5). | 1.30 400.00/hr | 520.00 |
|  | MSH | Analyze court's order requiring disclosures by Dondero related entities (.20). | 0.20 450.00/hr | 90.00 |
| 6/21/2021 | ZZA | Review correspondence from H. Winograd regarding issues related to pending motions to withdraw reference (.1); investigate issues related to pending motions for withdrawal of the reference per H. Winograd request | 1.60 400.00/hr | 640.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

and correspond with H. Winograd regarding same (.3); exchange correspondence with H. Winograd regarding issues related to DAF and Holdco litigation (.2); review CPCM's discovery responses received from F. Smith, counsel for CPCM (.5); correspond with PSZJ team regarding witness and exhibit lists to be filed for 6/25 hearing (.1); exchange correspondence with J. Morris regarding witness and exhibit issues for upcoming hearings (.1); exchange correspondence with H. Winograd regarding issues related to debtor's responses to CPCM discovery requests (.2); review Dugaboy's supplemental objection to exit financing motion (.1).

| 6/21/2021 | MSH | Review supplemental objection to exit financing motion filed by Dugaboy (.10) | 0.10<br>450.00/hr | 45.00 |
|---|---|---|---|---|
| 6/22/2021 | MSH | Review stipulation regarding Dondero motion for stay of contempt order pending appeal (.10). | 0.10<br>450.00/hr | 45.00 |
|  | ZZA | Review clerk's correspondence requesting order from HCRE related to motion to file document under seal (.1); review correspondence from J. Hoffman, committee counsel, regarding scheduled depositions (.1); review multiple correspondence from L. Canty regarding forthcoming witness and exhibit list for 6/25 hearing (.1); review, finalize, and file witness and exhibit lists and exhibits for hearing on Seery bonus motion and exit financing motion (.5); follow-up correspondence with J. Morris regarding debtor's witness and exhibit lists for hearing on bonus motion and exit financing motion (.1); review correspondence from A. Russell, committee counsel, regarding upcoming depositions and correspond with H. Winograd regarding same (.1); review UST's new rules regarding uniform periodic reports and correspond with PSZJ team regarding same (.2); review follow-up correspondence from A. Russell and J. Morris regarding upcoming depositions (.1); review amended civil cover sheet filed by DAF and Holdco in 3:21-cv-842 (.1). | 1.40<br>400.00/hr | 560.00 |
| 6/23/2021 | ZZA | Review motion to continue hearing on motion to reopen case filed in Acis bankruptcy (.1); review correspondence from H. Winograd regarding rescheduling of depositions (.1); review correspondence from J. Pomerantz regarding scheduling issues related to pending motions (.1); review correspondence from G. Demo regarding upcoming matters (.1); review correspondence from T. Ellison and J. Pomerantz regarding issues related to matters to be heard 6/25 (.1); review and revise reply in support of exit financing motion and correspond with G. Demo regarding revisions (.4); finalize and file debtor's reply in support of exit financing motion (.2); review Trusts' witness and exhibit list and exhibits regarding hearing on exit financing motion (.3); review court's order continuing hearing on motion to reopen Acis bankruptcy (.1); review, revise, finalize, and file debtor's amended w&e list and exhibits for 6/25 hearing (.4). | 1.90<br>400.00/hr | 760.00 |
| 6/24/2021 | ZZA | Review court's orders denying motion for stay pending appeal issued in 3:21-cv-538 and 3:21-cv-539 (.1); correspond with PSZJ team regarding court's order denying motion for stay pending appeal (.1); calendar new hearing date of motion to reopen Acis bankruptcy and correspond with PSZJ team regarding same (.1); review, finalize, and file supplemental declaration of T. Silva (.2); follow-up correspondence with G. Demo regarding T. Silva declaration (.1); exchange multiple correspondence | 0.80<br>400.00/hr | 320.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | with J. Morris and G. Demo regarding developments in litigation with the Funds (.2). | | |
| 6/25/2021 | MSH | Review notice of amended appointment of UCC (.10). | 0.10 450.00/hr | 45.00 |
| | ZZA | Attend hearing on debtor's exit financing motion, Seery bonus motion, and Seery modification motion (5.9); finalize and file proposed order granting exit financing motion (.2); correspond with T. Ellison advising of submission of order on exit financing motion (.1); follow-up correspondence with G. Demo regarding revisions to order on exit financing motion and submission of same (.1); correspond with J. Pomerantz, J. Morris, and G. Demo regarding issues from today's hearing (.1); review UST's amended appointment of committee (.1); review correspondence from G. Demo regarding additional filing to be made (.1); review, finalize, and file motion authorizing creation of indemnity subtrust (.6). | 7.20 400.00/hr | 2,880.00 |
| 6/26/2021 | ZZA | Review draft stipulation with Funds and Advisors received from J. Morris (.2). | 0.20 400.00/hr | 80.00 |
| 6/27/2021 | ZZA | Review correspondence from A. Russell, committee counsel, and J. Morris regarding rescheduling of depositions (.1). | 0.10 400.00/hr | 40.00 |
| 6/28/2021 | MSH | Review order requiring briefing by DAF on contractual jury waiver (.10); review DAF reply in DC action (.10). | 0.20 450.00/hr | 90.00 |
| | ZZA | Review correspondence from J. Morris regarding issues related to draft stipulation with Funds and Advisors (.1); review correspondence from G. Demo requesting order of 6/25 hearing transcript (.1); review correspondence from G. Demo regarding issues related to motion to enforce reference (.1); review court's order requiring post-hearing submissions (.1); review and revise current version of stipulation with Funds and Advisors and correspond with J. Morris regarding revisions to same (.3); review correspondence from M. Edmond in clerk's office regarding hearing setting on subtrust motion (.1); exchange correspondence with J. Pomerantz regarding hearing setting on subtrust motion (.1); correspond with M. Edmond regarding issues related to hearing setting on debtor's subtrust motion (.1); prepare notice of hearing on subtrust motion and correspond with J. Pomerantz regarding same (.3); review and analyze issues related to debtor's motion to enforce reference and correspond with G. Demo regarding analysis of same (.6); review correspondence from J. Morris regarding preparation of order approving stipulation with Funds and Advisors (.1); review unopposed motion for leave to file response in excess of page limits filed by DAF and Holdco in 3:21-cv-842 (.1); exchange correspondence with G. Demo and J. Pomerantz regarding issues related to subtrust motion and hearing thereon (.2); prepare proposed order approving stipulation of adjournment with Funds and Advisors and correspond with J. Morris regarding same (.2); review and revise notice of hearing on subtrust motion and deadlines related thereto and correspond with J. Pomerantz and G. Demo regarding revisions (.2); review, finalize, and file debtor's notice of filing of second amended and restated advisory agreement (.3); follow-up correspondence with J. Pomerantz regarding hearing setting | 4.00 400.00/hr | 1,600.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

for debtor's subtrust motion (.1); exchange follow-up correspondence with G. Demo regarding issues related to noticing of hearing in subtrust motion (.1); calendar deadline for DAF and Holdco to file pleading regarding jury trial rights and correspond with PSZJ team regarding same (.1); exchange correspondence with J. Pomerantz regarding issues related to exit financing order (.1); finalize and file notice of hearing on subtrust motion (.2); calendar hearing on subtrust motion and related deadlines and correspond with PSZJ team regarding same (.2); review correspondence from L. Canty regarding amended w&e list and exhibit for 6/8 contempt hearing (.1); exchange multiple correspondence with J. Pomerantz and J. Morris regarding issues related to submission to court of time entries related to contempt motion (.2).

| 6/29/2021 | MSH | Review DAF response to motion to enforce reference (.10). | 0.10<br>450.00/hr | 45.00 |
|---|---|---|---|---|

| | ZZA | Review correspondence from J. Morris regarding issues related to submission of debtor's attorney fees related to contempt motion (.1); review court's order granting DAF and Holdco's motion for leave to file response in excess of page limits (.1); review correspondence from G. Demo regarding revisions to order on Seery modification motion (.1); review and revise proposed order on Seery modification motion and correspond with J. Morris regarding same (.2); review update on ancillary litigation involving debtor-affiliate and correspond with PSZJ team regarding same (.3); correspond with T. Ellison advising of filing of stipulation and submission of order (.1); finalize and file proposed order on Seery bonus motion and correspond with T. Ellison advising of submission of same (.2); review correspondence from J. Hoffman, committee counsel, inquiring about issues related to hearing transcripts and correspond with M. Holmes regarding same (.1); exchange multiple correspondence with M. Holmes and G. Demo regarding issues related to recent hearing transcripts (.2); exchange follow-up correspondence with J. Hoffman regarding order of hearing transcripts (.1); follow-up correspondence with J. Morris regarding issues related to submission of attorneys' fees related to contempt proceeding (.1); review correspondence from J. Pomerantz regarding order on exit financing and correspond with T. Ellison regarding same (.1); review correspondence from J. Morris regarding issues related to Seery modification motion (.1); review, finalize, and submit proposed order denying Seery modification motion and correspond with T. Ellison advising of same (.2); review DAF's and Holdco's response to motion to enforce reference (.4); review DAF's and Holdco's response to motion to dismiss (.6). | 3.00<br>400.00/hr | 1,200.00 |
|---|---|---|---|---|

| 6/30/2021 | MSH | Review order authorizing restructuring fee payment and order authorizing exit financing motion (.20). | 0.20<br>450.00/hr | 90.00 |
|---|---|---|---|---|
| | MSH | Review HCMFA and NexPoint motions for protective order (.10) | 0.10<br>450.00/hr | 45.00 |
| | ZZA | Review multiple correspondence from J. Morris, J. Pomerantz, and L. Canty regarding issues related to submission of attorneys' fees related to contempt proceedings (.2); review 6/25 hearing transcript received from M. Holmes (.2); review court's order approving exit financing (.1); review court's order approving Seery bonus motion (.1); review court's order | 1.20<br>400.00/hr | 480.00 |

Highland Capital Management, L.P.                                                                                      Page    20

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

denying Seery modification motion (.1); review correspondence from F. Smith, counsel for CPCM, regarding document production (.1); review March OCP report and correspond with K. Yee regarding revisions to be made to same (.1); exchange correspondence with J. Morris regarding issues related to order setting status conference (.1); multiple correspondence with PSZJ team regarding HCMFA's and NexPoint Advisors' motions for protective order (.1); correspond with J. Hoffman, committee counsel, providing her with hearing transcripts (.1); exchange follow-up correspondence with J. Hoffman regarding outstanding hearing transcripts (.1).

SUBTOTAL:                                                                    [            74.10  29,175.00 ]

### Matters Pertaining to Appeals

| Date | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/1/2021 | ZZA | Finalize and file debtor's opposition to motion for stay pending appeal and appendix in support of opposition in 5th Circuit case 21-10449 (.3). | 0.30 400.00/hr | 120.00 |
| 6/2/2021 | ZZA | Review and analyze multiple notices from 5th Circuit regarding docket entry revisions regarding recently filed documents (.1); review correspondence from H. Winograd regarding issues related to Trusts' appeal of HarbourVest settlement (.1); review 5th Circuit's order granting motions for leave to appeal directly to 5th Circuit and correspond with PSZJ team regarding same (.2); review 5th Circuit's docket entries and updates regarding case captioning and transfer and provide multiple correspondence to PSZJ team regarding same (.2); review Trusts' notice of appeal of UBS settlement and correspond with PSZJ team regarding same (.2); review correspondence from H. Winograd regarding motion to seal documents in appeal of HarbourVest settlement (.1). | 0.90 400.00/hr | 360.00 |
| | MSH | Review 5th Circuit orders granting leave to appeal (.10). | 0.10 450.00/hr | 45.00 |
| 6/6/2021 | ZZA | Review and revise debtor's motion for leave to file sur-reply and draft sur-reply to motion for stay pending appeal in 5th Circuit case 21-10449 (.5); review correspondence from G. Demo regarding revisions to debtor's motion for leave to file sur-reply (.1); review multiple correspondence from J. Pomerantz regarding additional revisions to debtor's sur-reply to motions for stay pending appeal (.1); review multiple correspondence from G. Demo and J. Pomerantz regarding revised draft sur-reply to motions for stay pending appeal (.1). | 0.80 400.00/hr | 320.00 |
| 6/7/2021 | ZZA | Review multiple correspondence from J. Elkin and G. Demo regarding issues related to debtor's sur-reply to motions for stay pending appeal (.1); revise debtor's motion for leave to file sur-reply to motion for stay pending appeal in case 21-10449 and draft sur-reply and exchange multiple correspondence with J. Elkin regarding revisions to same (.7); finalize and file debtor's motion for leave to file sur-reply in 5th Circuit case 21-10449 (.3); review appellants' response of no opposition to motion for leave to file sur-reply in 21-10449 and correspond with PSZJ | 1.30 400.00/hr | 520.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | team regarding same (.1); review multiple correspondence from 5th Circuit regarding revisions to docket text of today's electronic entries (.1). | | |
| 6/9/2021 | ZZA | Review correspondence from H. Winograd regarding issues related to finalization of motion for an order authorizing acceptance of documents under seal in appeal of HarbourVest settlement (.1); review notice of transmittal of record in appeal 3:21-cv-538 (.1); review joint statement of parties filed in appeal 3:20-cv-3408 (.1); review correspondence from H. Hochman regarding issues related to debtor's brief in appeal of HarbourVest settlement (.1); finalize and file debtor's motion for an order authorizing acceptance of documents under seal in appeal of HarbourVest settlement (.3); correspond with Judge Lindsay's court regarding submission of proposed order on motion to accept documents under seal (.1); correspond with H. Hochman regarding issues related to debtor's brief in appeal of HarbourVest settlement (.1); calendar deadline for debtor to file brief in appeal of HarbourVest settlement and correspond with PSZJ attorneys regarding same (.1); correspond with H. Winograd, G. Demo, and J. Morris regarding district court docketing of appeal of UBS settlement (.1); exchange correspondence with H. Hochman regarding issues related to debtor's forthcoming brief in appeal of HarbourVest settlement (.2). | 1.30 400.00/hr | 520.00 |
| 6/10/2021 | ZZA | Provide PSZJ team with file-stamped copies of debtor's sur-reply and appendix accepted by 5th Circuit in 21-10449 (.1); review district court's order granting debtor's motion to intervene in appeal of recusal order and correspond with PSZJ team regarding same (.2); exchange correspondence with J. Elkin and J. Pomerantz regarding 5th Circuit's approval of filing of debtor sur-reply (.1); calendar deadline for debtor to supplement record in appeal of recusal order and correspond with PSZJ team regarding same (.1); review follow-up correspondence from H. Hochman regarding issues related to debtor's brief in appeal of HarbourVest settlement (.1); review 6/10 correspondence from counsel for Funds' to 5th Circuit clerk and correspond with PSZJ team regarding same (.1); review and respond to correspondence from H. Winograd regarding issues related to including sealed documents in record in appeals of confirmation order (.5). | 1.20 400.00/hr | 480.00 |
| 6/11/2021 | ZZA | Review follow-up correspondence from H. Winograd regarding record issues in appeal of HarbourVest settlement (.1). | 0.10 400.00/hr | 40.00 |
| 6/14/2021 | HOL | Work on appellee brief in Dugaboy appeal, email correspondence regarding same (1.4); email correspondence with Z. Annable and PSZJ team regarding revisions (0.2); revisions to brief, forward final version to Z. Annable (0.2); check district court case docket for confirmation of transmission (0.1); email correspondence regarding transmission of record to Fifth Circuit in Case no. 21-10449 (0.1). | 2.00 175.00/hr | 350.00 |
| | ZZA | Exchange correspondence with H. Winograd regarding issues in outstanding appeals (.2); calendar deadline for appellant to file brief in recusal order appeal and correspond with PSZJ team regarding same (.1); review multiple correspondence from I. Kharasch and H. Winograd regarding debtor's forthcoming appellate brief in HarbourVest settlement appeal (.1); review multiple correspondence from H. Hochman and H. Winograd regarding issues related to debtor's brief in appeal of | 2.70 400.00/hr | 1,080.00 |

Highland Capital Management, L.P.

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

HarbourVest settlement (.2); review debtor's brief in appeal of HarbourVest settlement and correspond with M. Holmes regarding revisions and additions to be made to same (.3); exchange correspondence with H. Winograd regarding issues related to appeal of UBS settlement (.2); review court's order authorizing acceptance under seal of documents designated as part of record in appeal of HarbourVest settlement (.1); exchange multiple follow-up correspondence with M. Holmes regarding revisions to be made to debtor's appellate brief (.2); exchange follow-up correspondence with H. Winograd regarding debtor's appellate brief (.1); review debtor's brief and exchange further correspondence with M. Holmes regarding additional revisions to brief (.5); review follow-up correspondence from H. Hochman and H. Winograd regarding finalization of debtor's brief (.1); finalize and file debtor's brief in appeal of HarbourVest settlement (.2); follow-up correspondence with M. Holmes regarding issues related to debtor's brief (.1); exchange multiple correspondence with H. Winograd and M. Holmes regarding record in appeals of confirmation order and issues related thereto (.2); review stipulation of dismissal filed in 3:20-cv-3408 (.1).

| 6/14/2021 | MSH | Exchange email regarding finalization of Dugaboy appellate brief (.20); review stipulation dismissing UBS action (.10). | 0.30 450.00/hr | 135.00 |
|---|---|---|---|---|
| 6/15/2021 | ZZA | Exchange correspondence with H. Winograd regarding deadline for appellants' brief in confirmation order appeals (.1); exchange multiple correspondence with H. Winograd and J. Morris regarding issues related to ongoing appeal of recusal order (.2); review Dondero's notice of appeal of contempt order in AP 20-3190 (.1); review multiple correspondence from H. Winograd and J. Elkin regarding issues related to appeals of confirmation order pending in the 5th Circuit (.2); follow-up correspondence with H. Winograd and J. Morris regarding issues related to appeal of recusal order (.1); investigate and analyze issues related to pending appeal of confirmation orders and other case-related matters handled by 5th Circuit and provide lengthy correspondence to J. Elkin and H. Winograd regarding my analysis of same (.9); review follow-up correspondence from J. Elkin regarding issues related to appeals of confirmation order (.1); review Trusts' correspondence to 5th Circuit clerk regarding payment of appellate fees (.1). | 1.80 400.00/hr | 720.00 |
|  | MSH | Review Dondero notice of appeal of contempt order and motion to stay pending appeal (.20); exchange email regarding status of appeals and issue with record on appeal (.20). | 0.40 450.00/hr | 180.00 |
| 6/16/2021 | ZZA | Review Trusts' statement of issues in appeal of UBS settlement (.1); review Trusts' record designations in appeal of UBS settlement (.1); exchange correspondence with H. Winograd regarding deadline for debtor to file supplemental record designations in appeal of UBS settlement (.1); calendar deadline to file supplemental designations in appeal of UBS settlement and correspond with PSZJ team regarding same (.1); review appellants' motion for leave supplement record in appeal of recusal order (.1); review correspondence from H. Winograd regarding issues related to pending confirmation order appeals (.1); left voicemail with 5th Circuit clerk's office regarding record in appeal of confirmation order (.1); review voicemail and correspondence from H. | 1.20 400.00/hr | 480.00 |

Highland Capital Management, L.P.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Winograd regarding issues related to recusal order appeal (.1); review voicemail from 5th Circuit clerk's office regarding issues related to record in appeals of confirmation order (.1); exchange follow-up correspondence with H. Winograd and J. Elkin regarding issues related to appeals of confirmation order pending in the 5th Circuit (.3). | | |
| 6/17/2021 | ZZA | Review court's order granting expedited hearing on motion for stay pending appeal in AP 20-3190 (.1);  review clerk's correspondence requesting Trusts' submission of exhibits for inclusion in record on appeal (.1); review Trusts' motion for leave to amend record designations in appeal of UBS settlement (.1). | 0.30<br>400.00/hr | 120.00 |
| 6/18/2021 | ZZA | Review appellants' motion for expedited appeal in appeal of recusal order (.1); exchange correspondence with J. Pomerantz regarding appellants' proposed order on motion for expedited appeal (.1); correspond with J. Pomerantz, J. Morris, and G. Demo regarding appellants' motion for expedited appeal in 3:21-cv-879 (.1); correspond with appellants' counsel in recusal order appeal, case 3:21-cv-879, requesting inclusion of PSZJ attorneys on future correspondence (.1). | 0.40<br>400.00/hr | 160.00 |
| 6/21/2021 | ZZA | Review correspondence from J. Pomerantz regarding issues related to debtor's forthcoming response in opposition to motion to expedite appeal in recusal order appeal (.1); review 5th Circuit order denying Advisors' motion for stay pending appeal in case 21-10449 and correspond with PSZJ team regarding same (.2); review order granting motions for direct appeal of confirmation order filed on docket in main bankruptcy case (.1); review Trusts' motion for authority to accept under seal documents as part of appellate record filed with 5th Circuit and correspond with PSZJ team regarding same (.2); review 5th Circuit clerk's correspondence to Trusts' advising that motion filed in wrong proceeding and correspond with PSZJ team regarding same (.2); review Trusts' refiled motion in correct 5th Circuit case and correspond with PSZJ team regarding same (.1). | 0.90<br>400.00/hr | 360.00 |
| 6/22/2021 | ZZA | Review correspondence from H. Winograd regarding issues related to record in appeals of confirmation order (.1); review and revise debtor's response to appellants' motion to expedite appeal of recusal order (.2); exchange correspondence with H. Winograd regarding revisions to debtor's response to appellants' motion to expedite (.1); correspond with J. Blanco at clerk's office regarding issues related to supplementation of record with sealed documents in appeal of HarbourVest settlement order (.2); finalize and file debtor's response to appellants' motion for expedited appeal of recusal order (.2); correspond with H. Winograd responding to her inquiries regarding record in appeals of confirmation order (.3); review correspondence from J. Elkin regarding record in appeals of confirmation order (.1); review court's order expediting response deadline to motion to supplement record in appeal of recusal order and correspond with PSZJ team regarding same (.1); exchange multiple correspondence with J. Pomerantz regarding issues related to pending appeal of recusal order (.2). | 1.50<br>400.00/hr | 600.00 |
| 6/23/2021 | ZZA | Review notice of appearance of counsel for J. Dondero filed in 5th Circuit and correspond with PSZJ team regarding same (.1); review court's order granting leave for Trusts to amend record designations (.1); | 0.30<br>400.00/hr | 120.00 |

Highland Capital Management, L.P.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | correspondence from H. Winograd regarding issues related to inclusion of sealed documents in record of appeal of confirmation order (.1). | | |
| 6/24/2021 | ZZA | Review Dondero's counsel's correspondence to 5th Circuit clerk and provide same to PSZJ team (.2); calendar deadline to respond to motion to supplement record on appeal in recusal order appeal and correspond with PSZJ team regarding same (.1); exchange correspondence with H. Winograd regarding issues related to supplementation of record in appeal of recusal order (.2). | 0.50 400.00/hr | 200.00 |
| 6/28/2021 | ZZA | Review Trusts' reply brief in appeal of HarbourVest settlement and correspond with PSZJ team regarding same (.3); review correspondence from H. Winograd regarding issues related to record in appeals of confirmation order (.1); review and revise debtor's motion for an order authorizing clerk to accept under seal documents as part of record in appeals of confirmation order and correspond with H. Winograd regarding same (.5); review follow-up correspondence from H. Winograd regarding issues related to inclusion of sealed documents as part of record in confirmation order appeals (.1); review appellants' brief filed in appeal of recusal order (.5); correspond with PSZJ team regarding appellants' brief in recusal order appeal (.1); calendar deadline to file appellee brief in recusal order appeal and correspond with PSZJ team regarding same (.1). | 1.70 400.00/hr | 680.00 |
| 6/29/2021 | ZZA | Review 5th Circuit clerk's correspondence to counsel for Trusts advising no action to be taken on motion to supplement record and correspond with PSZJ team regarding same (.2); review 5th Circuit clerk's correspondence regarding appellate briefing schedule and correspond with PSZJ team regarding same (.2); exchange multiple correspondence with H. Winograd and J. Elkin regarding deadlines and issues related to appeals of confirmation order (.2); correspond with PSZJ team regarding court's order permitting appellants to supplement record in recusal order appeal (.1); review correspondence from J. Blanco at clerk's office regarding issues related to submission of sealed documents for inclusion in record on appeal (.1); correspond with H. Winograd discussing J. Blanco correspondence regarding sealed documents (.1); exchange correspondence with H. Winograd regarding briefing schedule in appeal of recusal order (.1); review Dondero's record designations in appeal of contempt order (.1). | 1.10 400.00/hr | 440.00 |
| 6/30/2021 | HOL | Email from Z. Annable regarding sending sealed docs to J. Blanco at bankruptcy court (0.1) | 0.10 175.00/hr | 17.50 |
| | ZZA | Calendar supplemental designation deadline in appeal of UBS settlement and correspond with PSZJ team regarding same (.1); review court's order granting HCRE's motion to file appendix under seal (.1); review multiple correspondence from J. Pomerantz and H. Winograd regarding forthcoming motion to supplement record (.1); review correspondence from H. Winograd regarding issues related to debtor's forthcoming motion for order authorizing acceptance of sealed documents as part of record in appeals of confirmation order (.1); review and revise debtor's motion to supplement record in hearing on contempt motion and ancillary documents related thereto and correspond with J. Morris regarding revisions and issues related thereto (.7); calendar | 1.40 400.00/hr | 560.00 |

Highland Capital Management, L.P.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | deadlines related to Dondero's appeal of contempt order and correspond with PSZJ team regarding same (.1); review multiple correspondence from J. Morris and J. Pomerantz following up on issues related to supplementation of record in contempt hearing (.1); correspond with M. Holmes regarding service of sealed documents on J. Blanco at clerk's office (.1). | | |
| | | SUBTOTAL: | [ 22.60 | 8,607.50 ] |
| | | Matters Pertaining to Sale of Assets | | |
| 6/10/2021 | ZZA | Review correspondence and documentation of items to be appraised received from J. Donohue of DSI (.1); review multiple correspondence from M. Hayward and G. Demo regarding inquiry on property issue (.1); follow-up correspondence with J. Donohue regarding debtor property to be appraised (.1). | 0.30 400.00/hr | 120.00 |
| | MSH | Exchange email regarding sale of art (.20); voicemail from counsel regarding subsidiary sale of real property (.10); exchange email with Pachulski team regarding same (.20); email from S. Bryant regarding real property sale (.10); respond to same (.10); email to Pachulski team regarding same (.10). | 0.80 450.00/hr | 360.00 |
| 6/13/2021 | ZZA | Perform additional research regarding potential appraiser for art and other personal property of the debtor (.3). | 0.30 400.00/hr | 120.00 |
| 6/14/2021 | ZZA | Follow-up correspondence with J. Donohue of DSI regarding potential appraiser for artwork (.1). | 0.10 400.00/hr | 40.00 |
| | MSH | Exchange email regarding sale of art and referrals for same (.10). | 0.10 450.00/hr | 45.00 |
| 6/29/2021 | ZZA | Review correspondence from G. Demo regarding issues related to forthcoming sale motion (.1); correspond with T. Ellison regarding hearing setting for forthcoming sale motion (.1); exchange correspondence with T. Ellison regarding scheduling of hearing on forthcoming sale motion (.1). | 0.30 400.00/hr | 120.00 |
| | | SUBTOTAL: | [ 1.90 | 805.00 ] |
| | | For professional services rendered | 141.90 | $53,145.00 |

Additional Charges :

| | | | | |
|---|---|---|---|---|
| 6/30/2021 | PACER fee Court Electronic Records Fees | | | 0.70 |
| | PACER fee Court Electronic Records Fees | | | 60.10 |

Highland Capital Management, L.P.                                                    Page  26

                                                                                      Amount
                                                                                     ─────────
         SUBTOTAL:                                                            [    60.80 ]

              Copying cost _____

6/7/2021    Copying cost                                                             2,380.55
            MainStay Legal Inv #21-06-027
                                                                                     ─────────
         SUBTOTAL:                                                            [ 2,380.55 ]

              Delivery Cost _____

6/7/2021    Delivery Cost                                                              703.62
            MainStay Legal Inv #21-06-027
            Courier Fee

6/30/2021   Delivery Cost                                                               18.82
            Delivery to US District Court-Dallas
            Zip Delivery Inv #5775-15561
                                                                                     ─────────
         SUBTOTAL:                                                            [   722.44 ]

              Miscellaneous _____

6/7/2021    Miscellaneous                                                            1,463.65
            MainStay Legal Inv #21-06-027
            Binders for Trial, etc.

6/29/2021   Miscellaneous                                                                0.75
            reSearchTX
                                                                                     ─────────
         SUBTOTAL:                                                            [ 1,464.40 ]

              Parking _____

6/8/2021    Parking                                                                    12.00
            ZZA - Courthouse for Hrg
                                                                                     ─────────
         SUBTOTAL:                                                            [    12.00 ]

              Service Fee _____

6/22/2021   Service Fee                                                                158.88
            Professional Civil Process
            Served PricewaterhouseCoopers

Highland Capital Management, L.P. 

| | Amount |
|---|---|

SUBTOTAL: [ 158.88 ]

### SOS Research Fees

| 6/12/2021 | SOS Research Fees<br>PricewaterhouseCoopers' Corporate Agent | 1.00 |
|---|---|---|

SUBTOTAL: [ 1.00 ]

### Transcript Cost

| 6/10/2021 | Transcript Cost<br>Hearing Date: Jun 8, 2021<br>K. Rehling Inv #8703 | 2,160.50 |
|---|---|---|
| 6/14/2021 | Transcript Cost<br>Hearing Date: Jun 10, 2021<br>K. Rehling Inv #8711 | 109.20 |
| 6/30/2021 | Transcript Cost<br>Hearing Date: Jun 25, 2021<br>K. Rehling Inv #8726 | 719.15 |

SUBTOTAL: [2,988.85 ]

Total additional charges $7,788.92

Total amount of this bill $60,933.92

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Melanie Holmes | 17.20 | 175.00 | $3,010.00 |
| Melissa S. Hayward | 5.10 | 450.00 | $2,295.00 |
| Zachery Z. Annable | 119.60 | 400.00 | $47,840.00 |