PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (admitted *pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (admitted *pro hac vice*)
Gregory V. Demo (NY Bar 5371992) (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachary Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Reorganized Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Reorganized Debtor. | § | |

## OMNIBUS NOTICE OF HEARING ON FINAL
## APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT
## OF EXPENSES OF ESTATE PROFESSIONALS

TO:    (a) the Office of the United States Trustee; (b) the Office of the United States Attorney for the Northern District of Texas; (c) counsel to the Committee; (d) the Debtor's principal secured parties; and (e) parties requesting notice pursuant to Bankruptcy Rule 2002.

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725).  The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

**PLEASE TAKE NOTICE** that a hearing on the final applications (the "Applications") of certain professionals employed in the above-captioned case (the "Estate Professionals") for final approval of compensation and reimbursement of expenses as reflected in the chart on **Exhibit A** annexed hereto is scheduled for **Tuesday, November 9, 2021 at 9:30 a.m. (Central Time)** (the "Hearing").

The Hearing on the Applications will be held via WebEx videoconference before The Honorable Stacey G. C. Jernigan, United States Bankruptcy Judge. The WebEx video participation/attendance link for the Hearing is: https://us-courts.webex.com/meet/jerniga.

A copy of the WebEx Hearing Instructions for the Hearing is attached hereto as **Exhibit B**; alternatively, the WebEx Hearing Instructions for the Hearing may be obtained from Judge Jernigan's hearing/calendar site at: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judgejernigans-hearing-dates.

**PLEASE TAKE FURTHER NOTICE** that copies of the Applications are on file with the Clerk of the Court and are available for inspection during the Court's normal business hours and may also be obtained free of charge from the Reorganized Debtor's claims and noticing agent, Kurtzman Carson Consultants LLC at http://www.kccllc.net/hcmlp, or upon request to the Estate Professional at the address set forth in the chart below.

**PLEASE TAKE FURTHER NOTICE** that any response (each, a "Response") to the relief requested in the Applications shall be filed with the Clerk of the Court on or before the date listed in the column titled "Objection Deadline" (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtor and/or the Estate Professionals may, at their option, file and serve a reply to any Response by no later than **5:00 p.m. (Central Time)** three (3) days prior to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the compensation and reimbursement

requested by the Estate Professionals in the Applications is set forth on **Exhibit A** annexed

hereto.

Dated: October 12, 2021.     **HAYWARD PLLC**

             */s/ Zachery Z. Annable*
             Melissa S. Hayward
             Texas Bar No. 24044908
             MHayward@HaywardFirm.com
             Zachery Z. Annable
             Texas Bar No. 24053075
             ZAnnable@HaywardFirm.com
             10501 N. Central Expy, Ste. 106
             Dallas, Texas 75231
             Tel: (972) 755-7100
             Fax: (972) 755-7110

             -and-

             **PACHULSKI STANG ZIEHL & JONES LLP**

             Jeffrey N. Pomerantz (CA Bar No.143717)
             (*admitted pro hac vice*)
             Ira D. Kharasch (CA Bar No. 109084)
             (*admitted pro hac vice*)
             Gregory V. Demo (NY Bar 5371992)
             (*admitted pro hac vice*)
             10100 Santa Monica Blvd., 13th Floor
             Los Angeles, CA 90067
             Tel.: (310) 277-6910
             Fax: (310) 201-0760
             E-mail: jpomerantz@pszjlaw.com
                 ikharasch@pszjlaw.com
                 gdemo@pszjlaw.com

             *Counsel for the Reorganized Debtor*

**<u>EXHIBIT A</u>**

| Professional | Docket No. | Objection Deadline | Compensation Period | Fees Requested | Expenses Requested | Total |
|---|---|---|---|---|---|---|
| **Debtor's Counsel**<br>PACHULSKI STANG ZIEHL & JONES LLP<br>Jeffrey N. Pomerantz, Esq.<br>10100 Santa Monica Blvd., 15th Flr.<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910 | 2906 | 11/02/21 | 10/16/19 – 08/10/21 | $23,978,627.25 | $334,232.95 | **$24,312,860.20** |
| **Debtor's Local Counsel**<br>HAYWARD PLLC<br>Zachery Z. Annable, Esq.<br>10501 North Central Expy., Suite 106<br>Dallas, TX 75231<br>Telephone: (972) 755-7100 | 2910 | 11/02/21 | 12/10/19 – 08/11/21 | $825,629.50 | $46,482.92 | **$872,112.42** |
| **Debtor's Regulatory & Compliance Counsel**<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>Timothy F. Silva<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6502 | 2907 | 11/02/21 | 10/16/19 – 08/11/21 | $2,645,729.72 | $5,207.53 | **$2,650,937.25** |
| **Debtor's Tax Services Provider**<br>DELOITTE TAX LLP<br>Todd Crawford<br>1111 Bagby Street, Suite 4500<br>Houston, TX 77002-2591<br>Telephone: (713) 982-4048 | 2911 | 11/02/21 | 10/16/19 – 08/11/21 | $553,412.60 | $0.00 | **$553,412.60** |
| **Debtor's Compensation Consultant**<br>MERCER (US) INC.<br>John Dempsey<br>1166 Avenue of the Americas<br>New York, NY<br>Telephone: 212.345.7000 | 2908 | 11/02/21 | 11/15/19 – 08/10/21 | $202,317.65 | $2,449.37 | **$204,767.02** |
| **Debtors' Special Counsel**<br>HUNTON ANDREWS KURTH LLP<br>Gregory G. Hesse<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202 | 2872 | 11/02/21 | 07/01/20 – 08/11/21 | $1,147,059.42 | $2,747.84 | **$1,149,807.26** |

| Professional | Docket No. | Objection Deadline | Compensation Period | Fees Requested | Expenses Requested | Total |
|---|---|---|---|---|---|---|
| **Committee Counsel**<br>SIDLEY AUSTIN LLP<br>Elliot A. Bromagen, Esq./ Juliana Hoffman, Esq.<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000 | 2904 | 11/02/21 | 10/29/19 – 08/11/21 | $13,134,805.20 | $211,841.25 | **$13,346,646.45** |
| **Committee Financial Advisor**<br>FTI CONSULTING<br>Conor P. Tully<br>Three Times Square<br>New York, NY 10036<br>Telephone: (212)-841-9335 | 2902 | 11/02/21 | 11/06/19 – 08/11/21 | $6,176,551.20 | $39,122.91 | **$6,215,674.11** |
| **Committee Litigation Advisor**<br>Teneo Capital, LLC<br>Gary Polkowitz<br>280 Park Avenue, 4th Floor<br>New York, NY 10017<br>Telephone: (212) 593-2255 | 2903 | 11/02/21 | 04/15/21 – 08/11/21 | $1,358,565.52 | $6,257.07 | **$1,364,822.59** |

# **<u>EXHIBIT B</u>**

# WebEx Hearing Instructions
## Judge Stacey G. Jernigan

Pursuant to General Order 2020-14 issued by the Court on May 20, 2020, all hearings before Judge Stacey G. Jernigan are currently being conducted by WebEx videoconference unless ordered otherwise.

**For WebEx Video Participation/Attendance**:

Link:   https://us-courts.webex.com/meet/jerniga

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207
Meeting ID: 479 393 582

**Participation/Attendance Requirements:**

- Counsel and other parties in interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above.  Counsel and other parties in interest who will <u>not</u> be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time.  Please be advised that a hearing may already be in progress.  <u>During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing</u>.  **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**.  For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https:// www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated**.  Telephonic testimony without accompanying video will <u>not</u> be accepted by the Court.

- All WebEx hearing attendees are required to comply with Judge Jernigan's Telephonic and Videoconference Hearing Policy (included within Judge Jernigan's Judge-Specific Guidelines):  https://www.txnb.uscourts.gov/content/judge-stacey-g-c-jernigan

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at the hearing <u>must</u> file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a <u>separate, individual attachment thereto</u> so that the Court and all participants have ready access to all designated exhibits.

- If the number of pages of such exhibits exceeds 100, then such party <u>must</u> also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing.

**Notice of Hearing Content and Filing Requirements:**

<u>IMPORTANT: For all hearings that will be conducted by WebEx only</u>:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Jernigan's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-jernigans-hearing-dates.

- When electronically filing the Notice of Hearing via CM/ECF <u>select "at https://us-courts.webex.com/meet/jerniga" as the location of the hearing</u> (note: this option appears immediately after the first set of Wichita Falls locations).  Do <u>not</u> select Judge Jernigan's Dallas courtroom as the location for the hearing.