

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 13, 2021**

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § § | Case No. 19-34054-SGJ-11 Chapter 11 |
| Debtor. | | |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR JAMES DONDERO

Came on to be considered the Unopposed Motion to Withdraw as Attorneys of Record (the "Motion") filed by Michael M. Eidelman, Thomas P. Cimino, Jr., Douglas J. Lipke, William W. Thorsness, David L. Kane and Vedder Price P.C. (collectively "Withdrawing Attorneys") seeking permission from the Court to withdraw as attorneys of record in the above-referenced matter (the "Case") for James Dondero (the "Client").

After considering the Motion, the Court believes it should be granted.

IT IS THEREFORE ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that Withdrawing Attorneys are permitted to withdraw as counsel for the Client in the Case.

2

IT IS FURTHER ORDERED that the Clerk of this Court and all parties are directed to remove Withdrawing Attorneys as attorneys for the Client on the docket and any applicable service list, including the Court's CM/ECF electronic notification list, maintained in this Case.

##END OF ORDER##

Prepared and submitted by:

Michael M. Eidelman (admitted *pro hac vice*)
Thomas P. Cimino, Jr. (admitted *pro hac vice*)
Douglas J. Lipke (admitted *pro hac vice*)
William W. Thorsness (admitted *pro hac vice*)
David L. Kane (admitted *pro hac vice*)
VEDDER PRICE P.C.
222 LaSalle Street, Suite 2600
Chicago, IL 60601
Telephone: (312) 609-7500
Facsimile: (312) 609-5005
meidelman@vedderprice.com
tcimino@vedderprice.com
dlipke@vedderprice.com
wthorsness@vedderprice.com
dkane@vedderprice.com

FORMER ATTORNEYS FOR JAMES DONDERO