Jason M. Rudd
Texas State Bar No. 24028786
jason.rudd@wickphillips.com
Lauren K. Drawhorn
Texas State Bar No. 24074528
lauren.drawhorn@wickphillips.com
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Fax: (214) 692-6255

**COUNSEL FOR NEXBANK CAPITAL, INC.,
NEXBANK SECURITIES, INC. NEXBANK TITLE, INC.,
AND NEXBANK**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § | Case No.: 19-34054-sgj11 |
| | § | |
| Debtor. | § | |

### NOTICE OF CASE STATUS ON NEXBANK'S APPLICATION
### FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

NexBank Capital Inc., NexBank Securities, Inc., NexBank Title, Inc. and NexBank (collectively, "NexBank") files this Notice of Case Status on NexBank's Application for Allowance of Administrative Expense Claim in response to the Clerk's correspondence requesting an order from attorney for interested party [ECF No. 2891] ("Clerk's Correspondence") and respectfully states as follows:

NexBank filed its Application for Administrative Expense Claim on February 3, 2021[ECF No. 1888] ("Admin Claim"). On August 3, 2021, Highland Capital Management, L.P. (then, the debtor in the above-referenced bankruptcy case; now, the reorganized debtor) ("HCMLP" and together with NexBank, the "Parties") filed its objection to the Admin Claim. [Docket No. 2659]. The Court set a status conference on the Admin Claim on August 4, 2021. [ECF No. 2387]. At

the status conference, the Parties informed the Court that they would work together to submit a proposed scheduling order in connection with the Admin Claim.

Since the status conference, the Parties have discussed a potential resolution of the Admin Claim in addition to other claims between them. Based on those discussions, the Parties have reached an agreement in principle as to settlement terms (subject to the execution of definitive documentation satisfactory to both Parties), and are in the process of drafting the required settlement papers and stipulations.

The Parties anticipate filing a stipulation resolving the Admin Claim, among other things, with the Court in the near future.

Respectfully submitted,

*/s/ Lauren K. Drawhorn*
Jason M. Rudd
Texas Bar No. 24028786
Lauren K. Drawhorn
Texas Bar No. 24074528
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Fax: (214) 692-6255
Email: jason.rudd@wickphillips.com
lauren.drawhorn@wickphillips.com

**COUNSEL FOR NEXBANK CAPITAL, INC., NEXBANK SECURITIES, INC., NEXBANK TITLE, INC., AND NEXBANK**

### CERTIFICATE OF CONFERENCE

I hereby certify that on October 14, 2021, I conferred with counsel for HCMLP regarding this status update and HCMLP agrees with the representations set forth herein.

*/s/ Lauren K. Drawhorn*
Lauren K. Drawhorn

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 14, 2021, a true and correct copy of the foregoing Notice was served via the Court's CM/ECF system upon counsel for the Debtor and all other parties requesting or consenting to such service in this bankruptcy case.

                                                    */s/ Lauren K. Drawhorn*
                                                     Lauren K. Drawhorn