# **<u>EXHIBIT A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § § | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § § | |

**ORDER GRANTING AMENDED MOTION
OF THE REORGANIZED DEBTOR FOR AN ORDER AUTHORIZING
ENTRY INTO AN AMENDED AND RESTATED EMPLOYEE STIPULATION**

Having considered the *Amended Motion of the Reorganized Debtor for an Order Authorizing Entry into an Amended and Restated Employee Stipulation* (the "Motion")[2] filed by Highland Capital Management, L.P., the reorganized debtor ("HCMLP" or the "Reorganized Debtor", and prior to confirmation of the Plan, the "Debtor") in the above-captioned chapter 11 case (the "Bankruptcy Case"), the Court finds that (i) notice of the Motion was good and sufficient

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

[2] Capitalized terms not otherwise defined in this Order have the same meanings ascribed to them in the Motion.

upon the particular circumstances and that no other or further notice need be given; (ii) the Motion is a core proceeding under 28 U.S.C. § 157(b)(2); and (iii) the relief requested in the Motion is in the best interests of HCMLP, its creditors, and other parties-in-interest.  Accordingly, the Court finds and concludes that there is good and sufficient cause to grant the relief set forth in this Order.

It is therefore **ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. HCMLP is authorized to enter into that certain *Amended and Restated Senior Employee Stipulation and Tolling Agreement Extending Statutes of Limitation* (the "Restated Stipulation") with Thomas Surgent ("Mr. Surgent"), a copy of which was attached to the Motion as **Exhibit B**.

3. To the extent applicable, the official claims register in the Debtor's Bankruptcy Case shall be modified in accordance with this Order.

4. HCMLP is authorized and empowered to take any action necessary to implement and effectuate the terms of this Order.

5. The Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

### End of Order ###