PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Reorganized Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Reorganized Debtor. | § | |

## NOTICE OF FILING OF MONTHLY STAFFING REPORT
## BY DEVELOPMENT SPECIALISTS, INC. FOR THE PERIOD
## FROM AUGUST 1, 2021 THROUGH AUGUST 11, 2021

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Reorganized Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

**PLEASE TAKE NOTICE** that Development Specialists, Inc. ("<u>DSI</u>") hereby submits its monthly staffing report for the period of August 1, 2021 through August 11, 2021 attached as **<u>Exhibit A</u>** hereto to the United States Bankruptcy Court for the Northern District of Texas, 1100 Commerce Street, Suite 1254, Dallas, Texas 75242 (the "<u>Bankruptcy Court</u>") in accordance with the Bankruptcy Court's *Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Granting Amended Motion of the Debtor Authorizing the Debtor to Employ and Retain Development Specialists, Inc. to Provide Financial Advisory and Restructuring-Related Services, Nunc Pro Tunc to March 15, 2020* [Docket No. 853] and *Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Authorizing Debtor to Employ and Retain Development Specialists, Inc. to Provide a Chief Restructuring Officer, Additional Personnel, and Financial Advisory and Restructuring-Related Services for Such Debtor, Nunc Pro Tunc as of the Petition Date* [Docket No. 342] approving the employment of DSI by Highland Capital Management, L.P.

*[Remainder of Page Intentionally Left Blank]*

Dated: October 20, 2021.

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No.143717)
Ira D. Kharasch (CA Bar No. 109084)
Gregory V. Demo (NY Bar No. 5371992)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
Email:        jpomerantz@pszjlaw.com
                    ikharasch@pszjlaw.com
                    gdemo@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Reorganized Debtor*

3

## **EXHIBIT A**



**Development Specialists, Inc.**

Advisory and Fiduciary Services • Corporate Restructuring and Workouts • Interim Management • Insolvency Services

October 19, 2021

Highland Capital Management, L.P.
300 Crescent Court, Suite 700
Dallas, TX 75201

RE: August Pre-Effective Date Invoice

Enclosed please find the August 1, 2021, through August 11, 2021, Development Specialists, Inc. ("DSI") billing. Included for your review are the following:

1. Summary of Fees by Professional (Exhibit A);
2. Summary of Compensation by Category (Exhibit B);
3. Summary of Expenses (Exhibit C);
4. Itemized Expenses Incurred (Exhibit D);
5. Time Description Detail (Exhibit E);

The total amount of hours incurred during the period total 249.50, representing fees in the amount of $107,462.87. DSI has also incurred expenses in the amount of $3,409.50.

**Senior Managing Directors:**
DSI has agreed to charge a rate of $100,000 per month, plus expenses, for the services of Bradley, D. Sharp as Senior Managing Director and such DSI personnel (including Fred C. Caruso) as are required to fulfill Mr. Sharp's responsibilities as Financial Advisor. The fee application was pro-rated for August based on the effective date. The period started on August 1, 2021, through August 11, 2021, resulting in a total Senior Managing Director fee of $35,483.87.

**Additional Personnel**
DSI had additional personnel providing restructuring support services to Highland Capital Management, L.P. Additional personnel is included in Exhibit A.

DSI respectfully requests the fees in the net amount of $107,462.87 and expenses in the amount of $3,409.50 for a total of $110,872.37 to be paid.

Should you have questions please contact me at (213) 617-2717.

Sincerely,

Bradley D. Sharp, President and CEO

**LOS ANGELES**

333 South Grand Avenue, Suite 4100 • Los Angeles, California 90071 • Telephone: 213.617.2717 • Fax: 213.617.2718 • www.DSIConsulting.com

NEW YORK • LOS ANGELES • SAN FRANCISCO • MIAMI/FT. LAUDERDALE • WILMINGTON • COLUMBUS • LONDON

### Exhibit A

### Summary of Fees by Professional

**Highland Capital Management, L.P.**
**Development Specialists, Inc.**
**Summary of Fees by Professional**
**For the Period August 1, 2021 to August 11, 2021**

#### Senior Managing Director - Fees

| Name of Professional | Description of Function | 2021 Hourly Rate | August 1st - August 11th Hours | August 1st - August 11th Fees | Petition Date - Effective Date Total Hours | Total Fees |
|---|---|---|---|---|---|---|
| Bradley D. Sharp | Senior Managing Director | $750.000 | 12.00 | $9,000.00 | 1,606.10 | $1,134,032.50 |
| Fred C. Caruso | Senior Managing Director | $750.000 | 36.00 | $27,000.00 | 2,982.30 | $2,123,391.00 |
| **Subtotal** | | | **48.00** | **$36,000.00** | **4,588.40** | **$3,257,423.50** |
| Discount (Cap $100,000 a month, allocation for 11 days) | | | | ($516.13) | | ($1,071,939.63) |
| **Total SMD Fees** | | | **48.00** | **$35,483.87** | **4,588.40** | **$2,185,483.87** |

#### Additional Personnel - Fees

| Name of Professional [1] | Description of Function | 2021 Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Mark T. Iammartino | Additional Personnel | $595.00 | 9.30 | $5,533.50 |
| James E. Romey | Additional Personnel | $410.00 | 80.60 | $33,046.00 |
| Jack M. Donohue | Additional Personnel | $325.00 | 84.90 | $27,592.50 |
| David J. Young | Additional Personnel | $205.00 | 24.40 | $5,002.00 |
| Joe A. Zagajeski | Additional Personnel | $350.00 | 2.30 | $805.00 |
| **Total Additional Personnel Fees** | | | **201.50** | **$71,979.00** |
| | | | | |
| **Total** | | | **249.50** | **$107,462.87** |

*[1] Total hours and fees for additional personnel are not shown due to changes in personnel working on case.*

# Exhibit B

## Summary of Compensation by Category

**Highland Capital Management, L.P.**
**Development Specialists, Inc.**
**Summary of Compensation by Category**
**For the Period August 1, 2021 to August 11, 2021**

### Senior Managing Director - Fees

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Senior Managing Director | 48.00 | $36,000.00 |
| **Subtotal** | **48.00** | **$36,000.00** |
| Discount (Cap $100,000 a month) | | ($516.13) |
| **Total Fees** | **48.00** | **$35,483.87** |

### Additional Personnel - Fees

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee Application/Client Billing | 1.20 | $390.00 |
| Attend Court Hrgs/Rev Pleadgs | 4.60 | $1,792.50 |
| Forensic Accounting - Assets | 1.00 | $325.00 |
| Business Analysis | 100.40 | $36,313.50 |
| Claims Analysis/Objections | 7.00 | $2,377.00 |
| Tax issues | 2.20 | $745.00 |
| Lease Anal./Exec. Contracts | 0.70 | $227.50 |
| Managing Business Operations | 1.30 | $456.50 |
| Sale of asset | 0.50 | $162.50 |
| Record Storage | 22.20 | $6,760.00 |
| Wind down operations | 2.90 | $594.50 |
| Creds./Creds.' Comm. Contact | 2.80 | $1,037.50 |
| Litigation Support | 12.90 | $5,238.00 |
| Travel at 1/2 | 30.30 | $9,132.50 |
| CLO Analysis | 11.50 | $6,427.00 |
| **Total Additional Personnel Fees** | **201.50** | **$71,979.00** |
| **Total** | **249.50** | **$107,462.87** |

## Exhibit C

### Summary of Expenses

**Highland Capital Management, L.P.**
**Development Specialists, Inc.**
**Summary of Expenses**
**For the Period August 1, 2021 to August 11, 2021**

| Category | Amount During Period |
|---|---|
| Car Rental | $ 384.32 |
| Airfare | 987.20 |
| Lodging | 1,334.42 |
| Meals | 404.83 |
| Transportation | 232.73 |
| Miscellaneous | 66.00 |
| **Total For the Period August 1, 2021 to August 11, 2021** | $ 3,409.50 |

## <u>Exhibit D</u>

### <u>Itemized Expenses Incurred</u>

**Highland Capital Management, L.P.**
**Development Specialists, Inc.**
**Itemized Expenses Incurred**
**For the Period August 1, 2021 to August 11, 2021**

**<u>Car Rental</u>**

| <u>Date</u> | <u>Professional</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|---|
| August | J. Donohue | $ 384.32 | For site visit |
| | **Total Amount** | $ 384.32 | |

**<u>Lodging</u>**

| <u>Date</u> | <u>Professional</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|---|
| 8/6/2021 | D. Young | $ 629.32 | Lodging - Week Ending 08/07/2021 |
| 8/6/2021 | J. Donohue | $ 705.10 | Lodging - Week Ending 08/07/2021 |
| | **Total Amount** | $ 1,334.42 | |

**<u>Meals</u>**

| <u>Date</u> | <u>Professional</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|---|
| 8/6/2021 | D. Young | $ 256.57 | Meals - Week Ending 08/07/2021 |
| 8/9/2021 | J. Romey | $ 9.12 | Meals - Week Ending 08/14/2021 |
| 8/6/2021 | J. Donohue | $ 139.14 | Meals - Week Ending 08/07/2021 |
| | **Total Amount** | $ 404.83 | |

**<u>Airfare</u>**

| <u>Date</u> | <u>Professional</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|---|
| 8/6/2021 | D. Young | 510.40 | Airfare - Week Ending 08/07/2021 |
| 8/6/2021 | J. Donohue | 476.80 | Airfare - Week Ending 08/07/2021 |
| | **Total Amount** | $ 987.20 | |

**<u>Transportation</u>**

| <u>Date</u> | <u>Professional</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|---|
| 8/6/2021 | D. Young | 105.77 | Transportation - Week Ending 08/07/2021 |
| 8/6/2021 | J. Donohue | 126.96 | Transportation - Week Ending 08/07/2021 |
| | **Total Amount** | $ 232.73 | |

**<u>Other Miscellaneous</u>**

| <u>Date</u> | <u>Professional</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|---|
| 8/6/2021 | D. Young | 35.00 | WIFI |
| 8/6/2021 | J. Donohue | 31.00 | WIFI |
| | **Total Amount** | $ 66.00 | |

**Total  - Expenses**  **$ 3,409.50**

# Exhibit E

## Time Description Detail

**Highland Capital Management, L.P.**
**Development Specialists, Inc.**
**Time Description Detail**
**For the Period August 1, 2021 to August 11, 2021**



**No. 12901**

REMIT TO:
10 South LaSalle Street, Suite 3300, Chicago, IL 60603-1026
Telephone: 312.263.4141    Telecopier: 312.263.1180

Date:    10/12/2021

Highland Capital Management, LP
300 Crescent Court, Ste. 700
Dallas, TX 75201

F.E.I.N.    36-2967476

| Description of Services and Disbursements | Fees | Disbursements | Credits | Balance |
|---|---|---|---|---|
| For professional services rendered from August 1, 2021 through August 11, 2021 | | | | |
| Fees per attached category summary @ $100,000 per month. This invoice represents the period from August 1st to August 11th. To allocate the $100,000 per month, DSI took the number of days this invoice represents (11) and divide it by the total days in the month (31). | $35,483.87 | | | |
| | Hours | | | |
| Brad Sharp | 12.00 | | | |
| Fred Caruso | 36.00 | | | |
| Total invoice: | | | | $35,483.87 |
| | | | | PAY AMOUNT ABOVE |

TIMELY PAYMENT OF INVOICES IS ALWAYS APPRECIATED.

Page: 1
10/12/2021

Highland Capital Management, LP
c/o Jim Seery
300 Crescent Court
Suite 700
Dallas  TX  75201

|            |     |                                                                                                                          | HOURS |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------|-------|
| 08/01/2021 | FCC | Attend call with Jack Donohue and David Klos regarding review of operational expenses.                                    | 1.00  |
| 08/02/2021 | FCC | Attend the HCM team call regarding the office move and related issues.                                                    | 1.00  |
|            | FCC | Attend the HCM team conference call regarding operational issues.                                                         | 1.00  |
|            | FCC | Attend call with Jim Seery, David Klos, Thomas Surgent, Tim Cournoyer, Cameron Baynard and Sean Fox regarding ████████ .  | 1.00  |
|            | FCC | Telephone call with David Wells regarding the ████████ assets in HCM's ████████ review information received from Greg Demo regarding timing for cure payments for assumed contract and e-mail John Taylor at WSO regarding same; telephone call with Mike Pusateri regarding server room issues at Suite 700 Crescent; telephone call with Jim Seery regarding operational issues, including the ████████ and the ████████ for the portfolio companies; review of the ████████ policy received from Jim O'Neill and e-mail the same to Jim Seery and Kristin Hendrix for payment. | 2.00  |
|            | FCC | Telephone call with Domenick Rocchio and e-mail exchange regarding finalize of HCM's ████████ renewal; prepare tracking schedule for the sale ████████ in the ████████ and e-mail it to Jim Seery; e-mail to Christina Loredo regarding ████████ for the ████████ including e-mail exchange with ██ regarding same; multiple calls with Scott Austin and e-mail exchanges with Scott regarding communication with a ████████; telephone call with Jason ████████ regarding IT migration issues. | 1.00  |
| 08/03/2021 | FCC | Attend the DSI team call with Jack Donohue and James Romey regarding work tasks.                                          | 1.00  |
|            | FCC | Review and respond to questions received from Kristin Hendrix regarding the WSO contract with Markit; telephone call with John Tidwell at ████████ regarding information for the ████████ policy; update the sale tracking report for the ████████ and e-mail same to Jim Seery; follow up on request from JIm Seery regarding IT issues and respond to Jim regarding same. | 2.00  |
| 08/04/2021 | FCC | Telephone call with David Klos regarding ████████ for the reorganized debtor; draft termination notice for the two Markit contracts and e-mail same to David Klos regarding same; update the sale tracking schedule for the ████████ and e-mail to | |

Highland Capital Management, LP

|  |  |  | HOURS |
|---|---|---|---|
|  |  | Jim Seery regarding same. | 1.00 |
|  | FCC | Attend the weekly cash call and telephone call with James Romey regarding status of financing and open task issues. | 1.00 |
| 08/05/2021 | FCC | Review disbursement information received from Kristin Hendrix for the last several weeks, telephone call with Kristin regarding same; e-mail approval request to ███████ telephone call with ██████████ and e-mail exchange with Tim regarding invoices for services; review invoices and forward same to Kristin Hendrix; telephone call with Jack Donohue regarding expense forecast and update the track schedule for the shared services agreement. | 2.00 |
| 08/06/2021 | FCC | Telephone call with Cameron Baynard regarding renewal of the joint ███████████ ████ for the portfolio companies; telephone call with Alan Sisk regarding same; e-mail to Jim Seery regarding same. | 1.00 |
| 08/09/2021 | FCC | Attend the HCM team call regarding operational issues. | 1.00 |
|  | FCC | Attend the DSI team call regarding tasks for this week. | 1.00 |
|  | FCC | Review contract schedules and supporting file documentation regarding renewal and termination issues. | 3.00 |
|  | BDS | Telephone call and correspondence with Jack Donohue, James Romey and Fred Caruso regarding current status and pending tasks. | 1.00 |
|  | BDS | Telephone calls and correspondence to Greg Demo and Jim Vaughn regarding post-effective date and transition issues. | 1.00 |
| 08/10/2021 | FCC | Review e-mail traffic regarding market exchange data fees and telephone call with Matt Gray regarding same; follow up on obtaining ████████ for the reorganized HCMLP; telephone call with Taylor Caruso regarding same and e-mail to Brad Sharp regarding same. | 1.00 |
|  | FCC | Review information received from ███████████ regarding fees for bankruptcy matters and telephone call with Kristin Hendrix regarding same; multiple e-mail exchanges with Jim O'Neill regarding payments for the ████████████████████ and telephone call with Jim O'Neill regarding same. | 1.00 |
|  | FCC | Telephone call with Cameron Baynard regarding renewal of the ████████████████ ██████ for ████████████████ and telephone call with Alan Sisk regarding same. | 1.00 |
|  | FCC | Continue review of contract files for renewal and termination issues. | 2.00 |
| 08/11/2021 | FCC | Review the WSO schedules previously prepared and telephone call with Jack Donohue and Kristin Hendrix regarding support for the cure payment to Markit; e-mail to John Taylor regarding status of payment regarding same. | 1.00 |
|  | BDS | Telephone conference call with John Morris, Jack Donohue and James Romey regarding data files, |  |

Highland Capital Management, LP

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | correspondence with Jack Donohue, James Romey and iDS regarding same. | 1.00 | |
|  |  | Business Analysis | 29.00 | 21,750.00 |
| 08/02/2021 | BDS | Correspondence with Greg Demo and Jack Donohue regarding status of post-effective date issues and bank accounts. | 1.00 | |
| 08/06/2021 | FCC | Telephone call with Greg Demo, Elliot Bromagen, Jack Donohue and James Romey regarding effective date issues. | 1.00 | |
|  | BDS | Correspondence with Greg Demo, Jack Donohue and Michelle Quinn regarding post-effective date issues. | 1.00 | |
| 08/10/2021 | BDS | Telephone call with Greg Demo and counsel regarding effective date issues. | 1.00 | |
|  | BDS | Review of documents regarding post-effective date structure, correspondence with Greg Demo and ████████, prepare comments with respect to KYC issues and correspondence with the Highland team all regarding same | 3.00 | |
| 08/11/2021 | FCC | Attend call with Greg Demo, Brad Sharp, James Romey and Jack Donohue regarding effective date issues. | 1.00 | |
|  | BDS | Telephone calls and correspondence with Jack Donohue, Greg Demo, Fred Caruso, James Romey and counsel regarding the steps needed to go effective and action plan once effective. | 2.00 | |
|  |  | Plan of Reorg./Disclosure Stmt | 10.00 | 7,500.00 |
| 08/02/2021 | FCC | Prepare for and attend conference call ██████ ████████████████████████ regarding the █████████████████ to be sent to a ███ ███████████ | 1.00 | |
| 08/03/2021 | FCC | Continue follow up on outstanding issues for the ████████████████ including finalization of the ███████████ requested by ██████████████; e-mail same to the ████████████ and update the █████ tracking schedule and e-mail same to Jim Seery. | 1.00 | |
| 08/05/2021 | FCC | Follow up on issues for the ████████████████ including update for the ██████████, review of ████████████████████ options received from ████████████ and e-mail to ███ regarding same. | 1.00 | |
| 08/06/2021 | FCC | Follow up on issues for the ████████████████ including update to the ████████████████; coordinate team call for next week and respond to questions from Jim Seery. | 1.00 | |
| 08/09/2021 | FCC | Follow up on issues for the ██████████████ including updating tracking the ████████████████ ███████; e-mail exchanges for final ████████ for ███, update regarding status of filing ████████ for 2020 and other miscellaneous issues. | 1.00 | |
| 08/10/2021 | FCC | Telephone call with ████████████████████ ██████████████and Kristin Hendrix regarding open issues and the next steps for the ████████████████████ | 1.00 | |

Highland Capital Management, LP

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/11/2021 | FCC | Begin drafting meeting memorandums for 7/26/21 and 8/10/21. | 2.00 | |
| | | Employee Ben./Pension/Insur. | 8.00 | 6,000.00 |
| 08/03/2021 | BDS | Review of motions filed by Dondero, correspondence to James Romey, Jack Donohue and Fred Caruso regarding same. | 1.00 | |
| | | Shareholdr Contact/Rltd Issues | 1.00 | 750.00 |
| | | FOR THE FOREGOING PROFESSIONAL SERVICES RENDERED: | 48.00 | 36,000.00 |

RECAPITULATION

| CONSULTANT | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| F. C. Caruso | 36.00 | $750.00 | $27,000.00 |
| B. D. Sharp | 12.00 | 750.00 | 9,000.00 |

TOTAL CURRENT WORK                              36,000.00

BALANCE DUE                                    $36,000.00

**DSI**

*Development Specialists, Inc.*

**No. 12903**

REMIT TO:
10 South LaSalle Street, Suite 3300, Chicago, IL 60603-1026
Telephone: 312.263.4141   Telecopier: 312.263.1180

Date:    10/12/2021

Highland Capital Management, LP
300 Crescent Court, Ste. 700
Dallas, TX 75201

F.E.I.N.    36-2967476

| Description of Services and Disbursements | Fees | Disbursements | Credits | Balance |
|---|---|---|---|---|
| For DSI professional services rendered from August 1, 2021 through August 11, 2021 | | | | |
| Fees per attached category summary | $71,979.00 | | | |
| Administrative costs: | | | | |
| Airfare | | $987.20 | | |
| Lodging | | 1,334.42 | | |
| Meals | | 404.83 | | |
| Car Rental | | 384.32 | | |
| Parking/Tolls/Cabs/Mileage | | 232.73 | | |
| Miscellaneous Charges | | 66.00 | | |
| | | $3,409.50 | | |
| Total | | | | $75,388.50 |
| | | | | PAY AMOUNT ABOVE |

TIMELY PAYMENT OF INVOICES IS ALWAYS APPRECIATED.

```
                                                                  Page: 1
Highland Capital Management, LP                                 10/12/2021
c/o Jim Seery
300 Crescent Court
Suite 700
Dallas  TX  75201
```

```
                                                         HOURS
08/09/2021   JMD   Prepare DSI's June 2021 fee application.   1.20    _____
                   Fee Application/Client Billing             1.20    390.00

08/03/2021   JER   Review the motion to compel mediation; discussion
                   with David Klos regarding same.            0.60

08/04/2021   JER   Review civil contempt order.               0.30
             JER   Attend today's hearing.                    2.10

08/05/2021   JMD   Review the civil contempt opinion.         0.40

08/10/2021   JMD   Review notice of removal regarding between James
                   ████████████ █ ███████████                0.30
             JMD   Review the motion to compel from ██████ .  0.40
             JER   Review notice of removal filed by ██████████
                   and ██████████; discussions with
                   the HCM team regarding the same.           0.50    _____
                   Attend Court Hrgs/Rev Pleadgs              4.60    1,792.50

08/11/2021   JMD   Review Excel listing of ██████████ e-mails per Greg
                   Demo's request and send relevant bates numbers.  1.00    _____
                   Forensic Accounting - Assets               1.00    325.00

08/01/2021   JMD   Telephone call with Fred Caruso and David Klos
                   regarding contract and expenses.           1.10
             JMD   Prepare contract schedule.                 2.50
             JMD   E-mail Greg Demo regarding the Hunton professional
                   fee budget.                                0.10
             JMD   E-mail David Klos regarding contract review.  0.10
             JER   E-mails with PSZJ regarding CLO's ownership
                   schedules.                                 0.20

08/02/2021   DJY   Review of the ██████ website, invoice and service
                   contract for information about services provided and
                   authorized representatives.                0.30
             JMD   Meeting with David Klos regarding the expense
                   schedule.                                  0.30
             JMD   Meeting with David Klos regarding update to the
                   model.                                     0.20
             JMD   Prepare expense analysis.                  1.80
             JMD   Follow-up meeting with David Klos regarding the
                   expense schedule.                          0.20
             JMD   Prepare an updated plan analysis and budget.  2.80
             JMD   Telephone call with Kristin Hendrix regarding the
                   ██████ site.                               0.10
             JMD   Telephone call with Fred Caruso regarding the ██████
                   site.                                      0.10
             JMD   E-mails with David Klos regarding expense analysis.  0.20
             JER   Video call with Fred Caruso and the HCM team
                   regarding office move updates.             0.30
             JER   Attend today's HCM team call regarding open issues.  0.70
```

Highland Capital Management, LP

|  |  |  | HOURS |
|---|---|---|---|
| 08/03/2021 | DJY | Prepare list of office tasks to complete before departure. | 0.20 |
|  | DJY | Discussion with Jerome Carter to schedule meeting with Siepe to move servers and hard drives. | 0.10 |
|  | DJY | Weekly task call with Fred Caruso, James Romey and Jack Donohue. | 0.80 |
|  | DJY | Review e-mails from Fred Caruso and Jack Donohue regarding access to the ▇▇▇▇ Data Center Solutions site. | 0.10 |
|  | JMD | Prepare the 13-week cash flow. | 1.20 |
|  | JMD | Video call with James Romey, Fred Caruso and David Young regarding weekly tasks. | 0.80 |
|  | JMD | Telephone call with ▇▇▇▇ regarding the ▇▇▇▇ site. | 0.10 |
|  | JMD | Video call with James Romey and David Klos regarding the committee's presentation. | 1.00 |
|  | JMD | E-mail to Jim Seery and David Klos regarding expense contracts. | 0.10 |
|  | JMD | E-mail David Klos regarding the updated plan model. | 0.10 |
|  | JAZ | E-mail to Kristin Hendrix regarding the Cobra employee setup and scheduling a telephone call with the service provider. | 0.10 |
|  | JER | Telephone call with Jim Seery regarding creditor presentation. | 0.30 |
|  | JER | Review the ▇▇▇▇ analysis. | 0.30 |
|  | JER | Video call with Jack Donohue, Fred Caruso and David Young regarding weekly tasks. | 0.80 |
|  | JER | Telephone call with David Klos regarding creditor presentation. | 0.70 |
|  | JER | Telephone call with Jack Donohue regarding expenses. | 0.20 |
|  | JER | Video call with Jack Donohue, Fred Caruso and David Young regarding weekly tasks. | 0.80 |
|  | JER | Follow-up call with Jack Donohue regarding creditor presentation. | 0.40 |
|  | JER | Revise the ▇▇▇▇ presentation. | 1.10 |
|  | JER | Video call with Jack Donohue and David Klos regarding the ▇▇▇▇ presentation. | 1.00 |
|  | JMD | Follow-up call with James Romey regarding ▇▇▇▇ presentation. | 0.40 |
| 08/04/2021 | DJY | Site visit with Jack Donohue to ▇▇▇▇ Data Solutions Center in Allen, TX. | 1.50 |
|  | DJY | Upload the ▇▇▇▇ site visit photos. | 0.20 |
|  | JMD | Site visit to ▇▇▇▇ with David Young. | 1.50 |
|  | JMD | Telephone call with Fred Caruso regarding site visit to ▇▇▇▇ | 0.20 |
|  | JMD | Discussion with Sean Fox and David Klos regarding office move and budgeting items. | 0.50 |
|  | JMD | Video call with Fred Caruso, James Romey and HCMLP regarding the 13-week cash flow. | 0.60 |
|  | JMD | Video call with Jim Seery, David Klos and James Romey regarding the updated expenses and committee presentation. | 1.30 |
|  | JMD | Prepare materials for Jim Seery's meetings tomorrow, including budget, model and expense analysis. | 2.70 |
|  | JMD | Follow-up telephone call with James Romey regarding presentation materials. | 0.30 |
|  | JMD | Follow-up telephone call with James Romey and David Klos regarding presentation materials (partial attendance). | 0.20 |
|  | JMD | Update the 13-week cash flow based on comments from today's call. | 0.10 |

Highland Capital Management, LP

|  |  |  | HOURS |
|---|---|---|---|
| JMD | Prepare ████████████ schedule. | | 0.40 |
| JMD | Prepare materials for Jim Seery's meetings tomorrow, including budget, model and expense analysis. | | 1.50 |
| JMD | Continue to prepare materials for Jim Seery's meetings tomorrow, including budget, model and expense analysis. | | 1.00 |
| JER | Telephone call with Jim Seery regarding ████████ ████. | | 0.30 |
| JER | Video call with Fred Caruso regarding today's hearing and open issues. | | 0.50 |
| JER | Finalize first draft of the ████████ meeting presentation. | | 2.90 |
| JER | Video call with Fred Caruso, Jack Donohue and HCMLP regarding the 13-week cash flow. | | 0.60 |
| JER | Video call with Jim Seery, David Klos and Jack Donohue regarding updated expenses and ████████ presentation. | | 1.30 |
| JER | Follow-up call with David Klos regarding ████████ presentations. | | 0.60 |
| JER | Follow-up telephone call with Jack Donohue regarding presentation materials. | | 0.30 |
| JER | Follow-up telephone call with Jack Donohue and David Klos regarding presentation materials. | | 0.50 |
| 08/05/2021 | JMD | Telephone calls with James Romey regarding presentation materials. | 0.80 |
| | JMD | Telephone call with James Romey and David Klos regarding presentation materials. | 0.60 |
| | JMD | Telephone call with Jim Seery regarding ████████ ████████. | 0.10 |
| | JMD | Review the HCMLP model and expenses for today's presentation. | 0.50 |
| | JMD | Meeting with James Romey, HCMLP, UCC and Richard Katz regarding HCMLP's overview. | 2.90 |
| | JMD | Video call with Fred Caruso regarding IT and expenses. | 0.30 |
| | JMD | Follow-up telephone call with James Romey regarding open points and creditor meeting follow ups. | 1.30 |
| | JAZ | E-mails to the payroll processors regarding issues. | 0.20 |
| | JER | Telephone calls with Jack Donohue regarding presentation materials. | 0.80 |
| | JER | Telephone call with Jack Donohue and David Klos regarding presentation materials. | 0.60 |
| | JER | Prepare final materials for today's ████████ presentation. | 1.60 |
| | JER | Meeting with Jack Donohue, HCMLP, UCC and Richard Katz regarding HCMLP's overview. | 2.90 |
| | JER | Telephone calls with Jim Seery regarding today's ████████ meetings. | 0.30 |
| | JER | Telephone call with Greg Demo regarding today's ████████ meetings. | 0.10 |
| | JER | Follow-up telephone call with Jack Donohue regarding open points and ████████ meeting follow ups. | 1.30 |
| | JER | Telephone call with David Klos regarding ████████ meeting follow ups and open tasks. | 1.20 |
| 08/06/2021 | JMD | Telephone call with David Klos regarding reporting documents. | 0.30 |
| | JMD | Prepare sources and uses. | 0.30 |
| | JMD | Prepare an updated model. | 0.30 |
| | JMD | Telephone call with David Klos regarding sources and uses. | 0.80 |

Highland Capital Management, LP

|  |  |  | HOURS |
|---|---|---|---|
|  | JMD | Follow-up telephone call with David Klos regarding sources and uses. | 0.20 |
|  | JMD | Continue to prepare sources and uses. | 0.20 |
|  | JMD | Continue to prepare an updated model. | 0.20 |
|  | JMD | Telephone call with Cameron Baynard regarding sources and uses. | 0.20 |
|  | JMD | E-mails with HCMLP regarding sources and uses for ▇▇▇▇▇. | 0.40 |
|  | JER | Video call with Jack Donohue, Fred Caruso, Greg Demo and Elliot Bromagen regarding effective date logistics. | 0.50 |
|  | JER | Review sources and uses of exit financing analysis; upload to data room; e-mails with the HCM team regarding the same. | 0.40 |
|  | JER | Telephone call with Jack Donohue regarding exit financing. | 0.20 |
|  | JER | Review ▇▇▇▇▇▇▇▇▇. | 0.10 |
|  | JER | Review revised drafts of the exit financing agreement. | 0.40 |
|  | JER | Continue to review ▇▇▇▇▇▇▇ for potential ▇▇▇▇ issue. | 3.00 |
|  | JER | Prepare and ▇▇▇▇▇▇▇ for the Claimant Trust Oversight Board. | 0.50 |
| 08/09/2021 | JMD | Review distribution agreement from KCC. | 0.10 |
|  | JMD | Prepare updated professional fee listing. | 1.10 |
|  | JMD | Attend DSI's weekly team call regarding effective day status and tasks with James Romey, Fred Caruso and Brad Sharp. | 0.50 |
|  | JMD | Follow-up telephone call with James Romey regarding effective day tasks. | 0.20 |
|  | JMD | Review board materials related to Trussway operating company. | 0.50 |
|  | JMD | E-mail to the DSI team regarding ▇▇▇ ownership. | 0.10 |
|  | JAZ | E-mails to Kristin Hendrix and the payroll processors regarding issues with the COBRA employee setup. | 0.20 |
|  | JER | Discussions with the HCM team regarding office closure tasks and issues. | 0.30 |
|  | JER | Review additional updates to the exit financing agreement. | 0.30 |
|  | JER | Review finalized sources and uses analysis for the ▇▇▇▇▇. | 0.20 |
|  | JER | Analysis of CLO Value fund issues; discussion with the HCM team regarding the same. | 0.70 |
|  | JER | Follow-up telephone call with Jack Donohue regarding effective day tasks. | 0.20 |
|  | JER | Attend DSI's weekly team call regarding effective day status and tasks with Jack Donohue, Fred Caruso and Brad Sharp. | 0.50 |
|  | JER | Prepare the ▇▇▇▇▇▇▇▇ per Jim Seery's request. | 1.40 |
|  | JER | Review ▇▇▇▇▇ related to potential ▇▇▇▇ issues. | 2.90 |
|  | JER | Analysis of ▇▇▇▇ expenses; discussion with the HCM team regarding the same. | 0.60 |
|  | JER | Discussions with the HCM team regarding case status, exit financing, and other open issues. | 1.00 |
| 08/10/2021 | JMD | Telephone call with Greg Demo ▇▇▇▇▇ ▇▇▇ | 0.10 |
|  | JMD | Prepare spreadsheet for ▇▇▇▇. | 0.20 |
|  | JMD | Prepare professional fee payment schedule. | 0.20 |

Highland Capital Management, LP

|  |  | | HOURS |
|---|---|---|---|
| JMD | Review process for closing ▮▮▮▮▮ down and having multiple ▮▮▮. | | 0.80 |
| JMD | Prepare an updated 13-week cash flow. | | 1.00 |
| JMD | Review the 5th amended limited partnership agreement for Highland Capital Management, L.P. | | 0.50 |
| JMD | Telephone call with James Romey regarding effective day tasks. | | 0.20 |
| JMD | Telephone call with Wilmer Hale, ▮▮▮▮▮ and Greg Demo regarding ▮▮ numbers. | | 0.30 |
| JMD | E-mails with the DSI team regarding the Highland claimant trust ownership. | | 0.20 |
| JMD | E-mails with HCMLP regarding IT hard drives sent to Iron Mountain. | | 0.30 |
| JMD | E-mails with various professionals regarding outstanding fee applications. | | 0.40 |
| JAZ | Telephone call with Kristin Hendrix and representatives from WEX regarding setup of the ▮▮▮▮▮. | | 0.30 |
| JAZ | Review the payroll processor issues and edit employee status; e-mail to Kristin Hendrix regarding same. | | 0.30 |
| DJY | E-mails with Jack Donohue and Naomi Chisum regarding boxes needed returned to the Crescent office from Iron Mountain. | | 0.50 |
| JER | Discussions with the HCM team regarding effective date issues. | | 0.80 |
| JER | Discussion with the HCM team regarding plan model. | | 0.50 |
| JER | Review analysis of the ▮▮▮▮▮ issues. | | 0.30 |
| JER | Telephone call with Jack Donohue regarding effective day tasks. | | 0.20 |
| JER | Telephone call and e-mails with the HCM team regarding the East West bank account issues. | | 0.40 |
| JER | Discussions with the HCM team regarding effective date tasks. | | 0.60 |
| 08/11/2021 | JMD | Multiple telephone calls with James Romey regarding effective day tasks. | 0.40 |
| | JMD | Telephone call with Brad Sharp regrading effective day tasks. | 0.20 |
| | JMD | Prepare ▮▮ information for the Highland claimant trust. | 0.20 |
| | JMD | Review plan and docket for payments to be made on effective date. | 2.00 |
| | JMD | Setup new ▮▮ for the Highland Claimant Trust. | 0.30 |
| | JMD | Telephone calls with Brad Sharp and Yale Bogen regarding the Highland claimant trust | 0.20 |
| | JMD | Prepare from ▮▮ for registering tax ▮▮ | 0.40 |
| | JMD | Telephone calls with David Klos regarding effective date payments. | 0.20 |
| | JMD | Telephone call with Fred Caruso regarding effective date cure amounts. | 0.20 |
| | JMD | Telephone call with Brad Sharp, Greg Demo and James Romey regarding effective day payments. | 0.40 |
| | JMD | Follow-up with Brad Sharp regarding effective day payments. | 0.10 |
| | JMD | Complete various effective date tasks including, opening bank accounts, ▮▮ numbers, and filling out various forms and reviewing effective date payments. | 1.80 |
| | JMD | Telephone call with Kristin Hendrix regarding effective date payments. | 0.10 |
| | JMD | E-mails with HCMLP and East West Bank regarding new bank accounts. | 0.10 |

Highland Capital Management, LP

| | | | HOURS | |
|---|---|---|---|---|
| JMD | E-mails with HMCLP regarding the ████████ ████ ████ information. | | 0.20 | |
| DJY | Telephone call with Jack Donohue regarding Iron Mountain's retrieval quote. | | 0.10 | |
| DJY | Telephone call with Naomi Chisum regarding Iron Mountain's retrieval quote. | | 0.10 | |
| DJY | E-mails with Jack Donohue and Naomi Chisum regarding Iron Mountain's retrieval quote. | | 0.20 | |
| JER | Review of final documents and e-mails from the WilmerHale team regarding exit financing closure. | | 0.50 | |
| JER | Discussions with the HCM team regarding effective date legal issues and procedural logistics. | | 1.50 | |
| JER | Review today's trade blotter. | | 0.10 | |
| JER | Review documents and issues related to ████████ for the ████████. | | 0.30 | |
| JER | Attend to office IT issues. | | 1.00 | |
| JER | Prepare presentation for East West Bank related to recent account activity. | | 1.50 | |
| JER | Video call with the HCM team regarding East West's diligence requests. | | 0.30 | |
| JER | Attend conference call regarding exit financing close. | | 0.20 | |
| JER | Video call with the DSI team and Greg Demo regarding effective day payment logistics. | | 0.40 | |
| JER | E-mails with counsel regarding status of ████████ ████ bank accounts. | | 0.20 | |
| JER | Multiple telephone calls with Jack Donohue regarding effective day tasks. | | 0.40 | |
| JER | Telephone call with Brad Sharp, Greg Demo and Jack Donohue regarding effective day payments. | | 0.40 | |
| JER | Analysis of effective date claims payments. | | 0.50 | |
| JER | Attend to office closure tasks. | | 1.50 | |
| JER | Telephone call with PSZJ regarding discovery requests received from counsel for ████████. | | 0.30 | |
| JER | Telephone call with Brad Sharp regarding the East West presentation (.3); revise and finalize presentation (.8). | | 1.10 | |
| | Business Analysis | | 100.40 | 36,313.50 |
| 08/03/2021 | JMD | E-mails with KCC regarding the ████ claim. | 0.20 | |
| 08/04/2021 | JMD | Prepare listing of Class 8 and Class 9 claims and e-mail to Greg Demo. | 0.30 | |
| 08/09/2021 | JMD | Prepare listing of Class 8 and Class 9 claim holders. | 0.20 | |
| | JMD | E-mails with HCMLP accounting and KCC regarding engagement letter for claim distribution. | 0.20 | |
| | JMD | E-mails with Greg Demo regarding Class 8 and Class 9 claim ownership. | 0.20 | |
| | JMD | E-mails with Oracle regarding status of administrative claim. | 0.10 | |
| | JMD | E-mail with Kristin Hendrix regarding status of the McLagan claim. | 0.10 | |
| | JMD | E-mails with Fred Caruso and HCMLP regarding claims. | 0.30 | |
| 08/10/2021 | JMD | Prepare listing of Class 8 and Class 9 claim holders. | 0.20 | |
| | JMD | Video call with Fred Caruso regarding outstanding claims. | 0.20 | |
| | JMD | Review Moody's Investor Services claim. | 0.30 | |
| | JMD | Review of Oracle's claim and e-mail Oracle's counsel | | |

Highland Capital Management, LP

| | | | HOURS | |
|---|---|---|---|---|
| | | regarding same. | 0.30 | |
| | JMD | Telephone call with Kristin Hendrix regarding claims. | 0.20 | |
| | JMD | Review docket related to ████ and ████ purchase of claims. | 0.20 | |
| | JMD | E-mails with PSZJ regarding objecting to two claims. | 0.20 | |
| | JMD | E-mails with Oracle's counsel regarding outstanding administrative claim. | 0.20 | |
| | JMD | E-mails with Moody's counsel regarding outstanding claim. | 0.10 | |
| | JER | Review transfer of claims notices regarding ████ e-mails with the DSI team regarding the same. | 0.50 | |
| 08/11/2021 | JMD | Video call with Kristin Hendrix and Fred Caruso regarding market payments. | 0.40 | |
| | JMD | Review claim listing to see if any claims need to be paid on effective date. | 0.50 | |
| | JMD | Review the Oracle order form explaining the filed claim. | 0.20 | |
| | JMD | E-mail KCC asking for all claim stipulations filed on court docket. | 0.10 | |
| | JMD | E-mail Jim Seery regarding bank signatures needed for the Highland claimant trust. | 0.10 | |
| | JMD | E-mails with Jamie O'Neill regarding status of outstanding claims. | 0.20 | |
| | JMD | E-mails with HCMLP team regarding effective day payments. | 0.60 | |
| | JMD | E-mails with Oracle's counsel regarding outstanding admin claim. | 0.20 | |
| | JER | Meeting with David Klos regarding employee claims. | 0.70 | |
| | | Claims Analysis/Objections | 7.00 | 2,377.00 |
| 08/02/2021 | JAZ | Prepare the ████████████ and e-mail it to Mark Iammartino. | 1.20 | |
| 08/10/2021 | JMD | E-mails with the DSI team and Greg Demo regarding setting up new ████ | 0.80 | |
| | JMD | E-mail with Kristin Hendrix regarding changing payroll information due to ███ change. | 0.10 | |
| 08/11/2021 | JMD | E-mail Jim Seery regarding ███ approvals. | 0.10 | |
| | | Tax Issues | 2.20 | 745.00 |
| 08/02/2021 | JMD | Telephone call with ████ regarding access to site. | 0.20 | |
| | JMD | Telephone call with Fred Caruso regarding ████ site. | 0.10 | |
| 08/03/2021 | JMD | Final review of expense analysis including review of IT and accounting contracts. | 0.40 | |
| | | Lease Anal./Exec. Contracts | 0.70 | 227.50 |
| 08/02/2021 | JMD | Draft e-mail to Jim Seery regarding ██████ site visit. | 0.10 | |
| | JMD | Draft e-mail to Jim Seery regarding notes from ██████ site visit. | 0.10 | |
| 08/03/2021 | JMD | E-mails with Fred Caruso and Kristin Hendrix regarding information for ██████ site visit. | 0.30 | |
| 08/10/2021 | JMD | Telephone calls with Fred Caruso, James Romey and David Young regarding the hard drive. | 0.40 | |

|            |     |                                                                                              | HOURS |          |
|------------|-----|----------------------------------------------------------------------------------------------|-------|----------|
|            | JER | Telephone calls with Fred Caruso, Jack Donohue and David Young regarding hard drive.          | 0.40  |          |
|            |     | Managing Business Operations                                                                  | 1.30  | 456.50   |
| 08/04/2021 | JMD | Discussion with Sean Fox and Nate Burns regarding the asset sale.                            | 0.50  |          |
|            |     | Sale of Assets                                                                                | 0.50  | 162.50   |
| 08/02/2021 | DJY | Index office files.                                                                           | 1.00  |          |
|            | JMD | Index office files.                                                                           | 0.70  |          |
| 08/03/2021 | DJY | Index office files.                                                                           | 3.90  |          |
|            | JMD | Office walk-through with Siepe regarding IT systems.                                          | 0.50  |          |
|            | JMD | Index office files.                                                                           | 5.30  |          |
| 08/04/2021 | DJY | Index office files.                                                                           | 3.00  |          |
|            | JMD | Index office files.                                                                           | 2.00  |          |
| 08/10/2021 | JER | Attend to office closure and record storage.                                                 | 2.50  |          |
|            | JER | Discussions with the HCM team regarding record storage and IT issues.                        | 0.30  |          |
|            | JER | Continue to work on office closure tasks.                                                     | 3.00  |          |
|            |     | Record Storage                                                                               | 22.20 | 6,760.00 |
| 08/03/2021 | DJY | Meeting with Jerome Carter and Siepe to discuss move of server and IT equipment.            | 1.50  |          |
| 08/04/2021 | DJY | Assist HCMLP's employees with office wind down tasks.                                         | 1.20  |          |
| 08/07/2021 | DJY | Telephone calls with Sean Fox and moving company to assist with office move.                 | 0.20  |          |
|            |     | Wind Down Operations                                                                         | 2.90  | 594.50   |
| 08/03/2021 | JMD | Video call with James Romey regarding creditor presentation.                                 | 0.70  |          |
|            | JER | Video call with Jack Donohue regarding creditor presentation.                                | 0.70  |          |
| 08/05/2021 | JMD | E-mails with James Romey, Jim Seery and David Klos regarding updated draft of creditor presentation. | 0.50  |          |
|            | JER | E-mails with Jack Donohue, Jim Seery and David Klos regarding updated draft of creditor presentation. | 0.50  |          |
| 08/06/2021 | JMD | E-mail David Klos regarding the updated deliverables to creditors.                           | 0.10  |          |
| 08/11/2021 | JER | Review the ▓▓▓▓ discovery requests; telephone call with Jack Donohue regarding same.        | 0.30  |          |
|            |     | Creds./Creds.' Comm. Contact                                                                 | 2.80  | 1,037.50 |
| 08/02/2021 | JER | Review of ▓▓▓▓▓▓▓▓ related to potential ▓▓▓▓ issue.                                          | 2.50  |          |
|            | JER | Telephone calls with Greg Demo (x3) regarding ▓▓▓ ▓                                         | 0.60  |          |
|            | JER | Continue ▓▓▓▓▓▓▓ related to ▓▓▓▓▓ issue.                                                    | 2.40  |          |
| 08/03/2021 | JER | Continue to ▓▓▓▓▓▓▓ related to ▓▓▓▓ issue.                                                   | 2.60  |          |

Highland Capital Management, LP

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/04/2021 | JER | Video call with PSZJ regarding ██████████. | 0.50 | |
| 08/06/2021 | JMD | Telephone call with Hayley Winograd regarding request for productions. | 0.30 | |
| | JER | Research and ████████████ related to ████ ████████ with the HCM team regarding the same. | 1.20 | |
| 08/10/2021 | JER | Discussion with the HCM team regarding potential litigation issues. | 0.60 | |
| | JER | Review e-mail discovery related to litigation issues. | 1.30 | |
| 08/11/2021 | JMD | Telephone call with John Morris, Brad Sharp, and James Romey regarding ████████ and ████████ information and files. | 0.30 | |
| | JER | Telephone call with John Morris, Brad Sharp, and Jack Donohue regarding the ████████ and ████████ requests. | 0.30 | |
| | JER | E-mails with Jack Donohue and PSZJ regarding litigation data requests. | 0.30 | |
| | | Litigation Support | 12.90 | 5,238.00 |
| 08/02/2021 | DJY | Travel from Chicago, IL, to Dallas, TX (delayed). | 5.50 | |
| | JMD | Travel from Chicago, IL, to Dallas, TX (delayed). | 5.50 | |
| 08/04/2021 | DJY | Travel from Dallas, TX, to Chicago, IL. | 4.00 | |
| | JMD | Travel from Dallas, TX, to Chicago, IL. | 1.80 | |
| 08/09/2021 | JMD | Travel from Chicago, IL, to Dallas, TX (delayed then cancelled). | 8.50 | |
| | JER | Travel from New York, NY, to Dallas, TX. | 5.00 | |
| | | Travel at 1/2 | 30.30 | 9,132.50 |
| 08/01/2021 | JMD | E-mail Stetson Clark regarding the ████████ payments. | 0.10 | |
| 08/02/2021 | MTI | Review listing of ██████ property taxes due, reconcile to prior analysis, and request payment from HCMLP. | 0.60 | |
| | MTI | Review ████████ security invoice and forward for payment. | 0.10 | |
| | MTI | Review draft purchase and sale agreement changes for the ████████ ██ property sale; e-mails with counsel regarding same. | 0.60 | |
| | JER | Analysis of ████████████ reports. | 0.80 | |
| | JER | Telephone call with Stetson Clark regarding the ██ ████████. | 0.30 | |
| | JER | Review the ████████████ analysis. | 0.50 | |
| 08/03/2021 | MTI | E-mails to/from M. Gray regarding HCMLP's ████████ at ████████ | 0.30 | |
| 08/04/2021 | MTI | Telephone call with M. Schwab regarding the ████ offers. | 0.30 | |
| | MTI | Review and respond to questions from counsel regarding the ████████████ ██ purchase and sale agreement. | 0.30 | |
| | MTI | Review ████████ proposals and e-mail follow-up questions to brokers. | 0.50 | |

Highland Capital Management, LP

| Date | | Description | HOURS | |
|---|---|---|---|---|
| | MTI | E-mail with M. Schwab regarding other property listings. | 0.10 | |
| | MTI | E-mail to HCMLP team with the ███████████ ██ purchase and sale agreement requesting review and approval. | 0.20 | |
| 08/05/2021 | MTI | Review HCMLP's response on the purchase and sale agreement and provide to counsel for updating. | 0.10 | |
| 08/06/2021 | MTI | Telephone call with M. Gray regarding ████████ broker selection. | 0.30 | |
| | MTI | Telephone call with M. Schwab regarding ██████████ offers. | 0.30 | |
| | MTI | Telephone call with F. Caruso with the bankruptcy emergence update and impact on real estate issues. | 0.30 | |
| | MTI | Respond to M. Schwab request on the ███████ properties. | 0.10 | |
| | MTI | Review offers matrices for the ███████ ██████ and ████████ | 0.80 | |
| | MTI | Draft and send e-mail to HCMLP summarizing the broker proposals and make suggestion regarding ████████ selection. | 0.50 | |
| 08/07/2021 | MTI | E-mail to M. Mixer of Colliers regarding proposal for ████████ | 0.10 | |
| 08/08/2021 | JER | Telephone call with David Klos regarding the ███ ████████ analysis. | 0.50 | |
| 08/09/2021 | MTI | Conference call with the Land Advisors and HCMLP team to review the ███████ and ███████████ bid packages. | 0.80 | |
| | MTI | Conference call with the HCMLP team to further discuss the ███████████ bid packages. | 0.50 | |
| | MTI | Telephone call with M. Schwab with follow up on prior discussions. | 0.10 | |
| | MTI | E-mails with M. Gray and S. Goldstein regarding ████████ and follow up on signed documents. | 0.20 | |
| | MTI | Review Colliers' listing agreement and forward to counsel for review. | 0.30 | |
| 08/10/2021 | MTI | Review edits to the ███████ listing agreement. | 0.30 | |
| | MTI | Web meeting with the HCMLP team to discuss ███████ preferences. | 0.50 | |
| | MTI | Telephone calls with M. Schwab regarding option for bulk sale of ████████ | 0.30 | |
| 08/11/2021 | MTI | Follow-up e-mail to S. Goldstein regarding the ████████ listing agreement. | 0.10 | |
| | MTI | Telephone call with M. Schwab regarding ████████ follow up. | 0.10 | |
| | MTI | E-mails with the HCMLP team regarding ████████ listing agreement and ██████████ ranching agreement. | 0.30 | |
| | MTI | E-mails with counsel regarding the ███████████ trespasser. | 0.20 | |
| | MTI | Forward signed listing agreement to counsel and broker for ████████ | 0.10 | |
| | | CLO Analysis | 11.50 | 6,427.00 |
| | | FOR THE FOREGOING PROFESSIONAL SERVICES RENDERED: | 201.50 | 71,979.00 |

Highland Capital Management, LP

RECAPITULATION

| CONSULTANT | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| M. T. Iammartino | 9.30 | $595.00 | $5,533.50 |
| J. E. Romey | 80.60 | 410.00 | 33,046.00 |
| J.M. Donohue | 84.90 | 325.00 | 27,592.50 |
| D. J. Young | 24.40 | 205.00 | 5,002.00 |
| J. A. Zagajeski | 2.30 | 350.00 | 805.00 |

|  |  |
|---|---|
| Lodging | 1,334.42 |
| Meals | 404.83 |
| Airfare | 987.20 |
| Car Rental | 384.32 |
| Transportation | 232.73 |
| Other miscellaneous charges | 66.00 |
| TOTAL DISBURSEMENTS: THRU 08/11/2021 | 3,409.50 |
| TOTAL CURRENT WORK | 75,388.50 |
| BALANCE DUE | $75,388.50 |