

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 21, 2021**

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| In re: | § | Case No. 19-34054-sgj11 |
|---|---|---|
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | Chapter 11 |
| | § | |
| Debtor | § | |

### ORDER EFFECTUATING STIPULATION AND ORDER AND DISBURSING REGISTRY FUNDS TO CLO HOLDCO

Upon consideration of CLO HoldCo, LTD.'s ("**CLO HoldCo**") *Ex Parte Consent Motion for Administrative Order Effectuating Stipulation and Order* (the "**Motion**"),

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. The Registry Funds, as referenced in the *Stipulation and Order* [Adversary No. 20-03195, Dkt. No. 92], consisting of:

Proposed Order

      (i) distributions from (a) Highland Dynamic Income Fund, L.P., (b) Highland Dynamic Income Fund, Ltd., and (c) Highland Dynamic Income Master Fund, L.P. (collectively, "**Dynamic Distribution**"); and

      (ii) (a) Highland Argentina Regional Opportunity Fund, L.P., (b) Highland Argentina Regional Opportunity Fund, Ltd., and (c) Highland Argentina Regional Opportunity Master Fund, L.P. (collectively, "**AROF Distribution**")

due to CLO HoldCo (previously referred to from time to time as "**CLOH**"), are to be disbursed from the Registry of the Court as follows, from the Dynamic Distribution $1,603,439.44, plus any and all accrued interest, and from the AROF Distribution, $918,905.82, plus any and all accrued interest. These funds are payable to CLO HoldCo, Ltd., and payment should be mailed to: Attn: Mark Patrick, 2101 Cedar Springs Road, Suite 1200, Dallas, TX 75201.

### END OF ORDER ###