

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 19, 2021**

_____
United States Bankruptcy Judge
_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Highland Capital Management, L.P. §   Case No.: 19−34054−sgj11
 §   Chapter No.: 11
Debtor(s) §

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Frank Grese**, to represent CPCM, LLC, related to document #2935, **ORDERS** this application be:

☑ *Granted* − The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* − The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #

United States Bankruptcy Court
Northern District of Texas

| | |
|---|---|
| In re: | Case No. 19-34054-sgj |
| Highland Capital Management, L.P. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 17 |
| Date Rcvd: Oct 20, 2021 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Frank Grese, Baker & McKenzie LLP, 452 Fifth Avenue, New York, NY 10018-2796 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2021        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A. Lee Hogewood, III | on behalf of Interested Party NexPoint Strategic Opportunities Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland/iBoxx Senior Loan ETF lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Merger Arbitrage Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party NexPoint Advisors  L.P. lee.hogewood@klgates.com, |

| | |
|---|---|
| | haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Total Return Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Defendant Highland Capital Management Fund Advisors  L.P. lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Funds I and its series lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Opportunistic Credit Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Global Allocation Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Defendant Highland Income Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Fixed Income Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Defendant NexPoint Capital  Inc. lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Defendant NexPoint Strategic Opportunities Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Small-Cap Equity Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Socially Responsible Equity Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Funds II and its series lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Healthcare Opportunities Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party NexPoint Capital  Inc. lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Income Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |

Case 19-34054-sgj11 Doc 2955 Filed 10/22/21    Entered 10/22/21 23:18:41    Page 4 of 18

| District/off: 0539-3 | User: admin | Page 3 of 17 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| A. Lee Hogewood, III | on behalf of Interested Party NexPoint Real Estate Strategies Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Defendant NexPoint Advisors L.P. lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| Alyssa Russell | on behalf of Creditor Committee Official Committee of Unsecured Creditors alyssa.russell@sidley.com |
| Amanda Melanie Rush | on behalf of Interested Party CCS Medical Inc. asrush@jonesday.com |
| Amy K. Anderson | on behalf of Creditor Issuer Group aanderson@joneswalker.com lfields@joneswalker.com;amy-anderson-9331@ecf.pacerpro.com |
| Andrew Clubok | on behalf of Plaintiff UBS AG London Branch andrew.clubok@lw.com andrew-clubok-9012@ecf.pacerpro.com,ny-courtmail@lw.com,dclitserv@lw.com |
| Andrew Clubok | on behalf of Plaintiff UBS Securities LLC andrew.clubok@lw.com andrew-clubok-9012@ecf.pacerpro.com,ny-courtmail@lw.com,dclitserv@lw.com |
| Andrew Clubok | on behalf of Interested Party UBS Securities LLC andrew.clubok@lw.com andrew-clubok-9012@ecf.pacerpro.com,ny-courtmail@lw.com,dclitserv@lw.com |
| Andrew Clubok | on behalf of Interested Party UBS AG London Branch andrew.clubok@lw.com andrew-clubok-9012@ecf.pacerpro.com,ny-courtmail@lw.com,dclitserv@lw.com |
| Annmarie Antoniette Chiarello | on behalf of Creditor Acis Capital Management L.P. achiarello@winstead.com |
| Annmarie Antoniette Chiarello | on behalf of Creditor Acis Capital Management GP LLC achiarello@winstead.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Capital Management Fund Advisors L.P. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Small-Cap Equity Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Defendant Highland Income Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party NexPoint Real Estate Strategies Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Opportunistic Credit Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Funds II and its series artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party NexPoint Capital Inc. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Socially Responsible Equity Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland/iBoxx Senior Loan ETF artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party NexPoint Strategic Opportunities Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Defendant NexPoint Strategic Opportunities Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Defendant Highland Capital Management Fund Advisors L.P. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Total Return Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |

District/off: 0539-3 User: admin Page 4 of 17
Date Rcvd: Oct 20, 2021 Form ID: pdf012 Total Noticed: 1

| | |
|---|---|
| Artoush Varshosaz | on behalf of Interested Party NexPoint Advisors L.P. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Defendant NexPoint Advisors L.P. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Defendant NexPoint Capital Inc. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Income Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Healthcare Opportunities Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Funds I and its series artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Merger Arbitrage Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Global Allocation Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Fixed Income Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Asif Attarwala | on behalf of Interested Party UBS Securities LLC asif.attarwala@lw.com |
| Asif Attarwala | on behalf of Interested Party UBS AG London Branch asif.attarwala@lw.com |
| Basil A. Umari | on behalf of Interested Party Meta-e Discovery LLC BUmari@dykema.com, pelliott@dykema.com |
| Bennett Rawicki | on behalf of Defendant Alvarez & Marsal CRF Management LLC brawicki@gibsondunn.com |
| Bojan Guzina | on behalf of Creditor Committee Official Committee of Unsecured Creditors bguzina@sidley.com |
| Brant C. Martin | on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC brant.martin@wickphillips.com samantha.tandy@wickphillips.com |
| Brent Ryan McIlwain | on behalf of Defendant Farallon Capital Management L.L.C. brent.mcilwain@hklaw.com, robert.jones@hklaw.com;brian.smith@hklaw.com |
| Brent Ryan McIlwain | on behalf of Creditor Muck Holdings LLC brent.mcilwain@hklaw.com robert.jones@hklaw.com;brian.smith@hklaw.com |
| Brian D. Glueckstein | on behalf of Interested Party Mark Okada gluecksteinb@sullcrom.com |
| Brian D. Glueckstein | on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #2 gluecksteinb@sullcrom.com |
| Brian D. Glueckstein | on behalf of Interested Party The Okada Insurance Rabbi Trust gluecksteinb@sullcrom.com |
| Brian D. Glueckstein | on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #1 gluecksteinb@sullcrom.com |
| Brian D. Glueckstein | on behalf of Interested Party Okada Family Foundation Inc. gluecksteinb@sullcrom.com |
| Brian J. Smith | on behalf of Defendant Farallon Capital Management L.L.C. brian.smith@hklaw.com, robert.jones@hklaw.com;brent.mcilwain@hklaw.com |
| Bryan C. Assink | on behalf of Interested Party James Dondero bryan.assink@bondsellis.com |
| Bryan C. Assink | on behalf of Defendant James D. Dondero bryan.assink@bondsellis.com |
| Bryan C. Assink | on behalf of Creditor The Dugaboy Investment Trust bryan.assink@bondsellis.com |
| Bryan C. Assink | on behalf of Defendant James Dondero bryan.assink@bondsellis.com |

Bryan C. Assink
    on behalf of Plaintiff James Dondero bryan.assink@bondsellis.com

Bryan C. Assink
    on behalf of Defendant James D. Dondero bryan.assink@bondsellis.com

Candice Marie Carson
    on behalf of Plaintiff UBS Securities LLC Candice.Carson@butlersnow.com

Candice Marie Carson
    on behalf of Interested Party UBS AG London Branch Candice.Carson@butlersnow.com

Candice Marie Carson
    on behalf of Interested Party UBS Securities LLC Candice.Carson@butlersnow.com

Candice Marie Carson
    on behalf of Plaintiff UBS AG London Branch Candice.Carson@butlersnow.com

Casey William Doherty, Jr.
    on behalf of Interested Party Jefferies LLC casey.doherty@dentons.com
    dawn.brown@dentons.com;Melinda.sanchez@dentons.com;docket.general.lit.dal@dentons.com

Casey William Doherty, Jr.
    on behalf of Creditor BHH Equities LLC casey.doherty@dentons.com
    dawn.brown@dentons.com;Melinda.sanchez@dentons.com;docket.general.lit.dal@dentons.com

Chad D. Timmons
    on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com

Charles Martin Persons, Jr.
    on behalf of Creditor Committee Official Committee of Unsecured Creditors cpersons@sidley.com
    txefilingnotice@sidley.com;charles-persons-5722@ecf.pacerpro.com

Clay M. Taylor
    on behalf of Defendant James Dondero clay.taylor@bondsellis.com krista.hillman@bondsellis.com

Clay M. Taylor
    on behalf of Interested Party James Dondero clay.taylor@bondsellis.com krista.hillman@bondsellis.com

Clay M. Taylor
    on behalf of Plaintiff James Dondero clay.taylor@bondsellis.com krista.hillman@bondsellis.com

Cortney C. Thomas
    on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #2 cort@brownfoxlaw.com
    korourke@brownfoxlaw.com

Cortney C. Thomas
    on behalf of Interested Party Okada Family Foundation Inc. cort@brownfoxlaw.com, korourke@brownfoxlaw.com

Cortney C. Thomas
    on behalf of Interested Party The Okada Insurance Rabbi Trust cort@brownfoxlaw.com korourke@brownfoxlaw.com

Cortney C. Thomas
    on behalf of Interested Party Mark Okada cort@brownfoxlaw.com korourke@brownfoxlaw.com

Cortney C. Thomas
    on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #1 cort@brownfoxlaw.com
    korourke@brownfoxlaw.com

Daniel P. Winikka
    on behalf of Interested Party Jack Yang danw@ldsrlaw.com craigs@ldsrlaw.com,dawnw@ldsrlaw.com,ivys@ldsrlaw.com

Daniel P. Winikka
    on behalf of Interested Party Brad Borud danw@ldsrlaw.com craigs@ldsrlaw.com,dawnw@ldsrlaw.com,ivys@ldsrlaw.com

David G. Adams
    on behalf of Creditor United States (IRS) david.g.adams@usdoj.gov southwestern.taxcivil@usdoj.gov;dolores.c.lopez@usdoj.gov

David Grant Crooks
    on behalf of Creditor Committee Official Committee of Unsecured Creditors dcrooks@foxrothschild.com
    etaylor@foxrothschild.com,jsagui@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

David Grant Crooks
    on behalf of Creditor PensionDanmark Pensionsforsikringsaktieselskab dcrooks@foxrothschild.com
    etaylor@foxrothschild.com,jsagui@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

David Grant Crooks
    on behalf of Debtor Highland Capital Management L.P. dcrooks@foxrothschild.com,
    etaylor@foxrothschild.com,jsagui@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

Davor Rukavina
    on behalf of Interested Party NexPoint Real Estate Strategies Fund drukavina@munsch.com

| | |
|---|---|
| Davor Rukavina | on behalf of Interested Party Highland Global Allocation Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Funds I and its series drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party NexPoint Strategic Opportunities Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Merger Arbitrage Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party NexPoint Capital Inc. drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Total Return Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Capital Management Fund Advisors L.P. drukavina@munsch.com |
| Davor Rukavina | on behalf of Defendant NexPoint Strategic Opportunities Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Socially Responsible Equity Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Small-Cap Equity Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Defendant Highland Income Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Defendant Highland Capital Management Fund Advisors L.P. drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party NexPoint Advisors L.P. drukavina@munsch.com |
| Davor Rukavina | on behalf of Defendant NexPoint Capital Inc. drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Fixed Income Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Opportunistic Credit Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Income Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Funds II and its series drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland/iBoxx Senior Loan ETF drukavina@munsch.com |
| Davor Rukavina | on behalf of Defendant NexPoint Advisors L.P. drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Healthcare Opportunities Fund drukavina@munsch.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant Highland Capital Management Services Inc. deborah.deitschperez@stinson.com, patricia.tomasky@stinson.com;kinga.mccoy@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant James Dondero deborah.deitschperez@stinson.com patricia.tomasky@stinson.com;kinga.mccoy@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Witness Nancy Dondero deborah.deitschperez@stinson.com patricia.tomasky@stinson.com;kinga.mccoy@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant HCRE Partners LLC (n/k/a NexPoint Real Estate Partners, LLC) deborah.deitschperez@stinson.com, patricia.tomasky@stinson.com;kinga.mccoy@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant Nancy Dondero deborah.deitschperez@stinson.com patricia.tomasky@stinson.com;kinga.mccoy@stinson.com |

| | |
|---|---|
| Dennis M. Twomey | on behalf of Creditor Committee Official Committee of Unsecured Creditors dtwomey@sidley.com |
| Donna K. Webb | on behalf of Creditor Pension Benefit Guaranty Corporation donna.webb@usdoj.gov<br>brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov |
| Douglas J. Schneller | on behalf of Creditor Contrarian Funds LLC douglas.schneller@rimonlaw.com |
| Douglas S. Draper | on behalf of Creditor The Get Good Non Exempt Trust No 2 ddraper@hellerdraper.com<br>dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Douglas S. Draper | on behalf of Creditor Get Better Trust ddraper@hellerdraper.com<br>dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Douglas S. Draper | on behalf of Creditor Canis Minor Trust ddraper@hellerdraper.com<br>dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Douglas S. Draper | on behalf of Creditor Get Good Non Exempt Trust No 1 ddraper@hellerdraper.com<br>dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Douglas S. Draper | on behalf of Creditor The Dondero Insurance Rabbi Trust ddraper@hellerdraper.com<br>dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Douglas S. Draper | on behalf of Creditor Dana Scott Breault ddraper@hellerdraper.com<br>dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Douglas S. Draper | on behalf of Creditor SLHC Trust ddraper@hellerdraper.com<br>dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Douglas S. Draper | on behalf of Creditor Get Good Trust ddraper@hellerdraper.com<br>dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Douglas S. Draper | on behalf of Defendant The Dugaboy Investment Trust ddraper@hellerdraper.com<br>dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Douglas S. Draper | on behalf of Defendant The Get Good Nonexempt Trust ddraper@hellerdraper.com<br>dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Douglas S. Draper | on behalf of Creditor The Dugaboy Investment Trust ddraper@hellerdraper.com<br>dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Douglas S. Draper | on behalf of Creditor Dolomiti LLC ddraper@hellerdraper.com<br>dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Edmon L. Morton | on behalf of Creditor Committee Official Committee of Unsecured Creditors emorton@ycst.com |
| Edward J. Leen | on behalf of Creditor Jessup Holdings LLC eleen@mkbllp.com |
| Edwin Paul Keiffer | on behalf of Creditor Beacon Mountain LLC pkeiffer@romclaw.com, bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor Atlas IDF GP, LLC pkeiffer@romclaw.com, bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor Rand PE Fund Management LLC pkeiffer@romclaw.com, bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Defendant Hunter Mountain Investment Trust pkeiffer@romclaw.com bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor Atlas IDF LP pkeiffer@romclaw.com, bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor Hunter Mountain Investment Trust pkeiffer@romclaw.com bwallace@romclaw.com |
| Edwin Paul Keiffer | |

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 8 of 17 |
| Date Rcvd: Oct 20, 2021 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Rand PE Fund I  LP pkeiffer@romclaw.com, bwallace@romclaw.com |
| Edwin Paul Keiffer | |
| | on behalf of Creditor John Honis pkeiffer@romclaw.com  bwallace@romclaw.com |
| Edwin Paul Keiffer | |
| | on behalf of Interested Party Hunter Mountain Trust pkeiffer@romclaw.com  bwallace@romclaw.com |
| Edwin Paul Keiffer | |
| | on behalf of Creditor Rand Advisors  LLC pkeiffer@romclaw.com, bwallace@romclaw.com |
| Elizabeth Weller | |
| | on behalf of Creditor Fannin CAD dallas.bankruptcy@publicans.com  dora.casiano-perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | |
| | on behalf of Creditor Grayson County dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | |
| | on behalf of Creditor Dallas County dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | |
| | on behalf of Creditor Coleman County TAD dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | |
| | on behalf of Creditor Allen ISD dallas.bankruptcy@publicans.com  dora.casiano-perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | |
| | on behalf of Creditor Irving ISD dallas.bankruptcy@publicans.com  dora.casiano-perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | |
| | on behalf of Creditor Tarrant County dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | |
| | on behalf of Creditor Rockwall CAD dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | |
| | on behalf of Creditor Kaufman County dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | |
| | on behalf of Creditor Upshur County dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Eric A. Soderlund | |
| | on behalf of Interested Party CPCM  LLC eric.soderlund@judithwross.com |
| Eric A. Soderlund | |
| | on behalf of Interested Party Former Employees eric.soderlund@judithwross.com |
| Eric A. Soderlund | |
| | on behalf of Creditor Scott Ellington  Thomas Surgent, Frank Waterhouse, Isaac Leventon eric.soderlund@judithwross.com |
| Eric A. Soderlund | |
| | on behalf of Creditor Frank Waterhouse  Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent eric.soderlund@judithwross.com |
| Eric Thomas Haitz | |
| | on behalf of Defendant Alvarez & Marsal CRF Management  LLC ehaitz@gibsondunn.com, skoller@gibsondunn.com |
| Faheem A. Mahmooth | |
| | on behalf of Creditor Pension Benefit Guaranty Corporation mahmooth.faheem@pbgc.gov  efile@pbgc.gov |
| Frances Anne Smith | |
| | on behalf of Interested Party CPCM  LLC frances.smith@judithwross.com, michael.coulombe@judithwross.com |
| Frances Anne Smith | |
| | on behalf of Interested Party Former Employees frances.smith@judithwross.com  michael.coulombe@judithwross.com |
| Frances Anne Smith | |
| | on behalf of Interested Party Matthew DiOrio  Scott Ellington, Isaac Leventon, Mary Kathryn Lucas (nee Irving), John Paul Sevilla, Stephanie Vitiello, and Frank Waterhouse frances.smith@judithwross.com, michael.coulombe@judithwross.com |
| Frances Anne Smith | |
| | on behalf of Creditor Scott Ellington  Thomas Surgent, Frank Waterhouse, Isaac Leventon frances.smith@judithwross.com, michael.coulombe@judithwross.com |
| Gregory Getty Hesse | |
| | on behalf of Spec. Counsel Hunton Andrews Kurth LLP ghesse@HuntonAK.com |

Case 19-34054-sgj11 Doc 2955 Filed 10/22/21    Entered 10/22/21 23:18:41    Page 10 of 18

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 9 of 17 |
| Date Rcvd: Oct 20, 2021 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| | astowe@HuntonAK.com;tcanada@HuntonAK.com;creeves@HuntonAK.com |
| Gregory V. Demo | on behalf of Creditor Committee Official Committee of Unsecured Creditors gdemo@pszjlaw.com jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com |
| Gregory V. Demo | on behalf of Defendant Highland Capital Management LP gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com |
| Gregory V. Demo | on behalf of Debtor Highland Capital Management L.P. gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com |
| Greta M. Brouphy | on behalf of Creditor The Dugaboy Investment Trust gbrouphy@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com |
| Greta M. Brouphy | on behalf of Defendant The Dugaboy Investment Trust gbrouphy@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com |
| Greta M. Brouphy | on behalf of Creditor Get Good Trust gbrouphy@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com |
| Hayley R. Winograd | on behalf of Debtor Highland Capital Management L.P. hwinograd@pszjlaw.com |
| Hayley R. Winograd | on behalf of Defendant Highland Capital Management LP hwinograd@pszjlaw.com |
| Holland N. O'Neil | on behalf of Spec. Counsel Foley Gardere Foley & Lardner LLP honeil@foley.com, jcharrison@foley.com;acordero@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| J. Seth Moore | on behalf of Creditor Siepe LLC smoore@ctstlaw.com, jsteele@ctstlaw.com |
| Jaclyn C. Weissgerber | on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com jweissgerber@ycst.com |
| James Robertson Clarke | on behalf of Interested Party James Dondero robbie.clarke@bondsellis.com |
| Jason Alexander Enright | on behalf of Creditor Acis Capital Management L.P. jenright@winstead.com |
| Jason Alexander Enright | on behalf of Creditor Acis Capital Management GP LLC jenright@winstead.com |
| Jason Patrick Kathman | on behalf of Creditor Paul Kauffman jkathman@spencerfane.com gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com |
| Jason Patrick Kathman | on behalf of Defendant Patrick Daugherty jkathman@spencerfane.com gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com |
| Jason Patrick Kathman | on behalf of Defendant Patrick Hagaman Daugherty jkathman@spencerfane.com gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com |
| Jason Patrick Kathman | on behalf of Creditor Todd Travers jkathman@spencerfane.com gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com |
| Jason Patrick Kathman | on behalf of Creditor Davis Deadman jkathman@spencerfane.com gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com |
| Jason Patrick Kathman | on behalf of Creditor Patrick Daugherty jkathman@spencerfane.com gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com |
| Jason S. Brookner | on behalf of Creditor Gray Reed & McGraw LLP jbrookner@grayreed.com lwebb@grayreed.com;acarson@grayreed.com |
| Jeff P. Prostok | on behalf of Creditor Acis Capital Management L.P. jprostok@forsheyprostok.com, jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jpr |

Case 19-34054-sgj11 Doc 2955 Filed 10/22/21 Entered 10/22/21 23:18:41 Page 11 of 18

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 10 of 17 |
| Date Rcvd: Oct 20, 2021 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| | ostok@ecf.courtdrive.com |
| Jeff P. Prostok | |
| | on behalf of Creditor Joshua Terry jprostok@forsheyprostok.com jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| Jeff P. Prostok | |
| | on behalf of Creditor Jennifer G. Terry jprostok@forsheyprostok.com jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| Jeff P. Prostok | |
| | on behalf of Creditor Acis Capital Management GP  LLC jprostok@forsheyprostok.com, jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| Jeffrey Kurtzman | |
| | on behalf of Creditor BET Investments II  L.P. kurtzman@kurtzmansteady.com |
| Jeffrey Nathan Pomerantz | |
| | on behalf of Debtor Highland Capital Management  L.P. jpomerantz@pszjlaw.com |
| John A. Morris | |
| | on behalf of Defendant Highland Capital Management  LP jmorris@pszjlaw.com |
| John A. Morris | |
| | on behalf of Debtor Highland Capital Management  L.P. jmorris@pszjlaw.com |
| John J. Kane | |
| | on behalf of Defendant Grant James Scott III jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com |
| John J. Kane | |
| | on behalf of Creditor Grant James Scott III jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com |
| John J. Kane | |
| | on behalf of Defendant CLO Holdco  Ltd. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com |
| John T. Cox, III | |
| | on behalf of Defendant Alvarez & Marsal CRF Management  LLC tcox@gibsondunn.com, WCassidy@gibsondunn.com;twesley@gibsondunn.com |
| John Y. Bonds, III | |
| | on behalf of Interested Party James Dondero john@bondsellis.com |
| John Y. Bonds, III | |
| | on behalf of Defendant James D. Dondero john@bondsellis.com |
| Jonathan D. Sundheimer | |
| | on behalf of Creditor NWCC  LLC jsundhimer@btlaw.com |
| Jonathan E. Bridges | |
| | on behalf of Plaintiff CLO Holdco  Ltd. jeb@sbaitilaw.com |
| Jonathan E. Bridges | |
| | on behalf of Plaintiff Charitable DAF Fund  LP jeb@sbaitilaw.com |
| Joseph E. Bain | |
| | on behalf of Creditor Issuer Group JBain@joneswalker.com kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party Highland Opportunistic Credit Fund jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Defendant NexPoint Capital  Inc. jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party Highland Small-Cap Equity Fund jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party Highland Healthcare Opportunities Fund jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Defendant Highland Capital Management Fund Advisors  L.P. jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party Highland Merger Arbitrage Fund jvasek@munsch.com |
| Julian Preston Vasek | |

| | |
|---|---|
| | on behalf of Interested Party NexPoint Capital Inc. jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party Highland Fixed Income Fund jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party Highland/iBoxx Senior Loan ETF jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party Highland Funds I and its series jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party NexPoint Advisors GP LLC jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Defendant NexPoint Strategic Opportunities Fund jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party NexPoint Advisors L.P. jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party Highland Socially Responsible Equity Fund jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party Highland Global Allocation Fund jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party Highland Total Return Fund jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party NexPoint Strategic Opportunities Fund jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party Highland Funds II and its series jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party Highland Income Fund jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Defendant NexPoint Advisors L.P. jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Defendant Highland Income Fund jvasek@munsch.com |
| Julian Preston Vasek | |
| | on behalf of Interested Party NexPoint Real Estate Strategies Fund jvasek@munsch.com |
| Juliana Hoffman | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Juliana Hoffman | |
| | on behalf of Financial Advisor FTI Consulting Inc. jhoffman@sidley.com, txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Juliana Hoffman | |
| | on behalf of Plaintiff Official Committee of Unsecured Creditors jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Juliana Hoffman | |
| | on behalf of Interested Party UBS Securities LLC jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Juliana Hoffman | |
| | on behalf of Interested Party UBS AG London Branch jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Juliana Hoffman | |
| | on behalf of Debtor Highland Capital Management L.P. jhoffman@sidley.com, txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Juliana Hoffman | |
| | on behalf of Interested Party Committee of Unsecured Creditors jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Kesha Tanabe | |
| | on behalf of Creditor Cedar Glade LP kesha@tanabelaw.com |
| Kimberly A. Posin | |
| | on behalf of Interested Party UBS Securities LLC kim.posin@lw.com colleen.rico@lw.com |
| Kimberly A. Posin | |
| | on behalf of Plaintiff UBS AG London Branch kim.posin@lw.com colleen.rico@lw.com |

| | |
|---|---|
| Kimberly A. Posin | on behalf of Interested Party UBS AG London Branch kim.posin@lw.com   colleen.rico@lw.com |
| Kimberly A. Posin | on behalf of Plaintiff UBS Securities LLC kim.posin@lw.com   colleen.rico@lw.com |
| Larry R. Boyd | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR lboyd@abernathy-law.com ljameson@abernathy-law.com |
| Lauren Kessler Drawhorn | on behalf of Creditor Highland Capital Management Services  Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party VineBrook Homes  Trust, Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Creditor Eagle Equity Advisors  LLC lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Partners  LLC lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party Nexpoint Real Estate Capital  LLC lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors VIII  L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors VI  L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors  L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexBank lauren.drawhorn@wickphillips.com   samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors III  L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Multifamily Capital Trust  Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party MGM Holdings  Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexBank Securities Inc. lauren.drawhorn@wickphillips.com   samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexBank Title Inc. lauren.drawhorn@wickphillips.com   samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Creditor Advisors Equity Group  LLC lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Hospitality Trust lauren.drawhorn@wickphillips.com   samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors VII  L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Creditor HCRE Partners  LLC (n/k/a NexPoint Real Estate Partners, LLC) lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors V  L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |

Lauren Kessler Drawhorn
    on behalf of Interested Party NexBank Capital Inc. lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
    on behalf of Interested Party NexPoint Real Estate Advisors IV L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
    on behalf of Interested Party NexPoint Real Estate Advisors II L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
    on behalf of Interested Party NexPoint Residential Trust Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
    on behalf of Interested Party NexPoint Real Estate Finance Inc. lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com

Laurie A. Spindler
    on behalf of Creditor Allen ISD Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A. Spindler
    on behalf of Creditor Dallas County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A. Spindler
    on behalf of Creditor Irving ISD Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A. Spindler
    on behalf of Creditor Tarrant County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A. Spindler
    on behalf of Creditor City of Allen Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A. Spindler
    on behalf of Creditor City of Richardson Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A. Spindler
    on behalf of Creditor Grayson County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A. Spindler
    on behalf of Creditor Kaufman County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

Leslie A. Collins
    on behalf of Creditor The Dugaboy Investment Trust lcollins@hellerdraper.com

Leslie A. Collins
    on behalf of Defendant The Dugaboy Investment Trust lcollins@hellerdraper.com

Leslie A. Collins
    on behalf of Creditor Get Good Trust lcollins@hellerdraper.com

Linda D. Reece
    on behalf of Creditor Plano ISD lreece@pbfcm.com

Linda D. Reece
    on behalf of Creditor City of Garland lreece@pbfcm.com

Linda D. Reece
    on behalf of Creditor Wylie ISD lreece@pbfcm.com

Linda D. Reece
    on behalf of Creditor Garland ISD lreece@pbfcm.com

Lisa L. Lambert
    on behalf of U.S. Trustee United States Trustee lisa.l.lambert@usdoj.gov

Louis M. Phillips
    on behalf of Defendant CLO Holdco Ltd. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
    on behalf of Creditor CLO Holdco Ltd. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
    on behalf of Interested Party The Santa Barbara Foundation louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
    on behalf of Defendant Highland Dallas Foundation Inc. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

District/off: 0539-3     User: admin     Page 14 of 17
Date Rcvd: Oct 20, 2021     Form ID: pdf012     Total Noticed: 1

| | |
|---|---|
| Louis M. Phillips | on behalf of Interested Party Charitable DAF Fund LP louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | on behalf of Interested Party The Dallas Foundation louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | on behalf of Creditor The Charitable DAF Fund L.P. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | on behalf of Respondent Mark Patrick louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | on behalf of Interested Party CLO Holdco Ltd. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | on behalf of Interested Party Highland Santa Barbara Foundation Inc. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | on behalf of Interested Party The Greater Kansas City Community Foundation louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | on behalf of Creditor Charitable DAF GP L.P. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | on behalf of Interested Party Highland Kansas City Foundation Inc. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | on behalf of Interested Party Highland Dallas Foundation Inc. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | on behalf of Interested Party The Charitable DAF Fund L.P. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | on behalf of Creditor Highland Dallas Foundation Inc. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | on behalf of Creditor Charitable DAF HoldCo Ltd. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | on behalf of Interested Party Mary Jalonick louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| M. David Bryant, Jr. | on behalf of Interested Party Integrated Financial Associates Inc. dbryant@dykema.com, csmith@dykema.com |
| Margaret Michelle Hartmann | on behalf of Interested Party CPCM LLC michelle.hartmann@bakermckenzie.com |
| Mark A. Platt | on behalf of Interested Party Redeemer Committee of the Highland Crusader Fund mplatt@fbtlaw.com dwillliams@fbtlaw.com;mluna@fbtlaw.com |
| Martin A. Sosland | on behalf of Interested Party UBS AG London Branch martin.sosland@butlersnow.com ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com |
| Martin A. Sosland | on behalf of Plaintiff UBS AG London Branch martin.sosland@butlersnow.com ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com |
| Martin A. Sosland | on behalf of Interested Party UBS Securities LLC martin.sosland@butlersnow.com ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com |
| Martin A. Sosland | on behalf of Plaintiff UBS Securities LLC martin.sosland@butlersnow.com ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com |
| Matthew Gold | |

District/off: 0539-3 User: admin Page 15 of 17
Date Rcvd: Oct 20, 2021 Form ID: pdf012 Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Argo Partners courts@argopartners.net |
| Matthew A. Clemente | on behalf of Creditor Committee Official Committee of Unsecured Creditors mclemente@sidley.com matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwomey@sidley.com |
| Matthew A. Clemente | on behalf of Interested Party Committee of Unsecured Creditors mclemente@sidley.com matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwomey@sidley.com |
| Matthew G. Bouslog | on behalf of Interested Party Alvarez & Marsal CRF Management LLC, as Investment Manager of the Highland Crusader Funds mbouslog@gibsondunn.com, nbrosman@gibsondunn.com |
| Mazin Ahmad Sbaiti | on behalf of Interested Party Charitable DAF Fund LP mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com |
| Mazin Ahmad Sbaiti | on behalf of Interested Party CLO Holdco Ltd. mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com |
| Mazin Ahmad Sbaiti | on behalf of Creditor The Charitable DAF Fund L.P. mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com |
| Mazin Ahmad Sbaiti | on behalf of Plaintiff Charitable DAF Fund LP mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com |
| Mazin Ahmad Sbaiti | on behalf of Interested Party The Charitable DAF Fund L.P. mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com |
| Mazin Ahmad Sbaiti | on behalf of Creditor CLO Holdco Ltd. mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com |
| Mazin Ahmad Sbaiti | on behalf of Plaintiff CLO Holdco Ltd. mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com |
| Megan Young-John | on behalf of Creditor Issuer Group myoung-john@porterhedges.com |
| Megan F. Clontz | on behalf of Creditor Patrick Daugherty mclontz@spencerfane.com lvargas@spencerfane.com |
| Melissa S. Hayward | on behalf of Defendant Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Melissa S. Hayward | on behalf of Debtor Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Melissa S. Hayward | on behalf of Defendant Highland Capital Management LP MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Melissa S. Hayward | on behalf of Plaintiff Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Michael A. Rosenthal | on behalf of Defendant Alvarez & Marsal CRF Management LLC mrosenthal@gibsondunn.com |
| Michael I. Baird | on behalf of Interested Party Pension Benefit Guaranty Corporation baird.michael@pbgc.gov efile@pbgc.gov |
| Michael I. Baird | on behalf of Creditor Pension Benefit Guaranty Corporation baird.michael@pbgc.gov efile@pbgc.gov |
| Michael Justin Lang | on behalf of Interested Party James Dondero mlang@cwl.law nvazquez@cwl.law;aohlinger@cwl.law;jgonzales@cwl.law;vpatterson@cwl.law |
| Michael P. Aigen | on behalf of Defendant James Dondero michael.aigen@stinson.com stephanie.gratt@stinson.com |
| Michael P. Aigen | on behalf of Defendant HCRE Partners LLC (n/k/a NexPoint Real Estate Partners, LLC) michael.aigen@stinson.com, stephanie.gratt@stinson.com |
| Michael P. Aigen | on behalf of Defendant Highland Capital Management Services Inc. michael.aigen@stinson.com, stephanie.gratt@stinson.com |
| Michael Scott Held | on behalf of Creditor Crescent TC Investors L.P. mheld@jw.com, lcrumble@jw.com |
| Michelle E. Shriro | on behalf of Interested Party California Public Employees Retirement System (CalPERS) mshriro@singerlevick.com |

Case 19-34054-sgj11 Doc 2955 Filed 10/22/21    Entered 10/22/21 23:18:41    Page 17 of 18

| District/off: 0539-3 | User: admin | Page 16 of 17 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| | scotton@singerlevick.com;tguillory@singerlevick.com |
| Nicole Skolnekovich | on behalf of Interested Party Hunton Andrews Kurth LLP nskolnekovich@hunton.com astowe@huntonak.com;creeves@huntonak.com |
| Paige Holden Montgomery | on behalf of Creditor Committee Official Committee of Unsecured Creditors pmontgomery@sidley.com txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com |
| Paige Holden Montgomery | on behalf of Plaintiff Marc Kirschner pmontgomery@sidley.com txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com |
| Paige Holden Montgomery | on behalf of Interested Party Committee of Unsecured Creditors pmontgomery@sidley.com txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com |
| Paige Holden Montgomery | on behalf of Plaintiff Official Committee of Unsecured Creditors pmontgomery@sidley.com txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com |
| Paige Holden Montgomery | on behalf of Interested Party Litigation Trustee of the Highland Capital Management L.P. Litigation Sub-Trust pmontgomery@sidley.com, txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com |
| Paul M. Lopez | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com |
| Paul Richard Bessette | on behalf of Interested Party Highland CLO Funding Ltd. pbessette@KSLAW.com, ccisneros@kslaw.com;jworsham@kslaw.com;kbryan@kslaw.com;jcarvalho@kslaw.com |
| Paul Richard Bessette | on behalf of Defendant Highland CLO Funding Ltd. pbessette@KSLAW.com, ccisneros@kslaw.com;jworsham@kslaw.com;kbryan@kslaw.com;jcarvalho@kslaw.com |
| Penny Packard Reid | on behalf of Creditor Committee Official Committee of Unsecured Creditors preid@sidley.com txefilingnotice@sidley.com;penny-reid-4098@ecf.pacerpro.com;ncade@sidley.com |
| Phillip L. Lamberson | on behalf of Creditor Acis Capital Management GP LLC plamberson@winstead.com |
| Phillip L. Lamberson | on behalf of Creditor Acis Capital Management L.P. plamberson@winstead.com |
| Rakhee V. Patel | on behalf of Creditor Acis Capital Management GP LLC rpatel@winstead.com, dgalindo@winstead.com;achiarello@winstead.com |
| Rakhee V. Patel | on behalf of Creditor Acis Capital Management L.P. rpatel@winstead.com, dgalindo@winstead.com;achiarello@winstead.com |
| Robert Joel Feinstein | on behalf of Debtor Highland Capital Management L.P. rfeinstein@pszjlaw.com |
| Robert Joel Feinstein | on behalf of Defendant Highland Capital Management LP rfeinstein@pszjlaw.com |
| Ryan E. Manns | on behalf of Interested Party UBS Securities LLC ryan.manns@nortonrosefulbright.com |
| Ryan E. Manns | on behalf of Interested Party UBS AG London Branch ryan.manns@nortonrosefulbright.com |
| Sarah A. Schultz | on behalf of Interested Party PetroCap LLC sschultz@akingump.com, mstamer@akingump.com;afreeman@akingump.com;dkazlow@akingump.com;aqureshi@akingump.com;dkrasa-berstell@akingump.com;bkemp@akingump.com;brenda-kemp-7410@ecf.pacerpro.com |
| Sean M. Beach | on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com sbeach@ycst.com |
| Shawn M. Christianson | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |

| District/off: 0539-3 | User: admin | Page 17 of 17 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: pdf012 | Total Noticed: 1 |

Susheel Kirpalani
 on behalf of Interested Party Litigation Trustee of the Highland Capital Management L.P. Litigation Sub-Trust susheelkirpalani@quinnemanuel.com, dian.gwinnup@haynesboone.com

Suzanne K. Rosen
 on behalf of Creditor Acis Capital Management GP LLC srosen@forsheyprostok.com, jjones@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com

Suzanne K. Rosen
 on behalf of Creditor Acis Capital Management L.P. srosen@forsheyprostok.com, jjones@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com

Thomas C. Scannell
 on behalf of Interested Party Sentinel Reinsurance Ltd. tscannell@foley.com acordero@foley.com;thomas-scannell-3441@ecf.pacerpro.com

Thomas Daniel Berghman
 on behalf of Interested Party NexPoint Advisors L.P. tberghman@munsch.com

Thomas G. Haskins, Jr.
 on behalf of Creditor NWCC LLC thaskins@btlaw.com

Thomas M. Melsheimer
 on behalf of Creditor Frank Waterhouse Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent tmelsheimer@winston.com, tom-melsheimer-7823@ecf.pacerpro.com

United States Trustee
 ustpregion06.da.ecf@usdoj.gov

Vickie L. Driver
 on behalf of Creditor HarbourVest et al Vickie.Driver@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com

Warren Horn
 on behalf of Creditor The Dugaboy Investment Trust whorn@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com

Warren Horn
 on behalf of Creditor Get Good Trust whorn@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com

William R. Howell, Jr.
 on behalf of Interested Party James Dondero william.howell@bondsellis.com williamhowell@utexas.edu

William R. Howell, Jr.
 on behalf of Defendant James D. Dondero william.howell@bondsellis.com williamhowell@utexas.edu

Zachery Z. Annable
 on behalf of Defendant Highland Capital Management LP zannable@haywardfirm.com

Zachery Z. Annable
 on behalf of Defendant Highland Capital Management L.P. zannable@haywardfirm.com

Zachery Z. Annable
 on behalf of Other Professional Hayward PLLC zannable@haywardfirm.com

Zachery Z. Annable
 on behalf of Plaintiff Highland Capital Management L.P. zannable@haywardfirm.com

Zachery Z. Annable
 on behalf of Debtor Highland Capital Management L.P. zannable@haywardfirm.com

Zachery Z. Annable
 on behalf of Other Professional Hayward & Associates PLLC zannable@haywardfirm.com

TOTAL: 377