HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Local Counsel for the Reorganized Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) ) ) | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | ) ) ) | **Re: Docket No. 2909** |

**CERTIFICATE OF NO OBJECTION REGARDING NINETEENTH MONTHLY
APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF HAYWARD PLLC AS LOCAL COUNSEL TO THE DEBTOR FOR THE PERIOD
FROM JULY 1, 2021 THROUGH AUGUST 11, 2021
(NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *Nineteenth Monthly Application for Compensation and Reimbursement of Expenses of Hayward PLLC as Local Counsel to the Debtor for the Period from July 1, 2021 through August 11, 2021* [Docket No. 2909] (the "Application") filed on October 8, 2021. The undersigned further certifies that the Court's docket in this case has been reviewed

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

**CERTIFICATE OF NO OBJECTION** **PAGE 1 OF 3**

and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than October 29, 2021.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 141] entered on December 4, 2019, the Reorganized Debtor is authorized to pay Hayward PLLC (i) $39,958.00, which represents 80% of the fees ($49,947.50) requested in the Application, and (ii) $3,965.32, which represents 100% of the expenses requested in the Application, for the period from July 1, 2021 through August 11, 2021, upon the filing of this Certificate and without the need for entry of a Court order approving the Application.

*[Remainder of Page Intentionally Blank]*

Dated: November 1, 2021.

                                      **HAYWARD PLLC**

                                */s/ Zachery Z. Annable*
                                Melissa S. Hayward
                                Texas Bar No. 24044908
                                MHayward@HaywardFirm.com
                                Zachery Z. Annable
                                Texas Bar No. 24053075
                                ZAnnable@HaywardFirm.com
                                10501 N. Central Expy, Ste. 106
                                Dallas, Texas 75231
                                Tel: (972) 755-7100
                                Fax: (972) 755-7110

                                *Local Counsel for the Reorganized Debtor*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on November 1, 2021, a true and correct copy of the foregoing *Certificate of No Objection* was served via electronic mail upon those parties registered to receive electronic service via the Court's CM/ECF system.

                                                  */s/ Zachery Z. Annable*
                                                Zachery Z. Annable

Dated: November 1, 2021.

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Local Counsel for the Reorganized Debtor*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 1, 2021, a true and correct copy of the foregoing *Certificate of No Objection* was served via electronic mail upon those parties registered to receive electronic service via the Court's CM/ECF system.

*/s/ Zachery Z. Annable*
Zachery Z. Annable