

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 10, 2021**

_____
United States Bankruptcy Judge

---

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | |

## ORDER APPROVING STIPULATION AND AGREED ORDER AUTHORIZING WITHDRAWAL OF PROOF OF CLAIM 128 FILED BY THE GET GOOD NON-EXEMPT TRUST NO. 1 INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE CANIS MAJOR TRUST

Upon consideration of the *Stipulation and Agreed Order Authorizing Withdrawal of Proof of Claim 128 Filed by the Get Good Non-Exempt Trust No. 1 Individually and as Successor-in-Interest to The Canis Major Trust* (the "Stipulation")[2] filed in the above-captioned case, it is

**HEREBY ORDERED THAT:**

1. The Stipulation, a copy of which is attached hereto as **Exhibit A**, is approved.

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are 6725. The headquarters and service address for the Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

[2] All capitalized terms used but not defined herein have the meanings given to them in the Stipulation.

2. The withdrawal of Claim 128 with prejudice is approved.

3. This Order and the Stipulation are and will be binding on Claimant's predecessors, successors, transferees, and assigns, including, without limitation, any transferee or assignee of Claim 128 (whether in whole or in part).

4. To the extent applicable, the official claims register in the HCMLP bankruptcy case will be modified in accordance with this Order.

5. This Court shall have and retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of this Order and the Stipulation.

### END OF ORDER ###

# **EXHIBIT A**

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*pro hac vice*)
Ira D. Kharasch (CA Bar No. 266326) (*pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (TX Bar No. 24044908)
MHayward@HaywardFirm.com
Zachery Z. Annable (TX Bar No. 24053075)
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

HELLER, DRAPER & HORN, L.L.C.
Douglas S. Draper (LA Bar No. 5073)
Leslie A. Collins (LA Bar No. 14891)
Greta M. Brouphy (LA Bar No. 26216)
650 Poydras Street
Suite 2500
New Orleans, LA 70130
Telephone:  (504) 299-3300
Facsimile:  (504) 299-3399

*Counsel for The Get Good Non-Exempt Trust No. 1*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § § | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § § | |

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are 6725. The headquarters and service address for the Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

**STIPULATION AND AGREED ORDER AUTHORIZING WITHDRAWAL OF PROOF OF CLAIM 128 FILED BY THE GET GOOD NON-EXEMPT TRUST NO. 1 INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE CANIS MAJOR TRUST**

This *Stipulation and Agreed Order Authorizing Withdrawal of Proof of Claim 128 Filed by The Get Good Non-Exempt Trust No. 1 Individually and as Successor-in-Interest to The Canis Major Trust* (the "Stipulation") is entered into between Highland Capital Management, L.P., the reorganized debtor ("HCMLP"), and The Get Good Non-Exempt Trust No. 1 ("Claimant").

**RECITALS**

**WHEREAS**, on April 8, 2020, Claimant filed proof of claim number 128 ("Claim 128") individually and as successor-in-interest to The Canis Major Trust.

**WHEREAS**, Claimant now desires to withdraw Claim 128 with prejudice.

**STIPULATION**

Now, therefore, HCMLP and Claimant agree and stipulate as follows:

1. Claim 128 is hereby withdrawn with prejudice.

2. This Stipulation is and will be binding on Claimant's predecessors, successors, transferees, and assigns, including, without limitation, any transferee or assignee of Claim 128 (whether in whole or in part).

3. The Bankruptcy Court for the Northern District of Texas, Dallas Division, shall have and retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of this Stipulation.

4. To the extent applicable, the official claims register in the HCMLP bankruptcy case will be modified in accordance with this Stipulation.

*[Remainder of Page Intentionally Blank]*

-3-

**IT IS SO STIPULATED:**

Dated: November 5, 2021

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No. 143717) *(pro hac vice)*
Ira D. Kharasch (CA Bar No. 266326) *(pro hac vice)*
Gregory V. Demo (NY Bar No. 5371992) *(pro hac vice)*
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:   jpomerantz@pszjlaw.com
            ikharasch@pszjlaw.com
            gdemo@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**HELLER, DRAPER & HORN, L.L.C.**

*/s/ Douglas S. Draper*
Douglas S. Draper (LA Bar No. 5073)
Leslie A. Collins (LA Bar No. 14891)
Greta M. Brouphy (LA Bar No. 26216)
650 Poydras Street
Suite 2500
New Orleans, LA 70130
Telephone:  (504) 299-3300
Facsimile:  (504) 299-3399
Email:   ddraper@hellerdraper.com
            lcollins@hellerdraper.com
            gbrouphy@hellerdraper.com

*Counsel for The Get Good Non-Exempt Trust No. 1*