Jason M. Rudd
Texas State Bar No. 24028786
jason.rudd@wickphillips.com
Lauren K. Drawhorn
Texas State Bar No. 24074528
lauren.drawhorn@wickphillips.com
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Fax: (214) 692-6255

**COUNSEL FOR NEXBANK CAPITAL, INC.,
NEXBANK SECURITIES, INC. NEXBANK TITLE, INC.,
AND NEXBANK**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.** | § | **Case No.: 19-34054-sgj11** |
| | § | |
| **Debtor.** | § | |

## NOTICE OF WITHDRAWAL OF APPLICATION
## FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

PLEASE TAKE NOTICE that NexBank Capital Inc., NexBank Securities, Inc. NexBank Title, Inc., and NexBank (collectively "NexBank") hereby withdraw their Application for Allowance of Administrative Expense Claim filed on February 3, 2021 [ECF No. 1888], with prejudice, in accordance with NexBank and Highland Capital Management, LP's resolution of various claims between them.

Respectfully submitted,

*/s/ Lauren K. Drawhorn*
Jason M. Rudd
Texas Bar No. 24028786
Lauren K. Drawhorn
Texas Bar No. 24074528
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Fax: (214) 692-6255
Email:  jason.rudd@wickphillips.com
          lauren.drawhorn@wickphillips.com

**COUNSEL FOR NEXBANK CAPITAL, INC., NEXBANK SECURITIES, INC., NEXBANK TITLE, INC., AND NEXBANK**

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2021, a true and correct copy of the foregoing Notice was served via the Court's CM/ECF system upon counsel for the Debtor and all other parties requesting or consenting to such service in this bankruptcy case.

*/s/ Lauren K. Drawhorn*
Lauren K. Drawhorn