

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 29, 2021**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.[1] | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | Rel. to Dkt. 2904 |

**ORDER GRANTING TWENTY-FIRST MONTHLY AND FINAL FEE APPLICATION OF SIDLEY AUSTIN LLP, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTHLY FEE PERIOD FROM JULY 1, 2021 THROUGH AND INCLUDING AUGUST 11, 2021 AND THE FINAL FEE PERIOD FROM OCTOBER 29, 2019 THROUGH AND INCLUDING AUGUST 11, 2021**

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

Upon consideration of the application ("Application")[2] of Sidley Austin LLP ("Sidley") for allowance of compensation for professional services rendered in the above captioned Chapter 11 Case during the period from July 1, 2021 through and including August 11, 2021 (the Monthly Fee Period"), and October 29, 2019 through and including August 11, 2021 (the "Final Fee Period"), it is HEREBY ORDERED THAT:

1. Sidley is granted allowance of compensation in the amount of $854,259.75 for the Twenty-First Monthly Fee Period.

2. Sidley is granted allowance of reimbursements for expenses incurred in the amount of $36,678.16 for the Twenty-First Monthly Fee Period.

3. Sidley is granted final allowance and approval for compensation in the amount of $13,134,805.20 for the Final Fee Period.

4. Sidley is granted final allowance and approval for reimbursement of expenses in the amount of $211,841.25 for the Final Fee Period.

3. The Reorganized Debtor is authorized and directed to remit payment to Sidley of such allowed compensation and expense reimbursement amounts (including any unpaid holdback payments from prior monthly fee applications), less any and all amounts previously paid on account of such fees and expenses.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # # End of Order # # #

---

[2] Each capitalized term used but not otherwise defined herein shall have the meaning ascribed to it in the Application.