

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed January 6, 2022

_____
United States Bankruptcy Judge
_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Highland Capital Management, L.P. | § | Case No.:  19−34054−sgj11 |
| | § | Chapter No.:  11 |
| Debtor(s) | § | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Jeffrey M. Dine**, to represent Highland Capital Management, L.P., related to document #3159, **ORDERS** this application be:

☑ *Granted* − The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* − The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #

United States Bankruptcy Court
Northern District of Texas

In re: Case No. 19-34054-sgj
Highland Capital Management, L.P. Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3     User: admin     Page 1 of 18
Date Rcvd: Jan 07, 2022     Form ID: pdf012     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Alan J. Kornfeld, Pachulski Stang Ziehl & Jones LLPL, 10100 Santa Monica Blvd., 13 Fl, Los Angeles, CA 90067-4114 |
| aty | + | Jeffrey M. Dine, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2022     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2022 at the address(es) listed below:

**Name**     **Email Address**

A. Lee Hogewood, III
    on behalf of Interested Party NexPoint Strategic Opportunities Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com

A. Lee Hogewood, III
    on behalf of Interested Party Highland/iBoxx Senior Loan ETF lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com

A. Lee Hogewood, III
    on behalf of Interested Party Highland Merger Arbitrage Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com

A. Lee Hogewood, III

District/off: 0539-3 User: admin Page 2 of 18
Date Rcvd: Jan 07, 2022 Form ID: pdf012 Total Noticed: 2

| | |
|---|---|
| | on behalf of Interested Party NexPoint Advisors L.P. lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Total Return Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Defendant Highland Capital Management Fund Advisors L.P. lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Funds I and its series lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Opportunistic Credit Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Global Allocation Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Defendant Highland Income Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Defendant NexPoint Capital Inc. lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Fixed Income Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Defendant NexPoint Strategic Opportunities Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Small-Cap Equity Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Socially Responsible Equity Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Funds II and its series lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Capital Management Fund Advisors L.P. lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Healthcare Opportunities Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Income Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party NexPoint Capital Inc. lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |

District/off: 0539-3      User: admin      Page 3 of 18
Date Rcvd: Jan 07, 2022      Form ID: pdf012      Total Noticed: 2

| Name | Details |
|---|---|
| A. Lee Hogewood, III | on behalf of Interested Party NexPoint Real Estate Strategies Fund lee.hogewood@klgates.com haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Defendant NexPoint Advisors L.P. lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com |
| Alyssa Russell | on behalf of Creditor Committee Official Committee of Unsecured Creditors alyssa.russell@sidley.com |
| Amanda Rush | on behalf of Interested Party CCS Medical Inc. asrush@jonesday.com |
| Amy K. Anderson | on behalf of Creditor Issuer Group aanderson@joneswalker.com lfields@joneswalker.com;amy-anderson-9331@ecf.pacerpro.com |
| Andrew Clubok | on behalf of Plaintiff UBS AG London Branch andrew.clubok@lw.com andrew-clubok-9012@ecf.pacerpro.com,ny-courtmail@lw.com,dclitserv@lw.com |
| Andrew Clubok | on behalf of Plaintiff UBS Securities LLC andrew.clubok@lw.com andrew-clubok-9012@ecf.pacerpro.com,ny-courtmail@lw.com,dclitserv@lw.com |
| Andrew Clubok | on behalf of Interested Party UBS Securities LLC andrew.clubok@lw.com andrew-clubok-9012@ecf.pacerpro.com,ny-courtmail@lw.com,dclitserv@lw.com |
| Andrew Clubok | on behalf of Interested Party UBS AG London Branch andrew.clubok@lw.com andrew-clubok-9012@ecf.pacerpro.com,ny-courtmail@lw.com,dclitserv@lw.com |
| Annmarie Antoniette Chiarello | on behalf of Creditor Acis Capital Management L.P. achiarello@winstead.com |
| Annmarie Antoniette Chiarello | on behalf of Creditor Acis Capital Management GP LLC achiarello@winstead.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Capital Management Fund Advisors L.P. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Small-Cap Equity Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Defendant Highland Income Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party NexPoint Real Estate Strategies Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Opportunistic Credit Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Funds II and its series artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party NexPoint Capital Inc. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Socially Responsible Equity Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland/iBoxx Senior Loan ETF artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party NexPoint Strategic Opportunities Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Defendant NexPoint Strategic Opportunities Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Defendant Highland Capital Management Fund Advisors L.P. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Total Return Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com |

District/off: 0539-3          User: admin          Page 4 of 18
Date Rcvd: Jan 07, 2022          Form ID: pdf012          Total Noticed: 2

Artoush Varshosaz
    on behalf of Interested Party NexPoint Advisors L.P. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com

Artoush Varshosaz
    on behalf of Defendant NexPoint Advisors L.P. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com

Artoush Varshosaz
    on behalf of Defendant NexPoint Capital Inc. artoush.varshosaz@klgates.com, Julie.garrett@klgates.com

Artoush Varshosaz
    on behalf of Interested Party Highland Income Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com

Artoush Varshosaz
    on behalf of Interested Party Highland Healthcare Opportunities Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com

Artoush Varshosaz
    on behalf of Interested Party Highland Funds I and its series artoush.varshosaz@klgates.com Julie.garrett@klgates.com

Artoush Varshosaz
    on behalf of Interested Party Highland Merger Arbitrage Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com

Artoush Varshosaz
    on behalf of Interested Party Highland Fixed Income Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com

Artoush Varshosaz
    on behalf of Interested Party Highland Global Allocation Fund artoush.varshosaz@klgates.com Julie.garrett@klgates.com

Asif Attarwala
    on behalf of Interested Party UBS Securities LLC asif.attarwala@lw.com

Asif Attarwala
    on behalf of Interested Party UBS AG London Branch asif.attarwala@lw.com

Basil A. Umari
    on behalf of Interested Party Meta-e Discovery LLC BUmari@dykema.com, pelliott@dykema.com

Bennett Rawicki
    on behalf of Defendant Alvarez & Marsal CRF Management LLC brawicki@gibsondunn.com

Bojan Guzina
    on behalf of Creditor Committee Official Committee of Unsecured Creditors bguzina@sidley.com

Brant C. Martin
    on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC brant.martin@wickphillips.com samantha.tandy@wickphillips.com

Brent Ryan McIlwain
    on behalf of Defendant Farallon Capital Management L.L.C. brent.mcilwain@hklaw.com, robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
    on behalf of Creditor Muck Holdings LLC brent.mcilwain@hklaw.com robert.jones@hklaw.com;brian.smith@hklaw.com

Brian D. Glueckstein
    on behalf of Interested Party Mark Okada gluecksteinb@sullcrom.com

Brian D. Glueckstein
    on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #2 gluecksteinb@sullcrom.com

Brian D. Glueckstein
    on behalf of Interested Party The Okada Insurance Rabbi Trust gluecksteinb@sullcrom.com

Brian D. Glueckstein
    on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #1 gluecksteinb@sullcrom.com

Brian D. Glueckstein
    on behalf of Interested Party Okada Family Foundation Inc. gluecksteinb@sullcrom.com

Brian J. Smith
    on behalf of Defendant Farallon Capital Management L.L.C. brian.smith@hklaw.com, robert.jones@hklaw.com;brent.mcilwain@hklaw.com

Bryan C. Assink
    on behalf of Interested Party James Dondero bryan.assink@bondsellis.com

Bryan C. Assink
    on behalf of Defendant James D. Dondero bryan.assink@bondsellis.com

Bryan C. Assink
    on behalf of Creditor The Dugaboy Investment Trust bryan.assink@bondsellis.com

Bryan C. Assink
    on behalf of Defendant James Dondero bryan.assink@bondsellis.com

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 5 of 18 |
| Date Rcvd: Jan 07, 2022 | Form ID: pdf012 | Total Noticed: 2 |

Bryan C. Assink
    on behalf of Plaintiff James Dondero bryan.assink@bondsellis.com

Bryan C. Assink
    on behalf of Defendant James D. Dondero bryan.assink@bondsellis.com

Candice Marie Carson
    on behalf of Plaintiff UBS Securities LLC Candice.Carson@butlersnow.com

Candice Marie Carson
    on behalf of Interested Party UBS AG London Branch Candice.Carson@butlersnow.com

Candice Marie Carson
    on behalf of Interested Party UBS Securities LLC Candice.Carson@butlersnow.com

Candice Marie Carson
    on behalf of Plaintiff UBS AG London Branch Candice.Carson@butlersnow.com

Casey William Doherty, Jr.
    on behalf of Interested Party Jefferies LLC casey.doherty@dentons.com
    dawn.brown@dentons.com;Melinda.sanchez@dentons.com;docket.general.lit.dal@dentons.com

Casey William Doherty, Jr.
    on behalf of Creditor BHH Equities LLC casey.doherty@dentons.com
    dawn.brown@dentons.com;Melinda.sanchez@dentons.com;docket.general.lit.dal@dentons.com

Chad D. Timmons
    on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com

Charles Martin Persons, Jr.
    on behalf of Creditor Committee Official Committee of Unsecured Creditors cpersons@sidley.com
    txefilingnotice@sidley.com;charles-persons-5722@ecf.pacerpro.com

Clay M. Taylor
    on behalf of Defendant James Dondero clay.taylor@bondsellis.com krista.hillman@bondsellis.com

Clay M. Taylor
    on behalf of Interested Party James Dondero clay.taylor@bondsellis.com krista.hillman@bondsellis.com

Clay M. Taylor
    on behalf of Plaintiff James Dondero clay.taylor@bondsellis.com krista.hillman@bondsellis.com

Cortney C. Thomas
    on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #2 cort@brownfoxlaw.com
    korourke@brownfoxlaw.com

Cortney C. Thomas
    on behalf of Interested Party Okada Family Foundation Inc. cort@brownfoxlaw.com, korourke@brownfoxlaw.com

Cortney C. Thomas
    on behalf of Interested Party The Okada Insurance Rabbi Trust cort@brownfoxlaw.com korourke@brownfoxlaw.com

Cortney C. Thomas
    on behalf of Interested Party Mark Okada cort@brownfoxlaw.com korourke@brownfoxlaw.com

Cortney C. Thomas
    on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #1 cort@brownfoxlaw.com
    korourke@brownfoxlaw.com

Daniel P. Winikka
    on behalf of Interested Party Jack Yang danw@ldsrlaw.com craigs@ldsrlaw.com,dawnw@ldsrlaw.com,ivys@ldsrlaw.com

Daniel P. Winikka
    on behalf of Interested Party Brad Borud danw@ldsrlaw.com craigs@ldsrlaw.com,dawnw@ldsrlaw.com,ivys@ldsrlaw.com

David G. Adams
    on behalf of Creditor United States (IRS) david.g.adams@usdoj.gov southwestern.taxcivil@usdoj.gov;dolores.c.lopez@usdoj.gov

David Grant Crooks
    on behalf of Creditor Committee Official Committee of Unsecured Creditors dcrooks@foxrothschild.com
    etaylor@foxrothschild.com,rdietz@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

David Grant Crooks
    on behalf of Creditor PensionDanmark Pensionsforsikringsaktieselskab dcrooks@foxrothschild.com
    etaylor@foxrothschild.com,rdietz@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

David Grant Crooks
    on behalf of Debtor Highland Capital Management L.P. dcrooks@foxrothschild.com,
    etaylor@foxrothschild.com,rdietz@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

Davor Rukavina
    on behalf of Interested Party NexPoint Real Estate Strategies Fund drukavina@munsch.com

District/off: 0539-3 User: admin Page 6 of 18
Date Rcvd: Jan 07, 2022 Form ID: pdf012 Total Noticed: 2

| | |
|---|---|
| Davor Rukavina | on behalf of Interested Party Highland Global Allocation Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Funds I and its series drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party NexPoint Strategic Opportunities Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Merger Arbitrage Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party NexPoint Capital Inc. drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Total Return Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Capital Management Fund Advisors L.P. drukavina@munsch.com |
| Davor Rukavina | on behalf of Defendant NexPoint Strategic Opportunities Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Small-Cap Equity Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Defendant Highland Income Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Defendant Highland Capital Management Fund Advisors L.P. drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party NexPoint Advisors L.P. drukavina@munsch.com |
| Davor Rukavina | on behalf of Defendant NexPoint Capital Inc. drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Fixed Income Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Opportunistic Credit Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Income Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Funds II and its series drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Socially Responsible Equity Fund drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland/iBoxx Senior Loan ETF drukavina@munsch.com |
| Davor Rukavina | on behalf of Defendant NexPoint Advisors L.P. drukavina@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Healthcare Opportunities Fund drukavina@munsch.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant Highland Capital Management Fund Advisors L.P. deborah.deitschperez@stinson.com, patricia.tomasky@stinson.com;kinga.mccoy@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant Highland Capital Management Services Inc. deborah.deitschperez@stinson.com, patricia.tomasky@stinson.com;kinga.mccoy@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant James Dondero deborah.deitschperez@stinson.com patricia.tomasky@stinson.com;kinga.mccoy@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant The Dugaboy Investment Trust deborah.deitschperez@stinson.com patricia.tomasky@stinson.com;kinga.mccoy@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Witness Nancy Dondero deborah.deitschperez@stinson.com patricia.tomasky@stinson.com;kinga.mccoy@stinson.com |

| | |
|---|---|
| Deborah Rose Deitsch-Perez | on behalf of Defendant HCRE Partners LLC (n/k/a NexPoint Real Estate Partners, LLC) deborah.deitschperez@stinson.com, patricia.tomasky@stinson.com;kinga.mccoy@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant Nancy Dondero deborah.deitschperez@stinson.com patricia.tomasky@stinson.com;kinga.mccoy@stinson.com |
| Dennis M. Twomey | on behalf of Creditor Committee Official Committee of Unsecured Creditors dtwomey@sidley.com |
| Donna K. Webb | on behalf of Creditor Pension Benefit Guaranty Corporation donna.webb@usdoj.gov brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov |
| Douglas J. Schneller | on behalf of Creditor Contrarian Funds LLC douglas.schneller@rimonlaw.com |
| Douglas S. Draper | on behalf of Creditor The Get Good Non Exempt Trust No 2 ddraper@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Douglas S. Draper | on behalf of Creditor Get Better Trust ddraper@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Douglas S. Draper | on behalf of Creditor Canis Minor Trust ddraper@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Douglas S. Draper | on behalf of Creditor Get Good Non Exempt Trust No 1 ddraper@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Douglas S. Draper | on behalf of Creditor The Dondero Insurance Rabbi Trust ddraper@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Douglas S. Draper | on behalf of Creditor Dana Scott Breault ddraper@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Douglas S. Draper | on behalf of Creditor SLHC Trust ddraper@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Douglas S. Draper | on behalf of Creditor Get Good Trust ddraper@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Douglas S. Draper | on behalf of Defendant The Dugaboy Investment Trust ddraper@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Douglas S. Draper | on behalf of Defendant The Get Good Nonexempt Trust ddraper@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Douglas S. Draper | on behalf of Creditor The Dugaboy Investment Trust ddraper@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Douglas S. Draper | on behalf of Creditor Dolomiti LLC ddraper@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Edmon L. Morton | on behalf of Creditor Committee Official Committee of Unsecured Creditors emorton@ycst.com |
| Edward J. Leen | on behalf of Creditor Jessup Holdings LLC eleen@mkbllp.com |
| Edwin Paul Keiffer | on behalf of Creditor Beacon Mountain LLC pkeiffer@romclaw.com, bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor Atlas IDF GP, LLC pkeiffer@romclaw.com, bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor Rand PE Fund Management LLC pkeiffer@romclaw.com, bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Defendant Hunter Mountain Investment Trust pkeiffer@romclaw.com bwallace@romclaw.com |

Case 19-34054-sgj11 Doc 3172 Filed 01/09/22 Entered 01/09/22 23:17:16 Page 9 of 19

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 8 of 18 |
| Date Rcvd: Jan 07, 2022 | Form ID: pdf012 | Total Noticed: 2 |

| | |
|---|---|
| Edwin Paul Keiffer | on behalf of Creditor Atlas IDF LP pkeiffer@romclaw.com, bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor Hunter Mountain Investment Trust pkeiffer@romclaw.com bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor Rand PE Fund I LP pkeiffer@romclaw.com, bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor John Honis pkeiffer@romclaw.com bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Interested Party Hunter Mountain Trust pkeiffer@romclaw.com bwallace@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor Rand Advisors LLC pkeiffer@romclaw.com, bwallace@romclaw.com |
| Elizabeth Weller | on behalf of Creditor Fannin CAD Dora.Casiano-Perez@lgbs.com dora.casiano-perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Grayson County Dora.Casiano-Perez@lgbs.com dora.casiano-perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Dallas County Dora.Casiano-Perez@lgbs.com dora.casiano-perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Coleman County TAD Dora.Casiano-Perez@lgbs.com dora.casiano-perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Allen ISD Dora.Casiano-Perez@lgbs.com dora.casiano-perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Irving ISD Dora.Casiano-Perez@lgbs.com dora.casiano-perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Tarrant County Dora.Casiano-Perez@lgbs.com dora.casiano-perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Rockwall CAD Dora.Casiano-Perez@lgbs.com dora.casiano-perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Kaufman County Dora.Casiano-Perez@lgbs.com dora.casiano-perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Upshur County Dora.Casiano-Perez@lgbs.com dora.casiano-perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Eric A. Soderlund | on behalf of Interested Party CPCM LLC eric.soderlund@judithwross.com |
| Eric A. Soderlund | on behalf of Interested Party Former Employees eric.soderlund@judithwross.com |
| Eric A. Soderlund | on behalf of Creditor Scott Ellington Thomas Surgent, Frank Waterhouse, Isaac Leventon eric.soderlund@judithwross.com |
| Eric A. Soderlund | on behalf of Creditor Frank Waterhouse Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent eric.soderlund@judithwross.com |
| Eric Thomas Haitz | on behalf of Defendant Alvarez & Marsal CRF Management LLC ehaitz@gibsondunn.com, skoller@gibsondunn.com |
| Faheem A. Mahmooth | on behalf of Creditor Pension Benefit Guaranty Corporation mahmooth.faheem@pbgc.gov efile@pbgc.gov |
| Frances Anne Smith | on behalf of Interested Party CPCM LLC frances.smith@judithwross.com, michael.coulombe@judithwross.com |
| Frances Anne Smith | on behalf of Interested Party Former Employees frances.smith@judithwross.com michael.coulombe@judithwross.com |
| Frances Anne Smith | on behalf of Interested Party Matthew DiOrio Scott Ellington, Isaac Leventon, Mary Kathryn Lucas (nee Irving), John Paul Sevilla, Stephanie Vitiello, and Frank Waterhouse frances.smith@judithwross.com, michael.coulombe@judithwross.com |
| Frances Anne Smith | on behalf of Creditor Scott Ellington Thomas Surgent, Frank Waterhouse, Isaac Leventon frances.smith@judithwross.com, michael.coulombe@judithwross.com |

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 9 of 18 |
| Date Rcvd: Jan 07, 2022 | Form ID: pdf012 | Total Noticed: 2 |

Gregory Getty Hesse
    on behalf of Spec. Counsel Hunton Andrews Kurth LLP ghesse@HuntonAK.com astowe@HuntonAK.com;tcanada@HuntonAK.com;creeves@HuntonAK.com

Gregory V. Demo
    on behalf of Creditor Committee Official Committee of Unsecured Creditors gdemo@pszjlaw.com jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo
    on behalf of Defendant Highland Capital Management LP gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo
    on behalf of Debtor Highland Capital Management L.P. gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Greta M. Brouphy
    on behalf of Creditor The Dugaboy Investment Trust gbrouphy@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com

Greta M. Brouphy
    on behalf of Defendant The Dugaboy Investment Trust gbrouphy@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com

Greta M. Brouphy
    on behalf of Creditor Get Good Trust gbrouphy@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com

Hayley R. Winograd
    on behalf of Defendant Highland Capital Management LP hwinograd@pszjlaw.com

Hayley R. Winograd
    on behalf of Debtor Highland Capital Management L.P. hwinograd@pszjlaw.com

Holland N. O'Neil
    on behalf of Spec. Counsel Foley Gardere Foley & Lardner LLP honeil@foley.com, jcharrison@foley.com;acordero@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com

J. Seth Moore
    on behalf of Creditor Siepe LLC smoore@ctstlaw.com, jsteele@ctstlaw.com

Jaclyn C. Weissgerber
    on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com jweissgerber@ycst.com

James Robertson Clarke
    on behalf of Interested Party James Dondero robbie.clarke@bondsellis.com

Jason Alexander Enright
    on behalf of Creditor Acis Capital Management L.P. jenright@winstead.com

Jason Alexander Enright
    on behalf of Creditor Acis Capital Management GP LLC jenright@winstead.com

Jason Patrick Kathman
    on behalf of Creditor Patrick Daugherty jkathman@spencerfane.com gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com

Jason Patrick Kathman
    on behalf of Creditor Paul Kauffman jkathman@spencerfane.com gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com

Jason Patrick Kathman
    on behalf of Defendant Patrick Daugherty jkathman@spencerfane.com gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com

Jason Patrick Kathman
    on behalf of Defendant Patrick Hagaman Daugherty jkathman@spencerfane.com gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com

Jason Patrick Kathman
    on behalf of Creditor Todd Travers jkathman@spencerfane.com gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com

Jason Patrick Kathman
    on behalf of Creditor Davis Deadman jkathman@spencerfane.com gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com

Jason S. Brookner
    on behalf of Creditor Gray Reed & McGraw LLP jbrookner@grayreed.com lwebb@grayreed.com;acarson@grayreed.com

Jeff P. Prostok

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 10 of 18 |
| Date Rcvd: Jan 07, 2022 | Form ID: pdf012 | Total Noticed: 2 |

|  |  |
|---|---|
| | on behalf of Creditor Acis Capital Management L.P. jprostok@forsheyprostok.com, jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| Jeff P. Prostok | on behalf of Creditor Joshua Terry jprostok@forsheyprostok.com jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| Jeff P. Prostok | on behalf of Creditor Jennifer G. Terry jprostok@forsheyprostok.com jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| Jeff P. Prostok | on behalf of Creditor Acis Capital Management GP LLC jprostok@forsheyprostok.com, jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| Jeffrey Kurtzman | on behalf of Creditor BET Investments II L.P. kurtzman@kurtzmansteady.com |
| Jeffrey Nathan Pomerantz | on behalf of Debtor Highland Capital Management L.P. jpomerantz@pszjlaw.com |
| John A. Morris | on behalf of Defendant Highland Capital Management LP jmorris@pszjlaw.com |
| John A. Morris | on behalf of Debtor Highland Capital Management L.P. jmorris@pszjlaw.com |
| John J. Kane | on behalf of Defendant Grant James Scott III jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com |
| John J. Kane | on behalf of Creditor Grant James Scott III jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com |
| John J. Kane | on behalf of Defendant CLO Holdco Ltd. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com |
| John T. Cox, III | on behalf of Defendant Alvarez & Marsal CRF Management LLC tcox@gibsondunn.com, WCassidy@gibsondunn.com;twesley@gibsondunn.com |
| John Y. Bonds, III | on behalf of Interested Party James Dondero john@bondsellis.com |
| John Y. Bonds, III | on behalf of Defendant James D. Dondero john@bondsellis.com |
| Jonathan D. Sundheimer | on behalf of Creditor NWCC LLC jsundhimer@btlaw.com |
| Jonathan E. Bridges | on behalf of Plaintiff CLO Holdco Ltd. jeb@sbaitilaw.com |
| Jonathan E. Bridges | on behalf of Interested Party CLO Holdco Ltd. jeb@sbaitilaw.com |
| Jonathan E. Bridges | on behalf of Plaintiff Charitable DAF Fund LP jeb@sbaitilaw.com |
| Jonathan E. Bridges | on behalf of Interested Party Charitable DAF Fund LP jeb@sbaitilaw.com |
| Jonathan E. Bridges | on behalf of Creditor CLO Holdco Ltd. jeb@sbaitilaw.com |
| Jordan A. Kroop | on behalf of Debtor Highland Capital Management L.P. jkroop@pszjlaw.com, tcorrea@pszjlaw.com |
| Joseph E. Bain | on behalf of Creditor Issuer Group JBain@joneswalker.com kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com |
| Julian Preston Vasek | on behalf of Interested Party NexPoint Real Estate Strategies Fund jvasek@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party Highland Opportunistic Credit Fund jvasek@munsch.com |
| Julian Preston Vasek | on behalf of Defendant NexPoint Capital Inc. jvasek@munsch.com |

Julian Preston Vasek
    on behalf of Interested Party Highland Small-Cap Equity Fund jvasek@munsch.com

Julian Preston Vasek
    on behalf of Interested Party Highland Healthcare Opportunities Fund jvasek@munsch.com

Julian Preston Vasek
    on behalf of Defendant Highland Capital Management Fund Advisors  L.P. jvasek@munsch.com

Julian Preston Vasek
    on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. jvasek@munsch.com

Julian Preston Vasek
    on behalf of Interested Party Highland Merger Arbitrage Fund jvasek@munsch.com

Julian Preston Vasek
    on behalf of Interested Party NexPoint Capital  Inc. jvasek@munsch.com

Julian Preston Vasek
    on behalf of Interested Party Highland Fixed Income Fund jvasek@munsch.com

Julian Preston Vasek
    on behalf of Interested Party Highland/iBoxx Senior Loan ETF jvasek@munsch.com

Julian Preston Vasek
    on behalf of Interested Party Highland Funds I and its series jvasek@munsch.com

Julian Preston Vasek
    on behalf of Interested Party NexPoint Advisors GP  LLC jvasek@munsch.com

Julian Preston Vasek
    on behalf of Defendant NexPoint Strategic Opportunities Fund jvasek@munsch.com

Julian Preston Vasek
    on behalf of Interested Party NexPoint Advisors  L.P. jvasek@munsch.com

Julian Preston Vasek
    on behalf of Interested Party Highland Socially Responsible Equity Fund jvasek@munsch.com

Julian Preston Vasek
    on behalf of Interested Party Highland Global Allocation Fund jvasek@munsch.com

Julian Preston Vasek
    on behalf of Interested Party Highland Total Return Fund jvasek@munsch.com

Julian Preston Vasek
    on behalf of Interested Party NexPoint Strategic Opportunities Fund jvasek@munsch.com

Julian Preston Vasek
    on behalf of Interested Party Highland Funds II and its series jvasek@munsch.com

Julian Preston Vasek
    on behalf of Interested Party Highland Income Fund jvasek@munsch.com

Julian Preston Vasek
    on behalf of Defendant NexPoint Advisors  L.P. jvasek@munsch.com

Julian Preston Vasek
    on behalf of Defendant Highland Income Fund jvasek@munsch.com

Juliana Hoffman
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jhoffman@sidley.com
    txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
    on behalf of Financial Advisor FTI Consulting  Inc. jhoffman@sidley.com,
    txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
    on behalf of Plaintiff Official Committee of Unsecured Creditors jhoffman@sidley.com
    txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
    on behalf of Other Professional Teneo Capital  LLC jhoffman@sidley.com,
    txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
    on behalf of Interested Party UBS Securities LLC jhoffman@sidley.com
    txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
    on behalf of Interested Party UBS AG London Branch jhoffman@sidley.com
    txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 12 of 18 |
| Date Rcvd: Jan 07, 2022 | Form ID: pdf012 | Total Noticed: 2 |

Juliana Hoffman
    on behalf of Debtor Highland Capital Management L.P. jhoffman@sidley.com, txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
    on behalf of Interested Party Committee of Unsecured Creditors jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
    on behalf of Creditor Sidley Austin LLP jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Kesha Tanabe
    on behalf of Creditor Cedar Glade LP kesha@tanabelaw.com

Kimberly A. Posin
    on behalf of Interested Party UBS Securities LLC kim.posin@lw.com colleen.rico@lw.com

Kimberly A. Posin
    on behalf of Plaintiff UBS AG London Branch kim.posin@lw.com colleen.rico@lw.com

Kimberly A. Posin
    on behalf of Interested Party UBS AG London Branch kim.posin@lw.com colleen.rico@lw.com

Kimberly A. Posin
    on behalf of Plaintiff UBS Securities LLC kim.posin@lw.com colleen.rico@lw.com

Kristin H. Jain
    on behalf of Interested Party NexPoint Real Estate Advisors L.P. KHJain@JainLaw.com, dskierski@skijain.com

Kristin H. Jain
    on behalf of Interested Party NexPoint Advisors L.P. KHJain@JainLaw.com, dskierski@skijain.com

Larry R. Boyd
    on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR lboyd@abernathy-law.com ljameson@abernathy-law.com

Lauren Kessler Drawhorn
    on behalf of Interested Party NexPoint Real Estate Finance Inc. lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
    on behalf of Creditor Highland Capital Management Services Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
    on behalf of Interested Party VineBrook Homes Trust, Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
    on behalf of Creditor Eagle Equity Advisors LLC lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
    on behalf of Interested Party NexPoint Real Estate Partners LLC lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
    on behalf of Interested Party Nexpoint Real Estate Capital LLC lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
    on behalf of Interested Party NexPoint Real Estate Advisors VIII L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
    on behalf of Interested Party NexPoint Real Estate Advisors VI L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
    on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
    on behalf of Interested Party NexPoint Real Estate Advisors L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
    on behalf of Interested Party NexBank lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com

Lauren Kessler Drawhorn
    on behalf of Interested Party NexPoint Real Estate Advisors III L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 13 of 18 |
| Date Rcvd: Jan 07, 2022 | Form ID: pdf012 | Total Noticed: 2 |

| | |
|---|---|
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Multifamily Capital Trust Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party MGM Holdings Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexBank Securities Inc. lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexBank Title Inc. lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Creditor Advisors Equity Group LLC lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Hospitality Trust lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors VII L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Creditor HCRE Partners LLC (n/k/a NexPoint Real Estate Partners, LLC) lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors V L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexBank Capital Inc. lauren.drawhorn@wickphillips.com samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors IV L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors II L.P. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Residential Trust Inc. lauren.drawhorn@wickphillips.com, samantha.tandy@wickphillips.com |
| Laurie A. Spindler | on behalf of Creditor Allen ISD Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Dallas County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Irving ISD Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Tarrant County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor City of Allen Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor City of Richardson Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Grayson County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Kaufman County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Leslie A. Collins | on behalf of Creditor The Dugaboy Investment Trust lcollins@hellerdraper.com |
| Leslie A. Collins | on behalf of Defendant The Dugaboy Investment Trust lcollins@hellerdraper.com |
| Leslie A. Collins | on behalf of Creditor Get Good Trust lcollins@hellerdraper.com |
| Linda D. Reece | on behalf of Creditor Plano ISD lreece@pbfcm.com lreece@ecf.courtdrive.com |
| Linda D. Reece | |

Case 19-34054-sgj11 Doc 3172 Filed 01/09/22    Entered 01/09/22 23:17:16    Page 15 of 19

| District/off: 0539-3 | User: admin | Page 14 of 18 |
|---|---|---|
| Date Rcvd: Jan 07, 2022 | Form ID: pdf012 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor City of Garland lreece@pbfcm.com  lreece@ecf.courtdrive.com |
| Linda D. Reece | |
| | on behalf of Creditor Wylie ISD lreece@pbfcm.com  lreece@ecf.courtdrive.com |
| Linda D. Reece | |
| | on behalf of Creditor Garland ISD lreece@pbfcm.com  lreece@ecf.courtdrive.com |
| Lisa L. Lambert | |
| | on behalf of U.S. Trustee United States Trustee lisa.l.lambert@usdoj.gov |
| Louis M. Phillips | |
| | on behalf of Defendant CLO Holdco  Ltd. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | |
| | on behalf of Creditor CLO Holdco  Ltd. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | |
| | on behalf of Interested Party The Santa Barbara Foundation louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | |
| | on behalf of Defendant Highland Dallas Foundation  Inc. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | |
| | on behalf of Interested Party Charitable DAF Fund  LP louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | |
| | on behalf of Interested Party The Dallas Foundation louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | |
| | on behalf of Creditor The Charitable DAF Fund  L.P. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | |
| | on behalf of Respondent Mark Patrick louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | |
| | on behalf of Interested Party CLO Holdco  Ltd. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | |
| | on behalf of Interested Party Highland Santa Barbara Foundation  Inc. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | |
| | on behalf of Interested Party The Greater Kansas City Community Foundation louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | |
| | on behalf of Creditor Charitable DAF GP  L.P. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | |
| | on behalf of Interested Party Highland Kansas City Foundation  Inc. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | |
| | on behalf of Interested Party Highland Dallas Foundation  Inc. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | |
| | on behalf of Interested Party The Charitable DAF Fund  L.P. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | |
| | on behalf of Creditor Highland Dallas Foundation  Inc. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | |
| | on behalf of Creditor Charitable DAF HoldCo  Ltd. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Louis M. Phillips | |
| | on behalf of Interested Party Mary Jalonick louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |

District/off: 0539-3 | User: admin | Page 15 of 18
Date Rcvd: Jan 07, 2022 | Form ID: pdf012 | Total Noticed: 2

| | |
|---|---|
| M. David Bryant, Jr. | on behalf of Interested Party Integrated Financial Associates Inc. dbryant@dykema.com, csmith@dykema.com |
| Margaret Michelle Hartmann | on behalf of Interested Party CPCM LLC michelle.hartmann@bakermckenzie.com |
| Mark A. Platt | on behalf of Interested Party Redeemer Committee of the Highland Crusader Fund mplatt@fbtlaw.com dwilliams@fbtlaw.com,mluna@fbtlaw.com |
| Martin A. Sosland | on behalf of Interested Party UBS AG London Branch martin.sosland@butlersnow.com ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com |
| Martin A. Sosland | on behalf of Plaintiff UBS AG London Branch martin.sosland@butlersnow.com ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com |
| Martin A. Sosland | on behalf of Interested Party UBS Securities LLC martin.sosland@butlersnow.com ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com |
| Martin A. Sosland | on behalf of Plaintiff UBS Securities LLC martin.sosland@butlersnow.com ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com |
| Matthew Gold | on behalf of Creditor Argo Partners courts@argopartners.net |
| Matthew A. Clemente | on behalf of Creditor Committee Official Committee of Unsecured Creditors mclemente@sidley.com matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwomey@sidley.com |
| Matthew A. Clemente | on behalf of Interested Party Committee of Unsecured Creditors mclemente@sidley.com matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwomey@sidley.com |
| Matthew G. Bouslog | on behalf of Interested Party Alvarez & Marsal CRF Management LLC, as Investment Manager of the Highland Crusader Funds mbouslog@gibsondunn.com, nbrosman@gibsondunn.com |
| Mazin Ahmad Sbaiti | on behalf of Interested Party Charitable DAF Fund LP mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com |
| Mazin Ahmad Sbaiti | on behalf of Interested Party CLO Holdco Ltd. mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com |
| Mazin Ahmad Sbaiti | on behalf of Creditor The Charitable DAF Fund L.P. mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com |
| Mazin Ahmad Sbaiti | on behalf of Plaintiff Charitable DAF Fund LP mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com |
| Mazin Ahmad Sbaiti | on behalf of Interested Party The Charitable DAF Fund L.P. mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com |
| Mazin Ahmad Sbaiti | on behalf of Creditor CLO Holdco Ltd. mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com |
| Mazin Ahmad Sbaiti | on behalf of Plaintiff CLO Holdco Ltd. mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com |
| Megan Young-John | on behalf of Creditor Issuer Group myoung-john@porterhedges.com |
| Megan F. Clontz | on behalf of Creditor Patrick Daugherty mclontz@spencerfane.com lvargas@spencerfane.com |
| Melissa S. Hayward | on behalf of Defendant Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Melissa S. Hayward | on behalf of Debtor Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Melissa S. Hayward | on behalf of Defendant Highland Capital Management LP MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Melissa S. Hayward | |

Case 19-34054-sgj11 Doc 3172 Filed 01/09/22 Entered 01/09/22 23:17:16 Page 17 of 19

| District/off: 0539-3 | User: admin | Page 16 of 18 |
|---|---|---|
| Date Rcvd: Jan 07, 2022 | Form ID: pdf012 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Plaintiff Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Michael A. Rosenthal | |
| | on behalf of Defendant Alvarez & Marsal CRF Management LLC mrosenthal@gibsondunn.com |
| Michael I. Baird | |
| | on behalf of Interested Party Pension Benefit Guaranty Corporation baird.michael@pbgc.gov efile@pbgc.gov |
| Michael I. Baird | |
| | on behalf of Creditor Pension Benefit Guaranty Corporation baird.michael@pbgc.gov efile@pbgc.gov |
| Michael Justin Lang | |
| | on behalf of Interested Party James Dondero mlang@cwl.law nvazquez@cwl.law;aohlinger@cwl.law;jgonzales@cwl.law;vpatterson@cwl.law |
| Michael P. Aigen | |
| | on behalf of Defendant James Dondero michael.aigen@stinson.com stephanie.gratt@stinson.com |
| Michael P. Aigen | |
| | on behalf of Defendant HCRE Partners LLC (n/k/a NexPoint Real Estate Partners, LLC) michael.aigen@stinson.com, stephanie.gratt@stinson.com |
| Michael P. Aigen | |
| | on behalf of Defendant Highland Capital Management Services Inc. michael.aigen@stinson.com, stephanie.gratt@stinson.com |
| Michael Scott Held | |
| | on behalf of Creditor Crescent TC Investors L.P. mheld@jw.com, lcrumble@jw.com |
| Michelle E. Shriro | |
| | on behalf of Interested Party California Public Employees Retirement System (CalPERS) mshriro@singerlevick.com scotton@singerlevick.com;tguillory@singerlevick.com |
| Nicole Skolnekovich | |
| | on behalf of Interested Party Hunton Andrews Kurth LLP nskolnekovich@hunton.com astowe@huntonak.com;creeves@huntonak.com |
| Paige Holden Montgomery | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors pmontgomery@sidley.com txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com |
| Paige Holden Montgomery | |
| | on behalf of Plaintiff Marc Kirschner pmontgomery@sidley.com txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com |
| Paige Holden Montgomery | |
| | on behalf of Interested Party Committee of Unsecured Creditors pmontgomery@sidley.com txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com |
| Paige Holden Montgomery | |
| | on behalf of Plaintiff Official Committee of Unsecured Creditors pmontgomery@sidley.com txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com |
| Paige Holden Montgomery | |
| | on behalf of Interested Party Litigation Trustee of the Highland Capital Management L.P. Litigation Sub-Trust pmontgomery@sidley.com, txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com |
| Paul M. Lopez | |
| | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com |
| Paul Richard Bessette | |
| | on behalf of Interested Party Highland CLO Funding Ltd. pbessette@KSLAW.com, ccisneros@kslaw.com;jworsham@kslaw.com;kbryan@kslaw.com;jcarvalho@kslaw.com |
| Paul Richard Bessette | |
| | on behalf of Defendant Highland CLO Funding Ltd. pbessette@KSLAW.com, ccisneros@kslaw.com;jworsham@kslaw.com;kbryan@kslaw.com;jcarvalho@kslaw.com |
| Penny Packard Reid | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors preid@sidley.com txefilingnotice@sidley.com;penny-reid-4098@ecf.pacerpro.com;ncade@sidley.com |
| Phillip L. Lamberson | |
| | on behalf of Creditor Acis Capital Management GP LLC plamberson@winstead.com |
| Phillip L. Lamberson | |
| | on behalf of Creditor Acis Capital Management L.P. plamberson@winstead.com |

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 17 of 18 |
| Date Rcvd: Jan 07, 2022 | Form ID: pdf012 | Total Noticed: 2 |

| | |
|---|---|
| Rakhee V. Patel | on behalf of Creditor Acis Capital Management GP LLC rpatel@winstead.com, dgalindo@winstead.com;achiarello@winstead.com |
| Rakhee V. Patel | on behalf of Creditor Acis Capital Management L.P. rpatel@winstead.com, dgalindo@winstead.com;achiarello@winstead.com |
| Robert Joel Feinstein | on behalf of Debtor Highland Capital Management L.P. rfeinstein@pszjlaw.com |
| Robert Joel Feinstein | on behalf of Defendant Highland Capital Management LP rfeinstein@pszjlaw.com |
| Ryan E. Manns | on behalf of Interested Party UBS Securities LLC ryan.manns@nortonrosefulbright.com |
| Ryan E. Manns | on behalf of Interested Party UBS AG London Branch ryan.manns@nortonrosefulbright.com |
| Sarah A. Schultz | on behalf of Interested Party PetroCap LLC sschultz@akingump.com, mstamer@akingump.com;afreeman@akingump.com;dkazlow@akingump.com;aqureshi@akingump.com;dkrasa-berstell@akingump.com;bkemp@akingump.com;brenda-kemp-7410@ecf.pacerpro.com |
| Sean M. Beach | on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com sbeach@ycst.com |
| Shawn M. Christianson | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Susheel Kirpalani | on behalf of Interested Party Litigation Trustee of the Highland Capital Management L.P. Litigation Sub-Trust susheelkirpalani@quinnemanuel.com, dian.gwinnup@haynesboone.com |
| Suzanne K. Rosen | on behalf of Creditor Acis Capital Management GP LLC srosen@forsheyprostok.com, jjones@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com |
| Suzanne K. Rosen | on behalf of Creditor Acis Capital Management L.P. srosen@forsheyprostok.com, jjones@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com |
| Thomas C. Scannell | on behalf of Interested Party Sentinel Reinsurance Ltd. tscannell@foley.com acordero@foley.com;thomas-scannell-3441@ecf.pacerpro.com |
| Thomas Daniel Berghman | on behalf of Interested Party NexPoint Advisors L.P. tberghman@munsch.com |
| Thomas G. Haskins, Jr. | on behalf of Creditor NWCC LLC thaskins@btlaw.com |
| Thomas M. Melsheimer | on behalf of Creditor Frank Waterhouse Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent tmelsheimer@winston.com, tom-melsheimer-7823@ecf.pacerpro.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Vickie L. Driver | on behalf of Creditor HarbourVest et al Vickie.Driver@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |
| Warren Horn | on behalf of Creditor The Dugaboy Investment Trust whorn@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com |
| Warren Horn | on behalf of Creditor Get Good Trust whorn@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com |
| William R. Howell, Jr. | on behalf of Interested Party James Dondero william.howell@bondsellis.com williamhowell@utexas.edu |
| William R. Howell, Jr. | on behalf of Defendant James D. Dondero william.howell@bondsellis.com williamhowell@utexas.edu |
| Zachery Z. Annable | on behalf of Defendant Highland Capital Management LP zannable@haywardfirm.com |
| Zachery Z. Annable | on behalf of Defendant Highland Capital Management L.P. zannable@haywardfirm.com |
| Zachery Z. Annable | |

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 18 of 18 |
| Date Rcvd: Jan 07, 2022 | Form ID: pdf012 | Total Noticed: 2 |

Zachery Z. Annable
    on behalf of Other Professional Hayward PLLC zannable@haywardfirm.com

Zachery Z. Annable
    on behalf of Plaintiff Highland Capital Management  L.P. zannable@haywardfirm.com

Zachery Z. Annable
    on behalf of Other Professional Highland Claimant Trust zannable@haywardfirm.com

Zachery Z. Annable
    on behalf of Debtor Highland Capital Management  L.P. zannable@haywardfirm.com

Zachery Z. Annable
    on behalf of Other Professional Hayward & Associates PLLC zannable@haywardfirm.com

TOTAL: 388