

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed January 27, 2022

_____
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| | ) | |
| Reorganized Debtor. | ) | **Re: Docket No. 3145** |
| | ) | |

**ORDER GRANTING REORGANIZED DEBTOR'S AND
CLAIMANT TRUSTEE'S JOINT MOTION AND EXTENDING
THE CLAIMS OBJECTION DEADLINE PURSUANT TO CONFIRMED
CHAPTER 11 PLAN BY WHICH DEBTOR MAY OBJECT TO CLAIMS**

The Court has considered the *Reorganized Debtor's and Claimant Trustee's Joint Motion for Entry of an Order Extending the Claims Objection Deadline Pursuant to Confirmed Chapter 11 Plan by Which Debtor May Object to Claims* [Docket No. 3145] (the "Motion")[2] of the above-captioned reorganized debtor (the "Reorganized Debtor") seeking entry of an order extending the

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

Claims Objection Deadline fixed pursuant to the Confirmation Order and Plan.  The Court has reviewed the Motion and has found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Motion was sufficient under the circumstances; and (d) cause exists to grant an extension of the Claims Objection Deadline.  After due deliberation, the Court has determined that good and sufficient cause has been shown for the relief requested in the Motion; it is therefore

**ORDERED** that the Motion is **GRANTED** as set forth herein; it is further

**ORDERED** that the Claims Objection Deadline pursuant to the Plan is hereby extended through and including August 8, 2022; it is further

**ORDERED** that this Order shall be without prejudice to the Reorganized Debtor's and Claimant Trustee's rights to seek from the Court further extensions of the Claims Objection Deadline; and it is further

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

### ### END OF ORDER ###