BTXN 208 (rev. 07/09)

| IN RE: Highland Capital Management, L.P. | Reorganized Debtor's Objection to Claims #65 & #66 of Paul N. Adkins, doc. (3086) | Case # 19−34054−sgj11 |
|---|---|---|

DEBTOR

**TYPE OF HEARING**

Highland Capital Management, L.P.

**PLAINTIFF / MOVANT**

*VS*

Paul N. Adkins

**DEFENDANT / RESPONDENT**

John A. Morris

**ATTORNEY**

Paul N. Adkins (Pro Se)

**ATTORNEY**

**EXHIBITS**

SEE EXHIBIT LIST

Debtor's Exhibits #1 through #16 Admitted

SEE EXHIBIT LIST

Adkins Exhibits #A through #J Admitted

Michael Edmond

REPORTED BY

January 27th, 2022

HEARING DATE

Stacey G. Jernigan

JUDGE PRESIDING