# UNITED STATES BANKRUPTCY COURT

Northern DISTRICT OF Texas

Case number 19-34054 sgj11

In re: Highland Capital Management, LP § Case No. 19-34054
§
§
Debtor(s) § ☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/31/2022     Petition Date: 10/16/2019

Plan Confirmed Date: 02/22/2021    Plan Effective Date: 08/11/2021

This Post-confirmation Report relates to:  ⦿ Reorganized Debtor

◯ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ Zachery Z. Annable                          Zachery Z. Annable, Hayward PLLC
Signature of Responsible Party                  Printed Name of Responsible Party

04/21/2022
Date

10501 N. Central Expressway, Suite 106
Dallas TX 75231
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)                1

Debtor's Name Highland Capital Management, LP                                    Case No. 19-34054

**Part 1: Summary of Post-confirmation Transfers**

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $28,056,199 | $76,788,959 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $5,194,652 |
| d. Total transferred (a+b+c) | $28,056,199 | $81,983,611 |

**Part 2: Preconfirmation Professional Fees and Expenses**

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $33,005,136 | $0 | $33,005,136 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Pachulski Stang Ziehl & Jones | Lead Counsel | $0 | $24,312,860 | $0 | $24,312,860 |
| | ii | Development Specialists, Inc. | Financial Professional | $0 | $5,765,448 | $0 | $5,765,448 |
| | iii | Kurtzman Carson Consultants | Other | $0 | $2,054,716 | $0 | $2,054,716 |
| | iv | Hayward & Associates PLLC | Local Counsel | $0 | $872,112 | $0 | $872,112 |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $7,604,472 | $295,492 | $7,604,472 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Hunton Andrews Kurth LLP | Other | $0 | $1,149,807 | $0 | $1,149,807 |
| | ii | Foley Gardere, Foley & Lardne | Other | $0 | $629,088 | $0 | $629,088 |
| | iii | Deloitte | Financial Professional | $0 | $553,413 | $295,492 | $553,413 |
| | iv | Mercer (US) Inc. | Other | $0 | $204,767 | $0 | $204,767 |
| | v | Teneo Capital, LLC | Financial Professional | $0 | $1,364,823 | $0 | $1,364,823 |
| | vi | Wilmer Cutler Pickering Hale | Other | $0 | $2,650,937 | $0 | $2,650,937 |

UST Form 11-PCR (12/01/2021)                        4

Debtor's Name Highland Capital Management, LP                                    Case No. 19-34054

|   |        |                              |       |     |           |     |           |
|---|--------|------------------------------|-------|-----|-----------|-----|-----------|
|   | vii    | Carey Olsen                  | Other | $0  | $280,264  | $0  | $280,264  |
|   | viii   | ASW Law                      | Other | $0  | $4,976    | $0  | $4,976    |
|   | ix     | Houlihan Lokey Financial Advi| Other | $0  | $766,397  | $0  | $766,397  |
|   | x      |                              |       |     |           |     |           |
|   | xi     |                              |       |     |           |     |           |
|   | xii    |                              |       |     |           |     |           |
|   | xiii   |                              |       |     |           |     |           |
|   | xiv    |                              |       |     |           |     |           |
|   | xv     |                              |       |     |           |     |           |
|   | xvi    |                              |       |     |           |     |           |
|   | xvii   |                              |       |     |           |     |           |
|   | xviii  |                              |       |     |           |     |           |
|   | xix    |                              |       |     |           |     |           |
|   | xx     |                              |       |     |           |     |           |
|   | xxi    |                              |       |     |           |     |           |
|   | xxii   |                              |       |     |           |     |           |
|   | xxiii  |                              |       |     |           |     |           |
|   | xxiv   |                              |       |     |           |     |           |
|   | xxv    |                              |       |     |           |     |           |
|   | xxvi   |                              |       |     |           |     |           |
|   | xxvii  |                              |       |     |           |     |           |
|   | xxviii |                              |       |     |           |     |           |
|   | xxix   |                              |       |     |           |     |           |
|   | xxx    |                              |       |     |           |     |           |
|   | xxxi   |                              |       |     |           |     |           |
|   | xxxii  |                              |       |     |           |     |           |
|   | xxxiii |                              |       |     |           |     |           |
|   | xxxiv  |                              |       |     |           |     |           |
|   | xxxv   |                              |       |     |           |     |           |
|   | xxxvi  |                              |       |     |           |     |           |
|   | xxxvii |                              |       |     |           |     |           |
|   | xxxvii |                              |       |     |           |     |           |
|   | xxxix  |                              |       |     |           |     |           |
|   | xl     |                              |       |     |           |     |           |
|   | xli    |                              |       |     |           |     |           |
|   | xlii   |                              |       |     |           |     |           |
|   | xliii  |                              |       |     |           |     |           |
|   | xliv   |                              |       |     |           |     |           |
|   | xlv    |                              |       |     |           |     |           |
|   | xlvi   |                              |       |     |           |     |           |
|   | xlvii  |                              |       |     |           |     |           |
|   | xlviii |                              |       |     |           |     |           |

Debtor's Name Highland Capital Management, LP    Case No. 19-34054

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $60,171,929 | $295,492 | $60,171,929 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $15,750 | 0% |
| b. Secured claims | $5,843,261 | $0 | $0 | $5,886,018 | 0% |
| c. Priority claims | $16,498 | $26,866 | $47,793 | $47,793 | 100% |
| d. General unsecured claims | $205,144,544 | $750,000 | $6,918,473 | $388,622,019 | 2% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?    Yes ○    No ◉

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ◉    No ○

UST Form 11-PCR (12/01/2021)    7

Debtor's Name Highland Capital Management, LP                                                    Case No. 19-34054

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/ James Seery | James Seery |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| CEO | 04/21/2022 |
| Title | Date |


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

Debtor's Name Highland Capital Management, LP                                  Case No.  19-34054


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page