

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 31, 2022**

_____
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § |

### ORDER APPROVING STIPULATION AND AGREED ORDER AUTHORIZING WITHDRAWAL OF CLAIM NUMBER 136

Upon consideration of the *Stipulation and Agreed Order Authorizing Withdrawal of Claim Number 136* (the "Stipulation")[2] filed in the above-captioned case, it is **HEREBY ORDERED THAT:**

1. The Stipulation, a copy of which is attached hereto as **Exhibit A**, is approved.

2. The withdrawal of Claim 136 with prejudice is approved.

---

[1] The last four digits of HCMLP's taxpayer identification number are 6725. The headquarters and service address for HCMLP is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

[2] All capitalized terms used but not defined herein have the meanings given to them in the Stipulation.

-2-

3. This Order and the Stipulation are and will be binding on Claimant's predecessors, successors, transferees, and assigns, including, without limitation, any transferee or assignee of Claim 136 (whether in whole or in part).

4. To the extent applicable, the official claims register in HCMLP's bankruptcy case will be modified in accordance with this Order.

5. This Court shall have and retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of this Order and the Stipulation.

### END OF ORDER ###

# **EXHIBIT A**

PACHULSKI STANG ZIEHL & JONES LLP

Jeffrey N. Pomerantz (CA Bar No. 143717) (*pro hac vice*)
John A. Morris (NY Bar No. 266326) *(pro hac vice)*
Gregory V. Demo (NY Bar No. 5371992) (*pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC

Melissa S. Hayward (TX Bar No. 24044908)
MHayward@HaywardFirm.com
Zachery Z. Annable (TX Bar No. 24053075)
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

DEBEVOISE & PLIMPTON, LLP

Erica S. Weisgerber (NY Bar No. 647749)
eweisgerber@debevoise.com
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Counsel for Charlotte Investor IV, L.P.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Reorganized Debtor. | § § § § § § § | Chapter 11<br><br>Case No. 19-34054-sgj11 |

## STIPULATION AND AGREED ORDER AUTHORIZING WITHDRAWAL OF CLAIM NUMBER 136

---

[1] The last four digits of HCMLP's taxpayer identification number are 6725. The headquarters and service address for HCMLP is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

-2-

This *Stipulation and Agreed Order Authorizing Withdrawal of Claim Number 136* (the "Stipulation"), is entered into between Highland Capital Management, L.P., the reorganized debtor ("HCMLP" or the "Debtor," as applicable), and Charlotte Investor IV, L.P. ("Claimant").

## RECITALS

**WHEREAS**, on April 8, 2020, Claimant filed proof of claim number 136 ("Claim 136").

**WHEREAS**, Claimant now desires to withdraw Claim 136 with prejudice.

## STIPULATION

Now, therefore, HCMLP and Claimant agree and stipulate as follows:

1. Claim 136 is hereby withdrawn with prejudice.

2. This Stipulation is and will be binding on Claimant's predecessors, successors, transferees, and assigns, including, without limitation, any transferee or assignee of Claim 136 (whether in whole or in part).

3. The Bankruptcy Court for the Northern District of Texas, Dallas Division, shall have and retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of this Stipulation.

4. To the extent applicable, the official claims register in HCMLP bankruptcy case will be modified in accordance with this Stipulation.

*[Remainder of Page Intentionally Blank]*

**IT IS SO STIPULATED:**

Dated: May 20, 2022

| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | DEBEVOISE & PLIMPTON, LLP |
| Jeffrey N. Pomerantz (CA Bar No. 143717) *(pro hac vice)* | */s/ Erica S. Weisgerber* |
| John A. Morris (NY Bar No. 266326) *(pro hac vice)* | Erica S. Weisgerber (NY Bar No. 647749) |
| Gregory V. Demo (NY Bar No. 5371992) *(pro hac vice)* | eweisgerber@debevoise.com |
| 10100 Santa Monica Blvd., 13th Floor | 919 Third Avenue |
| Los Angeles, CA 90067 | New York, NY 10022 |
| Telephone: (310) 277-6910 | Telephone: (212) 909-6000 |
| Facsimile: (310) 201-0760 | Facsimile: (212) 909-6836 |
| Email: jpomerantz@pszjlaw.com | |
| jmorris@pszjlaw.com | *Counsel for Charlotte Investor IV, L.P.* |
| gdemo@pszjlaw.com | |

-and-

HAYWARD PLLC
*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

-3-