Jason P. Kathman
State Bar No. 24070036
Megan F. Clontz
State Bar No. 24069703
Spencer Fane LLP
5700 Granite Parkway, Suite 650
Plano, Texas 75024
972.324.0371 – Telephone
972.324.0301 – Telecopier
Email: jkathman@spencerfane.com
Email: mclontz@spencerfane.com

**COUNSEL FOR DAVIS DEADMAN**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 19-34054-sgj11** |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT,** | § | |
| **L.P.** [1] | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM NOS. 172 AND 203 FILED BY DAVIS DEADMAN

Davis Deadman, a creditor in the above-referenced case, hereby withdraws Proof of Claim No. 172 and Proof of Claim No. 203, which amends Proof of Claim No. 172.

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are (8357). The Reorganized Debtor is a Delaware limited partnership. The Reorganized Debtor's headquarters and service address are 100 Crescent Court, Suite 1850, Dallas, TX 75201.

| | |
|---|---|
| Dated: June 8, 2022 | Respectfully submitted, |

                                                */s/ Megan F. Clontz*
                                                Jason P. Kathman
                                                State Bar No. 24070036
                                                Megan F. Clontz
                                                State Bar No. 24069703
                                                SPENCER FANE LLP
                                                5700 Granite Pkwy., Suite 650
                                                Plano, Texas 75024
                                                (214) 658-6500 – Telephone
                                                (214) 658-6509 – Telecopier
                                                Email: jkathman@spencerfane.com
                                                Email: mclontz@spencerfane.com

                                                **COUNSEL FOR DAVIS DEADMAN**

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on or before June 8, 2022, a true and correct copy of the above and foregoing document was served via electronic means to all parties electing to receive such notice in this case, including counsel for the Debtor and the U.S. Trustee.

                                                */s/ Megan F. Clontz*
                                                Megan F. Clontz