**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 19-34054-sgj11** |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT,** | § | |
| **L.P.** [1] | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |

**ORDER DEEMING PROOF OF CLAIM NO. 180
OF TODD TRAVERS AS TIMELY FILED**

CAME ON FOR CONSIDERATION the *Motion to Confirm Timeliness of Filed Claim, or Alternatively, to Allow Late-Filed Proof of Claim*, (the "**Motion**"), filed by Todd Travers (the "**Movant**" or "**Travers**"), a creditor in the above-referenced case. The Court finds that the Motion was properly served and that all objections to the Motion, if any, have been resolved. The Court further finds that the plain language of the Court's *Order Granting Debtor's Emergency Motion and Extending Bar Date Deadline for Employees to File Claims* [Docket No. 560] (the

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are (8357). The Reorganized Debtor is a Delaware limited partnership. The Reorganized Debtor's headquarters and service address are 100 Crescent Court, Suite 1850, Dallas, TX 75201.

"**Employee Bar Date Order**") authorizes past employees of the Debtor to file proofs of claim in the above-referenced case on or before May 26, 2020 at 5:00 p.m. (Central Time), and that good cause exists to GRANT the relief requested by Travers. It is therefore

**ORDERED** that the Employee Bar Date Order, as defined herein, shall be interpreted to include claims held by all current and past employees of the Debtor, without distinction as to whether employees remained employed by the Debtor as of the Petition Date. It is further

**ORDERED** that Proof of Claim No. 180 is deemed to be timely filed, pursuant to the Employee Bar Date Order.

### ### END OF ORDER ###

Prepared by:

*/s/ Megan F. Clontz*
Jason P. Kathman
State Bar No. 24070036
Megan F. Clontz
State Bar No. 24069703
SPENCER FANE LLP
5700 Granite Pkwy., Suite 650
Plano, Texas 75024
(214) 658-6500 – Telephone
(214) 658-6509 – Telecopier
Email: jkathman@spencerfane.com
Email: mclontz@spencerfane.com

**COUNSEL FOR TODD TRAVERS**