| | | |
|---|---|---|
| **Abernathy, Roeder, Boyd & Hullett, P.C.**<br>Chad Timmons, Larry R. Boyd, Emily M. Hahn<br>1700 Redbud Blvd, Ste. 300<br>McKinney, TX 75069 | **Alston & Bird LLP**<br>Jared Slade<br>Chase Tower<br>2200 Ross Avenue<br>Dallas, TX 75201 | **Ashby & Geddes, P.A.**<br>William P. Bowden, Esq., Michael D. DeBaecke, Esq.<br>500 Delaware Avenue, 8th Floor<br>PO Box 1150<br>Wilmington, DE 19899-1150 |
| **Baker & McKenzie LLP**<br>Debra A. Dandeneau<br>452 Fifth Ave<br>New York, NY 10018 | **Baker & McKenzie LLP**<br>Michelle Hartmann<br>1900 North Pearl<br>Suite 1500<br>Dallas, TX 75201 | **Barnes & Thornburg LLP**<br>Thomas G. Haskins, Jr.<br>2121 North Pearl Street, Suite 700<br>Dallas, TX 75201 |
| **BBVA**<br>Michael Doran<br>8080 North Central Expressway<br>Suite 1500<br>Dallas, TX 75206 | **Blank Rome LLP**<br>John E. Lucian, Josef W. Mintz<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801 | **Bonds Ellis Eppich Schafer Jones LLP**<br>John Y. Bonds, III, Bryan C. Assink<br>420 Throckmorton Street, Suite 1000<br>Fort Worth, TX 76102 |
| **Brown Fox PLLC**<br>Cortney C. Thomas<br>8111 Preston Road, Suite 300<br>Dallas, TX 75225 | **Buchalter, A Professional Corporation**<br>Shawn M. Christianson, Esq.<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493 | **Butler Snow LLP**<br>Martin A. Sosland and Candice M. Carson<br>2911 Turtle Creek Blvd.<br>Suite 1400<br>Dallas, TX 75219 |
| **Carlyon Cica Chtd.**<br>Candace C. Carlyon, Esq., Tracy M. Osteen, Esq.<br>265 E. Warm Springs Road, Suite 107<br>Las Vegas, NV 89119 | **Chipman, Brown, Cicero & Cole, LLP**<br>Mark L. Desgrosseilliers<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, DE 19801 | **Cole, Schotz, Meisel, Forman & Leonard, P.A.**<br>301 Commerce Street, Suite 1700<br>Fort Worth, TX 76102 |
| **Condon Tobin Sladek Thornton PLLC**<br>J. Seth Moore<br>8080 Park Lane, Suite 700<br>Dallas, TX 75231 | **Dentons US LLP**<br>Casey Doherty<br>1221 McKinney Street, Suite 1900<br>Houston, TX 77010 | **Dentons US LLP**<br>Lauren Macksoud, Esq.<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 |
| **Dentons US LLP**<br>Patrick C. Maxcy, Esq.<br>233 South Wacker Drive<br>Suite 5900<br>Chicago, IL 60606-6361 | **Forshey & Prostok LLP**<br>Jeff P. Prostok, J. Robert Forshey, Suzanne K. Rosen<br>777 Main Street, Suite 1550<br>Fort Worth, TX 76102 | **Frontier State Bank**<br>Attn: Steve Elliot<br>5100 South I-35 Service Road<br>Oklahoma City, OK 73129 |
| **Frost Brown Todd LLC**<br>Mark A. Platt<br>2101 Cedar Springs Rd, Suite 900<br>Dallas, TX 75201-1867 | **Gibson, Dunn & Crutcher LLP**<br>Marshall R. King, Esq., Michael A. Rosenthal, Esq. & Alan Moskowitz, Esq.<br>200 Park Avenue<br>New York, NY 10066 | **Gibson, Dunn & Crutcher LLP**<br>Matthew G. Bouslog, Esq.<br>3161 Michelson Drive<br>Irvine, CA 92612 |
| **Hayward & Associates PLLC**<br>Melissa S. Hayward, Zachery Z. Annable<br>10501 N. Central Expy, Ste. 106<br>Dallas, TX 75231 | **Heller, Draper & Horn, L.L.C.**<br>Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130 | **Highland Capital Management**<br>Attn: Thomas Surgent<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 |
| **Hoge & Gameros, L.L.P.**<br>Charles W. Gameros, Jr., P.C., Douglas Wade Carvell, P.C.<br>6116 North Central Expressway<br>Suite 1400<br>Dallas, TX 75206 | **Hunter Mountain Investment Trust**<br>c/o Rand Advisors LLC<br>John Honis<br>87 Railroad Place Ste 403<br>Saratoga Springs, NY 12866 | **Internal Revenue Service**<br>Attn Susanne Larson<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 |

| | | |
|---|---|---|
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | **Jackson Walker L.L.P.**<br>Michael S. Held<br>2323 Ross Avenue, Suite 600<br>Dallas, TX 75201 |
| **Jefferies LLC**<br>Director of Compliance<br>520 Madison Avenue, 16th Floor<br>Re Prime Brokerage Services<br>New York, NY 10022 | **Jefferies LLC**<br>Office of the General Counsel<br>520 Madison Avenue, 16th Floor<br>Re Prime Brokerage Services<br>New York, NY 10022 | **Jenner & Block LLP**<br>Marc B. Hankin, Richard Levin<br>919 Third Avenue<br>New York, NY 10022-3908 |
| **Jones Day**<br>Amanda Rush<br>2727 N. Harwood Street<br>Dallas, TX 75201 | **Jones Walker LLP**<br>Joseph E. Bain, Amy K. Anderson<br>811 Main Street, Suite 2900<br>Houston, TX 77002 | **K&L Gates LLP**<br>Artoush Varshosaz<br>1717 Main Street, Suite 2800<br>Dallas, TX 75201 |
| **K&L Gates LLP**<br>James A. Wright III<br>1 Lincoln Street<br>Boston, MA 02110 | **K&L Gates LLP**<br>Stephen G. Topetzes<br>1601 K Street, NW<br>Washington, DC 20006-1600 | **Kane Russell Coleman Logan PC**<br>John J. Kane<br>901 Main Street, Suite 5200<br>Dallas, TX 75242-1699 |
| **KeyBank National Association**<br>as Administrative Agent<br>225 Franklin Street, 18th Floor<br>Boston, MA 02110 | **KeyBank National Association**<br>as Agent<br>127 Public Square<br>Cleveland, OH 44114 | **King & Spalding LLP**<br>Paul R. Bessette<br>500 West 2nd St., Suite 1800<br>Austin, TX 78701-4684 |
| **Kurtzman Carson Consultants**<br>Joe Morrow<br>222 N. Pacific Coast Hwy Ste 300<br>El Segundo, CA 90245 | **Kurtzman Steady, LLC**<br>Jeffrey Kurtzman, Esq.<br>401 S. 2nd Street, Suite 200<br>Philadelphia, PA 19147 | **Latham & Watkins LLP**<br>Andrew Clubok, Sarah Tomkowiak<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004 |
| **Latham & Watkins LLP**<br>Asif Attarwala, Kathryn K. George<br>330 N. Wabash Avenue, Ste. 2800<br>Chicago, IL 60611 | **Latham & Watkins LLP**<br>Jeffrey E. Bjork, Kimberly A. Posin<br>355 South Grand Avenue, Ste. 100<br>Los Angeles, CA 90071 | **Latham & Watkins LLP**<br>Zachary F. Proulx<br>1271 Avenue of the Americas<br>New York, NY 10020 |
| **Linebarger Goggan Blair & Sampson LLP**<br>Elizabeth Weller, Laurie A. Spindler<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | **Loewinsohn Flegle Deary Simon LLP**<br>Daniel P. Winikka<br>12377 Merit Drive, Suite 900<br>Dallas, TX 75251 | **Lynn Pinker Cox & Hurst, L.L.P.**<br>Michael K. Hurst, Esq.<br>2100 Ross Avenue, Ste 2700<br>Dallas, TX 75201 |
| **Mark K. Okada**<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 | **Morris, Nichols, Arsht & Tunnell LLP**<br>Curtis S. Miller, Kevin M. Coen<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801 | **Morrison Cohen LLP**<br>Joseph T. Moldovan, Esq. & Sally Siconolfi, Esq.<br>909 Third Avenue<br>New York, NY 10022 |
| **NexBank**<br>John Danilowicz<br>2515 McKinney Ave<br>Ste 1100<br>Dallas, TX 75201 | **Nixon Peabody LLP**<br>Louis J. Cisz, III, Esq.<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111 | **Office of General Counsel**<br>Securities & Exchange Commission<br>100 F St NE<br>Washington, DC 20554 |

| | | |
|---|---|---|
| **Office of the Attorney General**<br>Ken Paxton<br>300 W. 15th Street<br>Austin, TX 78701 | **Office of the Attorney General**<br>Main Justice Building, Room 5111<br>10th & Constitution Avenue, N.W.<br>Washington, DC 20530 | **Office of the United States Attorney**<br>Erin Nealy Cox, Esq<br>1100 Commerce Street, 3rd Floor<br>Dallas, TX 75202 |
| **Office of the United States Trustee**<br>Linda Casey<br>844 King St Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | **Office of the United States Trustee**<br>Lisa L. Lambert, Esq<br>1100 Commerce Street, Room 976<br>Earle Cabell Federal Building<br>Dallas, TX 75242 | **Office of the United States Trustee Delaware**<br>Jane M. Leamy<br>J. Caleb Boggs Federal Building<br>844 King St Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 |
| **Pachulski Stang Ziehl & Jones LLP**<br>John A. Morris and Gregory V. Demo<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024 | **Pachulski Stang Ziehl & Jones LLP**<br>Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill<br>919 North Market Street<br>17th Floor<br>Wilmington, DE 19801 | **Pachulski Stang Ziehl & Jones LLP**<br>Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill<br>10100 Santa Monica Blvd, 13th Floor<br>Los Angeles, CA 90067 |
| **Pension Benefit Guaranty Corporation**<br>Michael I. Baird<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 | **Perdue, Brandon, Fielder, Collins & Mott, L.L.P.**<br>Linda D. Reece<br>1919 S. Shiloh Rd., Suite 310<br>Garland, TX 75042 | **Potter Anderson & Corroon LLP**<br>Jeremy W. Ryan, Esq., R. Stephen McNeill, Esq. & D. Ryan Slaugh, Esq.<br>1313 North Market Street, 6th Floor<br>Wilmington, DE 19801 |
| **Prime Brokerage Services**<br>Jefferies LLC<br>520 Madison Avenue<br>New York, NY 10022 | **Quinn Emanuel Urquhart & Sullivan, LLP**<br>Susheel Kirpalani, Deborah J. Newman, Benjamin I. Finestone, Jordan Harap<br>51 Madison Avenue<br>Floor 22<br>New York, NY 10010 | **Richards, Layton & Finger PA**<br>Michael J. Merchant, Sarah E. Silveira<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 |
| **Rochelle McCullough, LLP**<br>E. P. Keiffer<br>325 North St. Paul Street, Suite 4500<br>Dallas, TX 75201 | **Ross & Smith, PC**<br>Judith W. Ross, Frances A. Smith, Eric Soderlund<br>700 North Pearl Street, Suite 1610<br>Dallas, TX 75201 | **Schulte Roth & Zabel LLP**<br>David J. Karp, James V. Williams III<br>919 Third Avenue<br>New York, NY 10022 |
| **Securities & Exchange Commission**<br>Richard Best, Regional Director<br>New York Regional Office<br>Brookfield Place, Suite 400<br>200 Vesey Street<br>New York, NY 10281 | **Securities & Exchange Commission**<br>Sharon Binger, Regional Director<br>Philadelphia Regional Office<br>One Penn Center, Suite 520<br>1617 JFK Boulevard<br>Philadelphia, PA 19103 | **Sidley Austin LLP**<br>Matthew Clemente, Alyssa Russell, Elliot A. Bromagen<br>One South Dearborn Street<br>Chicago, IL 60603 |
| **Sidley Austin LLP**<br>Penny P. Reid, Paige Holden Montgomery, Charles M. Person, Juliana Hoffman<br>2021 McKinney Avenue Suite 2000<br>Dallas, TX 75201 | **Spencer Fane LLP**<br>Jason P. Kathman<br>5700 Granite Parkway, Suite 650<br>Plano, TX 75024 | **State Comptroller of Public Accounts**<br>Revenue Accounting Division-Bankruptcy Section<br>PO Box 13258<br>Austin, TX 78711 |
| **State of Delaware**<br>Division of Corporations - Franchise Tax<br>401 Federal Street<br>PO Box 898<br>Dover, DE 19903 | **Strand Advisors, Inc.**<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 | **Sullivan Cromwell LLP**<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, NY 10004 |
| **Sullivan Hazeltine Allinson LLC**<br>William A. Hazeltine, Esq.<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801 | **Texas Attorney Generals Office**<br>Bankruptcy-Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 | **The Dugaboy Investment Trust**<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 |

| | | |
|---|---|---|
| **The Mark and Pamela Okada Family Trust - Exempt Trust #1**<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 | **The Mark and Pamela Okada Family Trust - Exempt Trust #2**<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 | **U.S. Department of Justice, Tax Division**<br>David G. Adams<br>717 N. Harwood St., Suite 400<br>Dallas, TX 75201 |
| **United States Attorney General**<br>U.S. Department of Justice<br>William Barr, Esquire<br>950 Pennsylvania Avenue, NW<br>Room 4400<br>Washington, DC 20530-0001 | **United States Bankruptcy Court**<br>Honorable Stacey G. Jernigan<br>Northern District of Texas - Dallas Division<br>Earle Cabell Federal Building<br>1100 Commerce St., Rm. 1254<br>Dallas, TX 75242-1496 | **US Department of the Treasury**<br>Office of General Counsel<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220 |
| **Wick Phillips Gould & Martin, LLP**<br>Brant C. Martin, Jason M. Rudd, Lauren K. Drawhorn, Jeffrey W. Hellberg Jr.<br>3131 McKinney Avenue, Suite 500<br>Dallas, TX 75204 | **Winstead PC**<br>Rakhee V. Patel, Phillip Lamberson<br>2728 N. Harwood Street, Suite 500<br>Dallas, TX 75201 | **Winston & Strawn LLP**<br>Attn: David Neier<br>200 Park Avenue<br>New York, NY 10166-4193 |
| **Winston & Strawn LLP**<br>Attn: Katherine A. Preston<br>800 Capitol Street, Suite 2400<br>Houston, TX 77002 | **Winston & Strawn LLP**<br>Attn: Thomas M. Melsheimer; Natalie L. Arbaugh<br>2121 N. Pearl Street, Suite 900<br>Dallas, TX 75201 | **Zillah A. Frampton**<br>Bankruptcy Administrator<br>Delaware Division of Revenue<br>Carvel State Office Building, 8th Floor<br>820 N. French Street<br>Wilmington, DE 19801 |