**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

**HAYWARD PLLC**
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, TX  75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**SPENCER FANE LLP**
Jason P. Kathman (Texas Bar No. 24070036)
Megan F. Clontz (Texas Bar No. 24069703)
5700 Granite Parkway, Suite 650
Plano, TX 75024
T:  (972) 324-0371
F.  (972) 324-0301
E.  jkathman@spencerfane.com
     mclontz@spencerfane.com

*Counsel for Todd Travers*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| | ) | |
| Reorganized Debtor. | ) | |

## STIPULATION AMENDING RESPONSE DATE

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357).  The headquarters and service address for the Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

DOCS_NY:45898.1 36027/003

This stipulation (the "Stipulation") is made and entered into by and between Highland Capital Management, L.P., the reorganized debtor in the above-captioned proceeding ("Highland"), and Todd Travers ("Claimant," and together with Highland, the "Parties"), by and through their respective undersigned counsel.

**RECITALS**

WHEREAS, On October 16, 2019 (the "Petition Date"), Highland commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware. On December 4, 2019, the Delaware Court entered an order transferring venue of Highland's bankruptcy case to this Court [Docket No. 186].

WHEREAS, on May 11, 2020, Claimant filed Proof of Claim No. 180 ("Claim 180").

WHEREAS, on December 18, 2020, Claimant filed Proof of Claim No. 202 ("Claim 202," and together with Claim 180, the "Claims"), which superseded and replaced Claim 180 in its entirety.

WHEREAS, on June 10, 2022, Claimant filed his *Motion to Confirm Timeliness of Filed Claim, or Alternatively, to Allow Late-Filed Proof of Claim Filed by Todd Travers* [Docket No. 3360] (the "Motion").

WHEREAS, the Motion was filed on negative notice and all responses to the Motion are required to be filed on or before July 5, 2022 (the "Response Date").

WHEREAS, the Parties are discussing a potential resolution of the Claims and, to avoid the cost and expense of briefing the Motion, have agreed to extend the Response Date to 5:00 p.m. Central Time on August 1, 2022.

NOW, THEREFORE, it is hereby stipulated and agreed, and upon approval of this Stipulation by the Court, it shall be SO ORDERED:

1. The Response Date will be extended to 5:00 p.m. Central Time on August 1, 2022.

2. The Court shall retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of this Stipulation.

[*Remainder of Page Intentionally Blank*]

Dated: June 13, 2022

<table>
<tr><td>

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
E-mail:  jpomerantz@pszjlaw.com
           jmorris@pszjlaw.com
           gdemo@pszjlaw.com

- and -

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile:  (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

</td><td>

**SPENCER FANE LLP**

*/s/ Jason P. Kathman*
Jason P. Kathman (Texas Bar No. 24070036)
Megan F. Clontz (Texas Bar No. 24069703)
5700 Granite Parkway, Suite 650
Plano, TX 75024
T:  (972) 324-0371
F.  (972) 324-0301
E.  jkathman@spencerfane.com
      mclontz@spencerfane.com

*Counsel for Todd Travers*

</td></tr>
</table>