PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

-and-

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) Case No. 19-34054-sgj11 |
| Reorganized Debtor. | ) |

**DECLARATION OF GREGORY V. DEMO IN SUPPORT OF THE REORGANIZED
DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 213 AND
PROOF OF CLAIM NO. 144 FILED BY JOHN F. YANG**

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

I, Gregory V. Demo, pursuant to 28 U.S.C. § 1746, under penalty of perjury, declare as follows:

1. I am an attorney at the law firm Pachulski, Stang, Ziehl & Jones LLP, counsel to Highland Capital Management, L.P., and I submit this Declaration in support of *Reorganized Debtor's Objection to Proof of Claim No. 213 and Proof of Claim No. 144 Filed by John F. Yang* (the "<u>Objection</u>")[2] being filed concurrently with this Declaration. I submit this Declaration based on my personal knowledge and review of the documents listed below.

2. Attached as **Exhibit 1** is a true and correct copy of the *Second Amended and Restated Agreement of Limited Partnership of Highland Capital Management, L.P.*, dated December 31, 2004, to be effective as of February 29, 2004.

3. Attached as **Exhibit 2** is a true and correct copy of the *Comprehensive Compensation and Benefits Statement.*

4. Attached as **Exhibit 3** is a true and correct redacted copy of John F. Yang's 2008 Form K-1.

5. Attached as **Exhibit 4** is a true and correct copy of the *Separation Agreement*, dated as of April 30, 2009.

*[Signature Page Follows]*

---

[2] All capitalized terms used but not defined herein have the meanings given to them in the Objection.

DOCS_NY:45937.1 36027/003

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: June 16, 2022.

/s/ *Gregory V. Demo*
Gregory V. Demo