# **EXHIBIT 3**

**Schedule K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

**2008**
For calendar year 2008, or tax year beginning _____, 2008 ending _____, 20 ___

**Partner's Share of Income, Deductions, Credits, etc.** ► See back of form and separate instructions.

651108
☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0099

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | (3,936,322) |
| 2 | Net rental real estate income (loss) | (3,079) |
| 3 | Other net rental income (loss) | 1 |
| 4 | Guaranteed payments | |
| 5 | Interest income | 19,335 |
| 6a | Ordinary dividends | 16,745 |
| 6b | Qualified dividends | 90 |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | 25,731 |
| 9a | Net long-term capital gain (loss) | 19,075 |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | STMT |
| 10 | Net section 1231 gain (loss) | 580 |
| 11 A | Other income (loss) | (214) |
| 11 C | | (119,292) |
| 11 * | | STMT |
| 12 | Section 179 deduction | |
| 13 A | Other deductions | 834 |
| 13 H | | 10,242 |
| 13 * | | STMT |
| 14 | Self-employment earnings (loss) | |
| 15 M | Credits | 793 |
| 16 A | Foreign transactions | VARIOUS |
| 16 B | | 1,905,705 |
| 16 C | | 93,906 |
| 16 D | | 841 |
| 16 E | | 127,315 |
| 16 G | | 95,206 |
| 17 A | Alternative minimum tax (AMT) items | 26 |
| 17 D | | (575) |
| 17 E | | (26) |
| 18 A | Tax-exempt income and nondeductible expenses | 1,488 |
| 18 C | | 4,360 |
| 19 A | Distributions | 630,740 |
| 20 A | Other information | SEE STMT |
| 20 B | | SEE STMT |

*See attached statement for additional information.

### Part I — Information About the Partnership

**A** Partnership's employer identification number
[redacted]

**B** Partnership's name, address, city, state, and ZIP code
Highland Capital Management, L.P.
Two Galleria Tower
13455 Noel Road, Suite 800
Dallas, TX 75240

**C** IRS Center where partnership filed return
Ogden

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's identifying number
[redacted]

**F** Partner's name, address, city, state, and ZIP code
JOHN YANG
[redacted]

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I** What type of entity is this partner? Individual

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | VARIOUS | |
| Loss | VARIOUS | 0.720703% |
| Capital | 0.700286% | -117.207327% |

**K** Partner's share of liabilities at year end:
Nonrecourse . . . . . . . . $
Qualified nonrecourse financing . . . $ 66,831
Recourse . . . . . . . . $

**L** Partner's capital account analysis:
Beginning capital account . . . . . $ 4,715,894
Capital contributed during the year . . $
Current year increase (decrease) . . . $ (5,011,640)
Withdrawals & distributions . . . . . $ ( 630,740 )
Ending capital account . . . . . . $ (926,486)

☐ Tax basis   ☒ GAAP   ☐ Section 704(b) book
☐ Other (explain)

For Paperwork Reduction Act Notice, see Instructions for Form 1065.
(HTA)   PN-0015   Schedule K-1 (Form 1065) 2008

Schedule K-1 (Form 1065) 2008 — Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

1. **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

2. **Net rental real estate income (loss)** — See the Partner's Instructions
3. **Other net rental income (loss)**
   - Net income — Schedule E, line 28, column (g)
   - Net loss — See the Partner's Instructions
4. **Guaranteed payments** — Schedule E, line 28, column (j)
5. **Interest income** — Form 1040, line 8a
6a. **Ordinary dividends** — Form 1040, line 9a
6b. **Qualified dividends** — Form 1040, line 9b
7. **Royalties** — Schedule E, line 4
8. **Net short-term capital gain (loss)** — Schedule D, line 5, column (f)
9a. **Net long-term capital gain (loss)** — Schedule D, line 12, column (f)
9b. **Collectibles (28%) gain (loss)** — 28% Rate Gain Worksheet, line 4 (Schedule D instructions)
9c. **Unrecaptured section 1250 gain** — See the Partner's Instructions
10. **Net section 1231 gain (loss)** — See the Partner's Instructions
11. **Other income (loss)**

| Code | | Report on |
|---|---|---|
| A | Other portfolio income (loss) | See the Partner's Instructions |
| B | Involuntary conversions | See the Partner's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Cancellation of debt | Form 1040, line 21 or Form 982 |
| F | Other income (loss) | See the Partner's Instructions |

12. **Section 179 deduction** — See the Partner's Instructions
13. **Other deductions**

| | | |
|---|---|---|
| A | Cash contributions (50%) | |
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | See the Partner's Instructions |
| E | Capital gain property to a 50% organization (30%) | |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions—royalty income | Schedule E, line 18 |
| J | Section 59(e)(2) expenditures | See the Partner's Instructions |
| K | Deductions—portfolio (2% floor) | Schedule A, line 23 |
| L | Deductions—portfolio (other) | Schedule A, line 28 |
| M | Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| N | Educational assistance benefits | See the Partner's Instructions |
| O | Dependent care benefits | Form 2441, line 14 |
| P | Preproductive period expenses | See the Partner's Instructions |
| Q | Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| R | Pensions and IRAs | See the Partner's Instructions |
| S | Reforestation expense deduction | See the Partner's Instructions |
| T | Domestic production activities information | See Form 8903 instructions |
| U | Qualified production activities income | Form 8903, line 7 |
| V | Employer's Form W-2 wages | Form 8903, line 15 |
| W | Other deductions | See the Partner's Instructions |

14. **Self-employment earnings (loss)**
Note. If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| | | |
|---|---|---|
| A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| B | Gross farming or fishing income | See the Partner's Instructions |
| C | Gross non-farm income | See the Partner's Instructions |

15. **Credits**

| | | |
|---|---|---|
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Partner's Instructions |
| B | Low-income housing credit (other) from pre-2008 buildings | See the Partner's Instructions |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | Form 8586, line 11 |
| D | Low-income housing credit (other) from post-2007 buildings | Form 8586, line 11 |
| E | Qualified rehabilitation expenditures (rental real estate) | See the Partner's Instructions |
| F | Other rental real estate credits | See the Partner's Instructions |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Form 1040, line 68; check box a |
| I | Alcohol and cellulosic biofuel fuels credit | Form 6478, line 9 |
| J | Work opportunity credit | Form 5884, line 3 |
| K | Disabled access credit | See the Partner's Instructions |
| L | Empowerment zone and renewal community employment credit | Form 8844, line 3 |
| M | Credit for increasing research activities | See the Partner's Instructions |
| N | Credit for employer social security and Medicare taxes | Form 8846, line 5 |
| O | Backup withholding | Form 1040, line 62 |
| P | Other credits | See the Partner's Instructions |

16. **Foreign transactions**

| | | |
|---|---|---|
| A | Name of country or U.S. possession | |
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at partner level | |

Foreign gross income sourced at partnership level

| | | |
|---|---|---|
| D | Passive category | |
| E | General category | Form 1116, Part I |
| F | Other | |

Deductions allocated and apportioned at partner level

| | | |
|---|---|---|
| G | Interest expense | Form 1116, Part I |
| H | Other | Form 1116, Part I |

Deductions allocated and apportioned at partnership level to foreign source income

| | | |
|---|---|---|
| I | Passive category | |
| J | General category | Form 1116, Part I |
| K | Other | |

Other information

| | | |
|---|---|---|
| L | Total foreign taxes paid | Form 1116, Part II |
| M | Total foreign taxes accrued | Form 1116, Part II |
| N | Reduction in taxes available for credit | Form 1116, line 12 |
| O | Foreign trading gross receipts | Form 8873 |
| P | Extraterritorial income exclusion | Form 8873 |
| Q | Other foreign transactions | See the Partner's Instructions |

17. **Alternative minimum tax (AMT) items**

| | | |
|---|---|---|
| A | Post-1986 depreciation adjustment | |
| B | Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| C | Depletion (other than oil & gas) | |
| D | Oil, gas, & geothermal—gross income | |
| E | Oil, gas, & geothermal—deductions | |
| F | Other AMT items | |

18. **Tax-exempt income and nondeductible expenses**

| | | |
|---|---|---|
| A | Tax-exempt interest income | Form 1040, line 8b |
| B | Other tax-exempt income | See the Partner's Instructions |
| C | Nondeductible expenses | See the Partner's Instructions |

19. **Distributions**

| | | |
|---|---|---|
| A | Cash and marketable securities | |
| B | Other property | See the Partner's Instructions |
| C | Distribution subject to section 737 | |

20. **Other information**

| | | |
|---|---|---|
| A | Investment income | Form 4952, line 4a |
| B | Investment expenses | Form 4952, line 5 |
| C | Fuel tax credit information | Form 4136 |
| D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E | Basis of energy property | See the Partner's Instructions |
| F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| H | Recapture of investment credit | See Form 4255 |
| I | Recapture of other credits | See the Partner's Instructions |
| J | Look-back interest—completed long-term contracts | See Form 8697 |
| K | Look-back interest—income forecast method | See Form 8866 |
| L | Dispositions of property with section 179 deductions | |
| M | Recapture of section 179 deduction | |
| N | Interest expense for corporate partners | |
| O | Section 453(l)(3) information | |
| P | Section 453A(c) information | |
| Q | Section 1260(b) information | See the Partner's Instructions |
| R | Interest allocable to production expenditures | |
| S | CCF nonqualified withdrawals | |
| T | Depletion information—oil and gas | |
| U | Amortization of reforestation costs | |
| V | Unrelated business taxable income | |
| W | Precontribution gain (loss) | |
| X | Other information | |