

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed June 17, 2022

_____
United States Bankruptcy Judge

---

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |

## ORDER APPROVING STIPULATION AMENDING RESPONSE DATE

Upon consideration of the *Stipulation Amending Response Date* (the "Stipulation")[2] by and between Highland Capital Management, L.P., the reorganized debtor in the above-captioned proceeding ("Highland"), and John F. Yang ("Claimant," and together with Highland, the "Parties"), it is **HEREBY ORDERED THAT**:

1. The Stipulation, a copy of which is attached hereto as **Exhibit A**, is **APPROVED**.

2. The Stipulation shall become effective immediately upon entry of this Order.

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

[2] All capitalized terms used but not defined herein have the meanings given to them in the Stipulation.

DOCS_NY:45939.1 36027/003

3. The Response Date is extended to 5:00 p.m. Central Time on August 1, 2022.

4. The Court shall retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of the Stipulation and this Order.

###END OF ORDER###

# **EXHIBIT A**

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, TX  75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

LOEWINSOHN DEARY SIMON RAY LLP
Daniel Winikka (Texas Bar No. 00794873)
12377 Merit Drive, Suite 900
Dallas, TX 75251
T:  (214) 572-1700
F.  (214) 572-1717
E.  danw@ldsrlaw.com

*Counsel for John F. Yang*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| | ) | |
| Reorganized Debtor. | ) | |

## STIPULATION AMENDING RESPONSE DATE

This stipulation (the "Stipulation") is made and entered into by and between Highland

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357).  The headquarters and service address for the Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

Capital Management, L.P., the reorganized debtor in the above-captioned proceeding ("Highland"), and John F. Yang ("Claimant," and together with Highland, the "Parties"), by and through their respective undersigned counsel.

### RECITALS

WHEREAS, On October 16, 2019 (the "Petition Date"), Highland commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware. On December 4, 2019, the Delaware Court entered an order transferring venue of Highland's bankruptcy case to this Court [Docket No. 186].

WHEREAS, on April 8, 2020, Claimant filed Proof of Claim No. 144 ("Claim 144").

WHEREAS, on February 11, 2020, Claimant filed Proof of Claim No. 213 ("Claim 213," and together with Claim 144, the "Claims"), which superseded and replaced Claim 144 in its entirety.

WHEREAS, on June 16, 2022, Highland filed *Reorganized Debtor's Objection to Proof of Claim No. 213 and Proof of Claim No. 144 Filed by John F. Yang* [Docket No. 3364] (the "Objection").

WHEREAS, the Objection was filed on negative notice, and all responses to the Objection are required to be filed on or before July 18, 2022 (the "Response Date").

WHEREAS, the Parties are discussing a potential resolution of the Claims and, to avoid the cost and expense of briefing the Motion, have agreed to extend the Response Date to 5:00 p.m. Central Time on August 1, 2022.

NOW, THEREFORE, it is hereby stipulated and agreed, and upon approval of this Stipulation by the Court, it shall be SO ORDERED:

1. The Response Date will be extended to 5:00 p.m. Central Time on August 1, 2022.

2. The Court shall retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of this Stipulation.

[*Remainder of Page Intentionally Blank*]

Dated: June 17, 2022

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **LOEWINSOHN DEARY SIMON RAY LLP** |
| Jeffrey N. Pomerantz (CA Bar No. 143717) <br> John A. Morris (NY Bar No. 266326) <br> Gregory V. Demo (NY Bar No. 5371992) <br> 10100 Santa Monica Blvd., 13th Floor <br> Los Angeles, CA 90067 <br> Telephone: (310) 277-6910 <br> Facsimile:  (310) 201-0760 <br> E-mail:  jpomerantz@pszjlaw.com <br>            jmorris@pszjlaw.com <br>            gdemo@pszjlaw.com | */s/ Daniel Winikka* <br> Daniel Winikka (Texas Bar No. 00794873) <br> 12377 Merit Drive, Suite 900 <br> Dallas, TX 75251 <br> T:  (214) 572-1700 <br> F.  (214) 572-1717 <br> E.  danw@ldsrlaw.com <br><br> *Counsel for John F. Yang* |

- and -

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile:  (972) 755-7110

*Counsel for Highland Capital Management, L.P.*