

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed June 21, 2022

_____
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § § | |

## ORDER AUTHORIZING THE FILING OF A LAWSUIT
## BY DUGABOY INVESTMENT TRUST IN NEW YORK

Upon consideration of the Motion to File Lawsuit filed and refiled by Dugaboy Investment Trust ("Dugaboy") [Dkt. No. 3066 & 3333] and the Reorganized Debtor's 1) Response to Motion For and Leave to File Lawsuit and Reservation of Rights [Dkt. No. 3134]. This Court, having

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are 6725. The headquarters and service address for the Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

{00378004-2}    DOCS_NY:44359.1 36027/003

determined that Dugaboy has asserted a "colorable claim" against Highland Select Equity Master Fund, L.P. ("Select") and Highland Select Equity Fund GP, L.P. ("Select GP"). It is, therefore,

**HEREBY ORDERED THAT:**

1. Dugaboy Investment Trust is hereby authorized to file suit in the United States District Court for the Southern District of New York (or such other court of competent jurisdiction) against Select and Select GP

2. The injunction contained in previous orders entered by this Court or in the Order confirming the Debtors 5th Amended Plan are hereby lifted to allow Dugaboy to proceed against Select and Select GP.

3. All rights of the Defendants (other than any limitation on Dugaboy filing such suit as expressly authorized in this Order) are hereby reserved whether such rights arise in law, equity, or in contract.

### END OF ORDER ###

/s/Douglas S. Draper
Douglas S. Draper
Heller, Draper & Horn, L.L.C.
650 Poydras St. Ste. 2500
New Orleans, LA  70130
Phone 504-299-3300
Fax 504-299-3399
dsdraper@hellerdraper.com