IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Reorganized Debtor. | Chapter 11 <br><br> Bankr. Ct. No. 19-34054-sgj-11 |
| NEXPOINT ADVISORS, L.P., <br><br> Appellant, <br><br> v. <br><br> PACHULSKI STANG ZIEHL & JONES LLP, WILMER CUTLER PICKERING HALE AND DORR LLP, SIDLEY AUSTIN LLP, FTI CONSULTING, INC., and TENEO CAPITAL, LLC, <br><br> Appellees. | Civil Action No. 3:21-CV-03086-K <br><br> *consolidated with:* <br><br> Civil Action No. 3:21-CV-03088-K <br> Civil Action No. 3:21-CV-03094-K <br> Civil Action No. 3:21-CV-03096-K <br> Civil Action No. 3:21-CV-03104-K |

APPEAL FROM THE
UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

## JUDGMENT

This appeal came on for consideration on the briefs. For the reasons stated in the Court's Memorandum Opinion and Order filed today, this appeal is **DISMISSED**.

All pending motions filed in this appeal are terminated.

Costs of this appeal are taxed against Appellants pursuant to Fed. R. Bankr. P. 8021(a) or (a)(2).

Entered: May 9th, 2022.

KAREN MITCHELL
Clerk of Court

By:  R. Jacobson