**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Susheel Kirpalani (admitted *pro hac vice*)
Deborah J. Newman (admitted *pro hac vice*)
Robert S. Loigman (admitted *pro hac vice*)
Benjamin I. Finestone (admitted *pro hac vice*)
Calli Ray (admitted *pro hac vice*)
Alexandre J. Tschumi (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

**SIDLEY AUSTIN LLP**
Paige Holden Montgomery
Juliana L. Hoffman
2021 McKinney Avenue
Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300

*Co-Counsel for Marc S. Kirschner, as Litigation Trustee of the Highland Litigation Sub-Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>    Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |

**AMENDED NOTICE OF HEARING ON (I) THE LITIGATION TRUSTEE'S OMNIBUS OBJECTION TO CERTAIN AMENDED AND SUPERSEDED CLAIMS AND ZERO DOLLAR CLAIMS AND (II) MOTION TO RATIFY SECOND AMENDMENT TO PROOF OF CLAIM [CLAIM NO. 198] AND RESPONSE TO OBJECTION TO CLAIM**

**PLEASE TAKE NOTICE** that the following matters are scheduled for an evidentiary hearing on **Thursday, August 4, 2022, at 2:30 p.m. (Central Time)** (the "Hearing") in the above-captioned bankruptcy case:

  1. *The Litigation Trustee's Omnibus Objection to Certain Amended and Superseded Claims and Zero Dollar Claims* [Docket No. 3001] (the "Omnibus Objection"); and

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

    2.    *Motion to Ratify Second Amendment to Proof of Claim [Claim No. 198] and Response to Objection to Claim* [Docket No. 3178] (the "<u>Motion</u>", and together with the Omnibus Objection, the "<u>Scheduled Matters</u>").

The Hearing was previously scheduled for June 28. It has been adjourned and reset to the above date and time. Parties should not appear at the original time.

The Hearing on the Scheduled Matters will be held via WebEx videoconference before The Honorable Stacey G. C. Jernigan, Chief United States Bankruptcy Judge. The WebEx video participation/attendance link for the Hearing is: https://us-courts.webex.com/meet/jerniga.

A copy of the WebEx Hearing Instructions for the Hearing is attached hereto as **<u>Exhibit A</u>**; alternatively, the WebEx Hearing Instructions for the Hearing may be obtained from Judge Jernigan's hearing/calendar site at: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-jernigans-hearing-dates.

*[Remainder of Page Intentionally Blank]*

Dated: June 24, 2022
      Dallas, Texas

Respectfully submitted,

SIDLEY AUSTIN LLP
/s/ *Paige Holden Montgomery*
Paige Holden Montgomery
Juliana L. Hoffman
2021 McKinney Avenue
Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

-and-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Susheel Kirpalani (admitted *pro hac vice*)
Deborah J. Newman (admitted *pro hac vice*)
Robert S. Loigman (admitted *pro hac vice*)
Benjamin I. Finestone (admitted *pro hac vice*)
Calli Ray (admitted *pro hac vice*)
Alexander J. Tschumi (admitted *pro hac vice*)
51 Madison Avenue
Floor 22
New York, NY 10010
Telephone: (212) 849-7000

*Counsel for the Litigation Trustee*

## Exhibit A

**Judge Stacey Jernigan's Courtroom**
https://us-courts.webex.com/meet/jerniga

**Join by phone**
1-650-479-3207 Call-in number (US/Canada)
Access code: 479 393 582