

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 5, 2022**

_____
United States Bankruptcy Judge
_____

BTXN057 (rev. 04/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Highland Capital Management, L.P. § Case No.: 19–34054–sgj11
 § Chapter No.: 11
Debtor(s) §

## ORDER DENYING MOTION FOR WANT OF PROSECUTION

    The Court, after review of the file and docket in the above entitled and numbered case, finds that on September 24, 2021, Filed By CPCM, LLC filed a Motion for Allowance and Payment of Administrative Expenses of Rank–And–File Employees ("Motion"), document number 2868.

The Court also finds that more than forty–five (45) days have passed since the filing of this Motion and that:

    ☐  a Certificate of No Objection has not been filed with respect to the Motion as required by N.D. TX L.B.R. 9007.1(e).

    ☐  no hearing has been requested.

    ☒  Proposed Order has not been submitted.

    ☐  the Court held a hearing on Hearing Date, at which time counsel announced that an order disposing of the Motion would be submitted

    ☐  the matter was removed from the Court's docket on representation of counsel that an order disposing of the Motion would be submitted

    ☐  the Court held a hearing on Hearing Date. After considering any evidence presented and the arguments of counsel, the court finds that the Motion is denied.

☐ Other :

The Court further finds that insufficient action has been taken to obtain the relief sought. It is, therefore **ORDERED** that the Motion is **DENIED** without prejudice to refiling.

# # # End of Order # # #