

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed July 14, 2022

United States Bankruptcy Judge

___

BTXN 161 (rev. 01/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Highland Capital Management, L.P. | § | Case No.:  19–34054–sgj11 |
| | § | Chapter No.:  11 |
| Debtor(s) | § | |

## ORDER VACATING ORDER

The Court, after review of the docket in the above entitled and numbered proceeding, finds that an Order Denying Motion for Want of Prosecution was entered on July 5, 2022 in error; therefore it is

ORDERED that the above referenced order be and is hereby vacated.

# # # End of Order # # #