

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed July 19, 2022

_____
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | § | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | |
| | § | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § | |
| | § | |

### ORDER GRANTING REORGANIZED DEBTOR'S UNOPPOSED MOTION AND EXTENDINGTIME TO RESPOND TO MOTION FOR DETERMINATION OF THE VALUE OF THE ESTATE AND ASSETS HELD BY THE CLAIMANT TRUST

The Court has considered the *Reorganized Debtor's Unopposed Motion to Extend Time to Respond to Motion for Determination of the Value of the Estate and Assets Held by the Claimant Trust* (the "Motion to Extend") filed by the above-captioned reorganized debtor (the "Reorganized Debtor") seeking entry of an order for an extension of time through and including August 24, 2022, to respond to the *Motion for Determination of the Value of the Estate and Assets Held by the Claimant Trust* [Docket No. 3382] (the "Valuation Motion"). The Court has reviewed the Motion to Extend and has found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

Motion to Extend was sufficient under the circumstances; and (d) good and sufficient cause has been shown for the relief requested in the Motion to Extend; it is therefore

**ORDERED** that the Motion to Extend is **GRANTED** as set forth herein; it is further

**ORDERED** that the deadline for the Reorganized Debtor to respond to the Valuation Motion is extended through and including August 24, 2022;[2] it is further

**ORDERED** that this Order shall be without prejudice to the Reorganized Debtor's right to seek from the Court further extensions to respond to the Valuation Motion; and it is further

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

### ### END OF ORDER ###

---

[2] For avoidance of doubt, the relief granted in this Order also extends the deadline of the Claimant Trustee (as defined in the Plan) to respond to the Valuation Motion through and including August 24, 2022.