Charles W. Gameros, Jr., P.C.
State Bar No. 00796956
Douglas Wade Carvell, P.C.
State Bar No. 00796316

HOGE & GAMEROS, L.L.P.
6116 North Central Expressway, Suite 1400
Dallas, Texas 75206
Telephone:  214-765-6002
Facsimile:   214-559-4905

**ATTORNEYS FOR NEXPOINT REAL ESTATE PARTNERS, LLC,
f/k/a HCRE PARTNERS, LLC**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **In re:** § § **HIGHLAND CAPITAL MANAGEMENT, L.P.,** § § § Debtor. § § | **Chapter 11** § § **Case No. 19-34054-SGJ-11** |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** § § Movant, § § v. § § **NEXPOINT REAL ESTATE PARTNERS, LLC, F/K/A HCRE PARTNERS, LLC,** § § Respondent. § | **Contested Matter** |

## NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTION [DKT No. 3408]

TO THE HONORABLE COURT:

NexPoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC ("Claimant") hereby files its Notice of Withdrawal of Motion for Protection, Docket No. 3048, and respectfully states as follows:

The parties have agreed upon rescheduled dates for the depositions identified in the Motion, making the relief sought unnecessary, and Claimant therefore and hereby withdraws the Motion filed on July 21, 2022.

        Respectfully submitted,

/s/ Charles W. Gameros, Jr., P.C.
Charles W. Gameros, Jr., P.C.
State Bar No. 00796596
Douglas Wade Carvell, P.C.
State Bar No. 00796316

**HOGE & GAMEROS, L.L.P.**
6116 North Central Expressway, Suite 1400
Dallas, Texas 75206
Telephone:   (214) 765-6002
Telecopier:   (214) 559-4905
E-Mail       BGameros@LegalTexas.com
               WCarvell@LegalTexas.com

**ATTORNEYS FOR
NEXPOINT REAL ESTATE PARTNERS, LLC,
F/K/A HCRE PARTNERS, LLC**

## CERTIFICATE OF SERVICE

This is to certify parties which have so registered with the Court, including counsel for the Debtor, the United States Trustee, and all persons or parties requesting notice and service shall receive notification of the foregoing via the Court's ECF system, and are considered served pursuant to the Administrative Procedures incorporated into the Order Adopting Administrative Procedures for Electronic Case Filing, General Order 2003-01.2.

        /s/ Charles W. Gameros, Jr., P.C.
        Charles W. Gameros, Jr., P.C.