Jason P. Kathman
State Bar No. 24070036
Megan F. Clontz
State Bar No. 24069703
Spencer Fane LLP
5700 Granite Parkway, Suite 650
Plano, Texas 75024
972.324.0371 – Telephone
972.324.0301 – Telecopier
Email: jkathman@spencerfane.com
Email: mclontz@spencerfane.com

**COUNSEL FOR TODD TRAVERS**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Case No. 19-34054-sgj11** |
| § | | |
| **HIGHLAND CAPITAL MANAGEMENT,** § | | |
| **L.P.** [1] § | | **Chapter 11** |
| § | | |
| **Debtor.** § | | |

# WITHDRAWAL OF
# MOTION TO COMFIRM TIMELINESS OF FILED CLAIM, OR ALTERNATIVELY, TO ALLOW LATE-FILED PROOF OF CLAIM FILED BY TODD TRAVERS

Todd Travers (the "**Movant**" or "**Travers**"), a creditor in the above-referenced case, hereby WITHDRAWS his *Motion to Confirm Timeliness of Filed Claim, or Alternatively, to Allow Late-Filed Proof of Claim* [Docket No. 3360].

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are (8357). The Reorganized Debtor is a Delaware limited partnership. The Reorganized Debtor's headquarters and service address are 100 Crescent Court, Suite 1850, Dallas, TX 75201.

Dated: July 28, 2022                                    Respectfully submitted,

                                                        */s/ Megan F. Clontz*
                                                        Jason P. Kathman
                                                        State Bar No. 24070036
                                                        Megan F. Clontz
                                                        State Bar No. 24069703
                                                        SPENCER FANE LLP
                                                        5700 Granite Pkwy., Suite 650
                                                        Plano, Texas 75024
                                                        (214) 658-6500 – Telephone
                                                        (214) 658-6509 – Telecopier
                                                        Email: jkathman@spencerfane.com
                                                        Email: mclontz@spencerfane.com

                                                        **COUNSEL FOR TODD TRAVERS**

### CERTIFICATE OF SERVICE

　　The undersigned hereby certifies that on or before July 28, 2022, a true and correct copy of the above and foregoing document was served on all parties receiving electronic notice in this case and on Gregory V. Demo, counsel for Highland Capital Management, L.P. and the Highland Claimant Trust, via electronic mail.

                                                        */s/ Megan F. Clontz*
                                                        Megan F. Clontz