

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed August 1, 2022**

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| | ) | |
| Reorganized Debtor. | ) | **Re: Docket No. 3387** |
| | ) | |

### ORDER GRANTING REORGANIZED DEBTOR AND CLAIMANT TRUSTEE JOINT MOTION AND FURTHER EXTENDING THE CLAIMS OBJECTION DEADLINE PURSUANT TO CONFIRMED CHAPTER 11 PLAN BY WHICH REORGANIZED DEBTOR MAY OBJECT TO CERTAIN CLAIMS

The Court has considered the Reorganized Debtor's and Claimant Trustee's *Joint Motion for Entry of an Order Further Extending the Claims Objection Deadline Pursuant to Confirmed Chapter 11 Plan by Which Reorganized Debtor May Object to Certain Claims* [Docket No. 3387] (the "Motion")[2] seeking entry of an order extending the Claims Objection Deadline fixed pursuant to the Confirmation Order and Plan.  The Court has reviewed the Motion and has found that (a)

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357).  The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Motion was sufficient under the circumstances; and (d) cause exists to grant an extension of the Claims Objection Deadline. After due deliberation, the Court has determined that good and sufficient cause has been shown for the relief requested in the Motion; it is therefore

**ORDERED** that the Motion is **GRANTED** as set forth herein; it is further

**ORDERED** that the Claims Objection Deadline pursuant to the Plan is hereby extended through and including February 8, 2023, solely with respect to the HCLOM Claims;[3] it is further

**ORDERED** that this Order shall be without prejudice to the Reorganized Debtor's and Claimant Trustee's rights to seek from the Court further extensions of the Claims Objection Deadline with respect to the HCLOM Claims; it is further

**ORDERED** that the Reorganized Debtor and the Claimant Trust may in their sole discretion enter into consensual stipulations extending the Claim Objection Deadline with respect to any other Claims without further Court approval; and it is further

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

### ### END OF ORDER ###

---

[3] For avoidance of doubt, this Order shall apply to any claims that HCLOM may have filed in the Reorganized Debtor's chapter 11 case and to any claims filed by any entity on behalf of HCLOM.