| | |
|---|---|
| **KELLY HART PITRE** | **KELLY HART & HALLMAN** |
| Louis M. Phillips (#10505) | Hugh G. Connor II |
| One American Place | State Bar No. 00787272 |
| 301 Main Street, Suite 1600 | hugh.connor@kellyhart.com |
| Baton Rouge, LA 70801-1916 | Michael D. Anderson |
| Telephone: (225) 381-9643 | State Bar No. 24031699 |
| Facsimile: (225) 336-9763 | michael.anderson@kellyhart.com |
| Email: louis.phillips@kellyhart.com | Katherine T. Hopkins |
| Amelia L. Hurt (LA #36817, TX #24092553) | Texas Bar No. 24070737 |
| 400 Poydras Street, Suite 1812 | katherine.hopkins@kellyhart.com |
| New Orleans, LA 70130 | 201 Main Street, Suite 2500 |
| Telephone: (504) 522-1812 | Fort Worth, Texas 76102 |
| Facsimile: (504) 522-1813 | Telephone: (817) 332-2500 |
| Email: amelia.hurt@kellyhart.com | Telecopier: (817) 878-9280 |

**COUNSEL FOR CLO HOLDCO, LTD.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 19-34054-sgj11 |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § § § | Chapter 11 |
| | § | |
| Reorganized Debtor | § | |

### CLO HOLDCO, LTD.'S WITNESS AND EXHIBIT LIST WITH RESPECT TO HEARING TO BE HELD ON AUGUST 4, 2022 at 2:30 PM

CLO HoldCo, Ltd. ("CLO HoldCo") submits the following witness and exhibit list with respect to the *Litigation Trustee's Omnibus Objection Certain Amended and Superseded Claims and Zero Dollar Claims* [Dkt. No. 3001] and *Motion to Ratify Second Amendment to Proof of Claim [Claim No. 198] and Response to Objection to Claim* [Dkt. No. 3178], which the Court has set for evidentiary hearing at **2:30 p.m. (Central Time) on August 4, 2022** (the "Hearing") [Dkt. No. 3378] in the above-captioned bankruptcy case (the "Bankruptcy Case").  By agreement of the

1

parties, the evidentiary hearing will be limited to the issue of the viability of the amendment to Proof of Claim No. 198 (by Proof of Claim No. 254). The question of allowance of Proof of Claim No. 254 is agreed by the parties to be set, if and as necessary, for a subsequent hearing date, and the parties reserve all rights with respect to allowance..

A. **Witnesses**:

    1. Any witness necessary to authenticate any document;

    2. Any witness identified by or called by another party; and

    3. Any witness necessary for rebuttal.

B. **Exhibits**:

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1. | Proof of Claim No. 133 (and all attachments thereto) | | |
| 2. | Proof of Claim No. 198 (and all attachments thereto) | | |
| 3. | Proof of Claim No. 254 (and all attachments thereto) | | |
| 4. | *Second Amended and Restated Service Agreement, Dated January 1, 2017* between Highland Capital Management, L.P. and Charitable DAF Fund, L.P., Charitable DAF GP | | |
| 5. | *Second Amended and Restated Investment Advisory Agreement* between Charitable DAF Fund, L.P., Charitable DAF GP, LLC, and Highland Capital Management, L.P. | | |
| 6. | Registration of Members of CLO HoldCo, Ltd. | | |
| 7. | Termination of *Second Amended and Restated Service Agreement* | | |
| 8. | Termination of *Second Amended and Restated Investment Advisory Agreement* | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 9. | *Notice of Occurrence of Effective Date of Confirmed Fifth Amended Plan of Reorganization* [Dkt. No. 2700] | | |
| 10. | *Declaration of John A. Morris in Support of the Debtor's Motion for Entry of an Order Approving Settlements with (A) The Redeemer Committee of the Highland Crusader Fund (Claim No. 72)and (B) the Highland Crusader Funds (Claim No. 81) and Authorizing Actions Consistent Therewith* [Dkt. No. 1090][1] | | |
| 11. | *Debtor's Motion For Entry of an Order Approving Settlements With (A) the Redeemer Committee of the Highland Crusader Fund (Claim No. 72), and (B) the Highland Crusader Funds (Claim No. 81), and Authorizing Actions Consistent Therewith* [Dkt. No. 1089] | | |
| 12. | Any document entered or filed in the Bankruptcy Case, including exhibits thereto | | |
| 13. | All exhibits identified by or offered by any other party at the Hearing | | |
| 14. | All exhibits necessary for impeachment and/or rebuttal Purposes | | |

**Respectfully submitted:**

**KELLY HART PITRE**

*/s/ Louis M. Phillips*
**Louis M. Phillips (#10505)**
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916

---

[1] This pleading incorporates, as Exhibits 2-4, true and correct copies of the various arbitration awards in Case No. 1-16-0002-6927 which are filed under seal. By its inclusion on this Exhibit List, CLO HoldCo specifically includes all exhibits to this pleading, including those filed under seal.

Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com

Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

and

**KELLY HART & HALLMAN**
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500

## CERTIFICATE OF SERVICE

I, undersigned counsel, hereby certify that a true and correct copy of the above and foregoing document and all attachments thereto were sent via electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on this August 1, 2022 , as well as provided to counsel via email for the Litigation Trustee and the Reorganized Debtor in compliance with this Court's Local Rule 9014-1(c) and (d).

*/s/ Louis M. Phillips*
Louis M. Phillips