PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) *(admitted pro hac vice)*
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § Case No. 19-34054-sgj11 |
| Reorganized Debtor. | |

## NOTICE OF HEARING ON
## REORGANIZED DEBTOR'S FIFTH OMNIBUS OBJECTION TO CERTAIN (A) AMENDED AND SUPERSEDED CLAIMS, (B) NO-LIABILITY CLAIMS, AND (C) SATISFIED CLAIMS FILED BY THE INTERNAL REVENUE SERVICE

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

**PLEASE TAKE NOTICE** that the following matter is scheduled for an evidentiary hearing on **Tuesday, October 11, 2022, at 1:30 p.m. (Central Time)** (the "Hearing") in the above-captioned bankruptcy case:

1. *Reorganized Debtor's Fifth Omnibus Objection to Certain (A) Amended and Superseded Claims, (B) No-Liability Claims, and (C) Satisfied Claims Filed by the Internal Revenue Service* [Docket No. 3432] (the "Omnibus Objection").

The Hearing on the Omnibus Objection will be held via WebEx videoconference before The Honorable Stacey G. C. Jernigan, United States Bankruptcy Judge. The WebEx video participation/attendance link for the Hearing is: https://us-courts.webex.com/meet/jerniga.

A copy of the WebEx Hearing Instructions for the Hearing is attached hereto as **Exhibit A**; alternatively, the WebEx Hearing Instructions for the Hearing may be obtained from Judge Jernigan's hearing/calendar site at: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-jernigans-hearing-dates.

Any response (each, a "Response") to the relief requested in the Omnibus Objection shall be filed with the Clerk of the Court on or before **Tuesday, September 20, 2022, at 5:00 p.m. (Central Time)** (the "Response Deadline"). Additionally, any Response must be served upon the following entities, so that the Response is received no later than the Response Deadline, at the following addresses:

| | |
|---|---|
| **Pachulski Stang Ziehl & Jones LLP**<br>Jeffrey N. Pomerantz<br>John A. Morris<br>Gregory V. Demo<br>Hayley R. Winograd<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067<br>jpomerantz@pszjlaw.com<br>jmorris@pszjlaw.com<br>gdemo@pszjlaw.com<br>hwinograd@pszjlaw.com | **Hayward PLLC**<br>Melissa S. Hayward<br>Zachery Z. Annable<br>10501 N. Central Expy, Ste. 106<br>Dallas, TX  75231<br>mhayward@haywardfirm.com<br>zannable@haywardfirm.com |

The Reorganized Debtor may, at its option, file and serve a reply to any Response by no later than **5:00 p.m. (Central Time)** three (3) days prior to the Hearing.

Dated: August 5, 2022.

        **PACHULSKI STANG ZIEHL & JONES LLP**

        Jeffrey N. Pomerantz (CA Bar No.143717)
        John A. Morris (NY Bar No. 2405397)
        Gregory V. Demo (NY Bar No. 5371992)
        Hayley R. Winograd (NY Bar No. 5612569)
        10100 Santa Monica Boulevard, 13th Floor
        Los Angeles, CA  90067
        Telephone: (310) 277-6910
        Facsimile: (310) 201-0760
        Email:    jpomerantz@pszjlaw.com
                     jmorris@pszjlaw.com
                     gdemo@pszjlaw.com
                     hwinograd@pszjlaw.com

        -and-

        **HAYWARD PLLC**

        */s/ Zachery Z. Annable*
        Melissa S. Hayward
        Texas Bar No. 24044908
        MHayward@HaywardFirm.com
        Zachery Z. Annable
        Texas Bar No. 24053075
        ZAnnable@HaywardFirm.com
        10501 N. Central Expy, Ste. 106
        Dallas, Texas 75231
        Tel: (972) 755-7100
        Fax: (972) 755-7110

        *Counsel for Highland Capital Management, L.P.*

# **EXHIBIT A**

# WebEx Hearing Instructions
## Judge Stacey G. Jernigan

Pursuant to General Order 2020-14 issued by the Court on May 20, 2020, all hearings before Judge Stacey G. Jernigan are currently being conducted by WebEx videoconference unless ordered otherwise.

**For WebEx Video Participation/Attendance**:

Link:    https://us-courts.webex.com/meet/jerniga

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207
Meeting ID: 479 393 582

**Participation/Attendance Requirements:**

- Counsel and other parties in interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**. For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated**. Telephonic testimony without accompanying video will not be accepted by the Court.

- All WebEx hearing attendees are required to comply with Judge Jernigan's Telephonic and Videoconference Hearing Policy (included within Judge Jernigan's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/content/judge-stacey-g-c-jernigan

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.

- If the number of pages of such exhibits exceeds 100, then such party must also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Jernigan's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-jernigans-hearing-dates.

- When electronically filing the Notice of Hearing via CM/ECF select "at https://us-courts.webex.com/meet/jerniga" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do not select Judge Jernigan's Dallas courtroom as the location for the hearing.