PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
      jmorris@pszjlaw.com
      gdemo@pszjlaw.com
      hwinograd@pszjlaw.com

-and-

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | |
| | § | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § | |
| | § | |

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

**APPENDIX IN SUPPORT OF HIGHLAND CAPITAL MANAGEMENT, L.P.'S
OBJECTION TO MOTION FOR FINAL APPEALABLE ORDER AND SUPPLEMENT
TO MOTION TO RECUSE PURSUANT TO 28 U.S.C. § 455 AND BRIEF IN SUPPORT**

| Ex. | Description | Appx. # |
|-----|-------------|---------|
| 1. | James Dondero, Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., The Dugaboy Investment Trust, The Get Good Trust, and NexPoint Real Estate Partners, LLC, f/k/a HCRE Partners, LLC, a Delaware Limited Liability Company's Motion to Recuse Pursuant to 28 U.S.C. § 455 **(Bankruptcy Docket No. 2060)** | 1-5 |
| 2. | James Dondero, Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., The Dugaboy Investment Trust, The Get Good Trust, and NexPoint Real Estate Partners, LLC, f/k/a HCRE Partners, LLC, a Delaware Limited Liability Company's Brief in Support of Their Motion to Recuse Pursuant to 28 U.S.C. § 455 **(Bankruptcy Docket No. 2061)** | 6-43 |
| 3. | Appendix to James Dondero, Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., The Dugaboy Investment Trust, The Get Good Trust, and NexPoint Real Estate Partners, LLC, f/k/a HCRE Partners, LLC, a Delaware Limited Liability Company's Motion to Recuse Pursuant to 28 U.S.C. § 455 **(Bankruptcy Docket No. 2062)** | 44-2766 |
| 4. | Order Denying Motion to Recuse Pursuant to 28 U.S.C. § 455 **(Bankruptcy Docket No. 2083)** | 2767-2777 |
| 5. | Appellants' Response to Debtor's Motion for Leave to Intervene in Appeal of Recusal Order **(Case No. 3:21-cv-00879-K, Docket No. 5)** | 2778-2793 |
| 6. | Order on Debtor's Motion for Leave to Intervene in Appeal of Recusal Order **(Case No. 3:21-cv-00879-K, Docket No. 10)** | 2794-2797 |
| 7. | Answering Brief of Appellee Highland Capital Management, L.P. **(Case No. 3:21-cv-00879-K, Docket No. 20)** | 2798-2858 |
| 8. | Appendix in Support of Answering Brief of Appellee Highland Capital Management, L.P. **(Case No. 3:21-cv-00879-K, Docket No. 21)** | 2859-4662 |
| 9. | Memorandum Opinion and Order **(Case No. 3:21-cv-00879-K, Docket No. 28)** | 4663-4667 |
| 10. | Appellants' Response to the Court's December 10, 2021 Memorandum Opinion and Order **(Case No. 3:21-cv-00879-K, Docket No. 29)** | 4668-4678 |
| 11. | Debtor's Response to Appellants' Brief Regarding the Court's December 10, 2021 Memorandum Opinion and Order **(Case No. 3:21-cv-00879-K, Docket No. 31)** | 4679-4691 |
| 12. | Memorandum Opinion and Order **(Case No. 3:21-cv-00879-K, Docket No. 39)** | 4692-4706 |
| 13. | **Transcript of June 10, 2021 Hearing** | 4707-4798 |
| 14. | **Transcript of December 10, 2020 Hearing** | 4799-4857 |
| 15. | **Transcript of January 14, 2021 Hearing** | 4858-5031 |

| **Ex.** | **Description** | **Appx. #** |
|---|---|---|
| 16. | **Transcript of May 20, 2021 Hearing** | 5032-5118 |
| 17. | **Transcript of May 10, 2021 Hearing** | 5119-5174 |
| 18. | **Transcript of June 25, 2021 Hearing** | 5175-5376 |
| 19. | **Transcript of March 1, 2022 Hearing** | 5377-5463 |
| 20. | Order Approving Settlement with CPCM, LLC (Claim No. 217) and Frank Waterhouse (Claim No. 218) and Authorizing Actions Consistent Therewith **(Bankruptcy Docket No. 3328)** | 5464-5467 |
| 21. | Order Approving Settlement with Patrick Hagaman Daugherty (Claim No. 205) and Authorizing Actions Consistent Therewith **(Bankruptcy Docket No. 3298)** | 5468-5472 |
| 22. | Order Approving Stipulation and Agreed Order Resolving Third Omnibus Objection and Certain Other Claims **(Bankruptcy Docket No. 3244)** | 5473-5483 |
| 23. | Report and Recommendation to the District Court Proposing that it: (A) Grant Defendants' Motions to Withdraw the Reference at Such Time as the Bankruptcy Court Certifies that Action is Trial Ready; But (B) Defer Pre-Trial Matters to the Bankruptcy Court **(Adv. Proc. No. 21-03076-sgj, Docket No. 151)** | 5484-5505 |
| 24. | Report and Recommendation to District Court: Court Should Grant Plaintiff's Motion for Partial Summary Judgment Against All Five Note Maker Defendants (with Respect to All Sixteen Promissory Notes) in the Above-Referenced Consolidated Note Actions **(Adv. Proc. No. 21-03003-sgj, Docket No. 191)** | 5506-5551 |
| 25. | Report and Recommendation to District Court: Court Should Grant Plaintiff's Motion for Partial Summary Judgment Against All Five Note Maker Defendants (with Respect to All Sixteen Promissory Notes) in the Above-Referenced Consolidated Note Actions **(Adv. Proc. No. 21-03004-sgj, Docket No. 163)** | 5552-5597 |
| 26. | Report and Recommendation to District Court: Court Should Grant Plaintiff's Motion for Partial Summary Judgment Against All Five Note Maker Defendants (with Respect to All Sixteen Promissory Notes) in the Above-Referenced Consolidated Note Actions **(Adv. Proc. No. 21-03005-sgj, Docket No. 207)** | 5598-5643 |
| 27. | Report and Recommendation to District Court: Court Should Grant Plaintiff's Motion for Partial Summary Judgment Against All Five Note Maker Defendants (with Respect to All Sixteen Promissory Notes) in the Above-Referenced Consolidated Note Actions **(Adv. Proc. No. 21-03007-sgj, Docket No. 208)** | 5644-5689 |
| 28. | NexPoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC's Motion for Leave to File Amended Answer and Brief in Support **(Adv. Proc. No. 21-03007-sgj, Docket No. 16)** | 5690-5710 |

| <u>Ex.</u> | <u>Description</u> | <u>Appx. #</u> |
|---|---|---|
| 29. | Report and Recommendation to District Court Proposing that it: (A) Grant Defendant's Motion to Withdraw the Reference at Such Time as Bankruptcy Court Certifies that Action is Trial Ready; and (B) Defer Pretrial Matters to Bankruptcy Court **(Adv. Proc. No. 21-03006-sgj, Docket No. 47)** | 5711-5723 |
| 30. | Report and Recommendation to District Court Proposing that it: (A) Grant Defendant's Motion to Withdraw the Reference at Such Time as Bankruptcy Court Certifies that Action is Trial Ready; and (B) Defer Pretrial Matters to Bankruptcy Court **(Adv. Proc. No. 21-03007-sgj, Docket No. 44)** | 5724-5736 |
| 31. | Motion to Compel Compliance with Bankruptcy Rule 2015.3 **(Bankruptcy Docket No. 2256)** | 5737-5746 |
| 32. | Order Denying Motion to Compel Compliance with Bankruptcy Rule 2015.3 **(Bankruptcy Docket No. 2812)** | 5747-5749 |
| 33. | Appellants' Response to Appellee's Motion to Dismiss Appeal as Moot **(Case No. 21-cv-02268, Docket No. 15)** | 5750-5760 |
| 34. | Order re: Appellee's Motion to Dismiss Appeal as Moot **(Case No. 21-cv-02268, Docket No. 21)** | 5761-5767 |
| 35. | Debtor's Omnibus Reply in Support of Debtor's Motion for Entry of an Order Approving Settlement with HarbourVest (Claim Nos. 143, 147, 149, 150, 153, 154), and Authorizing Actions Consistent Therewith **(Bankruptcy Docket No. 1731)** | 5768-5790 |
| 36. | Debtor's Omnibus Reply to Objections to Confirmation of the Fifth Amended Plan of Reorganization of Highland Capital Management L.P. (With Technical Modifications) **(Bankruptcy Docket No. 1807)** | 5791-5916 |
| 37. | Debtor's Omnibus Reply in Support of Debtor's Motion for Entry of an Order Approving Settlement with UBS Securities and UBS AG London Branch and Authorizing Actions Consistent Therewith **(Bankruptcy Docket No. 2308)** | 5917-6246 |
| 38. | Debtor's Reply in Support of its Motion for Entry of an Order (I) Authorizing the Sale and/or Forfeiture of Certain Limited Partnership Interests and Other Rights and (II) Granting Related Relief **(Bankruptcy Docket No. 2649)** | 6247-6272 |
| 39. | Debtor's Amended Reply in Support of its Motion for Entry of an Order (I) Authorizing the Sale of Certain Property and (II) Granting Related Relief **(Bankruptcy Docket No. 2656)** | 6273-6312 |
| 40. | Certificate of Service re: 1) Fifth Monthly Fee Statement of Deloitte Tax LLP for Compensation for Services Rendered as Tax Services Provider to the Debtor for the Period from January 1, 2021 Through January 31, 2021; 2) Sixth Monthly Fee Statement of Deloitte Tax LLP for Compensation for Services Rendered as Tax Services Provider to the Debtor for the Period from February 1, 2021 Through February 28, 2021; and 3) Sixth Interim Fee Application of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period from March 1, 2021 Through and Including May 31, 2021 **(Bankruptcy Docket No. 2640)** | 6313-6321 |
| 41. | Memorandum Opinion and Order **(Case No. 21-cv-03086, Docket No. 37)** | 6322-6332 |

| Ex. | Description | Appx. # |
|---|---|---|
| 42. | Memorandum Opinion and Order **(Case No. 20-cv-03390, Docket No. 25)** | 6333-6339 |
| 43. | Opinion Dismissing in Part an Appeal from the United States Bankruptcy Court for the Northern District of Texas and Affirming Order of the Bankruptcy Court **(Case No. 21-cv-01895, Docket No. 44)** | 6340-6348 |
| 44. | Judgment Dismissing in Part an Appeal from the United States Bankruptcy Court for the Northern District of Texas and Affirming Order of the Bankruptcy Court **(Case No. 21-cv-01895, Docket No. 45)** | 6349-6351 |
| 45. | James Dondero's Motion for Entry of an Order Requiring Notice and Hearing for Future Estate Transactions Occurring Outside the Ordinary Course of Business **(Bankruptcy Docket No. 1439)** | 6352-6367 |
| 46. | Notice of Withdrawal of James Dondero's Motion for Entry of an Order Requiring Notice 7060-and Hearing for Future Estate Transactions Occurring Outside the Ordinary Course of Business and Related Notices of Subpoena **(Bankruptcy Docket No. 1622)** | 6368-6370 |
| 47. | Notice of Final Term Sheet **(Bankruptcy Docket No. 354)** | 6371-6436 |
| 48. | Notice of Debtor's Amended Operating Protocols **(Bankruptcy Docket No. 466)** | 6437-6467 |
| 49. | Order Granting Debtor's Motion for a Temporary Restraining Order Against James Dondero **(Adv. Proc. No. 20-03190, Docket No. 10)** | 6468-6471 |
| 50. | Order Granting Debtor's Motion for a Preliminary Injunction Against James Dondero **(Adv. Proc. No. 20-03190, Docket No. 59)** | 6472-6477 |
| 51. | Memorandum Opinion and Order Holding Certain Parties and Their Attorneys in Civil Contempt of Court for Violation of Bankruptcy Court Orders **(Bankruptcy Docket No. 2660)** | 6478-6509 |
| 52. | **Transcript of June 8, 2021 Hearing** | 6510-6808 |
| 53. | Debtor's Second Amended Witness and Exhibit List with Respect to Evidentiary Hearing to be Held on June 8, 2021 **(Bankruptcy Docket No. 2454)** | 6809-7043 |
| 54. | Declaration of John A. Morris in Support of Debtor's Motion to Supplement the Record in the Contempt Hearing Held on June 8, 2021 **(Bankruptcy Docket No. 2518)** | 7044-7059 |
| 55. | Debtor's Notice of Filing of Plan Supplement to the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (As Modified) **(Bankruptcy Docket No. 1875)** | 7060-7108 |
| 56. | James Dondero's Objection to Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. **(Bankruptcy Docket No. 1661)** | 7109-7117 |
| 57. | Objection of Dallas County, City of Allen, Allen ISD, City of Richardson and Kaufman County to Confirmation of the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. **(Bankruptcy Docket No. 1662)** | 7118-7125 |

| Ex. | Description | Appx. # |
|---|---|---|
| 58. | Limited Objection of Jack Yang and Brad Borud to Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. **(Bankruptcy Docket No. 1666)** | 7126-7131 |
| 59. | Objection to Confirmation of the Debtor's Fifth Amended Plan of Reorganization **(Bankruptcy Docket No. 1667)** | 7132-7166 |
| 60. | United States' (IRS) Limited Objection to Debtor's Fifth Amended Plan of Reorganization **(Bankruptcy Docket No. 1668)** | 7167-7173 |
| 61. | Senior Employees' Limited Objection to Debtor's Fifth Amended Plan of Reorganization **(Bankruptcy Docket No. 1669)** | 7174-7200 |
| 62. | Objection to Confirmation of Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. **(Bankruptcy Docket No. 1670)** | 7201-7251 |
| 63. | United States Trustee's Limited Objection to Confirmation of Debtors' Fifth Amended Plan of Reorganization **(Bankruptcy Docket No. 1671)** | 7252-7258 |
| 64. | Nexpoint Real Estate Partners LLC's Objection to Debtor's Fifth Amended Plan of Reorganization **(Bankruptcy Docket No. 1673)** | 7259-7266 |
| 65. | CLO Holdco, Ltd.'s Joinder to Objection to Confirmation of Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. [Dkt No 1670] and Supplemental Objections to Plan Confirmation **(Bankruptcy Docket No. 1675)** | 7267-7279 |
| 66. | NexBank's Objection to Debtor's Fifth Amended Plan of Reorganization **(Bankruptcy Docket No. 1676)** | 7280-7287 |
| 67. | Patrick Hagaman Daugherty's Objection to Confirmation of Fifth Amended Plan of Reorganization **(Bankruptcy Docket No. 1678)** | 7288-7292 |
| 68. | **Transcript of January 8, 2021 Hearing** | 7293-7498 |
| 69. | Order Requiring James Dondero to Appear at All Hearings in the Bankruptcy Case **(Bankruptcy Docket No. 2362)** | 7499-7501 |
| 70. | Order Requiring a Trustee of The Dugaboy Investment Trust and The Get Good Trust to Appear at All Hearings in the Bankruptcy Case in Which They Take Positions **(Bankruptcy Docket No. 2458)** | 7502-7505 |
| 71. | Order Approving Debtor's Motion Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing Retention of James P. Seery, Jr., as Chief Executive Officer, Chief Restructuring Officer and Foreign Representative Nunc Pro Tunc To March 15, 2020 **(Bankruptcy Docket No. 854)** | 7506-7518 |
| 72. | Order (I) Confirming the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (As Modified) and (II) Granting Related Relief **(Bankruptcy Docket No. 1943)** | 7519-7680 |
| 73. | Response of Dugaboy Investment Trust to Order Requiring Disclosures **(Bankruptcy Docket No. 2541)** | 7681-7689 |
| 74. | Amended Response of Dugaboy Investment Trust to Order Requiring Disclosures **(Bankruptcy Docket No. 2545)** | 7690-7699 |
| 75. | Response of Get Good Trust to Order Requiring Disclosures **(Bankruptcy Docket No. 2542)** | 7700-7707 |

| Ex. | Description | Appx. # |
|:---:|---|:---:|
| 76. | Amended Response of Get Good Trust to Order Requiring Disclosures **(Bankruptcy Docket No. 2546)** | 7708-7715 |
| 77. | Response of the Advisors to Order Requiring Disclosures **(Bankruptcy Docket No. 2543)** | 7716-7724 |
| 78. | Notice and Disclosure of NexPoint Re Entities and Highland Capital Management Services Inc. in Response to Court's Sua Sponte Order Requiring Disclosures **(Bankruptcy Docket No. 2544)** | 7725-7733 |
| 79. | **[RESERVED]** | 7734 |
| 80. | Order Denying Motion to Compel Deposition Testimony from James P. Seery, Jr. **(Adv. Proc. No. 21-03003, Docket No. 49)** | 7735-7737 |
| 81. | Notice of Removal (Filed by Scott Byron Ellington Against Patrick Daugherty) **(Adv. Proc. No. 22-03003, Docket No. 1)** | 7738-7855 |
| 82. | Order Granting Scott Ellington's Emergency Motion to Abstain and to Remand **(Adv. Proc. No. 22-03003, Docket No. 33)** | 7856-7859 |
| 83. | Order Directing Mediation **(Bankruptcy Docket No. 912)** | 7860-7866 |
| 84. | Order Approving Settlement with Official Committee of Unsecured Creditors Regarding Governance of the Debtor and Procedures for Operations in the Ordinary Course **(Bankruptcy Docket No. 339)** | 7867-7872 |
| 85. | Second Amended Response of Dugaboy Investment Trust to Order Requiring Disclosures **(Bankruptcy Docket No. 2549)** | 7873-7882 |
| 86. | Order Requiring Disclosures **(Bankruptcy Docket No. 2460)** | 7883-7896 |

[REMAINDER OF PAGE INTENTIONALLY BLANK]

Dated:  August 15, 2022.

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:  jpomerantz@pszjlaw.com
        jmorris@pszjlaw.com
        gdemo@pszjlaw.com
        hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*