# EXHIBIT 22

Docket #3244 Date Filed: 2/17/2022



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 17, 2022**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Reorganized Debtor. | § | |

### ORDER APPROVING STIPULATION AND AGREED ORDER RESOLVING THIRD OMNIBUS OBJECTION AND CERTAIN OTHER CLAIMS

Upon consideration of the *Stipulation and Agreed Order Resolving Third Omnibus Objection and Certain Other Claims* (the "<u>Stipulation</u>")[2] filed in the above-captioned case, it is

**HEREBY ORDERED THAT:**

1.    The Stipulation, a copy of which is attached hereto as **<u>Exhibit A</u>**, is approved.

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are 6725. The headquarters and service address for the Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

[2] All capitalized terms used but not defined herein have the meanings given to them in the Stipulation.



1934054220217000000000002

**Appx. 05474**

2.      The Reorganized Debtor will pay CPCM an amount equal to $100,000.00 on the later of the day (i) five business days after this Order becomes final and non-appealable and (ii) the day the Reorganized Debtor receives wire transfer instructions from CPCM.

3.      The withdrawal of the Former Employee Claims with prejudice is approved, and the Former Employee Claims are disallowed.

4.      The withdrawal of Claim 216 with prejudice is approved, and Claim 216 is disallowed.

5.      The withdrawal of Claim 244 with prejudice is approved, and Claim 244 is disallowed.

6.      The withdrawal of Claim 251 with prejudice is approved, and Claim 251 is disallowed.

7.      To the extent the Former Employee Claims were not validly transferred by the Former Employees to CPCM, each Former Employee Claim is disallowed with prejudice and expunged on the grounds that no Former Employee responded to the Third Omnibus Objection.

8.      Nothing in this Order or the Stipulation is intended to, or will, release or affect (i) the Waterhouse Claim (and CPCM and the Reorganized Debtor expressly reserve any and all rights they may have at law or in equity with respect to the Waterhouse Claim) and (ii) any rights that CPCM, the Former Employees, or the Reorganized Debtor may have under (a) the Plan or (b) the Confirmation Order.

9.      This Order and the Stipulation are and will be binding on CPCM's, Skyview's, Mr. Ellington's, Mr. Leventon's, and the Former Employees' predecessors, successors, transferees, and assigns.

10.     To the extent applicable, the official claims register in above-captioned bankruptcy case will be modified in accordance with this Order.

-2-

DOCS_NY:45159.5 36027/003

**Appx. 05475**

11.    This Court shall have and retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of this Order and the Stipulation.

### END OF ORDER ###

DOCS_NY:45159.5 36027/003

**Appx. 05476**



# **<u>EXHIBIT A</u>**

**Appx. 05477**

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*pro hac vice*)
Robert J. Feinstein (NY Bar No. 1767805) (*pro hac vice*)
John A. Morris (NY Bar No. 266326) (*pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (TX Bar No. 24044908)
MHayward@HaywardFirm.com
Zachery Z. Annable (TX Bar No. 24053075)
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

ROSS & SMITH, PC
Judith W. Ross (TX Bar No. 210010670)
Frances A. Smith (TX Bar No. 24033084)
Eric Soderlund (TX Bar No. 24037525)
700 N. Pearl St. Suite 1610
Dallas, TX 752010
Telephone: (214) 377-7879
Facsimile: (214) 377-9409

*Co-Counsel for CPCM, LLC, Scott Ellington, and
Isaac Leventon*

Michelle Hartmann
State Bar No. 24032402
**BAKER & McKENZIE LLP**
1900 North Pearl, Suite 1500
Dallas, TX 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099
Email: michelle.hartmann@bakermckenzie.com

Debra A. Dandeneau (admitted *pro hac vice*)
Blaire Cahn (admitted *pro hac vice*)
**BAKER & McKENZIE LLP**
452 Fifth Avenue
New York, NY 10018
Tel: 212-626-4100
Fax: 212 310-1600
Email: debra.dandeneau@bakermckenzie.com
          blaire.cahn@bakermckenzie.com

*Co-Counsel for CPCM, LLC, Scott Ellington and Isaac
Leventon*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Reorganized Debtor. | § | |

## STIPULATION AND AGREED ORDER RESOLVING THIRD OMNIBUS OBJECTION AND CERTAIN OTHER CLAIMS

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are 6725. The headquarters and service address for the Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

This *Stipulation and Agreed Order Resolving Third Omnibus Objection and Certain Other Claims* (the "Stipulation") is entered into between Highland Capital Management, L.P., the reorganized debtor (the "Reorganized Debtor"), CPCM, LLC ("CPCM"), Isaac Leventon ("Mr. Leventon"), Scott Ellington ("Mr. Ellington"), and Highgate Consulting, Inc., d/b/a Skyview Group ("Skyview").

## RECITALS

**WHEREAS,** on February 22, 2021, the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Court") entered an *Order (i) Confirming the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (As Modified) and (ii) Granting Related Relief* [Docket No. 1943] (the "Confirmation Order") pursuant to which the *Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (As Modified)* was confirmed [Docket No. 1808] (the "Plan");[2]

**WHEREAS,** in February and March 2021, the Former Employees[3] filed proofs of claim (claim numbers 219-237, 241) (the "Former Employee Claims");

**WHEREAS**, on March 18, 2021, the Debtor Filed *Debtor's Third Omnibus Objection to Certain No Liability Claims* [Docket No. 2059] (the "Omnibus Objection") objecting to, among other claims, the Former Employee Claims;

**WHEREAS,** subsequent to the filing of the Omnibus Objection, the Former Employees purportedly transferred and assigned the Former Employee Claims to CPCM [Docket Nos. 2094, 2097-2115];

**WHEREAS**, CPCM is a wholly-owned subsidiary of Skyview;

---

[2] All capitalized terms used but not defined herein have the meanings given to them in the Plan.

[3] "Former Employees" means, collectively, Lucy Bannon, Jerome Carter, Brian Collins, Matthew DiOrio, Hayley Eliason, William Gosserand, Steven Haltom, Charles Hoedebeck, Mary Irving, Helen Kim, Kari Kovelan, William Mabry, Mark Patrick, Christopher Rice, Jason Rothstein, Jean Paul Sevilla, Kellie Stevens, Ricky Swadley, Lauren Thedford, and Stephanie Vitiello.

-2-

**Appx. 05479**

**WHEREAS**, on November 2, 2021, the Reorganized Debtor filed the *Reorganized Debtor's Amended Supplemental Objection to Certain Employee Claims* [Docket No. 2976] (the "Supplemental Objection," and together with the Omnibus Objection, the "Third Omnibus Objection");

**WHEREAS**, on January 27, 2022, CPCM filed *CPCM's Response to Debtor's Third Omnibus Objection* [Docket No. 3205];

**WHEREAS**, on February 10, 2022, the Reorganized Debtor filed *Highland Capital Management, L.P.'s Reply in Further Support of Debtor's Third Omnibus Objection to Certain No-Liability Claims, As Supplemented* [Docket No. 3230]);

**WHEREAS**, Mr. Leventon filed proofs of claim numbers 184, 214, 215, 216, and 253;

**WHEREAS**, proofs of claim 184, 214, 215, and 253 were subsequently withdrawn and expunged [Docket No. 3164];

**WHEREAS** , proof of claim 216 ("Claim 216") was transferred to CPCM and is still outstanding;

**WHEREAS**, Mr. Ellington filed proofs of claim numbers 187, 192, 244, 245, and 251;

**WHEREAS**, proofs of claim numbers 187, 192, and 245 were subsequently withdrawn and expunged [Docket No. 3164];

**WHEREAS**, proof of claim number 251 ("Claim 251") is still outstanding;

**WHEREAS**, proof of claim number 244 was transferred to CPCM and is still outstanding ("Claim 244");

**NOW, THEREFORE**, in consideration of the above recitals, and solely to avoid the cost and expense of litigating the Third Omnibus Objection, each of the Reorganized Debtor, CPCM, Skyview, Mr. Ellington, and Mr. Leventon agree and stipulate as follows:

-3-

Appx. 05480

## STIPULATION

1.      The Reorganized Debtor will pay CPCM an amount equal to $100,000.00 on the later of (i) five business days after the order approving this Stipulation becomes final and non-appealable and (ii) the day the Reorganized Debtor receives wire transfer instructions from CPCM.

2.      Skyview and CPCM represent and warrant to the Reorganized Debtor that (i) they have full and complete authority to dispose of, release, and resolve the Former Employee Claims, Claim 216, and Claim 244 and (ii) except as set forth in this Stipulation, (a) no other claims filed in this Chapter 11 case have been assigned or transferred to Skyview or CPCM and (b) CPCM and Skyview have no other claims against the Reorganized Debtor (other than claims arising in the ordinary course of business between Skyview and the Reorganized Debtor and claims arising from the Reorganized Debtor's conduct that are not known or knowable to CPCM or Skyview).

3.      The Former Employee Claims are hereby withdrawn with prejudice and disallowed.

4.      Claim 216 is hereby withdrawn with prejudice and disallowed.

5.      Claim 244 is hereby withdrawn with prejudice and disallowed.

6.      Claim 251 is hereby withdrawn with prejudice and disallowed.

7.      To the extent the Former Employee Claims were not validly transferred by the Former Employees to CPCM, each Former Employee Claim is disallowed with prejudice and expunged on the grounds that no Former Employee responded to the Third Omnibus Objection.

8.      Nothing in this Stipulation is intended to, or will, release or affect (i) proof of claim number 217 filed by Frank Waterhouse and purportedly transferred to CPCM [Docket No. 2093] or the *Senior Employee Stipulation and Tolling Agreement Extending Statutes of Limitations*, dated January 20, 2021, by and between Frank Waterhouse and the Debtor (together the "Waterhouse

-4-

**Appx. 05481**

<u>Claim</u>") (and CPCM and the Reorganized Debtor expressly reserve any and all rights they may have at law or in equity with respect to the Waterhouse Claim); or (ii) any rights that CPCM, the Former Employees, or the Reorganized Debtor may have under (a) the Plan or (b) the Confirmation Order.

9.      This Stipulation is and will be binding on CPCM's, Skyview's, Mr. Ellington's, Mr. Leventon's, and the Former Employees' predecessors, successors, transferees, and assigns.

10.     To the extent applicable, the official claims register will be modified in accordance with this Stipulation.

11.     This Court shall have and retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of this Stipulation.

*[Remainder of Page Intentionally Blank]*

DOCS_NY:45157.9 36027/003

**Appx. 05482**

**IT IS SO STIPULATED:**

Dated: February 15, 2022

*/s/ Gregory V. Demo*
PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*pro hac vice*)
Robert J. Feinstein (NY Bar No. 1767805) (*pro hac vice*)
John A. Morris (NY Bar No. 266326) (*pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (TX Bar No. 24044908)
MHayward@HaywardFirm.com
Zachery Z. Annable (TX Bar No. 24053075)
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

*/s/ Frances A. Smith*
ROSS & SMITH, PC
Judith W. Ross (TX Bar No. 210010670)
Frances A. Smith (TX Bar No. 24033084)
Eric Soderlund (TX Bar No. 24037525)
700 N. Pearl St. Suite 1610
Dallas, TX 752010
Telephone: (214) 377-7879
Facsimile: (214) 377-9409

*Co-Counsel for CPCM, LLC, Scott Ellington, and Isaac Leventon*

Michelle Hartmann
State Bar No. 24032402
**BAKER & McKENZIE LLP**
1900 North Pearl, Suite 1500
Dallas, TX 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099
Email: michelle.hartmann@bakermckenzie.com

*/s/ Blaire Cahn*
Debra A. Dandeneau (admitted *pro hac vice*)
Blaire Cahn (admitted *pro hac vice*)
**BAKER & McKENZIE LLP**
452 Fifth Avenue
New York, NY 10018
Tel: 212-626-4100
Fax: 212 310-1600
Email: debra.dandeneau@bakermckenzie.com
        blaire.cahn@bakermckenzie.com

*Co-Counsel for CPCM, LLC, Scott Ellington and Isaac Leventon*

DOCS_NY:45157.9 36027/003

**Appx. 05483**