# EXHIBIT 44

Appx. 06349

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE HIGHLAND CAPITAL MANAGEMENT, L.P., § § § Debtor. § § HIGHLAND CAPITAL MANAGEMENT § FUND ADVISORS, L.P., et al., § § Appellants, § § VS. § § HIGHLAND CAPITAL MANAGEMENT, § L.P., § § Appellee. § | Civil Action No. 3:21-CV-1895-D (Bank. Ct. No. 19-34054-sgj-11) |

APPEAL FROM THE
UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

**JUDGMENT**

This appeal came on for consideration on the briefs, with oral argument. For the reasons stated in the court's opinion filed today, this appeal is DISMISSED in part, and the bankruptcy court's July 21, 2021 Order Approving Debtor's Motion for Entry of an Order (I) Authorizing the (A) Creation of an Indemnity Subtrust and (B) Entry into an Indemnity Trust Agreement and (II) Granting Related Relief is AFFIRMED.

All pending motions filed in this appeal are terminated.

Costs of this appeal are taxed against appellants pursuant to Fed. R. Bankr. P. 8021(a)(1) or (a)(2).

Entered:  January 28, 2022.

                    KAREN MITCHELL
                    Clerk of Court


                    By: P. Esquivel