# EXHIBIT 46

**Appx. 06368**

Docket #1622 Date Filed: 12/23/2020

D. Michael Lynn
State Bar I.D. No. 12736500
John Y. Bonds, III
State Bar I.D. No. 02589100
John T. Wilson, IV
State Bar I.D. No. 24033344
Bryan C. Assink
State Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile

**ATTORNEYS FOR JAMES DONDERO**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 19-34054 |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.** | § | Chapter 11 |
| | § | |
| Debtor. | § | |

### NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT** James Dondero hereby **WITHDRAWS** the following documents:

1. *James Dondero's Motion for Entry of an Order Requiring Notice and Hearing for Future Estate Transactions Outside the Ordinary Course of Business* [Docket No. 1439];

2. Notice of Subpoena of Jean Paul Sevilla [Docket No. 1559];

3. Notice of Subpoena of Russell Nelms [Docket No. 1560]; and

4. Notice of Subpoena of Fred Caruso [Docket No. 1561].

NOTICE OF WITHDRAWAL

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
1934054201223000000000008

Appx. 06369

Dated: December 23, 2020

Respectfully submitted,

*/s/ Bryan C. Assink*
D. Michael Lynn
State Bar I.D. No. 12736500
John Y. Bonds, III
State Bar I.D. No. 02589100
John T. Wilson, IV
State Bar I.D. No. 24033344
Bryan C. Assink
State Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: michael.lynn@bondsellis.com
Email: john@bondsellis.com
Email: john.wilson@bondsellis.com
Email: bryan.assink@bondsellis.com

**ATTORNEYS FOR JAMES DONDERO**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on December 23, 2020, a true and correct copy of the foregoing document was served via the Court's CM/ECF system upon all parties requesting or consenting to such service.

*/s/ Bryan C. Assink*
Bryan C. Assink