# EXHIBIT 54

Docket #2518  Date Filed: 07/02/2021

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | § Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § Case No. 19-34054-sgj11 |
| Debtor. | § |

### DECLARATION OF JOHN A. MORRIS
### IN SUPPORT OF DEBTOR'S MOTION TO SUPPLEMENT
### THE RECORD IN THE CONTEMPT HEARING HELD ON JUNE 8, 2021

I, John A. Morris, pursuant to 28 U.S.C. § 1746(a), under penalty of perjury, declare as follows:

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

DOCS_NY:43549.1 36027/002



1934054210702000000000007

Appx. 07045

1. I am an attorney in the law firm of Pachulski, Stang, Ziehl & Jones LLP (the "Firm"), counsel to the above-referenced Debtor, and I submit this Declaration in support of the *Debtor's Motion to Supplement the Record in the Contempt Hearing Held on June 8, 2021* (the "Motion"). Unless stated otherwise, this Declaration is based on my personal knowledge and review of the documents listed below.

2. On June 8, 2021, this Court held an evidentiary hearing (the "Hearing") on the *Debtor's Motion for an Order Requiring the Violators to Show Cause Why They Should Not Be Held in Civil Contempt for Violating Two Court Orders* [Docket No. 2247] (the "Contempt Motion").

3. During the Hearing, the Court admitted into evidence without objection Debtor's Exhibits 54 and 55 (together, the "Applicable Exhibits").

4. The Applicable Exhibits were time records maintained in the ordinary course of business by my Firm in connection with the Contempt Motion for the periods (a) April 18 through April 30, 2021 (Exhibit 54), and (b) as labelled, May 1 through June 7, 2021 (Exhibit 55), respectively.

5. Exhibit 55 contained very few time entries for the month of June for the simple reason that they had not yet been uploaded into my Firm's accounting records.

6. Attached as proposed **Exhibit 56** is a true and correct copy of my Firm's time records for the period June 1 through June 8, 2021, in connection with the Contempt Hearing, exclusive of any time captured in Exhibit 55.

7. The Debtor is requesting that the Court permit the Debtor to supplement the record in the Hearing on the Contempt Motion to admit Exhibit 56 under the doctrine of completeness.

Dated: July 2, 2021.  /s/ *John A. Morris*
John A. Morris

# EXHIBIT 56

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX  75201

June 28, 2021
Invoice   0
Client     36027
Matter    00002
**JNP**

RE:  Postpetition

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   06/28/2021**

Pachulski Stang Ziehl & Jones LLP  
Highland Capital Management LP  
36027　-00002

Page:　65  
Prebill#283721  
June 28, 2021

**DAF**

| | | | | | | |
|---|---|---|---|---|---|---|
| JAM Bill | 06/01/2021 | | DAF | 8.70 | 8.70 | 1,245.00 | 10,831.50 |

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/01/2021 | JAM | DAF | Prepare for Dondero deposition (2.2); Dondero deposition (2.6); tel c. w/ J. Pomerantz re: Dondero deposition (0.2); prepare for Scott deposition (0.3); Scott deposition (2.8); tel c. w/ G. Demo re: Scott deposition (0.1); tel c. w/ J. Pomerantz re: Scott deposition (0.2); tel c. w/ J. Seely re: depositions (0.3) | 8.70 | 1245.00 | $10,831.50 |
| LSC Bill | 06/01/2021 | DAF | | 5.50 | 5.50 | 460.00 | 2,530.00 |
| 06/01/2021 | LSC | DAF | Preparation for and assist at deposition of Jim Dondero (contempt motion) | 5.50 | 460.00 | $2,530.00 |
| LSC Bill | 06/01/2021 | DAF | | 2.70 | 2.70 | 460.00 | 1,242.00 |
| 06/01/2021 | LSC | DAF | Assist at deposition of Grant Scott (contempt motion) | 2.70 | 460.00 | $1,242.00 |

Pachulski Stang Ziehl & Jones LLP  
Highland Capital Management LP  
36027   -00002

Page:   66  
Prebill#283721  
June 28, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| JAM Bill | 06/02/2021 | | DAF | 1.80    1.80 | 1,245.00 | 2,241.00 |
| 06/02/2021 | JAM | DAF | Tel c. w/ J. Dubel re: depositions in contempt proceeding (0.4); ▇▇▇ tel c. w/ T. Surgent, D. Klos, G. Demo re: DAF issues (0.9); ▇▇▇ e-mail to L. Canty, G. Demo, H. Winograd re: Witness & Exhibit List for contempt hearing (0.3); e-mail to L. Canty, G. Demo, H. Winograd re: hearing binders for contempt hearing (0.2) | 1.80 | 1245.00 | $2,241.00 |
| LSC Bill | 06/02/2021 | | DAF | 1.00    1.00 | 460.00 | 460.00 |
| 06/02/2021 | LSC | DAF | Begin preparation of exhibit and witness list for DAF contempt hearing. | 1.00 | 460.00 | $460.00 |
| LSC Bill | 06/02/2021 | | DAF | 2.40    2.40 | 460.00 | 1,104.00 |
| 06/02/2021 | LSC | DAF | Begin retrieval and compilation of exhibits in connection with DAF contempt hearing. | 2.40 | 460.00 | $1,104.00 |

Appx. 07050

Pachulski Stang Ziehl & Jones LLP                                Page:      67
Highland Capital Management LP                                   Prebill#283721
36027   -00002                                                   June 28, 2021

|   |   |   |   | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| JAM Bill | 06/03/2021 | DAF | 4.80 | 4.80 | 1,245.00 | 5,976.00 |
| 06/03/2021 | JAM | DAF | Document review (latest production from Patrick) (2.5); tel c. w/ G. Demo re: document review (0.1); e-mail to counsel for respondents re: logistics and trial matters (0.6); tel c. w/ L. Phillips re: logistics and trial matters (0.2); prepare for Patrick deposition (1.4) | 4.80 | 1245.00 | $5,976.00 |
| JE Bill | 06/03/2021 | DAF | 0.40 | 0.40 | 1,195.00 | 478.00 |
| 06/03/2021 | JE | DAF | Review Reply brief; correspondence with Mr. Morris regarding same. | 0.40 | 1195.00 | $478.00 |

Appx. 07051

Pachulski Stang Ziehl & Jones LLP  
Highland Capital Management LP  
36027   -00002  

Page:   68  
Prebill#283721  
June 28, 2021

| Date | Atty | Matter | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | Hours | Rate | Amount |
| | | | Bill | | | |
| 06/04/2021 | JNP | DAF | Emails with John A. Morris and Gregory V. Demo regarding DAF response. | 0.20 | 1295.00 | $259.00 |
| JAM | 06/04/2021 | DAF | | 7.80   7.80 | 1,245.00 | 9,711.00 |
| | | | Bill | | | |
| 06/04/2021 | JAM | DAF | Prepare for Patrick deposition (4.4); Patrick deposition (including calls w/ G. Demo at breaks) (3.1); tel c. w/ Seery re: Patrick deposition (0.3) | 7.80 | 1245.00 | $9,711.00 |
| LSC | 06/04/2021 | DAF | | 4.10   4.10 | 460.00 | 1,886.00 |
| | | | Bill | | | |
| 06/04/2021 | LSC | DAF | Prepare for and assist at deposition of Mark Patrick. | 4.10 | 460.00 | $1,886.00 |
| LSC | 06/04/2021 | DAF | | 4.70   4.70 | 460.00 | 2,162.00 |
| | | | Bill | | | |
| 06/04/2021 | LSC | DAF | Continued preparation of exhibits in connection with contempt hearing. | 4.70 | 460.00 | $2,162.00 |

Pachulski Stang Ziehl & Jones LLP  
Highland Capital Management LP  
36027   -00002

Page:   69  
Prebill#283721  
June 28, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| JNP Bill | 06/05/2021 | | DAF | 0.60       0.60 | 1,295.00 | 777.00 |
| 06/05/2021 | JNP | DAF | Emails regarding witness and exhibit list; Conference with Gregory V. Demo and John A. Morris regarding same. | 0.60 | 1295.00 | $777.00 |
| JNP Bill | 06/05/2021 | | DAF | 0.50       0.50 | 1,295.00 | 647.50 |
| 06/05/2021 | JNP | DAF | Conference with John A. Morris regarding upcoming evidentiary hearing on contempt and motion for reconsideration. | 0.50 | 1295.00 | $647.50 |
| JAM Bill | 06/05/2021 | | DAF | 7.30       7.30 | 1,245.00 | 9,088.50 |
| 06/05/2021 | JAM | DAF | Review/analyze Scott deposition transcript (2.9); e-mail to L. Canty, H. Winograd re: deposition designations (0.2); tel c. w/ G. Demo re: contempt hearing (0.2); review documents (1.1); communications w/ L. Canty, G. Demo, Z. Annable re: W&E list (0.4); prepare for hearing (1.4); tel c. w/ J. Pomerantz re: trial matters (0.5); tel c. w/ J. Pomerantz, G. Demo re: exhibits, trial matters (0.5); e-mails w/ L. Phillips re: trial matters (0.1) | 7.30 | 1245.00 | $9,088.50 |
| LSC Bill | 06/05/2021 | | DAF | 2.90       2.90 | 460.00 | 1,334.00 |
| 06/05/2021 | LSC | DAF | Further revise witness and exhibit list for contempt motion and prepare additional exhibits (2.9); ▇▇▇ | 2.90 | 460.00 | $1,334.00 |
| GVD Bill | 06/05/2021 | | DAF | 0.30       0.30 | 950.00 | 285.00 |
| 06/05/2021 | GVD | DAF | Multiple conferences with J. Mon-is re preparation for contempt hearing | 0.30 | 950.00 | $285.00 |

Appx. 07053

Pachulski Stang Ziehl & Jones LLP  
Highland Capital Management LP  
36027   - 00002

Page:   70  
Prebill#283721  
June 28, 2021

|   |   |   |   | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| GVD Bill | 06/05/2021 | DAF | 0.40 | 0.40 | 950.00 | 380.00 |
| 06/05/2021 | GVD | DAF | Conference with J. Morris and J. Pomerantz re preparation for June 8 hearing | 0.40 | 950.00 | $380.00 |
| GVD Bill | 06/05/2021 | DAF | 0.90 | 0.90 | 950.00 | 855.00 |
| 06/05/2021 | GVD | DAF | Compile and file witness and exhibit list for June 8 hearing | 0.90 | 950.00 | $855.00 |

**Appx. 07054**

Pachulski Stang Ziehl & Jones LLP  
Highland Capital Management LP  
36027   -00002

Page:   71  
Prebill#283721  
June 28, 2021

| Date | Atty | Matter | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/06/2021 | JAM | DAF | Prepare for trial (4.4); review respondents' documents (0.4); e-mails w/ respondents' counsel re: objections to exhibits (0.3); tel c. w/ J. Seery re: DAF hearing and evidence (0.4) | 5.50 | 1245.00 | $6,847.50 |
| 06/06/2021 | GVD | DAF | Review demonstratives for June 8 hearing | 0.30 | 950.00 | $285.00 |
| 06/06/2021 | GVD | DAF | Conference with J. Morris and J. Pomerantz re preparation for June 8 hearing | 0.40 | 950.00 | $380.00 |
| 06/06/2021 | GVD | DAF | Review transcripts re evidence for June 8 hearing | 1.60 | 950.00 | $1,520.00 |
| 06/06/2021 | GVD | DAF | Compile witness and exhibit lists for June 8 hearing | 0.60 | 950.00 | $570.00 |

**Appx. 07055**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | | | Page: 72 | |
| Highland Capital Management LP | | | | | | | Prebill#283721 | |
| 36027    - 00002 | | | | | | | June 28, 2021 | |

| | | | | | Hours | | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| ███████████████████████████████████████████████████ | | | | | | | | |
| JNP Bill | 06/07/2021 | | DAF | 0.10 | 0.10 | 1,295.00 | | 129.50 |
| 06/07/2021 | JNP | DAF | Conference with J. Dubel regarding DAF hearing. | | 0.10 | 1295.00 | | $129.50 |
| ███████████████████████████████████████████████████ | | | | | | | | |
| JNP Bill | 06/07/2021 | | DAF | 1.00 | 1.00 | 1,295.00 | | 1,295.00 |
| 06/07/2021 | JNP | DAF | Working dinner with John A. Morris and Gregory V. Demo preparing for DAF hearing. | | 1.00 | 1295.00 | | $1,295.00 |
| JAM Bill | 06/07/2021 | | DAF | 11.20 | 11.20 | 1,245.00 | | 13,944.00 |
| 06/07/2021 | JAM | DAF | Prepare for contempt hearing (9.8); communications with L. Canty, H. Winograd re: exhibits/time records (0.4); working dinner with J. Pomerantz, G. Demo re: prepare for hearing (1.0). | | 11.20 | 1245.00 | | $13,944.00 |
| LSC Bill | 06/07/2021 | | DAF | 4.60 | 4.60 | 460.00 | | 2,116.00 |
| 06/07/2021 | LSC | DAF | Review, retrieve, and prepare additional exhibits in connection with contempt hearing and correspondence with J. Morris and G. Demo regarding the same. | | 4.60 | 460.00 | | $2,116.00 |
| GVD Bill | 06/07/2021 | | DAF | 1.00 | 1.00 | 950.00 | | 950.00 |
| 06/07/2021 | GVD | DAF | Working dinner in preparation for DAF/CLOH contempt hearing | | 1.00 | 950.00 | | $950.00 |
| GVD Bill | 06/07/2021 | | DAF | 0.20 | 0.20 | 950.00 | | 190.00 |
| 06/07/2021 | GVD | DAF | Review discovery re DAF action | | 0.20 | 950.00 | | $190.00 |

**Appx. 07056**

Pachulski Stang Ziehl & Jones LLP  
Highland Capital Management LP  
36027    - 00002

Page:    73  
Prebill#283721  
June 28, 2021

| | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| GVD Bill | 06/07/2021 | | DAF | 0.50 | 0.50 | 950.00 | 475.00 |
| 06/07/2021 | GVD | DAF | Review demonstratives and trial exhibits | | 0.50 | 950.00 | $475.00 |
| HRW Bill | 06/07/2021 | | DAF | 0.50 | 0.50 | 695.00 | 347.50 |
| 06/07/2021 | HRW | DAF | Prepare exhibit for hearing on DAF contempt motion (0.5) | | 0.50 | 695.00 | $347.50 |
| JNP Bill | 06/08/2021 | | DAF | 10.80 | 10.80 | 1,295.00 | 13,986.00 |
| 06/08/2021 | JNP | DAF | Participate in hearing on contempt motion. | | 10.80 | 1295.00 | $13,986.00 |
| JNP Bill | 06/08/2021 | | DAF | 0.10 | 0.10 | 1,295.00 | 129.50 |
| 06/08/2021 | JNP | DAF | Conference with Ira D. Kharasch regarding results of hearing. | | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   -00002

Page:   74
Prebill#283721
June 28, 2021

| | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| JAM Bill | 06/08/2021 | | DAF | | 10.80  10.80 | 1,245.00 | 13,446.00 |
| 06/08/2021 | JAM | DAF | Participate in hearing on contempt motion (10.80). | | 10.80 | 1245.00 | $13,446.00 |
| LSC Bill | 06/08/2021 | | DAF | | 9.50  9.50 | 460.00 | 4,370.00 |
| 06/08/2021 | LSC | DAF | Prepare for and assist at contempt hearing against DAF, et al. | | 9.50 | 460.00 | $4,370.00 |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| GVD Bill | 06/08/2021 | | DAF | | 10.80  10.80 | 950.00 | 10,260.00 |
| 06/08/2021 | GVD | DAF | Prepare for and attend contempt hearing | | 10.80 | 950.00 | $10,260.00 |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| HRW Bill | 06/08/2021 | | DAF | | 6.50  6.50 | 695.00 | 4,517.50 |
| 06/08/2021 | HRW | DAF | Attend hearing on DAF contempt motion (partial) (6.5) | | 6.50 | 695.00 | $4,517.50 |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| JNP | 06/09/2021 | | DAF | | 0.30  0.30 | 1,295.00 | 388.50 |

Appx. 07058

| Pachulski Stang Ziehl & Jones LLP | | | Page: 75 |
| Highland Capital Management LP | | | Prebill#283721 |
| 36027   - 00002 | | | June 28, 2021 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Bill | | | | | | |
| 06/09/2021 | JNP | DAF | Conference with Robert J. Feinstein regarding hearing on contempt and related issues. | 0.30 | 1295.00 | $388.50 |

**TOTAL FEES: $128,783.00**

Appx. 07059