# EXHIBIT 69

Appx. 07499

Docket #2362  Date Filed: 05/24/2021



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 21, 2021**

_____
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Highland Capital Management, L.P.** | § | CASE NO. 19-34054-SGJ-11 |
| | § | |
| Debtor. | § | |

### ORDER REQUIRING JAMES DONDERO TO APPEAR AT ALL HEARINGS IN THE BANKRUPTCY CASE

The above-referenced bankruptcy case was commenced in the District of Delaware on October 16, 2019, by filing its voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Bankruptcy Case was transferred to this court on December 4, 2019. James Dondero is the co-founder of the Debtor and was the Debtor's President and Chief Executive Officer until his resignation on January 9, 2020 as part of the *Order Approving Settlement with Official Committee of Unsecured Creditors Regarding Governance of the Debtor and Procedures for Operations in*

1

¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦
1934054210524000000000004

**Appx. 07500**

*the Ordinary Course* [DE # 339]. Mr. Dondero was retained as an unpaid employee of the Debtor until his resignation in October 2020.

Previously, on December 10, 2020, in Adversary No. 21-03003 *Highland v. Dondero*, a temporary restraining order ("TRO") was entered against Mr. Dondero restricting him from taking certain actions against the Debtor and its business. On January 8, 2021, a hearing was conducted on a preliminary injunction. At the Preliminary Injunction Hearing, Mr. Dondero claimed to be unaware of the provisions of the TRO. Due to this testimony, the court found it necessary to include in the Preliminary Injunction [DE # 59 in the AP] a provision requiring Mr. Dondero to appear in all hearings in the Bankruptcy Case moving forward.

The court enters this Order to have a directive in the main bankruptcy case similar to the provision that was included in the Preliminary Injunction. The court enters this Order to ensure Mr. Dondero is aware of orders affecting his rights and that he remains engaged in a case where his attorneys continue to take positions in numerous proceedings on his behalf. Mr. Dondero is ordered to attend all future hearings in this Bankruptcy Case, unless otherwise ordered by the court. This directive does not apply only to evidentiary hearings or "substantive" hearings, and it applies to the underlying bankruptcy case as well as related adversary proceedings in which Mr. Dondero is a party or takes a position. Therefore, it is

**ORDERED** that James Dondero appear in all future hearings in this Bankruptcy Case, as well as all adversary proceedings where James Dondero is a party or takes a position, unless otherwise ordered by the court.

### END OF ORDER ###