Charles W. Gameros, Jr., P.C.
State Bar No. 00796956
Douglas Wade Carvell, P.C.
State Bar No. 00796316

Hoge & Gameros, L.L.P.
6116 North Central Expressway, Suite 1400
Dallas, Texas 75206
Telephone:  214-765-6002
Facsimile:   214-559-4905

**ATTORNEYS FOR NEXPOINT REAL ESTATE PARTNERS, LLC,
f/k/a HCRE PARTNERS, LLC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **In re:** § | |
| § | **Chapter 11** |
| **HIGHLAND CAPITAL MANAGEMENT,** § | |
| **L.P.,** § | **Case No. 19-34054-SGJ-11** |
| § | |
| **Debtor.** § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the following matter is scheduled for hearing on Monday, September 12, 2022, at 9:30 a.m. (Central Time) (the "Hearing") in the above-captioned bankruptcy case (the "Bankruptcy Case"):

1. NexPoint Real Estate Partners, LLC, f/k/a HCRE Partners, LLC Motion to Withdraw Proof of Claim [Dkt. No. 3443] (the "Motion").

The Hearing on the Motion will be held in-person and/or through the WebEx videoconference platform before The Honorable Stacey G. C. Jernigan, United States Bankruptcy Judge. The WebEx video participation/attendance link for the Hearing is: https://us-courts.webex.com/meet/jerniga.

Instructions for the Hearing and the Court's Video and Teleconference Hearing Policy may be obtained at Hon. Jernigan's hearing/calendar site at: https://www.txnb.uscourts.gov/judges-info/hearing-dates/chief-judge-jernigans-hearing-dates.

Any response (each, a "Response") to the relief requested in the Motion shall be filed with the Clerk of the Court on or before Wednesday, September 7, 2022, at 5:00 p.m. (Central Time) (the "Response Deadline").

Movant may file a reply ("Reply") to any Response. Any Reply shall be filed with the Clerk of the Court on or before Friday, June 9, 2022, at 5:00 p.m. (Central Time) (the "Reply Deadline").

Dated August 15, 2022

/s/ Charles W. Gameros, Jr., P.C.
Charles W. Gameros, Jr., P.C.
State Bar No. 00796596
Douglas Wade Carvell, P.C.
State Bar No. 00796316

**HOGE & GAMEROS, L.L.P.**
6116 North Central Expressway, Suite 1400
Dallas, Texas 75206
Telephone:    (214) 765-6002
Telecopier:   (214) 559-4905
E-Mail        BGameros@LegalTexas.com
              WCarvell@LegalTexas.com

**ATTORNEYS FOR**
**NEXPOINT REAL ESTATE PARTNERS, LLC,**
**F/K/A HCRE PARTNERS, LLC**

## CERTIFICATE OF SERVICE

This is to certify parties which have so registered with the Court, including counsel for the Debtor, the United States Trustee, and all persons or parties requesting notice and service shall receive notification of the foregoing via the Court's ECF system, and are considered served pursuant to the Administrative Procedures incorporated into the Order Adopting Administrative Procedures for Electronic Case Filing, General Order 2003-01.2.

/s/ Charles W. Gameros, Jr., P.C.
Charles W. Gameros, Jr., P.C.