

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed August 17, 2022

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |

**ORDER GRANTING HIGHLAND CAPITAL MANAGEMENT, L.P.'S UNOPPOSED MOTION TO EXPEDITE HEARINGS ON MOTIONS TO (A) STRIKE CERTAIN LETTERS FROM THE RECORD [DOCKET NO. 3446], OR, (B) ALTERNTIVELY, TO COMPEL THE LAWYERS' DEPOSITIONS [DOCKET NO. 3449]**

Having considered (a) *Highland Capital Management, L.P.'s Unopposed Motion to Expedite Hearings on Motions to (a) Strike Certain Letters from the Record [Docket No. 3446], or, (b) Alternatively, to Compel the Lawyers' Depositions [Docket No. 3449]* [Docket No. 3454] (the "Motion to Expedite"),[2] filed by Highland Capital Management L.P. ("Highland"), the

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

[2] Capitalized terms not defined herein shall take on the meanings ascribed to them in the Motion to Expedite.

reorganized debtor in the above-captioned chapter 11 case (the "Bankruptcy Case"); and (b) all prior proceedings relating to this matter; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that venue of this proceeding and the Motion to Expedite in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that Highland's notice of the Motion to Expedite and opportunity for a hearing on the Motion to Expedite were appropriate under the circumstances and that no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion to Expedite establish good cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion to Expedite is **GRANTED** as set forth herein.

2. The hearing on the Underlying Motions is hereby scheduled to take place on August 31, 2022, at 9:30 a.m. (Central Time) prior to the Supplemental Recusal Hearing.

3. The Court shall retain exclusive jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

###End of Order###