PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
Robert J. Feinstein (NY Bar No. 1767805) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Debtor. | |

**DECLARATION OF JOHN A. MORRIS IN SUPPORT OF MOTION FOR AN ORDER APPROVING HIGHLAND'S ENTRY INTO A SETTLEMENT AGREEMENT AND <u>AUTHORIZING ACTIONS CONSISTENT THEREWITH</u>**

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

I, John A. Morris, pursuant to 28 U.S.C. § 1746, under penalty of perjury, declare as follows:

1. I am an attorney at the law firm Pachulski, Stang, Ziehl & Jones LLP, counsel to Highland Capital Management, L.P., and I submit this Declaration in support of the *Motion for Entry of an Order Approving Highland's Entry into a Settlement Agreement and Authorizing Actions Consistent Therewith*, being filed concurrently with this Declaration. I submit this Declaration based on my personal knowledge and review of the documents listed below.

2. Attached as **Exhibit 1** is a true and correct copy of the *Settlement Agreement*, dated as of September 1, 2022, by and among, (i) Highland CDO Opportunity Master Fund, L.P., Highland Capital Management, L.P., and Highland CDO Opportunity Fund, Ltd.; (ii) UBS Securities LLC and UBS AG London Branch; and (iii) Sentinel Reinsurance, Ltd.

*[Signature Page Follows]*

3

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: September 1, 2022.  /s/ *John A. Morris*
John A. Morris

DOCS_NY:46390.1 36028/001