# **<u>EXHIBIT 1</u>**

## John A. Morris

| | |
|---|---|
| **From:** | Wade Carvell <wcarvell@legaltexas.com> |
| **Sent:** | Friday, July 8, 2022 5:17 PM |
| **To:** | John A. Morris |
| **Cc:** | Bill Gameros; LuCretia Milam |
| **Subject:** | NREP/HCMLP - Subpoenas |

Mr. Morris,

We will accept service of the subpoenas for Messrs. McGraner and Donderro. Thank you.

DWC

---

Douglas Wade Carvell, P.C.
HOGE & GAMEROS, L.L.P.
6116 North Central Expressway, Suite 1400
Dallas, Texas 75206
Telephone:    214-765-6000
Direct:       214-765-6006
Facsimile:    214-594-4400
Email:        WCarvell@LegalTexas.com

1