# **<u>EXHIBIT 6</u>**

## John A. Morris

| | |
|---|---|
| **From:** | John A. Morris |
| **Sent:** | Wednesday, July 27, 2022 7:39 AM |
| **To:** | 'Bill Gameros'; Hayley R. Winograd |
| **Cc:** | LuCretia Milam; Wade Carvell |
| **Subject:** | RE: HCMLP - NREP Depositions |

Bill,

Now that we have fixed the deposition dates (subject only to HCRE's completion of document production reasonably in advance), can please withdraw the motion for a Protective Order so we don't have to respond and the Court does not have to consider it?

Thanks,

John

**From:** Bill Gameros [mailto:bgameros@legaltexas.com]
**Sent:** Tuesday, July 26, 2022 3:34 PM
**To:** John A. Morris <jmorris@pszjlaw.com>; Hayley R. Winograd <hwinograd@pszjlaw.com>
**Cc:** LuCretia Milam <lmilam@legaltexas.com>; Wade Carvell <wcarvell@legaltexas.com>; Bill Gameros <bgameros@legaltexas.com>
**Subject:** RE: HCMLP - NREP Depositions

John,

Our document production is hampered by our IT person having COVID. Dallas is "Red" according to the CDC so I do not have a definitive date as I write this.

The consent, with a minor change, is out for signature.

Thank you,

Bill

Charles W. Gameros, Jr., P.C.
Hoge & Gameros, L.L.P.
6116 North Central Expressway, Suite 1400
Dallas, Texas 75206
Telephone: (214) 765-6002
Facsimile: (214) 559-4905

**From:** John A. Morris <jmorris@pszjlaw.com>
**Sent:** Tuesday, July 26, 2022 2:17 PM
**To:** Bill Gameros <bgameros@legaltexas.com>; Hayley R. Winograd <hwinograd@pszjlaw.com>
**Cc:** LuCretia Milam <lmilam@legaltexas.com>; Wade Carvell <wcarvell@legaltexas.com>
**Subject:** RE: HCMLP - NREP Depositions

Thank you, Bill.

1

Those dates and times are fine.

When will your client complete its document production?

And will they sign the acknowledgement form requested by Barker Vittagio so we can avoid motion practice?

Please let me know.

**From:** Bill Gameros [mailto:bgameros@legaltexas.com]
**Sent:** Tuesday, July 26, 2022 3:10 PM
**To:** John A. Morris <jmorris@pszjlaw.com>; Hayley R. Winograd <hwinograd@pszjlaw.com>
**Cc:** Bill Gameros <bgameros@legaltexas.com>; LuCretia Milam <lmilam@legaltexas.com>; Wade Carvell <wcarvell@legaltexas.com>
**Subject:** HCMLP - NREP Depositions

John,

We have Mr. Dondero on August 16 starting at 9:30 CT and, consistent with our discussions, Mr. McGranger, individually and as 30(b)(6), on August 17 starting at 9:30 CT.

Thank you,

Bill

Charles W. Gameros, Jr., P.C.
Hoge & Gameros, L.L.P.
6116 North Central Expressway, Suite 1400
Dallas, Texas 75206
Telephone: (214) 765-6002
Facsimile: (214) 559-4905

2