# EXHIBIT 8

**From:** John A. Morris
**Sent:** Tuesday, April 19, 2022 3:26 PM
**To:** 'Bill Gameros' <bgameros@legaltexas.com>
**Cc:** Hayley R. Winograd <hwinograd@pszjlaw.com>; Wade Carvell <wcarvell@legaltexas.com>; LuCretia Milam <lmilam@legaltexas.com>
**Subject:** RE: Highland: HCRE Litigation

Bill,

When we last spoke, you were going to prepare a draft Scheduling Order by the end of last week.

Please get the draft to me as soon as you're able and let me know if you will be unable to get it to me by the end of the week.

Thanks,

John

**John A. Morris**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 212.561.7760
Tel: 212.561.7700 | Fax: 212.561.7777
jmorris@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

**From:** Bill Gameros [mailto:bgameros@legaltexas.com]
**Sent:** Monday, April 4, 2022 11:41 AM
**To:** John A. Morris
**Cc:** Hayley R. Winograd ; Wade Carvell ; Bill Gameros ; LuCretia Milam
**Subject:** RE: Highland: HCRE Litigation

John,

Do you have any time tomorrow afternoon between 1:30 central and 3:30 central?

Thank you,

Bill

Charles W. Gameros, Jr., P.C.
Hoge & Gameros, L.L.P.
6116 North Central Expressway, Suite 1400
Dallas, Texas 75206
Telephone: (214) 765-6002
Facsimile: (214) 559-4905

---

**From:** John A. Morris <jmorris@pszjlaw.com>
**Sent:** Monday, April 4, 2022 6:52 AM
**To:** Bill Gameros <bgameros@legaltexas.com>
**Cc:** Hayley R. Winograd <hwinograd@pszjlaw.com>; Wade Carvell <wcarvell@legaltexas.com>
**Subject:** RE: Highland: HCRE Litigation

Following up on this, please propose a time this week to discuss the status of this matter.

Regards,

**John A. Morris**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 212.561.7760
Tel: 212.561.7700 | Fax: 212.561.7777
jmorris@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

---

**From:** John A. Morris
**Sent:** Thursday, March 31, 2022 9:02 AM
**To:** 'bgameros@LegalTexas.com' <bgameros@LegalTexas.com>
**Cc:** Hayley R. Winograd <hwinograd@pszjlaw.com>; 'wcarvell@LegalTexas.com' <wcarvell@LegalTexas.com>
**Subject:** Highland: HCRE Litigation

Dear Mr. Gameros:

We represent Highland Capital Management. L.P. ("HCMLP").

On January 14, 2022, your firm filed a Notice of Appearance on behalf of NexPoint Real Estate Partners, f/k/a HCRE ("HCRE"), apparently substituting for Wick Phillips. Docket No. 3181.

As I am sure you know, HCMLP has objected to HCRE's Proof of Claim No. 146 and we would like to get that resolved.

Please let me know if you have some time this afternoon or tomorrow morning to introduce ourselves and begin working on a Scheduling Order for this matter.

I look forward to speaking with you shortly.

Regards,

John

**John A. Morris**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 212.561.7760
Tel: 212.561.7700 | Fax: 212.561.7777
jmorris@pszjlaw.com
vCard | Bio | LinkedIn