# EXHIBIT 9

**From:** Wade Carvell [mailto:wcarvell@legaltexas.com]
**Sent:** Friday, July 8, 2022 5:17 PM
**To:** John A. Morris <jmorris@pszjlaw.com>
**Cc:** Bill Gameros <bgameros@legaltexas.com>; LuCretia Milam <lmilam@legaltexas.com>
**Subject:** NREP/HCMLP - Subpoenas

Mr. Morris,

We will accept service of the subpoenas for Messrs. McGraner and Donderro. Thank you.

DWC

_____
Douglas Wade Carvell, P.C.
HOGE & GAMEROS, L.L.P.
6116 North Central Expressway, Suite 1400
Dallas, Texas 75206
Telephone:      214-765-6000
Direct:               214-765-6006
Facsimile:        214-594-4400
Email:                 WCarvell@LegalTexas.com