# EXHIBIT 10

**From:** Bill Gameros [mailto:bgameros@legaltexas.com]
**Sent:** Tuesday, July 26, 2022 3:10 PM
**To:** John A. Morris <jmorris@pszjlaw.com>; Hayley R. Winograd <hwinograd@pszjlaw.com>
**Cc:** Bill Gameros <bgameros@legaltexas.com>; LuCretia Milam <lmilam@legaltexas.com>; Wade Carvell <wcarvell@legaltexas.com>
**Subject:** HCMLP - NREP Depositions

John,

We have Mr. Dondero on August 16 starting at 9:30 CT and, consistent with our discussions, Mr. McGranger, individually and as 30(b)(6), on August 17 starting at 9:30 CT.

Thank you,

Bill

Charles W. Gameros, Jr., P.C.
Hoge & Gameros, L.L.P.
6116 North Central Expressway, Suite 1400
Dallas, Texas 75206
Telephone:  (214) 765-6002
Facsimile:    (214) 559-4905