# EXHIBIT 16

**From:** John A. Morris
**Sent:** Friday, July 22, 2022 8:53 AM
**To:** 'Deitsch-Perez, Deborah R.' <deborah.deitschperez@stinson.com>; 'Bill Gameros' <bgameros@legaltexas.com>; 'Wade Carvell' <wcarvell@legaltexas.com>; 'Aigen, Michael P.' <michael.aigen@stinson.com>
**Cc:** Gregory V. Demo <GDemo@pszjlaw.com>; Hayley R. Winograd <hwinograd@pszjlaw.com>
**Subject:** RE: Highland - HCMLP Demand for SE Multifamily's Books and Records

Counsel:

No one has provided a substantive response to HCMLP's request for access to inspect and copy SE Multifamily's books and records, first made on June 28 to Bill and Wade, with a follow-up from me to each of you on July 7 (I have removed Clay Taylor from this e-mail chain since Mr. Dondero and Dugaboy have sued him and his firm for malpractice, presumably severing their relationships).

Given that HCRE/SE Multifamily attempted to unilaterally return HCMLP's capital, there can be no dispute that HCMLP has an interest in SE Multifamily and, therefore, has the contractual right to inspect and copy SE Multifamily's books and records.

Please let me know by the close of business, Tuesday, July 26, when –on or before August 9--HCMLP will be provided access to inspect and copy SE Multifamily's books and records.

HCMLP reserves all of its rights at law and in equity.

Regards,

**John A. Morris**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 212.561.7760
Tel: 212.561.7700 | Fax: 212.561.7777
jmorris@pszjlaw.com
vCard | Bio | LinkedIn



1

Los Angeles | San Francisco | Wilmington, DE | New York | Houston

---

**From:** John A. Morris
**Sent:** Wednesday, July 13, 2022 2:26 PM
**To:** 'Deitsch-Perez, Deborah R.' <deborah.deitschperez@stinson.com>; 'Bill Gameros' <bgameros@legaltexas.com>; Wade Carvell <wcarvell@legaltexas.com>; Aigen, Michael P. <michael.aigen@stinson.com>; Clay Taylor (clay.taylor@bondsellis.com) <clay.taylor@bondsellis.com>
**Cc:** Gregory V. Demo <GDemo@pszjlaw.com>; Hayley R. Winograd <hwinograd@pszjlaw.com>
**Subject:** RE: Highland - HCMLP Demand for SE Multifamily's Books and Records

Thanks, Deborah.

As it turns out, by Amendment, HCRE (and not Mr. Dondero) is the Manager of SE Multifamily so I think Bill and Wade are the appropriate attorneys to respond since they represent HCRE, but please let us know when we can expect to receive a response so we can hold off doing anything else.

Regards,

John

**John A. Morris**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 212.561.7760
Tel: 212.561.7700 | Fax: 212.561.7777
jmorris@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

---

**From:** Deitsch-Perez, Deborah R. [mailto:deborah.deitschperez@stinson.com]
**Sent:** Wednesday, July 13, 2022 2:21 PM
**To:** John A. Morris <jmorris@pszjlaw.com>; 'Bill Gameros' <bgameros@legaltexas.com>; Wade Carvell <wcarvell@legaltexas.com>; Aigen, Michael P. <michael.aigen@stinson.com>; Clay Taylor (clay.taylor@bondsellis.com) <clay.taylor@bondsellis.com>
**Cc:** Gregory V. Demo <GDemo@pszjlaw.com>; Hayley R. Winograd <hwinograd@pszjlaw.com>
**Subject:** RE: Highland - HCMLP Demand for SE Multifamily's Books and Records

I understand others are addressing this.

**Deborah R. Deitsch-Perez**
Partner

STINSON LLP

3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219
Direct: 214.560.2218 \ Mobile: 214.232.7582 \ Bio

HCMLP reserves, and does not waive, all of its rights at law and in equity, including the right to seek judicial relief without further notice.

Regards,

John

**John A. Morris**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 212.561.7760
Tel: 212.561.7700 | Fax: 212.561.7777
jmorris@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Houston