**KELLY HART PITRE**
Louis M. Phillips (#10505)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com
Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

**KELLY HART & HALLMAN**
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Telecopier: (817) 878-9280

**Counsel for CLO HoldCo, Ltd.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 19-34054-sgj11** |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § § § | **Chapter 11** |
| | § | |
| **Debtor** | § | |

**AMENDED NOTICE OF APPEAL AND STATEMENT OF ELECTION**

**TO THE HONORABLE COURT:**

**NOTICE IS HEREBY GIVEN** that, pursuant to 28 U.S.C. § 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, CLO HoldCo, Ltd. ("CLO HoldCo"), a putative creditor herein, hereby appeals to the United States District for the Northern District of Texas from the *Order Denying Motion to Ratify Second Amended Proof of Claim and Expunging Claim* [Dkt. No. 3457] (the "Order"), entered by the United States Bankruptcy Court for the Northern District on August 17, 2022. A true and correct copy of the Order is attached hereto as **Exhibit A**.

CLO HoldCo previously timely filed a *Notice of Appeal* [Dkt. No. 3475] (the "Notice of Appeal"), using Official Form 417A (*see* **Exhibit B**), in which CLO HoldCo listed the Appellee as the other party to the Order, and listed counsel as well, but did not specifically state that the other party was the "Appellee". Subsequently, the Honorable Clerk of Court entered that certain *Correspondence* [Dkt. No. 3491] (the "Correspondence") requiring CLO Holdco to file an amended notice of appeal "to clarify the appellee and attorney." To comply with this Correspondence, CLO HoldCo submits the following Amendment to the Notice of Appeal:

The appellee is: **Marc Kirschner, the Litigation Trustee for the Highland Litigation Sub-Trust**

The attorneys for the appellee are:

**SIDLEY AUSTIN LLP**

**Paige Holden Montgomery**
**Texas Bar No. 24037131**
**Juliana L. Hoffman**
**Texas Bar No. 24106103**
**2021 McKinney Avenue**
**Suite 2000**
**Dallas, Texas 75201**
**Telephone: (214) 981-3300**
**Facsimile: (214) 981-3400**

**-and**

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

**Susheel Kirpalani (admitted pro hac vice)**
**Deborah J. Newman (admitted pro hac vice)**
**Robert S. Loigman (admitted pro hac vice)**
**Benjamin I. Finestone (admitted pro hac vice)**
**Calli Ray (admitted pro hac vice)**
**Alexander J. Tschumi (admitted pro hac vice)**
**New York Bar. No. 5492194**
**51 Madison Avenue**
**Floor 22**
**New York, NY 10010**
**Telephone: (212) 849-7000**

To comply with Official Form 417A, CLO HoldCo re-submits the following:

**Part 1: Identify the appellant(s)**

1. Name(s) of appellants:

   **CLO HoldCo, Ltd.**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   **Creditor**

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

   *Order Denying Motion to Ratify Second Amended Proof of Claim and Expunging Claim*

   **[Dkt. No. 3457]**

2. State the date on which the judgment, order, or decree was entered:

   **August 17, 2022**

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party:                                           Attorney**:**

   **APPELLEE**                                     **APPELLEE ATTORNEY**

   **Marc Kirschner, the Litigation Trustee for the Highland Litigation Sub-Trust**

   **SIDLEY AUSTIN LLP**

   **Paige Holden Montgomery**
   **Texas Bar No. 24037131**
   **Juliana L. Hoffman**
   **Texas Bar No. 24106103**
   **2021 McKinney Avenue**
   **Suite 2000**
   **Dallas, Texas 75201**
   **Telephone: (214) 981-3300**
   **Facsimile: (214) 981-3400**

-and

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

**Susheel Kirpalani (admitted pro hac vice)**
**Deborah J. Newman (admitted pro hac vice)**
**Robert S. Loigman (admitted pro hac vice)**
**Benjamin I. Finestone (admitted pro hac vice)**
**Calli Ray (admitted pro hac vice)**
**Alexander J. Tschumi (admitted pro hac vice)**
**New York Bar. No. 5492194**
**51 Madison Avenue**
**Floor 22**
**New York, NY 10010**
**Telephone: (212) 849-7000**

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

**Not applicable**

**Part 5: Sign below**

*/s/ Louis M. Phillips*                                                                 Date: **9/7/2022**

**Louis M. Phillips (#10505)**
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com

Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

and

**KELLY HART & HALLMAN**
Hugh G. Connor II
State Bar No. 00787272

hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500

### **CERTIFICATE OF SERVICE**

I, undersigned counsel, hereby certify that a true and correct copy of the above and foregoing document and all attachments thereto were sent via electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on this September 7, 2022.

*/s/ Louis M. Phillips*
Louis M. Phillips