BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.: 19–34054–sgj11

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Stacey G Jernigan
    Courtney Lauer
    Caroline Nowlin
    Attorney(s) for Appellant
    US Trustee

**Appellant**  CLO HoldCo, Ltd.

KELLY HART PITRE
Louis M. Phillips (#10505)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801–1916
Telephone: (225) 381–9643
Facsimile: (225) 336–9763
Email: louis.phillips@kellyhart.com
Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522–1812

KELLY HART & HALLMAN
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332–2500

**Appellee**  Marc Kirschner, the Litigation Trustee for the Highland Litigation Sub–Trust

SIDLEY AUSTIN LLP
Paige Holden Montgomery
Texas Bar No. 24037131

Juliana L. Hoffman
Texas Bar No. 24106103
2021 McKinney Avenue
Suite 2000
Dallas, Texas 75201
Telephone: (214) 981–3300
Facsimile: (214) 981–3400
–and
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Susheel Kirpalani (admitted pro hac vice)
Deborah J. Newman (admitted pro hac vice)
Robert S. Loigman (admitted pro hac vice)
Benjamin I. Finestone (admitted pro hac vice)
Calli Ray (admitted pro hac vice)
Alexander J. Tschumi (admitted pro hac vice)
New York Bar. No. 5492194
51 Madison Avenue
Floor 22
New York, NY 10010
Telephone: (212) 849–7000