BTXN 010 (rev. 03/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Highland Capital Management, L.P.<br>　　　　　　　　　　　　　Debtor(s)<br>CLO HoldCo, Ltd.<br>　　　　　　　　　　　　　Appellant(s)<br>　vs.<br>Marc Kirschner, the Litigation Trustee for the Highland Litigation SubTrust<br>　　　　　　　　　　　　　Appellee(s) | § § § § § § § § § § § § § | Case No.: 19–34054–sgj11<br>Chapter No.: 11 |

# CERTIFICATE OF MAILING

Notice of Appeal Filed By: CLO HoldCo, Ltd.

Re: 3457 (77 pgs) Order denying motion motion to ratify second amended proof of claim and expunging claim (related document # 3178) Entered on 8/17/2022

The Amended Notice of Appeal was noticed to the parties, indicated by attachment, by either electronic transmission or U.S. mail on September 7, 2022.

DATED: 9/7/22　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　　Robert P. Colwell, Clerk of Court

　　　　　　　　　　　　　　　　　　　by: /s/Sheniqua Whitaker, Deputy Clerk