PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (TX Bar No. 24044908)
Zachery Z. Annable (TX Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | Case No. 19-34054-sgj11 |
| | § | |
| Reorganized Debtor. | § | |

## HIGHLAND CAPITAL MANAGEMENT, L.P.'S
## WITNESS AND EXHIBIT LIST WITH RESPECT TO
## EVIDENTIARY HEARING TO BE HELD ON SEPTEMBER 12, 2022

Highland Capital Management, L.P. ("Highland") submits the following witness and

exhibit list with respect to the *Motion to Withdraw Proof of Claim* [Docket No. 3443] and the

*Reorganized Debtor's (A) Objection to Motion to Quash and for Protection [Docket No. 3464]*

*and (B) Cross-Motion to Enforce Subpoenas and to Compel a Deposition* [Docket No. 3484],

which the Court has set for hearing at 9:30 a.m. (Central Time) on September 12, 2022 (the

"Hearing") in the above-styled bankruptcy case (the "Bankruptcy Case").

A.    **Witnesses**:

    1.    Any witness identified by or called by any other party; and

    2.    Any witness necessary for rebuttal.

B.    **Exhibits**:

| Number | Exhibit | Offered | Admitted |
|--------|---------|---------|----------|
| 1. | *Declaration of John A. Morris in Support of Reorganized Debtor's (A) Objection to Motion to Quash and for Protection [Docket No. 3464] and (B) Cross-Motion to Enforce Subpoenas and to Compel a Deposition* [Docket No. 3485] | | |
| 2. | *Declaration of John A. Morris in Support of Reorganized Debtor's (A) Objection to Motion to Quash and for Protection [Docket No. 3464] and (B) Cross-Motion to Enforce Subpoenas and to Compel a Deposition* [Docket No. 3486] | | |
| 3. | *Declaration of John A. Morris in Support of Highland Capital Management, L.P.'s Objection to Motion to Withdraw Proof of Claim* [Docket No. 3488] | | |
| 4. | Any document entered or filed in the Bankruptcy Case, including any exhibits thereto | | |
| 5. | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| 6. | All exhibits identified by or offered by any other party at the Hearing | | |

Dated:  September 9, 2022.           **PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:  jpomerantz@pszjlaw.com
      jmorris@pszjlaw.com
      gdemo@pszjlaw.com

 -and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*