BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Highland Capital Management, L.P.<br>**DEBTOR** | Motion To Withdraw Proof of Claim #146 (POC), by HCRE Partners, LLC., doc. #3443<br>**TYPE OF HEARING** | Case #<br>19−34054−sgj11 |

| | | |
|---|---|---|
| HCRE Partners, LLC | VS | Highland Capital Management, L.P. |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| | |
|---|---|
| Charles W. Gameros Jr. | John A. Morris |
| **ATTORNEY** | **ATTORNEY** |

### EXHIBITS

SEE EXHIBIT LIST

Court Admitted The Declaration of John A. Morris

Exhibit #1 − E−mail from counsel for NexPoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC ("HCRE") to me (John A. Morris) dated July 8, 2022

Exhibit #2 − E−mails exchange between HCRE's counsel and me (John A. Morris) during the period of August 9−10, 2022

Exhibit #3 − E−mails exchange between HCRE's counsel and me on August 12, 2022

Exhibit #4 − E−mails I (John A. Morris) sent to HCRE's counsel during the period of August 16−17, 2022

Exhibit #5 − E−mail I (John A. Morris) I sent to HCRE's counsel on July 27, 2022

Exhibit #6 − E−mails exchanged between HCRE's counsel and me (John A. Morris), during the period of July 26−27, 2022

| | | |
|---|---|---|
| Michael Edmond | September 12, 2022 | Stacey G Jernigan |
| **REPORTED BY** | **HEARING DATE** | **JUDGE PRESIDING** |