BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Highland Capital Management, L.P.<br><br>DEBTOR | Highland Capital Mgmt. L.P., Motion To Compel re: Discovery at doc. #3484 | Case # 19−34054−sgj11 |

**TYPE OF HEARING**

| | | |
|---|---|---|
| Highland Capital Management, L.P.<br><br>**PLAINTIFF / MOVANT** | *VS* | HCRE Partners, LLC<br><br>**DEFENDANT / RESPONDENT** |

| | |
|---|---|
| John A. Morris<br>**ATTORNEY** | Charles W. Gameros Jr.<br>**ATTORNEY** |

**EXHIBITS**

SEE EXHIBIT LIST

Court Admitted The Declaration of John A. Morris

Exhibit's #1 Through #16 offered by John A. Morris

| | | |
|---|---|---|
| Michael Edmond<br><br>REPORTED BY | September 12, 2022<br><br>HEARING DATE | Stacey G Jernigan<br><br>JUDGE PRESIDING |