PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | |

**DECLARATION OF JOHN A. MORRIS IN SUPPORT OF
THE HIGHLAND PARTIES' MOTION TO QUASH SUBPOENAS SERVED
BY THE DUGABOY INVESTMENT TRUST OR FOR A PROTECTIVE ORDER**

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

DOCS_NY:46454.4 36027/003

I, John A. Morris, pursuant to 28 U.S.C. § 1746, under penalty of perjury, declare as follows:

1. I am an attorney at the law firm Pachulski, Stang, Ziehl & Jones LLP, counsel to Highland Capital Management, L.P., and I submit this Declaration in support of *The Highland Parties' Motion to Quash Subpoenas Served by The Dugaboy Investment Trust or for a Protective Order*, which is being filed concurrently with this Declaration. I submit this Declaration based on my personal knowledge and review of the documents listed below.

2. Attached as **Exhibit 1** is a true and correct copy of the subpoena served on Highland Capital Management, L.P., by The Dugaboy Investment Trust ("Dugaboy").

3. Attached as **Exhibit 2** is a true and correct copy of the subpoena served on HCMLP GP LLC by Dugaboy.

4. Attached as **Exhibit 3** is a true and correct copy of the subpoena served on the HCMLP Claimant Trust by Dugaboy.

5. Attached as **Exhibit 4** is a true and correct copy of the subpoena served on Development Specialists, Inc., by Dugaboy.

6. Attached as **Exhibit 5** is a true and correct copy of the Claimant Trust Agreement, effective as of August 11, 2021.

*[Signature Page Follows]*

3

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: September 14, 2022.         */s/ John A. Morris*
                                   John A. Morris