Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, La. Bar No. 14891
lcollins@hellerdraper.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@hellerdraper.com
Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: (504) 299-3300
Fax: (504) 299-3399
*Attorneys for The Dugaboy Investment Trust*

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| | * | Case No. 19-34054sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | * | |
| | * | |
| Debtor | * | |

**JOINDER TO FUNDS'[1] RESPONSE TO THE MOTION TO CONFORM PLAN**

Now into Court, through undersigned counsel, comes The Dugaboy Investment Trust ("Dugaboy"), who hereby submits this Joinder to *Funds' Response to the Motion to Conform Plan* ("Joinder") [Dkt. # 3539], and respectfully represents as follows:

**Notice of Joinder**

1.    The Dugaboy Investment Trust hereby joins and adopts the changes to Article 1.B.62 and 1.B.105 of the Highland Capital Management, L.P. Plan suggested by the Funds to conform the Plan to the 5th Circuit Opinion and Mandate. Dugaboy specifically adopts the statements and legal analysis as stated in the following:

---

[1] Highland Income Fund, NexPoint Strategic Opportunities Fund, Highland Global Allocation Fund, and NexPoint Capital, Inc. are collectively "Funds."

{00378895-4}

1

a. *Funds' Response to the Motion to Conform Plan* filed on September 27, 2022 [Dkt. # 3539] filed by Highland Income Fund, NexPoint Strategic Opportunities Fund[2], Highland Global Allocation Fund, and NexPoint Capital, Inc.

**WHEREFORE**, based upon the foregoing Joinder to the *Funds' Response to the Motion to Conform Plan* ("Response") [Dkt. # 3539], The Dugaboy Investment Trust prays that this Court adopt the Funds' suggested changes to the Highland Capital Management, L.P. Plan to conform the Plan in accordance with the Funds' Response and for all other relief as is just and equitable.

September 27, 2022

/s/Douglas S. Draper.
Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, La. Bar No. 14891
lcollins@hellerdraper.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@hellerdraper.com
Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: (504) 299-3300
Fax: (504) 299-3399
*Attorneys for The Dugaboy Investment Trust*

**CERTIFICATE OF SERVICE**

I, Douglas S. Draper, certify that on September 27, 2022, a copy of the above and foregoing has been served electronically to all parties entitled to receive electronic notice in this matter through the Court's ECF system as follows:

- **David G. Adams**   david.g.adams@usdoj.gov, southwestern.taxcivil@usdoj.gov;dolores.c.lopez@usdoj.gov
- **Michael P. Aigen**   michael.aigen@stinson.com, stephanie.gratt@stinson.com
- **Amy K. Anderson**   aanderson@joneswalker.com, lfields@joneswalker.com;amy-

---

[2] NexPoint Strategic Opportunities Fund is now known as NexPoint Diversified Real Estate Trust.  To avoid confusion, the Funds refer to that entity by its former name in their Response.

{00378895-4}

2

anderson-9331@ecf.pacerpro.com
- **Zachery Z. Annable**   zannable@haywardfirm.com
- **Bryan C. Assink**   bryan.assink@bondsellis.com
- **Asif Attarwala**   asif.attarwala@lw.com
- **Joseph E. Bain**   JBain@joneswalker.com, kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com
- **Michael I. Baird**   baird.michael@pbgc.gov, efile@pbgc.gov
- **Sean M. Beach**   bankfilings@ycst.com, sbeach@ycst.com
- **Thomas Daniel Berghman**   tberghman@munsch.com
- **Jason Bernstein**   casey.doherty@dentons.com, dawn.brown@dentons.com;Melinda.sanchez@dentons.com;docket.general.lit.dal@dentons.com
- **Paul Richard Bessette**   pbessette@KSLAW.com, ccisneros@kslaw.com;jworsham@kslaw.com;kbryan@kslaw.com;jcarvalho@kslaw.com
- **John Y. Bonds**   john@bondsellis.com
- **Matthew G. Bouslog**   mbouslog@gibsondunn.com, nbrosman@gibsondunn.com
- **Larry R. Boyd**   lboyd@abernathy-law.com, ljameson@abernathy-law.com
- **Jonathan E. Bridges**   jeb@sbaitilaw.com
- **Jason S. Brookner**   jbrookner@grayreed.com, lwebb@grayreed.com;acarson@grayreed.com
- **Greta M. Brouphy**   gbrouphy@hellerdraper.com, dhepting@hellerdraper.com;vgamble@hellerdraper.com
- **M. David Bryant**   dbryant@dykema.com, csmith@dykema.com
- **Candice Marie Carson**   Candice.Carson@butlersnow.com
- **Annmarie Antoniette Chiarello**   achiarello@winstead.com
- **Shawn M. Christianson**   schristianson@buchalter.com, cmcintire@buchalter.com
- **James Robertson Clarke**   robbie.clarke@bondsellis.com
- **Matthew A. Clemente**   mclemente@sidley.com, matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwomey@sidley.com
- **Megan F. Clontz**   mclontz@spencerfane.com, lvargas@spencerfane.com
- **Andrew Clubok**   andrew.clubok@lw.com, andrew-clubok-9012@ecf.pacerpro.com,ny-courtmail@lw.com,dclitserv@lw.com
- **Leslie A. Collins**   lcollins@hellerdraper.com
- **John T. Cox**   tcox@gibsondunn.com, WCassidy@gibsondunn.com;twesley@gibsondunn.com
- **David Grant Crooks**   dcrooks@foxrothschild.com, etaylor@foxrothschild.com,rdietz@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com
- **Debra A Dandeneau**   debra.dandeneau@bakermckenzie.com, blaire.cahn@bakermckenzie.com
- **Deborah Rose Deitsch-Perez**   deborah.deitschperez@stinson.com, patricia.tomasky@stinson.com;kinga.mccoy@stinson.com
- **Gregory V. Demo**   gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjla

{00378895-4}

3

w.com;lsc@pszjlaw.com
- **Douglas S. Draper**   ddraper@hellerdraper.com, dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com
- **Lauren Kessler Drawhorn**   lkdrawhorn@gmail.com
- **Vickie L. Driver**   Vickie.Driver@crowedunlevy.com, crissie.stephenson@crowedunlevy.com;elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com
- **Jason Alexander Enright**   jenright@winstead.com
- **Robert Joel Feinstein**   rfeinstein@pszjlaw.com
- **Charles W. Gameros**   bgameros@legaltexas.com, lmilam@legaltexas.com;jrauch@legaltexas.com;wcarvell@legaltexas.com
- **Brian D. Glueckstein**   gluecksteinb@sullcrom.com
- **Matthew Gold**   courts@argopartners.net
- **Bojan Guzina**   bguzina@sidley.com
- **Eric Thomas Haitz**   ehaitz@gibsondunn.com, skoller@gibsondunn.com
- **Margaret Michelle Hartmann**   michelle.hartmann@bakermckenzie.com
- **Thomas G. Haskins**   thaskins@btlaw.com
- **Melissa S. Hayward**   MHayward@HaywardFirm.com, mholmes@HaywardFirm.com
- **Michael Scott Held**   mheld@jw.com, lcrumble@jw.com;kgradney@jw.com
- **Gregory Getty Hesse**   ghesse@huntonak.com, kkirk@huntonak.com;tcanada@HuntonAK.com;creeves@HuntonAK.com
- **Juliana Hoffman**   jhoffman@sidley.com, txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com
- **A. Lee Hogewood**   lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com
- **Jason Michael Hopkins**   jason.hopkins@dlapiper.com, jen.westin@dlapiper.com;jason-hopkins-2248@ecf.pacerpro.com
- **Warren Horn**   whorn@hellerdraper.com, dhepting@hellerdraper.com;vgamble@hellerdraper.com
- **William R. Howell**   william.howell@bondsellis.com, williamhowell@utexas.edu
- **Kristin H. Jain**   KHJain@JainLaw.com, dskierski@skijain.com
- **John J. Kane**   jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com
- **Jason Patrick Kathman**   jkathman@spencerfane.com, gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com
- **Edwin Paul Keiffer**   pkeiffer@romclaw.com, bwallace@romclaw.com
- **Susheel Kirpalani**   susheelkirpalani@quinnemanuel.com, dian.gwinnup@haynesboone.com
- **Jordan A. Kroop**   jkroop@pszjlaw.com, tcorrea@pszjlaw.com
- **Jeffrey Kurtzman**   kurtzman@kurtzmansteady.com
- **Phillip L. Lamberson**   plamberson@winstead.com
- **Lisa L. Lambert**   lisa.l.lambert@usdoj.gov
- **Michael Justin Lang**   mlang@cwl.law, nvazquez@cwl.law;aohlinger@cwl.law;jgonzales@cwl.law;vpatterson@cwl.law

{00378895-4}

- **Edward J. Leen**    eleen@mkbllp.com
- **Paul M. Lopez**    bankruptcy@abernathy-law.com
- **Faheem A. Mahmooth**    mahmooth.faheem@pbgc.gov, efile@pbgc.gov
- **Ryan E. Manns**    ryan.manns@nortonrosefulbright.com
- **Brant C. Martin**    brant.martin@wickphillips.com, samantha.tandy@wickphillips.com
- **Brent Ryan McIlwain**    brent.mcilwain@hklaw.com, robert.jones@hklaw.com;brian.smith@hklaw.com
- **Thomas M. Melsheimer**    tmelsheimer@winston.com, tom-melsheimer-7823@ecf.pacerpro.com
- **Paige Holden Montgomery**    pmontgomery@sidley.com, txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com
- **J. Seth Moore**    smoore@ctstlaw.com, jsteele@ctstlaw.com
- **John A. Morris**    jmorris@pszjlaw.com
- **Edmon L. Morton**    emorton@ycst.com
- **Holland N. O'Neil**    honeil@foley.com, jcharrison@foley.com;acordero@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com
- **Rakhee V. Patel**    rpatel@winstead.com, dgalindo@winstead.com;achiarello@winstead.com
- **Charles Martin Persons**    cpersons@sidley.com, txefilingnotice@sidley.com;charles-persons-5722@ecf.pacerpro.com
- **Louis M. Phillips**    louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com
- **Mark A. Platt**    mplatt@fbtlaw.com, dwilliams@fbtlaw.com,mluna@fbtlaw.com
- **Jeffrey Nathan Pomerantz**    jpomerantz@pszjlaw.com
- **Kimberly A. Posin**    kim.posin@lw.com, colleen.rico@lw.com
- **Jeff P. Prostok**    jprostok@forsheyprostok.com, tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com
- **Bennett Rawicki**    brawicki@gibsondunn.com
- **Linda D. Reece**    lreece@pbfcm.com, lreece@ecf.courtdrive.com
- **Penny Packard Reid**    preid@sidley.com, txefilingnotice@sidley.com;penny-reid-4098@ecf.pacerpro.com;ncade@sidley.com
- **Suzanne K. Rosen**    srosen@forsheyprostok.com, tlevario@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com
- **Michael A. Rosenthal**    mrosenthal@gibsondunn.com
- **Davor Rukavina**    drukavina@munsch.com
- **Amanda Rush**    asrush@jonesday.com
- **Alyssa Russell**    alyssa.russell@sidley.com, efilingnotice@sidley.com;alyssa-russell-3063@ecf.pacerpro.com
- **Mazin Ahmad Sbaiti**    mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com
- **Thomas C. Scannell**    tscannell@foley.com, acordero@foley.com;thomas-scannell-3441@ecf.pacerpro.com

{00378895-4}

- **Douglas J. Schneller**   douglas.schneller@rimonlaw.com
- **Sarah A. Schultz**   sschultz@akingump.com, mstamer@akingump.com;afreeman@akingump.com;dkazlow@akingump.com;aqureshi@akingump.com;dkrasa-berstell@akingump.com;bkemp@akingump.com;brenda-kemp-7410@ecf.pacerpro.com
- **Michelle E. Shriro**   mshriro@singerlevick.com, scotton@singerlevick.com;tguillory@singerlevick.com
- **Nicole Skolnekovich**   nskolnekovich@hunton.com, astowe@huntonak.com;creeves@huntonak.com
- **Brian J. Smith**   brian.smith@hklaw.com, robert.jones@hklaw.com;brent.mcilwain@hklaw.com
- **Frances Anne Smith**   frances.smith@judithwross.com, michael.coulombe@judithwross.com
- **Eric A. Soderlund**   eric.soderlund@judithwross.com
- **Martin A. Sosland**   martin.sosland@butlersnow.com, ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com
- **Laurie A. Spindler**   Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com
- **Jonathan D. Sundheimer**   jsundhimer@btlaw.com
- **Kesha Tanabe**   kesha@tanabelaw.com
- **Clay M. Taylor**   clay.taylor@bondsellis.com, krista.hillman@bondsellis.com
- **Cortney C. Thomas**   cort@brownfoxlaw.com, korourke@brownfoxlaw.com
- **Chad D. Timmons**   bankruptcy@abernathy-law.com
- **Alexandre J. Tschumi**   alexandretschumi@quinnemanuel.com
- **Dennis M. Twomey**   dtwomey@sidley.com
- **Basil A. Umari**   BUmari@dykema.com, pelliott@dykema.com
- **United States Trustee**   ustpregion06.da.ecf@usdoj.gov
- **Artoush Varshosaz**   artoush.varshosaz@klgates.com, Julie.garrett@klgates.com
- **Julian Preston Vasek**   jvasek@munsch.com
- **Donna K. Webb**   donna.webb@usdoj.gov, brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov
- **Jaclyn C. Weissgerber**   bankfilings@ycst.com, jweissgerber@ycst.com
- **Elizabeth Weller**   Dora.Casiano-Perez@lgbs.com, dallas.bankruptcy@lgbs.com
- **Daniel P. Winikka**   danw@ldsrlaw.com, craigs@ldsrlaw.com,dawnw@ldsrlaw.com,lindat@ldsrlaw.com
- **Hayley R. Winograd**   hwinograd@pszjlaw.com
- **Megan Young-John**   myoung-john@porterhedges.com

/s/ *Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073

{00378895-4}