PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

HELLER, DRAPER & HORN, LLC
Douglas S. Draper
Admitted Pro Hac Vice
650 Poydras Street, Suite 2500
New Orleans, Louisiana  70130
Telephone: (504) 299-3300
Email: ddraper@hellerdraper.com

*Counsel for the Dugaboy Investment Trust*

KELLY HART PITRE
Louis M. Phillips (#10505)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com
Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

KELLY HART & HALLMAN
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Telecopier: (817) 878-9280

*Counsel for Hunter Mountain Investment Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § § | |

## NOTICE OF STATUS CONFERENCE AND BRIEFING SCHEDULE

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

DOCS_NY:46509.4 36027/003

**PLEASE TAKE NOTICE** that, on June 30, 2022, The Dugaboy Investment Trust ("Dugaboy") filed the *Motion for Determination of the Value of the Estate and Assets Held by the Claimant Trust* [Docket No. 3382] (the "Initial Valuation Motion");

**PLEASE TAKE FURTHER NOTICE** that, on August 24, 2022, Hunter Mountain Investment Trust ("HMIT") filed the *Limited Response in Support of Certain Requested Relief* [Docket No. 3467] in support of the Initial Valuation Motion (the "HMIT Response");

**PLEASE TAKE FURTHER NOTICE** that, on August 24, 2022, Highland Capital Management, L.P. ("HCMLP") filed *Reorganized Debtor's Objection to Motion for Determination of the Value* [Docket No. 3465] (the "HCMLP Objection");

**PLEASE TAKE FURTHER NOTICE** that, on September 14, 2022, HCMLP, HCMLP GP LLC, the Highland Claimant Trust, and Development Specialists, Inc., filed *The Highland Parties' Motion to Quash Subpoenas Served by The Dugaboy Investment Trust or for a Protective Order* [Docket No. 3520] (the "Motion to Quash");

**PLEASE TAKE FURTHER NOTICE** that, on September 21, 2022, Dugaboy filed the *Supplemental and Amended Motion for Determination of the Value of the Estate and Assets Held by the Claimant Trust* [Docket No. 3533] (the "Supplement," and together with the Initial Valuation Motion, the "Valuation Motion");

**PLEASE TAKE FURTHER NOTICE** that Dugaboy holds Class 11 Interests and HMIT holds Class 10 Interests which will vest and become Claimant Trust Interests upon the payment of the Allowed Class 8 Claims in full with interest and the payment of the Allowed Class 9 Claims in full without interest and that Dugaboy and HMIT allege that such claims might be "in the money" depending on the value of the estate's assets;[2]

---

[2] All capitalized terms used but not defined in this paragraph have the meaning given to them in the *Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified)* [Docket No. 1808].

**PLEASE TAKE FURTHER NOTICE** that the Valuation Motion and Motion to Quash have been scheduled for a status conference on **Tuesday, November 15, 2022 at 9:30 a.m. (Central Time)** (the "Hearing");

**PLEASE TAKE FURTHER NOTICE** that (a) any objection to the Motion to Quash shall be served and filed on or before 5:00 p.m. Central Time on November 1, 2022 and (b) any reply to any objection to the Motion to Quash shall be served and filed on or before 5:00 p.m. Central Time on November 8, 2022;

**PLEASE TAKE FURTHER NOTICE** that (a) any reply to the HCMLP Objection shall be served and filed on or before 5:00 p.m. Central Time on November 1, 2022, and (b) any further reply to the Supplement and any such other response shall be served and filed by HCMLP on or before 5:00 p.m. Central Time on November 8, 2022;

The Status Conference will be held via WebEx videoconference before The Honorable Stacey G. C. Jernigan, United States Bankruptcy Judge.  The WebEx video participation/attendance link for the Status Conference is:  https://us-courts.webex.com/meet/jerniga.  A copy of the WebEx Hearing Instructions for the Status Conference is attached hereto as **Exhibit A**; alternatively, the WebEx Hearing Instructions for the Status Conference may be obtained from Judge Jernigan's hearing/calendar site at: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-jernigans-hearing-dates.

[*Remainder of Page Intentionally Left Blank*]

DOCS_NY:46509.4 36027/003

Dated: September 28, 2022.

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** <br> Jeffrey N. Pomerantz (CA Bar No. 143717) <br> John A. Morris (NY Bar No. 2405397) <br> Gregory V. Demo (NY Bar No. 5371992) <br> 10100 Santa Monica Blvd., 13th Floor <br> Los Angeles, CA 90067 <br> Telephone: (310) 277-6910 <br> Facsimile: (310) 201-0760 <br> Email:   jpomerantz@pszjlaw.com <br>             jmorris@pszjlaw.com <br>             gdemo@pszjlaw.com <br> <br> -and- <br> <br> **HAYWARD PLLC** <br> */s/ Zachery Z. Annable* <br> Melissa S. Hayward <br> Texas Bar No. 24044908 <br> MHayward@HaywardFirm.com <br> Zachery Z. Annable <br> Texas Bar No. 24053075 <br> ZAnnable@HaywardFirm.com <br> 10501 N. Central Expy, Ste. 106 <br> Dallas, Texas 75231 <br> Tel: (972) 755-7100 <br> Fax: (972) 755-7110 <br> *Counsel for Highland Capital Management, L.P.* | **KELLY HART PITRE** <br> */s/ Louis M. Phillips* <br> Louis M. Phillips (#10505) <br> One American Place <br> 301 Main Street, Suite 1600 <br> Baton Rouge, LA 70801-1916 <br> Telephone: (225) 381-9643 <br> Facsimile: (225) 336-9763 <br> Email: louis.phillips@kellyhart.com <br> Amelia L. Hurt (LA #36817, TX #24092553) <br> 400 Poydras Street, Suite 1812 <br> New Orleans, LA 70130 <br> Telephone: (504) 522-1812 <br> Facsimile: (504) 522-1813 <br> Email: amelia.hurt@kellyhart.com <br> <br> **KELLY HART & HALLMAN** <br> Hugh G. Connor II <br> State Bar No. 00787272 <br> hugh.connor@kellyhart.com <br> Michael D. Anderson <br> State Bar No. 24031699 michael.anderson@kellyhart.com <br> Katherine T. Hopkins <br> Texas Bar No. 24070737 katherine.hopkins@kellyhart.com <br> 201 Main Street, Suite 2500 <br> Fort Worth, Texas 76102 <br> Telephone: (817) 332-2500 <br> Telecopier: (817) 878-9280 <br> <br> *Counsel for Hunter Mountain Investment Trust* |

**HELLER, DRAPER & HORN, LLC**
*/s/ Douglas Draper*
Douglas S. Draper
Admitted Pro Hac Vice
650 Poydras Street, Suite 2500
New Orleans, Louisiana   70130
Telephone: (504) 299-3300
Email: ddraper@hellerdraper.com

*Counsel for The Dugaboy Investment Trust*

4

# **EXHIBIT A**

# WebEx Hearing Instructions
## Judge Stacey G. Jernigan

Pursuant to General Order 2020-14 issued by the Court on May 20, 2020, all hearings before Judge Stacey G. Jernigan are currently being conducted by WebEx videoconference unless ordered otherwise.

**For WebEx Video Participation/Attendance**:

Link:    https://us-courts.webex.com/meet/jerniga

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207
Meeting ID: 479 393 582

**Participation/Attendance Requirements:**

- Counsel and other parties in interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**. For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated**. Telephonic testimony without accompanying video will not be accepted by the Court.

- All WebEx hearing attendees are required to comply with Judge Jernigan's Telephonic and Videoconference Hearing Policy (included within Judge Jernigan's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/content/judge-stacey-g-c-jernigan

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.

- If the number of pages of such exhibits exceeds 100, then such party must also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Jernigan's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-jernigans-hearing-dates.

- When electronically filing the Notice of Hearing via CM/ECF select "at https://us-courts.webex.com/meet/jerniga" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do not select Judge Jernigan's Dallas courtroom as the location for the hearing.