Michael I. Baird, Attorney
Pension Benefit Guaranty Corporation
Office of the General Counsel
445 12th Street, S.W.
Washington, D.C. 20024
Telephone: (202) 229 - 6222
Emails:  Baird.Michael@pbgc.gov &
         efile@pbgc.gov

Attorney for Pension Benefit Guaranty Corporation

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In re: | ) Case No.: 19-34054-SGJ |
| | ) |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) Chapter 11 |
| | ) |
| | ) |
| Reorganized Debtor. | ) Honorable Stacey G. Jernigan |
| | ) |
| | ) |

**NOTICE OF WITHDRAWAL FOR
<u>UNITED STATES GOVERNMENT ATTORNEY MICHAEL I. BAIRD</u>**

PLEASE TAKE NOTICE that I, Michael I. Baird, am an attorney of record for the Pension Benefit Guaranty Corporation ("PBGC") and I hereby withdraw my appearance as counsel for the PBGC in the above-captioned chapter 11 case. I further hereby request that I be removed from the docket and the electronic service list. My Application for Admission *Pro Hac Vice* was granted by this Court on December 12, 2019 [docket #242].

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

1

Date:  September 29, 2022                      Respectfully submitted,
     Washington, D.C.

                                        /s/ Michael I. Baird
                                        Michael I. Baird, Attorney
                                        Pension Benefit Guaranty Corporation
                                        Office of the General Counsel
                                        445 12th Street, S.W.
                                        Washington, D.C. 20024
                                        Telephone:  (202) 229 - 6222
                                        Facsimile:   (202) 326-4138
                                        Emails:  Baird.Michael@pbgc.gov &
                                                 efile@pbgc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of September, 2022, the Notice of Withdrawal for United States Government Attorney Michael I. Baird was filed electronically through the CM/ECF system, which caused all parties or counsel requesting notice to be served by electronic means on the date of filing.

/s/ Michael I. Baird
Michael I. Baird