IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **THE DUGABOY INVESTMENT TRUST** and **GET GOOD TRUST,** | § § § | |
| Appellants, | § § | |
| v. | § § | Civil Action No. **3:21-CV-261-L** |
| **HIGHLAND CAPITAL MANAGEMENT, LP,** | § § § § | |
| Appellee. | § § | |

## JUDGMENT

In accordance with the court's September 26, 2022 order, it is **ordered, adjudged, and decreed** that the bankruptcy court's order granting Debtor Highland Capital Management, LP's Motion For Entry of an Order Approving Settlement with HarbourVest (Claim Nos. 143, 147, 149, 150, 153, 154) and Authorizing Actions Consistent Therewith (Bankr. Doc. 1788) is **affirmed**; and that the appeal by Appellants The Dugaboy Investment Trust and Get Good Trust is **dismissed** by agreement as to Get Good Trust and **dismissed** for lack of bankruptcy standing as to The Dugaboy Investment Trust. Pursuant to Federal Rule of Bankruptcy 8014, all reasonable and allowable costs are to be taxed against Appellants.

**Signed** and entered this 26th day of September, 2022.

Karen Mitchell, Clerk of the Court

By s/Tannica Stewart
Tannica Stewart, Deputy Clerk