# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| THE DUGABOY INVESTMENT TRUST and GET GOOD TRUST<br>  Appellants,<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br>  Appellee | CIVIL ACTION NO. 3:21-cv-261-L |
| In re:<br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br>  Debtor | CASE NO. 19-34054-sgj11 |

COME NOW, The Dugaboy Investment Trust ("Appellant"), creditor and party in interest in the above-captioned bankruptcy case and appellant in the above-captioned bankruptcy appeal, and, pursuant to 28 U.S.C. § 158(d), hereby appeal to the United States Court of Appeals for the Fifth Circuit that certain *Order* (the "Order") entered by the District Court on September 26, 2022, at ECF Docket No. 38 affirming the bankruptcy court's order.

The names of the parties to the Order and the contact information for their attorneys are as follows:

{00378918-1}

1. Appellant:

   The Dugaboy Investment Trust

   Attorneys:

   Douglas S. Draper
   ddraper@hellerdraper.com
   Leslie A. Collins
   lcollins@hellerdraper.com
   Greta M. Brouphy
   gbrouphy@hellerdraper.com
   Michael E. Landis
   mlandis@hellerdraper.com
   Heller, Draper & Horn, L.L.C.
   650 Poydras Street, Suite 2500
   New Orleans, Louisiana 70130
   Telephone: (504) 299-3300
   Fax: (504) 299-3399

2. Debtor:

   Highland Capital Management, L.P.

   Attorneys:

   Gregory V. Demo
   John A. Morris
   Jordan A. Kroop
   Robert J. Feinstein
   Pachulski Stang Ziehl & Jones LLP
   780 Third Ave.
   34th Floor
   New York, NY 10017
   212-561-7700
   Fax: 212-561-7777
   Email:    gdemo@pszjlaw.com
             jmorris@pszjlaw.com

{00378918-1}

jkroop@pszjlaw.com
rfeinstein@pszjlaw.com

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Sanat Monica Blvd.
13th Floor
Los Angeles, CA 90067
310-227-6910
Fax: 310-201-0760
Email: jpomerantz@pszjlaw.com

Melissa S. Hayward
Hayward PLLC
10501 N Central Expwy
Suite 106
Dallas, TX 75231
972-755-7104
Email: mhayward@haywardfirm.com

3. Appellee:

Highland Capital Management, L.P.

Attorneys:

Gregory V. Demo
John A. Morris
Pachulski Stang Ziehl & Jones LLP
780 Third Ave.
34th Floor
New York, NY 10017
212-561-7700
Fax: 212-561-7777
Email: gdemo@pszjlaw.com
jmorris@pszjlaw.com
jkroop@pszjlaw.com

{00378918-1}

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Sanat Monica Blvd.
13th Floor
Los Angeles, CA 90067
310-227-6910
Fax: 310-201-0760
Email: jpomerantz@pszjlaw.com

Melissa S. Hayward
Zachery Z. Annable
Hayward PLLC
10501 N Central Expwy
Suite 106
Dallas, TX 75231
972-755-7104
Email: mhayward@haywardfirm.com
zannable@haywardfirm.com

4. <u>Party-In-Interest:</u>

HarbourVest 2017 Global Fund L.P., HarbourVest 2017 Global AIF L.P., HarbourVest Dover Street IX Investment L.P., HV International VIII Secondary L.P., HarbourVest Skew Base AIF L.P., and HarbourVest Partners L.P.:

Vickie L. Driver
Crowe & Dunlevy, PC
2525 McKinnon Street, Suite 425
Dallas, TX 75201
214-420-2142
Email: Vickie.driver@crowedunlevy.com

{00378918-1}

M. Natasha Labovitz
Erica S. Weisgerber
Daniel E. Stroik
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
212-909-6000
Email:    nlabovitz@debevoise.com
         eweisgerber@debevoise.com
         destroik@debevoise.com

Respectfully Submitted this 4th day of October 2022.

**HELLER, DRAPER & HORN, L.L.C.**

By: */s/ Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, La. Bar No. 14891
lcollins@hellerdraper.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@hellerdraper.com
Michael E. Landis, La. Bar No. 36542
mlandis@hellerdraper.com
650 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3300
Fax: (504) 299-3399

ATTORNEYS FOR THE DUGABOY
INVESTMENT TRUST

{00378918-1}

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 4th day of October 2022, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof, including on counsel for the Appellee.

The undersigned hereby certifies that, on this the 4th day of October 2022, true and correct copies of this document were served via U.S. Mail, First Class, properly addressed with pre-paid postage to the counsel for the Party-in-Interest and counsel for the Debtor.

/s/ Douglas S. Draper
Douglas S. Draper

{00378918-1}