# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| THE DUGABOY INVESTMENT TRUST and GET GOOD TRUST<br>   Appellants,<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br>   Appellee | CIVIL ACTION NO. 3:21-cv-01295-X |
| In re:<br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br>   Debtor | CASE NO. 19-34054-sgj11 |

COME NOW, the Dugaboy Investment Trust ("<u>Appellant</u>"), creditor and party in interest in the above-captioned bankruptcy case and appellant in the above-captioned bankruptcy appeal, and, pursuant to 28 U.S.C. § 158(d), hereby appeal to the United States Court of Appeals for the Fifth Circuit that certain *Memorandum Opinion and Order* (the "<u>Order</u>") entered by the District Court on September 22, 2022, at ECF Docket No. 34 affirming the bankruptcy court's order.

The names of the parties to the Order and the contact information for their attorneys are as follows:

{00378906-1}

1. <u>Appellant</u>:

    The Dugaboy Investment Trust and Get Good Trust

    <u>Attorneys</u>:

    Douglas S. Draper
    ddraper@hellerdraper.com
    Leslie A. Collins
    lcollins@hellerdraper.com
    Greta M. Brouphy
    gbrouphy@hellerdraper.com
    Michael E. Landis
    mlandis@hellerdraper.com
    Heller, Draper & Horn, L.L.C.
    650 Poydras Street, Suite 2500
    New Orleans, Louisiana 70130
    Telephone: (504) 299-3300
    Fax: (504) 299-3399

    Michael J. Lang
    Crawford Wishnew & Lang
    1700 Pacific Avenue
    Suite 2390
    Dallas, TX 75201
    214-817-4509
    Email: mlang@cwl.law

2. <u>Debtor</u>:

    Highland Capital Management, L.P.

    <u>Attorneys</u>:

    Gregory V. Demo
    John A. Morris
    Jordan A. Kroop
    Robert J. Feinstein

{00378906-1}

    Pachulski Stang Ziehl & Jones LLP
    780 Third Ave.
    34th Floor
    New York, NY 10017
    212-561-7700
    Fax: 212-561-7777
    Email:    gdemo@pszjlaw.com
                  jmorris@pszjlaw.com
                  jkroop@pszjlaw.com
                  rfeinstein@pszjlaw.com


    Jeffrey N. Pomerantz
    Pachulski Stang Ziehl & Jones LLP
    10100 Sanat Monica Blvd.
    13th Floor
    Los Angeles, CA 90067
    310-227-6910
    Fax: 310-201-0760
    Email:    jpomerantz@pszjlaw.com

    Melissa S. Hayward
    Hayward PLLC
    10501 N Central Expwy
    Suite 106
    Dallas, TX 75231
    972-755-7104
    Email:    mhayward@haywardfirm.com


3.    <u>Appellee</u>:

    Highland Capital Management, L.P.

    <u>Attorneys</u>:

    Gregory V. Demo
    John A. Morris
    Jordan A. Kroop
    Pachulski Stang Ziehl & Jones LLP

    {00378906-1}

780 Third Ave.
34th Floor
New York, NY 10017
212-561-7700
Fax: 212-561-7777
Email:    gdemo@pszjlaw.com
            jmorris@pszjlaw.com
            jkroop@pszjlaw.com


Ira D. Kharasch
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Sanat Monica Blvd.
13th Floor
Los Angeles, CA 90067
310-227-6910
Fax:  310-201-0760
Email:    jpomerantz@pszjlaw.com

Melissa S. Hayward
Zachery Z. Annable
Hayward PLLC
10501 N Central Expwy
Suite 106
Dallas, TX 75231
972-755-7104
Email:    mhayward@haywardfirm.com
            zannable@haywardfirm.com

{00378906-1}

4. <u>Party-In-Interest:</u>

UBS Securities LLC and UBS AG London Branch

<u>Attorneys:</u>

Jeffrey E. Bjork
Latham & Watkins LLP
355 South Grand Avenue, Ste. 100
Los Angeles, CA 90071
213-485-1234
Fax: 213-891-8763
Email: jeff.bjork@lw.com

Michael J. Merchant
Sarah E. Silveira
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Fax: 302-651-7701
Email: merchant@rlf.com
silveira@rlf.com

Asif Attarwala
Latham & Watkins LLP
330 N. Wabash Avenue, Ste. 2800
Chicago, IL 60611
312-876-7700
Fax: 312-993-9767
Email: asif.attarwala@lw.com

{00378906-1}

Respectfully Submitted this 3rd day of October 2022.

**HELLER, DRAPER & HORN, L.L.C.**

By: */s/ Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, La. Bar No. 14891
lcollins@hellerdraper.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@hellerdraper.com
Michael E. Landis, La. Bar No. 36542
mlandis@hellerdraper.com
650 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3300
Fax: (504) 299-3399

ATTORNEYS FOR THE DUGABOY
INVESTMENT TRUST AND
GET GOOD TRUST

{00378906-1}

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 3rd day of October 2022, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof, including on counsel for the Appellee.

The undersigned hereby certifies that, on this the 3rd day of October 2022, true and correct copies of this document were served via U.S. Mail, First Class, properly addressed with pre-paid postage to the counsel for the Party-in-Interest and counsel for the Debtor.

/s/ Douglas S. Draper
Douglas S. Draper

{00378906-1}