

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed October 14, 2022

_____
United States Bankruptcy Judge
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § § § | |

### AGREED SCHEDULING ORDER
### ON RENEWED MOTION TO RECUSE PURSUANT TO 28 U.S.C. § 455

The Court, having considered the joint request of Highland Capital Management, L.P. ("Highland" or the "Reorganized Debtor"), on the one hand, and James Dondero, Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., The Dugaboy Investment Trust, The Get Good Trust, and NexPoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC (collectively, the "Dondero Parties" and together with Highland, the "Parties"), on the other hand, to enter the scheduling order reflected herein with respect to the Dondero Parties' *Renewed Motion to Recuse Pursuant to 28 U.S.C. § 455* [Docket No. 3541] (the "Motion to Recuse"), and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that the Court can hear and determine this matter pursuant to 28 U.S.C. § 157 and the standing order of reference in this District; and it appearing that this is a core proceeding under

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this matter is properly in this District under 28 U.S.C. §§ 1408 and 1409; and after considering the agreement of the Parties to the terms of this Scheduling Order, the Court finds that good and sufficient cause exists to enter this Scheduling Order; accordingly it is hereby **ORDERED THAT**:

1. Highland's response (the "Response") to the Motion to Recuse must be filed with the Court on or before **Monday, October 31, 2022, at 5:00 p.m. (Central Time)**, unless otherwise extended in writing by agreement of the Parties.

2. The Dondero Parties' reply (the "Reply", and together with the Response, the "Pleadings"), if any, in support of the Motion to Recuse must be filed with the Court on or before **Monday, November 14, 2022, at 5:00 p.m. (Central Time)**, unless otherwise extended in writing by agreement of the Parties.

3. After the expiration of the above-referenced deadlines for the filing of the Pleadings, the Court will set the Motion to Recuse for oral argument if either (i) the Court determines, in its sole discretion, that oral argument will be beneficial in deciding the Motion to Recuse, or (ii) any party timely requests a hearing on the Motion to Recuse.

4. The deadlines set forth in this Order shall only be modified in a writing signed by the Parties or upon the entry of an order of the Court entered upon notice to the Parties.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Scheduling Order.

### ### END OF ORDER ###

**Agreed as to form and substance:**

**CRAWFORD, WISHNEW & LANG PLLC**

*/s/ Michael J. Lang*
Michael J. Lang
Texas State Bar No. 24036944
mlang@cwl.law
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500

*Counsel for James Dondero, Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., The Dugaboy Investment Trust, The Get Good Trust, and NexPoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC*

**- and -**

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
E-mail: jpomerantz@pszjlaw.com
          jmorris@pszjlaw.com
          gdemo@pszjlaw.com
          hwinograd@pszjlaw.com

**- and -**

Case 19-34054-sgj11    Doc 3567    Filed 10/14/22    Entered 10/14/22 16:59:11    Desc
Main Document    Page 4 of 4

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile:  (972) 755-7110

*Counsel for Highland Capital Management, L.P.*