# Exhibit 2

PACERPRO®

# UBS Securities LLC et al v. Highland Capital Management LP (closed 06/14/2021)

**Texas Northern District Court**

Case no. 3:20-cv-03408-G (N.D. Tex.)
Filed date: June 14, 2021
Docket entry no.: 40

Docket text:

> ELECTRONIC ORDER: Upon consideration of the parties' stipulation of voluntary dismissal (docket entry 39), it is ORDERED that this case is DISMISSED WITH PREJUDICE. Each party shall bear its own costs and fees in connection with this case. SO ORDERED. (Ordered by Senior Judge A. Joe Fish on 6/14/2021) (chmb) (Entered: 06/14/2021)

This PDF was generated on January 31, 2022 by PacerPro for a text-only docket entry synced on October 20, 2021.

https://app.pacerpro.com/cases/14285674