# Exhibit 3

# Caitlin Garvey

| | |
|---|---|
| **From:** | TXNB SGJ _Settings <sgj_settings@txnb.uscourts.gov> |
| **Sent:** | Tuesday, August 2, 2022 10:37 AM |
| **To:** | Robert Loigman; Louis M. Phillips |
| **Cc:** | Deborah Newman; Aaron Lawrence; Montgomery, Paige; Rognes, Chandler; Gregory V. Demo |
| **Subject:** | Re: In re Highland Capital Management, L.P., No. 19-34054-sgj11 |
| **Importance:** | High |

[EXTERNAL EMAIL from sgj_settings@txnb.uscourts.gov]

Thank you for clarifying, Mr. Loigman. I will share this information with Judge Jernigan and reduce the time estimate to one hour.

Traci



Traci A. Ellison, Courtroom Deputy
to the Honorable Stacey G. C. Jernigan
U.S. Bankruptcy Court
Northern District of Texas
(214)753-2046
sgj_settings@txnb.uscourts.gov

**From:** Robert Loigman <robertloigman@quinnemanuel.com>
**Sent:** Tuesday, August 2, 2022 9:20 AM
**To:** TXNB SGJ _Settings <sgj_settings@txnb.uscourts.gov>; Louis M. Phillips <Louis.Phillips@kellyhart.com>
**Cc:** Deborah Newman <deborahnewman@quinnemanuel.com>; Aaron Lawrence <aaronlawrence@quinnemanuel.com>; Montgomery, Paige <pmontgomery@sidley.com>; Rognes, Chandler <crognes@sidley.com>; Gregory V. Demo <GDemo@pszjlaw.com>
**Subject:** In re Highland Capital Management, L.P., No. 19-34054-sgj11

**CAUTION - EXTERNAL:**

Dear Ms. Ellison:

We represent the Litigation Trustee in the Highland matter. We write with the consent of counsel to CLO Holdco, Ltd. On Thursday, August 4, at 2:30 p.m. CT, the parties will be appearing before the Court (via Webex) to address CLO Holdco's motion with respect to its Second Amendment to Proof of Claim.

We have noted that the Court's schedule for August 4 provides one hour for argument on the CLO Holdco motion [Docket No. 3178] and two hours to address the Litigation Trustee's Omnibus Objection to Certain Amended and Superseded Claims and Zero Dollar Claims [Docket No. 3001]. Please be advised that, with the exception of CLO Holdco's claim, all of the claims addressed by the Omnibus Objection have been withdrawn or otherwise resolved. As a result, argument on CLO Holdco's motion will address the only remaining claim raised in the Omnibus Objection, and the additional time allocated to address the Omnibus Objection will not be required by the parties.

Please let us know if you have any questions.

1

Sincerely,
Bob Loigman

**Robert S. Loigman** ▫ **Partner**
**Quinn Emanuel Urquhart & Sullivan, LLP**
**51 Madison Avenue, 22nd Floor**
**New York, NY 10010**
**Direct: (212) 849-7444**
**Main Phone: (212) 849-7000**
**Main Fax:  (212) 849-7100**
E-mail:  robertloigman@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.