

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 25, 2022**

_____
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 19-34054-sgj11 |
| | § | |
| **HIGHLAND CAPITAL** | § | Chapter 11 |
| **MANAGEMENT, L.P.,** | § | |
| | § | |
| | § | |
| **Reorganized Debtor.** | § | |

## AGREED ORDER

This matter having come before the Court on the *Motion for Leave to File Proceeding* [**Dkt. No. 3507**] (the "Motion")[1] filed by CLO HoldCo, Ltd. ("CLO HoldCo") in the above-captioned chapter 11 case; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having considered the Motion, the material submitted in support of the Motion, and responses to the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish sufficient cause for the relief granted herein; and adequate notice of the Motion having been given; it is hereby **ORDERED** that:

_____

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to such terms in the Motion.

1. HCLOF is not a "Protected Party," and Article IX.F of the Plan[2] (the "Gatekeeper") therefore does not prohibit or prevent CLO HoldCo from pursuing the Unfair Prejudice Action against HCLOF.

2. This Court makes no findings or determinations regarding whether the Unfair Prejudice Action is colorable for purposes of the Gatekeeper.

3. Under applicable Guernsey law, there is no formal requirement that CLO HoldCo deliver notice of the Unfair Prejudice Action to the HCM Shareholders. This Court makes no finding on this Motion as to whether delivery of notice of the Unfair Prejudice Action to the HCM Shareholders would violate the Gatekeeper.

4. CLO HoldCo shall make changes to the Application and Affidavit as previously filed as exhibits to the Motion prior to their filing in the Guernsey Royal Court, as reflected in the attached redline versions of the Application and the Affidavit (without exhibits).

5. CLO HoldCo shall make no statement or representation to the Guernsey Royal Court as to whether the HCM Shareholders or Highland HCF Advisor, Ltd. ("HCFA"), are "Protected Parties" under the Gatekeeper, except as otherwise required by this Order.

6. Neither the HCM Shareholders nor HCFA can be added as defendants in any action commenced by CLO HoldCo in the Guernsey Royal Court unless and until this Court has issued an order determining that the HCM Shareholders or HCFA are not protected by the Gatekeeper or that CLO HoldCo's claim or cause of action against such party is colorable.

---

[2] "Plan" means the *Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified)* [Dkt. No. 1808], as may be amended..

7. The HCM Shareholders shall not cause themselves to be added as defendants in the Unfair Prejudice Proceeding unless CLO HoldCo materially alters the Application and Affidavit to pursue or seek relief against any HCM Shareholder or HCFA.

8. In its Application, CLO HoldCo will disclose and file a copy of this Order, the Plan, and the Confirmation Order[3] with the Guernsey Royal Court.

9. If (a) notwithstanding CLO HoldCo's compliance with this Order, the Guernsey Royal Court, on its own authority or at the request of any party other than the HCM Shareholders or CLO HoldCo, nevertheless names any HCM Shareholder or HCFA as a defendant (nominal or otherwise) in any action in the Guernsey Royal Court commenced by CLO HoldCo, or (b) CLO HoldCo materially alters the Application and Affidavit to pursue or seek relief of any kind against any HCM Shareholder or HCFA, then CLO HoldCo may not pursue or seek any relief against any HCM Shareholder or HCFA unless this Court has issued an order determining that any such party is not protected by the Gatekeeper or that CLO HoldCo's claim or cause of action against such party is colorable.

10. All relief requested by CLO HoldCo in the Motion is resolved by this Order, and, for the avoidance of doubt, the Court makes no other findings or determination.

11. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

---

[3] "Confirmation Order" means the *Order Confirming the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified) and (ii) Granting Related Relief* [Dkt. No. 1943], as may be amended.

**AGREED TO BY:**

        **KELLY HART PITRE**
        */s/ Louis M. Phillips*
        Louis M. Phillips (#10505)
        One American Place
        301 Main Street, Suite 1600
        Baton Rouge, LA 70801-1916
        Telephone: (225) 381-9643
        Facsimile: (225) 336-9763
        Email: louis.phillips@kellyhart.com
        Amelia L. Hurt (LA #36817, TX #24092553)
        400 Poydras Street, Suite 1812
        New Orleans, LA 70130
        Telephone: (504) 522-1812
        Facsimile: (504) 522-1813
        Email: amelia.hurt@kellyhart.com

        **KELLY HART & HALLMAN**
        Hugh G. Connor II
        State Bar No. 00787272
        hugh.connor@kellyhart.com
        Michael D. Anderson
        State Bar No. 24031699
        michael.anderson@kellyhart.com
        Katherine T. Hopkins
        Texas Bar No. 24070737
        katherine.hopkins@kellyhart.com
        201 Main Street, Suite 2500
        Fort Worth, Texas 76102
        Telephone: (817) 332-2500
        Telecopier: (817) 878-9280

        COUNSEL FOR CLO HOLDCO, LTD.

        **PACHULSKI STANG ZIEHL & JONES LLP**
        */s/ Gregory Demo (by agreement)*
        Jeffrey N. Pomerantz (CA Bar No. 143717)
        (*pro hac vice*)
        Ira D. Kharasch (CA Bar No. 266326)
        (*pro hac vice*)
        Gregory V. Demo (NY Bar No. 5371992)
        (*pro hac vice*)
        10100 Santa Monica Blvd., 13th Floor
        Los Angeles, CA 90067

4

Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
ikharasch@pszjlaw.com
gdemo@pszjlaw.com

-and-

**HAYWARD PLLC**

Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

**Counsel for Highland Capital Management, L.P.**

**### END OF ORDER ###**