# EXHIBIT 9

**From:** Mark Patrick <MPatrick@HighlandCapital.com>
**To:** "McGeoch, Alex" <amcgeoch@hunton.com>, Mark Patrick <MPatrick@HighlandCapital.com>
**Subject:** Re: Available LLC Names
**Date:** Sat, 28 Jul 2018 16:07:20 -0500
**Importance:** Normal
**Inline-Images:** image001.png

---

Highland Capital Real Estate Group Holdings, LLC.

*Sent from my LG V20, an AT&T 4G LTE smartphone*

------ Original message------
**From:** McGeoch, Alex
**Date:** Fri, Jul 27, 2018 4:40 PM
**To:** Mark Patrick;
**Cc:**
**Subject:** Available LLC Names

French spellings of narwhal (Narval, LLC) and unicorn (Licorne, LLC) are available in Delaware.



**Alexander McGeoch**
Partner
amcgeoch@HuntonAK.com
p 214.979.3041
f  214.979.3938
bio | vCard

Hunton Andrews Kurth LLP
Fountain Place
1445 Ross Avenue, Suite 3700
Dallas, TX 75202

HuntonAK.com

This communication is confidential and is intended to be privileged pursuant to applicable law. If the reader of this message is not the intended recipient, please advise by return email immediately and then delete this message and all copies and backups thereof.

---

DISCLAIMER- This email is intended for the recipient(s) only and should not be copied or reproduced without explicit permission. The material provided herein is for informational purposes only and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. It may contain confidential, proprietary or legally privileged information. If you receive this message in error, please immediately delete it.