Exhibit 10 Page 1 of 1

# EXHIBIT 10

# INTENTIONALLY OMITTED