# EXHIBIT 19

**From:** Paul Broaddus <PBroaddus@HighlandCapital.com>
**To:** Mark Patrick <MPatrick@HighlandCapital.com>
**Cc:** Rick Swadley <RSwadley@HighlandCapital.com>, Shawn Raver <SRaver@HighlandCapital.com>
**Subject:** Re: Unicorn - LLC Agreement
**Date:** Fri, 8 Mar 2019 07:34:05 -0600
**Importance:** Normal

---

I will get it handled.

Sent from my iPhone

On Mar 8, 2019, at 6:50 AM, Mark Patrick <MPatrick@highlandcapital.com> wrote:

> Please have this signed while Shawn and I are out.  The contribution provision schedule should reflect the equity capital from the debt bridge.  So you will need to drop that amount into Schedule A.  The percentage interests can remain.  Please let me know if Matt has any material comments while we are out. I should be able to give you some language.  However, if we can't be reached, I'm sure internally someone can add the language or Alex as a last resort.
>
> You probably should send to BH a few days ahead of March 15th in case there are any issues/questions.

**From:** Mark Patrick
**Sent:** Thursday, March 7, 2019 8:54 AM
**To:** Matt McGraner <MMcGraner@HighlandCapital.com>
**Cc:** Freddy Chang <FChang@HighlandCapital.com>; Rick Swadley <RSwadley@HighlandCapital.com>; Paul Broaddus <PBroaddus@HighlandCapital.com>; Shawn Raver <SRaver@HighlandCapital.com>
**Subject:** Unicorn - LLC Agreement

Attached is the latest revision.  We will need this executed before March 15th for the allocations to have retroactive effect for 2018.

Mark E. Patrick
Tax Counsel
Highland Capital Management, L.P.
300 Crescent Court, Suite 700
Dallas, Texas 75201

972.419.4420  (Office)
214.908.8130  (Cell)
mpatrick@highlandcapital.com

31 CFR Part 10, section 10.35, requires me to notify you that any advice herein cannot be used for the purpose of avoiding penalties.

<First A&R LLCA of SE Multifamily Holdings LLC.docx>

CONFIDENTIAL