# EXHIBIT 29

| | |
|---|---|
| Message | |
| **From**: | Ben Roby [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5907989AD91F407F912F4A4006373063-BEN ROBY] |
| **Sent**: | 11/7/2018 4:19:46 PM |
| **To**: | 'Paul Broaddus' [PBroaddus@HighlandCapital.com] |
| **CC**: | Kim Supercynski [ksupercynski@bhmanagement.com] |
| **Subject**: | RE: SEMF LLC |
| **Attachments**: | Unicorn Combined Underwriting.msg |

Thanks Paul - attached is the email I sent to Matt – feel free to call me on my cell 515-201-3774.


Ben Roby | Acquisitions Manager

Extension: 1286
Phone: (515) 201-3774
Fax: (515) 244-2742


**From:** Paul Broaddus <PBroaddus@HighlandCapital.com>
**Sent:** Wednesday, November 7, 2018 10:09 AM
**To:** Ben Roby <broby@bhmanagement.com>
**Cc:** Kim Supercynski <KSupercynski@bhmanagement.com>
**Subject:** RE: SEMF LLC

Ben – I will try and dig it up.

It is just the original LLC agreement we had to execute as an org doc to circulate to lenders, etc. At this point it is meaningless and just needs to be amended to reflect whatever the deal terms are.

Just don't want to give you the impression that we are currently working on a different version, there is just a placeholder version that currently exists that we will need to amend.

**From:** Ben Roby <broby@bhmanagement.com>
**Sent:** Wednesday, November 7, 2018 9:56 AM
**To:** Paul Broaddus <PBroaddus@HighlandCapital.com>
**Cc:** Ksupercynski <Ksupercynski@bhmanagement.com>
**Subject:** SEMF LLC

Paul –

Do you have the SEMF LLC that you can send over to me please.

Thanks,
Ben




**Ben Roby**

Acquisitions Manager
BH Management Services, LLC
Phone: (515) 201-3774
Fax: (515) 244-2742
400 Locust St., Ste. 790 Des Moines, IA 50309
bhmanagement.com






DISCLAIMER- This email is intended for the recipient(s) only and should not be copied or reproduced without explicit permission. The material provided herein is for informational purposes only and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. It may contain confidential, proprietary or legally privileged information. If you receive this message in error, please immediately delete it.

Confidential - Subject to Protective Order                                                                                                                                           BH0000134