# EXHIBIT 30

**Message**

| | |
|---|---|
| **From**: | Paul Broaddus [PBroaddus@HighlandCapital.com] |
| **Sent**: | 3/15/2019 2:02:50 PM |
| **To**: | Paul Broaddus [PBroaddus@HighlandCapital.com]; Dusty Thomas [dthomas@bhmanagement.com]; Ben Roby [broby@bhmanagement.com] |
| **CC**: | Matt McGraner [MMcGraner@HighlandCapital.com] |
| **Subject**: | RE: First A&R LLCA of SE Multifamily Holdings LLC.docx |
| **Attachments**: | Document1.docx |

Hi Ben and Dusty -

Contribution schedule attached. Again, happy to discuss any questions live.

When do you feel you will be able to return the executed page of the LLCA?

As a reminder, we do need all signed pages today to meet the deadline for tax purposes.

Thanks guys!
Paul

-----Original Message-----
From: Paul Broaddus <PBroaddus@HighlandCapital.com>
Sent: Thursday, March 14, 2019 5:14 PM
To: DThomas@bhmanagement.com; broby@bhmanagement.com
Cc: Matt McGraner <MMcGraner@HighlandCapital.com>
Subject: First A&R LLCA of SE Multifamily Holdings LLC.docx

Dusty/Ben-

Please find the amended SE Multifamily Holdings LLC agreement.  Let me know if you want to discuss- 915-241-6809.
Otherwise, can you please execute and return the signed page to me on or before tomorrow?

The contribution schedule in the attached needs to be updated with the actual contribution numbers.  I have an updated version I can send in a separate email.

Once executed, I will circulate the fully executed copy for your records.

Thanks!
Paul

_____

DISCLAIMER- This email is intended for the recipient(s) only and should not be copied or reproduced without explicit permission. The material provided herein is for informational purposes only and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. It may contain confidential, proprietary or legally privileged information. If you receive this message in error, please immediately delete it.

## Schedule A

### Capital Contributions and Percentage Interests

| Member Name | Capital Contribution | Percentage Interest |
|---|---|---|
| HCRE Partners, LLC | $ 291,146,036 | 47.94% |
| Highland Capital Management, L.P. | $ 49,000 | 46.06% |
| BH Management | $ 21,213,721 | 6.00% |

### Class A Preferred Interests

| Member Name | Capital Contribution | Class A Preferred Percentage Interest |
|---|---|---|
| Liberty CLO HoldCo, Ltd. | $ 5,808,603 | 100% |

### Class B Preferred Interests

| Member Name | Capital Contribution | Class B Preferred Percentage Interest |
|---|---|---|
| Liberty CLO HoldCo, Ltd. | $ | 100% |

### Capital Percentage Interests in Specified Company Assets

| Member Name and Specified Company Asset | Capital Percentage Interest in Specified Company Asset |
|---|---|
|  |  |
|  |  |

Confidential - Subject to Protective Order

BH0001272

Confidential - Subject to Protective Order
BH0001273