# EXHIBIT 33

Message
---
**From**: Paul Broaddus [PBroaddus@HighlandCapital.com]
**Sent**: 3/15/2019 11:20:22 PM
**To**: Ben Roby [broby@bhmanagement.com]; Dusty Thomas [dthomas@bhmanagement.com]; Matt McGraner [MMcGraner@HighlandCapital.com]; Freddy Chang [FChang@HighlandCapital.com]
**Subject**: Agreement PDFed and ready for execution
**Attachments**: First AR LLCA of SE Multifamily Holdings LLC.pdf - Adobe Acrobat Pro.pdf

Ben/Dusty – attached is the agreement with the change Dusty and I discussed that is ready for execution.

Thank you,
Paul

---

DISCLAIMER- This email is intended for the recipient(s) only and should not be copied or reproduced without explicit permission. The material provided herein is for informational purposes only and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. It may contain confidential, proprietary or legally privileged information. If you receive this message in error, please immediately delete it.