# EXHIBIT 35

Exhibit 35    Page 2 of 2

Exhibit 10

Message

| | |
|---|---|
| **From:** | Paul Broaddus [PBroaddus@HighlandCapital.com] |
| **Sent:** | 9/10/2020 7:25:41 PM |
| **To:** | Matt Mulcahy [mmulcahy@bhmanagement.com] |
| **CC:** | Dusty Thomas [dthomas@bhmanagement.com] |
| **Subject:** | [EXTERNAL] Re: SE Multifamily Follow Up |

Thanks!

Sent from my iPhone


On Sep 10, 2020, at 2:20 PM, Matt Mulcahy <MMulcahy@bhmanagement.com> wrote:


Paul – see attached for two items: the 8/31/20 financial statement and the tranche B Principal and interest break down.

Tranche B debt – total started at $324,875,000, see cell G13 in the Tranche B detail file. It was determined that $75,404,758 of tranche B was related to the REIT properties and as such was booked as debt on the REIT properties, while the remaining $249,470,242 was considered contributed capital by HCRE. As of 8/31, the Tranche B debt has all been paid off and we show a "Return of Capital" of that $249M in cell AE203. Original capital was $288M (cell AE 195) so we are calculating the HCRE Debt Capital Funding to be $38.6M.

The Tranche B detail tab has a lot going on in it, but column F has the outstanding balance per the bank's transaction history report while the loan was outstanding. Cell H113 and below has the interest payment amounts by month and to the right of that has the interest attributable to each property. The total interest that was made on behalf of the $249M (non-REIT) equity totaled $12.8M (cell I133). You can find this number in the 8/31 financials in cell AE202 (very slight difference due to Tranche B schedule being as of 12/31/19 and we are comparing to 8/31 financials).

Hope this helps. Please take a look and let me know if it easier for us to jump on a call to discuss once you have a chance to digest.

Thanks,

*Matt Mulcahy*

BHE Controller
BH Management Services, LLC
Phone: (515) 348-6403
400 Locust St., Ste. 790, Des Moines, IA 50309
bhmanagement.com
<RSImage.png>
<HCRE Partners - Tranche A and B Loan and Interest Payments.xls>
<8.31.20 Unicorn Financials.xlsx>

<RSImage.png>

DISCLAIMER- This email is intended for the recipient(s) only and should not be copied or reproduced without explicit permission. The material provided herein is for informational purposes only and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. It may contain confidential, proprietary or legally privileged information. If you receive this message in error, please immediately delete it.

BH0000716