# EXHIBIT 36

| | |
|---|---|
| Message | |
| From: | Matt Mulcahy [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=22B146C9AE5A4F389018EF30AF7A7931-MATT MULCAH] |
| Sent: | 11/19/2020 7:55:45 PM |
| To: | Bonner McDermett [BMcDermett@nexpointadvisors.com]; Paul Broaddus [PBroaddus@HighlandCapital.com]; Matt McGraner [MMcGraner@nexpointadvisors.com]; DC Sauter [DSauter@NexPointadvisors.com] |
| CC: | Phyllis Jones [pjones@bhmanagement.com]; Dusty Thomas [dthomas@bhmanagement.com] |
| Subject: | RE: [EXTERNAL] RE: Unicorn Proposed Distribution and Detail Schedules |
| Attachments: | 10.30.2020 Unicorn Distribution Calculation.xlsx |

Thanks, Bonner. We will get funds moved per your calculation. Can you please send HCRE wire instructions?

Lastly, can we set up a meeting to discuss the timeline for the return of equity distribution? If having a larger group discussion is not necessary, would it be possible for Matt or DC to reach out to Joanna and/or Travis for an update? As we've discussed previously, this is not an ideal position for BH and we would like to get our remaining $6.2M of capital returned as soon as possible.

Thanks again,


Matt Mulcahy  | BHE Controller


BH Management Services, LLC
Extension: 1438
Phone: (515) 348-6403


From: Bonner McDermett <BMcDermett@nexpointadvisors.com>
Sent: Thursday, November 19, 2020 10:37 AM
To: Matt Mulcahy <MMulcahy@bhmanagement.com>; Paul Broaddus <PBroaddus@HighlandCapital.com>; Matt McGraner <MMcGraner@nexpointadvisors.com>; DC Sauter <DSauter@NexPointadvisors.com>
Cc: Phyllis Jones <PJones@bhmanagement.com>; Dusty Thomas <DThomas@bhmanagement.com>
Subject: RE: [EXTERNAL] RE: Unicorn Proposed Distribution and Detail Schedules

With attachment

From: Bonner McDermett
Sent: Thursday, November 19, 2020 10:37 AM
To: 'Matt Mulcahy' <MMulcahy@bhmanagement.com>; Paul Broaddus <PBroaddus@HighlandCapital.com>; Matt McGraner <MMcGraner@nexpointadvisors.com>; DC Sauter <DSauter@NexPointadvisors.com>
Cc: Phyllis Jones <PJones@bhmanagement.com>; Dusty Thomas <DThomas@bhmanagement.com>
Subject: RE: [EXTERNAL] RE: Unicorn Proposed Distribution and Detail Schedules

Matt,

We have confirmed internally that we are standing by our position that distributions may be returned to be BH and HCRE in order to extinguish their debts. But the HCMLP bankruptcy is temporarily inhibiting our ability to distribute a return of equity at this time. DC Sauter and our team are working toward a solution there and we will be back to you as soon as we have clearance to move forward with additional distributions (return of equity and profits).

Please proceed to distribute $5.387 million to BH and $14.360 million to HCRE/NexVest.

Confidential - Subject to Protective Order

BH0000192

Let us know if you have any issues with this instruction.


Thanks

**BONNER MCDERMETT**  |  DIRECTOR, REAL ESTATE

**NEXPOINT**

300 Crescent Court  |  Suite 700  |  Dallas, Texas 75201
O: 972.419.2543  |  C: 214.336.2456  |  F: 972.628.4147
bmcdermett@nexpointadvisors.com
www.nexpointgroup.com



**From:** Matt Mulcahy <MMulcahy@bhmanagement.com>
**Sent:** Thursday, November 12, 2020 4:08 PM
**To:** Bonner McDermett <BMcDermett@nexpointadvisors.com>; Paul Broaddus <PBroaddus@HighlandCapital.com>; Matt McGraner <MMcGraner@nexpointadvisors.com>; DC Sauter <DSauter@NexPointadvisors.com>
**Cc:** Phyllis Jones <PJones@bhmanagement.com>; Dusty Thomas <DThomas@bhmanagement.com>
**Subject:** RE: [EXTERNAL] RE: Unicorn Proposed Distribution and Detail Schedules

Hi Bonner and team – circling up to see what the Nexpoint team's upcoming availability is to discuss distribution feedback. If you could provide some options, we can set up a meeting and keep the distribution process moving.

Thank you,


*Matt Mulcahy*

BHE Controller
BH Management Services, LLC
Phone: (515) 348-6403
400 Locust St., Ste. 790, Des Moines, IA 50309
bhmanagement.com



   

**From:** Bonner McDermett <BMcDermett@nexpointadvisors.com>
**Sent:** Tuesday, November 10, 2020 1:13 PM
**To:** Matt Mulcahy <MMulcahy@bhmanagement.com>; Paul Broaddus <PBroaddus@HighlandCapital.com>; Matt McGraner <MMcGraner@nexpointadvisors.com>; DC Sauter <DSauter@NexPointadvisors.com>
**Cc:** Phyllis Jones <PJones@bhmanagement.com>; Dusty Thomas <DThomas@bhmanagement.com>
**Subject:** [EXTERNAL] RE: Unicorn Proposed Distribution and Detail Schedules

Adding Matt McGraner and DC Sauter to this thread. I have presented the proposed distributions and set of facts to both and we will have feedback today.

That said, Matt is booked at 2PM so we will not be able to have the call at that time.

We appreciate your patience in the interim.

Thanks

**BONNER MCDERMETT** | DIRECTOR, REAL ESTATE

**NEXPOINT**

300 Crescent Court   |   Suite 700   |   Dallas, Texas 75201
O: 972.419.2543   |   C: 214.336.2456   |   F: 972.628.4147
bmcdermett@nexpointadvisors.com
www.nexpointgroup.com


**From:** Matt Mulcahy <MMulcahy@bhmanagement.com>
**Sent:** Saturday, November 7, 2020 12:05 PM
**To:** Bonner McDermett <BMcDermett@nexpointadvisors.com>; Paul Broaddus <PBroaddus@HighlandCapital.com>
**Cc:** Phyllis Jones <PJones@bhmanagement.com>; Dusty Thomas <DThomas@bhmanagement.com>
**Subject:** Unicorn Proposed Distribution and Detail Schedules

Bonner and Paul – I've heard back from our BH team and it sounds like 1:00 to 2:30 on Tuesday, 11/10 works best for BH. Will that work for you all? Also, who from NexPoint will be joining? I can circulate a meeting invite when confirmed.

Secondly, I attached the requested detail from Fridays call , as well as, an updated distribution calculation for BH, HCRE, and HCM. The proposed distribution is highlighted in orange on the detail tab.

Please let me know if you have any questions.

Thank you,

*Matt Mulcahy*

BHE Controller
BH Management Services, LLC
Phone: (515) 348-6403
400 Locust St., Ste. 790, Des Moines, IA 50309
bhmanagement.com





DISCLAIMER- This email is intended for the recipient(s) only and should not be copied or reproduced without explicit permission. The material provided herein is for informational purposes only and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. It may contain confidential, proprietary or legally privileged information. If you receive this message in error, please immediately delete it.