# EXHIBIT 37

Exhibit 13

**Message**

| | |
|---|---|
| **From**: | Bonner McDermett [BMcDermett@Nexpoint.com] |
| **Sent**: | 6/9/2021 9:20:40 PM |
| **To**: | Matt Mulcahy [mmulcahy@bhmanagement.com]; Matt McGraner [mmcgraner@nexpoint.com] |
| **CC**: | Joanna Zabriskie [jzabriskie@bhmanagement.com]; Travis Sheets [tsheets@bhmanagement.com]; Phyllis Jones [pjones@bhmanagement.com]; DC Sauter [dsauter@nexpoint.com]; Robert Harris [rharris@nexpoint.com] |
| **Subject**: | [EXTERNAL] RE: SE Multifamily Holdings |

Matt,

Upon review and discussion with Matt McGraner, you have our approval to distribute $6,258,651 from SEMFH to BH Equities, which represents the return of the remainder of your initial capital contribution for this joint venture.


Thanks
**BONNER MCDERMETT**
C: 214.336.2456 | O: 972.884.0855
bmcdermett@nexpoint.com  |  www.nexpoint.com

---

**From:** Bonner McDermett
**Sent:** Wednesday, June 9, 2021 3:37 PM
**To:** Matt Mulcahy <MMulcahy@bhmanagement.com>; Matt McGraner <mmcgraner@nexpoint.com>
**Cc:** Joanna Zabriskie <JZabriskie@bhmanagement.com>; Travis Sheets <TSheets@bhmanagement.com>; Phyllis Jones <PJones@bhmanagement.com>; DC Sauter <dsauter@nexpoint.com>; Robert Harris <rharris@nexpoint.com>
**Subject:** RE: SE Multifamily Holdings

+ Matt McGraner and Rob Harris

We will follow up


Thanks
**BONNER MCDERMETT**
C: 214.336.2456 | O: 972.884.0855
bmcdermett@nexpoint.com  |  www.nexpoint.com

---

**From:** Matt Mulcahy <MMulcahy@bhmanagement.com>
**Sent:** Wednesday, June 9, 2021 3:33 PM
**To:** Bonner McDermett <BMcDermett@Nexpoint.com>
**Cc:** Joanna Zabriskie <JZabriskie@bhmanagement.com>; Travis Sheets <TSheets@bhmanagement.com>; Phyllis Jones <PJones@bhmanagement.com>; DC Sauter <DSauter@Nexpoint.com>
**Subject:** SE Multifamily Holdings

Bonner,

BH Equities currently has $6.258M in unreturned capital from its investment in SE Multifamily Holdings. SE Multifamily Holdings currently has $8 million in its bank account. Please approve BH Equities transferring $6,258,651 from the SE Multifamily Holdings account to BH Equities. Thanks.


**Matt Mulcahy**
BHE Controller



Confidential - Subject to Protective Order

BH0000173

T: (515) 348-6403
Ext: 1438
bhmanagement.com




NMHC Top 10 Management Company
An Award-Winning Employer

DISCLAIMER-Securities offered through NexPoint Securities, Inc., ("NexPoint Securities") Member FINRA/SIPC. This email may contain privileged and/or confidential information. Use by other than intended recipients is prohibited. If received in error, please immediately delete this email from your computer, destroy any hard copies and notify the sender. NexPoint Securities archives email, which are subject to review by NexPoint Securities and various regulators. This email is for informational purposes only and is not an offer, recommendation or solicitation to purchase or sell any security nor is it an official confirmation of terms. NexPoint Securities makes no representation about the accuracy or completeness of information herein. Past performance is not indicative of future returns. Investments may lose money and such investment losses are not insured.