# EXHIBIT 39

651119

| Schedule K-1 (Form 1065) | 2020 | ☐ Final K-1  ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2020, or tax year beginning ____ ending ____ | **Part III** Partner's Share of Current Year Income, Deductions, Credits, and Other Items | |

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
32-0576655

**B** Partnership's name, address, city, state, and ZIP code

SE MULTIFAMILY HOLDINGS LLC
2515 MCKINNEY AVENUE, SUITE 1100
DALLAS, TX  75201

**C** IRS Center where partnership filed return ▶
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
42-1515369

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

BH EQUITIES, LLC
400 LOCUST ST, STE 790
DES MOINES, IA  50309

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

|  | Beginning | Ending |
|---|---|---|
| Profit | 5.7837440 % | 5.7837440 % |
| Loss | 5.7837440 % | 5.7837440 % |
| Capital | 6.0000000 % | 6.0000000 % |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 1,187,038. | $ 496,302. |
| Qualified nonrecourse financing | $ 12,881,985. | $ 6,360,618. |
| Recourse | $ 0. | $ 0. |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** Partner's Capital Account Analysis
SEE STATEMENT

| Beginning capital account | $ 23,476,243. |
|---|---|
| Capital contributed during the year | $ |
| Current year net income (loss) | $ 0. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals & distributions | $( 14,953,074.) |
| **Ending capital account** | $ 8,523,169. |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No    If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ___ $
Ending ___ $

### Part III (right column)

| 1 Ordinary business income (loss) | 0. | 15 Credits | |
|---|---|---|---|
| 2 Net rental real estate income (loss) | | | |
| | | 16 Foreign transactions | |
| 3 Other net rental income (loss) | | | |
| 4a Guaranteed payments for services | | | |
| 4b Guaranteed payments for capital | | | |
| 4c Total guaranteed payments | | | |
| | | 17 Alternative min tax (AMT) items | |
| 5 Interest income | | | |
| 6a Ordinary dividends | | | |
| | | 18 Tax-exempt income and nondeductible expenses | |
| 6b Qualified dividends | | | |
| 6c Dividend equivalents | | | |
| 7 Royalties | | 19 Distributions | |
| | | A | 14,953,074. |
| 8 Net short-term capital gain (loss) | | | |
| | | 20 Other information | |
| 9a Net long-term capital gain (loss) | | | |
| 9b Collectibles (28%) gain (loss) | | | |
| 9c Unrecaptured section 1250 gain | | | |
| 10 Net section 1231 gain (loss) | | | |
| 11 Other income (loss) | | | |
| 12 Section 179 deduction | | | |
| 13 Other deductions | | | |
| 14 Self-employment earnings (loss) | | | |
| A | 0. | | |

21 ☐ More than one activity for at-risk purposes*
22 ☒ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

011261 01-05-21   LHA  **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2020

3

Confidential - Subject to Protective Order

BH0000076

```
SE MULTIFAMILY HOLDINGS LLC                                                         32-0576655
================================================================================================
SCHEDULE K-1            ITEM L. PARTNER'S CAPITAL ACCOUNT ANALYSIS
------------------------------------------------------------------------------------------------
  BEGINNING CAPITAL ACCOUNT METHOD USED - TAX BASIS
```

Confidential - Subject to Protective Order                                      BH0000077

## Schedule of Activities

For calendar year 2020, or tax year beginning _____, 2020, and ending _____, _____.

Name: **SE MULTIFAMILY HOLDINGS LLC**  32-0576655
For: **BH EQUITIES, LLC**  42-1515369

| Description of Activity | Activity Number | 100% Disposed | PTP | P/T 199A | Type Code* | Description |
|---|---|---|---|---|---|---|
| | 2 | X | | | 8 | LAKES AT RENAISSANCE PARK |
| | 4 | X | | | 8 | NEXPOINT TEXAS MF PORTFOLIO |
| | 4 | X | | | 8 | NREA SOUTHEAST PORTFOLIO ONE, DST |

| | Activity - 2 | Activity - 4 | Activity - 4 |
|---|---|---|---|
| Ordinary business income (loss) | | | |
| Net rental real estate income (loss) | | | |
| Other net rental income (loss) | | | |
| Interest income | | | |
| Dividends - Ordinary dividends | | | |
| - Qualified dividends | | | |
| - Dividend equivalents (1065 only) | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | | | |
| - Collectibles (28%) gain (loss) | | | |
| - Unrecaptured Section 1250 gain | | | |
| Net section 1231 gain (loss) | | | |
| Other portfolio income | | | |
| Section 1256 contracts and straddles | | | |
| Other income | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Portfolio deductions | | | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Excess business interest expense | | | |
| Other deductions | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other rental credits | | | |
| Credits related to other rental activities | | | |
| Recapture of LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Other credits | | | |
| Post-1986 depreciation adjustment | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Depletion (other than oil and gas) | | | |
| Oil, gas and geothermal properties - gross income | | | |
| Oil, gas and geothermal properties - deductions | | | |
| Other AMT items | | | |
| Investment income | | | |
| Investment expenses | | | |
| Section 199A - W-2 wages | | | |
| - Unadjusted basis of assets | | | |
| - REIT dividends | | | |
| - Cooperative qualified business income | | | |
| - Cooperative W-2 wages | | | |

025001 04-01-20  1 - Single Family Residence  2 - Multi-Family Residence  3 - Vacation or Short-Term Rental  4 - Commercial  5 - Land  6 - Royalties  7 - Self-Rental  8 - Other

Confidential - Subject to Protective Order                                                    BH0000078