# EXHIBIT 41



Matthew L. Roberts, J.D., LL.M.　　　　　　　　　　　　　　　　　　　mroberts@freemanlaw.com
Principal

7011 MAIN STREET · FRISCO, TX 75034
PHONE (214) 984-3410 · TOLL FREE (855) 676-1040 · FAX (214) 984-3409
WWW.FREEMANLAW.COM

July 26, 2022

Via Email: jmorris@pszjlaw.com

Pachulski, Stang, Ziehl, & Jones, LLP
Attn: Mr. John A. Morris
780 Third Avenue, 34th Floor
New York, New York 10017

> Re: **Barker Viggato, LLP**
> **Production of Documents Responsive to Subpoena**
> *In re Highland Capital Management, LP*, **No. 19-34054-sgj11 (N.D. Tex.)**

Dear Mr. Morris:

Our firm represents Barker Viggato, LLP. This letter responds to the subpoena that was issued to Barker Viggato, LLP on behalf of your client, Highland Capital Management, LP, in the above-referenced matter. As agreed previously, the responsive documents have been produced to you electronically through a Dropbox link. Those responsive documents are, with respect to each request:

**Request No. 1.**

See BVLLP 000001 through BVLLP 000046.

**Request No. 2.**

See BVLLP 000047 through BVLLP 000414 (2018).

See BVLLP 000415 through BVLLP 000801 (2019).

See BVLLP 000802 through BVLLP 001089 (2020).

**Request No. 3.**

See BVLLP 001090 through BVLLP 001404 (original Schedules K-1).

See BVLLP 001405 through BVLLP 001506 (draft Schedules K-1).

**Request No. 4.**

See BVLLP 000030 through BVLLP 000032 and BVLLP 001507 through BVLLP 001512.

**Request No. 5, 7, and 8.**

See BVLLP 000001 through BVLLP 000029.

See BVLLP 001516 through BVLLP 001522.

See BVLLP 00153 through BVLLP 001515 (in native format).

**Request No. 6.**

No responsive documents.

Best regards,

Matthew L. Roberts

Enclosures

cc:　Hayley R. Winograd (hwinograd@pszjlaw.com)
　　　La Asia S. Canty (lcanty@pszjlaw.com)
　　　Jason B. Freeman (*of the firm*)