# EXHIBIT 42

**SE Multifamily Holdings, LLC**
**Equity Roll--GAAP**

### GAAP Capital Accounts

| Partners | HCRE Partners, LLC | Highland Capital Mgmt., LP | BH | Liberty | Total |
|---|---|---|---|---|---|
| Preferred Interest | 0.00% | 0.00% | 0.00% | 100.00% | 100.00% |
| Common Ownership %s | 47.94% | 46.06% | 6.00% | 0.00% | 100.00% |
| Allocation Ratios Section 6.4(a) of LLC Agreement | 0.00% | 94.00% | 6.00% | 0.00% | 100.00% |
| Capital Contribution Ratios | 91.40% | 0.02% | 6.74% | 1.84% | 100.00% |
| Contributions (based on Trial Balance at Ownership %s) | 288,085,507 | 49,000 | 21,258,651 | 5,808,383 | 315,201,541 |
| Property Contribution - Term. of Multifamily REIT Holdings, LLC | | | | | |
| Income (Loss) Allocation (GAAP Loss/TAX Income) | - | (2,365,141) | (308,095) | | (2,673,236) |
| Distributions (based on Trial Balance at Ownership %s) | (4,448,237) | - | - | | (4,448,237) |
| Equity at December 31, 2018 | 283,637,270 | (2,316,141) | 20,950,556 | 5,808,383 | 308,080,068 |

### TAX Capital Accounts

| Partners | HCRE Partners, LLC | Highland Capital Mgmt., LP | BH | Liberty | Total | |
|---|---|---|---|---|---|---|
| Preferred Interest | 0.00% | 0.00% | 0.00% | 100.00% | 100.00% | |
| Common Ownership %s | 47.94% | 46.06% | 6.00% | 0.00% | 100.00% | |
| Allocation Ratios Section 6.4(a) of LLC Agreement | 0.00% | 94.00% | 6.00% | 0.00% | 100.00% | |
| Capital Contribution Ratios | 91.40% | 0.02% | 6.74% | 1.84% | 100.00% | |
| Contributions | 288,085,507 | 49,000 | 21,258,651 | 5,808,383 | 315,201,541 | |
| Property Contribution | | | | | - | |
| Income (Loss) Allocation | | 1,877,372 | 244,556 | | 2,121,928 | 2,121,928.06 - |
| Distributions | (4,448,237) | | | | (4,448,237) | |
| Equity at December 31, 2018 | 283,637,270 | 1,926,372 | 21,503,207 | 5,808,383 | 312,875,232 | |
| First Mortgages (Treat as QNR) | 385,219,257 | 65,521 | 28,426,427 | 7,766,795 | 421,478,000 | 421,478,000 - |
| Bridge Facility (Treat as QNR) | 280,411,079 | 47,695 | 20,692,333 | 5,653,651 | 306,804,758 | 306,804,758 |
| Interest Payable | 1,728,664 | 294 | 127,563 | 34,853 | 1,891,375 | 1,891,375 - |
| Total QNR Allocation | 667,359,000 | 113,510 | 49,246,324 | 13,455,299 | 730,174,133 | 730,174,133 - |
| Other Nonrecourse Liabilities | 5,605,330 | 5,385,513 | 701,543 | - | 11,692,387 | 11,692,386.71 - |

**Equity - Per Trial Balance**

| | |
|---|---|
| Entity Contributions-Controlling Common | 288,134,506.90 |
| Entity Contributions-Non-Controlling Common | 21,258,651.00 |
| Entity Contributions-Controlling Preferred | 5,808,383.00 |
| Entity Distributions-Controlling Common | -4,448,237.21 |
| Retained Earnings-Current Year | -2,673,235.92 |
| Total Equity | 308,080,067.77 |

| | | |
|---|---|---|
| Effective Sharing Ratios | 88.4748% | 11.5252% |

**Govenors Green**

| | |
|---|---|
| Interest Expense | 515299 |
| Depreciation Expense | 435847 |

| | | |
|---|---|---|
| Interest Expense | 6,839,095 | 890,894 |
| Depreciation Expense | 2,046,923 | 266,642 |
| Adjusted Taxable Income | 10,763,390 | 1,402,092 |

**Stoney Ridge**

| | |
|---|---|
| Interest Expense | 246707 |
| Depreciation Expense | 193628 |

**Multifamily REIT Holdings**

| | |
|---|---|
| Interest Expense | 947405 |
| Depreciation Expense | 780871 |

**Entity Level**

| | |
|---|---|
| Interest Expense | 6020578 |
| Depreciation Expense | 903219 |

**Total**

| | |
|---|---|
| Interest Expense | 7729989 |
| Depreciation Expense | 2313565 |
| Adjusted Taxable Income | |

BARKER VIGGATO- 8/5/22
EXHIBIT
**4**
Janice McMoran, CSR, RDR, CRR