# EXHIBIT 44

**SE Multifamily Holdings, LLC**
**Equity Roll--GAAP & Tax**

| | GAAP Capital Accounts | | | | | TAX Capital Accounts | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Partners | HCRE Partners, LLC | Highland Capital Mgmt., LP | BH Equities, LLC | Liberty CLO Holdco, Ltd. | Total | HCRE Partners, LLC | Highland Capital Mgmt., LP | BH Equities, LLC | Liberty CLO Holdco, Ltd. | Total | |
| Preferred Interest | 0.00% | 0.00% | 0.00% | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 100.00% | 100.00% | |
| Common Ownership %s | 47.94% | 46.06% | 6.00% | 0.00% | 100.00% | 47.94% | 46.06% | 6.00% | 0.00% | 100.00% | |
| Allocation Ratios Section 6.4(a) of LLC Agreemen | 0.00% | 94.00% | 6.00% | 0.00% | 100.00% | 0.00% | 94.00% | 6.00% | 0.00% | 100.00% | |
| Capital Contribution Ratios | 91.40% | 0.02% | 6.74% | 1.84% | 100.00% | 91.40% | 0.02% | 6.74% | 1.84% | 100.00% | |
| **2018 Activity** | | | | | | | | | | | |
| Contributions (based on Trial Balance at Ownership %s) | 288,085,507 | 49,000 | 21,258,651 | 5,808,383 | 315,201,541 | 288,085,507 | 49,000 | 21,258,651 | 5,808,383 | 315,201,541 | |
| Income (Loss) Allocation (GAAP Loss/TAX Income) | - | (2,365,141) | (308,095) | - | (2,673,236) | - | 1,877,372 | 244,556 | - | 2,121,928 | 2,121,928.06 |
| Distributions (based on Trial Balance at Ownership %s) | (4,448,237) | - | - | - | (4,448,237) | (4,448,237) | - | - | - | (4,448,237) | |
| Non Deductibles | | | | | | | (1,309) | (170) | | (1,479) | |
| **Equity at December 31, 2018** | 283,637,270 | (2,316,141) | 20,950,556 | 5,808,383 | 308,080,068 | 283,637,270 | 1,925,063 | 21,503,037 | 5,808,383 | 312,873,753 | |
| **2019 Activity** | | | | | | | | | | | |
| Contributions (based on Trial Balance) | | | | 14,579,542.32 | 14,579,542 | | | | 14,579,542 | 14,579,542 | |
| Income (Loss) Allocation | | 18,038,298.62 | 1,151,380.76 | 1,259,074.08 | 20,448,753 | | 31,653,375.60 | 2,020,428.23 | 1,259,074.08 | 34,932,878 | 34,932,877.91 |
| GAAP Equity Adjustment (Income difference from 2018 financials) | | (166,502.46) | (10,627.82) | | (177,130) | | | | | | |
| Distributions (based on Trial Balance at Ownership %s) | (250,189,986.10) | | (46,926.14) | (17,256,551.51) | (267,493,464) | (250,189,986) | | (46,926) | (17,256,552) | (267,493,464) | |
| Non Deductibles | | | | | | | (4,645) | (296) | | (4,941) | |
| **Equity at December 31, 2019** | 33,447,284 | 15,555,655 | 22,044,383 | 4,390,448 | 75,437,770 | 33,447,284 | 33,573,794 | 23,476,243 | 4,390,448 | 94,887,768 | |
| **2020 Activity** | | | | | | | | | | | |
| Contributions (based on Trial Balance) | | | | | | 531,937 | | | | 531,937 | |
| Income (Loss) Allocation | | | | | | 6,158,387 | - | - | 70,186 | 6,228,573 | 6,228,573.11 |
| Distributions (based on Trial Balance) | | | | | | (46,846,511) | - | (14,953,074) | (4,460,634) | (66,260,219) | |
| Non Deductible Expenses | | | | | | (3,855) | - | - | | (3,855) | -3,854.97 |
| **Equity at December 31, 2020** | 33,447,284 | 15,555,655 | 22,044,383 | 4,390,448 | 75,437,770 | (6,712,758) | 33,573,794 | 8,523,169 | (0) | 35,384,204 | |
| Allocation of QNR | | | | | | 50,821,340 | 48,828,347 | 6,360,618 | - | 106,010,305 | 106,010,305.14 |
| Effective Allocation | | | | | | 0.9887317 | | 0.0112683 | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| First Mortgages (Treat as QNR) | | | | | | 102,586,806 | 98,563,794 | 12,839,400 | - | 213,990,000 | 213,990,000 |
| Bridge Facility (Treat as QNR) | | | | | | - | - | - | - | - | - |
| Interest Payable | | | | | | 340,252 | 326,909 | 42,585 | - | 709,746 | 709,746 |
| Total QNR Allocation | | | | | | 102,927,058 | 98,890,703 | 12,881,985 | - | 214,699,746 | 214,699,746 |
| Other Nonrecourse Liabilities | | | | | | 9,484,430 | 9,112,492 | 1,187,038 | - | 19,783,960 | 19,783,959.58 |

**Equity - Per Trial Balance**

| | | |
|---|---|---|
| Entity Contributions-Controlling Common | 288,134,506.90 | |
| Entity Contributions-Non-Controlling Common | 21,258,651.00 | |
| Entity Contributions-Controlling Preferred | 5,808,383.00 | |
| Entity Distributions-Controlling Common | -4,448,237.21 | |
| Retained Earnings-Current Year | -2,673,235.92 | |
| Total Equity | 308,080,067.77 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 0.906119893 | 0.05783744 | 0.036042667 |
| Effective Sharing Ratios | 88.2122% | 5.6306% | 6.1572% | | Effective Sharing Ratios | | 90.61198932% | 5.78374400% | 3.60426668% |

| | | | |
|---|---|---|---|
| Interest Expense | 18,081,723 | 1,154,153 | 719,235 |
| Depreciation Expense | 2,501,311 | 159,658 | 99,494 |
| Adjusted Taxable Income | 52,236,410 | 3,334,239 | 2,077,804 |
| | | | |
| Interest Expense | 19,955,111 | | |
| Depreciation Expense | 2,760,464 | | |
| Adjusted Taxable Income | 57,648,453 | | |

BARKER VIGGATO- 8/5/22
EXHIBIT
6
Janice McMoran, CSR, RDR, CRR