# **EXHIBIT 45**

| | |
|---|---|
| **From:** | Paul Broaddus |
| **To:** | Mark Barker |
| **Cc:** | Tina Thottichira; Ross Kirshner; Kristin Martin |
| **Subject:** | Re: SEMFH |
| **Date:** | Monday, August 3, 2020 4:32:28 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Only comment is liberty should get income equal to its preferred accrual so that when it gets redeemed its capital account will be built up. Therefore, the 17m sounds a little high since some of the distro was a return of capital.

Sent from my iPhone

> On Aug 3, 2020, at 4:28 PM, Mark Barker <Mark@bvtax.com> wrote:
>
> Paul,
>
> Wanted to confirm approach to GAAP and Tax income allocations for SEMFH.
>
> Currently we are allocating income for both GAAP and Tax equal to the distribution of $17,256,552 to Liberty CLO. Remainder of income is allocated to Highland Capital Mgmt, LP & BH Equities based on their common equity ownership %s on a pro-rata basis. The allocation to Highland and BH is consistent with 2018 approach.
>
> I have not looked at the LLC Agreement recently, but I thought you had mentioned the above approach. Should HCRE be receiving a income allocation this year?
>
> Wanted to get your thoughts on allocations while I review the book/tax differences.
>
> Mark Barker
> Barker Viggato, LLP
> 17300 Dallas Parkway, Suite 3035
> Dallas, Texas 75248
>
> Phone: 972-789-1313
> Fax: 972-789-1315
> mark@bvtax.com

BARKER VIGGATO- 8/5/22 EXHIBIT 7
Janice McMoran, CSR, RDR, CRR

BVLLP 001516



DISCLAIMER- This email is intended for the recipient(s) only and should not be copied or reproduced without explicit permission. The material provided herein is for informational purposes only and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. It may contain confidential, proprietary or legally privileged information. If you receive this message in error, please immediately delete it.

BVLLP 001517