# EXHIBIT 46

651118

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2018**
For calendar year 2018, or tax year

beginning 10/01/2018   ending 12/31/2018

**Partner's Share of Income, Deductions, Credits, etc.**

▶ See separate instructions.

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 Ordinary business income (loss) | 0. | 15 Credits | |
| 2 Net rental real estate income (loss) | 1,877,372. | 16 Foreign transactions | |
| 3 Other net rental income (loss) | | | |
| 4 Guaranteed payments | | | |
| 5 Interest income | | | |
| 6a Ordinary dividends | | | |
| 6b Qualified dividends | | 17 Alternative min tax (AMT) items | |
| 6c Dividend equivalents | | | |
| 7 Royalties | | 18 Tax-exempt income and nondeductible expenses | |
| | | C* | 1,309. |
| 8 Net short-term capital gain (loss) | | | |
| 9a Net long-term capital gain (loss) | | 19 Distributions | |
| 9b Collectibles (28%) gain (loss) | | 20 Other information | |
| 9c Unrecaptured sec 1250 gain | | Y | 1,877,372. |
| | | Z * | 1,720,641. |
| 10 Net section 1231 gain (loss) | | AA * | 0. |
| | | AB * | 160,968,121. |
| 11 Other income (loss) | | AC * | 0. |
| | | AD * | 0. |
| 12 Section 179 deduction | | | |
| 13 Other deductions | | | |
| 14 Self-employment earnings (loss) | 0. | | |

A

*See attached statement for additional information.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
▮▮▮▮▮▮▮▮

**B** Partnership's name, address, city, state, and ZIP code

SE MULTIFAMILY HOLDINGS LLC
300 CRESCENT COURT, SUITE 700
DALLAS, TX  75201

**C** IRS Center where partnership filed return
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's identifying number
▮▮▮▮▮▮▮▮

**F** Partner's name, address, city, state, and ZIP code

HIGHLAND CAPITAL MANAGEMENT , LP
300 CRESCENT COURT, SUITE 700
DALLAS, TX  75201

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner? PARTNERSHIP
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 46.0600000 % | 46.0600000 % |
| Loss | 46.0600000 % | 46.0600000 % |
| Capital | 46.0600000 % | 46.0600000 % |

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse $ | $ | 5,385,513. |
| Qualified nonrecourse financing $ | $ | 113,513. |
| Recourse $ | 0. $ | 0. |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account $ | |
| Capital contributed during the year $ | 49,000. |
| Current year increase (decrease) $ | -2,365,140. |
| Withdrawals & distributions $ ( | ) |
| Ending capital account $ | -2,316,140. |

☐ Tax basis   ☒ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

For IRS Use Only

BARKER VIGGATO- 8/5/22
EXHIBIT
**8**
Janice McMoran, CSR, RDR, CRR

**SE MULTIFAMILY HOLDINGS LLC**

▬▬▬▬▬

SCHEDULE K-1              NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 1,309. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 1,309. |

PARTNER NUMBER 1

**SE MULTIFAMILY HOLDINGS LLC**

---

SCHEDULE K-1        SECTION 199A ITEMS, BOX 20
CODES Z THROUGH AD

---

| CODE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| | **RENT - GULFSTREAM ISLES** | |
| Z | SECTION 199A QUALIFIED BUSINESS INCOME | -170,728. |
| AA | SECTION 199A W-2 WAGES | 0. |
| AB | SECTION 199A UNADJUSTED BASIS | 84,277,021. |
| AC | SECTION 199A REIT DIVIDENDS | 0. |
| AD | SECTION 199A PTP INCOME | 0. |
| | **RENT - LAKES AT RENAISSANCE PARK** | |
| Z | SECTION 199A QUALIFIED BUSINESS INCOME | -67,080. |
| AA | SECTION 199A W-2 WAGES | 0. |
| AB | SECTION 199A UNADJUSTED BASIS | 22,428,122. |
| AC | SECTION 199A REIT DIVIDENDS | 0. |
| AD | SECTION 199A PTP INCOME | 0. |
| | **RENT - RENTAL REAL ESTATE** | |
| Z | SECTION 199A QUALIFIED BUSINESS INCOME | 2,886,912. |
| AA | SECTION 199A W-2 WAGES | 0. |
| AB | SECTION 199A UNADJUSTED BASIS | 0. |
| AC | SECTION 199A REIT DIVIDENDS | 0. |
| AD | SECTION 199A PTP INCOME | 0. |
| | **SE MULTIFAMILY REIT HOLDINGS, LLC (PT)** | |
| Z | SECTION 199A QUALIFIED BUSINESS INCOME | -526,991. |
| AA | SECTION 199A W-2 WAGES | 0. |
| AB | SECTION 199A UNADJUSTED BASIS | 40,177,573. |
| AC | SECTION 199A REIT DIVIDENDS | 0. |
| AD | SECTION 199A PTP INCOME | 0. |
| | **SE GOVENORS GREEN HOLDINGS, L.L.C. (PT)** | |
| Z | SECTION 199A QUALIFIED BUSINESS INCOME | -275,099. |
| AA | SECTION 199A W-2 WAGES | 0. |
| AB | SECTION 199A UNADJUSTED BASIS | 9,825,263. |
| AC | SECTION 199A REIT DIVIDENDS | 0. |
| AD | SECTION 199A PTP INCOME | 0. |
| | **SE STONEY RIDGE HOLDINGS, L.L.C. (PT)** | |
| Z | SECTION 199A QUALIFIED BUSINESS INCOME | -126,373. |
| AA | SECTION 199A W-2 WAGES | 0. |
| AB | SECTION 199A UNADJUSTED BASIS | 4,260,142. |
| AC | SECTION 199A REIT DIVIDENDS | 0. |
| AD | SECTION 199A PTP INCOME | 0. |

SE MULTIFAMILY HOLDINGS LLC

SCH K-1

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS
INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODES
Z, AA, AB, AC AND AD. THE CHARITABLE CONTRIBUTIONS, INVESTMENT INTEREST
EXPENSE, DEDUCTIONS - ROYALTY INCOME, SECTION 59(E)(2) EXPENDITURES AND
DEDUCTIONS - OTHER PORTFOLIO AMOUNTS ARE NOT INCLUDED IN THE CALCULATION OF
THE QUALIFIED BUSINESS INCOME AMOUNT UNDER CODE Z. PLEASE CONSULT YOUR TAX
ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED BUSINESS INCOME DEDUCTION,
INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE
FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

SCHEDULE K-1              CURRENT YEAR INCREASES (DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| RENTAL REAL ESTATE INCOME (LOSS) | 1,877,372. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 1,877,372. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | 1,877,372. |
| | | |
| GAIN/LOSS ON RETURN AND NOT ON BOOKS | -3,440. | |
| AMORTIZATION ON BOOKS AND NOT ON RETURN | -230,773. | |
| DEPRECIATION ON BOOKS AND NOT ON RETURN | -4,527,891. | |
| NONDEDUCTIBLE EXPENSES | -1,309. | |
| NREA SOUTHEAST PORTFOLIO THREE, DST | -15. | |
| RENTAL EXPENSES FROM RENTAL REAL ESTATE | 452,779. | |
| RENTAL INCOME FROM RENTAL REAL ESTATE | -217,498. | |
| SE GOVENORS GREEN HOLDINGS, L.L.C. | 13,545. | |
| SE MULTIFAMILY REIT HOLDINGS, LLC | 258,324. | |
| SE STONEY RIDGE HOLDINGS, L.L.C. | 13,766. | |
| OTHER INCREASES OR DECREASES SUBTOTAL | | -4,242,512. |
| TOTAL TO SCHEDULE K-1, ITEM L | | -2,365,140. |

SE MULTIFAMILY HOLDINGS LLC

---

SCHEDULE K-1                                        FOOTNOTES

---

LINE 20Y: NET INVESTMENT INCOME TAX (NII):
THE PARTNERSHIP IS ENGAGED IN ACTIVITIES WHERE ITEMS OF
INCOME/DEDUCTION/GAIN/LOSS REPORTED ON THIS SCHEDULE K-1 MAY
BE SUBJECT TO THE 3.8% NET INVESTMENT INCOME ("NII") TAX
UNDER IRC SECTION 1411. CERTAIN PORTFOLIO INCOME, PASSIVE
TRADE OR BUSINESS NET INCOME, NET RENTAL INCOME, OR TRADER
INCOME (FROM FINANCIAL INSTRUMENTS OR COMMODITIES AS DEFINED
UNDER REG. SECTION 1.1411-5(C)(1)&(2)) IS SUBJECT TO THE
NII TAX. PLEASE CONSULT YOUR TAX ADVISOR.


YOUR SHARE OF BUSINESS INTEREST EXPENSE WAS            6,839,095.
YOUR SHARE OF DEPRECIATION/AMORTIZATION WAS           2,046,923.
YOUR SHARE OF ADJUSTED TAXABLE INCOME WAS            10,763,391.
YOUR SHARE OF BUSINESS INTEREST INCOME WAS                    0.


SE MULTIFAMILY REIT HOLDINGS HAS MADE AN ELECTION UNDER
SECTION 163(J)(7)(B) AS A REAL PROPERTY TRADE OR BUSINESS
AND IS NOT SUBJECT TO INTEREST EXPENSE LIMITATION.

PLEASE CONSULT YOUR TAX ADVISOR.

16380911 136757 ▆▆▆▆▆          2018.04020 SE MULTIFAMILY HOLDINGS L ▆▆▆▆
                                                    BVLLP 001094

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040.**
**For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

1. Ordinary business income (loss). Determine whether the income (loss) is
   passive or nonpassive and enter on your return as follows.

|  | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Partner's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |

2. Net rental real estate income (loss)
3. Other net rental income (loss)

| Net income | Schedule E, line 28, column (h) |
|---|---|
| Net loss | See the Partner's Instructions |

4. Guaranteed payments — Schedule E, line 28, column (k)
5. Interest income — Form 1040, line 2b
6a. Ordinary dividends — Form 1040, line 3b
6b. Qualified dividends — Form 1040, line 3a
6c. Dividend equivalents — See the Partner's Instructions
7. Royalties — Schedule E, line 4
8. Net short-term capital gain (loss) — Schedule D, line 5
9a. Net long-term capital gain (loss) — Schedule D, line 12
9b. Collectibles (28%) gain (loss) — 28% Rate Gain Worksheet, line 4
   (Schedule D Instructions)
9c. Unrecaptured section 1250 gain — See the Partner's Instructions
10. Net section 1231 gain (loss) — See the Partner's Instructions
11. Other income (loss)

| Code | | |
|---|---|---|
| A | Other portfolio income (loss) | See the Partner's Instructions |
| B | Involuntary conversions | See the Partner's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Cancellation of debt | Schedule 1 (Form 1040), line 21 or Form 982 |
| F | Section 951A income | |
| G | Section 965(a) inclusion | |
| H | Subpart F income other than sections 951A and 965 inclusion | See the Partner's Instructions |
| I | Other income (loss) | |

12. Section 179 deduction — See the Partner's Instructions
13. Other deductions

| A | Cash contributions (60%) | |
|---|---|---|
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | |
| E | Capital gain property to a 50% organization (30%) | See the Partner's Instructions |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions - royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Partner's Instructions |
| K | Excess business interest expense | See the Partner's Instructions |
| L | Deductions - portfolio (other) | Schedule A, line 16 |
| M | Amounts paid for medical insurance | Schedule A, line 1 or Schedule 1 (Form 1040), line 29 |
| N | Educational assistance benefits | See the Partner's Instructions |
| O | Dependent care benefits | Form 2441, line 12 |
| P | Preproductive period expenses | See the Partner's Instructions |
| Q | Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| R | Pensions and IRAs | See the Partner's Instructions |
| S | Reforestation expense deduction | See the Partner's Instructions |
| T through V | | Reserved for future use |
| W | Other deductions | See the Partner's Instructions |
| X | Section 965(c) deduction | See the Partner's Instructions |

14. Self-employment earnings (loss)

Note: If you have a section 179 deduction or any partner-level deductions, see
the Partner's Instructions before completing Schedule SE.

| A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
|---|---|---|
| B | Gross farming or fishing income | See the Partner's Instructions |
| C | Gross non-farm income | See the Partner's Instructions |

15. Credits

| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
|---|---|---|
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| D | Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Schedule 5 (Form 1040), line 74, box a |
| I | Biofuel producer credit | See the Partner's Instructions |

| Code | | Report on |
|---|---|---|
| J | Work opportunity credit | |
| K | Disabled access credit | |
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | See the Partner's Instructions |
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | |
| P | Other credits | |

16. Foreign transactions

| A | Name of country or U.S. possession | |
|---|---|---|
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at partner level | |

Foreign gross income sourced at partnership level

| D | Section 951A category | |
|---|---|---|
| E | Foreign branch category | |
| F | Passive category | Form 1116, Part I |
| G | General category | |
| H | Other | |

Deductions allocated and apportioned at partner level

| I | Interest expense | Form 1116, Part I |
|---|---|---|
| J | Other | Form 1116, Part I |

Deductions allocated and apportioned at partnership level to foreign source
income

| K | Section 951A category | |
|---|---|---|
| L | Foreign branch category | |
| M | Passive category | Form 1116, Part I |
| N | General category | |
| O | Other | |

Other information

| P | Total foreign taxes paid | Form 1116, Part II |
|---|---|---|
| Q | Total foreign taxes accrued | Form 1116, Part II |
| R | Reduction in taxes available for credit | Form 1116, line 12 |
| S | Foreign trading gross receipts | Form 8873 |
| T | Extraterritorial income exclusion | Form 8873 |
| U | Section 951A(c)(1)(A) tested income | |
| V | Tested foreign income tax | |
| W | Section 965 information | See the Partner's Instructions |
| X | Other foreign transactions | |

17. Alternative minimum tax (AMT) items

| A | Post-1986 depreciation adjustment | |
|---|---|---|
| B | Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| C | Depletion (other than oil & gas) | |
| D | Oil, gas, & geothermal - gross income | |
| E | Oil, gas, & geothermal - deductions | |
| F | Other AMT items | |

18. Tax-exempt income and nondeductible expenses

| A | Tax-exempt interest income | Form 1040, line 2a |
|---|---|---|
| B | Other tax-exempt income | See the Partner's Instructions |
| C | Nondeductible expenses | See the Partner's Instructions |

19. Distributions

| A | Cash and marketable securities | |
|---|---|---|
| B | Distribution subject to section 737 | See the Partner's Instructions |
| C | Other property | |

20. Other information

| A | Investment income | Form 4952, line 4a |
|---|---|---|
| B | Investment expenses | Form 4952, line 5 |
| C | Fuel tax credit information | Form 4136 |
| D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E | Basis of energy property | See the Partner's Instructions |
| F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| H | Recapture of investment credit | See Form 4255 |
| I | Recapture of other credits | See the Partner's Instructions |
| J | Look-back interest - completed long-term contracts | See Form 8697 |
| K | Look-back interest - income forecast method | See Form 8866 |
| L | Dispositions of property with section 179 deductions | |
| M | Recapture of section 179 deduction | |
| N | Interest expense for corporate partners | |
| O through Y | | |
| Z | Section 199A income | |
| AA | Section 199A W-2 wages | |
| AB | Section 199A unadjusted basis | See the Partner's Instructions |
| AC | Section 199A REIT dividends | |
| AD | Section 199A PTP income | |
| AE | Excess taxable income | |
| AF | Excess business interest income | |
| AG | Gross receipts for section 59A(e) | |
| AH | Other information | |

16380911 136757 ████████    2018.04020 SE MULTIFAMILY HOLDINGS L ████████

BVLLP 001095