# EXHIBIT 47

2

651118

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2018**
For calendar year 2018, or tax year

beginning 10/01/2018  ending 12/31/2018

**Partner's Share of Income, Deductions, Credits, etc.**

► See separate instructions.

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) 0. | | **15** Credits | |
| **2** Net rental real estate income (loss) | | **16** Foreign transactions | |
| **3** Other net rental income (loss) | | | |
| **4** Guaranteed payments | | | |
| **5** Interest income | | | |
| **6a** Ordinary dividends | | **17** Alternative min tax (AMT) items | |
| **6b** Qualified dividends | | | |
| **6c** Dividend equivalents | | **18** Tax-exempt income and nondeductible expenses | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | | |
| **9a** Net long-term capital gain (loss) | | **19** Distributions  A   4,448,237. | |
| **9b** Collectibles (28%) gain (loss) | | **20** Other information | |
| **9c** Unrecaptured sec 1250 gain | | Z * 0. / AA * 0. | |
| **10** Net section 1231 gain (loss) | | AB * 0. / AC * 0. | |
| **11** Other income (loss) | | AD * 0. | |
| **12** Section 179 deduction | | | |
| **13** Other deductions | | | |
| **14** Self-employment earnings (loss)  A  0. | | | |

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
[redacted]

**B** Partnership's name, address, city, state, and ZIP code

SE MULTIFAMILY HOLDINGS LLC
300 CRESCENT COURT, SUITE 700
DALLAS, TX  75201

**C** IRS Center where partnership filed return
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's identifying number
[redacted]

**F** Partner's name, address, city, state, and ZIP code

HCRE PARTNERS, LLC
300 CRESCENT COURT, SUITE 700
DALLAS, TX  75201

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner?  PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 47.9400000 % | 47.9400000 % |
| Loss | 47.9400000 % | 47.9400000 % |
| Capital | 47.9400000 % | 47.9400000 % |

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ 5,605,331. |
| Qualified nonrecourse financing | $ | $ 667,358,997. |
| Recourse | $ 0. | $ 0. |

*See attached statement for additional information.

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ |
| Capital contributed during the year | $ 288,085,507. |
| Current year increase (decrease) | $ 0. |
| Withdrawals & distributions | $( 4,448,237.) |
| Ending capital account | $ 283,637,270. |

☐ Tax basis   ☒ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

For IRS Use Only

BARKER VIGGATO- 8/5/22
EXHIBIT

**9**

Janice McMoran, CSR, RDR, CRR

811261 12-11-18   LHA   **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2018**

SE MULTIFAMILY HOLDINGS LLC                                    ████████████

================================================================================

SCHEDULE K-1          SECTION 199A ITEMS, BOX 20
                          CODES Z THROUGH AD
_____

CODE   DESCRIPTION                                              AMOUNT
_____ _____                                          _____

       RENT - GULFSTREAM ISLES

Z      SECTION 199A QUALIFIED BUSINESS INCOME                      0.
AA     SECTION 199A W-2 WAGES                                      0.
AB     SECTION 199A UNADJUSTED BASIS                               0.
AC     SECTION 199A REIT DIVIDENDS                                 0.
AD     SECTION 199A PTP INCOME                                     0.

       RENT - LAKES AT RENAISSANCE PARK

Z      SECTION 199A QUALIFIED BUSINESS INCOME                      0.
AA     SECTION 199A W-2 WAGES                                      0.
AB     SECTION 199A UNADJUSTED BASIS                               0.
AC     SECTION 199A REIT DIVIDENDS                                 0.
AD     SECTION 199A PTP INCOME                                     0.

       RENT - RENTAL REAL ESTATE

Z      SECTION 199A QUALIFIED BUSINESS INCOME                      0.
AA     SECTION 199A W-2 WAGES                                      0.
AB     SECTION 199A UNADJUSTED BASIS                               0.
AC     SECTION 199A REIT DIVIDENDS                                 0.
AD     SECTION 199A PTP INCOME                                     0.

       SE MULTIFAMILY REIT HOLDINGS, LLC (PT)

Z      SECTION 199A QUALIFIED BUSINESS INCOME                      0.
AA     SECTION 199A W-2 WAGES                                      0.
AB     SECTION 199A UNADJUSTED BASIS                               0.
AC     SECTION 199A REIT DIVIDENDS                                 0.
AD     SECTION 199A PTP INCOME                                     0.

       SE GOVENORS GREEN HOLDINGS, L.L.C. (PT)

Z      SECTION 199A QUALIFIED BUSINESS INCOME                      0.
AA     SECTION 199A W-2 WAGES                                      0.
AB     SECTION 199A UNADJUSTED BASIS                               0.
AC     SECTION 199A REIT DIVIDENDS                                 0.
AD     SECTION 199A PTP INCOME                                     0.

       SE STONEY RIDGE HOLDINGS, L.L.C. (PT)

Z      SECTION 199A QUALIFIED BUSINESS INCOME                      0.
AA     SECTION 199A W-2 WAGES                                      0.
AB     SECTION 199A UNADJUSTED BASIS                               0.
AC     SECTION 199A REIT DIVIDENDS                                 0.
AD     SECTION 199A PTP INCOME                                     0.

2

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040.**
**For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

1. Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Partner's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |
| 2. Net rental real estate income (loss) | See the Partner's Instructions |
| 3. Other net rental income (loss) | |
| Net income | Schedule E, line 28, column (h) |
| Net loss | See the Partner's Instructions |
| 4. Guaranteed payments | Schedule E, line 28, column (k) |
| 5. Interest income | Form 1040, line 2b |
| 6a. Ordinary dividends | Form 1040, line 3b |
| 6b. Qualified dividends | Form 1040, line 3a |
| 6c. Dividend equivalents | See the Partner's Instructions |
| 7. Royalties | Schedule E, line 4 |
| 8. Net short-term capital gain (loss) | Schedule D, line 5 |
| 9a. Net long-term capital gain (loss) | Schedule D, line 12 |
| 9b. Collectibles (28%) gain (loss) | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) |
| 9c. Unrecaptured section 1250 gain | See the Partner's Instructions |
| 10. Net section 1231 gain (loss) | See the Partner's Instructions |
| 11. Other income (loss) | |

Code
| A | Other portfolio income (loss) | See the Partner's Instructions |
|---|---|---|
| B | Involuntary conversions | See the Partner's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Cancellation of debt | Schedule 1 (Form 1040), line 21 or Form 982 |
| F | Section 951A income | |
| G | Section 965(a) inclusion | |
| H | Subpart F income other than sections 951A and 965 inclusion | See the Partner's Instructions |
| I | Other income (loss) | |
| 12. | Section 179 deduction | See the Partner's Instructions |
| 13. | Other deductions | |
| A | Cash contributions (60%) | |
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | See the Partner's Instructions |
| E | Capital gain property to a 50% organization (30%) | |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions - royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Partner's Instructions |
| K | Excess business interest expense | See the Partner's Instructions |
| L | Deductions - portfolio (other) | Schedule A, line 16 |
| M | Amounts paid for medical insurance | Schedule A, line 1 or Schedule 1 (Form 1040), line 29 |
| N | Educational assistance benefits | See the Partner's Instructions |
| O | Dependent care benefits | Form 2441, line 12 |
| P | Preproductive period expenses | See the Partner's Instructions |
| Q | Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| R | Pensions and IRAs | See the Partner's Instructions |
| S | Reforestation expense deduction | See the Partner's Instructions |
| T | through V | Reserved for future use |
| W | Other deductions | See the Partner's Instructions |
| X | Section 965(c) deduction | See the Partner's Instructions |
| 14. | Self-employment earnings (loss) | |

Note: If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
|---|---|---|
| B | Gross farming or fishing income | See the Partner's Instructions |
| C | Gross non-farm income | See the Partner's Instructions |
| 15. | Credits | |
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| D | Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Schedule 5 (Form 1040), line 74, box a |
| I | Biofuel producer credit | See the Partner's Instructions |

| Code | | Report on |
|---|---|---|
| J | Work opportunity credit | |
| K | Disabled access credit | |
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | See the Partner's Instructions |
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | |
| P | Other credits | |
| 16. | Foreign transactions | |
| A | Name of country or U.S. possession | |
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at partner level | |

Foreign gross income sourced at partnership level
| D | Section 951A category | |
|---|---|---|
| E | Foreign branch category | |
| F | Passive category | Form 1116, Part I |
| G | General category | |
| H | Other | |

Deductions allocated and apportioned at partner level
| I | Interest expense | Form 1116, Part I |
|---|---|---|
| J | Other | Form 1116, Part I |

Deductions allocated and apportioned at partnership level to foreign source income
| K | Section 951A category | |
|---|---|---|
| L | Foreign branch category | |
| M | Passive category | Form 1116, Part I |
| N | General category | |
| O | Other | |

Other information
| P | Total foreign taxes paid | Form 1116, Part II |
|---|---|---|
| Q | Total foreign taxes accrued | Form 1116, Part II |
| R | Reduction in taxes available for credit | Form 1116, line 12 |
| S | Foreign trading gross receipts | Form 8873 |
| T | Extraterritorial income exclusion | Form 8873 |
| U | Section 951A(c)(1)(A) tested income | |
| V | Tested foreign income tax | |
| W | Section 965 information | See the Partner's Instructions |
| X | Other foreign transactions | |
| 17. | Alternative minimum tax (AMT) items | |
| A | Post-1986 depreciation adjustment | |
| B | Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| C | Depletion (other than oil & gas) | |
| D | Oil, gas, & geothermal - gross income | |
| E | Oil, gas, & geothermal - deductions | |
| F | Other AMT items | |
| 18. | Tax-exempt income and nondeductible expenses | |
| A | Tax-exempt interest income | Form 1040, line 2a |
| B | Other tax-exempt income | See the Partner's Instructions |
| C | Nondeductible expenses | See the Partner's Instructions |
| 19. | Distributions | |
| A | Cash and marketable securities | |
| B | Distribution subject to section 737 | See the Partner's Instructions |
| C | Other property | |
| 20. | Other information | |
| A | Investment income | Form 4952, line 4a |
| B | Investment expenses | Form 4952, line 5 |
| C | Fuel tax credit information | Form 4136 |
| D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E | Basis of energy property | See the Partner's Instructions |
| F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| H | Recapture of investment credit | See Form 4255 |
| I | Recapture of other credits | See the Partner's Instructions |
| J | Look-back interest - completed long-term contracts | See Form 8697 |
| K | Look-back interest - income forecast method | See Form 8866 |
| L | Dispositions of property with section 179 deductions | |
| M | Recapture of section 179 deduction | |
| N | Interest expense for corporate partners | |
| O | through Y | |
| Z | Section 199A income | |
| AA | Section 199A W-2 wages | |
| AB | Section 199A unadjusted basis | See the Partner's Instructions |
| AC | Section 199A REIT dividends | |
| AD | Section 199A PTP income | |
| AE | Excess taxable income | |
| AF | Excess business interest income | |
| AG | Gross receipts for section 59A(e) | |
| AH | Other information | |

811262 02-13-19

3

16380911 136757                   2018.04020 SE MULTIFAMILY HOLDINGS L          2