# EXHIBIT 48

651118

| Schedule K-1 (Form 1065) | 2018 | ☐ Final K-1  ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2018, or tax year

beginning 10/01/2018   ending 12/31/2018

**Partner's Share of Income, Deductions, Credits, etc.**    ▶ See separate instructions.

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 Ordinary business income (loss) | 0. | 15 Credits | |
| 2 Net rental real estate income (loss) | 244,556. | 16 Foreign transactions | |
| 3 Other net rental income (loss) | | | |
| 4 Guaranteed payments | | | |
| 5 Interest income | | | |
| 6a Ordinary dividends | | 17 Alternative min tax (AMT) items | |
| 6b Qualified dividends | | | |
| 6c Dividend equivalents | | | |
| 7 Royalties | | 18 Tax-exempt income and nondeductible expenses  C* 170. | |
| 8 Net short-term capital gain (loss) | | | |
| 9a Net long-term capital gain (loss) | | 19 Distributions | |
| 9b Collectibles (28%) gain (loss) | | 20 Other information | |
| 9c Unrecaptured sec 1250 gain | | Y   244,556. | |
| | | Z *   224,139. | |
| 10 Net section 1231 gain (loss) | | AA *   0. | |
| | | AB *   20,968,485. | |
| 11 Other income (loss) | | AC *   0. | |
| | | AD *   0. | |
| 12 Section 179 deduction | | | |
| 13 Other deductions | | | |
| 14 Self-employment earnings (loss) | | | |
| A   0. | | | |

### Part I — Information About the Partnership

**A** Partnership's employer identification number

**B** Partnership's name, address, city, state, and ZIP code

SE MULTIFAMILY HOLDINGS LLC
300 CRESCENT COURT, SUITE 700
DALLAS, TX  75201

**C** IRS Center where partnership filed return
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

BH EQUITIES, LLC
400 LOCUST ST, STE 790
DES MOINES, IA  50309

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner?  PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 6.00000000 % | 6.00000000 % |
| Loss | 6.00000000 % | 6.00000000 % |
| Capital | 6.0000000 % | 6.0000000 % |

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ 701,543. |
| Qualified nonrecourse financing | $ | $ 49,246,325. |
| Recourse | $ 0. | $ 0. |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ |
| Capital contributed during the year | $ 21,258,651. |
| Current year increase (decrease) | $ -308,095. |
| Withdrawals & distributions | $ ( ) |
| Ending capital account | $ 20,950,556. |

☐ Tax basis    ☒ GAAP    ☐ Section 704(b) book    ☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If "Yes," attach statement (see instructions)

*See attached statement for additional information.

For IRS Use Only

811261 12-11-18  LHA  **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**   www.irs.gov/Form1065    Schedule K-1 (Form 1065) 2018

16380911 136757                        2018.04020 SE MULTIFAMILY HOLDINGS L
BVLLP 001127

SE MULTIFAMILY HOLDINGS LLC

## SCHEDULE K-1    NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 170. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 170. |

SE MULTIFAMILY HOLDINGS LLC

| SCHEDULE K-1 | SECTION 199A ITEMS, BOX 20 |
| --- | --- |
| | CODES Z THROUGH AD |

| CODE | DESCRIPTION | AMOUNT |
| --- | --- | ---: |
| | RENT - GULFSTREAM ISLES | |
| Z  | SECTION 199A QUALIFIED BUSINESS INCOME | -22,240. |
| AA | SECTION 199A W-2 WAGES | 0. |
| AB | SECTION 199A UNADJUSTED BASIS | 10,978,332. |
| AC | SECTION 199A REIT DIVIDENDS | 0. |
| AD | SECTION 199A PTP INCOME | 0. |
| | RENT - LAKES AT RENAISSANCE PARK | |
| Z  | SECTION 199A QUALIFIED BUSINESS INCOME | -8,738. |
| AA | SECTION 199A W-2 WAGES | 0. |
| AB | SECTION 199A UNADJUSTED BASIS | 2,921,595. |
| AC | SECTION 199A REIT DIVIDENDS | 0. |
| AD | SECTION 199A PTP INCOME | 0. |
| | RENT - RENTAL REAL ESTATE | |
| Z  | SECTION 199A QUALIFIED BUSINESS INCOME | 376,063. |
| AA | SECTION 199A W-2 WAGES | 0. |
| AB | SECTION 199A UNADJUSTED BASIS | 0. |
| AC | SECTION 199A REIT DIVIDENDS | 0. |
| AD | SECTION 199A PTP INCOME | 0. |
| | SE MULTIFAMILY REIT HOLDINGS, LLC (PT) | |
| Z  | SECTION 199A QUALIFIED BUSINESS INCOME | -68,648. |
| AA | SECTION 199A W-2 WAGES | 0. |
| AB | SECTION 199A UNADJUSTED BASIS | 5,233,725. |
| AC | SECTION 199A REIT DIVIDENDS | 0. |
| AD | SECTION 199A PTP INCOME | 0. |
| | SE GOVENORS GREEN HOLDINGS, L.L.C. (PT) | |
| Z  | SECTION 199A QUALIFIED BUSINESS INCOME | -35,836. |
| AA | SECTION 199A W-2 WAGES | 0. |
| AB | SECTION 199A UNADJUSTED BASIS | 1,279,886. |
| AC | SECTION 199A REIT DIVIDENDS | 0. |
| AD | SECTION 199A PTP INCOME | 0. |
| | SE STONEY RIDGE HOLDINGS, L.L.C. (PT) | |
| Z  | SECTION 199A QUALIFIED BUSINESS INCOME | -16,462. |
| AA | SECTION 199A W-2 WAGES | 0. |
| AB | SECTION 199A UNADJUSTED BASIS | 554,947. |
| AC | SECTION 199A REIT DIVIDENDS | 0. |
| AD | SECTION 199A PTP INCOME | 0. |

SE MULTIFAMILY HOLDINGS LLC

## SCH K-1

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODES Z, AA, AB, AC AND AD. THE CHARITABLE CONTRIBUTIONS, INVESTMENT INTEREST EXPENSE, DEDUCTIONS - ROYALTY INCOME, SECTION 59(E)(2) EXPENDITURES AND DEDUCTIONS - OTHER PORTFOLIO AMOUNTS ARE NOT INCLUDED IN THE CALCULATION OF THE QUALIFIED BUSINESS INCOME AMOUNT UNDER CODE Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

SCHEDULE K-1           CURRENT YEAR INCREASES (DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---:|---:|
| RENTAL REAL ESTATE INCOME (LOSS) | 244,556. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 244,556. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | 244,556. |
| GAIN/LOSS ON RETURN AND NOT ON BOOKS | -448. | |
| AMORTIZATION ON BOOKS AND NOT ON RETURN | -30,062. | |
| DEPRECIATION ON BOOKS AND NOT ON RETURN | -589,825. | |
| NONDEDUCTIBLE EXPENSES | -170. | |
| NREA SOUTHEAST PORTFOLIO THREE, DST | -2. | |
| RENTAL EXPENSES FROM RENTAL REAL ESTATE | 58,981. | |
| RENTAL INCOME FROM RENTAL REAL ESTATE | -28,332. | |
| SE GOVENORS GREEN HOLDINGS, L.L.C. | 1,764. | |
| SE MULTIFAMILY REIT HOLDINGS, LLC | 33,650. | |
| SE STONEY RIDGE HOLDINGS, L.L.C. | 1,793. | |
| OTHER INCREASES OR DECREASES SUBTOTAL | | -552,651. |
| TOTAL TO SCHEDULE K-1, ITEM L | | -308,095. |

SE MULTIFAMILY HOLDINGS LLC

===

| SCHEDULE K-1 | FOOTNOTES |
|---|---|

===

LINE 20Y: NET INVESTMENT INCOME TAX (NII):
THE PARTNERSHIP IS ENGAGED IN ACTIVITIES WHERE ITEMS OF
INCOME/DEDUCTION/GAIN/LOSS REPORTED ON THIS SCHEDULE K-1 MAY
BE SUBJECT TO THE 3.8% NET INVESTMENT INCOME ("NII") TAX
UNDER IRC SECTION 1411. CERTAIN PORTFOLIO INCOME, PASSIVE
TRADE OR BUSINESS NET INCOME, NET RENTAL INCOME, OR TRADER
INCOME (FROM FINANCIAL INSTRUMENTS OR COMMODITIES AS DEFINED
UNDER REG. SECTION 1.1411-5(C)(1)&(2)) IS SUBJECT TO THE
NII TAX. PLEASE CONSULT YOUR TAX ADVISOR.

```
YOUR SHARE OF BUSINESS INTEREST EXPENSE WAS                890,894.
YOUR SHARE OF DEPRECIATION/AMORTIZATION WAS                266,642.
YOUR SHARE OF ADJUSTED TAXABLE INCOME WAS                1,402,091.
YOUR SHARE OF BUSINESS INTEREST INCOME WAS                       0.
```

SE MULTIFAMILY REIT HOLDINGS HAS MADE AN ELECTION UNDER
SECTION 163(J)(7)(B) AS A REAL PROPERTY TRADE OR BUSINESS
AND IS NOT SUBJECT TO INTEREST EXPENSE LIMITATION.

PLEASE CONSULT YOUR TAX ADVISOR.

Schedule K-1 (Form 1065) 2018 Page **2**

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040.**
**For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

| | | | | Code | | Report on |
|---|---|---|---|---|---|---|
| 1. | Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | | | J | Work opportunity credit | |
| | | | Report on | K | Disabled access credit | |
| | Passive loss | See the Partner's Instructions | | L | Empowerment zone employment credit | |
| | Passive income | Schedule E, line 28, column (h) | | M | Credit for increasing research activities | See the Partner's Instructions |
| | Nonpassive loss | See the Partner's Instructions | | N | Credit for employer social security and Medicare taxes | |
| | Nonpassive income | Schedule E, line 28, column (k) | | O | Backup withholding | |
| 2. | Net rental real estate income (loss) | See the Partner's Instructions | | P | Other credits | |
| 3. | Other net rental income (loss) | | 16. | Foreign transactions | | |
| | Net income | Schedule E, line 28, column (h) | | A | Name of country or U.S. possession | |
| | Net loss | See the Partner's Instructions | | B | Gross income from all sources | Form 1116, Part I |
| 4. | Guaranteed payments | Schedule E, line 28, column (k) | | C | Gross income sourced at partner level | |
| 5. | Interest income | Form 1040, line 2b | | Foreign gross income sourced at partnership level | | |
| 6a. | Ordinary dividends | Form 1040, line 3b | | D | Section 951A category | |
| 6b. | Qualified dividends | Form 1040, line 3a | | E | Foreign branch category | |
| 6c. | Dividend equivalents | See the Partner's Instructions | | F | Passive category | Form 1116, Part I |
| 7. | Royalties | Schedule E, line 4 | | G | General category | |
| 8. | Net short-term capital gain (loss) | Schedule D, line 5 | | H | Other | |
| 9a. | Net long-term capital gain (loss) | Schedule D, line 12 | | Deductions allocated and apportioned at partner level | | |
| 9b. | Collectibles (28%) gain (loss) | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) | | I | Interest expense | Form 1116, Part I |
| 9c. | Unrecaptured section 1250 gain | See the Partner's Instructions | | J | Other | Form 1116, Part I |
| 10. | Net section 1231 gain (loss) | See the Partner's Instructions | | Deductions allocated and apportioned at partnership level to foreign source income | | |
| 11. | Other income (loss) | | | K | Section 951A category | |
| | Code | | | L | Foreign branch category | |
| | A Other portfolio income (loss) | See the Partner's Instructions | | M | Passive category | Form 1116, Part I |
| | B Involuntary conversions | See the Partner's Instructions | | N | General category | |
| | C Sec. 1256 contracts & straddles | Form 6781, line 1 | | O | Other | |
| | D Mining exploration costs recapture | See Pub. 535 | | Other information | | |
| | E Cancellation of debt | Schedule 1 (Form 1040), line 21 or Form 982 | | P | Total foreign taxes paid | Form 1116, Part II |
| | F Section 951A income | | | Q | Total foreign taxes accrued | Form 1116, Part II |
| | G Section 965(a) inclusion | | | R | Reduction in taxes available for credit | Form 1116, line 12 |
| | H Subpart F income other than sections 951A and 965 inclusion | See the Partner's Instructions | | S | Foreign trading gross receipts | Form 8873 |
| | I Other income (loss) | | | T | Extraterritorial income exclusion | Form 8873 |
| 12. | Section 179 deduction | See the Partner's Instructions | | U | Section 951A(c)(1)(A) tested income | |
| 13. | Other deductions | | | V | Tested foreign income tax | |
| | A Cash contributions (60%) | | | W | Section 965 information | See the Partner's Instructions |
| | B Cash contributions (30%) | | | X | Other foreign transactions | |
| | C Noncash contributions (50%) | | 17. | Alternative minimum tax (AMT) items | | |
| | D Noncash contributions (30%) | See the Partner's Instructions | | A | Post-1986 depreciation adjustment | |
| | E Capital gain property to a 50% organization (30%) | | | B | Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| | F Capital gain property (20%) | | | C | Depletion (other than oil & gas) | |
| | G Contributions (100%) | | | D | Oil, gas, & geothermal - gross income | |
| | H Investment interest expense | Form 4952, line 1 | | E | Oil, gas, & geothermal - deductions | |
| | I Deductions - royalty income | Schedule E, line 19 | | F | Other AMT items | |
| | J Section 59(e)(2) expenditures | See the Partner's Instructions | 18. | Tax-exempt income and nondeductible expenses | | |
| | K Excess business interest expense | See the Partner's Instructions | | A | Tax-exempt interest income | Form 1040, line 2a |
| | L Deductions - portfolio (other) | Schedule A, line 16 | | B | Other tax-exempt income | See the Partner's Instructions |
| | M Amounts paid for medical insurance | Schedule A, line 1 or Schedule 1 (Form 1040), line 29 | | C | Nondeductible expenses | See the Partner's Instructions |
| | N Educational assistance benefits | See the Partner's Instructions | 19. | Distributions | | |
| | O Dependent care benefits | Form 2441, line 12 | | A | Cash and marketable securities | |
| | P Preproductive period expenses | See the Partner's Instructions | | B | Distribution subject to section 737 | See the Partner's Instructions |
| | Q Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions | | C | Other property | |
| | R Pensions and IRAs | See the Partner's Instructions | 20. | Other information | | |
| | S Reforestation expense deduction | See the Partner's Instructions | | A | Investment income | Form 4952, line 4a |
| | T through V | Reserved for future use | | B | Investment expenses | Form 4952, line 5 |
| | W Other deductions | See the Partner's Instructions | | C | Fuel tax credit information | Form 4136 |
| | X Section 965(c) deduction | See the Partner's Instructions | | D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| 14. | Self-employment earnings (loss) | | | E | Basis of energy property | See the Partner's Instructions |
| | Note: If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE. | | | F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | A Net earnings (loss) from self-employment | Schedule SE, Section A or B | | G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | B Gross farming or fishing income | See the Partner's Instructions | | H | Recapture of investment credit | See Form 4255 |
| | C Gross non-farm income | See the Partner's Instructions | | I | Recapture of other credits | See the Partner's Instructions |
| 15. | Credits | | | J | Look-back interest - completed long-term contracts | See Form 8697 |
| | A Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | | | K | Look-back interest - income forecast method | See Form 8866 |
| | B Low-income housing credit (other) from pre-2008 buildings | | | L | Dispositions of property with section 179 deductions | |
| | C Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Partner's Instructions | | M | Recapture of section 179 deduction | |
| | D Low-income housing credit (other) from post-2007 buildings | | | N | Interest expense for corporate partners | |
| | E Qualified rehabilitation expenditures (rental real estate) | | | O through Y | | |
| | F Other rental real estate credits | | | Z | Section 199A income | |
| | G Other rental credits | | | AA | Section 199A W-2 wages | See the Partner's Instructions |
| | H Undistributed capital gains credit | Schedule 5 (Form 1040), line 74, box a | | AB | Section 199A unadjusted basis | |
| | I Biofuel producer credit | See the Partner's Instructions | | AC | Section 199A REIT dividends | |
| | | | | AD | Section 199A PTP income | |
| | | | | AE | Excess taxable income | |
| | | | | AF | Excess business interest income | |
| | | | | AG | Gross receipts for section 59A(e) | |
| | | | | AH | Other information | |