# EXHIBIT 49

651118

**Schedule K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

**2018** For calendar year 2018, or tax year
beginning 10/01/2018 ending 12/31/2018

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount | Box | Item | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | 0. | 15 | Credits | |
| 2 | Net rental real estate income (loss) | | 16 | Foreign transactions | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Guaranteed payments | | | | |
| 5 | Interest income | | | | |
| 6a | Ordinary dividends | | 17 | Alternative min tax (AMT) items | |
| 6b | Qualified dividends | | | | |
| 6c | Dividend equivalents | | 18 | Tax-exempt income and nondeductible expenses | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | | | | |
| 9a | Net long-term capital gain (loss) | | 19 | Distributions | |
| 9b | Collectibles (28%) gain (loss) | | 20 | Other information | |
| 9c | Unrecaptured sec 1250 gain | | Z | * | 0. |
| | | | AA | * | 0. |
| 10 | Net section 1231 gain (loss) | | AB | * | 0. |
| | | | AC | * | 0. |
| 11 | Other income (loss) | | AD | * | 0. |
| 12 | Section 179 deduction | | | | |
| 13 | Other deductions | | | | |
| 14 | Self-employment earnings (loss) | | | | |

*See attached statement for additional information.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
[redacted]

**B** Partnership's name, address, city, state, and ZIP code
SE MULTIFAMILY HOLDINGS LLC
300 CRESCENT COURT, SUITE 700
DALLAS, TX  75201

**C** IRS Center where partnership filed return
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number
[redacted]

**F** Partner's name, address, city, state, and ZIP code
LIBERTY CLO HOLDCO, LTD
190 ELGIN AVENUE
GEORGE TOWN, GRAND CAYMAN  KY1-9005 C

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H** ☐ Domestic partner    ☒ Foreign partner

**I1** What type of entity is this partner?  CORPORATION
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 0.0000000 % | 0.0000000 % |
| Loss | 0.0000000 % | 0.0000000 % |
| Capital | 0.0000000 % | 0.0000000 % |

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ 0. |
| Qualified nonrecourse financing | $ | $ 13,455,298. |
| Recourse | $ 0. | $ 0. |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ |
| Capital contributed during the year | $ 5,808,383. |
| Current year increase (decrease) | $ 0. |
| Withdrawals & distributions | $( ) |
| Ending capital account | $ 5,808,383. |

☐ Tax basis    ☒ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If "Yes," attach statement (see instructions)

For IRS Use Only

811261 12-11-18  LHA  **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**  www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2018**

SE MULTIFAMILY HOLDINGS LLC

| SCHEDULE K-1 | SECTION 199A ITEMS, BOX 20 |
| | CODES Z THROUGH AD |

| CODE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| | RENT - GULFSTREAM ISLES | |
| Z  | SECTION 199A QUALIFIED BUSINESS INCOME | 0. |
| AA | SECTION 199A W-2 WAGES | 0. |
| AB | SECTION 199A UNADJUSTED BASIS | 0. |
| AC | SECTION 199A REIT DIVIDENDS | 0. |
| AD | SECTION 199A PTP INCOME | 0. |
| | RENT - LAKES AT RENAISSANCE PARK | |
| Z  | SECTION 199A QUALIFIED BUSINESS INCOME | 0. |
| AA | SECTION 199A W-2 WAGES | 0. |
| AB | SECTION 199A UNADJUSTED BASIS | 0. |
| AC | SECTION 199A REIT DIVIDENDS | 0. |
| AD | SECTION 199A PTP INCOME | 0. |
| | RENT - RENTAL REAL ESTATE | |
| Z  | SECTION 199A QUALIFIED BUSINESS INCOME | 0. |
| AA | SECTION 199A W-2 WAGES | 0. |
| AB | SECTION 199A UNADJUSTED BASIS | 0. |
| AC | SECTION 199A REIT DIVIDENDS | 0. |
| AD | SECTION 199A PTP INCOME | 0. |
| | SE MULTIFAMILY REIT HOLDINGS, LLC (PT) | |
| Z  | SECTION 199A QUALIFIED BUSINESS INCOME | 0. |
| AA | SECTION 199A W-2 WAGES | 0. |
| AB | SECTION 199A UNADJUSTED BASIS | 0. |
| AC | SECTION 199A REIT DIVIDENDS | 0. |
| AD | SECTION 199A PTP INCOME | 0. |
| | SE GOVENORS GREEN HOLDINGS, L.L.C. (PT) | |
| Z  | SECTION 199A QUALIFIED BUSINESS INCOME | 0. |
| AA | SECTION 199A W-2 WAGES | 0. |
| AB | SECTION 199A UNADJUSTED BASIS | 0. |
| AC | SECTION 199A REIT DIVIDENDS | 0. |
| AD | SECTION 199A PTP INCOME | 0. |
| | SE STONEY RIDGE HOLDINGS, L.L.C. (PT) | |
| Z  | SECTION 199A QUALIFIED BUSINESS INCOME | 0. |
| AA | SECTION 199A W-2 WAGES | 0. |
| AB | SECTION 199A UNADJUSTED BASIS | 0. |
| AC | SECTION 199A REIT DIVIDENDS | 0. |
| AD | SECTION 199A PTP INCOME | 0. |

Schedule K-1 (Form 1065) 2018     Page **2**

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040.**
**For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

| # | Item | | Report on |
|---|---|---|---|
| 1. | Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | | Report on |
| | Passive loss | | See the Partner's Instructions |
| | Passive income | | Schedule E, line 28, column (h) |
| | Nonpassive loss | | See the Partner's Instructions |
| | Nonpassive income | | Schedule E, line 28, column (k) |
| 2. | Net rental real estate income (loss) | | See the Partner's Instructions |
| 3. | Other net rental income (loss) | | |
| | Net income | | Schedule E, line 28, column (h) |
| | Net loss | | See the Partner's Instructions |
| 4. | Guaranteed payments | | Schedule E, line 28, column (k) |
| 5. | Interest income | | Form 1040, line 2b |
| 6a. | Ordinary dividends | | Form 1040, line 3b |
| 6b. | Qualified dividends | | Form 1040, line 3a |
| 6c. | Dividend equivalents | | See the Partner's Instructions |
| 7. | Royalties | | Schedule E, line 4 |
| 8. | Net short-term capital gain (loss) | | Schedule D, line 5 |
| 9a. | Net long-term capital gain (loss) | | Schedule D, line 12 |
| 9b. | Collectibles (28%) gain (loss) | | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) |
| 9c. | Unrecaptured section 1250 gain | | See the Partner's Instructions |
| 10. | Net section 1231 gain (loss) | | See the Partner's Instructions |
| 11. | Other income (loss) | | |
| | Code | | |
| | A | Other portfolio income (loss) | See the Partner's Instructions |
| | B | Involuntary conversions | See the Partner's Instructions |
| | C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| | D | Mining exploration costs recapture | See Pub. 535 |
| | E | Cancellation of debt | Schedule 1 (Form 1040), line 21 or Form 982 |
| | F | Section 951A income | |
| | G | Section 965(a) inclusion | |
| | H | Subpart F income other than sections 951A and 965 inclusion | See the Partner's Instructions |
| | I | Other income (loss) | |
| 12. | Section 179 deduction | | See the Partner's Instructions |
| 13. | Other deductions | | |
| | A | Cash contributions (60%) | |
| | B | Cash contributions (30%) | |
| | C | Noncash contributions (50%) | |
| | D | Noncash contributions (30%) | See the Partner's Instructions |
| | E | Capital gain property to a 50% organization (30%) | |
| | F | Capital gain property (20%) | |
| | G | Contributions (100%) | |
| | H | Investment interest expense | Form 4952, line 1 |
| | I | Deductions - royalty income | Schedule E, line 19 |
| | J | Section 59(e)(2) expenditures | See the Partner's Instructions |
| | K | Excess business interest expense | See the Partner's Instructions |
| | L | Deductions - portfolio (other) | Schedule A, line 16 |
| | M | Amounts paid for medical insurance | Schedule A, line 1 or Schedule 1 (Form 1040), line 29 |
| | N | Educational assistance benefits | See the Partner's Instructions |
| | O | Dependent care benefits | Form 2441, line 12 |
| | P | Preproductive period expenses | See the Partner's Instructions |
| | Q | Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| | R | Pensions and IRAs | See the Partner's Instructions |
| | S | Reforestation expense deduction | See the Partner's Instructions |
| | T | through V | Reserved for future use |
| | W | Other deductions | See the Partner's Instructions |
| | X | Section 965(c) deduction | See the Partner's Instructions |
| 14. | Self-employment earnings (loss) | | |
| | Note: If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE. | | |
| | A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| | B | Gross farming or fishing income | See the Partner's Instructions |
| | C | Gross non-farm income | See the Partner's Instructions |
| 15. | Credits | | |
| | A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| | B | Low-income housing credit (other) from pre-2008 buildings | |
| | C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| | D | Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| | E | Qualified rehabilitation expenditures (rental real estate) | |
| | F | Other rental real estate credits | |
| | G | Other rental credits | |
| | H | Undistributed capital gains credit | Schedule 5 (Form 1040), line 74, box a |
| | I | Biofuel producer credit | See the Partner's Instructions |

| # | Item | | Report on |
|---|---|---|---|
| | Code | | Report on |
| | J | Work opportunity credit | |
| | K | Disabled access credit | |
| | L | Empowerment zone employment credit | |
| | M | Credit for increasing research activities | See the Partner's Instructions |
| | N | Credit for employer social security and Medicare taxes | |
| | O | Backup withholding | |
| | P | Other credits | |
| 16. | Foreign transactions | | |
| | A | Name of country or U.S. possession | |
| | B | Gross income from all sources | Form 1116, Part I |
| | C | Gross income sourced at partner level | |
| | Foreign gross income sourced at partnership level | | |
| | D | Section 951A category | |
| | E | Foreign branch category | |
| | F | Passive category | Form 1116, Part I |
| | G | General category | |
| | H | Other | |
| | Deductions allocated and apportioned at partner level | | |
| | I | Interest expense | Form 1116, Part I |
| | J | Other | Form 1116, Part I |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | K | Section 951A category | |
| | L | Foreign branch category | |
| | M | Passive category | Form 1116, Part I |
| | N | General category | |
| | O | Other | |
| | Other information | | |
| | P | Total foreign taxes paid | Form 1116, Part II |
| | Q | Total foreign taxes accrued | Form 1116, Part II |
| | R | Reduction in taxes available for credit | Form 1116, line 12 |
| | S | Foreign trading gross receipts | Form 8873 |
| | T | Extraterritorial income exclusion | Form 8873 |
| | U | Section 951A(c)(1)(A) tested income | |
| | V | Tested foreign income tax | |
| | W | Section 965 information | See the Partner's Instructions |
| | X | Other foreign transactions | |
| 17. | Alternative minimum tax (AMT) items | | |
| | A | Post-1986 depreciation adjustment | |
| | B | Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| | C | Depletion (other than oil & gas) | |
| | D | Oil, gas, & geothermal - gross income | |
| | E | Oil, gas, & geothermal - deductions | |
| | F | Other AMT items | |
| 18. | Tax-exempt income and nondeductible expenses | | |
| | A | Tax-exempt interest income | Form 1040, line 2a |
| | B | Other tax-exempt income | See the Partner's Instructions |
| | C | Nondeductible expenses | See the Partner's Instructions |
| 19. | Distributions | | |
| | A | Cash and marketable securities | |
| | B | Distribution subject to section 737 | See the Partner's Instructions |
| | C | Other property | |
| 20. | Other information | | |
| | A | Investment income | Form 4952, line 4a |
| | B | Investment expenses | Form 4952, line 5 |
| | C | Fuel tax credit information | Form 4136 |
| | D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| | E | Basis of energy property | See the Partner's Instructions |
| | F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | H | Recapture of investment credit | See Form 4255 |
| | I | Recapture of other credits | See the Partner's Instructions |
| | J | Look-back interest - completed long-term contracts | See Form 8697 |
| | K | Look-back interest - income forecast method | See Form 8866 |
| | L | Dispositions of property with section 179 deductions | |
| | M | Recapture of section 179 deduction | |
| | N | Interest expense for corporate partners | |
| | O | through Y | |
| | Z | Section 199A income | |
| | AA | Section 199A W-2 wages | |
| | AB | Section 199A unadjusted basis | See the Partner's Instructions |
| | AC | Section 199A REIT dividends | |
| | AD | Section 199A PTP income | |
| | AE | Excess taxable income | |
| | AF | Excess business interest income | |
| | AG | Gross receipts for section 59A(e) | |
| | AH | Other information | |

811262 02-13-19

| FLORIDA SCHEDULE K-1 EQUIVALENT FORM F-1065 | **Partner's Florida Information** For Calendar Year 2018 or Fiscal Year Beginning OCT 1, 2018; and Ending DEC 31, 2018. | **2018** |
|---|---|---|

Partner's Name, Address and ZIP Code

LIBERTY CLO HOLDCO, LTD
190 ELGIN AVENUE
GEORGE TOWN, GRAND CAYMAN KY1-9005 C

Partner Number: 4
Partner's Identifying Number: ▮▮▮▮

Amended Schedule K-1 ☐    Final Schedule K-1 ☐

Partnership's Name, Address and ZIP Code

SE MULTIFAMILY HOLDINGS LLC
300 CRESCENT COURT, SUITE 700
DALLAS, TX 75201

Partnership's Identifying Number: ▮▮▮▮

Partner's Percentage of:
Profit and Loss  0.0000000 %

**Florida Adjustment to Partnership Income**

Total interest excluded from federal ordinary income _____
Less associated expenses _____
   Net interest _____
State income taxes deducted from federal ordinary income _____
Other additions
_____
_____
_____
Total other additions _____
   Total Additions to Federal Income _____

Other subtractions
_____
_____
_____
Total Subtractions _____
   Total Subtractions from Federal Income _____

Net adjustment from other partnerships or ventures _____

Partnership Income Adjustment _____

**Partner's share of Apportionment Information**

|   | Within Florida | Total Everywhere |
|---|---|---|
| 1. Average property value per Schedule III-C |   |   |
| 2. Salaries, wages, commissions and compensation |   |   |
| 3. Sales |   |   |
| 4. Transportation services revenue miles |   |   |

THERE ARE NO ADJUSTMENTS FOR THIS PARTNER.