# EXHIBIT 50

651119

| Schedule K-1 (Form 1065) | 2019 | | Final K-1 ☐ | Amended K-1 ☐ | OMB No. 1545-0123 |
|---|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service    For calendar year 2019, or tax year
beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

### Part I — Information About the Partnership

**A** Partnership's employer identification number
[redacted]

**B** Partnership's name, address, city, state, and ZIP code
SE MULTIFAMILY HOLDINGS LLC
300 CRESCENT COURT, SUITE 700
DALLAS, TX  75201

**C** IRS Center where partnership filed return ▶ E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
[redacted]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
HIGHLAND CAPITAL MANAGEMENT , LP
300 CRESCENT COURT, SUITE 700
DALLAS, TX  75201

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 90.6119893 % | 90.6119893 % |
| Loss | 90.6119893 % | 90.6119893 % |
| Capital | 46.0600000 % | 46.0600000 % |

☐ Check if decrease is due to sale or exchange of partnership interest

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 5,385,513. | $ 9,112,492. |
| Qualified nonrecourse financing | $ 336,318,206. | $ 98,890,703. |
| Recourse | $ 0. | $ 0. |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L Partner's Capital Account Analysis**    SEE STATEMENT

| | |
|---|---|
| Beginning capital account | $ -2,316,140. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ 31,653,376. |
| Other increase (decrease) (attach explanation) | $ -13,781,578. |
| Withdrawals & distributions | $( ) |
| Ending capital account | $ 15,555,658. |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No    If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning  $ _____
Ending  $ _____

### Part III items

| Box | Description | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | 0. |
| 2 | Net rental real estate income (loss) | 31,650,196. |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | 3,180. |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss)  A | 0. |
| 15 | Credits | |
| 16 | Foreign transactions | |
| 17 | Alternative min tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses  C | 4,645. |
| 19 | Distributions | |
| 20 | Other information  A | 3,180. |
|    |                    Y | 31,653,376. |
|    |                    Z * | STMT |

**21** ☐ More than one activity for at-risk purposes*
**22** ☒ More than one activity for passive activity purposes*
*See attached statement for additional information.

BARKER VIGGATO- 8/5/22
EXHIBIT
12
Janice McMoran, CSR, RDR, CRR

911261 12-30-19    LHA    For Paperwork Reduction Act Notice, see Instructions for Form 1065.    www.irs.gov/Form1065    Schedule K-1 (Form 1065) 2019

1
BVLLP 001238

| SCHEDULE K-1 | SECTION 199A INFORMATION, BOX 20, CODE Z |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---:|
| **RENT - GULFSTREAM ISLES** | |
| RENTAL INCOME (LOSS) | 3,372,398. |
| **RENT - LAKES AT RENAISSANCE PARK** | |
| RENTAL INCOME (LOSS) | -193,773. |
| UNADJUSTED BASIS OF ASSETS | 23,258,930. |
| **RENT - RENTAL REAL ESTATE** | |
| RENTAL INCOME (LOSS) | 26,227,145. |
| UNADJUSTED BASIS OF ASSETS | 182,099,584. |

**SE MULTIFAMILY HOLDINGS LLC**

---

**SCH K-1**

---

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

---

SCHEDULE K-1 — CURRENT YEAR NET INCOME (LOSS) AND OTHER INCREASES(DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---:|---:|
| RENTAL REAL ESTATE INCOME (LOSS) | 31,650,196. | |
| INTEREST INCOME | 3,180. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 31,653,376. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | 31,653,376. |
| GAIN/LOSS ON BOOKS AND NOT ON RETURN | | 2,100,973. |
| AMORTIZATION ON BOOKS AND NOT ON RETURN | | -245,185. |
| DEPRECIATION ON BOOKS AND NOT ON RETURN | | -14,886,400. |
| NONDEDUCTIBLE EXPENSES | | -4,645. |
| CASH/ACCRUAL ADJUSTMENT | | -1,277,162. |
| GAAP EQUITY ADJUSTMENT | | -166,504. |
| OTHER BOOK / TAX EXPENSE DIFFERENCES | | 2,215,036. |
| OTHER BOOK / TAX INCOME DIFFERENCES | | 103,539. |
| OTHER PASSTHROUGH ENTITIES | | -1,621,230. |
| TOTAL OTHER INCREASES OR DECREASES | | -13,781,578. |

---

SCHEDULE K-1 — ITEM L. PARTNER'S CAPITAL ACCOUNT ANALYSIS

**GAAP**

SE MULTIFAMILY HOLDINGS LLC

==========================================================================

| SCHEDULE K-1 | FOOTNOTES |
|---|---|

---

LINE 20Y: NET INVESTMENT INCOME TAX (NII):
THE PARTNERSHIP IS ENGAGED IN ACTIVITIES WHERE ITEMS OF
INCOME/DEDUCTION/GAIN/LOSS REPORTED ON THIS SCHEDULE K-1 MAY
BE SUBJECT TO THE 3.8% NET INVESTMENT INCOME ("NII") TAX
UNDER IRC SECTION 1411. CERTAIN PORTFOLIO INCOME, PASSIVE
TRADE OR BUSINESS NET INCOME, NET RENTAL INCOME, OR TRADER
INCOME (FROM FINANCIAL INSTRUMENTS OR COMMODITIES AS DEFINED
UNDER REG. SECTION 1.1411-5(C)(1)&(2)) IS SUBJECT TO THE
NII TAX. PLEASE CONSULT YOUR TAX ADVISOR.

```
YOUR SHARE OF BUSINESS INTEREST EXPENSE WAS            18,081,722.
YOUR SHARE OF DEPRECIATION/AMORTIZATION WAS             2,501,311.
YOUR SHARE OF ADJUSTED TAXABLE INCOME WAS              52,236,410.
YOUR SHARE OF BUSINESS INTEREST INCOME WAS                  3,180.
```

SE MULTIFAMILY HOLDINGS, LLC HAS MADE AN ELECTION UNDER
SECTION 163(J)(7)(B) AS A REAL PROPERTY TRADE OR BUSINESS
AND IS NOT SUBJECT TO INTEREST EXPENSE LIMITATION.

PLEASE CONSULT YOUR TAX ADVISOR.

Schedule K-1 (Form 1065) 2019                                Page **2**

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040 or 1040-SR. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

1. Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Partner's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |

2. Net rental real estate income (loss) — See the Partner's Instructions
3. Other net rental income (loss)
   - Net income — Schedule E, line 28, column (h)
   - Net loss — See the Partner's Instructions
4a. Guaranteed payment Services — See the Partner's Instructions
4b. Guaranteed payment Capital — See the Partner's Instructions)
4c. Guaranteed payment Total — See the Partner's Instructions
5. Interest income — Form 1040 or 1040-SR, line 2b
6a. Ordinary dividends — Form 1040 or 1040-SR, line 3b
6b. Qualified dividends — Form 1040 or 1040-SR, line 3a
6c. Dividend equivalents — See the Partner's Instructions
7. Royalties — Schedule E, line 4
8. Net short-term capital gain (loss) — Schedule D, line 5
9a. Net long-term capital gain (loss) — Schedule D, line 12
9b. Collectibles (28%) gain (loss) — 28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
9c. Unrecaptured section 1250 gain — See the Partner's Instructions
10. Net section 1231 gain (loss) — See the Partner's Instructions
11. Other income (loss)

| Code | | Report on |
|---|---|---|
| A | Other portfolio income (loss) | See the Partner's Instructions |
| B | Involuntary conversions | See the Partner's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Cancellation of debt | |
| F | Section 743(b) positive adjustments | |
| G | Section 965(a) inclusion | |
| H | Income under subpart F (other than inclusions under sections 951A and 965) | See the Partner's Instructions |
| I | Other income (loss) | |

12. Section 179 deduction — See the Partner's Instructions
13. Other deductions

| | | |
|---|---|---|
| A | Cash contributions (60%) | |
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | See the Partner's Instructions |
| E | Capital gain property to a 50% organization (30%) | |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions - royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Partner's Instructions |
| K | Excess business interest expense | See the Partner's Instructions |
| L | Deductions - portfolio (other) | Schedule A, line 16 |
| M | Amounts paid for medical insurance | Schedule A, line 1, or Schedule 1 (Form 1040 or 1040-SR), line 16 |
| N | Educational assistance benefits | See the Partner's Instructions |
| O | Dependent care benefits | Form 2441, line 12 |
| P | Preproductive period expenses | See the Partner's Instructions |
| Q | Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| R | Pensions and IRAs | See the Partner's Instructions |
| S | Reforestation expense deduction | See the Partner's Instructions |
| T through U | | Reserved for future use |
| V | Section 743(b) negative adjustments | |
| W | Other deductions | See the Partner's Instructions |
| X | Section 965(c) deduction | |

14. Self-employment earnings (loss)

Note: If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
|---|---|---|
| B | Gross farming or fishing income | See the Partner's Instructions |
| C | Gross non-farm income | See the Partner's Instructions |

15. Credits

| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
|---|---|---|
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| D | Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |

| Code | | Report on |
|---|---|---|
| H | Undistributed capital gains credit | Schedule 3 (Form 1040 or 1040-SR), line 13, box a |
| I | Biofuel producer credit | See the Partner's Instructions |
| J | Work opportunity credit | |
| K | Disabled access credit | |
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | See the Partner's Instructions |
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | |
| P | Other credits | |

16. Foreign transactions

| A | Name of country or U.S. possession | |
|---|---|---|
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at partner level | |

Foreign gross income sourced at partnership level

| D | Reserved for future use | |
|---|---|---|
| E | Foreign branch category | |
| F | Passive category | Form 1116, Part I |
| G | General category | |
| H | Other | |

Deductions allocated and apportioned at partner level

| I | Interest expense | Form 1116, Part I |
|---|---|---|
| J | Other | Form 1116, Part I |

Deductions allocated and apportioned at partnership level to foreign source income

| K | Reserved for future use | |
|---|---|---|
| L | Foreign branch category | |
| M | Passive category | Form 1116, Part I |
| N | General category | |
| O | Other | |

Other information

| P | Total foreign taxes paid | Form 1116, Part II |
|---|---|---|
| Q | Total foreign taxes accrued | Form 1116, Part II |
| R | Reduction in taxes available for credit | Form 1116, line 12 |
| S | Foreign trading gross receipts | Form 8873 |
| T | Extraterritorial income exclusion | Form 8873 |
| U through V | | Reserved for future use |
| W | Section 965 information | |
| X | Other foreign transactions | See the Partner's Instructions |

17. Alternative minimum tax (AMT) items

| A | Post-1986 depreciation adjustment | |
|---|---|---|
| B | Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| C | Depletion (other than oil & gas) | |
| D | Oil, gas, & geothermal - gross income | |
| E | Oil, gas, & geothermal - deductions | |
| F | Other AMT items | |

18. Tax-exempt income and nondeductible expenses

| A | Tax-exempt interest income | Form 1040 or 1040-SR, line 2a |
|---|---|---|
| B | Other tax-exempt income | See the Partner's Instructions |
| C | Nondeductible expenses | See the Partner's Instructions |

19. Distributions

| A | Cash and marketable securities | |
|---|---|---|
| B | Distribution subject to section 737 | See the Partner's Instructions |
| C | Other property | |

20. Other information

| A | Investment income | Form 4952, line 4a |
|---|---|---|
| B | Investment expenses | Form 4952, line 5 |
| C | Fuel tax credit information | Form 4136 |
| D | Qualified rehabilitation expenditures (other than rental real estate) | |
| E | Basis of energy property | See the Partner's Instructions |
| F through G | | |
| H | Recapture of investment credit | See Form 4255 |
| I | Recapture of other credits | See the Partner's Instructions |
| J | Look-back interest - completed long-term contracts | See Form 8697 |
| K | Look-back interest - income forecast method | See Form 8866 |
| L | Dispositions of property with section 179 deductions | |
| M | Recapture of section 179 deduction | |
| N | Interest expense for corporate partners | |
| O through Y | | |
| Z | Section 199A information | |
| AA | Section 704(c) information | |
| AB | Section 751 gain (loss) | See the Partner's Instructions |
| AC | Section 1(h)(5) gain (loss) | |
| AD | Deemed section 1250 unrecaptured gain | |
| AE | Excess taxable income | |
| AF | Excess business interest income | |
| AG | Gross receipts for section 59A(e) | |
| AH | Other information | |

911262 12-30-19

5         1
14530909 136757              2019.04020 SE MULTIFAMILY HOLDINGS L
BVLLP 001242