# EXHIBIT 51

2

651119

| Schedule K-1 (Form 1065) | 2019 | ☐ Final K-1  ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service    For calendar year 2019, or tax year

beginning _____   ending _____

**Partner's Share of Income, Deductions, Credits, etc.**    ► See separate instructions.

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | 0. | **15** Credits | |
| **2** Net rental real estate income (loss) | | | |
| **3** Other net rental income (loss) | | **16** Foreign transactions | |
| **4a** Guaranteed payments for services | | | |
| **4b** Guaranteed payments for capital | | | |
| **4c** Total guaranteed payments | | **17** Alternative min tax (AMT) items | |
| **5** Interest income | | | |
| **6a** Ordinary dividends | | **18** Tax-exempt income and nondeductible expenses | |
| **6b** Qualified dividends | | | |
| **6c** Dividend equivalents | | | |
| **7** Royalties | | **19** Distributions    A  250,189,986. | |
| **8** Net short-term capital gain (loss) | | | |
| **9a** Net long-term capital gain (loss) | | **20** Other information | |
| **9b** Collectibles (28%) gain (loss) | | | |
| **9c** Unrecaptured section 1250 gain | | | |
| **10** Net section 1231 gain (loss) | | | |
| **11** Other income (loss) | | | |
| **12** Section 179 deduction | | | |
| **13** Other deductions | | | |
| **14** Self-employment earnings (loss)   A  0. | | | |

### Part I  Information About the Partnership

**A** Partnership's employer identification number
███████████

**B** Partnership's name, address, city, state, and ZIP code

SE MULTIFAMILY HOLDINGS LLC
300 CRESCENT COURT, SUITE 700
DALLAS, TX   75201

**C** IRS Center where partnership filed return ►
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
███████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

NEXPOINT REAL ESTATE PARTNERS LLC
300 CRESCENT COURT, SUITE 700
DALLAS, TX   75201

**G** ☐ General partner or LLC member-manager      ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner      ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____   Name _____

**I1** What type of entity is this partner?  PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here  ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 0.0000000 % | 0.0000000 % |
| Loss | 0.0000000 % | 0.0000000 % |
| Capital | 47.9400000 % | 47.9400000 % |

Check if decrease is due to sale or exchange of partnership interest  ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 5,605,331. | $ 9,484,430. |
| Qualified nonrecourse financing | $ 350,045,479. | $ 102,927,058. |
| Recourse | $ 0. | $ 0. |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** **Partner's Capital Account Analysis**

SEE STATEMENT

| | |
|---|---|
| Beginning capital account | $ 283,637,270. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ 0. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals & distributions | $( 250,189,986.) |
| Ending capital account | $ 33,447,284. |

**21** ☐ More than one activity for at-risk purposes*
**22** ☒ More than one activity for passive activity purposes*
*See attached statement for additional information.

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No    If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ............... $ _____
Ending ..................... $ _____

For IRS Use Only

911261 12-30-19    LHA   For Paperwork Reduction Act Notice, see Instructions for Form 1065.    www.irs.gov/Form1065    Schedule K-1 (Form 1065) 2019

2

BVLLP 001259

SE MULTIFAMILY HOLDINGS LLC

| SCHEDULE K-1 | ITEM L. PARTNER'S CAPITAL ACCOUNT ANALYSIS |
|---|---|

GAAP

Schedule K-1 (Form 1065) 2019    Page **2**

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040 or 1040-SR. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

| | | |
|---|---|---|
| 1. | Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | |
| | | Report on |
| | Passive loss | See the Partner's Instructions |
| | Passive income | Schedule E, line 28, column (h) |
| | Nonpassive loss | See the Partner's Instructions |
| | Nonpassive income | Schedule E, line 28, column (k) |
| 2. | Net rental real estate income (loss) | See the Partner's Instructions |
| 3. | Other net rental income (loss) | |
| | Net income | Schedule E, line 28, column (h) |
| | Net loss | See the Partner's Instructions |
| 4a. | Guaranteed payment Services | See the Partner's Instructions |
| 4b. | Guaranteed payment Capital | See the Partner's Instructions) |
| 4c. | Guaranteed payment Total | See the Partner's Instructions |
| 5. | Interest income | Form 1040 or 1040-SR, line 2b |
| 6a. | Ordinary dividends | Form 1040 or 1040-SR, line 3b |
| 6b. | Qualified dividends | Form 1040 or 1040-SR, line 3a |
| 6c. | Dividend equivalents | See the Partner's Instructions |
| 7. | Royalties | Schedule E, line 4 |
| 8. | Net short-term capital gain (loss) | Schedule D, line 5 |
| 9a. | Net long-term capital gain (loss) | Schedule D, line 12 |
| 9b. | Collectibles (28%) gain (loss) | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) |
| 9c. | Unrecaptured section 1250 gain | See the Partner's Instructions |
| 10. | Net section 1231 gain (loss) | See the Partner's Instructions |
| 11. | Other income (loss) | |
| | Code | |
| | A  Other portfolio income (loss) | See the Partner's Instructions |
| | B  Involuntary conversions | See the Partner's Instructions |
| | C  Sec. 1256 contracts & straddles | Form 6781, line 1 |
| | D  Mining exploration costs recapture | See Pub. 535 |
| | E  Cancellation of debt | |
| | F  Section 743(b) positive adjustments | |
| | G  Section 965(a) inclusion | |
| | H  Income under subpart F (other than inclusions under sections 951A and 965) | See the Partner's Instructions |
| | I  Other income (loss) | |
| 12. | Section 179 deduction | See the Partner's Instructions |
| 13. | Other deductions | |
| | A  Cash contributions (60%) | |
| | B  Cash contributions (30%) | |
| | C  Noncash contributions (50%) | |
| | D  Noncash contributions (30%) | See the Partner's Instructions |
| | E  Capital gain property to a 50% organization (30%) | |
| | F  Capital gain property (20%) | |
| | G  Contributions (100%) | |
| | H  Investment interest expense | Form 4952, line 1 |
| | I  Deductions - royalty income | Schedule E, line 19 |
| | J  Section 59(e)(2) expenditures | See the Partner's Instructions |
| | K  Excess business interest expense | See the Partner's Instructions |
| | L  Deductions - portfolio (other) | Schedule A, line 16 |
| | M  Amounts paid for medical insurance | Schedule A, line 1, or Schedule 1 (Form 1040 or 1040-SR), line 16 |
| | N  Educational assistance benefits | See the Partner's Instructions |
| | O  Dependent care benefits | Form 2441, line 12 |
| | P  Preproductive period expenses | See the Partner's Instructions |
| | Q  Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| | R  Pensions and IRAs | See the Partner's Instructions |
| | S  Reforestation expense deduction | See the Partner's Instructions |
| | T  through U | Reserved for future use |
| | V  Section 743(b) negative adjustments | |
| | W  Other deductions | See the Partner's Instructions |
| | X  Section 965(c) deduction | |
| 14. | Self-employment earnings (loss) | |
| | Note: If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE. | |
| | A  Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| | B  Gross farming or fishing income | See the Partner's Instructions |
| | C  Gross non-farm income | See the Partner's Instructions |
| 15. | Credits | |
| | A  Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| | B  Low-income housing credit (other) from pre-2008 buildings | |
| | C  Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| | D  Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| | E  Qualified rehabilitation expenditures (rental real estate) | |
| | F  Other rental real estate credits | |
| | G  Other rental credits | |

| | | |
|---|---|---|
| | Code | Report on |
| | H  Undistributed capital gains credit | Schedule 3 (Form 1040 or 1040-SR), line 13, box a |
| | I  Biofuel producer credit | See the Partner's Instructions |
| | J  Work opportunity credit | |
| | K  Disabled access credit | |
| | L  Empowerment zone employment credit | |
| | M  Credit for increasing research activities | See the Partner's Instructions |
| | N  Credit for employer social security and Medicare taxes | |
| | O  Backup withholding | |
| | P  Other credits | |
| 16. | Foreign transactions | |
| | A  Name of country or U.S. possession | |
| | B  Gross income from all sources | Form 1116, Part I |
| | C  Gross income sourced at partner level | |
| | Foreign gross income sourced at partnership level | |
| | D  Reserved for future use | |
| | E  Foreign branch category | |
| | F  Passive category | Form 1116, Part I |
| | G  General category | |
| | H  Other | |
| | Deductions allocated and apportioned at partner level | |
| | I  Interest expense | Form 1116, Part I |
| | J  Other | Form 1116, Part I |
| | Deductions allocated and apportioned at partnership level to foreign source income | |
| | K  Reserved for future use | |
| | L  Foreign branch category | |
| | M  Passive category | Form 1116, Part I |
| | N  General category | |
| | O  Other | |
| | Other information | |
| | P  Total foreign taxes paid | Form 1116, Part II |
| | Q  Total foreign taxes accrued | Form 1116, Part II |
| | R  Reduction in taxes available for credit | Form 1116, line 12 |
| | S  Foreign trading gross receipts | Form 8873 |
| | T  Extraterritorial income exclusion | Form 8873 |
| | U  through V | Reserved for future use |
| | W  Section 965 information | |
| | X  Other foreign transactions | See the Partner's Instructions |
| 17. | Alternative minimum tax (AMT) items | |
| | A  Post-1986 depreciation adjustment | |
| | B  Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| | C  Depletion (other than oil & gas) | |
| | D  Oil, gas, & geothermal - gross income | |
| | E  Oil, gas, & geothermal - deductions | |
| | F  Other AMT items | |
| 18. | Tax-exempt income and nondeductible expenses | |
| | A  Tax-exempt interest income | Form 1040 or 1040-SR, line 2a |
| | B  Other tax-exempt income | See the Partner's Instructions |
| | C  Nondeductible expenses | See the Partner's Instructions |
| 19. | Distributions | |
| | A  Cash and marketable securities | |
| | B  Distribution subject to section 737 | See the Partner's Instructions |
| | C  Other property | |
| 20. | Other information | |
| | A  Investment income | Form 4952, line 4a |
| | B  Investment expenses | Form 4952, line 5 |
| | C  Fuel tax credit information | Form 4136 |
| | D  Qualified rehabilitation expenditures (other than rental real estate) | |
| | E  Basis of energy property | See the Partner's Instructions |
| | F  through G | |
| | H  Recapture of investment credit | See Form 4255 |
| | I  Recapture of other credits | See the Partner's Instructions |
| | J  Look-back interest - completed long-term contracts | See Form 8697 |
| | K  Look-back interest - income forecast method | See Form 8866 |
| | L  Dispositions of property with section 179 deductions | |
| | M  Recapture of section 179 deduction | |
| | N  Interest expense for corporate partners | |
| | O  through Y | |
| | Z  Section 199A information | |
| | AA  Section 704(c) information | |
| | AB  Section 751 gain (loss) | See the Partner's Instructions |
| | AC  Section 1(h)(5) gain (loss) | |
| | AD  Deemed section 1250 unrecaptured gain | |
| | AE  Excess taxable income | |
| | AF  Excess business interest income | |
| | AG  Gross receipts for section 59A(e) | |
| | AH  Other information | |

911262  12-30-19

2

## Schedule of Activities

For calendar year 2019, or tax year beginning _____, 2019, and ending _____, _____.

Name: SE MULTIFAMILY HOLDINGS LLC
For: NEXPOINT REAL ESTATE PARTNERS LLC

| Description of Activity | Activity Number | 100% Disposed | PTP | P/T 199A | Type Code * | Description |
|---|---|---|---|---|---|---|
| | 3 | X | | | 8 | GULFSTREAM ISLES |
| | 4 | X | | | 8 | NREA SOUTHEAST PORTFOLIO THREE, DST |

| | Activity - 3 | Activity - 4 | Activity - |
|---|---|---|---|
| Ordinary business income (loss) | | | |
| Net rental real estate income (loss) | | | |
| Other net rental income (loss) | | | |
| Interest income | | | |
| Dividends - Ordinary dividends | | | |
| - Qualified dividends | | | |
| - Dividend equivalents (1065 only) | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | | | |
| - Collectibles (28%) gain (loss) | | | |
| - Unrecaptured Section 1250 gain | | | |
| Net section 1231 gain (loss) | | | |
| Other portfolio income | | | |
| Section 1256 contracts and straddles | | | |
| Other income | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Portfolio deductions | | | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Excess business interest expense | | | |
| Other deductions | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other rental credits | | | |
| Credits related to other rental activities | | | |
| Recapture of LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Other credits | | | |
| Post-1986 depreciation adjustment | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Depletion (other than oil and gas) | | | |
| Oil, gas and geothermal properties - gross income | | | |
| Oil, gas and geothermal properties - deductions | | | |
| Other AMT items | | | |
| Investment income | | | |
| Investment expenses | | | |
| Section 199A - W-2 wages | | | |
| - Unadjusted basis of assets | | | |
| - REIT dividends | | | |
| - Cooperative qualified business income | | | |
| - Cooperative W-2 wages | | | |

925001 02-10-20    1 - Single Family Residence    2 - Multi-Family Residence    3 - Vacation or Short-Term Rental    4 - Commercial    5 - Land    6 - Royalties    7 - Self-Rental    8 - Other

4

14530909 136757           2019.04020 SE MULTIFAMILY HOLDINGS L           2

| **FLORIDA SCHEDULE K-1 EQUIVALENT FORM F-1065** | **Partner's Florida Information** <br> **For Calendar Year 2019 or Fiscal Year** <br> Beginning _____, 2019; and Ending _____, _____. | **2019** |
|---|---|---|

Partner's Name, Address and ZIP Code

NEXPOINT REAL ESTATE PARTNERS LLC
300 CRESCENT COURT, SUITE 700
DALLAS, TX 75201

Partner Number  2
Partner's Identifying Number ██████████

Amended Schedule K-1 ☐     Final Schedule K-1 ☐

Partnership's Name, Address and ZIP Code

SE MULTIFAMILY HOLDINGS LLC
300 CRESCENT COURT, SUITE 700
DALLAS, TX 75201

Partnership's Identifying Number ██████████

Partner's Percentage of:
Profit and Loss   0.0000000 %

**Florida Adjustment to Partnership Income**

Total interest excluded from federal ordinary income ....................................... _____
Less associated expenses .................................................................................. _____
  Net interest ...................................................................................................... _____
State income taxes deducted from federal ordinary income ............................. _____
Other additions
_____
_____
_____
Total other additions ........................................................................................ _____
  Total Additions to Federal Income ................................................................. _____

Other subtractions
_____
_____
_____
Total Subtractions ............................................................................................ _____
  Total Subtractions from Federal Income ........................................................ _____

Net adjustment from other partnerships or ventures ......................................... _____

Partnership Income Adjustment ........................................................................ _____

**Partner's share of Apportionment Information**

| | Within Florida | Total Everywhere |
|---|---|---|
| 1. Average property value per Schedule III-C | | |
| 2. Salaries, wages, commissions and compensation | | |
| 3. Sales | | |
| 4. Transportation services revenue miles | | |

THERE ARE NO ADJUSTMENTS FOR THIS PARTNER.