# EXHIBIT 54

| | |
|---|---|
| **From:** | Ross Kirshner |
| **To:** | Kristin Martin |
| **Subject:** | FW: SEMFH Statement |
| **Date:** | Tuesday, September 14, 2021 4:34:59 PM |
| **Attachments:** | image001.png |

**Ross Kirshner, CPA**

**Barker Viggato, LLP**
17300 Dallas Parkway, Suite 3035
Dallas, Texas 75248
Mobile: 972-400-1735
Office: 972-789-1313
Fax: 972-789-1315
Efax: 972-314-0800
ross@bvtax.com
www.bvtax.com
https://bvtax.sharefile.com

The information contained in this e-mail is confidential and intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please reply to this message to notify us and destroy the original message.

**From:** Paul Broaddus <pbroaddus@nexpoint.com>
**Sent:** Tuesday, September 14, 2021 4:30 PM
**To:** Mark Barker <Mark@BVTax.com>; Heriberto Rios <HRios@skyviewgroup.com>; Ross Kirshner <ross@bvtax.com>
**Subject:** RE: SEMFH Statement

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Stmt as discussed:

For the 2020 Tax Year, the Manager of SE Multifamily Holdings LLC (the Partnership) allocated taxable income pursuant to Section A.III(2)(b) of the Partnership's First Amended and Restated LLC Agreement dated as of March 15, 2019, to be effective as of August 23, 2018 (the "Company Agreement"). The Company Agreement reflects capital contributions of $291,146,036 by NexPoint Real Estate Partners, LLC and $49,000 by Highland Capital Management, L.P. The economic ownership as reflected herein and in the Company Agreement is in dispute and subject to change. The Manager reserves the right to amend the tax returns of the Partnership for the Tax Year 2019 and subsequent years upon final determination of the partners' effective percentage interest in the Partnership.

BARKER VIGGATO- 8/5/22
EXHIBIT
**16**
Janice McMoran, CSR, RDR, CRR

BVLLP 001518

Paul Broaddus

# NEXPOINT

Please note my updated contact information:
915-241-6809
pbroaddus@nexpoint.com | www.nexpoint.com

---

**From:** Mark Barker <Mark@BVTax.com>
**Sent:** Tuesday, September 14, 2021 3:50 PM
**To:** Heriberto Rios <HRios@skyviewgroup.com>; Ross Kirshner <ross@bvtax.com>; Paul Broaddus <pbroaddus@nexpoint.com>
**Subject:** SEMFH Statement

Paul,

Was checking to see if the statement was ready?

Mark Barker

Barker Viggato, LLP

17300 Dallas Parkway, Suite 3035

Dallas, Texas 75248

Phone: 972-789-1313

Fax: 972-789-1315

mark@bvtax.com

---

**From:** Heriberto Rios <HRios@skyviewgroup.com>
**Sent:** Monday, September 13, 2021 5:38 PM
**To:** Ross Kirshner <ross@bvtax.com>; Paul Broaddus <pbroaddus@nexpoint.com>; Mark Barker <Mark@BVTax.com>
**Subject:** RE: Have we filed SE MF Yet?

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sounds good. I sent these out for signature & should have the executed pages back by tomorrow.

---

**From:** Ross Kirshner <ross@bvtax.com>
**Sent:** Monday, September 13, 2021 5:24 PM
**To:** Heriberto Rios <HRios@skyviewgroup.com>; Paul Broaddus <pbroaddus@nexpoint.com>; Mark Barker <Mark@BVTax.com>
**Subject:** RE: Have we filed SE MF Yet?

Heriberto,

You can sign the pages with the old address. The pages are just for our records.

**Ross Kirshner, CPA**

**Barker Viggato, LLP**
17300 Dallas Parkway, Suite 3035
Dallas, Texas 75248
Mobile:  972-400-1735
Office: 972-789-1313
Fax:  972-789-1315
Efax:  972-314-0800
ross@bvtax.com
www.bvtax.com
https://bvtax.sharefile.com

The information contained in this e-mail is confidential and intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please reply to this message to notify us and destroy the original message.

**From:** Heriberto Rios <HRios@skyviewgroup.com>
**Sent:** Monday, September 13, 2021 5:07 PM
**To:** Ross Kirshner <ross@bvtax.com>; Paul Broaddus <pbroaddus@nexpoint.com>; Mark Barker <Mark@BVTax.com>
**Subject:** RE: Have we filed SE MF Yet?

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Paul will send the statement over once it's ready. As for the signature pages, it looks like some of the states have the partnership's address listed on the sig page. Let me know if I should wait for the updated address to be pushed through, or if you are okay with us having these versions executed.

**From:** Ross Kirshner <ross@bvtax.com>
**Sent:** Monday, September 13, 2021 11:18 AM
**To:** Heriberto Rios <HRios@skyviewgroup.com>; Paul Broaddus <pbroaddus@nexpoint.com>; Mark Barker <Mark@BVTax.com>
**Subject:** RE: Have we filed SE MF Yet?

Heriberto,

We have not filed the return yet, we can update the addresses. Can you provide the statement for us to attach?

The signature page file includes the signature pages for the state returns.

**Ross Kirshner, CPA**

**Barker Viggato, LLP**
17300 Dallas Parkway, Suite 3035
Dallas, Texas 75248
Mobile:  972-400-1735
Office: 972-789-1313
Fax:  972-789-1315
Efax:  972-314-0800
ross@bvtax.com
www.bvtax.com
https://bvtax.sharefile.com

The information contained in this e-mail is confidential and intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please reply to this message to notify us and destroy the original message.

**From:** Heriberto Rios <HRios@skyviewgroup.com>
**Sent:** Monday, September 13, 2021 11:07 AM
**To:** Paul Broaddus <pbroaddus@nexpoint.com>; Mark Barker <Mark@BVTax.com>; Ross Kirshner <ross@bvtax.com>
**Subject:** RE: Have we filed SE MF Yet?

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I haven't sent the signed efile authorization yet, so I believe it hasn't been filed. Also, can you please update the tax return to revert the partnership + partner addresses in all instances where 2515 McKinney, Suite 1100 is being used to 300 Crescent Court, Suite 700? Nexpoint moved back in effective earlier this month. Exception being Highland Capital Management, L.P. which should be 100 Crescent Court, Suite 1850 Dallas TX 75201.

Are there e-file authorizations required for any of the 9/15 states? If so, can you also provide those for execution?

Thanks

**From:** Paul Broaddus <pbroaddus@nexpoint.com>

BVLLP 001521

**Sent:** Monday, September 13, 2021 11:01 AM
**To:** Heriberto Rios <HRios@skyviewgroup.com>; Mark Barker <Mark@bvtax.com>; Ross Kirshner <ross@bvtax.com>
**Subject:** Have we filed SE MF Yet?

If so, we want to add a statement to the return and then file a superseded return on or before Wednesday.  If we haven't filed yet, please hold the filing until we get the statement to you to attach.

Happy to discuss live.

Paul

Paul Broaddus

**NEXPOINT**

Please note my updated contact information:
915-241-6809
pbroaddus@nexpoint.com | www.nexpoint.com

DISCLAIMER-Securities offered through NexPoint Securities, Inc., ("NexPoint Securities") Member FINRA/SIPC. This email may contain privileged and/or confidential information. Use by other than intended recipients is prohibited. If received in error, please immediately delete this email from your computer, destroy any hard copies and notify the sender. NexPoint Securities archives email, which are subject to review by NexPoint Securities and various regulators. This email is for informational purposes only and is not an offer, recommendation or solicitation to purchase or sell any security nor is it an official confirmation of terms. NexPoint Securities makes no representation about the accuracy or completeness of information herein. Past performance is not indicative of future returns. Investments may lose money and such investment losses are not insured.

DISCLAIMER: This email is intended for the recipient(s) only and should not be copied or reproduced without explicit permission. The material provided herein is for informational purposes only and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. It may contain confidential, proprietary, or legally privileged information. If you received this message in error, please immediately delete it.

DISCLAIMER-Securities offered through NexPoint Securities, Inc., ("NexPoint Securities") Member FINRA/SIPC. This email may contain privileged and/or confidential information. Use by other than intended recipients is prohibited. If received in error, please immediately delete this email from your computer, destroy any hard copies and notify the sender. NexPoint Securities archives email, which are subject to review by NexPoint Securities and various regulators. This email is for informational purposes only and is not an offer, recommendation or solicitation to purchase or sell any security nor is it an official confirmation of terms. NexPoint Securities makes no representation about the accuracy or completeness of information herein. Past performance is not indicative of future returns. Investments may lose money and such investment losses are not insured.