# EXHIBIT 57

651119

| | | |
|---|---|---|
| Schedule K-1 (Form 1065) Department of the Treasury Internal Revenue Service | **2020** For calendar year 2020, or tax year beginning _____ ending _____ | ☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123 **Part III** Partner's Share of Current Year Income, Deductions, Credits, and Other Items |

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

### Part I — Information About the Partnership

**A** Partnership's employer identification number
[REDACTED]

**B** Partnership's name, address, city, state, and ZIP code
SE MULTIFAMILY HOLDINGS LLC
300 CRESCENT COURT, SUITE 700
DALLAS, TX 75201

**C** IRS Center where partnership filed return ▶ E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
[REDACTED]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
BH EQUITIES, LLC
400 LOCUST ST, STE 790
DES MOINES, IA 50309

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner
**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  PARTNERSHIP
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 5.7837440 % | 6.0000000 % |
| Loss | 5.7837440 % | 6.0000000 % |
| Capital | 6.0000000 % | 6.0000000 % |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 1,187,038. | $ 496,302. |
| Qualified nonrecourse financing | $ 12,881,985. | $ 6,360,618. |
| Recourse | $ 0. | $ 0. |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** Partner's Capital Account Analysis   SEE STATEMENT

| | |
|---|---|
| Beginning capital account | $ 23,476,243. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ 0. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals & distributions | $( 14,953,074.) |
| Ending capital account | $ 8,523,169. |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning $ _____
Ending $ _____

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Description | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | 0. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss)   A | 0. |
| 15 | Credits | |
| 16 | Foreign transactions | |
| 17 | Alternative min tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions   A | 14,953,074. |
| 20 | Other information | |

**21** ☐ More than one activity for at-risk purposes*
**22** ☒ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

011261 01-05-21   LHA   For Paperwork Reduction Act Notice, see Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2020

3
BVLLP 001362

**SE MULTIFAMILY HOLDINGS LLC**

| SCHEDULE K-1 | ITEM L. PARTNER'S CAPITAL ACCOUNT ANALYSIS |

**BEGINNING CAPITAL ACCOUNT METHOD USED - TAX BASIS**

3

## List of Codes Used in Schedule K-1 (Form 1065)

| Box Number / Item | Where to report or where to find further reporting information. Page numbers refer to this instruction. |
|---|---|
| 1. Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | |
|     Passive loss | See page 8 |
|     Passive income | Schedule E (Form 1040), line 28, column (h) |
|     Nonpassive loss | See page 8 |
|     Nonpassive income | Schedule E (Form 1040), line 28, column (k) |
| 2. Net rental real estate income (loss) | See page 8 |
| 3. Other net rental income (loss) | |
|     Net income | Schedule E (Form 1040), line 28, column (h) |
|     Net loss | See Instructions for Form 8582 |
| 4a. Guaranteed payment Services | See instructions for Schedule E (Form 1040) |
| 4b. Guaranteed payment Capital | See instructions for Schedule E (Form 1040) |
| 4c. Guaranteed payment Total | See page 8 |
| 5. Interest income | Form 1040 or 1040-SR, line 2b |
| 6a. Ordinary dividends | Form 1040 or 1040-SR, line 3b |
| 6b. Qualified dividends | Form 1040 or 1040-SR, line 3a |
| 6c. Dividend equivalents | See page 9 |
| 7. Royalties | Schedule E (Form 1040), line 4 |
| 8. Net short-term capital gain (loss) | Schedule D (Form 1040), line 5 |
| 9a. Net long-term capital gain (loss) | Schedule D (Form 1040), line 12 |
| 9b. Collectibles (28%) gain (loss) | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| 9c. Unrecaptured section 1250 gain | See page 9 |
| 10. Net section 1231 gain (loss) | See page 9 |
| 11. Other income (loss) | |
|     Code A. Other portfolio income (loss) | See page 9 |
|     Code B. Involuntary conversions | See page 9 |
|     Code C. Section 1256 contracts & straddles | Form 6781, line 1 |
|     Code D. Mining exploration costs recapture | See Pub. 535 |
|     Code E. Cancellation of debt | See page 9 |
|     Code F. Section 743(b) positive adjustments | See page 10 |
|     Code G. Section 965 inclusion | See page 10 |
|     Code H. Income under subpart F (other than inclusions under section 951A) | See page 10 |
|     Code I. Other income (loss) | See page 10 |
| 12. Section 179 deduction | See page 11 |
| 13. Other deductions | |
|     Code A. Cash contributions (60%) | See page 11 |
|     Code B. Cash contributions (30%) | See page 11 |
|     Code C. Noncash contributions (50%) | See page 11 |
|     Code D. Noncash contributions (30%) | See page 11 |
|     Code E. Capital gain property to a 50% organization (30%) | See page 11 |
|     Code F. Capital gain property (20%) | See page 11 |
|     Code G. Contributions (100%) | See page 11 |
|     Code H. Investment interest expense | Form 4952, line 1 |
|     Code I. Deductions - royalty income | Schedule E (Form 1040), line 19 |
|     Code J. Section 59(e)(2) expenditures | See page 12 |
|     Code K. Excess business interest expense | See page 12 |
|     Code L. Deductions - portfolio (other) | Schedule A, line 16 |
|     Code M. Amounts paid for medical insurance | Schedule A, line 1, or Schedule 1 (Form 1040), line 16 |
|     Code N. Educational assistance benefits | See page 12 |
|     Code O. Dependent care benefits | Form 2441, line 12 |
|     Code P. Preproductive period expenses See the Partner's Instructions | See page 12 |
|     Code Q. Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
|     Code R. Pensions and IRAs | See page 12 |
|     Code S. Reforestation expense deduction | See page 12 |
|     Codes T through U. Reserved for future use | |
|     Code V. Section 743(b) negative adjustments | See page 12 |
|     Code W. Other deductions | See page 12 |
|     Code X. Section 965(c) deduction | See page 13 |
| Code 14. Self-employment earnings (loss) | |
|     Note. If you have a section 179 deduction or any partner-level deductions, see page 13 before completing Schedule SE (Form 1040). | |
|     Code A. Net earnings (loss) from self-employment | Schedule SE (Form 1040) |
|     Code B. Gross farming or fishing income | See page 13 |
|     Code C. Gross non-farm income | See page 13 |

## List of Codes Used In Schedule K-1 (Form 1065) (continued)

| Box Number / Item | | Where to report or where to find further reporting information. Page numbers refer to this instruction. |
|---|---|---|
| 15. Credits | | |
| | Code A. Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See page 13 |
| | Code B. Low-income housing credit (other) from pre-2008 buildings | See page 13 |
| | Code C. Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See page 13 |
| | Code D. Low-income housing credit (other) from post-2007 buildings | See page 13 |
| | Code E. Qualified rehabilitation expenditures (rental real estate) | See page 13 |
| | Code F. Other rental real estate credits | See page 14 |
| | Code G. Other rental credits }See the Partner's Instructions | See page 14 |
| | Code H. Undistributed capital gains credit | Schedule 3 (Form 1040), line 12, box a |
| | Code I. Biofuel producer credit | See page 14 |
| | Code J. Work opportunity credit | See page 14 |
| | Code K. Disabled access credit | See page 14 |
| | Code L. Empowerment zone employment credit | See page 14 |
| | Code M. Credit for increasing research activities | See page 14 |
| | Code N. Credit for employer social security and Medicare taxes | See page 14 |
| | Code O Backup withholding | See page 14 |
| | Code P Other credits | See page 14 |
| 16. Foreign transactions | | |
| | Code A. Name of country or U.S. possession | Form 1116, Part I |
| | Code B. Gross income from all sources | Form 1116, Part I |
| | Code C. Gross income sourced at partner level | Form 1116, Part I |
| | Foreign gross income sourced at partnership level | |
| | Code D. Reserved for future use | |
| | Code E. Foreign branch category | Form 1116, Part I |
| | Code F. Passive category | Form 1116, Part I |
| | Code G. General category | Form 1116, Part I |
| | Code H. Other | Form 1116, Part I |
| | Deductions allocated and apportioned at partner level | |
| | Code I. Interest expense | Form 1116, Part I |
| | Code J. Other | Form 1116, Part I |
| | Deductions allocated and apportioned at partnership level to foreign source income | |
| | Code K. Reserved for future use | |
| | Code L. Foreign branch category | Form 1116, Part I |
| | Code M. Passive category | Form 1116, Part I |
| | Code N. General category | Form 1116, Part I |
| | Code O. Other | Form 1116, Part I |
| | Other information | |
| | Code P. Total foreign taxes paid | Form 1116, Part II |
| | Code Q. Total foreign taxes accrued | Form 1116, Part II |
| | Code R. Reduction in taxes available for credit | Form 1116, line 12 |
| | Code S. Foreign trading gross receipts | Form 8873 |
| | Code T. Extraterritorial income exclusion | Form 8873 |
| | Codes U and V. Reserved for future use | |
| | Code W. Section 965 information | See page 15 |
| | Code X. Other foreign transactions | See page 15 |
| | Codes Y and Z. Reserved for future use | |
| | Code AA. Gross receipts per Regulations 1.59A-7(e)(2)-current year | |
| | Code AB. Gross receipts per Regulations 1.59A-7(e)(2)-first preceding year | |
| | Code AC. Gross receipts per Regulations 1.59A-7(e)(2)-second preceding year | |

**List of Codes Used in Schedule K-1 (Form 1065) (continued)**

| Box Number / Item | Where to report or where to find further reporting information. Page numbers refer to this instruction. |
|---|---|
| 16. Foreign transactions (continued) | |
| Code AD. Gross receipts per Regulations 1.59A-7(e )(2)-third preceding year | |
| Code AE. Base erosion tax benefits from base erosion tax payments per Regulations 1.59A-7(d). | |
| Code AF. Amounts included in the denominator of the base erosion percentage per Regulations 1.59A-2(e)(3)(i) | |
| Code AG. Section 951A (GILTI) information | |
| Code AH. Foreign-derived intangible income (FDII) information | |
| Code AI. Section 864(c)(8) foreign partner's distributive share of the deemed sale items on transfer of partnership interest | |
| 17. Alternative minimum tax (AMT) items | |
| Code A. Post-1986 depreciation adjustment | See Instructions for Form 6251 |
| Code B. Adjusted gain or loss | See Instructions for Form 6251 |
| Code C. Depletion (other than oil & gas) | See Instructions for Form 6251 |
| Code D. Oil, gas, and geothermal - gross income | See Instructions for Form 6251 |
| Code E. Oil, gas, and geothermal - deductions | See Instructions for Form 6251 |
| Code F. Other AMT items | See Instructions for Form 6251 |
| 18. Tax-exempt income and nondeductible expenses | |
| Code A. Tax-exempt interest income | Form 1040 or 1040-SR, line 2a |
| Code B. Other tax-exempt income | See page 15 |
| Code C. Nondeductible expenses | See page 15 |
| 19. Distributions | |
| Code A. Cash and marketable securities | See page 15 |
| Code B. Distribution subject to section 737 | See page 16 |
| Code C. Other property | See page 16 |
| 20. Other information | |
| Code A. Investment income | Form 4952, line 4a |
| Code B. Investment expenses | Form 4952, line 5 |
| Code C. Fuel tax credit information | Form 4136 |
| Code D. Qualified rehabilitation expenditures (other than rental real estate) | See page 16 |
| Code E. Basis of energy property | See page 16 |
| Code F. Recapture of low-income housing credit for section 42(j)(5) partnerships | See page 16 |
| Code G. Recapture of low-income housing credit for other partnerships | See page 16 |
| Code H. Recapture of investment credit | See Form 4255 |
| Code I. Recapture of other credits | See page 16 |
| Code J. Look-back interest-completed long-term contracts | See Form 8697 |
| Code K. Look-back interest-income forecast method | See Form 8866 |
| Code L. Dispositions of property with section 179 deductions | See page 17 |
| Code M. Recapture of section 179 deduction | See page 17 |
| Code N. Business interest expense (information item) | See page 17 |
| Code O. Section 453(l)(3) information | Sch. 2 (Form 1040), line 8 |
| Code P. Section 453A(c) information | Sch. 2 (Form 1040), line 8 |
| Code Q. Section 1260(b) information | Sch. 2 (Form 1040), line 8 |
| Code R. Interest allocable to production expenditures | See Regulations sections 1.263A-8 through -15 |
| Code S. Capital construction fund (CCF) nonqualified withdrawals | Sch. 2 (Form 1040), line 10 |
| Code T. Depletion deduction | See Pub. 535 |
| Code U. Reserved for future use | |
| Code V. Unrelated business taxable income | See page 18 |

**List of Codes Used in Schedule K-1 (Form 1065) (continued)**

| Box Number / Item | Where to report or where to find further reporting information. Page numbers refer to this instruction. |
|---|---|
| 20. Other information (continued) | |
| Code W. Precontribution gain (loss) | Form 8949 and/or Schedule D (Form 1040); or Form 4797 |
| Code Y. Net investment income | See Instructions for Form 8960 |
| Code Z. Section 199A information | Form 8995 or Form 8995-A |
| Code AA. Section 704(c) information | See page 18 |
| Code AB. Section 751 gain (loss) | See page 18 |
| Code AC. Section 1(h)(5) gain (loss) | See page 19 |
| Code AD. Deemed section 1250 unrecaptured gain | See page 19 |
| Code AE. Excess taxable income | See Instructions for Form 8990 |
| Code AF. Excess business interest income | See page 19 |
| Code AG. Gross receipts for section 448(c) | See page 19 |
| Code AH. Other information | See page 19 |

3

## Schedule of Activities

For calendar year 2020, or tax year beginning                , 2020, and ending                ,                .

Name: SE MULTIFAMILY HOLDINGS LLC
For: BH EQUITIES, LLC

| Description of Activity | Activity Number | 100% Disposed | PTP | P/T 199A | Type Code * | Description |
|---|---|---|---|---|---|---|
| | 2 | X | | | 8 | LAKES AT RENAISSANCE PARK |
| | 4 | X | | | 8 | NEXPOINT TEXAS MF PORTFOLIO |
| | 4 | X | | | 8 | NREA SOUTHEAST PORTFOLIO ONE, DST |

| | Activity - 2 | Activity - 4 | Activity - 4 |
|---|---|---|---|
| Ordinary business income (loss) | | | |
| Net rental real estate income (loss) | | | |
| Other net rental income (loss) | | | |
| Interest income | | | |
| Dividends - Ordinary dividends | | | |
| - Qualified dividends | | | |
| - Dividend equivalents (1065 only) | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | | | |
| - Collectibles (28%) gain (loss) | | | |
| - Unrecaptured Section 1250 gain | | | |
| Net section 1231 gain (loss) | | | |
| Other portfolio income | | | |
| Section 1256 contracts and straddles | | | |
| Other income | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Portfolio deductions | | | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Excess business interest expense | | | |
| Other deductions | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other rental credits | | | |
| Credits related to other rental activities | | | |
| Recapture of LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Other credits | | | |
| Post-1986 depreciation adjustment | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Depletion (other than oil and gas) | | | |
| Oil, gas and geothermal properties - gross income | | | |
| Oil, gas and geothermal properties - deductions | | | |
| Other AMT items | | | |
| Investment income | | | |
| Investment expenses | | | |
| Section 199A - W-2 wages | | | |
| - Unadjusted basis of assets | | | |
| - REIT dividends | | | |
| - Cooperative qualified business income | | | |
| - Cooperative W-2 wages | | | |

025001 04-01-20   1 - Single Family Residence   2 - Multi-Family Residence   3 - Vacation or Short-Term Rental   4 - Commercial   5 - Land   6 - Royalties   7 - Self-Rental   8 - Other