# EXHIBIT 58

4

651119

| Schedule K-1 (Form 1065) | 2020 | [X] Final K-1  [ ] Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2020, or tax year

beginning _____  ending _____

**Partner's Share of Income, Deductions, Credits, etc.**    ▶ See separate instructions.

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | 0. | **15** Credits | |
| **2** Net rental real estate income (loss) | -33,656. | **16** Foreign transactions | |
| **3** Other net rental income (loss) | | | |
| **4a** Guaranteed payments for services | | | |
| **4b** Guaranteed payments for capital | | | |
| **4c** Total guaranteed payments | | **17** Alternative min tax (AMT) items | |
| **5** Interest income | 6. | | |
| **6a** Ordinary dividends | | **18** Tax-exempt income and nondeductible expenses | |
| **6b** Qualified dividends | | | |
| **6c** Dividend equivalents | | | |
| **7** Royalties | | **19** Distributions  A | 4,460,634. |
| **8** Net short-term capital gain (loss) | | | |
| **9a** Net long-term capital gain (loss) | | **20** Other information  A | 6. |
| | | N * | 60,741. |
| **9b** Collectibles (28%) gain (loss) | | Z * | STMT |
| | | AG * | 710,971. |
| **9c** Unrecaptured section 1250 gain | | | |
| **10** Net section 1231 gain (loss) | 103,836. | | |
| **11** Other income (loss) | | | |
| **12** Section 179 deduction | | | |
| **13** Other deductions | | | |
| **14** Self-employment earnings (loss) | | | |

### Part I  Information About the Partnership

**A** Partnership's employer identification number
[REDACTED]

**B** Partnership's name, address, city, state, and ZIP code

SE MULTIFAMILY HOLDINGS LLC
300 CRESCENT COURT, SUITE 700
DALLAS, TX  75201

**C** IRS Center where partnership filed return ▶
E-FILE

**D** [ ] Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
[REDACTED]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

LIBERTY CLO HOLDCO, LTD
190 ELGIN AVENUE
GEORGE TOWN, GRAND CAYMAN  KY1-9005 C

**G** [ ] General partner or LLC member-manager   [X] Limited partner or other LLC member

**H1** [ ] Domestic partner   [X] Foreign partner

**H2** [ ] If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  CORPORATION

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here [ ]

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 3.6042667 % | 0.00000000 % |
| Loss | 3.6042667 % | 0.00000000 % |
| Capital | 0.00000000 % | 0.00000000 % |

Check if decrease is due to sale or exchange of partnership interest [ ]

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 0. | $ 0. |
| Qualified nonrecourse financing | $ 0. | $ 0. |
| Recourse | $ 0. | $ 0. |

[ ] Check this box if Item K includes liability amounts from lower tier partnerships.

**L**   **Partner's Capital Account Analysis**

SEE STATEMENT

| | |
|---|---|
| Beginning capital account | $ 4,390,448. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ 70,186. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals & distributions | $( 4,460,634.) |
| **Ending capital account** | $ 0. |

**21** [ ] More than one activity for at-risk purposes*
**22** [X] More than one activity for passive activity purposes*
*See attached statement for additional information.

**M** Did the partner contribute property with a built-in gain or loss?
[ ] Yes   [X] No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ...... $ _____
Ending ........... $ _____

For IRS Use Only

011261 01-05-21  LHA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2020

4

BVLLP 001383

SE MULTIFAMILY HOLDINGS LLC

---

| SCHEDULE K-1 | BUSINESS INTEREST EXPENSE, BOX 20, CODE N |
|---|---|

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| BUSINESS INTEREST EXPENSE - (INCLUDED IN RENTAL REAL ESTATE INCOME (LOSS)) | SEE PARTNERS INSTRUCTIONS | 60,741. |
| TOTAL TO SCHEDULE K-1, BOX 20, CODE N | | 60,741. |

---

| SCHEDULE K-1 | SECTION 199A INFORMATION, BOX 20, CODE Z |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| RENT - RENTAL REAL ESTATE | |
|     RENTAL INCOME (LOSS) | -39,835. |
|     SECTION 1231 GAIN (LOSS) | 101,992. |
|     UNADJUSTED BASIS OF ASSETS | 1,257,967. |

## SCH K-1

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

### SCHEDULE K-1 GROSS RECEIPTS FOR SECTION 448(C), BOX 20, CODE AG

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| GROSS RECEIPTS - CURRENT YEAR | SEE IRS SCH. K-1 INSTRUCTIONS | 710,971. |
| TOTAL TO SCHEDULE K-1, LINE 20 AG | | 710,971. |

### SCHEDULE K-1 — CURRENT YEAR NET INCOME (LOSS) AND OTHER INCREASES(DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| RENTAL REAL ESTATE INCOME (LOSS) | -33,656. | |
| INTEREST INCOME | 6. | |
| SECTION 1231 GAIN (LOSS) | 103,836. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 70,186. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | 70,186. |

### SCHEDULE K-1    ITEM L. PARTNER'S CAPITAL ACCOUNT ANALYSIS

BEGINNING CAPITAL ACCOUNT METHOD USED - TAX BASIS

| SCHEDULE K-1 | FOOTNOTES |
|---|---|

LINE 20Y: NET INVESTMENT INCOME TAX (NII):
THE PARTNERSHIP IS ENGAGED IN ACTIVITIES WHERE ITEMS OF
INCOME/DEDUCTION/GAIN/LOSS REPORTED ON THIS SCHEDULE K-1 MAY
BE SUBJECT TO THE 3.8% NET INVESTMENT INCOME ("NII") TAX
UNDER IRC SECTION 1411. CERTAIN PORTFOLIO INCOME, PASSIVE
TRADE OR BUSINESS NET INCOME, NET RENTAL INCOME, OR TRADER
INCOME (FROM FINANCIAL INSTRUMENTS OR COMMODITIES AS DEFINED
UNDER REG. SECTION 1.1411-5(C)(1)&(2)) IS SUBJECT TO THE
NII TAX. PLEASE CONSULT YOUR TAX ADVISOR.
FOR TAX YEARS BEGINNING ON OR AFTER JANUARY 1, 2020, THE IRS
REQUIRES THE AMOUNTS IN ITEM L OF THE SCHEDULE K-1 TO BE
REPORTED ON THE TAX BASIS METHOD. YOUR BEGINNING CAPITAL
ACCOUNT HAS BEEN COMPUTED TO CONFORM TO THIS NEW IRS
REQUIREMENT. ANY TAX BASIS CAPITAL NUMBER REPORTED TO YOU
SHOULD NOT BE RELIED UPON FOR PURPOSES OF COMPUTING YOUR
OUTSIDE TAX BASIS IN YOUR PARTNERSHIP INTEREST. NO
DETERMINATION HAS BEEN MADE AS TO WHETHER ANY DEDUCTION OF
LOSSES ARE LIMITED UNDER SECTION 465 OR IF ANY DISTRIBUTIONS
IN EXCESS OF A PARTNER'S TAX BASIS MAY BE TREATED AS A SALE
OF PARTNERSHIP INTEREST UNDER SECTION 731.

PRIOR YEAR ENDING CAPITAL ACCOUNT METHOD: BOOK
CURRENT YEAR BEGINNING CAPITAL ACCOUNT METHOD: TAX BASIS

## List of Codes Used in Schedule K-1 (Form 1065)

| Box Number / Item | Where to report or where to find further reporting information. Page numbers refer to this instruction. |
|---|---|
| 1. Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | |
| Passive loss | See page 8 |
| Passive income | Schedule E (Form 1040), line 28, column (h) |
| Nonpassive loss | See page 8 |
| Nonpassive income | Schedule E (Form 1040), line 28, column (k) |
| 2. Net rental real estate income (loss) | See page 8 |
| 3. Other net rental income (loss) | |
| Net income | Schedule E (Form 1040), line 28, column (h) |
| Net loss | See Instructions for Form 8582 |
| 4a. Guaranteed payment Services | See instructions for Schedule E (Form 1040) |
| 4b. Guaranteed payment Capital | See instructions for Schedule E (Form 1040) |
| 4c. Guaranteed payment Total | See page 8 |
| 5. Interest income | Form 1040 or 1040-SR, line 2b |
| 6a. Ordinary dividends | Form 1040 or 1040-SR, line 3b |
| 6b. Qualified dividends | Form 1040 or 1040-SR, line 3a |
| 6c. Dividend equivalents | See page 9 |
| 7. Royalties | Schedule E (Form 1040), line 4 |
| 8. Net short-term capital gain (loss) | Schedule D (Form 1040), line 5 |
| 9a. Net long-term capital gain (loss) | Schedule D (Form 1040), line 12 |
| 9b. Collectibles (28%) gain (loss) | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| 9c. Unrecaptured section 1250 gain | See page 9 |
| 10. Net section 1231 gain (loss) | See page 9 |
| 11. Other income (loss) | |
| Code A. Other portfolio income (loss) | See page 9 |
| Code B. Involuntary conversions | See page 9 |
| Code C. Section 1256 contracts & straddles | Form 6781, line 1 |
| Code D. Mining exploration costs recapture | See Pub. 535 |
| Code E. Cancellation of debt | See page 9 |
| Code F. Section 743(b) positive adjustments | See page 10 |
| Code G. Section 965 inclusion | See page 10 |
| Code H. Income under subpart F (other than inclusions under section 951A) | See page 10 |
| Code I. Other income (loss) | See page 10 |
| 12. Section 179 deduction | See page 11 |
| 13. Other deductions | |
| Code A. Cash contributions (60%) | See page 11 |
| Code B. Cash contributions (30%) | See page 11 |
| Code C. Noncash contributions (50%) | See page 11 |
| Code D. Noncash contributions (30%) | See page 11 |
| Code E. Capital gain property to a 50% organization (30%) | See page 11 |
| Code F. Capital gain property (20%) | See page 11 |
| Code G. Contributions (100%) | See page 11 |
| Code H. Investment interest expense | Form 4952, line 1 |
| Code I. Deductions - royalty income | Schedule E (Form 1040), line 19 |
| Code J. Section 59(e)(2) expenditures | See page 12 |
| Code K. Excess business interest expense | See page 12 |
| Code L. Deductions - portfolio (other) | Schedule A, line 16 |
| Code M. Amounts paid for medical insurance | Schedule A, line 1, or Schedule 1 (Form 1040), line 16 |
| Code N. Educational assistance benefits | See page 12 |
| Code O. Dependent care benefits | Form 2441, line 12 |
| Code P. Preproductive period expenses See the Partner's Instructions | See page 12 |
| Code Q. Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| Code R. Pensions and IRAs | See page 12 |
| Code S. Reforestation expense deduction | See page 12 |
| Codes T through U. Reserved for future use | |
| Code V. Section 743(b) negative adjustments | See page 12 |
| Code W. Other deductions | See page 12 |
| Code X. Section 965(c) deduction | See page 13 |
| Code 14. Self-employment earnings (loss) | |
| Note. If you have a section 179 deduction or any partner-level deductions, see page 13 before completing Schedule SE (Form 1040). | |
| Code A. Net earnings (loss) from self-employment | Schedule SE (Form 1040) |
| Code B. Gross farming or fishing income | See page 13 |
| Code C. Gross non-farm income | See page 13 |

**List of Codes Used In Schedule K-1 (Form 1065) (continued)**

| Box Number / Item | | Where to report or where to find further reporting information. Page numbers refer to this instruction. |
|---|---|---|
| 15. Credits | | |
| | Code A. Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See page 13 |
| | Code B. Low-income housing credit (other) from pre-2008 buildings | See page 13 |
| | Code C. Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See page 13 |
| | Code D. Low-income housing credit (other) from post-2007 buildings | See page 13 |
| | Code E. Qualified rehabilitation expenditures (rental real estate) | See page 13 |
| | Code F. Other rental real estate credits | See page 14 |
| | Code G. Other rental credits }See the Partner's Instructions | See page 14 |
| | Code H. Undistributed capital gains credit | Schedule 3 (Form 1040), line 12, box a |
| | Code I. Biofuel producer credit | See page 14 |
| | Code J. Work opportunity credit | See page 14 |
| | Code K. Disabled access credit | See page 14 |
| | Code L. Empowerment zone employment credit | See page 14 |
| | Code M. Credit for increasing research activities | See page 14 |
| | Code N. Credit for employer social security and Medicare taxes | See page 14 |
| | Code O Backup withholding | See page 14 |
| | Code P Other credits | See page 14 |
| 16. Foreign transactions | | |
| | Code A. Name of country or U.S. possession | Form 1116, Part I |
| | Code B. Gross income from all sources | Form 1116, Part I |
| | Code C. Gross income sourced at partner level | Form 1116, Part I |
| | Foreign gross income sourced at partnership level | |
| | Code D. Reserved for future use | |
| | Code E. Foreign branch category | Form 1116, Part I |
| | Code F. Passive category | Form 1116, Part I |
| | Code G. General category | Form 1116, Part I |
| | Code H. Other | Form 1116, Part I |
| | Deductions allocated and apportioned at partner level | |
| | Code I. Interest expense | Form 1116, Part I |
| | Code J. Other | Form 1116, Part I |
| | Deductions allocated and apportioned at partnership level to foreign source income | |
| | Code K. Reserved for future use | |
| | Code L. Foreign branch category | Form 1116, Part I |
| | Code M. Passive category | Form 1116, Part I |
| | Code N. General category | Form 1116, Part I |
| | Code O. Other | Form 1116, Part I |
| | Other information | |
| | Code P. Total foreign taxes paid | Form 1116, Part II |
| | Code Q. Total foreign taxes accrued | Form 1116, Part II |
| | Code R. Reduction in taxes available for credit | Form 1116, line 12 |
| | Code S. Foreign trading gross receipts | Form 8873 |
| | Code T. Extraterritorial income exclusion | Form 8873 |
| | Codes U and V. Reserved for future use | |
| | Code W. Section 965 information | See page 15 |
| | Code X. Other foreign transactions | See page 15 |
| | Codes Y and Z. Reserved for future use | |
| | Code AA. Gross receipts per Regulations 1.59A-7(e)(2)-current year | |
| | Code AB. Gross receipts per Regulations 1.59A-7(e)(2)-first preceding year | |
| | Code AC. Gross receipts per Regulations 1.59A-7(e)(2)-second preceding year | |

## List of Codes Used in Schedule K-1 (Form 1065) (continued)

| Box Number / Item | Where to report or where to find further reporting information. Page numbers refer to this instruction. |
|---|---|
| 16. Foreign transactions (continued) | |
|     Code AD. Gross receipts per Regulations 1.59A-7(e )(2)-third preceding year | |
|     Code AE. Base erosion tax benefits from base erosion tax payments per Regulations 1.59A-7(d). | |
|     Code AF. Amounts included in the denominator of the base erosion percentage per Regulations 1.59A-2(e)(3)(i) | |
|     Code AG. Section 951A (GILTI) information | |
|     Code AH. Foreign-derived intangible income (FDII) information | |
|     Code AI. Section 864(c)(8) foreign partner's distributive share of the deemed sale items on transfer of partnership interest | |
| 17. Alternative minimum tax (AMT) items | |
|     Code A. Post-1986 depreciation adjustment | See Instructions for Form 6251 |
|     Code B. Adjusted gain or loss | See Instructions for Form 6251 |
|     Code C. Depletion (other than oil & gas) | See Instructions for Form 6251 |
|     Code D. Oil, gas, and geothermal - gross income | See Instructions for Form 6251 |
|     Code E. Oil, gas, and geothermal - deductions | See Instructions for Form 6251 |
|     Code F. Other AMT items | See Instructions for Form 6251 |
| 18. Tax-exempt income and nondeductible expenses | |
|     Code A. Tax-exempt interest income | Form 1040 or 1040-SR, line 2a |
|     Code B. Other tax-exempt income | See page 15 |
|     Code C. Nondeductible expenses | See page 15 |
| 19. Distributions | |
|     Code A. Cash and marketable securities | See page 15 |
|     Code B. Distribution subject to section 737 | See page 16 |
|     Code C. Other property | See page 16 |
| 20. Other information | |
|     Code A. Investment income | Form 4952, line 4a |
|     Code B. Investment expenses | Form 4952, line 5 |
|     Code C. Fuel tax credit information | Form 4136 |
|     Code D. Qualified rehabilitation expenditures (other than rental real estate) | See page 16 |
|     Code E. Basis of energy property | See page 16 |
|     Code F. Recapture of low-income housing credit for section 42(j)(5) partnerships | See page 16 |
|     Code G. Recapture of low-income housing credit for other partnerships | See page 16 |
|     Code H. Recapture of investment credit | See Form 4255 |
|     Code I. Recapture of other credits | See page 16 |
|     Code J. Look-back interest-completed long-term contracts | See Form 8697 |
|     Code K. Look-back interest-income forecast method | See Form 8866 |
|     Code L. Dispositions of property with section 179 deductions | See page 17 |
|     Code M. Recapture of section 179 deduction | See page 17 |
|     Code N. Business interest expense (information item) | See page 17 |
|     Code O. Section 453(l)(3) information | Sch. 2 (Form 1040), line 8 |
|     Code P. Section 453A(c) information | Sch. 2 (Form 1040), line 8 |
|     Code Q. Section 1260(b) information | Sch. 2 (Form 1040), line 8 |
|     Code R. Interest allocable to production expenditures | See Regulations sections 1.263A-8 through -15 |
|     Code S. Capital construction fund (CCF) nonqualified withdrawals | Sch. 2 (Form 1040), line 10 |
|     Code T. Depletion deduction | See Pub. 535 |
|     Code U. Reserved for future use | |
|     Code V. Unrelated business taxable income | See page 18 |

**List of Codes Used in Schedule K-1 (Form 1065) (continued)**

| Box Number / Item | Where to report or where to find further reporting information. Page numbers refer to this instruction. |
|---|---|
| 20. Other information (continued) | |
| Code W. Precontribution gain (loss) | Form 8949 and/or Schedule D (Form 1040); or Form 4797 |
| Code Y. Net investment income | See Instructions for Form 8960 |
| Code Z. Section 199A information | Form 8995 or Form 8995-A |
| Code AA. Section 704(c) information | See page 18 |
| Code AB. Section 751 gain (loss) | See page 18 |
| Code AC. Section 1(h)(5) gain (loss) | See page 19 |
| Code AD. Deemed section 1250 unrecaptured gain | See page 19 |
| Code AE. Excess taxable income | See Instructions for Form 8990 |
| Code AF. Excess business interest income | See page 19 |
| Code AG. Gross receipts for section 448(c) | See page 19 |
| Code AH. Other information | See page 19 |

4

# Schedule of Activities

For calendar year 2020, or tax year beginning            , 2020, and ending          ,          .

Name: SE MULTIFAMILY HOLDINGS LLC
For: LIBERTY CLO HOLDCO, LTD

| Description of Activity | Activity Number | 100% Disposed | PTP | P/T 199A | Type Code* | Description |
|---|---|---|---|---|---|---|
| | 2 | X | | | 8 | LAKES AT RENAISSANCE PARK |
| | 1 | | | | 8 | RENTAL REAL ESTATE |
| | 10 | | | | 8 | OAK MILL |

| | Activity - 2 | Activity - 1 | Activity - 10 |
|---|---|---|---|
| Ordinary business income (loss) | | | |
| Net rental real estate income (loss) | -5,154. | 19,926. | -7,187. |
| Other net rental income (loss) | | | |
| Interest income | | 6. | |
| Dividends - Ordinary dividends | | | |
| - Qualified dividends | | | |
| - Dividend equivalents (1065 only) | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | | | |
| - Collectibles (28%) gain (loss) | | | |
| - Unrecaptured Section 1250 gain | | | |
| Net section 1231 gain (loss) | | | |
| Other portfolio income | | | |
| Section 1256 contracts and straddles | | | |
| Other income | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Portfolio deductions | | | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Excess business interest expense | | | |
| Other deductions | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other rental credits | | | |
| Credits related to other rental activities | | | |
| Recapture of LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Other credits | | | |
| Post-1986 depreciation adjustment | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Depletion (other than oil and gas) | | | |
| Oil, gas and geothermal properties - gross income | | | |
| Oil, gas and geothermal properties - deductions | | | |
| Other AMT items | | | |
| Investment income | | 6. | |
| Investment expenses | | | |
| Section 199A - W-2 wages | | | |
| - Unadjusted basis of assets | | 1,257,967. | |
| - REIT dividends | | | |
| - Cooperative qualified business income | | | |
| - Cooperative W-2 wages | | | |

025001 04-01-20    1 - Single Family Residence    2 - Multi-Family Residence    3 - Vacation or Short-Term Rental    4 - Commercial    5 - Land    6 - Royalties    7 - Self-Rental    8 - Other

9    4

16420914 136757    2020.04020 SE MULTIFAMILY HOLDINGS L

BVLLP 001391

4

## Schedule of Activities

For calendar year 2020, or tax year beginning , 2020, and ending , .

Name: **SE MULTIFAMILY HOLDINGS LLC**
For: **LIBERTY CLO HOLDCO, LTD**

| Description of Activity | Activity Number | 100% Disposed | PTP | P/T 199A | Type Code * | Description |
|---|---|---|---|---|---|---|
| | 11 | | | | 8 | STONEY RIDGE |
| | 4 | X | | | 8 | NEXPOINT TEXAS MF PORTFOLIO |
| | 4 | X | | | 8 | NREA SOUTHEAST PORTFOLIO ONE, DST |

| | Activity - 11 | Activity - 4 | Activity - 4 |
|---|---|---|---|
| Ordinary business income (loss) | | | |
| Net rental real estate income (loss) | 589. | 6,075. | 103. |
| Other net rental income (loss) | | | |
| Interest income | | | |
| Dividends - Ordinary dividends | | | |
| - Qualified dividends | | | |
| - Dividend equivalents (1065 only) | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | | | |
| - Collectibles (28%) gain (loss) | | | |
| - Unrecaptured Section 1250 gain | | | |
| Net section 1231 gain (loss) | | | |
| Other portfolio income | | | |
| Section 1256 contracts and straddles | | | |
| Other income | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Portfolio deductions | | | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Excess business interest expense | | | |
| Other deductions | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other rental credits | | | |
| Credits related to other rental activities | | | |
| Recapture of LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Other credits | | | |
| Post-1986 depreciation adjustment | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Depletion (other than oil and gas) | | | |
| Oil, gas and geothermal properties - gross income | | | |
| Oil, gas and geothermal properties - deductions | | | |
| Other AMT items | | | |
| Investment income | | | |
| Investment expenses | | | |
| Section 199A - W-2 wages | | | |
| - Unadjusted basis of assets | | | |
| - REIT dividends | | | |
| - Cooperative qualified business income | | | |
| - Cooperative W-2 wages | | | |

025001 04-01-20    1 - Single Family Residence  2 - Multi-Family Residence  3 - Vacation or Short-Term Rental  4 - Commercial  5 - Land  6 - Royalties  7 - Self-Rental  8 - Other

10    4

16420914 136757    2020.04020 SE MULTIFAMILY HOLDINGS L

BVLLP 001392