# EXHIBIT 59

**From:** Mark Patrick <mpatrick@hcmlp.com>
**To:** Shawn Raver <SRaver@HighlandCapital.com>
**Subject:** Unicorn
**Date:** Thu, 28 Feb 2019 06:01:33 -0600
**Importance:** Normal

---

Must keep cash allocation below 50% for hcmlp to avoid consolidation

*Sent from my LG V20, an AT&T 4G LTE smartphone*

