# EXHIBIT 61

# INTENTIONALLY OMITTED