# EXHIBIT 67

# INTENTIONALLY OMITTED