# EXHIBIT 68

# INTENTIONALLY OMITTED