# EXHIBIT 69

# INTENTIONALLY OMITTED