# EXHIBIT 78

Brant C. Martin
Texas State Bar No. 24002529
brant.martin@wickphillips.com
Jason M. Rudd
Texas State Bar No. 24028786
jason.rudd@wickphillips.com
Lauren K. Drawhorn
Texas State Bar No. 24074528
lauren.drawhorn@wickphillips.com
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Fax: (214) 692-6255

**COUNSEL FOR NEXPOINT REAL ESTATE PARTNERS, LLC**
**F/K/A HCRE PARTNERS, LLC**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § | Case No.: 19-34054-sgj11 |
| | § | |
| Debtor. | § | |

### RESPONSE TO MOTION TO DISQUALIFY WICK PHILLIPS GOULD & MARTIN, LLP AS COUNSEL TO HCRE PARTNERS, LLC

NexPoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC ("NREP") files this Response to Debtor's Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC ("Motion to Disqualify") and respectfully states as follows:

For the reasons set forth more fully in its Brief in Opposition to Debtor's Motion to Disqualify and its Appendix, NREP opposes the Debtor's Motion to Disqualify because the Previous Representation[1] is not substantially similar to the Current Representation, the Debtor did not provide Wick Phillips with any confidential information and there is no risk that Wick Phillips

---

[1] Capitalized terms not defined herein shall have the definition given in NREP's Brief in Support of its Response to Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC, filed contemporaneously with this Response.

NREP'S RESPONSE TO DEBTOR'S MOTION TO DISQUALIFY



may divulge any confidential information in connection with the Current Representation, and there is no appearance of impropriety. As required by the Local Rules for the United States Bankruptcy Court for the Northern District of Texas, NREP submits its contentions of fact, law, arguments, and authorities in its Brief in Opposition and evidence in its Appendix,[2] which will be filed contemporaneously with this Motion.

## I. CONCLUSION

For these reasons, NREP respectfully requests the Court grant its Motion for Summary Judgment, dismiss all of the Trustee's claims against it with prejudice, and award it all such other relief at law or in equity to which it may be entitled.

Respectfully submitted,

*/s/ Lauren K. Drawhorn*
Brant C. Martin
Texas Bar No. 24002529
Jason M. Rudd
Texas Bar No. 24028786
Lauren K. Drawhorn
Texas Bar No. 24074528
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Fax: (214) 692-6255
Email: brant.martin@wickphillips.com
         jason.rudd@wickphillips.com
         lauren.drawhorn@wickphillips.com

**COUNSEL FOR NEXPOINT REAL ESTATE PARTNERS, LLC F/K/A HCRE PARTNERS, LLC**

---

[2] Because many of the documents contained in the Appendix are Discovery Materials which have been marked Confidential, in compliance with the Agreed Protective Order in this bankruptcy case, NREP has filed a Motion to File Appendix under Seal contemporaneously with this Response.

## CERTIFICATE OF SERVICE

      I hereby certify that on May 6, 2021, a true and correct copy of the foregoing Joinder was served via the Court's electronic case filing (ECF) system upon all parties receiving such service in this bankruptcy case; and via e-mail upon the following parties:

| | |
|---|---|
| Jeffrey N. Pomerantz<br>Ira D. Kharasch<br>John A. Morris<br>Gregory V. Demo<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, California 90067<br>Email: jpomerantz@pszjlaw.com<br>       ikharasch@pszjlaw.com<br>       jmorris@pszjlaw.com<br>       gdemo@pszjlaw.com | Melissa S. Hayward<br>Zachery Z. Annable<br>10501 N. Central Expy, Ste. 106<br>Dallas, Texas 75231<br>Email: MHayward@HaywardFirm.com<br>       ZAnnable@HaywardFirm.com |

                                                    */s/ Lauren K. Drawhorn*
                                                    Lauren K. Drawhorn

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § | Case No.: 19-34054-sgj11 |
| | § | |
| Debtor. | § | |

**ORDER DENYING MOTION TO DISQUALIFY**

After considering the Debtor's Motion to Disqualify Wick Phillips Gould & Martin LLP as Counsel to HCRE Partners, LLC and Brief in Support ("Motion to Disqualify"), NexPoint Real Estate Partners LLC f/k/a HCRE Partners' Response to the Debtor's Motion to Disqualify and Brief in Opposition (the "Response"), the pleadings, evidence, and arguments of counsel, the Court is of the opinion that the Motion to Disqualify should be DENIED. It is therefore, ORDERED that:

The Motion to Disqualify is DENIED.

### End of Order ###