# EXHIBIT 93

**SE Multifamily Holdings: Schedule of Distributions**
as of 12/31/2021

**Debt Capital Funding**

| | | | |
|---|---:|---:|---|
| BH Equities (CIBC) | 15,000,000.00 | 27.7% | equity not 100% borrowed |
| HCRE Partners (NexVest) | 39,146,173.00 | 72.3% | equity 100% borrowed |
| Total Debt Capital Funding | 54,146,173.00 | 100.0% | |

| | BH | HCRE | CLO | Highland Capital Mgt | Proceeds/ Distributions | Profit | |
|---|---:|---:|---:|---:|---:|---:|---|
| Total Capital Contributions | 21,258,651.00 | 39,146,173.00 | 20,387,925.00 | 49,000.00 | 80,841,749.00 | | |
| **Return of Principal** | | | | | | | |
| Original Return in 2018 | 46,926.00 | 97,952.69 | | | 144,878.69 | | |
| Round #1 (5/14/2020) | 1,307,416.51 | 4,821,696.18 | capital | | 6,129,112.69 | - | |
| Round #2 (7/24/2020) | 3,272,249.33 | 8,831,811.66 | previously | | 12,104,060.99 | - | |
| Round #3 (9/23/2020) | 372,914.47 | 1,111,782.12 | returned | | 1,484,696.59 | - | TX MF DST |
| catchup correction #1-3 | 553,744.89 | (553,744.89) | | | (0.00) | - | |
| Round #4 (9/24/2020) | 4,059,187.83 | 10,476,557.17 | | | 14,535,745.00 | - | Lake Proceeds |
| Round #5 (11/2/2020) | 5,387,560.97 | 14,187,226.59 | | | 19,574,787.56 | - | Gov Green Proceeds |
| Round #5 part B (11/2/2020) | | 172,891.48 | | | 172,891.48 | - | Available Cash |
| Round #6 (6/9/21) | 6,258,651.00 | | | | 6,258,651.00 | | |
| | | | | | - | - | |
| Total Return of Principal | 21,258,651.00 | 39,146,173.00 | | - | 60,404,824.00 | - | - |
| | 26.3% | 48.4% | 25.2% | 0.0% | 99.9% | | |
| | | - | | | - | | |
| Capital to be Distributed: | 0.00 | | | 49,000.00 | | | |

(e) Notwithstanding Sections 6.1(a), 6.1(b), 6.1(c) and 6.1(d), the first amounts
of any Distributable Cash shall be deemed distributed to each Member (i) in proportion to
the amounts paid by the Company directly to any lender on behalf of such Member to pay
principal and interest on any loan incurred by such Member to fund such Member's capital
contributions to the Company until such loans are fully extinguished, then (ii) pro rata in
proportion to the Members' respective Capital Accounts until the Members' respective
Capital Accounts are reduced to zero.