# EXHIBIT 95

**SE Multifamily Holdings LLC**
400 Locust St Ste 790
Des Moines, IA 50309

CIBC Bank USA

1019

2-648-710

**** FORTY NINE THOUSAND AND 00/100 DOLLARS

TO THE ORDER OF

06/29/2022          $49,000.00**

Highland Capital Management, LP
100 Crescent Court, Suite 1850
Dallas, TX   75201

Authorized Signature

⑈001019⑈ ⑆071006486⑆ 269078⑈

DATE:06/29/2022  CK#:1019  TOTAL:$49,000.00**  BANK:SE Multifamily Holdings-PB(a3369-pb)
PAYEE:Highland Capital Management, LP(o0000109)

| Property Address - Code | Invoice - Date | Description | Amount |
|---|---|---|---|
| SE Multifamily Holdings - a000336 | SEMFH 062822 - 06/28/2022 | SE Multifamily ROC | 49,000.00 |
| | | | 49,000.00 |