# EXHIBIT 96

| | |
|---|---|
| **From:** | Borrelli, Rosemarie <rosemarie_borrelli@keybank.com> |
| **Sent:** | Thursday, September 27, 2018 2:07 PM |
| **To:** | David Klos |
| **Cc:** | Kristin Hendrix |
| **Subject:** | RE: RETURNING 750K - NEED TO CALL TO VERIFY ACCOUNT NUMBER |

Thanks David.

Kristin, can you please send me your phone number so I can call you? Thanks,



**Rosemarie Borrelli** | Assistant Vice President - Closing Officer | KeyBank Real Estate Capital | Institutional Real Estate Group | 4910 Tiedeman Road, 3rd Floor, Brooklyn, OH 44144 | Mail Code: OH-01-51-0311 | Tel: 216.813.4787 | Fax: 216.357.6383 | Email Address: rosemarie_borrelli@keybank.com

"Notwithstanding anything above, nothing contained in this e-mail communication shall be deemed a waiver of any of Lender's rights under the loan documents held by Lender. Nothing in this communication shall be deemed a modification to any of such loan documents, and there will be no effective modification between the parties until the parties have mutually agreed upon and executed a written modification agreement between them."

---

**From:** David Klos
**Sent:** Thursday, September 27, 2018 2:07 PM
**To:** Borrelli, Rosemarie
**Cc:** Kristin Hendrix
**Subject:** Re: RETURNING 750K - NEED TO CALL TO VERIFY ACCOUNT NUMBER

I'm out of office, but my colleague Kristin is in. She can confirm for you
Sent from my iPhone

On Sep 27, 2018, at 2:05 PM, Borrelli, Rosemarie <rosemarie_borrelli@keybank.com> wrote:

> Hello David,
>
> Will you be the right person I can contact regarding Highland Capital's wiring information? I just need to verify the account number we received last night as part of our security.
>
> Please let me know.
>
> Thanks,
>
> **Rosemarie Borrelli** | Assistant Vice President - Closing Officer | KeyBank Real Estate Capital | Institutional Real Estate Group | 4910 Tiedeman Road, 3rd Floor, Brooklyn, OH 44144 | Mail Code: OH-01-51-0311 | Tel: 216.813.4787 | Fax: 216.357.6383 | Email Address: rosemarie_borrelli@keybank.com

"Notwithstanding anything above, nothing contained in this e-mail communication shall be deemed a waiver of any of Lender's rights under the loan documents held by Lender. Nothing in this communication shall be deemed a modification to any of such loan documents, and there will be no effective modification between the parties until the parties have mutually agreed upon and executed a written modification agreement between them."

**From:** Borrelli, Rosemarie
**Sent:** Thursday, September 27, 2018 1:42 PM
**To:** Neil, Christopher T <christopher_t_neil@keybank.com>; Matthew Goetz <MGoetz@HighlandCapital.com>; Matt McGraner <MMcGraner@HighlandCapital.com>
**Subject:** RETURNING 750K - NEED TO CALL TO VERIFY ACCOUNT NUMBER
**Importance:** High

Matt, Matt

I am preparing to release your 750K but I need to call someone from Highland to verify the account number you provided Chris last night. Part of our security process. Who can I reach out to do a call back? Please send name and phone number so I can release your refund today.

Thanks,

**Rosemarie Borrelli** | Assistant Vice President - Closing Officer | KeyBank Real Estate Capital | Institutional Real Estate Group | 4910 Tiedeman Road, 3rd Floor, Brooklyn, OH 44144 | Mail Code: OH-01-51-0311 | Tel: 216.813.4787 | Fax: 216.357.6383 | Email Address: rosemarie_borrelli@keybank.com

"Notwithstanding anything above, nothing contained in this e-mail communication shall be deemed a waiver of any of Lender's rights under the loan documents held by Lender. Nothing in this communication shall be deemed a modification to any of such loan documents, and there will be no effective modification between the parties until the parties have mutually agreed upon and executed a written modification agreement between them."

This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act. You may not directly or indirectly reuse or redisclose such information for any purpose other than to provide the services for which you are receiving the information.

127 Public Square, Cleveland, OH 44114

If you prefer not to receive future e-mail offers for products or services from Key
send an e-mail to mailto:DNERequests@key.com with 'No Promotional E-mails' in the SUBJECT line.

DISCLAIMER- This email is intended for the recipient(s) only and should not be copied or reproduced without explicit permission. The material provided herein is for informational purposes only and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. It may contain confidential, proprietary or legally privileged information. If you receive this message in error, please immediately delete it.