# EXHIBIT 97

| | |
|---|---|
| **From:** | Matthew Goetz <MGoetz@HighlandCapital.com> |
| **Sent:** | Friday, November 16, 2018 1:14 PM |
| **To:** | David Klos; Kristin Hendrix |
| **Subject:** | Fwd: Fee Rebate |

About to receive ~$1mm. Will need to turn it around and send it to walker and Dunlop. I'll send you those wiring instructions.

Sent from my iPhone; please excuse brevity

Begin forwarded message:

> **From:** "Borrelli, Rosemarie" <rosemarie_borrelli@keybank.com>
> **Date:** November 16, 2018 at 8:32:20 AM CST
> **To:** Matthew Goetz <MGoetz@HighlandCapital.com>, "Neil, Christopher T" <christopher_t_neil@keybank.com>, Matt McGraner <MMcGraner@HighlandCapital.com>
> **Cc:** "Guzdar, Ana" <ana_guzdar@keybank.com>, "Bailin, Michael A" <michael_a_bailin@keybank.com>
> **Subject: RE: Fee Rebate**
>
> Hi Matt M, Matt G,
> I need a wiring instruction for the rebate. When we returned the $750K back in September we used the following:
>
> **Bank: Compass Bank**
> **Account Name: Highland Capital Management, L.P. (Master Operating Account)**
> **Routing# xxxxxx0547**
> **Account# xxxxxx6342**
> Can we use the same account number for the rebate in connection with the subordinated B-Note?
> Thanks,
>
> Rosemarie Borrelli | Assistant Vice President - Closing Officer | KeyBank Real Estate Capital | Institutional Real Estate Group | 4910 Tiedeman Road, 3rd Floor, Brooklyn, OH 44144 | Mail Code: OH-01-51-0311 | Tel: 216.813.4787 | Fax: 216.357.6383 | Email Address: rosemarie_borrelli@keybank.com
> "Notwithstanding anything above, nothing contained in this e-mail communication shall be deemed a waiver of any of Lender's rights under the loan documents held by Lender. Nothing in this communication shall be deemed a modification to any of such loan documents, and there will be no effective modification between the parties until the parties have mutually agreed upon and executed a written modification agreement between them."
>
> **From:** Matthew Goetz <MGoetz@HighlandCapital.com>
> **Sent:** Thursday, November 15, 2018 10:36 AM
> **To:** Neil, Christopher T <christopher_t_neil@keybank.com>; Matt McGraner <MMcGraner@HighlandCapital.com>
> **Cc:** Borrelli, Rosemarie <rosemarie_borrelli@keybank.com>
> **Subject:** RE: Fee Rebate
> Looks correct to me.
>
> **From:** Neil, Christopher T <christopher_t_neil@keybank.com>
> **Sent:** Thursday, November 15, 2018 8:40 AM

1

**To:** Matt McGraner <MMcGraner@HighlandCapital.com>; Matthew Goetz <MGoetz@HighlandCapital.com>
**Cc:** Borrelli, Rosemarie <rosemarie_borrelli@keybank.com>
**Subject:** Fee Rebate

Matt, Matt –

Would you take a look at the attached updated fee rebate calculation for closing in W&D tomorrow and let me know if you agree. Thanks.

Christopher T. Neil, CFA
Senior Relationship Manager
Institutional Real Estate
KeyBank National Association
225 Franklin Street, 16th Floor
Boston, MA 02110
W: (617) 385-6202
C: (401) 330-9987
christopher_t_neil@keybank.com

This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act. You may not directly or indirectly reuse or redisclose such information for any purpose other than to provide the services for which you are receiving the information.

127 Public Square, Cleveland, OH 44114

If you prefer not to receive future e-mail offers for products or services from Key
send an e-mail to mailto:DNERequests@key.com with 'No Promotional E-mails' in the SUBJECT line.

PRIVILEGE WARNING: The sender or recipient of this message is a member of the legal department at Highland Capital Management. This message and any attachments hereto may constitute attorney work product or be protected by the attorney-client privilege. Do not disclose this message or any attachments hereto without prior consent of a member of the legal department at Highland Capital Management.

DISCLAIMER- This email is intended for the recipient(s) only and should not be copied or reproduced without explicit permission. The material provided herein is for informational purposes only and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. It may contain confidential, proprietary or legally privileged information. If you receive this message in error, please immediately delete it.