# EXHIBIT 98

| | |
|---|---|
| **From:** | Matthew Goetz <MGoetz@HighlandCapital.com> |
| **Sent:** | Friday, November 16, 2018 1:16 PM |
| **To:** | David Klos; Kristin Hendrix |
| **Subject:** | Fwd: Fee calc 11-16 Unicorn |
| **Attachments:** | WD, LLC - PNC Investable 7739.pdf; ATT00001.htm |

Please wire whatever amount we receive back from key today. Give me a ring to discuss if needed. 214.418.6288.

Sent from my iPhone; please excuse brevity

Begin forwarded message:

> **From:** Emily Garner <egarner@walkerdunlop.com>
> **Date:** November 16, 2018 at 10:40:45 AM CST
> **To:** Matthew Goetz <MGoetz@HighlandCapital.com>
> **Subject: RE: Fee calc 11-16 Unicorn**
>
> Great! Sounds like we have sign off and are moving forward today. Wire instructions are attached.
> Would you please send fed ref # once wired?
> Thanks,
> Emily Garner
> Vice President | Real Estate Finance
> **Walker & Dunlop**
> P: 504-585-0585 | M: 504-494-9725
> egarner@walkerdunlop.com
>
> ---
>
> **From:** Matthew Goetz <MGoetz@HighlandCapital.com>
> **Sent:** Friday, November 16, 2018 10:34 AM
> **To:** Emily Garner <egarner@walkerdunlop.com>
> **Subject:** Re: Fee calc 11-16 Unicorn
>
> **CAUTION:** This email originated from outside of Walker & Dunlop. Do not reply, click links, or open attachments unless y recognize the sender and know the content is safe.
>
> Approved
>
> Sent from my iPhone; please excuse brevity
>
> On Nov 16, 2018, at 10:17 AM, Emily Garner <egarner@walkerdunlop.com> wrote:
>
>> Please confirm.
>> Thanks!
>>
>> Emily Garner
>> Vice President | Real Estate Finance
>> **Walker & Dunlop**
>> 643 Magazine Street, Suite 401
>> New Orleans, LA 70130

P: 504-585-0585 | M: 504-494-9725
egarner@walkerdunlop.com

*To send me a file larger than 20MB* **please click here**

http://www.walkerdunlop.com/about/Pages/Email-Disclaimer.aspx

PRIVILEGE WARNING: The sender or recipient of this message is a member of the legal department at Highland Capital Management. This message and any attachments hereto may constitute attorney work product or be protected by the attorney-client privilege. Do not disclose this message or any attachments hereto without prior consent of a member of the legal department at Highland Capital Management.

DISCLAIMER- This email is intended for the recipient(s) only and should not be copied or reproduced without explicit permission. The material provided herein is for informational purposes only and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. It may contain confidential, proprietary or legally privileged information. If you receive this message in error, please immediately delete it.

http://www.walkerdunlop.com/about/Pages/Email-Disclaimer.aspx

# WALKER & DUNLOP

REVISED 11/8/2017

## WIRE INSTRUCTIONS:

Walker & Dunlop, LLC

| | |
|---|---|
| Bank Name | PNC Bank<br>Cleveland, OH |
| ABA # | 041-000-124 |
| Account Name | Walker & Dunlop, LLC Investable |
| Account # | 4212867739 |
| Reference: | (Property Name) |

## INTERNATIONAL WIRES
SWIFT Code – PNCCUS33

The above are the wiring instructions for Walker & Dunlop, LLC. Please contact me should you have any questions or concerns.

Thank you,

*Stephen A. Kincaid*

Stephen A. Kincaid, CTP
Assistant Vice President – Treasury
(301) 215-5568

7501 Wisconsin Avenue, Suite 1200E
Bethesda, Maryland 20814

WalkerDunlop.com