# EXHIBIT 100

| | |
|---|---|
| **From:** | Kristin Hendrix <KHendrix@HighlandCapital.com> |
| **Sent:** | Friday, November 16, 2018 2:09 PM |
| **To:** | David Klos; Corporate Accounting |
| **Subject:** | RE: Fee calc 11-16 Unicorn |

This is a return of a pro-rata fee related to the $150M that is getting paid down At KeyBank. The fee is due to the new lender. KeyBank would not send directly to Walker & Dunlop, so we have to pass it on. Basically, an exchange of loan fees.

**From:** David Klos
**Sent:** Friday, November 16, 2018 12:18 PM
**To:** Kristin Hendrix ; Corporate Accounting
**Subject:** RE: Fee calc 11-16 Unicorn

Can you chase a description/documentation for audit purposes

**From:** Kristin Hendrix
**Sent:** Friday, November 16, 2018 12:16 PM
**To:** Corporate Accounting <CorporateAccounting@hcmlp.com>
**Subject:** FW: Fee calc 11-16 Unicorn

FYI – this will be happening at some point today.

**From:** Matthew Goetz
**Sent:** Friday, November 16, 2018 12:16 PM
**To:** David Klos <DKlos@HighlandCapital.com>; Kristin Hendrix <KHendrix@HighlandCapital.com>
**Subject:** Fwd: Fee calc 11-16 Unicorn

Please wire whatever amount we receive back from key today. Give me a ring to discuss if needed. 214.418.6288.

Sent from my iPhone; please excuse brevity

Begin forwarded message:

> **From:** Emily Garner <egarner@walkerdunlop.com>
> **Date:** November 16, 2018 at 10:40:45 AM CST
> **To:** Matthew Goetz <MGoetz@HighlandCapital.com>
> **Subject: RE: Fee calc 11-16 Unicorn**
>
> Great! Sounds like we have sign off and are moving forward today. Wire instructions are attached. Would you please send fed ref # once wired?
>
> Thanks,
>
> Emily Garner
> Vice President | Real Estate Finance
> **Walker & Dunlop**

P: 504-585-0585 | M: 504-494-9725
egarner@walkerdunlop.com

**From:** Matthew Goetz <MGoetz@HighlandCapital.com>
**Sent:** Friday, November 16, 2018 10:34 AM
**To:** Emily Garner <egarner@walkerdunlop.com>
**Subject:** Re: Fee calc 11-16 Unicorn

**CAUTION:** This email originated from outside of Walker & Dunlop. Do not reply, click links, or open attachments unless y
recognize the sender and know the content is safe.

Approved

Sent from my iPhone; please excuse brevity

On Nov 16, 2018, at 10:17 AM, Emily Garner <egarner@walkerdunlop.com> wrote:

Please confirm.

Thanks!

Emily Garner
Vice President | Real Estate Finance
**Walker & Dunlop**
643 Magazine Street, Suite 401
New Orleans, LA 70130
P: 504-585-0585 | M: 504-494-9725
egarner@walkerdunlop.com



*To send me a file larger than 20MB* please click here

http://www.walkerdunlop.com/about/Pages/Email-Disclaimer.aspx

PRIVILEGE WARNING: The sender or recipient of this message is a member of the legal
department at Highland Capital Management. This message and any attachments
hereto may constitute attorney work product or be protected by the attorney-client

2

privilege. Do not disclose this message or any attachments hereto without prior consent
of a member of the legal department at Highland Capital Management.

---

DISCLAIMER- This email is intended for the recipient(s) only and should not be copied or reproduced
without explicit permission. The material provided herein is for informational purposes only and does
not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to
enter into or conclude any transaction. It may contain confidential, proprietary or legally privileged
information. If you receive this message in error, please immediately delete it.

---

http://www.walkerdunlop.com/about/Pages/Email-Disclaimer.aspx