# EXHIBIT 101

| | |
|---|---|
| **From:** | Kristin Hendrix <KHendrix@HighlandCapital.com> |
| **Sent:** | Friday, November 16, 2018 3:22 PM |
| **To:** | Matthew Goetz; David Klos |
| **Subject:** | RE: Fee calc 11-16 Unicorn |
| **Attachments:** | Compass Bank [Texas Bank Outgoing] Message ID:181116142113H400 Advice Code:TxBkOut |

Wire has been received and sent back out. Outgoing wire confirm attached.

**From:** Matthew Goetz
**Sent:** Friday, November 16, 2018 12:16 PM
**To:** David Klos ; Kristin Hendrix
**Subject:** Fwd: Fee calc 11-16 Unicorn

Please wire whatever amount we receive back from key today. Give me a ring to discuss if needed. 214.418.6288.

Sent from my iPhone; please excuse brevity

Begin forwarded message:

> **From:** Emily Garner <egarner@walkerdunlop.com>
> **Date:** November 16, 2018 at 10:40:45 AM CST
> **To:** Matthew Goetz <MGoetz@HighlandCapital.com>
> **Subject: RE: Fee calc 11-16 Unicorn**
>
> Great! Sounds like we have sign off and are moving forward today. Wire instructions are attached. Would you please send fed ref # once wired?
>
> Thanks,
>
> Emily Garner
> Vice President | Real Estate Finance
> **Walker & Dunlop**
> P: 504-585-0585 | M: 504-494-9725
> egarner@walkerdunlop.com
>
>
> **From:** Matthew Goetz <MGoetz@HighlandCapital.com>
> **Sent:** Friday, November 16, 2018 10:34 AM
> **To:** Emily Garner <egarner@walkerdunlop.com>
> **Subject:** Re: Fee calc 11-16 Unicorn
>
> **CAUTION:** This email originated from outside of Walker & Dunlop. Do not reply, click links, or open attachments unless y recognize the sender and know the content is safe.

1

Approved

Sent from my iPhone; please excuse brevity

On Nov 16, 2018, at 10:17 AM, Emily Garner <egarner@walkerdunlop.com> wrote:

> Please confirm.
>
> Thanks!
>
> Emily Garner
> Vice President | Real Estate Finance
> **Walker & Dunlop**
> 643 Magazine Street, Suite 401
> New Orleans, LA 70130
> P: 504-585-0585 | M: 504-494-9725
> egarner@walkerdunlop.com
>
> 
>
> *To send me a file larger than 20MB* please click here

---

http://www.walkerdunlop.com/about/Pages/Email-Disclaimer.aspx

---

PRIVILEGE WARNING: The sender or recipient of this message is a member of the legal department at Highland Capital Management. This message and any attachments hereto may constitute attorney work product or be protected by the attorney-client privilege. Do not disclose this message or any attachments hereto without prior consent of a member of the legal department at Highland Capital Management.

---

DISCLAIMER- This email is intended for the recipient(s) only and should not be copied or reproduced without explicit permission. The material provided herein is for informational purposes only and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. It may contain confidential, proprietary or legally privileged information. If you receive this message in error, please immediately delete it.

http://www.walkerdunlop.com/about/Pages/Email-Disclaimer.aspx

2

| | |
|---|---|
| **From:** | wiremail@bbvacompass.com |
| **Sent:** | Friday, November 16, 2018 3:22 PM |
| **To:** | Corporate Accounting |
| **Subject:** | Compass Bank [Texas Bank Outgoing] Message ID:181116142113H400 Advice Code:TxBkOut |

Compass Bank Wire Transfer Dept.
701 S 32nd Street
Birmingham, AL  35233

Outgoing Wire - Advice of Debit

Date: 2018-11-16        Wire Create Time 14:21:14

    Account #       :
    Account Name   : HIGHLAND CAPITAL MANAGEMENT LP
    Amount         : $992,509.24
    GFX Reference  : 181116142113H400
    Receiving Bank : 041000124
    Recv BK Name   : PNC BANK, NATIONAL

    Originator     : HIGHLAND CAPITAL MANAGEMENT LP

    Beneficiary    : Walker & Dunlop, LLC Investable
    Bene Acct #    : 4212867739

    Beneficiary Info (OBI):
    11/16/2018 Loan Fee

    Reference for Beneficiary (RFB):


    FED Reference Number (IMAD):
    20181116F2QCZ60C003455

1