Charles W. Gameros, Jr.
State Bar No. 00796956
Douglas Wade Carvell
State Bar No. 00796316
HOGE & GAMEROS, L.L.P.
6116 North Central Expressway, Suite 1400
Dallas, Texas 75206
Telephone:  214-765-6002
Facsimile:   214-559-4905

**ATTORNEYS FOR NEXPOINT REAL ESTATE PARTNERS, LLC,
f/k/a HCRE PARTNERS, LLC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **HIGHLAND CAPITAL** | § | |
| **MANAGEMENT, L.P.,** | § | **Case No. 19-34054-SGJ-11** |
| | § | |
| Debtor. | § | |
| | § | |
| **HIGHLAND CAPITAL** | § | |
| **MANAGEMENT, L.P.,** | § | |
| | § | |
| Movant, | § | |
| | § | **Contested Matter** |
| v. | § | |
| | § | |
| **NEXPOINT REAL ESTATE** | § | |
| **PARTNERS, LLC, F/K/A HCRE** | § | |
| **PARTNERS, LLC,** | § | |
| | § | |
| Respondent. | § | |

## OBJECTIONS TO DEBTOR'S DESIGNATED EXHIBITS

Pursuant to the Amended Stipulation and Proposed Scheduling Order Concerning Proof of Claim No. 146 Filed By HCRE Partners, LLC [Dkt. No. 3356] and the Court's Order Approving Amended Stipulation and Proposed Scheduling Order Concerning Proof of Claim No. 146 Filed By HCRE Partners, LLC [Dkt. No. 3368], and the agreements of the parties, NexPoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC ("NREP" or "Claimant") files this, its Objections to Debtor's Designated Exhibits, and respectfully states as follows:

## OBJECTIONS TO EXHIBITS

| Exh. | Description | Objection |
|---|---|---|
| 62 | Transcript of August 11, 2021 Deposition of Rob Wills | Relevance (402) Hearsay (802) |
| 63 | Transcript of August 13, 2021 Deposition of Mark Patrick | Relevance (402) Hearsay (802) |
| 64 | Transcript: Kehr, 2021-9-16 | Relevance (402) Hearsay (802) |
| 64 | Transcript: Transcript of September 16, 2021 Deposition of Robert Kehr | Relevance (402) Hearsay (802) |
| 65 | Transcript: Transcript of September 17, 2021 Deposition of Ben Selman | Relevance (402) Hearsay (802) |
| 66 | Transcript: Transcript of August 2, 2022 Deposition of Mark Patrick | Relevance (402) Hearsay (802) |
| 70 | Transcript of October 4, 2022 Deposition of James Dondero | Relevance (402) Hearsay (802) |
| 71 | Transcript of October 11, 2022 Deposition of HCRE/Matt McGraner | Relevance (402) Hearsay (802) |
| 72 | Debtor's Notice of Rule 30(b)(6) Deposition to NexPoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC [Docket No. 1898] | Relevance (402) |
| 73 | Debtor's Amended Notice of Rule 30(b)(6) Deposition to HCRE Partners, LLC [Docket No. 1965] | Relevance (402) |

| Exh. | Description | Objection |
| --- | --- | --- |
| 74 | Debtor's Third Amended Notice of Rule 30(b)(6) Deposition to HCRE Partners, LLC [Docket No. 2134] | Relevance (402) |
| 75 | Debtor's Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC and for Related Relief [Docket No. 2196] | Relevance (402) |
| 76 | Debtor's Memorandum of Law in Support of Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC and for Related Relief [Docket No. 2197] | Relevance (402) |
| 77 | Declaration of John A. Morris in Support of the Debtor's Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC and for Related Relief [Docket No. 2198] | Relevance (402) |
| 78 | Response to Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC [Docket No. 2278] | Relevance (402) |
| 79 | Debtor's Preliminary Reply in Further Support of Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC and for Related Relief [Docket No. 2294] | Relevance (402) |
| 80 | Highland's Supplemental Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC and for Related Relief [Docket No. 2893] | Relevance (402) |
| 81 | Highland's Memorandum of Law in Support of Supplemental Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC and for Related Relief [Docket No. 2894] | Relevance (402) |
| 82 | Declaration of Kenneth H. Brown in Support of Supplemental Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC and for Related Relief [Docket No. 2895] | Relevance (402) |
| 83 | Response and Brief in Opposition to Highland's Supplemental Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC and Related Relief [Docket No. 2927] | Relevance (402) |

| Exh. | Description | Objection |
|---|---|---|
| 84 | Supplemental Appendix in Support of NexPoint Real Estate Partners, LLC's Response and Brief in Opposition to Debtor's Supplemental Motion to Disqualify Wick Phillips Gould & Martin, LLP [Docket No. 2928] | Relevance (402) |
| 85 | Highland's Reply in Support of Supplemental Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners | Relevance (402) |
| 86 | Hearing Held on November 30, 2021 re: Highland's Supplemental Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC and for Related Relief (No Image Available) [Docket No. 3071] | Relevance (402) |
| 93 | SE Multifamily Holdings: Schedule of Distributions | Authenticity (901) Foundation Not produced/bated |
| 96 | Email chain with Key Bank dated September 27, 2018 re: Return of 750K | Authenticity (901) Not produced/bated |
| 97 | Email from Mathew Goetz to David Klos and Kristin Hendrix dated November 16, 2018 re Fee Rebate | Authenticity (901) Not produced/bated |
| 98 | Email from Mathew Goetz to David Klos and Kristin Hendrix dated November 16, 2018 re wire from Key Bank | Authenticity (901) Not produced/bated |
| 99 | Email from Kristin Hendrix to Corporate Accounting dated November 16, 2018 re wire from Key Bank | Authenticity (901) Not produced/bated |
| 100 | Email from Kristin Hendrix to David Klos and Corporate Accounting dated November 16, 2018 re wire from Key Bank | Authenticity (901) Not produced/bated |
| 101 | Email from Kristin Hendrix to David Klos and Corporate Accounting dated November 16, 2018 re confirmation of wire | Authenticity (901) Not produced/bated |
| 102 | Email chain dated November 19, 2018 re Opening Balance Sheets | Authenticity (901) Not produced/bated |

Dated: October 29, 2022

/s/ Charles W. Gameros, Jr.
Charles W. Gameros, Jr.
State Bar No. 00796596
Douglas Wade Carvell
State Bar No. 00796316

**HOGE & GAMEROS, L.L.P.**
6116 North Central Expressway, Suite 1400
Dallas, Texas 75206
Telephone: (214) 765-6002
Telecopier: (214) 559-4905
E-Mail BGameros@LegalTexas.com
WCarvell@LegalTexas.com

**ATTORNEYS FOR
NEXPOINT REAL ESTATE PARTNERS, LLC,
F/K/A HCRE PARTNERS, LLC**

## CERTIFICATE OF SERVICE

This is to certify parties which have so registered with the Court, including counsel for the Debtor, the United States Trustee, and all persons or parties requesting notice and service shall receive notification of the foregoing via the Court's ECF system, and are considered served pursuant to the Administrative Procedures incorporated into the Order Adopting Administrative Procedures for Electronic Case Filing, General Order 2003-01.2.

/s/ Charles W. Gameros, Jr., P.C.
Charles W. Gameros, Jr., P.C.