PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) *(admitted pro hac vice)*
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | |

**APPENDIX IN SUPPORT OF HIGHLAND'S OBJECTION TO RENEWED MOTION TO RECUSE PURSUANT TO 28 U.S.C. § 455 AND BRIEF IN SUPPORT**

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

DOCS_NY:46665.2 36027/003

| Ex. | Description | Appx. # |
|---|---|---|
| 1. | *Order* affirming Bankruptcy Court's Contempt Order, Case No. 3:21-cv-01590-N, Docket No. 42 (N.D. Tex. August 17, 2022) | 1-14 |
| 2. | Transcript of August 31, 2022 Hearing | 15-42 |
| 3. | **RESERVED** | 43-76 |
| 4. | **RESERVED** | 77-183 |
| 5. | *Answering Brief of Appellee Highland Capital Management, L.P.*, Case No. 3:21-cv-00879-K, Docket No. 20 (N.D. Tex. July 28, 2021) | 184-244 |
| 6. | *Appendix in Support of Answering Brief of Appellee Highland Capital Management, L.P. Brief*, Case No. 3:21-cv-00879-K, Docket No. 21 (N.D. Tex. July 28, 2021) | 245-2048 |
| 7. | *Appellants' Response to Debtor's Motion for Leave to Intervene in Appeal of Recusal Order*, Case No. 3:21-cv-00879-K, Docket No. 5 (N.D. Tex. May 17, 2021) | 2049-2064 |
| 8. | *Order* on Debtor's Motion for Leave to Intervene in Appeal of Recusal Order, Case No. 3:21-cv-00879-K, Docket No. 10 (N.D. Tex. June 10, 2021) | 2065-2068 |
| 9. | *Memorandum Opinion and Order*, Case No. 3:21-cv-00879-K, Docket No. 28 (N.D. Tex. December 10, 2021) | 2069-2073 |
| 10. | *Appellants' Response to the Court's December 10, 2021 Memorandum Opinion and Order*, Case No. 3:21-cv-00879-K, Docket No. 29 (N.D. Tex. December 15, 2021) | 2074-2084 |
| 11. | *Debtor's Response to Appellants' Brief Regarding the Court's December 10, 2021 Memorandum Opinion and Order*, Case No. 3:21-cv-00879-K, Docket No. 31 (N.D. Tex. December 20, 2021) | 2085-2097 |
| 12. | *Memorandum Opinion and Order*, Case No. 3:21-cv-00879-K, Docket No. 39 (N.D. Tex. February 9, 2022) | 2098-2112 |
| 13. | *Partial Final Award*, Redeemer Committee of the Highland Crusader Fund v. Highland Capital Management, L.P., Case No. 01-16-0002-6927 (March 6, 2019) | 2113-2175 |
| 14. | *Final Award*, Redeemer Committee of the Highland Crusader Fund v. Highland Capital Management, L.P., Case No. 01-16-0002-6927 (April 29, 2019) | 2176-2199 |
| 15. | *May 17, 2019 Transcript,* Daugherty v. Highland Capital Management, L.P., C.A. No. 2018-0488-MTZ (Del. Ch. May 17, 2019) | 2200-2297 |
| 16. | *Order Denying Application to Certify Interlocutory Appeal,* C.A. No. 2018-0488-MTZ (Del. Ch. July 8, 2019) | 2298-2311 |

DOCS_NY:46665.2 36027/003

| Ex. | Description | Appx. # |
|---|---|---|
| 17. | *Order Denying Alleged Debtors' Joint Motion to Dismiss the Involuntary Petitions Filed by Joshua N. Terry For Lack of Subject Matter Jurisdiction or, Alternatively, to Compel Arbitration*, Case No. 18-30264-sgj11, Docket No. 75 (Bankr. N.D. Tex. Mar. 20, 2018) | 2312-2316 |
| 18. | *Findings of Fact, Conclusions of Law, and Order Granting Final Approval of Disclosure Statement and Confirming the Third Amended Joint Plan for Acis Capital Management, L.P. and Acis Capital Management GP, LLC, as Modified*, Case No. 18-30264-sgj11, Docket No. 829 (Bankr. N.D. Tex. Jan. 31, 2019) | 2317-2546 |
| 19. | *Opinion* affirming Confirmation Order, Case No. 3:19-cv-00291-D, Docket No. 75 (N.D. Tex. July 18, 2019) | 2547-2631 |
| 20. | *Opinion* affirming Confirmation Order, Case No. 19-10847 (5th Cir. June 17, 2021) | 2632-2636 |
| 21. | *Motion for an Order Transferring Venue of this Case to the United States Bankruptcy Court for the Northern District of Texas*, Case No. 19-12239 (CSS), Docket No. 86 (Bankr. D. Del. Nov. 11, 2019) | 2637-2796 |
| 22. | Transcript of December 2, 2019 hearing (Bankr. D. Del. December 2, 2019) | 2797-2935 |
| 23. | Transcript of January 9, 2020 hearing | 2936-3027 |
| 24. | Transcript of February 19, 2020 hearing | 3028-3216 |
| 25. | Transcript of March 4, 2020 hearing | 3217-3338 |
| 26. | Transcript of December 16, 2020 hearing | 3339-3405 |
| 27. | Letter from K&L Gates dated December 22, 2020 | 3406-3409 |
| 28. | Letter from K&L Gates dated December 23, 2020 | 3410-3413 |
| 29. | Transcript of January 26, 2021 hearing | 3414-3671 |
| 30. | Transcript of February 8, 2021 Bench Ruling on Confirmation Hearing | 3672-3723 |
| 31. | Transcript of January 8, 2021 hearing, Adversary Proc. No. 20-03190-sgj (Bankr. N.D. Tex. January 8, 2021) | 3724-3929 |
| 32. | Transcript of May 20, 2021 hearing | 3930-4016 |
| 33. | *Memorandum Opinion and Order*, Case No. 21-cv-03129-B, Docket No. 28 (N.D. Tex. Sep. 2, 2022) | 4017-4038 |

| Ex. | Description | Appx. # |
|---|---|---|
| 34. | *Debtor's Amended Witness and Exhibit List With Respect to Evidentiary Hearing to be Held on June 8, 2021* [Docket No. 2421] | 4039-4102 |
| 35. | Transcript of September 12, 2022 hearing | 4103-4164 |
| 36. | Chart re: Matters Awaiting Final Judgment | 4165-4169 |

*[Remainder of Page Intentionally Blank]*

| | |
|---|---|
| Dated: October 31, 2022 | **PACHULSKI STANG ZIEHL & JONES LLP** |

Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:  jpomerantz@pszjlaw.com
         jmorris@pszjlaw.com
         gdemo@pszjlaw.com
         hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

DOCS_NY:46665.2 36027/003