# EXHIBIT 34

Docket #2421  Date Filed: 06/07/2021

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (TX Bar No. 24044908)
MHayward@HaywardFirm.com
Zachery Z. Annable (TX Bar No. 24053075)
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for the Debtor and Debtor-in-Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**DEBTOR'S AMENDED WITNESS AND EXHIBIT LIST WITH RESPECT
TO EVIDENTIARY HEARING TO BE HELD ON JUNE 8, 2021**

Highland Capital Management, L.P. (the "Debtor") submits the following amended

witness and exhibit list with respect to the *Order Requiring the Violators to Show Cause Why*

*They Should Not Be Held in Civil Contempt for Violating Two Court Orders* [Docket No. 2255]

---

1 The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service
address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.



Appx. 04040

(the "Show Cause Order"), which the Court has set for hearing at 9:30 a.m. (Central Time) on

June 8, 2021 (the "Hearing") in the above-styled bankruptcy case (the "Bankruptcy Case").

A.  **Witnesses**:

    1.    James Dondero;

    2.    Mark Patrick;

    3.    Grant Scott (by deposition designation);

    4.    Gregory V. Demo;[2]

    5.    Any witness identified by or called by any other party; and

    6.    Any witness necessary for rebuttal.

B.  **Exhibits**:

| Letter | Exhibit | Offered | Admitted |
|--------|---------|---------|----------|
| 1. | Debtor's Motion for Entry of an Order Approving Settlement with HarbourVest (Claim Nos. 143, 147, 149, 150, 153, 154) and Authorizing Actions Consistent Therewith [Docket No. 2237-1] | | |
| 2. | Declaration of John A. Morris in Support of Debtor's Motion for Entry of an Order Approving Settlement with HarbourVest (Claim Nos. 143, 147, 149, 150, 153, 154) and Authorizing Actions Consistent Therewith [Docket No. 2237-2] | | |
| 3. | Exhibit A, the [Proposed] Order on the Debtor's Motion for Entry of an Order Approving Settlement with HarbourVest (Claim Nos. 143, 147, 149, 150, 153, 154) and Authorizing Actions Consistent Therewith [Docket No. 2237-3] | | |
| 4. | James Dondero's Objection to Debtor's Motion for Entry of an Order Approving Settlement with HarbourVest [Docket No. 2237-4] | | |
| 5. | Objection to Debtor's Motion for Entry of an Order Approving Settlement with HarbourVest (Claim Nos. 143, 147, 149, 150, 153, 154) and Authorizing Actions Consistent Therewith [Docket No. 2237-5] | | |

---

[2] If needed, Mr. Demo will be called as a witness for the sole purpose of authenticating Exhibits 54 and 55, time records from Pachulski Stang Ziehl & Jones, LLP relating to the Show Cause Order.

| Letter | Exhibit | Offered | Admitted |
|--------|---------|---------|----------|
| 6. | CLO Holdco's Objection to HarbourVest Settlement. [Docket No. 2237-6] | | |
| 7. | Notice of Deposition to James Dondero [Docket No. 2237-7] | | |
| 8. | Transcript of January 11, 2021 Deposition of Michael Pugatch [Docket No. 2237-8] | | |
| 9. | Omnibus Reply in Support of Debtor's Motion for Entry of an Order Approving Settlement with HarbourVest (Claim Nos. 143, 147, 149, 150, 153, 154) and Authorizing Actions Consistent Therewith [Docket No. 2237-9] | | |
| 10. | Transcript of January 14, 2021 Hearing [Docket No. 2237-10] | | |
| 11. | Order Approving Debtor's Settlement with HarbourVest (Claim Nos. 143, 147, 149, 150, 153, 154) and Authorizing Actions Consistent Therewith [Docket No. 2237-11] | | |
| 12. | Original Complaint (Charitable DAF Fund, L.P. v. Highland Capital Management, L.P., Case No. 21-cv-00842, U.S. District Court Northern District of TX) (GScott000389) [Dondero June 1, 2021 Deposition Exhibit 7] [Docket No. 2237-12] | | |
| 13. | Email string dated April 19, 2021, between counsel for the Debtor and counsel for the plaintiffs in the DAF Action [Docket No. 2237-13] | | |
| 14. | Second email string dated April 19, 2021, between counsel for the Debtor and counsel for the plaintiffs in the DAF Action [Docket No. 2237-14] | | |
| 15. | Order Approving Settlement with Official Committee of Unsecured Creditors Regarding Governance of the Debtor and Procedures for Operations in the Ordinary Course [Docket No. 2237-15] | | |
| 16. | Order Approving Debtor's Motion Under Bankruptcy Code Sections 105(a) and 363(b) for Authorization to Retain James P. Seery, Jr., as Chief Executive Officer, Chief Restructuring Officer and Foreign Representative *Nunc Pro Tunc* to March 15, 2020 [Docket No. 2237-16] | | |

| Letter | Exhibit | Offered | Admitted |
|--------|---------|---------|----------|
| 17. | Plaintiff's Motion for Leave to File First Amended Complaint (Charitable DAF Fund, L.P. v. Highland Capital Management, L.P., Case No. 21-cv-00842, U.S. District Court Northern District of TX) [Docket No. 2237-17] | | |
| 18. | CM/ECF Notice dated April 20, 2020 and lodged as Docket No. 8 in the DAF Action [Docket No. 2237-18] | | |
| 19. | Transcript of March 22, 2021 Hearing [Docket 2351-1] | | |
| 20. | Email from DAF counsel to Debtor's counsel dated April 20, 2021 [Docket 2351-2] | | |
| 21. | All communications between Debtor's counsel and the Bankruptcy Court courtroom deputy [Docket 2355-3] | | |
| 22. | Debtor's Motion for an Order to Enforce the Order of Reference [Docket 2351-4] | | |
| 23. | Transcript Designations from the January 21, 2021 Deposition of Grant Scott | | |
| 24. | Transcript Designations from the June 1, 2021 Deposition of Grant Scott | | |
| 25. | DAF/CLO Holdco Structure Chart (GScott000007) [Dondero June 1, 2021 Deposition Exhibit 1] | | |
| 26. | Amended and Restated Limited Liability Company Agreement of Charitable DAF GP, LLC, effective as of January 1, 2012 (PATRICK_000031) [Dondero June 1, 2021 Deposition Exhibit 2] | | |
| 27. | Amended and Restated Investment Advisory Agreement by and between Charitable DAF Fund, L.P., Charitable DAF GP, LLC, and HCMLP, effective July 1, 2014 (GScott000325) [Dondero June 1, 2021 Deposition Exhibit 3] | | |
| 28. | January 31, 2021 Meeting Appointment (GScott000011) [Dondero June 1, 2021 Deposition Exhibit 4] | | |
| 29. | Email chain re Grant Scott's notice of intent to resign (GScott000018) [Dondero June 1, 2021 Deposition Exhibit 5] | | |

| Letter | Exhibit | Offered | Admitted |
|---|---|---|---|
| 30. | Email chain re Highland Adherence Agreement in connection with HarbourVest shares (GScott000085) [Dondero June 1, 2021 Deposition Exhibit 6] | | |
| 31. | Email and attached A&R Service and Advisory Agreements and GP Resolutions (GScott000312) [Scott June 1, 2021 Deposition Exhibit 8] | | |
| 32. | Notice of CLO Holdco Settlement Agreement [Scott June 1, 2021 Deposition Exhibit 9] | | |
| 33. | Email between Grant Scott and Mark Patrick re Complaint (GScott000080) [Scott June 1, 2021 Deposition Exhibit 10] | | |
| 34. | Email chain re TerreStar Corporation Equity Investment and Residual Assets held by HOCF (GScott000138) [Scott June 1, 2021 Deposition Exhibit 11] | | |
| 35. | Email chain re request for information from Elysium Fund Management, Ltd. (GScott000361) [Scott June 1, 2021 Deposition Exhibit 12] | | |
| 36. | Assignment and Assumption of Membership Interest Agreement between Grant J. Scott and Mark E. Patrick dated March 24, 2021 (PATRICK_000006) [Scott June 1, 2021 Deposition Exhibit 13] | | |
| 37. | Written Resolutions of the Sole Director of the Company Dated March 25, 2021 (PATRICK_000003) [Scott June 1, 2021 Deposition Exhibit 14] | | |
| 38. | Written Shareholder Resolutions of the Sole Shareholder of the Company Made on March 24, 2021 (PATRICK_000012) [Scott June 1, 2021 Deposition Exhibit 15] | | |
| 39. | Written Shareholder Resolutions of the Sole Shareholder of the Company Made on March 31, 2021 (PATRICK_000001) [Scott June 1, 2021 Deposition Exhibit 16] | | |
| 40. | Written Shareholder Resolutions of the Sole Shareholder of the Company Made on April 2, 2021 (PATRICK_000002)  [Scott June 1, 2021 Deposition Exhibit 17] | | |
| 41. | Amended and Restated Investment Advisory Agreement by and between Charitable DAF Fund, L.P., Charitable DAF GP, LLC, and HCMLP, effective July 1, 2014 (PATRICK_000923) | | |

| Letter | Exhibit | Offered | Admitted |
|--------|---------|---------|----------|
| 42. | Amended and Restated Service Agreement by and among HCMLP, Charitable DAF Fund, L.P., and Charitable DAF GP, LLC , effective July 1, 2014 (PATRICK_000938) | | |
| 43. | Email from Mark Patrick to Grant Scott dated April 6, 2021 re Urgent Questions (PATRICK_001129) | | |
| 44. | Original Complaint (Docket No. 1, PCMG Trading Partners XXIII, LP v. Highland Capital Management, L.P., Case No. 21-cv-01169, U.S. District Court Northern District of TX) | | |
| 45. | Defendant's Motion For Leave to Amend Answer (Docket No. 32, Highland Capital Management, L.P. v. Highland Capital Management Fund Advisors, L.P., Adv. Pro. No. 21-03004) | | |
| 46. | Email chain re NDA for D&O Insurance Quote (GScott000172) | | |
| 47. | Check Request dated April 7, 2021 (D1 Landscape & Irrigation) (GScott000354) | | |
| 48. | Check Request dated April 7, 2021 (Sanders Lawn & Maintenance) (GScott000355) | | |
| 49. | Check Request dated April 7, 2021 (BB Services) (GScott000358) | | |
| 50. | Highland Capital Management, L.P.'S Notice of Amended Subpoena to Grant Scott [Docket No. 2366] | | |
| 51. | Certificate of Service for Notice of Deposition of Grant Scott (Docket No. 41, Highland Capital Management, L.P. v. Highland Capital Management Fund Advisors, L.P., et al., Adv. Pro. No. 21-03000) | | |
| 52. | Email re Zoom Instructions for June 1, 2021 Deposition of Grant Scott | | |
| 53. | Email re Zoom Instructions for January 21, 2021 Deposition of Grant Scott | | |
| 54. | Pachulski Stang Billing Detail (April 18 – April 30, 2021) | | |
| 55. | Pachulski Stang Billing Detail (May 1 – June 7, 2021) | | |

| Letter | Exhibit | Offered | Admitted |
|--------|---------|---------|----------|
| 56. | Any document entered or filed in the Bankruptcy Case, including any exhibits thereto | | |
| 57. | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| 58. | All exhibits identified by or offered by any other party at the Hearing | | |

*[Remainder of Page Intentionally Blank]*

Dated:  June 7, 2021.

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No.143717)
Ira D. Kharasch (CA Bar No. 109084)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:    jpomerantz@pszjlaw.com
            ikharasch@pszjlaw.com
            jmorris@pszjlaw.com
            gdemo@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

# EXHIBIT 54

Appx. 04048

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX  75201

April 30, 2021
Invoice    127680
Client     36027
Matter     00002
**JNP**

RE:  Postpetition

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  04/30/2021**

| | |
|---|---|
| FEES | $1,286,897.00 |
| EXPENSES | $8,173.58 |
| **TOTAL CURRENT CHARGES** | **$1,295,070.58** |
| **BALANCE FORWARD** | **$5,472,625.24** |
| **LAST PAYMENT** | **$3,187,420.34** |
| **TOTAL BALANCE DUE** | **$3,580,275.48** |

**Appx. 04049**

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:     32

Invoice 127680

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/18/2021 | GVD | BL | Draft summary of DAF litigation to I. Pachulski | 0.90 | 950.00 | $855.00 |
| 04/19/2021 | IDK | BL | Numerous E-mails with J Pomerantz, others re DAF lawyers correspondence to add CEO to DAF lawsuit, and how to respond (.3); Telephone conferences with J Pomerantz re same (.3); Review of correspondence with J Pomerantz and DAF lawyers re our response to their request and potential contempt, and their feedback re same on no violation of prior court orders (.2). | 0.80 | 1325.00 | $1,060.00 |
| 04/19/2021 | IDK | BL | E-mails with J Pomerantz re DAF District Court action and related issues (.4); E-mails with R Saunders re same and timing, including list of issues to research and relevant documents for same (.5). | 0.90 | 1325.00 | $1,192.50 |
| 04/19/2021 | JNP | BL | Conference with J. Dubel regarding District Court DAF litigation and related issues (several). | 0.40 | 1295.00 | $518.00 |
| 04/19/2021 | JNP | BL | Review and respond to various emails from counsel for DAF regarding District Court litigation. | 0.30 | 1295.00 | $388.50 |
| 04/19/2021 | JNP | BL | Conference with Ira D. Kharasch and then John A. Morris regarding  DAF District Court litigation. | 0.30 | 1295.00 | $388.50 |
| 04/19/2021 | JNP | BL | Emails to Board regarding DAF District Court litigation. | 0.30 | 1295.00 | $388.50 |
| 04/19/2021 | JNP | BL | Conference with John A. Morris and J. Seery regarding DAF District Court litigation. | 0.40 | 1295.00 | $518.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

| 04/19/2021 | JAM | BL | Tephone conference with J. Pomerantz re: DAF lawsuit (0.1); review e-mails between J. Pomerantz and counsel to the DAF re: DAF intention to name Seery as a defendant (0.2); telephone conference with J. Seery, J. Pomerantz re: DAF intention to name Seery as a defendant (0.4). | 0.70 | 1245.00 | $871.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:   34

Invoice 127680

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| 04/20/2021 | IDK | BL | E-mails with R Saunders re DAF action and prioritizing various issues re same (.2); Review of DAF motion for leave to amend and add CEO and D Court denial of same (.3); Review of correspondence with Board, J Pomerantz re same (.1). | 0.60 | 1325.00 | $795.00 |
| | | | | | | |
| 04/20/2021 | JNP | BL | Conference with J. Dubel regarding DAF litigation and related. | 0.30 | 1295.00 | $388.50 |
| 04/20/2021 | JNP | BL | Review DAF motion to amend to add Seery as defendant. | 0.20 | 1295.00 | $259.00 |
| 04/20/2021 | JNP | BL | Conference with John A. Morris regarding DAF motion to amend and response. | 0.10 | 1295.00 | $129.50 |
| 04/20/2021 | JNP | BL | Conference with John A. Morris regarding DAF District Court lawsuit and employee claims litigation issues. | 0.50 | 1295.00 | $647.50 |
| 04/20/2021 | JNP | BL | Conference with J. Dubel regarding DAF District Court lawsuit. | 0.30 | 1295.00 | $388.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    35
Invoice 127680
April 30, 2021

|  | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/20/2021 | JAM | BL | Telephone conference with J. Pomerantz re: DAF complaint and strategy concerning the same (0.5); outline of issues for contempt motion concerning DAF complaint/Seery (0.8). | 1.30 | 1245.00 | $1,618.50 |
| 04/20/2021 | JAM | BL | Review DAF complaint (0.4); telephone conference with J. Seery re: DAF complaint and related matters (0.2); research re: factual issues concerning DAF complaint (0.3); e-mail to J. Seery, J. Pomerantz re: factual issues concerning DAF complaint (0.2). | 1.10 | 1245.00 | $1,369.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    36
Highland Capital Management LP                                       Invoice 127680
36027    - 00002                                                    April 30, 2021

| Date | | | | Hours | Rate | Amount |
|------|---|---|---|------|------|--------|
| 04/20/2021 | GVD | BL | Review DAF/CLOH lawsuit | 0.50 | 950.00 | $475.00 |
| | | | | | | |
| 04/21/2021 | IDK | BL | Telephone conference with J Pomerantz re DAF action issues (.1). | 0.10 | 1325.00 | $132.50 |
| | | | | | | |
| 04/21/2021 | JNP | BL | Conference with John A. Morris regarding potential contempt motion. | 0.20 | 1295.00 | $259.00 |
| | | | | | | |
| 04/21/2021 | JHD | BL | Correspondence from Ira D. Kharasch re DAF litigation; correspondence from Isaac M. Pachulski re same; correspondence from Gregory V. Demo re same | 0.30 | 1645.00 | $493.50 |
| 04/21/2021 | JHD | BL | Research re DAF litigation issues; prepare | 0.80 | 1645.00 | $1,316.00 |

**Appx. 04054**

Pachulski Stang Ziehl & Jones LLP                                    Page:    37
Highland Capital Management LP                                       Invoice 127680
36027    - 00002                                                    April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | correspondence to Ira D. Kharasch re same; correspondence from Ira D. Kharasch re same | | | |
| 04/22/2021 | JNP | BL | Review motion for contempt. | 0.30 | 1295.00 | $388.50 |
| 04/22/2021 | JNP | BL | Conference with John A. Morris regarding motion for contempt. | 0.20 | 1295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:     38
Invoice 127680
April 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/22/2021 | JAM | BL | Work on DAF contempt motion (9.7); e-mails with J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: draft DAF contempt motion (0.2); telephone conference with J. Pomerantz re: draft DAF | 10.00 | 1245.00 | $12,450.00 |
| 04/22/2021 | HRW | BL | Draft motion for order to show cause and ancillary documents for DAF contempt motion (2.5); Draft witness and exhibit list for trial on Dondero adversary proceeding for injunctive relief (0.6); Call with J. Morris re: DAF contempt motion (0.1); Call with J. Morris, T. Surgent, and G. Demo re: discovery responses (0.2). | 3.40 | 695.00 | $2,363.00 |

**Appx. 04056**

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| 04/23/2021 | JNP | BL | Conference with John A. Morris regarding DAF litigation and motion for contempt. | 0.20 | 1295.00 | $259.00 |
| 04/23/2021 | JNP | BL | Review final version of contempt motion. | 0.20 | 1295.00 | $259.00 |
| | | | | | | |
| 04/23/2021 | JMF | BL | Review contempt pleadings. | 0.40 | 1050.00 | $420.00 |
| 04/23/2021 | GVD | BL | Review motion for contempt | 0.50 | 950.00 | $475.00 |
| 04/23/2021 | GVD | BL | Correspondence with counsel to HCLOF re contempt motion | 0.20 | 950.00 | $190.00 |
| 04/23/2021 | GVD | BL | Conference with J. Morris re next steps on contempt motion | 0.20 | 950.00 | $190.00 |
| | | | | | | |
| 04/23/2021 | GVD | BL | Conference with J. Morris re status of contempt motion | 0.20 | 950.00 | $190.00 |
| 04/23/2021 | HRW | BL | Review DAF/CLO Holdco Contempt Motion. | 0.60 | 695.00 | $417.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:      40
Highland Capital Management LP                                       Invoice 127680
36027    - 00002                                                    April 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/24/2021 | HRW | BL | Review DAF/CLO Holdco motion to amend complaint. | 0.40 | 695.00 | $278.00 |
| 04/26/2021 | IDK | BL | Review of correspondence with Wilmer Hale on DAF action and related federal law issues for their review and coordination of call re same (.2); Review of further R Saunders memo/research on DAF and enforcing the reference re same (.3). | 0.50 | 1325.00 | $662.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/26/2021 | JNP | BL | Conference with J. Dubel regarding contempt motion and related issues. | 0.20 | 1295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP                                        Page:     42
Highland Capital Management LP                                          Invoice 127680
36027    - 00002                                                       April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/26/2021 | JAM | BL | E-mail to T. Ellison, J. Pomerantz, G. Demo, M. Heyward re: hearing date for contempt motion (0.2); telephone conference with J. Pomerantz re: e-mail to Ms. Ellsion concerning contempt hearing (0.2); telephone conference with J. Seery re: possible motion for Rule 11 sanctions (0.1); telephone conference with J. Pomerantz, R. Feinstein, T. Silva re: possible defenses to DAF complaint (0.4). | 0.90 | 1245.00 | $1,120.50 |
| 04/26/2021 | JAM | BL | Telephone conference with J. Pomerantz, G. Demo, King & Spalding re: DAF litigation matters (0.4); telephone conference with J. Seery, J. Pomerantz re: litigation matters (0.5) | 0.90 | 1245.00 | $1,120.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    43

Invoice 127680

April 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/27/2021 | IDK | BL | E-mails with J Morris, others on court's email setting contempt hearing as live hearing. | 0.20 | 1325.00 | $265.00 |
| 04/27/2021 | IDK | BL | E-mails with R Saunders, J Pomerantz re DAF | 0.30 | 1325.00 | $397.50 |

**Appx. 04061**

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | action and Barton doctrine re same. | | | |
| 04/27/2021 | JNP | BL | Conference with John A. Morris regarding email to court regarding contempt motion. | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:     45
Invoice 127680
April 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/27/2021 | JAM | BL | Communications with T. Ellison, J. Pomerantz, Z. Annable re: notice of motion for contempt hearing (DAF) (0.2) draft notice of hearing for contempt motion (0.3); e-mails with Z. Annable, J. Pomerantz, G. Demo, H. Winograd re: notice of hearing for contempt motion (0.2); e-mails with M. Sbaiti, C. Taylor re: notice of motion for contempt hearing and related matters (0.4). | 1.10 | 1245.00 | $1,369.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:     46

Invoice 127680

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/28/2021 | JNP | BL | Conference with J. Dubel regarding contempt motion and related issues (2x). | 0.20 | 1295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:    47

Invoice 127680

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/28/2021 | JAM | BL | Communications with Z. Annable, J. Pomerantz, G. Demo, H. Winograd re: Order to Show Cause (0.3); review/revise Order to Show Cause (0.2). | 0.50 | 1245.00 | $622.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

| | Hours | Rate | Amount |
|---|---|---|---|

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

| | Hours | Rate | Amount |
|---|---|---|---|

Pachulski Stang Ziehl & Jones LLP                                    Page:      50
Highland Capital Management LP                                       Invoice 127680
36027    - 00002                                                    April 30, 2021

Appx. 04068

# EXHIBIT 55

Appx. 04069

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    -00002

| | Hours | Rate | Amount |
|---|---|---|---|

Appx. 04070

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 100
Prebill#283067
June 07, 2021

| | Hours | Rate | Amount |
|---|---|---|---|

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    101
Prebill#283067
June 07, 2021



| 05/05/2021 | JNP | DAF | Conference with King and Spalding and PSZJ regarding DAF lawsuit status. | 0.40 | 1295.00 | $518.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    102
Prebill#283067
June 07, 2021

| | | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| RJF Bill | 05/05/2021 | | DAF | 0.40 | 0.40 | 1,395.00 | | 558.00 |
| 05/05/2021 | RJF | DAF | Telephone conference with Jeffrey N. Pomerantz, Gregory V. Demo and John A. Morris regarding complaint. | | | 0.40 | 1395.00 | $558.00 |
| RJF Bill | 05/05/2021 | | DAF | 0.40 | 0.40 | 1,395.00 | | 558.00 |
| 05/05/2021 | RJF | DAF | Call with CLO Holdco's attorney regarding case status. | | | 0.40 | 1395.00 | $558.00 |
| RJF Bill | 05/05/2021 | | DAF | 0.40 | 0.40 | 1,395.00 | | 558.00 |
| 05/05/2021 | RJF | DAF | Research response date, related emails, civil action coversheet. | | | 0.40 | 1395.00 | $558.00 |
| JAM Bill | 05/05/2021 | | DAF | 1.00 | 1.00 | 1,245.00 | | 1,245.00 |
| 05/05/2021 | JAM | DAF | Telephone conference with J. Pomerantz, R. Feinstein, G. Demo re: strategic issues concerning DAF litigation (0.4); telephone conference with J. Pomerantz, G. Demo, M. Maloney re: DAF litigation issues including service of process and timing (0.4); research re: Rule 11 motion (0.2). | | | 1.00 | 1245.00 | $1,245.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:    103

Prebill#283067

June 07, 2021

|  | Hours | Rate | Amount |
|---|---|---|---|

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   104
Prebill#283067
June 07, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| HRW Bill | 05/06/2021 | DAF | | 1.20 | 1.20 | 695.00 | | 834.00 |
| 05/06/2021 | HRW | DAF | Research re: meaning of "related to" on civil cover sheet for DAF/CLO Holdco litigation (1.2). | 1.20 | 695.00 | $834.00 |
| 05/07/2021 | JAM | DAF | Telephone conference with J. Pomerantz, R. Feinstein, G. Demo re: strategic issues concerning DAF Action, including responding to complaint and timing of related motions (0.8). | 0.80 | 1245.00 | $996.00 |
| GVD Bill | 05/07/2021 | DAF | | 0.80 | 0.80 | 950.00 | | 760.00 |
| 05/07/2021 | GVD | DAF | Conference with PSZJ team re planning for DAF action response | 0.80 | 950.00 | $760.00 |

Pachulski Stang Ziehl & Jones LLP                          Page:    105
Highland Capital Management LP                             Prebill#283067
36027    -00002                                           June 07, 2021

|  | Hours | Rate | Amount |
|---|---|---|---|

Pachulski Stang Ziehl & Jones LLP                                    Page:    106
Highland Capital Management LP                                       Prebill#283067
36027    - 00002                                                    June 07, 2021

Hours          Rate          Amount

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

|  | Hours | Rate | Amount |
|---|---|---|---|

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    108
Prebill#283067
June 07, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| JE Bill | 05/11/2021 | DAF | 8.70 | 8.70 | 1,195.00 | 10,396.50 |
| 05/11/2021 | JE | DAF | Review draft revisions to objection from Mr. Pomerantz and review and revise same accordingly (7.7); call with Mr. Demo regarding reference and contempt pleadings (.2); review contempt pleadings and applicable documents attached to contempt pleadings for fact section (.8). | 8.70 | 1195.00 | $10,396.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    -00002

Page:    109
Prebill#283067
June 07, 2021



Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    110

Prebill#283067

June 07, 2021

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   111
Prebill#283067
June 07, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| JNP Bill | 05/14/2021 | | DAF | 0.10 | 0.10 | 1,295.00 | 129.50 |
| 05/14/2021 | JNP | DAF | Conference with John A. Morris regarding discovery regarding contempt motion and related. | 0.10 | 1295.00 | $129.50 |
| JNP Bill | 05/14/2021 | | DAF | 0.20 | 0.20 | 1,295.00 | 259.00 |
| 05/14/2021 | JNP | DAF | Review discovery regarding contempt motion and provide comments. | 0.20 | 1295.00 | $259.00 |
| JNP Bill | 05/14/2021 | | DAF | 0.30 | 0.30 | 1,295.00 | 388.50 |
| 05/14/2021 | JNP | DAF | Review responses to contempt motion filed by various parties. | 0.30 | 1295.00 | $388.50 |
| 05/14/2021 | JAM | DAF | Preliminary review of objection to contempt motion (0.4); telephone conference with J. Pomerantz re: objections to contempt motion (0.2). | 0.60 | 1245.00 | $747.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:   112
Prebill#283067
June 07, 2021

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | | | | |
| JAM Bill | 05/15/2021 | DAF | 6.30 | 6.30 | 1,245.00 | | 7,843.50 |
| 05/15/2021 | JAM | DAF | Draft document requests for Dondero, Patrick, CLO Holdco/DAF for contempt proceeding (3.6); e-mails to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: draft document requests for Dondero, Patrick, CLO Holdco/DAF for contempt proceeding (0.2); telephone conference with J. Dubel re: objections to contempt motion and related matters (0.7); revisions to draft document requests for Dondero, Patrick, CLO Holdco/DAF for contempt proceeding (0.6); e-mails to J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: draft document requests for Dondero, Patrick, CLO Holdco/DAF for contempt proceeding (0.2); draft subpoena for Grant Scott (0.4); telephone conference with J. Seery re: discovery in connection with contempt motion (0.2); telephone conference with G. Demo re: discovery in connection with contempt motion (0.1); e-mails to counsel for Violators re: discovery in connection with contempt motion (0.3). | 6.30 | 1245.00 | $7,843.50 |
| GVD Bill | 05/15/2021 | DAF | Review draft discovery requests re contempt hearing | 0.20 | 0.20 | 950.00 | | 190.00 |
| 05/15/2021 | GVD | DAF | Review draft discovery requests re contempt hearing | 0.20 | 950.00 | $190.00 |
| GVD Bill | 05/15/2021 | DAF | | 0.30 | 0.30 | 950.00 | | 285.00 |
| 05/15/2021 | GVD | DAF | Review responses to order to show cause | 0.30 | 950.00 | $285.00 |

| JE Bill | 05/16/2021 | DAF | | 1.60 | 1.60 | 1,195.00 | | 1,912.00 |
| 05/16/2021 | JE | DAF | Review responses of DAF and others to Order to show cause, look at certain cited case law and | 1.60 | 1195.00 | $1,912.00 |

**Appx. 04083**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    -00002

Page:    113
Prebill#283067
June 07, 2021

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | correspondence with team regarding same. |  |  |  |

| | | | | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| IDK Bill | 05/17/2021 | | DAF | 0.80 | 0.80 | 1,325.00 | 1,060.00 |
| 05/17/2021 | IDK | DAF | Attend conference call with J Pomerantz, others re DAF opposition to OSC re contempt, contempt powers, damages and reply issues (.6); E-mails with J Morris, others re same DAF opposition and related errant E-mail issue (.2). | 0.80 | 1325.00 | | $1,060.00 |
| IDK Bill | 05/17/2021 | | DAF | 1.00 | 1.00 | 1,325.00 | 1,325.00 |
| 05/17/2021 | IDK | DAF | Attend conference call with J Pomerantz, others on DAF and OSC as well as other litigation matters (1.0). | 1.00 | 1325.00 | | $1,325.00 |
| JNP Bill | 05/17/2021 | | DAF | 0.60 | 0.60 | 1,295.00 | 777.00 |
| 05/17/2021 | JNP | DAF | Conference with PSZJ team regarding contempt reply. | 0.60 | 1295.00 | | $777.00 |
| JNP Bill | 05/17/2021 | | DAF | 0.10 | 0.10 | 1,295.00 | 129.50 |
| 05/17/2021 | JNP | DAF | Conference with R. Nelms regarding contempt issues. | 0.10 | 1295.00 | | $129.50 |
| JNP Bill | 05/17/2021 | | DAF | 1.40 | 1.40 | 1,295.00 | 1,813.00 |
| 05/17/2021 | JNP | DAF | Detailed review of DAF response to contempt motion and draft comments thereto. | 1.40 | 1295.00 | | $1,813.00 |
| JNP Bill | 05/17/2021 | | DAF | 0.10 | 0.10 | 1,295.00 | 129.50 |
| 05/17/2021 | JNP | DAF | Conference with John A. Morris regarding DAF contempt issues. | 0.10 | 1295.00 | | $129.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    114
Prebill#283067
June 07, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| JNP Bill | 05/17/2021 | | DAF | 0.50 | 0.50 | 1,295.00 | 647.50 |
| 05/17/2021 | JNP | DAF | Conference with PSZJ team regarding DAF response. | 0.50 | 1295.00 | $647.50 |
| JNP Bill | 05/17/2021 | | DAF | 0.40 | 0.40 | 1,295.00 | 518.00 |
| 05/17/2021 | JNP | DAF | Conference with R. Nelms and John A. Morris regarding contempt issues. | 0.40 | 1295.00 | $518.00 |
| JNP Bill | 05/17/2021 | | DAF | 0.20 | 0.20 | 1,295.00 | 259.00 |
| 05/17/2021 | JNP | DAF | Conference with John A. Morris regarding contempt reply. | 0.20 | 1295.00 | $259.00 |
| JNP Bill | 05/17/2021 | | DAF | 0.10 | 0.10 | 1,295.00 | 129.50 |
| 05/17/2021 | JNP | DAF | Emails regarding jurisdiction regarding DAF proceeding. | 0.10 | 1295.00 | $129.50 |
| JNP Bill | 05/17/2021 | | DAF | 0.20 | 0.20 | 1,295.00 | 259.00 |
| 05/17/2021 | JNP | DAF | Consider issues regarding pending contempt motion. | 0.20 | 1295.00 | $259.00 |
| RJF Bill | 05/17/2021 | | DAF | 0.80 | 0.80 | 1,395.00 | 1,116.00 |
| 05/17/2021 | RJF | DAF | Review opposition to contempt motion, related emails. | 0.80 | 1395.00 | $1,116.00 |
| RJF Bill | 05/17/2021 | | DAF | 0.50 | 0.50 | 1,395.00 | 697.50 |
| 05/17/2021 | RJF | DAF | Internal call regarding contempt motion. | 0.50 | 1395.00 | $697.50 |
| JAM Bill | 05/17/2021 | | DAF | 2.00 | 2.00 | 1,245.00 | 2,490.00 |
| 05/17/2021 | JAM | DAF | E-mails with L. Phillips, M. Sbaiti, others re: | 2.00 | 1245.00 | $2,490.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   -00002

Page:   115
Prebill#283067
June 07, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | discovery (0.3); telephone conference with J. Pomerantz, J. Elkin, G. Demo, I. Kharasch re: legal and factual issues concerning Contempt Motion (0.6); telephone conference with J. Pomerantz, J. Elkin, G. Demo, I. Kharasch, R. Feinstein re: legal and factual issues concerning Contempt Motion (0.7); telephone conference with J. Pomerantz, R. Nelms re: DAF contempt issues (0.4). | | | |
| GVD Bill | 05/17/2021 | | DAF | 0.70   0.70 | 950.00 | 665.00 |
| 05/17/2021 | GVD | DAF | Conference with PSZJ re reply to responses to order to show cause | 0.70 | 950.00 | $665.00 |
| | | | | | | |
| GVD Bill | 05/17/2021 | | DAF | 0.60   0.60 | 950.00 | 570.00 |
| 05/17/2021 | GVD | DAF | Conference (internal) re contempt motion and next steps | 0.60 | 950.00 | $570.00 |
| GVD Bill | 05/17/2021 | | DAF | 0.30   0.30 | 950.00 | 285.00 |
| 05/17/2021 | GVD | DAF | Review contempt motions re research issues | 0.30 | 950.00 | $285.00 |
| JE Bill | 05/17/2021 | | DAF | 5.00   5.00 | 1,195.00 | 5,975.00 |
| 05/17/2021 | JE | DAF | Call with PSZJ team to discuss show cause reply (.6); second call with PSZJ team to discuss show cause reply (.8); review comments of Mr. Pomerantz and Mr. Feinstein regarding reply (.4); research issues for reply on civil contempt and jurisdiction (3.2). | 5.00 | 1195.00 | $5,975.00 |
| | | | | | | |
| IDK Bill | 05/18/2021 | | DAF | 0.30   0.30 | 1,325.00 | 397.50 |
| 05/18/2021 | IDK | DAF | Attend part of conference call with J Pomerantz, | 0.30 | 1325.00 | $397.50 |

**Appx. 04086**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    116
Prebill#283067
June 07, 2021

| | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| | | | others on contempt motion and opposition thereto and potential response | | | | |
| JNP Bill | 05/18/2021 | | DAF | 0.70 | 0.70 | 1,295.00 | 906.50 |
| 05/18/2021 | JNP | DAF | Conference with PSZJ team regarding DAF contempt reply. | | 0.70 | 1295.00 | $906.50 |
| RJF Bill | 05/18/2021 | | DAF | 0.70 | 0.70 | 1,395.00 | 976.50 |
| 05/18/2021 | RJF | DAF | Call with Jeffrey N. Pomerantz, Gregory V. Demo, Judith Elkin, John A. Morris regarding DAF contempt reply. | | 0.70 | 1395.00 | $976.50 |
| 05/18/2021 | RJF | DAF | Review Villegas case. | | 0.20 | 1395.00 | $279.00 |
| RJF Bill | 05/18/2021 | | DAF | 0.30 | 0.30 | 1,395.00 | 418.50 |
| 05/18/2021 | RJF | DAF | Review Elkin contempt research, related emails. | | 0.30 | 1395.00 | $418.50 |
| JAM Bill | 05/18/2021 | | DAF | 1.10 | 1.10 | 1,245.00 | 1,369.50 |
| 05/18/2021 | JAM | DAF | Telephone conference with J. Elkin re: issues concerning reply brief for Contempt motion (0.4); telephone conference with J. Pomerantz, I. Kharasch, R. Feinstein, J. Elkin, G. Demo re: reply brief on contempt motion (0.7). | | 1.10 | 1245.00 | $1,369.50 |
| GVD Bill | 05/18/2021 | | DAF | 0.70 | 0.70 | 950.00 | 665.00 |
| 05/18/2021 | GVD | DAF | Conference with PSZJ working group re contempt proceedings | | 0.70 | 950.00 | $665.00 |
| JE Bill | 05/18/2021 | | DAF | 6.90 | 6.90 | 1,195.00 | 8,245.50 |
| 05/18/2021 | JE | DAF | Call with team regarding show cause reply (.7); research various issues raised in show cause | | 6.90 | 1195.00 | $8,245.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027  -00002

Page:   117

Prebill#283067

June 07, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| response (5.8); call with Mr. Morris regarding fact | | | | | | |

| JNP Bill | 05/19/2021 | DAF | 1.00 | 1.00 | 1,295.00 | 1,295.00 |
|---|---|---|---|---|---|---|
| 05/19/2021 | JNP | DAF | Review and revise sections of contempt reply brief. | 1.00 | 1295.00 | $1,295.00 |

| 05/19/2021 | RJF | DAF | Comment on deposition notices to DAF and CLC. | 0.20 | 1395.00 | $279.00 |
|---|---|---|---|---|---|---|

| RJF Bill | 05/19/2021 | DAF | 0.40 | 0.40 | 1,395.00 | 558.00 |
|---|---|---|---|---|---|---|
| 05/19/2021 | RJF | DAF | Research regarding contempt, related emails. | 0.40 | 1395.00 | $558.00 |
| JAM Bill | 05/19/2021 | DAF | 8.10 | 8.10 | 1,245.00 | 10,084.50 |
| 05/19/2021 | JAM | DAF | Prepare notice of deposition for Mark Patrick (0.3); | 8.10 | 1245.00 | $10,084.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    -00002

Page:    118
Prebill#283067
June 07, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | e-mails with Z. Annable, H. Winograd re: Patrick notice of deposition (0.1); prepare Rule 30(b)(6) deposition notice for DAF/CLO Holdco (0.6); e-mails with J. Pomerantz, R. Feinstein, G. Demo, Z. Annable re: Rule 30(b)(6) deposition notice for DAF/CLO Holdco (0.1); work on reply brief for contempt motion (6.8); e-mails with L. Phillips, others re: depositions (0.1); e-mail to J. Pomerantz, R. Feinstein, J. Elkin re: reply brief for contempt motion (0.1). | | | | | |
| GVD Bill | 05/19/2021 | DAF | 0.10 | 0.10 | 950.00 | 95.00 |
| 05/19/2021 | GVD | DAF | Correspondence with J. Elkin re contempt motion | 0.10 | 950.00 | $95.00 |
| JE Bill | 05/19/2021 | DAF | 13.30 | 13.30 | 1,195.00 | 15,893.50 |
| 05/19/2021 | JE | DAF | Review and comment on discovery notice (.3); review cases cited by DAF in brief (2.3); work on reply brief and miscellaneous correspondence with Mr. Morris and Mr. Pomerantz regarding same (10.7). | 13.30 | 1195.00 | $15,893.50 |
| JNP Bill | 05/20/2021 | DAF | 1.00 | 1.00 | 1,295.00 | 1,295.00 |
| 05/20/2021 | JNP | DAF | Review and revise reply regarding contempt motion. | 1.00 | 1295.00 | $1,295.00 |
| JAM Bill | 05/20/2021 | DAF | 5.10 | 5.10 | 1,245.00 | 6,349.50 |
| 05/20/2021 | JAM | DAF | Continued work on reply brief on contempt motion (4.5); telephone conference with J. Elkin re: reply brief on contempt motion (0.2); e-mails to counsel for the alleged Violators re: discovery (0.2); review document requests (0.1); telephone conference with J. Pomerantz re: document requests (0.1). | 5.10 | 1245.00 | $6,349.50 |
| GVD | 05/20/2021 | DAF | 0.30 | 0.30 | 950.00 | 285.00 |

**Appx. 04089**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    -00002

Page:    119
Prebill#283067
June 07, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Bill | | | | | | |
| 05/20/2021 | GVD | DAF | Review reply to contempt motion | 0.30 | 950.00 | $285.00 |
| JE Bill | 05/20/2021 | | DAF | 13.10 | 13.10 | 1,195.00 | | 15,654.50 |
| 05/20/2021 | JE | DAF | Work on reply brief (11.0); review motion to amend complaint (.4); call with Mr. Morris regarding briefing (.3); research judgment issues (1.4). | 13.10 | 1195.00 | $15,654.50 |
| JNP Bill | 05/21/2021 | | DAF | 1.00 | 1.00 | 1,295.00 | | 1,295.00 |
| 05/21/2021 | JNP | DAF | Emails and review and revised reply regarding contempt motion. | 1.00 | 1295.00 | $1,295.00 |
| RJF Bill | 05/21/2021 | | DAF | 0.50 | 0.50 | 1,395.00 | | 697.50 |
| 05/21/2021 | RJF | DAF | Review and comment on contempt motion reply. | 0.50 | 1395.00 | $697.50 |
| JAM Bill | 05/21/2021 | | DAF | 4.50 | 4.50 | 1,245.00 | | 5,602.50 |
| 05/21/2021 | JAM | DAF | E-mails to counsel for the Violators re: discovery (0.2); review/revise draft reply on Contempt Motion (3.3); e-mail to J. Seery, PSZJ team re: draft Reply on Contempt Motion (0.1); telephone conference with G. Demo re: facts concerning contempt motion (0.1); review/revise draft Reply on Contempt Motion (0.4); communications with J. Elkin, H. Winograd, Z. Annable re: Reply and supporting declaration on Contempt Motion (0.2); revise subpoena for Grant Scott (0.1); e-mails with J. Kane, J. Pomerantz, G. Demo, H. Winograd re: Scott subpoena (0.1) | 4.50 | 1245.00 | $5,602.50 |
| GVD Bill | 05/21/2021 | | DAF | 1.50 | 1.50 | 950.00 | | 1,425.00 |
| 05/21/2021 | GVD | DAF | Review draft reply to contempt motion | 1.50 | 950.00 | $1,425.00 |
| GVD Bill | 05/21/2021 | | DAF | 0.10 | 0.10 | 950.00 | | 95.00 |
| 05/21/2021 | GVD | DAF | Conference with J. Morris re contempt reply | 0.10 | 950.00 | $95.00 |

**Appx. 04090**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HRW Bill | 05/21/2021 | DAF | 1.20 | 1.20 | 695.00 | | 834.00 |

| 05/21/2021 | HRW | DAF | Prepare declaration and gather exhibits for reply in support of DAF contempt motion (1.2). | 1.20 | 695.00 | $834.00 |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JE Bill | 05/22/2021 | DAF | 0.60 | 0.60 | 1,195.00 | | 717.00 |

| 05/22/2021 | JE | DAF | Miscellaneous correspondence regarding preparation for hearings on Motion to Modify and Contempt Motion. | 0.60 | 1195.00 | $717.00 |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JNP Bill | 05/23/2021 | DAF | 0.60 | 0.60 | 1,295.00 | | 777.00 |

| 05/23/2021 | JNP | DAF | Conference with John A. Morris and M. Sbaiti regarding discovery. | 0.60 | 1295.00 | $777.00 |
|---|---|---|---|---|---|---|

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    121
Prebill#283067
June 07, 2021

| | | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| JNP Bill | 05/23/2021 | | DAF | 0.10 | 0.10 | 1,295.00 | | 129.50 |
| 05/23/2021 | JNP | DAF | Review email from M. Sbaiti; Conference with John A. Morris regarding same. | | | 0.10 | 1295.00 | $129.50 |
| JAM Bill | 05/23/2021 | | DAF | 1.40 | 1.40 | 1,245.00 | | 1,743.00 |
| 05/23/2021 | JAM | DAF | Prepare Notice of Service of Subpoena (Grant Scott) (0.2); e-mails to J. Seery, T. Surgent, J. Pomerantz, Z. Annable re: subpoena for Scott (0.2); e-mail to C. Taylor, J. Bonds, J. Pomerantz, G. Demo, H. Winograd re: discovery in connection with contempt motion (0.3); meet and confer call with J. Pomerantz, M. Sbaiti re: Violators' document requests and related matters (0.5); telephone conference with J. Pomerantz re: discovery requests (0.2). | | | 1.40 | 1245.00 | $1,743.00 |
| IDK Bill | 05/24/2021 | | DAF | 0.30 | 0.30 | 1,325.00 | | 397.50 |
| 05/24/2021 | IDK | DAF | Attend conference call with internal team re DAF (.3). | | | 0.30 | 1325.00 | $397.50 |
| JNP Bill | 05/24/2021 | | DAF | 0.30 | 0.30 | 1,295.00 | | 388.50 |
| 05/24/2021 | JNP | DAF | Conference with PSZJ team regarding strategy issues concerning DAF lawsuit. | | | 0.30 | 1295.00 | $388.50 |
| JNP Bill | 05/24/2021 | | DAF | 0.40 | 0.40 | 1,295.00 | | 518.00 |
| 05/24/2021 | JNP | DAF | Conference with J. Elkin, John A. Morris, Gregory V. Demo, and Ira D. Kharasch regarding issues relating to DAF. | | | 0.40 | 1295.00 | $518.00 |

**Appx. 04092**

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    122

Prebill#283067

June 07, 2021

| | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RJF Bill | 05/24/2021 | | DAF | 0.30 | 0.30 | 1,395.00 | | 418.50 |
| 05/24/2021 | RJF | DAF | Internal call regarding DAF. | | | 0.30 | 1395.00 | $418.50 |
| JMF Bill | 05/24/2021 | | DAF | 0.30 | 0.30 | 1,050.00 | | 315.00 |
| 05/24/2021 | JMF | DAF | Status call re contempt motion and litigation issues. | | | 0.30 | 1050.00 | $315.00 |
| GVD Bill | 05/24/2021 | | DAF | 0.40 | 0.40 | 950.00 | | 380.00 |
| 05/24/2021 | GVD | DAF | Conference with PSZJ team re response to contempt action (partial attendance) | | | 0.40 | 950.00 | $380.00 |
| GVD Bill | 05/24/2021 | | DAF | 0.30 | 0.30 | 950.00 | | 285.00 |
| 05/24/2021 | GVD | DAF | Attend PSZJ status conference on DAF litigation | | | 0.30 | 950.00 | $285.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    123

Prebill#283067

June 07, 2021

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    124
Prebill#283067
June 07, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| GVD Bill | 05/26/2021 | DAF | 0.50 | 0.50 | 950.00 | 475.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/26/2021 | GVD | DAF | Review and update Morris declaration in support of order to show cause | 0.50 | 950.00 | $475.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    125

Prebill#283067

June 07, 2021

|  | Hours | Rate | Amount |
|---|---|---|---|

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    126
Prebill#283067
June 07, 2021

Hours        Rate        Amount

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    127
Prebill#283067
June 07, 2021

| | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| JNP Bill | 05/30/2021 | | DAF | | 0.20 | 0.20 | 1,295.00 | | 259.00 |
| 05/30/2021 | JNP | DAF | Conference with John A. Morris regarding contempt hearing and discovery. | | 0.20 | 1295.00 | $259.00 |
| GVD Bill | 05/30/2021 | | DAF | | 1.10 | 1.10 | 950.00 | | 1,045.00 |
| 05/30/2021 | GVD | DAF | Conference with J. Morris re document discovery | | 1.10 | 950.00 | $1,045.00 |
| GVD Bill | 05/30/2021 | | DAF | | 1.30 | 1.30 | 950.00 | | 1,235.00 |
| 05/30/2021 | GVD | DAF | Review document production re DAF issues | | 1.30 | 950.00 | $1,235.00 |
| GVD Bill | 05/30/2021 | | DAF | | 0.60 | 0.60 | 950.00 | | 570.00 |
| 05/30/2021 | GVD | DAF | Conference with J. Morris re deposition preparation | | 0.60 | 950.00 | $570.00 |
| JE | 05/30/2021 | | DAF | | 4.80 | 4.80 | 1,195.00 | | 5,736.00 |

**Appx. 04098**

Pachulski Stang Ziehl & Jones LLP                                      Page:   128
Highland Capital Management LP                                         Prebill#283067
36027    -00002                                                       June 07, 2021

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|

| GVD Bill | 06/01/2021 | DAF | 2.30 | 2.30 | 950.00 | 2,185.00 |
|---|---|---|---|---|---|---|

| 06/01/2021 | GVD | DAF | Attend Dondero deposition (partial attendance) | 2.30 | 950.00 | $2,185.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:   129
Prebill#283067
June 07, 2021

| | | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| GVD Bill | 06/01/2021 | | DAF | 2.20 | 2.20 | 950.00 | | 2,090.00 |
| 06/01/2021 | GVD | DAF | Attend G. Scott deposition (partial) | | | 2.20 | 950.00 | $2,090.00 |



| | | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| GVD Bill | 06/02/2021 | | DAF | 1.00 | 1.00 | 950.00 | | 950.00 |
| 06/02/2021 | GVD | DAF | Conference with J. Morris and HCMLP re M. Patrick deposition prep | | | 1.00 | 950.00 | $950.00 |
| GVD Bill | 06/02/2021 | | DAF | 0.10 | 0.10 | 950.00 | | 95.00 |
| 06/02/2021 | GVD | DAF | Conference with J. Morris re follow up to M. Patrick deposition prep | | | 0.10 | 950.00 | $95.00 |
| GVD Bill | 06/02/2021 | | DAF | 0.20 | 0.20 | 950.00 | | 190.00 |
| 06/02/2021 | GVD | DAF | Conference with J. Donohue re M. Patrick deposition issues | | | 0.20 | 950.00 | $190.00 |
| GVD Bill | 06/03/2021 | | DAF | 3.50 | 3.50 | 950.00 | | 3,325.00 |
| 06/03/2021 | GVD | DAF | Review M. Patrick document production and correspondence with J. Morris re same | | | 3.50 | 950.00 | $3,325.00 |



| | | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| GVD | 06/04/2021 | | DAF | 0.20 | 0.20 | 950.00 | | 190.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    130
Prebill#283067
June 07, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Bill | | | | | | |
| 06/04/2021 | GVD | DAF | Conference with J. Morris re preparation for M. Patrick deposition | 0.20 | 950.00 | $190.00 |
| GVD | 06/04/2021 | | DAF | 2.20 | 2.20 | 950.00 | | 2,090.00 |
| Bill | | | | | | |
| 06/04/2021 | GVD | DAF | Attend deposition of M. Patrick (partial) | 2.20 | 950.00 | $2,090.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    249

Prebill#283067

June 07, 2021

---

## REMITTANCE ADVICE

### Please include this Remittance with your payment

**For current services rendered through:    06/07/2021**

| | |
|---|---|
| **Total Fees** | **$1,450,912.50** |
| **Total Expenses** | **14,097.56** |
| **Total Due on Current Invoice** | **$1,465,010.06** |

**Outstanding Balance from prior invoices as of    06/07/2021**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 127680 | 04/30/2021 | $1,286,897.00 | $8,173.58 | $1,295,070.58 |

**Total Amount Due on Current and Prior Invoices:          $4,009,430.04**