Civil Action Nos. 3:21-cv-01974-X & 3:21-cv-01979-S

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE CHARITABLE DAF FUND LP; CLO HOLDCO LTD;
MARK PATRICK; SBAITI & COMPANY PLLC; MAZIN A. SBAITI;
JONATHAN BRIDGES; and JAMES DONDERO,

*Appellants,*

v.

HIGHLAND CAPITAL MANAGEMENT, L.P.,

*Appellees.*

In re: Highland Capital Management, L.P.,
*Debtor*.

On Appeal from the United States Bankruptcy Court for the Northern District of
Texas, Case No. 19-34054, Hon. Stacey G.C. Jernigan, Presiding

NOTICE OF APPEAL OF APPELLANTS THE CHARITABLE DAF FUND,
L.P., CLO HOLDCO, LTD., MARK PATRICK, SBAITI & COMPANY, PLLC,
MAZIN A. SBAITI, AND JONATHAN BRIDGES

| | |
|---|---|
| Mazin A. Sbaiti<br>Jonathan Bridges<br>SBAITI & COMPANY PLLC<br>JPMorgan Chase Tower<br>2200 Ross Avenue<br>Suite 4900W<br>Dallas, TX 75201<br>Phone: (214) 432-2899<br>mas@sbaitilaw.com | Erik S. Jaffe*<br>Brian J. Field*<br>SCHAERR \| JAFFE LLP<br>1717 K Street, NW<br>Suite 900<br>Washington, DC 20006<br>Phone: (202) 787-1060<br>ejaffe@schaerr-jaffe.com<br><br>*Admitted *pro hac vice* |

Appellants Mark Patrick, Mazin Sbaiti, Jonathan Bridges, Sbaiti & Company PLLC, Charitable DAF Fund, L.P., and CLO Holdco, Ltd. hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's September 28, 2022 Order affirming in part and vacating in part the judgment of the bankruptcy court. *See* ECF No. 49.

October 20, 2022

Mazin A. Sbaiti
Jonathan Bridges
SBAITI & COMPANY PLLC
JPMorgan Chase Tower
2200 Ross Avenue
Suite 4900W
Dallas, TX 75201
Phone: (214) 432-2899
mas@sbaitilaw.com

Respectfully submitted,

*/s/ Brian J. Field*
Erik S. Jaffe*
Brian J. Field*
SCHAERR | JAFFE LLP
1717 K Street, NW
Suite 900
Washington, DC 20006
Phone: (202) 787-1060
bfield@schaerr-jaffe.com

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2022, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all counsel of record.

                                                   */s/ Brian J. Field*
                                                   Brian J. Field