BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Highland Capital Management, L.P. | Omnibus Objection To Claim #906 | Case # 19–34054–sgj11 |
| **DEBTOR** | **TYPE OF HEARING** | |

| | | |
|---|---|---|
| HCRE's Claim | *VS* | Highland Capital Management, L.P. |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| | |
|---|---|
| Wade Douglas Carvell & Charles W. "bill" Gameros Jr. | John Morris |
| **ATTORNEY** | **ATTORNEY** |

**EXHIBITS**

| | |
|---|---|
| SEE EXHIBIT LIST (VARIOUS) | SEE EXHIBIT LIST (VARIOUS) |
| Court Admitted Exhibits #1 through #6 & Exhibits #17 through #20 | Court Admitted Exhibits #1 through #65, #70, #71, #75 through #96 & Exhibit #103 |

| | | |
|---|---|---|
| Michael Edmond | November 1, 2022 | Stacey G Jernigan |
| **REPORTED BY** | **HEARING DATE** | **JUDGE PRESIDING** |