BTXN 027 (rev. 06/13)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: § 
Highland Capital Management, L.P. §    Case No.: 19–34054–sgj11
 §    Chapter No.: 11
                      Debtor(s) §

Dear Mr. Lang:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

- ☐ Interim Report
- ☐ Trustee's Final Account
- ☐ Trustee's Final Report
- ☐ 341 Meeting Minute Sheet and Exempt Property Report
- ☐ Report of Trustee in No–Asset Case and Application for Closing
- ☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting
- ☑ Other: please refile using the ECF event: "Motion to Seal" from attorney for interested party. (RE: related document(s)[3630] INCORRECT EVENT: Attorney to refile. Motion for leave to File Reply in Support of Amended Renewed Motion to Recuse Under Seal Filed by Interested Party James Donder) (Lang, Michael)

    Responses due by 11/25/2022.

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within one week from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED: 11/18/22                    FOR THE COURT:
                                   Robert P. Colwell, Clerk of Court

                                   by: /s/C. Ecker, Deputy Clerk
                                   cathy_ecker@txnb.uscourts.gov