

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed November 21, 2022**

_____
**United States Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case No. 19-34054 (SGJ) |
| Debtor. | JAMES DONDERO, HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., NEXPOINT ADVISORS, L.P., THE DUGABOY INVESTMENT TRUST, THE GET GOOD TRUST, and NEXPOINT REAL ESTATE PARTNERS, LLC, F/K/A HCRE PARTNERS, LLC, A DELAWARE LIMITED LIABILITY COMPANY'S REPLY IN SUPPORT OF THEIR MOTION TO RECUSE PURSUANT TO 28 U.S.C. § 455 |

## ORDER GRANTING THE UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF PAGE LIMIT

On this day came on for consideration Movants'[1] *Unopposed Motion for Leave to File a Reply Brief in Excess of Page Limit* (the "Motion") filed in this proceeding on November 10, 2022.

_____

[1] "Movants" are James Dondero, Highland Capital Management Fund Advisors, L.P., The Dugaboy Investment Trust, Get Good Trust, and NexPoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC.

The Court having reviewed the Motion and finding and finding that the relief requested by Defendant is appropriate and being advised that the Motion is also unopposed, believes the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the page limit with respect to Movants' Reply in Support of Movants' Renewed Motion to Recuse in this adversary proceeding is increased from 10 to up to 25 pages, less attachments.

IT IS SO ORDERED.

### # END OF ORDER # # #

Oder Submitted by:

*/s/ Michael J. Lang*
Michael J. Lang
Texas State Bar No. 24036944
mlang@cwl.law
1700 Pacific Ave, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500

*Attorneys for Movants James Dondero,*
*The Dugaboy Investment Trust, and Get Good Trust*