

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 21, 2022**

**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | |

### ORDER GRANTING HIGHLAND CAPITAL MANAGEMENT, L.P.'S
### MOTION FOR LEAVE TO FILE POST-TRIAL BRIEF AND FOR RELATED RELIEF

Upon consideration of *Highland Capital Management, L.P.'s Motion for Leave to File Post-Trial Brief and for Related Relief* [Docket No. 3619] (the "Motion")[2] filed by Highland Capital Management, L.P. ("Highland"), the reorganized debtor in the above captioned chapter 11 bankruptcy case (the "Bankruptcy Case"), in connection with the trial held in this Court on November 1, 2022 (the "Trial"), and the arguments set forth in the Motion; and this Court having

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

[2] Capitalized terms not defined herein shall take on the meaning ascribed thereto in the Motion.

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found

that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §

1409; and this Court having found that Highland's notice of the Motion was appropriate and that

no other notice need be provided; and upon all of the proceedings had before this Court; and after

due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.      The Motion is **GRANTED** as set forth herein.

2.      Highland is hereby granted leave to file its Post-Trial Brief attached as **<u>Exhibit A</u>**
        to the Motion.

3.      Within ten (10) days from the entry of this Order, (i) HCRE shall file any response
        (the "<u>Response</u>") to the Post-Trial Brief, and (ii) within five (5) days of the filing
        of the Response, Highland shall file any reply to the Response.

###End of Order###