Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
**Ross, Smith & Binford, PC**
700 North Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: frances.smith@rsbfirm.com
       eric.soderlund@rsbfirm.com

**CO-COUNSEL FOR FORMER EMPLOYEES[1] AND CPCM, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[2] | Case No. 19-34054-sgj11 |
| Debtor. | |

## NOTICE OF CHANGE OF NAME OF LAW FIRM

PLEASE BE ADVISED that as of January 3, 2023, our name changed to the following:

**Ross, Smith & Binford, PC**

PLEASE BE FURTHER ADVISED that as of January 9, 2023, our email addresses have changed to the following:

**Judith W. Ross' new email address:  judith.ross@rsbfirm.com
Frances A. Smith's new email address:  frances.smith@rsbfirm.com
Jason Binford's new email address:  jason.binford@rsbfirm.com
Eric Soderlund's new email address:  eric.soderlund@rsbfirm.com**

---

[1] The Former Employees are Scott Ellington, Isaac Leventon, J.P. Sevilla, Katie Lucas, Matt D'Orio, and Stephanie Vitiello.

[2] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

**Jessica Lewis' new email address:  jessica.lewis@rsbfirm.com**

Our address, telephone numbers, and facsimile numbers remain the same.

Upon receipt, please update your records.  Thank you for your assistance.

Dated: January 13, 2023                           Respectfully submitted,

**ROSS, SMITH & BINFORD, PC**

By: ___/s/ *Frances A. Smith*_____
Frances A. Smith (State Bar No. 24033084)
Eric Soderlund (State Bar No. 24037525)
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone:  214-377-7879
Fax:  214-377-9409
Email: frances.smith@rsbfirm.com
            eric.soderlund@rsbfirm.com

**CO-COUNSEL FOR FORMER EMPLOYEES AND CPCM, LLC**

## CERTIFICATE OF SERVICE

I certify that on January 13, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Frances A. Smith*_____
　　　　　　　　　　　　　　　　　　　　　　　 Frances A. Smith