# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
January 11, 2023

Lyle W. Cayce
Clerk

_____

No. 22-10189

_____

IN THE MATTER OF HIGHLAND CAPITAL MANAGEMENT, L.P.

*Debtor*,

HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, ;
NEXPOINT ADVISORS, L.P.; THE DUGABOY INVESTMENT
TRUST,

*Appellants*,

*versus*

HIGHLAND CAPITAL MANAGEMENT, L.P.,

*Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-1895

_____

Before KING, STEWART, and HAYNES, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.



Certified as a true copy and issued
as the mandate on Feb 02, 2023

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART and DISMISSED IN PART

IT IS FURTHER ORDERED that appellants pay to appellee the costs on appeal to be taxed by the Clerk of this Court.

2

# BILL OF COSTS

**NOTE:** The Bill of Costs is due in this office *within 14 days from the date of the opinion*, See FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

Highland Capital Management Fund Advisors, L.P., et al. v. Highland Capital Management, L.P.    No. 22-10189

The Clerk is requested to tax the following costs against: Highland Capital Management Fund Advisors LP; NexPoint Advisors LP; Dugaboy Investment Trust

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee | | | | | | | | |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 7 | 41 | $0.15 | $43.05 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other: | | | | | | | | |
| | | | Total $ | $43.05 | | | Costs are taxed in the amount of $ | |

Costs are hereby taxed in the amount of $ 43.05 this 26th day of January, 2023.

State of
County of _____

LYLE W. CAYCE, CLERK

By *Lisa E. Ferrara*
Deputy Clerk

I Zachery Z. Annable _____, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 25th day of January, 2023.

(Signature)

*SEE REVERSE SIDE FOR RULES GOVERNING TAXATION OF COSTS

Attorney for Highland Capital Management, L.P.

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 02, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

     No. 22-10189   Highland Captl v. Highland Captl Mgmt
                           USDC No. 3:21-CV-1895

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Enclosed for the district court and counsel is the approved bill of costs.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Lisa E. Ferrara, Deputy Clerk
                                    504-310-7675

cc:
     Mr. Zachery Z. Annable
     Mr. Gregory Vincent Demo
     Mr. Douglas Scott Draper
     Ms. Judith Elkin
     Ms. Melissa Sue Hayward
     Mr. Jordan A. Kroop
     Mr. Jeffrey N. Pomerantz
     Mr. Davor Rukavina
     Mr. Julian Preston Vasek