UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE CHARITABLE DAF FUND LP; §
CLO HOLDCO LTD; MARK §
PATRICK; SBAITI & COMPANY §
PLLC; MAZIN A SBAITI; and §
JONATHAN BRIDGES, §
§
*Appellants,* § Civil Action No. 3:21-CV-01974-X
§
v. §
§
HIGHLAND CAPITAL §
MANAGEMENT LP, §
*Appellee.*

## ORDER CONSOLIDATING APPEALS

After considering the parties' *Joint Motion to Consolidate Bankruptcy Appeals,*

*Conform Briefing Schedules, and Extend Time for Appellants to File Opening Briefs*

[Doc. No. 10], the Court **GRANTS** the motion and consolidates Case No. 3:21-CV-

01974-X with Case No. 3:21-CV-01979-S.  The Court **ORDERS** that these appeals be

merged into one case under Case No. 3:21-CV-01974-X and that all future filings be

under Case No. 3:21-CV-01974-X.

Appellants opening briefs are due no later than December 13, 2021.

**IT IS SO ORDERED** this 25th day of October 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE