# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| THE CHARITABLE DAF FUND, L.P. and CLO HOLDCO, LTD. § § § § v. § § HIGHLAND CAPITAL MANAGEMENT, § L.P. § §  ─────────── § § IN RE: § § § HIGHLAND CAPITAL MANAGEMENT, § L.P. § | CIVIL ACTION NO. 3:21-CV-1585-S  BANKRUPTCY CASE No. 19-34054-SGJ11  Chapter No.: 11 |

## ORDER

This Order addresses Appellants' Opposed Motion to Stay or Abate Appeal ("Motion") [ECF No. 10]. Having considered the Motion and the briefing of the parties, the Court is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that the above-styled appeal shall be **ABATED** and **ADMINISTRATIVELY CLOSED** pending the resolution of *NexPoint Advisors, L.P. et al. v. Highland Capital Management, L.P.*, No. 21-10449 (5th Cir. 2021), without prejudice to it being reopened upon a motion by any party or to enter a judgment.

**SO ORDERED.**

SIGNED October 6, 2021.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE