**STINSON LLP**
Deborah Deitsch-Perez
Michael P. Aigen
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Counsel for The Dugaboy Investment Trust
and the Hunter Mountain Investment Trust*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case No. 19-34054 (SGJ) |
| Debtor. | **STIPULATION** |

### STIPULATION TO EXTEND REORGANIZED DEBTOR'S RESPONSE DATE AND MOVANTS' REPLY DATE WITH RESPECT TO MOTION FOR LEAVE TO FILE PROCEEDING

This stipulation (the "Stipulation") is made and entered into, subject to Court approval, in the above-captioned bankruptcy by and among Highland Capital Management, L.P., the reorganized debtor ("HCMLP"), and the Movants (The Dugaboy Investment Trust ("Dugaboy") and Hunter Mountain Investment Trust ("Hunter Mountain" and collectively with Dugaboy, "Movants")). Movants and HCMLP (together, the "Parties"), by and through their respective undersigned counsel, respectfully state and stipulate as follows:

IT IS HEREBY JOINTLY STIPULATED AND AGREED as follows:

(1) HCMLP's deadline to respond to the Motion for Leave to File Proceeding [Docket No. 3662] (the "Motion") is extended from March 13, 2023 to March 27, 2023.

(2) Movants' deadline to file a reply in further support of the Motion shall be on April 10, 2023.

(3) This Stipulation may be executed in counterparts. A facsimile, electronic, or photocopy of this Stipulation and the signatures hereto shall have the same effect and may be accepted with the same authority as if it were an original.

Dated: March 10, 2023
Dallas, Texas

| | |
|---|---|
| **HAYWARD PLLC** | **STINSON LLP** |
| By: */s/Zachery Z. Annable* | By:*/s/ Michael P. Aigen* |
| Zachery Z. Annable | Deborah Deitsch-Perez |
| Texas Bar No. 24053075 | Texas Bar No. 24036072 |
| ZAnnable@HaywardFirm.com | Michael P. Aigen |
| Melissa S. Hayward | Texas Bar No. 24012196 |
| Texas Bar No. 24044908 | 2200 Ross Avenue, Suite 2900 |
| mhayward@haywardfirm.com | Dallas, Texas 75201 |
| 10501 N. Central Expy., Ste. 106 | Telephone: (214) 560-2201 |
| Dallas, Texas 75231 | Facsimile: (214) 560-2203 |
| Telephone: (972) 755-7100 | Email: |
| Facsimile: (972) 755-7110 | deborah.deitschperez@stinson.com |
| | Email:  michael.aigen@stinson.com |
| -and- | ***Counsel for The Dugaboy Investment Trust and the Hunter Mountain Investment Trust*** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | |
| Jeffrey N. Pomerantz (CA Bar No. 143717) | |
| John A. Morris (NY Bar No. 2405397) | |
| Gregory V. Demo (NY Bar No. 5371992) | |
| 10100 Santa Monica Boulevard, 13th Floor | |
| Los Angeles, CA  90067 | |
| Telephone: (310) 277-6910 | |
| Facsimile: (310) 201-0760 | |
| Emails: | |
| jpomerantz@pszjlaw.com | |
| jmorris@pszjlaw.com | |
| gdemo@pszjlaw.com | |
| | |
| ***Counsel for Highland Capital Management, L.P.*** | |