PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, TX  75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| | ) | |
| Reorganized Debtor. | ) | |

## STIPULATION EXTENDING DEADLINES
## RELATED TO HIGHLAND CAPITAL MANAGEMENT, L.P.'S OBJECTION TO SCHEDULED CLAIMS 3.65 AND 3.66 OF HIGHLAND CLO MANAGEMENT, LTD.

This stipulation (the "Stipulation") is made and entered into by and between Highland Capital Management, L.P., the reorganized debtor in the above-captioned proceeding ("Highland"), and Highland CLO Management, Ltd. ("HCLOM", and together with Highland, the "Parties"), by and through their respective undersigned counsel.

## RECITALS

WHEREAS, on October 16, 2019 (the "Petition Date"), Highland commenced a voluntary

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357).  The headquarters and service address for the Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

DOCS_NY:45898.2 36027/003

case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Delaware Court").

WHEREAS, on December 4, 2019, the Delaware Court entered an order transferring venue of Highland's bankruptcy case to this Court [Docket No. 186].

WHEREAS, on September 22, 2020, Highland filed its *Amended Schedules of Assets and Liabilities – Schedule E-F* [*see* Docket No. 1082] (the "Amended Schedules") scheduling claim numbers 3.65 and 3.66 on behalf of HCLOM (together, the "HCLOM Scheduled Claim") on Schedule F of Highland's Amended Schedules.

WHEREAS, on February 22, 2021, the Court entered the *Order Confirming the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified) and (ii) Granting Related Relief* [Docket No. 1943] (the "Confirmation Order"), which confirmed the *Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified)* [Docket No. 1808] (the "Plan").

WHEREAS, the Plan became effective on August 11, 2021 (the "Effective Date") [Docket No. 2700].

WHEREAS, on February 2, 2023, Highland filed its *Objection to Scheduled Claims 3.65 and 3.66 of Highland CLO Management, Ltd.* [Docket No. 3657] (the "Claim Objection") objecting to the HCLOM Scheduled Claim.

WHEREAS, on February 16, 2023, Highland filed the *Notice of Hearing* [Docket No. 3668] (the "Hearing Notice") noticing the hearing on the Claim Objection (the "Claim Objection Hearing") for March 29, 2023, at 9:30 a.m. (Central Time).

WHEREAS, the Hearing Notice stated that any response (each, a "Response") to the relief requested in the Claim Objection was required to be filed on or before March 20, 2023, at 5:00

2

p.m. (Central Time) (the "Response Deadline").

WHEREAS, the Hearing Notice further stated that Highland's reply (the "Reply") to any Response was required to be filed on or before March 27, 2023, at 5:00 p.m. (Central Time) (the "Reply Deadline").

WHEREAS, in order to provide the Parties with adequate time to prepare their respective prosecution and defense of the Claim Objection, the Parties have agreed to extend certain deadlines related to the Claim Objection and the Claim Objection Hearing consistent with the terms set forth in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed, and upon approval of this Stipulation by the Court, it shall be SO ORDERED:

1. The Response Deadline will be extended to Monday, April 3, 2023, at 5:00 p.m. (Central Time).

2. The Reply Deadline will be extended to Monday, April 10, 2023, at 5:00 p.m. (Central Time).

3. The Claim Objection Hearing will be adjourned to a later date to be determined by the Court and the Parties.

4. The Court shall retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of this Stipulation.

[*Remainder of Page Intentionally Blank*]

Dated: March 10, 2023

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **STINSON LLP** |
| | By: */s/ Michael P. Aigen* |
| Jeffrey N. Pomerantz (CA Bar No. 143717) | Deborah Deitsch-Perez |
| John A. Morris (NY Bar No. 266326) | Texas Bar No. 24036072 |
| Gregory V. Demo (NY Bar No. 5371992) | Michael P. Aigen |
| 10100 Santa Monica Blvd., 13th Floor | Texas Bar No. 24012196 |
| Los Angeles, CA 90067 | 2200 Ross Avenue, Suite 2900 |
| Telephone: (310) 277-6910 | Dallas, Texas 75201 |
| Facsimile: (310) 201-0760 | Telephone: (214) 560-2201 |
| E-mail: jpomerantz@pszjlaw.com | Facsimile: (214) 560-2203 |
| jmorris@pszjlaw.com | Email: deborah.deitschperez@stinson.com |
| gdemo@pszjlaw.com | Email: michael.aigen@stinson.com |
| | *Counsel for* |
| - and - | *Highland CLO Management, Ltd.* |
| **HAYWARD PLLC** | |
| */s/ Zachery Z. Annable* | |
| Melissa S. Hayward | |
| Texas Bar No. 24044908 | |
| MHayward@HaywardFirm.com | |
| Zachery Z. Annable | |
| Texas Bar No. 24053075 | |
| ZAnnable@HaywardFirm.com | |
| 10501 N. Central Expy, Ste. 106 | |
| Dallas, Texas 75231 | |
| Telephone: (972) 755-7100 | |
| Facsimile: (972) 755-7110 | |
| *Counsel for* | |
| *Highland Capital Management, L.P.* | |

4