

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 19, 2023**

_____
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.<br><br>Debtor. | Chapter 11<br><br>Case No. 19-34054 (SGJ) |

## ORDER APPROVING STIPULATION TO EXTEND REORGANIZED DEBTOR'S RESPONSE DATE AND MOVANTS' REPLY DATE WITH RESPECT TO MOTION FOR LEAVE TO FILE PROCEEDING

Upon consideration of the *Stipulation to Extend Reorganized Debtor's Response Date and Movants' Reply Date with Respect to Motion for Leave to File Proceeding* [Docket No. 3679] (the "<u>Stipulation</u>") by and between Highland Capital Management, L.P., the reorganized debtor ("HCMLP"), and the Movants (The Dugaboy Investment Trust ("Dugaboy") and Hunter Mountain

Investment Trust ("Hunter Mountain" and collectively with Dugaboy, "Movants")).  Movants and HCMLP (together, the "Parties"), it is **HEREBY ORDERED THAT:**

(1) The Response Deadline is extended to **Monday, March 27, 2023, at 5:00 p.m. (Central Time)**.

(2) The Reply Deadline is extended to **Monday, April 10, 2023, at 5:00 p.m. (Central Time)**.

(3) The Court shall retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of this Stipulation.

###END OF ORDER###

**STINSON LLP**

By: /s/ Michael P. Aigen
Deborah Deitsch-Perez
Michael P. Aigen
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email:  deborah.deitschperez@stinson.com
Email:  michael.aigen@stinson.com

*Counsel for The Dugaboy Investment Trust
and the Hunter Mountain Investment Trust*

**HAYWARD PLLC**
By: /s/Zachery Z. Annable
Zachery Z. Annable
ZAnnable@HaywardFirm.com
Melissa S. Hayward
mhayward@haywardfirm.com
10501 N. Central Expy., Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

-and-

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz
John A. Morris
Gregory V. Demo
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Emails:
jpomerantz@pszjlaw.com
jmorris@pszjlaw.com
gdemo@pszjlaw.com

*Counsel for Highland Capital Management, L.P.*