

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 28, 2023**

_____
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | ) | Case No. 19-34054 (SGJ11) |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |
| | ) | |

### ORDER CERTIFYING DIRECT APPEAL TO THE FIFTH CIRCUIT COURT OF APPEALS OF ORDER ON REORGANIZED DEBTOR'S MOTION TO CONFORM PLAN

CAME ON FOR CONSIDERATION the *Joint Motion for Certification of Direct Appeal to the Fifth Circuit of Order on Reorganized Debtor's Motion to Conform Plan* (the "Motion"), filed jointly by Highland Capital Management, L.P., Highland Capital Management Fund Advisors, L.P., and NexPoint Advisors, L.P. (collectively, the "Parties").

By the Motion, the Parties jointly request a certification for a direct appeal (the "Appeal") to the United States Court of Appeals for the Fifth Circuit (the "Fifth Circuit") of the *Memorandum*

*Opinion and Order on Reorganized Debtor's Motion to Conform Plan* [Docket No. 3671] (the "Plan Conforming Order").

Having considered the Motion, concluding that the Court has jurisdiction over the Motion, finding that no further notice or hearing on the Motion is required as all parties affected thereby are the Parties to the Motion, and, based on the Parties' joint certification and request as provided for in 28 U.S.C. § 158(d)(2)(B), and based also on the Court's agreement with the factual predicates underlying the Parties' certification and request, it is hereby:

**ORDERED** that the Appeal of the Plan Conforming Order is certified for direct appeal to the Fifth Circuit, because the direct appeal may materially advance the progress of the case or proceeding in which the Appeal is taken within the meaning and operation of 28 U.S.C. § 158(d)(2)(A)(iii).

### ### END OF ORDER ###