MUNSCH HARDT KOPF & HARR, P.C.
Davor Rukavina, Esq.
Texas Bar No. 24030781
3800 Ross Tower
500 N. Akard Street
Dallas, Texas  75202-2790
Telephone: (214) 855-7500
Facsimile: (214) 978-4375

ATTORNEYS FOR HIGHLAND CAPITAL
MANAGEMENT FUND ADVISORS, L.P. AND
NEXPOINT ADVISORS, L.P.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | ) | Case No. 19-34054 (SGJ11) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## AMENDED DESIGNATION BY NEXPOINT ADVISORS, L.P. AND
## HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.
## OF ITEMS FOR THE RECORD ON APPEAL

COME NOW Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P. (the "Appellants"), creditors and parties-in-interest in the above styled and numbered bankruptcy case (the "Bankruptcy Case") of Highland Capital Management, L.P. (the "Debtor"), and, with respect to their *Joint Notice of Appeal* [docket no. 3682], hereby file their *Amended Designation of Items for the Record on Appeal* (the "Designation") as follows:

| Item | Bankruptcy Docket Number | Description |
|---|---|---|
| **Pleadings and Items on Docket** | | |
| 1 | 3682 | Notice of Appeal |
| 2 | 3671 | Memorandum Opinion and Order on Reorganized Debtor's Motion to Conform Plan [DE #3503] |
| 3 | 3672 | Memorandum Opinion and Order on Reorganized Debtor's Motion to Conform Plan [DE #3503] |
| 4 | | Docket Sheet of Bankruptcy Case No. 19-34054 |
| 5 | 1943 | Order (i) Confirming the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified) and (ii) Granting Related Relief |
| 6 | 3503 | Reorganized Debtor's Motion to Conform Plan |
| 7 | 3539 | Funds' Response to the Motion to Conform Plan |
| 8 | 3540 | Joinder to Funds' Response to the Motion to Conform Plan |
| 9 | 3551 | Limited Objection of the Advisors to Motion to Conform Plan |
| 10 | 3566 | Reply in Support of Motion to Conform Plan |
| **Evidence and Transcripts** | | |
| 11 | 3594 | Transcript of October 26, 2022 Hearing |
| 12 | 3601 | Transcript of October 26, 2022 Hearing |

RESPECTFULLY SUBMITTED this 28th day of March, 2021.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Davor Rukavina
Davor Rukavina, Esq.
Texas Bar No. 24030781
3800 Ross Tower
500 N. Akard Street
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email:   drukavina@munsch.com

**ATTORNEYS FOR HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P. AND NEXPOINT ADVISORS, L.P.**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that, on this the 28th day of March, 2023, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof, including on counsel for the Debtor.

                                    By: /s/ Davor Rukavina
                                          Davor Rukavina, Esq.