Sawnie A. McEntire
Texas State Bar No. 13590100
smcentire@pmmlaw.com
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 237-4300
Facsimile: (214) 237-4340

Roger L. McCleary
Texas State Bar No. 13393700
rmccleary@pmmlaw.com
One Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 960-7315
Facsimile: (713) 960-7347

*Attorneys for Petitioner Hunter Mountain Investment Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **In re:** § | |
| § | |
| **HIGHLAND CAPITAL** § | **Chapter 11** |
| **MANAGEMENT, L.P.** § | |
| § | **Case No. 19-34054-sgj11** |
| **Debtor.** § | |

**HUNTER MOUNTAIN INVESTMENT TRUST'S AMENDED CERTIFICATE OF CONFERENCE REGARDING HUNTER MOUNTAIN INVESTMENT TRUST'S EMERGENCY MOTION FOR LEAVE TO FILE VERIFIED ADVERSARY PROCEEDING**

Hunter Mountain Investment Trust ("HMIT"), files this Amended Certificate of Conference Regarding Hunter Mountain Investment Trust's Emergency Motion for Leave to File Verified Adversary Proceeding (the "Motion") (Doc 3699). This amended

certificate is submitted at the insistence of one of the opposing counsel, and HMIT is doing so without agreeing that the certificate requires an amendment to this effect.

### Amended Certificate of Conference Regarding the Motion

Beginning on March 24, 2023, and also on March 27, 2023, counsel for Hunter Mountain Investment Trust ("HMIT") conferred either by telephone or via email with counsel for all Respondents regarding the relief requested in the foregoing Motion, including John A. Morris, on behalf of James P. Seery, and Brent McIlwain, on behalf of Muck Holdings, LLC, Jessup Holdings, LLC, Stonehill Capital Management, LLC, and Farallon Capital Management, LLC. Mr. Morris advised that James P. Seery is opposed to an expedited hearing regarding Hunter Mountain Investment Trust's Emergency Motion for Leave to File Verified Adversary Proceeding ("Motion"). Based upon all communications with Mr. McIlwain, it is reasonably believed his clients are also opposed and we advised him that this recitation would be placed in the certificate of conference.

Mr. Morris has requested that the certificate be amended to state as follows: "Mr. Seery, the Reorganized Debtor, and the Highland Clamant [sic] Trust (together, the 'Highland Defendants') [are] 'opposed' . . . ."

In light of the nature of the proposed proceedings, whereby HMIT proposes to represent the Reorganized Debtor or the Highland Claimant Trust derivatively, HMIT does not agree with (and does not admit) the propriety of, the substantive content of, or any procedural need for Mr. Morris's requested inclusion, but HMIT is filing this amended certificate solely to accommodate Mr. Morris's request.

/s/ Sawnie A. McEntire
Sawnie A. McEntire

DATED: March 30, 2023.    Respectfully Submitted,

**PARSONS MCENTIRE MCCLEARY PLLC**

By: /s/ Sawnie A. McEntire
Sawnie A. McEntire
Texas State Bar No. 13590100

2

    smcentire@pmmlaw.com

    1700 Pacific Avenue, Suite 4400

    Dallas, Texas 75201

    Telephone: (214) 237-4300

    Facsimile: (214) 237-4340

    Roger L. McCleary

    Texas State Bar No. 13393700

    rmccleary@pmmlaw.com

    One Riverway, Suite 1800

    Houston, Texas 77056

    Telephone: (713) 960-7315

    Facsimile: (713) 960-7347

    *Attorneys for Petitioner*
    *Hunter Mountain Investment Trust*

## CERTIFICATE OF SERVICE

    I certify that on the 30th day of March 2023, a true and correct copy of the foregoing Amended Certificate of Conference was served on all counsel of record via the Court's CM/ECF system or, as appropriate, on the Respondents directly.

    */s/ Sawnie A. McEntire*
    Sawnie A. McEntire

3118921