# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| THE DUGABOY INVESTMENT TRUST and GET GOOD TRUST<br> Appellants,<br><br>   v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br> Appellee | CIVIL ACTION NO. 3:21-cv-2268-S |
| In re:<br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br> Debtor | CASE NO. 19-34054-sgj11 |

COME NOW, the Dugaboy Investment Trust ("<u>Appellant</u>"), creditor and party in interest in the above-captioned bankruptcy case and appellant in the above-captioned bankruptcy appeal, and, pursuant to 28 U.S.C. § 158(d), hereby appeal to the United States Court of Appeals for the Fifth Circuit that certain *Order* (the "<u>Order</u>") entered by the District Court on August 8, 2022, at ECF Docket No. 21 dismissing the Appeal to the District Court from the Bankruptcy Court as moot.

The names of the parties to the Order and the contact information for their attorneys are as follows:

{00378632-1}

1.  Appellant:

    The Dugaboy Investment Trust

    Attorneys:

    Douglas S. Draper
    ddraper@hellerdraper.com
    Leslie A. Collins
    lcollins@hellerdraper.com
    Greta M. Brouphy
    gbrouphy@hellerdraper.com
    Michael E. Landis
    mlandis@hellerdraper.com
    Heller, Draper & Horn, L.L.C.
    650 Poydras Street, Suite 2500
    New Orleans, Louisiana 70130
    Telephone: (504) 299-3300
    Fax: (504) 299-3399

2.  Appellee:

    Highland Capital Management, L.P.

    Attorneys:

    Jeffrey N. Pomerantz
    Ira D. Kharasch
    John A. Morris
    Gregory V. Demo
    Hayley R. Winograd
    PACHULSKI STANG ZIEHL & JONES LLP
    10100 Santa Monica Blvd., 13th Floor
    Los Angeles, CA 90067
    Telephone: (310) 277-6910
    Facsimile: (310) 201-0760
    Email:      jpomerantz@pszjlaw.com
                ikharasch@pszjlaw.com

{00378632-1}

        jmorris@pszjlaw.com
        gdemo@pszjlaw.com
        hwinograd@pszjlaw.com

Respectfully Submitted this 24th day of August, 2022.

        **HELLER, DRAPER & HORN, L.L.C.**

        By: */s/ Douglas S. Draper*
        Douglas S. Draper, La. Bar No. 5073
        ddraper@hellerdraper.com
        Leslie A. Collins, La. Bar No. 14891
        lcollins@hellerdraper.com
        Greta M. Brouphy, La. Bar No. 26216
        gbrouphy@hellerdraper.com
        Michael E. Landis, La. Bar No. 36542
        mlandis@hellerdraper.com
        650 Poydras Street, Suite 2500
        New Orleans, LA 70130
        Telephone: (504) 299-3300
        Fax: (504) 299-3399

        ATTORNEYS FOR THE DUGABOY
        INVESTMENT TRUST

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that, on this the 24th day of August, 2022, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof, including on counsel for the Appellee.

                                           */s/ Douglas S. Draper*
                                           Douglas S. Draper

{00378632-1}