**STINSON LLP**
Deborah Deitsch-Perez
Michael P. Aigen
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Counsel for Highland CLO Management, Ltd.*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054 (sgj) |

## APPENDIX IN SUPPORT OF HIGHLAND CLO MANAGEMENT, LTD.'S RESPONSE TO HIGHLAND CAPITAL MANAGEMENT, L.P.'S OBJECTION TO SCHEDULED CLAIMS 3.65 AND 3.66 OF HIGHLAND CLO MANAGEMENT, LTD.

Highland CLO Management, Ltd. files this Appendix in Support of their Response to Debtor Highland Capital Management, L.P.'s Objection to Scheduled Claims 3.65 and 3.66 of Highland CLO Management, Ltd.

| Exhibit | Document | Appendix Page(s) |
|---|---|---|
| 1 | Official Form 206Sum, dated December 13, 2019, Dkt. 247 in Case No. 19-34054-sgj-11 | 1-83 |
| 2 | Notice of Filing of Debtor's Amended Schedules, dated September 22, 2020, Dkt. 1082 in Case No. 19-34054-sgj-11 | 84-113 |

| 3 | Promissory Note from Highland Capital Management, L.P. to Acis Capital Management, L.P. in the amount of $12,666,446, dated October 2016, Dkt. 3695-3 in Case No. 19-34054-sgj-11 | 114-120 |
|---|---|---|
| 4 | Agreement for Purchase and Sale of CLO Participation Interests by and between Acis Capital Management, L.P. and Highland Capital Management, L.P., dated October 7, 2016, Dkt. 3695-3 in Case No. 19-34054-sgj-11 | 121-135 |
| 5 | Assignment and Transfer Agreement between Acis Capital Management, L.P. and Highland Capital Management, L.P., dated October 7, 2016, Dkt. 3695-3 in Case No. 19-34054-sgj-11 | 136-142 |
| 6 | Transcript of October 20, 2021 Hearing on Motion to Compromise Controversy with Acis Capital Management, Case No. 19-34054-sgj-11 | 143-399 |
| 7 | Acis CLO Notices of Optional Redemption, dated April 30, 2018, Dkt. 3695-2 in Case No. 19-34054-sgj-11 | 400-412 |
| 8 | Ex Parte Temporary Restraining Order, dated June 21, 2018, Dkt. 310 in Case No. 18-30264-sgj-11 | 413-419 |
| 9 | Agreed Extension of Temporary Restraining Order, dated June 29, 2018, Dkt. 354 in Case No. 18-30264-sgj-11 | 420-428 |
| 10 | Bench Ruling and Memorandum of Law in Support of: (1) Final Approval of Disclosure Statement; and (B) Confirmation of Chapter 11 Trustee's Third Amended Joint Plan, dated January 31, 2019, Dkt.827 in Case No. 18-30264-sgj-11 | 429-476 |
| 11 | Findings of Fact, Conclusions of Law, and Order Granting Final Approval of Disclosure Statement and Confirming the Third Amended Joint Plan for Acis Capital Management, L.P. and Acis Capital Management GP, LLC, as Modified, dated January 31, 2019, Dkt.829 in Case No. 18-30264-sgj-11 | 477-706 |
| 12 | Second Amended Complaint (Including Claim Objections and Objections to Administrative Expense Claim), dated June 20, 2019, Dkt. 157 in Case No. 18-03078-sgj | 707-815 |
| 13 | Highland Capital's Partial Motion to Dismiss the Second Amended Complaint and Brief in Support, dated July 22, 2019, Dkt. 171 in Case No. 18-03078-sgj | 816-849 |
| 14 | Acis Proof of Claim #23, dated December 31, 2019, in Case No. 18-30264-sgj-11 | 850-964 |
| 15 | Debtor Objection to Acis Claim, dated June 23, 2020, Dkt.771 in Case No. 19-34054-sgj-11 | 965-1030 |
| 16 | Order Approving Debtor's Settlement with (A) Acis Capital Management, L.P. and Acis Capital Management GP, LLC (Claim No. 23) (B) Joshua N. Terry and Jennifer G. Terry (Claim No. 156, and (C) Acis Capital management, L.P. (Claim No. 159) and Authorizing Actions Consistent Therewith, dated October 28, 2020, Dkt.1302 in Case No. 19-34054-sgj-11 | 1031-1055 |

**APPENDIX IN SUPPORT OF HIGHLAND CLO MANAGEMENT, LTD.'S RESPONSE TO HIGHLAND CAPITAL MANAGEMENT, L.P.'S OBJECTION TO SCHEDULED CLAIMS 3.65 AND 3.66 OF HIGHLAND CLO MANAGEMENT, LTD. – Page 2**
CORE/3527495.0002/181192449.3

| 17 | Acis Motion to Dismiss Less than All Defendants, dated November 3, 2010, Dkt. 215 in Case No. 18-03078-sgj | 1056-1060 |
|---|---|---|
| 18 | Order Dismissing Less than All Defendants, dated November 6, 2020, Dkt. 216 in Case No. 18-03078-sgj | 1061-1063 |
| 19 | Declaration of Frank Waterhouse in Support of First Day Motions, dated December 4, 2019, Dkt. 11 in Case No. 19-34054-sgj-11 | 1064-1108 |

Dated April 3, 2023

Respectfully submitted,
**STINSON LLP**

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez
Texas Bar No. 24036072
Michael P. Aigen
Texas Bar No. 24012196
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Counsel for Highland CLO Management, Ltd.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 3, 2023, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez