Sawnie A. McEntire
Texas State Bar No. 13590100
smcentire@pmmlaw.com
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 237-4300
Facsimile: (214) 237-4340

Roger L. McCleary
Texas State Bar No. 13393700
rmccleary@pmmlaw.com
One Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 960-7315
Facsimile: (713) 960-7347
*Attorneys for Hunter Mountain Investment Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § § § § | Chapter 11 <br><br> Case No. 19-34054-sgj11 |
| Debtor. | § | |

## HUNTER MOUNTAIN INVESTMENT TRUST'S NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

**NOTICE IS HEREBY GIVEN** that, pursuant to 28 U.S.C. § 158(a) and Rules 8002, 8003, and 8004 of the Federal Rules of Bankruptcy Procedure, Hunter Mountain Investment Trust ("HMIT") hereby appeals to the United States District for the Northern District of Texas from the *Order Denying Opposed Application for Expedited Hearing on its Emergency Motion for Leave to File Verified Adversary Proceeding [DE #3700]* (Doc. 3713) (the "Order"), entered by the United States Bankruptcy Court for the Northern District on March 31, 2023. A true and correct

1

copy of the Order is attached hereto as **Exhibit A**. Pursuant to Rule 8004, HMIT's Emergency Motion for Leave to File Interlocutory Appeal is attached hereto as **Exhibit B**.

To comply with Official Form 417A, HMIT submits the following:

### Part 1: Identify the appellant(s)

1. Name(s) of appellants:

    **Hunter Mountain Investment Trust**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

    **HMIT is a former equity owner in Debtor and a contingent Claimant Trust Interest holder.**

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:

    ***Order Denying Opposed Application for Expedited Hearing on its Emergency Motion for Leave to File Verified Adversary Proceeding [DE #3700]*** **(Doc. 3713).**

2. State the date on which the judgment, order, or decree was entered:

    **March 31, 2023**

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party:                                            Attorney**:**

    **APPELLEES**

    | Party | Attorney |
    |---|---|
    | Muck Holdings, LLC, Jessup Holdings, LLC, Farallon Capital Management, LLC, Stonehill Capital Management, LLC | HOLLAND & KNIGHT LLP<br>Brent R. McIlwain, TSB 24013140<br>David C. Schulte, TSB 24037456<br>Christopher Bailey, TSB 24104598<br>Holland & Knight LLP |

|  |  |
|---|---|
|  | 1722 Routh Street, Suite 1500<br>Dallas, TX 75201<br>Tel.: (214) 964-9500<br>Fax: (214) 964-9501<br>brent.mcilwain@hklaw.com<br>david.schulte@hklaw.com<br>chris.bailey@hklaw.com |
| Highland Capital Management, L.P., the Highland Claimant Trust, and James P. Seery, Jr., solely in his capacity as Chief Executive Officer of Highland Capital Management, L.P.[1] | PACHULSKI STANG ZIEHL & JONES LLP<br>Jeffrey N. Pomerantz (CA Bar No. 143717)<br>John A. Morris (NY Bar No. 2405397)<br>Gregory V. Demo (NY Bar No. 5371992)<br>Hayley R. Winograd (NY Bar No. 5612569)<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>Email: jpomerantz@pszjlaw.com<br>jmorris@pszjlaw.com<br>gdemo@pszjlaw.com<br>hwinograd@pszjlaw.com<br>-and-<br>HAYWARD PLLC<br>Melissa S. Hayward (Texas Bar No. 24044908)<br>Zachery Z. Annable (Texas Bar No. 24053075)<br>10501 N. Central Expy., Ste. 106<br>Dallas, Texas 75231<br>Telephone: (972) 755-7100<br>Facsimile: (972) 755-7110<br>Email: MHayward@HaywardFirm.com<br>ZAnnable@HaywardFirm.com |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

**Not applicable.**

---

[1] The law firm of Pachulski Stang Ziehl & Jones LLP claims to represent Highland Capital Management, LP and Highland Claimant Trust. However, given the nature of the proceedings at issue, Appellant disagrees and does not admit that any such representation is substantively or procedurally appropriate in this appeal.

**Part 5: Sign below**

*/s/ Sawnie A. McEntire*
Sawnie A. McEntire
Texas State Bar No. 13590100
smcentire@pmmlaw.com
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 237-4300
Facsimile: (214) 237-4340

Roger L. McCleary
Texas State Bar No. 13393700
rmccleary@pmmlaw.com
One Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 960-7315
Facsimile: (713) 960-7347
*Attorneys for Hunter Mountain Investment Trust*

## CERTIFICATE OF SERVICE

I, undersigned counsel, hereby certify that a true and correct copy of the above and foregoing document and all attachments thereto were sent via electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on this April 5, 2023.

*/s/ Sawnie A. McEntire*
Sawnie A. McEntire