Thomas Cooke
Texas Bar No. 24124818
**AHMAD, ZAVITSANOS & MENSING PLLC**
1221 McKinney St., Suite 2500
Houston, Texas 77010
(713) 600-4925 Telephone
(713) 655-0062 Facsimile
tcooke@azalaw.com

Attorney for Acis Capital Management, L.P.
and Acis Capital Management GP, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **HIGHLAND CAPITAL MANGEMENT, L.P.,** | § | Case No. 19-34054-sgj11 |
| | § | |
| | § | Re: Docket 247 |
| Debtor. | § | |
| | § | |

### ACIS CAPITAL MANAGEMENT, L.P.'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS F AND K TO ITS RESPONSE

Intervenor Acis Capital Management, L.P. ("Acis") has filed its Response to Highland Capital Management, L.P. ("Highland")'s Objection to Scheduled Claims 3.65 and 3.66 of Highland CLO Management, Ltd. ("HCLOM") (the "Response") in the above-styled Bankruptcy Case.[1] Acis's Response refers to Exhibits F and K.

Acis respectfully requests leave to file unredacted copies of Exhibits F and K under seal.

Exhibit F is a portion of the transcript of the March 2018 hearing regarding Case No. 18-30265-sgj7. It contains cross-examination testimony of James Dondero.

Exhibit K is a general ledger produced by Highland showing transactions from 2011-2018.

---

[1] Acis files this Response subject to its pending Motion to Intervene (Dkt. # 3691).

1

Respectfully submitted,

*/s/ Thomas Cooke*
AHMAD, ZAVITSANOS & MENSING, PLLC
Joseph Y. Ahmad
Texas Bar No. 00941100
Federal Bar No. 11604
Shawn M. Bates
Texas Bar No. 24027287
Federal Bar No. 30758
Alex Dvorscak
Texas Bar No. 24120461
Thomas Cooke
Texas Bar No. 24124818
1221 McKinney St. Suite 2500
Houston, Texas 77010
(713) 655-1101 Telephone
(713) 655-0062 Facsimile
joeahmad@azalaw.com
sbates@azalaw.com
advorscak@azalaw.com
tcooke@azalaw.com

**COUNSEL FOR ACIS CAPITAL MANAGEMENT, L.P.**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that prior to filing this Motion, I communicated with counsel for both Highland and HCLOM to request both parties' position on the relief requested herein. Mr. Morris, counsel for Highland, indicated that his client is not opposed to the relief requested in this motion. The undersigned reached out to counsel for HCLOM, but as of the time of this filing, counsel for HCLOM has not responded.

*/s/ Thomas Cooke*
Thomas Cooke

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 5, 2023, a true and correct copy of the foregoing document was served by electronic transmission via the Court's CM/ECF system upon all parties registered to receive electronic notice in this bankruptcy case, include both Highland and HCLOM, through counsel.

*/s/ Thomas Cooke*
Thomas Cooke