BTXN 049 (rev. 03/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2023 APR -7  AM 10: 12

_____ MS
DEPUTY CLERK

In Re:
Highland Capital Management, L.P.

                   Debtor(s)

Hunter Mountain Investment Trust

                   Appellant(s)

vs.
Muck Holdings, LLC, et al.

                   Appellee(s)

Case No.: 19-34054-sgj11
Chapter No.: 11

Civil case 3:23-cv-00737-N

## NOTICE OF TRANSMITTAL

I am transmitting:

- ☐ The Motion for leave to Appeal 28 U.S.C. § (USDC Civil Action No. DNC Case).

- ☐ The Motion for Stay Pending Appeal (USDC Action No. – DNC Case).

- ☐ The Proposed Findings of Fact and Conclusions of Law.

- ☐ The Motion to Extend Time To File Designation (USDC Civil Action No DNC Case).

- ☐ On , the Record on Appeal was transmitted. The designation of record or item(s) designated by were not filed when the record was transmitted. The item(s) were filed on awaiting instructions from the assigned district judge.

- ☐ Other

- ☒ Copies of: Notice of appeal, appealed order [3713] and supporting documents

**TO ALL ATTORNEYS**: File all subsequent papers captioned and numbered with the appropriate division of the United States District Clerk's Office. Any questions concerning this proceeding should be directed to the U.S. District Clerk's Office at (214) 753-2200.

DATED: 4/7/23

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Sheniqua Whitaker, Deputy Clerk



BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# AMENDED
# APPEAL SERVICE LIST
## Transmission of the Record

BK Case No.: 19-34054-sgj11

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Stacey G Jernigan
   Courtney Lauer
   Caroline Nowlin
   Attorney(s) for Appellant
   US Trustee

**Appellant**  Hunter Mountain Investment Trust

Sawnie A. McEntire
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 2374300

Roger L. McCleary
One Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 9607315

**Appellee**  Muck Holdings, LLC, Jessup Holdings, LLC, Farallon Capital Management, LLC, Stonehill Capital Management, LLC

HOLLAND & KNIGHT LLP
Brent R. McIlwain
David C. Schulte
Christopher Bailey
Holland & Knight LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
Tel.: (214) 9649500

**Appellee**  Highland Capital Management, L.P., the Highland Claimant Trust, and James P. Seery, Jr., solely in his capacity as Chief Executive Officer of Highland Capital Management, L.P.

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz
John A. Morris
Gregory V. Demo
Hayley R. Winograd

10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 2776910

HAYWARD PLLC
Melissa S. Hayward
Zachery Z. Annable
10501 N. Central Expy., Ste. 106
Dallas, Texas 75231
Telephone: (972) 7557100