Brent R. McIlwain, TSB 24013140
David C. Schulte    TSB 24037456
Christopher A. Bailey TSB 24104598
Holland & Knight LLP
1722 Routh Street, Suite 1500
Dallas, TX  75201
Tel.:    (214) 964-9500
Fax:    (214) 964-9501
brent.mcilwain@hklaw.com
david.schulte@hklaw.com
chris.bailey@hklaw.com

COUNSEL TO MUCK HOLDINGS, LLC,
JESSUP HOLDINGS LLC,
FARALLON CAPITAL MANAGEMENT, L.L.C., AND
STONEHILL CAPITAL MANAGEMENT LLC

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>Highland Capital Management, L.P.[1]<br><br>Debtor. | Case No. 19-34054 (SGJ)<br><br>Chapter 11<br><br>(Jointly Administered) |

**MUCK HOLDINGS, LLC, JESSUP HOLDINGS LLC, FARALLON CAPITAL MANAGEMENT, L.L.C., AND STONEHILL CAPITAL MANAGEMENT LLC'S JOINDER TO HIGHLAND'S EMERGENCY MOTION TO MODIFY AND FIX BRIEFING SCHEDULE AND SET HEARING DATE WITH RESPECT TO HUNTER MOUNTAIN INVESTMENT TRUST'S EMERGENCY MOTION FOR LEAVE TO FILE VERIFIED ADVERSARY PROCEEDING**

Muck Holdings, LLC ("Muck"), Jessup Holdings LLC ("Jessup"), Farallon Capital Management, L.L.C. ("Farallon"), and Stonehill Capital Management LLC ("Stonehill", and collectively, with Muck, Jessup, and Farallon, the "Claims Purchasers") hereby file this joinder

---

[1]   The last four digits of Debtor's taxpayer identification number are (6725). The headquarters and service address for Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

(the "Joinder") to *Highland's Opposed Emergency Motion to Modify and Fix a Briefing Schedule and Set a Hearing Date with Respect to Hunter Mountain Investment Trust's Emergency Motion for Leave to File Verified Adversary Proceeding* (Dkt. No. 3738, the "Scheduling Motion").[2] For the reasons set forth in the Scheduling Motion, the Claims Purchasers support the relief requested therein.

WHEREFORE, the Claims Purchasers respectfully request that the Court grant the relief requested in the Scheduling Motion and grant the Claims Purchasers such other and further relief as is just and proper.

Dated: April 13, 2023

HOLLAND & KNIGHT LLP

By: /s/ *Christopher A. Bailey*
Brent R. McIlwain, TSB 24013140
David C. Schulte   TSB 24037456
Christopher A. Bailey TSB 24104598
Holland & Knight LLP
1722 Routh Street, Suite 1500
Dallas, TX  75201
Tel.:   (214) 964-9500
Fax    (214) 964-9501
brent.mcilwain@hklaw.com
david.schulte@hklaw.com
chris.bailey@hklaw.com

COUNSEL TO MUCK HOLDINGS, LLC, JESSUP HOLDINGS LLC, FARALLON CAPITAL MANAGEMENT, L.L.C., AND STONEHILL CAPITAL MANAGEMENT LLC

---

[2] By this Joinder, the Claims Purchasers also consent to Highland's request for expedited consideration of the Scheduling Motion at Dkt. No. 3739.

#205075243

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, and served upon all parties receiving notice pursuant to the CM/ECF system on this the 13th day of April, 2023.

>*/s/ Christopher A. Bailey*
>Christopher A. Bailey

#205075243