| | |
|---|---|
| Omar J. Alaniz – SBT# 24040402<br>Lindsey L. Robin – SBT# 24091422<br>**REED SMITH LLP**<br>2850 N. Harwood Street, Suite 1500<br>Dallas, Texas 75201<br>T:  469.680.4200<br>F: 469.680.4299<br>oalaniz@reedsmith.com<br>lrobin@reedsmith.com | Mark T. Stancil (*Pro Hac Pending*)<br>Joshua S. Levy (*Pro Hac Pending*)<br>**WILLKIE FARR & GALLAGHER LLP**<br>1875 K Street, N.W.<br>Washington, DC 20006<br>T: 202.303.1000<br>mstancil@willkie.com<br>jlevy@willkie.com |

*Attorneys for James P. Seery, Jr.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | Chapter 11 |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § § § § § | Case No. 19-34054-sgj11 |
| **Debtors** | | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Reed Smith LLP and Willkie Farr & Gallagher LLP, appearing on behalf of James P. Seery, Jr., hereby submit this Notice of Appearance in the above-captioned case and request notice of all hearings and conferences herein and make demand for service of all papers herein, including, without limitation, all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007, and 9010, and Section 342 of the Bankruptcy Code. All notices given or required to be given in this case shall be served upon James P. Seery, Jr. as follows:

| | |
|---|---|
| Omar J. Alaniz | Mark T. Stancil (*Pro Hac Pending*) |
| Lindsey L. Robin | Joshua S. Levy (*Pro Hac Pending*) |
| **REED SMITH LLP** | **WILLKIE FARR & GALLAGHER LLP** |
| 2850 N. Harwood Street, Suite 1500 | 1875 K Street, N.W. |
| Dallas, Texas 75201 | Washington, DC 20006 |
| T: 469.680.4200 | T: 202.303.1000 |
| F: 469.680.4299 | mstancil@willkie.com |
| oalaniz@reedsmith.com | jlevy@willkie.com |
| lrobin@reedsmith.com | |

This notice of appearance is not a waiver of any right to challenge the eligibility of the Debtors for relief under the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any notice of fee applications, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, whether transmitted or conveyed by mail, electronic delivery, hand delivery, telephone, facsimile, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any adversary proceeding related thereto.

**DATED:** April 13, 2023

Respectfully submitted,

By:   */s/ Omar J. Alaniz*
     Omar J. Alaniz
     Texas Bar No. 24040402
     Lindsey L. Robin
     Texas Bar No. 24091422
     **REED SMITH LLP**
     2850 N. Harwood Street, Suite 1500
     Dallas, Texas 75201
     T: 469.680.4200
     F: 469.680.4299
     oalaniz@reedsmith.com
     lrobin@reedsmith.com

     Mark T. Stancil (Pro Hac Pending)
     Joshua S. Levy (Pro Hac Pending)
     **WILLKIE FARR & GALLAGHER LLP**
     1875 K Street, N.W.
     Washington, DC 20006
     T: 202.303.1000
     mstancil@willkie.com
     jlevy@willkie.com

     **ATTORNEYS FOR JAMES P. SEERY, JR.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on **April 13, 2023**, a true and correct copy of the foregoing will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

     */s/ Omar J. Alaniz*
     Omar J. Alaniz