| | |
|---|---|
| Omar J. Alaniz – SBT# 24040402<br>Lindsey L. Robin – SBT# 24091422<br>**REED SMITH LLP**<br>2850 N. Harwood Street, Suite 1500<br>Dallas, Texas 75201<br>T:  469.680.4200<br>F: 469.680.4299<br>oalaniz@reedsmith.com<br>lrobin@reedsmith.com | Mark T. Stancil (*Pro Hac Pending*)<br>Joshua S. Levy (*Pro Hac Pending*)<br>**WILLKIE FARR & GALLAGHER LLP**<br>1875 K Street, N.W.<br>Washington, DC 20006<br>T: 202.303.1000<br>mstancil@willkie.com<br>jlevy@willkie.com |

*Attorneys for James P. Seery, Jr.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | Chapter 11 |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § § § § § § | Case No. 19-34054-sgj11 |
| **Debtor.** | | |

### JAMES SEERY'S JOINDER TO HIGHLAND CAPITAL MANAGEMENT, L.P.'S EMERGENCY MOTION TO MODIFY AND FIX BRIEFING SCHEDULE AND SET HEARING DATE WITH RESPECT TO HUNTER MOUNTAIN INVESTMENT TRUST'S EMERGENCY MOTION FOR LEAVE TO FILE <u>VERIFIED ADVERSARY PROCEEDING</u>

James P. Seery, Jr. ("**Mr. Seery**") joins and adopts the Debtor Highland Capital Management, L.P.'s *Emergency Motion to Modify and Fix Briefing Schedule and Set Hearing Date with Respect to Hunter Mountain Investment Trust's Emergency Motion for Leave to File Verified Adversary Proceeding* [Docket No. 3738] (the "**Scheduling Motion**"). For the reasons set forth in the Scheduling Motion, Mr. Seery respectfully requests the Court grant the relief requested therein.

Mr. Seery also joins in the relief requested in the Debtor's *Emergency Motion to Expedite Hearing on the Scheduling Motion* [Docket No. 3739].

Mr. Seery respectfully requests that this Court enter an order (i) granting the relief requested in the Scheduling Motion, and (ii) for any such other and further relief the Court deems just and appropriate.

**DATED:** April 15, 2023

Respectfully submitted,

By: /s/ *Omar J. Alaniz*
Omar J. Alaniz
Texas Bar No. 24040402
Lindsey L. Robin
Texas Bar No. 24091422
**REED SMITH LLP**
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201
T: 469.680.4200
F: 469.680.4299
oalaniz@reedsmith.com
lrobin@reedsmith.com

Mark T. Stancil (Pro Hac Pending)
Joshua S. Levy (Pro Hac Pending)
**WILLKIE FARR & GALLAGHER LLP**
1875 K Street, N.W.
Washington, DC 20006
T: 202.303.1000
mstancil@willkie.com
jlevy@willkie.com

**ATTORNEYS FOR JAMES P. SEERY, JR.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on **April 15, 2023**, a true and correct copy of the foregoing will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

/s/ *Omar J. Alaniz*
Omar J. Alaniz