Sawnie A. McEntire
State Bar No. 13590100
smcentire@pmmlaw.com
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 237-4300
Facsimile: (214) 237-4340

Roger L. McCleary
State Bar No. 13393700
rmccleary@pmmlaw.com
One Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 960-7315
Facsimile: (713) 960-7347

*Attorneys for Petitioner Hunter Mountain Investment Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.** | § § § § | **Chapter 11** |
| | § | **Case No. 19-34054-sgj11** |
| **Debtor.** | § | |

### HUNTER MOUNTAIN INVESTMENT TRUST'S RESPONSE AND RESERVATION OF RIGHTS

Hunter Mountain Investment Trust ("HMIT") submits this Response and Reservation of Rights ("Response") related to Highland's Opposed Emergency Motion to Modify and Fix a Briefing Schedule and Set a Hearing Date with Respect to Hunter Mountain Investment Trust's Emergency Motion for Leave to File Verified Adversary

[1]

Proceeding ["Doc. 3738"] and Muck Holdings, LLC, Jessup Holdings LLC, Farallon Capital Managements, L.L.C., and Stonehill Capital Management LLC's Joinder to Highland's Emergency Motion to Modify and Fix Briefing Schedule and Set Hearing Date with Respect to Hunter Mountain Investment Trust's Emergency Motion for Leave to File Verified Adversary Proceeding ["Doc. 3740] (collectively, "Motion to Fix Briefing Schedule"). In support of this Response, HMIT states the following:

1. Following discussions with various parties, HMIT hereby provides notice it does not oppose the "Proposed Schedule" as set forth in the Motion to Fix Briefing Schedule, subject to and without waiving its procedural and substantive rights, including, without limitation, its rights to amend and/or supplement its Emergency Motion for Leave to File Verified Adversary Proceeding [Doc. 3699] and/or the proposed Verified Adversary Complaint [Doc. 3699-1].

DATED: April 17, 2023

    Respectfully Submitted,

**PARSONS MCENTIRE MCCLEARY PLLC**

By:  /s/ *Sawnie A. McEntire*
    Sawnie A. McEntire
    State Bar No. 13590100
    smcentire@pmmlaw.com
    1700 Pacific Avenue, Suite 4400
    Dallas, Texas 75201
    Telephone: (214) 237-4300
    Facsimile: (214) 237-4340

Roger L. McCleary
State Bar No. 13393700
rmccleary@pmmlaw.com
One Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 960-7315
Facsimile: (713) 960-7347

*Attorneys for Hunter Mountain Investment Trust*

## CERTIFICATE OF SERVICE

I certify that on the 17th day of April 2023, a true and correct copy of the foregoing Motion was served on all counsel of record or, as appropriate, on the Respondents directly.

 /s/ *Sawnie A. McEntire*
Sawnie A. McEntire