# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054 (SGJ) |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Aljaira Duarte, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Reorganized Debtor in the above-captioned case.

On April 12, 2023, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service lists attached hereto as **Exhibit A**, **Exhibit B** and **Exhibit C**; and via First Class Mail upon the service lists attached hereto as **Exhibit D**, **Exhibit E** and **Exhibit F**:

- **Stipulation Staying Contested Matter Concerning Highland Capital Management, L.P.'s Objection to Scheduled Claims 3.65 and 3.66 of Highland CLO Management, Ltd. [DE # 3657] and Related Matters [DE # 3691]** [Docket No. 3735]

Dated: April 17, 2023

/s/ Aljaira Duarte
Aljaira Duarte
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

# EXHIBIT A

**Exhibit A**
**Core/2002 Service List**
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Chad Timmons, Larry R. Boyd, Emily M. Hahn | ctimmons@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| Counsel for NexBank | Alston & Bird LLP | Jared Slade | jared.slade@alston.com |
| Counsel to Jefferies LLC | Ashby & Geddes, P.A. | William P. Bowden, Esq., Michael D. DeBaecke, Esq. | mdebaecke@ashbygeddes.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse and Issac Leventon (the "Senior Employees"), Jean Paul Sevilla, Stephanie Vitiello, Matthew DiOrio, Mary Irving and CPCM, LLC | Baker & McKenzie LLP | Debra A. Dandeneau & Blaire Cahn | debra.dandeneau@bakermckenzie.com; blaire.cahn@bakermckenzie.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse and Issac Leventon (the "Senior Employees"), Jean Paul Sevilla, Stephanie Vitiello, Matthew DiOrio, Mary Irving and CPCM, LLC | Baker & McKenzie LLP | Michelle Hartmann | michelle.hartmann@bakermckenzie.com |
| Counsel for NWCC, LLC | Barnes & Thornburg LLP | Thomas G. Haskins, Jr. | thomas.haskins@btlaw.com |
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Blank Rome LLP | John E. Lucian, Josef W. Mintz | mintz@blankrome.com; jbibiloni@blankrome.com |
| Counsel to James Dondero | Bonds Ellis Eppich Schafer Jones LLP | John Y. Bonds, III, Bryan C. Assink | john@bondsellis.com; bryan.assink@bondsellis.com |
| Counsel for Mark Okada, the Mark & Pamela Okada Family Trust - Exempt Trust #1, the Mark & Pamela Okada Familty Trust - Exempt Trust #2, the Okada Insurance Rabbi Trust and the Okada Family Foundation, Inc. | Brown Fox PLLC | Cortney C. Thomas | cort@brownfoxlaw.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Counsel for UBS Securities LLC and UBS AG, London Branch | Butler Snow LLP | Martin A. Sosland and Candice M. Carson | martin.sosland@butlersnow.com; candice.carson@butlersnow.com |
| Counsel to Integrated Financial Associates Inc. | Carlyon Cica Chtd. | Candace C. Carlyon, Esq., Tracy M. Osteen, Esq. | ccarlyon@carlyoncica.com; tosteen@carlyoncica.com |
| Counsel to Siepe LLC | Condon Tobin Sladek Thornton PLLC | J. Seth Moore | smoore@ctstlaw.com |
| Counsel for BH Equities, L.L.C. | Dentons US LLP | Casey Doherty | Casey.doherty@dentons.com |
| Counsel to Jefferies LLC | Dentons US LLP | Lauren Macksoud, Esq. | lauren.macksoud@dentons.com |
| Counsel to Jefferies LLC | Dentons US LLP | Patrick C. Maxcy, Esq. | patrick.maxcy@dentons.com |
| Counsel to James Dondero | DLA Piper LLP | Amy L. Ruhland | amy.ruhland@dlapiper.com |
| Counsel to Acis Capital Management, LP and Acis Capital Management GP, LLC ("Creditors") and Joshua N. Terry and Jennifer G. Terry | Forshey & Prostok LLP | Jeff P. Prostok, J. Robert Forshey, Suzanne K. Rosen | jprostok@forsheyprostok.com; bforshey@forsheyprostok.com; srosen@forsheyprostok.com; khartogh@forsheyprostok.com |
| Secured Creditor | Frontier State Bank | Attn:  Steve Elliot | selliott@frontier-ok.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Frost Brown Todd LLC | Mark A. Platt | mplatt@fbtlaw.com |
| Counsel to Alvarez & Marsal CRF Management LLC as Investment Manager of the Highland Crusader Funds | Gibson, Dunn & Crutcher LLP | Marshall R. King, Esq., Michael A. Rosenthal, Esq. & Alan Moskowitz, Esq. | mking@gibsondunn.com; mrosenthal@gibsondunn.com |
| Counsel to Alvarez & Marsal CRF Management LLC as Investment Manager of the Highland Crusader Funds | Gibson, Dunn & Crutcher LLP | Matthew G. Bouslog, Esq. | mbouslog@gibsondunn.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel for the Dugaboy Investment Trust and Get Good Trust | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | ddraper@hellerdraper.com; lcollins@hellerdraper.com; gbrouphy@hellerdraper.com |
| Counsel For Nexpoint Real Estate Partners, LLC, F/K/A HCRE Partners, LLC, Matt McGraner | Hoge & Gameros, L.L.P. | Charles W. Gameros, Jr., P.C., Douglas Wade Carvell, P.C. | BGameros@LegalTexas.com; WCarvell@LegalTexas.com |
| Equity Holders | Hunter Mountain Investment Trust | c/o Rand Advisors LLC | Jhonis@RandAdvisors.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel to Crescent TC Investors, L.P. | Jackson Walker L.L.P. | Michael S. Held | mheld@jw.com |
| Secured Creditor | Jefferies LLC | Director of Compliance | cbianchi@jefferies.com |
| Secured Creditor | Jefferies LLC | Office of the General Counsel | cbianchi@jefferies.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Jenner & Block LLP | Marc B. Hankin, Richard Levin | mhankin@jenner.com; rlevin@jenner.com |
| Counsel for CCS Medical, Inc. | Jones Day | Amanda Rush | asrush@jonesday.com |
| Counsel to the Issuers (group of 25 separate Cayman issuers of loan) | Jones Walker LLP | Joseph E. Bain, Amy K. Anderson | jbain@joneswalker.com; aanderson@joneswalker.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Artoush Varshosaz | artoush.varshosaz@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | James A. Wright III | james.wright@klgates.com |

Highland Capital Management, L.P.
Case No. 19-34054

Page 1 of 3

**Exhibit A**
**Core/2002 Service List**
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Stephen G. Topetzes | stephen.topetzes@klgates.com |
| Counsel to CLO Holdco, Ltd. | Kane Russell Coleman Logan PC | John J. Kane | jkane@krcl.com |
| Counsel for Highland CLO Funding Ltd. | King & Spalding LLP | Paul R. Bessette | pbessette@kslaw.com |
| Counsel to BET Investments II, L.P. | Kurtzman Steady, LLC | Jeffrey Kurtzman, Esq. | Kurtzman@kurtzmansteady.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Andrew Clubok, Sarah Tomkowiak | Andrew.Clubok@lw.com; Sarah.Tomkowiak@lw.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Asif Attarwala, Kathryn K. George | asif.attarwala@lw.com; Kathryn.George@lw.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | jeff.bjork@lw.com; kim.posin@lw.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Zachary F. Proulx | Zachary.Proulx@lw.com |
| Counsel to Coleman County TAD, Kaufman County, Upshur County, Fannin CAD, Rockwall CAD, Tarrant County, Allen ISD, City of Allen, City of Richardson, Dallas County, Irving ISD, Grayson County | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller, Laurie A. Spindler, John Kendrick Turner | dallas.bankruptcy@publicans.com |
| Counsel for Jack Yang and Brad Borud | Loewinsohn Flegle Deary Simon LLP | Daniel P. Winikka | danw@lfdslaw.com |
| Creditor | Lynn Pinker Cox & Hurst, L.L.P. | Michael K. Hurst, Esq. | mhurst@lynnllp.com |
| Equity Holders | Mark K. Okada | | mokadadallas@gmail.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Morris, Nichols, Arsht & Tunnell LLP | Curtis S. Miller, Kevin M. Coen | rdehney@mnat.com |
| Counsel to Meta-e Discovery, LLC | Morrison Cohen LLP | Joseph T. Moldovan, Esq. & Sally Siconolfi, Esq. | bankruptcy@morrisoncohen.com |
| Bank | NexBank | John Danilowicz | john.holt@nexbankcapital.com |
| Counsel to California Public Employees' Retirement System ("CalPERS") | Nixon Peabody LLP | Louis J. Cisz, III, Esq. | lcisz@nixonpeabody.com |
| SEC Headquarters | Office of General Counsel | Securities & Exchange Commission | SECBankruptcy-OGC-ADO@SEC.GOV |
| US Trustee for Northern District of TX | Office of the United States Trustee | Lisa L. Lambert, Esq | lisa.l.lambert@usdoj.gov |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | John A. Morris and Gregory V. Demo | jmorris@pszjlaw.com; gdemo@pszjlaw.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill | rpachulski@pszjlaw.com; jpomerantz@pszjlaw.com; ikharasch@pszjlaw.com; joneill@pszjlaw.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill | rpachulski@pszjlaw.com; jpomerantz@pszjlaw.com; ikharasch@pszjlaw.com; joneill@pszjlaw.com |
| Counsel to City of Garland, Garland ISD, Wylie ISD, Plano ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Linda D. Reece | lreece@pbfcm.com |
| Delaware counsel to Alvarez & Marsal CRF Management LLC | Potter Anderson & Corroon LLP | Jeremy W. Ryan, Esq., R. Stephen McNeill, Esq. & D. Ryan Slaugh, Esq. | jryan@potteranderson.com; rmcneill@potteranderson.com; rslaugh@potteranderson.com |
| Secured Creditor | Prime Brokerage Services | Jefferies LLC | cbianchi@jefferies.com |
| Counsel to the Claimant Trust | Quinn Emanuel Urquhart & Sullivan, LLP | Susheel Kirpalani, Deborah J. Newman, Benjamin I. Finestone, Jordan Harap | susheelkirpalani@quinnemanuel.com; deborahnewman@quinnemanuel.com; benjaminfinestone@quinnemanuel.com; jordanharap@quinnemanuel.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Richards, Layton & Finger PA | Michael J. Merchant, Sarah E. Silveira | merchant@rlf.com; silveira@rlf.com |
| Counsel to Hunter Mountain Trust | Rochelle McCullough, LLP | E. P. Keiffer | pkeiffer@romclaw.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") and CPCM, LLC | Ross, Smith & Binford, PC | Judith W. Ross, Frances A. Smith, Jason Binford, Eric Soderlund | judith.ross@rsbfirm.com; frances.smith@rsbfirm.com; jason.binford@rsbfirm.com; eric.soderlund@rsbfirm.com |
| Counsel to the Intertrust Entities and the Issuers (group of 25 separate Cayman issuers of loan) | Schulte Roth & Zabel LLP | David J. Karp, James V. Williams III | david.karp@srz.com; jay.williams@srz.com |
| SEC Regional Office | Securities & Exchange Commission | Richard Best, Regional Director | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger, Regional Director | philadelphia@sec.gov |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Charles M. Person, Juliana Hoffman | preid@sidley.com; pmontgomery@sidley.com; cpersons@sidley.com; jhoffman@sidley.com |
| Counsel to Patrick Daugherty | Spencer Fane LLP | Jason P. Kathman | jkathman@spencerfane.com |
| DE Secretary of State | State of Delaware | Division of Corporations - Franchise Tax | dosdoc_bankruptcy@state.de.us |

Exhibit A
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Mark Okada, the Mark & Pamela Okada Family Trust - Exempt Trust #1, the Mark & Pamela Okada Familty Trust - Exempt Trust #2, the Okada Insurance Rabbi Trust and the Okada Family Foundation,Inc. | Sullivan Cromwell LLP | Brian D. Glueckstein | gluecksteinb@sullcrom.com |
| Counsel to the Hunter Mountain Trust ("Hunter") | Sullivan Hazeltine Allinson LLC | William A. Hazeltine, Esq. | whazeltine@sha-llc.com |
| Equity Holders | The Mark and Pamela Okada Family Trust - Exempt Trust #1 | | mokadadallas@gmail.com |
| Equity Holders | The Mark and Pamela Okada Family Trust - Exempt Trust #2 | | mokadadallas@gmail.com |
| Counsel to the United States Internal Revenue Service | U.S. Department of Justice, Tax Division | David G. Adams | david.g.adams@usdoj.gov |
| United States Attorney General | United States Attorney General | U.S. Department of Justice | askdoj@usdoj.gov |
| Counsel for NexPoint Real Estate Partners, LLC F/K/A HCRE Partners, LLC | Wick Phillips Gould & Martin, LLP | Brant C. Martin, Jason M. Rudd, Lauren K. Drawhorn, Jeffrey W. Hellberg Jr. | brant.martin@wickphillips.com; jason.rudd@wickphillips.com; jeff.hellberg@wickphillips.com |
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Winstead PC | Rakhee V. Patel, Phillip Lamberson | rpatel@winstead.com; plamberson@winstead.com; achiarello@winstead.com |
| Counsel for Jean Paul Sevilla and Hunter Covitz (the "Employees") | Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Counsel for Jean Paul Sevilla and Hunter Covitz (the "Employees") | Winston & Strawn LLP | Attn: Katherine A. Preston | kpreston@winston.com |
| Counsel for Jean Paul Sevilla and Hunter Covitz (the "Employees") | Winston & Strawn LLP | Attn: Thomas M. Melsheimer; Natalie L. Arbaugh | tmelsheimer@winston.com; narbaugh@winston.com |

# EXHIBIT B

Exhibit B
Affected Parties Service List
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| CLO Holdco, Ltd. | Grant Scott, Director | gscott@myersbigel.com |
| Kane Russell Coleman Logan PC | John J. Kane | jkane@krcl.com |
| Kelly Hart & Hallman | Hugh G. Connor II, Michael D. Anderson and Katherine T. Hopkins | hugh.connor@kellyhart.com; michael.anderson@kellyhart.com; katherine.hopkins@kellyhart.com |
| Kelly Hart & Pitre | Amelia L. Hurt | amelia.hurt@kellyhart.com |
| Kelly Hart & Pitre | Louis M. Phillips | louis.phillips@kellyhart.com |
| Sbaiti & Company PLLC | Mazin A Sbaiti, Jonathan Bridges, Kevin N Colquitt | MAS@SbaitiLaw.com; jeb@sbaitilaw.com |
| Schaerr Jaffe LLP | Brian J Field, Erik S Jaffe | bfield@schaerr-jaffe.com |
| Stinson LLP | Deborah Deitsch-Perez, Michael P. Aigen | deborah.deitschperez@stinson.com; michael.aigen@stinson.com |
| The Coastroad Group | Jason Dulude | jdulude@coastroadgroup.com |

# EXHIBIT C

**Exhibit C**

Counsel to Acis Capital Management Service List

Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Acis Capital Management, L.P. | Ahmad, Zavitsanos & Mensing, PLLC | joeahmad@azalaw.com sbates@azalaw.com advorscak@azalaw.com tcooke@azalaw.com |

# EXHIBIT D

**Exhibit D**
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Bank | BBVA | Michael Doran | 8080 North Central Expressway | Suite 1500 | | Dallas | TX | 75206 |
| Counsel to the Intertrust Entities and the CLO Entities | Chipman, Brown, Cicero & Cole, LLP | Mark L. Desgrosseilliers | Hercules Plaza | 1313 North Market Street, Suite 5400 | | Wilmington | DE | 19801 |
| Creditor | Cole, Schotz, Meisel, Forman & Leonard, P.A. | | 301 Commerce Street, Suite 1700 | | | Fort Worth | TX | 76102 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Secured Creditor | KeyBank National Association | as Administrative Agent | 225 Franklin Street, 18th Floor | | | Boston | MA | 02110 |
| Secured Creditor | KeyBank National Association | as Agent | 127 Public Square | | | Cleveland | OH | 44114 |
| Texas Attorney General | Office of the Attorney General | Ken Paxton | 300 W. 15th Street | | | Austin | TX | 78701 |
| Attorney General of the United States | Office of the Attorney General | | Main Justice Building, Room 5111 | 10th & Constitution Avenue, N.W. | | Washington | DC | 20530 |
| US Attorneys Office for Northern District of TX | Office of the United States Attorney | Erin Nealy Cox, Esq | 1100 Commerce Street, 3rd Floor | | | Dallas | TX | 75202 |
| TX Comptroller of Public Accounts | State Comptroller of Public Accounts | Revenue Accounting Division- Bankruptcy Section | PO Box 13258 | | | Austin | TX | 78711 |
| Equity Holders | Strand Advisors, Inc. | | 300 Crescent Court | Suite 700 | | Dallas | TX | 75201 |
| TX AG Office | Texas Attorney Generals Office | Bankruptcy-Collections Division | PO Box 12548 | | | Austin | TX | 78711-2548 |
| Equity Holders | The Dugaboy Investment Trust | | 300 Crescent Court | Suite 700 | | Dallas | TX | 75201 |
| U.S. Department of the Treasury | US Department of the Treasury | Office of General Counsel | 1500 Pennsylvania Avenue, NW | | | Washington | DC | 20220 |
| Delaware Division of Revenue | Zillah A. Frampton | Bankruptcy Administrator | Delaware Division of Revenue | Carvel State Office Building, 8th Floor | 820 N. French Street | Wilmington | DE | 19801 |

# EXHIBIT E

## Exhibit E

Affected Parties Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| CLO Holdco, Ltd. | Grant Scott, Director | Myers Bigel P.A. | 4140 Park Lake Ave, Ste 600 | | Raleigh | NC | 27612 | |
| Highland CLO Assets Holdings Limited | c/o Maples Corporate Services (BVI) Limited | Kingston Chambers, PO Box 173 | | | Road Town, Tortola | | | British Virgin Island |
| Highland CLO Management Ltd. | | PO Box 309 | Ugland House | | Grand Cayman | | KY1-1104 | Cayman Islands |
| Kane Russell Coleman Logan PC | John J. Kane | 901 Main Street, Suite 5200 | | | Dallas | TX | 75242-1699 | |
| Kelly Hart & Hallman | Hugh G. Connor II, Michael D. Anderson and Katherine T. Hopkins | 201 Main Street, Suite 2500 | | | Fort Worth | TX | 76102 | |
| Kelly Hart & Pitre | Amelia L. Hurt | 400 Poydras Street, Suite 1812 | | | New Orleans | LA | 70130 | |
| Kelly Hart & Pitre | Louis M. Phillips | 301 Main Street, Suite 1600 | | | Baton Rouge | LA | 70801 | |
| Neutra, Ltd. | c/o CO Services Cayman Limited | P.O. Box 10008 | Willow House, Cricket Square | | Grand Cayman | | Ky1-1001 | Cayman Islands |
| Sbaiti & Company PLLC | Mazin A Sbaiti, Jonathan Bridges, Kevin N Colquitt | J.P. Morgan Chase Tower | 2200 Ross Avenue | Suite 4900W | Dallas | TX | 75201 | |
| Schaerr Jaffe LLP | Brian J Field, Erik S Jaffe | 1717 K Street NW | Suite 900 | | Washington | DC | 985577 | |
| Stinson LLP | Deborah Deitsch-Perez, Michael P. Aigen | 2200 Ross Avenue, Suite 2900 | | | Dallas | TX | 75201 | |
| The Coastroad Group | Jason Dulude | Century House, Ground Floor | Cricket Square, P.O. Box 2238 | George Town | Grand Cayman | | KY1-1107 | Cayman Islands |

Highland Capital Management, L.P.
Case No. 19-34054

Page 1 of 1

# EXHIBIT F

Exhibit F

Counsel to Acis Capaital Management Service List

Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Acis Capital Management, L.P. | Ahmad, Zavitsanos & Mensing, PLLC | Joseph Y. Ahmad, Shawn M. Bates, Alex Dvorscak, Thomas Cooke | 1221 McKinney St. Suite 2500 | Houston | TX | 77010 |