Sawnie A. McEntire
State Bar No. 13590100
smcentire@pmmlaw.com
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 237-4300
Facsimile: (214) 237-4340

Roger L. McCleary
State Bar No. 13393700
rmccleary@pmmlaw.com
One Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 960-7315
Facsimile: (713) 960-7347

*Attorneys for Petitioner Hunter Mountain Investment Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **In re:** § | |
| § | **Chapter 11** |
| **HIGHLAND CAPITAL** § | |
| **MANAGEMENT, L.P.** § | **Case No. 19-34054-sgj11** |
| § | |
| **Debtor.** § | |

**NOTICE OF STATUS CONFERENCE**

PLEASE TAKE NOTICE that a status conference is scheduled in the above-captioned matter for **Monday, April 24, 2023, at 1:30 p.m. (Central Time)** (the "Status Conference") regarding the hearing requested by the Respondents regarding Hunter Mountain Investment Trust's Emergency Motion for Leave to File Adversary Proceeding [Docket No. 3699].

[1]

[2]

The Status Conference will be held via WebEx videoconference only before The Honorable Stacey G. C. Jernigan, United States Bankruptcy Judge. The WebEx video participation/attendance link for the Status Conference is: https://us-courts.webex.com/meet/jerniga.

A copy of the WebEx instructions pertaining to Participation/Attendance for the Status Conference may be obtained from Judge Jernigan's hearing/calendar site at: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judgejernigans-hearing-dates.

DATED: April 19, 2023

*[Remainder of Page Intentionally Left Blank]*

Respectfully Submitted,

**PARSONS MCENTIRE MCCLEARY PLLC**

By: /s/ *Sawnie A. McEntire*
Sawnie A. McEntire
State Bar No. 13590100
smcentire@pmmlaw.com
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 237-4300
Facsimile: (214) 237-4340

Roger L. McCleary
State Bar No. 13393700
rmccleary@pmmlaw.com
One Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 960-7315
Facsimile: (713) 960-7347

*Attorneys for Hunter Mountain Investment Trust*