Sawnie A. McEntire
State Bar No. 13590100
smcentire@pmmlaw.com
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 237-4300
Facsimile: (214) 237-4340

Roger L. McCleary
State Bar No. 13393700
rmccleary@pmmlaw.com
One Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 960-7315
Facsimile: (713) 960-7347
*Attorneys for Petitioner Hunter Mountain Investment Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **HIGHLAND CAPITAL** | § | |
| **MANAGEMENT, L.P.** | § | **Case No. 19-34054-sgj11** |
| | § | |
| **Debtor.** | § | |

### NOTICE OF RESCHEDULING OF HEARING

PLEASE TAKE NOTICE that the following matter previously scheduled for

hearing on **Monday, April 24, 2023, at 1:30 p.m. (Central Time)** (the "Hearing") in the

Notice of Hearing [Dkt. 3742] in the above-captioned matter, on Hunter Mountain

Investment Trust's ("HMIT" or "Movant") Emergency Motion for Leave to File

[1]

Adversary Proceeding [Docket No. 3699] (the "Motion for Leave"), is rescheduled to a future date to be confirmed at the Status Conference now scheduled on April 24, 2023.

This Notice of Rescheduling of Hearing does not change or effect the Notice of Status Conference [Dkt. 3751], filed April 19, 2023, regarding the Status Conference now scheduled for **Monday, April 24, 2023, at 1:30 p.m. (Central Time)**.

This Notice of Rescheduling of Hearing is subject to and without waiving HMIT's procedural and substantive rights and objections, including, without limitation, those stated in HMIT's Response and Reservation of Rights [Docket No. 3748].

DATED: April 21, 2023

*[Remainder of Page Intentionally Left Blank]*

[2]

Respectfully Submitted,

**PARSONS MCENTIRE MCCLEARY PLLC**

By:  /s/ *Sawnie A. McEntire*
    Sawnie A. McEntire
    State Bar No. 13590100
    smcentire@pmmlaw.com
    1700 Pacific Avenue, Suite 4400
    Dallas, Texas 75201
    Telephone: (214) 237-4300
    Facsimile: (214) 237-4340

    Roger L. McCleary
    State Bar No. 13393700
    rmccleary@pmmlaw.com
    One Riverway, Suite 1800
    Houston, Texas 77056
    Telephone: (713) 960-7315
    Facsimile: (713) 960-7347

    *Attorneys for Hunter Mountain Investment Trust*

[3]