**STINSON LLP**
Deborah Deitsch-Perez
Michael P. Aigen
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Counsel for The Dugaboy Investment Trust
and the Hunter Mountain Investment Trust*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case No. 19-34054 (SGJ) |
| Debtor. | **NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE PROCEEDING** |

### NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE PROCEEDING

Movants The Dugaboy Investment Trust and Hunter Mountain Investment Trust, by and through their respective undersigned counsel, hereby WITHDRAW their Motion for Leave to File Proceeding [Docket No. 3662] without prejudice.

**NOTICE OF WITHDRAWAL OF
MOTION FOR LEAVE TO FILE PROCEEDING – PAGE 1**
CORE/3522697.0002/181683311.3

Dated: May 4, 2023

        STINSON LLP

        By: */s/ Michael P. Aigen*
        Deborah Deitsch-Perez
        Texas Bar No. 24036072
        Email: deborah.deitschperez@stinson.com
        Michael P. Aigen
        Texas Bar No. 24012196
        Email: michael.aigen@stinson.com

        2200 Ross Avenue, Suite 2900
        Dallas, Texas 75201
        Telephone: (214) 560-2201
        Facsimile: (214) 560-2203

        ***Counsel for The Dugaboy Investment Trust and the Hunter Mountain Investment Trust***

## CERTIFICATE OF SERVICE

I certify that on May 4, 2023, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing system to the parties that are registered or otherwise entitled to receive electronic notices in this proceeding.

        */s/ Michael P. Aigen*
        Michael P. Aigen

**NOTICE OF WITHDRAWAL OF**
**MOTION FOR LEAVE TO FILE PROCEEDING – PAGE 2**
CORE/3522697.0002/181683311.3