**DLA PIPER LLP (US)**
Amy L. Ruhland (Rudd)
amy.ruhland@us.dlapiper.com
303 Colorado Street, Suite 3000
Austin, TX 78701

Jason M. Hopkins
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Email: jason.hopkins@us.dlapiper.com

*Attorneys for James D. Dondero, Strand Advisors, Inc., Dugaboy Investment Trust, and Get Good Trust*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.<br><br>Debtor. | Chapter 11<br><br>Case N. 19-34054 (SGJ) |

### STIPULATION TO FIX BRIEFING SCHEDULE WITH RESPECT TO MOTION TO STAY AND MOTION TO COMPEL MEDIATION

This stipulation (the "Stipulation") is made by and among Highland Capital Management, L.P., the reorganized debtor ("HCMLP") and James D. Dondero, Strand Advisors, Inc., Dugaboy Investment Trust and Get Good Trust (collectively the "Movants" and together with HCMLP, the "Parties"), by and through their respective undersigned counsel.

IT IS HEREBY JOINTLY STIPULATED AND AGREED as follows:

(1)     HCMLP shall file its response, if any, to Movants' *Motion to Stay and Motion to*

1

*Compel Mediation* [Docket No. 3752] (the "Motion") on or before May 25, 2023.

(2) Movants' shall file their reply in further support of the Motion, if any, on or before June 8, 2023.

(3) This Stipulation may be executed in counterparts. A facsimile, electronic, or photocopy of this Stipulation and the signatures hereto shall have the same effect and may be accepted with the same authority as if it were an original.

[SIGNATURE PAGE FOLLOWS]

Dated: May 10, 2023

| | |
|---|---|
| **HAYWARD PLLC** | **DLA PIPER LLP (US)** |
| */s/ Melissa S. Hayward* | */s/ Jason M. Hopkins* |
| **Zachery Z. Annable** | Amy L. Ruhland (Rudd) |
| Texas Bar No. 24053075 | Texas Bar No. 24043561 |
| ZAnnable@HaywardFirm.com | amy.ruhland@us.dlapiper.com |
| Melissa S. Hayward | 303 Colorado Street, Suite 3000 |
| Texas Bar No. 24044908 | Austin, TX 78701 |
| mhayward@haywardfirm.com | Tele: 512.457.7000 |
| 10501 N. Central Expy., Ste. 106 | |
| Dallas, Texas 75231 | Jason M. Hopkins |
| Tel: 972.755.7100 | Texas Bar No.24059969 |
| Fax: 972.755.7110 | 1900 N. Pearl Street, Suite 2200 |
| | Dallas, Texas 75201 |
| *-and-* | Tel: 214-743-4500 |
| | Fax: 214-743-4545 |
| **PACHULSKI STANG ZIEHL & JONES LLP** | Email: jason.hopkins@us.dlapiper.com |
| */s/ John A. Morris* | *Attorneys for James D. Dondero, Strand Advisors, Inc., Dugaboy Investment Trust, and Get Good Trust* |
| Jeffrey N. Pomerantz (CA Bar No. 143717) | |
| John A. Morris (NY Bar No. 2405397) | |
| Gregory V. Demo (NY Bar 5371992) | |
| Hayley R. Winograd (NY Bar No. 5612569) | |
| 10100 Santa Monica Blvd., 13th Floor | |
| Los Angeles, CA 90067 | |
| Tele: 310.277.6910 | |
| Fax: 310.201.0760 | |
| jpomerantz@pszjlaw.com | |
| jmorris@pszjlaw.com | |
| gdemo@pszjlaw.com | |
| hwinograd@pszjlaw.com | |

*Counsel for Highland Capital Management, L.P.*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on May 10, 2023, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

                                        */s/ Amy L. Ruhland*
                                        Amy L. Ruhland (Rudd)