

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed May 25, 2023

_____
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § § | |

## ORDER SETTING EXPEDITED HEARING ON HUNTER MOUNTAIN INVESTMENT TRUST'S MOTION SEEKING EXPEDITED DISCOVERY OR, ALTERNATIVELY, CONTINUANCE OF THE JUNE 8, 2023 HEARING REGARDING ITS MOTION FOR LEAVE TO FILE ADVERSARY PROCEEDING

[DE ## 3788, 3789 & 3791]

The court will hold a hearing on **Friday May 26, 2023 at 9:30 am CDT** on the emergency Motions set forth above filed by Hunter Mountain Investment Trust. The hearing will be by WebEx only. The parties should connect by the usual procedures applicable to video hearings in this court.

# # # END OF ORDER # # #