Deborah Deitsch-Perez
Michael P. Aigen
STINSON LLP
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Counsel for The Dugaboy Investment Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case No. 19-34054 (SGJ) |
| Debtor. | |

**APPENDIX IN SUPPORT OF THE DUGABOY INVESTMENT TRUST'S
MOTION TO PRESERVE EVIDENCE AND COMPEL FORENSIC IMAGING OF
<u>JAMES P. SEERY, JR.'S IPHONE</u>**

The Dugaboy Investment Trust files this Appendix in Support of its Motion to Preserve Evidence and Compel Forensic Imaging of James P. Seery, Jr.'s iPhone and requests the Court take judicial notice of the documents contained herein.

CORE/3522697.0002/182296946.1

| **Exhibit** | **Document** | **Appendix Page(s)** |
|---|---|---|
| 1 | Text messages attached to sworn declaration in adversary proceeding between James Seery and HCMLP's Former CEO Jim Dondero regarding HCMLP business and litigation dated **December 7, 2020 (Cause No. 20-03190-sgj, Dkt. 4-28)** | App. 000001- App. 000003 |
| 2 | Text messages between James Seery and HCMLP's former employee Patrick Daugherty regarding HCMLP business and litigation | App. 000004- App. 000006 |
| 3 | Motion of the Debtor for Approval of Settlement with the Official Committee of Unsecured Creditors Regarding Governance of the Debtor and Procedures for Operations in the Ordinary Course dated **December 27, 2019 (Cause No. 19-34054-sgj11, Dkt. 281-2)** | App. 000007- App. 000107 |
| 4 | Order Approving Debtor's Motion Under Bankruptcy Code Section 105(a) and 363(b) Authorizing Retention of James P. Seery, Jr., as Chief Executive Officer, Chief Restructuring Officer, and Foreign Representative *Nunc Pro Tunc* to March 15, 2020 dated **July 16, 2020 (Cause No. 19-34054-sgj11, Dkt. 854)** | App. 000108- App. 000120 |
| 5 | Settlement Term Sheet Ex. C, Document Production Protocol dated **December 27, 2019 (Cause No. 19-34054-sgj11, Dkt. 281-1)** | App. 000121- App. 000182 |
| 6 | Certification of No Objection Regarding Debtor's Application for Authorization to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor Effective *Nunc Pro Tunc* to the Petition Date dated **December 4, 2019 (Cause No. 19-34054-sgj11, Dkt. 138)** | App. 000183- App. 000200 |
| 7 | 3/22/2021 Hearing Transcript **(Adversary Proceeding No. 20-3190-sgj)** | App. 000201- App. 000262 |
| 8 | 3/4/2020 Hearing Transcript **(Cause No. 19-34054)** | App. 000263- App. 000318 |
| 9 | 7/14/2020 Hearing Transcript **(Cause No. 19-34054)** | App. 000319- App. 000384 |
| 10 | 9/10/2020 Hearing Transcript **(Cause No. 19-34054)** | App. 000385- App. 000409 |
| 11 | 10/17/2020 Deposition Transcript **(Cause No. 19-34054)** | App. 000410- App. 000414 |
| 12 | 10/20/2020 Hearing Transcript **(Cause No. 19-34054)** | App. 000415- App. 000532 |
| 13 | 12/14/2020 Deposition Transcript **(Cause No. 19-34054)** | App. 000533- App. 000537 |

CORE/3522697.0002/182296946.1

| 14 | 1/14/2021 Hearing Transcript (**Cause No. 19-34054**) | App. 000538-App. 000610 |
|----|---|---|
| 15 | 1/20/2021 Deposition Transcript (**Adversary Proceeding No. 21-03000-sgj**) | App. 000611-App. 000615 |
| 16 | 1/26/2021 Hearing Transcript (**Cause No. 19-34054 and Adversary Proceeding No. 21-03000-sgj**) | App. 000616-App. 000672 |
| 17 | 1/29/2021 Deposition Transcript (**Cause No. 19-34054**) | App. 000673-App. 000677 |
| 18 | 2/2/2021 Hearing Transcript (**Cause No. 19-34054**) | App. 000678-App. 000885 |
| 19 | 2/3/2021 Hearing Transcript (**Cause No. 19-34054**) | App. 000886-App. 000896 |
| 20 | 2/23/2021 Hearing Transcript (**Adversary Proceeding Nos. 20-03190-sgj and 21-03010-sgj**) | App. 000897-App. 000946 |
| 21 | 5/14/2021 Deposition Transcript (**Adversary Proceeding No. 21-03000-sgj**) | App. 000947-App. 000951 |
| 22 | 5/21/2021 Hearing Transcript (**Cause No. 19-34054**) | App. 000952-App. 001066 |
| 23 | 5/24/2021 30(b)6 Deposition Transcript (**Adversary Proceeding No. 21-03003-sgj**) | App. 001067-App. 001071 |
| 24 | 6/25/2021 Hearing Transcript (**Cause No. 19-34054**) | App. 001072-App. 001110 |
| 25 | 7/19/2021 Hearing Transcript (**Cause No. 19-34054**) | App. 001111-App. 001129 |
| 26 | 8/4/2021 Hearing Transcript (**Cause No. 19-34054**) | App. 001130-App. 001172 |
| 27 | 10/21/2021 Deposition Transcript (**Adversary Proceeding No. 21-03005-sgj**) | App. 001173-App. 001177 |
| 28 | 3/1/2022 Hearing Transcript (**Cause No. 19-34054 and Adversary Proceeding No. 22-03003-sgj**) | App. 001178-App. 001227 |
| 29 | 3/11/2022 30(b)6 Deposition Transcript (**Adversary Proceeding No. 21-03010-sgj**) | App. 001228-App. 001231 |
| 30 | 5/3/2022 30(b)6 Deposition Transcript (**Adversary Proceeding No. 21-03082-sgj**) | App. 001232-App. 001235 |
| 31 | 8/8/2022 Hearing Transcript (**Adversary Proceeding No. 21-03020-sgj**) | App. 001236-App. 001278 |

CORE/3522697.0002/182296946.1

| 32 | Dustin Jones, *When it comes to data on your phone, deleting a text isn't the end of the story*, NPR, July 15, 2022 | App. 001279-App. 001283 |
|---|---|---|
| 33 | Order Requiring James D. Dondero to Preserve Documents and to Identify Measures Taken to Ensure Document Preservation **(Cause No. 19-34054, Dkt. 2177)** | App. 001284-App. 001286 |

Dated: May 31, 2023.　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael P. Aigen*
　　　　　　　　　　　　　　　　　　　　　　Deborah Deitsch-Perez
　　　　　　　　　　　　　　　　　　　　　　State Bar No. 24036072
　　　　　　　　　　　　　　　　　　　　　　Michael P. Aigen
　　　　　　　　　　　　　　　　　　　　　　State Bar No. 24012196
　　　　　　　　　　　　　　　　　　　　　　STINSON LLP
　　　　　　　　　　　　　　　　　　　　　　2200 Ross Avenue, Suite 2900
　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　　　(214) 560-2201 telephone
　　　　　　　　　　　　　　　　　　　　　　(214) 560-2203 facsimile
　　　　　　　　　　　　　　　　　　　　　　Email: deborah.deitschperez@stinson.com
　　　　　　　　　　　　　　　　　　　　　　Email: michael.aigen@stinson.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for The Dugaboy Investment Trust*

4

## **CERTIFICATE OF SERVICE**

I certify that on May 31, 2023, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing system to the parties that are registered or otherwise entitled to receive electronic notices in this proceeding.

*/s/ Michael P. Aigen*
Michael P. Aigen

CORE/3522697.0002/182296946.1