# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 24, 2023

Mr. Robert P. Colwell
U.S. Bankruptcy Court, Northern District of Texas
1100 Commerce Street
Earle Cabell Federal Building
Room 1254
Dallas, TX 75242-1496

    Misc No. 23-90013    Highland Captl Mgmt Fund v. Highland
                                      Captl Mgmt
                                      USDC No. 3:23-CV-573

Enclosed is a copy of the court's order granting the motion(s) for leave to appeal. The case is transferred to the court's general docket. All future inquiries should refer to docket No. 23-10534.

If there is a concurrent appeal at the district court, it is the appellant's responsibility to advise this court of any developments which may affect this appeal.

The appellant(s) should immediately pay the appropriate fees to the **bankruptcy court clerk** and notify us of the payment within 14 days from the date of this letter. If you do not, we will dismiss the appeal, see **5TH CIR. R.** 42.3.

By copy of this letter, I am requesting the **bankruptcy court** to send the certified record immediately.

Counsel desiring to appear in this case must electronically file a "Form for Appearance of Counsel", naming each party you represent, within 14 days from the date of this letter. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, we will remove your name from the docket. Pro se parties do not need to file an appearance form.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Melissa Mattingly*
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Enclosure(s)

cc:
    Mr. Jeffrey N. Pomerantz
    Mr. Davor Rukavina