

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 31, 2023**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **HIGHLAND CAPITAL MANGEMENT, L.P.,** | § § § | Case No. 19-34054-sgj11 |
| | § | Re: Docket 247 |
| Debtor. | § § | |

**ORDER GRANTING ACIS CAPITAL MANAGEMENT, L.P.'S MOTION TO SEAL EXHIBITS F AND K TO ITS RESPONSE**

The Court has reviewed the motion filed by Intervenor Acis Capital Management, L.P. ("Acis") Motion for Leave to File Under Seal Exhibits F and K to its response in the above-styled Bankruptcy Case. The Court is of the opinion that Acis's motion ought to be **GRANTED** and hereby is **GRANTED**.

# # # END OF ORDER # # #