

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 31, 2023**

_____
**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANGEMENT, | § | Case No. 19-34054-sgj11 |
| L.P., | § | |
| | § | Re: Docket 247 |
| Debtor. | § | |
| | § | |
| | § | |

### ORDER GRANTING ACIS CAPITAL MANAGEMENT, L.P.'S MOTION TO SEAL EXHIBITS F AND K TO ITS RESPONSE

The Court has reviewed the motion filed by Intervenor Acis Capital Management, L.P. ("Acis") Motion for Leave to File Under Seal Exhibits F and K to its response in the above-styled Bankruptcy Case. The Court is of the opinion that Acis's motion ought to be **GRANTED** and hereby is **GRANTED**.

# # # END OF ORDER # # #