| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>Jeffrey N. Pomerantz (admitted *pro hac vice*)<br>John A. Morris *(admitted pro hac vice)*<br>Gregory V. Demo (admitted *pro hac vice*)<br>Hayley R. Winograd (admitted *pro hac vice*)<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 277-6910<br>Fax: (310) 201-0760 | **WILLKIE FARR & GALLAGHER LLP**<br>Mark T. Stancil (admitted *pro hac vice*)<br>Joshua S. Levy (admitted *pro hac vice*)<br>1875 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 303-1000<br>mstancil@willkie.com<br>jlevy@willkie.com |
| **HAYWARD PLLC**<br>Melissa S. Hayward<br>Texas Bar No. 24044908<br>MHayward@HaywardFirm.com<br>Zachery Z. Annable<br>Texas Bar No. 24053075<br>ZAnnable@HaywardFirm.com<br>10501 N. Central Expy, Ste. 106<br>Dallas, Texas 75231<br>Tel: (972) 755-7100<br>Fax: (972) 755-7110 | **REED SMITH LLP**<br>Omar J. Alaniz<br>Texas Bar No. 24040402<br>Lindsey L. Robin<br>Texas Bar No. 24091422<br>2850 N. Harwood St., Ste. 1500<br>Dallas, Texas 75201<br>(469) 680-4292 |
| *Counsel for Highland Capital Management, L.P., and the Highland Claimant Trust* | *Counsel for James P. Seery, Jr.* |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>　　　　　Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |

**DECLARATION OF JOSHUA S. LEVY IN SUPPORT OF HIGHLAND CAPITAL
MANAGEMENT, L.P., HIGHLAND CLAIMANT TRUST, AND JAMES P. SEERY,
JR.'S JOINT MOTION TO EXCLUDE TESTIMONY AND DOCUMENTS OF
<u>SCOTT VAN METER AND STEVE PULLY</u>**

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 3850, Dallas, TX 75201.

I, Joshua S. Levy, pursuant to 28 U.S.C. § 1746, under penalty of perjury, declare as follows:

1. I am counsel at the law firm of Willkie Farr & Gallagher LLP, counsel to James P. Seery Jr., the Chief Executive Officer of Highland Capital Management, L.P ("HCMLP") the Claimant Trustee of the Trust in the above-referenced bankruptcy case. I submit this declaration (the "Declaration") in support of *Highland Capital Management, L.P., Highland Claimant Trust* (the "Trust" and together with HCMLP, "Highland")*, and James P. Seery Jr.'s Joint Motion to Exclude Testimony and Documents of Scott Van Meter and Steve Pully* being filed simultaneously with this Declaration by Highland and Mr. Seery. This Declaration is based on my personal knowledge and review of the documents listed below.

2. Attached as **Exhibit A** is a true and correct copy of the transcript of the hearing held in this matter on April 24, 2023.

3. Attached as **Exhibit B** is a true and correct copy of the transcript of the hearing held in this matter on May 26, 2023.

4. Attached as **Exhibit C** is a true and correct copy of an email exchange between Mark T. Stancil, Sawnie A. McEntire, and Roger L. McLeary, dated from June 1, 2023 to June 5, 2023.

Dated: June 7, 2023.

                                                        */s/ Joshua S. Levy*
                                                         Joshua S. Levy