BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Highland Capital Management, L.P.<br>**DEBTOR** | HMIT's Motion for Leave to file Verified Adversary Proceeding doc. #3699 | Case # 19−34054−sgj11 |

**TYPE OF HEARING**

| | | |
|---|---|---|
| Hunter Mountain Investment Trust<br>**PLAINTIFF / MOVANT** | *VS* | Re−Organized Debtor Highland Capital Management, L.P.<br>**DEFENDANT / RESPONDENT** |

| | |
|---|---|
| Sawnie A. McEntire & Roger L. McCleary<br>**ATTORNEY** | John A. Morris<br>**ATTORNEY** |

## EXHIBITS

| | |
|---|---|
| SEE EXHIBIT LIST | SEE EXHIBIT LIST |
| VARIOUS EXHIBITS ADMITTED | VARIOUS EXHIBITS ADMITTED |

| | | |
|---|---|---|
| Michael Edmond<br>**REPORTED BY** | June 8, 2023<br>**HEARING DATE** | Stacey G Jernigan<br>**JUDGE PRESIDING** |