# THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.<br><br>Debtor. | Chapter 11<br><br>Case No. 19-34054 (SGJ)<br><br>JAMES DONDERO, HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., NEXPOINT ADVISORS, L.P., THE DUGABOY INVESTMENT TRUST, THE GET GOOD TRUST, and NEXPOINT REAL ESTATE PARTNERS, LLC, F/K/A HCRE PARTNERS, LLC, A DELAWARE LIMITED LIABILITY COMPANY'S NOTICE TO WITHDRAW CERTAIN FILINGS |

## MOVANTS' NOTICE TO WITHDRAW CERTAIN FILINGS

Movants James Dondero, Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., The Dugaboy Investment Trust, The Get Good Trust, and NexPoint Real Estate Partners, LLC, f/k/a HCRE Partners, LLC, a Delaware Limited Liability Company (collectively, "Movants") provide the Court notice that the following filings should be withdrawn:

- *Movants' Reply in Support of Amended Renewed Motion to Recuse Pursuant to 28 U.S.C. § 455* [Dkt. 3623];
  - *Appendix to Movants' Reply in Support of Amended Renewed Motion to Recuse Pursuant to 28 U.S.C. § 455* [Dkt. 3623-1];

- *Movants' Unopposed Motion to Redact Reply in Support of Amended Renewed Motion to Recuse Pursuant to 28 U.S.C. § 455* [Dkt. 3629];
  - Exhibits and Proposed Order [Dkts. 3629-1, 3629-2, and 3629-3]; and

- *Movants' Unopposed Motion for Leave to File Reply in Support of Amended Renewed Motion to Recuse Pursuant to 28 U.S.C. § 455 Under Seal* [Dkt. 3632]; and

1

- o  Proposed Order [Dkt. 3632-1].

Dated: June 12, 2023

Respectfully submitted,

**CRAWFORD, WISHNEW & LANG PLLC**

*/s/ Michael J. Lang*
Michael J. Lang
Texas State Bar No. 24036944
mlang@cwl.law
1700 Pacific Ave, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500

*Attorney for Movants*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on June 12, 2023, a true and correct copy of the above and foregoing document was served on all parties and counsel set to receive notice by the Court's ECF system.

*/s/ Michael J. Lang*
Michael J. Lang