Brent R. McIlwain, TSB 24013140
David C. Schulte    TSB 24037456
Christopher Bailey TSB 24104598
Holland & Knight LLP
1722 Routh Street, Suite 1500
Dallas, TX  75201
Tel.:    (214) 964-9500
Fax:    (214) 964-9501
brent.mcilwain@hklaw.com
david.schulte@hklaw.com
chris.bailey@hklaw.com

COUNSEL TO MUCK HOLDINGS, LLC,
JESSUP HOLDINGS LLC,
FARALLON CAPITAL MANAGEMENT, L.L.C., AND
STONEHILL CAPITAL MANAGEMENT LLC

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>Highland Capital Management, L.P.[1]<br><br>Debtor. | Case No. 19-34054 (SGJ)<br><br>Chapter 11<br><br>(Jointly Administered) |

**CLAIM PURCHASERS' JOINDER TO HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND CLAIMANT TRUST, AND JAMES P. SEERY, JR.'S REPLY IN FURTHER SUPPORT OF THEIR JOINT MOTION TO EXCLUDE TESTIMONY AND DOCUMENTS OF SCOTT VAN METER AND STEVE PULLY**

Muck Holdings, LLC ("Muck"), Jessup Holdings LLC ("Jessup"), Farallon Capital Management, L.L.C. ("Farallon"), and Stonehill Capital Management LLC ("Stonehill", and collectively, with Muck, Jessup, and Farallon, the "Claims Purchasers") join and adopt Highland Capital Management, L.P., Highland Claimant Trust, and James P. Seery Jr.'s *Reply in Further*

---

[1] The last four digits of Debtor's taxpayer identification number are (6725). The headquarters and service address for Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

#220271494_v6 199408.00013

*Support of Their Joint Motion to Exclude Testimony and Documents of Scott Van Meter and Steve Pully* [Dkt. No. 3841] (the "Reply").  For the reasons set forth in the Reply, the Claim Purchasers respectfully request the Court grant the *Joint Motion to Exclude Testimony and Documents of Scott Van Meter and Steve Pully* [Dkt. No. 3820] (the "Motion to Exclude").

WHEREFORE, the Claims Purchasers respectfully request that the Court grant the Motion to Exclude and grant the Claims Purchasers such other and further relief as is just and proper.

| | |
|---|---|
| Dated:   June 12, 2023 | HOLLAND & KNIGHT LLP<br><br>By: /s/ *Christopher Bailey*<br>Brent R. McIlwain, TSB 24013140<br>David C. Schulte, TSB 24037456<br>Christopher Bailey, TSB 24104598<br>Holland & Knight LLP<br>1722 Routh Street, Suite 1500<br>Dallas, TX  75201<br>Tel.:   (214) 964-9500<br>Fax    (214) 964-9501<br>brent.mcilwain@hklaw.com<br>david.schulte@hklaw.com<br>chris.bailey@hklaw.com<br><br>COUNSEL TO MUCK HOLDINGS, LLC, JESSUP HOLDINGS LLC, FARALLON CAPITAL MANAGEMENT, L.L.C., AND STONEHILL CAPITAL MANAGEMENT LLC |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, and served upon all parties receiving notice pursuant to the CM/ECF system on this the 12th day of June, 2023.

        /s/ *Christopher Bailey*
        Christopher Bailey

#220271494_v6 199408.00013