Deborah Deitsch-Perez
Michael P. Aigen
STINSON LLP
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Counsel for The Dugaboy Investment Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case No. 19-34054 (SGJ) |
| Debtor. | NOTICE OF HEARING ON THE DUGABOY INVESTMENT TRUST'S MOTION TO PRESERVE EVIDENCE AND COMPEL FORENSIC IMAGING OF JAMES P. SEERY, JR.'S IPHONE |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Northern District of Texas will conduct a hearing on *The Dugaboy Investment Trust's Motion to Preserve Evidence and Compel Forensic Imaging of James P. Seery, Jr.'s iPhone* (the "Motion") on **August 14, 2023 at 2:30 p.m.**

The hearing on the Motion will be held via WebEx videoconference before The Honorable Stacey G. C. Jernigan, United States Bankruptcy Judge. The WebEx video participation/attendance link for the hearing is: https://us-courts.webex.com/meet/jerniga.

WebEx Hearing Instructions for the hearing may be obtained from: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-jernigans-hearing-dates.

CORE/3524155.0006/182618765.1

Dated: June 15, 2023

Respectfully submitted,

*/s/ Michael P. Aigen*
Deborah Deitsch-Perez
State Bar No. 24036072
Michael P. Aigen
State Bar No. 24012196
STINSON LLP
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
(214) 560-2201 telephone
(214) 560-2203 facsimile
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

**ATTORNEYS FOR THE DUGABOY
INVESTMENT TRUST**

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on June 15, 2023, a true and correct copy of this document was served via the Court's CM/ECF system on counsel for all parties receiving notice in the case.

/s/ *Michael P. Aigen*
Michael P. Aigen

3