Omar J. Alaniz – SBT# 24040402
Lindsey L. Robin – SBT# 24091422
**REED SMITH LLP**
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201
T:  469.680.4200
F: 469.680.4299
oalaniz@reedsmith.com
lrobin@reedsmith.com

Mark T. Stancil*
Joshua S. Levy*
**WILLKIE FARR & GALLAGHER LLP**
1875 K Street, N.W.
Washington, DC 20006
T: 202.303.1000
mstancil@willkie.com
jlevy@willkie.com
*admitted *pro hac vice*

*Attorneys for James P. Seery, Jr.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **HIGHLAND CAPITAL** | § | **Case No. 19-34054-sgj11** |
| **MANAGEMENT, L.P.,** | § | |
| | § | |
| | § | |
| **Debtor.** | § | |

### STIPULATION EXTENDING JAMES P. SEERY, JR.'S DEADLINE
### TO FILE RESPONSE TO THE DUGABOY INVESTMENT TRUST'S
### MOTION TO PRESERVE EVIDENCE AND COMPEL FORENSIC IMAGING

Subject to this Court's approval, James P. Seery, Jr. and The Dugaboy Investment Trust enter into this stipulation (the "**Stipulation**") extending the deadline for Mr. Seery to file his response brief (the "**Response**") to The Dugaboy Investment Trust's *Motion to Preserve Evidence and Compel Forensic Imaging of James P. Serry, Jr.'s iPhone* [Docket No. 3802] to **Friday, July 7, 2023**.

**DATED:** June 15, 2023

By:  */s/ Omar J. Alaniz*
Omar J. Alaniz
Texas Bar No. 24040402
Lindsey L. Robin
Texas Bar No. 24091422
**REED SMITH LLP**
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201
T:  469.680.4200
F: 469.680.4299
oalaniz@reedsmith.com
lrobin@reedsmith.com

Mark T. Stancil*
Joshua S. Levy*
**WILLKIE FARR & GALLAGHER LLP**
1875 K Street, N.W.
Washington, DC 20006
T: 202.303.1000
mstancil@willkie.com
jlevy@willkie.com
*admitted *pro hac vice*

***Attorneys for James P. Seery, Jr.***

By: */s/  Michael P. Aigen*
Deborah Dietsch-Perez
Texas Bar No. 24036072
Michael P. Aigen
Texas Bar No. 24012196
**STINSON LLP**
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
T:  214.560.2201
F:  214.560.2203
Deborah.deitschperez@stinson.com
Michael.aigen@stinson.com

***Attorneys for The Dugaboy Investment Trust***

## CERTIFICATE OF SERVICE

The undersigned certifies that on **June 15, 2023**, a true and correct copy of the foregoing will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*/s/ Omar J. Alaniz*
Omar J. Alaniz