

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 16, 2023**

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |  |
|---|---|---|
| **In re:** | § <br> § | **Chapter 11** |
| **HIGHLAND CAPITAL** <br> **MANAGEMENT, L.P.,** | § <br> § <br> § <br> § <br> § <br> § | **Case No. 19-34054-sgj11** |
| **Debtor.** |  |  |

**ORDER APPROVING STIPULATION EXTENDING JAMES P. SEERY, JR.'S
DEADLINE TO FILE A RESPONSE TO THE DUGABOY INVESTMENT TRUST'S
MOTION TO PRESERVE EVIDENCE AND COMPEL FORENSIC IMAGING**

Upon consideration of the *Stipulation Extending James P. Seery, Jr.'s Deadline to File a*

*Response to The Dugaboy Investment Trust's Motion to Preserve Evidence and Compel Forensic*

---

*Imaging* by and between James P. Seery, Jr. and The Dugaboy Investment Trust, it is hereby

ordered that:

    1.    The deadline for Mr. Seery to file his response brief (the "**Response**") to the *Motion*

*to Preserve Evidence and Compel Forensic Imaging of James P. Serry, Jr.'s iPhone* [Docket

No. 3802] is **Friday, July 7, 2023**.

    2.    The Court shall retain jurisdiction over all disputes arising out of or otherwise

concerning the interpretation and enforcement of this Stipulation.


### ###END OF ORDER###


By: */s/ Omar J. Alaniz*
Omar J. Alaniz
Texas Bar No. 24040402
Lindsey L. Robin
Texas Bar No. 24091422
**REED SMITH LLP**
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201
T:  469.680.4200
F: 469.680.4299
oalaniz@reedsmith.com
lrobin@reedsmith.com

Mark T. Stancil*
Joshua S. Levy*
**WILLKIE FARR & GALLAGHER LLP**
1875 K Street, N.W.
Washington, DC 20006
T: 202.303.1000
mstancil@willkie.com
jlevy@willkie.com
*admitted *pro hac vice*

*Attorneys for James P. Seery, Jr.*

By: */s/  Michael P. Aigen*
Deborah Dietsch-Perez
Texas Bar No. 24036072
Michael P. Aigen
Texas Bar No. 24012196
**STINSON LLP**
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
T:  214.560.2201
F:  214.560.2203
Deborah.deitschperez@stinson.com
Michael.aigen@stinson.com

*Attorneys for The Dugaboy Investment Trust*