

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed June 16, 2023

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § § § § | Case No. 19-34054-sgj11 |
| Debtor. | | |

### ORDER APPROVING STIPULATION EXTENDING JAMES P. SEERY, JR.'S DEADLINE TO FILE A RESPONSE TO THE DUGABOY INVESTMENT TRUST'S MOTION TO PRESERVE EVIDENCE AND COMPEL FORENSIC IMAGING

Upon consideration of the *Stipulation Extending James P. Seery, Jr.'s Deadline to File a Response to The Dugaboy Investment Trust's Motion to Preserve Evidence and Compel Forensic*

*Imaging* by and between James P. Seery, Jr. and The Dugaboy Investment Trust, it is hereby ordered that:

1. The deadline for Mr. Seery to file his response brief (the "**Response**") to the *Motion to Preserve Evidence and Compel Forensic Imaging of James P. Serry, Jr.'s iPhone* [Docket No. 3802] is **Friday, July 7, 2023**.

2. The Court shall retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of this Stipulation.

### ###END OF ORDER###

| | |
|---|---|
| By: */s/ Omar J. Alaniz* <br> Omar J. Alaniz <br> Texas Bar No. 24040402 <br> Lindsey L. Robin <br> Texas Bar No. 24091422 <br> **REED SMITH LLP** <br> 2850 N. Harwood Street, Suite 1500 <br> Dallas, Texas 75201 <br> T: 469.680.4200 <br> F: 469.680.4299 <br> oalaniz@reedsmith.com <br> lrobin@reedsmith.com <br><br> Mark T. Stancil* <br> Joshua S. Levy* <br> **WILLKIE FARR & GALLAGHER LLP** <br> 1875 K Street, N.W. <br> Washington, DC 20006 <br> T: 202.303.1000 <br> mstancil@willkie.com <br> jlevy@willkie.com <br> *admitted *pro hac vice* <br><br> *Attorneys for James P. Seery, Jr.* | By: */s/ Michael P. Aigen* <br> Deborah Dietsch-Perez <br> Texas Bar No. 24036072 <br> Michael P. Aigen <br> Texas Bar No. 24012196 <br> **STINSON LLP** <br> 2200 Ross Avenue, Suite 2900 <br> Dallas, Texas 75201 <br> T: 214.560.2201 <br> F: 214.560.2203 <br> Deborah.deitschperez@stinson.com <br> Michael.aigen@stinson.com <br><br> *Attorneys for The Dugaboy Investment Trust* |