# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: § | |
| **HIGHLAND CAPITAL** § | |
| **MANAGEMENT, L.P.,** § | |
| § | |
| **Debtor,** § | |
| § | |
| _____ § | |
| **CLO HOLDCO, LTD.,** § | |
| § | |
| **Appellant,** § | |
| § | |
| v. § | **CIVIL ACTION NO. 3:22-CV-2051-B** |
| § | |
| **MARC Kirschner,** § | |
| § | |
| **Appellee.** § | |

## NOTICE OF APPEAL

CLO HoldCo, Ltd. ("**CLO HoldCo**"), a putative creditor and party in Bankruptcy Case No. 19034053-sgj11 (the "**Bankruptcy Case**") and appellant in the above-captioned bankruptcy appeal ("**Appeal**"), pursuant to 28 U.S.C. § 158(d) and FED. R. APP. P. 3, 4, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment, the *Memorandum Opinion and Order* [**Dkt. No. 18**] (the "**Opinion**") affirming the *Order Denying Motion to Ratify Second Amended Proof of Claim and Expunging Claim* entered by the United States District Court for the Northern District of Texas (the "**District Court**"), entered on May 18, 2023.

Pursuant to FED. R. APP. PROC. 3(c)(1):

(A) The parties to the Appeal and their attorneys and contact information are:

**Appellant: CLO HoldCo, Ltd.**

**Appellant Counsel: Kelly Hart Pitre**
Louis M. Phillips (#10505)
One American Place
301 Main Street, Suite 1600

1

Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com
Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

and

**Kelly Hart & Hallman**
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Telecopier: (817) 878-9280

**Appellee: Marc Kirschner, Litigation Trustee for the Highland Litigation Sub-Trust**

**Appellee Counsel: Quinn Emanuel Urquhart & Sullivan, LLP**
Robert S. Loigman
robertloigman@quinnemanuel.com
Deborah J. Newman
deborahnewman@quinnemanuel.com
Aaron Lawrence
aaronlawrence@quinnemanuel.com
51 Madison Avenue
Floor 22
New York, NY 10010
Telephone: (212) 849-7000

and

**Sidley Austin LLP**
Paige Holden Montgomery

2

pmontgomery@sidley.com
Juliana L. Hoffman
jhoffman@sidley.com
2021 McKinney Avenue
Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

**Party in Interest: Highland Capital Management, L.P**

**Party in Interest Counsel: Pachulski Stang Ziehl & Jones LLP**
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:jpomerantz@pszjlaw.com
jmorris@pszjlaw.com
 gdemo@pszjlaw.com
 hwinograd@pszjlaw.com

and

**Hayward PLLC**
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

(B) The appeal is being taken from:

> *Memorandum Opinion and Order* **[Dkt. No. 18] entered by the District Court on May 18, 2023**

(C) The name of the court to which the appeal is taken:

**United States Court of Appeals for the Fifth Circuit**

**Respectfully submitted:**

**KELLY HART PITRE**

*/s/ Louis M. Phillips*
**Louis M. Phillips (#10505)**
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com

Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

and

**KELLY HART & HALLMAN**
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500

*Attorneys for CLO HoldCo, Ltd.*

## **CERTIFICATE OF SERVICE**

I, undersigned counsel, hereby certify that a true and correct copy of the above and foregoing document and all attachments thereto were sent via electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case, including counsel for Appellee, on this June 19, 2023.

The undersigned hereby certifies that, on this the 19th day of June 2023, true and correct copies of this document were served via U.S. Mail, First Class, properly addressed with pre-paid postage to the counsel for the Appellee and the Party In Interest.

*/s/ Louis M. Phillips*
Louis M. Phillips