Brent R. McIlwain, TSB 24013140
David C. Schulte    TSB 24037456
Christopher Bailey TSB 24104598
Holland & Knight LLP
1722 Routh Street, Suite 1500
Dallas, TX  75201
Tel.:    (214) 964-9500
Fax:    (214) 964-9501
brent.mcilwain@hklaw.com
david.schulte@hklaw.com
chris.bailey@hklaw.com

COUNSEL TO MUCK HOLDINGS, LLC,
JESSUP HOLDINGS LLC,
FARALLON CAPITAL MANAGEMENT, L.L.C., AND
STONEHILL CAPITAL MANAGEMENT LLC

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>Highland Capital Management, L.P.[1]<br><br>Debtor. | Case No. 19-34054 (SGJ)<br><br>Chapter 11<br><br>(Jointly Administered) |

**CLAIM PURCHASERS' JOINDER TO THE HIGHLAND PARTIES' OBJECTIONS AND MOTION TO STRIKE HUNTER MOUNTAIN INVESTMENT TRUST'S PURPORTED PROFFER**

Muck Holdings, LLC ("Muck"), Jessup Holdings LLC ("Jessup"), Farallon Capital Management, L.L.C. ("Farallon"), and Stonehill Capital Management LLC ("Stonehill", and collectively, with Muck, Jessup, and Farallon, the "Claims Purchasers") join and adopt The Highland Parties' *Objections and Motion to Strike Hunter Mountain Investment Trust's Purported*

---

[1]    The last four digits of Debtor's taxpayer identification number are (6725). The headquarters and service address for Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

#220271494_v6 199408.00013

*Proffer* [Dkt. No. 3860] (the "Motion"). For the reasons set forth in the Motion, the Claim Purchasers respectfully request the Court grant the Motion.

WHEREFORE, the Claims Purchasers respectfully request that the Court grant the Motion and grant the Claims Purchasers such other and further relief as is just and proper.

| | |
|---|---|
| Dated: June 23, 2023 | HOLLAND & KNIGHT LLP |
| | By: /s/ *Christopher Bailey* <br> Brent R. McIlwain, TSB 24013140 <br> David C. Schulte, TSB 24037456 <br> Christopher Bailey, TSB 24104598 <br> Holland & Knight LLP <br> 1722 Routh Street, Suite 1500 <br> Dallas, TX 75201 <br> Tel.: (214) 964-9500 <br> Fax (214) 964-9501 <br> brent.mcilwain@hklaw.com <br> david.schulte@hklaw.com <br> chris.bailey@hklaw.com |
| | COUNSEL TO MUCK HOLDINGS, LLC, JESSUP HOLDINGS LLC, FARALLON CAPITAL MANAGEMENT, L.L.C., AND STONEHILL CAPITAL MANAGEMENT LLC |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, and served upon all parties receiving notice pursuant to the CM/ECF system on this the 23th day of June, 2023.

/s/ *Christopher Bailey*
Christopher Bailey

#220271494_v6 199408.00013