

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed June 29, 2023

United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.<br><br>Debtor. | Chapter 11<br><br>Case No. 19-34054 (SGJ)<br><br>**ORDER** |

### ORDER GRANTING STIPULATION WITHDRAWING MOVANTS' MOTION FOR LEAVE TO FILE PROCEEDING [Dkt. No. 3662]

Upon consideration of the *Stipulation of Withdrawal of Movants' Motion for Leave to File Proceeding* [Dkt No. 3662] by and between Highland Capital Management, L.P., the reorganized debtor ("HCMLP"), and the Movants (The Dugaboy Investment Trust ("Dugaboy") and Hunter Mountain Investment Trust ("Hunter Mountain", and together with Dugaboy, "Movants")), (together, the "Parties"), it is **HEREBY ORDERED THAT:**

2

1.  The Movants will withdraw their Motion for Leave to File Proceeding without prejudice.

### ###END OF ORDER###

CORE/3522697.0002/181686703.2