

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed July 11, 2023

_____
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |

**ORDER APPROVING JOINT STIPULATION OF THE PARTIES SUSPENDING CERTAIN DEADLINES UNTIL THE BANKRUPTCY COURT DETERMINES THE MEDIATION MOTION**

Having considered the Joint Stipulation of the Parties Suspending Certain Deadlines Until the Bankruptcy Court determines the Mediation Motion (the "Stipulation") filed by James D. Dondero, Strand Advisors, Inc., The Dugaboy Investment Trust, Get Good Trust (collectively, the "Dondero Parties"), and Highland Capital Management, L.P., it is **HEREBY ORDERED THAT**:

1. the Stipulation, a copy of which is attached hereto as Exhibit A is APPROVED;

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

and

2. All deadlines in the matters listed in Exhibit A are suspended until this Court issues an order determining the Dondero Parties' Motion to Stay and to Compel Mediation. [Dkt. 3752].

**ORDERED** that,

### End of Order ###