PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (TX Bar No. 24044908)
MHayward@HaywardFirm.com
Zachery Z. Annable (TX Bar No. 24053075)
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for the Reorganized Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |

## NOTICE OF FILING OF MOTION TO DEEM
## THE DONDERO ENTITIES VEXATIOUS LITIGANTS AND FOR RELATED RELIEF

**PLEASE TAKE NOTICE** that, on July 14, 2023, Highland Capital Management, L.P. ("HCMLP"), the reorganized debtor in the above-captioned bankruptcy case, filed that certain *Motion to Deem the Dondero Entities Vexatious Litigants and for Related Relief* (the "Vexatious Litigant Motion") appearing at docket no. 136 in civil case no. 3:21-cv-00881-X (the "District Court Case") pending in the United States District Court for the Northern District of Texas, Dallas Division (the "District Court"). In conjunction with the filing of the Vexatious Litigant Motion, HCMLP also

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are 8357. The headquarters and service address for the Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

filed (i) *Highland Capital Management, L.P.'s Memorandum of Law in Support of Its Motion to Deem the Dondero Entities Vexatious Litigants and for Related Relief* (the "Vexatious Litigant Brief") appearing at docket no. 137 in the District Court Case, and (ii) the *Appendix in Support of Motion to Deem the Dondero Entities Vexatious Litigants and for Related Relief* (the "Vexatious Litigant Appendix") appearing at docket no. 138 in the District Court Case.  A true and correct copy of the Vexatious Litigant Motion is attached hereto as **Exhibit A**.  A true and correct copy of the Vexatious Litigant Brief is attached hereto as **Exhibit B**.  Due to its voluminous nature, interested parties may obtain a copy of the Vexatious Litigant Appendix by accessing (i) the District Court's PACER system at www.txnd.uscourts.gov (a valid PACER account is required), or (ii) the website maintained by Kurtzman Carson Consultants LLC at www.kccllc.net/HCMLP.

[*Remainder of Page Intentionally Left Blank*]

Dated: July 19, 2023      **PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
      jmorris@pszjlaw.com
      gdemo@pszjlaw.com
      hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Reorganized Debtor*