**DLA PIPER LLP (US)**
Amy L. Ruhland (Rudd)
amy.ruhland@us.dlapiper.com
303 Colorado Street, Suite 3000
Austin, TX 78701

Jason M. Hopkins
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Email: jason.hopkins@us.dlapiper.com

*Attorneys for James D. Dondero, Strand Advisors, Inc., Dugaboy Investment Trust, and Get Good Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case N. 19-34054 (SGJ) |
| Debtor. | |

**NOTICE OF CHANGE OF FIRM AFFILIATION**

**PLEASE TAKE NOTICE** that as of July 21, 2023, Amy Ruhland, attorney of record for James D. Dondero, Strand Advisors, Inc., The Dugaboy Investment Trust, and Get Good Trust will no longer be affiliated with DLA Piper LLP. Ms. Ruhland will be joining the firm of Reichman Jorgensen Lehman & Feldberg LLP. All future notices and service on Ms. Ruhland should be sent to the below contact information:

Amy Ruhland
Reichman Jorgensen Lehman & Feldberg LLP
aruhland@reichmanjorgensen.com

901 S. Mopac Expressway
Building 1, Suite 300
Austin, TX 78746
Tel: (650) 623-4201

Dated: July 20, 2023

Respectfully Submitted,

DLA PIPER LLP (US)

*/s/ Jason M. Hopkins*
Amy L. Ruhland (Rudd)
Texas Bar No. 24043561
amy.ruhland@us.dlapiper.com
303 Colorado Street, Suite 3000
Austin, TX 78701
Tele: 512.457.7000

Jason M. Hopkins
Texas Bar No.24059969
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Tel: 214-743-4500
Fax: 214-743-4545
Email: jason.hopkins@us.dlapiper.com

*Attorneys for James D. Dondero, Strand Advisors, Inc., The Dugaboy Investment Trust, and Get Good Trust*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on July 20, 2023, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

                                            */s/ Amy L. Ruhland*
                                            Amy L. Ruhland (Rudd)