# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 19, 2023
Lyle W. Cayce
Clerk

No. 22-10575

In the Matter of Highland Capital Management, L.P.

*Debtor*,

NexPoint Advisors, Appellant/Creditor/Party in Interest 11 U.S.C. 1109(b),

*Appellant*,

*versus*

Pachulski Stang Ziehl & Jones, L.L.P., Appellee/Retained Professional; Wilmer Cutler Pickering Hale and Dorr, L.L.P.; FTI Consulting, Incorporated; Teneo Capital, L.L.C.; Sidley Austin, L.L.P.,

*Appellees*,

───────────

NexPoint Advisors, L.P.,

*Appellant*,

*versus*

Wilmer Cutler Pickering Hale and Dorr, L.L.P.,

*Appellee*,

───────────

NexPoint Advisors, L.P.,

*Appellant*,

*versus*

Teneo Capital, L.L.C.,

*Appellee*,

_____

NexPoint Advisors, L.P.,

*Appellant*,

*versus*

Sidley Austin, L.L.P.,

*Appellee*,

_____

NexPoint Advisors, L.P.,

*Appellant*,

*versus*

FTI Consulting, Incorporated,

*Appellee*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-3086
USDC No. 3:21-CV-3088
USDC No. 3:21-CV-3094
USDC No. 3:21-CV-3096
USDC No. 3:21-CV-3104

_____

Before HIGGINBOTHAM, SOUTHWICK, and WILLETT, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

**Certified as a true copy and issued
as the mandate on Aug 10, 2023**

Attest:  *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**