Scott M. Seidel
SEIDEL LAW FIRM
6505 W. Park Blvd., Ste. 306
Plano, Texas  75093

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| HIGHLAND CAPITAL MANAGEMENT, § | CASE NO: 19-34054-sgj11 |
| L.P. § | |
| § | |
| DEBTOR § | |
| § | |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND DEMAND FOR SERVICE OF ALL PLEADINGS AND FILINGS PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that Scott M. Seidel, chapter 7 trustee for debtor Highland Select Equity Master Fund, L.P., case number 23-31037-swe7, and Highland Select Equity Fund GP, L.P., case number 23-31039-mvl7, Northern District of Texas Bankruptcy Court, enters an appearance and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address and telephone number set forth below, pursuant to Rule 2002 of the Bankruptcy Rules of procedure.

Scott M. Seidel
SEIDEL LAW FIRM
6505 W. Park Blvd., Suite 306
Plano, Texas  75093
214-234-2500
scott@scottseidel.com

Respectfully submitted,

*/s/ Scott M. Seidel*
SEIDEL LAW FIRM
6505 W. Park Blvd., Suite 306
Plano, Texas  75093
Telephone: 214-234-2500
scott@scottseidel.com