Richard L. Wynne
California Bar No. 120349
Edward J. McNeilly
California Bar No. 314588
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Ste 1400
Los Angeles, CA  90067
Richard.wynne@hoganlovells.com
Edward.mcneilly@hoganlovells.com

Susan B. Hersh
State Bar No. 09543925
SUSAN B. HERSH, P.C
12770 Coit Road, Suite 850
Dallas, Texas 75251
(972) 503-7070
susan@susanbhershpc.com
ATTORNEY FOR HON. RUSSELL F. NELMS (RET.) & JOHN S. DUBEL

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **HIGHLAND CAPITAL MANAGEMENT, LP** § | | |
| Debtor § | § | Case No. 19-34054-SGJ-11 |
| | § | |

**NOTICE OF APPEARANCE UNDER FEDERAL BANKRUPTCY RULE 9010(b) COMBINED WITH REQUEST FOR NOTICE OF ALL MATTERS**

HON. RUSSELL F. NELMS (RET.) & JOHN S. DUBEL request that all notices given or required to be given, and all papers served or required to be served in this case, be given to and served upon their counsel:

| | |
|---|---|
| Susan B. Hersh | Richard L. Wynne* |
| SUSAN B. HERSH, P.C. | Edward J. McNeilly* |
| 12770 Coit Road, Suite 1100 | Hogan Lovells US LLP |
| Dallas, TX   75251 | 1999 Avenue of the Stars, Ste 1400 |
| susan@susanbhershpc.com | Los Angeles, CA  90067 |
| | Richard.wynne@hoganlovells.com |
| | Edward.mcneilly@hoganlovells.com |
| | *Applications for admission pro hac vice to be submitted |

This request includes, but is not limited to, all notices, copies and pleadings referred to Title 11, United States Code and the Federal Bankruptcy Rules, including without limitation

notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications and any other documents in this case, transmitted by mail, delivery, fax, email, or otherwise.

PLEASE TAKE FURTHER NOTICE that filing of this Notice of Appearance and Request for Notices shall not be deemed or construed to constitute a waiver of any substantive or procedural right of Judge Nelms and Mr. Dubel including, without limitation: (i) the right to have final orders in noncore matters entered only after *de novo* review by the United States District Court for the Northern District of Texas (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Judge Nelms and Mr. Dubel are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until Judge Nelms and Mr. Dubel expressly state otherwise, Judge Nelms and Mr. Dubel do not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

    Respectfully submitted,

    Richard L. Wynne
    California Bar No. 120349
    Edward J. McNeilly
    California Bar No. 314588
    HOGAN LOVELLS US LLP
    1999 Avenue of the Stars, Ste 1400
    Los Angeles, CA  90067
    Richard.wynne@hoganlovells.com
    Edward.mcneilly@hoganlovells.com

                                       **SUSAN B. HERSH, P.C.**
                                       By:  */s/Susan B. Hersh*
                                       State Bar No. 09543925
                                       12770 Coit Road, Suite 850
                                       Dallas, TX  75251
                                       (972) 503-7070
                                       susan@susanbhershpc.com

                        ATTORNEY FOR HON. RUSSELL F. NELMS (RET.)
                        & JOHN S. DUBEL

## CERTIFICATE OF SERVICE

     The undersigned certifies that a true and correct copy of the foregoing has been served on all parties receiving ECF notification in this case, on the date this notice was filed.
                                             */s/ Susan B. Hersh*