

**Certified as a true copy and issued as the mandate on Aug 22, 2023**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 31, 2023

No. 22-10960

Lyle W. Cayce
Clerk

---

In the Matter of Highland Capital Management, L.P.,

*Debtor*,

The Dugaboy Investment Trust,

*Appellant*,

versus

Highland Capital Management, L.P.,

*Appellee*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-261

---

Before Higginbotham, Southwick, and Willett, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellant pay to appellee the costs on appeal to be taxed by the Clerk of this Court.