# United States Court of Appeals
## for the Fifth Circuit

**Certified as a true copy and issued as the mandate on** Aug 21, 2023

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

United States Court of Appeals
Fifth Circuit
**FILED**
July 28, 2023
Lyle W. Cayce
Clerk

No. 22-10983

IN THE MATTER OF HIGHLAND CAPITAL MANAGEMENT, L.P.

*Debtor*,

THE DUGABOY INVESTMENT TRUST,

*Appellant*,

*versus*

HIGHLAND CAPITAL MANAGEMENT, L.P.,

*Appellee*.

———————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-1295

———————————————

Before WIENER, SOUTHWICK, and DUNCAN, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellant pay to appellee the costs on appeal to be taxed by the Clerk of this Court.