Jerry C. Alexander
Texas Bar No. 00993500
alexanderj@passmanjones.com
**PASSMAN & JONES**
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2500
(214) 742-2121 Telephone
(214) 748-7949 Facsimile

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.** | § § § § | Case No. 19-34054 (SGJ) (Chapter 11) |
| *Debtor*, | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR ALL
### NOTICES AND FOR SERVICE OF ALL PAPERS

COMES NOW, Jerry C. Alexander of the law firm of Passman & Jones, P.C., and enters this appearance shown below, as interim counsel for Scott M. Seidel, Chapter 7 Trustee of the Bankruptcy Estates of Highland Select Equity Master Fund, L.P. (Case No. 23-31037 swe7) and Highland Select Equity Fund, GP, L.P. (Case No. 23-31039 mvl7), and respectfully requests this Court and opposing counsel serve upon him copies of all notices and pleadings filed or served in the above-referenced matter as set forth below:

Jerry C. Alexander
Texas Bar No. 00993500
alexanderj@passmanjones.com
**PASSMAN & JONES, P.C.**
1201 Elm Street, Suite 2500
Dallas, Texas  75270-2599
(214) 742-2121 Telephone
(214) 748-7949 Facsimile

DATED this 21st day of September, 2023.

Entry of Appearance and Request for Service of Papers    Page 1
467349

Respectfully submitted,

*/s/ Jerry C. Alexander*
Jerry C. Alexander
Texas Bar No. 00993500
alexanderj@passmanjones.com

**PASSMAN & JONES, P.C.**
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2599
(214) 742-2121 Telephone
(214) 748-7949 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 21st day of September, 2023, pursuant to the Federal Rules of Civil Procedure, via ECF/PACER.

*/s/ Jerry C. Alexander*
Jerry C. Alexander