Jerry C. Alexander
Texas Bar No. 00993500
alexanderj@passmanjones.com
**PASSMAN & JONES**
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2500
(214) 742-2121 Telephone
(214) 748-7949 Facsimile

*Interim Counsel to Scott M. Seidel, Chapter 7 Trustee for Bankruptcy Estates of Highland Select Equity Master Fund, L.P. and Highland Select Equity Fund GP, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § § § § | Case No. 19-34054 SGJ (Chapter 11) |
| *Debtor.* | § | |

**EX PARTE REQUEST FOR HEARING ON TRUSTEE SCOTT
SEIDEL'S MOTION TO BE INCLUDED IN MEDIATION**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Scott M. Seidel, Chapter 7 Trustee for the Bankruptcy Estates of Highland Select Equity Master Fund, L.P. (Case No. 23-31037 swe7) and Highland Select Equity Fund GP, L.P. (Case No. 23-31039 mvl7) (collectively, the ***"Highland Select Entities"***), and makes and files this Ex Parte Request that Trustee Scott M. Seidel's Motion to Be Included in Mediation filed on September 13, 2023 [Dkt. 3911] (the "***Motion***") be set for hearing during the week of September 25 – 29, or on October 2, 2023, and shows this Honorable Court the following:

Scott M. Seidel (the "***Trustee***") filed his Motion to Be Included in Mediation on September 13, 2023 (attached hereto as **Exhibit A**), requesting that the Trustee be allowed to participate in the Mediation anticipated in this Court's Order Granting in Part and Denying in Part

Motion to Stay and to Compel Mediation entered on August 2, 2023 [Dkt. 3897][1] (the "*Mediation*") for the reasons set forth in the Motion.

Trustee's counsel has learned that the Mediation has been scheduled to occur during the week of October 9, 2023.

Trustee's counsel has a long-planned trip scheduled for the time period October 3-6, 2023; therefore

The Trustee requests that the Motion be scheduled during the week of September 25-29, 2023, or on October 2, 2023.

Dated: September 21, 2023

    Respectfully submitted,

    */s/ Jerry C. Alexander*
    Jerry C. Alexander
    Texas Bar No. 00993500
    alexanderj@passmanjones.com
    **PASSMAN & JONES**
    1201 Elm Street, Suite 2500
    Dallas, Texas 75270-2500
    (214) 742-2121 Telephone
    (214) 748-7949 Facsimile

    *Interim Counsel to Scott M. Seidel, Chapter 7 Trustee for Bankruptcy Estates of Highland Select Equity Master Fund, L.P. and Highland Select Equity Fund GP, L.P.*

---

[1] Attached hereto as **Exhibit B**.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Ex Parte Request for Hearing on Trustee's Motion to Be Included in Court-Ordered Mediation was served on all Counsel via the Court's ECF/PACER system on the 21st day of September 2023.

*/s/ Jerry C. Alexander*
Jerry C. Alexander