IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | Case No. 19-34054 SGJ (Chapter 11) |
| | § § | |
| *Debtor*. | § | |

NOTICE OF HEARING ON TRUSTEE'S
MOTION TO BE INCLUDED IN MEDIATION

Please take notice that Trustee Scott Seidel's Motion to Be Included in Mediation [Dkt. 3911] has been scheduled for an in person hearing on **Monday, October 2, 2023, at 2:30 p.m.**, in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division.

Respectfully submitted,

*/s/ Jerry C. Alexander*
Jerry C. Alexander
Texas Bar No. 00993500
alexanderj@passmanjones.com
**PASSMAN & JONES**
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2500
(214) 742-2121 Telephone
(214) 748-7949 Facsimile

*Interim Counsel to Scott M. Seidel, Chapter 7 Trustee for Bankruptcy Estates of Highland Select Equity Master Fund, L.P. and Highland Select Equity Fund GP, L.P.*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 22, 2023, a true and correct copy of the foregoing was served on counsel of record.

*/s/ Jerry C. Alexander*
Jerry C. Alexander