

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 25, 2023**

_____
United States Bankruptcy Judge
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, | § | Case No. 19-34054 SGJ |
| L.P., | § | (Chapter 11) |
| | § | |
| *Debtor*. | § | |

### ORDER SETTING HEARING ON TRUSTEE'S
### MOTION TO BE INCLUDED IN MEDIATION

ON THIS DAY, came on to be considered the Ex Parte Request for Hearing on Trustee Scott Seidel's Motion to Be Included in Mediation [Dkt. 3924].

IT IS ORDERED that the Motion to Be Included in Mediation of Scott Seidel, Chapter 7 Trustee of the Highland Select Entities Bankruptcy Estates[1] [Dkt. 3911] is set for hearing on **Monday, October 2, 2023, at 2:30 p.m**.

# # # END OF ORDER # # #

---

[1] Highland Select Equity Master Fund, L.P. (Case No. 23-31037 swe7) and Highland Select Equity Fund, GP, L.P. (Case No. 23-31039 mvl7) (collectively, "***the Highland Select Entities***").