

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 3, 2023**

_____
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |

### ORDER ON TRUSTEE'S MOTION TO BE INCLUDED IN MEDIATION

This matter having come before the Court on *Trustee's Motion to Be Included in Mediation* [Docket No. 3911] (the "Motion")[2] filed by Scott Seidel, as Chapter 7 trustee (the "Trustee") of the Highland Select Entities, pursuant to which the Trustee requested to be included in the Mediation ordered pursuant to this Court's Mediation Order; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding under 28 U.S.C. § 157(b)(2); and venue in this District being proper pursuant to

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

[2] All capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

28 U.S.C. §§ 1408 and 1408; and the Court having considered (a) *The Highland Parties' Response to Trustee's Motion to Be Included in Mediation* [Docket No. 3927]; (b) the *Response of Hunter Mountain Investment Trust, The Dugaboy Investment Trust, James D. Dondero, Strand Advisors, Inc., and Get Good Trust to Highland Select Trustee's Motion to Be Included in Mediation* [Docket No. 3930]; and (c) the arguments presented by counsel during the hearing conducted on October 2, 2023 (the "Hearing"); and adequate notice of the Motion having been given; and after due deliberation and good cause appearing therefore, it is hereby **ORDERED** that:

1. While the Court finds that the Trustee was discharging his fiduciary duties to Highland Select Equity Master Fund, L.P. and Highland Select Equity Fund GP, L.P. in filing his motion to be included in the mediation, the Motion is **DENIED** for the reasons set forth on the record during the Hearing.

2. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

### ### END OF ORDER ###

DOCS_NY:48620.1 36027/003