# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: HIGHLAND CAPITAL MANAGEMENT, LP

Debtor(s)

Case No.: 19-34054-SGJ-11

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: Wynne, Richard L.
   *Last         First         MI*

2. Firm Name: Hogan Lovells US LLP

3. Address: 1999 Avenue of the Stars, Suite 1400
   Los Angeles, CA 90067

4. Phone: (310) 785-4600    FAX: (310) 785-4601
   Email: richard.wynne@hoganlovells.com

5. Name used to sign *all* pleadings: Richard L. Wynne

6. Retained by: John S. Dubel and Hon. Russell F. Nelms (Ret.)

7. Admitted on 12/16/1982 and presently a member in good standing of the bar of the highest court of the state of New Jersey and issued the bar license number of 26201982.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | New Jersey | 12/16/1982 |
   | New York | 4/11/1983 |
   | California | 12/10/1985 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes  ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes  ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes  ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    *Date of Application*         *Case No. and Style*

    _____            _____

    _____            _____

    _____            _____

13. Local counsel of record:  Susan B. Hersh

14. Local counsel's address:  12770 Coit Road, Suite 1100
    Dallas, TX 75251

*Continued.*

      I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

      I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒  I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐  I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

Richard L. Wynne                                                                           10/06/2023
Printed Name of Applicant                                                        Date

*/s/ Richard L. Wynne*
Signature of Applicant