

FILED
OCT 1 0 2023
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re: HIGHLAND CAPITAL MANAGEMENT, LP

§
§ Case No.: 19-34054-SGJ-11
§
§
§
§
Debtor(s) §

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: **McNeilly, Edward J.**
   Last        First        MI

2. Firm Name: **Hogan Lovells US LLP**

3. Address: **1999 Avenue of the Stars, Suite 1400**
   **Los Angeles, CA 90067**

4. Phone: **(310) 785-4600**    FAX: **(310) 785-4601**

   Email: **edward.mcneilly@hoganlovells.com**

5. Name used to sign *all* pleadings: **Edward J. McNeilly**

6. Retained by: **John S. Dubel and Hon. Russell F. Nelms (Ret.)**

7. Admitted on **05/16/2017** and presently a member in good standing of the bar of the highest court of the state of **California** and issued the bar license number of **314588**

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | California | 05/16/2017 |
   | Washington State | 09/27/2018 |
   | England and Wales | 03/03/2014 |

*Continued.*

   I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

   I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

   ☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

   ☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

Edward J. McNeilly              10/06/2023
Printed Name of Applicant            Date

*/s/ Edward J. McNeilly*
Signature of Applicant