

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 15, 2023**

_____
United States Bankruptcy Judge
_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Highland Capital Management, L.P. §   Case No.:  19–34054–sgj11
 §   Chapter No.:  11
Debtor(s) §

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Edward J. McNeilly**, to represent John S. Dubel and Honorable Russell F. Nelms (Retired), related to document #3939, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non–Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #