James J. Lee
  State Bar No. 12074550
  jimlee@velaw.com
Michael C. Lee
  State Bar No. 24109461
  mlee@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas  75201
Telephone: (214) 220-7700

*Attorneys for Lynn Pinker Hurst & Schwegmann, LLP and The Pettit Law Firm*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO.  19-34054-SGJ11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § | CHAPTER 11 |
| | § | |
| *Reorganized Debtor* | § | |

**NOTICE OF APPEARANCE**

James J. Lee and Michael C. Lee of Vinson & Elkins LLP enter an appearance as counsel of record for Lynn Pinker Hurst Schwegmann, LLP and the Pettit Law Firm and respectfully request that the Court and opposing counsel serve copies of all notices or pleadings in the above action as set forth below:

James J. Lee
State Bar No. 12074550
jimlee@velaw.com
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas  75201
Telephone: (214) 220-7700

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

Michael C. Lee
State Bar No. 24109461
mlee@velaw.com
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Telephone: (214) 220-7700

Respectfully submitted,

*/s/ James J. Lee*
James J. Lee
  State Bar No. 12074550
  jimlee@velaw.com
Michael C. Lee
  State Bar No. 24109461
  mlee@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Telephone: (214) 220-7700

*Attorneys for Lynn Pinker Hurst & Schwegmann, LLP and The Pettit Law Firm*

**CERTIFICATE OF SERVICE**

    I certify that on October 23, 2023, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

*/s/ James J. Lee*
James J. Lee