# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | CASE NO. 19-34054-SGJ11<br><br>CHAPTER 11 |
| *Reorganized Debtor* | § § | |

**ORDER GRANTING LYNN PINKER AND THE PETTIT FIRM'S MOTION TO STRIKE AND DENYING MOVANTS' MOTION FOR CONTEMPT**

After considering the motion of Lynn Pinker Hurst & Schwegmann, LLP ("Lynn Pinker") and the Pettit Law Firm ("Pettit Firm") (collectively, the "State Court Law Firms") to strike ("Motion to Strike") Highland Capital Management, L.P., Highland Claimant Trust, and James P. Seery, Jr.'s (collectively, "Movants") motion (the "Motion") for an order requiring Scott Byron Ellington ("Ellington") and his counsel Lynn Pinker and the Pettit Firm to show cause why Ellington and the State Court Law Firms should not be held in contempt for violating the

1

Gatekeeper Provision and Gatekeeper Orders and the State Court Law Firms' response subject thereto, the Court finds that, after consideration of the pleadings, evidence, and argument of counsel, the Motion to Strike is well founded and that the Motion is unfounded and without merit and ORDERS that for all the reasons stated on the record:

1. The State Court Law Firms' Motion to Strike is **GRANTED**; and

2. The Movants' Motion is **DENIED.**

# # # End of Order # # #

Order Prepared By:

James J. Lee (Attorney Responsible for Order)
  State Bar No. 12074550
  jimlee@velaw.com
Michael C. Lee
  State Bar No. 24109461
  mlee@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas  75201
Telephone: (214) 220-7700

*Attorneys for Lynn Pinker Hurst & Schwegmann, LLP and The Pettit Law Firm*

2