Michelle Hartmann
State Bar No. 24032402
**BAKER & McKENZIE LLP**
1900 North Pearl, Suite 1500
Dallas, TX 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099
Email: michelle.hartmann@bakermckenzie.com

Debra A. Dandeneau (admitted *pro hac vice*)
**BAKER & McKENZIE LLP**
452 Fifth Avenue
New York, NY  10018
Tel: 212-626-4100
Fax: 212 310-1600
Email:  debra.dandeneau@bakermckenzie.com

*Counsel for Scott Ellington*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br>Reorganized Debtor. | Chapter 11<br>Case No. 19-34054-sgj11 |

**NOTICE OF FILING EXHIBIT "1" TO
DECLARATION OF MICHELLE HARTMANN IN
SUPPORT OF ELLINGTON'S RESPONSE IN OPPOSITION TO
THE JOINT MOTION OF HIGHLAND CAPITAL MANAGEMENT,
L.P., HIGHLAND CLAIMANT TRUST, AND JAMES P. SEERY, JR.
FOR AN ORDER REQUIRING ELLINGTON AND HIS COUNSEL TO
SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CIVIL CONTEMPT
<u>FOR VIOLATING THE GATEKEEPER PROVISION AND GATEKEEPER ORDERS</u>**

PLEASE TAKE NOTICE that Scott Ellington, through his undersigned counsel, hereby files the attached Exhibit "1" to the *Declaration of Michelle Hartmann in Support of Ellington's Response in Opposition to the Joint Motion of Highland Capital Management, L.P., Highland Claimant Trust, and James P. Seery, Jr. for an Order Requiring Ellington and His Counsel to*

*Show Cause Why They Should Not Be Held in Civil Contempt for Violating the Gatekeeper Provision and Gatekeeper Orders* [Docket No. 3959].

| | |
|---|---|
| Dated: October 25, 2023 | By: */s/ Michelle Hartmann* <br> BAKER & MCKENZIE LLP <br> Michelle Hartmann <br> State Bar No. 24032402 <br> 1900 North Pearl, Suite 1500 <br> Dallas, Texas 75201 <br> Telephone: 214-978-3000 <br> Facsimile: 214-978-3099 <br> Email: michelle.hartmann@bakermckenzie.com <br><br> Debra A. Dandeneau (admitted *pro hac vice*) <br> 452 Fifth Ave <br> New York, NY 10018 <br> Telephone: 212-626-4875 <br> Email: debra.dandeneau@bakermckenzie.com <br><br> *Counsel for Scott Ellington* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 25, 2023, a true and correct copy of this document was served via the Court's CM/ECF system to the parties that have requested or consented to such service.

*/s/ Michelle Hartmann*
Michelle Hartmann

# Exhibit 1



**New iMessage**   Cancel

To: **Jim Seery**

Feb 20, 2021, 11:25 AM

> Other people on the SAS team with @sasmgt.com emails:
>
> Sbell@sasmgt.com
> Svitiello@sasmgt.com
> Lthedford@sasmgt.com
> Egirard@sasmgt.com

Feb 20, 2021, 12:34 PM



  iMessage 

       

Case 19-3... 05 Desc



**To:** Jim Seery

These are photos of Sarah Bell Goldsmith delivering boxes of document to 120 Cole St - Ellington's bat cave

Yesterday at 4:21p CST

Pat she is now a former employee as is he. I suggest leaving her alone but assume she just came across your view by accident.

I am maintaining an inventory

DEF000237

9:30 

< Jim > 

Sat, Feb 20, 12:34 PM



These are photos of Sarah Bell Goldsmith delivering boxes of document to 120 Cole St - Ellington's bat cave

Yesterday at 4:21p CST

Pat she is now a former

   iMessage  

       

DEF000238

6:07

< Jim > 🎥

I'll call you back tomorrow if ok

Thx

No problem

Stephanie Archer

Feb 20, 2021, 11:25 AM

Other people on the SAS team with @sasmgt.com emails:

Sbell@sasmgt.com
Svitiello@sasmgt.com
Lthedford@sasmgt.com
Egirard@sasmgt.com

Feb 20, 2021, 12:34 PM



iMessage

DEF000239



DEF000243



These are photos of Sarah Bell Goldsmith delivering boxes of document to 120 Cole St - Ellington's bat cave

Yesterday at 4:21p CST

Pat she is now a former

DEF000246

6:08



Jim

> Pat she is now a former employee as is he. I suggest leaving her alone but assume she just came across your view by accident.

> I am maintaining an inventory of assets re parties that I am adverse to in Delaware. She visited a location and delivered documents to a property where Ellington has been storing assets.
>
> Ellington disposed of his phone and admitted he did not retain evidence via An ESI discovery demand regarding my case in Delaware. His assets and the people that assist him in moving those assets or evidence thereof are relevant to my Delaware claims. We will eventually subpoena her and others in that regard.



DEF000247