James J. Lee
  State Bar No. 12074550
  jimlee@velaw.com
Michael C. Lee
  State Bar No. 24109461
  mlee@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Telephone: (214) 220-7700

*Attorneys for Lynn Pinker Hurst & Schwegmann, LLP and The Pettit Law Firm*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 19-34054-SGJ11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § § § | CHAPTER 11 |
| *Reorganized Debtor* | § | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that on October 24, 2023, Lynn Pinker Hurst & Schwegmann, LLP and The Pettit Law Firm filed *Lynn Pinker Hurst & Schwegmann, LLP and The Pettit Law Firm's Motion to Strike and Response Subject Thereto Opposing The Movants' Motion Requesting An Order Requiring Lynn Pinker and Pettit to Show Cause Why They Should Not Be Held in Civil Contempt For Violating The Gatekeeper Provision and Gatekeeper Orders* [Doc. No. 3957] (the "*Motion*").

**PLEASE TAKE FURTHER NOTICE** that the United States Bankruptcy Court for the Northern District of Texas (the "*Court*") has scheduled a hearing (the "*Hearing*") for **December**

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

1

**4, 2023 at 1:30 p.m. (prevailing Central Time)** before the Honorable Stacey G.C. Jernigan, United States Bankruptcy Judge for the Northern District of Texas, Dallas Division to hear the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in a hybrid format: (a) in-person at 1100 Commerce Street, 14th Floor, Courtroom 1, Dallas, Texas 75242; and (b) by WebEx videoconference at the following link https://us-courts.webex.com/meet/jerniga. A copy of the WebEx instructions is attached and may be obtained from the Court's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/chief-judge-jernigans-hearing-dates.

Dated: November 15, 2023

    Respectfully submitted,

    */s/ James J. Lee*
    James J. Lee
      State Bar No. 12074550
      jimlee@velaw.com
    Michael C. Lee
      State Bar No. 24109461
      mlee@velaw.com
    VINSON & ELKINS LLP
    2001 Ross Avenue, Suite 3900
    Dallas, Texas 75201
    Telephone: (214) 220-7700

    *Attorneys for Lynn Pinker Hurst &*
    *Schwegmann, LLP and The Pettit Law Firm*

## CERTIFICATE OF SERVICE

      I certify that on November 15, 2023, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

                                    */s/ James J. Lee*
                                    James J. Lee