Richard L. Wynne (admitted *pro hac vice*)
California Bar No. 120349
Edward J. McNeilly (admitted *pro hac vice*)
California Bar No. 314588
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Ste 1400
Los Angeles, CA 90067
richard.wynne@hoganlovells.com
edward.mcneilly@hoganlovells.com

Susan B. Hersh
State Bar No. 09543925
SUSAN B. HERSH, P.C
12770 Coit Road, Suite 850
Dallas, Texas 75251
(972) 503-7070
susan@susanbhershpc.com

*Counsel for Hon. Russell F. Nelms (Ret.)
and John S. Dubel*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT L.P.[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |

**JOINDER OF HON. RUSSELL F. NELMS (RET.) AND JOHN S. DUBEL IN HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND CLAIMANT TRUST, AND JAMES P. SEERY, JR.'S (I) JOINT MOTION FOR AN ORDER REQUIRING SCOTT BYRON ELLINGTON AND HIS COUNSEL TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CIVIL CONTEMPT FOR VIOLATING THE GATEKEEPER PROVISION AND GATEKEEPER ORDERS [DKT. NO. 3910] AND (II) REPLY IN FURTHER SUPPORT OF THEIR JOINT MOTION FOR CIVIL CONTEMPT AND IN OPPOSITION TO ELLINGTON'S COUNSEL'S MOTION TO STRIKE [DKT NO. 3969]**

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

\\4162-1117-0637  v2

The Hon. Russell F. Nelms (Ret.) and John S. Dubel, former independent directors of Strand Advisors, Inc., the general partner of Highland Capital Management, L.P. ("Highland") during Highland's chapter 11 case prior to the effective date of Highland's confirmed plan of reorganization, for the reasons set forth in the Motion and Reply (both as defined below) and the declarations filed in support of the Motion, including the Declaration of Richard L. Wynne [Dkt No. 3914], hereby join in the *Joint Motion for an Order Requiring Scott Byron Ellington and His Counsel to Show Cause Why They Should Not Be Held in Civil Contempt For Violating The Gatekeeper Provision and Gatekeeper Orders* [Dkt. No. 3910] (the "Motion") and *Reply in Further Support of Their Joint Motion for Civil Contempt and in Opposition To Ellington's Counsel's Motion To Strike* [Dkt No. 3969] (the "Reply"), both jointly filed by Highland, the Highland Claimant Trust and James P. Seery Jr.

Respectfully submitted,

Dated: November 27, 2023

*Richard L. Wynne*
Richard L. Wynne (admitted *pro hac vice*)
California Bar No. 120349
Edward J. McNeilly (admitted *pro hac vice*)
California Bar No. 314588
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Ste 1400
Los Angeles, CA  90067
Richard.wynne@hoganlovells.com
Edward.mcneilly@hoganlovells.com

*Susan B. Hersh*
State Bar No. 09543925
**SUSAN B. HERSH, P.C.**
12770 Coit Road, Suite 850
Dallas, TX  75251
susan@susanbhershpc.com
*Counsel for Hon. Russell F. Nelms (Ret.) and John S. Dubel*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing has been served on all parties receiving ECF notification in this case, on the date this Joinder was filed.

*/s/ Susan B. Hersh*

2

\\4162-1117-0637  v2