James J. Lee
  State Bar No. 12074550
  jimlee@velaw.com
Michael C. Lee
  State Bar No. 24109461
  mlee@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Telephone: (214) 220-7700

*Attorneys for Lynn Pinker Hurst & Schwegmann, LLP and The Pettit Law Firm*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 19-34054-SGJ11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § § | CHAPTER 11 |
| *Reorganized Debtor* | § § | |

**LYNN PINKER HURST & SCHWEGMANN, LLP AND THE PETTIT LAW FIRM'S WITNESS AND EXHIBIT LIST FOR DECEMBER 4, 2023 HEARING WHEREIN MOVANTS' SEEK AN ORDER TO SHOW CAUSE**

Lynn Pinker Hurst & Schwegmann, LLP ("***Lynn Pinker***") and The Pettit Law Firm ("***Pettit Firm***") (collectively, the "***State Court Law Firms***") file this Witness and Exhibit List for the hearing scheduled for **December 4, 2023 at 1:30 p.m. (Central Time)** (or as such hearing may be continued or rescheduled, the "***Hearing***").

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

1

## **WITNESSES**

The State Court Law Firms may call any of the following witnesses at the Hearing, whether in person or by proffer:

1. Michael K. Hurst;

2. Julie Pettit;

3. Any witness necessary to authenticate or prove admissibility of any document;

4. Any witness called by any other party or listed on any other party's witness and/or exhibit list; and

5. Any witnesses necessary to rebut the evidence or testimony of any witness offered or designated by any other party.

## EXHIBITS

The State Court Law Firms may offer into evidence any one or more of the following exhibits at the Hearing:

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
| A. | *Declaration of Julie Pettit* (Doc. 3957-2) (Exhibit A to the State Court Law Firms' Response (Doc. 3957)) | | | | | |
| A-1. | September 13, 2023 email from Mark Stancil to Julie Pettit, *et al.*, RE: Meet and Confer (Exhibit A-1 to the State Court Law Firms' Response (Doc. 3957)) | | | | | |
| A-2. | January 12, 2022 *Temporary Restraining Order* in the State Court Action (Exhibit A-2 to the State Court Law Firms' Response (Doc. 3957)) | | | | | |
| A-3. | March 29, 2022 Hearing Transcript on Scott Ellington's Motion to Abstain and Remand (Exhibit A-3 to the State Court Law Firms' Response (Doc. 3957)) | | | | | |
| A-4. | May 15, 2022 Request for Production from Ellington to Daugherty in State Court Action (Exhibit A-4 to the State Court Law Firms' Response (Doc. 3957)) | | | | | |
| A-5. | Text Messages Chain Produced in State Court Action Bates Labeled DEF000236-47 (Exhibit A-5 to the State Court Law Firms' Response (Doc. 3957)) | | | | | |

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
| A-6. | July 14, 2022 Patrick Daugherty Deposition Transcript (excerpted) in State Court Action (Exhibit A-6 to the State Court Law Firms' Response (Doc. 3957)) | | | | | |
| A-7. | September 1, 2022 Temporary Injunction Transcript (excerpted) in State Court Action (Exhibit A-7 to the State Court Law Firms' Response (Doc. 3957)) | | | | | |
| A-8. | September 1, 2022 Temporary Injunction Order in State Court Action (Exhibit A-8 to the State Court Law Firms' Response (Doc. 3957)) | | | | | |
| A-9. | August 25, 2023 email chain from Julie Pettit to Blayne Thompson *et al.*, Re: Letter re: Subpoena to Hon. Russel Nelms (Exhibit A-9 to the State Court Law Firms' Response (Doc. 3957)) | | | | | |
| A-10. | July 27, 2023 email chain from Julie Pettit to Joshua S. Levy *et. al.*, Re: J. Seery – Deposition Subpoena (Exhibit A-10 to the State Court Law Firms' Response (Doc. 3957)) | | | | | |
| A-11. | July 13, 2023 Amended Subpoena Ad Testificandum to James Seery in connection with State Court Action (w/ exhibits) (Exhibit A-11 to the State Court Law Firms' Response (Doc. 3957)) | | | | | |
| A-12. | September 1, 2023 Order Granting Plaintiff's Fourth Motion to Compel in the State Court Action (Exhibit A-12 to the State Court Law Firms' Response (Doc. 3957)) | | | | | |

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
| B. | *Declaration of Michael K. Hurst* (Doc. 3957-3) (Exhibit B to the State Court Law Firms' Response (Doc. 3957)) | | | | | |
| C. | Any motions, pleadings, or other documents filed in this chapter 11 case | | | | | |
| D. | Any exhibits needed to rebut the testimony of witnesses or evidence presented by any other party | | | | | |
| E. | Any exhibit designated by any other party | | | | | |

The State Court Law Firms reserve the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing.

Dated: November 30, 2023
Dallas, Texas

                    Respectfully submitted,

                    */s/ James J. Lee*
                    James J. Lee
                      State Bar No. 12074550
                      jimlee@velaw.com
                    Michael C. Lee
                      State Bar No. 24109461
                      mlee@velaw.com
                    VINSON & ELKINS LLP
                    2001 Ross Avenue, Suite 3900
                    Dallas, Texas  75201
                    Telephone: (214) 220-7700

                    *Attorneys for Lynn Pinker Hurst & Schwegmann, LLP and The Pettit Law Firm*

## CERTIFICATE OF SERVICE

I certify that on November 30, 2023, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

                    */s/ James J. Lee*
                    James J. Lee