| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **WILLKIE FARR & GALLAGHER LLP** |
| Jeffrey N. Pomerantz (admitted *pro hac vice*) | Mark T. Stancil (admitted *pro hac vice*) |
| John A. Morris (admitted *pro hac vice)* | Joshua S. Levy (admitted *pro hac vice*) |
| Gregory V. Demo (admitted *pro hac vice*) | 1875 K Street, N.W. |
| Hayley R. Winograd (admitted *pro hac vice*) | Washington, D.C. 20006 |
| 10100 Santa Monica Blvd., 13th Floor | (202) 303-1000 |
| Los Angeles, CA 90067 | mstancil@willkie.com |
| Tel: (310) 277-6910 | jlevy@willkie.com |
| Fax: (310) 201-0760 | |
| | |
| **HAYWARD PLLC** | **REED SMITH LLP** |
| Melissa S. Hayward | Omar J. Alaniz |
| Texas Bar No. 24044908 | Texas Bar No. 24040402 |
| MHayward@HaywardFirm.com | Lindsey L. Robin |
| Zachery Z. Annable | Texas Bar No. 24091422 |
| Texas Bar No. 24053075 | 2850 N. Harwood St., Ste. 1500 |
| ZAnnable@HaywardFirm.com | Dallas, Texas 75201 |
| 10501 N. Central Expy, Ste. 106 | (469) 680-4292 |
| Dallas, Texas 75231 | |
| Tel: (972) 755-7100 | |
| Fax: (972) 755-7110 | |
| | |
| *Counsel for Highland Capital Management, L.P., and the Highland Claimant Trust* | *Counsel for James P. Seery, Jr.* |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | § <br> § Chapter 11 <br> § |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § <br> § Case No. 19-34054-sgj11 <br> § |
| Reorganized Debtor. | § <br> § |

**HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND CLAIMANT TRUST, AND JAMES P. SEERY, JR.'S WITNESS AND EXHIBIT LIST WITH RESPECT TO HEARING TO BE HELD ON DECEMBER 4, 2023**

Highland Capital Management, L.P. ("HCMLP," or, as applicable, the "Debtor"), the reorganized debtor in the above-styled bankruptcy case (the "Bankruptcy Case"), the Highland

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

Claimant Trust (the "Trust"; together with HCMLP, "Highland"), and James P. Seery, Jr., HCMLP's Chief Executive Officer and the Claimant Trustee of the Trust ("Seery"), by and through their undersigned counsel, submit the following witness and exhibit list with respect to *Highland Capital Management, L.P., Highland Claimant Trust, and James P. Seery, Jr.'s Joint Motion for an Order Requiring Scott Byron Ellington and His Counsel to Show Cause Why They Should Not Be Held in Civil Contempt for Violating the Gatekeeper Provision and Gatekeeper Orders* [Docket No. 3910] (the "Motion"), which the Court has set for hearing at 1:30 p.m. (Central Time) on December 4, 2023 (the "Hearing") in the Bankruptcy Case.

**A.   Witnesses:**

1. Scott Byron Ellington;

2. Deborah R. Deitsch-Perez;

3. Any witness identified by or called by any other party; and

4. Any witness necessary for rebuttal.

**B.   Exhibits:**

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1. | Plaintiff's Fourth Motion to Compel filed in the District Court of Dallas County, Texas in the action captioned Scott Byron Ellington v. Patrick Daugherty, Cause No. DC-22-00304 (the "Stalking Action") [Docket No. 3912-1] | | |
| 2. | Plaintiff's Original Petition, Application for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction in the Stalking Action [Docket No. 3912-2] | | |
| 3. | Scott Ellington's Reply in Support of Motion to Abstain and to Remand Filed in the United States Bankruptcy Court for the Northern District of Texas in the adversary proceeding captioned Scott Byron Ellington v. Patrick Daugherty, Adversary Proceeding No. 22-03003-sgj (N.D. Tex. Bankr.) (the "Stalking Action Adversary Proceeding" [Docket No. 3912-3] | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 4. | Transcript of the hearing conducted before this Court for the Stalking Action Adversary Proceeding on March 29, 2022 [Docket No. 3912-4] | | |
| 5. | Subpoena Duces Tecum Pursuant to the Uniform Interstate Deposition and Discovery Act and CPLR § 3119 in the Stalking Action, dated November 3, 2022 [Docket No. 3912-5] | | |
| 6. | Excerpted copy of the transcript of the hearing conducted before this Court on June 8, 2023 [Docket No. 3912-6] | | |
| 7. | Subpoena Ad Testificandum Pursuant to the Uniform Interstate Deposition and Discovery Act and CPLR § 3119 in the Stalking Action, dated June 19, 2023 [Docket No. 3912-7] | | |
| 8. | Subpoena Ad Testificandum Pursuant to the Uniform Interstate Deposition and Discovery Act and CPLR § 3119 in the Stalking Action, dated July 13, 2023 [Docket No. 3912-8] | | |
| 9. | Email thread dated from June 22, 2023 to June 30, 2023, between counsel for James P. Seery, Jr., counsel for Highland Capital Management, L.P., counsel for Judge Russell Nelms, and counsel for the plaintiff in the Stalking Action [Docket No. 3912-9] | | |
| 10. | Email string dated from June 19, 2023 to July 27, 2023, between counsel for James P. Seery, Jr., counsel for Highland Capital Management, L.P., and counsel for the plaintiff in the Stalking Action [Docket No. 3912-10] | | |
| 11. | Production cover letter from counsel to James P. Seery Jr. responsive to the Subpoena Duces Tecum Pursuant to the Uniform Interstate Deposition and Discovery Act and CPLR § 3119 in the Stalking Action, dated July 14, 2023 [Docket No. 3912-11] | | |
| 12. | Email string dated from July 14, 2023 to July 25, 2023, between counsel for James P. Seery, Jr., counsel for Highland Capital Management, L.P., counsel for Judge Russell Nelms, counsel for the plaintiff in the Stalking Action, and counsel for defendant in the Stalking Action [Docket No. 3912-12] | | |
| 13. | Order Granting Plaintiff's Fourth Motion to Compel issued by the District Court of Dallas County, Texas in the Stalking Action, dated August 29, 2023 [Docket No. 3912-13] | | |
| 14. | Order Granting Plaintiff's Fourth Motion to Compel issued by the District Court of Dallas County, Texas in the Stalking Action, dated September 1, 2023 [Docket No. 3912-14] | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 15. | Order Approving Settlement with Official Committee of Unsecured Creditors Regarding Governance of the Debtor and Procedures for Operations in the Ordinary Course [Docket No. 339] | | |
| 16. | Order Approving Debtor's Motion Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing Retention of James P. Seery, Jr., as Chief Executive Officer, Chief Restructuring Officer and Foreign Representative Nunc Pro Tunc to March 15, 2020 [Docket No. 854] | | |
| 17. | Order (I) Confirming the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (As Modified) and (II) Granting Related Relief [Docket No. 1943] | | |
| 18. | Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (As Modified) [Docket No. 1808] | | |
| 19. | Reorganized Debtor's Motion for Entry of an Order Approving Settlement with Patrick Hagaman Daugherty (Claim No. 205) and Authorizing Actions Consistent Therewith [Docket No. 3088] | | |
| 20. | Reorganized Debtor's Reply in Further Support of Motion for Entry of an Order Approving Settlement with Patrick Hagaman Daugherty (Claim No. 205) [Docket No. 3257] | | |
| 21. | Scott Ellington's Objection to the Reorganized Debtor's Motion for Entry of an Order Approving Settlement with Patrick Daugherty [Docket No. 3242] | | |
| 22. | Notice of Removal [Docket No. 3185] | | |
| 23. | Scott Ellington's Emergency Motion to Abstain and to Remand [AP No. 22-03003-sgj] [Docket No. 3] | | |
| 24. | The Dugaboy Investment Trust's Motion to Preserve Evidence and Compel Forensic Imaging of James P. Seery, Jr.'s iPhone [Docket No. 3802] | | |
| 25. | Declaration of Michelle Hartmann in Support of The Dugaboy Investment Trust's Motion to Compel Forensic Imaging of James P. Seery, Jr.'s iPhone [Docket No. 3803] | | |
| 26. | Lynn Pinker Hurst & Schwegmann, LLP and The Pettit Law Firm's Motion to Strike and Response Subject Thereto Opposing the Movants' Motion Requesting an Order Requiring Lynn Pinker and Pettit to Show Cause Why They Should Not be Held in Civil Contempt for Violating the Gatekeeper Provision and Gatekeeper Orders [Docket No. 3957] | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 27. | Declaration of Julie Pettit [Docket No. 3957-2] | | |
| 28. | Declaration of Michael K. Hurst [Docket No. 3957-3] | | |
| 29. | Memorandum Opinion Pursuant to Plan "Gatekeeper Provision" and Pre-Confirmation "Gatekeeper Orders": Denying Hunter Mountain Investment Trust's Emergency Motion for Leave to File Verified Adversary Proceeding [Docket No. 3903] | | |
| 30. | Declaration of Richard L. Wynne in Support of Highland Capital Management, L.P., Highland Claimant Trust, and James P. Seery, Jr.'s Joint Motion for an Order Requiring Scott Byron Ellington and His Counsel to Show Cause Why They Should Not be Held in Civil Contempt for Violating the Gatekeeper Provision and Gatekeeper Orders [Docket No. 3914] | | |
| 31. | Document subpoena served on Judge Nelms in the Stalking Action on or around November 12, 2022 [Docket No. 3914-1] | | |
| 32. | Email correspondence from November and December 2022 from (i) John Dubel to Michael Hurst and (ii) Judge Nelms, Michael Hurst and Julie Pettit [Docket No. 3914-2] | | |
| 33. | Deposition subpoena served on Judge Nelms in the Stalking Action on June 14, 2023 [Docket No. 3914-3] | | |
| 34. | Chain of correspondence between Hogan Lovells and Ms. Pettit from June and July 2023 (excluding attachments). [Docket No. 3914-4] | | |
| 35. | Deposition subpoena served on Judge Nelms in the Stalking Action on August 22, 2023 [Docket No. 3914-5] | | |
| 36. | Email from Julie Pettit to Hogan Lovells dated September 5, 2023, including the list of deposition topics attached to the email [Docket No. 3914-6] | | |
| 37. | Certification of John Dubel filed on February 20, 2023, in the New Jersey contempt action [Docket No. 3914-7] | | |
| 38. | Order to Show Cause and accompanying documents served on John Dubel on February 8, 2023 [Docket No. 3914-8] | | |
| 39. | Chain of correspondence between Hogan Lovells and Ms. Pettit between September 5, 2023 and September 13, 2023 [Docket No. 3914-9] | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 40. | Any document entered or filed in the Debtor's chapter 11 bankruptcy case, including any exhibits thereto | | |
| 41. | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| 42. | All exhibits identified by or offered by any other party at the Hearing | | |

Dated: November 30, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (admitted *pro hac vice*)
John A. Morris (admitted *pro hac vice)*
Gregory V. Demo (admitted *pro hac vice*)
Hayley R. Winograd (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Fax: (310) 201-0760

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P., and the Highland Claimant Trust*

**WILLKIE FARR & GALLAGHER LLP**

Mark T. Stancil (admitted *pro hac vice*)
Joshua S. Levy (admitted *pro hac vice*)
1875 K Street, N.W.
Washington, D.C. 20006
(202) 303-1000
mstancil@willkie.com
jlevy@willkie.com

**REED SMITH LLP**

Omar J. Alaniz
Texas Bar No. 24040402
Lindsey L. Robin
Texas Bar No. 24091422
2850 N. Harwood St., Ste. 1500
Dallas, Texas 75201
(469) 680-4292

*Counsel for James P. Seery, Jr.*