Michelle Hartmann
State Bar No. 24032402
**BAKER & McKENZIE LLP**
1900 North Pearl, Suite 1500
Dallas, TX 75201
Tel.: 214-978-3000
Fax: 214-978-3099
Email: michelle.hartmann@bakermckenzie.com

Debra A. Dandeneau (admitted *pro hac vice*)
**BAKER & McKENZIE LLP**
452 Fifth Avenue
New York, NY  10018
Tel: 212-626-4100
Fax: 212 310-1600
Email:  debra.dandeneau@bakermckenzie.com

*Counsel for Scott Ellington*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br>Reorganized Debtor. | Chapter 11<br>Case No. 19-34054-sgj11 |

**ELLINGTON'S WITNESS AND EXHIBIT LIST
FOR HEARING SCHEDULED ON DECEMBER 4, 2023 AT 1:30 P.M.**

Scott Ellington ("**Ellington**") hereby submits the following Witness and Exhibit List for the hearing scheduled on **December 4, 2023 at 1:30 pm (prevail Central time)** with respect to *Highland Capital Management, L.P., Highland Claimant Trust, and James P. Seery, Jr.'s Joint Motion for an Order Requiring Scott Byron Ellington and His Counsel to Show Cause Why They Should Not Be Held in Civil Contempt for Violating the Gatekeeper Provision and Gatekeeper Orders* [DE # 3910], in the above-styled bankruptcy case.

1

## Ellington's Witness List

At the hearing, Ellington may call the following persons to testify as witnesses:

1. Any witness called by any other party; and

2. Any witness necessary for rebuttal.

Ellington reserves the right to cross-examine any witness called by any other party.

## Ellington's Exhibit List

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFER | OBJ | ADM |
|---|---|---|---|---|
| SE-1 | Plaintiff's Original Petition, Application for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction in *Ellington v. Daugherty*, Case No. DC-22-00304 in the 101st Judicial District, Dallas County, Texas (the "**State Court Action**") [DE # 3912-2] | | | |
| SE-2 | Transcript of the temporary injunction hearing held on September 1, 2022 in the State Court Action [DE # 3959-3] | | | |
| SE-3 | Excerpts from the deposition of Patrick Daugherty (July 14, 2022) [DE # 3959-2] | | | |
| SE-4 | Transcript of the hearing held on March 29, 2022 on Scott Ellington's Motion to Abstain and Remand | | | |
| SE-5 | Order Granting Scott Ellington's Emergency Motion to Abstain and to Remand [Adv. Proc. No. 22-03003-sgj, DE # 33] | | | |
| SE-6 | Excerpts from the document production of Patrick Daugherty (DEF0000236–247) [DE # 3960] | | | |
| SE-7 | Ellington's Fourth Motion to Compel in the State Court Action [DE # 3912-1] | | | |
| SE-8 | Order Granting Plaintiff's Fourth Motion to Compel in the State Court Action [DE # 3912-14] | | | |
| SE-9 | Transcript of the hearing held on June 8, 2023 on HMIT's Motion for Leave to File Verified Adversary Proceeding | | | |
| SE-10 | Highland Capital Management, L.P., Highland Claimant Trust, and James P. Seery, Jr.'s Joint Opposition to Hunter Mountain Investment | | | |

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFER | OBJ | ADM |
|---|---|---|---|---|
| | Trust's Motion for Leave to File Verified Adversary Proceeding [DE # 3783] | | | |
| | Any exhibits designated by any other party | | | |
| | Any exhibits necessary and appropriate as rebuttal evidence | | | |

Dated: November 30, 2023

By: */s/ Michelle Hartmann*
BAKER & MCKENZIE LLP
Michelle Hartmann
State Bar No. 24032402
1900 North Pearl, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099
Email: michelle.hartmann@bakermckenzie.com

Debra A. Dandeneau (admitted *pro hac vice*)
452 Fifth Ave
New York, NY 10018
Telephone: 212-626-4875
Email: debra.dandeneau@bakermckenzie.com

*Counsel for Scott Byron Ellington*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on November 30, 2023, a true and correct copy of this document was served via the Court's CM/ECF system to the parties that have requested or consented to such service.

*/s/ Michelle Hartmann*
Michelle Hartmann

3