Michelle Hartmann
State Bar No. 24032402
**BAKER & McKENZIE LLP**
1900 North Pearl, Suite 1500
Dallas, TX 75201
Tel.: 214-978-3000
Fax: 214-978-3099
Email: michelle.hartmann@bakermckenzie.com

Debra A. Dandeneau (admitted *pro hac vice*)
**BAKER & McKENZIE LLP**
452 Fifth Avenue
New York, NY  10018
Tel: 212-626-4100
Fax: 212 310-1600
Email:  debra.dandeneau@bakermckenzie.com

*Counsel for Scott Ellington*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |

**JOINDER OF SCOTT ELLINGTON IN LYNN PINKER HURST
& SCHWEGMANN, LLP AND THE PETTIT LAW FIRM'S
<u>OBJECTION TO THE JOINDER OF PATRICK DAUGHERTY</u>**

Scott Ellington ("**Ellington**") hereby joins in *Lynn Pinker Hurst & Schwegmann, LLP and The Pettit Law Firm's Objection to the Joinder of Patrick Daugherty* [DE # 3979] (the "**Objection**"). For the reasons set forth in the Objection, Ellington respectfully requests that the Court sustain the Objection and grant such further relief as is just and proper.

1

| | |
|---|---|
| Dated: December 1, 2023 | By: */s/ Michelle Hartmann*<br>BAKER & MCKENZIE LLP<br>Michelle Hartmann<br>State Bar No. 24032402<br>1900 North Pearl, Suite 1500<br>Dallas, Texas 75201<br>Telephone: 214-978-3000<br>Facsimile: 214-978-3099<br>Email: michelle.hartmann@bakermckenzie.com<br><br>Debra A. Dandeneau (admitted *pro hac vice*)<br>452 Fifth Ave<br>New York, NY 10018<br>Telephone: 212-626-4875<br>Email: debra.dandeneau@bakermckenzie.com<br><br>*Counsel for Scott Byron Ellington* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on December 1, 2023, a true and correct copy of this document was served via the Court's CM/ECF system to the parties that have requested or consented to such service.

*/s/ Michelle Hartmann*
Michelle Hartmann

2