BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Highland Capital Management, L.P.<br><br>DEBTOR | Highland Capital Mgmt. Motion for Civil Contempt for Violating the Gatekeeper Provision and GateKeeper Orders doc. #3910 & Lynn Pinker Hurst & Schwegmann, LLP and The Pettit Law Firm's Motion to Strike and Response Subject Thereto doc. #3957 | Case # 19–34054–sgj11 |

**TYPE OF HEARING**

| | | |
|---|---|---|
| Highland Capital Management, L.P.<br><br>**PLAINTIFF / MOVANT** | *VS* | Lynn Pinker Hurst & Schwegmann, LLP and The Pettit law Firm & Scott Ellington<br><br>**DEFENDANT / RESPONDENT** |
| John A. Morris & Joshua S. Levy<br><br>**ATTORNEY** | | James J. Lee & Michelle Hartmann<br><br>**ATTORNEY** |

**EXHIBITS**

| | |
|---|---|
| SEE EXHIBIT LIST | SEE EXHIBIT LIST |
| ALL EXHIBITS THAT APPEAR AT DOC. #3977 | ALL EXHIBIT THAT APPEAR AT DOC'S #3976 & #3978 |

| | | |
|---|---|---|
| Michael Edmond<br><br>REPORTED BY | December 4, 2023<br><br>HEARING DATE | Stacey G Jernigan<br><br>JUDGE PRESIDING |