**STINSON LLP**
Deborah Deitsch-Perez
Michael P. Aigen
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Counsel for Hunter Mountain Investment Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § § § | |

### APPENDIX IN SUPPORT OF MOTION FOR LEAVE
### TO FILE A DELAWARE COMPLAINT

Hunter Mountain Investment Trust files this Appendix in Support of its Motion for Leave to file a Delaware Complaint and requests the Court take judicial notice of the documents contained herein.

| Ex. | Date | Case | Dkt. | Document | Appendix Page(s) |
|---|---|---|---|---|---|
| 1 | 12/14/20 | 19-34054 | | Deposition Transcript of James Seery (excerpted) | App. 001-004 |
| 2 | 8/4/21 | 19-34054 | 2675 | Hearing Transcript (excerpted) | App. 005-008 |
| 3 | 3/17/22 | | | Article: Amazon closes deal to buy MGM movie studio | App. 009-012 |
| 4 | 5/12/22 | | | Article: ScionHealth Announces Definitive Agreement to Acquire Cornerstone Healthcare Group | App. 013-017 |
| 5 | 8/10/22 | | | Article: CCS Announces Company Expansion Focused on Accelerating Innovation in Home-Based Diabetes Care Management | App. 018-022 |
| 6 | 9/1/22 | | | Article: Builders FirstSource Closes Acquisition of Trussway | App. 023-025 |
| 7 | 6/2/23 | 19-34054 | | Deposition Transcript of James Seery (excerpted) | App. 026-030 |
| 8 | 7/14/23 | 21-00881 | 137 | Highland Capital Management, L.P.'s Memorandum of Law in Support of its Motion to Deem the Dondero Entities Vexatious Litigants and for Related Relief (excerpted) | App. 031-038 |
| 9 | 8/3/23 | 21-00881 | 149 | Order Granting Joint Agreed Emergency Motion for Order Approving Stipulation for the Bonding of Judgments and Stays of Executions Pending Appeals | App. 039-047 |
| 10 | 8/10/23 | 21-00881 | 151 | Notice of Bonding | App. 048-057 |
| 11 | 8/28/23 | 21-00881 | 152 | Notice of Bonding | App. 058-063 |
| 12 | 10/4/23 | 21-00881 | 160 | Notice of Bonding | App. 064-068 |
| 13 | 10/12/23 | 21-00881 | 161 | Notice of Bonding | App. 069-073 |
| 14 | 11/1/23 | 21-00881 | 162 | Notice of Bonding | App. 074-078 |
| 15 | 11/22/23 | 23-03038 | 14 | Memorandum of Law in Support of Highland Capital Management, L.P. and the Highland Claimant Trust's Motion to Dismiss Complaint | App. 079-109 |
| 16 | 12/21/23 | | | Seery LinkedIn Profile | App. 110-112 |

2

Dated: January 1, 2024

Respectfully submitted,

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez
State Bar No. 24036072
Michael P. Aigen
State Bar No. 24012196
STINSON LLP
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
(214) 560-2201 telephone
(214) 560-2203 facsimile
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Counsel for Hunter Mountain Investment Trust*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 1, 2024, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

*/s/Deborah Deitsch-Perez*
Deborah Deitsch-Perez

CORE/3529447.0003/186403345.1