Amy L. Ruhland
**REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**
901 S. Mopac Expwy, Suite 300
Austin, TX 78746
Tel.: (737) 227-3102

*Attorneys for James D. Dondero and Strand Advisors, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case N. 19-34054 (SGJ) |
| Debtor. | |

**NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE ADVERSARY COMPLAINT**

Movants James D. Dondero and Strand Advisors, Inc., by and through their undersigned counsel, hereby withdraw their Motion for Leave to File Adversary Complaint [Docket 3981] without prejudice.

1

Dated: January 16, 2024

Respectfully Submitted,

REICHMAN JORGENSEN LEHMAN &
FELDBERG

*/s/ Amy L. Ruhland*
Amy L. Ruhland
Texas Bar No. 24043561
aruhland@reichmanjorgensen.com
901 S. Mopac Expwy, Suite 300
Austin, TX 78746
Tel.: (737) 227-3102

*Attorneys for James D. Dondero, and Strand Advisors, Inc.*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on January 16, 2024, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

                                        */s/ Amy L. Ruhland*
                                        Amy L. Ruhland