| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP | REED SMITH LLP |
| Mark T. Stancil (admitted *pro hac vice*) | Omar J. Alaniz |
| Joshua S. Levy (admitted *pro hac vice*) | Texas Bar No. 24040402 |
| 1875 K Street, N.W. | Lindsey L. Robin |
| Washington, D.C. 20006 | Texas Bar No. 24091422 |
| (202) 303-1000 | 2850 N. Harwood St., Ste. 1500 |
| mstancil@willkie.com | Dallas, Texas 75201 |
| jlevy@willkie.com | (469) 680-4292 |

*Attorneys for James P. Seery, Jr.*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | |

### JAMES P. SEERY, JR.'S JOINDER TO HIGHLAND CAPITAL MANAGEMENT, L.P.'S MOTION TO STAY CONTESTED MATTER [DKT NO. 4000] OR FOR ALTERNATIVE RELIEF AND EMERGENCY MOTION TO EXPEDITE HEARING ON MOTION FOR STAY

James P. Seery, Jr. ("**Mr. Seery**") joins and adopts the reorganized debtor Highland Capital Management, L.P.'s *Motion to Stay a Contested Matter [Dkt No. 4000] or for Alternative Relief* [Docket 4013] (the "**Stay Motion**") and *Emergency Motion to Expedite Hearing on Motion for Stay* [Docket 4014] (the "**Emergency Motion**"). For the reasons set forth in the Stay Motion and the Emergency Motion, Mr. Seery respectfully requests that the Court grant the relief requested therein.

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

Mr. Seery respectfully requests that this Court enter an order (i) granting the relief requested in the Stay Motion and the Emergency Motion, and (ii) for any such other and further relief this Court deems just and appropriate.

Dated: January 22, 2024

**WILLKIE FARR & GALLAGHER LLP**

*/s/ Joshua S. Levy*
Mark T. Stancil (admitted *pro hac vice*)
Joshua S. Levy (admitted *pro hac vice*)
1875 K Street, N.W.
Washington, D.C. 20006
(202) 303-1000
mstancil@willkie.com
jlevy@willkie.com

-and-

**REED SMITH LLP**
Omar J. Alaniz
Texas Bar No. 24040402
Lindsey L. Robin
Texas Bar No. 24091422
2850 N. Harwood St., Ste. 1500
Dallas, Texas 75201
(469) 680-4292

*Attorneys for James P. Seery, Jr.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 22, 2024, a true and correct copy of the foregoing will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in the District.

*/s/ Joshua S. Levy*
Joshua S. Levy