Susan B. Hersh
State Bar No. 09543925
SUSAN B. HERSH, P.C
12770 Coit Road, Suite 850
Dallas, Texas 75251
(972) 503-7070
susan@susanbhershpc.com
LOCAL COUNSEL FOR HON. RUSSELL F. NELMS (RET.) & JOHN S. DUBEL

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **HIGHLAND CAPITAL MANAGEMENT, LP** § § | |
| Debtor § § | Case No. 19-34054-SGJ-11 |

**NOTICE OF WITHDRAWAL AS LOCAL COUNSEL**

SUSAN B. HERSH, P.C. hereby provides notice of its withdrawal as local counsel for HON. RUSSELL F. NELMS (RET.) & JOHN S. DUBEL in this matter.

Dated: March 3, 2024

Respectfully submitted,

**SUSAN B. HERSH, P.C.**

By: */s/Susan B. Hersh*
State Bar No. 09543925
12770 Coit Road, Suite 850
Dallas, TX 75251
(972) 503-7070
susan@susanbhershpc.com
FORMER LOCAL COUNSEL FOR
HON. RUSSELL F. NELMS (RET.) & JOHN S. DUBEL

**CERTIFICATE OF SERVICE**

The undersigns certifies that the foregoing has been served on all parties receiving ECF notification in this case, on the date this was filed.    */s/ Susan B. Hersh*