# EXHIBIT B

Page 1

1            BEN SELMAN - 9/17/2021

2     IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE NORTHERN DISTRICT OF TEXAS
3                 DALLAS DIVISION

4   IN RE:                          )   CHAPTER 11
                                    )
5   HIGHLAND CAPITAL                )   CASE NO.
    MANAGEMENT, L.P.,               )
6                                   )   19-34054-SGI11
            Debtor.                 )
7                                   )
    -----------------------x        )
8                                   )
    HIGHLAND CAPITAL                )
9   MANAGEMENT, L.P.,               )
                                    )   ADVERSARY
10            Plaintiff,            )   PROCEEDING
                                    )   NO:
11  Vs.                             )   21-03000-SGI
                                    )
12  HIGHLAND CAPITAL                )
    MANAGEMENT FUND                 )
13  ADVISORS, L.P.; NEXPOINT        )
    ADVISORS, L.P.; HIGHLAND        )
14  INCOME FUND; NEXPOINT           )
    STRATEGIC OPPORTUNITIES         )
15  FUND; NEXPOINT CAPITAL,         )
    INC.; AND CLO HOLDCO,           )
16  LTD.,                           )
                                    )
17            Defendants.           )
                                    )
18  -----------------------/        )

19          REMOTE DEPOSITION OF BEN SELMAN

20                   Waco, Texas

21            Friday, September 17, 2021

22

23  Reported by:

24  KIM A. McCANN, RMR, CRR, CSR

25  JOB NO. 199442

TSG Reporting - Worldwide    877-702-9580

1      BEN SELMAN - 9/17/2021

2          A.   Am I going to testify and give

3   opinions is my understanding of the last

4   question.  And I hope I understood it correctly,

5   but if that's the last question you asked, then

6   my answer to that question is yes.

7          Q.   Have you formed opinions?

8          A.   I have.

9          Q.   Okay.  Please tell me what your

10  opinions are.

11         A.   My opinions are that the

12  Wick Phillips firm represented both Highland and

13  NREP together with other borrowers in regard to

14  the bridge loan; that the bridge loan was

15  consummated by execution on September 25, 2018,

16  showing an effective date of September 26, 2018.

17              My opinion is that Wick Phillips'

18  representation of all parties ceased at that

19  point, and that representation was limited on the

20  part of Wick Phillips with regard to the named

21  parties in regard to the bridge loan as of the

22  time of the execution, perhaps a bit earlier, but

23  I don't really have a way to isolate that.

24              My opinion is further that some six

25  months after the bridge loan was consummated, the

```
 1                BEN SELMAN - 9/17/2021
 2   SE Multi-Family Company restated itself, and in
 3   doing so presented a contestable matter that bore
 4   no relationship of any materiality or of any
 5   substance to the bridge loan.
 6               I believe the fact is that
 7   Wick Phillips began representation of NREP in
 8   regard to that narrow issue in a contested matter
 9   in the bankruptcy proceeding, and that this
10   motion to disqualify and responsive motions about
11   which we're talking today resulted from
12   Wick Phillips' representation of NREP in a matter
13   that is almost wholly dissimilar to the bridge
14   loan.  But that it certainly bears no same
15   relationship to the bridge loan and appears to
16   bear no substantial relationship to the bridge
17   loan.
18               I haven't yet formulated but I will
19   formulate at some point an opinion with regard to
20   the document that we talked about earlier, the
21   release from loan agreement document that I've
22   recently received and needs to be studied.
23               I've reviewed it three or four times
24   and I still have questions that need to be looked
25   at before I'll have an opinion on it.  But it is
```

1        BEN SELMAN - 9/17/2021

2   my opinion based on the plain language of the

3   release document that the bridge loan as a result

4   of the release agreement between Highland Capital

5   and the bridge loan lenders are between

6   Highland Capital and two other allied companies

7   appears to even further isolate the bridge loan

8   from the instant contested matter litigation.

9              That having been said, there appears

10  to be no discernible violation of Rule 1.9 of the

11  ABA Model Rules or of 1.7 of the ABA Model Rules

12  or of 1.06 of the Texas Disciplinary Rules of

13  Professional Conduct or Rule 1.09 of the Texas

14  Disciplinary Rules of Professional Conduct by or

15  through Wick Phillips' present representation of

16  NREP in regard to the amended and restated SE

17  Multi-Family Holdings, LLC.

18       Q.   Sorry.  You broke up on that last.

19  Could you repeat the last thing you said,

20  Mr. Selman?

21       A.   Yes.  The amended and restated SE

22  Multi-Family Holdings, LLC.

23       Q.   Before that.  Go back -- could you

24  repeat that entire last thought.

25       A.   Not without a great deal of

Page 81

```
 1              BEN SELMAN - 9/17/2021

 2              C E R T I F I C A T E

 3         I, Kim A. McCann, RMR, CRR, CSR in and

 4    for the State of Texas, do hereby certify:

 5              That BEN SELMAN, the witness whose

 6    deposition is hereinbefore set forth, was duly

 7    sworn by me and that such deposition is a true

 8    record of the testimony given by such witness;

 9              That pursuant to FRCP Rule 30,

10    signature of the witness was requested by the

11    witness or other party before the conclusion of

12    the deposition;

13              I further certify that I am not related

14    to any of the parties to this action by blood or

15    marriage; and that I am in no way interested in

16    the outcome of this matter.

17              IN WITNESS WHEREOF, I have hereunto

18    set my hand this September 17, 2021.

19

20
                _____
21

22         Kim A. McCann, RMR, CRR, CSR

23

24

25
```