Amy L. Ruhland
Texas Bar No. 24043561
**REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**
901 S. Mopac Expwy, Suite 300
Austin, TX  78746
Tel.: (737) 227-3102
Email: aruhland@reichmanjorgensen.com

Charles W. Gameros, Jr., P.C.
Texas Bar No. 00796956
Douglas Wade Carvell, P.C.
Texas Bar No. 00796316
**HOGE & GAMEROS. L.L.P.**
6116 North Central Expressway, Suite 1400
Dallas, Texas 75206
Tel.: 214-765-6002
Email: bgameros@legaltexas.com
          wcarvell@legaltexas.com

*Attorneys for NexPoint Real Estate Partners,
LLC (f/k/a HCRE Partners, LLC)*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.<br><br>Debtor. | Case N. 19-34054 (SGJ) |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN THAT, pursuant to 28 U.S.C. § 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC) hereby appeals to the United States District for the Northern District of Texas from the *Memorandum, Opinion and Order Granting Highland Capital Management,*

1

*L.P.'s Motion for (A) Bad Faith Finding and (B) Attorneys' Fees Against NexPoint Real Estate Partners LLC (F/K/A HCRE Partners, LLC) in Connection With Proof of Claim # 146* [Dkt. Nos. 4038 and 4039] (the "Order"), entered by the United States Bankruptcy Court for the Northern District on March 5, 2024.  A true and correct copy of the Order is attached hereto as Exhibit A.

The parties to the appeal are as follows:

Appellant/Respondent: NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC)

Attorneys:
Amy L. Ruhland
REICHMAN JORGENSEN LEHMAN & FELDBERG
901 S. Mopac Expwy, Suite 300
Austin, TX  78746
Tel.: (737) 227-3102
Email: aruhland@reichmanjorgensen.com

Charles W. Gameros, Jr., P.C.
Douglas Wade Carvell, P.C.
HOGE & GAMEROS. L.L.P.
6116 North Central Expressway, Suite 1400
Dallas, Texas 75206
Tel.: 214-765-6002
Email: bgameros@legaltexas.com
wcarvell@legaltexas.com

Appellee/Movant: Highland Capital Management, L.P.

Attorneys:
Jeffery N. Pomerantz
Ira D. Kharasch
John A. Morris
Gregory V. Demo
Hayley R. Winograd
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
    ikharasch@pszjlaw.com
    jmorris@pszjlaw.com
    gdemo@pszjlaw.com
    hwinofrad@pszjlaw.com

2

| | |
|---|---|
| Dated: March 18, 2024 | Respectfully Submitted,<br><br>REICHMAN JORGENSEN LEHMAN & FELDBERG<br><br>*/s/ Amy L. Ruhland*<br>Amy L. Ruhland<br>Texas Bar No. 24043561<br>aruhland@reichmanjorgensen.com<br>901 S. Mopac Expwy, Suite 300<br>Austin, TX 78746<br>Tel.: (737) 227-3102<br><br>HOGE & GAMEROS. L.L.P<br><br>Charles W. Gameros, Jr., P.C.<br>Texas Bar No. 00796956<br>bgameros@legaltexas.com<br>Douglas Wade Carvell, P.C.<br>Texas Bar No. 00796316<br>wcarvell@legaltexas.com<br>6116 North Central Expressway, Suite 1400<br>Dallas, Texas 75206<br>Tel.: 214-765-6002<br><br>*Attorneys for NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC)* |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on March 18, 2024, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

                              */s/ Amy L. Ruhland*
                              Amy L. Ruhland