**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No. 143717) (*pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

**HAYWARD PLLC**
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, TX  75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**
Amy L. Ruland (Texas Bar No. 24043561)
901 S. Mopac Expwy, Suite 300
Austin, TX 78746
Tel.: (737) 227-3102

**HOGE & GAMEROS L.L.P.**
Charles W. Gameros, Jr., P.C.
Texas Bar No. 00796956
Douglas Wade Carvell, P.C.
Texas Bar No. 00796316
6116 North Central Expressway, Suite 1400
Dallas, Texas 75206
Tel.: (214) 765-6002

*Attorneys for NexPoint Real Estate Partners LLC (f/k/a HCRE Partners, LLC)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) Case No. 19-34054-sgj11 |
| Reorganized Debtor. | ) |

## STIPULATION REGARDING BRIEFING SCHEDULE [DOCKET NO. 4040]

This stipulation (the "Stipulation") is made and entered into by and between Highland Capital Management, L.P., the reorganized debtor in the above-captioned proceeding ("Highland"), and NexPoint Real Estate Partners, LLC (formerly known as HCRE Partners, LLC) ("HCRE," and together with Highland, the "Parties"), by and through their respective undersigned counsel.

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357).  The headquarters and service address for the Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

## RECITALS

**WHEREAS**, on March 5, 2024, the Court entered a *Memorandum Opinion and Order Granting Highland Capital Management, L.P.'s Motion for (A) Bad Faith Finding and (B) Attorneys' Fees Against NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC) in Connection with Proof of Claim #146* [Docket No. 4039] (the "Order"); and

**WHEREAS**, on March 18, 2024, HCRE filed a *Motion for Relief from Order* [Docket No. 4040] and an accompanying *Memorandum of Law* [Docket No. 4041] (the "Motion") seeking certain relief with respect to the Order;

**NOW, THEREFORE**, it is hereby stipulated and agreed, and upon approval of this Stipulation by the Court, it shall be **SO ORDERED**:

## STIPULATION

1. Highland's deadline to file any opposition, objection, or response to the Motion (any such filing, an "Objection") is hereby extended from April 8, 2024, to April 22, 2024; and

2. On or before May 1, 2024, HCRE shall file its reply to any timely filed Objection; and

3. Promptly after Highland files its Objection, the Parties shall jointly request a setting to hear argument on the Motion as soon as the Court can be heard on or after May 8, 2024.

4. The Court shall retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of this Order.

[*Remainder of Page Intentionally Blank*]

Dated: April 2, 2024

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **REICHMAN JORGENSEN LEHMAN & FELDBERG LLP** |
| Jeffrey N. Pomerantz (CA Bar No. 143717)  | Amy L. Ruland (Texas Bar No. 24043561) |
| John A. Morris (NY Bar No. 2405397) | 901 S. Mopac Expwy, Suite 300 |
| Gregory V. Demo (NY Bar No. 5371992) | Austin, TX 78746 |
| 10100 Santa Monica Blvd., 13th Floor | Tel.: (737) 227-3102 |
| Los Angeles, CA 90067 | |
| Telephone: (310) 277-6910 | **HOGE & GAMEROS L.L.P.** |
| Facsimile:  (310) 201-0760 | |
| E-mail:  jpomerantz@pszjlaw.com | */s/ Charles W. Gameros, Jr.* |
| jmorris@pszjlaw.com | Charles W. Gameros, Jr., P.C. |
| gdemo@pszjlaw.com | Texas Bar No. 00796956 |
| | Douglas Wade Carvell, P.C. |
| - and - | Texas Bar No. 00796316 |
| | 6116 North Central Expressway, Suite 1400 |
| **HAYWARD PLLC** | Dallas, Texas 75206 |
| | Tel.: (214) 765-6002 |
| */s/ Zachery Z. Annable* | |
| Melissa S. Hayward | |
| Texas Bar No. 24044908 | *Attorneys for NexPoint Real Estate Partners LLC (f/k/a HCRE Partners, LLC)* |
| MHayward@HaywardFirm.com | |
| Zachery Z. Annable | |
| Texas Bar No. 24053075 | |
| ZAnnable@HaywardFirm.com | |
| 10501 N. Central Expy, Ste. 106 | |
| Dallas, Texas 75231 | |
| Telephone: (972) 755-7100 | |
| Facsimile:  (972) 755-7110 | |

*Counsel for Highland Capital Management, L.P.*