| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN LLP** | **SIDLEY AUSTIN LLP** |
| Deborah J. Newman (admitted *pro hac vice*) | Paige Holden Montgomery |
| Robert S. Loigman (admitted *pro hac vice*) | 2021 McKinney Avenue |
| 51 Madison Avenue, 22nd Floor | Suite 2000 |
| New York, NY 10010 | Dallas, Texas 75201 |
| Telephone: (212) 849-7000 | Telephone: (214) 981-3300 |

*Counsel for Marc S. Kirschner, as Litigation*
*Trustee of the Highland Litigation Sub-Trust*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |

## MOTION TO WITHDRAW AS ATTORNEY

Marc S. Kirschner, as Litigation Trustee of the Highland Litigation Sub-Trust (the "Litigation Trustee"), respectfully requests that this Court enter an order permitting Leah McCallister Ray of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") to withdraw as an attorney of record in the above-captioned chapter 11 case. Ms. Ray is leaving the Quinn Emanuel firm. This motion does not affect and is not intended to affect the appearance of the other attorneys of record at Quinn Emanuel who have appeared on behalf of Quinn Emanuel clients. The Litigation Trustee will continue to be represented by counsel of record from Quinn Emanuel Urquhart & Sullivan, LLP and Sidley Austin LLP. Therefore, the Litigation Trustee respectfully requests that Ms. Ray be permitted to withdraw as an attorney of record.

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are (8357). The Reorganized Debtor is a Delaware limited partnership. The Reorganized Debtor's headquarters and service address are 100 Crescent Court, Suite 1850, Dallas, TX 75201.

1

Dated: April 19, 2024

Respectfully submitted,

/s/ *Paige Holden Montgomery*
Paige Holden Montgomery
SIDLEY AUSTIN LLP
2021 McKinney Avenue
Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was sent via electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on April 19, 2024.

/s/ *Paige Holden Montgomery*
Paige Holden Montgomery