

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed April 21, 2024

_____
United States Bankruptcy Judge
_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |

### ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

Came on to be considered the Motion to Withdraw as Attorney (the "Motion") filed by Marc S. Kirschner, as Litigation Trustee of the Highland Litigation Sub-Trust (the "Litigation Trustee"), seeking permission from the Court for Leah McCallister Ray of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") to withdraw as an attorney of record in the above-

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are (8357). The Reorganized Debtor is a Delaware limited partnership. The Reorganized Debtor's headquarters and service address are 100 Crescent Court, Suite 1850, Dallas, TX 75201.

referenced matter (the "Case").  After considering the Motion, the Court believes it should be granted.

IT IS THEREFORE ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that Leah McCallister Ray is permitted to withdraw as counsel for the Litigation Trustee in the Case.

IT IS FURTHER ORDERED that the Clerk of this Court and all parties are directed to remove Leah McCallister Ray as attorney for the Litigation Trustee on the docket and any applicable service list, including the Court's CM/ECF electronic notification list, maintained in the Case.

### END OF ORDER ###