**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**OFFICE OF THE CLERK**



May 15, 2024

CLERK'S NOTICE 24-01

\*\*\* EFFECTIVE IMMEDIATELY \*\*\*

<span style="color:red">**WEBEX CONNECTION INFORMATION**</span>

<span style="color:red">**UPDATED MEETING NUMBER AND ACCESS CODE INFORMATION**</span>

Due to a security mandate by the Administrative Offices of the Federal Courts, the Northern District of Texas Bankruptcy Court has updated its Webex accounts. The updated Meeting and Access information for Webex meetings in our Dallas and Fort Worth Divisions are below:

Webex Meeting Links:

| Judge | Link |
|---|---|
| Judge Stacey G. C. Jernigan | https://us-courts.webex.com/meet/jerniga |
| Judge Mark X. Mullin | https://us-courts.webex.com/meet/mullin |
| Judge Edward L. Morris | https://us-courts.webex.com/meet/morris |
| Judge Michelle V. Larson | https://us-courts.webex.com/meet/larson |
| Judge Scott W. Everett | https://us-courts.webex.com/meet/everett |

**UPDATED**: Join Webex by Desktop or Mobile Application:

| Judge | Meeting Number |
|---|---|
| Judge Stacey G. C. Jernigan | Meeting Number: 2304-154-2638 |
| Judge Mark X. Mullin | Meeting Number: 2310-650-8783 |
| Judge Edward L. Morris | Meeting Number: 2309-445-3213 |
| Judge Michelle V. Larson | Meeting Number: 2301-476-1957 |
| Judge Scott W. Everett | Meeting Number: 2304-017-9738 |

**UPDATED**: Webex Teleconference Information: Dial-in (650) 479-3207

| Judge | Access Code |
|---|---|
| Judge Stacey G. C. Jernigan | Access Code: 2304-154-2638 |
| Judge Mark X. Mullin | Access Code: 2310-650-8783 |
| Judge Edward L. Morris | Access Code: 2309-445-3213 |
| Judge Michelle V. Larson | Access Code: 2301-476-1957 |
| Judge Scott W. Everett | Access Code: 2304-017-9738 |

FOR THE COURT
Kevin McNatt
Acting Clerk of Court