Amy L. Ruhland
Texas Bar No. 24043561
**REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**
901 S. Mopac Expwy, Suite 300
Austin, TX  78746
Tel.: (737) 227-3102
Email: aruhland@reichmanjorgensen.com

Charles W. Gameros, Jr., P.C.
Texas Bar No. 00796956
Douglas Wade Carvell, P.C.
Texas Bar No. 00796316
**HOGE & GAMEROS. L.L.P.**
6116 North Central Expressway, Suite 1400
Dallas, Texas 75206
Tel.: 214-765-6002
Email: bgameros@legaltexas.com
       wcarvell@legaltexas.com

*Attorneys for NexPoint Real Estate Partners,
LLC (f/k/a HCRE Partners, LLC)*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case N. 19-34054 (SGJ) |
| Debtor. | |

**STATEMENT OF THE ISSUES AND DESIGNATION OF RECORD ON APPEAL
PURSUANT TO FED. R. BANKR. P. 8009**

Pursuant to Federal Rule of Bankruptcy Procedure 8009, NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC) ("NexPoint"), by and through undersigned counsel, hereby submits this designation of the record on appeal of the *Memorandum Opinion and Order Granting Highland Capital Management, L.P.'s Motion for (A) Bad Faith Finding and (B)*

1

*Attorneys' Fees Against NexPoint Real Estate Partners LLC (F/K/A HCRE Partners, LLC) in Connection With Proof of Claim # 146* [Dkt. Nos. 4038 and 4039] and *Order Denying Motion of NexPoint Real Estate Partners, LLC (F/K/A/ HCRE Partners, LLC) Seeking Relief From Order Pursuant to Fed. R. of Bankr. P. 9024 and Fed. R. Civ. P. 60(b)(1) & (6)* [Dkt. 4069] (the "Orders"), entered by the United States Bankruptcy Court for the Northern District on March 5, 2024 and May 21, 2024, respectively.

I.     **Statement of the Issues**

1.     Did the bankruptcy court err in determining that NexPoint Real Estate Partners LLC (f/k/a HCRE Partners, LLC) ("HCRE") filed Proof of Claim # 146 (the "POC") in bad faith when it is undisputed that HCRE acted on the advice of counsel in filing the POC, where the POC was explicitly dependent on discovery, and where there is insufficient evidence to support any finding that HCRE acted in bad faith at the time of the filing?

2.     Did the Bankruptcy Court err in determining that HCRE pursued the POC in bad faith, when the motion filed by Highland Capital Management, L.P. ("Highland") did not make that argument and where HCRE indisputably attempted to withdraw the POC with prejudice?

3.     Did the Bankruptcy Court err in denying HCRE's Motion for Relief from Order, where it is clear from the record that HCRE sought to withdraw its POC *with prejudice* and where the Bankruptcy Court's Memorandum Opinion and Order Granting Highland Capital Management, L.P.'s Motion for (A) Bad Faith Finding and (B) Attorneys' Fees Against NexPoint Real Estate Partners LLC (F/K/A HCRE Partners, LLC) in Connection With Proof of Claim # 146 ("Bad Faith Order") repeatedly finds that HCRE refused to withdraw its POC with prejudice and where that finding is central to the Bankruptcy Court's conclusion that HCRE pursued its POC in bad faith?

II.     **Did the Bankruptcy Court err in denying HCRE's Motion for Relief from Order, where it is clear from the Bad Faith Order that the Bankruptcy Court inappropriately considered and relied upon arguments raised for the first time in Highland's appeal**

2

**brief, at least one of which was subsequently withdrawn by Highland, and where HCRE was not afforded an opportunity to respond to Highland's arguments made for the first time in reply?Designation of the Record**

1. **Notice of Appeal**

   a. Notice of Appeal filed on March 18, 2024, in the Chapter 11 bankruptcy case of Highland Capital Management, L.P. [Dkt. No. 4043].

   b. Amended Notice of Appeal filed on March 20, 2024, in the Bankruptcy Case [Dkt. No. 4044].

   c. Second Amended Notice of Appeal filed on June 4, 2024, in the Bankruptcy Case [Dkt. No. 4074]

2. **The Judgment, Order, or Decree At Issue On Appeal**

   a. *Memorandum Opinion and Order Granting Highland Capital Management, L.P.'s Motion for (A) Bad Faith Finding and (B) Attorneys' Fees Against NexPoint Real Estate Partners LLC (F/K/A HCRE Partners, LLC) in Connection With Proof of Claim # 146* [Dkt. Nos. 4038 and 4039]

   b. *Order Denying Motion of NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC) Seeking Relief From Order Pursuant to Fed. R. of Bankr. P. 9024 and Fed. R. Civ. P. 60(b)(1) & (6)* [Dkt. 4069]

3. **Opinions, Findings of Fact, and Conclusions of Law of the Bankruptcy Court**

   a. *Memorandum Opinion and Order Granting Highland Capital Management, L.P.'s Motion for (A) Bad Faith Finding and (B) Attorneys' Fees Against NexPoint Real Estate Partners LLC (F/K/A HCRE Partners, LLC) in Connection With Proof of Claim # 146* [Dkt. Nos. 4038 and 4039]

   b. *Order Denying Motion of NexPoint Real Estate Partners, LLC (F/K/A/ HCRE Partners, LLC) Seeking Relief From Order Pursuant to Fed. R. of Bankr. P. 9024 and Fed. R. Civ. P. 60(b)(1) & (6)* [Dkt. 4069] (the "Orders").

4. **Docket Sheet for the Bankruptcy Case**

   a. *In re Highland Capital Management, L.P.* No. 19-34054 (SGJ) (Bankr. N.D. Tex.)

5. **Additional items (as described in the Docket Sheet for the Bankruptcy Case)**

NexPoint hereby designates the following items in the record on appeal from Cause No. 19-34054-sgj 11:

| DATE | DKT. NO. | DESCRIPTION |
| --- | --- | --- |
| 07/30/2020 | 0906 | Debtor's First Omnibus Objection to Certain (A) Duplicate Claims; (B) Overstated Claims; (C) Late-Filed Claims; (D) Satisfied Claims; (E) No-Liability Claims; and (F) Insufficient-Documentation Claims |
| 10/19/2020 | 1212 | NexPoint Real Estate Partners LLC's Response to Debtor's First Omnibus Objection to Certain (A) Duplicate Claims; (B) Overstated Claims; (C) Late-Filed Claims; (D) Satisfied Claims; (E) No-Liability Claims; and (F) Insufficient-Documentation Claims |
| 04/14/2021 | 2196 | Debtor's Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC and for Related Relief |
| 04/14/2021 | 2197 | Debtor's Memorandum of Law in Support of Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC and for Related Relief |
| 04/14/2021 | 2198 | Declaration of John A. Morris in Support of the Debtor's Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC and for Related Relief |
| 05/06/2021 | 2278 | Response to Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC |
| 05/06/2021 | 2279 | Brief in Opposition to Debtor's Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC |
| 05/06/2021 | 2280 | Motion to File Appendix Under Seal |
| 05/12/2021 | 2294 | Debtor's Preliminary Reply in Further Support of Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC and for Related Relief |
| 10/01/2021 | 2893 | Highland's Supplemental Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC and for Related Relief |
| 10/01/2021 | 2894 | Highland's Memorandum of Law in Support of Supplemental Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC and for Related Relief |
| 10/01/2021 | 2895 | Declaration of Kenneth H. Brown in Support of Supplemental Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC and for Related Relief |

| | | |
|---|---|---|
| 10/15/2021 | 2926 | Appendix in Support of HCRE Partners, LLC Brief in Opposition to Debtor's Motion to Disqualify Wick Phillips Gould & Martin, LLP |
| 10/15/2021 | 2927 | Response and Brief in Opposition to Highland's Supplemental Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC and Related Relief |
| 10/15/2021 | 2928 | Supplemental Appendix in Support of NexPoint Real Estate Partners, LLC's Response and Brief in Opposition to Debtor's Supplemental Motion to Disqualify Wick Phillips Gould & Martin, LLP |
| 10/22/2021 | 2952 | Highland's Reply in Support of Supplemental Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC and for Related Relief |
| 11/30/2021 | 3065 | Court Admitted Exhibits Date of Hearing November 30, 2021 re: Highland's Supplemental Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, LLC and for Related Relief |
| 12/05/2021 | 3084 | Transcript Regarding Hearing Held on November 30, 2021 re: Motion to Disqualify |
| 12/10/2021 | 3106 | Order Granting in Part and Denying in Part Highland's Supplemental Motion to Disqualify Wick Phillips Gould & Martin LLP as Counsel to HCRE Partners, LLC and For Related Relief |
| 08/12/2022 | 3443 | Motion to Withdraw Proof of Claim for NexPoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC re: Claim 146 |
| 09/02/2022 | 3487 | Highland Capital Management, L.P.'s Objection to Motion to Withdraw Proof of Claim |
| 09/02/2022 | 3488 | Declaration of John A. Morris in Support of Highland Capital Management, L.P.'s Objection to Motion to Withdraw Proof of Claim |
| 09/09/2022 | 3505 | Reply in Support of Motion to Withdraw Proof of Claim |
| 09/09/2022 | 3508 | Highland Capital Management, L.P.'s Witness and Exhibit List with Respect to Evidentiary Hearing to be Held on September 12, 2022 |
| 09/12/2022 | 3513 | Court Admitted Exhibits Date of Hearing September 12, 2022 re: Motion to Withdraw Proof of Claim for NexPoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC re: Claim No. 146 |
| 09/14/2022 | 3519 | Transcript Regarding Hearing Held September 12, 2022 re: 1) Motion to Withdraw Proof of Claim for Nexpoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC re: Claim No. 146; 2) |

| | | |
|---|---|---|
| | | Motion to Compel re: Discovery Depositions |
| 09/14/2022 | 3518 | Order Denying Motion to Withdraw Proof of Claim as Moot |
| 09/15/2022 | 3525 | Amended Order Denying Motion to Withdraw Proof of Claim |
| 10/27/2022 | 3590 | Reorganized Debtor's Witness and Exhibit List with Respect to Trial to be Held on November 1 and 2, 2022 |
| 10/27/2022 | 3591 | NexPoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC Witness and Exhibit List with Respect to Evidentiary Hearing to be Held on November 1 and 2, 2022 |
| 10/29/2022 | 3593 | Objections to Debtor's Designated Exhibits |
| 10/31/2022 | 3597 | Reorganized Debtor's Amended Witness and Exhibit List with Respect to Trial to be Held on November 1, 2022 |
| 10/31/2022 | 3599 | NexPoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC Amended Witness and Exhibit List with Respect to Evidentiary Hearing to be held on November 1, and 2, 2022 |
| 11/01/2022 | 3611 | Court Admitted Exhibits Date of Hearing November 1, 2022 re: Debtor's First Omnibus Objection to Certain (A) Duplicate Claims; (B) Overstated Claims; (C) Late-Filed Claims; (D) Satisfied Claims; (E) No-Liability Claims; and (F) Insufficient-Documentation Claims |
| 11/08/2020 | 3616 | Transcript Regarding Hearing Held November 1, 2022 re: Debtor's Objection to HCRE's Proof of Claim |
| 11/10/2022 | 3619 | Highland Capital Management, L.P.'s Motion for Leave to File Post-Trial Brief and Related Relief |
| 11/22/2022 | 3634 | Order Granting Highland Capital Management, L.P.'s Motion for Leave to File Post-Trial Brief and For Related Relief |
| 11/22/2022 | 3635 | Highland Capital Management, L.P.'s Post-Trial Brief Addressing HCRE's Executory Contract Defense |
| 12/02/2022 | 3641 | Response to Debtor's Post-Hearing Brief |
| 12/07/2022 | 3644 | Highland Capital Management, L.P.'s Reply to HCRE's Post-Trial Brief |
| 04/28/2023 | 3766-3767 | Memorandum Opinion and Order Sustaining Debtor's Objection to and Disallowing Proof of Claim Number 146 |
| 06/16/2023 | 3851 | Highland Capital Management, L.P.'s Motion for (A) Bad Faith Finding and (B) Attorneys' Fees Against NexPoint Real Estate Partners LLC (f/k/a HCRE Partners, LLC) in Connection with Proof of Claim 146 |
| 06/16/2023 | 3852 | Declaration of John A. Morris in Support of Highland Capital Management, L.P.'s Motion for (A) Bad Faith Finding and (B) Attorneys' Fees Against NexPoint Real Estate Partners LLC (f/k/a HCRE Partners, LLC) in Connection with Proof of |

6

| | | Claim 146 |
|---|---|---|
| 12/22/2023 | 3995 | Response to Debtor's Motion for (A) Bad Faith Finding and (B) Attorneys' Fees |
| 01/19/2024 | 4018 | Highland Capital Management L.P.'s Reply in Further Support of its Motion for (A) Bad Faith Finding and (B) Attorneys' Fees Against NexPoint Real Estate Partners LLC (f/k/a HCRE Partners, LLC) In Connection with Proof of Claim 146 |
| 01/23/2024 | 4023 | Highland Capital Management, L.P.'s Amended Reply in Further Support of its Motion for (A) Bad Faith Finding and (B) Attorneys' Fees Against NexPoint Real Estate Partners LLC (f/k/a HCRE Partners, LLC in Connection with Proof of Claim 146 |
| 01/25/2024 | 4030 | Transcript Regarding Hearing Held January 24, 2024 Before Judge Stacey G.C. Jernigan re: 1) Highland Capital Management, L.P.'s Motion for (A) Bad Faith Finding and (B) Attorneys' Fees Against NexPoint Real Estate Partners LLC (f/k/a HCRE Partners, LLC) in Connection with Proof of Claim 146; and 2) Highland's Motion to Stay Contested Matter [Dkt. 4000] or Alternative Relief |
| 03/05/2024 | 4038-4039 | Memorandum Opinion and Order Granting Highland Capital Management, L.P.'s Motion for (A) Bad Faith Finding and (B) Attorneys' Fees Against NexPoint Real Estate Partners LLC (f/k/a HCRE Partners, LLC) in Connection with Proof of Claim #146 |
| 03/18/2024 | 4040 | Motion for Relief From Order |
| 03/18/2024 | 4041 | Memorandum of Law in Support of Motion for Relief from Order |
| 04/22/2024 | 4052 | Highland's Opposition to Motion for Relief from Order |
| 05/01/2024 | 4055 | Reply in Support of Motion for Relief from Order |
| 05/21/2024 | 4069 | Order Denying Motion of NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC) Seeking Relief from Order Pursuant to Fed. R. of Bankr. P. 9024 and Fed. R. Civ. P. 60(b)(1) & (6) |

6. **Transcript and Exhibits (as described in the Docket Sheet for Bankruptcy Case No. 19-34054-sgj11:**

| DATE | DKT. NO. | DESCRIPTION |
|---|---|---|
| 11/30/2021 | 3065 | Court Admitted Exhibits Date of Hearing November 30, 2021 re: Highland's Supplemental Motion to Disqualify Wick Phillips Gould & Martin, LLP as Counsel to HCRE Partners, |

| | | |
|---|---|---|
| | | LLC and for Related Relief |
| 12/05/2021 | 3084 | Transcript Regarding Hearing Held on November 30, 2021 re: Motion to Disqualify |
| 09/12/2022 | 3513 | Court Admitted Exhibits Date of Hearing September 12, 2022 re: Motion to Withdraw Proof of Claim for NexPoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC re: Claim No. 146 |
| 09/14/2022 | 3519 | Transcript Regarding Hearing Held September 12, 2022 re: 1) Motion to Withdraw Proof of Claim for Nexpoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC re: Claim No. 146; 2) Motion to Compel re: Discovery Depositions |
| 11/01/2022 | 3611 | Court Admitted Exhibits Date of Hearing November 1, 2022 re: Debtor's First Omnibus Objection to Certain (A) Duplicate Claims; (B) Overstated Claims; (C) Late-Filed Claims; (D) Satisfied Claims; (E) No-Liability Claims; and (F) Insufficient-Documentation Claims |
| 11/08/2020 | 3616 | Transcript Regarding Hearing Held November 1, 2022 re: Debtor's Objection to HCRE's Proof of Claim |
| 01/25/2024 | 4030 | Transcript Regarding Hearing Held January 24, 2024 Before Judge Stacey G.C. Jernigan re: 1) Highland Capital Management, L.P.'s Motion for (A) Bad Faith Finding and (B) Attorneys' Fees Against NexPoint Real Estate Partners LLC (f/k/a HCRE Partners, LLC) in Connection with Proof of Claim 146; and 2) Highland's Motion to Stay Contested Matter [Dkt. 4000] or Alternative Relief |
| 05/16/2024 | | Hearing Held on Motion for Relief From Order[1] |

---

[1] An order for the transcript was submitted on June 4, 2024, in accordance with Fed. R. Bankr. P. 8009(b). The order is attached hereto as Exhibit A.

Dated: June 4, 2024

Respectfully Submitted,

REICHMAN JORGENSEN LEHMAN & FELDBERG

*/s/ Amy L. Ruhland*
Amy L. Ruhland
Texas Bar No. 24043561
aruhland@reichmanjorgensen.com
901 S. Mopac Expwy, Suite 300
Austin, TX 78746
Tel.: (737) 227-3102

HOGE & GAMEROS. L.L.P

Charles W. Gameros, Jr., P.C.
Texas Bar No. 00796956
bgameros@legaltexas.com
Douglas Wade Carvell, P.C.
Texas Bar No. 00796316
wcarvell@legaltexas.com
6116 North Central Expressway, Suite 1400
Dallas, Texas 75206
Tel.: 214-765-6002

*Attorneys for. Attorneys for NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC)*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on June 4, 2024, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

                                            */s/ Amy L. Ruhland*
                                            Amy L. Ruhland

# EXHIBIT A

BTXN 191 (rev. 11/20)

# AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST: ☐ AUDIO  ☒ TRANSCRIPT | 2. DATE OF ORDER: 6/4/2024 | FOR COURT USE ONLY DUE DATE: |
|---|---|---|
| 3. NAME: Amy L. Ruhland | 4. PHONE NUMBER: 737-227-3102 | 5. EMAIL ADDRESS: aruhland@reichmanjorgensen |
| 6. MAILING ADDRESS: 901 S. Mopac Expwy, Suite 300 | 7. CITY: Austin | 8. STATE: TX  9. ZIP CODE: 78746 |
| 10. CASE NUMBER: 19-34054 | 11. CASE NAME: In Re: Highland Capital Ma | 12. JUDICIAL OFFICIAL: Judge Jernigan | 13. DATE OF PROCEEDING: FROM: / / 05/16/2024 |

14. ORDER FOR:   ☐ APPEAL   ☒ BANKRUPTCY   ☐ OTHER

15. ORDER:

| A. | ORDINARY ☐ | 7 DAY EXPEDITED ☐ | DAILY ☐ | HOURLY ☐ |
|---|---|---|---|---|
|  | 14 DAY EXPEDITED ☐ | 3 DAY EXPEDITED ☒ | | |

16. AUDIO/TRANSCRIPT REQUESTED  Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | PORTION(S) |
|---|---|
| ☐ ENTIRE HEARING X | ☐ TESTIMONY (SPECIFY WITNESS) |
| ☐ OPENING STATEMENT (PLAINTIFF) | |
| ☐ OPENING STATEMENT (DEFENDANT) | |
| ☐ CLOSING ARGUMENT (PLAINTIFF) | ☐ VOIR DIRE |
| ☐ CLOSING ARGUMENT (DEFENDANT) | ☐ OTHER (SPECIFY) |
| ☐ COURT RULING ONLY | |

**CERTIFICATION**

By signing 17. & 18, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber).

17. SIGNATURE: /s/ Amy L. Ruhland

18. DATE: 6/4/2024

**COURT USE ONLY**

| A. PROCESSED BY: | B. TRANSCRIPT TO BE PREPARED BY: |
|---|---|
| PHONE NUMBER: | ADDRESS: |
| EMAIL ADDRESS: | TELEPHONE: EMAIL ADDRESS: |
| C. PARTY RECEIVED AUDIO:   DATE: | BY:   $34 FEE PAID: |

**DISTRIBUTION:**   COURT COPY   ORDER RECEIPT   ORDER COPY