**STINSON LLP**
Deborah Deitsch-Perez
Michael P. Aigen
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Counsel for Highland CLO Management, Ltd.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054 (sgj) |

### APPENDIX IN SUPPORT OF HIGHLAND CLO MANAGEMENT, LTD.'S OBJECTION TO ACIS CAPITAL MANAGEMENT, L.P.'S MOTION TO INTERVENE

Highland CLO Management, Ltd. ("HCLOM") files this Appendix in Support of their Objection to Acis Capital Management, L.P.'s Motion to Intervene.

| Exhibit | Case No./Dkt. No. | Description | Appendix Page(s) |
|---|---|---|---|
| 1 | 19-34054-sgj-11 Dkt. 247 | Official Form 206Sum dated December 13, 2019 | 1-83 |
| 2 | 19-34054-sgj-11 Dkt. 1082 | Notice of Filing of Debtor's Amended Schedules, dated September 22, 2020 | 84-113 |
| 3 | 19-34054-sgj-11 Dkt. 3695-3 | Promissory Note from Highland Capital Management, L.P. to Acis Capital Management, L.P. in the amount of $12,666,446, dated October 2016 | 114-120 |

| 4 | 19-34054-sgj-11 Dkt. 3695-3 | Agreement for Purchase and Sale of CLO Participation Interests by and between Acis Capital Management, L.P. and Highland Capital Management, L.P., dated October 7, 2016 | 121-135 |
|---|---|---|---|
| 5 | 19-34054-sgj-11 Dkt. 3695-3 | Assignment and Transfer Agreement between Acis Capital Management, L.P. and Highland Capital Management, L.P., dated October 7, 2016 | 136-142 |
| 6 | 19-34054-sgj-11 Dkt. 1088-1 | Settlement Agreement between Highland Capital Management LP, Acis Capital Management LP, Acis Capital Management GP LLC, Joshua Terry i/f/b/o individual retirement accounts, and Jennifer G. Terry, i/f/b/o individual retirement accounts, dated September 9, 2020 | 143-151 |
| 7 | 19-34054-sgj-11 Dkt. 1088-2 | General Release between Highland Capital Management LP, Acis Capital Management LP, Acis Capital Management GP LLC, Joshua N. Terry i/f/b/o individual retirement accounts, and Jennifer G. Terry, i/f/b/o individual retirement accounts and as trustee as the Terry Family 401-K Plan, dated September 9, 2020 | 152-162 |
| 8 | 18-03078-sgj Dkt. 215 | Acis Motion to Dismiss Less than All Defendants, dated November 3, 2010, Dkt. 215 in Case No. 18-03078-sgj | 163-167 |
| 9 | 18-03078-sgj Dkt. 216 | Order Dismissing Less than All Defendants, dated November 6, 2020, Dkt. 216 in Case No. 18-03078-sgj | 168-170 |
| 10 | 19-34054-sgj-11 Dkt. 3716-6 | Transcript of October 20, 2021 Hearing on Motion to Compromise Controversy with Acis Capital Management (Excerpted), Case No. 19-34054-sgj-11 | 171-174 |
| 11 | 19-34054-sgj-11 Dkt. 3657 | Highland Capital Management, L.P.'s Objection to Scheduled Claims 3.65 and 3.66 of Highland CLO Management, Ltd., dated February 2, 2023 | 175-199 |

Dated: June 7, 2024

Respectfully submitted,
**STINSON LLP**

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez
Texas Bar No. 24036072
Michael P. Aigen
Texas Bar No. 24012196
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Counsel for Highland CLO Management, Ltd.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 7, 2024, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez