**STINSON LLP**
Deborah Deitsch-Perez
Michael P. Aigen
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Counsel for Hunter Mountain Investment Trust*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re | § Chapter 11 |
| | § |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § Case No. 19-34054-sgj11 |
| | § |
| Reorganized Debtor. | § |

### APPELLANT'S STATEMENT OF ISSUES AND
### DESIGNATION OF RECORD ON APPEAL BY RIGHT

Pursuant to Rules 8009(a)(1)(A)-(B) and (a)(4) of the Federal Rules of Bankruptcy Procedure, Appellant Hunter Mountain Investment Trust ("HMIT") hereby designates the following items to be included in the record and identifies the following issues with respect to its appeal by right of the "Order Extending Stay of Contested Matter [Docket No. 4000]" [Dkt. 4104] that was signed June 22, 2024, and entered by the United States Bankruptcy Court for the Northern District of Texas on June 24, 2024.[1]

---

[1] Given the lack of clarity in the law about the appropriate mechanism for obtaining review, HMIT filed a Notice of Appeal by Right and a Notice of Appeal by Leave (along with a motion for leave to file an interlocutory appeal) and a petition for writ of mandamus (which will be filed shortly thereafter).

**APPELLANT'S STATEMENT OF ISSUES AND**
**DESIGNATION OF RECORD ON APPEAL BY RIGHT – Page 1**

I. **STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

1. Whether the Bankruptcy Court abused its discretion in granting Appellees' motion for an indefinite stay of Appellant's gatekeeper motion seeking permission to bring suit in Delaware to remove the trustee of a Delaware statutory trust when (1) Appellees failed to meet the required standard for obtaining a stay; (2) the Bankruptcy Court erroneously concluded that the issue of Appellant's standing to seek removal of the Claimant Trustee would be decided in other cases pending before the Court; and (3) an indefinite or unduly lengthy stay of litigation of the type ordered by the Bankruptcy Court is expressly disfavored by the Fifth Circuit.

II. **DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD**

1. Notice of Appeal for Bankruptcy Case No. 19-34054-sgj11 [Dkt. 4111].

2. The judgment, order, or decree appealed from: "Order Extending Stay of Contested Matter [Docket No. 4000]" [Dkt. 4104]

3. Any opinion, findings of fact and conclusions of law of the bankruptcy court relating to the issues on appeal, including transcripts of all oral rulings: Transcript regarding hearing held June 12, 2024 before Judge Stacey G.C. Jernigan re: Motion to Stay Contested Matter [Dkt. 4091].

4. Docket Sheet for Bankruptcy Case No. 19-34054-sgj11 kept by the Bankruptcy Clerk.

5. Documents listed below for Bankruptcy Case No. 19-34054-sgj11.

| DATE | CASE NO. | DKT. NO. | DESCRIPTION |
|---|---|---|---|
| 01/09/2020 | 19-34054-sgj-11 | 399 | Order Approving Settlement with Official Committee of Unsecured Creditors regarding Governance of the Debtor and Procedures for Operations in the Ordinary Course |
| 02/22/2021 | 19-34054-sgj-11 | 1943 | Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified) |
| 03/28/2023 | 19-34054-sgj-11 | 3699 | Hunter Mountain Investment Trust's Emergency Motion for Leave to File Verified Adverary [sic] Proceeding |
| 04/21/2023 | 19-34054-sgj-11 | 3756 | Post Confirmation Report of Highland Capital Management, LP for Quarter Ending 3/31/23 |

**APPELLANT'S STATEMENT OF ISSUES AND
DESIGNATION OF RECORD ON APPEAL BY RIGHT – Page 2**

CORE/3529447.0003/190873066.1

| | | | |
|---|---|---|---|
| 04/21/2023 | 19-34054-sgj-11 | 3757 | Post Confirmation Report of Highland Claimant Trust for Quarter Ending 3/31/23 |
| 04/23/2023 | 19-34054-sgj-11 | 3760 | Hunter Mountain Investment Trust's Supplement to Emergency motion for Leave to File Verified Adversary Proceeding |
| 06/05/2023 | 19-34054-sgj-11 | 3815 | Hunter Mountain Investment Trust's Emergency Motion for Leave to File Verified Adverary [sic] Proceeding |
| 06/05/2023 | 19-34054-sgj-11 | 3816 | Hunter Mountain Investment Trust's Emergency Motion for Leave to File Verified Adverary [sic] Proceeding |
| 07/21/2023 | 19-34054-sgj-11 | 3888 | Post Confirmation Report of Highland Capital Management, LP for Quarter Ending 6/30/23 |
| 07/21/2023 | 19-34054-sgj-11 | 3889 | Post Confirmation Report of Highland Claimant Trust for Quarter Ending 6/30/23 |
| 08/25/2023 | 19-34054-sgj-11 | 3903 | Memorandum Opinion and Order Pursuant to Plan "Gatekeeper Provision" and Pre-Confirmation "Gatekeeper Orders": Denying Hunter Mountain Investment Trusts' Emergency Motion for Leave to File Verified Adversary Proceeding |
| 01/01/2024 | 19-34054-sgj-11 | 4000 | Motion for Leave to File a Delaware Complaint |
| 10/23/2023 | 19-34054-sgj-11 | 3955 | Post Confirmation Report of Highland Capital Management, LP for Quarter Ending 9/30/23 |
| 10/23/2023 | 19-34054-sgj-11 | 3956 | Post Confirmation Report of Highland Claimant Trust for Quarter Ending 9/30/23 |
| 01/16/2024 | 19-34054-sgj-11 | 4013 | Highland's Motion to Stay Contested Matter [Dk No. 4000] or for Alternative Relief |
| 01/22/2024 | 19-34054-sgj-11 | 4019 | James P. Seery, Jr.'s Joinder to Highland Capital Management L.P.'s Motion to Stay Contested Matter [Dk No. 4000] or for Alternative Relief and Emergency Motion to Expedite Hearing on Motion for Stay |
| 06/11/2024 | 19-34054-sgj-11 | 4087 | Hunter Mountain Investment Trust's Supplement to Response to Motion to Stay |
| 01/22/2024 | 19-34054-sgj-11 | 4020 | Post Confirmation Report of Highland Capital Management, LP for Quarter Ending 12/31/23 |
| 01/22/2024 | 19-34054-sgj-11 | 4021 | Post Confirmation Report of Highland Claimant Trust for Quarter Ending 12/31/23 |

**APPELLANT'S STATEMENT OF ISSUES AND**
**DESIGNATION OF RECORD ON APPEAL BY RIGHT – Page 3**

CORE/3529447.0003/190873066.1

| 06/24/2024 | 19-34054-sgj-11 | 4104 | Order Extending Stay of Contested Matter [Docket No. 4000] |
|---|---|---|---|
| 01/22/2024 | 19-34054-sgj-11 | 4049 | Post Confirmation Report of Highland Capital Management, LP for Quarter Ending 3/31/24 |
| 01/22/2024 | 19-34054-sgj-11 | 4050 | Post Confirmation Report of Highland Claimant Trust for Quarter Ending 3/31/24 |
| 07/18/2024 | 19-34054-sgj-11 | 4130 | Post Confirmation Report of Highland Capital Management, LP for Quarter Ending 6/30/24, dated July 18, 2024 |
| 07/18/2024 | 19-34054-sgj-11 | 4131 | Post Confirmation Report of Highland Claimant Trust for Quarter Ending 6/30/24, dated July 18, 2024 |

6. Documents listed below and as described in the Docket Sheet for Bankruptcy Case Proceeding No. 23-03038-sgj.

| DATE | CASE NO. | DKT. NO. | DESCRIPTION |
|---|---|---|---|
| 05/10/2023 | 23-03038 | 0001 | Complaint to (I) Compel Disclosures About the Assets of the Highland Claimant Trust and (II) Determine (A) Relative Value of Those Assets, and (B) Nature of Plaintiffs' Interests in the Claimant Trust |
| 11/22/2023 | 23-03038 | 0013 | The Highland Parties' Motion to Dismiss Complaint to (I) Compel Disclosures About the Assets of the Highland Claimant Trust and (II) Determine (A) Relative Value of Those Assets, and (B) Nature of Plaintiffs' Interests in the Claimant Trust |
| 11/22/2023 | 23-03038 | 0014 | Memorandum of Law in Support of Highland Capital Management L.P. and the Highland Claimant Trust's Motion to Dismiss Complaint |

**APPELLANT'S STATEMENT OF ISSUES AND
DESIGNATION OF RECORD ON APPEAL BY RIGHT – Page 4**

CORE/3529447.0003/190873066.1

| DATE | CASE NO. | DKT. NO. | DESCRIPTION |
|---|---|---|---|
| 12/29/2023 | 23-03038 | 0017 | The Dugaboy Investment Trust and Hunter Mountain Investment Trust's Response to the Highland Parties' Motion to Dismiss Complaint to (I) Compel Disclosures About the Assets of the Highland Claimant Trust and (II) Determine (A) Relative Value of Those Assets, and (B) Nature of Plaintiffs' Interest in the Claimant Trust |
| 12/29/2023 | 23-03038 | 0018 | Appendix in Support of the Dugaboy Investment Trust and Hunter Mountain Investment Trust's Response to the Highland Parties' Motion to Dismiss Complaint to (I) Compel Disclosures About the Assets of the Highland Claimant Trust and (II) Determine (A) Relative Value of Those Assets, and (B) Nature of Plaintiffs' Interest in the Claimant Trust |
| 01/19/2024 | 23-03038 | 0021 | The Highland Parties' Reply in Further Support of Motion to Dismiss Complaint |
| 05/24/2024 | 23-03038 | 0026 | Memorandum Opinion and Order Granting Motion to Dismiss Adversary Proceeding in Which Contingent Interest Holders in Chapter 11 Plan Trust Seek a Post-Confirmation Valuation of Trust Assets |
| 05/24/2024 | 23-03038 | 0027 | Memorandum Opinion and Order Granting Motion to Dismiss Adversary Proceeding in Which Contingent Interest Holders in Chapter 11 Plan Trust Seek a Post-Confirmation Valuation of Trust Assets |
| 06/07/2024 | 23-03038 | 0030 | Notice of Appeal [Appellant Designation due by 06/21/2024] (Filed by Plaintiffs Dugaboy Investment Trust, Hunter Mountain Investment Trust) |

7. Hearing transcripts listed below for Bankruptcy Case No. 19-34054-sgj11.

| DATE | CASE NO. | DKT. NO. | DESCRIPTION |
|---|---|---|---|

**APPELLANT'S STATEMENT OF ISSUES AND
DESIGNATION OF RECORD ON APPEAL BY RIGHT – Page 5**

CORE/3529447.0003/190873066.1

| 06/13/2024 | 19-34054 | 4091 | June 12, 2024 Hearing Transcript |

**APPELLANT'S STATEMENT OF ISSUES AND**
**DESIGNATION OF RECORD ON APPEAL BY RIGHT – Page 6**

CORE/3529447.0003/190873066.1

Dated: July 22, 2024

          **STINSON LLP**

          */s/Deborah Deitsch-Perez*
          Deborah Deitsch-Perez
          Texas Bar No. 24036072
          Michael P. Aigen
          Texas Bar No. 24012196
          2200 Ross Avenue, Suite 2900
          Dallas, Texas 75201
          Telephone: (214) 560-2201
          Facsimile: (214) 560-2203
          Email: deborah.deitschperez@stinson.com
          Email: michael.aigen@stinson.com

          *Counsel for Hunter Mountain Investment Trust*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2024, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

          */s/Deborah Deitsch-Perez*
          Deborah Deitsch-Perez