PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:  jpomerantz@pszjlaw.com
        jmorris@pszjlaw.com
        gdemo@pszjlaw.com
        hwinograd@pszjlaw.com

-and-

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy., Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110
Email:  MHayward@HaywardFirm.com
        ZAnnable@HaywardFirm.com

*Counsel for Highland Capital Management, L.P.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] § | |
| § | Case No. 19-34054-sgj11 |
| Reorganized Debtor. § | |
| § | |

## APPELLEE'S SUPPLEMENTAL
## DESIGNATION OF RECORD ON APPEAL

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

Highland Capital Management, L.P. ("Appellee" or "Reorganized Debtor"), pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, hereby submits its supplemental designation of items to be included in the record in the appeal filed by Hunter Mountain Investment Trust ("Appellant") from the *Order Extending Stay of Contested Matter [Docket No. 4000]* entered by the United States Bankruptcy Court for the Northern District of Texas on June 24, 2024 [Docket No. 4104] in the above-referenced bankruptcy proceeding (the "Bankruptcy Case"). Appellee respectfully reserves the right to supplement and/or amend the record on appeal designated herein.

I. **Supplemental Items from the Docket in the Bankruptcy Case**

Appellee designates the following additional items from the docket in the Bankruptcy Case, in addition to the items previously designated by Appellant:

| Date | Docket No. | Description |
|---|---|---|
| **Documents filed in Bankruptcy Case** | | |
| 01/22/2021 | 1811 | NOTICE (Debtor's Notice of Filing of Plan Supplement to the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified) filed by Debtor Highland Capital Management, L.P. (RE: related document(s)1808 Chapter 11 plan). (Attachments: # 1 Exhibit Q # 2 Exhibit R # 3 Exhibit S # 4 Exhibit T # 5 Exhibit U # 6 Exhibit V # 7 Exhibit W # 8 Exhibit X # 9 Exhibit Y # 10 Exhibit Z # 11 Exhibit AA # 12 Exhibit BB # 13 Exhibit CC # 14 Exhibit DD) |
| 02/01/2021 | 1875 | Support/supplemental document (Debtor's Notice of Filing of Plan Supplement to the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified)) filed by Debtor Highland Capital Management, L.P. (RE: related document(s)1808 Chapter 11 plan). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit DD # 4 Exhibit EE # 5 Exhibit FF) |
| 06/13/2023 | 3843 | Transcript regarding Hearing Held 06/08/2023 Before Judge Stacey G.C. Jernigan (389 Pages) RE: Motion for Leave to File Verified Adversary Proceeding (3699) |
| 01/24/2024 | 4030 | Transcript regarding Hearing Held 01/24/2024 Before Judge Stacey G.C. Jernigan (83 Pages) RE: Motion for Bad Faith Finding (3851) and Motion to Stay (4013) |

| Date | Docket No. | Description |
|---|---|---|
| 01/31/2024 | 4033 | Order granting in part motion to stay contested matter (related document 4013) Entered on 1/31/2024. (Okafor, Marcey). Related document(s) 4000 Motion for leave to File a Delaware Complaint filed by Creditor Hunter Mountain Investment Trust. Modified to add linkage on 2/20/2024 (Ecker, C.) |

### II.    Items from the Docket in Bankruptcy Court Adversary Proceeding No. 23-03038-sgj

Appellee designates the following additional items from the docket in the above-referenced adversary proceeding filed in the United States Bankruptcy Court for the Northern District of Texas as Adversary Proceeding No. 23-03038-sgj:

| Date | Docket No. | Description |
|---|---|---|
| **Documents filed in Bankruptcy Court Adversary Proceeding No. 23-03038-sgj** | | |
| 02/20/2024 | 25 | Transcript regarding Hearing Held 02/14/2024 Before Judge Stacey G.C. Jernigan (73 pages) RE: The Highland Parties' Motion to Dismiss Complaint to (I) Compel Disclosures About the Assets of the Highland Claimant Trust and (II) Determine (A) Relative Value of Those Assets, and (B) Nature of Plaintiffs' Interest in the Claimant Trust |

### III.    Items from the Docket in District Court Case No. 3:23-cv-2017-E

Appellee designates the following additional items from the docket in the above-referenced appeal filed in the United States District Court for the Northern District of Texas as Case No. 3:23-cv-2071-E:

| Date | Docket No. | Description |
|---|---|---|
| **Documents filed in District Court Appeal 3:23-cv-2071-E** | | |
| 09/15/2023 | 1 | Hunter Mountain Investment Trust's Amended Notice of Appeal |
| 01/22/2024 | 29 | Appellant's BRIEF by Hunter Mountain Investment Trust |
| 01/22/2024 | 30 | Appendix in Support filed by Hunter Mountain Investment Trust re 29 Appellant's BRIEF *Part 1 of Appendix* (Attachments: # 1 Exhibit(s), # 2 Exhibit(s), # 3 Exhibit(s), # 4 Exhibit(s), # 5 Exhibit(s), # 6 Exhibit(s), # 7 Exhibit(s), # 8 Exhibit(s), |

| Date | Docket No. | Description |
|---|---|---|
| | | # 9 Exhibit(s), # 10 Exhibit(s), # 11 Exhibit(s), # 12 Exhibit(s), # 13 Exhibit(s)) |
| 01/22/2024 | 31 | Appendix in Support filed by Hunter Mountain Investment Trust re 29 Brief/Memorandum in Support of Motion *Supplemental Appendix - Beginning at ROA.003368* (Attachments: # 1 Exhibit(s), # 2 Exhibit(s), # 3 Exhibit(s), # 4 Exhibit(s), # 5 Exhibit(s), # 6 Exhibit(s), # 7 Exhibit(s), # 8 Exhibit(s), # 9 Exhibit(s), # 10 Exhibit(s), # 11 Exhibit(s), # 12 Exhibit(s), # 13 Exhibit(s), # 14 Exhibit(s), # 15 Exhibit(s), # 16 Exhibit(s), # 17 Exhibit(s), # 18 Exhibit(s), # 19 Exhibit(s), # 20 Exhibit(s), # 21 Exhibit(s), # 22 Exhibit(s), # 23 Exhibit(s), # 24 Exhibit(s), # 25 Exhibit(s), # 26 Exhibit(s), # 27 Exhibit(s), # 28 Exhibit(s), # 29 Exhibit(s), # 30 Exhibit(s), # 31 Exhibit(s), # 32 Exhibit(s), # 33 Exhibit(s), # 34 Exhibit(s) |
| 03/06/2024 | 34 | Appellee's BRIEF by Farallon Capital Management LLC, Jessup Holdings LLC, Muck Holdings LLC, Stonehill Capital Management LLC. |
| 03/06/2024 | 35 | Appellee's BRIEF by Highland Capital Management LP, Highland Claimant Trust, James P. Seery, Jr. |
| 04/03/2024 | 38 | Appellant's REPLY BRIEF by Hunter Mountain Investment Trust. |
| 06/10/2024 | 39 | NOTICE of Supplemental Authority filed by Farallon Capital Management LLC, Highland Capital Management LP, Highland Claimant Trust, Jessup Holdings LLC, Muck Holdings LLC, James P. Seery, Jr, Stonehill Capital Management LLC |
| 06/11/2024 | 40 | ADDITIONAL ATTACHMENTS to 39 NOTICE of Supplemental Authority, by Appellees Farallon Capital Management LLC, Highland Capital Management LP, Highland Claimant Trust, Jessup Holdings LLC, Muck Holdings LLC, James P. Seery, Jr, Stonehill Capital Management LLC |

Dated: August 5, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No.143717)
John A. Morris (NY Bar No. 2405397)
Robert J. Feinstein (NY Bar No. 1767805)
Gregory V. Demo (NY Bar 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:   jpomerantz@pszjlaw.com
          jmorris@pszjlaw.com
          rfeinstein@pszjlaw.com
          gdemo@pszjlaw.com
          hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*