BTXN 099 (rev. 12/14)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Highland Capital Management, L.P.<br>　　　　　　　　　　Debtor(s)<br><br>NexPoint Real Estate Partners, LLC<br>　　　　　　　　　　Appellant(s)<br>　　vs.<br>Highland Capital Management, L.P.<br>　　　　　　　　　　Appellee(s) | § § § § § § § § § § § § § § | Case No.:   19−34054−sgj11<br>Chapter No.:   11<br>Civil Case No.:       3:24−cv−01479−S |

# TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

    Pursuant to Federal Rules of Bankruptcy Procedure 8010, the appeal filed on 3/18/2024 regarding [4039] Order granting Highland Capital Management, L.P.'s Motion for (A) Bad Faith Finding and (B) Attorneys' Fees Against NexPoint Real Estate Partners LLC (f/k/a HCRE Partners, LLC) in Connection with Proof of Claim #146 by NexPoint Real Estate Partners, LLC in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

    This record on appeal contains all items listed on the attached index, and is in compliance with Rule 8010 of the Federal Rules of Bankruptcy Procedure.

    All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

    The above referenced record was delivered to the U.S. District Clerk's Office on August 6, 2024.


DATED:  8/6/24                                FOR THE COURT:
　　　　　　　　　　　　　　　　　　　　Kevin McNatt, Clerk of Court

　　　　　　　　　　　　　　　　　　　　by: /s/J. Blanco, Deputy Clerk