# EXHIBIT 5

CAUSE NO. DC-21-09534

| | | |
|---|---|---|
| IN RE: | § § § | IN THE DISTRICT COURT |
| JAMES DONDERO, | § § | DALLAS COUNTY, TEXAS |
| Petitioner. | § § § | 95TH JUDICIAL DISTRICT |

**ORDER**

Came on for consideration the *Verified Amended Petition to Take Deposition Before Suit and Seek Documents* ("Petition") filed by petitioner James Dondero ("Dondero"). The Court, having considered the Petition, the responses filed by respondents Farallon Capital Management, L.L.C. ("Farallon") and Alvarez & Marsal CRF Management, LLC ("A&M"), the record, and applicable authorities, and having conducted a hearing on the Petition on June 1, 2022, concludes that Dondero's Petition should be denied and that this case should be dismissed. Therefore,

The Court ORDERS that Dondero's Petition be, and is hereby, DENIED, and that this case be, and is hereby, DISMISSED.

THE COURT SO ORDERS.

Signed this 1st day of June, 2022.

_____
HONORABLE MONICA PURDY