**STINSON LLP**
Deborah Deitsch-Perez
Michael P. Aigen
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Counsel for Highland CLO Management, Ltd. And James Dondero*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case No. 19-34054 (sgj) |
| Reorganized Debtor. | |

# HIGHLAND CLO MANAGEMENT, LTD. AND JAMES DONDERO'S
# SECOND SUPPLEMENTAL WITNESS LIST, DEPOSITION DESIGNATIONS,
# AND EXHIBIT LIST WITH RESPECT TO HEARING
# TO BE HELD ON DECEMBER 18, 2024

Highland CLO Management, Ltd. ("HCLOM") and James Dondero ("Dondero"), by and through its undersigned counsel, submits the following second supplement to its witness and exhibit list [Dkt. 4186] with respect to Highland Capital Management, L.P.'s Objection to Scheduled Claims 3.65 and 3.66 of Highland CLO Management, Ltd. [Docket No. 3657] (the "Motion"), which the Court has set for hearing at 9:30 a.m. (Central Time) on December 18, 2024 (the "Hearing") in the Bankruptcy Case.

**SECOND SUPPLEMENTAL EXHIBIT LIST FOR DECEMBER 18, 2024, HEARING – Page 1**

CORE/3527495.0002/194733499.1

| Ex. | Date | Dkt. | Description | Offered | Admitted |
|---|---|---|---|---|---|
| 55 | 11/13/24 | | Deposition Transcript – Timothy Cournoyer<br>*This exhibit replaces HCLOM Exhibit 48.* | | |

HCLOM and Dondero reserve the right to amend and/or supplement this Witness and Exhibit List should they determine that any other document may be helpful to the trier of fact.

Dated: December 17, 2024

Respectfully submitted,
**STINSON LLP**

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez
Texas Bar No. 24036072
Michael P. Aigen
Texas Bar No. 24012196
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email:  deborah.deitschperez@stinson.com
Email:  michael.aigen@stinson.com

*Counsel for Highland CLO Management, Ltd. And James Dondero*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 17, 2024, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez