

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 9, 2025**

_____
United States Bankruptcy Judge
_____

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISON

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | |

## ORDER STAYING PROCEEDING

The Court, having considered the *Consent Motion for Stay* (the "***Stay Motion***") filed by Hunter Mountain Investment Trust ("***HMIT***"), and noting that it is unopposed, is of the opinion that the Stay Motion is well taken and should be **GRANTED** in its entirety:

1

**IT IS THEREFORE ORDERED** that the proceedings defined in the Stay Motion as: "*Hunter Mountain Investment Trust v. Highland Cap. Mgmt., L.P.*, **Case No. 3:23-cv-02071-E (N.D. Tex.), on remand to the Bankruptcy Court (including** *Hunter Mountain Investment Trust's Emergency Motion for Leave to File Adversary Proceeding* **filed at Bankruptcy Court Docket No. 3699 and all proceedings, decisions, and orders relating thereto)**," are hereby stayed pending further order of this Court.

### END OF ORDER ###