Matthew S. Okin
Texas Bar No. 00784695
David Curry, Jr.
Texas Bar No. 24065107
OKIN ADAMS BARTLETT CURRY LLP
1113 Vine Street, Suite 240
Houston, Texas 77002
Telephone: (713) 228-4100
Facsimile: (346) 247-7158
Email: mokin@okinadams.com
      dcurry@okinadams.com

**ATTORNEYS FOR THE DALLAS FOUNDATION AND
CROWN GLOBAL LIFE INSURANCE, LTD.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 19-34054-sgj11** |
| **HIGHLAND CAPITAL** | § | |
| **MANAGEMENT, L.P.,** | § | **Chapter 11** |
| | § | |
| | § | |
| **Debtor.** | § | |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF
ALL PLEADINGS AND DOCUMENTS**

OKIN ADAMS BARTLETT CURRY LLP, as counsel for The Dallas Foundation and Crown Global Life Insurance, Ltd, hereby files this Notice of Appearance and Request for Service of all Pleadings and Documents on behalf of The Dallas Foundation and Crown Global Life Insurance, Ltd, a party in the above-captioned proceeding and, pursuant to 11 U.S.C §1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), respectfully requests that all notices given or required to be given in these proceedings (or in other cases hereafter jointly administered or consolidated herewith) and all papers served or required to be served in these

proceedings, be served also upon the undersigned at the office address, facsimile number and email addresses listed as follows:

> Matthew S. Okin
> David Curry, Jr.
> OKIN ADAMS BARTLETT CURRY LLP
> 1113 Vine Street, Suite 240
> Houston, Texas 77002
> Telephone: (713) 228-4100
> Facsimile: (346) 247-7158
> Email:  mokin@okinadams.com
> Email:  dcurry@okinadams.com

Pursuant to 11 U.S.C. § 1109(b), the foregoing request includes all notices and papers to which the Bankruptcy Rules refer and additionally includes, without limitation, all notices of any application, complaint, demand, hearing, motion, order, pleading or other request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

Dated this 10th day of June 2025.

> Respectfully submitted,
>
> **OKIN ADAMS BARTLETT CURRY LLP**
>
> By: */s/ Matthew S. Okin*
> Matthew S. Okin
> Texas Bar No. 00784695
> David L. Curry, Jr.
> Texas Bar No. 24065107
> 1113 Vine Street, Suite 240
> Houston, Texas 77002
> Telephone: (713) 28-4100
> Facsimile:  (346)247-7158
> Email: mokin@okinadams.com
>             dcurry@okinadams.com
>
> **ATTORNEYS FOR THE DALLAS FOUNDATION AND CROWN GLOBAL LIFE INSURANCE, LTD.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2025, a true and correct copy of this document was served via the Court's CM/ECF electronic system to all parties consenting to service through same.

 */s/ Matthew S. Okin*
Matthew S. Okin