# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) Case No. 19-34054-sgj11 |
| Reorganized Debtor. | ) |

## CERTIFICATE OF SERVICE

I, Esmeralda Aguayo, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Reorganized Debtor in the above-captioned case.

On June 10, 2025, at my direction and under my supervision, employees of Verita caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Response to (I) Emergency Motion for an Order Extending Duration of Time to Respond to Trusts' Motion and (II) Motion for Expedited Hearing on Emergency Motion for an Order Extending Duration of Time to Respond to Trusts' Motion** [Docket No. 4232]

Dated: June 16, 2025

/s/ *Esmeralda Aguayo*
Esmeralda Aguayo
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

# EXHIBIT A

Exhibit A
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Chad Timmons, Larry R. Boyd, Emily M. Hahn | ctimmons@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| Counsel for NexBank | Alston & Bird LLP | Jared Slade | jared.slade@alston.com |
| Counsel to Jefferies LLC | Ashby & Geddes, P.A. | William P. Bowden, Esq., Michael D. DeBaecke, Esq. | mdebaecke@ashbygeddes.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse and Issac Leventon (the "Senior Employees"), Jean Paul Sevilla, Stephanie Vitiello, Matthew DiOrio, Mary Irving and CPCM, LLC | Baker & McKenzie LLP | Debra A. Dandeneau & Blaire Cahn | debra.dandeneau@bakermckenzie.com; blaire.cahn@bakermckenzie.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse and Issac Leventon (the "Senior Employees"), Jean Paul Sevilla, Stephanie Vitiello, Matthew DiOrio, Mary Irving and CPCM, LLC | Baker & McKenzie LLP | Michelle Hartmann | michelle.hartmann@bakermckenzie.com |
| Counsel for NWCC, LLC | Barnes & Thornburg LLP | Thomas G. Haskins, Jr. | thomas.haskins@btlaw.com |
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Blank Rome LLP | John E. Lucian, Josef W. Mintz | mintz@blankrome.com; jbibiloni@blankrome.com |
| Counsel to James Dondero | Bonds Ellis Eppich Schafer Jones LLP | John Y. Bonds, III, Bryan C. Assink | john@bondsellis.com; bryan.assink@bondsellis.com |
| Counsel for Mark Okada, the Mark & Pamela Okada Family Trust - Exempt Trust #1, the Mark & Pamela Okada Familty Trust - Exempt Trust #2, the Okada Insurance Rabbi Trust and the Okada Family Foundation,Inc. | Brown Fox PLLC | Cortney C. Thomas | cort@brownfoxlaw.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Counsel for UBS Securities LLC and UBS AG, London Branch | Butler Snow LLP | Martin A. Sosland and Candice M. Carson | martin.sosland@butlersnow.com; candice.carson@butlersnow.com |
| Counsel to Integrated Financial Associates Inc. | Carlyon Cica Chtd. | Candace C. Carlyon, Esq., Tracy M. Osteen, Esq. | ccarlyon@carlyoncica.com; tosteen@carlyoncica.com |
| Counsel to Siepe LLC | Condon Tobin Sladek Thornton PLLC | J. Seth Moore | smoore@ctstlaw.com |
| Counsel for BH Equities, L.L.C. | Dentons US LLP | Casey Doherty | Casey.doherty@dentons.com |
| Counsel to Jefferies LLC | Dentons US LLP | Lauren Macksoud, Esq. | lauren.macksoud@dentons.com |
| Counsel to Jefferies LLC | Dentons US LLP | Patrick C. Maxcy, Esq. | patrick.maxcy@dentons.com |
| Counsel to Acis Capital Management, LP and Acis Capital Management GP, LLC ("Creditors") and Joshua N. Terry and Jennifer G. Terry | Forshey & Prostok LLP | Jeff P. Prostok, J. Robert Forshey, Suzanne K. Rosen | jprostok@forsheyprostok.com; bforshey@forsheyprostok.com; srosen@forsheyprostok.com; khartogh@forsheyprostok.com |
| Secured Creditor | Frontier State Bank | Attn:  Steve Elliot | selliott@frontier-ok.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Frost Brown Todd LLC | Mark A. Platt | mplatt@fbtlaw.com |
| Counsel to Alvarez & Marsal CRF Management LLC as Investment Manager of the Highland Crusader Funds | Gibson, Dunn & Crutcher LLP | Marshall R. King, Esq., Michael A. Rosenthal, Esq. & Alan Moskowitz, Esq. | mking@gibsondunn.com; mrosenthal@gibsondunn.com |
| Counsel to Alvarez & Marsal CRF Management LLC as Investment Manager of the Highland Crusader Funds | Gibson, Dunn & Crutcher LLP | Matthew G. Bouslog, Esq. | mbouslog@gibsondunn.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel for the Dugaboy Investment Trust and Get Good Trust | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | ddraper@hellerdraper.com; lcollins@hellerdraper.com; gbrouphy@hellerdraper.com |
| Counsel to Former Independent Directors Hon. Russell F. Nelms (Ret.) and John S. Dubel | Hogan Lovells US LLP | Richard L. Wynne; Edward J. McNeilly | Richard.wynne@hoganlovells.com; Edward.mcneilly@hoganlovells.com |
| Counsel For Nexpoint Real Estate Partners, LLC, F/K/A HCRE Partners, LLC, Matt McGraner | Hoge & Gameros, L.L.P. | Charles W. Gameros, Jr., P.C. | BGameros@LegalTexas.com |
| Equity Holders | Hunter Mountain Investment Trust | c/o Rand Advisors LLC | Jhonis@RandAdvisors.com |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for the Dugaboy Investment Trust | Hunton Andrews Kurth, LLP | Gregory G. Hesse | GHesse@hunton.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel to Crescent TC Investors, L.P. | Jackson Walker L.L.P. | Michael S. Held | mheld@jw.com |
| Secured Creditor | Jefferies LLC | Director of Compliance | cbianchi@jefferies.com |
| Secured Creditor | Jefferies LLC | Office of the General Counsel | cbianchi@jefferies.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Jenner & Block LLP | Marc B. Hankin, Richard Levin | mhankin@jenner.com; rlevin@jenner.com |
| Counsel for CCS Medical, Inc. | Jones Day | Amanda Rush | asrush@jonesday.com |
| Counsel to the Issuers (group of 25 separate Cayman issuers of loan) | Jones Walker LLP | Joseph E. Bain, Amy K. Anderson | jbain@joneswalker.com; aanderson@joneswalker.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Artoush Varshosaz | artoush.varshosaz@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | James A. Wright III | james.wright@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Stephen G. Topetzes | stephen.topetzes@klgates.com |
| Counsel to CLO Holdco, Ltd. | Kane Russell Coleman Logan PC | John J. Kane | jkane@krcl.com |
| Counsel for Highland CLO Funding Ltd. | King & Spalding LLP | Paul R. Bessette | pbessette@kslaw.com |
| Counsel to BET Investments II, L.P. | Kurtzman Steady, LLC | Jeffrey Kurtzman, Esq. | Kurtzman@kurtzmansteady.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Andrew Clubok, Sarah Tomkowiak | Andrew.Clubok@lw.com; Sarah.Tomkowiak@lw.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Asif Attarwala, Kathryn K. George | asif.attarwala@lw.com; Kathryn.George@lw.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | jeff.bjork@lw.com; kim.posin@lw.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Zachary F. Proulx | Zachary.Proulx@lw.com |
| Counsel to Coleman County TAD, Kaufman County, Upshur County, Fannin CAD, Rockwall CAD, Tarrant County, Allen ISD, City of Allen, City of Richardson, Dallas County, Irving ISD, Grayson County | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller, Laurie A. Spindler, John Kendrick Turner | dallas.bankruptcy@publicans.com |
| Counsel for Jack Yang and Brad Borud | Loewinsohn Flegle Deary Simon LLP | Daniel P. Winikka | danw@lfdslaw.com |
| Creditor | Lynn Pinker Cox & Hurst, L.L.P. | Michael K. Hurst, Esq. | mhurst@lynnllp.com |
| Equity Holders | Mark K. Okada | | mokadadallas@gmail.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Morris, Nichols, Arsht & Tunnell LLP | Curtis S. Miller, Kevin M. Coen | rdehney@mnat.com |
| Counsel to Meta-e Discovery, LLC | Morrison Cohen LLP | Joseph T. Moldovan, Esq. & Sally Siconolfi, Esq. | bankruptcy@morrisoncohen.com |
| Bank | NexBank | John Danilowicz | john.holt@nexbankcapital.com |
| Counsel to California Public Employees' Retirement System ("CalPERS") | Nixon Peabody LLP | Louis J. Cisz, III, Esq. | lcisz@nixonpeabody.com |
| SEC Headquarters | Office of General Counsel | Securities & Exchange Commission | SECBankruptcy-OGC-ADO@SEC.GOV |
| US Trustee for Northern District of TX | Office of the United States Trustee | Lisa L. Lambert, Esq | lisa.l.lambert@usdoj.gov |
| Counsel for The Dallas Foundation and Crown Global Life Insurance, Ltd | Okin Adams Bartlett Curry LLP | Matthew S. Okin, David Curry, Jr. | mokin@okinadams.com; dcurry@okinadams.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | John A. Morris and Gregory V. Demo | jmorris@pszjlaw.com; gdemo@pszjlaw.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill | rpachulski@pszjlaw.com; jpomerantz@pszjlaw.com; ikharasch@pszjlaw.com; joneill@pszjlaw.com |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill | rpachulski@pszjlaw.com; jpomerantz@pszjlaw.com; ikharasch@pszjlaw.com; joneill@pszjlaw.com |
| Counsel for Scott M. Seidel, Chapter 7 Trustee of the Bankruptcy Estates of Highland Select Equity Master Fund, L.P. (Case No. 23-31037 swe7) and Highland Select Equity Fund, GP, L.P. (Case No. 23-31039 mvl7) | Passman & Jones, P.C. | Jerry C. Alexander | alexanderj@passmanjones.com |
| Counsel to City of Garland, Garland ISD, Wylie ISD, Plano ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Linda D. Reece | lreece@pbfcm.com |
| Delaware counsel to Alvarez & Marsal CRF Management LLC | Potter Anderson & Corroon LLP | Jeremy W. Ryan, Esq., R. Stephen McNeill, Esq. & D. Ryan Slaugh, Esq. | jryan@potteranderson.com; rmcneill@potteranderson.com; rslaugh@potteranderson.com |
| Secured Creditor | Prime Brokerage Services | Jefferies LLC | cbianchi@jefferies.com |
| Counsel to the Claimant Trust | Quinn Emanuel Urquhart & Sullivan, LLP | Susheel Kirpalani, Deborah J. Newman, Benjamin I. Finestone, Jordan Harap | susheelkirpalani@quinnemanuel.com; deborahnewman@quinnemanuel.com; benjaminfinestone@quinnemanuel.com; jordanharap@quinnemanuel.com |
| Counsel to James P. Seery, Jr. | Reed Smith LLP | Omar J. Alaniz, Lindsey L. Robin | oalaniz@reedsmith.com; lrobin@reedsmith.com |
| Counsel to James D. Dondero, Strand Advisors, Inc., The Dugaboy Investment Trust, Get Good Trust, and NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC) | Reichman Jorgensen Lehman & Feldberg LLP | Amy L. Ruhland | aruhland@reichmanjorgensen.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Richards, Layton & Finger PA | Michael J. Merchant | merchant@rlf.com |
| Counsel to Hunter Mountain Trust | Rochelle McCullough, LLP | E. P. Keiffer | pkeiffer@romclaw.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") and CPCM, LLC | Ross, Smith & Binford, PC | Judith W. Ross, Frances A. Smith, Jason Binford, Eric Soderlund | judith.ross@rsbfirm.com; frances.smith@rsbfirm.com; jason.binford@rsbfirm.com; eric.soderlund@rsbfirm.com |
| Counsel to the Intertrust Entities and the Issuers (group of 25 separate Cayman issuers of loan) | Schulte Roth & Zabel LLP | David J. Karp, James V. Williams III | david.karp@srz.com; jay.williams@srz.com |
| SEC Regional Office | Securities & Exchange Commission | Richard Best, Regional Director | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger, Regional Director | philadelphia@sec.gov |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Charles M. Person, Juliana Hoffman | preid@sidley.com; pmontgomery@sidley.com;cpersons@sidley.com; jhoffman@sidley.com |
| Counsel to Patrick Daugherty | Spencer Fane LLP | Jason P. Kathman | jkathman@spencerfane.com |
| DE Secretary of State | State of Delaware | Division of Corporations - Franchise Tax | dosdoc_bankruptcy@state.de.us |
| Counsel for Mark Okada, the Mark & Pamela Okada Family Trust - Exempt Trust #1, the Mark & Pamela Okada Familty Trust - Exempt Trust #2, the Okada Insurance Rabbi Trust and the Okada Family Foundation,Inc. | Sullivan Cromwell LLP | Brian D. Glueckstein | gluecksteinb@sullcrom.com |
| Counsel to the Hunter Mountain Trust ("Hunter") | Sullivan Hazeltine Allinson LLC | William A. Hazeltine, Esq. | whazeltine@sha-llc.com |
| Equity Holders | The Mark and Pamela Okada Family Trust - Exempt Trust #1 | | mokadadallas@gmail.com |
| Equity Holders | The Mark and Pamela Okada Family Trust - Exempt Trust #2 | | mokadadallas@gmail.com |
| Counsel to the United States Internal Revenue Service | U.S. Department of Justice, Tax Division | David G. Adams | david.g.adams@usdoj.gov |
| United States Attorney General | United States Attorney General | U.S. Department of Justice | askdoj@usdoj.gov |
| Attorneys for Lynn Pinker Hurst & Schwegmann, LLP and The Pettit Law Firm | Vinson & Elkins LLP | James J. Lee, Michael C. Lee | jimlee@velaw.com; mlee@velaw.com |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for NexPoint Real Estate Partners, LLC F/K/A HCRE Partners, LLC | Wick Phillips Gould & Martin, LLP | Brant C. Martin, Jason M. Rudd, Lauren K. Drawhorn, Jeffrey W. Hellberg Jr. | brant.martin@wickphillips.com; jason.rudd@wickphillips.com; jeff.hellberg@wickphillips.com |
| Counsel to James P. Seery, Jr. | Willkie Farr & Gallagher LLP | Mark T. Stancil, Joshua S. Levy | mstancil@willkie.com; jlevy@willkie.com |
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Winstead PC | Rakhee V. Patel, Phillip Lamberson | rpatel@winstead.com; plamberson@winstead.com; achiarello@winstead.com |
| Counsel for Jean Paul Sevilla and Hunter Covitz (the "Employees") | Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Counsel for Jean Paul Sevilla and Hunter Covitz (the "Employees") | Winston & Strawn LLP | Attn: Katherine A. Preston | kpreston@winston.com |
| Counsel for Jean Paul Sevilla and Hunter Covitz (the "Employees") | Winston & Strawn LLP | Attn: Thomas M. Melsheimer; Natalie L. Arbaugh | tmelsheimer@winston.com; narbaugh@winston.com |