

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed June 17, 2025

_____
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § § | Case No. 19-34054-sgj-11 |
| Reorganized Debtor. | § § § | |

### ORDER GRANTING THE DUGABOY INVESTMENT TRUST'S MOTION FOR SUBSTITUTION OF COUNSEL

The Court, having reviewed The Dugaboy Investment Trust's ("Dugaboy") Motion for Substitution of Counsel (the "Motion") [D.E. 4237], as well as the pleadings and evidence on file, is of the opinion that the Motion should be, and hereby is, **GRANTED**. It is, therefore,

**ORDERED** that the Court authorizes the law firm Hunton Andrews Kurth to withdraw its limited appearance as counsel for Dugaboy for the specified matter identified in the Motion. It is further,

**ORDERED** that the Court authorizes the substitution of the law firm Crawford, Wishnew & Lang, PLLC as counsel for Dugaboy for the specified matter identified in the Motion.

**## # END OF ORDER # # #**