Michael J. Lang
Texas State Bar No. 24036944
mlang@cwl.law
Alexandra Ohlinger
Texas State Bar No. 24091423
aohlinger@cwl.law
CRAWFORD, WISHNEW & LANG PLLC
1700 Pacific Ave, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500

*Counsel for Dugaboy Investment Trust*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | § | |
|---|---|---|
| *In re* | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | Case No. 19-34054-sgj11 |
| | § | |
| Reorganized Debtor. | § | |
| | § | |

## NOTICE OF DEPOSITION OF JAMES SEERY RELATED TO RULE 9019 MOTION

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7030, the Dugaboy Investment Trust ("Dugaboy") will take the deposition of James Seery in connection with Debtor's *Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 and U.S.C. § 363 Approving Settlement with the HMIT Entities and Authorizing Actions Consistent Therewith* [Dkt. 4216] on Friday, June 20, 2025, commencing at 2:00 p.m. (Central Time) and ending at 4:00 p.m. (Central Time). The deposition will be taken remotely via an online platform. Parties who wish to participate in the deposition should contact Michael Lang, Crawford, Wishnew & Lang, LLP, at mlang@cwl.law for more information regarding participating in this deposition remotely.

The deposition will be recorded by videographic and stenographic means for all purposes in this matter, including trial.

Dated: June 19, 2025

Respectfully submitted,

**CRAWFORD, WISHNEW & LANG PLLC**

By: */s/ Michael J. Lang*
Michael J. Lang
Texas State Bar No. 24036944
mlang@cwl.law
Alexandra Ohlinger
Texas State Bar No. 24091423
aohlinger@cwl.law
1700 Pacific Ave, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500

*Counsel for Dugaboy Investment Trust*

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 19, 2025, a true and correct copy of the above and foregoing document was served on all parties and counsel set to receive notice by the Court's ECF system.

*/s/ Michael J. Lang*
Michael J. Lang