Michael J. Lang
Texas State Bar No. 24036944
mlang@cwl.law
Alexandra Ohlinger
Texas State Bar No. 24091423
aohlinger@cwl.law
CRAWFORD, WISHNEW & LANG PLLC
1700 Pacific Ave, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500

*Counsel for Dugaboy Investment Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| *In re* | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | Case No. 19-34054-sgj11 |
| | § | |
| Reorganized Debtor. | § | |
| | § | |

**NOTICE OF DEPOSITION OF DAVID KLOS RELATED TO RULE 9019 MOTION**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7030, the Dugaboy Investment Trust ("Dugaboy") will take the deposition of David Klos in connection with Debtor's *Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 and U.S.C. § 363 Approving Settlement with the HMIT Entities and Authorizing Actions Consistent Therewith* [Dkt. 4216] on Friday, June 20, 2025, commencing at 9:30 a.m. (Central Time) and ending at 11:30 a.m. (Central Time). The deposition will be taken remotely via an online platform. Parties who wish to participate in the deposition should contact Michael Lang, Crawford Wishnew & Lang, LLP, at mlang@cwl.law for more information regarding participating in this deposition remotely.

The deposition will be recorded by videographic and stenographic means for all purposes in this matter, including trial.

Dated: June 19, 2025

Respectfully submitted,

**CRAWFORD, WISHNEW & LANG PLLC**

By: */s/ Michael J. Lang*
Michael J. Lang
Texas State Bar No. 24036944
mlang@cwl.law
Alexandra Ohlinger
Texas State Bar No. 24091423
aohlinger@cwl.law
1700 Pacific Ave, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500

***Counsel for Dugaboy Investment  Trust***

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 19, 2025, a true and correct copy of the above and foregoing document was served on all parties and counsel set to receive notice by the Court's ECF system.

*/s/ Michael J. Lang*
Michael J. Lang