**STINSON LLP**
Deborah Deitsch-Perez
Michael P. Aigen
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Counsel for The Dugaboy Investment Trust*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| | § | |
| *In re* | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | Case No. 19-34054-sgj11 |
| | § | |
| Reorganized Debtor. | § | |
| | § | |

### NOTICE OF DEPOSITION OF JAMES SEERY RELATED TO MOTION EXTENDING DURATION OF TRUSTS

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7030, the Dugaboy Investment Trust ("Dugaboy") will take deposition of James Seery in connect with Debtor's *Motion for an Order Further Extending Duration of Trusts* [Dkt. 4213] on Monday, June 23, 2025, commencing at 4:00 p.m. (Central Time) and ending at 6:00 p.m. (Central Time). The deposition will be taken remotely via an online platform. Parties who wish to participate in the deposition should contact Deborah Deitsch-Perez, Stinson LLP, at deborah.deitschperez@stinson.com for more information regarding participating in this deposition remotely.

The deposition will be recorded by videographic and stenographic means for all purposes in this matter, including trial.

Respectfully submitted,

**STINSON LLP**

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez
Texas Bar No. 24036072
Michael P. Aigen
Texas Bar No. 24012196
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email:  deborah.deitschperez@stinson.com
Email:  michael.aigen@stinson.com
*Counsel for The Dugaboy Investment Trust*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 20, 2025, a true and correct copy of the above and foregoing document was served on all parties and counsel set to receive notice by the Court's ECF system.

*/s/Deborah Deitsch-Perez*
Deborah Deitsch-Perez

**NOTICE OF DEPOSITION OF JAMES SEERY**
CORE/3524155.0011/200235574.1