| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| Jeffrey N. Pomerantz (admitted *pro hac vice*) | Deborah J. Newman (admitted *pro hac vice*) |
| John A. Morris (admitted *pro hac vice*) | Robert S. Loigman (admitted *pro hac vice*) |
| Gregory V. Demo (admitted *pro hac vice*) | 51 Madison Avenue, 22nd Floor |
| Jordan A. Kroop (admitted *pro hac vice*) | New York, NY 10010 |
| Hayley R. Winograd (admitted *pro hac vice*) | Telephone: (212) 849-7000 |
| 10100 Santa Monica Blvd., 13th Floor | |
| Los Angeles, CA 90067 | |
| Tel: (310) 277-6910 | |
| | |
| HAYWARD PLLC | SIDLEY AUSTIN LLP |
| Melissa S. Hayward | Paige Holden Montgomery |
| Texas Bar No. 24044908 | 2021 McKinney Avenue |
| MHayward@HaywardFirm.com | Suite 2000 |
| Zachery Z. Annable | Dallas, Texas 75201 |
| Texas Bar No. 24053075 | Telephone: (214) 981-3300 |
| ZAnnable@HaywardFirm.com | |
| 10501 N. Central Expy, Ste. 106 | |
| Dallas, Texas 75231 | |
| Tel: (972) 755-7100 | |
| | |
| *Counsel for Highland Capital Management, L.P. and the Highland Claimant Trust* | *Co-Counsel for Marc S. Kirschner, as Litigation Trustee of The Highland Litigation Sub-Trust* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| | ) | |
| Debtor. | ) | |

**DECLARATION OF JOHN A. MORRIS IN SUPPORT OF MOTION TO QUASH SUBPOENAS SERVED BY PATRICK DAUGHERTY**

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

4906-4600-4303.1 36027.003

I, John A. Morris, pursuant to 28 U.S.C. § 1746, under penalty of perjury, declare as follows:

1. I am an attorney at the law firm of Pachulski, Stang, Ziehl & Jones LLP, and I submit this declaration (the "Declaration") in support of the *Motion to Quash Subpoenas Served by Patrick Daugherty*, being filed simultaneously with this Declaration. This Declaration is based on my personal knowledge and review of the documents listed below.

2. Attached as **Exhibit 1** is a true and correct copy of the *Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding)* served on James P. Seery, Jr. on June 19, 2025.

3. Attached as **Exhibit 2** is a true and correct copy of the *Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding)* served on Mark Patrick on June 19, 2025.

4. Attached as **Exhibit 3** is a true and correct copy of the *Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding)* served on Highland Capital Management, L.P. on June 19, 2025.

5. Attached as **Exhibit 4** is a true and correct copy of the June 19-20, 2025 email chain between counsel to Highland Capital Management, L.P. and the Highland Claimant Trust and counsel to Patrick Daughtery.

Dated: June 20, 2025

                                                 */s/ John A. Morris*
                                                 John A. Morris