Michael J. Lang
Texas State Bar No. 24036944
mlang@cwl.law
Alexandra Ohlinger
Texas State Bar No. 24091423
aohlinger@cwl.law
Crawford, Wishnew & Lang PLLC
1700 Pacific Ave, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500

*Counsel for Dugaboy Investment Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | § | |
|---|---|---|
| *In re* | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | Case No. 19-34054-sgj11 |
| | § | |
| Reorganized Debtor. | § | |
| | § | |

**DUGABOY INVESTMENT TRUST'S WITNESS LIST**
**FOR THE JUNE 25, 2025 HEARING**

COMES NOW, Dugaboy Investment Trust ("Dugaboy") and files this Witness List for the June 25, 2025 Hearing in the Bankruptcy Case. Dugaboy may, in its sole discretion, call the following witness(es) to testify at the June 25, 2025 Hearing in the Bankruptcy Case.

| | **Witness** |
|---|---|
| 1 | James P. Seery, Jr.<br>c/o John A. Morris<br>Pachulski Stang Ziehl & Jones LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>jmorris@pszjlaw.com<br>(212) 561-7760 |

Dugaboy also reserves the right to call or cross-examine any witness called by any other party, to supplement and/or amend this Witness List, and to call additional witnesses as necessary to rebut testimony or evidence introduced at the hearing.

Dated: June 20, 2025,                    Respectfully submitted,

                                                        Crawford, Wishnew & Lang PLLC

                                                       By: */s/ Michael J. Lang*
                                                       Michael J. Lang
                                                       Texas State Bar No. 24036944
                                                       mlang@cwl.law
                                                       Alexandra Ohlinger
                                                       Texas State Bar No. 24091423
                                                       aohlinger@cwl.law
                                                       1700 Pacific Ave, Suite 2390
                                                       Dallas, Texas 75201
                                                       Telephone: (214) 817-4500

                                                       ***Counsel for Dugaboy Investment Trust***

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 20, 2025, a true and correct copy of the above and foregoing document was served on all parties and counsel set to receive notice by the Court's ECF system.

                                                        */s/ Michael J. Lang*
                                                        Michael J. Lang