| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |
| Jeffrey N. Pomerantz (admitted *pro hac vice*) | Deborah J. Newman (admitted *pro hac vice*) |
| John A. Morris (admitted *pro hac vice*) | Robert S. Loigman (admitted *pro hac vice*) |
| Gregory V. Demo (admitted *pro hac vice*) | 51 Madison Avenue, 22nd Floor |
| Jordan A. Kroop (admitted *pro hac vice*) | New York, NY 10010 |
| Hayley R. Winograd (admitted *pro hac vice*) | Telephone: (212) 849-7000 |
| 10100 Santa Monica Blvd., 13th Floor | |
| Los Angeles, CA 90067 | |
| Tel: (310) 277-6910 | |
| | |
| **HAYWARD PLLC** | **SIDLEY AUSTIN LLP** |
| Melissa S. Hayward | Paige Holden Montgomery |
| Texas Bar No. 24044908 | 2021 McKinney Avenue |
| MHayward@HaywardFirm.com | Suite 2000 |
| Zachery Z. Annable | Dallas, Texas 75201 |
| Texas Bar No. 24053075 | Telephone: (214) 981-3300 |
| ZAnnable@HaywardFirm.com | |
| 10501 N. Central Expy, Ste. 106 | |
| Dallas, Texas 75231 | |
| Tel: (972) 755-7100 | |
| | |
| *Counsel for Highland Capital Management, L.P. and the Highland Claimant Trust* | *Co-Counsel for Marc S. Kirschner, as Litigation Trustee of The Highland Litigation Sub-Trust* |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | § |
| | §  Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § |
| | §  Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § |

**HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND CLAIMANT TRUST, AND LITIGATION SUB-TRUST'S WITNESS AND EXHIBIT LIST WITH RESPECT TO HEARING TO BE HELD ON JUNE 25, 2025**

Highland Capital Management, L.P., the reorganized debtor (the "Debtor" or "Highland," as applicable) in the above-captioned chapter 11 case (the "Bankruptcy Case"), the Highland

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

Claimant Trust (the "Claimant Trust"), and the Highland Litigation Sub-Trust (the "Litigation Sub-Trust," and together with Highland and the Claimant Trust, the "Movants"), by and through their undersigned counsel, submit the following witness and exhibit list with respect to the *Motion for an Order Further Extending Duration of Trusts* [Docket No. 4213], which the Court has set for hearing at 9:30 a.m. (Central Time) on June 25, 2025 (the "Hearing") in the Bankruptcy Case.

    A.    **Witnesses:**

        1.    James P. Seery, Jr.;

        2.    Any witness identified by or called by any other party; and

        3.    Any witness necessary for rebuttal.

    B.    **Exhibits:**

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1. | Ex A – Listing of remaining unliquidated/non-cash or treasury assets by entity as of May 31, 2025 [HCMLPDT003156] | | |
| 2. | Promissory Note in amount of $24,268,621.69, dated May 31, 2017 [HCMLPDT000001-HCMLPDT000002] | | |
| 3. | Presentation - The Dugaboy Investment Trust Offering of $18.17 Million Promissory Note Owed to HCMLP February 2024 [HCMLPDT000020-HCMLPDT000024] | | |
| 4. | LSTA Participation Agreement for Par/Near Par Trades (Dugaboy Note) - HCMLP - Highland Indemnity Trust [HCMLPDT000028-HCMLPDT000034] | | |
| 5. | *Draft* Presentation of The Dugaboy Investment Trust Offering of $18.17 Million Promissory Note Owed to HCMLP February 2024 (Redacted) [HCMLPDT000036-HCMLPDT000041] | | |
| 6. | *Draft* Presentation of The Dugaboy Investment Trust Offering of $18.17 Million Promissory Note Owed to HCMLP February 2024 (Redacted) [HCMLPDT000042-HCMLPDT000064] | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 7. | *Draft* Presentation of Highland Claimant Trust Recommended Dugaboy Note Contribution 6.7.24 (Redacted) [HCMLPDT000065-[HCMLPDT000070] | | |
| 8. | Email dated May 23, 2024 from David Klos to DC Sauter re: Dugaboy note and misc [HCMLPDT000071-[HCMLPDT000073] | | |
| 9. | Dugaboy Note Valuation 6-28-24 [HCMLPDT000019] | | |
| 10. | Dugaboy note worksheet January 2024 [HCMLPDT000025] | | |
| 11. | Potential Buyer Tracking Sheet June 10 [HCMLPDT000035] | | |
| 12. | Complaint for (1) Disallowance of Claim No. 205 in Its Entirety, (2) Estimation of Claim No. 205 for Allowance Purposes, or (3) Subordination of Any Allowed Portion of Claim No. 205 of Patrick Hagaman Daugherty [HCMLPDT000003-HCMLPDT000018] | | |
| 13. | Adv. Proc. No. 25-03055 – Dkt. No. 5 Patrick Daugherty's Motion to Dismiss [HCMLPDT001697-[HCMLPDT001709] | | |
| 14. | Adv. Proc. No. 21-03076 – Dkt. No. 158 Amended Complaint and Objection to Claims [HCMLPDT000208-[HCMLPDT000353] | | |
| 15. | Notice of Transmittal of NexPoint Real Estate Partners, LLC Second Amended Notice of Appeal [[HCMLPDT000358-[HCMLPDT000688] | | |
| 16. | Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 363 Approving Settlement with the HMIT Entities and Authorizing Actions Consistent Therewith Dkt. No. 4216 [HCMLPDT002917-HCMLPDT002934] | | |
| 17. | Declaration of Gregory V. Demo in Support of Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 363 Approving Settlement with the HMIT Entities and Authorizing Actions Consistent Therewith, Dkt. No. 4217 [HCMLPDT002935-HCMLPDT002962] | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 18. | Confidentiality and Non-Disclosure Agreement dated March 18, 2024 (Redacted) [HCMLPDT003098-HCMLPDT003103] | | |
| 19. | *Confidential Draft* of Presentation of Highland Capital Management on HCM Korea Overview dated March 2024 [HCMLPDT003116-HCMLPDT003133] | | |
| 20. | *Confidential Draft* of Presentation of Highland Capital Management on HCM Korea Overview dated October 2023 [HCMLPDT003134-HCMLPDT003152] | | |
| 21. | USCA Second Circuit Docket No. 25-643 Dkt. Entry 24.1 Order (granting Appellants' extension of time to file opening brief) [HCMLPDT001710] | | |
| 22. | SEC Amendment No. 1 to Form S-1 for Caris Life Sciences, Inc. [[HCMLPDT001711-[HCMLPDT002072] | | |
| 23. | SEC Form S-1 for Caris Life Sciences, Inc [HCMLPDT002073-HCMLPDT002439] | | |
| 24. | Highland Claimant Trust Letter to Patrick Daugherty dated May 20, 2025 re: Eighth Distribution [HCMLPDT000026] | | |
| 25. | USCA Second Circuit Case No. 25-643, Dkt Entry 21.1, Appellants' Unopposed Motion for Extension of Time to File Brief [HCMLPDT002984-HCMLPDT002987] | | |
| 26. | *Confidential Draft* of Presentation of Highland Capital Management on US Healthcare Growth Equity Opportunity dated October 2023 [HCMLPDT003104-HCMLPDT003115] | | |
| 27. | Indicative Sales Agreement (HCMLP Comments 12/30/2024) for US Gaming, LLC (Redacted) [HCMLPDT003153-HCMLPDT003155] | | |
| 28. | Post-Confirmation Report for Reorganized Debtor Dkt. No. 2949 for the Quarter Ending 09/30/2021 [HCMLPDT002440-HCMLPDT002444] | | |
| 29. | Post-Confirmation Report for Reorganized Debtor Dkt. No. 3004 for the Quarter Ending 09/30/2021 [HCMLPDT002445-HCMLPDT002449] | | |
| 30. | Post-Confirmation Report for Highland Claimant Trust Dkt. No. 3005 for the Quarter Ending 09/30/2021 [HCMLPDT002450-HCMLPDT002454] | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 31. | *Amended* Post-Confirmation Report for Reorganized Debtor Dkt. No. 3200 for the Quarter Ending 09/30/2021 [HCMLPDT002455-HCMLPDT002463] | | |
| 32. | Post-Confirmation Report for Reorganized Debtor Dkt. No. 3201 for the Quarter Ending 12/31/2021 [HCMLPDT002464-HCMLPDT002471] | | |
| 33. | Post-Confirmation Report for Highland Claimant Trust Dkt. No. 3202 for the Quarter Ending 12/31/2021 [HCMLPDT002472-HCMLPDT002478] | | |
| 34. | Post-Confirmation Report for Reorganized Debtor, Dkt. No. 3325 for the Quarter Ending 03/31/2022 [HCMLPDT002479-HCMLPDT002486] | | |
| 35. | Post-Confirmation Report for Highland Claimant Trust Dkt. No. 3326 for the Quarter Ending 03/31/2022 [HCMLPDT002487-HCMLPDT002494] | | |
| 36. | Post-Confirmation Report for Reorganized Debtor, Dkt. No. 3409 for the Quarter Ending 06/30/2022 [HCMLPDT002495-HCMLPDT002507] | | |
| 37. | Post-Confirmation Report for Highland Claimant Trust, Dkt. No. 3410 for the Quarter Ending 06/30/2022 [HCMLPDT002508-HCMLPDT002519] | | |
| 38. | Post-Confirmation Report for Reorganized Debtor, Dkt. No. 3582 for the Quarter Ending 09/30/2022 [HCMLPDT002520-HCMLPDT002531] | | |
| 39. | Post-Confirmation Report for Highland Claimant Trust, Dkt. No. 3583 for the Quarter Ending 09/30/2022 [HCMLPDT002532-HCMLPDT002543] | | |
| 40. | Post-Confirmation Report for Reorganized Debtor, Dkt. No. 3652 for the Quarter Ending 12/31/2022 [HCMLPDT002544-HCMLPDT002555] | | |
| 41. | Post-Confirmation Report for Highland Claimant Trust, Dkt. No. 3653 for the Quarter Ending 12/31/2022 [HCMLPDT002556-HCMLPDT002567] | | |
| 42. | Post-Confirmation Report for Reorganized Debtor, Dkt. No. 3756 for Quarter Ending 03/31/2023 [HCMLPDT002568-HCMLPDT002582] | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 43. | Post-Confirmation Report for Highland Claimant Trust, Dkt. No. 3757 for the Quarter Ending 03/31/2023 [HCMLPDT002583-HCMLPDT002597] | | |
| 44. | Post-Confirmation Report for Reorganized Debtor, Dkt. No. 3888 for Quarter Ending 06/30/2023 [HCMLPDT002598-HCMLPDT002609] | | |
| 45. | Post-Confirmation Report for Highland Claimant Trust, Dkt. No. 3889 for the Quarter Ending 06/30/2023 [HCMLPDT002610-HCMLPDT002621] | | |
| 46. | Post-Confirmation Report (error message) Dkt. No. 3953 [HCMLPDT002622-HCMLPDT002624] | | |
| 47. | Post-Confirmation Report (error message) Dkt. No. 3954 [HCMLPDT002625-HCMLPDT002627] | | |
| 48. | Post-Confirmation Report for Reorganized Debtor, Dkt. No. 3955 for Quarter Ending 09/30/2023 [HCMLPDT002628-HCMLPDT002639] | | |
| 49. | Post-Confirmation Report for Highland Claimant Trust, Dkt. No. 3956 for Quarter Ending 09/30/2023 [HCMLPDT002640-HCMLPDT002651] | | |
| 50. | Post-Confirmation Report for Reorganized Debtor, Dkt. No. 4020 for Quarter Ending 12/31/2023 [HCMLPDT002652-HCMLPDT002663] | | |
| 51. | Post-Confirmation Report for Highland Claimant Trust, Dkt. No. 4021 for Quarter Ending 12/31/2023 [HCMLPDT002664-HCMLPDT002675] | | |
| 52. | Post-Confirmation Report for Reorganized Debtor, Dkt. No. 4049 for Quarter Ending 03/31/2024 [HCMLPDT002676-HCMLPDT002687] | | |
| 53. | Post-Confirmation Report for Highland Claimant Trust, Dkt. No. 4050 for Quarter Ending 03/31/2024 [HCMLPDT002688-HCMLPDT002699] | | |
| 54. | Post-Confirmation Report for Reorganized Debtor, Dkt. No. 4130 for Quarter Ending 06/30/2024 [HCMLPDT002700-HCMLPDT002711] | | |
| 55. | Post-Confirmation Report for Highland Claimant Trust, Dkt. No. 4131 for Quarter Ending 06/30/2024 [HCMLPDT002712-HCMLPDT002723] | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 56. | Post-Confirmation Report for Reorganized Debtor, Dkt. No. 4171 for Quarter Ending 09/30/2024 [HCMLPDT002758-HCMLPDT002769] | | |
| 57. | Post-Confirmation Report for Highland Claimant Trust, Dkt. No. 4172 for Quarter Ending 09/30/2024 [HCMLPDT002770-HCMLPDT002781] | | |
| 58. | Post-Confirmation Report for Reorganized Debtor, Dkt. No. 4201 for Quarter Ending 12/31/2024 [HCMLPDT002782-HCMLPDT002793] | | |
| 59. | Post-Confirmation Report for Highland Claimant Trust, Dkt. No. 4202 for Quarter Ending 12/31/2024 [HCMLPDT002794-HCMLPDT002805] | | |
| 60. | Post-Confirmation Report for Reorganized Debtor, Dkt. No. 4207 for Quarter Ending 03/31/2025 [HCMLPDT002806-HCMLPDT002817] | | |
| 61. | Post-Confirmation Report for Highland Claimant Trust, Dkt. No. 4208 for Quarter Ending 03/31/2025 [HCMLPDT002818-HCMLPDT002829] | | |
| 62. | Notice of Filing of the Current Balance Sheet of the Highland Claimant Trust, Dkt. No. 3872 [HCMLPDT002879-HCMLPDT002884] | | |
| 63. | *Claimant Trust Agreement*, Section 9.1 (entire document can be found at Docket No. 1811-2, as modified by Docket No. 1875-4) | | |
| 64. | *Litigation Sub-Trust Agreement*, Section 9.1 (entire document can be found at (entire document can be found at Docket No. 1811-4) | | |
| 65. | *Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified)*, Section IV.B.14 (entire document can be found at Docket No. 1808) | | |
| 66. | Any document entered or filed in the Debtor's chapter 11 bankruptcy case, including any exhibits thereto | | |
| 67. | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| 68. | All exhibits identified by or offered by any other party at the Hearing | | |

Dated: June 20, 2025

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>Jeffrey N. Pomerantz (admitted *pro hac vice*)<br>John A. Morris (admitted *pro hac vice*)<br>Gregory V. Demo (admitted *pro hac vice*)<br>Jordan A. Kroop (admitted *pro hac vice*)<br>Hayley R. Winograd (admitted *pro hac vice*)<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 277-6910<br>Fax: (310) 201-0760<br>Email: jpomerantz@pszjlaw.com<br>jmorris@pszjlaw.com<br>gdemo@pszjlaw.com<br>jkroop@pszjlaw.com<br>hwinograd@pszjlaw.com<br><br> - and -<br><br>**HAYWARD PLLC**<br><br>*/s/ Zachery Z. Annable*<br>Melissa S. Hayward<br>Texas Bar No. 24044908<br>MHayward@HaywardFirm.com<br>Zachery Z. Annable<br>Texas Bar No. 24053075<br>ZAnnable@HaywardFirm.com<br>10501 N. Central Expy, Ste. 106<br>Dallas, Texas 75231<br>Tel: (972) 755-7100<br>Fax: (972) 755-7110<br><br>*Counsel for Highland Capital Management, L.P. and the Highland Claimant Trust* | **QUINN EMANUEL URQUHART & SULLIVAN LLP**<br><br>Deborah J. Newman (admitted *pro hac vice*)<br>Robert S. Loigman (admitted *pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br><br>-and-<br><br>**SIDLEY AUSTIN LLP**<br><br>Paige Holden Montgomery<br>2021 McKinney Avenue<br>Suite 2000<br>Dallas, Texas 75201<br>Telephone: (214) 981-3300<br><br>*Co-Counsel for Marc S. Kirschner, as Litigation Trustee of the Highland Litigation Sub-Trust* |