**EXHIBIT 1**

**EXHIBIT A**
**Listing of remaining unliquidated/non-cash or treasury assets by entity [1]**
as of May 31, 2025

| Entity/description | Primary remaining barriers to disposal |
|---|---|
| **Highland Claimant Trust** | |
| LLC units of HCMLP Investments LLC (single member LLC and holder of shares of Highland CLO Funding, Ltd.) | Resolution of appeal in 2nd Circuit Dkt 25-643 (NexPoint/Acis) [2] |
| Highland Litigation Sub-Trust | Order approving settlement with Hunter Mountain Investment Trust |
| | |
| **Highland Capital Management, LP** | |
| Shares of Highland Capital Management Korea Limited ("HCMK") [3] | IPO and eventual sale of Caris Life Sciences, Inc. |
| Note due from HCMK | IPO and eventual sale of Caris Life Sciences, Inc. |
| Note due from Hunter Mountain Investment Trust | Order approving settlement with Hunter Mountain Investment Trust |
| Contractual right to receive percentage of Acis CLO 2015-6, Ltd. subordinated note payments made to Highland CLO Funding, Ltd. | Resolution of appeal in 2nd Circuit Dkt 25-643 (NexPoint/Acis) [2] |
| Shares of Highland CLO Funding, Ltd. | Resolution of appeal in 2nd Circuit Dkt 25-643 (NexPoint/Acis) [2] |
| Court award for sanctions for bad faith against NexPoint Real Estate Partners, LLC (fka HCRE Partners, LLC) | Resolution of appeal in N.D. Tex. Case No. 3:24-cv-01479-S |
| | |
| **Highland Indemnity Trust** | |
| Note due from The Dugaboy Investment Trust on participation from Highland Capital Management, LP | Order approving settlement with Hunter Mountain Investment Trust |
| Contingent right to receive funds resulting from settlement with Mark Okada | Order approving settlement with Hunter Mountain Investment Trust |
| Limited partnership interests of Highland Capital Management, LP | Liquidation and winding-up of Highland Capital Management, LP |
| LLC units of HCMLP GP LLC | Liquidation and winding-up of Highland Capital Management, LP |
| | |
| **Highland Litigation Sub-Trust** | |
| Estate Claims | Order approving settlement with Hunter Mountain Investment Trust |

[1] Does not include cash, restricted cash, or treasury holdings, nor does it include assets that are either diminimus in value or non-economic. The "Notes" described below accrue interest at various rates. Accrued, but unpaid interest with respect to these notes is also an asset for the entities.

[2] Appellants are NexPoint Diversified Real Estate Trust and NHF TRS, LLC. Appellees are Joshua N. Terry, Acis Capital Management, LP, and Brigade Capital Management, LP. Each of the Appellants had previously filed counterclaims against the Appellees in the Southern Disctrict of New York, alleging among other things, breach of fiduciary duty and mismanagement of the Acis CLOs. These claims were dismissed with the Court finding that the counterclaims were meritless and failed to state viable causes of action. The order dismissing the counterclaims is the subject of the on-going appeal, for which the opening brief of Appellants was filed June 6, 2025. Funds are currently reserved at Acis CLO 2015-6, Ltd., pending the resolution of the appeal. Highland CLO Funding, Ltd. as the approximately 87% holder of subordinated notes of Acis CLO 2015-6, Ltd., is the largest economic stakeholder in Acis CLO 2015-6, Ltd. Highland CLO Funding, Ltd. is also obligated to remit to Highland Capital Management, LP a percentage of any receipts received on account of the Acis CLO 2015-6, Ltd. subordinated notes.

[3] Highland Capital Management, LP owns 100% of the shares outstanding of HCMK. HCMK is a South Korea-domiciled entity that is the co-general partner and a limited partner of a private equity-style fund and related special purpose entities. Such entities hold minority interests in Caris Life Sciences, Inc., a US-based company that filed a registration statement on Form S-1 with the SEC on May 23, 2025, signifying its intention to go public with an initial public offering. The company has applied to list its shares on the Nasdaq Global Select Market under the ticker symbol "CAI".