**EXHIBIT 9**

# The Dugaboy Investment Trust Fair Value Template

**Issuer / Industry:** The Dugaboy Investment Trust  
**Short Name:** Dugaboy  
**Portfolio Manager:** n/a  
**Analyst:** n/a  

**Date of Valuation:** 06/28/24

| Facility Name: | Promissory Note | Method: | Payback Period | Consistent: | Yes | 06/28/24 Mark: | $ 3,900,000 | 05/31/24 Mark: | $ 18,174,937 | Variance: | $ (14,274,937) | Variance %: | -78.5% |

## Background:

**Company Description:**  *(Alt+Enter to skip lines in cell)*

The Dugaboy Investment Trust ("Dugaboy") is a Delaware Trust established in 2010 for the benefit of Jim Dondero ("Dondero"). Dugaboy is believed to be one of Dondero's most significaant personal assets, holding among other itesm: 100% LP interest in NexPoint Advisors, Dondero's flagship real estate investment platform; significant portfolio of publicly traded Dondero-managed entities as well as privately held real estate investmentes and ther private investments; a potential claim to a contingent unvested derivative interest in the HCMLP estate through Dugaboy's purported claimon Hunter Mountain Investment Trust.

**Asset Description:**

Dugaboy was the Maker of a Promissory Note (the "Original Note") dated 12/28/16 in the face amount of $23,817,639.58 owed to The Get Good Non-Exempt Trust as Payee. The Get Good Non-Exempt Trust assigned 97.6835% of its interest in the original note to HCMLP on 12/28/16, retaining 2.3165%. The Original Note was replaced by an Amended Note in the face amount of $24,198,069.28 dated 5/31/17 and further replaced by a Promissory Note in the face amount of $24,268,621.69, also dated 5/31/17. The current face amount owed under the Note to HCMLP is $18,174,936.62 (76.67% of the original principal amount following amortization payments which occured between 2017-2023).

**Terms of the Note:**

Unsecured note due 12/31/46 (the note states that the final maturity date is 12/31/47, however it also states the note principal is due in thirty equal annual installments beginning 12/31/17, which would make the final installment due 12/31/46). Interest: 3.26% payable annually on December 31. Amortization: 1/30 of original principal amount owed annually on December 31 ($790k owed annually to HCMLP, or 4.35% of the current principal amount). Call Protection: none; Maker may prepay in whole or in part the unpaid principal or accrued interest of the Note. Event of Default: failure to pay this Note or any installment as it becomes due; immediate acceleration upon default. Cost of Collection: expressly included in note terms. Covenants: none.

## Estimated Current Non-GAAP Balance Sheet, Net of Secured Debt [1]

*USD $mm*

| Assets | | | Liabilities | | |
|---|---|---|---|---|---|
| Private Investments | $ | 111.1 | Note owend to Jim Dondero [2] | $ | 110.5 |
| Net Securities + Real Estate | $ | 69.3 | Note owed to HCMLP | $ | 18.2 |
| Notes Receivable | $ | 22.8 | Other Liabiliies | $ | 16.2 |
| Cash | $ | 17.7 | Total Liabilities [3] | $ | 144.9 |
| Other Assets | $ | 0.0 | | | |
| | | | Equity | $ | 75.9 |
| Total Assets | $ | 220.8 | Total Liabilities + Equity | $ | 220.84 |
| | | | LTV | | 65.6% |

[1] Adjust 9/30/20 Accrual Based Balance Sheet to est current FMV, assets shown net of corresponding secured debt  
[2] Note potentially subject to creditor dispute  
[3] Dugaboy is likely to have significant contingent liabilities in the form of guarantees on borrowings made by other entities

## Methodology

**Rationale for Methodology:**

Because of 1) the extended duration until final maturity, 2) the lack of security or covenants, 3) historical examples of Dugboy / Dondero's unwillingness to pay debts as the come due or to strip debtor entities of assets, 4) the size of the note owed to Jim Dondero and its potential temporal seniority, 5) the litigiousness of the borrower, 6) the illiquidity of the note, and 7) the risk of contingent liabilities leaving Dugaboy insolvent, a 'Payback Period' analysis was performed to value the note. Under this analysis, a fair value for the note is based on the number of amortization / interest payments (each due annually on December 31) until the purchase price is paid back. As a result of the list of associated risks noted above, a shorter payback period is heavily weighted vs longer payback periods.

**Has a 3rd party performed an appraisal in the last 12 months?**  No

**Dugaboy Promissory Note Fair Value Analysis**

Beginning principal owed to HCMLP     $ 18,174,936.62

|  | Case 1 | Case 2 | Case 3 |
|---|---|---|---|
| Purchase Price (% of Current Par): | 15.08% | 22.41% | 29.59% |
| Purchase Price $ | $ 2,741,297.45 | $ 4,072,493.03 | $ 5,377,927.61 |
| IRR to Maturity | 62.21% | 37.84% | 26.86% |
| Payback Period (Years) | 1.5 | 2.5 | 3.5 |
| Payback Date | 12/31/2025 | 12/31/2026 | 12/31/2027 |
| Assigned Weight | 20% | 70% | 10% |

| | |
|---|---|
| Weighted Price ($) | $ 3,936,797.37 |
| Weighted Price (% of Current Par): | 21.7% |

| | |
|---|---|
| Rounded Price: | $ 3,900,000.00 |
| (% of Current Par) | 21.46% |
| IRR to Maturity | 39.92% |

PRIVILEGED AND CONFIDENTIAL
**CASE 1**
**Dugaboy promissory note owed to HCMLP**

| | | |
|---|---|---|
| Beginning principal owed to HCMLP | $ 18,174,936.62 | |
| Interest rate | 3.26% | |
| Maturity | 12/31/2046 | |
| Years to Maturity | 22.52 | |
| Amort / Yr | 4.35% | |
| WAL (years) | 10.48 | |
| | | |
| Purchase Price (% of Par) | 15.08% | [Illustrative] |
| Purchase Price ($) | $ 2,741,297.45 | [trades flat] |
| Valuation Date | 6/30/2024 | [Illustrative] |
| IRR: | 62.21% | |
| Return % | 822.57% | |
| P/L | $ 22,549,179.43 | |
| Payback period | 1.5 | |

| | Amort schedule | | | | | | Cash Flows | No of Years | CF x No of Years | CF | Cumulative | Cumulative Inflows |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beg principal | Amort Payment | Interest Payment | Total Payment | Ending Principal | | | | | | | |
| 12/31/2023 | | | | | $ 18,174,936.62 | | 6/30/2024 | | | $ (2,741,297.45) | $ (2,741,297.45) | |
| 12/31/2024 | $ 18,174,936.62 | $ 790,214.64 | $ 594,126.23 | $ 1,384,340.87 | $ 17,384,721.98 | | 12/31/2024 | 0.5 | $ 697,859.51 | $ 1,384,340.87 | $ (1,356,956.58) | $ 1,384,340.87 |
| 12/31/2025 | $ 17,384,721.98 | $ 790,214.64 | $ 566,741.94 | $ 1,356,956.58 | $ 16,594,507.34 | | 12/31/2025 | 1.5 | $ 2,041,011.40 | $ 1,356,956.58 | $ - | $ 2,741,297.45 |
| 12/31/2026 | $ 16,594,507.34 | $ 790,214.64 | $ 540,980.94 | $ 1,331,195.58 | $ 15,804,292.70 | | 12/31/2026 | 2.5 | $ 3,333,459.61 | $ 1,331,195.58 | $ 1,331,195.58 | $ 4,072,493.03 |
| 12/31/2027 | $ 15,804,292.70 | $ 790,214.64 | $ 515,219.94 | $ 1,305,434.58 | $ 15,014,078.06 | | 12/31/2027 | 3.5 | $ 4,574,385.84 | $ 1,305,434.58 | $ 2,636,630.16 | $ 5,377,927.61 |
| 12/31/2028 | $ 15,014,078.06 | $ 790,214.64 | $ 490,799.93 | $ 1,281,014.57 | $ 14,223,863.42 | | 12/31/2028 | 4.5 | $ 5,773,339.63 | $ 1,281,014.57 | $ 3,917,644.73 | $ 6,658,942.18 |
| 12/31/2029 | $ 14,223,863.42 | $ 790,214.64 | $ 463,697.95 | $ 1,253,912.59 | $ 13,433,648.78 | | 12/31/2029 | 5.5 | $ 6,905,107.67 | $ 1,253,912.59 | $ 5,171,557.32 | $ 7,912,854.76 |
| 12/31/2030 | $ 13,433,648.78 | $ 790,214.64 | $ 437,936.95 | $ 1,228,151.59 | $ 12,643,434.14 | | 12/31/2030 | 6.5 | $ 7,991,397.33 | $ 1,228,151.59 | $ 6,399,708.91 | $ 9,141,006.35 |
| 12/31/2031 | $ 12,643,434.14 | $ 790,214.64 | $ 412,175.95 | $ 1,202,390.59 | $ 11,853,219.50 | | 12/31/2031 | 7.5 | $ 9,026,165.00 | $ 1,202,390.59 | $ 7,602,099.50 | $ 10,343,396.95 |
| 12/31/2032 | $ 11,853,219.50 | $ 790,214.64 | $ 387,473.63 | $ 1,177,688.27 | $ 11,063,004.86 | | 12/31/2032 | 8.5 | $ 10,021,643.17 | $ 1,177,688.27 | $ 8,779,787.77 | $ 11,521,085.21 |
| 12/31/2033 | $ 11,063,004.86 | $ 790,214.64 | $ 360,653.96 | $ 1,150,868.60 | $ 10,272,790.22 | | 12/31/2033 | 9.5 | $ 10,944,287.41 | $ 1,150,868.60 | $ 9,930,656.37 | |
| 12/31/2034 | $ 10,272,790.22 | $ 790,214.64 | $ 334,892.96 | $ 1,125,107.60 | $ 9,482,575.58 | | 12/31/2034 | 10.5 | $ 11,824,418.52 | $ 1,125,107.60 | $ 11,055,763.97 | |
| 12/31/2035 | $ 9,482,575.58 | $ 790,214.64 | $ 309,131.96 | $ 1,099,346.60 | $ 8,692,360.94 | | 12/31/2035 | 11.5 | $ 12,653,027.62 | $ 1,099,346.60 | $ 12,155,110.57 | |
| 12/31/2036 | $ 8,692,360.94 | $ 790,214.64 | $ 284,147.33 | $ 1,074,361.97 | $ 7,902,146.30 | | 12/31/2036 | 12.5 | $ 13,442,770.13 | $ 1,074,361.97 | $ 13,229,472.54 | |
| 12/31/2037 | $ 7,902,146.30 | $ 790,214.64 | $ 257,609.97 | $ 1,047,824.61 | $ 7,111,931.66 | | 12/31/2037 | 13.5 | $ 14,158,550.61 | $ 1,047,824.61 | $ 14,277,297.15 | |
| 12/31/2038 | $ 7,111,931.66 | $ 790,214.64 | $ 231,848.97 | $ 1,022,063.61 | $ 6,321,717.02 | | 12/31/2038 | 14.5 | $ 14,832,523.16 | $ 1,022,063.61 | $ 15,299,360.76 | |
| 12/31/2039 | $ 6,321,717.02 | $ 790,214.64 | $ 206,087.97 | $ 996,302.61 | $ 5,531,502.38 | | 12/31/2039 | 15.5 | $ 15,454,973.71 | $ 996,302.61 | $ 16,295,663.37 | |
| 12/31/2040 | $ 5,531,502.38 | $ 790,214.64 | $ 180,821.02 | $ 971,035.66 | $ 4,741,287.74 | | 12/31/2040 | 16.5 | $ 16,036,720.50 | $ 971,035.66 | $ 17,266,699.04 | |
| 12/31/2041 | $ 4,741,287.74 | $ 790,214.64 | $ 154,565.98 | $ 944,780.62 | $ 3,951,073.10 | | 12/31/2041 | 17.5 | $ 16,547,897.28 | $ 944,780.62 | $ 18,211,479.66 | |
| 12/31/2042 | $ 3,951,073.10 | $ 790,214.64 | $ 128,804.98 | $ 919,019.62 | $ 3,160,858.46 | | 12/31/2042 | 18.5 | $ 17,015,711.27 | $ 919,019.62 | $ 19,130,499.28 | |
| 12/31/2043 | $ 3,160,858.46 | $ 790,214.64 | $ 103,043.99 | $ 893,258.63 | $ 2,370,643.82 | | 12/31/2043 | 19.5 | $ 17,432,003.26 | $ 893,258.63 | $ 20,023,757.91 | |
| 12/31/2044 | $ 2,370,643.82 | $ 790,214.64 | $ 77,494.72 | $ 867,709.36 | $ 1,580,429.18 | | 12/31/2044 | 20.5 | $ 17,803,494.29 | $ 867,709.36 | $ 20,891,467.27 | |
| 12/31/2045 | $ 1,580,429.18 | $ 790,214.64 | $ 51,521.99 | $ 841,736.63 | $ 790,214.54 | | 12/31/2045 | 21.5 | $ 18,112,327.40 | $ 841,736.63 | $ 21,733,203.90 | |
| 12/31/2046 | $ 790,214.54 | $ 790,214.54 | $ 25,760.99 | $ 815,975.53 | $ - | | 12/31/2046 | 22.5 | $ 18,373,980.59 | $ 815,975.53 | $ 22,549,179.43 | |
| | | | $ 7,115,540.26 | $ 25,290,476.88 | | | | | | | $ 22,549,179.43 | |
| | | | Purchase Price: | $ (2,741,297.45) | [Illustrative] | | | | | | | |
| | | | P/L: | $ 22,549,179.43 | [Illustrative] | | | | | | | |

PRIVILEGED AND CONFIDENTIAL

**CASE 2**
**Dugaboy promissory note owed to HCMLP**

| | | |
|---|---|---|
| Beginning principal owed to HCMLP | $ 18,174,936.62 | |
| Interest rate | 3.26% | |
| Maturity | 12/31/2046 | |
| Years to Maturity | 22.52 | |
| Amort / Yr | 4.35% | |
| WAL (years) | 10.48 | |
| | | |
| Purchase Price (% of Par) | 22.41% | [Illustrative] |
| Purchase Price ($) | $ 4,072,493.03 | [trades flat] |
| Valuation Date | 6/30/2024 | [Illustrative] |
| IRR: | 37.84% | |
| Return % | 521.01% | |
| P/L | $ 21,217,983.85 | |
| Payback period | 2.5 | |

| | Amort schedule | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beg principal | Amort Payment | Interest Payment | Total Payment | Ending Principal | | Cash Flows | No of Years | CF x No of Years | CF | Cumulative | Cumulative Inflows |
| 12/31/2023 | | | | | $ 18,174,936.62 | | 6/30/2024 | | | $ (4,072,493.03) | $ (4,072,493.03) | |
| 12/31/2024 | $ 18,174,936.62 | $ 790,214.64 | $ 594,126.23 | $ 1,384,340.87 | $ 17,384,721.98 | | 12/31/2024 | 0.5 | $ 697,859.51 | $ 1,384,340.87 | $ (2,688,152.16) | $ 1,384,340.87 |
| 12/31/2025 | $ 17,384,721.98 | $ 790,214.64 | $ 566,741.94 | $ 1,356,956.58 | $ 16,594,507.34 | | 12/31/2025 | 1.5 | $ 2,041,011.40 | $ 1,356,956.58 | $ (1,331,195.58) | $ 2,741,297.45 |
| 12/31/2026 | $ 16,594,507.34 | $ 790,214.64 | $ 540,980.94 | $ 1,331,195.58 | $ 15,804,292.70 | | 12/31/2026 | 2.5 | $ 3,333,459.61 | $ 1,331,195.58 | $ - | $ 4,072,493.03 |
| 12/31/2027 | $ 15,804,292.70 | $ 790,214.64 | $ 515,219.94 | $ 1,305,434.58 | $ 15,014,078.06 | | 12/31/2027 | 3.5 | $ 4,574,385.84 | $ 1,305,434.58 | $ 1,305,434.58 | $ 5,377,927.61 |
| 12/31/2028 | $ 15,014,078.06 | $ 790,214.64 | $ 490,799.93 | $ 1,281,014.57 | $ 14,223,863.42 | | 12/31/2028 | 4.5 | $ 5,773,339.63 | $ 1,281,014.57 | $ 2,586,449.15 | $ 6,658,942.18 |
| 12/31/2029 | $ 14,223,863.42 | $ 790,214.64 | $ 463,697.95 | $ 1,253,912.59 | $ 13,433,648.78 | | 12/31/2029 | 5.5 | $ 6,905,107.67 | $ 1,253,912.59 | $ 3,840,361.74 | $ 7,912,854.76 |
| 12/31/2030 | $ 13,433,648.78 | $ 790,214.64 | $ 437,936.95 | $ 1,228,151.59 | $ 12,643,434.14 | | 12/31/2030 | 6.5 | $ 7,991,397.33 | $ 1,228,151.59 | $ 5,068,513.33 | $ 9,141,006.35 |
| 12/31/2031 | $ 12,643,434.14 | $ 790,214.64 | $ 412,175.95 | $ 1,202,390.59 | $ 11,853,219.50 | | 12/31/2031 | 7.5 | $ 9,026,165.00 | $ 1,202,390.59 | $ 6,270,903.92 | $ 10,343,396.95 |
| 12/31/2032 | $ 11,853,219.50 | $ 790,214.64 | $ 387,473.63 | $ 1,177,688.27 | $ 11,063,004.86 | | 12/31/2032 | 8.5 | $ 10,021,643.17 | $ 1,177,688.27 | $ 7,448,592.19 | $ 11,521,085.21 |
| 12/31/2033 | $ 11,063,004.86 | $ 790,214.64 | $ 360,653.96 | $ 1,150,868.60 | $ 10,272,790.22 | | 12/31/2033 | 9.5 | $ 10,944,287.41 | $ 1,150,868.60 | $ 8,599,460.79 | |
| 12/31/2034 | $ 10,272,790.22 | $ 790,214.64 | $ 334,892.96 | $ 1,125,107.60 | $ 9,482,575.58 | | 12/31/2034 | 10.5 | $ 11,824,418.52 | $ 1,125,107.60 | $ 9,724,568.39 | |
| 12/31/2035 | $ 9,482,575.58 | $ 790,214.64 | $ 309,131.96 | $ 1,099,346.60 | $ 8,692,360.94 | | 12/31/2035 | 11.5 | $ 12,653,027.62 | $ 1,099,346.60 | $ 10,823,914.99 | |
| 12/31/2036 | $ 8,692,360.94 | $ 790,214.64 | $ 284,147.33 | $ 1,074,361.97 | $ 7,902,146.30 | | 12/31/2036 | 12.5 | $ 13,442,770.13 | $ 1,074,361.97 | $ 11,898,276.96 | |
| 12/31/2037 | $ 7,902,146.30 | $ 790,214.64 | $ 257,609.97 | $ 1,047,824.61 | $ 7,111,931.66 | | 12/31/2037 | 13.5 | $ 14,158,550.61 | $ 1,047,824.61 | $ 12,946,101.57 | |
| 12/31/2038 | $ 7,111,931.66 | $ 790,214.64 | $ 231,848.97 | $ 1,022,063.61 | $ 6,321,717.02 | | 12/31/2038 | 14.5 | $ 14,832,523.16 | $ 1,022,063.61 | $ 13,968,165.18 | |
| 12/31/2039 | $ 6,321,717.02 | $ 790,214.64 | $ 206,087.97 | $ 996,302.61 | $ 5,531,502.38 | | 12/31/2039 | 15.5 | $ 15,454,973.71 | $ 996,302.61 | $ 14,964,467.79 | |
| 12/31/2040 | $ 5,531,502.38 | $ 790,214.64 | $ 180,821.02 | $ 971,035.66 | $ 4,741,287.74 | | 12/31/2040 | 16.5 | $ 16,036,720.50 | $ 971,035.66 | $ 15,935,503.46 | |
| 12/31/2041 | $ 4,741,287.74 | $ 790,214.64 | $ 154,565.98 | $ 944,780.62 | $ 3,951,073.10 | | 12/31/2041 | 17.5 | $ 16,547,897.28 | $ 944,780.62 | $ 16,880,284.08 | |
| 12/31/2042 | $ 3,951,073.10 | $ 790,214.64 | $ 128,804.98 | $ 919,019.62 | $ 3,160,858.46 | | 12/31/2042 | 18.5 | $ 17,015,711.27 | $ 919,019.62 | $ 17,799,303.70 | |
| 12/31/2043 | $ 3,160,858.46 | $ 790,214.64 | $ 103,043.99 | $ 893,258.63 | $ 2,370,643.82 | | 12/31/2043 | 19.5 | $ 17,432,003.26 | $ 893,258.63 | $ 18,692,562.33 | |
| 12/31/2044 | $ 2,370,643.82 | $ 790,214.64 | $ 77,494.72 | $ 867,709.36 | $ 1,580,429.18 | | 12/31/2044 | 20.5 | $ 17,803,494.29 | $ 867,709.36 | $ 19,560,271.69 | |
| 12/31/2045 | $ 1,580,429.18 | $ 790,214.64 | $ 51,521.99 | $ 841,736.63 | $ 790,214.54 | | 12/31/2045 | 21.5 | $ 18,112,327.40 | $ 841,736.63 | $ 20,402,008.32 | |
| 12/31/2046 | $ 790,214.54 | $ 790,214.54 | $ 25,760.99 | $ 815,975.53 | $ - | | 12/31/2046 | 22.5 | $ 18,373,980.59 | $ 815,975.53 | $ 21,217,983.85 | |
| | | $ 7,115,540.26 | $ 25,290,476.88 | | | | | | | $ 21,217,983.85 | | |
| | | | Purchase Price: | $ (4,072,493.03) | [Illustrative] | | | | | | | |
| | | | P/L: | $ 21,217,983.85 | [Illustrative] | | | | | | | |

PRIVILEGED AND CONFIDENTIAL

**CASE 3**
**Dugaboy promissory note owed to HCMLP**

| | |
|---|---|
| Beginning principal owed to HCMLP | $ 18,174,936.62 |
| Interest rate | 3.26% |
| Maturity | 12/31/2046 |
| Years to Maturity | 22.52 |
| Amort / Yr | 4.35% |
| WAL (years) | 10.48 |
| Purchase Price (% of Par) | 29.59% [Illustrative] |
| Purchase Price ($) | $ 5,377,927.61 [trades flat] |
| Valuation Date | 6/30/2024 [Illustrative] |
| IRR: | 26.86% |
| Return % | 370.26% |
| P/L | $ 19,912,549.27 |
| Payback period | 3.5 |

Amort schedule

| | Beg principal | Amort Payment | Interest Payment | Total Payment | Ending Principal | | Cash Flows | No of Years | CF x No of Years | CF | Cumulative | Cumulative Inflows |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2023 | | | | | $ 18,174,936.62 | | 6/30/2024 | | | $ (5,377,927.61) | $ (5,377,927.61) | |
| 12/31/2024 | $ 18,174,936.62 | $ 790,214.64 | $ 594,126.23 | $ 1,384,340.87 | $ 17,384,721.98 | | 12/31/2024 | 0.5 | $ 697,859.51 | $ 1,384,340.87 | $ (3,993,586.74) | $ 1,384,340.87 |
| 12/31/2025 | $ 17,384,721.98 | $ 790,214.64 | $ 566,741.94 | $ 1,356,956.58 | $ 16,594,507.34 | | 12/31/2025 | 1.5 | $ 2,041,011.40 | $ 1,356,956.58 | $ (2,636,630.16) | $ 2,741,297.45 |
| 12/31/2026 | $ 16,594,507.34 | $ 790,214.64 | $ 540,980.94 | $ 1,331,195.58 | $ 15,804,292.70 | | 12/31/2026 | 2.5 | $ 3,333,459.61 | $ 1,331,195.58 | $ (1,305,434.58) | $ 4,072,493.03 |
| 12/31/2027 | $ 15,804,292.70 | $ 790,214.64 | $ 515,219.94 | $ 1,305,434.58 | $ 15,014,078.06 | | 12/31/2027 | 3.5 | $ 4,574,385.84 | $ 1,305,434.58 | $ - | $ 5,377,927.61 |
| 12/31/2028 | $ 15,014,078.06 | $ 790,214.64 | $ 490,799.93 | $ 1,281,014.57 | $ 14,223,863.42 | | 12/31/2028 | 4.5 | $ 5,773,339.63 | $ 1,281,014.57 | $ 1,281,014.57 | $ 6,658,942.18 |
| 12/31/2029 | $ 14,223,863.42 | $ 790,214.64 | $ 463,697.95 | $ 1,253,912.59 | $ 13,433,648.78 | | 12/31/2029 | 5.5 | $ 6,905,107.67 | $ 1,253,912.59 | $ 2,534,927.16 | $ 7,912,854.76 |
| 12/31/2030 | $ 13,433,648.78 | $ 790,214.64 | $ 437,936.95 | $ 1,228,151.59 | $ 12,643,434.14 | | 12/31/2030 | 6.5 | $ 7,991,397.33 | $ 1,228,151.59 | $ 3,763,078.75 | $ 9,141,006.35 |
| 12/31/2031 | $ 12,643,434.14 | $ 790,214.64 | $ 412,175.95 | $ 1,202,390.59 | $ 11,853,219.50 | | 12/31/2031 | 7.5 | $ 9,026,165.00 | $ 1,202,390.59 | $ 4,965,469.34 | $ 10,343,396.95 |
| 12/31/2032 | $ 11,853,219.50 | $ 790,214.64 | $ 387,473.63 | $ 1,177,688.27 | $ 11,063,004.86 | | 12/31/2032 | 8.5 | $ 10,021,643.17 | $ 1,177,688.27 | $ 6,143,157.61 | $ 11,521,085.21 |
| 12/31/2033 | $ 11,063,004.86 | $ 790,214.64 | $ 360,653.96 | $ 1,150,868.60 | $ 10,272,790.22 | | 12/31/2033 | 9.5 | $ 10,944,287.41 | $ 1,150,868.60 | $ 7,294,026.20 | |
| 12/31/2034 | $ 10,272,790.22 | $ 790,214.64 | $ 334,892.96 | $ 1,125,107.60 | $ 9,482,575.58 | | 12/31/2034 | 10.5 | $ 11,824,418.52 | $ 1,125,107.60 | $ 8,419,133.81 | |
| 12/31/2035 | $ 9,482,575.58 | $ 790,214.64 | $ 309,131.96 | $ 1,099,346.60 | $ 8,692,360.94 | | 12/31/2035 | 11.5 | $ 12,653,027.62 | $ 1,099,346.60 | $ 9,518,480.41 | |
| 12/31/2036 | $ 8,692,360.94 | $ 790,214.64 | $ 284,147.33 | $ 1,074,361.97 | $ 7,902,146.30 | | 12/31/2036 | 12.5 | $ 13,442,770.13 | $ 1,074,361.97 | $ 10,592,842.37 | |
| 12/31/2037 | $ 7,902,146.30 | $ 790,214.64 | $ 257,609.97 | $ 1,047,824.61 | $ 7,111,931.66 | | 12/31/2037 | 13.5 | $ 14,158,550.61 | $ 1,047,824.61 | $ 11,640,666.98 | |
| 12/31/2038 | $ 7,111,931.66 | $ 790,214.64 | $ 231,848.97 | $ 1,022,063.61 | $ 6,321,717.02 | | 12/31/2038 | 14.5 | $ 14,832,523.16 | $ 1,022,063.61 | $ 12,662,730.60 | |
| 12/31/2039 | $ 6,321,717.02 | $ 790,214.64 | $ 206,087.97 | $ 996,302.61 | $ 5,531,502.38 | | 12/31/2039 | 15.5 | $ 15,454,973.71 | $ 996,302.61 | $ 13,659,033.21 | |
| 12/31/2040 | $ 5,531,502.38 | $ 790,214.64 | $ 180,821.02 | $ 971,035.66 | $ 4,741,287.74 | | 12/31/2040 | 16.5 | $ 16,036,720.50 | $ 971,035.66 | $ 14,630,068.88 | |
| 12/31/2041 | $ 4,741,287.74 | $ 790,214.64 | $ 154,565.98 | $ 944,780.62 | $ 3,951,073.10 | | 12/31/2041 | 17.5 | $ 16,547,897.28 | $ 944,780.62 | $ 15,574,849.50 | |
| 12/31/2042 | $ 3,951,073.10 | $ 790,214.64 | $ 128,804.98 | $ 919,019.62 | $ 3,160,858.46 | | 12/31/2042 | 18.5 | $ 17,015,711.27 | $ 919,019.62 | $ 16,493,869.12 | |
| 12/31/2043 | $ 3,160,858.46 | $ 790,214.64 | $ 103,043.99 | $ 893,258.63 | $ 2,370,643.82 | | 12/31/2043 | 19.5 | $ 17,432,003.26 | $ 893,258.63 | $ 17,387,127.74 | |
| 12/31/2044 | $ 2,370,643.82 | $ 790,214.64 | $ 77,494.72 | $ 867,709.36 | $ 1,580,429.18 | | 12/31/2044 | 20.5 | $ 17,803,494.29 | $ 867,709.36 | $ 18,254,837.11 | |
| 12/31/2045 | $ 1,580,429.18 | $ 790,214.64 | $ 51,521.99 | $ 841,736.63 | $ 790,214.54 | | 12/31/2045 | 21.5 | $ 18,112,327.40 | $ 841,736.63 | $ 19,096,573.74 | |
| 12/31/2046 | $ 790,214.54 | $ 790,214.54 | $ 25,760.99 | $ 815,975.53 | $ - | | 12/31/2046 | 22.5 | $ 18,373,980.59 | $ 815,975.53 | $ 19,912,549.27 | |
| | | | $ 7,115,540.26 | $ 25,290,476.88 | | | | | | | $ 19,912,549.27 | |
| | | | Purchase Price: | $ (5,377,927.61) [Illustrative] | | | | | | | | |
| | | | P/L: | $ 19,912,549.27 [Illustrative] | | | | | | | | |

PRIVILEGED AND CONFIDENTIAL

**CASE 3**
**Dugaboy promissory note owed to HCMLP**

| | | |
|---|---|---|
| Beginning principal owed to HCMLP | $ 18,174,936.62 | |
| Interest rate | 3.26% | |
| Maturity | 12/31/2046 | |
| Years to Maturity | 22.52 | |
| Amort / Yr | 4.35% | |
| WAL (years) | 10.48 | |
| | | |
| Purchase Price (% of Par) | 21.46% | [Illustrative] |
| Purchase Price ($) | $ 3,900,000.00 | [trades flat] |
| Valuation Date | 6/30/2024 | [Illustrative] |
| IRR: | 39.92% | |
| Return % | 548.47% | |
| P/L | $ 21,390,476.88 | |
| Payback period | 2.5 | |

Amort schedule

| | Beg principal | Amort Payment | Interest Payment | Total Payment | Ending Principal | | Cash Flows | No of Years | CF x No of Years | CF | Cumulative | Cumulative Inflows |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2023 | | | | | $ 18,174,936.62 | | 6/30/2024 | | | $ (3,900,000.00) | $ (3,900,000.00) | |
| 12/31/2024 | $ 18,174,936.62 | $ 790,214.64 | $ 594,126.23 | $ 1,384,340.87 | $ 17,384,721.98 | | 12/31/2024 | 0.5 | $ 697,859.51 | $ 1,384,340.87 | $ (2,515,659.13) | $ 1,384,340.87 |
| 12/31/2025 | $ 17,384,721.98 | $ 790,214.64 | $ 566,741.94 | $ 1,356,956.58 | $ 16,594,507.34 | | 12/31/2025 | 1.5 | $ 2,041,011.40 | $ 1,356,956.58 | $ (1,158,702.55) | $ 2,741,297.45 |
| 12/31/2026 | $ 16,594,507.34 | $ 790,214.64 | $ 540,980.94 | $ 1,331,195.58 | $ 15,804,292.70 | | 12/31/2026 | 2.5 | $ 3,333,459.61 | $ 1,331,195.58 | $ 172,493.03 | $ 4,072,493.03 |
| 12/31/2027 | $ 15,804,292.70 | $ 790,214.64 | $ 515,219.94 | $ 1,305,434.58 | $ 15,014,078.06 | | 12/31/2027 | 3.5 | $ 4,574,385.84 | $ 1,305,434.58 | $ 1,477,927.61 | $ 5,377,927.61 |
| 12/31/2028 | $ 15,014,078.06 | $ 790,214.64 | $ 490,799.93 | $ 1,281,014.57 | $ 14,223,863.42 | | 12/31/2028 | 4.5 | $ 5,773,339.63 | $ 1,281,014.57 | $ 2,758,942.18 | $ 6,658,942.18 |
| 12/31/2029 | $ 14,223,863.42 | $ 790,214.64 | $ 463,697.95 | $ 1,253,912.59 | $ 13,433,648.78 | | 12/31/2029 | 5.5 | $ 6,905,107.67 | $ 1,253,912.59 | $ 4,012,854.76 | $ 7,912,854.76 |
| 12/31/2030 | $ 13,433,648.78 | $ 790,214.64 | $ 437,936.95 | $ 1,228,151.59 | $ 12,643,434.14 | | 12/31/2030 | 6.5 | $ 7,991,397.33 | $ 1,228,151.59 | $ 5,241,006.35 | $ 9,141,006.35 |
| 12/31/2031 | $ 12,643,434.14 | $ 790,214.64 | $ 412,175.95 | $ 1,202,390.59 | $ 11,853,219.50 | | 12/31/2031 | 7.5 | $ 9,026,165.00 | $ 1,202,390.59 | $ 6,443,396.95 | $ 10,343,396.95 |
| 12/31/2032 | $ 11,853,219.50 | $ 790,214.64 | $ 387,473.63 | $ 1,177,688.27 | $ 11,063,004.86 | | 12/31/2032 | 8.5 | $ 10,021,643.17 | $ 1,177,688.27 | $ 7,621,085.21 | $ 11,521,085.21 |
| 12/31/2033 | $ 11,063,004.86 | $ 790,214.64 | $ 360,653.96 | $ 1,150,868.60 | $ 10,272,790.22 | | 12/31/2033 | 9.5 | $ 10,944,287.41 | $ 1,150,868.60 | $ 8,771,953.81 | |
| 12/31/2034 | $ 10,272,790.22 | $ 790,214.64 | $ 334,892.96 | $ 1,125,107.60 | $ 9,482,575.58 | | 12/31/2034 | 10.5 | $ 11,824,418.52 | $ 1,125,107.60 | $ 9,897,061.41 | |
| 12/31/2035 | $ 9,482,575.58 | $ 790,214.64 | $ 309,131.96 | $ 1,099,346.60 | $ 8,692,360.94 | | 12/31/2035 | 11.5 | $ 12,653,027.62 | $ 1,099,346.60 | $ 10,996,408.02 | |
| 12/31/2036 | $ 8,692,360.94 | $ 790,214.64 | $ 284,147.33 | $ 1,074,361.97 | $ 7,902,146.30 | | 12/31/2036 | 12.5 | $ 13,442,770.13 | $ 1,074,361.97 | $ 12,070,769.98 | |
| 12/31/2037 | $ 7,902,146.30 | $ 790,214.64 | $ 257,609.97 | $ 1,047,824.61 | $ 7,111,931.66 | | 12/31/2037 | 13.5 | $ 14,158,550.61 | $ 1,047,824.61 | $ 13,118,594.59 | |
| 12/31/2038 | $ 7,111,931.66 | $ 790,214.64 | $ 231,848.97 | $ 1,022,063.61 | $ 6,321,717.02 | | 12/31/2038 | 14.5 | $ 14,832,523.16 | $ 1,022,063.61 | $ 14,140,658.20 | |
| 12/31/2039 | $ 6,321,717.02 | $ 790,214.64 | $ 206,087.97 | $ 996,302.61 | $ 5,531,502.38 | | 12/31/2039 | 15.5 | $ 15,454,973.71 | $ 996,302.61 | $ 15,136,960.82 | |
| 12/31/2040 | $ 5,531,502.38 | $ 790,214.64 | $ 180,821.02 | $ 971,035.66 | $ 4,741,287.74 | | 12/31/2040 | 16.5 | $ 16,036,720.50 | $ 971,035.66 | $ 16,107,996.48 | |
| 12/31/2041 | $ 4,741,287.74 | $ 790,214.64 | $ 154,565.98 | $ 944,780.62 | $ 3,951,073.10 | | 12/31/2041 | 17.5 | $ 16,547,897.28 | $ 944,780.62 | $ 17,052,777.10 | |
| 12/31/2042 | $ 3,951,073.10 | $ 790,214.64 | $ 128,804.98 | $ 919,019.62 | $ 3,160,858.46 | | 12/31/2042 | 18.5 | $ 17,015,711.27 | $ 919,019.62 | $ 17,971,796.73 | |
| 12/31/2043 | $ 3,160,858.46 | $ 790,214.64 | $ 103,043.99 | $ 893,258.63 | $ 2,370,643.82 | | 12/31/2043 | 19.5 | $ 17,432,003.26 | $ 893,258.63 | $ 18,865,055.35 | |
| 12/31/2044 | $ 2,370,643.82 | $ 790,214.64 | $ 77,494.72 | $ 867,709.36 | $ 1,580,429.18 | | 12/31/2044 | 20.5 | $ 17,803,494.29 | $ 867,709.36 | $ 19,732,764.71 | |
| 12/31/2045 | $ 1,580,429.18 | $ 790,214.64 | $ 51,521.99 | $ 841,736.63 | $ 790,214.54 | | 12/31/2045 | 21.5 | $ 18,112,327.40 | $ 841,736.63 | $ 20,574,501.35 | |
| 12/31/2046 | $ 790,214.54 | $ 790,214.54 | $ 25,760.99 | $ 815,975.53 | $ - | | 12/31/2046 | 22.5 | $ 18,373,980.59 | $ 815,975.53 | $ 21,390,476.88 | |
| | | $ 7,115,540.26 | $ 25,290,476.88 | | | | | | | $ 21,390,476.88 | | |
| | | | Purchase Price: | $ (3,900,000.00) | [Illustrative] | | | | | | | |
| | | | P/L: | $ 21,390,476.88 | [Illustrative] | | | | | | | |