**EXHIBIT 10**

**Dugaboy promissory note owed to HCMLP**

| | | | | **Hypothetical IRR's at various purchase prices** | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning principal owed to HCMLP | 18,174,937 | | | Purchase Price | 6,500,000 | 7,000,000 | 7,500,000 | 8,000,000 | 8,500,000 | 9,000,000 | 9,500,000 | 10,000,000 | 10,500,000 | 11,000,000 | 11,500,000 | 12,000,000 | 12,500,000 | 13,000,000 | 13,500,000 | 14,000,000 | 14,500,000 | 15,000,000 | 15,500,000 | 16,000,000 | 16,500,000 | 17,000,000 | 17,500,000 | 18,000,000 |
| Interest rate | 3.26% | | | IRR | 21.210% | 19.301% | 17.653% | 16.212% | 14.939% | 13.804% | 12.784% | 11.861% | 11.020% | 10.250% | 9.541% | 8.885% | 8.276% | 7.708% | 7.177% | 6.679% | 6.211% | 5.769% | 5.351% | 4.954% | 4.578% | 4.220% | 3.878% | 3.552% |
| WAL (years) | 10.48 | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | **Amort schedule** | | | | **Cash flows** | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beg prin | Prin | Int | End prin | | | | | | | | | | | | | | | | | | | | | | | |
| 12/31/2023 | | | | 18,174,937 | 6/30/2024 | (6,500,000) | (7,000,000) | (7,500,000) | (8,000,000) | (8,500,000) | (9,000,000) | (9,500,000) | (10,000,000) | (10,500,000) | (11,000,000) | (11,500,000) | (12,000,000) | (12,500,000) | (13,000,000) | (13,500,000) | (14,000,000) | (14,500,000) | (15,000,000) | (15,500,000) | (16,000,000) | (16,500,000) | (17,000,000) | (17,500,000) | (18,000,000) |
| 12/31/2024 | 18,174,937 | (790,215) | (594,126) | 17,384,722 | 12/31/2024 | 1,384,341 | 1,384,341 | 1,384,341 | 1,384,341 | 1,384,341 | 1,384,341 | 1,384,341 | 1,384,341 | 1,384,341 | 1,384,341 | 1,384,341 | 1,384,341 | 1,384,341 | 1,384,341 | 1,384,341 | 1,384,341 | 1,384,341 | 1,384,341 | 1,384,341 | 1,384,341 | 1,384,341 | 1,384,341 | 1,384,341 | 1,384,341 |
| 12/31/2025 | 17,384,722 | (790,215) | (566,742) | 16,594,507 | 12/31/2025 | 1,356,957 | 1,356,957 | 1,356,957 | 1,356,957 | 1,356,957 | 1,356,957 | 1,356,957 | 1,356,957 | 1,356,957 | 1,356,957 | 1,356,957 | 1,356,957 | 1,356,957 | 1,356,957 | 1,356,957 | 1,356,957 | 1,356,957 | 1,356,957 | 1,356,957 | 1,356,957 | 1,356,957 | 1,356,957 | 1,356,957 | 1,356,957 |
| 12/31/2026 | 16,594,507 | (790,215) | (540,961) | 15,804,293 | 12/31/2026 | 1,331,196 | 1,331,196 | 1,331,196 | 1,331,196 | 1,331,196 | 1,331,196 | 1,331,196 | 1,331,196 | 1,331,196 | 1,331,196 | 1,331,196 | 1,331,196 | 1,331,196 | 1,331,196 | 1,331,196 | 1,331,196 | 1,331,196 | 1,331,196 | 1,331,196 | 1,331,196 | 1,331,196 | 1,331,196 | 1,331,196 | 1,331,196 |
| 12/31/2027 | 15,804,293 | (790,215) | (515,220) | 15,014,078 | 12/31/2027 | 1,305,435 | 1,305,435 | 1,305,435 | 1,305,435 | 1,305,435 | 1,305,435 | 1,305,435 | 1,305,435 | 1,305,435 | 1,305,435 | 1,305,435 | 1,305,435 | 1,305,435 | 1,305,435 | 1,305,435 | 1,305,435 | 1,305,435 | 1,305,435 | 1,305,435 | 1,305,435 | 1,305,435 | 1,305,435 | 1,305,435 | 1,305,435 |
| 12/31/2028 | 15,014,078 | (790,215) | (490,800) | 14,223,863 | 12/31/2028 | 1,281,015 | 1,281,015 | 1,281,015 | 1,281,015 | 1,281,015 | 1,281,015 | 1,281,015 | 1,281,015 | 1,281,015 | 1,281,015 | 1,281,015 | 1,281,015 | 1,281,015 | 1,281,015 | 1,281,015 | 1,281,015 | 1,281,015 | 1,281,015 | 1,281,015 | 1,281,015 | 1,281,015 | 1,281,015 | 1,281,015 | 1,281,015 |
| 12/31/2029 | 14,223,863 | (790,215) | (463,698) | 13,433,649 | 12/31/2029 | 1,253,913 | 1,253,913 | 1,253,913 | 1,253,913 | 1,253,913 | 1,253,913 | 1,253,913 | 1,253,913 | 1,253,913 | 1,253,913 | 1,253,913 | 1,253,913 | 1,253,913 | 1,253,913 | 1,253,913 | 1,253,913 | 1,253,913 | 1,253,913 | 1,253,913 | 1,253,913 | 1,253,913 | 1,253,913 | 1,253,913 | 1,253,913 |
| 12/31/2030 | 13,433,649 | (790,215) | (437,937) | 12,643,434 | 12/31/2030 | 1,228,152 | 1,228,152 | 1,228,152 | 1,228,152 | 1,228,152 | 1,228,152 | 1,228,152 | 1,228,152 | 1,228,152 | 1,228,152 | 1,228,152 | 1,228,152 | 1,228,152 | 1,228,152 | 1,228,152 | 1,228,152 | 1,228,152 | 1,228,152 | 1,228,152 | 1,228,152 | 1,228,152 | 1,228,152 | 1,228,152 | 1,228,152 |
| 12/31/2031 | 12,643,434 | (790,215) | (412,176) | 11,853,220 | 12/31/2031 | 1,202,391 | 1,202,391 | 1,202,391 | 1,202,391 | 1,202,391 | 1,202,391 | 1,202,391 | 1,202,391 | 1,202,391 | 1,202,391 | 1,202,391 | 1,202,391 | 1,202,391 | 1,202,391 | 1,202,391 | 1,202,391 | 1,202,391 | 1,202,391 | 1,202,391 | 1,202,391 | 1,202,391 | 1,202,391 | 1,202,391 | 1,202,391 |
| 12/31/2032 | 11,853,220 | (790,215) | (387,474) | 11,063,005 | 12/31/2032 | 1,177,688 | 1,177,688 | 1,177,688 | 1,177,688 | 1,177,688 | 1,177,688 | 1,177,688 | 1,177,688 | 1,177,688 | 1,177,688 | 1,177,688 | 1,177,688 | 1,177,688 | 1,177,688 | 1,177,688 | 1,177,688 | 1,177,688 | 1,177,688 | 1,177,688 | 1,177,688 | 1,177,688 | 1,177,688 | 1,177,688 | 1,177,688 |
| 12/31/2033 | 11,063,005 | (790,215) | (360,654) | 10,272,790 | 12/31/2033 | 1,150,869 | 1,150,869 | 1,150,869 | 1,150,869 | 1,150,869 | 1,150,869 | 1,150,869 | 1,150,869 | 1,150,869 | 1,150,869 | 1,150,869 | 1,150,869 | 1,150,869 | 1,150,869 | 1,150,869 | 1,150,869 | 1,150,869 | 1,150,869 | 1,150,869 | 1,150,869 | 1,150,869 | 1,150,869 | 1,150,869 | 1,150,869 |
| 12/31/2034 | 10,272,790 | (790,215) | (334,893) | 9,482,576 | 12/31/2034 | 1,125,108 | 1,125,108 | 1,125,108 | 1,125,108 | 1,125,108 | 1,125,108 | 1,125,108 | 1,125,108 | 1,125,108 | 1,125,108 | 1,125,108 | 1,125,108 | 1,125,108 | 1,125,108 | 1,125,108 | 1,125,108 | 1,125,108 | 1,125,108 | 1,125,108 | 1,125,108 | 1,125,108 | 1,125,108 | 1,125,108 | 1,125,108 |
| 12/31/2035 | 9,482,576 | (790,215) | (309,132) | 8,692,361 | 12/31/2035 | 1,099,347 | 1,099,347 | 1,099,347 | 1,099,347 | 1,099,347 | 1,099,347 | 1,099,347 | 1,099,347 | 1,099,347 | 1,099,347 | 1,099,347 | 1,099,347 | 1,099,347 | 1,099,347 | 1,099,347 | 1,099,347 | 1,099,347 | 1,099,347 | 1,099,347 | 1,099,347 | 1,099,347 | 1,099,347 | 1,099,347 | 1,099,347 |
| 12/31/2036 | 8,692,361 | (790,215) | (284,147) | 7,902,146 | 12/31/2036 | 1,074,362 | 1,074,362 | 1,074,362 | 1,074,362 | 1,074,362 | 1,074,362 | 1,074,362 | 1,074,362 | 1,074,362 | 1,074,362 | 1,074,362 | 1,074,362 | 1,074,362 | 1,074,362 | 1,074,362 | 1,074,362 | 1,074,362 | 1,074,362 | 1,074,362 | 1,074,362 | 1,074,362 | 1,074,362 | 1,074,362 | 1,074,362 |
| 12/31/2037 | 7,902,146 | (790,215) | (257,610) | 7,111,932 | 12/31/2037 | 1,047,825 | 1,047,825 | 1,047,825 | 1,047,825 | 1,047,825 | 1,047,825 | 1,047,825 | 1,047,825 | 1,047,825 | 1,047,825 | 1,047,825 | 1,047,825 | 1,047,825 | 1,047,825 | 1,047,825 | 1,047,825 | 1,047,825 | 1,047,825 | 1,047,825 | 1,047,825 | 1,047,825 | 1,047,825 | 1,047,825 | 1,047,825 |
| 12/31/2038 | 7,111,932 | (790,215) | (231,849) | 6,321,717 | 12/31/2038 | 1,022,064 | 1,022,064 | 1,022,064 | 1,022,064 | 1,022,064 | 1,022,064 | 1,022,064 | 1,022,064 | 1,022,064 | 1,022,064 | 1,022,064 | 1,022,064 | 1,022,064 | 1,022,064 | 1,022,064 | 1,022,064 | 1,022,064 | 1,022,064 | 1,022,064 | 1,022,064 | 1,022,064 | 1,022,064 | 1,022,064 | 1,022,064 |
| 12/31/2039 | 6,321,717 | (790,215) | (206,088) | 5,531,502 | 12/31/2039 | 996,303 | 996,303 | 996,303 | 996,303 | 996,303 | 996,303 | 996,303 | 996,303 | 996,303 | 996,303 | 996,303 | 996,303 | 996,303 | 996,303 | 996,303 | 996,303 | 996,303 | 996,303 | 996,303 | 996,303 | 996,303 | 996,303 | 996,303 | 996,303 |
| 12/31/2040 | 5,531,502 | (790,215) | (180,821) | 4,741,288 | 12/31/2040 | 971,036 | 971,036 | 971,036 | 971,036 | 971,036 | 971,036 | 971,036 | 971,036 | 971,036 | 971,036 | 971,036 | 971,036 | 971,036 | 971,036 | 971,036 | 971,036 | 971,036 | 971,036 | 971,036 | 971,036 | 971,036 | 971,036 | 971,036 | 971,036 |
| 12/31/2041 | 4,741,288 | (790,215) | (154,566) | 3,951,073 | 12/31/2041 | 944,781 | 944,781 | 944,781 | 944,781 | 944,781 | 944,781 | 944,781 | 944,781 | 944,781 | 944,781 | 944,781 | 944,781 | 944,781 | 944,781 | 944,781 | 944,781 | 944,781 | 944,781 | 944,781 | 944,781 | 944,781 | 944,781 | 944,781 | 944,781 |
| 12/31/2042 | 3,951,073 | (790,215) | (128,805) | 3,160,858 | 12/31/2042 | 919,020 | 919,020 | 919,020 | 919,020 | 919,020 | 919,020 | 919,020 | 919,020 | 919,020 | 919,020 | 919,020 | 919,020 | 919,020 | 919,020 | 919,020 | 919,020 | 919,020 | 919,020 | 919,020 | 919,020 | 919,020 | 919,020 | 919,020 | 919,020 |
| 12/31/2043 | 3,160,858 | (790,215) | (103,044) | 2,370,644 | 12/31/2043 | 893,259 | 893,259 | 893,259 | 893,259 | 893,259 | 893,259 | 893,259 | 893,259 | 893,259 | 893,259 | 893,259 | 893,259 | 893,259 | 893,259 | 893,259 | 893,259 | 893,259 | 893,259 | 893,259 | 893,259 | 893,259 | 893,259 | 893,259 | 893,259 |
| 12/31/2044 | 2,370,644 | (790,215) | (77,495) | 1,580,429 | 12/31/2044 | 867,709 | 867,709 | 867,709 | 867,709 | 867,709 | 867,709 | 867,709 | 867,709 | 867,709 | 867,709 | 867,709 | 867,709 | 867,709 | 867,709 | 867,709 | 867,709 | 867,709 | 867,709 | 867,709 | 867,709 | 867,709 | 867,709 | 867,709 | 867,709 |
| 12/31/2045 | 1,580,429 | (790,215) | (51,522) | 790,215 | 12/31/2045 | 841,737 | 841,737 | 841,737 | 841,737 | 841,737 | 841,737 | 841,737 | 841,737 | 841,737 | 841,737 | 841,737 | 841,737 | 841,737 | 841,737 | 841,737 | 841,737 | 841,737 | 841,737 | 841,737 | 841,737 | 841,737 | 841,737 | 841,737 | 841,737 |
| 12/31/2046 | 790,215 | (790,215) | (25,761) | (0) | 12/31/2046 | 815,976 | 815,976 | 815,976 | 815,976 | 815,976 | 815,976 | 815,976 | 815,976 | 815,976 | 815,976 | 815,976 | 815,976 | 815,976 | 815,976 | 815,976 | 815,976 | 815,976 | 815,976 | 815,976 | 815,976 | 815,976 | 815,976 | 815,976 | 815,976 |
| | | | | | Net cash flows | 18,790,477 | 18,290,477 | 17,790,477 | 17,290,477 | 16,790,477 | 16,290,477 | 15,790,477 | 15,290,477 | 14,790,477 | 14,290,477 | 13,790,477 | 13,290,477 | 12,790,477 | 12,290,477 | 11,790,477 | 11,290,477 | 10,790,477 | 10,290,477 | 9,790,477 | 9,290,477 | 8,790,477 | 8,290,477 | 7,790,477 | 7,290,477 |