**EXHIBIT 19**

# HIGHLAND CAPITAL
# MANAGEMENT

## MARCH 2024

## HCM Korea Overview

## [CONFIDENTIAL DRAFT]

CONFIDENTIAL

# HCMK OVERVIEW

**[DRAFT]**

- Highland Capital Management Korea ("HCMK") is a wholly-owned Korean subsidiary of Highland Capital Management LP ("HCMLP") that serves as the general partner for three private investment funds and manages a co-investment entity representing in total KRW 208 billion ($180M) of capital raised from Korean institutional investors

    1) <u>HC PEF</u>: private equity fund focused on late-stage growth capital investments in pre-IPO healthcare companies

        – Fund has fully deployed KRW 167 billion ($145M) of committed capital

        – One remaining investment in Caris Life Sciences ("Caris") with estimated fair value of KRW 138 billion ($103M)

        – HCMK serves as co-GP with Stonebridge Capital; management fees and carried interest are split 50/50

        – HCMK has 6% ownership interest in HC PEF portfolio

    2) <u>Caris PEF</u>: deal-specific private equity fund to invest in Caris Series D Preferred financing

        – Raised KRW 8 billion ($7M) to make KRW 7 billion ($6M) investment in Caris Series D Preferred equity

        – HCMK serves as sole GP of Caris PEF; entitled to 2% management fee and 20% carried interest with 8% hurdle

        – HCMK also manages an entity that invested KRW 22 billion ($19M) on behalf of two institutional co-investors alongside HC PEF in Caris Series C Preferred financing; HCMK does not have any economics in co-invest amount

    3) <u>E-Sports PEF</u>: deal-specific private equity fund to invest in T1 eSports JV formed by SK Telecom and Comcast

        – Raised KRW 11 billion ($9M) to make KRW 10 billion ($8M) investment in T1

        – Currently holds 7.4% ownership interest in T1 with estimated fair value of KRW 17 billion ($12M) based on valuation of latest follow-on financing provided in November 2022 by SK Telecom and Comcast

        – HCMLP is entitled to carried interest equal to 20% of net profits on the investment with no hurdle rate through a participation agreement with special purpose entity formed to make the investment



HCMLPDT003117

# HCMK AUM AND ECONOMICS SUMMARY

**[DRAFT]**

| HCMK AUM and Economics Summary | | | | | |
|---|---|---|---|---|---|
| | **HC PEF** | **Caris PEF** | **Caris Co-Investors** | **E-Sports PEF** | **HCMK Total** |
| *(KRW in billions)* | | | | | |
| **Total Capital Commitments** | 167.0 | 7.9 | 22.3 | 10.5 | 207.7 |
| **Total Invested Capital** | 155.9 | 6.8 | 22.3 | 9.6 | 194.6 |
| **Remaining Invested Capital Balance** | 54.5 | 6.8 | 22.3 | 9.6 | 93.2 |
| **Estimated Portfolio Fair Value** | 137.8 | 8.0 | 72.9 | 16.6 | 235.3 |
| **HCMK Ownership Interest Fair Value** | 8.3 | 0.0 | NA | 0.0 | 8.3 |
| **HCMK Estimated Carried Interest[1]** | 5.6 | 0.0 | NA | 0.7 | 6.2 |
| **HCMK Annual Management Fees** | 0.273 | 0.136 | NA | 0.048 | 0.457 |
| | | | | | |
| *(USD in millions)* | | | | | |
| **Total Capital Commitments** | 145.3 | 7.0 | 18.6 | 8.8 | 179.6 |
| **Total Invested Capital** | 135.6 | 6.0 | 18.6 | 8.0 | 168.2 |
| **Remaining Invested Capital Balance** | 40.8 | 6.0 | 18.6 | 8.0 | 73.4 |
| **Estimated Portfolio Fair Value** | 103.2 | 6.0 | 54.6 | 12.4 | 176.1 |
| **HCMK Ownership Interest Fair Value** | 6.2 | 0.0 | NA | 0.0 | 6.2 |
| **HCMK Estimated Carried Interest[1]** | 4.2 | 0.0 | NA | 0.5 | 4.7 |
| **HCMK Annual Management Fees** | 0.204 | 0.102 | NA | 0.036 | 0.342 |

1. Estimated HCMK carried interest shown in table above is net of 45% employee share.

HIGHLAND CAPITAL
M A N A G E M E N T

HCMLPDT003118

# HC PEF OVERVIEW

**CONFIDENTIAL**



HCMLPDT003119

# HC PEF Overview                                                                                                   [DRAFT]

- **Fund Name:** Stonebridge-Highland Healthcare Private Equity Fund ("HC PEF")

- **Co-General Partners:** Highland Capital Management Korea (HCMK), Stonebridge Capital (SBC)

- **Key Investment Professionals:** Nate Burns (HCMK), Jun Park (HCMK), Dean Kim (SBC), Sung Joon Park (SBC)

- **Investment Period:** 4 years from incorporation date (expired 1/23/21)

- **Fund Term:** 8 years from incorporation date (expires 1/23/25); option for two 1-year extensions subject to LP consent

- **Management Fee:** 1% per annum on Invested Capital (split 50%/50% between Co-GPs)

- **Incentive Fee:** 20% carried interest above 8% Hurdle Rate (split 50%/50% between Co-GPs)

- **Total Committed Capital:** KRW 167 billion ($145M)

- **Total Capital Drawn:** KRW 164 billion ($142M)

- **Total Capital Returned To Date:** KRW 158 billion ($133M)

- **Remaining Invested Capital:** KRW 55 billion ($41M)

- **Portfolio Remaining Fair Value:** KRW 138 billion ($103M)

## HC PEF Capital Summary

| (KRW in billions) | Total Commitment | | Drawn | Returned | Remaining Fair Value | (USD in millions) | Total Commitment | | Drawn | Returned | Remaining Fair Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NPS | 100.0 | 59.9% | 97.9 | 94.3 | 82.5 | NPS | 87.0 | 59.9% | 85.2 | 79.9 | 61.8 |
| Green Cross | 20.0 | 12.0% | 19.6 | 18.9 | 16.5 | Green Cross | 17.4 | 12.0% | 17.0 | 16.0 | 12.4 |
| KEXIM Bank | 15.0 | 9.0% | 14.7 | 14.2 | 12.4 | KEXIM Bank | 13.0 | 9.0% | 12.8 | 12.0 | 9.3 |
| Korea Securities Finance Corp | 10.0 | 6.0% | 9.8 | 9.4 | 8.3 | Korea Securities Finance Corp | 8.7 | 6.0% | 8.5 | 8.0 | 6.2 |
| HCMK | 10.0 | 6.0% | 9.8 | 9.4 | 8.3 | HCMK | 8.7 | 6.0% | 8.5 | 8.0 | 6.2 |
| K-Growth | 8.0 | 4.8% | 7.8 | 7.5 | 6.6 | K-Growth | 7.0 | 4.8% | 6.8 | 6.4 | 4.9 |
| Stonebridge Capital | 4.0 | 2.4% | 3.9 | 3.8 | 3.3 | Stonebridge Capital | 3.5 | 2.4% | 3.4 | 3.2 | 2.5 |
| Total | 167.0 | 100.0% | 163.5 | 157.5 | 137.8 | Total | 145.3 | 100.0% | 142.2 | 133.4 | 103.2 |

1. Dollar commitments assume average drawdown KRW/USD FX rate of 1,150

2. Fair Value assumes KRW/USD FX rate of 1,336 as of 1/29/24

CONFIDENTIAL



HCMLPDT003120

# HC PEF Corporate Structure

**[DRAFT]**



5

HIGHLAND CAPITAL
MANAGEMENT

HCMLPDT003121

# HC PEF Portfolio Overview

[DRAFT]

| Total HC PEF Portfolio | | | | | | |
|---|---|---|---|---|---|---|
| (KRW in billions) | | | Portfolio Value | | | |
| Portfolio Company | Invested Capital | Realized Value | Fair Value | Total Value | Gross IRR | MOIC |
| AeKyung Industrial | 41.0 | 58.0 | 0.0 | 58.0 | 31% | 1.4x |
| GCBT | 21.1 | 22.0 | 0.0 | 22.0 | 3% | 1.0x |
| Cell Bio Human Tech | 20.0 | 20.0 | 0.0 | 20.0 | 0% | 1.0x |
| Castle Biosciences | 23.6 | 59.5 | 0.0 | 59.5 | 63% | 2.5x |
| Caris Life Sciences | 50.2 | 0.0 | 137.8 | 137.8 | 31% | 2.7x |
| **Total** | **155.9** | **159.5** | **137.8** | **297.3** | **29%** | **1.9x** |

| (USD in millions) | | | Portfolio Value | | | |
|---|---|---|---|---|---|---|
| Portfolio Company | Invested Capital | Realized Value | Fair Value | Total Value | Gross IRR | MOIC |
| AeKyung Industrial | 36.6 | 51.7 | 0.0 | 51.7 | 31% | 1.4x |
| GCBT | 18.7 | 18.2 | 0.0 | 18.2 | 3% | 1.0x |
| Cell Bio Human Tech | 17.9 | 16.2 | 0.0 | 16.2 | 0% | 0.9x |
| Castle Biosciences | 20.0 | 48.9 | 0.0 | 48.9 | 63% | 2.4x |
| Caris Life Sciences | 42.4 | 0.0 | 103.2 | 103.2 | 31% | 2.4x |
| **Total** | **135.6** | **135.0** | **103.2** | **238.1** | **29%** | **1.8x** |

- HC PEF completed five investments representing KRW 156 billion ($136M) of total invested capital; currently manages one remaining US healthcare investment in Caris Life Sciences with estimated fair value of KRW 138 billion ($103M)

- All Korean investments (Aekyung Industrial, GCBT and Cell Bio Human Tech) have been fully realized and proceeds distributed to investors

- Castle Biosciences investment has been fully realized following IPO completed in July 2019 (Nasdaq: CSTL) and sale of final convertible note and warrant shares in January 2024

- Caris Life Sciences investment is valued at $7.83B post-money valuation of Series D financing completed in May 2021; investment has full-ratchet anti-dilution protection with minimum 10% discount to IPO price

Note: KRW/USD exchange rate of 1,336 as of 1/29/24.

HIGHLAND CAPITAL
M A N A G E M E N T

HCMLPDT003122

# HCMK Economics In HC PEF

**[DRAFT]**

| HCM Korea HC PE Portfolio | | | | | |
|---|---|---|---|---|---|
| **(KRW in billions)** | | | **HCMK Remaining Unrealized Value** | | |
| **Portfolio Company** | **HCMK Invested Capital** | **HCMK Realized Value** | **Fair Value** | **Potential Carried Interest[1]** | **Total** |
| AeKyung Industrial | 2.5 | 3.5 | 0.0 | 0.6 | 0.6 |
| GCBT | 1.3 | 1.3 | 0.0 | -0.2 | -0.2 |
| Cell Bio Human Tech | 1.2 | 1.1 | 0.0 | -0.4 | -0.4 |
| Castle Biosciences | 1.4 | 3.5 | 0.0 | 1.8 | 1.8 |
| Caris Life Sciences | 3.0 | 0.0 | 8.3 | 3.8 | 12.1 |
| Total | 9.3 | 9.4 | 8.3 | 5.6 | 13.8 |

| | | | | | |
|---|---|---|---|---|---|
| **(USD in millions)** | | | **HCMK Remaining Unrealized Value** | | |
| **Portfolio Company** | **HCMK Invested Capital** | **HCMK Realized Value** | **Fair Value** | **Potential Carried Interest[1]** | **Total** |
| AeKyung Industrial | 2.2 | 3.1 | 0.0 | 0.4 | 0.4 |
| GCBT | 1.1 | 1.1 | 0.0 | -0.2 | -0.2 |
| Cell Bio Human Tech | 1.1 | 0.9 | 0.0 | -0.3 | -0.3 |
| Castle Biosciences | 1.2 | 2.9 | 0.0 | 1.3 | 1.3 |
| Caris Life Sciences | 2.5 | 0.0 | 6.2 | 2.9 | 9.0 |
| Total | 8.1 | 8.0 | 6.2 | 4.2 | 10.3 |

- HCMK invested KRW 9.3 billion ($8.1M) to meet its 6% GP commitment to HC PEF; has received KRW 9.4 billion ($8.0M) of net distributions from realized investments

- Remaining fair value of HCMK's 6% interest in HC PEF is KRW 8.3 billion ($6.2M) based on Caris Life Sciences Series D valuation

- HCMK is entitled to receive 50% of the carried interest generated by HC PEF; carried interest is calculated across all investments in aggregate and is not payable until final liquidation of the fund; HCMK has contracted to pay 45% of its share of HC PEF carried interest to select employees

- HCMK currently estimates KRW 5.6 billion ($4.2M) of carried interest from HC PEF, net of 45% employee share

1. Potential HCMK carried interest shown in table above is net of 45% employee share.
Note: KRW/USD exchange rate of 1,336 as of 1/29/24



HCMLPDT003123

# CARIS PEF OVERVIEW



HCMLPDT003124

# CARIS LIFE SCIENCES COMPANY OVERVIEW                    [DRAFT]

- Caris Life Sciences is a leading provider of comprehensive tumor molecular profiling information

- CarisMI tissue-based tumor profiling platform provides full DNA exome and RNA transcriptome gene sequencing to guide clinical treatment decisions for advanced stage cancer patients; represents $7B market opportunity

- Precision Oncology Alliance has strong partnerships with 88 leading cancer centers, with >680 locations and >3,440 physicians who treat >700,000 new patients annually

- CarisMI has been ordered by >6,700 oncologists for >593,000 patients; Caris has compiled a database of matched outcomes data for >482,000 cases, which can be used to identify new clinically-actionable biomarkers

- Targeting FDA approval of CarisMI in FY24; new CMS pricing of $8,455/test will become effective upon FDA approval (vs. $3,368/test under current LCD coverage)

- Launched Caris Assure liquid-biopsy tumor profiling platform; received CMS LCD coverage with $3,650/test reimbursement effective as of December 2023

- Potential future launches of MRD monitoring and early cancer screening liquid biopsy tests would expand total addressable market opportunity by >$40B

- In January 2023, signed $400M credit facility led by Orbimed; completed drawdown of remaining $200M availability in March 2024

## Caris Life Sciences Financial Overview

| ($ in 000s) | FY2020A | FY2021A | FY2022A | FY2023A |
|---|---|---|---|---|
| Clinical Volume | 59,925 | 75,272 | 97,262 | 128,831 |
| *% Growth* | *40%* | *26%* | *29%* | *32%* |
| Net Revenue[1] | $163,954 | $192,326 | $258,485 | $306,642 |
| *% Growth* | *36%* | *17%* | *34%* | *19%* |
| Gross Profit | $66,425 | $56,464 | $80,022 | $89,823 |
| *% Margin* | *41%* | *29%* | *31%* | *29%* |
| Operating Income | ($95,637) | ($219,811) | ($315,757) | ($318,436) |
| *% Margin* | *-58%* | *-114%* | *-122%* | *-104%* |
| Free Cash Flow | ($160,942) | ($329,141) | ($327,962) | ($306,128) |
| Cash Balance | $221,076 | $725,486 | $409,624 | $121,586 |
| Total Debt | $216,185 | $218,480 | $221,128 | $179,959 |

1. FY23A revenue growth was 27% excluding one-time revenue adjustment of $16.5M in FY22 related to accrual accounting for prior period cases.

## Caris Life Sciences Institutional Investors

  

  

  

  

  



HCMLPDT003125

# CARIS INVESTMENT OVERVIEW

**[DRAFT]**

- In August 2020, Caris completed a $235M Series C Preferred Equity financing

  – HCMK served as lead investor in a syndicate that included participation from Coatue, T. Rowe Price, Sixth Street, Orbimed, Millennium Management, Neuberger Berman, ClearBridge and First Light

  – HCMK invested $50M, including $31.4M from HC PEF and $18.6M from Korean co-investors; HCMK does not have any economics in capital from the co-investors

  – Series C Preferred shares have senior liquidation preference and are redeemable upon fifth anniversary of the initial closing date; automatically convert into common shares upon Qualified IPO; conversion price adjustment to provide minimum 10% discount to IPO price; full-ratchet anti-dilution protection for potential future financings

  – Nate Burns (HCMK) elected by investors to serve as Series C Director on Caris Board of Directors

- In May 2021, Caris completed an $830M Series D Preferred Equity financing at a $7B pre-money valuation

  – Sixth Street served as lead investor with participation by all existing Series C investors plus new investors including Fidelity, Silver Lake, CPPIB, Columbia Threadneedle, Rock Springs, Tudor, Eaton Vance and Pura Vida

  – HCMK invested $17M, including $11M from HC PEF and $6M from Caris PEF, a deal-specific fund raised for the purpose of investing in the Caris Series D financing; HCMK is sole GP of Caris PEF and is entitled to a 2% management fee and carried interest equal to 20% of net profits above an 8% hurdle rate

  – Series D Preferred shares are pari passu with Series C Preferred shares and have similar rights/provisions



HCMLPDT003126



# CARIS INVESTMENT STRUCTURE

[DRAFT]

HCMLPDT003127

# CARIS PEF OVERVIEW <span style="float:right">[DRAFT]</span>

- **Fund Name:** Caris Life Pre IPO Private Equity Fund ("Caris PEF")

- **General Partner:** Highland Capital Management Korea (HCMK)

- **Fund Term:** 5 years from incorporation date (expires 5/3/26); option for two 1-year extensions subject to LP consent

- **Management Fee:** 2% per annum on Invested Capital

- **Incentive Fee:** 20% carried interest above 8% Hurdle Rate

- **Total Committed Capital:** KRW 8 billion ($7M)

- **Total Invested Capital:** KRW 7 billion ($6M)

- **Investment Fair Value:** KRW 8 billion ($6M)

## Caris PEF Capital Summary

| (KRW in billions) | Total Commitment | | Invested Capital | Fair Value | (USD in millions) | Total Commitment | | Invested Capital | Fair Value |
|---|---|---|---|---|---|---|---|---|---|
| Dong Wha Pharma | 1.2 | 15.19% | 1.0 | 1.2 | Dong Wha Pharma | 1.1 | 15.19% | 0.9 | 0.9 |
| WI Group | 1.0 | 12.66% | 0.9 | 1.0 | WI Group | 0.9 | 12.66% | 0.8 | 0.8 |
| Com2uS Corporation | 1.0 | 12.66% | 0.9 | 1.0 | Com2uS Corporation | 0.9 | 12.66% | 0.8 | 0.8 |
| Eugene Investment & Securities | 0.5 | 6.33% | 0.4 | 0.5 | Eugene Investment & Securities | 0.4 | 6.33% | 0.4 | 0.4 |
| Joinset Co | 0.5 | 6.33% | 0.4 | 0.5 | Joinset Co | 0.4 | 6.33% | 0.4 | 0.4 |
| Other Investors | 3.7 | 46.83% | 3.2 | 3.8 | Other Investors | 3.3 | 46.83% | 2.8 | 2.8 |
| HCMK | 0.0 | 0.01% | 0.0 | 0.0 | HCMK | 0.0 | 0.01% | 0.0 | 0.0 |
| Total | 7.9 | 100.00% | 6.8 | 8.0 | Total | 7.0 | 100.00% | 6.0 | 6.0 |

1. Dollar commitments and invested capital based on investment KRW/USD FX rate of 1,135

2. Fair Value based on valuation of Series D financing round completed in May 2021; assumes current KRW/USD FX rate of 1,336 as of 1/29/24



HCMLPDT003128

# E-SPORTS PEF OVERVIEW

**CONFIDENTIAL**

13



HCMLPDT003129

# E-SPORTS INVESTMENT OVERVIEW

**[DRAFT]**

## Company & Situation Overview

- T1 is a JV formed in 2019 between SK Telecom (SKT) and Comcast to enter the e-sports market; JV was formed through in-kind contribution of SKT's existing e-sports business unit alongside $35M cash contribution from Comcast; HCMK was invited to make $10M minority investment in the new JV entity

- Opportunity to invest in high-growth e-sports industry through Korea's strongest existing team platform, alongside two partners with leading content and media distribution positions in Korea and the US

- SKT is the largest wireless communication carrier in Korea, and is part of SK Group (#2 largest conglomerate in Korea); JV with #1 media company in US, Comcast Corp (NBC, Universal Studio, Infinity); project led by Tucker Roberts (son of Comcast CEO Brian Roberts)

- T1 was originally founded in 2004 as a Starcraft team under the SKT banner; now sponsors teams across various game titles including Smash Bros. Ultimate, PuBG, League of Legends (LoL), and Overwatch

- Only LoL team with 3 Official World Championship victories, and hosts various partnerships within content markets; sponsors Faker, the most famous player in the history of LoL competitive play

- JV targeting to generate revenue from sponsorships and tournament prizes; will also create synergy between SK Group and Comcast that can be monetized through telecommunication streaming services and entertainment content development and distribution

- JV has a "Jump Ball" structure between partners in which each party has the opportunity to commence an exit process beginning on the 4th anniversary of closing, upon which the highest bidder will acquire control of the entity; HCMK investment structured to participate in exit at same valuation as all other parties



## HCMK Investment Structure

- HCMK initially invested $10M for 11% equity ownership in the JV; funded through $2M investment from NexPoint Capital and $8M raised by HCMK through an e-sports private equity fund with leading Korean institutional investors

- E-Sports PEF $8M investment structured through participation agreement with US Gaming SPV, an entity wholly-owned by HCMLP; distributes 20% of net profits to HCMLP with no hurdle rate

- HCMK $10M investment structured through US Gaming LLC, an entity jointly owned by US Gaming SPV (80%) and Nexpoint Capital (20%) and managed by Nexpoint Capital

## T1 Follow-On Capital Raises

- In June 2021, T1 raised $8M additional financing at $141M pre-money valuation ($1,550/share), representing 55% step-up from initial investment ($1,000/share); participants in follow-on round included SKT ($4.4M), Comcast ($2.7M) and Tucker Roberts ($0.9M)

- In November 2022, T1 raised $10M additional financing from SKT and Comcast at $149M pre-money valuation; $1,550/share issuance price was flat vs. June 2021 valuation

## T1 Summary Financials

| (KRW millions) | FY2020A | FY2021A | FY2022A | 1H23A |
|---|---|---|---|---|
| Net Revenue | 13,247 | 19,417 | 23,855 | 15,801 |
| *% Growth* | *NM* | *47%* | *23%* | *26%* |
| Operating Income | (15,536) | (21,151) | (16,637) | (5,155) |
| *% Margin* | *(117%)* | *(109%)* | *(70%)* | *(33%)* |
| Net Income | (15,284) | (20,245) | (15,640) | (5,460) |
| Cash Balance | 20,426 | 5,914 | 13,047 | 5,222 |

HIGHLAND CAPITAL
M A N A G E M E N T

HCMLPDT003130

# E-SPORTS INVESTMENT STRUCTURE

**[DRAFT]**



HCMLPDT003131

# E-SPORTS PEF OVERVIEW                                        [DRAFT]

- **Fund Name:** Highland eSports Private Equity Fund ("E-Sports PEF")

- **General Partner:** Highland Capital Management Korea (HCMK)

- **Fund Term:** 5 years from incorporation date (expires 5/14/24); option for two 1-year extensions subject to LP consent

- **Management Fee:** 0.5% per annum on Invested Capital

- **Incentive Fee:** 20% carried interest with no hurdle (participation agreement with HCMLP-owned US Gaming SPV, LLC)

- **Total Committed Capital:** KRW 11 billion ($9M)

- **Total Invested Capital:** KRW 10 billion ($8M)

- **Investment Fair Value:** KRW 17 billion ($12M)

## E-Sports PEF Capital Summary

| (KRW in billions) | Total Commitment | | Invested Capital | Fair Value | (USD in millions) | Total Commitment | | Invested Capital | Fair Value |
|---|---|---|---|---|---|---|---|---|---|
| SK Securities | 3.0 | 28.57% | 2.7 | 4.7 | SK Securities | 2.5 | 28.57% | 2.3 | 3.5 |
| WI Group | 2.0 | 19.05% | 1.8 | 3.2 | WI Group | 1.7 | 19.05% | 1.5 | 2.4 |
| Sambon Electronics | 1.5 | 14.28% | 1.4 | 2.4 | Sambon Electronics | 1.3 | 14.28% | 1.1 | 1.8 |
| NH Investment Security | 1.0 | 9.52% | 0.9 | 1.6 | NH Investment Security | 0.8 | 9.52% | 0.8 | 1.2 |
| Ark Impact Multi Strategy | 1.0 | 9.52% | 0.9 | 1.6 | Ark Impact Multi Strategy | 0.8 | 9.52% | 0.8 | 1.2 |
| Other Investors | 2.0 | 19.05% | 1.8 | 3.2 | Other Investors | 1.7 | 19.05% | 1.5 | 2.4 |
| HCMK | 0.0 | 0.01% | 0.0 | 0.0 | HCMK | 0.0 | 0.01% | 0.0 | 0.0 |
| Total | 10.5 | 100.00% | 9.6 | 16.6 | Total | 8.8 | 100.00% | 8.0 | 12.4 |

1. Dollar commitments and invested capital based on investment KRW/USD FX rate of 1,196

2. Fair Value based on share price of $10M capital raise completed in November 2022; assumes current KRW/USD FX rate of 1,336 as of 1/29/24



HCMLPDT003132

# DISCLAIMER

**[DRAFT]**

Highland Capital Management Korea Limited ("Highland Korea") is a Korean subsidiary of Highland Capital Management, L.P. ("HCMLP") and is expected to be operationally independent of HCMLP prior to any future fund launch by Highland Korea.  HCMLP does not anticipate engaging in any business activities other than in furtherance of the liquidation and monetization of its business and advised accounts and will not have a role in any subsequent Highland Korea fund.  Accordingly, no subscriptions will be accepted for any new fund until Highland Korea's operational independence is complete. Potential investors should carefully review all subsequent updated disclosures of Highland Korea and of any such fund made available prior to any investment.  These materials are intended solely for distribution outside the United States to non-United States persons.  Past performance does not guarantee future results, and private equity investment in particular involves material risk of loss.  Accordingly, any investment in a future fund would only be available to sophisticated qualified investors capable of understanding and bearing such risks.  Investments made within the Stonebridge-Highland Healthcare Private Equity Fund have involved both former Highland personnel as well as a co-general partner whose consent was required prior to making any investment decisions.  Accordingly, the absence of the involvement of any such persons poses additional risks and uncertainties as to the operation and potential performance of any fund managed by Highland Korea in the future.  Potential investors should carefully review all applicable risk disclosures prior to making an investment.

HIGHLAND CAPITAL
M A N A G E M E N T

HCMLPDT003133