**EXHIBIT 21**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of May, two thousand twenty-five.

Before:    Alison J. Nathan,
              *Circuit Judge.*

_____

Joshua N. Terry, ACIS Capital Management,

    Plaintiff-Counter-Defendants-Appellees,

Brigade Capital Management, LP,

    Counter-Defendant-Appellee,

v.

NexPoint Diversified Real Estate Trust,

    Defendant-Counter-Claimant-Appellant,

NHF TRS, LLC,

    Counter-claimant – Appellant.

_____

**ORDER**

Docket No. 25-643

    Appellants move for an extension of time until June 6, 2025 to file their opening brief. Appellees do not oppose the motion, provided they are granted an extension of time to file their response brief(s) to and including July 18, 2025.

    IT IS HEREBY ORDERED that the motion is GRANTED. Appellants' brief is due June 6, 2025, and Appellees' brief(s) are due July 18, 2025.

                                  For the Court:
                                  Catherine O'Hagan Wolfe,
                                  Clerk of Court