**EXHIBIT 25**

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-643

Extension of time

Set forth below precise, complete statement of relief sought:

An extension from May 12 to June 6, 2025,

for Appellants to file their opening brief.

Caption [use short title]

U.S. Bank National Association,

Plaintiff-Appellees

v.

The Charitable Donor Advised Fund, L.P.,

Defendants-Appellants.

**MOVING PARTY:** NexPoint Diversified Real Estate Trust; NHF TRS, LLC   **OPPOSING PARTY:** Joshua N. Terry; Acis Capital Management, L.P.;BrigadeCapital

☐ Plaintiff   ☑ Defendant

☐ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Mazin A. Sbaiti          **OPPOSING ATTORNEY:** Blair Adams; Jason Hegt

[name of attorney, with firm, address, phone number and e-mail]

Mazin Sbaiti, Sbaiti & Company PLLC, 2200  Ross Avenue, Suite

4900W, Dallas, TX 75201 (214-432-2899; E: mas@sbaitilaw.com)

Blair Adams, Quinn Emanuel Urguhart & Sullivan LLP, 295 Fifth Avenue,

New York, NY 10016 (212-849-7000; blairadams@quinnemanuel.com)

Jason Hegt, Lathan & Watkins LLP, 1271 Avenue of the Americas,

Court- Judge/ Agency appealed from: Judge Gregory H. Woods          New York, NY 10020 (212-906-1200; jason.hegt@lw.com))

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know
Does opposing  counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No

Requested return date and explanation of emergency:_____

Is the oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes ☑ No If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ Mazin A. Sbaiti          **Date:** April 14, 2025          Service : ☑ Electronic ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

HCMLPDT002984

**25-643**

_____

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

_____

U.S. BANK NATIONAL ASSOCIATION,

*Plaintiff-Appellees*

v.

THE CHARITABLE DONOR ADVISED FUND, L.P.,

*Defendants-Appellants.*

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

## APPELLANTS' UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO FILE BRIEF

_____

Appellants file this motion for an extension of their opening brief deadline

and respectfully show the Court as follows:

This matter was automatically assigned to the Court's Expedited Appeals

Calendar on April 7, 2025 [Dkt. 19.1]. Pursuant to that notice, Appellants' brief is

due no later than May 12, 2025.

Appellants' counsel has a trial beginning on May 13, 2025, which is expected

to last at least one week, in *Leeds, et al v. Stillwater Capital Investments, LLC, et al*,

1

Cause No. DC-21-00298, 193rd Judicial District, Dallas County, Texas. Counsel is now responding to and will continue to respond to multiple pretrial deadlines, as well preparing for trial, between now and the May 13, 2025 trial date. In addition to preparing for trial and other previously scheduled case deadlines, Appellants' counsel will be preparing for oral argument before the Fifth Circuit Court of Appeals on April 28, 2025, in *Charitable DAF Fund v. Highland* Capital, No. 24-10880. Counsel is also responding to six motions to dismiss in *J.V. v. G6 Hospitality Property LLC, et al*, No. 5:24-cv-2350, United States District Court, Central District of California, which are due on April 24, 2025. The significant time commitment required for these cases will greatly reduce the available time Appellants' counsel has to prepare for this Court's May 12 brief deadline. Accordingly, Appellants respectfully request an extension to and including June 6, 2025, to file their opening brief.

Appellants' counsel has conferred with Appellees' counsel who are not opposed to this motion. This request is not made to cause delay but so that justice may be served and Appellants afforded the necessary and adequate time to prepare and submit their brief undeterred by current schedule conflicts.

HCMLPDT002986

Dated: April 14, 2025

Respectfully submitted,

*/s/ Mazin A. Sbaiti*

Mazin A. Sbaiti
Griffin S. Rubin
SBAITI & COMPANY PLLC
2200 Ross Avenue, Suite 4900W
Dallas, TX 75201
(214) 432-2899
mas@sbaitilaw.com
gsr@sbaitilaw.com

*COUNSEL FOR APPELLANTS*

HCMLPDT002987