**EXHIBIT 15**

**From:** "Louis M. Phillips" <Louis.Phillips@kellyhart.com>
**To:** "John A. Morris" <jmorris@pszjlaw.com>
**Cc:** "Jeff Pomerantz" <jpomerantz@pszjlaw.com>, "Amelia L. Hurt" <Amelia.Hurt@kellyhart.com>
**Subject:** Re: Highland: Confidentiality Agreement
**Date:** Wed, 2 Apr 2025 21:53:34 +0000
**Importance:** Normal
**Inline-Images:** image001.jpg; image001(1).jpg

---

We agree. I have sent Shawn the rider. He is out of town but will get it back to me

Louis M. Phillips
On April 2, 2025 at 4:30:31 PM CDT, John A. Morris <jmorris@pszjlaw.com> wrote:

> **EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.**
>
> Louis:
>
> Attached is a copy of the Confidentiality Agreement signed by Mr. Seery in his capacities as the CEO of Highland and as the Claimant Trustee of the Highland Claimant Trust.
>
> While the source of the information to be provided is HCMLP, we should have included the Highland Claimant Trust as an express signatory.
>
> If you can acknowledge that Mr. Patrick agrees and understands that—notwithstanding any statement in the Agreement to the contrary—the Highland Claimant Trust is an intended signatory and beneficiary of the Agreement, we can proceed and amend the Agreement tomorrow to make that explicit.
>
> Assuming that's not problematic, please also have Shawn execute the Rider in advance of tomorrow's meeting.
>
> Thank you,
>
> John
>
> **John A. Morris**
> Pachulski Stang Ziehl & Jones LLP
> Direct Dial: 212.561.7760
> Tel: 212.561.7700 | Fax: 212.561.7777
> jmorris@pszjlaw.com
> vCard | Bio | LinkedIn
>
> 
>
> Los Angeles | New York | Wilmington, DE | Houston | San Francisco

PSZJ

HCMLPHMIT00000080