**EXHIBIT 17**

**From:** "Louis M. Phillips" <Louis.Phillips@kellyhart.com>
**To:** "John A. Morris" <jmorris@pszjlaw.com>
**Subject:** Re: Catch up
**Date:** Fri, 4 Apr 2025 16:26:41 +0000
**Importance:** Normal

---

Will call as soon as I walk out

Louis M. Phillips
On April 4, 2025 at 11:26:06 AM CDT, John A. Morris <jmorris@pszjlaw.com> wrote:

**EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.**

Ok.  I have a call at 1 Eastern so please before then if time permits.

Thanks,

John

Sent from my iPhone

On Apr 4, 2025, at 12:16 PM, Louis M. Phillips <Louis.Phillips@kellyhart.com> wrote:

Will break in 30 minutes

Louis M. Phillips
On April 4, 2025 at 10:14:42 AM CDT, John A. Morris <jmorris@pszjlaw.com> wrote:

EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.

Hi Louis.

Give me a call when there is a break in the action down there: 1.646.341.3686

Thanks,

John

Sent from my iPhone