**EXHIBIT 33**

**From:** "Louis M. Phillips" <Louis.Phillips@kellyhart.com>
**To:** "jpseeryjr@gmail.com" <jpseeryjr@gmail.com>, "mpatricktax1040@gmail.com" <mpatricktax1040@gmail.com>, "Shawn Raver" <sraver@dafholdco.com>, "jshields@shieldslegal.com" <jshields@shieldslegal.com>, "Amelia L. Hurt" <Amelia.Hurt@kellyhart.com>
**Cc:** "John A. Morris" <jmorris@pszjlaw.com>, "Tim Cournoyer" <TCournoyer@HighlandCapital.com>, "David Klos" <DKlos@HighlandCapital.com>, "Matthew Gray" <MGray@HighlandCapital.com>
**Subject:** Re: Timing
**Date:** Sat, 17 May 2025 00:50:45 +0000
**Importance:** Normal

---

We will review the 9019 this weekend

Louis M. Phillips
On May 16, 2025 at 5:14:22 PM CDT, jpseeryjr@gmail.com wrote:

**EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.**

All:

We have approvals on our side except UBS which is going through its process.  I expect them to be done and approved on Monday.

John plans to circulate the 9019 tomorrow.

If we are set on the 9019 and get our last approval, we would like to release signatures and file the 9019 on Monday afternoon.

Thank you.


Best.  Jim

Jim Seery
631-804-2049
jpseeryjr@gmail.com