**EXHIBIT 38**

| | |
|---:|:---|
| **From:** | "Louis M. Phillips" <Louis.Phillips@kellyhart.com> |
| **To:** | "Gregory V. Demo" <GDemo@pszjlaw.com>, "John A. Morris" <jmorris@pszjlaw.com>, "Jeff Pomerantz" <jpomerantz@pszjlaw.com> |
| **Cc:** | "Amelia L. Hurt" <Amelia.Hurt@kellyhart.com>, "Jim Shields" <jshields@shieldslegal.com> |
| **Subject:** | Re: Settlement Agreement Executed by Mark Patrick |
| **Date:** | Mon, 19 May 2025 16:14:16 +0000 |
| **Importance:** | Normal |
| **Inline-Images:** | image002.jpg; image003.png; image002(1).jpg; image003(1).png |

That is fine

Louis M. Phillips

On May 19, 2025 at 11:12:52 AM CDT, Gregory V. Demo <GDemo@pszjlaw.com> wrote:

> **EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.**
>
> Thank you.  Can I roll forward the dates on the signature pages to May 19?
>
> We are planning on filing a version of the settlement agreement with /s/ signatures rather than formal signatures.  We'll still have a version with actual signatures that I'll circulate once everyone is released.
>
> **Gregory V. Demo**
> Pachulski Stang Ziehl & Jones LLP
> Tel: 212.561.7730 | Cell: 312.662.3573 | Fax: 212.561.7777
> GDemo@pszjlaw.com
> vCard | Bio | LinkedIn
>
> 
>
> Los Angeles | New York | Wilmington, DE | Houston | San Francisco
>
> **From:** Louis M. Phillips <Louis.Phillips@kellyhart.com>
> **Sent:** Monday, May 19, 2025 12:09 PM
> **To:** Gregory V. Demo <GDemo@pszjlaw.com>; John A. Morris <jmorris@pszjlaw.com>; Jeff Pomerantz <jpomerantz@pszjlaw.com>
> **Cc:** Amelia L. Hurt <Amelia.Hurt@kellyhart.com>; Jim Shields <jshields@shieldslegal.com>
> **Subject:** Settlement Agreement Executed by Mark Patrick
>
> Greg,
>
> Attached is the version of the Settlement Agreement executed by Mark Patrick.  You are authorized to hold in escrow, pending a written release from escrow from me.  You are also authorized to substitute the changed page attached for purposes of a final execution version.

**Louis M. Phillips**
*Partner*



KELLY HART & PITRE
301 MAIN STREET SUITE 1600
BATON ROUGE, LOUISIANA 70801
TELEPHONE: 225-381-9643
FAX: 225-336-9763
DIRECT:  225-338-5308

louis.phillips@kellyhart.com
www.kellyhart.com

*Licensed to Practice in the State of Louisiana*

Confidentiality Notice: The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2510, et seq., and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (225) 381-9643 and return the original message to us at louis.phillips@kellyhart.com.

IRS Circular 230 Disclosure: Any tax advice contained in this email including any attachments, was not intended to be used, and cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code or other law or for the purpose of marketing or recommending to any other party any transaction or other matter.

