**EXHIBIT 50**

**From:** "Louis M. Phillips" <Louis.Phillips@kellyhart.com>
**To:** David Klos <DKlos@HighlandCapital.com>
**Subject:** Accepted: Confidential discussion - subject to Rule 408 and Confidentiality Agreement
**Date:** Thu, 17 Apr 2025 18:05:44 +0000
**Importance:** Normal
**Attachments:** unnamed