**EXHIBIT 52**

**Event:** Confidential discussion - subject to Rule 408 and Confidentiality Agreement

**Start Date:** 2025-04-08 15:30:00 +0000

**End Date:** 2025-04-08 17:30:00 +0000

**Organizer:** David Klos <DKlos@HighlandCapital.com>

**Location:** Microsoft Teams Meeting

**Class:** X-PERSONAL

**Date Created:** 2025-06-12 16:05:40 +0000

**Date Modified:** 2025-06-12 16:05:40 +0000

**Priority:** 5

**DTSTAMP:** 2025-04-07 19:08:45 +0000

**Attendee:** Jim Seery <jpseeryjr@gmail.com>; Tim Cournoyer <TCournoyer@HighlandCapital.com>; Kristin Hendrix <KHendrix@HighlandCapital.com>; John A. Morris <jmorris@pszjlaw.com>; Jeff Pomerantz <jpomerantz@pszjlaw.com>; Gregory V. Demo <GDemo@pszjlaw.com>; Mark Patrick <mpatrick@dafholdco.com>; Shawn Raver <sraver@dafholdco.com>; paul@gkmanagement.com.ky <paul@gkmanagement.com.ky>; Louis.Phillips@kellyhart.com <Louis.Phillips@kellyhart.com>; amelia.hurt@kellyhart.com <amelia.hurt@kellyhart.com>

**Alarm:** Display the following message 15m before start

> Reminder

For in-person attendees:

**Location: 100 Crescent Court, Suite 1850, Dallas, TX 75201**

Physical directions for in-person attendees: Take the elevator bank in the "100 building" to Floor 17; then exit and find the small single elevator located around the corner, which will take you to Floor 18; then ring the doorbell at the Highland suite, which can be found around the corner from the elevator.

_____

# Microsoft Teams Need help?

[Join the meeting now](#)

Meeting ID: 215 023 216 231

Passcode: Qj7fS3Zb

---

## Dial in by phone

[+1 469-844-8017,,386721907#](#) United States, Dallas

[Find a local number](#)

Phone conference ID: 386 721 907#

For organizers: [Meeting options](#) | [Reset dial-in PIN](#)

_____

---

DISCLAIMER- This email is intended for the recipient(s) only and should not be copied or reproduced without explicit permission. The material provided herein is for informational purposes only and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. It may contain confidential, proprietary or legally privileged information. If you receive this message in error, please immediately delete it.