**EXHIBIT 55**

**From:** David Klos <DKlos@HighlandCapital.com>
**To:** Jim Seery <jpseeryjr@gmail.com>, Kristin Hendrix <KHendrix@HighlandCapital.com>, "mpatrick@dafholdco.com" <mpatrick@dafholdco.com>, Shawn Raver <sraver@dafholdco.com>, "paul@gkmanagement.com.ky" <paul@gkmanagement.com.ky>
**Subject:** Confidential discussion - Subject to Rule 408 and Confidentiality Agreement
**Date:** Thu, 3 Apr 2025 13:16:34 +0000
**Importance:** Normal
**Attachments:** unnamed

_____

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 226 527 188 989

Passcode: tT6tZ9dz

_____

### Dial in by phone

+1 469-844-8017,,153081385# United States, Dallas

Find a local number

Phone conference ID: 153 081 385#

For organizers: Meeting options | Reset dial-in PIN

_____