**EXHIBIT 56**

**From:** David Klos <DKlos@HighlandCapital.com>
**To:** Mark Patrick <MPatrick@CharitableDAF.com>
**Cc:** Kristin Hendrix <KHendrix@HighlandCapital.com>, Jim Seery <jpseeryjr@gmail.com>
**Subject:** Time tomorrow for a Teams
**Date:** Wed, 2 Apr 2025 20:29:42 +0000
**Importance:** Normal

---

Mark,

It's been a long time - I hope this email finds you doing well.

I understand that you have some time tomorrow for a Teams call for an initial discussion around financial information.  Could I propose an hour starting at 11:30 CT?

We plan to have Kristin and Jim on (cc'd), in addition to me.  I don't know that I have a good email for Shawn, so in addition to confirming the time works for you, could you also provide his email or just confirm that you will be able to forward him the invite?  Once I hear from you, I'll circulate a Teams.  Thanks and looking forward to speaking with you soon.

-Dave
214-674-2926