**EXHIBIT 110**

PRIVILEGED & CONFIDENTIAL

# THE DUGABOY INVESTMENT TRUST
## $18.17 MILLION PROMISSORY NOTE OWED TO HCMLP
## FEBRUARY 2024



HCMLPHMIT00002608



**DUGABOY INVESTMENT TRUST**

## EXECUTIVE SUMMARY

- The Dugaboy Investment Trust ("Dugaboy") is a Delaware Trust established in 2010 for the benefit of Jim Dondero ("Dondero")
- ███████████████████████████████████████████████
    - 100% LP interest in NexPoint Advisors, Dondero's flagship real estate investment platform
    - Significant portfolio of publicly traded Dondero-managed entities as well as privately held real estate investments and other private investments
    - ███████████████████████████████████████████████
- Dugaboy was the Maker of a Promissory Note (the "Original Note") dated 12/28/16 in the face amount of $23,817,639.58 owed to The Get Good Non-Exempt Trust [1] as Payee
    - The Get Good Non-Exempt Trust assigned 97.6835% of its interest in the original note to HCMLP on 12/28/16, retaining 2.3165%
    - The Original Note was replaced by an Amended Note in the face amount of $24,198,069.28 dated 5/31/17 and further replaced by a Promissory Note (the "Note") in the face amount of $24,268,621.69, also dated 5/31/17
    - The current face amount owed to HCMLP under the Note is $18,174,936.62 [2]
    - Despite raising defenses with other notes owed by Dondero-affiliated entities, Dugaboy's trustee affirmed under oath that no similar oral agreements existed beyond those specific notes [3]
    - Dugaboy's counsel in fact asserted that "there is no dispute that . . . Dugaboy has been making (and continues to make) payments on the Dugaboy Note and that there is little risk of Dugaboy defaulting on the Dugaboy Note" [4]
- Terms of the Note:
    - Unsecured note due 12/31/46 [5]
    - Interest: 3.26% payable annually on December 31
    - Amortization: 1 / 30 of original principal amount owed annually on December 31 ($790k owed annually to HCMLP, or 4.35% of the current principal amount)
- HCMLP is offering this Note at 50% of par, or $9,087,468.31 / IRR of 13.6%
    - Proposed sale process will include a $3mm overbid should another bidder come in at a higher price than initial bidder

---

[1] Dondero trust which is currently not believed to hold significant assets
[2] Principal amount owed following the December 2023 amortization payment
[3] *Appendix in Support of Highland Capital Management, LP's Motion for Partial Summary Judgement in Notes Actions* (Adv Case No. 19-34054, Docket #0127)
[4] Dugaboy's *Brief in Support of the Motion to Dismiss, or in the alternative, Motion for More Definite Statement* entered on 4/30/21 (Adv Case No. 20-03195, Docket #30)
[5] The note states that the final maturity date is 12/31/47, however it also states the note principal is due in thirty equal annual installments beginning 12/31/17, which would make the final installment due 12/31/46

HCMLPHMIT00002609

 **DUGABOY INVESTMENT TRUST**

## SUMMARY PROPOSED SALE TIMELINE AND PROCESS

| | |
|---|---|
| **Sale Period** | • First Round marketing February – March, Executed Stalking Horse Agreement Signed by April 30 with $1mm deposit<br>• Second Round Marketing May, Auction week of June 10-14<br>• Closing week of June 24-28 |
| **Materials / Documentation** | • Initial outreach with one slide teaser (executive summary slide)<br>• Potential buyers sign NDA and receive full deck along with [the note; historical Dugaboy financials]<br>• Negotiate / sign Stalking Horse Agreement<br>• Negotiate / sign final PSA with winner of auction |
| ██████████████ | • █████████████████████████████████   ████████████ |
| **Sale Terms** | • $1mm deposit due upon execution of Stalking Horse Agreement<br>• Stalking Horse bidder receives $2mm breakup fee from Seller<br>• Winning bid must be $3mm over Stalking Horse Bid<br>• Example: Stalking Horse Bid of $6mm, buyer puts up $1mm deposit, another party bids $9mm at auction, Seller nets $7mm (receives $9mm from buyer, refunds $1mm deposit to Stalking Horse bidder and pays Stalking Horse bidder $2m breakup fee)<br>• All sales are for cash only due at closing; all accrued interest travels to buyer<br>• 100% of purchase price due next business day<br>• Deposit due in advance of auction<br>• Second place bidder must agree that his bid must remain open and can be accepted 36 hours after the auction |

DRAFT - PRIVILEGED AND CONFIDENTIAL

HCMLPHMIT00002610

# H  DUGABOY INVESTMENT TRUST

## SUMMARY TERMS OF DUGABOY PROMISSORY NOTE

| | |
|---|---|
| **Maker:** | The Dugaboy Investment Trust |
| **Facility:** | Promissory Note dated 5/31/2017 in the principal amount of $24,268,621.69 payable to Highland Capital Management, LP (97.6835% = $23,706,439.07) and The Get Good Non-Exempt Trust (2.3165% = $562,182.62) |
| **Current Principal:** | Principal Payable to Highland Capital Management is currently $18,174,936.62 (76.67% of original principal amount following amortization payments which occurred between 2017 - 2023) |
| **Security:** | None |
| **Guarantor:** | None |
| **Maturity:** | 12/31/2046 |
| **Interest Rate:** | 3.26%, compounding annually on May 31 and payable annually on December 31 |
| **Amortization** | 1 / 30 of original principal amount payable annually on December 31 (4.35% of current principal amount) |
| **Call Protection:** | None. Maker may prepay in whole or in part the unpaid principal or accrued interest of the Note |
| **Event of Default:** | Failure to pay this Note or any installment as it becomes due; immediate acceleration upon default. Cost of collection expressly included in note terms. |
| **Covenants:** | None |

[1] Based on amortization schedule. The promissory note states the final payment date is 12/31/47 due to a scrivener's error

HCMLPHMIT00002611

**DUGABOY INVESTMENT TRUST**

## SUMMARY OF DONDERO-AFFILIATED NOTES DUE TO HCMLP

- Highland is in the process of collecting on notes owed by Dondero-affiliated entities, which are in default [1]
- Dondero-affiliates raised a number of defenses, including the existence of an alleged oral agreement with Nancy Dondero as Trustee of Dugaboy and holder of a majority of HCMLP units that the notes would be forgiven contingent on Dondero's monetization of certain assets [2]
- On 1/17/23, the Bankruptcy Court filed a supplemental report and recommendation finding the Dondero-affiliates liable for the notes under Highland's motion for summary judgement
- On 7/6/23, the United States District Court, Northern District of Texas, Dallas Division adopted and approved the Bankruptcy Court's Report and Recommendation on HCMLP's motion for summary judgement on the notes and subsequently entered amended final judgements against the Dondero entities
- Defendants have paid the judgement amounts into the court registry, pending appeal to the United States Court of Appeals for the Fifth Circuit

| Party | Judgement Amount | Individual Bond Amount |
|---|---|---|
| NexPoint Advisors, LP | $25,849,816.94 | $28,693,296.80 |
| NexPoint Real Estate Partners, LLC | $13,251,661.00 | $14,709,343.70 |
| James Dondero | $10,152,391.87 | $11,269,154.90 |
| NexPoint Asset Management, LP | $8,441,524.65 | $9,370,092.36 |
| Highland Capital Management Services, Inc. | $7,578,620.41 | $8,412,268.66 |
| NexPoint Asset Management, LP | $3,628,692.37 | $4,027,848.53 |
| **Total** | **$68,902,707.24** | **$76,482,004.95** |

[1] Nexpoint Assset Management, LP was a defendant in two adversary actions and final judgements were handed down in both, which is why there are two discrete judgements against this entity
[2] ██████████████████████████████████████████████████████████████████

DRAFT - PRIVILEGED AND CONFIDENTIAL

HCMLPHMIT00002612

 **DUGABOY INVESTMENT TRUST**

## DUGABOY NOTE CASHFLOWS

**Dugaboy promissory note owed to HCMLP**

| | | |
|---|---|---|
| Beginning principal owed to HCMLP | $ 18,174,936.62 | |
| Interest rate | 3.26% | |
| Maturity | 12/31/2046 | |
| Years to Maturity | 22.52 | |
| Amort / Yr | 4.35% | |
| WAL (years) | 10.48 | |
| | | |
| Purchase Price (% of Par) | 50.00% | [Illustrative] |
| Purchase Price ($) | $ 9,087,468.31 | [trades flat] |
| Closing Date | 6/30/2024 | [Illustrative] |
| IRR: | 13.62% | |
| Return % | 178.30% | |
| P/L | $ 16,203,008.57 | |
| Years to breakeven | 6.5 | |

| | Amort schedule Beg principal | Amort Payment | Interest Payment | Total Payment | Eding Principal |
|---|---|---|---|---|---|
| 12/31/2023 | | | | | $ 18,174,936.62 |
| 12/31/2024 | $ 18,174,936.62 | $ 790,214.64 | $ 594,126.23 | $ 1,384,340.87 | $ 17,384,721.98 |
| 12/31/2025 | $ 17,384,721.98 | $ 790,214.64 | $ 566,741.94 | $ 1,356,956.58 | $ 16,594,507.34 |
| 12/31/2026 | $ 16,594,507.34 | $ 790,214.64 | $ 540,980.94 | $ 1,331,195.58 | $ 15,804,292.70 |
| 12/31/2027 | $ 15,804,292.70 | $ 790,214.64 | $ 515,219.94 | $ 1,305,434.58 | $ 15,014,078.06 |
| 12/31/2028 | $ 15,014,078.06 | $ 790,214.64 | $ 490,799.93 | $ 1,281,014.57 | $ 14,223,863.42 |
| 12/31/2029 | $ 14,223,863.42 | $ 790,214.64 | $ 463,697.95 | $ 1,253,912.59 | $ 13,433,648.78 |
| 12/31/2030 | $ 13,433,648.78 | $ 790,214.64 | $ 437,936.95 | $ 1,228,151.59 | $ 12,643,434.14 |
| 12/31/2031 | $ 12,643,434.14 | $ 790,214.64 | $ 412,175.95 | $ 1,202,390.59 | $ 11,853,219.50 |
| 12/31/2032 | $ 11,853,219.50 | $ 790,214.64 | $ 387,473.63 | $ 1,177,688.27 | $ 11,063,004.86 |
| 12/31/2033 | $ 11,063,004.86 | $ 790,214.64 | $ 360,653.96 | $ 1,150,868.60 | $ 10,272,790.22 |
| 12/31/2034 | $ 10,272,790.22 | $ 790,214.64 | $ 334,892.96 | $ 1,125,107.60 | $ 9,482,575.58 |
| 12/31/2035 | $ 9,482,575.58 | $ 790,214.64 | $ 309,131.96 | $ 1,099,346.60 | $ 8,692,360.94 |
| 12/31/2036 | $ 8,692,360.94 | $ 790,214.64 | $ 284,147.33 | $ 1,074,361.97 | $ 7,902,146.30 |
| 12/31/2037 | $ 7,902,146.30 | $ 790,214.64 | $ 257,609.97 | $ 1,047,824.61 | $ 7,111,931.66 |
| 12/31/2038 | $ 7,111,931.66 | $ 790,214.64 | $ 231,848.97 | $ 1,022,063.61 | $ 6,321,717.02 |
| 12/31/2039 | $ 6,321,717.02 | $ 790,214.64 | $ 206,087.97 | $ 996,302.61 | $ 5,531,502.38 |
| 12/31/2040 | $ 5,531,502.38 | $ 790,214.64 | $ 180,821.02 | $ 971,035.66 | $ 4,741,287.74 |
| 12/31/2041 | $ 4,741,287.74 | $ 790,214.64 | $ 154,565.98 | $ 944,780.62 | $ 3,951,073.10 |
| 12/31/2042 | $ 3,951,073.10 | $ 790,214.64 | $ 128,804.98 | $ 919,019.62 | $ 3,160,858.46 |
| 12/31/2043 | $ 3,160,858.46 | $ 790,214.64 | $ 103,043.99 | $ 893,258.63 | $ 2,370,643.82 |
| 12/31/2044 | $ 2,370,643.82 | $ 790,214.64 | $ 77,494.72 | $ 867,709.36 | $ 1,580,429.18 |
| 12/31/2045 | $ 1,580,429.18 | $ 790,214.64 | $ 51,521.99 | $ 841,736.63 | $ 790,214.54 |
| 12/31/2046 | $ 790,214.54 | $ 790,214.54 | $ 25,760.99 | $ 815,975.53 | $ - |
| | | $ 7,115,540.26 | | $ 25,290,476.88 | |
| | | | Purchase Price: | $ (9,087,468.31) | [Illustrative] |
| | | | P/L: | $ 16,203,008.57 | [Illustrative] |

DRAFT - PRIVILEGED AND CONFIDENTIAL

HCMLPHMIT00002613

 **DUGABOY INVESTMENT TRUST**

## DUGABOY NOTE PURCHASE PRICE SENSITIVITY

| | | | | | |
|---|---|---|---|---|---|
| Note Purchase Price ($) | $ 6,361,227.82 | $ 7,269,974.65 | $ 8,178,721.48 | $ 9,087,468.31 | $ 9,996,215.14 |
| Note Purchase Price (% of Par) | 35.00% | 40.00% | 45.00% | 50.00% | 55.00% |
| IRR | 21.80% | 18.38% | 15.74% | 13.62% | 11.87% |
| Return | 297.57% | 247.88% | 209.22% | 178.30% | 153.00% |
| Total Cashflows Received | $25,290,476.88 | $25,290,476.88 | $25,290,476.88 | $25,290,476.88 | $25,290,476.88 |
| P/L | $18,929,249.06 | $18,020,502.23 | $17,111,755.40 | $16,203,008.57 | $15,294,261.74 |
| Years to Breakeven | 4.5 | 5.5 | 6.5 | 6.5 | 7.5 |

Note: For board purposes only

Assumes 6/30/2024 closing date

DRAFT - PRIVILEGED AND CONFIDENTIAL

HCMLPHMIT00002614





DRAFT - PRIVILEGED AND CONFIDENTIAL





DRAFT - PRIVILEGED AND CONFIDENTIAL



**DUGABOY INVESTMENT TRUST**



HCMLPHMIT00002617



**DUGABOY INVESTMENT TRUST**



DRAFT - PRIVILEGED AND CONFIDENTIAL

HCMLPHMIT00002618

**H** DUGABOY INVESTMENT TRUST

## THE DUGABOY INVESTMENT TRUST ORG CHART



Nancy Dondero (Jim Dondero's sister; Family Trustee)

James Dondero (100% Primary Beneficiary)

The Dugaboy Investment Trust

Individual

DRAFT - PRIVILEGED AND CONFIDENTIAL

HCMLPHMIT00002619

**DUGABOY INVESTMENT TRUST**

## APPENDIX

DRAFT - PRIVILEGED AND CONFIDENTIAL

HCMLPHMIT00002620



**DUGABOY INVESTMENT TRUST**



Current Share Count / Current Price



DRAFT - PRIVILEGED AND CONFIDENTIAL

HCMLPHMIT00002621



# DUGABOY INVESTMENT TRUST

## DUGABOY SECURITIES PORTFOLIO: NXRT

### Business Overview

- NexPoint Residential Trust, Inc ("NXRT") is an externally advised, publicly traded real estate investment trust (REIT)focused on the acquisition, asset management, and disposition of multifamily assets, located primarily in the Sun Belt region of the United States.

- The company pursues investments in class B multifamily real estate properties, typically with a value-add component, where it can invest significant amounts of capital to provde "life-style" amenities to "workforce" housing.

- NXRT was formed via a spin-off from the predecessor to NXDT, which at the time was a closed end fund (NHF)

- NXRT is NexPoint's flagship investment product

### Capital Structure

NexPoint Residential Trust, Inc
*Capital Structure as of 9/30/23*

| | $mm | x LTM EBITDA |
|---|---|---|
| Mortgages payable | $ 1,575 | |
| Credit Facility | $ 41 | |
| Total Debt | $ 1,616 | 11.7x |
| | | |
| Cash | $ 10 | |
| Net Debt | $ 1,606 | 11.6x |
| | | |
| Equity Value | $ 769 | |
| Enterprise Value | $ 2,375 | 17.2x |

### NXRT Chart



### Considerations

- Dugaboy owns 7.6% of outstanding NXRT shares

- NXRT benefited from 2015-21 from era of low interest rates

- Growth story has been challenged recently as company forced to sell assets to reduce leverage

- Currently 36% of debt matures by 2026 and carries a weighted average floating rate of 6.3%

- $21.6mm of run-rate annual fees are being waived by NexPoint Advisors, whose LP interest is 100% owned by Dugaboy, therefore if NXRT fundamentals can improve it represents significant upside to Dugaboy through both share appreciation and revenue

DRAFT - PRIVILEGED AND CONFIDENTIAL

14

HCMLPHMIT00002622



**DUGABOY INVESTMENT TRUST**

## DUGABOY REAL ESTATE PORTFOLIO





DRAFT - PRIVILEGED AND CONFIDENTIAL

HCMLPHMIT00002623

**DUGABOY INVESTMENT TRUST**



DRAFT - PRIVILEGED AND CONFIDENTIAL

HCMLPHMIT00002624



**DUGABOY INVESTMENT TRUST**





DRAFT - PRIVILEGED AND CONFIDENTIAL

HCMLPHMIT00002625



**DUGABOY INVESTMENT TRUST**



HCMLPHMIT00002626



**DUGABOY INVESTMENT TRUST**





DRAFT - PRIVILEGED AND CONFIDENTIAL

HCMLPHMIT00002627



**DUGABOY INVESTMENT TRUST**







DRAFT - PRIVILEGED AND CONFIDENTIAL

HCMLPHMIT00002628



**DUGABOY INVESTMENT TRUST**



DRAFT - PRIVILEGED AND CONFIDENTIAL

HCMLPHMIT00002629



**DUGABOY INVESTMENT TRUST**



DRAFT - PRIVILEGED AND CONFIDENTIAL

HCMLPHMIT00002630