**EXHIBIT 116**

| Form **1065** | | **U.S. Return of Partnership Income** | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2019, or tax year beginning _____, 2019, ending _____, 20 _____. ▶ Go to *www.irs.gov/Form1065* for instructions and the latest information. | | **2019** |

| **A** Principal business activity | | Name of partnership | | **D** Employer identification number |
|---|---|---|---|---|
| INVESTMENT MANAGEMENT | | HIGHLAND CAPITAL MANAGEMENT, LP | | 75-2716725 |
| **B** Principal product or service | Type or Print | Number, street, and room or suite no. If a P.O. box, see instructions. | | **E** Date business started |
| INVESTMENT SERVICES | | 300 CRESCENT COURT, SUITE 700 | | 07/07/1997 |
| **C** Business code number | | City or town, state or province, country, and ZIP or foreign postal code | | **F** Total assets (see instructions) |
| 523900 | | DALLAS, TX 75201 | | $ 1,015,968,222. |

**G** Check applicable boxes: **(1)** ☐ Initial return  **(2)** ☐ Final return  **(3)** ☐ Name change  **(4)** ☐ Address change  **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☐ Cash  **(2)** ☒ Accrual  **(3)** ☐ Other (specify) ▶

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 6

**J** Check if Schedules C and M-3 are attached. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☒

**K** Check if Partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | **1a** Gross receipts or sales . . . . . . . . . . . . . . . . . . | **1a** | 32,009,311. | |
| | **b** Returns and allowances . . . . . . . . . . . . . . . . . . | **1b** | | |
| | **c** Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . | | **1c** | 32,009,311. |
| | **2** Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . | | **2** | |
| | **3** Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . | | **3** | 32,009,311. |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) STMT. 1 | | **4** | -3,799,517. |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040 or 1040-SR)) . . . . . . . | | **5** | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . . | | **6** | |
| | **7** Other income (loss) (attach statement) . . . . . . . . SEE. STATEMENT. 1 | | **7** | -2,886,805. |
| | **8** Total income (loss). Combine lines 3 through 7 . . . . . . . . . . . . . | | **8** | 25,322,989. |
| **Deductions** (see instructions for limitations) | **9** Salaries and wages (other than to partners) (less employment credits) . . . . | | **9** | 28,941,198. |
| | **10** Guaranteed payments to partners. . . . . . . . . . . . . . . . . . . | | **10** | |
| | **11** Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . | | **11** | 18,389. |
| | **12** Bad debts. . . . . . . . . . . . . . . . . . . . . . . . . . . | | **12** | 5,139,915. |
| | **13** Rent. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **13** | 1,377,540. |
| | **14** Taxes and licenses . . . . . . . . . . . . . SEE. STATEMENT. 1 . . | | **14** | 1,761,610. |
| | **15** Interest (see instructions) . . . . . . . . . . SEE. STATEMENT. 1 . . | | **15** | 1,910,445. |
| | **16a** Depreciation (if required, attach Form 4562) . . . | **16a** | 423,258. | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | | **16c** | 423,258. |
| | **17** Depletion (**Do not deduct oil and gas depletion.**) . . . . . . . . . . . | | **17** | |
| | **18** Retirement plans, etc. . . . . . . . . . . . . . . . . . . . . . | | **18** | |
| | **19** Employee benefit programs . . . . . . . . . . . . . . . . . . . . | | **19** | 1,808,577. |
| | **20** Other deductions (attach statement) . . . . . . . SEE. STATEMENT. 1 . . | | **20** | 15,611,953. |
| | **21** Total deductions. Add the amounts shown in the far right column for lines 9 through 20 . . . | | **21** | 56,992,885. |
| | **22** Ordinary business income (loss). Subtract line 21 from line 8 . . . . . . . . . | | **22** | -31,669,896. |
| **Tax and Payment** | **23** Interest due under the look-back method - completed long-term contracts (attach Form 8697) . . | | **23** | |
| | **24** Interest due under the look-back method - income forecast method (attach Form 8866) . . . | | **24** | |
| | **25** BBA AAR imputed underpayment (see instructions) . . . . . . . . . . . . | | **25** | |
| | **26** Other taxes (see instructions) . . . . . . . . . . . . . . . . . . . | | **26** | |
| | **27** Total balance due. Add lines 23 through 26 . . . . . . . . . . . . . . | | **27** | |
| | **28** Payment (see instructions) . . . . . . . . . . . . . . . . . . . . | | **28** | |
| | **29** Amount owed. If line 28 is smaller than line 27, enter amount owed . . . . . . | | **29** | |
| | **30** Overpayment. If line 28 is larger than line 27, enter overpayment . . . . . . | | **30** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ _[signature]_   Signature of partner or limited liability company member   ▶ 9/10/20   Date

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | TODD CRAWFORD | _F W Crawford_ | 9/6/2020 | | P00848788 |
| | Firm's name ▶ DELOITTE TAX LLP | | | Firm's EIN ▶ 86-1065772 | |
| | Firm's address ▶ 1111 BAGBY STREET, SUITE 4500 HOUSTON, TX 77002-2591 | | | Phone no. 713-982-2000 | |

For Paperwork Reduction Act Notice, see separate instructions.    Form **1065** (2019)

JSA  9P1010 1.000    1128CM  1216    V19-6.4F

HCMLPHMIT00001762

| Form **1065** | | **U.S. Return of Partnership Income** | | OMB No. 1545-0123 | |
|---|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2019, or tax year beginning _____, 2019, ending _____, 20 _____.
▶ Go to *www.irs.gov/Form1065* for instructions and the latest information.

**2019**

| **A** Principal business activity | | Name of partnership | **D** Employer identification number |
|---|---|---|---|
| INVESTMENT MANAGEMENT | | HIGHLAND CAPITAL MANAGEMENT, LP | 75-2716725 |
| **B** Principal product or service | Type or Print | Number, street, and room or suite no. If a P.O. box, see instructions. | **E** Date business started |
| INVESTMENT SERVICES | | 300 CRESCENT COURT, SUITE 700 | 07/07/1997 |
| **C** Business code number | | City or town, state or province, country, and ZIP or foreign postal code | **F** Total assets (see instructions) |
| 523900 | | DALLAS, TX 75201 | $ 1,015,968,222. |

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify) ▶

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 6

**J** Check if Schedules C and M-3 are attached . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☒

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | **1a** Gross receipts or sales . . . . . . . . . . . . . . . . . . . . . | **1a** | 32,009,311. | |
| | **b** Returns and allowances . . . . . . . . . . . . . . . . . . . | **1b** | | |
| | **c** Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **1c** | 32,009,311. |
| | **2** Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . . . . . . | | **2** | |
| | **3** Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . . . . | | **3** | 32,009,311. |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) STMT. 1 | | **4** | -3,799,517. |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040 or 1040-SR)) . . . . . . . . . . . . . | | **5** | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . . . . . . . | | **6** | |
| | **7** Other income (loss) (attach statement) SEE STATEMENT 1. . | | **7** | -2,886,805. |
| | **8** **Total income (loss).** Combine lines 3 through 7 . . . . . . . . . . . . . . . . . . . . . | | **8** | 25,322,989. |
| **Deductions** (see instructions for limitations) | **9** Salaries and wages (other than to partners) (less employment credits) . . . . . . . . . . . | | **9** | 28,941,198. |
| | **10** Guaranteed payments to partners . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **10** | |
| | **11** Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **11** | 18,389. |
| | **12** Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **12** | 5,139,915. |
| | **13** Rent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **13** | 1,377,540. |
| | **14** Taxes and licenses . . . . . . . . . . . . . . . . SEE STATEMENT 1. | | **14** | 1,761,610. |
| | **15** Interest (see instructions) . . . . . . . . . . . . . SEE STATEMENT 1. | | **15** | 1,910,445. |
| | **16a** Depreciation (if required, attach Form 4562) . . . . . . | **16a** | 423,258. | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | | **16c** | 423,258. |
| | **17** Depletion (**Do not deduct oil and gas depletion.**) . . . . . . . . . . . . . . . . . . . . | | **17** | |
| | **18** Retirement plans, etc. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **18** | |
| | **19** Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **19** | 1,808,577. |
| | **20** Other deductions (attach statement) . . . . . . . . SEE STATEMENT 1. | | **20** | 15,611,953. |
| | **21** **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 . . . | | **21** | 56,992,885. |
| | **22** **Ordinary business income (loss).** Subtract line 21 from line 8 . . . . . . . . . . | | **22** | -31,669,896. |
| **Tax and Payment** | **23** Interest due under the look-back method - completed long-term contracts (attach Form 8697) . | | **23** | |
| | **24** Interest due under the look-back method - income forecast method (attach Form 8866) . . . . | | **24** | |
| | **25** BBA AAR imputed underpayment (see instructions) . . . . . . . . . . . . . . . . . . . . | | **25** | |
| | **26** Other taxes (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **26** | |
| | **27** **Total balance due.** Add lines 23 through 26 . . . . . . . . . . . . . . . . . . . . . . | | **27** | |
| | **28** Payment (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **28** | |
| | **29** **Amount owed.** If line 28 is smaller than line 27, enter amount owed . . . . . . . . . . | | **29** | |
| | **30** **Overpayment.** If line 28 is larger than line 27, enter overpayment . . . . . . . . . . . | | **30** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

▶ _____ Signature of partner or limited liability company member   ▶ _____ Date

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | TODD CRAWFORD | *[signature]* Todd Crawford | 9/6/2020 | | P00848788 |
| | Firm's name ▶ DELOITTE TAX LLP | | | Firm's EIN ▶ 86-1065772 | |
| | Firm's address ▶ 1111 BAGBY STREET, SUITE 4500 HOUSTON, TX 77002-2591 | | | Phone no. 713-982-2000 | |

For Paperwork Reduction Act Notice, see separate instructions.

JSA
9P1010 1.000

1128CM   1216

V19-6.4F

Form **1065** (2019)

HCMLPHMIT00001766

651119

| **Schedule K-1**<br>**(Form 1065)**<br>Department of the Treasury<br>Internal Revenue Service | 20**19** | OMB No. 1545-0123 |
|---|---|---|

☐ Final K-1    ☐ Amended K-1

For calendar year 2019, or tax year

beginning __ / __ / 2019    ending __ / __ / __

## Partner's Share of Income, Deductions, Credits, etc. ▶ See back of form and separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

### Part I — Information About the Partnership

**A** Partnership's employer identification number
75-2716725

**B** Partnership's name, address, city, state, and ZIP code
HIGHLAND CAPITAL MANAGEMENT, LP
300 CRESCENT COURT, SUITE 700
DALLAS, TX 75201

**C** IRS Center where partnership filed return ▶ OGDEN

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
95-4440863

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
STRAND ADVISORS, INC
300 CRESCENT COURT, SUITE 700
DALLAS, TX 75201

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____    Name _____

**I1** What type of entity is this partner?    S CORPORATION

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 0.250795 % | 0.250795 % |
| Loss | NONE % | NONE % |
| Capital | 0.250795 % | 0.250795 % |

Check if decrease is due to sale or exchange of partnership interest . . ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . $ | 310,721 | $ 294,988 |
| Qualified nonrecourse financing . . $ | 102,634 | $ 352,799 |
| Recourse . . $ | 136,641,607 | $ 211,263,413 |

☒ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account . . . $ | 932,867 |
| Capital contributed during the year . . $ | |
| Current year net income (loss) . . . $ | (46,485) |
| Other increase (decrease) (attach explanation) $ | 95 |
| Withdrawals & distributions . . . $ ( | 9,351 ) |
| Ending capital account . . . $ | 877,126 |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No    If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . $ _____
Ending . . . . . . $ _____

### Part III

| # | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | (79,427) |
| 2 | Net rental real estate income (loss) | 59,057 |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | 24,413 |
| 6a | Ordinary dividends | 6,149 |
| 6b | Qualified dividends | 332 |
| 6c | Dividend equivalents | |
| 7 | Royalties | 2,891 |
| 8 | Net short-term capital gain (loss) | (22,160) |
| 9a | Net long-term capital gain (loss) | 53,724 |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | 7 |
| 10 | Net section 1231 gain (loss) | (3,439) |
| 11 | Other income (loss) | |
| A | | 38 |
| * | | SEE STMT |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| A | | 11 |
| H | | 14,992 |
| * | | SEE STMT |
| 14 | Self-employment earnings (loss) | |

| # | Item | Amount |
|---|---|---|
| 15 | Credits | |
| 16 | Foreign transactions | |
| A | | VARIOUS |
| B | | 271,740 |
| C | | 275,214 |
| G | | (3,473) |
| I | | 19,783 |
| J | | 167,808 |
| * | | SEE STMT |
| 17 | Alternative minimum tax (AMT) items | |
| A | | (8) |
| D | | 5,336 |
| * | | SEE STMT |
| 18 | Tax-exempt income and nondeductible expenses | |
| C | | 14,285 |
| 19 | Distributions | |
| A | | 9,351 |
| 20 | Other information | |
| A | | 38,729 |
| B | | 623 |
| T | | 717 |
| * | | SEE STMT |

**21** ☐ More than one activity for at-risk purposes*

**22** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

P14409B330613 08/26/2020 18:00    Partner # 1

HCMLPHMIT00001865

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

2019

For calendar year 2019, or tax year

beginning ___/___/2019   ending ___/___/___

**Partner's Share of Income, Deductions, Credits, etc.**   ► See back of form and separate instructions.

OMB No. 1545-0123

☐ Final K-1   ☐ Amended K-1

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) (15,418) | 15 | Credits |
| 2 | Net rental real estate income (loss) 11,464 | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4a | Guaranteed payments for services | A | VARIOUS |
| 4b | Guaranteed payments for capital | B | 52,750 |
| 4c | Total guaranteed payments | C | 53,424 |
| 5 | Interest income 4,739 | G | (674) |
| 6a | Ordinary dividends 1,194 | I | 3,840 |
| 6b | Qualified dividends 64 | J | 32,575 |
| 6c | Dividend equivalents | * | SEE STMT |
| 7 | Royalties 561 | 17 | Alternative minimum tax (AMT) items |
| 8 | Net short-term capital gain (loss) (4,302) | A | (2) |
| 9a | Net long-term capital gain (loss) 10,429 | D | 1,036 |
| 9b | Collectibles (28%) gain (loss) | * | SEE STMT |
| 9c | Unrecaptured section 1250 gain 1 | 18 | Tax-exempt income and nondeductible expenses |
| 10 | Net section 1231 gain (loss) (668) | C | 2,773 |
| 11 | Other income (loss) | 19 | Distributions |
| A | 7 | A | 17,945 |
| * | SEE STMT | 20 | Other information |
| 12 | Section 179 deduction | A | 7,518 |
| 13 | Other deductions | B | 121 |
| A | 2 | | |
| H | 2,910 | T | 139 |
| * | SEE STMT | * | SEE STMT |
| 14 | Self-employment earnings (loss) | | |

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number
75-2716725

**B** Partnership's name, address, city, state, and ZIP code
HIGHLAND CAPITAL MANAGEMENT, LP
300 CRESCENT COURT, SUITE 700
DALLAS, TX 75201

**C** IRS Center where partnership filed return ► OGDEN

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
|---|---|

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
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

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
MARK OKADA
3800 WENTWOOD DRIVE
DALLAS, TX 75225

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 0.048684 % | 0.048684 % |
| Loss | NONE % | NONE % |
| Capital | 0.048684 % | 0.048684 % |

Check if decrease is due to sale or exchange of partnership interest . . ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . $ | 60,316 | $ 57,262 |
| Qualified nonrecourse financing . . $ | 19,923 | $ 68,484 |
| Recourse . . $ | 12,000,000 | $ 12,000,000 |

☒ Check this box if Item K includes liability amounts from lower tier partnerships.

**L**   **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account . . . $ | 181,086 |
| Capital contributed during the year . $ | |
| Current year net income (loss) . . $ | (9,024) |
| Other increase (decrease) (attach explanation) $ | 16,149 |
| Withdrawals & distributions . . $ ( | 17,945 ) |
| Ending capital account . . . $ | 170,265 |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . $ _____
Ending . . . . . . . $ _____

**21** ☐ More than one activity for at-risk purposes*
**22** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

651119

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**20 19**

For calendar year 2019, or tax year

beginning ___/___/2019   ending ___/___/___

**Partner's Share of Income, Deductions, Credits, etc.**   ▶ See back of form and separate instructions.

OMB No. 1545-0123

☐ Final K-1   ☐ Amended K-1

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) **(3,096)** | | 15 | Credits |
| 2 | Net rental real estate income (loss) **2,302** | | 16 | Foreign transactions |
| 3 | Other net rental income (loss) | | A | **VARIOUS** |
| 4a | Guaranteed payments for services | | B | **10,594** |
| 4b | Guaranteed payments for capital | | C | **10,729** |
| 4c | Total guaranteed payments | | G | **(135)** |
| 5 | Interest income **952** | | I | **771** |
| 6a | Ordinary dividends **240** | | J | **6,542** |
| 6b | Qualified dividends **13** | | * | **SEE STMT** |
| 6c | Dividend equivalents | | 17 | Alternative minimum tax (AMT) items |
| 7 | Royalties **113** | | A | **NONE** |
| 8 | Net short-term capital gain (loss) **(864)** | | D | **208** |
| 9a | Net long-term capital gain (loss) **2,094** | | * | **SEE STMT** |
| 9b | Collectibles (28%) gain (loss) | | 18 | Tax-exempt income and nondeductible expenses |
| 9c | Unrecaptured section 1250 gain **NONE** | | C | **557** |
| 10 | Net section 1231 gain (loss) **(134)** | | 19 | Distributions |
| 11 | Other income (loss) | | A | **366** |
| A | **1** | | 20 | Other information |
| * | **SEE STMT** | | A | **1,510** |
| 12 | Section 179 deduction | | B | **24** |
| 13 | Other deductions | | T | **28** |
| A | **NONE** | | * | **SEE STMT** |
| H | **584** | | * | **SEE STMT** |
| 14 | Self-employment earnings (loss) | | | |

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
75-2716725

**B** Partnership's name, address, city, state, and ZIP code
HIGHLAND CAPITAL MANAGEMENT, LP
300 CRESCENT COURT, SUITE 700
DALLAS, TX 75201

**C** IRS Center where partnership filed return ▶ OGDEN

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
74-6494106

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
THE MARK AND PAMELA OKADA
FAMLY TRUST, EXEMPT TRUST #1
3800 WENTWOOD DRIVE
DALLAS, TX 75225

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN ___ Name ___

**I1** What type of entity is this partner?   TRUST

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 0.009777 % | 0.009777 % |
| Loss | NONE % | NONE % |
| Capital | 0.009777 % | 0.009777 % |

Check if decrease is due to sale or exchange of partnership interest . . ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . $ | 12,113 | $ 11,499 |
| Qualified nonrecourse financing . . $ | 4,001 | $ 13,753 |
| Recourse . . $ | NONE | $ NONE |

☒ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account . . . $ | 36,365 |
| Capital contributed during the year . $ | |
| Current year net income (loss) . . $ | (1,812) |
| Other increase (decrease) (attach explanation) $ | 5 |
| Withdrawals & distributions . . $ ( | 366 ) |
| Ending capital account . . . $ | 34,192 |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . $ ___
Ending . . . . . . $ ___

21 ☐ More than one activity for at-risk purposes*

22 ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.   www.irs.gov/Form1065   Cat. No. 11394R   **Schedule K-1 (Form 1065) 2019**

P14409B330613 08/26/2020 18:00

Partner # 3

HCMLPHMIT00001875

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

20**19**

For calendar year 2019, or tax year

beginning ___/___/2019   ending ___/___/___

OMB No. 1545-0123

☐ Final K-1   ☐ Amended K-1

**Partner's Share of Income, Deductions, Credits, etc.**   ► See back of form and separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| | (1,327) | | |
| 2 | Net rental real estate income (loss) | 16 | Foreign transactions |
| | 987 | A | VARIOUS |
| 3 | Other net rental income (loss) | B | 4,540 |
| 4a | Guaranteed payments for services | C | 4,598 |
| 4b | Guaranteed payments for capital | G | (58) |
| 4c | Total guaranteed payments | I | 331 |
| 5 | Interest income | J | 2,804 |
| | 408 | * | SEE STMT |
| 6a | Ordinary dividends | 17 | Alternative minimum tax (AMT) items |
| | 103 | A | NONE |
| 6b | Qualified dividends | D | 89 |
| | 6 | * | SEE STMT |
| 6c | Dividend equivalents | 18 | Tax-exempt income and nondeductible expenses |
| 7 | Royalties | C | 239 |
| | 48 | | |
| 8 | Net short-term capital gain (loss) | | |
| | (370) | | |
| 9a | Net long-term capital gain (loss) | 19 | Distributions |
| | 898 | A | 157 |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| | NONE | A | 647 |
| 10 | Net section 1231 gain (loss) | B | 10 |
| | (57) | T | 12 |
| 11 | Other income (loss) | * | SEE STMT |
| A | 1 | | |
| * | SEE STMT | | |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | | |
| A | NONE | | |
| H | 250 | | |
| * | SEE STMT | | |
| 14 | Self-employment earnings (loss) | | |

**Part I   Information About the Partnership**

A   Partnership's employer identification number
75-2716725

B   Partnership's name, address, city, state, and ZIP code
HIGHLAND CAPITAL MANAGEMENT, LP
300 CRESCENT COURT, SUITE 700
DALLAS, TX 75201

C   IRS Center where partnership filed return ► OGDEN

D   ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

E   Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
68-6203494

F   Name, address, city, state, and ZIP code for partner entered in E. See instructions.
THE MARK AND PAMELA OKADA
FAMLY TRUST, EXEMPT TRUST #2
3800 WENTWOOD DRIVE
DALLAS, TX 75225

G   ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

H1   ☒ Domestic partner   ☐ Foreign partner

H2   ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

I1   What type of entity is this partner?   TRUST

I2   If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

J   Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 0.004190 % | 0.004190 % |
| Loss | NONE % | NONE % |
| Capital | 0.004190 % | 0.004190 % |

Check if decrease is due to sale or exchange of partnership interest . . ☐

K   Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . $ | 5,191 | $ 4,928 |
| Qualified nonrecourse financing . . $ | 1,715 | $ 5,894 |
| Recourse . . $ | NONE | $ NONE |

☒ Check this box if Item K includes liability amounts from lower tier partnerships.

L   Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account . . . $ | 15,585 |
| Capital contributed during the year . $ | |
| Current year net income (loss) . . $ | (777) |
| Other increase (decrease) (attach explanation) $ | 3 |
| Withdrawals & distributions . . $ ( | 157 ) |
| Ending capital account . . . $ | 14,654 |

M   Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

N   Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . $ _____
Ending . . . . . . . . $ _____

21 ☐ More than one activity for at-risk purposes*
22 ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

*For IRS Use Only*

For Paperwork Reduction Act Notice, see Instructions for Form 1065.   www.irs.gov/Form1065   Cat. No. 11394R   Schedule K-1 (Form 1065) 2019

P14409B330613 08/26/2020 18:00   Partner # 4

HCMLPHMIT00001880

| Schedule K-1 (Form 1065) | **20 19** | Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service

☐ Final K-1 ☐ Amended K-1     OMB No. 1545-0123

For calendar year 2019, or tax year

beginning \_\_\_\_ / \_\_\_\_ / 2019 ending \_\_\_\_ / \_\_\_\_ / \_\_\_\_

### Partner's Share of Income, Deductions, Credits, etc. ► See back of form and separate instructions.

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number
75-2716725

**B** Partnership's name, address, city, state, and ZIP code
HIGHLAND CAPITAL MANAGEMENT, LP
300 CRESCENT COURT, SUITE 700
DALLAS, TX 75201

**C** IRS Center where partnership filed return ► OGDEN

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
|---|---|

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
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

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
JAMES DONDERO
300 CRESCENT COURT, SUITE 700
DALLAS, TX 75201

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☒ If the partner is a disregarded entity (DE), enter the partner's:
TIN NONE   Name THE DUGABOY INVESTMENT TRUST

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 0.186554 % | 0.186554 % |
| Loss | NONE % | NONE % |
| Capital | 0.186554 % | 0.186554 % |

Check if decrease is due to sale or exchange of partnership interest . . ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . $ | 231,130 | $ 219,427 |
| Qualified nonrecourse financing . . $ | 76,344 | $ 262,430 |
| Recourse . . $ | 35,000,000 | $ 35,000,000 |

☒ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account . . . $ | 693,914 |
| Capital contributed during the year . $ | |
| Current year net income (loss) . . $ | (34,578) |
| Other increase (decrease) (attach explanation) $ | 144,900 |
| Withdrawals & distributions . . $ ( | 151,785 ) |
| Ending capital account . . . $ | 652,451 |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . $ _____
Ending . . . . . . . $ _____

| # | | Amount | # | | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | (59,081) | 15 | Credits | |
| 2 | Net rental real estate income (loss) | 43,929 | 16 | Foreign transactions | |
| 3 | Other net rental income (loss) | | A | | VARIOUS |
| 4a | Guaranteed payments for services | | B | | 202,134 |
| 4b | Guaranteed payments for capital | | C | | 204,718 |
| 4c | Total guaranteed payments | | G | | (2,584) |
| 5 | Interest income | 18,160 | I | | 14,716 |
| 6a | Ordinary dividends | 4,574 | J | | 124,824 |
| 6b | Qualified dividends | 247 | * | | SEE STMT |
| 6c | Dividend equivalents | | 17 | Alternative minimum tax (AMT) items | |
| 7 | Royalties | 2,151 | A | | (6) |
| 8 | Net short-term capital gain (loss) | (16,484) | D | | 3,969 |
| 9a | Net long-term capital gain (loss) | 39,963 | * | | SEE STMT |
| 9b | Collectibles (28%) gain (loss) | | 18 | Tax-exempt income and nondeductible expenses | |
| 9c | Unrecaptured section 1250 gain | 5 | C | | 10,626 |
| 10 | Net section 1231 gain (loss) | (2,558) | 19 | Distributions | |
| 11 | Other income (loss) | | A | | 151,785 |
| A | | 28 | | | |
| * | | SEE STMT | 20 | Other information | |
| 12 | Section 179 deduction | | A | | 28,809 |
| 13 | Other deductions | | B | | 463 |
| A | | 8 | | | |
| H | | 11,152 | T | | 534 |
| * | | SEE STMT | * | | SEE STMT |
| 14 | Self-employment earnings (loss) | | | | |

**21** ☐ More than one activity for at-risk purposes*

**22** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

651119

# Schedule K-1
## (Form 1065)
Department of the Treasury
Internal Revenue Service

**20**19

OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

For calendar year 2019, or tax year

beginning __ / __ / 2019    ending __ / __ /

## Partner's Share of Income, Deductions, Credits, etc.
► See back of form and separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| | (31,511,547) | | |
| 2 | Net rental real estate income (loss) | | |
| | 23,429,983 | 16 | Foreign transactions |
| 3 | Other net rental income (loss) | A | VARIOUS |
| 4a | Guaranteed payments for services | B | 107,809,792 |
| 4b | Guaranteed payments for capital | C | 109,187,851 |
| 4c | Total guaranteed payments | G | (1,378,061) |
| 5 | Interest income | I | 7,848,766 |
| | 9,685,521 | | |
| 6a | Ordinary dividends | J | 66,575,961 |
| | 2,439,576 | | |
| 6b | Qualified dividends | * | SEE STMT |
| | 131,590 | | |
| 6c | Dividend equivalents | 17 | Alternative minimum tax (AMT) items |
| | | A | (3,101) |
| 7 | Royalties | D | 2,116,810 |
| | 1,147,036 | | |
| 8 | Net short-term capital gain (loss) | * | SEE STMT |
| | (8,791,920) | | |
| 9a | Net long-term capital gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| | 21,314,362 | | |
| 9b | Collectibles (28%) gain (loss) | C | 5,667,593 |
| 9c | Unrecaptured section 1250 gain | | |
| | 2,880 | | |
| 10 | Net section 1231 gain (loss) | 19 | Distributions |
| | (1,364,433) | A | 3,711,456 |
| 11 | Other income (loss) | | |
| A | 14,893 | | |
| * | SEE STMT | 20 | Other information |
| 12 | Section 179 deduction | A | 15,365,420 |
| 13 | Other deductions | B | 247,031 |
| A | 4,238 | | |
| H | 5,947,873 | T | 284,597 |
| * | SEE STMT | * | SEE STMT |
| 14 | Self-employment earnings (loss) | | |

## Part I — Information About the Partnership

**A** Partnership's employer identification number
75-2716725

**B** Partnership's name, address, city, state, and ZIP code
HIGHLAND CAPITAL MANAGEMENT, LP
300 CRESCENT COURT, SUITE 700
DALLAS, TX 75201

**C** IRS Center where partnership filed return ► OGDEN

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II — Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
47-5261938

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
RAND PE FUND I, LP
87 RAILROAD PLACE, SUITE 403
SARATOGA SPRINGS, NY 12866

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☒ If the partner is a disregarded entity (DE), enter the partner's:
TIN 47-5145562    Name HNTR MNTN INV TRST FBO BCN MN

**I1** What type of entity is this partner? PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 99.500000 % | 99.500000 % |
| Loss | NONE % | NONE % |
| Capital | 99.500000 % | 99.500000 % |

Check if decrease is due to sale or exchange of partnership interest . . ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . $ | 123,274,967 | $ 117,033,004 |
| Qualified nonrecourse financing . . $ | 40,718,835 | $ 139,968,727 |
| Recourse . . $ | NONE | $ NONE |

☒ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account . . . $ | 370,103,735 |
| Capital contributed during the year . $ | |
| Current year net income (loss) . . $ | (18,442,312) |
| Other increase (decrease) (attach explanation) $ | 39,227 |
| Withdrawals & distributions . . $ ( | 3,711,456 ) |
| Ending capital account . . . $ | 347,989,195 |

21 ☐ More than one activity for at-risk purposes*
22 ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No    If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . $ _____
Ending . . . . . . $ _____

*For IRS Use Only*

For Paperwork Reduction Act Notice, see Instructions for Form 1065.    www.irs.gov/Form1065    Cat. No. 11394R    Schedule K-1 (Form 1065) 2019

P14409B330613 08/26/2020 18:00    Partner # 6

HCMLPHMIT00001890