**EXHIBIT 117**

**Monthly Operating Report**
**ACCRUAL BASIS-1**

| CASE NAME: | Highland Capital Management, LP |
|---|---|
| CASE NUMBER: | 19-12239-CSS |

**Comparative Balance Sheet**
(in thousands)

|  | 10/15/2019 | 10/31/2019 | 11/30/2019 |
|---|---:|---:|---:|
| **Assets** | | | |
| Cash and cash equivalents | 2,529 | 2,286 | 6,343 |
| Investments, at fair value [3] | 232,620 | 235,144 | 233,776 |
| Equity method investees [3] | 161,819 | 161,813 | 175,381 |
| Management and incentive fee receivable | 2,579 | 3,202 | 1,223 |
| Fixed assets, net | 3,754 | 3,672 | 3,601 |
| Due from affiliates [1] | 151,901 | 152,124 | 152,523 |
| Other assets | 11,311 | 11,260 | 10,621 |
| **Total assets** | **$ 566,513** | **$ 569,501** | **$ 583,468** |
| | | | |
| **Liabilities and Partners' Capital** | | | |
| Pre-petition accounts payable [4] | 1,176 | 1,135 | 1,250 |
| Post-petition accounts payable [4] | - | 102 | 236 |
| Secured debt: | | | |
|    Frontier | 5,195 | 5,195 | 5,195 |
|    Jefferies | 30,328 | 30,315 | 30,268 |
| Accrued expenses and other liabilities [4] | 59,203 | 59,184 | 60,848 |
| Accrued re-organization related fees [5] | - | - | - |
| Claim accrual [2] | 73,997 | 73,997 | 73,997 |
| Partners' capital | 396,614 | 399,573 | 411,674 |
| **Total liabilities and partners' capital** | **$ 566,513** | **$ 569,501** | **$ 583,468** |

[1] Includes various notes receivable at carrying value (fv undetermined).

[2] Uncontested portion of claim less appplicable offsets. Potential for additional liability based on future events. No interest has been accrued beyond petition date.

[3] Mark to market gains/(losses) on investments include pricing updates for publicly traded securities and other positions with readily available market price information. Limited partnership interests normally marked to a NAV statement have not been updated as of period end as statements are generally available on a one-month lag.

[4] Note on accruals: expenses recorded in Accounts Payable and Accrued Expenses and Other Liabilities reflect invoices recorded through accounts payable, legal invoice accruals, and normal course operating accruals, but do not reflect estimates for other incurred, but not yet received invoices. For balance sheet dates other than the Petition Date, amounts include both pre-petition and post-petition liabilities.

[5] Debtor funded various retainers totaling $790k prior to the petition date, which were entirely expensed prior to the petition date. No additional amounts were accrued between October 16, 2019 and November 30, 2019

| | | Assets | |
|---|---|---|---:|
| | | Cash and cash equivalents | |
| 10010 | 10010 | 10010 OPERATING | 4,399,685.76 |
| 10011 | 10011 | 10011 OPERATING - CASH CLEARING | (5,357,965.85) |
| 10012 | 10012 | 10012 OPERATING - DEPOSITS IN TRANSIT | 3,058,753.60 |
| 10020 | 10020 | 10020 INSURANCE ACCT | 291,109.28 |
| 10030 | 10030 | 10030 MONEY MARKET | 136,658.61 |
| 10060 | 10060 | 10060 BROKERAGE | 93.74 |
| 10100 | 10100 | 10100 MISC OPERATING 1 | (1,132,704.16) |
| 10102 | 10102 | 10102 MISC OPERATING 1 - DEPOSITS IN TRANSIT | 1,132,895.00 |
| | | Total cash and cash equivalents | 2,528,525.98 |
| | | Investments, at fair value | |
| 11100 | 11100 | 11100 INVESTMENT SECURITIES - COST | 66,751,143.30 |
| 11150 | 11150 | 11150 INVESTMENT SECURITIES - MARK TO MARKET | (7,702,195.68) |
| 17140 | 17140 | 17140 LT INVSTMT - HIGHLAND CLO FUNDING | 481,354.43 |
| 17207 | 17207 | 17207 LT INVSTMT - NXRT | 49,648,257.65 |
| 17209 | 17209 | 17209 LT INVSTMT - NHT | 10,718,068.67 |
| 17210 | 17210 | 17210 LT INVSTMT - NEXPOINT REAL ESTATE STRATEGIES FUND | 1,721,458.16 |
| 17405 | 17405 | 17405 LT INVSTMT - CRUSADER | 5,431,955.00 |
| 17440 | 17440 | 17440 LT INVSTMT - CREDIT STRATEGIES FUND | 132,002.75 |
| 17445 | 17445 | 17445 LT INVSTMT - MULTI STRAT CREDIT FUND | 20,244,908.67 |
| 17460 | 17460 | 17460 LT INVSTMT - RESTORATION CAPITAL PARTNERS | 36,949,197.43 |
| 17462 | 17462 | 17462 LT INVSTMT - PETROCAP PARTNERS II | 12,065,754.32 |
| 17466 | 17466 | 17466 LT INVSTMT - PETROCAP INCENTIVE PARTNERS III | 380.00 |
| 17467 | 17467 | 17467 LT INVSTMT - PETROCAP PARTNERS III | 1,254,168.41 |
| 17471 | 17471 | 17471 LT INVSTMT - HIGHLAND LOAN FUND | 261,889.71 |
| 17474 | 17474 | 17474 LT INVSTMT - HIGHLAND MERGER ARBITRAGE FUND | 1,397,752.04 |
| 17540 | 17540 | 17540 LT INVSTMT - HIGHLAND OPPORTUNISTIC CREDIT FUND | 5,427,536.32 |
| 17542 | 17542 | 17542 LT INVSTMT - HIGHLAND PREMIER GROWTH EQUITY FUND | 67,639.33 |
| 17543 | 17543 | 17543 LT INVSTMT - HIGHLAND SMALL CAP EQUITY FUND | 533,357.32 |
| 17550 | 17550 | 17550 LT INVSTMT - NEXPOINT CREDIT STRATEGIES | 13,275,503.51 |
| 17555 | 17555 | 17555 LT INVSTMT - L/S EQUITY FUND | - |
| 17560 | 17560 | 17560 LT INVSTMT - ENERGY AND MATERIALS FUND | 8,928.17 |
| 17561 | 17561 | 17561 LT INVSTMT - FLOATING RATE OPPORTUNITIES | 792,313.43 |
| 17562 | 17562 | 17562 LT INVSTMT - GLOBAL ALLOCATION | 1,573,054.32 |
| 17592 | 17592 | 17592 LT INVSTMT - HEALTH CARE FUND | 2,752,533.87 |
| | | Total investments, at fair value | 223,786,961.13 |
| | | Equity method investees | |
| 17410 | 17410 | 17410 LT INVSTMT - SELECT EQUITY FUND | 130,213,244.86 |
| 17475 | 17475 | 17475 LT INVSTMT - EAMES, LTD | 5,908,796.26 |
| 17480 | 17480 | 17480 LT INVSTMT - STARCK, LTD | 6,960,671.89 |
| 17485 | 17485 | 17485 LT INVSTMT - WRIGHT, LTD | 22,303,199.33 |
| 17835 | 17835 | 17835 LT INVSTMT - HIGHLAND CAPITAL MANAGEMENT LATIN AMERICA | - |
| 17840 | 17840 | 17840 LT INVSTMT - HIGHLAND CAPITAL MANAGEMENT SINGAPORE | 457,809.57 |
| 17850 | 17850 | 17850 LT INVSTMT - HIGHLAND CAPITAL MANAGEMENT KOREA | 1,011,300.61 |
| 17880 | 17880 | 17880 LT INVSTMT - PENANT MANAGEMENT | 302,358.21 |
| 17881 | 17881 | 17881 LT INVSTMT - EAGLE EQUITY ADVISORS | 22,803.05 |
| 17885 | 17885 | 17885 LT INVSTMT - MAPLE AVENUE HOLDINGS | 547,633.82 |
| 17900 | 17900 | 17900 LT INVSTMT - OTHER LONG-TERM INVESTMENTS | 2,924,323.00 |
| | | Total equity method investees | 170,652,140.60 |
| | | Management and incentive fees receivable | |
| 12145 | 12145 | 12145 MGMT FEES RECVBL - VALHALLA | 12,287.85 |
| 12150 | 12150 | 12150 MGMT FEES RECVBL - SOUTHFORK | 7,941.94 |
| 12160 | 12160 | 12160 MGMT FEES RECVBL - JASPER | 35,443.91 |
| 12165 | 12165 | 12165 MGMT FEES RECVBL - GLENEAGLES | 19,494.83 |
| 12170 | 12170 | 12170 MGMT FEES RECVBL - LIBERTY | 45,288.78 |
| 12175 | 12175 | 12175 MGMT FEES RECVBL - ROCKWALL | 18,213.61 |

| | | | |
|---|---|---|---:|
| 12180 12180 | | 12180 MGMT FEES RECVBL - RED RIVER | 30,118.03 |
| 12190 12190 | | 12190 MGMT FEES RECVBL - GRAYSON | 99,945.24 |
| 12210 12210 | | 12210 MGMT FEES RECVBL - EASTLAND | 83,341.49 |
| 12215 12215 | | 12215 MGMT FEES RECVBL - BRENTWOOD | 36,565.44 |
| 12225 12225 | | 12225 MGMT FEES RECVBL - ROCKWALL II | 121,756.83 |
| 12230 12230 | | 12230 MGMT FEES RECVBL - WESTCHESTER | 130,594.11 |
| 12235 12235 | | 12235 MGMT FEES RECVBL - HIGHLAND PARK | 24,144.35 |
| 12265 12265 | | 12265 MGMT FEES RECVBL - STRATFORD | 42,557.64 |
| 12270 12270 | | 12270 MGMT FEES RECVBL - GREENBRIAR | 60,028.30 |
| 12280 12280 | | 12280 MGMT FEES RECVBL - ABERDEEN | 15,288.93 |
| 12445 12445 | | 12445 MGMT FEES RECVBL - MULTI STRAT CREDIT FUND | 20,567.91 |
| 12466 12466 | | 12466 MGMT FEES RECVBL - PROMETHEUS | 22,237.17 |
| 12471 12471 | | 12471 MGMT FEES RECVBL - HIGHLAND LOAN FUND | 1,736.85 |
| 12475 12475 | | 12475 MGMT FEES RECVBL - LIFE SETTLEMENTS PROGRAM | 0.01 |
| 12635 12635 | | 12635 MGMT FEES RECVBL - LONGHORN A | 8,439.48 |
| 12640 12640 | | 12640 MGMT FEES RECVBL - LONGHORN B | 128,482.29 |
| 12660 12660 | | 12660 MGMT FEES RECVBL - BANDERA STRATEGIC CREDIT PARTNERS | 4.10 |
| 12665 12665 | | 12665 MGMT FEES RECVBL - PENSION DENMARK | 430,691.12 |
| 12670 12670 | | 12670 MGMT FEES RECVBL - NEXBANK | 813,275.89 |
| 12675 12675 | | 12675 MGMT FEES RECVBL - DAF | 163,043.48 |
| 12680 12680 | | 12680 MGMT FEES RECVBL - TRUSSWAY | 10,080.65 |
| 12685 12685 | | 12685 MGMT FEES RECVBL - SSP | 197,173.42 |
| 14125 14125 | | 14125 SUBADVISOR FEES RECEIVABLE - HCLOH | 53,863.81 |
| | | Total management and incentive fees receivable | 2,632,607.46 |
| | | Investment income receivable | |
| 14010 14010 | | 14010 CASH INTEREST RECEIVABLE | 1,243,304.26 |
| | | Total investment income receivable | 1,243,304.26 |
| | | Deferred incentive fees | |
| 12906 12906 | | 12906 INCTV FEES RECVBL - CRUSADER - OFFSHORE | 15,020,930.06 |
| 12999 12999 | | 12999 ALLOWANCE FOR UNCOLLECTIBLE ACCOUNTS | (15,020,930.06) |
| | | Fixed assets | |
| 16100 16100 | | 16100 BUILDINGS | 2,594,846.58 |
| 16150 16150 | | 16150 BUILDINGS - ACCUM DEPRECIATION | (891,978.45) |
| 16200 16200 | | 16200 FURNITURE AND FIXTURES | 2,796,433.00 |
| 16250 16250 | | 16250 FURNITURE AND FIXTURES - ACCUM DEPRECIATION | (2,678,004.27) |
| 16300 16300 | | 16300 COMPUTERS AND EQUIPMENT | 2,805,720.49 |
| 16350 16350 | | 16350 COMPUTERS AND EQUIPMENT - ACCUM DEPRECIATION | (2,484,405.74) |
| 16400 16400 | | 16400 COMPUTER SOFTWARE | 331,195.05 |
| 16450 16450 | | 16450 COMPUTER SOFTWARE - ACCUM DEPRECIATION | (269,706.55) |
| 16500 16500 | | 16500 LEASEHOLD IMPROVEMENTS | 7,191,571.54 |
| 16550 16550 | | 16550 LEASEHOLD IMPROVEMENTS - ACCUM DEPRECIATION | (5,641,290.05) |
| | | Total fixed assets | 3,754,381.60 |
| | | Other assets | |
| 13110 13110 | | 13110 REIMB EXP - PAMCO CAYMAN | 151,270.77 |
| 13115 13115 | | 13115 REIMB EXP - PAM CAPITAL | 1,071.55 |
| 13120 13120 | | 13120 REIMB EXP - LEGACY | 146,431.94 |
| 13125 13125 | | 13125 REIMB EXP - HIGHLAND V | 19,535.41 |
| 13140 13140 | | 13140 REIMB EXP - BRISTOL BAY | 2,187.28 |
| 13145 13145 | | 13145 REIMB EXP - VALHALLA | 5,832.60 |
| 13150 13150 | | 13150 REIMB EXP - SOUTHFORK | 5,978.91 |
| 13160 13160 | | 13160 REIMB EXP - JASPER | 25,365.46 |
| 13165 13165 | | 13165 REIMB EXP - GLENEAGLES | 39,707.18 |
| 13170 13170 | | 13170 REIMB EXP - LIBERTY | 39,248.30 |
| 13175 13175 | | 13175 REIMB EXP - ROCKWALL | 13,040.05 |
| 13180 13180 | | 13180 REIMB EXP - RED RIVER | 17,189.51 |
| 13190 13190 | | 13190 REIMB EXP - GRAYSON | 42,151.73 |
| 13200 13200 | | 13200 REIMB EXP - HIGHLAND FINANCIAL TRUST | 8,381.53 |

| Account | Account | Description | Amount |
|---|---|---|---|
| 13210 | 13210 | 13210 REIMB EXP - EASTLAND | 41,315.16 |
| 13215 | 13215 | 13215 REIMB EXP - BRENTWOOD | 91,010.17 |
| 13225 | 13225 | 13225 REIMB EXP - ROCKWALL II | 45,707.94 |
| 13230 | 13230 | 13230 REIMB EXP - WESTCHESTER | 115,662.06 |
| 13235 | 13235 | 13235 REIMB EXP - HIGHLAND PARK | 17,797.31 |
| 13265 | 13265 | 13265 REIMB EXP - STRATFORD | 15,332.69 |
| 13270 | 13270 | 13270 REIMB EXP - GREENBRIAR | 27,252.17 |
| 13276 | 13276 | 13276 REIMB EXP - ACIS CLO MANAGEMENT | 3,946.72 |
| 13280 | 13280 | 13280 REIMB EXP - ABERDEEN | 4,861.52 |
| 13281 | 13281 | 13281 REIMB EXP - HEWETT'S ISLAND | - |
| 13282 | 13282 | 13282 REIMB EXP - ACIS CLO 2018-VIII | 12,297.70 |
| 13284 | 13284 | 13284 REIMB EXP - ACIS CLO 2017-VII | 34,229.54 |
| 13285 | 13285 | 13285 REIMB EXP - ACIS CLO 2013-1 | 115,828.83 |
| 13286 | 13286 | 13286 REIMB EXP - ACIS CLO 2013-II | 0.03 |
| 13287 | 13287 | 13287 REIMB EXP - ACIS CLO 2014-III | 141,187.64 |
| 13288 | 13288 | 13288 REIMB EXP - ACIS CLO 2014-IIII | 161,700.16 |
| 13289 | 13289 | 13289 REIMB EXP - ACIS CLO 2014-V | 175,460.76 |
| 13290 | 13290 | 13290 REIMB EXP - ACIS CLO 2015-VI | 210,400.78 |
| 13298 | 13298 | 13298 REIMB EXP - ACIS CLO 2017-VII | 86,292.45 |
| 13403 | 13403 | 13403 REIMB EXP - HIGHLAND PROMETHEUS FUND | 2,390.26 |
| 13404 | 13404 | 13404 REIMB EXP - HIGHLAND LATIN AMERICA OPPORTUNITY FUND | (300.00) |
| 13410 | 13410 | 13410 REIMB EXP - SELECT EQUITY FUND | 44,673.00 |
| 13420 | 13420 | 13420 REIMB EXP - REAL ESTATE FUND | 8.92 |
| 13435 | 13435 | 13435 REIMB EXP - CDO OPPORTUNITIES FUND | 21,722.21 |
| 13440 | 13440 | 13440 REIMB EXP - CREDIT STRATEGIES FUND | 21.24 |
| 13445 | 13445 | 13445 REIMB EXP - MULTI STRAT CREDIT FUND | 71,217.26 |
| 13450 | 13450 | 13450 REIMB EXP - MULTI-STRAT INSURANCE DEDICATED FUND | 600.00 |
| 13460 | 13460 | 13460 REIMB EXP - RESTORATION CAPITAL PARTNERS | 32,683.10 |
| 13462 | 13462 | 13462 REIMB EXP - GRANITE BAY | 2,150.79 |
| 13465 | 13465 | 13465 REIMB EXP - CLO VALUE FUND | 47.62 |
| 13467 | 13467 | 13467 REIMB EXP - BB HIGHLAND FLOATING RATE FUND I | 250.00 |
| 13468 | 13468 | 13468 REIMB EXP - BB VOTORANTIM HIGHLAND INFRATSTRUCTURE LLC | 8,604.01 |
| 13471 | 13471 | 13471 REIMB EXP - HIGHLAND LOAN FUND | 10,569.33 |
| 13475 | 13475 | 13475 REIMB EXP - LIFE SETTLEMENTS PROGRAM | 4,606.55 |
| 13515 | 13515 | 13515 REIMB EXP - FLOATING RATE | 6,607.38 |
| 13521 | 13521 | 13521 REIMB EXP - FLOATING RATE OPPORTUNITIES | 2,042.05 |
| 13540 | 13540 | 13540 REIMB EXP - HIGHLAND OPPORTUNISTIC CREDIT FUND | 139.53 |
| 13550 | 13550 | 13550 REIMB EXP - NEXPOINT CREDIT STRATEGIES | 48,761.50 |
| 13580 | 13580 | 13580 REIMB EXP - HIGHLAND INCOME FUND | 23,648.49 |
| 13591 | 13591 | 13591 REIMB EXP - HC MULTI-STRATEGY FUND | 9,120.88 |
| 13592 | 13592 | 13592 REIMB EXP - HEALTH CARE FUND | 10.21 |
| 13610 | 13610 | 13610 REIMB EXP - CALPERS DISTRESSED | 11.56 |
| 13635 | 13635 | 13635 REIMB EXP - LONGHORN A | 10,220.09 |
| 13640 | 13640 | 13640 REIMB EXP - LONGHORN B | 24,732.66 |
| 13660 | 13660 | 13660 REIMBURSABLE FUND EXPNESES - PYXIS L/S EQUITY FUND | 1,263.26 |
| 13661 | 13661 | 13661 REIMBURSABLE FUND EXPNESES - PYXIS L/S HEALTHCARE FUND | 12,331.25 |
| 13665 | 13665 | 13665 REIMBURSABLE FUND EXPNESES - PYXIS SMALL CAP EQUITY FU | 342.25 |
| 13670 | 13670 | 13670 REIMBURSABLE FUND EXPNESES - HIGHLAND OPPORTUNISTIC CR | 858.02 |
| 13672 | 13672 | 13672 REIMBURSABLE FUND EXPNESES - PYXIS ENERGY & MATERIALS | 219.00 |
| 13676 | 13676 | 13676 EXP REIMB GLOBAL ALLOCATION FUND | 7,509.40 |
| 13685 | 13685 | 13685 EXP REIMB iBOXX SENIOR LOAN ETF | 4,857.87 |
| 13690 | 13690 | 13690 EXP REIMB - NEXPOINT RESIDENTIAL TRUST | 35,354.89 |
| 13691 | 13691 | 13691 EXP REIMB - NEXPOINT CAPITAL | 62,057.74 |
| 13692 | 13692 | 13692 EXP REIMB - NEXPOINT MULTI FAMILY REALTY TRUST | 168.38 |
| 13905 | 13905 | 13905 REIMBURSABLE FUND EXPENSES - COMPANY REIMB | 4,176,204.78 |
| 13910 | 13910 | 13910 REIMBURSABLE FUND EXPENSES - OTHER | (1,166,137.22) |
| 13990 | 13990 | 13990 REIMBURSABLE FUND EXPNESES - OTHER | 662,179.33 |
| 13999 | 13999 | 13999 REIMBURSABLE FUND EXPNESES - CLEARING | 1,726,654.35 |
| 14130 | 14130 | 14130 MISCELLANEOUS RECEIVABLE | 8,900.00 |
| 14135 | 14135 | 14135 SHARED SVCS FEE RECVBL - FALCON | 0.09 |
| 14140 | 14140 | 14140 SHARED SVCS FEE RECVBL - PYXIS | 143,384.01 |
| 14142 | 14142 | 14142 SHARED SVCS FEE RECVBL - HCLOH | 37,290.33 |
| 14143 | 14143 | 14143 SHARED SVCS FEE RECVBL - HCM LATIN AMERICA | 10,000.00 |
| 14148 | 14148 | 14148 SHARED SVCS FEE RECVBL - RAND ADVISORS | 9,999.92 |
| 14149 | 14149 | 14149 SHARED SVCS FEE RECVBL - NREA | (0.01) |
| 14199 | 14199 | 14199 UNAPPLIED RECEIPTS | (20,825.39) |

| | | | | |
|---|---|---|---:|---|
| 14520 | 14520 | 14520 DUE FROM HIGHLAND CAPITAL MANAGEMENT EUROPE LTD. | - | |
| 14530 | 14530 | 14530 DUE FROM HIGHLAND CAPITAL MANAGEMENT SERVICES | 7,482,480.88 | |
| 14531 | 14531 | 14531 DUE FROM HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS | 10,413,539.53 | |
| 14532 | 14532 | 14532 DUE FROM NEXPOINT ADVISORS | 24,534,644.03 | |
| 14533 | 14533 | 14533 DUE FROM HCRE PARTNERS | 10,394,680.47 | |
| 14535 | 14535 | 14535 DUE FROM HERA | 3,349,587.22 | |
| 14540 | 14540 | 14540 DUE FROM SSP | 2,198,610.05 | |
| 14545 | 14545 | 14545 DUE FROM TRUSSWAY | 1,056,956.03 | |
| 14555 | 14555 | 14555 DUE FROM HIGHLAND CAPITAL MANAGEMENT SINGAPORE PTE LTD | 35,158.50 | |
| 14565 | 14565 | 14565 DUE FROM OTHER - TAX LOANS | 10,670,299.84 | |
| 14575 | 14575 | 14575 DUE FROM HIGHLAND CAPITAL OF NEW YORK | 5,023,073.12 | |
| 14580 | 14580 | 14580 DUE FROM NEXBANK | 69,677.42 | |
| 14585 | 14585 | 14585 DUE FROM HUNTER MOUNTAIN INVESTMENT TRUST | 56,873,209.22 | |
| 14590 | 14590 | 14590 DUE FROM OTHER AFFILIATE | 5,288,256.35 | |
| 14595 | 14595 | 14595 DUE FROM HIGHLAND CAPITAL KOREA | 3,132,278.05 | |
| 14750 | 14750 | 14750 LONG TERM NOTES RECEIVABLE | 18,286,268.16 | |
| 14900 | 14900 | 14900 INTERCOMPANY RECEIVABLE | 1,663.65 | |
| 15010 | 15010 | 15010 PREPAID INSURANCE | 316,404.81 | |
| 15020 | 15020 | 15020 PREPAID RENT | (708,213.81) | |
| 15025 | 15025 | 15025 PREPAID RESEARCH | 496,846.51 | |
| 15030 | 15030 | 15030 OTHER PREPAID EXPENSES | 11,250.00 | |
| 15490 | | 15490 PREPAID EXPENSE CLEARING | 27,223.80 | |
| 15510 | 15510 | 15510 DEPOSITS | 129,871.65 | |
| | | Total other assets | 166,938,592.22 | |
| | | Total assets | 571,536,513.25 | |

Liabilities and Partners' Capital

Current liabilities:

Securities sold, not yet purchased

| | | | | | |
|---|---|---|---:|---|---|
| 22010 | 22010 | 22010 SECURITIES SOLD, NOT YET PURCHASED - PROCEEDS | (180.71) | x | pre |
| | | Total securities sold, not yet purchased | (180.71) | | |

Due to broker

| | | | | |
|---|---|---|---:|---|
| 20700 | 20700 | 20700 DUE TO BROKERS | (30,328,462.58) | |
| | | Total due to broker | | |

Due to broker for securities purchased, not yet settled
Payable to Highland Capital Management Services, Inc.

| | | | | | |
|---|---|---|---:|---|---|
| 23015 | 23015 | 23015 DUE TO MAPLE AVENUE HOLDINGS | (4,975,000.00) | x | pre |
| 23035 | 23035 | 23035 DUE TO HIGHLAND CAPITAL OF NEW YORK | 5,446.00 | x | |
| 23045 | 23045 | 23045 DUE TO HIGHLAND CAPITAL MANAGEMENT SINGAPORE PTE LTD | (248,745.28) | x | pre |
| 23050 | 23050 | 23050 DUE TO AFFILIATE - OTHER | (208,051.44) | x | |
| 23099 | 23099 | 23099 PAYABLES - OTHER AFFILIATE | (2,059,337.01) | x | pre |
| | | Total payable to Highland Capital Management Services, Inc | (7,485,687.73) | | |

Accounts payable

| | | | | | |
|---|---|---|---:|---|---|
| 20100 | 20100 | 20100 ACCOUNTS PAYABLE | (1,176,300.44) | | |
| 20200 | 20200 | 20200 INTEREST PAYABLE | (613,638.07) | x | mix |
| | | Total accounts payable | | | |

| | | Accrued and other liabilities | | |
|---|---|---|---:|---|
| 20900 | 20900 | 20900 INTERCOMPANY PAYABLE | - | |
| 21010 | 21010 | 21010 ACCRUED LIABILITIES - INTEREST | 225.00 | x |
| 21030 | 21030 | 21030 ACCRUED LIABILITIES - LEGAL | (8,761,799.69) | x |
| 21040 | 21040 | 21040 ACCRUED LIABILITIES - AUDIT FEES | (165,967.74) | x |
| 21080 | 21080 | 21080 ACCRUED LIABILITIES - INCOME TAX | (175,023.00) | x |
| 21090 | 21090 | 21090 ACCRUED LIABILITIES - OTHER | (3,166.60) | x |
| 21110 | 21110 | 21110 ACCRUED LIABILITIES - HCNY HEALTH INS PREMIUMS | (119,062.29) | x |
| 21111 | 21111 | 21111 ACCRUED LIABILITIES - HCMFA HEALTH INS PREMIUMS | (95,045.39) | x |
| 21113 | 21113 | 21113 ACCRUED LIABILITIES - HC FUNDS DISTRIBUTOR HEALTH INS | (754,170.28) | x |
| 21114 | 21114 | 21114 ACCRUED LIABILITIES - NEXBANK HEALTH INS PREMIUMS | 544,043.98 | x |
| 21115 | 21115 | 21115 ACCRUED LIABILITIES - DRUGCRAFTERS HEALTH INS PREMIUMS | 206,721.33 | x |
| 21116 | 21116 | 21116 ACCRUED LIABILITIES - MARKHAM HEALTH INS PREMIUMS | 196,640.32 | x |
| 21117 | 21117 | 21117 ACCRUED LIABILITIES - NEXBANK SECURITIES HEALTH INS PR | 38,116.34 | x |
| 21118 | 21118 | 21118 ACCRUED LIABILITIES - HCMLP HEALTH INS PREMIUMS | 68,737.06 | x |
| 21119 | 21119 | 21119 ACCRUED LIABILITIES - PCP HEALTH INS PREMIUMS | (8,854.67) | x |
| 21120 | 21120 | 21120 ACCRUED LIABILITIES - JMIJM HEALTH INS PREMIUMS | (6,252.54) | x |
| 21121 | 21121 | 21121 ACCRUED LIABILITIES - NXRT HEALTH INS PREMIUMS | (9,034.91) | x |
| 21122 | 21122 | 21122 ACCRUED LIABILITIES - NPA HEALTH INS PREMIUMS | (25,017.59) | x |
| 21123 | 21123 | 21123 ACCRUED LIABILITIES - EAGLE EQUITY HEALTH INS PREMIUMS | (4,458.02) | x |
| 21124 | 21124 | 21124 ACCRUED LIABILITIES - VINEBROOK HEALTH INS PREMIUMS | (592.82) | x |
| 21125 | 21125 | 21125 ACCRUED LIABILITIES - NHT HEALTH INS PREMIUMS | (1,185.64) | x |
| 21200 | 21200 | 21200 ACCRUED LIABILITIES - HCMLP SHARED SERVICES | (18,014.97) | x |
| 21205 | 21205 | 21205 ACCRUED LIABILITIES - HCFD SHARED SERVICES | (36,698.75) | x |
| 21510 | 21510 | 21510 ACCRUED PAYROLL LIABILITIES - BONUS | (13,688,973.83) | x |
| 21520 | 21520 | 21520 ACCRUED PAYROLL LIABILITIES - FEDERAL INC TAX W/H | - | x |
| 21550 | 21550 | 21550 ACCRUED PAYROLL LIABILITIES - FICA | - | x |
| 21560 | 21560 | 21560 ACCRUED PAYROLL LIABILITIES - MEDICARE | (13,310.19) | x |
| 21600 | 21600 | 21600 ACCRUED PAYROLL LIABILITIES - 401(K) EE CONTRIBUTION | 3,262.35 | x |
| 21630 | 21630 | 21630 ACCRUED PAYROLL LIABILITIES - LIFE INSURANCE | (13,761.35) | x |
| 21640 | 21640 | 21640 ACCRUED PAYROLL LIABILITIES - FLEXIBLE SPENDING ACCOUN | (354,881.89) | x |
| 21670 | 21670 | 21670 ACCRUED PAYROLL LIABILITIES - EE EXPENSE REIMBURSEMENT | (5,000.00) | x |
| 21680 | 21680 | 21680 ACCRUED PAYROLL LIABILITIES - VACATION | (939,324.00) | x |
| 21695 | 21695 | 21695 ACCRUED PAYROLL LIABILITY - SUSPENSE | 21,811.26 | x |
| 25445 | 25445 | 25445 DEFERRED MANAGEMENT FEES - MULTI STRAT CREDIT | (431,483.88) | x |
| 25461 | 25461 | 25461 DEFERRED INCENTIVE FEES - UNEARNED RCP CARRY | (4,392,937.00) | x |
| 25500 | 25500 | 25500 DEFERRED MANAGEMENT FEES - DAF | 0.02 | x |
| | | Total accrued and other liabilities | (28,944,459.38) | |
| | | Other current liabilities | | |
| 24150 | 24150 | 24150 CLAIMS PAYABLE | (73,997,399.28) | |
| | | Total other current liabilities | (73,997,399.28) | |
| | | Total current liabilities | | |
| | | Debt and notes payable | | |
| 26100 | 26100 | 26100 NOTES PAYABLE | (5,194,651.00) | |
| 26110 | 26110 | 26110 CLASS A TERM NOTES PAYABLE | (9,541,446.00) | x |
| 26200 | 26200 | 26200 REVOLVING CREDIT FACILITY | (11,340,751.26) | x |
| | | Total debts and notes payable | (26,076,848.26) | |

| | | | | |
|---|---|---|---:|---:|
| | | | | (64,225,759) |
| | | Payable to Highland Capital Management Services, Inc. | | 5,023,073 |
| | | Deferred compensation | | (59,202,686) |
| 27200 | 27200 | 27200 PROFIT SHARING PLAN | (632,258.10) | x |
| 27265 | 27265 | 27265 2017 DEFERRED SHARES | (3,411,606.44) | x |
| 27266 | 27266 | 27266 2018 DEFERRED SHARES | (1,758,391.79) | x |
| 27267 | 27267 | 27267 2019 DEFERRED SHARES | (497,339.23) | x |

| | | | |
|---|---|---|---:|
| | | Total deferred compensation | (6,299,595.56) |
| | | Other liabilities | |
| | | Total liabilities | (174,922,572.01) |
| | | Commitments | |
| | | Partners' capital | |
| 31000 | 31000 | 31000 PARTNERS' CAPITAL | (6,509,576.64) |
| 32000 | 32000 | 32000 SUBSCRIPTIONS | (91,499,999.99) |
| 33000 | 33000 | 33000 REDEMPTIONS | 503,589,902.86 |
| 39000 | 39000 | 39000 RETAINED EARNINGS | (765,702,051.50) |
| 40145 | 40145 | 40145 MGMT FEE REV - VALHALLA | (50,628.85) |
| 40150 | 40150 | 40150 MGMT FEE REV - SOUTHFORK | (27,757.53) |
| 40160 | 40160 | 40160 MGMT FEE REV - JASPER | (145,851.77) |
| 40165 | 40165 | 40165 MGMT FEE REV - GLENEAGLES | (140,043.03) |
| 40170 | 40170 | 40170 MGMT FEE REV - LIBERTY | (165,929.40) |
| 40175 | 40175 | 40175 MGMT FEE REV - ROCKWALL | (66,518.03) |
| 40180 | 40180 | 40180 MGMT FEE REV - RED RIVER | (189,123.14) |
| 40190 | 40190 | 40190 MGMT FEE REV - GRAYSON | (465,501.18) |
| 40210 | 40210 | 40210 MGMT FEE REV - EASTLAND | (436,949.87) |
| 40215 | 40215 | 40215 MGMT FEE REV - BRENTWOOD | (190,598.12) |
| 40225 | 40225 | 40225 MGMT FEE REV - ROCKWALL II | (524,333.53) |
| 40230 | 40230 | 40230 MGMT FEE REV - WESTCHESTER | (328,847.76) |
| 40235 | 40235 | 40235 MGMT FEE REV - HIGHLAND PARK | (96,479.77) |
| 40265 | 40265 | 40265 MGMT FEE REV - STRATFORD | (178,461.48) |
| 40270 | 40270 | 40270 MGMT FEE REV - GREENBRIAR | (258,673.40) |
| 40280 | 40280 | 40280 MGMT FEE REV - ABERDEEN | (41,945.72) |
| 40445 | 40445 | 40445 MGMT FEE REV - MULTI STRAT CREDIT FUND | (484,270.56) |
| 40466 | 40466 | 40466 MGMT FEE REV - PROMETHEUS | (86,688.68) |
| 40471 | 40471 | 40471 MGMT FEE REV - HIGHLAND LOAN FUND | (180,409.31) |
| 40473 | 40473 | 40473 MGMT FEE REV - HIGHLAND FLEXIBLE INCOME UCITS FUND | (41,013.32) |
| 40635 | 40635 | 40635 MGMT FEE REV - LONGHORN A | (39,412.35) |
| 40640 | 40640 | 40640 MGMT FEE REV - LONGHORN B | (518,445.68) |
| 40644 | 40644 | 40644 MGMT FEE REV - PENSION DENMARK | (1,163,257.92) |
| 40646 | 40646 | 40646 MGMT FEE REV - NEXBANK | (2,505,695.14) |
| 40647 | 40647 | 40647 MGMT FEE REV - DAF | (3,596,743.32) |
| 40684 | 40684 | 40684 MGMT FEE REV - TRUSSWAY | (114,247.30) |
| 40685 | 40685 | 40685 MGMT FEE REV - SSP | (197,173.42) |
| 40690 | 40690 | 40690 SUBADVISORY FEES - HCLOH | (206,475.99) |
| 41455 | 41455 | 41455 INCTV FEE REV - HIGHLAND DYNAMIC INCOME FUND | (150,925.36) |
| 45100 | 45100 | 45100 INTEREST INCOME | (96.17) |
| 45200 | 45200 | 45200 DIVIDEND INCOME | (2,625,125.09) |
| 45445 | 45445 | 45445 ROYALTY FEES | (875,539.73) |
| 45509 | 45509 | 45509 SUBADVISOR FEES - HCMFA | (3,945,290.32) |
| 45511 | 45511 | 45511 SUBADVISOR FEES - NEXPOINT ADVISORS | (2,389,935.48) |
| 45515 | 45515 | 45515 SHARED SVCS FEE REV - NEXPOINT | (1,593,290.32) |
| 45530 | 45530 | 45530 SHARED SVCS FEE REV - NEXBANK | (189,677.42) |
| 45535 | 45535 | 45535 SHARED SVCS FEE REV - FALCON | (135,000.00) |
| 45540 | 45540 | 45540 SHARED SVCS FEE REV - PYXIS | (2,950,803.13) |
| 45541 | 45541 | 45541 SHARED SVCS FEE REV - HCLOH | (142,944.91) |
| 45543 | 45543 | 45543 SHARED SVCS FEE REV - HCM LATIN AMERICA | (100,000.00) |
| 45555 | 45555 | 45555 SHARED SVCS FEE REV - RAND ADVISORS | (171,053.46) |
| 45560 | 45560 | 45560 SHARED SVCS FEE REV - NREA | (720,000.00) |
| 45690 | 45690 | 45690 ADMIN FEES - ALL CAP EQUITY FUND | - |
| 45900 | 45900 | 45900 MISCELLANEOUS INCOME | (69,625.13) |
| 50110 | 50110 | 50110 SALARIES | 9,150,582.76 |
| 50130 | 50130 | 50130 OVERTIME | 443,209.60 |
| 50150 | 50150 | 50150 SEVERANCE | 480,800.00 |
| 50210 | 50210 | 50210 CASH BONUS | 9,248,793.64 |
| 50230 | 50230 | 50230 PROFIT SHARING | 632,258.10 |
| 50240 | 50240 | 50240 401(K) MATCH | 333,561.32 |
| 50255 | 50255 | 50255 SHORT-TERM INCENTIVE PLAN | (436,285.82) |
| 50265 | 50265 | 50265 2017 DEFERRED SHARES | 1,097,191.17 |

| | | | |
|---|---|---|---:|
| 50266 | 50266 | 50266 2018 DEFERRED SHARES | 822,120.61 |
| 50267 | 50267 | 50267 2019 DEFERRED SHARES | 497,339.14 |
| 50268 | 50268 | 50268 2016 DEFERRED SHARES | (25,311.95) |
| 50290 | 50290 | 50290 OTHER COMPENSATION | 1,155,780.58 |
| 50310 | 50310 | 50310 HEALTH INSURANCE | 1,523,588.77 |
| 50320 | 50320 | 50320 LIFE INSURANCE | 54,361.18 |
| 50410 | 50410 | 50410 EMPLOYER FICA | 583,174.17 |
| 50420 | 50420 | 50420 EMPLOYER MEDICARE | 375,760.29 |
| 50430 | 50430 | 50430 EMPLOYER FUTA | 4,744.82 |
| 50440 | 50440 | 50440 EMPLOYER SUTA | 12,959.77 |
| 60100 | 60100 | 60100 PERIODICALS | 22,386.10 |
| 60200 | 60200 | 60200 RESEARCH | 916,140.49 |
| 61100 | 61100 | 61100 LEGAL | 4,595,085.91 |
| 61200 | 61200 | 61200 AUDIT | 169,967.74 |
| 61300 | 61300 | 61300 CONSULTING | 3,452,054.35 |
| 61325 | 61325 | 61325 ASSET PLACEMENT FEES | 104,945.38 |
| 61350 | 61350 | 61350 ADMINISTRATION FEES | 57,121.04 |
| 61355 | 61355 | 61355 DATA SERVICE FEES | 43,875.13 |
| 61400 | 61400 | 61400 PAYROLL SERVICE | 19,604.39 |
| 61450 | 61450 | 61450 PLACEMENT FEES | 38,750.00 |
| 61510 | 61510 | 61510 VIRTUAL RECRUITING | 16,255.54 |
| 61530 | 61530 | 61530 CANDIDATE REIMBURSEMENT | 745.33 |
| 61540 | 61540 | 61540 TRAINING | 3,078.00 |
| 62100 | 62100 | 62100 DEPRECIATION EXPENSE - BUILDING | 48,653.37 |
| 62200 | 62200 | 62200 DEPRECIATION EXPENSE - FURNITURE AND FIXTURES | 100,107.56 |
| 62300 | 62300 | 62300 DEPRECIATION EXPENSE - COMPUTERS AND EQUIPMENT | 151,012.94 |
| 62400 | 62400 | 62400 DEPRECIATION EXPENSE - COMPUTER SOFTWARE | (13,361.00) |
| 62500 | 62500 | 62500 DEPRECIATION EXPENSE - LEASEHOLD IMPROVEMENTS | 498,088.99 |
| 69110 | 69110 | 69110 RENT - DALLAS | 994,874.28 |
| 69140 | 69140 | 69140 RENT - STORAGE | 11,023.33 |
| 69210 | 69210 | 69210 UTILITIES | 55,034.52 |
| 69220 | 69220 | 69220 OFFICE SUPPLIES | 143,507.22 |
| 69232 | 69232 | 69232 TELEPHONES - OFFICE | 86,573.03 |
| 69234 | 69234 | 69234 TELEPHONES - MOBILE | 102,030.73 |
| 69238 | 69238 | 69238 INTERNET | 213,470.37 |
| 69240 | 69240 | 69240 COMPUTER HARDWARE | 66,426.65 |
| 69250 | 69250 | 69250 COMPUTER SOFTWARE | 400,694.97 |
| 69260 | 69260 | 69260 MAINTENANCE | 18,021.65 |
| 69270 | 69270 | 69270 POSTAGE | 19,179.88 |
| 69280 | 69280 | 69280 TEMPORARY SERVICES | 2,579.33 |
| 69281 | 69281 | 69281 FOOD SUPPLIES | 144,648.14 |
| 69282 | 69282 | 69282 PARKING | 138,958.85 |
| 69290 | 69290 | 69290 OFFICE OVERHEAD - OTHER | 227,701.36 |
| 69310 | 69310 | 69310 DIRECTORS AND OFFICERS | 247,662.00 |
| 69320 | 69320 | 69320 WORKERS COMPENSATION | 34,662.88 |
| 69330 | 69330 | 69330 BUY/SELL | 14,875.00 |
| 69340 | 69340 | 69340 ADDITIONAL LIFE INSURANCE | 41,601.38 |
| 69350 | 69350 | 69350 OTHER INSURANCE | 88,305.83 |
| 69410 | 69410 | 69410 AIRFARE | 136,385.18 |
| 69420 | 69420 | 69420 MEALS | 64,817.22 |
| 69430 | 69430 | 69430 LODGING | 44,258.29 |
| 69440 | 69440 | 69440 ENTERTAINMENT | 509,735.88 |
| 69450 | 69450 | 69450 EMPLOYEE LUNCH | 283,814.86 |
| 69460 | 69460 | 69460 GROUND TRANSPORTATION | 23,557.78 |
| 69490 | 69490 | 69490 TRAVEL - OTHER | 5,972.71 |
| 69500 | 69500 | 69500 MARKETING AND ADVERTISING | 561,172.46 |
| 69600 | 69600 | 69600 CHARITABLE CONTRIBUTIONS | 67,700.00 |
| 69610 | 69610 | 69610 BUSINESS GIFTS | 116,780.19 |
| 69722 | 69722 | 69722 STATE CORPORATE TAX | 50.00 |
| 69730 | 69730 | 69730 TAXES - OTHER | 537,045.85 |
| 69832 | 69832 | 69832 CONFERENCE REGISTRATION | 12,420.78 |
| 69910 | 69910 | 69910 FEES AND DUES | 208,428.87 |
| 69920 | 69920 | 69920 BANK CHARGES | 14,052.09 |
| 69950 | 69950 | 69950 BAD DEBT | 79,835.57 |
| 69990 | 69990 | 69990 MISCELLANEOUS - OTHER | 684.72 |
| 80100 | 80100 | 80100 INTEREST INCOME - NON-OPERATING | (5,765,215.32) |

| Account | Account | Description | Amount |
|---|---|---|---:|
| 80200 | 80200 | 80200 INTEREST EXPENSE - NON-OPERATING | 1,344,399.09 |
| 80800 | 80800 | 80800 COMPANY DISCOUNT ON SHARE PURCHASES | (768,566.33) |
| 80900 | 80900 | 80900 OTHER INCOME/EXPENSE | 74,007,399.28 |
| 90100 | 90100 | 90100 REALIZED CAPITAL GAINS/LOSSES | (3,959,534.93) |
| 91100 | 91100 | 91100 INVESTMENT SECURITIES | 5,784,240.27 |
| 91207 | 91207 | 91207 NXRT | (15,997,586.35) |
| 91209 | 91209 | 91209 NHT | 163,219.32 |
| 91403 | 91403 | 91403 HIGHLAND PROMETHEUS FUND | 20.00 |
| 91410 | 91410 | 91410 SELECT EQUITY FUND | (109,058,363.77) |
| 91445 | 91445 | 91445 CREDIT OPPORTUNITIES FUND | 6,830,992.36 |
| 91460 | 91460 | 91460 RESTORATION CAPITAL PARTNERS | 9,909,464.57 |
| 91462 | 91462 | 91462 PETROCAP PARTNERS II | (468,147.29) |
| 91463 | 91463 | 91463 PETROCAP PARTNERS III | 9,472.57 |
| 91471 | 91471 | 91471 HIGHLAND LOAN FUND | (4,746.24) |
| 91480 | 91480 | 91480 STARCK | 2,346,668.27 |
| 91485 | 91485 | 91485 WRIGHT | (19,196,588.45) |
| 91495 | 91495 | 91495 HIGHLAND CLO FUNDING, LTD | 129,003.42 |
| 91835 | 91835 | 91835 HIGHLAND CAPITAL MANAGEMENT LATIN AMERICA, LP | 4,004,360.11 |
| 91840 | 91840 | 91840 HIGHLAND CAPITAL MANAGEMENT SINGAPORE | (9,123.39) |
| 91850 | 91850 | 91850 HIGHLAND CAPITAL MANAGEMENT KOREA | 225,509.80 |
| 91881 | 91881 | 91881 EAGLE EQUITY ADVISORS | 247,196.95 |
| 91885 | 91885 | 91885 MAPLE AVENUE HOLDINGS | (83,374.05) |
| 91900 | 91900 | 91900 OTHER INVESTMENTS | 424,641.00 |
| 99990 | 99990 | 99990 SYSTEM DEFAULT | (4,458.02) |
| | | Total partners capital | (396,613,941.24) |
| | | Total liabilities and partners' capital | (571,536,513.25) |