**EXHIBIT 118**

| | Balance Type | | | Actual | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Ledger | * List - Text | Highland Capital Management US | | | | | | |
| | Category | * List - Text | Adjustment | | | | | | |
| | Source | * List - Text | Spreadsheet | | | | | | |
| | Currency | * List - Text | USD | | | Uploaded by:_____ | | | |
| | Accounting Date | * List - Date | 10/15/2019 | | | | | | |
| | Journal Name | Text | 20191015 Hunter Mountain Note R | | | Posted by:_____ | | | |
| | Journal Description | Text | Hunter Mountain Note Receivable U | | | | | | |
| Upl | Entity | Department | Account | Business Unit | Future | Debit | Credit | Line Description | Messages |
| | * List - Text | | | | | * Number | * Number | Text | |
| ○ | 0010 | 000 | 14010 | 00 | 0000 | 61,002.36 | | Hunter Mountain Note Receivable - Interest | ☺ |
| ○ | 0010 | 000 | 14010 | 00 | 0000 | | - | Hunter Mountain Note Receivable Update - PIK | ☺ |
| ○ | 0010 | 000 | 14585 | 00 | 0000 | - | | Hunter Mountain Note Receivable Update - PIK | ☺ |
| | 0010 | 210 | 80100 | 10 | 0000 | | 61,002.36 | Hunter Mountain Note Receivable - Interest | ☺ |
| Totals: | | | | | | 61002.36 | 61002.36 | | |

Tip: This is not the end of the Template.  Unprotect the sheet and insert as many rows as needed.

**"Contribution Note" Amortization Table**
**Interest and principal payable on the anniversaries of the effective date of the notes**

| | |
|---|---|
| Beginning Principal | 63,000,000 |
| Interest Rate | 2.61% December 2015 Long-term AFR |
| Effective Date | 12/21/2015 |

**Revised Schedule Incorporating Prepayments as of 01/05/17**

| Date | Interest Accrual | Interest Paid | Accrued Interest | Beg Prin Bal | Principal Paid | PIK | Ending Prin Bal | Total Paid | |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/17 | 43,260.12 | - | 43,260.12 | 60,663,611.75 | - | - | 60,663,611.75 | - | |
| 03/31/18 | 390,407.74 | - | 433,667.86 | 60,663,611.75 | - | - | 60,663,611.75 | - | |
| 06/30/18 | 394,745.60 | - | 828,413.46 | 60,663,611.75 | - | - | 60,663,611.75 | - | |
| 09/30/18 | 399,083.46 | - | 1,227,496.92 | 60,663,611.75 | - | - | 60,663,611.75 | - | |
| 10/31/18 | 134,473.78 | - | 1,361,970.70 | 60,663,611.75 | - | - | 60,663,611.75 | | |
| 11/30/18 | 130,135.91 | - | 1,492,106.61 | 60,663,611.75 | - | - | 60,663,611.75 | | |
| 12/19/18 | 82,419.41 | (1,574,526.02) | - | 60,663,611.75 | (504,879.98) | - | 60,158,731.77 | (2,079,406.00) | prepayment |
| 12/21/18 | 8,603.52 | (8,603.52) | - | 60,158,731.77 | - | 8,603.52 | 60,167,335.29 | - | |
| 12/31/18 | 43,023.77 | - | 43,023.77 | 60,167,335.29 | - | - | 60,167,335.29 | - | |
| 01/31/19 | 133,373.67 | - | 176,397.44 | 60,167,335.29 | - | - | 60,167,335.29 | | |
| 02/28/19 | 120,466.54 | - | 296,863.98 | 60,167,335.29 | - | - | 60,167,335.29 | | |
| 03/28/19 | 120,466.54 | (417,330.52) | - | 60,167,335.29 | (3,294,125.95) | - | 56,873,209.34 | (3,711,456.47) | prepayment |
| 03/31/19 | 12,200.47 | - | 12,200.47 | 56,873,209.34 | - | - | 56,873,209.34 | | |
| 04/30/19 | 122,004.72 | - | 134,205.19 | 56,873,209.34 | - | - | 56,873,209.34 | | |
| 05/31/19 | 126,071.54 | - | 260,276.73 | 56,873,209.34 | - | - | 56,873,209.34 | | |
| 06/30/19 | 122,004.72 | - | 382,281.45 | 56,873,209.34 | - | - | 56,873,209.34 | | |
| 07/31/19 | 126,071.54 | - | 508,352.99 | 56,873,209.34 | - | - | 56,873,209.34 | | |
| 08/31/19 | 126,071.54 | - | 634,424.53 | 56,873,209.34 | - | - | 56,873,209.34 | | |
| 09/30/19 | 122,004.72 | - | 756,429.25 | 56,873,209.34 | - | - | 56,873,209.34 | | |
| 10/15/19 | 61,002.36 | | 817,431.61 | 56,873,209.34 | | | 56,873,209.34 | | |
| 10/31/19 | 65,069.18 | - | 882,500.79 | 56,873,209.34 | - | - | 56,873,209.34 | | |
| 11/30/19 | 122,004.72 | - | 1,004,505.51 | 56,873,209.34 | - | - | 56,873,209.34 | | |
| 12/21/19 | 85,403.30 | (1,089,908.81) | - | 56,873,209.34 | - | 1,089,908.81 | 57,963,118.15 | - | |
| 12/21/20 | 1,516,982.14 | (1,516,982.14) | - | 57,963,118.15 | - | 1,516,982.14 | 59,480,100.29 | - | |
| 12/21/21 | 1,552,430.62 | (1,552,430.62) | - | 59,480,100.29 | (4,033,126.51) | 1,552,430.62 | 56,999,404.40 | (4,033,126.51) | |
| 12/21/22 | 1,487,684.45 | (1,487,684.45) | - | 56,999,404.40 | (5,000,000.00) | 1,487,684.45 | 53,487,088.85 | (5,000,000.00) | |
| 12/21/23 | 1,396,013.02 | (1,396,013.02) | - | 53,487,088.85 | (5,000,000.00) | 1,396,013.02 | 49,883,101.87 | (5,000,000.00) | |