**EXHIBIT 120**

| | |
|---|---|
| **From:** | John A. Morris |
| **Sent:** | Thursday, June 19, 2025 6:10 PM |
| **To:** | Andrea T. Bates; Hayley R. Winograd |
| **Subject:** | FW: Highland -- Request to File Rule 2019 Statement |

**From:** Jeff Pomerantz <jpomerantz@pszjlaw.com>
**Sent:** Monday, June 16, 2025 4:24 PM
**To:** David Curry <dcurry@okinadams.com>; Matthew Okin <mokin@okinadams.com>
**Cc:** John A. Morris <jmorris@pszjlaw.com>; Gregory V. Demo <GDemo@pszjlaw.com>; Jeff Pomerantz <jpomerantz@pszjlaw.com>
**Subject:** Highland -- Request to File Rule 2019 Statement

Gentlemen –

As your law firm purports to represent multiple parties in connection with the Highland bankruptcy case and next week's hearing we hereby request that you comply with your obligations to file promptly a Rule 2019 statement with the Bankruptcy Court.

Best,
Jeff

**Jeff Pomerantz**
Pachulski Stang Ziehl & Jones LLP
Tel: 310.277.6910 | Cell: 310.489.0285 | Fax: 310.201.0760
jpomerantz@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | New York | Wilmington, DE | Houston | San Francisco