# EXHIBIT 1

**EXHIBIT 1**



Charitable DAF/CLO HoldCo
Structure Chart