Matthew S. Okin
Texas Bar No. 00784695
David L. Curry, Jr.
Texas Bar No. 24065107
Okin Adams Bartlett Curry LLP
1113 Vine Street, Suite 240
Houston, Texas 77002
Tel: (713) 228-4100
Fax: (346) 247-7158
mokin@okinadams.com
dcurry@okinadams.com

ATTORNEYS FOR THE DALLAS FOUNDATION AND
CROWN GLOBAL LIFE INSURANCE, LTD.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **HIGHLAND CAPITAL** | § | |
| **MANAGEMENT, L.P.,** | § | |
| | § | **Case No. 19-34054-sgj11** |
| Debtor. | § | |

## CROSS-NOTICE OF DEPOSITION OF MARK PATRICK

PLEASE TAKE NOTICE that, pursuant to Rule 26 and 30 of the Federal Rules of Civil Procedure, made applicable herein pursuant to Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, parties-in-interest, The Dallas Foundation and Crown Global Life Insurance, Ltd., will take the deposition upon oral examination of Mark Patrick in connection with *Debtor's Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 and U.S.C. § 363 Approving Settlement with the HMIT Entities and Authorizing Actions Consistent Therewith* [Dkt. 4216] on **Monday, June 23, 2025, commencing at 12:00 p.m. (Central Time) and ending at 2:00 p.m. (Central Time)**.

The deposition will be taken remotely via an online platform. Parties who wish to participate in the deposition should contact Michael Lang, Crawford Wishnew & Lang, LLP, at mlang@cwl.law for more information regarding participating in this deposition remotely. The deposition will be recorded by videographic and stenographic means for all purposes in this matter, including trial.

Dated: June 21, 2025

            **OKIN ADAMS LLP**

            By: */s/ David L. Curry, Jr.*
               Matthew S. Okin
               Texas Bar No. 00784695
               mokin@okinadams.com
               David L. Curry, Jr.
               Texas Bar No. 24065107
               dcurry@okinadams.com
               1113 Vine St., Suite 240
               Houston, Texas 77002
               Tel: 713.228.4100
               Fax: 888.865.2118

            **ATTORNEYS FOR THE DALLAS FOUNDATION AND CROWN GLOBAL LIFE INSURANCE, LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served, upon filing, via the Court's CM/ECF system upon those parties subscribing thereto.

               */s/ David L. Curry, Jr.*
               David L. Curry, Jr.