Jason S. Brookner (Texas Bar No. 24033684)
Andrew K. York (Texas Bar No. 24051554)
Joshua D. Smeltzer (Texas Bar No. 24113859)
Drake M. Rayshell (Texas Bar No. 24118507)
GRAY REED
1601 Elm Street, Suite 4600
Dallas, Texas  75201
Telephone: (214) 954-4135
Facsimile:  (214) 953-1332
Email:    jbrookner@grayreed.com
          dyork@grayreed.com
          jsmeltzer@grayreed.com
          drayshell@grayreed.com

*Counsel to Patrick Daugherty*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § § | Case No. 19-34054 (SGJ) |
| Reorganized Debtor. | § § § | |

**PATRICK DAUGHERTY'S WITNESS AND EXHIBIT LIST
FOR HEARING SCHEDULED FOR JUNE 25, 2025 AT 9:30 A.M.**

Patrick Daugherty, ("Daugherty") hereby files this Witness and Exhibit List for the hearing scheduled for June 25, 2025, at 9:30 a.m. (Central Time) in connection with Highland Capital Management, L.P.'s *Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 and 11 USC s 363 Approving Settlement with the HMIT Entities* [Docket No. 4216] and Patrick Daugherty's *Objection* to same [Docket No. 4229].

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

4931-5856-6735

## WITNESSES

Daugherty may call one or more of the following witnesses at the hearing:

1. Patrick Daugherty;

2. James Seery[2];

3. Mark Patrick[3];

4. David Klos (by deposition excerpts)[4];

5. Any witnesses called by any other party; and

6. Any witnesses necessary for impeachment, depending upon the witnesses and evidence presented by other parties.

Daugherty reserves the right to cross-examine any witness called by any other party.

## EXHIBITS

Daugherty designates the following exhibits:

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMITTED |
|---|---|---|---|---|---|
| PD-1 | Settlement Agreement between Highland Capital Management, L.P. and Patrick Daugherty. | | | | |

---

[2] Highland's counsel has previously represented in writing, and in their witness list, that Highland will be calling Mr. Seery to testify in support of the Motion.
[3] The HMIT Entities' counsel has represented in writing that Mr. Patrick will be in attendance at the hearing.
[4] The final transcript of Mr. Klos' deposition has not been released by the court reporter who transcribed the deposition as of the date/time of this filing. Daugherty will supplement the excerpts once the transcript is available.

4931-5856-6735

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMITTED |
|---|---|---|---|---|---|
| PD-2 | Complaint for (1) Disallowance of Claim No. 205 In Its Entirety, (2) Estimation of Claim No. 205 For Allowance Purposes, Or (3) Subordination of Any Allowed Portion of Claim No. 205 of Patrick Hagaman Daugherty in Adversary Proceeding No. 25-03055-sgj, *Highland Capital Management, L.P. v. Patrick Hagaman Daugherty* | | | | |
| PD-3 | Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified) | | | | |
| PD-4 | Order (I) Confirming the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (As Modified) and (II) Granting Related Relief | | | | |
| PD-5 | Claimant Trust Agreement | | | | |
| PD-6 | Motion to Dismiss in Adversary Proceeding No. 25-03055-sgj, *Highland Capital Management, L.P. v. Patrick Hagaman Daugherty* | | | | |
| PD-7 | May 20, 2025 email from Gregory Demo to Drew York and John Morris, Subject: Highland – Eighth Distribution Notice | | | | |
| PD-8 | Nov. 20, 2024 IRS Letter to P. Daugherty re Notification concerning Highland Capital Management | | | | |
| PD-9 | Amended Complaint and Objection to Claims in *Marc S. Kirschner, as Litigation Trustee of the Litigation Sub-Trust v. James Dondero et al.*, Adversary No. 21-03076-sgj | | | | |

4931-5856-6735

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMITTED |
|---|---|---|---|---|---|
| PD-10 | Complaint in *Highland Employee Retention Assets LLC v. James Dondero et al.*, Case No. Civ. A. No. 3:24-cv-00498-k | | | | |
| PD-11 | Email from P. Daugherty to M Kirschner dated August 20, 2021; Subject: Highland History – Part 1 | | | | |
| PD-12 | Email from P. Daugherty to M. Kirscher dated August 20, 2021; Subject: Highland History – Part 2 Okada and Highland Capital Management Services, Inc? | | | | |
| PD-13 | Email from P. Daugherty to M. Kirschner dated August 20, 2021; Subject: Highland History – Prt 3 Supplement with Safety-kleen S-1 and 2nd Governance Re Bermuda Entity | | | | |
| PD-14 | Email from P. Daugherty to M. Kirschner dated August 20, 2021; Subject: Highland History – Part 4 NexPoint Credit Strategies Fund filing that shows ownership including Governance Re, PCMG, Highland Capital Management Services, etc. | | | | |
| PD-15 | Email from P. Daugherty to M. Kirschner dated August 20, 2021; Subject: Brad Ross – Anonymous threats from HCM sources (see bottom) | | | | |
| PD-16 | Email from P. Daugherty to M. Kirschner dated August 23, 2021; Subject: How does Highland's Charitable DAF Work? – Part 1 | | | | |
| PD-17 | Email from P. Daugherty to M. Kirschner dated August 23, 2021; Subject: How does the Charitable DAF work? Part 2 | | | | |
| PD-18 | Email from P. Daugherty to M. Kirschner dated August 23, 2021; Subject: How does Highland's Charitable DAF work? Part 3 | | | | |
| PD-19 | Email from P. Daugherty to M. Kirschner dated August 23, 2021; Subject: How does Highland's Charitable DAF work? Part 4 | | | | |

4931-5856-6735

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMITTED |
|---|---|---|---|---|---|
| PD-20 | Email from P. Daugherty to P. Montgomery et al. dated January 5, 2022; Subject: CPCM, LLC – another avatar for Scott Ellington | | | | |
| PD-21 | Email from P. Daugherty to M. Clemente dated February 18, 2021; Subject: Fw: Sentinel transactions with Highland Capital re transfer of shares in NexPoint | | | | |
| PD-22 | Email from P. Daugherty to M. Clemente dated February 21, 2021; Subject: Fw: SAS Platform – Sentinel – Patton – Nimitz – Dondero – Ellington connection [quite the web] – Part 1 | | | | |
| PD-23 | Email from P. Daugherty to P. Montgomery et al. dated October 1, 2021; Subject: Fw: Part 2 – Ellington creates SPVs in the Caymans to receive Barclays units; while John Cullinane buys Dondero's divorce claim against his wife | | | | |
| PD-24 | Email from P. Daugherty to M. Clemente dated July 2, 2021; Subject: Fw: Appendix to Part 3 (due to file size limitations) – Summit-NexPoint et al | | | | |
| PD-25 | Email from P. Daugherty to M. Clemente dated July 11, 2021; Subject: Fw: Part 4 – DiOrio-Ellington-Family and Friends: An empire of their own | | | | |
| PD-26 | Email from P. Daugherty to P. Montgomery et al. dated December 17, 2021; Subject: Fw: Sentinel transactions with Highland Capital re transfer of shares in NexPoint | | | | |
| PD-27 | Email from P. Daugherty to M. Clemente dated July 1, 2021; Subject: Fw: Part 3 – Dondero-Summit-Cullinane-Egglishaw-Ellington-DiOrio-Walkers-Maples et al | | | | |
| PD-28 | Email from P. Montgomery to P. Daugherty et al. dated December 17, 2021; Subject: RE: CPCM – Highgate Consulting – Skyview - Ellington | | | | |

4931-5856-6735

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMITTED |
|---|---|---|---|---|---|
| PD-29 | Email from P. Montgomery to P. Daugherty dated October 1, 2021; Subject: RE: Highland background reading – additions for Crusader Redeemer Committee | | | | |
| PD-30 | Email from P. Montgomery to P. Daugherty dated September 29, 2021; Subject: RE: Dondero-Highland-NexBank: alter ego evidence and year-end tax scheming | | | | |
| PD-31 | Email from P. Daugherty to P. Montgomery and M. Clemente dated July 30, 2021; Subject: Re: Rule 2004 Brief – Where is Okada and Highland Capital Management Services, Inc? | | | | |
| PD-32 | Email from P. Daugherty to P. Montgomery et al. dated October 1, 2021; Subject: Fw: Part 3 – Dondero-Summit-Cullinane-Egglishaw-Ellington-DiOrio-Walkers-Maples et al | | | | |
| PD-33 | Email from P. Montgomery to P. Daugherty dated September 21, 2021; Subject: RE: Highland Capital Management LP Asset Holdings – as of May 2009 | | | | |
| PD-34 | Email from P. Montgomery to P. Daugherty dated September 21, 2021; Subject: FW: Novation of the Highland Credit Strategies Fund management contract | | | | |
| PD-35 | Email from P. Montgomery to P. Daugherty dated September 10, 2021; Subject: RE: Are you available to chat? | | | | |
| PD-36 | Email from P. Montgomery to P. Daugherty dated August 31, 2021; Subject: RE: Highland Regroup call | | | | |
| PD-37 | Highland Capital Management, L.P., Highland Claimant Trust, and James P. Seery, Jr.'s Joint Opposition to Hunter Mountain Investment Trust's Motion for Leave to File Verified Adversary Proceeding | | | | |

4931-5856-6735

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMITTED |
|---|---|---|---|---|---|
| PD-38 | Memorandum Opinion and Order Pursuant to Plan "Gatekeeper Provision" and Pre-Confirmation "Gatekeeper Orders": Denying Hunter Mountain Investment Trust's Emergency Motion for Leave to File Verified Adversary Proceeding | | | | |
| PD-39 | Plaintiff's First Amended Original Complaint in *Highland Employee Retention Assets LLC v. James Dondero et al.*, Case No. Civ. A. No. 3:24-cv-00498-k | | | | |
| PD-40 | Plaintiff Highland Employee Retention Assets LLC's Omnibus Response to the Highland Defendants, Outside Attorneys Defendants and Trustee Defendants' Motions to Dismiss and Memorandum in Support in *Highland Employee Retention Assets LLC v. James Dondero et al.*, Case No. Civ. A. No. 3:24-cv-00498-k | | | | |
| PD-41 | Exhibit 6 to Debtor's Witness and Exhibit List with Respect to Evidentiary Hearing to be Held on June 8, 2021 | | | | |
| PD-42 | Defendant's Original Answer, Counterclaim and Third-Party Petition in *Highland Capital Management, L.P. v. Patrick Daugherty*, Cause No. DC-12-04005 (68th District Court, Dallas County, Texas) | | | | |
| PD- | Any document entered or filed in the Debtor's chapter 11 bankruptcy case, including any exhibits thereto | | | | |
| PD- | Any exhibits identified by or offered by any other party at the hearing | | | | |
| PD- | Any exhibits offered for impeachment and/or rebuttal purposes | | | | |

-7-

Daugherty reserves the right to supplement or amend this Witness and Exhibit List any time prior to the hearing. This Witness and Exhibit List is not intended to limit Daugherty at the hearing or to imply that Daugherty may not seek introduction of evidence that is not on this list. Daugherty reserves the right to use any of the exhibits designated by any other party in this case.

Respectfully submitted this 23rd day of June, 2025.

GRAY REED

By: /s/ *Andrew K. York*
Jason S. Brookner
Texas Bar No. 24033684
Andrew K. York
Texas Bar No. 24051554
Joshua D. Smeltzer
Texas Bar No. 24113859
Drake M. Rayshell
Texas Bar No. 24118507

1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email:  jbrookner@grayreed.com
dyork@grayreed.com
jsmeltzer@grayreed.com
draysehll@grayreed.com

*Counsel to Patrick Daugherty*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing instrument was served on all Parties or counsel of record herein on this 23rd day of June 2025, via the CM/ECF system and/or email.

/s/ *Andrew K. York*
ANDREW K. YORK

4931-5856-6735