# Exhibit 7

| | |
|---|---|
| **From:** | Gregory V. Demo |
| **To:** | Drew K. York; John A. Morris |
| **Cc:** | Jeff Pomerantz; zannable@haywardfirm.com; Jason S. Brookner; Drake Rayshell |
| **Subject:** | [EXTERNAL] Highland - Eighth Distribution Notice |
| **Date:** | Tuesday, May 20, 2025 12:41:33 PM |
| **Attachments:** | Eighth Distribution Notice - Pat Daugherty .pdf |

Counsel,

Attached is the eighth distribution notice from the Highland Claimant Trust to Mr. Daugherty. It is being delivered concurrently to Mr. Daugherty via U.S. mail. Can you please forward him the attached?

Best,
Greg

**Gregory V. Demo**

Pachulski Stang Ziehl & Jones LLP

Tel: 212.561.7730 | Cell: 312.662.3573 | Fax: 212.561.7777

GDemo@pszjlaw.com

vCard | Bio | LinkedIn



Los Angeles | New York | Wilmington, DE | Houston | San Francisco

CONFIDENTIAL

Highland Claimant Trust
100 Crescent Court, Suite 1850
Dallas, TX 75201

May 20, 2025

Patrick Daugherty
3621 Cornell Ave, Ste 830
Dallas, TX 75205

Dear Patrick Daugherty:

Highland Claimant Trust is making a distribution (the "**Eighth Distribution**") of cash proceeds to holders of Claimant Trust Interests in accordance with Article VI of the Claimant Trust Agreement.

Your share of the Eighth Distribution is $797,269.56, of which $781,707.29 represents the remaining portion of your previously allowed Class 9 claim and $15,562.27 represents all accrued interest with respect to such claim.  No further distributions will be made on account of your allowed Class 9 claim after the Eighth Distribution, provided however that you still have an unresolved and pending claim that is separate from your allowed Class 9 claim, which has neither been allowed nor disallowed as of the date of this notice.  The Eighth Distribution will be paid out to you on or about May 20, 2024.

The foregoing is not intended to provide, and should not be relied on for, tax, legal or accounting advice. You should consult your own tax, legal and accounting advisors regarding treatment of the Eighth Distribution.  This notice contains confidential information and is intended only for the addressee named herein.  If you are not named addressee, you should not disseminate, distribute, or copy this notice.  If you have received this notice by mistake, please notify David Klos immediately by e-mail (dklos@highlandcapital.com) and delete it along with any copies in your possession.  If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.

Sincerely,

James P. Seery, Jr.
Claimant Trustee, Highland Claimant Trust