# Exhibit 11

**Attachments:**

Daugherty - Original Answer Counterclaim_5-22-12.pdf
CreditStrat_Arbitration Award_04_26_16.pdf
Crusader_Partial and Final Arbitration Award_03_06_19 and 05_09_19.pdf
UBS v HFP_Verdict_11_14_19.pdf

---

**From:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
**Sent:** Friday, August 20, 2021 3:53 PM
**To:** Marc Kirschner <marc.kirschner@teneo.com>
**Cc:** James Seery <jpseeryjr@gmail.com>
**Subject:** Highland History - Part 1

Hello Marc,

Sorry for the delay but I have been assembling the data that you requested - BE CAREFUL WHAT YOU ASK FOR. I will send you emails as file size permits.

I think it is important to start with my Answer from 2012. It gives the timeline for what happened back in 2008/2009 that resulted in two arbitration awards and one judgement that brings us to where we are today. As you can see in retrospect, everything that I referenced in my answer has come true. Importantly, this has been an institutional effort to evade litigation from UBS, Crusader, and Credit Strat that invloves a scheme to divert assets from Highland over more than ten years.

**Patrick H Daugherty, Esq.**
President and Chief Investment Officer

**Glacier Lake Capital Advisors**
**(t)** +1 214.932.9140 **(m)** +1 972.679.7487
**(e)** pdaugherty@glacierlakecap.com

**From:** Marc Kirschner <marc.kirschner@teneo.com>
**Sent:** Friday, August 20, 2021 9:05 AM
**To:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
**Subject:** RE: Trying again

Good morning Pat: I have still not received any email with documents from you.

If you have been continuing to try to send material, I will need to have my IT folks get involved.

Please advise, thanks,

**Marc Kirschner**
Senior Managing Director

**Teneo**
**280 Park Avenue, 4th Floor**
**New York, NY 10017**
**O:** +1 (212) 593 2255
**M** +1 (917) 459 6964
**E:** marc.kirschner@teneo.com



[teneo.com](teneo.com)

**From:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
**Sent:** Thursday, August 19, 2021 2:43 PM
**To:** Marc Kirschner <marc.kirschner@teneo.com>
**Subject:** Re: Trying again

Recieved

**Patrick H Daugherty, Esq.**
President and Chief Investment Officer

**Glacier Lake Capital Advisors**
**(t)** +1 214.932.9140 **(m)** +1 972.679.7487
**(e)** pdaugherty@glacierlakecap.com

**From:** Marc Kirschner <marc.kirschner@teneo.com>
**Sent:** Thursday, August 19, 2021 1:33 PM
**To:** Patrick Daugherty <pdaugherty@glacierlakecap.com>

**Subject:** Trying again

Hi Pat: I hope this works.

Thanks, for reaching out.

Quinn will contact you in a couple of days.

Please resend your emails to me by reply to this email.

Regards, Marc


**Marc Kirschner**
Senior Managing Director

**Teneo**
**280 Park Avenue, 4th Floor**
**New York, NY 10017**
**O:** +1 (212) 593 2255
**M** +1 (917) 459 6964
**E:** marc.kirschner@teneo.com

  

**teneo.com**

---

This communication is confidential and may contain privileged information, or may otherwise be protected from disclosure. Any unauthorized disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is strictly prohibited. If you are not the intended recipient, please notify the sender that you have received this communication in error and delete and destroy all copies in your possession. Nothing contained in this disclaimer shall be construed in any way to grant permission to transmit confidential information via this firm's e-mail system or as a waiver of confidentiality or privilege. No responsibility or liability is accepted by Teneo for any loss or damage arising in any way from the use of this communication. No representation is being made that the information presented is accurate, current or complete, and such information is at all times subject to change without notice. E-mail messages are not guaranteed to be secure.

Teneo does not provide tax, accounting or legal advice. This e-mail and any attachments are not intended or written to be used, and cannot be used or relied upon, by any taxpayer for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. Each person should seek advice based on its particular circumstances from independent legal, accounting and tax advisors regarding the matters discussed in this communication.

This communication is for informational purposes only. Nothing herein should be construed as an attempt to effect any transaction in, or induce or attempt to induce the sale of, any security. Any such offer or solicitation may only be made by means of delivery of an offering memorandum and would be subject to applicable disclosure, documentation, registration and investor qualification requirements. Investment banking services are conducted by Teneo Capital LLC , including transactions by its subsidiary Teneo Securities LLC, a member of FINRA and SIPC. To view our privacy policy, click here.

---

This communication is confidential and may contain privileged information, or may otherwise be protected from disclosure. Any unauthorized disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is strictly prohibited. If you are not the intended recipient, please notify the sender that you have received this communication in error and delete and destroy all copies in your possession. Nothing contained in this disclaimer shall be construed in any way to grant permission to transmit confidential information via this firm's e-mail system or as a waiver of confidentiality or privilege. No responsibility or liability is accepted by Teneo for any loss or damage arising in any way from

the use of this communication. No representation is being made that the information presented is accurate, current or complete, and such information is at all times subject to change without notice. E-mail messages are not guaranteed to be secure.

Teneo does not provide tax, accounting or legal advice. This e-mail and any attachments are not intended or written to be used, and cannot be used or relied upon, by any taxpayer for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. Each person should seek advice based on its particular circumstances from independent legal, accounting and tax advisors regarding the matters discussed in this communication.

This communication is for informational purposes only. Nothing herein should be construed as an attempt to effect any transaction in, or induce or attempt to induce the sale of, any security. Any such offer or solicitation may only be made by means of delivery of an offering memorandum and would be subject to applicable disclosure, documentation, registration and investor qualification requirements. Investment banking services are conducted by Teneo Capital LLC , including transactions by its subsidiary Teneo Securities LLC, a member of FINRA and SIPC. To view our privacy policy, click [here](#).