# Exhibit 13

**Attachments:**  Safety-Kleen_S1_Governance re_Tunstall_Restoration_Crusader_Credit Strat_09_28_12.pdf
Governance Re Ltd_40865 Government of Bermuda.pdf
Highland Capital Bankruptcy_Leventon_Deposition_ROUGH_Guvray [Governance Re]_02_15_21.pdf
NexPoint Credit Strategies Fund_Dugaboy Investment Trust_Governance Re_Thread 55_Highland Capital Management Services Inc_12_31_14.pdf
Governance Re_Highland Capital Management Services_Dondero_Okada_Ownership Family Tree.pdf

---

**From:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
**Sent:** Friday, August 20, 2021 4:48 PM
**To:** marc.kirschner@teneo.com <marc.kirschner@teneo.com>
**Cc:** James Seery <jpseeryjr@gmail.com>
**Subject:** Highland History - Prt 3 Supplement with Safety-kleen S-1 and 2nd Governance Re Bermuda Entity

See how Dondero/Okada used Highland Capital Management Services and Governance Re to skim fees and value from portfolio investments via Safety-kleen and NHF.

Highland should also interview 2 former officers with critical historical information:

- **Michael Colvin** is the former GC and can speak to the creation of the "lifeboat" entities and the transfers related to Crusader, CreditStrat, the Charitable DAF (and CLO Holdco), etc.
- **Brad Ross** is the former head of the retail platform (NexPoint and Pyxis). He has direct knowledge of Dondero boasting that "We will strip Highland of its assets and file it for bankruptcy". He was also threatened by email (available upon request) by what we believe to be Dondero or his cabal.

Michael has not been able to tell all of what he knows because he is bound by attorney-client privilege. The estate can speak to its own counsel to extract full disclosure.

Importantly, as a recurring theme, Highland used its access to material inside information to trade investments at "market value" among funds depending on how they benefitted Dondero/Okada even though the "market" did not have access that was possessed by

Highland/Dondero/Okada. Examples include CLO tranche trades to the Charitable DAF, Cornerstone Equity, Trussway Equity, etc.

**From:** Patrick Daugherty
**Sent:** Friday, July 30, 2021 4:15 PM
**To:** Paige Montgomery <pmontgomery@sidley.com>; Matthew Clemente <mclemente@sidley.com>
**Cc:** Andrew Clubok <andrew.clubok@lw.com>; Elliot A. Bromagen <ebromagen@sidley.com>; crognes@sidley.com <crognes@sidley.com>
**Subject:** Rule 2004 - Supplement with Safety-kleen S-1 and 2nd Governance Re Bermuda Entity

These exhibits supplement my earlier text. I have said this before, but the Debtor and Committee should speak with Michael Colvin who was the fomer General Counsel during many of these events. Thomas Surgent does not have the same level of institutional knowledge given that he was not even promoted to Chief Compliance Officer until 2011.

**Patrick H Daugherty, Esq.**
President and Chief Investment Officer

**Glacier Lake Capital Advisors**
**(t)** +1 214.932.9140 **(m)** +1 972.679.7487
**(e)** pdaugherty@glacierlakecap.com