# Exhibit 15

**From:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
**Sent:** Friday, August 20, 2021 5:01 PM
**To:** marc.kirschner@teneo.com <marc.kirschner@teneo.com>
**Cc:** James Seery <jpseeryjr@gmail.com>
**Subject:** Brad Ross - Anonymous threats from HCM sources (see bottom)

**From:** Brad Ross <j.bross@msn.com>
**Sent:** Tuesday, January 28, 2020 5:15 PM
**To:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
**Subject:** Re: Lunch

Anonymous..Pat, as you well know, that culture toxic..

Brad Ross
972-322-3654

> On Jan 28, 2020, at 5:00 PM, Patrick Daugherty <pdaugherty@glacierlakecap.com> wrote:
>
>
> Also, do you know who jacksonhole12 is or is that a laughable anonymous threat? Regardless, they are scared.
>
> **Patrick H Daugherty, Esq.**
> President and Chief Investment Officer
>
> **Glacier Lake Capital Advisors**
> 3710 Rawlins St., Suite 830, Dallas, TX 75219
> **(t)** +1 214.932.9140 **(m)** +1 972.679.7487
> **(e)** pdaugherty@glacierlakecap.com

**From:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
**Sent:** Tuesday, January 28, 2020 4:43 PM
**To:** Brad Ross <j.bross@msn.com>
**Subject:** Re: Lunch

Huh? I haven't even put you in the book yet. The only person I spoke to about getting your contact information was Mike Pleumer.

**Patrick H Daugherty, Esq.**
President and Chief Investment Officer

**Glacier Lake Capital Advisors**
3710 Rawlins St., Suite 830, Dallas, TX 75219
**(t)** +1 214.932.9140 **(m)** +1 972.679.7487
**(e)** pdaugherty@glacierlakecap.com

---

**From:** Brad Ross <j.bross@msn.com>
**Sent:** Tuesday, January 28, 2020 4:34 PM
**To:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
**Subject:** Fwd: Lunch

I'm on a flight to Orlando.  I just received this?!???

Brad Ross
972-322-3654


Begin forwarded message:

> **From:** "jacksonhole12@protonmail.com" <jacksonhole12@protonmail.com>
> **Date:** January 28, 2020 at 4:21:19 PM CST
> **To:** "J.bross@msn.com" <J.bross@msn.com>
> **Subject: Fw:  Lunch**
> **Reply-To:** jacksonhole12@protonmail.com
>
>
> Sent with ProtonMail Secure Email.
>
> ------- Original Message -------
> On Tuesday, January 28, 2020 4:07 PM,

<jacksonhole12@protonmail.com> wrote:

> Brad, I would be very careful.  The tentacles of HCM are
> still long and will sting.

Sent with ProtonMail Secure Email.