# Exhibit 16

**Attachments:**  Highland Capital_Charitable DAF_How it works.pdf
The Super-Rich Are Stockpiling Wealth in Black-Box Charities - Bloomberg.pdf
Acis Bankruptcy_Transcript-Full_03_23_18.pdf
Acis Bankruptcy_Transcript_Includes Dondero Cross Under Seal_03_23_18.pdf
Dondero_Charitable DAF GP LLC_Delaware Registration_10_25_11.pdf
Dondero_Charitable DAF_Cayman Registry.pdf
Highland Capital_Ellington-Leventon_-Dondero Depositions re control of DAF.pdf

**From:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
**Sent:** Monday, August 23, 2021 8:53 AM
**To:** Marc Kirschner <marc.kirschner@teneo.com>
**Cc:** James Seery <jpseeryjr@gmail.com>
**Subject:** How does Highland's Charitable DAF Work? - Part 1

See below

**From:** Patrick Daugherty
**Sent:** Sunday, December 1, 2019 2:00 PM
**To:** MCLEMENTE@SIDLEY.COM <MCLEMENTE@SIDLEY.COM>; Tully, Conor <Conor.Tully@FTIConsulting.com>
**Cc:** earnestiena.cheng@fticonsulting.com <earnestiena.cheng@fticonsulting.com>; daniel.h.o'brien@fticonsulting.com <daniel.h.o'brien@fticonsulting.com>
**Subject:** Schematic: How does Highland's Charitable DAF work

I have created the attached presentation based on publicly available information to summarize my understanding of how Highland's Charitable DAF operates. I believe the structure is a sham that ultimately benefits Dondero, Okada, Surgent, Ellington, Holt (CEO NexBank) and other past and present executives at Highland Capital. See the attached publicly available transcripts and depositions from Dondero, Okada, Ellington, Leventon, Terry and others (search terms "DAF" "Charit" "signage"). Importantly, the Charitable DAF has received hundreds of millions of "gifts" from Highland/Dondero/Okada while the estate had outstanding and known contingent litigation with UBS, Crusader, Daugherty and others. I believe these "gifts" were fraudulent transfers and should be investigated along with the "investments" that were made on behalf of the DAF. Also, I think an analysis of Alter Ego and

Piercing the Corporate Veil are appropriate.

**Patrick H Daugherty, Esq.**
President and Chief Investment Officer

**Glacier Lake Capital Advisors**
3710 Rawlins St., Suite 830, Dallas, TX 75219
**(t)** +1 214.932.9140 **(m)** +1 972.679.7487
**(e)** pdaugherty@glacierlakecap.com