# Exhibit 19

**Attachments:**  Highland_Capital_Executives_PR benefits from DAF4_12_01_19.pdf
Highland_DAF_Charitable_Giving_Brag_Sheet.pdf
Charitable_DAF_HCLOF_Creation_Organization_Chart_Mark_Patrick_Spin.pdf

---

**From:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
**Sent:** Monday, August 23, 2021 10:57 AM
**To:** Marc Kirschner <marc.kirschner@teneo.com>
**Cc:** James Seery <jpseeryjr@gmail.com>
**Subject:** How does Highland's Charitable DAF work? Part 4

Last week, Louis Phillips, counsel for the Charitable DAF and CLO Holdco, revealed how they intend to spin the Charitable DAF complex to the district court and jury. He said this is all about two hedgefunds that bought the claims at deep discounts and are standing in the way of widows and orphans getting the help they so desparately need. See the attached exhibits that reflect how Highland's former officers were benefitting and partying at the expense of Highland's creditors while only actually giving a small percentage of the assets they misappropriated to the needy. Also see how they intend to spin the altruistic nature of this scam. Importantly, see when these entities were formed in the Caymans and how it coincided with the creation of the "life-boat" entities that were created to evade Highland's creditors - for over 10 years.

This is the result of a "catch me if you can" scheme that has finally ended in justice. When Phillips (aka Foghorn Leghorn) tries to spin this as a bunch of New Yorkers, Californians and hedgfunds (Seery, Kirschner, Stonehill and Farallon) beating up on the honorable, robinhood-like former executives of Highland, remind the judge and jury that Highland was a hedgfund that specialized in distressed investing of companies like MGM, Trussway, Cornerstone, Safety-kleen, Home Interiors and Gifts, CCS, Delphi, etc, etc that made money by slashing jobs at these companies. And, that Dondero is from New Jersey and Okada is from Los Angeles.

**Patrick H Daugherty, Esq.**
President and Chief Investment Officer

**Glacier Lake Capital Advisors**

**(t)** +1 214.932.9140 **(m)** +1 972.679.7487
**(e)** pdaugherty@glacierlakecap.com

---

**From:** Patrick Daugherty
**Sent:** Monday, December 2, 2019 11:11 AM
**To:** MCLEMENTE@SIDLEY.COM <MCLEMENTE@SIDLEY.COM>; Tully, Conor <Conor.Tully@FTIConsulting.com>
**Cc:** daniel.h.o'brien@fticonsulting.com <daniel.h.o'brien@fticonsulting.com>; earnestiena.cheng@fticonsulting.com <earnestiena.cheng@fticonsulting.com>
**Subject:** Charitable DAF - recipient charities with Highland claiming credit for "gifts" press releases

Matt and Conor,

I have included publicly available information that demonstrates how Highland, Dondero, Okada, Surgent, Britain (former partner), Holt and other Highland executives benefit from the "gifts" made to the DAF. This should be reviewed with the Charitable DAF schematic I sent earlier. Remember that assets are being gifted out of Highland while outstanding litigation (and the threat of litigation) exists with UBS, Daugherty, Crusader Redeemer and Terry.

**Patrick H Daugherty, Esq.**
President and Chief Investment Officer

**Glacier Lake Capital Advisors**
3710 Rawlins St., Suite 830, Dallas, TX 75219
**(t)** +1 214.932.9140 **(m)** +1 972.679.7487
**(e)** pdaugherty@glacierlakecap.com