# Exhibit 21

| | |
|---|---|
| **Attachments:** | NexPoint_Nexpoint Real Estate Strategies Fund_Sentinel_13D_08_11_17.pdf |
| | Nexpoint Real Estate Strategies Fund_Highland sale to Sentinel_13D_08_11_17.pdf |
| | NexPoint_Nexpoint Real Estate Strategies Fund_Highland sale to Sentinel_13D_08_11_17.pdf |
| | Andrew Dean_Maples_Cayman Islands.pdf |
| | Christopher Watler_Maples_Cayman Islands.pdf |

**From:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
**Sent:** Thursday, February 18, 2021 10:44 AM
**To:** Matthew Clemente <mclemente@sidley.com>
**Subject:** Fw: Sentinel transactions with Highland Capital re transfer of shares in NexPoint

FYI


**Patrick H Daugherty, Esq.**
President and Chief Investment Officer

**Glacier Lake Capital Advisors**
**(t)** +1 214.932.9140 **(m)** +1 972.679.7487
**(e)** pdaugherty@glacierlakecap.com

**From:** Patrick Daugherty
**Sent:** Sunday, February 14, 2021 5:34 PM
**To:** Jim Seery <jpseeryjr@gmail.com>
**Subject:** Sentinel transactions with Highland Capital re transfer of shares in NexPoint

It appears that Highland transferred shares via "Private Sale" in NexPoint Real Estate Strategies Fund to Sentinel Reinsurance who acquired the shares in a "Private Acquisition" - exact same number of shares at 96,399.

James Dondero, Nancy Dondero and Jason Post are all over these documents.

For Sentinel, Andrew Dean and Christopher Watler - see contact with email information attached (should be easy to search them on the Highland server).

**Patrick H Daugherty, Esq.**
President and Chief Investment Officer

**Glacier Lake Capital Advisors**
**(t)** +1 214.932.9140 **(m)** +1 972.679.7487
**(e)** pdaugherty@glacierlakecap.com