Exhibit 24

**Attachments:**      Summit Management Ltd_Cullinane_Egglishaw_.pdf
NexPoint Real Estate Fund_Jan Neveril_Maples_SC 13DA_06_25_19.pdf
Sentinel Nexpoint RE_08_11_17.pdf
Wade Kenny_Calderwood_Caymans_Sentinel Board_06_26_21.pdf

---

**From:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
**Sent:** Friday, July 2, 2021 8:13 AM
**To:** Matthew Clemente <mclemente@sidley.com>
**Subject:** Fw: Appendix to Part 3 (due to file size limitations) - Summit-NexPoint et al

FY

**Patrick H Daugherty, Esq.**
President and Chief Investment Officer

**Glacier Lake Capital Advisors**
**(t)** +1 214.932.9140 **(m)** +1 972.679.7487
**(e)** pdaugherty@glacierlakecap.com

---

**From:** Patrick Daugherty
**Sent:** Friday, July 2, 2021 8:12 AM
**To:** James Seery <jpseeryjr@gmail.com>
**Subject:** Appendix to Part 3 (due to file size limitations) - Summit-NexPoint et al

- Summit Web site pages
- Documents that reflect Director turnover at Sentinel other than DiOrio. The UBS Settlement Agreement noted Andrew Dean and Christopher Walter but they appear to have been replaced.
- Question: Who is the human being that is selecting and replacing these Directors?

**Patrick H Daugherty, Esq.**
President and Chief Investment Officer

**Glacier Lake Capital Advisors**
**(t)** +1 214.932.9140 **(m)** +1 972.679.7487

**(e)** pdaugherty@glacierlakecap.com