# Exhibit 26

**Attachments:**      NexPoint_Nexpoint Real Estate Strategies Fund_Sentinel 13D_08_11_17.pdf
Nexpoint Real Estate Strategies Fund_Highland sale to Sentinel_13D_08_11_17.pdf
NexPoint_Nexpoint Real Estate Strategies Fund_Highland sale to Sentinel_13D_08_11_17.pdf
Andrew Dean_Maples_Cayman Islands.pdf
Christopher Watler_Maples_Cayman Islands.pdf

---

**From:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
**Sent:** Friday, December 17, 2021 10:05 AM
**To:** Paige Montgomery <pmontgomery@sidley.com>; deborahnewman@quinnemanuel.com
<deborahnewman@quinnemanuel.com>
**Cc:** Marc Kirschner <marc.kirschner@teneo.com>; James Seery <jpseeryjr@gmail.com>
**Subject:** Fw: Sentinel transactions with Highland Capital re transfer of shares in NexPoint

Going through files and could not remember if I had forwarded this data.

**Patrick H Daugherty, Esq.**
President and Chief Investment Officer

**Glacier Lake Capital Advisors**
**(t)** +1 214.932.9140 **(m)** +1 972.679.7487
**(e)** pdaugherty@glacierlakecap.com

---

**From:** Patrick Daugherty
**Sent:** Sunday, February 14, 2021 5:34 PM
**To:** Jim Seery <jpseeryjr@gmail.com>
**Subject:** Sentinel transactions with Highland Capital re transfer of shares in NexPoint

It appears that Highland transferred shares via "Private Sale" in NexPoint Real Estate Strategies Fund to Sentinel Reinsurance who acquired the shares in a "Private Acquisition" - exact same number of shares at 96,399.

James Dondero, Nancy Dondero and Jason Post are all over these documents.

For Sentinel, Andrew Dean and Christopher Watler - see contact with email information attached (should be easy to search them on the Highland server).

**Patrick H Daugherty, Esq.**
President and Chief Investment Officer

**Glacier Lake Capital Advisors**
**(t)** +1 214.932.9140 **(m)** +1 972.679.7487
**(e)** pdaugherty@glacierlakecap.com