# Exhibit 29

**From:** Montgomery, Paige <pmontgomery@sidley.com>
**Sent:** Friday, October 1, 2021 8:39 AM
**To:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
**Subject:** RE: Highland background reading - additions for Crusader Redeemer Committee

Thanks Pat.

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
**Date:** Friday, Oct 01, 2021, 8:37 AM
**To:** Montgomery, Paige <pmontgomery@sidley.com>, Newman, Deborah (EXTERNAL @QUINNEMANUEL.COM )
<deborahnewman@quinnemanuel.com>
**Cc:** Kirschner, Marc (NON-SIDLEY @TENEO.COM) <marc.kirschner@teneo.com>, Bhavaraju, Karthik (NON-SIDLEY
@TENEO.COM) <karthik.bhavaraju@teneo.com>, James Seery <jpseeryjr@gmail.com>
**Subject:** Fw: Highland background reading - additions for Crusader Redeemer Committee

FYI - Background

**Patrick H Daugherty, Esq.**
President and Chief Investment Officer

**Glacier Lake Capital Advisors**
**(t)** +1 214.932.9140 **(m)** +1 972.679.7487
**(e)** pdaugherty@glacierlakecap.com

**From:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
**Sent:** Thursday, January 9, 2020 2:52 PM
**To:** andrew.clubok@lw.com <andrew.clubok@lw.com>
**Cc:** Thomas Uebler <tuebler@mdsulaw.com>
**Subject:** Fw: Highland background reading - additions for Crusader Redeemer Committee

FYI - last of the background.

I will send you additional analysis that I have prepared by accessing public information. It should be helpful in explaining
how assets traveled out of the estate and where they are now. The Creditors should be focused on fraudulent conveyance
(dating back 10 years because of the IRS objection from 2008), Corporate Opportunity breach of fiduciary duties under
Delaware and Texas law, alter ego, piercing the corporate veil, and conspiracy to commit fraud.

**Patrick H Daugherty, Esq.**
President and Chief Investment Officer

**Glacier Lake Capital Advisors**
3710 Rawlins St., Suite 830, Dallas, TX 75219
**(t)** +1 214.932.9140 **(m)** +1 972.679.7487
**(e)** pdaugherty@glacierlakecap.com

**From:** Patrick Daugherty
**Sent:** Wednesday, November 13, 2019 9:35 AM
**To:** MCLEMENTE@SIDLEY.COM <MCLEMENTE@SIDLEY.COM>; Tully, Conor <Conor.Tully@FTIConsulting.com>
**Cc:** daniel.h.o'brien@fticonsulting.com <daniel.h.o'brien@fticonsulting.com>; earnestiena.cheng@fticonsulting.com <earnestiena.cheng@fticonsulting.com>
**Subject:** Highland background reading - additions for Crusader Redeemer Committee

Please see additional information regarding how the Crusader Redeemer committee became a creditor. Although the court filings are substantially redacted, the Credit Strategies materials provide a parallel explanation with many of the same methods of misconduct regarding principal transactions (Cornerstone, etc). This should provide helpful information on when the Crusader Claim actually arose.

**Patrick H Daugherty, Esq.**
President and Chief Investment Officer

**Glacier Lake Capital Advisors**
3710 Rawlins St., Suite 830, Dallas, TX 75219
**(t)** +1 214.932.9140 **(m)** +1 972.679.7487
**(e)** pdaugherty@glacierlakecap.com

**************************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

**************************************************************************************************