# Exhibit 30

**From:** Montgomery, Paige <pmontgomery@sidley.com>
**Sent:** Wednesday, September 29, 2021 1:54 PM
**To:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
**Subject:** RE: Dondero-Highland-NexBank: alter ego evidence and year-end tax scheming

Thanks. No word on the Rothstein depo yet.

> **From:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
> **Sent:** Wednesday, September 29, 2021 10:39 AM
> **To:** Montgomery, Paige <pmontgomery@sidley.com>; Newman, Deborah (EXTERNAL @QUINNEMANUEL.COM ) <deborahnewman@quinnemanuel.com>
> **Cc:** Kirschner, Marc (NON-SIDLEY @TENEO.COM) <marc.kirschner@teneo.com>; Bhavaraju, Karthik (NON-SIDLEY @TENEO.COM) <karthik.bhavaraju@teneo.com>; James Seery <jpseeryjr@gmail.com>
> **Subject:** Dondero-Highland-NexBank: alter ego evidence and year-end tax scheming
>
> Paige,
>
> Pursuant to your request regarding alter-ego matteres, please see attached email and documents (written or directed by Dondero) that show how Dondero created Barrier Advisors (now merged with NexBank Wealth Advisors aka NexBank Capital Advisors aka Barrier Advisors). Also, see an example of how fees from portfolio companies were directed to NexBank. The abbreviations are for the following:
>
> - HCM - Highland Capital Management, LP
> - JH - John Honis
> - B Advisory - Barrier Advisors (NexBank Wealth Advisors aka NexBank Securities Inc)
> - B  PE - was part of Barrier Advisors and moved to Highland Capital Management LP as part of the private equity operations group purusant to the marketing of Restoration Capital Funding (RCP) in late 2007/2008

- Moll - Moll Industries (a portfolio company that later changed its name to NexPack at the direction of Dondero and Honis
- 

I also included emails that show how NexBank worked at the direction of Highland/Dondero to originate loans (also includes reference to HFC, owned by HFP). See Essex reference.

Finally, I included a December email that shows Dondero directing asset transfers among varies entities controlled by Highland to reduce collective tax liabilites. This was an annual occurence in December (where Okada was very much aware) and it is consistent with his testimony in the Acis bankruptcy where he testified *"What this transaction was and was meant to be and was never anything more was a tax strategy to reduce taxes",* Acis Bankruptcy Transcript, March 23, 2018 pg 134. Dondero as a matter of practice repeatedly invaded the alleged independence of the entities he controlled directly or indirectly to suit his purposes.

**Patrick H Daugherty, Esq.**
President and Chief Investment Officer

**Glacier Lake Capital Advisors**
**(t)** +1 214.932.9140 **(m)** +1 972.679.7487
**(e)** pdaugherty@glacierlakecap.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*