# Exhibit 31

Attachments:
NexPoint Strategic Opportunties Fund_Formerly Highland Credit Strategies Fund Managed by Highland Capital_SEC Report_07_30_21.pdf
NexPoint Strategic Opportunities Fund_NHF_Dugaboy_Dondero_SEC FORM 4_06_22_21.pdf
NexPoint Residential Trust_NXRT_Dugaboy_SEC FORM 4._05_11_21pdf.pdf
NexPoint Strategic Opportunities Fund_NHF_James and Nancy Dondero_Dugaboy Trust_SC 13DA_01_08_21.pdf
NexPoint Credit Strategies Fund_Managed by Highland Capital prior to Novation_Dondero Comp_SEC FORM 4_06_24_21.pdf
Highland Capital_Pyxis Novation to NexPoint from Highland Capital_Nexpoint Credit Strategies Fund2_06_08_12.pdf
Highland Capital_Lifeboats_Explains Falcon E&P_PetroCap._2011pdf.pdf
Tunstall_Dondero attempt to include in Daugherty Compensation_2011.pdf
Nexpoint Advisors_Adv_Dugaboy_Novation 2012_03_31_21.pdf
Highland Capital Management Fund Advisors_Adv_Moved from Highland 2011_03_31_21.pdf
Tunstall Capital Management_Adv_Highland Capital Management Services_Dondero_Okada_Surgent_12_01_14.pdf
Sentinel Nexpoint RE_08_11_17.pdf
NexPoint Real Estate Fund_Jan Neveril_Maples_SC 13D_A_06_25_19.pdf
Falcon E&P_Adv_Highland Capital Maangement Services Inc_PetroCap_Dondero_Okada__Britain_03_30_21.pdf
Falcon E&P_ADV_PetroCap_Highland Capital Management Services Inc_03_30_18.pdf
Highland Capital Management Services Inc_SEC Form 4_Governance Re_Thread 55_Dondero_Okada_09_25_14.pdf
Governance Re_Highland Capital Management Services_Dondero_Okada_Ownership Family Tree.pdf
Governance Ltd_40878 Government of Bermuda.pdf

**From:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
**Sent:** Friday, July 30, 2021 4:01 PM
**To:** Montgomery, Paige <pmontgomery@sidley.com>; Clemente, Matthew A. <mclemente@sidley.com>
**Cc:** Clubok, Andrew (NON-SIDLEY @LW.COM) <andrew.clubok@lw.com>; Bromagen, Elliot A. <ebromagen@sidley.com>; Rognes, Chandler <crognes@sidley.com>
**Subject:** Re: Rule 2004 Brief - Where is Okada and Highland Capital Management Services, Inc?

Thanks for the explanation. Highland Capital Management Services Inc (owned 75% by Dondero and 25% by Okada) was a central entity in the asset diversion of Highland's assets that began after the UBS litigation commenced in January 2009. This entity was part of the "life-boat" strategy used to divert Highland's businesses and is listed as the owner of:

- Highland Capital Management Fund Advisors - 2011 (previously named Pyxis)
- Falcon E & P - 2010 (co-owned with Petro Cap that the Debtor has scheduled for settlement approval)
- Tunstall Capital Management - 2010 (an entity Dondero attempted to form with me that skimmed fees from Crusader and CreditStrat after the "gates went up" and without their permission - I declined to participate but you can see some of the dialogue)
- Governance Re also played a roll in related transactions (See Burmuda Directors including Dondero and Waterhouse. also see Safety-kleen S-1 in subsequent email)

NexPoint Advisors was created by Dondero out of nothing in early 2012 to skim part of the retail funds managed by Highland and reallocate the valuable management contracts for no value. This was accomplished through a "Novation" filing. Nexpoint Advisors then renamed the fund that was taken from Highland Capital to "NexPoint Credit Strategies Fund (NHF)". NexPoint then directed NHF to invest in over 60 multifamily apartment buildings and then subsequently spun it out as "NexPoint Residential Trust (NXRT)". This created another fund for NexPoint Advisors to charge management fees as well as serving as an additional vehicle in tandem with NHF to compensate high level employees like Dondero, Dustin Norris, Matt McGraner, Frank Waterhouse, and David Post (see Form 4s attached. Consequently, Dondero has accumulated over $130 million of value for himself, the Dugboy Trusts, and the Charitable DAF entities. Interestingly, NexPoint funds were also involved in the Sentinel transfers (NexPoint Real Estate Strategies Fund - 13D).

**Patrick H Daugherty, Esq.**
President and Chief Investment Officer

**Glacier Lake Capital Advisors**
**(t)** +1 214.932.9140 **(m)** +1 972.679.7487
**(e)** pdaugherty@glacierlakecap.com

---

**From:** Montgomery, Paige <pmontgomery@sidley.com>
**Sent:** Friday, July 30, 2021 10:21 AM
**To:** Patrick Daugherty <pdaugherty@glacierlakecap.com>; Clemente, Matthew A. <mclemente@sidley.com>
**Cc:** Clubok, Andrew (NON-SIDLEY @LW.COM) <andrew.clubok@lw.com>; Bromagen, Elliot A. <ebromagen@sidley.com>; Rognes, Chandler <crognes@sidley.com>
**Subject:** RE: Rule 2004 Brief - Where is Okada and Highland Capital Management Services, Inc?

Pat,

Okada and the trusts are proposed 2004 discovery recipients but didn't get contacted for the conferences because they didn't have counsel of record. HCSI is on a list for consideration for a possible follow-on motion along with some others. There are approximately 150 entities that are proposed in the 2004 at this time. We are also asking about HCSI in a variety of the requests attached to the 2004 request itself. If you have any other entities/people you think we should consider as you review the motion, please let us know.

Best,

Paige

> **From:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
> **Sent:** Friday, July 30, 2021 10:08 AM
> **To:** Clemente, Matthew A. <mclemente@sidley.com>
> **Cc:** Montgomery, Paige <pmontgomery@sidley.com>; Clubok, Andrew (NON-SIDLEY @LW.COM) <andrew.clubok@lw.com>; Bromagen, Elliot A. <ebromagen@sidley.com>
> **Subject:** Rule 2004 Brief - Where is Okada and Highland Capital Management Services, Inc?
>
> I saw the excess pages request for the Rule 2004 Brief but am concerned that Mark Okada, his affiliated trusts, and Highland Capital Services Inc (which owns Governance Re, Highland Capital Management Fund Advisors, and other relevant entities) was not on the Rule 2004 Recipients list. I believe they should be included as we track the transfer of assets to evade creditors.
>
> **Patrick H Daugherty, Esq.**
> President and Chief Investment Officer
>
> **Glacier Lake Capital Advisors**
> **(t)** +1 214.932.9140 **(m)** +1 972.679.7487
> **(e)** pdaugherty@glacierlakecap.com

************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

************************************************************************************