# Exhibit 32

| Attachments: | Highland Capital Bankruptcy_Dondero Deposition_DAF and the the Dean Foods Execuitve_06_01_21_Reviewed and Commented on the Compliant prior to filing_06_07_21.pdf |
|---|---|
| | Highland Capital_Matt DiOrio_Analyst LinkedIn_11_03_19.pdf |
| | Highland Capital_Matt DiOrio LinkedIn_01_01_20.pdf |
| | Highland Capital_Matt DiOrio_Skyview_Managing Director_Linkedin05_04_21.pdf |
| | Highland Capital_Matt DiOrio_Private Equity_Linkedin_03_18_21.pdf |
| | Sentinel Reinsurance Ltd_Cayman Islands Registry_Directors_Diorio_Neveril_Austin as of_02_19_21.pdf |
| | Sentinel Reinsurance Ltd_Directors_Diorio_Kenny_McDonald_06_25_21.pdf |
| | Acis Bankruptcy_Transcript_Ellington Declares Cannot Reveal Cayman Ownesrhip or Jail_02_07_18.pdf |
| | Mustang Asset Recovery_Cullinane_Dondero_12_21_18.pdf |
| | Sentinel Re Holdings_Cayman Islands Registry_Merged and Struck as of_07_18_19.pdf |
| | SAS Holdings SPV I LTD_Cayman Islands Registry_Data As of_02_13_15 to 02_21_21.pdf |
| | Highland Capital Bankruptcy_Leventon_Deposition_ROUGH_02_15_21.pdf |
| | SAS v Groupo Mexico_Ellington_Irving listed as Interested Party_05_09_14.pdf |
| | Highland Capital Bankruptcy_Ellington_Deposition_02_16_21.pdf |
| | Nimitz Ltd_Cayman Islands Registry_12_05_12 to 04_18_19.pdf |
| | Patton Ltd_Cayman Islands Registry_12_05_21 to 04_18_19.pdf |
| | SAS v Grupo Mexico_Memorandum including Footnote on Ellington_12_18_14.pdf |
| | Highland Capital_ADV_03_20_20.pdf |
| | NS 1_Cayman Islands Registry_Dissolved as of_03_15_18.pdf |
| | Sebastian Clarke Ltd_Cayman Islands Registry_Data as of_05_07_21.pdf |
| | SX Management Ltd_Cayman Islands Registry_Data as_of_04_14_21 .pdf |
| | SS Holdings Ltd_Cayman Islands Registry_Data as of_04_17_21.pdf |

**From:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
**Sent:** Friday, October 1, 2021 9:46 AM
**To:** Paige Montgomery <pmontgomery@sidley.com>; deborahnewman@quinnemanuel.com <deborahnewman@quinnemanuel.com>
**Cc:** Marc Kirschner <marc.kirschner@teneo.com>; Karthik Bhavaraju <karthik.bhavaraju@teneo.com>; James Seery <jpseeryjr@gmail.com>
**Subject:** Fw: Part 3 - Dondero-Summit-Cullinane-Egglishaw-Ellington-DiOrio-Walkers-Maples et al

FYI - there are obviosuly more entities to add since Highland filed its objections to the Waterhouse and Surgent claims based on the payment from the latest Cayman Island entities.

**Patrick H Daugherty, Esq.**
President and Chief Investment Officer

**Glacier Lake Capital Advisors**
**(t)** +1 214.932.9140 **(m)** +1 972.679.7487
**(e)** pdaugherty@glacierlakecap.com

**From:** Patrick Daugherty <pdaugherty@glacierlakecap.com>

**Sent:** Thursday, July 1, 2021 3:47 PM
**To:** Andrew Clubok <andrew.clubok@lw.com>
**Cc:** sarah.tomkowiak@lw.com <sarah.tomkowiak@lw.com>; Kim.posin@lw.com <Kim.posin@lw.com>; kathryn.george@lw.com <kathryn.george@lw.com>
**Subject:** Fw: Part 3 - Dondero-Summit-Cullinane-Egglishaw-Ellington-DiOrio-Walkers-Maples et al

FYI

**Patrick H Daugherty, Esq.**
President and Chief Investment Officer

**Glacier Lake Capital Advisors**
**(t)** +1 214.932.9140 **(m)** +1 972.679.7487
**(e)** pdaugherty@glacierlakecap.com

---

**From:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
**Sent:** Thursday, July 1, 2021 3:45 PM
**To:** James Seery <jpseeryjr@gmail.com>
**Subject:** Part 3 - Dondero-Summit-Cullinane-Egglishaw-Ellington-DiOrio-Walkers-Maples et al

```
18      Q.   And did he tell you who those
19  candidates were?
20           MR. TAYLOR:  Objection, hearsay.
21      A.   He did at the time.  I can't
22  remember who they were.  One was -- one was a
23  former Dean Foods executive, I believe; and the
24  other was an offshore sole practitioner.
```

- Dondero Deposition, June 1, 2021, pg.353, line18

We have recently witnessed the unravelling of Grant Scott, Nancy Dondero, John Honis, and Mark Patrick with regard to fronting the dubious agendas of Dondero, Okada and Ellington. However, we should also focus on the roles of Matt DiOrio, John Cullinane, David Egglishaw, Walkers and Maples et al. Before the Debtor can agree to any injunction regarding the distribution of Multi-Strat assets, someone needs to evaluate the origin of the assets in question (i.e., what originated from HFP and what came from Highland's initial investment or secondary capital accounts) and who the human beings are that have assisted in the transfer of those assets. The enablers:

**Matt DiOrio**
I believe the "Dean Foods Executive" that Dondero could not remember when he referred to him in his DAF deposition is none other than Matt DiOrio. Not surprisingly, a review of his Linkedin bio over multiple periods suggests that he was never an "executive" at Dean Foods nor was he an expert in portfolio management (similar to Mark Patrick) - he was merely an

analyst for all of 1 year and 7 months. That said, I hear that he is a longtime pal and close associate of Scott Ellington and which seems to be his most redeeming quality.

Indeed, apparently Ellington hired DiOrio initially into the legal department at Highland where he quickly advanced under Ellington's watchful eye to MD of the Private Equity group in Feb 2020. But DiOrio plays many more roles than just that. For example, he is the one constant on the board of Sentinel Reinsurance - see attached. Mind you, Ellington cannot tell you who the actual shareholders are in Sentinel under Cayman Island's law or he could face imprisonment - see Ellington testimony before Judge Jernigan in Acis bankruptcy, Transcript, Feb 7, 2018, line 23, pg136 -150. But, the connections between DiOrio and the economic interests of Ellington and his family are substantial. [More on this in Part 4].

**John Cullinane, David Egglishaw and Summit Management**
Might Cullinane be the offshore practitioner to which Donero referred in his June 1, 2021 deposition? I think it is highly likely, especially when one considers that Cullinane purported to be the Director of AR Services 2018 Ltd which is the Director of Mustang Asset Recovery Ltd which claimed to have purchased James Dondero's claim against his ex-wife [See attached - Mustang exhibit - apparently James Dondero was barred by the court from pursing collection of this claim against his ex-wife so he evidently transferred it to another Cayman affiliate and attempted collection].

Interestingly, Cullinane and his partner, David Egglishaw, are key figures in Summit Management Limited which purports to be the Director of Sentinel Reinsurance Ltd. That is interesting because Cullinane, Egglishaw, and Summit also serve as the Director to numerous SAS entities that apparently include the Sentinel platform - SAS Asset Management Ltd, SAS Loan Services Ltd, SAS Holdings SPV Ltd, Nimitz Ltd, Patton Ltd, NS 1 Ltd, Sebastiane Clarke Ltd, SX Management Ltd, SS Holdings LTD, . Also strangely, Ellington claims not to know very much about his interest in the SAS platform and also testified to the following:

```
 4      Q    Has -- have you had any communications
 5   with the directors since your e-mail address was shut
 6   off?
 7      A    I've never communicated with the
 8   directors at any point, ever.  I don't even know --
 9   one of their names is John, is all I know.
```

-Ellington Deposition February 16, 2021, pg.16, line 2.

That is curious indeed considering that Ellington served as the Secretary to Highland HCF Advisors Ltd while John Cullinane was presiding as Director to the same entity according to Highland's ADV that was filed with the SEC on March 20, 2020 while Ellington was its General Counsel. Also, he seemed more sure of his ownership during the Acis bankruptcy trial (See Ellington testimony from Acis trial where he refers to owning an offshore business with

Dondero, Ellington, Feb 7, 2018, pg 150, line1).

Well, I have reached the maximum file size for this email. More to comer with Part 4.

**Patrick H Daugherty, Esq.**
President and Chief Investment Officer

**Glacier Lake Capital Advisors**
**(t)** +1 214.932.9140 **(m)** +1 972.679.7487
**(e)** pdaugherty@glacierlakecap.com