# Exhibit 35

**From:** Montgomery, Paige <pmontgomery@sidley.com>
**Sent:** Friday, September 10, 2021 4:52 PM
**To:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
**Subject:** RE: Are you available to chat?

Can I call you in the next 10 minutes?

> **From:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
> **Sent:** Friday, September 10, 2021 4:50 PM
> **To:** Montgomery, Paige <pmontgomery@sidley.com>
> **Subject:** Are you available to chat?
>
> You guys should follow up on the deposition of Kate Irving. She is an integral player in the Cayman entities.
>
> **Patrick H Daugherty, Esq.**
> President and Chief Investment Officer
>
> **Glacier Lake Capital Advisors**
> **(t)** +1 214.932.9140 **(m)** +1 972.679.7487
> **(e)** pdaugherty@glacierlakecap.com

*************************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

*************************************************************************************************