# Exhibit 36

**From:** Montgomery, Paige <pmontgomery@sidley.com>
**Sent:** Tuesday, August 31, 2021 9:13 AM
**To:** Patrick Daugherty <pdaugherty@glacierlakecap.com>
**Cc:** Clemente, Matthew A. <mclemente@sidley.com>; Rognes, Chandler <crognes@sidley.com>
**Subject:** RE: Highland Regroup call

Pat,

Just moving this up in the inbox. Would Thursday work for you?

Best,

Paige

---

**From:** Montgomery, Paige
**Sent:** Thursday, August 26, 2021 2:22 PM
**To:** 'pdaugherty@glacierlakecap.com' <pdaugherty@glacierlakecap.com>
**Cc:** Clemente, Matthew A. <mclemente@sidley.com>; Rognes, Chandler <crognes@sidley.com>
**Subject:** Highland Regroup call

Pat,

Would you be available to speak to me, Quinn, and some folks from Teneo (Marc Kirschner's firm) next week on 9/2? Please let us know if you could do either 9:30 CT or 12:30 CT that day, or if some other time would be better.

Best,

Paige

*******************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

*******************************************************************************