# Exhibit 41

# EXHIBIT 6

