Jason S. Brookner (Texas Bar No. 24033684)
Andrew K. York (Texas Bar No. 24051554)
Joshua D. Smeltzer (Texas Bar No. 24113859)
Drake M. Rayshell (Texas Bar No. 24118507)
GRAY REED
1601 Elm Street, Suite 4600
Dallas, Texas  75201
Telephone: (214) 954-4135
Facsimile:  (214) 953-1332
Email:    jbrookner@grayreed.com
          dyork@grayreed.com
          jsmeltzer@grayreed.com
          drayshell@grayreed.com

*Counsel to Patrick Daugherty*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § § | Case No. 19-34054 (SGJ) |
| Reorganized Debtor. | § § § | |

**NOTICE OF DEPOSITION OF JAMES SEERY RELATED TO RULE 9019 MOTION**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7030, and by order of the Court, Patrick Daugherty ("Daugherty") will take the deposition of James Seery in connection with Debtor's *Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 and U.S.C. § 363 Approving Settlement with the HMIT Entities and Authorizing Actions Consistent Therewith* [Dkt. 4216] on Monday, June 23, 2025, commencing at 5:30 p.m. (Central Time) and ending roughly one hour after it commences.  The deposition will be taken remotely via an online platform.  Parties who wish to participate in the deposition should contact, Drew York and Drake

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

4928-7806-5744

Rayshell, Gray Reed, at dyork@grayreed.com and drayshell@grayreed.com for more information regarding participating in this deposition remotely.

The deposition will be recorded by videographic and stenographic means for all purposes in this matter, including trial.

Respectfully submitted this 23rd day of June 2025.

                         GRAY REED

                         By: */s/ Andrew K. York*
                             Jason S. Brookner
                             Texas Bar No. 24033684
                             Andrew K. York
                             Texas Bar No. 24051554
                             Joshua D. Smeltzer
                             Texas Bar No. 24113859
                             Drake M. Rayshell
                             Texas Bar No. 24118507
                         1601 Elm Street, Suite 4600
                         Dallas, Texas 75201
                         Telephone:  (214) 954-4135
                         Facsimile:   (214) 953-1332
                         Email:        jbrookner@grayreed.com
                                            dyork@grayreed.com
                                            jsmeltzer@grayreed.com
                                            drayshell@grayreed.com

                         *Counsel to Patrick Daugherty*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing instrument was served on all Parties or counsel of record herein on this 23rd day of June 2025, via the CM/ECF system and/or email.

                         */s/ Andrew K. York*
                         ANDREW K. YORK