

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed June 23, 2025

_____
United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | Case No. 19-34054-sgj |
| Reorganized Debtor. | |

**ORDER GRANTING HIGHLAND CAPITAL MANAGEMENT, L.P. AND HIGHLAND CLAIMANT TRUST'S OPPOSED MOTION FOR AN EMERGENCY HEARING ON MOTION TO QUASH SUBPOENAS SERVED BY PATRICK DAUGHERTY**

Having considered the *Opposed Motion for an Emergency Hearing on Motion to Quash Subpoenas Served by Patrick Daugherty* [Docket No. 4250] (the "Motion to Expedite")[1] filed by Highland Capital Management, L.P. ("Highland"), the reorganized debtor in the above-referenced bankruptcy case, and the Highland Claimant Trust (the "Trust," and together with Highland, the "Movants"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

---

[1] Capitalized terms not defined herein shall take on the meanings ascribed to them in the Motion to Expedite.

1334; and this Court having found that venue of this matter in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that Movants' notice of the Motion to Expedite and opportunity for a hearing on the Motion to Expedite were appropriate under the circumstances and that no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion to Expedite establish good cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion to Expedite is **GRANTED** as set forth herein.

2. The hearing on the *Motion to Quash Subpoenas Served by Patrick Daugherty* [Docket No. 4248] (the "Motion to Quash") is hereby scheduled to take place on Monday, June 23, 2025, at 10:00 a.m. (Central Time) via WebEx videoconference.

3. The Court shall retain exclusive jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

**###End of Order###**