

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 23, 2025**

_____
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| In re: | Chapter 11 |
|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., | Case No. 19-34054-sgj |
| Reorganized Debtor. | |

### ORDER GRANTING IN PART HIGHLAND CAPITAL MANAGEMENT, L.P. AND HIGHLAND CLAIMANT TRUST'S OPPOSED MOTION TO QUASH SUBPOENAS SERVED BY PATRICK DAUGHERTY

Having considered (a) the *Motion to Quash Subpoenas Served by Patrick Daugherty* [Docket No. 4248] (the "Motion")[1] filed by Highland Capital Management, L.P. ("Highland"), the reorganized debtor in the above-referenced bankruptcy case, and the Highland Claimant Trust (the "Trust," and together with Highland, the "Movants"); (b) the *Declaration of John A. Morris in Support of Motion to Quash Subpoenas Served by Patrick Daugherty* [Docket No. 4249]; (c) the

_____
[1] Capitalized terms not defined herein shall take on the meanings ascribed to them in the Motion.

4927-5623-5600.1 36027.003

*HMIT Entities Joinder to Motion to Quash Subpoenas Served by Patrick Daugherty* [Docket No. 4254] (the "Joinder"), filed by the HMIT Entities;[2] and (d) the *Response to Motion to Quash Subpoenas Served by Patrick Daugherty* [Docket No. 4263] (the "Opposition"), filed by Patrick Daugherty ("Mr. Daugherty"); and this Court having heard arguments at the hearing on June 23, 2025 in support of the Motion, Joinder, and Opposition; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that venue of this matter in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that Movants' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and that no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish good cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion is **GRANTED IN PART** as set forth herein.

2. The Subpoenas are quashed, but Mr. Daugherty shall be entitled to take the depositions of (a) James P. Seery, Jr. and (b) Mark Patrick, with each deposition lasting no longer than one (1) hour.

3. The Court shall retain exclusive jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

**###End of Order###**

---

[2] The "HMIT Entities" refer to the entities set forth in the Joinder.