**EXHIBIT 67**

## AMENDED AND RESTATED PROMISSORY NOTE

**January 25, 2024**

FOR VALUE RECEIVED, HIGHLAND CAPITAL MANAGEMENT KOREA LIMITED ("**Borrower**"), promises to pay to the order of HIGHLAND CAPITAL MANAGEMENT, L.P. ("**Lender**"), in legal and lawful tender of the United States of America, the principal amount of the Loan of the Lender outstanding from time to time in accordance with the provisions of the Loan Agreement, dated as of April 21, 2017, among the Borrower and Lender (as amended, restated, extended, supplemented or otherwise modified in writing from time to time, the "**Loan Agreement**"), a copy of which is attached hereto as Exhibit A. Capitalized terms used herein and not otherwise defined shall have the meanings assigned to them in the Loan Agreement.

1. Reference is hereby made to that certain Amended and Restated Promissory Note, dated April 14, 2022, issued by Borrower for the benefit of Lender pursuant to the Loan Agreement (as amended, restated, extended, supplemented or otherwise modified in writing from time to time, the "**Prior Note**"). This Amended and Restated Promissory Note (this "**Promissory Note**") amends, restates, supersedes and replaces the Prior Note in its entirety.

2. Borrower promises to pay the unpaid principal amount of the Loan on the Maturity Date. All payments made by Borrower under this Promissory Note shall be made in accordance with Section 1(b) of the Loan Agreement.

3. This Promissory Note is the Note referred to in the Loan Agreement, is entitled to the benefits thereof and may be prepaid in whole or in part subject to the terms and conditions provided therein. Upon the occurrence and continuation of any Event of Default under the Loan Agreement, all principal then remaining unpaid on this Promissory Note shall become, or may be declared to be, immediately due and payable, all as provided in the Loan Agreement.

4. The Loan made by Lender shall be evidenced by one or more records or accounts maintained by Lender in the ordinary course of business. Schedule 1 attached hereto sets for the amount and maturity of Loan outstanding as of a given date and all payments made on the Loan; *provided* that any failure of Lender to make any such recordation or endorsement shall not affect the obligations of Borrower under this Promissory Note.

5. Borrower hereby waives diligence, presentment, demand, protest, notice of intent to accelerate, notice of acceleration, and any other notice of any kind. No failure on the part of the holder hereof to exercise, and no delay in exercising, any right, power or privilege hereunder shall operate as a waiver thereof or a consent thereto; nor shall a single or partial exercise of any such right, power or privilege preclude any other or further exercise thereof or the exercise of any other right, power or privilege.

6. THIS PROMISSORY NOTE AND THE OBLIGATIONS OF BORROWER HEREUNDER SHALL FOR ALL PURPOSES BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF TEXAS.

[*Signature Page Follows.*]

**BORROWER:**

HIGHLAND CAPITAL MANAGEMENT KOREA LIMITED

By: _____
Name: Jun Park
Title: Representative Director

2

HCMLPDT003166

**SCHEDULE 1**

The record set forth below is the record referred to in, and forming part of the Amended and Restated Promissory Note dated December 23, 2021 to which this page is attached.

| Date | Amount of Loan | Amount of Payment | Aggregate Unpaid Principal Balance |
| --- | --- | --- | --- |
| October 20, 2017 | $2,300,000 | $0 | $2,300,000 |
| December 3, 2018 | $1,200,000 | $0 | $3,500,000 |
| February 19, 2019 | $0 | $2,800,000[1] | $700,000 |
| April 19, 2019 | $1,100,000 | $0 | $1,800,000 |
| July 2, 2019 | $630,000 | $0 | $2,430,000 |
| July 16, 2019 | $630,000 | $0 | $3,060,000 |
| July 15, 2020 | $700,000 | $0 | $3,760,000 |
| May 5, 2021 | $800,000 | $0 | $4,560,000 |
| December 23, 2021 | $0 | $1,000,000[2] | $3,560,000 |

[1] $2,300,000 shall be applied to the loan made on October 20, 2017 and $500,000 shall be applied to the loan made on December 3, 2018.
[2] $700,000 shall be applied to the loan made on December 3, 2018, and $300,000 shall be applied to the loan made on April 19, 2019.

| April 14, 2022 | $0 | $600,000[3] | $2,960,000 |
| January 25, 2024 | $0 | $500,000[4] | $2,460,000 |

---

[3] The full $600,000 shall be applied to the loan made on April 19, 2019.
[4] $200,000 shall be applied to the loan made on April 19, 2019, and $300,000 shall be applied to the loan made on July 2, 2019.

4

HCMLPDT003168

**EXHIBIT A**

**LOAN AGREEMENT**

[*Attached.*]

HCMLPDT003169