Matthew S. Okin
Texas Bar No. 00784695
David L. Curry, Jr.
Texas Bar No. 24065107
Okin Adams Bartlett Curry LLP
1113 Vine Street, Suite 240
Houston, Texas 77002
Tel: (713) 228-4100
Fax: (346) 247-7158
mokin@okinadams.com
dcurry@okinadams.com

**ATTORNEYS FOR THE DALLAS FOUNDATION AND
CROWN GLOBAL LIFE INSURANCE, LTD**.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **HIGHLAND CAPITAL** | § | |
| **MANAGEMENT, L.P.,** | § | |
| | § | **Case No. 19-34054-sgj11** |
| **Debtor.** | § | |

**THE DALLAS FOUNDATION AND CROWN GLOBAL LIFE INSURANCE, LTD.
AMENDED WITNESS AND EXHIBIT LIST FOR JUNE 25, 2025 HEARING**

The Dallas Foundation and Crown Global Life Insurance, Ltd. file this Witness and Exhibit List for the December 25, 2025 hearing in the above-captioned case.

**WITNESSES**

The Dallas Foundation and Crown Global Life Insurance, Ltd. designate the following individuals who may be called as witnesses at the June 25, 2025 Hearing (exclusive of those that may be used for impeachment purposes):

1. Torrey Littleton, Chief Financial Officer, The Dallas Foundation;

2. Mark Patrick;

3. All witnesses designated by any other party.

## EXHIBITS

The Dallas Foundation and Crown Global Life Insurance, Ltd. designate the following exhibits that may be used at the June 25, 2025 Hearing (exclusive of those that may be used for impeachment purposes):

| Ex. # | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | Disp. After Trial |
|---|---|---|---|---|---|---|
| 1. | Charitable DAF/CLO HoldCo Organization Chart | | | | | |
| 2. | Rand Structure Chart | | | | | |
| 3. | Haynes & Boone July 9, 2021 Memo on DAFs and Sponsoring Orgs [ECF #2547-4] | | | | | |
| 4. | Charitable Respondents' Response and Disclosures Related to the Court's Order Requiring Disclosures with Exhibits 1 – 43 [ECF #2547] | | | | | |
| 5. | CrownGlobal Deferred Variable Annuity Policy | | | | | |
| 6. | P. McGettigan email to T. Littleton 5/20/25 | | | | | |
| 7. | CrownGlobal Quarterly Policy Statement December 31, 2024 | | | | | |
| 8. | CrownGlobal Quarterly Policy Statement March 31, 2025 | | | | | |

| Ex. # | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | Disp. After Trial |
|---|---|---|---|---|---|---|
| 9. | First Affidavit of Geoffrey Sykes, In re Charitable DAF Holdco, Ltd., Cause No: FSD 2025-0099, in the Grand Court of the Cayman Islands, Financial Services Division | | | | | |
| 10. | Any exhibits designated by other parties | | | | | |

The Dallas Foundation and Crown Global Life Insurance, Ltd. reserve the right to use additional demonstrative exhibits as they deem appropriate in connection with the June 25, 2025 Hearing. The Dallas Foundation and Crown Global Life Insurance, Ltd reserve the right to use any exhibits presented by any other party and reserve the right to amend and/or supplement this exhibit list.

Respectfully submitted on this 23rd day of June 2025.

        **OKIN ADAMS BARTLETT CURRY LLP**

        By: /s/ *David L. Curry, Jr.*
            Matthew S. Okin
            Texas Bar No. 00784695
            David L. Curry, Jr.
            Texas Bar No. 24065107
            1113 Vine Street, Suite 240
            Houston, Texas 77002
            Tel: (713) 228-4100
            Fax: (346) 247-7158
            Email: mokin@okinadams.com
            Email: dcurry@okinadams.com

        **ATTORNEYS FOR THE DALLAS FOUNDATION AND CROWN GLOBAL LIFE INSURANCE, LTD.**