**EXHIBIT 6**

# David Curry

| | |
|---|---|
| **From:** | Torrey Littleton <tlittleton@dallasfoundation.org> |
| **Sent:** | Saturday, June 21, 2025 10:50 AM |
| **To:** | David Curry; Matthew Okin |
| **Cc:** | Julie Diaz |
| **Subject:** | Fw: [EXTERNAL]-RE: -30219/30218 Q1 Policy Statement. |

**REDACTED**

---

**From:** Pauline McGettigan <pmcgettigan@crownglobalinsurance.com>
**Sent:** Tuesday, May 20, 2025 12:50 PM
**To:** Torrey Littleton <tlittleton@dallasfoundation.org>; Policy Admin <policyadminsys@crownglobalinsurance.com>
**Cc:** Gary García <gwgarcia@dallasfoundation.org>; Lindsay Fountain <LFountain@dallasfoundation.org>
**Subject:** [EXTERNAL]-RE: -30219/30218 Q1 Policy Statement.

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**REGISTERED EMAIL™ | ENCRYPTED TRANSMISSION**

This is an encrypted email from **Pauline McGettigan**. To reply to this email encrypted, you may **Click here**.

Hi Torrey,

Please see below response from the fund –

Here's a summary of the key changes between the initial 12/31/2024 NAV close and 12/31/2024 audited financials.

- FMV of Atlas interest in Rand PE Fund I increased by ~$918k
    - Rand PE Fund I interest in HMIT was sold on or around 2/25/2025 for $1mm
- Investment manager deemed the HCRE notes uncollectible and wrote off the notes and accrued interest
    - ~$12.039mm write-off
        - $7.3mm principal
        - ~$4.74mm interest

| | |
|---|---:|
| Rand PE FMV Adj. | 917,659.43 |
| HCRE Interest | (4,738,693.12) |
| HCRE Principal | (7,300,000.00) |
| Total | (11,121,033.69) |

Let us know if you need any further information.

Kind regards,
Pauline.

Pauline McGettigan | CAMS
Compliance Analyst

Suite 3206A, 2nd Floor, 39 Market Street, P.O. Box 10467,
Camana Bay, Grand Cayman KY1-1004, Cayman Islands
T: (345) 747-4000 x1  F: (345) 945-6121
pmcgettigan@crownglobalinsurance.com



Please click here for Crown Global's Privacy Policy and contact us at info@crownglobalinsurance.com if you have any questions.

This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret.  If you are not the intended recipient, you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. Any U.S. Federal Tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code of 1986, as amended, or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.  Prospective investors should consult their own tax advisors regarding such issues. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.  Messages sent to and from us may be monitored.  Internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late, or incomplete, or contain viruses.  Therefore, we do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission.  If verification is required, please request a hard-copy version. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

---

**From:** Torrey Littleton <tlittleton@dallasfoundation.org>
**Sent:** Tuesday, May 20, 2025 9:06 AM
**To:** Policy Admin <policyadminsys@crownglobalinsurance.com>
**Cc:** Gary García <gwgarcia@dallasfoundation.org>; Lindsay Fountain <LFountain@dallasfoundation.org>
**Subject:** Re: -30219/30218 Q1 Policy Statement.

Hi Pauline,

I hope you're doing well. I'm reaching out to better understand the 40% decline in value across both accounts. Could you provide some insight into the cause of this change? Is it primarily related to market exposure?

Thanks,
Torrey

---

**From:** Crown Global Admin <policyadminsys@crownglobalinsurance.com>
**Sent:** Monday, May 19, 2025 8:00 AM
**To:** dmunson@thekippgrouppllc.com <dmunson@thekippgrouppllc.com>; Torrey Littleton <tlittleton@dallasfoundation.org>; Gary García <gwgarcia@dallasfoundation.org>
**Subject:** [EXTERNAL]-30219 Q1 Policy Statement.

2

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**Warning:** This email contains password-protected attachments, often used in phishing attacks to avoid virus scanning.
Make sure you trust the sender and expect this email before opening these attachments.

Dear Policyholder,

Please see attached for your records. The Policy Statement is password protected, and will be the same password each quarter.
If you have any questions contact Suzanne Reynolds at 1-345-747-4000, extension 4.

Regards,
Pauline.
**Pauline McGettigan |CAMS**
Compliance Analyst
**Crown Global Life Insurance (Cayman) Ltd**
Suite 3206A, 2nd Floor, 45 Market Street, Camana Bay,
PO Box 10467, Grand Cayman KY1-1004, Cayman Islands
Telephone: +1 345 747 4000 Ex 1
Facsimile: +1 345 945 6121

This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient, you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. Any U.S Federal Tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code of 1986, as amended, or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein. Prospective investors should consult their own tax advisors regarding such issues. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer. Messages sent to and from us may be monitored. Internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late, or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. If verification is required, please request a hard-copy version. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.



**Torrey Littleton**
Chief Financial Officer
**P** 2146942512
**C** 8178754354
**E** tlittleton@dallasfoundation.org
**L**
**W** dallasfoundation.org
  

**The Dallas Foundation**
Pegasus Park
3000 Pegasus Park Drive, Suite 930
Dallas, Texas 75247


RPost® Patented



**Torrey Littleton**
Chief Financial Officer
**P** 2146942512
**C** 8178754354
**E** tlittleton@dallasfoundation.org
**L**
**W** dallasfoundation.org

  

**The Dallas Foundation**
Pegasus Park
3000 Pegasus Park Drive, Suite 930
Dallas, Texas 75247

The Dallas Foundation will be closed from Monday, June 30 through Friday July 4. Grant recommendations to be processed before June 30 or during this holiday week must be submitted to the Foundation no later than 3pm on Wednesday, June 18 using My TDF Login.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.