**EXHIBIT 7**



## Quarterly Policy Statement
Statement Date: December 31, 2023

### Policy Data:

| | | | |
|---|---|---|---|
| **Policy Owner:** | Empower Dallas Foundation, Inc<br>3963 Maple Ave<br>Suite 390<br>Dallas, TX 75219<br>USA | **Telephone:**<br>**Facsimile:**<br>**Contact Person:**<br>**Email:** | 214 741 9898<br>214 741 9848<br>Torrey Littleton<br>tlittleton@dallasfoundation.org |
| **Policy Number:** | 30218 | | |
| **Issuing Company:** | Crown Global Life Insurance Ltd. | | |
| **Insurance Type:** | Variable Annuity | | |
| **Issue Date:** | December 10, 2015 | | |

### Quarterly Account Activity:

| | |
|---|---:|
| Account Value - October 1, 2023 | $17,643,441.00 |
| less Policyowner Withdrawals and Loans | ($300,000.00) |
| less Quarterly M&E Charge | ($10,847.80) |
| less Administrative Fee | ($725.00) |
| plus (less) Earnings on Separate Account Assets | $833,527.80 |
| Account Value - December 31, 2023 | $18,165,396.00 |

### Asset Allocation:

| | | |
|---|---:|---:|
| Atlas IDF, LP : 30218 | $18,165,396.00 | 100.0% |
| **Total** | **$18,165,396.00** | **100.0%** |

### Account Performance *

| Investment | Q1 | Q2 | Q3 | Q4 | YTD | Since Inception |
|---|---:|---:|---:|---:|---:|---:|
| Atlas IDF, LP | 7.43 % | 4.81 % | -4.14 % | 4.81 % | **13.13 %** | **-13.95 %** |
| **Account Performance** | 7.43 % | 4.81 % | -4.14 % | 4.80 % | **13.12 %** | **-13.85 %** |
| **Policy Performance** | 7.36 % | 4.73 % | -4.20 % | 4.74 % | **12.82 %** | **-15.97 %** |

* Performance data is adjusted for withdrawals, premiums, transfers and other transactions.