**EXHIBIT 8**



# Quarterly Policy Statement
### Statement Date: December 31, 2024

## Policy Data:

| | | | |
|---|---|---|---|
| **Policy Owner:** | Empower Dallas Foundation, Inc<br>3000 Pegasus Park Drive<br>Suite 930<br>Dallas, TX 75247<br>US | **Telephone:**<br>**Facsimile:**<br>**Contact Person:**<br>**Email:** | 214 741 9898<br>214 741 9848<br>Torrey Littleton<br>tlittleton@dallasfoundation.org |
| **Policy Number:** | 30218 | | |
| **Issuing Company:** | Crown Global Life Insurance Ltd. | | |
| **Insurance Type:** | Variable Annuity | | |
| **Issue Date:** | December 10, 2015 | | |

## Quarterly Account Activity:

| | |
|---|---:|
| **Account Value - October 1, 2024** | $20,695,496.00 |
| less Policyowner Withdrawals and Loans | ($580,000.00) |
| less Quarterly M&E Charge | ($12,820.43) |
| less Administrative Fee | ($725.00) |
| plus (less) Earnings on Separate Account Assets | $4,131,002.69 |
| **Account Value - December 31, 2024** | **$24,232,953.26** |

## Asset Allocation:

| | | |
|---|---:|---:|
| Atlas IDF, LP (July 31, 2024) : 30218 | $24,232,839.00 | 100.0% |
| Accrued fees, net of Cash on Hand | $114.26 | 0.0% |
| **Total** | **$24,232,953.26** | **100.0%** |

## Account Performance *

| Investment | Q1 | Q2 | Q3 | Q4 | YTD | Since Inception |
|---|---:|---:|---:|---:|---:|---:|
| Atlas IDF, LP (July 31, 2024) | 10.04 % | 3.35 % | 0.39 % | 20.15 % | **37.16 %** | **18.03 %** |
| **Account Performance** | 10.04 % | 3.35 % | 0.39 % | 20.14 % | **37.15 %** | **18.16 %** |
| **Policy Performance** | 10.04 % | 3.20 % | 0.32 % | 20.07 % | **36.80 %** | **14.93 %** |

* Performance data is adjusted for withdrawals, premiums, transfers and other transactions.

Crown Global Insurance Group
Bermuda • Cayman Islands
Suite 3206A, 2nd Floor • 39 Market Street • Camana Bay
P.O. Box 10467 • Grand Cayman • KY1-1004 • Cayman Islands
Telephone +1 345 747 4000 • Facsimile +1 345 945 6121