**STINSON LLP**
Deborah Deitsch-Perez
Michael P. Aigen
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Counsel for The Dugaboy Investment Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| *In re* | § § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § § § | |

**THE DUGABOY INVESTMENT TRUST'S WITNESS AND EXHIBIT LIST
FOR THE JUNE 25, 2025 HEARING**

COMES NOW, The Dugaboy Investment Trust ("Dugaboy") and files this Witness and Exhibit List with respect to the *Motion for an Order Further Extending Duration of Trust*s [Docket No. 4213], which the Court has set for hearing at 9:30 a.m. (Central Time) on June 25, 2025 (the "Hearing") in the Bankruptcy Case.

**WITNESSES**

Dugaboy designate the following individual who may be called as witness(es) at the June 25, 2025 Hearing. Dugaboy reserves the right to call or cross-examine any witness called by any

CORE/3524155.0011/200293813.1

other party, to supplement and/or amend this Witness List, and to call additional witnesses as necessary to rebut testimony or evidence introduced at the hearing.

|   | **Witness** |
|---|---|
| 1 | James P. Seery, Jr.<br>c/o John A. Morris<br>Pachulski Stang Ziehl & Jones LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>jmorris@pszjlaw.com<br>(212) 561-7760 |

## EXHIBITS

Dugaboy designates the following exhibit that may be used at the June 25, 2025 Hearing. Dugaboy reserves the right to introduce any exhibit designated by any other party, to supplement and/or amend its Exhibit List, to introduce any rebuttal exhibits, and to not use any such exhibits during the evidentiary hearing in response to the circumstances of the hearing.

| Dugaboy Exhibit No. | Description | Bates or Dkt. No. |
|---|---|---|
| 1 | 2025.04.08 Email from John Morris to Louis Phillips | HCMLPHMIT00000656 – HCMLPHMIT00000661 |

Date: June 24, 2025

                                    Respectfully submitted,

**STINSON LLP**

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez
Texas Bar No. 24036072
Michael P. Aigen
Texas Bar No. 24012196
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com
*Counsel for The Dugaboy Investment Trust*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 24, 2025, a true and correct copy of the above and foregoing document was served on all parties and counsel set to receive notice by the Court's ECF system.

                                    */s/Deborah Deitsch-Perez*
                                    Deborah Deitsch-Perez