# AUDIO / TRANSCRIPT ORDER

**1. ORDER REQUEST:**
[ ] AUDIO
[X] TRANSCRIPT

**2. DATE OF ORDER:** 06/26/2025

**3. NAME:** LOUIS M. PHILLIPS

**4. PHONE NUMBER:** 225-381-9643

**5. EMAIL ADDRESS:** louis.phillips@kellyhart.com

**6. MAILING ADDRESS:** 301 Main Street, Suite 1600

**7. CITY:** Baton Rouge

**8. STATE:** LA

**9. ZIP CODE:** 70801

**10. CASE NUMBER:** 19-34054

**11. CASE NAME:** Highland Capital Management, L.P.

**12. JUDICIAL OFFICIAL:** Jernigan

**13. DATE OF PROCEEDING:** FROM: 06 / 25 / 2025

**14. ORDER:**
A.
- ORDINARY [ ]
- 7 DAY EXPEDITED [ ]
- DAILY [ ]
- HOURLY [X]
- 14 DAY EXPEDITED [ ]
- 3 DAY EXPEDITED [ ]

**15. AUDIO/TRANSCRIPT REQUESTED** Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | |
|---|---|
| [X] Entire Hearing | |
| [ ] Court Ruling | |
| [ ] Witness Testimony | |
| [ ] Other: (Specify) | |

**CERTIFICATION**

By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber).

**16. SIGNATURE:** /s/ Louis M. Phillips

**17. DATE:** 06/26/2025