BTXN 191 (rev. 12/24)

# AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST: ☐ AUDIO  ☐ TRANSCRIPT | 2. DATE OF ORDER: | |
|---|---|---|
| 3. NAME: David Curry | 4. PHONE NUMBER: 713-228-4100 | 5. EMAIL ADDRESS: dcurry@okinadams.com |
| 6. MAILING ADDRESS: 1113 Vine Street, Suite 240 | 7. CITY: Houston | 8. STATE: TX  9. ZIP CODE: 77002 |
| 10. CASE NUMBER: 19-34054-sgj11 | 11. CASE NAME: Highland Capital Management, L.P. | 12. JUDICIAL OFFICIAL: Judge Jernigan | 13. DATE OF PROCEEDING: FROM:  /  / |

14. ORDER:
A.
- ORDINARY ☐
- 7 DAY EXPEDITED ☐
- DAILY ☐
- HOURLY ☐
- 14 DAY EXPEDITED ☐
- 3 DAY EXPEDITED ☐

15. AUDIO/TRANSCRIPT REQUESTED  Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | |
|---|---|
| Entire Hearing | |
| Court Ruling | |
| Witness Testimony | |
| Other: (Specify) | |

CERTIFICATION

By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber).

16. SIGNATURE: /s/ David Curry

17. DATE: 06/26/25