Paul R. Bessette (Texas Bar No. 02263050)
King & Spalding, LLP
500 W. 2nd Street, Suite 1800
Austin, Texas 78701
Telephone: (512) 457-2050
Facsimile: (512) 457-2100
Email: pbessette@kslaw.com

*Withdrawing Counsel for Highland CLO Funding, Ltd.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Reorganized Debtor | § § § § § § § § § | Chapter 11<br><br>Case No. 19-34054 (SGJ) |

**NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE**

Paul R. Bessette ("Withdrawing Attorney") hereby withdraws his notice of appearance for Highland CLO Funding, Ltd. ("HCLOF") (Dkt. No. 840) in the above-captioned bankruptcy case.

DATED: June 26, 2025                             Respectfully submitted.

*Paul R. Bessette*
Paul R. Bessette
State Bar No. 02263050
King & Spalding, LLP
500 W. 2nd Street, Suite 1800
Austin, Texas 78701
Telephone: (512) 457-2050
Facsimile: (512) 457-2100
Email: pbessette@kslaw.com

*Counsel for Highland CLO Funding, Ltd.*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 26, 2025, notice of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*Paul R. Bessette*
Paul R. Bessette