BTXN 119 (rev. 03/19)

# AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST: [ ] DUPLICATE OF AUDIO CD Recordings Only  [X] TRANSCRIPT | 2. DATE OF ORDER: 6/26/2025 | FOR COURT USE ONLY DUE DATE: |
|---|---|---|
| 3. NAME: Melanie Holmes | 4. PHONE NUMBER: 972-755-7105 | 5. EMAIL ADDRESS: mholmes@haywardfirm.com |
| 6. MAILING ADDRESS: 10501 N. Central Expy., Ste. 106 | 7. CITY: Dallas | 8. STATE: TX  9. ZIP CODE: 75231 |
| 10. CASE NUMBER: 19-34054 | 11. CASE NAME: Highland Capital | 12. JUDICIAL OFFICIAL: Jernigan  13. DATE OF PROCEEDING: FROM: 06/25/2025 |

14. ORDER FOR: [ ] APPEAL  [X] BANKRUPTCY  [ ] OTHER

15. ORDER:
A. [ ] ORDINARY  [ ] 7 DAY EXPEDITED  [ ] DAILY  [X] HOURLY
[ ] 14 DAY EXPEDITED  [ ] 3 DAY EXPEDITED

16. AUDIO/TRANSCRIPT REQUESTED Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | PORTION(S) |
|---|---|
| [X] ENTIRE HEARING | [ ] TESTIMONY (Specify Witness) |
| [ ] OPENING STATEMENT (Plaintiff) | |
| [ ] OPENING STATEMENT (Defendant) | |
| [ ] CLOSING ARGUMENT (Plaintiff) | [ ] VOIR DIRE |
| [ ] CLOSING ARGUMENT (Defendant) | [ ] OTHER (Specify) |
| [ ] COURT RULING ONLY | |

CERTIFICATION

By signing 17. & 18, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber).

17. SIGNATURE: /s/ Melanie Holmes
18. DATE: 6/26/2025

**COURT USE ONLY**

| A. PROCESSED BY: | B. TRANSCRIPT TO BE PREPARED BY: |
|---|---|
| PHONE NUMBER: | ADDRESS: |
| EMAIL ADDRESS: | TELEPHONE: EMAIL ADDRESS: |
| C. PARTY RECEIVED AUDIO:   DATE: | BY:   $31 FEE PAID: |

**DISTRIBUTION:**   COURT COPY   ORDER RECEIPT   ORDER COPY