# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) Case No. 19-34054-sgj11 |
| | ) |
| Reorganized Debtor. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, Ronaldo Lizarraga Angulo, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Reorganized Debtor in the above-captioned case.

On June 18, 2025, at my direction and under my supervision, employees of Verita caused the following documents to be served via Electronic Mail upon the service lists attached hereto as **Exhibit A**, **Exhibit B**, and **Exhibit C**; and via First Class Mail upon the service lists attached hereto as **Exhibit D**, **Exhibit E** and **Exhibit F**:

- **Highland Capital Management, L.P., and the Highland Claimant Trust's Notice of Service of a Subpoena for James Dondero to Appear and Testify at a Hearing in a Bankruptcy Case** [Docket No. 4241]

- **Highland Capital Management, L.P., and the Highland Claimant Trust's Notice of Service of a Subpoena for Deborah Deitsch-Perez, Esq. to Appear and Testify at a Hearing in a Bankruptcy Case** [Docket No. 4242]

Dated: June 26, 2025

/s/ Ronaldo Lizarraga Angulo
Ronaldo Lizarraga Angulo
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

# EXHIBIT A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Chad Timmons, Larry R. Boyd, Emily M. Hahn | ctimmons@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| Counsel for NexBank | Alston & Bird LLP | Jared Slade | jared.slade@alston.com |
| Counsel for Jefferies LLC | Ashby & Geddes, P.A. | William P. Bowden, Esq., Michael D. DeBaecke, Esq. | mdebaecke@ashbygeddes.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse and Issac Leventon (the "Senior Employees"), Jean Paul Sevilla, Stephanie Vitiello, Matthew DiOrio, Mary Irving and CPCM, LLC | Baker & McKenzie LLP | Debra A. Dandeneau & Blaire Cahn | debra.dandeneau@bakermckenzie.com; blaire.cahn@bakermckenzie.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse and Issac Leventon (the "Senior Employees"), Jean Paul Sevilla, Stephanie Vitiello, Matthew DiOrio, Mary Irving and CPCM, LLC | Baker & McKenzie LLP | Michelle Hartmann | michelle.hartmann@bakermckenzie.com |
| Counsel for NWCC, LLC | Barnes & Thornburg LLP | Thomas G. Haskins, Jr. | thomas.haskins@btlaw.com |
| Counsel for Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Blank Rome LLP | John E. Lucian, Josef W. Mintz | mintz@blankrome.com; jbibiloni@blankrome.com |
| Counsel for James Dondero | Bonds Ellis Eppich Schafer Jones LLP | John Y. Bonds, III, Bryan C. Assink | john@bondsellis.com; bryan.assink@bondsellis.com |
| Counsel for Mark Okada, the Mark & Pamela Okada Family Trust - Exempt Trust #1, the Mark & Pamela Okada Familty Trust - Exempt Trust #2, the Okada Insurance Rabbi Trust and the Okada Family Foundation,Inc. | Brown Fox PLLC | Cortney C. Thomas | cort@brownfoxlaw.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Counsel for UBS Securities LLC and UBS AG, London Branch | Butler Snow LLP | Martin A. Sosland and Candice M. Carson | martin.sosland@butlersnow.com; candice.carson@butlersnow.com |
| Counsel to Integrated Financial Associates Inc. | Carlyon Cica Chtd. | Candace C. Carlyon, Esq., Tracy M. Osteen, Esq. | ccarlyon@carlyoncica.com; tosteen@carlyoncica.com |
| Counsel to Siepe LLC | Condon Tobin Sladek Thornton PLLC | J. Seth Moore | smoore@ctstlaw.com |
| Counsel for Dugaboy Investment Trust | Crawford, Wishnew & Lang PLLC | Michael J. Lang, Alexandra Ohlinger | mlang@cwl.law; aohlinger@cwl.law |
| Counsel for BH Equities, L.L.C. | Dentons US LLP | Casey Doherty | Casey.doherty@dentons.com |
| Counsel to Jefferies LLC | Dentons US LLP | Lauren Macksoud, Esq. | lauren.macksoud@dentons.com |
| Counsel to Jefferies LLC | Dentons US LLP | Patrick C. Maxcy, Esq. | patrick.maxcy@dentons.com |
| Counsel to Acis Capital Management, LP and Acis Capital Management GP, LLC ("Creditors") and Joshua N. Terry and Jennifer G. Terry | Forshey & Prostok LLP | Jeff P. Prostok, J. Robert Forshey, Suzanne K. Rosen | jprostok@forsheyprostok.com; bforshey@forsheyprostok.com; srosen@forsheyprostok.com; khartogh@forsheyprostok.com |
| Secured Creditor | Frontier State Bank | Attn:  Steve Elliot | selliott@frontier-ok.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Frost Brown Todd LLC | Mark A. Platt | mplatt@fbtlaw.com |
| Counsel to Alvarez & Marsal CRF Management LLC as Investment Manager of the Highland Crusader Funds | Gibson, Dunn & Crutcher LLP | Marshall R. King, Esq., Michael A. Rosenthal, Esq. & Alan Moskowitz, Esq. | mking@gibsondunn.com; mrosenthal@gibsondunn.com |
| Counsel to Alvarez & Marsal CRF Management LLC as Investment Manager of the Highland Crusader Funds | Gibson, Dunn & Crutcher LLP | Matthew G. Bouslog, Esq. | mbouslog@gibsondunn.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel for the Dugaboy Investment Trust and Get Good Trust | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | ddraper@hellerdraper.com; lcollins@hellerdraper.com; gbrouphy@hellerdraper.com |
| Counsel to Former Independent Directors Hon. Russell F. Nelms (Ret.) and John S. Dubel | Hogan Lovells US LLP | Richard L. Wynne; Edward J. McNeilly | Richard.wynne@hoganlovells.com; Edward.mcneilly@hoganlovells.com |
| Counsel For Nexpoint Real Estate Partners, LLC, F/K/A HCRE Partners, LLC, Matt McGraner | Hoge & Gameros, L.L.P. | Charles W. Gameros, Jr., P.C. | BGameros@LegalTexas.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Equity Holders | Hunter Mountain Investment Trust | c/o Rand Advisors LLC | Jhonis@RandAdvisors.com |
| Counsel for the Dugaboy Investment Trust | Hunton Andrews Kurth, LLP | Gregory G. Hesse | GHesse@hunton.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel to Crescent TC Investors, L.P. | Jackson Walker L.L.P. | Michael S. Held | mheld@jw.com |
| Secured Creditor | Jefferies LLC | Director of Compliance | cbianchi@jefferies.com |
| Secured Creditor | Jefferies LLC | Office of the General Counsel | cbianchi@jefferies.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Jenner & Block LLP | Marc B. Hankin, Richard Levin | mhankin@jenner.com; rlevin@jenner.com |
| Counsel for CCS Medical, Inc. | Jones Day | Amanda Rush | asrush@jonesday.com |
| Counsel to the Issuers (group of 25 separate Cayman issuers of loan) | Jones Walker LLP | Joseph E. Bain, Amy K. Anderson | jbain@joneswalker.com; aanderson@joneswalker.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Artoush Varshosaz | artoush.varshosaz@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | James A. Wright III | james.wright@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Stephen G. Topetzes | stephen.topetzes@klgates.com |
| Counsel to CLO Holdco, Ltd. | Kane Russell Coleman Logan PC | John J. Kane | jkane@krcl.com |
| Counsel for Highland CLO Funding Ltd. | King & Spalding LLP | Paul R. Bessette | pbessette@kslaw.com |
| Counsel to BET Investments II, L.P. | Kurtzman Steady, LLC | Jeffrey Kurtzman, Esq. | Kurtzman@kurtzmansteady.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Andrew Clubok, Sarah Tomkowiak | Andrew.Clubok@lw.com; Sarah.Tomkowiak@lw.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Asif Attarwala, Kathryn K. George | asif.attarwala@lw.com; Kathryn.George@lw.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | jeff.bjork@lw.com; kim.posin@lw.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Zachary F. Proulx | Zachary.Proulx@lw.com |
| Counsel to Coleman County TAD, Kaufman County, Upshur County, Fannin CAD, Rockwall CAD, Tarrant County, Allen ISD, City of Allen, City of Richardson, Dallas County, Irving ISD, Grayson County | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller, Laurie A. Spindler, John Kendrick Turner | dallas.bankruptcy@publicans.com |
| Counsel for Jack Yang and Brad Borud | Loewinsohn Flegle Deary Simon LLP | Daniel P. Winikka | danw@lfdslaw.com |
| Creditor | Lynn Pinker Cox & Hurst, L.L.P. | Michael K. Hurst, Esq. | mhurst@lynnllp.com |
| Equity Holders | Mark K. Okada | | mokadadallas@gmail.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Morris, Nichols, Arsht & Tunnell LLP | Curtis S. Miller, Kevin M. Coen | rdehney@mnat.com |
| Counsel to Meta-e Discovery, LLC | Morrison Cohen LLP | Joseph T. Moldovan, Esq. & Sally Siconolfi, Esq. | bankruptcy@morrisoncohen.com |
| Bank | NexBank | John Danilowicz | john.holt@nexbankcapital.com |
| Counsel to California Public Employees' Retirement System ("CalPERS") | Nixon Peabody LLP | Louis J. Cisz, III, Esq. | lcisz@nixonpeabody.com |
| SEC Headquarters | Office of General Counsel | Securities & Exchange Commission | SECBankruptcy-OGC-ADO@SEC.GOV |
| US Trustee for Northern District of TX | Office of the United States Trustee | Lisa L. Lambert, Esq | lisa.l.lambert@usdoj.gov |
| Counsel for The Dallas Foundation and Crown Global Life Insurance, Ltd | Okin Adams Bartlett Curry LLP | Matthew S. Okin, David Curry, Jr. | mokin@okinadams.com; dcurry@okinadams.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | John A. Morris and Gregory V. Demo | jmorris@pszjlaw.com; gdemo@pszjlaw.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill | rpachulski@pszjlaw.com; jpomerantz@pszjlaw.com; ikharasch@pszjlaw.com; joneill@pszjlaw.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill | rpachulski@pszjlaw.com; jpomerantz@pszjlaw.com; ikharasch@pszjlaw.com; joneill@pszjlaw.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Scott M. Seidel, Chapter 7 Trustee of the Bankruptcy Estates of Highland Select Equity Master Fund, L.P. (Case No. 23-31037 swe7) and Highland Select Equity Fund, GP, L.P. (Case No. 23-31039 mvl7) | Passman & Jones, P.C. | Jerry C. Alexander | alexanderj@passmanjones.com |
| Counsel to City of Garland, Garland ISD, Wylie ISD , Plano ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Linda D. Reece | lreece@pbfcm.com |
| Delaware counsel to Alvarez & Marsal CRF Management LLC | Potter Anderson & Corroon LLP | Jeremy W. Ryan, Esq., R. Stephen McNeill, Esq. & D. Ryan Slaugh, Esq. | jryan@potteranderson.com; rmcneill@potteranderson.com; rslaugh@potteranderson.com |
| Secured Creditor | Prime Brokerage Services | Jefferies LLC | cbianchi@jefferies.com |
| Counsel to the Claimant Trust | Quinn Emanuel Urquhart & Sullivan, LLP | Susheel Kirpalani, Deborah J. Newman, Benjamin I. Finestone, Jordan Harap | susheelkirpalani@quinnemanuel.com; deborahnewman@quinnemanuel.com; benjaminfinestone@quinnemanuel.com; jordanharap@quinnemanuel.com |
| Counsel to James P. Seery, Jr. | Reed Smith LLP | Omar J. Alaniz, Lindsey L. Robin | oalaniz@reedsmith.com; lrobin@reedsmith.com |
| Counsel to James D. Dondero, Strand Advisors, Inc., The Dugaboy Investment Trust, Get Good Trust, and NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC) | Reichman Jorgensen Lehman & Feldberg LLP | Amy L. Ruhland | aruhland@reichmanjorgensen.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Richards, Layton & Finger PA | Michael J. Merchant | merchant@rlf.com |
| Counsel to Hunter Mountain Trust | Rochelle McCullough, LLP | E. P. Keiffer | pkeiffer@romclaw.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") and CPCM, LLC | Ross, Smith & Binford, PC | Judith W. Ross, Frances A. Smith, Jason Binford, Eric Soderlund | judith.ross@rsbfirm.com; frances.smith@rsbfirm.com; jason.binford@rsbfirm.com; eric.soderlund@rsbfirm.com |
| Counsel to the Intertrust Entities and the Issuers (group of 25 separate Cayman issuers of loan) | Schulte Roth & Zabel LLP | David J. Karp, James V. Williams III | david.karp@srz.com; jay.williams@srz.com |
| SEC Regional Office | Securities & Exchange Commission | Richard Best, Regional Director | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger, Regional Director | philadelphia@sec.gov |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Charles M. Person, Juliana Hoffman | preid@sidley.com; pmontgomery@sidley.com; cpersons@sidley.com; jhoffman@sidley.com |
| Counsel to Patrick Daugherty | Spencer Fane LLP | Jason P. Kathman | jkathman@spencerfane.com |
| DE Secretary of State | State of Delaware | Division of Corporations - Franchise Tax | dosdoc_bankruptcy@state.de.us |
| Counsel for Mark Okada, the Mark & Pamela Okada Family Trust - Exempt Trust #1, the Mark & Pamela Okada Family Trust - Exempt Trust #2, the Okada Insurance Rabbi Trust and the Okada Family Foundation,Inc. | Sullivan Cromwell LLP | Brian D. Glueckstein | gluecksteinb@sullcrom.com |
| Counsel to the Hunter Mountain Trust ("Hunter") | Sullivan Hazeltine Allinson LLC | William A. Hazeltine, Esq. | whazeltine@sha-llc.com |
| Equity Holders | The Mark and Pamela Okada Family Trust - Exempt Trust #1 | | mokadadallas@gmail.com |
| Equity Holders | The Mark and Pamela Okada Family Trust - Exempt Trust #2 | | mokadadallas@gmail.com |
| Counsel to the United States Internal Revenue Service | U.S. Department of Justice, Tax Division | David G. Adams | david.g.adams@usdoj.gov |
| United States Attorney General | United States Attorney General | U.S. Department of Justice | askdoj@usdoj.gov |
| Attorneys for Lynn Pinker Hurst & Schwegmann, LLP and The Pettit Law Firm | Vinson & Elkins LLP | James J. Lee, Michael C. Lee | jimlee@velaw.com; mlee@velaw.com |
| Counsel for NexPoint Real Estate Partners, LLC F/K/A HCRE Partners, LLC | Wick Phillips Gould & Martin, LLP | Brant C. Martin, Jason M. Rudd, Lauren K. Drawhorn, Jeffrey W. Hellberg Jr. | brant.martin@wickphillips.com; jason.rudd@wickphillips.com; jeff.hellberg@wickphillips.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to James P. Seery, Jr. | Willkie Farr & Gallagher LLP | Mark T. Stancil, Joshua S. Levy | mstancil@willkie.com; jlevy@willkie.com |
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Winstead PC | Rakhee V. Patel, Phillip Lamberson | rpatel@winstead.com; plamberson@winstead.com; achiarello@winstead.com |
| Counsel for Jean Paul Sevilla and Hunter Covitz (the "Employees") | Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Counsel for Jean Paul Sevilla and Hunter Covitz (the "Employees") | Winston & Strawn LLP | Attn: Katherine A. Preston | kpreston@winston.com |
| Counsel for Jean Paul Sevilla and Hunter Covitz (the "Employees") | Winston & Strawn LLP | Attn: Thomas M. Melsheimer; Natalie L. Arbaugh | tmelsheimer@winston.com; narbaugh@winston.com |

# EXHIBIT B

**Exhibit B**
**Class 9 Affected Claimants Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Muck Holdings, LLC, Jessup Holdings LLC, Farallon Capital Management, LLC,and Stonehill Capital Management LLC | Brent R. McIlwain, David C. Schulte, Christopher A. Bailey | brent.mcilwain@hklaw.com; david.schulte@hklaw.com; chris.bailey@hklaw.com |
| Patrick Daugherty | Jason S. Brookner, Drew K. York, Drake Rayshell | jbrookner@grayreed.com; dyork@grayreed.com; drayshell@grayreed.com |
| Patrick Daugherty/Andrew K. York | Dylan O. Drummond | ddrummond@grayreed.com |
| Patrick Hagaman Daugherty | Spencer Fane LLP | jkathman@spencerfane.com |
| Patrick Hagaman Daugherty | | pdaugherty@glacierlakecap.com |
| UBS AG, London Branch | Latham & Watkins LLP | jeff.bjork@lw.com; kim.posin@lw.com |
| UBS AG, London Branch | Latham and Watkins LLP | andrew.clubok@lw.com; sarah.tomkowiak@lw.com |
| UBS AG, London Branch | Latham and Watkins LLP | asif.attarwala@lw.com |
| UBS AG, London Branch | UBS Securities LLC | suzanne.forster@ubs.com; john.lantz@ubs.com |
| UBS Securities LLC | Attn Suzanne Forster, John Lantz | suzanne.forster@ubs.com; john.lantz@ubs.com; elizabeth.kozlowski@ubs.com |
| UBS Securities LLC | Latham & Watkins LLP | jeff.bjork@lw.com; kim.posin@lw.com |
| UBS Securities LLC | Latham and Watkins LLP | andrew.clubok@lw.com; sarah.tomkowiak@lw.com |
| UBS Securities LLC | Latham and Watkins LLP | asif.attarwala@lw.com |

# EXHIBIT C

**Exhibit C**
**Affected Claimants Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Allen ISD | c/o Laurie A. Spindler, Elizabeth Welle | dallas.bankruptcy@publicans.com |
| Allen ISD | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| American Solutions for Business | | shellya@americanbus.com |
| Brad Borud | Daniel P Winikka | danw@lfdslaw.com |
| Brad Borud | | Email on File |
| CBIZ Valuation Group, LLC | ATTN ACCOUNTS RECEIVABLE | mlarmstrong@cbiz.com; janmoore@cbiz.com |
| CBIZ Valuation Group, LLC | | janmoore@cbiz.com; mlarmstrong@cbiz.com |
| City of Allen | Elizabeth Weller | dallas.bankruptcy@lgbs.com |
| City of Richardson | Elizabeth Weller | dallas.bankruptcy@lgbs.com |
| CLO Holdco, Ltd. | Grant Scott, Director | gscott@myersbigel.com |
| CLO Holdco, Ltd. | John J Kane | jkane@krcl.com |
| Contrarian Funds, LLC | Attn Alpa Jimenez | tradeclaimsgroup@contrariancapital.com |
| Crescent Research | | Nancy97@bellsouth.net |
| Dallas County | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Daniel Sheehan & Associates, PLLC | | dsheehan@dsa-law.com |
| Dell Financial Services L.L.C. | DFS-Bankruptcy | steve.snyder@dell.com |
| Dell Financial Services L.L.C. | Streusand, Landon, Ozburn & Lemmo | streusand@slollp.com; prentice@slollp.com |
| Frontier State Bank | Attn Mr Steve Elliott | selliott@frontier-ok.com |
| Hunter Mountain Trust | c/o E. P. Keiffer | pkeiffer@romclaw.com |
| Hunter Mountain Trust | John Honis, Trustee for Hunter Mount | Jhonis@RandAdvisors.com |
| John F. Jack Yang | Daniel P Winikka | danw@lfdslaw.com |
| John F. Jack Yang | | Email on File |
| Joshua & Jennifer Terry | c/o Brian P. Shaw, Esq. | shaw@roggedunngroup.com |
| Kaufman County | c/o Laurie A. Spindler, Elizabeth Welle | dallas.bankruptcy@publicans.com |
| Kurtis Plumer | | Email on File |
| Markit WSO Corp | Kendra Montoya | kendra.montoya@ihsmarkit.com |
| McKool Smith P.C. | c/o Travis DeArman | tdearman@mckoolsmith.com |
| Patrick Hagaman Daugherty | Spencer Fane LLP | jkathman@spencerfane.com |
| Patrick Hagaman Daugherty | | pdaugherty@glacierlakecap.com |
| Paul Kauffman | Jason P. Kathman | jkathman@pronskepc.com |
| Paul Kauffman | | Email on File |
| Raymond Joseph Dougherty | D. Craig Shew, PLLC | Email on File |
| Raymond Joseph Dougherty | | Email on File |
| Thomas Surgent | c/o David Neier | Email on File |
| Thomas Surgent | | Email on File |
| Todd Travers | c/o Jason P. Kathman | jkathman@pronskepc.com |
| Todd Travers | | Email on File |
| UBS AG, London Branch | Attn Suzanne Forster, John Lantz | suzanne.forster@ubs.com; john.lantz@ubs.com |
| UBS AG, London Branch | Latham & Watkins LLP | jeff.bjork@lw.com; kim.posin@lw.com |
| UBS AG, London Branch | Latham and Watkins LLP | andrew.clubok@lw.com; sarah.tomkowiak@lw.com |
| UBS AG, London Branch | Latham and Watkins LLP | asif.attarwala@lw.com |
| UBS AG, London Branch | UBS Securities LLC | suzanne.forster@ubs.com; john.lantz@ubs.com |
| UBS Securities LLC | Attn Suzanne Forster, John Lantz | suzanne.forster@ubs.com; john.lantz@ubs.com; elizabeth.kozlowski@ubs.com |

**Exhibit C**
**Affected Claimants Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| UBS Securities LLC | Latham & Watkins LLP | jeff.bjork@lw.com; kim.posin@lw.com |
| UBS Securities LLC | Latham and Watkins LLP | andrew.clubok@lw.com; sarah.tomkowiak@lw.com |
| UBS Securities LLC | Latham and Watkins LLP | asif.attarwala@lw.com |

# EXHIBIT D

**Exhibit D**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel to the Intertrust Entities and the CLO Entities | Chipman, Brown, Cicero & Cole, LLP | Mark L. Desgrosseilliers | Hercules Plaza | 1313 North Market Street, Suite 5400 | | Wilmington | DE | 19801 |
| Creditor | Cole, Schotz, Meisel, Forman & Leonard, P.A. | | 901 Main Street | Suite 4120 | | Dallas | TX | 75202 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Secured Creditor | KeyBank National Association | as Administrative Agent | 225 Franklin Street, 18th Floor | | | Boston | MA | 02110 |
| Secured Creditor | KeyBank National Association | as Agent | 127 Public Square | | | Cleveland | OH | 44114 |
| Counsel for Jack Yang and Brad Borud | Loewinsohn Flegle Deary Simon LLP | Daniel P. Winikka | 12377 Merit Drive, Suite 900 | | | Dallas | TX | 75251 |
| Texas Attorney General | Office of the Attorney General | Ken Paxton | 300 W. 15th Street | | | Austin | TX | 78701 |
| Attorney General of the United States | Office of the Attorney General | | Main Justice Building, Room 5111 | 10th & Constitution Avenue, N.W. | | Washington | DC | 20530 |
| US Attorneys Office for Northern District of TX | Office of the United States Attorney | Erin Nealy Cox, Esq | 1100 Commerce Street, 3rd Floor | | | Dallas | TX | 75202 |
| TX Comptroller of Public Accounts | State Comptroller of Public Accounts | Revenue Accounting Division-Bankruptcy Section | PO Box 13258 | | | Austin | TX | 78711 |
| Equity Holders | Strand Advisors, Inc. | | 300 Crescent Court | Suite 700 | | Dallas | TX | 75201 |
| TX AG Office | Texas Attorney Generals Office | Bankruptcy-Collections Division | PO Box 12548 | | | Austin | TX | 78711-2548 |
| Equity Holders | The Dugaboy Investment Trust | | 300 Crescent Court | Suite 700 | | Dallas | TX | 75201 |
| U.S. Department of the Treasury | US Department of the Treasury | Office of General Counsel | 1500 Pennsylvania Avenue, NW | | | Washington | DC | 20220 |
| Delaware Division of Revenue | Zillah A. Frampton | Bankruptcy Administrator | Delaware Division of Revenue | Carvel State Office Building, 8th Floor | 820 N. French Street | Wilmington | DE | 19801 |

# EXHIBIT E

**Exhibit E**
**Class 9 Affected Claimants Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Jessup Holdings LLC | Attn John Mandler | c/o Mandel, Katz and Brosnan LLP | 100 Dutch Hill Road, Suite 390 | | Orangeburg | NY | 10962 |
| Muck Holdings LLC | Attn Paul B. Haskel | c/o Crowell & Moring LLP | Two Manhattan West | 375 Ninth Avenue | New York | NY | 10001 |
| Patrick Daugherty/Andrew K. York | Dylan O. Drummond | Gray Reed & McGraw, LLP | 1601 Elm Street | Suite 4600 | Dallas | TX | 75201-7212 |
| UBS AG, London Branch | Latham and Watkins LLP | Asif Attarwala | 330 North Wabash Ave. Suite 2800 | | Chicago | IL | 60611 |
| UBS Securities LLC | Latham and Watkins LLP | Asif Attarwala | 330 North Wabash Ave. Suite 2800 | | Chicago | IL | 60611 |

# EXHIBIT F

**Exhibit F**
**Affected Claimants Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Abrams & Bayliss | | 20 Montchanin Road, Suite 200 | | | Wilmington | DE | 19807 | |
| Acis Capital Management | c/o Brian P. Shaw | Rogge Dunn Group PC | 500 N. Akard Street Ste 1900 | | Dallas | TX | 75201 | |
| Acis Capital Management, L.P. | c/o Brian P. Shaw | Rogge Dunn Group, PC | 500 N. Akard Street Ste 1900 | | Dallas | TX | 75201 | |
| Allen ISD | Attn Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | | Dallas | TX | 75207 | |
| American Arbitration Association | | 120 Broadway. 21st Floor | | | New York | NY | 10271 | |
| American Solutions for Business | | NW#7794 | PO Box 1450 | | Minneapolis | MN | 55485-7794 | |
| Andrew Parmentier | | 8432 Brittany Pl | | | Niwot | CO | 80503-7612 | |
| Andrews Kurth | | 111 Congress Ave | Suite 1700 | Attn Scott Brister | Austin | TX | 78701 | |
| Arkadin, Inc. | | Lockbox #32726 | Collection Center Dr | | Chicago | IL | 60693-0726 | |
| AT&T | | PO BOX 5001 | | | Carol Stream | IL | 60197-5001 | |
| AT&T Mobilty | | PO Box 6444 | | | Carol Stream | IL | 60197-6444 | |
| Bell Nunnally & Martin LLP | | 2323 Ross Ave Ste 1900 | | | Dallas | TX | 75201-2721 | |
| Bloomberg Finance LP | | 731 Lexington Ave. | | | New York | NY | 10022 | |
| Brad Borud | Daniel P Winikka | Loewinsohn Flegle Deary Simon LLP | 12377 Merit Drive, Suite 900 | | Dallas | TX | 75251 | |
| CDW Direct | | PO Box 75723 | | | Chicago | IL | 60675-5723 | |
| Centroid | | 1050 Wilshire Dr. | Ste #170 | | Troy | MI | 48084 | |
| CLO Holdco, Ltd. | c/o Grant Scott, Esq | Myers Bigel Sibley & Sajovec, P.A. | 4140 Park Lake Ave, Ste 600 | | Raleigh | NC | 27612 | |
| Coleman Research Group, Inc. | | 120 West 45th St | 25th Floor | | New York | NY | 10036 | |
| Concur Technologies, Inc. | | 18400 NE Union Hill Road | | | Redmond | WA | 98052 | |
| Connolly Gallagher LLP | | 1201 North Market Street | 20th Floor | | Wilmington | DE | 19801 | |
| Dallas County | Attn Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | | Dallas | TX | 75207 | |
| Dell Financial Services L.L.C. | DFS-Bankruptcy | PO Box 81577 | | | Austin | TX | 78708 | |
| Duff & Phelps, LLC | c/o David Landman | Benesch, Friedlander, Coplan & Aronoff | 200 Public Sq. Suite 2300 | | Cleveland | OH | 44114-4000 | |
| Foley Gardere | | 2021 McKinney Ave | Suite 1600 | | Dallas | TX | 75201 | |
| Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | |
| Frontier State Bank | | 5100 South I-35 Service Road | | | Oklahoma City | OK | 73129 | |
| Hain Capital Investors Master Fund, Ltd | | 301 Route 17, 7th Floor | | | Rutherford | NJ | 07070 | |
| Highland Capital Management (Singapore) | | 300 Crescent Ct. | Suite 700 | | Dallas | TX | 75201 | |
| Highland CLO Management Ltd. | | PO Box 309 | Ugland House | | Grand Cayman | | KY1-1104 | Cayman Islands |
| Highland RCP Offshore, LP | | 300 Crescent Ct. | Suite 700 | | Dallas | TX | 75201 | |
| Highland RCP, LP | | 300 Crescent Ct. | Suite 700 | | Dallas | TX | 75201 | |
| Hunton Andrews Kurth, LLP | | 1445 Ross Avenue | Suite 3700 | | Dallas | TX | 75202-2799 | |
| ICE Data Pricing & Reference Data, LLC | | PO Box 98616 | | | Chicago | IL | 60693 | |
| Jefferies LLC | | 520 Madison Avenue, 12th Floor | | | New York | NY | 10022 | |

**Exhibit F**
**Affected Claimants Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Jessup Holdings LLC | Attn John J. Mandler | c/o Mandel, Katz and Brosnan LLP | 100 Dutch Hill Road, Suite 390 | | Orangeburg | NY | 10962 | |
| Jessup Holdings LLC | Attn John Mandler | c/o Mandel, Katz and Brosnan LLP | 100 Dutch Hill Road, Suite 390 | | Orangeburg | NY | 10962 | |
| John F. Jack Yang | Daniel P Winikka | Loewinsohn Flegle Deary Simon LLP | 12377 Merit Drive, Suite 900 | | Dallas | TX | 75251 | |
| Joshua & Jennifer Terry | c/o Brian P. Shaw, Esq. | Rogge Dunn Group, PC | 500 N. Akard Street, Suite 1900 | | Dallas | TX | 75201 | |
| KattenMuchinRosenman LLP | | 525 W Monroe St | | | Chicago | IL | 60661-3693 | |
| Kaufman County | Attn Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | | Dallas | TX | 75207 | |
| Lexitas | | P.O. Box 734298 | Dept. 2012 | | Dallas | TX | 75373-4298 | |
| Loews Coronado Bay Resort | | 4000 Coronado Bay Road | | | Coronado | CA | 92118 | |
| MarkitWSO Corporation | | Three Lincoln Centre | 5430 LBJ Frwy Ste 800 | | Dallas | TX | 75240 | |
| McKool Smith | | 300 Crescent Court | Suite 1500 | | Dallas | TX | 75201 | |
| Meta-e Discovery LLC | | Six Landmark Square | Fourth Floor | | Stamford | CT | 06901 | |
| Muck Holdings LLC | Attn Paul B. Haskel | c/o Crowell & Moring LLP | Two Manhattan West | 375 Ninth Avenue | New York | NY | 10001 | |
| Muck Holdings LLC | Attn Paul Haskel | c/o Crowell & Moring LLP | 590 Madison Avenue | | New York | NY | 10022 | |
| NWCC, LLC | c/o of Michael A. Battle | Barnes & Thornburg, LLP | 555 12th St NW Ste 1200 | | Washington | DC | 20004-1278 | |
| Opus 2 International, Inc. | | 100 Pine Street | Suite 560 | | San Francisco | CA | 94111 | |
| Patrick Daugherty | c/o Thomas A. Uebler | McCollom DEmilio Smith | 2751 Centerville Rd #401 | | Wilmington | DE | 19808 | |
| Paul N. Adkins | | Address on File | | | | | | |
| Paul N. Adkins | | 11 Mount Emily Road #07-27 | Parc Emily | | Singapore | Singapore | 228493 | Singapore |
| Pitney Bowes- Purchase Power | | PO Box 371874 | | | Pittsburgh | PA | 15250-2648 | |
| Redeemer Committee - Highland Crusader | Attn Eric Felton | 731 Pleasant Ave. | | | Glen Ellyn | IL | 60137 | |
| Stanton LLP | | 9400 N Central Expwy | Ste 1304 | | Dallas | TX | 75231 | |
| State Street Global Exchange | | Elkins/McSherry, LLC | One Lincoln Street | | Boston | MA | 02111 | |
| Thomson West | | PO Box 64833 | | | St. Paul | MN | 55164-0833 | |
| UBS AG, London Branch | c/o Andrew Clubock | Latham & Watkins LLP | 555 11th Street NW #1000 | | Washington | DC | 20004 | |
| UBS Securities LLC | c/o Andrew Clubock | Latham & Watkins LLP | 555 11th Street NW #1000 | | Washington | DC | 20004 | |
| Wilks, Lukoff & Bracegirdle, LLC | | 4250 Lancaster Pike | #200 | | Wilmington | DE | 19805 | |