BTXN 191 (rev. 12/24)

# AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST: ☐ AUDIO  ☒ TRANSCRIPT | 2. DATE OF ORDER: June 26, 2025 | |
|---|---|---|
| 3. NAME: Michael P. Aigen | 4. PHONE NUMBER: 214-560-2207 | 5. EMAIL ADDRESS: michael.aigen@stinson.com |
| 6. MAILING ADDRESS: STINSON LLP  2200 Ross Avenue, Suite 2900 | 7. CITY: Dallas | 8. STATE: Texas  9. ZIP CODE: 75201 |
| 10. CASE NUMBER: 19-34054-sgj11 | 11. CASE NAME: Highland Capital Mgmt v. | 12. JUDICIAL OFFICIAL: |
| | | 13. DATE OF PROCEEDING: FROM: 06 / 25 / 2025 |

14. ORDER:

| | ORDINARY | 7 DAY EXPEDITED | DAILY | HOURLY |
|---|---|---|---|---|
| A. | ☐ | ☐ | ☐ | ☒ |
| | 14 DAY EXPEDITED | 3 DAY EXPEDITED | | |
| | ☐ | ☐ | | |

15. AUDIO/TRANSCRIPT REQUESTED  Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | |
|---|---|
| ☒ Entire Hearing | |
| ☐ Court Ruling | |
| ☐ Witness Testimony | |
| ☐ Other: (Specify) | |

CERTIFICATION

By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber).

16. SIGNATURE: /s/Michael P. Aigen

17. DATE: 6/27/2025