BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Highland Capital Management, L.P.<br>DEBTOR | Motion for Approval of Settlement with the HMIT Entities Rule 9019 doc. #4216 | Case # 19–34054–sgj11 |

**TYPE OF HEARING**

| | | |
|---|---|---|
| Highland Capital Management, L.P.<br>**PLAINTIFF / MOVANT** | *VS* | James Dondero/Patrick Daugherty<br>**DEFENDANT / RESPONDENT** |
| John Morris/Louis M. Phillips<br>**ATTORNEY** | | Michael Justin Lang/Andrew K. York<br>**ATTORNEY** |

## EXHIBITS

| | |
|---|---|
| SEE EXHIBIT & WITNES LIST AT DOC. #4253, #4255, & #4271 | SEE EXHIBIT & WITNESS LIST AT DOC. #4266 |
| Court Admitted Exhibits #1 through #9; #11 through #56; #58 through #123 & #126 | Court Admitted All Exhibits; #1 through #42 |
| | Dugaboy Exhibit #3 Letter dated June 24 2025: Admitted by Michael Lang |

| | | |
|---|---|---|
| Michael Edmond<br>REPORTED BY | June 25, 2025<br>HEARING DATE | Stacey G Jernigan<br>JUDGE PRESIDING |