

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 30, 2025**

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Reorganized Debtor. | Chapter 11 <br><br> Case No. 19-34054-sgj11 |

**ORDER EXTENDING DURATION OF THE TRUSTS**

This matter having come before the Court on the *Motion for an Order Further Extending Duration of Trusts* [Docket No. 4213] (the "Motion"),[1] filed by the Highland Claimant Trust (the "Claimant Trust") and the Highland Litigation Sub-Trust (the "Litigation Trust," and together with the Claimant Trust, the "Trusts"); and the Court having considered (a) the Motion; (b) the *Objection of The Dugaboy Investment Trust to Motion for an Order Further Extending Duration of Trusts* [Docket No. 4223] (the "Objection"); (c) the arguments and evidence submitted in

---

[1] Capitalized terms used but not defined in this Order are defined in the Motion.

4903-8310-4337.2 36027.003

support of the Motion at the hearing on June 25, 2025 (the "Hearing"); and the Court having found that (a) notice of the Motion was adequate and no additional notice of the Motion is required; (b) the Court has jurisdiction to consider the Motion under 28 U.S.C. §§ 157 and 1334 and the retention of jurisdiction provisions of the Plan; (c) this is a core proceeding under 28 U.S.C. § 157(b)(2); (d) venue is proper under 28 U.S.C. §§ 1408 and 1409; and (e) the relief requested in the Motion (i) is in the best interests of the Debtor, its creditors, the Trusts, and their beneficiaries, and all parties in interest, and (ii) is necessary for the Trusts to complete the monetization of their assets; and after due deliberation and good cause appearing therefor,

**THE COURT HEREBY FINDS THAT**:

1.  The Motion is **GRANTED**.

2.  The duration of the Claimant Trust is extended from August 11, 2025, through and including August 11, 2026.

3.  The duration of the Litigation Trust is extended from August 11, 2025, through and including August 11, 2026.

4.  This Order is without prejudice to the Trusts' right to seek further extensions of their duration under the Plan or otherwise.

5.  The Objection to the Motion is hereby deemed withdrawn with prejudice as stated on the record during the Hearing.

6.  This Court retains jurisdiction and power to hear and determine all matters arising from or related to the implementation of this Order.

###END OF ORDER###

4903-8310-4337.2 36027.003