UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: HIGHLAND CAPITAL MANAGEMENT, L.P., §
§
§   Case No.: 19-34054-sgj11
§
Reorganized §
§
Debtor(s) §

APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: Harayda, Christopher, J.
   *Last*   *First*   *MI*

2. Firm Name: Stinson, LLC

3. Address: 50 South Sixth Street, Suite 2600
   Minneapolis, MN 55402

4. Phone: 612-335-1928     FAX:
   Email: cj.harayda@stinson.com

5. Name used to sign *all* pleadings: Christopher J. Harayda

6. Retained by: NexPoint Advisors, L.P. and NexPoint Asset Management, L.P.

7. Admitted on 10/30/2009; 05/02/2023 and presently a member in good standing of the bar of the highest court of the state of Minneapolis; Iowa and issued the bar license number of 0390333; AT00015602.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | U.S Circuit COA, 8th Circuit; IA So. Dist.; MN Dist. Ct. | 2/2/17; 8/21/23; 2010 |
   | ND Dist. Ct.; TX So. Dist. Ct.; CO Bk. Ct.; IA N. Bk. Ct. | 7/30/23; 2/6/24; 8/25/22; 8/23/23 |
   | IA S. Bk. Ct.; MN Bk. Ct.; ND Bk. Ct.; TX So. Bk. Ct. | 8/23/23; 2010; 7/30/24; 7/30/24 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | N/A | |
    | | |
    | | |

13. Local counsel of record: Deborah R. Deitsch-Perez

14. Local counsel's address: 2200 Ross Ave., Suite 2900, Dallas, Texas 75201

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

Christopher J. Harayda                                          7/3/2025
Printed Name of Applicant                                       Date

*[signature]*
Signature of Applicant