# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: § <br> HIGHLAND CAPITAL § <br> MANAGEMENT, L.P., § <br> § <br> Reorganized Debtor. § <br> § <br> HUNTER MOUNTAIN INVESTMENT § <br> TRUST, § <br> § <br> Appellant, § <br> § <br> v. § <br> § <br> HIGHLAND CAPITAL § <br> MANAGEMENT, L.P.; THE § <br> HIGHLAND CLAIMANT § <br> TRUST; and JAMES P. SEERY, JR., § <br> § <br> Appellees. § | | Civil Action No. **3:24-CV-1786-L** |

## ORDER

Before the court is the parties' Consent Motion to Dismiss ("Motion to Dismiss with Prejudice ("Motion") (Doc. 39), filed July 1, 2025. All matters in dispute in this action have been resolved by settlement. The court determines that the Motion should be, and is hereby, **granted**. Accordingly, this action and all claims asserted, or could have been asserted, by Debtor Highland Capital Management, L.P. against Appellant Hunter Mountain Investment Trust, and Appellees Highland Capital Management, L.P., The Highland Claimant Trust, and James P. Seery, Jr. are **dismissed with prejudice**. The parties shall bear their own costs and attorney's fees.

Order – Page 1

**It is so ordered** this 2nd day of July, 2025.

_____
Sam A. Lindsay
United States District Judge