

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed July 3, 2025

_____
United States Bankruptcy Judge
_____

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISON

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | |

### ORDER DISMISSING PROCEEDING WITH PREJUDICE

The Court, having considered the *Consent Motion to Dismiss* (the "***Dismissal Motion***") filed by Hunter Mountain Investment Trust ("***HMIT***"), and noting that HMIT has withdrawn its underlying *Motion for Leave to File a Delaware Complaint* [Dkt. 4000] and

1

that the Dismissal Motion is unopposed, is of the opinion that the Dismissal Motion is well taken and should be **GRANTED** in its entirety:

**IT IS THEREFORE ORDERED** that the proceedings defined in the Dismissal Motion as: *"Hunter Mountain Investment Trust v. Highland Cap. Mgmt., L.P.,* **Case No. 3:24-cv-01786-L (N.D. Tex.)**" are dismissed with prejudice.

**IT IS FURTHER ORDERED** that that all costs of Court are taxed against the party incurring same, and all parties are responsible for their own attorneys' fees and expenses.

### END OF ORDER ###