**STINSON LLP**
Deborah Deitsch-Perez
Christopher J. Harayda
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: cj.harayda@stinson.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.[1], | § § § | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § § | |

**NOTICE OF HEARING ON MOTION TO CONFORM PLAN**

**PLEASE TAKE NOTICE** that the following matter is scheduled for hearing on **Thursday, August 28, 2025 at 2:30 p.m. (Central Time)** (the "Hearing") in the above-captioned bankruptcy case (the "Bankruptcy Case"):

- NexPoint Advisors, L.P. and NexPoint Asset Management, L.P. f/k/a Highland Capital Management Fund Advisors, L.P.'s (collectively, "NexPoint") *Motion to Conform Plan* [Dkt. No. 4302] (the "Motion").

The Hearing on the Motion will be by **HYBRID** hearing. Parties participating in the Hearing may appear before the Honorable Stacey G.C. Jernigan, United States Bankruptcy Judge (1) in person at the United States Bankruptcy Court for the Northern District of Texas (Dallas

---

[1] The last four digits of Highland's taxpayer identification number are 8357. The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

Division), Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom No. 1, Dallas, Texas 75242-1496; or (2) via WebEx videoconference through the following participation/attendance link: https://us-courts.webex.com/meet/jerniga.

A copy of the WebEx Hearing Instructions for the Hearing is attached as **Exhibit A**; alternatively, the Hearing Instructions for the hearing may be obtained from Judge Jernigan's hearing/calendar site at: https://www.txnb.uscourts.gov/judges-info/hearing-dates/chief-judge-jernigans-hearing-dates.

If you object to the relief requested, you must respond in writing. Any response or objection to the relief requested in the Motion shall be filed with the Clerk of Court on or before **Wednesday, July 30, 2025.**

NexPoint may filed a reply to any response. Any reply must be filed with the Clerk of Court on or before **Thursday, August 14, 2025.**

|  |  |
|---|---|
|  | Respectfully submitted, |
| July 9, 2025 | **STINSON LLP** |
|  | */s/ Deborah Deitsch-Perez* <br> Deborah Deitsch-Perez <br> Texas Bar No. 24036072 <br> Christopher J. Harayda (pro hac pending) <br> 2200 Ross Avenue, Suite 2900 <br> Dallas, Texas 75201 <br> Telephone: (214) 560-2201 <br> Facsimile: (214) 560-2203 <br> Email: deborah.deitschperez@stinson.com <br> Email: CJ.Harayda@Stinson.com |
|  | *Counsel for NexPoint Advisors, L.P. and NexPoint Asset Management, L.P. f/k/a Highland Capital Management Fund Advisors, L.P.* |

# **EXHIBIT A**