**STINSON LLP**
Deborah Deitsch-Perez
Christopher J. Harayda
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: cj.harayda@stinson.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.[1], | § § | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § § | |

## CERTIFICATE OF SERVICE

On July 3, 2025, NexPoint Advisors, L.P. and NexPoint Asset Management, L.P. f/k/a Highland Capital Management Fund Advisors, L.P.'s (collectively, "NexPoint") filed its Motion to Conform Plan [Dkt. No. 4302] (the "Motion"). On July 9, 2025, NexPoint filed the *Notice of Hearing on Motion to Conform* [Dkt. No. 4306] (the "Notice") giving notice that a hearing on the Motion is set for Thursday, August 28, 2025 at 2:30 p.m.

Upon filing the Motion and Notice, a true and correct copy of the Motion and the Notice were electronically mailed to all parties registered to receive electronic notices pursuant to the Electronic Filing Procedures in this District.

---

[1] The last four digits of Highland's taxpayer identification number are 8357. The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

CORE/3528166.0004/200556617.1

On July 9, 2025, true and correct copies of the Motion and Notice were served via First Class Mail upon the service list attached as **Exhibit A**.

| | |
|---|---|
| Dated: July 9, 2025 | Respectfully submitted, |
| | **STINSON LLP** |
| | */s/ Deborah Deitsch-Perez*<br>Deborah Deitsch-Perez<br>Texas Bar No. 24036072<br>Christopher J. Harayda (pro hac pending)<br>2200 Ross Avenue, Suite 2900<br>Dallas, Texas 75201<br>Telephone: (214) 560-2201<br>Facsimile: (214) 560-2203<br>Email: deborah.deitschperez@stinson.com<br>Email: CJ.Harayda@Stinson.com |
| | *Counsel for NexPoint Advisors, L.P. and NexPoint Asset Management, L.P. f/k/a Highland Capital Management Fund Advisors, L.P.* |

¶

# **EXHIBIT A**

CORE/3528166.0004/200556617.1