## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE:<br>**HIGHLAND CAPITAL**<br>**MANAGEMENT, L.P.,**<br><br>Reorganized Debtor.<br><br>**HUNTER MOUNTAIN INVESTMENT**<br>**TRUST,**<br><br>Appellant,<br><br>v.<br><br>**HIGHLAND CAPITAL**<br>**MANAGEMENT, L.P.; THE**<br>**HIGHLAND CLAIMANT**<br>**TRUST; and JAMES P. SEERY, JR.,**<br><br>Appellees. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. **3:24-CV-1786-L** |

## <u>AMENDED ORDER</u>

Before the court is the parties' Consent Motion to Correct Order ("Motion") (Doc. 41), filed July 7, 2025. All matters in dispute in this action have been resolved by settlement. The court determines that the Motion should be, and hereby is, **granted**. Accordingly, the court **vacates** its Order (Doc. 40) issued on July 2, 2025, and **issues** this Amended Order in its place. This action and all claims asserted, or that could have been asserted, by Appellant Hunter Mountain Investment Trust against Appellees Highland Capital Management, L.P., The Highland Claimant Trust, and James P. Seery, Jr. are **dismissed with prejudice**. The parties shall bear their own costs and attorney's fees.

**Amended Order – Page 1**

**It is so ordered** this 8th day of July, 2025.

Sam A. Lindsay
United States District Judge