# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | § |
| | §  Chapter 11 |
| THE DUGABOY INVESTMENT TRUST. | § |
| | §  Case No. 19-34054-SGJ-11 |
| | § |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

TO THE HONORABLE COURT:

COMES NOW the undersigned, Johnny Sutton, a duly licensed and admitted member of the Bar of this Court and hereby notices his appearance on behalf of The Dugaboy Investment Trust in the above styled and numbered cause.

RESPECTFULLY SUBMITTED this the 15th day of July 2025,

/s/ Johnny Sutton
Johnny Sutton
Texas Bar No. 19534250
Ashcroft Law Firm
919 Congress Ave., Ste. 1325
Austin, TX 78701
Phone: (512) 370-1800
Email: jsutton@ashcroftlawfirm.com

2 | P a g e

## CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 5(b)(2)(E) and LR5.3, I hereby certify that on July 15, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Johnny Sutton*
Johnny Sutton