Jeff P. Prostok
State Bar No. 16352500
J. Robert Forshey
State Bar No. 07264200
Suzanne K. Rosen
State Bar No. 00798518
**VARTABEDIAN, HESTER & HAYNES LLP**
301 Commerce Street, Suite 3635
Fort Worth, Texas 76102
Tel: 817-214-4990
jeff.prostok@vhh.law
bobby.forshey@vhh.law
suki.rosen@vhh.law

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § § § | Case No. 19-34054-SGJ |
| | § | |
| Debtor. | § § | |

## CERTIFICATE OF NO OBJECTION

Vartabedian Hester & Haynes LLP ("VHH"), counsel for Acis Capital Management, L.P., and Acis Capital Management GP, LLC (collectively, "Acis"), files this Certificate of No Objection to its *Motion to Withdraw as Counsel for Acis Capital Management, L.P. and Acis Capital Management GP, LLC* (the "Motion") [ECF 4278].

1. On June 24, 2025, VHH filed the Motion which included twenty-one (21) day negative notice language advising all parties in interest that any objection to the Motion was required to be filed by no later than July 15, 2025, which was at least twenty-one (21) days from the date of service of the Motion.

2. The deadline for objections to the Motion has passed. No objection to the Motion has been filed by any party. Therefore, the Motion is deemed unopposed and VHH respectfully

1

requests that the Court grant the Motion.

## PRAYER FOR RELIEF

**WHEREFORE**, VHH respectfully requests that the Court grant the Motion and enter an order granting such other and further relief as is just and proper.

Dated: July 16, 2025

        Respectfully submitted,

        */s/ Jeff P. Prostok*
        Jeff P. Prostok
        State Bar No. 16352500
        J. Robert Forshey
        State Bar No. 07264200
        Suzanne K. Rosen
        State Bar No. 00798518
        **VARTABEDIAN HESTER & HAYNES LLP**
        301 Commerce St., Suite 3635
        Fort Worth, TX  76102
        Tel: 817-214-4990
        jeff.prostok@vhh.law
        bobby.forshey@vhh.law
        suki.rosen@vhh.law

        *Counsel for Acis*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served via the Court's ECF system on all parties authorized to receive electronic notice in this case on this 16th day of July 2025.

        */s/ Jeff P. Prostok*
        Jeff P. Prostok