**STINSON LLP**
Deborah Deitsch-Perez
Christopher J. Harayda
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: cj.harayda@stinson.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | Case No. 19-34054-sgj11 |
| Debtor. | § § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF
ALL PLEADINGS AND DOCUMENTS**

STINSON LLP, as counsel for Counsel for NexPoint Advisors, L.P. and NexPoint Asset Management, L.P. f/k/a Highland Capital Management Fund Advisors, L.P. (collectively, "NexPoint") hereby files this Notice of Appearance and Request for Service of all Pleadings and Documents on behalf of NexPoint, a party in interest in the above-captioned proceeding and, pursuant to 11 U.S.C §1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), respectfully requests that all notices given or required to be given in these proceedings (or in other cases hereafter jointly administered or consolidated herewith) and all papers served or required to be served in

CORE/3528166.0004/230100624.1

these proceedings, be served also upon the undersigned at the office address, facsimile number and email addresses listed as follows:

>**STINSON LLP**
>Deborah Deitsch-Perez
>Christopher J. Harayda
>2200 Ross Avenue, Suite 2900
>Dallas, Texas 75201
>Telephone: (214) 560-2201
>Facsimile: (214) 560-2203
>Email: deborah.deitschperez@stinson.com
>Email: cj.harayda@stinson.com

Pursuant to 11 U.S.C. § 1109(b), the foregoing request includes all notices and papers to which the Bankruptcy Rules refer and additionally includes, without limitation, all notices of any application, complaint, demand, hearing, motion, order, pleading or other request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

>Respectfully submitted,
>
>**STINSON LLP**

Dated: July 23, 2025

>*/s/Christopher J. Harayda*
>Deborah Deitsch-Perez
>Texas Bar No. 24036072
>Christopher J. Harayda (pro hac vice)
>2200 Ross Avenue, Suite 2900
>Dallas, Texas 75201
>Telephone: (214) 560-2201
>Facsimile: (214) 560-2203
>deborah.deitschperez@stinson.com
>CJ.Harayda@Stinson.com
>
>*Counsel for NexPoint Advisors, L.P. and NexPoint Asset Management, L.P. f/k/a Highland Capital Management Fund Advisors, L.P.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2025, a true and correct copy of this document was served via the Court's CM/ECF electronic system to all parties consenting to service through same.

/s/ Christopher J. Harayda
Christopher J. Harayda