

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 23, 2025**

_____
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | Case No. 19-34054-SGJ |
| Debtor. | § § § | |

### ORDER GRANTING UNOPPOSED MOTION OF VARTABEDIAN, HESTER & HAYNES LLP TO WITHDRAW AS COUNSEL FOR ACIS CAPITAL MANAGEMENT, L.P. AND ACIS CAPITAL MANAGEMENT GP, LLC

Came for consideration the *Motion of Vartabedian, Hester & Haynes LLP to Withdraw as Counsel for Acis Capital Management L.P. and Capital Management GP, LLC* (the "Motion") [ECF 4278], filed by Vartabedian, Hester & Haynes LLP ("VHH") in the above-captioned bankruptcy proceeding (the "Bankruptcy Case"). The Court, having jurisdiction to consider the Motion and the relief requested therein, finds that proper notice of the Motion has been provided,

and good cause exists to permit VHH to withdraw as counsel for Acis Capital Management, L.P. and Acis Capital Management GP, LLC (collectively, "Acis").

Therefore, it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that VHH is permitted to withdraw as counsel for Acis in the Bankruptcy Case; and it is further

**ORDERED** that the Clerk of this Court and all parties are directed to remove VHH as attorneys for Acis on the docket and any applicable service list, including the Court's CM/ECF electronic notification list, maintained in the Bankruptcy Case.

### ### END OF ORDER ###

ORDER SUBMITTED BY:

*/s/ Jeff P. Prostok*
Jeff P. Prostok
State Bar No. 16352500
J. Robert Forshey
State Bar No. 07264200
Suzanne K. Rosen
State Bar No. 00798518
**VARTABEDIAN HESTER & HAYNES LLP**
301 Commerce St., Suite 3635
Fort Worth, TX  76102
Tel: 817-214-4990
jeff.prostok@vhh.law
bobby.forshey@vhh.law
suki.rosen@vhh.law

COUNSEL FOR ACIS