UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Highland Capital Management, L.P. §
§ Case No.: 19–34054–sgj11
Debtor(s) § Chapter No.: 11
§
Patrick Daugherty §
Appellant(s) §
§
vs. §
Highland Capital Management, L.P., et al. §
Appellee(s) §
§
§
§

# NOTICE OF TRANSMITTAL

I am transmitting:

- ☐ The Motion for leave to Appeal 28 U.S.C. § (USDC Civil Action No. DNC Case).

- ☐ The Motion for Stay Pending Appeal (USDC Action No. – DNC Case).

- ☐ The Proposed Findings of Fact and Conclusions of Law.

- ☐ The Motion to Extend Time To File Designation (USDC Civil Action No DNC Case).

- ☐ On , the Record on Appeal was transmitted. The designation of record or item(s) designated by were not filed when the record was transmitted. The item(s) were filed on awaiting instructions from the assigned district judge.

- ☐ Other

- ☑ Copies of: Notice of appeal, Appealed Order [[4297] and Supporting Documents

**TO ALL ATTORNEYS**: File all subsequent papers captioned and numbered with the appropriate division of the United States District Clerk's Office. Any questions concerning this proceeding should be directed to the U.S. District Clerk's Office at (214) 753–2200.

DATED:  7/22/25                     FOR THE COURT:
                                    Stephen J Manz, Clerk of Court

                                    by: /s/Sheniqua Whitaker, Deputy Clerk

BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.: 19–34054–sgj11

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Stacey G Jernigan
    Courtney Lauer
    Emily Chang
    Attorney(s) for Appellant
    US Trustee

**Appellant** Patrick Daugherty

Jason S. Brookner
Andrew K. York
Joshua D. Smeltzer
Drake M. Rayshell
GRAY REED
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954–4135

**Appellee** Highland Capital Management, L.P. and Highland Claimant Trust

Jeffrey N. Pomerantz (admitted pro hac vice)
John A. Morris (admitted pro hac vice)
Gregory V. Dmo (admitted pro hac vice)
Hayley R. Winograd (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: (310) 277–6910

Melissa S. Hayward
Zachery Z. Annable
HAYWARD PLLC
10501 N. Central Expwy., Suite 106
Dallas, Texas 75231
Telephone: (972) 755–7100

**Appellee** Highland Litigation Sub–Trust

Deborah J. Newman (admitted pro hac vice)
Robert S. Loigman (admitted pro hac vice)
QUINN EMANUEL URQUHART
& SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849–7000

Paige Holden Montgomery
SIDLEY AUSTIN LLP
2021 McKinney Avenue, suite 2000
Dallas, Texas 75201
Telephone: (214) 981–3300

**Appellee** Hunter Mountain Investment Trust, Beacon Mountain LLC, Rand Advisors, LLC, Rand PE Fund I, LP, Rand PE Fund Management, LLC, Atlas IDF, LP, and Atlas IDF GP, LLC

Louis M. Phillips
KELLY HART PITRE
One American Place
301 Main Street, Suite 1600
Baton Rouge, Louisiana 70801–1916
Telephone: (225) 381–9643

Amelia L. Hurt
KELLY HART PITRE
400 Poydras Street, Suite 1812
New Orleans, Louisiana 70130
Telephone: (504) 522–1812

BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.: __19–34054–sgj11__

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Stacey G Jernigan
    Courtney Lauer
    Emily Chang
    Attorney(s) for Appellant
    US Trustee

**Appellant**  Patrick Daugherty

Jason S. Brookner
Andrew K. York
Joshua D. Smeltzer
Drake M. Rayshell
GRAY REED
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954–4135

**Appellee**  Highland Capital Management, L.P. and Highland Claimant Trust

Jeffrey N. Pomerantz (admitted pro hac vice)
John A. Morris (admitted pro hac vice)
Gregory V. Dmo (admitted pro hac vice)
Hayley R. Winograd (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: (310) 277–6910

Melissa S. Hayward
Zachery Z. Annable
HAYWARD PLLC
10501 N. Central Expwy., Suite 106
Dallas, Texas 75231
Telephone: (972) 755–7100

**Appellee**  Highland Litigation Sub–Trust

Deborah J. Newman (admitted pro hac vice)
Robert S. Loigman (admitted pro hac vice)
QUINN EMANUEL URQUHART
& SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849–7000

Paige Holden Montgomery
SIDLEY AUSTIN LLP
2021 McKinney Avenue, suite 2000
Dallas, Texas 75201
Telephone: (214) 981–3300

**Appellee** Hunter Mountain Investment Trust, Beacon Mountain LLC, Rand Advisors, LLC, Rand PE Fund I, LP, Rand PE Fund Management, LLC, Atlas IDF, LP, and Atlas IDF GP, LLC

Louis M. Phillips
KELLY HART PITRE
One American Place
301 Main Street, Suite 1600
Baton Rouge, Louisiana 70801–1916
Telephone: (225) 381–9643

Amelia L. Hurt
KELLY HART PITRE
400 Poydras Street, Suite 1812
New Orleans, Louisiana 70130
Telephone: (504) 522–1812

BTXN 150 (rev. 11/10)

| | |
|---|---|
| In Re:<br>Highland Capital Management, L.P.<br><br>Debtor(s) | §<br>§ Case No.: 19–34054–sgj11<br>§ Chapter No.: 11<br>§ |

# CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) APPELLANT**
Patrick Daugherty

**APPELLEE**
Highland Capital Management, L.P., Highland Claimant Trust, Highland Litigation Sub–Trust, Hunter Mountain Investment Trust, Beacon Mountain LLC, Rand Advisors, LLC, Rand PE Fund I, LP, Rand PE Fund Management, LLC, Atlas IDF, LP, and Atlas IDF GP, LLC

(b) County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Jason S. Brookner
Andrew K. York
Joshua D. Smeltzer
Drake M. Rayshell
GRAY REED
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954–4135

Attorney's (If Known)
Appellee: Highland Capital Management, L.P.
and Highland Claimant Trust

Jeffrey N. Pomerantz (admitted pro hac vice)
John A. Morris (admitted pro hac vice)
Gregory V. Dmo (admitted pro hac vice)
Hayley R. Winograd (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: (310) 277–6910

Melissa S. Hayward
Zachery Z. Annable
HAYWARD PLLC
10501 N. Central Expwy., Suite 106
Dallas, Texas 75231
Telephone: (972) 755–7100

Appellee: Highland Litigation Sub–Trust

Deborah J. Newman (admitted pro hac vice)
Robert S. Loigman (admitted pro hac vice)
QUINN EMANUEL URQUHART
& SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849–7000

Paige Holden Montgomery
SIDLEY AUSTIN LLP
2021 McKinney Avenue, suite 2000
Dallas, Texas 75201
Telephone: (214) 981–3300

Appellee: Hunter Mountain Investment Trust, Beacon Mountain LLC, Rand Advisors, LLC, Rand PE Fund I, LP, Rand PE Fund Management, LLC, Atlas IDF, LP, and Atlas IDF GP, LLC

Louis M. Phillips (#10505)
KELLY HART PITRE
One American Place
301 Main Street, Suite 1600
Baton Rouge, Louisiana 70801–1916
Telephone: (225) 381–9643

Amelia L. Hurt (LA #36817, TX #24092553
KELLY HART PITRE
400 Poydras Street, Suite 1812
New Orleans, Louisiana 70130
Telephone: (504) 522–1812

**II. BASIS OF JURISDICTION**

| ○ 1 | U.S. Government Plaintiff | ○ 2 | U.S. Government Defendant |  3 | Federal Question (U.S. Government Not a Party) | ○ 4 | Diversity (Indicate Citizenship of Parties in Item III) |

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

|  |  |  | | |  |  |
|---|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated *or* Principal Place of Business In This State | | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated *and* Principal Place of Business In Another State | | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | | ○ 6 | ○ 6 |

**IV. NATURE OF SUIT**

⦿ 422 Appeal 28 USC 158    ○ 423 Withdrawal 28 USC 157    ○ 890 Other Statutory Actions

**V. ORIGIN**

☒ 1 Original Proceeding    ○ 2 Removed from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened

○ 5 Transferred from another district    ○ 6 Multidistrict Litigation    ○ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
422 Appeal 28 USC 158

Brief description of cause:
Notice of Appeal of a Bankruptcy Court Order

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes   ☐ No

**VIII. RELATED CASE(S) IF ANY**
Judge:                                                          Docket Number: 21-0538, 21-0539, 21-0546, 21-0550, 21-1585, 22-0573, 23-2071, 24-1479, 25-01876

DATED: 7/22/25

FOR THE COURT:
Stephen J Manz, Clerk of Court
by: /s/Sheniqua Whitaker, Deputy Clerk