UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Highland Capital Management, L.P. §
 §
                      Debtor(s) § Case No.: 19−34054−sgj11
 § Chapter No.: 11
The Dugaboy Investment Trust §
                      Appellant(s) §
   vs. §
Highland Capital Management, L.P., et al §
                      Appellee(s) §
 §
 §
 §
 §

## NOTICE OF TRANSMITTAL

I am transmitting:

    ☐ The Motion for leave to Appeal 28 U.S.C. § (USDC Civil Action No. DNC Case).

    ☐ The Motion for Stay Pending Appeal (USDC Action No. − DNC Case).

    ☐ The Proposed Findings of Fact and Conclusions of Law.

    ☐ The Motion to Extend Time To File Designation (USDC Civil Action No DNC Case).

    ☐ On , the Record on Appeal was transmitted. The designation of record or item(s) designated by were not filed when the record was transmitted. The item(s) were filed on awaiting instructions from the assigned district judge.

    ☑ Other Filing fee has been paid at the Bankruptcy Court

    ☑ Copies of: Notice of Appeal and related documents

**TO ALL ATTORNEYS**: File all subsequent papers captioned and numbered with the appropriate division of the United States District Clerk's Office. Any questions concerning this proceeding should be directed to the U.S. District Clerk's Office at (214) 753−2200.

DATED: 8/5/25                       FOR THE COURT:
                                         Stephen J Manz, Clerk of Court

                                         by: /s/Jeanette Almaraz, Deputy Clerk

In Re:  
Highland Capital Management, L.P.

§  
§ Case No.: 19–34054–sgj11  
§ Chapter No.: 11  
Debtor(s) §

# CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I.** (a) **APPELLANT**  
The Dugaboy Investment Trust

**APPELLEE**  
Highland Capital Management, L.P., et al.

(b) County of Residence of First Listed Party:  
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Party:  
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)  
Geoffrey Scott Harper  
Winston & Strawn LLP  
2121 N. Pearl Street, Ste. 900  
Dallas, TX 75201  
214–453–6500  
214–453–6400 (fax)  
gharper@winston.com

Michael Justin Lang  
Crawford Wishnew & Lang PLLC  
1700 Pacific Avenue  
Suite 2390  
Dallas, TX 75201  
(214) 817 – 4500  
mlang@cwl.law

Alexandra Ohlinger  
Crawford, Wishnew & Lang PLLC  
1700 Pacific Ave.  
Suite 2390  
Dallas, TX 75218  
214–817–4500  
aohlinger@cwl.law

Attorney's (If Known)  
Jeffrey N. Pomerantz  
Pachulski Stang Ziehl & Jones LLP  
10100 Santa Monica Blvd., 13th Floor  
Los Angeles, CA 90067  
310–277–6910  
310–201–0760 (fax)  
jpomerantz@pszjlaw.com

John A Morris  
Pachulski Stang Ziehl & Jones LLP  
1700 Broadway  
Ste 36th Floor  
New York, NY 10019  
212–561–7760  
212–561–7777 (fax)  
jmorris@pszjlaw.com

Gregory V. Demo  
Pachulski Stang Ziehl & Jones LLP  
1700 Broadway  
Ste 36th Floor  
New York, NY 10019  
212–561–7700  
212–561–7777 (fax)  
gdemo@pszjlaw.com

Hayley R Winograd  
Pachulski Stang Ziehl & Jones LLP  
1700 Broadway  
Ste 36th Floor  
New York, NY 10019  
212–561–7732  
hayleywinograd@gmail.com

Melissa S. Hayward  
Hayward PLLC  
10501 N. Central Expry, Ste. 106  
Dallas, TX 75231  
972–755–7104  
972–755–7104 (fax)  
MHayward@HaywardFirm.com

Zachery Z. Annable  
Hayward PLLC  
10501 N. Central Expressway  
Suite 106  
Dallas, TX 75231  
(972) 755–7108  
(972) 755–7108 (fax)  
zannable@haywardfirm.com

**II. BASIS OF JURISDICTION**

○ 1 U.S. Government Plaintiff  
○ 2 U.S. Government Defendant  
⦿ 3 Federal Question (U.S. Government Not a Party)  
○ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated *or* Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated *and* Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. NATURE OF SUIT**

- ⦿ 422 Appeal 28 USC 158
- ○ 423 Withdrawal 28 USC 157
- ○ 890 Other Statutory Actions

**V. ORIGIN**

- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district
- ○ 6 Multidistrict Litigation
- ○ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity):**
422 Appeal 28 USC 158

Brief description of cause:
Notice of Appeal on Memorandum of Opinion and Order Regarding Stay Requests (Addressing DE #4326 and 4308) entered on 7/21/25

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes    ☐ No

**VIII. RELATED CASE(S) IF ANY**
Judge:                                    Docket Number:

DATED: 8/5/25

FOR THE COURT:
Stephen J Manz, Clerk of Court
by: /s/Jeanette Almaraz, Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.: 19–34054–sgj11

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Stacey G Jernigan
    Courtney Lauer
    Michael Edmond
    Attorney(s) for Appellant
    Geoffrey Scott Harper

**Appellant**   The Dugaboy Investment Trust

Geoffrey Scott Harper
Winston & Strawn LLP
2121 N. Pearl Street, Ste. 900
Dallas, TX 75201
214–453–6500
214–453–6400 (fax)
gharper@winston.com

Michael Justin Lang
Crawford Wishnew & Lang PLLC
1700 Pacific Avenue
Suite 2390
Dallas, TX 75201
(214) 817 – 4500
mlang@cwl.law

Alexandra Ohlinger
Crawford, Wishnew & Lang PLLC
1700 Pacific Ave.
Suite 2390
Dallas, TX 75218
214–817–4500
aohlinger@cwl.law

**Appellee**   Highland Capital Management, L.P.

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
310–277–6910
310–201–0760 (fax)

jpomerantz@pszjlaw.com
John A Morris
Pachulski Stang Ziehl & Jones LLP
1700 Broadway
Ste 36th Floor
New York, NY 10019
212–561–7760
212–561–7777 (fax)
jmorris@pszjlaw.com

Gregory V. Demo
Pachulski Stang Ziehl & Jones LLP
1700 Broadway
Ste 36th Floor
New York, NY 10019
212–561–7700
212–561–7777 (fax)
gdemo@pszjlaw.com

Hayley R Winograd
Pachulski Stang Ziehl & Jones LLP
1700 Broadway
Ste 36th Floor
New York, NY 10019
212–561–7732
hayleywinograd@gmail.com

Melissa S. Hayward
Hayward PLLC
10501 N. Central Expry, Ste. 106
Dallas, TX 75231
972–755–7104
972–755–7104 (fax)
MHayward@HaywardFirm.com

Zachery Z. Annable
Hayward PLLC
10501 N. Central Expressway
Suite 106
Dallas, TX 75231
(972) 755–7108
(972) 755–7108 (fax)
zannable@haywardfirm.com


**Appellee**   Highland Claimant Trust

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
310–277–6910
310–201–0760 (fax)
jpomerantz@pszjlaw.com
John A Morris
Pachulski Stang Ziehl & Jones LLP
1700 Broadway
Ste 36th Floor
New York, NY 10019
212–561–7760
212–561–7777 (fax)
jmorris@pszjlaw.com

Gregory V. Demo

Pachulski Stang Ziehl & Jones LLP
1700 Broadway
Ste 36th Floor
New York, NY 10019
212–561–7700
212–561–7777 (fax)
gdemo@pszjlaw.com

Hayley R Winograd
Pachulski Stang Ziehl & Jones LLP
1700 Broadway
Ste 36th Floor
New York, NY 10019
212–561–7732
hayleywinograd@gmail.com

Melissa S. Hayward
Hayward PLLC
10501 N. Central Expry, Ste. 106
Dallas, TX 75231
972–755–7104
972–755–7104 (fax)
MHayward@HaywardFirm.com

Zachery Z. Annable
Hayward PLLC
10501 N. Central Expressway
Suite 106
Dallas, TX 75231
(972) 755–7108
(972) 755–7108 (fax)
zannable@haywardfirm.com

**Appellee**   Highland Litigation Sub–Trust

Deborah J. Newman
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Ave., Floor 22
New York, NY 10010
212–849–7000
212–849–7100 (fax)
deborahnewman@quinnemanuel.com

Robert Scott Loigman
Quinn Emanuel Urquhart & Sullivan LLP
295 5th Avenue
New York, NY 10016
212–849–7000
robertloigman@quinnemanuel.com

Paige Holden Montgomery
Sidley Austin LLP
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
214–969–3500
214–981–3400 (fax)
pmontgomery@sidley.com


**Appellee**   Hunter Mountain Investment Trust

Louis M. Phillips
KELLY HART & PITRE
301 Main Street, Suite 1600
Baton Rouge, LA 70801
(225) 381–9643
(225) 336–9763 (fax)
louis.phillips@kellyhart.com

Amelia L. Hurt
KELLY HART & PITRE
400 Poydras, Suite 1812
New Orleans, LA 70130
(504) 522–1812
amelia.hurt@kellyhart.com