Jason M. Hopkins
Texas Bar No. 24059969
**DLA PIPER LLP (US)**
jason.hopkins@us.dlapiper.com
1900 N. Pearl St., Suite 2200
Dallas, Texas 75201
T: 214.743.4500

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JAMES D. DONDERO; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNDER MOUNTAIN INVESTMENT TRUST; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTG.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; AND SAS ASSET RECOVERY, LTD.<br><br>Defendants. | Adv. Pro. No. 21-03076-sgj |

**UNOPPOSED MOTION OF JASON M. HOPKINS AND CAMERON A. FINE
TO WITHDRAW AS COUNSEL FOR DEFENDANTS
JAMES D. DONDERO, DUGABOY INVESTMENT TRUST,
<u>GET GOOD TRUST AND STRAND ADVISORS, INC.</u>**

Jason M. Hopkins and Cameron A. Fine ("Movants"), pursuant to L.B.R 2091-1 and 7007-1 respectfully move this Court for an order of withdrawal as Counsel for Defendants James D. Dondero, Dugaboy Investment Trust, Get Good Trust, and Strand Advisors, Inc. ("Defendants"), in this matter, and in support states as follows:

1. Movants are no longer associated with counsel of record Amy L. Ruhland as she has joined another law firm.

2. Defendants will continue to be represented by counsel of record Amy L. Ruhland, Pillsbury Winthrop Shaw Pittman LLP, 401 Congress Avenue, Suite 1700, Austin, Texas 78701, (737) 227-3102, amy.ruhland@pillsburylaw.com.

3. Movants caused all parties via their counsel of record, to be informed of this motion and none indicated opposition to this motion.

4. The withdrawal of Jason M. Hopkins and Cameron A. Fine will not delay this matter or any current deadlines.

WHEREFORE, Movants respectfully request the Court to grant this Motion and enter an Order withdrawing the appearances of Jason M. Hopkins and Cameron A. Fine from this matter, directing the Clerk of Court to remove Mr. Hopkins and Mr. Fine from all service lists, and all other relief the Court deems just and proper.

*[signature page follows]*

|  |  |
|---|---|
| DATED: August 7, 2025 | Respectfully submitted, |

**DLA PIPER LLP (US)**

By: */s/ Jason M. Hopkins*
Jason M. Hopkins
Texas Bar No. 24059969
jason.hopkins@us.dlapiper.com
1900 N. Pearl St.
Suite 2200
Dallas, Texas 75201
T: 214.743.4500
F: 214.743.4545

Cameron A. Fine
(admitted *pro hac vice*)
cameron.fine@us.dlapiper.com
2525 East Camelback Road
Suite 1000
Phoenix, Arizona 85016-4232
T: 480.606.5132
F: 480.606.5101

*Former counsel for James D. Dondero, Dugaboy Investment Trust, Get Good Trust, and Strand Advisors, Inc.*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on or about August 6, 2025, I conferred with counsel for all parties regarding relief sought in this Motion. None of the parties' counsel indicated that they are opposed to the relief sought in this Motion.

*/s/ Cameron A. Fine*
Cameron A. Fine

**CERTIFICATE OF SERVICE**

I certify that on August 7, 2025, the foregoing has been served electronically via the Court's CM/ECF system on all counsel of record.

*/s/ Jason M. Hopkins*
Jason M. Hopkins
