| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP<br>Jeffrey N. Pomerantz (admitted *pro hac vice*)<br>John A. Morris (admitted *pro hac vice*)<br>Gregory V. Demo (admitted *pro hac vice*)<br>Jordan A. Kroop (admitted *pro hac vice*)<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 277-6910 | QUINN EMANUEL URQUHART & SULLIVAN LLP<br>Deborah J. Newman (admitted *pro hac vice*)<br>Robert S. Loigman (admitted *pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7000 |
| HAYWARD PLLC<br>Zachery Z. Annable (Texas Bar No. 24053075)<br>ZAnnable@HaywardFirm.com<br>10501 N. Central Expy, Ste. 106<br>Dallas, Texas 75231<br>Tel: (972) 755-7100 | SIDLEY AUSTIN LLP<br>Penny P. Reid (Texas Bar No. 15402570)<br>Paige Holden Montgomery (Texas Bar No. 24037131)<br>2021 McKinney Avenue<br>Suite 2000<br>Dallas, Texas 75201<br>Tel: (214) 981-3300 |
| *Counsel for Highland Capital Management, L.P. and the Highland Claimant Trust* | *Co-Counsel for Marc S. Kirschner, as Litigation Trustee of the Highland Litigation Sub-Trust* |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>                    Reorganized Debtor. | §   Chapter 11<br>§<br>§   Case No. 19-34054-sgj11<br>§ |

## APPELLEES' SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL

Appellees Highland Capital Management, L.P., the Highland Claimant Trust (together "Highland"), and Marc S. Kirschner as Litigation Trustee of the Highland Litigation Sub-Trust (together with Highland, "Appellees"), pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, hereby submit their supplemental designation of items to be included in the record in the appeal filed by The Dugaboy Investment Trust ("Appellant") from the *Order Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 363 Approving Settlement Between the*

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

APPELLEES' SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL             PAGE 1 OF 3

4932-8329-1485.2 36027.003

*Highland Entities and the HMIT Entities and Authorizing Actions Consistent Therewith* [Docket No. 4297] entered by the United States Bankruptcy Court for the Northern District of Texas on June 30, 2025 in the above-referenced bankruptcy proceeding (the "Bankruptcy Case"). Appellees respectfully reserve the right to supplement and/or amend the record on appeal designated herein.

I.  **Supplemental Items from the Docket in the Bankruptcy Case**

Appellees designate the following additional items from the docket in the Bankruptcy Case, in addition to the items previously designated by Appellant:

| Date | Docket No. | Description |
|---|---|---|
| **Documents filed in Bankruptcy Case** | | |
| 6/9/2025 | 4230 | Preliminary Objection of The Dugaboy Investment Trust to the Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 363 Approving Settlement with the HMIT Entities |

*[Remainder of Page Intentionally Left Blank]*

August 11, 2025

| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| Jeffrey N. Pomerantz (admitted *pro hac vice*) | |
| John A. Morris (admitted *pro hac vice*) | */s/ Robert S. Loigman* |
| Gregory V. Demo (admitted *pro hac vice*) | Deborah J. Newman (admitted *pro hac vice*) |
| Jordan A. Kroop (admitted *pro hac vice*) | Robert S. Loigman (admitted *pro hac vice*) |
| 10100 Santa Monica Boulevard, 13th Floor | 51 Madison Avenue, 22nd Floor |
| Los Angeles, CA 90067 | New York, NY 10010 |
| Tel: (310) 277-6910 | Tel: (212) 849-7000 |
| Fax: (310) 201-0760 | |
| Email:  jpomerantz@pszjlaw.com | |
|            jmorris@pszjlaw.com | SIDLEY AUSTIN LLP |
|            gdemo@pszjlaw.com | Penny P. Reid (Texas Bar No. 15402570) |
|            jkroop@pszjlaw.com | Paige Holden Montgomery (Texas Bar No. 24037131) |
| -and- | 2021 McKinney Avenue |
| | Suite 2000 |
| HAYWARD PLLC | Dallas, Texas 75201 |
| | Tel: (214) 981-3300 |
| */s/ Zachery Z. Annable* | |
| Zachery Z. Annable (Texas Bar No. 24053075) | *Co-Counsel for Marc S. Kirschner, as Litigation Trustee of the Highland Litigation Sub-Trust* |
| ZAnnable@HaywardFirm.com | |
| 10501 N. Central Expy, Ste. 106 | |
| Dallas, Texas 75231 | |
| Tel: (972) 755-7100 | |

*Counsel for Highland Capital Management, L.P. and the Highland Claimant Trust*