BTXN 027 (rev. 06/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Highland Capital Management, L.P. § Case No.: 19–34054–sgj11
§ Chapter No.: 11
Debtor(s) §

Dear Mr. Geeffrey:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

- ☐ Interim Report
- ☐ Trustee's Final Account
- ☐ Trustee's Final Report
- ☐ 341 Meeting Minute Sheet and Exempt Property Report
- ☐ Report of Trustee in No–Asset Case and Application for Closing
- ☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting
- ☑ Other: Please file an amended appellant designation to correct the following. Page 2 you have the order being appealed as 4296, 4296 is a transcript, please correct. 4255 should be submitted on a flash drive. Omit 4295 as there is no pdf. On page 9, omit 4297 as this is listed first. Page 10, omit 4311 as this is listed first. 4322 omit as this is an incorrect entry.

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 2 days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED:  8/12/25                FOR THE COURT:
                               Stephen J Manz, Clerk of Court

                               by: /s/J. Blanco, Deputy Clerk
                               juan_blanco@txnb.uscourts.gov