IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **In re Highland Capital Management L.P.**, <br><br> Reorganized Debtor. | Chapter 11 <br> Case No. 19-34054-sgj-11 |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in the Northern District of Texas, and I appear in this case as counsel for James Dondero, NexPoint Asset Management LP (f/k/a Highland Capital Management Fund Advisors LP), NexPoint Advisors LP, The Dugaboy Investment Trust, Nexpoint Real Estate Partners LLC, and the Get Good Trust.

    Respectfully submitted.

    /s/ Jonathan F. Mitchell
    JONATHAN F. MITCHELL
    Texas Bar No. 24075463
    Mitchell Law PLLC
    111 Congress Avenue, Suite 400
    Austin, Texas 78701
    (512) 686-3940 (phone)
    (512) 686-3941 (fax)
    jonathan@mitchell.law

    *Counsel for James Dondero, NexPoint Asset Management LP (f/k/a Highland Capital Management Fund Advisors LP), NexPoint Advisors LP, The Dugaboy Investment Trust, Nexpoint Real Estate Partners LLC, and the Get Good Trust*

Dated: August 27, 2025

## CERTIFICATE OF SERVICE

    I certify that on August 27, 2025, I served this document through CM/ECF upon all counsel of record in this case.

                                         /s/ Jonathan F. Mitchell
                                         JONATHAN F. MITCHELL
                                         *Counsel for James Dondero, NexPoint Asset Management LP (f/k/a Highland Capital Management Fund Advisors LP), NexPoint Advisors LP, The Dugaboy Investment Trust, Nexpoint Real Estate Partners LLC, and the Get Good Trust*