UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Highland Capital Management, L.P. | § | Case No.:  19−34054−sgj11 |
| | § | Chapter No.:  11 |
| Debtor(s) | § | Civil Case No.:        3:25−CV−01876−K |
| | § | |
| The Dugaboy Investment Trust | § | |
| Appellant(s) | § | |
| | § | |
| vs. | § | |
| Highland Capital Management, L.P. , et al | § | |
| Appellee(s) | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

Pursuant to Federal Rules of Bankruptcy Procedure 8010, the appeal filed on 7/14/2025 regarding [4297]Order approving settlement between the Highland Entities and the HMIT Entities and authorizing actions consistent therewith (related document # 4216) Entered on 6/30/2025 by The Dugaboy Investment Trust in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

This record on appeal contains all items listed on the attached index, and is in compliance with Rule 8010 of the Federal Rules of Bankruptcy Procedure.

All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

The above referenced record was delivered to the U.S. District Clerk's Office on September 9, 2025.


DATED:  9/9/25                          FOR THE COURT:
                                        Stephen J Manz, Clerk of Court

                                        by: /s/J. Blanco, Deputy Clerk