PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (admitted *pro hac vice*)
John A. Morris (admitted *pro hac vice*)
Gregory V. Demo (admitted *pro hac vice*)
Hayley R. Winograd (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100

*Counsel for Highland Claimant Trust*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | § |
| | §  Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § |
| | §  Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § |
| | § |

## HIGHLAND CLAIMANT TRUST'S *AMENDED*[2] WITNESS AND EXHIBIT LIST WITH RESPECT TO HEARING TO BE HELD ON SEPTEMBER 18, 2025

Highland Capital Trust (the "Claimant Trust") for the above-captioned chapter 11 case (the "Bankruptcy Case"), by and through its undersigned counsel, submits the following amended witness and exhibit list with respect to its *Motion for Order Fixing Allowed Amount of*

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

[2] **For ease of reference, amended items appear in bold font.**

*Class 11 Interests* [Docket No. 4362], which the Court has set for hearing at 2:30 p.m. (Central Time) on September 18, 2025 (the "Hearing") in the Bankruptcy Case.

    A.    **Witnesses:**

        1.    James P. Seery, Jr.;

        2.    Any witness identified by or called by any other party; and

        3.    Any witness necessary for rebuttal.

    B.    **Exhibits:**

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1. | *Fourth Amended and Restated Agreement of Limited Partnership of Highland Capital Management, L.P.* [HCMLPHMIT00002641-HCMLPHMIT00002676] [Docket No. 4255-114] | | |
| 2. | **Excerpts from the *Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified)* [Docket No. 1943, Exhibit A]** | | |
| 3. | **Excerpts from the *Claimant Trust Agreement* [Docket No. 1811, Exhibit R]** | | |
| 4. | *Highland Capital Management, L.P. Consolidated Financial Statements and Supplemental Information, December 31, 2018* [HCMLPHMIT00002548-HCMLPHMIT00002593] [Docket No. 4255-113] | | |
| 5. | Excerpts from *2018 Tax Return for Highland Capital Management, LP* (sig page, p. 1 of return, p. 1 of each partner's Schedule K-1 (Strand, Okada, MAP 1, MAP 2, Dugaboy, HMIT) [HCMLPHMIT00001332; HCMLPHMIT00001336; HCMLPHMIT00001414; HCMLPHMIT00001419; HCMLPHMIT00001424; HCMLPHMIT00001429; HCMLPHMIT00001434; HCMLPHMIT00001439] [Docket No. 4255-115][3] | | |

---

[3] Highland Capital Management, L.P.'s complete tax return for 2018 was previously produced to Dugaboy.

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 6. | Excerpts from *2019 Tax Return for Highland Capital Management, LP* (sig page, p. 1 of return, p. 1 of each partners' Schedule K-1 (Strand, Okada, MAP 1, MAP 2, Dugaboy, HMIT) [HCMLPHMIT00001726; HCMLPHMIT00001766; HCMLPHMIT00001865; HCMLPHMIT00001870;  HCMLPHMIT00001875; HCMLPHMIT00001880; HCMLPHMIT00001885; HCMLPHMIT00001890] [Docket No. 4255-116][4] | | |
| 7. | *Monthly Operating Report – FINAL November 2019* [Docket No. 4255-117] | | |
| 8. | *Stipulated and Agreed Order Resolving (A) HCLOM, Ltd.'s Scheduled Claims 3.65 and 3.66; and (B) Highland Capital Management, L.P.'s (1) Objection and (2) Motion for a Bad Faith Finding and an Award for Attorney's Fees Against HCLOM, Ltd. and James Dondero in Connection Therewith* [HCMLPHMIT00003860-HCMLPHMIT00003866] [Docket Nos. 4199, 4255-68] | | |
| 9. | *Intercreditor and Participation Agreement with HCLOM* dated January 10, 2025 [HCMLPHMIT00003868-HCMLPHMIT00003871] [Docket No. 4255-69] | | |
| 10. | Email string from July 5, 2025 through September 3, 2025 concerning "Distributions to HCLOM" | | |
| 11. | Any document entered or filed in Highland Capital Management, L.P.'s chapter 11 bankruptcy case, including any exhibits thereto | | |
| 12. | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| 13. | All exhibits identified by or offered by any other party at the Hearing | | |

---

[4] Highland Capital Management, L.P.'s complete tax return for 2019 was previously produced to Dugaboy.

Dated: September 15, 2025.

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
         jmorris@pszjlaw.com
         gdemo@pszjlaw.com
         hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Claimant Trust*