**EXHIBIT 5**

| Form **1065** | | **U.S. Return of Partnership Income** | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2018, or tax year beginning _____, 2018, ending _____, 20 ___. ▶ Go to www.irs.gov/Form1065 for instructions and the latest information. | | **2018** |

| A Principal business activity | Name of partnership | D Employer identification number |
|---|---|---|
| INVESTMENT MANAGEMENT | HIGHLAND CAPITAL MANAGEMENT, LP | 75-2716725 |
| B Principal product or service | Number, street, and room or suite no. If a P.O. box, see instructions. | E Date business started |
| INVESTMENT SERVICES | 300 CRESCENT COURT, SUITE 700 | 07/07/1997 |
| C Business code number | City or town, state or province, country, and ZIP or foreign postal code | F Total assets (see instructions) |
| 523900 | DALLAS, TX 75201 | $ 1,043,466,149. |

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return
H Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify) ▶ _____
I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year. ▶ 6
J Check if Schedules C and M-3 are attached . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☒

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 45,840,305. |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 45,840,305. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 45,840,305. |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) STMT. 1 | 4 | -17,273,319. |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| 7 | Other income (loss) (attach statement) SEE STATEMENT 1 | 7 | 1,286,935. |
| 8 | **Total income (loss).** Combine lines 3 through 7 | 8 | 29,853,921. |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | 33,449,969. |
| 10 | Guaranteed payments to partners | 10 | |
| 11 | Repairs and maintenance | 11 | 26,410. |
| 12 | Bad debts | 12 | 6,583,982. |
| 13 | Rent | 13 | 1,615,192. |
| 14 | Taxes and licenses SEE STATEMENT 1 | 14 | 1,918,825. |
| 15 | Interest (see instructions) SEE STATEMENT 1 | 15 | 1,674,962. |
| 16a | Depreciation (if required, attach Form 4562) | 16a | 539,809. |
| b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | |
| | | 16c | 539,809. |
| 17 | Depletion (**Do not deduct oil and gas depletion.**) | 17 | |
| 18 | Retirement plans, etc. | 18 | |
| 19 | Employee benefit programs | 19 | 1,890,053. |
| 20 | Other deductions (attach statement) SEE STATEMENT 1 | 20 | 23,266,179. |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | 70,965,381. |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | 22 | -41,111,460. |

### Tax and Payment

| | | | |
|---|---|---|---|
| 23 | Interest due under the look-back method - completed long-term contracts (attach Form 8697) | 23 | |
| 24 | Interest due under the look-back method - income forecast method (attach Form 8866) | 24 | |
| 25 | BBA AAR imputed underpayment (see instructions) | 25 | |
| 26 | Other taxes (see instructions) | 26 | |
| 27 | Total balance due. Add lines 23 through 27 | 27 | |
| 28 | Payment (see instructions) | 28 | |
| 29 | Amount owed. If line 28 is smaller than line 27, enter amount owed | 29 | |
| 30 | Overpayment. If line 28 is larger than line 27, enter overpayment | 30 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ [Signature] Signature of partner or limited liability company member   ▶ 9-15-19 Date

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | TODD CRAWFORD | [Signature] Todd Crawford | 09/12/2019 | | P00848788 |
| | Firm's name ▶ DELOITTE TAX LLP | | | Firm's EIN ▶ 86-1065772 | |
| | Firm's address ▶ 1111 BAGBY STREET, SUITE 4500 HOUSTON, TX 77002-2591 | | | Phone no. 713-982-2000 | |

For Paperwork Reduction Act Notice, see separate instructions.   Form **1065** (2018)
JSA 8P1010 2.000
1128CM 1216   V18-6.3F

HCMLPHMIT00001332

| | | |
|---|---|---|
| Form **1065** | **U.S. Return of Partnership Income** | OMB No. 1545-0123 |
| Department of the Treasury Internal Revenue Service | For calendar year 2018, or tax year beginning _____, 2018, ending _____, 20 ___. ▶ Go to www.irs.gov/Form1065 for instructions and the latest information. | **2018** |

| **A** Principal business activity | Name of partnership | **D** Employer identification number |
|---|---|---|
| INVESTMENT MANAGEMENT | HIGHLAND CAPITAL MANAGEMENT, LP | 75-2716725 |
| **B** Principal product or service | Number, street, and room or suite no. If a P.O. box, see instructions. | **E** Date business started |
| INVESTMENT SERVICES | 300 CRESCENT COURT, SUITE 700 | 07/07/1997 |
| **C** Business code number | City or town, state or province, country, and ZIP or foreign postal code | **F** Total assets (see instructions) |
| 523900 | DALLAS, TX 75201 | $ 1,043,466,149. |

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return
**H** Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify) ▶
**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year. ▶ 6
**J** Check if Schedules C and M-3 are attached ................................................. ▶ ☒

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

### Income
| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 45,840,305. |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 45,840,305. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 45,840,305. |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) STMT. 1 | 4 | -17,273,319. |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| 7 | Other income (loss) (attach statement) SEE STATEMENT 1 | 7 | 1,286,935. |
| 8 | **Total income (loss).** Combine lines 3 through 7 | 8 | 29,853,921. |

### Deductions (see instructions for limitations)
| | | | |
|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | 33,449,969. |
| 10 | Guaranteed payments to partners | 10 | |
| 11 | Repairs and maintenance | 11 | 26,410. |
| 12 | Bad debts | 12 | 6,583,982. |
| 13 | Rent | 13 | 1,615,192. |
| 14 | Taxes and licenses SEE STATEMENT 1 | 14 | 1,918,825. |
| 15 | Interest (see instructions) SEE STATEMENT 1 | 15 | 1,674,962. |
| 16a | Depreciation (if required, attach Form 4562) 16a 539,809. | | |
| b | Less depreciation reported on Form 1125-A and elsewhere on return 16b | 16c | 539,809. |
| 17 | Depletion (**Do not deduct oil and gas depletion.**) | 17 | |
| 18 | Retirement plans, etc. | 18 | |
| 19 | Employee benefit programs | 19 | 1,890,053. |
| 20 | Other deductions (attach statement) SEE STATEMENT 1 | 20 | 23,266,179. |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | 70,965,381. |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | 22 | -41,111,460. |

### Tax and Payment
| | | | |
|---|---|---|---|
| 23 | Interest due under the look-back method - completed long-term contracts (attach Form 8697) | 23 | |
| 24 | Interest due under the look-back method - income forecast method (attach Form 8866) | 24 | |
| 25 | BBA AAR imputed underpayment (see instructions) | 25 | |
| 26 | Other taxes (see instructions) | 26 | |
| 27 | **Total balance due.** Add lines 23 through 27 | 27 | |
| 28 | Payment (see instructions) | 28 | |
| 29 | Amount owed. If line 28 is smaller than line 27, enter amount owed | 29 | |
| 30 | Overpayment. If line 28 is larger than line 27, enter overpayment | 30 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ Signature of partner or limited liability company member ▶ Date

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| TODD CRAWFORD | *Todd Crawford* | 09/12/2019 | | P00848788 |

Firm's name ▶ DELOITTE TAX LLP  Firm's EIN ▶ 86-1065772
Firm's address ▶ 1111 BAGBY STREET, SUITE 4500
HOUSTON, TX 77002-2591  Phone no. 713-982-2000

For Paperwork Reduction Act Notice, see separate instructions.  Form **1065** (2018)
JSA 8P1010 2.000
1128CM 1216  V18-6.3F

HCMLPHMIT00001336

| | | | |
|---|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | | OMB No. 1545-0123 |

## Schedule K-1
### (Form 1065)
Department of the Treasury
Internal Revenue Service

**2018**

For calendar year 2018, or tax year

beginning ___ / ___ / 2018   ending ___ / ___ / ___

### Partner's Share of Income, Deductions, Credits, etc.
► See back of form and separate instructions.

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) (103,105) | 15 | Credits | |
| 2 | Net rental real estate income (loss) 10,876 | 16 | Foreign transactions | |
| 3 | Other net rental income (loss) | A | VARIOUS | |
| 4 | Guaranteed payments | B | 213,008 | |
| 5 | Interest income 25,256 | C | 203,560 | |
| 6a | Ordinary dividends 10,556 | G | 9,448 | |
| 6b | Qualified dividends 1,549 | I | 25,111 | |
| 6c | Dividend equivalents | J | 238,918 | |
| 7 | Royalties 2,603 | * | SEE STMT | |
| 8 | Net short-term capital gain (loss) (80,700) | 17 A | Alternative minimum tax (AMT) items 7 | |
| 9a | Net long-term capital gain (loss) 68,910 | D | 5,475 | |
| 9b | Collectibles (28%) gain (loss) | * | SEE STMT | |
| 9c | Unrecaptured section 1250 gain | 18 | Tax-exempt income and nondeductible expenses | |
| 10 | Net section 1231 gain (loss) 12,132 | C | 9,036 | |
| 11 A | Other income (loss) 4,351 | | | |
| I | 5,119 | 19 A | Distributions 12,637 | |
| 12 | Section 179 deduction | | | |
| 13 A | Other deductions 89 | 20 A | Other information 42,819 | |
| H | 20,910 | B | (2,330) | |
| * | SEE STMT | T | 742 | |
| 14 | Self-employment earnings (loss) | * | SEE STMT | |

### Part I  Information About the Partnership

**A** Partnership's employer identification number
75-2716725

**B** Partnership's name, address, city, state, and ZIP code
HIGHLAND CAPITAL MANAGEMENT, LP
300 CRESCENT COURT, SUITE 700
DALLAS, TX 75201

**C** IRS Center where partnership filed return
OGDEN

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number
95-4440863

**F** Partner's name, address, city, state, and ZIP code
STRAND ADVISORS, INC
300 CRESCENT COURT, SUITE 700
DALLAS, TX 75201

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner?  S - CORPORATION
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 0.250795 % | 0.250795 % |
| Loss | NONE % | NONE % |
| Capital | 0.250795 % | 0.250795 % |

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 467,696 | $ 310,721 |
| Qualified nonrecourse financing | $ NONE | $ 102,634 |
| Recourse | $ 150,598,314 | $ 136,641,607 |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ 1,129,023 |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ (183,519) |
| Withdrawals & distributions | $ ( 12,637 ) |
| Ending capital account | $ 932,867 |

☐ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☒ Other (explain) BOOK

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

*See attached statement for additional information.

For IRS Use Only

**For Paperwork Reduction Act Notice, see Instructions for Form 1065.**   www.irs.gov/Form1065   Cat. No. 11394R   Schedule K-1 (Form 1065) 2018

P10180B265567 08/21/2019 14:26

Partner # 1

HCMLPHMIT00001414

651118

| Schedule K-1 | | ☐ Final K-1 ☐ Amended K-1 | OMB No. 1545-0123 |

## Schedule K-1 (Form 1065)
Department of the Treasury
Internal Revenue Service

**2018**

For calendar year 2018, or tax year

beginning / / 2018   ending / /

**Partner's Share of Income, Deductions, Credits, etc.**   ▶ See back of form and separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
75-2716725

**B** Partnership's name, address, city, state, and ZIP code
HIGHLAND CAPITAL MANAGEMENT, LP
300 CRESCENT COURT, SUITE 700
DALLAS, TX 75201

**C** IRS Center where partnership filed return
OGDEN

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number
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

**F** Partner's name, address, city, state, and ZIP code
MARK OKADA
3800 WENTWOOD DRIVE
DALLAS, TX 75225

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 0.048684 % | 0.048684 % |
| Loss | NONE % | NONE % |
| Capital | 0.048684 % | 0.048684 % |

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 90,788 | $ 60,316 |
| Qualified nonrecourse financing | $ NONE | $ 19,923 |
| Recourse | $ 12,000,000 | $ 12,000,000 |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ 219,163 |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ (35,622) |
| Withdrawals & distributions | $ ( 2,455 ) |
| Ending capital account | $ 181,086 |

☐ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☒ Other (explain)  BOOK

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) (20,015) | 15 | Credits | |
| 2 | Net rental real estate income (loss) 2,111 | | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions | |
| | | A | VARIOUS | |
| 4 | Guaranteed payments | B | 41,349 | |
| 5 | Interest income 4,903 | C | 39,515 | |
| 6a | Ordinary dividends 2,049 | G | 1,834 | |
| 6b | Qualified dividends 301 | I | 4,875 | |
| 6c | Dividend equivalents | J | 46,378 | |
| 7 | Royalties 505 | * | SEE STMT | |
| 8 | Net short-term capital gain (loss) (15,665) | 17 | Alternative minimum tax (AMT) items | |
| | | A | 1 | |
| 9a | Net long-term capital gain (loss) 13,377 | D | 1,063 | |
| 9b | Collectibles (28%) gain (loss) | * | SEE STMT | |
| 9c | Unrecaptured section 1250 gain | 18 | Tax-exempt income and nondeductible expenses | |
| | | C | 1,754 | |
| 10 | Net section 1231 gain (loss) 2,355 | | | |
| 11 | Other income (loss) | | | |
| A | 845 | | | |
| I | 994 | 19 | Distributions | |
| | | A | 2,455 | |
| 12 | Section 179 deduction | | | |
| 13 | Other deductions | 20 | Other information | |
| A | 17 | A | 8,312 | |
| H | 4,059 | B | (452) | |
| * | SEE STMT | T | 144 | |
| 14 | Self-employment earnings (loss) | * | SEE STMT | |

*See attached statement for additional information.

For IRS Use Only

**For Paperwork Reduction Act Notice, see Instructions for Form 1065.**   www.irs.gov/Form1065   Cat. No. 11394R   Schedule K-1 (Form 1065) 2018

P10180B265567 08/21/2019 14:26

Partner # 2

HCMLPHMIT00001419

| | | | |
|---|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | | OMB No. 1545-0123 |

## Schedule K-1
### (Form 1065)
Department of the Treasury
Internal Revenue Service

**2018**

For calendar year 2018, or tax year

beginning __/__/2018  ending __/__/__

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
75-2716725

**B** Partnership's name, address, city, state, and ZIP code
HIGHLAND CAPITAL MANAGEMENT, LP
300 CRESCENT COURT, SUITE 700
DALLAS, TX 75201

**C** IRS Center where partnership filed return
OGDEN

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number
74-6494106

**F** Partner's name, address, city, state, and ZIP code
THE MARK AND PAMELA OKADA
FAMLY TRUST, EXEMPT TRUST #1
3800 WENTWOOD DRIVE
DALLAS, TX 75225

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner? TRUST
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 0.009777 % | 0.009777 % |
| Loss | NONE % | NONE % |
| Capital | 0.009777 % | 0.009777 % |

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 18,232 | $ 12,113 |
| Qualified nonrecourse financing | $ NONE | $ 4,001 |
| Recourse | $ NONE | $ NONE |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ 44,012 |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ (7,153) |
| Withdrawals & distributions | $ ( 494) |
| Ending capital account | $ 36,365 |

☐ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☒ Other (explain) BOOK

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) (4,019) | 15 | Credits | |
| 2 | Net rental real estate income (loss) 424 | | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions | |
| | | A | VARIOUS | |
| 4 | Guaranteed payments | | | |
| | | B | 8,304 | |
| 5 | Interest income 985 | C | 7,936 | |
| 6a | Ordinary dividends 412 | G | 368 | |
| 6b | Qualified dividends 60 | I | 979 | |
| 6c | Dividend equivalents | J | 9,314 | |
| 7 | Royalties 101 | * | SEE STMT | |
| 8 | Net short-term capital gain (loss) (3,146) | 17 | Alternative minimum tax (AMT) items | |
| | | A | | |
| 9a | Net long-term capital gain (loss) 2,686 | D | 213 | |
| 9b | Collectibles (28%) gain (loss) | * | SEE STMT | |
| 9c | Unrecaptured section 1250 gain | 18 | Tax-exempt income and nondeductible expenses | |
| | | C | 352 | |
| 10 | Net section 1231 gain (loss) 473 | | | |
| 11 | Other income (loss) | | | |
| A | 170 | | | |
| I | 200 | 19 | Distributions | |
| | | A | 494 | |
| 12 | Section 179 deduction | | | |
| 13 | Other deductions | 20 | Other information | |
| A | 3 | A | 1,670 | |
| H | 815 | B | (91) | |
| * | SEE STMT | T | 29 | |
| 14 | Self-employment earnings (loss) | | | |
| | | * | SEE STMT | |

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.    www.irs.gov/Form1065    Cat. No. 11394R    Schedule K-1 (Form 1065) 2018

P10180B265567 08/21/2019 14:26                                              Partner # 3

HCMLPHMIT00001424

| Schedule K-1<br>(Form 1065)<br>Department of the Treasury<br>Internal Revenue Service | 2018 | ☐ Final K-1  ☐ Amended K-1  OMB No. 1545-0123 |
|---|---|---|

For calendar year 2018, or tax year

beginning  / / 2018   ending  / /

**Partner's Share of Income, Deductions, Credits, etc.**  ► See back of form and separate instructions.

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | (1,723) | 15 | Credits |
| 2 | Net rental real estate income (loss) | 182 | 16 | Foreign transactions |
| 3 | Other net rental income (loss) | | A | VARIOUS |
| 4 | Guaranteed payments | | B | 3,559 |
| 5 | Interest income | 422 | C | 3,401 |
| 6a | Ordinary dividends | 176 | G | 158 |
| 6b | Qualified dividends | 26 | I | 420 |
| 6c | Dividend equivalents | | J | 3,992 |
| 7 | Royalties | 43 | * | SEE STMT |
| 8 | Net short-term capital gain (loss) | (1,348) | 17 Alternative minimum tax (AMT) items | |
| 9a | Net long-term capital gain (loss) | 1,151 | D | 91 |
| 9b | Collectibles (28%) gain (loss) | | * | SEE STMT |
| 9c | Unrecaptured section 1250 gain | | 18 Tax-exempt income and nondeductible expenses | |
| 10 | Net section 1231 gain (loss) | 203 | C | 151 |
| 11 | Other income (loss) | | | |
| A | | 73 | | |
| I | | 85 | 19 Distributions | |
| | | | A | 212 |
| 12 | Section 179 deduction | | | |
| 13 | Other deductions | | 20 Other information | |
| A | | 1 | A | 715 |
| H | | 349 | B | (39) |
| * | | SEE STMT | T | 12 |
| 14 | Self-employment earnings (loss) | | * | SEE STMT |

### Part I  Information About the Partnership

**A** Partnership's employer identification number
75-2716725

**B** Partnership's name, address, city, state, and ZIP code
HIGHLAND CAPITAL MANAGEMENT, LP
300 CRESCENT COURT, SUITE 700
DALLAS, TX 75201

**C** IRS Center where partnership filed return
OGDEN

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number
68-6203494

**F** Partner's name, address, city, state, and ZIP code
THE MARK AND PAMELA OKADA
FAMLY TRUST, EXEMPT TRUST #2
3800 WENTWOOD DRIVE
DALLAS, TX 75225

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner?  TRUST
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 0.004190 % | 0.004190 % |
| Loss | NONE % | NONE % |
| Capital | 0.004190 % | 0.004190 % |

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 7,814 | $ 5,191 |
| Qualified nonrecourse financing | $ NONE | $ 1,715 |
| Recourse | $ NONE | $ NONE |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ 18,862 |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ (3,065) |
| Withdrawals & distributions | $ ( 212 ) |
| Ending capital account | $ 15,585 |

☐ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☒ Other (explain) BOOK

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

*See attached statement for additional information.

For IRS Use Only

---

For Paperwork Reduction Act Notice, see Instructions for Form 1065.    www.irs.gov/Form1065    Cat. No. 11394R    Schedule K-1 (Form 1065) 2018

P10180B265567 08/21/2019 14:26    Partner # 4

HCMLPHMIT00001429

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

## Schedule K-1 (Form 1065)
### 2018
Department of the Treasury
Internal Revenue Service

For calendar year 2018, or tax year

beginning ___ / ___ / 2018   ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**   ► See back of form and separate instructions.

### Part I — Information About the Partnership

**A** Partnership's employer identification number
75-2716725

**B** Partnership's name, address, city, state, and ZIP code
HIGHLAND CAPITAL MANAGEMENT, LP
300 CRESCENT COURT, SUITE 700
DALLAS, TX 75201

**C** IRS Center where partnership filed return
OGDEN

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's identifying number
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

**F** Partner's name, address, city, state, and ZIP code
THE DUGABOY INVESTMENT TRUST
300 CRESCENT COURT, SUITE 700
DALLAS, TX 75201

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner? TRUST
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 0.186554 % | 0.186554 % |
| Loss | NONE % | NONE % |
| Capital | 0.186554 % | 0.186554 % |

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 347,896 | $ 231,130 |
| Qualified nonrecourse financing | $ NONE | $ 76,344 |
| Recourse | $ 35,000,000 | $ 35,000,000 |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ 839,824 |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ (136,505) |
| Withdrawals & distributions | $ ( 9,406 ) |
| Ending capital account | $ 693,914 |

☐ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☒ Other (explain) BOOK

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) (76,695) | 15 | Credits | |
| 2 | Net rental real estate income (loss) 8,090 | 16 | Foreign transactions | |
| 3 | Other net rental income (loss) | A | VARIOUS | |
| 4 | Guaranteed payments | B | 158,446 | |
| 5 | Interest income 18,786 | C | 151,418 | |
| 6a | Ordinary dividends 7,852 | G | 7,028 | |
| 6b | Qualified dividends 1,153 | I | 18,679 | |
| 6c | Dividend equivalents | J | 177,719 | |
| 7 | Royalties 1,936 | * | SEE STMT | |
| 8 | Net short-term capital gain (loss) (60,028) | 17 | Alternative minimum tax (AMT) items | |
| | | A | 5 | |
| 9a | Net long-term capital gain (loss) 51,259 | D | 4,073 | |
| 9b | Collectibles (28%) gain (loss) | * | SEE STMT | |
| 9c | Unrecaptured section 1250 gain | 18 | Tax-exempt income and nondeductible expenses | |
| 10 | Net section 1231 gain (loss) 9,024 | C | 6,722 | |
| 11 | Other income (loss) | | | |
| A | 3,236 | | | |
| I | 3,808 | 19 | Distributions | |
| | | A | 9,406 | |
| 12 | Section 179 deduction | | | |
| 13 | Other deductions | 20 | Other information | |
| A | 66 | A | 31,850 | |
| H | 15,554 | B | (1,733) | |
| * | SEE STMT | T | 552 | |
| 14 | Self-employment earnings (loss) | * | SEE STMT | |

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.   www.irs.gov/Form1065   Cat. No. 11394R   Schedule K-1 (Form 1065) 2018

P10180B265567 08/21/2019 14:26   Partner # 5

HCMLPHMIT00001434

| | | | |
|---|---|---|---|
| 651118 | | ☐ Final K-1 ☐ Amended K-1 | OMB No. 1545-0123 |

## Schedule K-1 (Form 1065)

Department of the Treasury
Internal Revenue Service

**2018**

For calendar year 2018, or tax year

beginning    /    / 2018    ending    /    /

**Partner's Share of Income, Deductions, Credits, etc.** ► See back of form and separate instructions.

### Part I   Information About the Partnership

**A** Partnership's employer identification number
75-2716725

**B** Partnership's name, address, city, state, and ZIP code
HIGHLAND CAPITAL MANAGEMENT, LP
300 CRESCENT COURT, SUITE 700
DALLAS, TX 75201

**C** IRS Center where partnership filed return
OGDEN

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's identifying number
47-5145562

**F** Partner's name, address, city, state, and ZIP code
HUNTER MOUNTAIN INVESTMENT TRUST
F/B/O BEACON MOUNTAIN, LLC
87 RAILROAD PLACE, SUITE 403
SARATOGA SPRINGS, NY 12866

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner?   TRUST
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 99.500000 % | 99.500000 % |
| Loss | NONE % | NONE % |
| Capital | 99.500000 % | 99.500000 % |

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 185,553,010 | $ 123,274,967 |
| Qualified nonrecourse financing | $ NONE | $ 40,718,835 |
| Recourse | $ NONE | $ NONE |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ 447,926,317 |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ (72,807,286) |
| Withdrawals & distributions | $ ( 5,015,296 ) |
| Ending capital account | $ 370,103,735 |

☐ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☒ Other (explain) BOOK

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If "Yes," attach statement (see instructions)

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) (40,905,903) | 15 | Credits | |
| 2 | Net rental real estate income (loss) 4,314,785 | | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions | |
| | | A | VARIOUS | |
| 4 | Guaranteed payments | B | | 84,508,257 |
| 5 | Interest income 10,019,919 | C | | 80,759,899 |
| 6a | Ordinary dividends 4,187,952 | G | | 3,748,358 |
| 6b | Qualified dividends 614,699 | I | | 9,962,559 |
| 6c | Dividend equivalents | J | | 94,787,981 |
| 7 | Royalties 1,032,631 | * | SEE STMT | |
| 8 | Net short-term capital gain (loss) (32,016,601) | 17 | Alternative minimum tax (AMT) items | |
| | | A | | 2,588 |
| 9a | Net long-term capital gain (loss) 27,339,116 | D | | 2,172,179 |
| 9b | Collectibles (28%) gain (loss) | | | |
| | | * | SEE STMT | |
| 9c | Unrecaptured section 1250 gain | 18 | Tax-exempt income and nondeductible expenses | |
| 10 | Net section 1231 gain (loss) 4,813,197 | C | | 3,585,104 |
| 11 | Other income (loss) | | | |
| A | 1,726,088 | | | |
| I | 2,030,832 | 19 | Distributions | |
| | | A | | 5,015,296 |
| 12 | Section 179 deduction | | | |
| | | 20 | Other information | |
| 13 | Other deductions | | | |
| A | 35,183 | A | | 16,987,726 |
| H | 8,295,974 | B | | (924,462) |
| * | SEE STMT | T | | 294,297 |
| 14 | Self-employment earnings (loss) | | | |
| | | * | SEE STMT | |

*See attached statement for additional information.

For IRS Use Only

**For Paperwork Reduction Act Notice, see Instructions for Form 1065.**    www.irs.gov/Form1065    Cat. No. 11394R    Schedule K-1 (Form 1065) 2018

P10180B265567   08/21/2019 14:26                                         Partner # 6

HCMLPHMIT00001439