**EXHIBIT 10**

| | |
|---|---|
| **From:** | Louis M. Phillips <Louis.Phillips@kellyhart.com> |
| **Sent:** | Wednesday, September 3, 2025 2:32 PM |
| **To:** | Dan.Elms@gtlaw.com; John A. Morris |
| **Cc:** | Jeff Pomerantz |
| **Subject:** | RE: Distributions to HCLOM |

Dan,

I have been advised that HMIT paid Dugaboy today on behalf of HCLOM (in accordance with wire instructions).  Amount was $164,120.82.  Let me know if you have any questions.

**Louis M. Phillips**
*Partner*



KELLY HART & PITRE
301 MAIN STREET SUITE 1600
BATON ROUGE, LOUISIANA 70801
TELEPHONE: 225-381-9643
FAX: 225-336-9763
DIRECT:  225-338-5308

louis.phillips@kellyhart.com
www.kellyhart.com

*Licensed to Practice in the State of Louisiana*

Confidentiality Notice: The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2510, et seq., and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination,

1

distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (225) 381-9643 and return the original message to us at louis.phillips@kellyhart.com.

IRS Circular 230 Disclosure: Any tax advice contained in this email including any attachments, was not intended to be used, and cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code or other law or for the purpose of marketing or recommending to any other party any transaction or other matter.

---

**From:** Louis M. Phillips
**Sent:** Tuesday, August 26, 2025 9:33 AM
**To:** 'Dan.Elms@gtlaw.com' <Dan.Elms@gtlaw.com>; jmorris@pszjlaw.com
**Cc:** jpomerantz@pszjlaw.com
**Subject:** RE: Distributions to HCLOM

Dan,

Pursuant to a Consent Order entered into with the Joint Official Liquidators of Charitable DAF Holdco, Ltd. on or about July 31, 2025 (attached), CLO Holdco, LLC (on behalf of Hunter Mountain Investment Trust), must provide the JOL's 7 days' written notice of any payment or transaction of any nature in excess of $50,000.  Such notice of the payment to Dugaboy (on behalf of HCLOM) will be provided today and payment will be made to Dugaboy (on behalf of HCLOM) no sooner than September 3 in accordance with the Consent Order.  Thanks

**Louis M. Phillips**
*Partner*



KELLY HART & PITRE
301 MAIN STREET SUITE 1600
BATON ROUGE, LOUISIANA 70801
TELEPHONE: 225-381-9643
FAX: 225-336-9763
DIRECT:  225-338-5308

*louis.phillips@kellyhart.com*
*www.kellyhart.com*

*Licensed to Practice in the State of Louisiana*

Confidentiality Notice: The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2510, et seq., and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (225) 381-9643 and return the original message to us at louis.phillips@kellyhart.com.

IRS Circular 230 Disclosure: Any tax advice contained in this email including any attachments, was not intended to be used, and cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code or other law or for the purpose of marketing or recommending to any other party any transaction or other matter.

**From:** Dan.Elms@gtlaw.com <Dan.Elms@gtlaw.com>
**Sent:** Tuesday, August 26, 2025 7:45 AM
**To:** jmorris@pszjlaw.com
**Cc:** jpomerantz@pszjlaw.com; Louis M. Phillips <Louis.Phillips@kellyhart.com>
**Subject:** RE: Distributions to HCLOM

**EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.**

GM, John:

Thank you for your patience on this.  Please remit to payment to HCLOM to the following account and let me know when this has been initiated.

Best, Dan

Bank Name: Nexbank, 2515 McKinney Ave, Dallas, TX 75201
Account Holder: The Dugaboy Investment Trust, 300 Crescent Ct, Ste 700, Dallas, TX 75201
Routing: 311973208
Account: 1612811
Re: HCLOM

**Daniel P. Elms**
**Shareholder**

Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200 | Dallas, TX 75201
T +1 214.665.3660   |   F +1 214.665.3601
elmsd@gtlaw.com   |   www.gtlaw.com

---

**From:** John A. Morris <jmorris@pszjlaw.com>
**Sent:** Thursday, July 17, 2025 5:38 PM
**To:** Elms, Daniel P. (Shld-DAL-LT) <Dan.Elms@gtlaw.com>
**Cc:** Jeff Pomerantz <jpomerantz@pszjlaw.com>; Louis M. Phillips <louis.phillips@kellyhart.com>
**Subject:** RE: Distributions to HCLOM

Dan,

We're following up again.

As you know, in accordance with the Stipulated and Agreed Order filed at Docket 4199, Highland has been seeking wire instructions from your client to facilitate a distribution on account of the Highland CLO Management, Ltd. ("HCLOM") interest in Class 10.  To date, we have received no instructions.

Additionally, and consistent with Article VI.L. of the Plan, in order to make the distribution, Highland requires HCLOM's current tax identification number as well as sufficient documentary evidence of HCLOM's tax reporting and withholding status, (typically an IRS form W-8 with applicable supplements).

Please provide the HCLOM wire instructions and required tax certifications.

Thank you for your prompt attention to this matter.

Regards,

John


**John A. Morris**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 212.561.7760
Tel: 212.561.7700 | Fax: 212.561.7777
jmorris@pszjlaw.com
vCard | Bio | LinkedIn

4



Los Angeles | New York | Wilmington, DE | Houston | San Francisco

**From:** Dan.Elms@gtlaw.com <Dan.Elms@gtlaw.com>
**Sent:** Monday, July 7, 2025 2:54 PM
**To:** John A. Morris <jmorris@pszjlaw.com>
**Cc:** Jeff Pomerantz <jpomerantz@pszjlaw.com>; louis.phillips@kellyhart.com
**Subject:** RE: Distributions to HCLOM

Hi, John:

HCLOM has promised to provide me wiring instructions by COB today, and I will forward to you and Louis as soon as I have them.

Louis and I have a deal in place w/r/t to the HCLOM distribution.  Please distribute the full amount as authorized by HCLOM's Class 10 POC, and then HMIT will get a credit in the amount of that distribution against the amount payable by HMIT.

Louis – Please speak up if I've misunderstood or (unintentionally) mischaracterized the above.

Thanks, Dan

**Daniel P. Elms**
Shareholder

Greenberg Traurig, LLP
2200 Ross Avenue | Suite 5200 | Dallas, TX 75201
T +1 214.665.3660  |  F +1 214.665.3601
Dan.Elms@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



**From:** John A. Morris <jmorris@pszjlaw.com>
**Sent:** Monday, July 7, 2025 1:46 PM
**To:** Elms, Daniel P. (Shld-DAL-LT) <Dan.Elms@gtlaw.com>

**Cc:** Jeff Pomerantz <jpomerantz@pszjlaw.com>; Louis M. Phillips <louis.phillips@kellyhart.com>
**Subject:** FW: Distributions to HCLOM

**\*EXTERNAL TO GT\***

Dan,

I'm following up on the emails below.

Can you please send us wire instructions for HCLOM so Highland can fulfill its obligations under the Stipulated and Agreed Order filed at Docket No. 4199?

Highland will otherwise leave it to you and Louis to discuss what additional amounts may be due HCLOM under the HMIT/HCLOM agreement, if any.

Please let me know if you have any questions.

Regards,

John

**John A. Morris**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 212.561.7760
Tel: 212.561.7700 | Fax: 212.561.7777
jmorris@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | New York | Wilmington, DE | Houston | San Francisco

**From:** John A. Morris
**Sent:** Saturday, July 5, 2025 10:08 AM
**To:** Dan.Elms@gtlaw.com
**Cc:** Jeff Pomerantz <jpomerantz@pszjlaw.com>
**Subject:** Re: Distributions to HCLOM

Dan, no worries at all.

We expect to make a distribution to HCLOM but understand there are two agreements in play (HCMLP/HCLOM and HMIT/HCLOM).

It's a $10 million payment.  Can you and Louis figure out how it gets divided and give us a joint instruction?

Please let us know.

Regards,

John


Sent from my iPhone


On Jul 5, 2025, at 8:54 AM, Dan.Elms@gtlaw.com wrote:


Hi, John:

I hope you are well, and apologies for the weekend intrusion.  Louis Phillips advises me that there was a recent distribution of Class 10 funds from the Highland Entities to HCLOM.  Can you confirm this to be the case and, if so, advise of the amount, the date, the account to which those funds were sent, and how that distribution was calculated.

This is not intended to disrupt your holiday weekend, so please let me know whenever you can.

Thanks, Dan

**Daniel P. Elms**
Shareholder

Greenberg Traurig, LLP
2200 Ross Avenue | Suite 5200 | Dallas, TX 75201
T +1 214.665.3660  |  F +1 214.665.3601
Dan.Elms@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.