Geoffrey S. Harper
Texas Bar No. 00795408
gharper@winston.com
John Michael Gaddis
Texas Bar No. 24069747
mgaddis@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
(214) 453-6400 (fax)

Michael J. Lang
Texas State Bar No. 24036944
mlang@cwl.law
Alexandra Ohlinger
Texas State Bar No. 24091423
aohlinger@cwl.law
CRAWFORD, WISHNEW & LANG PLLC
1700 Pacific Ave, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500

*Counsel for The Dugaboy Investment Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>　　　　　　　　　　Reorganized Debtor. | §<br>§　Chapter 11<br>§<br>§　Case No. 19-34054-sgj11<br>§<br>§ |

**THE DUGABOY INVESTMENT TRUST'S WITNESS AND EXHIBIT LIST**
**FOR HEARING TO BE HELD ON SEPTEMBER 18, 2025**

The Dugaboy Investment Trust ("Dugaboy") in the above-captioned chapter 11 case (the "Bankruptcy Case"), by and through its undersigned counsel, submits the following witness and exhibit list in support of its opposition to Highland Claimant Trust's ("Highland") *Motion for*

*Order Fixing Allowed Amount of Class 11 Interests* [Docket Nos. 4362, 4384], which the Court has set for hearing at 2:30 p.m. (Central Time) on September 18, 2025 (the "Hearing") in the Bankruptcy Case.

    A.    **Witnesses:**

        1.    Any witness identified by or called by any other party; and

        2.    Any witness necessary for rebuttal.

    B.    **Exhibits:**

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1. | Any document entered or filed in Highland Capital Management, L.P.'s chapter 11 bankruptcy case, including any exhibits thereto. | | |
| 2. | All exhibits necessary for impeachment and/or rebuttal purposes. | | |
| 3. | All exhibits identified by or offered by any other party at the Hearing. | | |

Dated: September 15, 2025.

Respectfully submitted,

**WINSTON & STRAWN LLP**

By: */s/ Geoffrey S. Harper*

Geoffrey S. Harper
Texas Bar No. 00795408
gharper@winston.com
John Michael Gaddis
Texas Bar No. 24069747
mgaddis@winston.com
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
(214) 453-6400 (fax)

-and-

Michael J. Lang
Texas State Bar No. 24036944
mlang@cwl.law
Alexandra Ohlinger
Texas State Bar No. 24091423
aohlinger@cwl.law
**Crawford, Wishnew & Lang PLLC**
1700 Pacific Ave, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500

*Counsel for The Dugaboy Investment Trust*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 15, 2025, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

*/s/ Geoffrey S. Harper*
Geoffrey S. Harper