

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 18, 2025**

**United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| In re: | Chapter 11 |
|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P.<br>Reorganized Debtor. | Case No. 19-34054-sgj11 |

**ORDER GRANTING DUGABOY MOTION TO EXTEND TIME TO RESPOND TO THE HIGHLAND CLAIMANT TRUST'S MOTION FOR ORDER FIXING THE ALLOWED AMOUNT OF  CLASS 11 INTERESTS (Dkt. No. 4362)**

The Court has considered Movant The Dugaboy Investment Trust's ("Dugaboy") Unopposed Motion to Extend Time to Respond to the Highland Claimant Trust's ("Highland") Motion for Order Fixing Allowed Amount of Class 11 Interests (the "Class 11 Motion") (Dkt. No. 4362),  and has determined that good cause exists to grant the requested extensions.

Accordingly, it is hereby **ORDERED THAT**:

1.      The Motion to Extend Time is **GRANTED**.

2.      Dugaboy's Response to the Class 11 Motion shall be due on September 8, 2025.

3.      Highland's Reply (if any) in support of the Class 11 Motion shall be due on September 15, 2025.

**# # # End of Order # # #**

Geoffrey S. Harper
Texas Bar No. 00795408
gharper@winston.com
Winston & Strawn LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
(214) 453-6400 (fax)

*Counsel for The Dugaboy Investment Trust*