BTXN 208 (rev. 07/09)

IN RE: Highland Capital Management, L.P.      Hearing type     Case # 19–34054–sgj11

**DEBTOR**

**TYPE OF HEARING**

| Highland Capital Management, L.P. | VS | Dugaboy Investment Trust |
|---|---|---|
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| John A. Morris | | Geoffrey S. Harper |
|---|---|---|
| **ATTORNEY** | | **ATTORNEY** |

### EXHIBITS

SEE AMENDED EXHIBIT & WITNESS LIST AT DOC. #4394

Court admitted Debtors Exhibits #1, #2, #3, #4, #5, #6, #7, #8, #9 & #10

| Michael Edmond | September 18, 2025 | Stacey G Jernigan |
|---|---|---|
| **REPORTED BY** | **HEARING DATE** | **JUDGE PRESIDING** |