# AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST: <br> [ ] AUDIO   [X] TRANSCRIPT | 2. DATE OF ORDER: <br> 09/19/2025 | |
|---|---|---|
| 3. NAME: <br> Jamie Vargo | 4. PHONE NUMBER: <br> 214-453-6490 | 5. EMAIL ADDRESS: <br> jvargo@winston.com |
| 6. MAILING ADDRESS: <br> Winston & Strawn, LLP 2121 N. Pearl St. #900 | 7. CITY: <br> Dallas | 8. STATE: TX   9. ZIP CODE: 75201 |
| 10. CASE NUMBER: <br> 19-34054-sgj | 11. CASE NAME: <br> In re: Highland Capital Management | 12. JUDICIAL OFFICIAL: <br> Judge Stacey Jernigan   13. DATE OF PROCEEDING: FROM: 09/18/25 |

**14. ORDER:**

| ORDINARY | 7 DAY EXPEDITED | DAILY | HOURLY |
|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] |

| 14 DAY EXPEDITED | 3 DAY EXPEDITED |
|---|---|
| [ ] | [X] |

**15. AUDIO/TRANSCRIPT REQUESTED** Specify portion(s) and date(s) of proceeding(s):

PORTION(S)

[X] Entire Hearing   9/18/2025
[ ] Court Ruling
[ ] Witness Testimony
[ ] Other: (Specify)

**CERTIFICATION**

By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber).

16. SIGNATURE:  /s/ Jamie Vargo
17. DATE: 09/19/2025