BTXN 113 (rev. 3/18)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re: § | |
| Highland Capital Management, L.P. § | |
| § | Case No.: 19−34054−sgj11 |
| Debtor(s) § | Chapter No.: 11 |
| The Dugaboy Investment Trust § | |
| Appellant(s) § | |
| vs. § | |
| Highland Capital Management, L.P. et al § | |
| Appellee(s) § | |
| § | |
| § | |
| § | |
| § | |

# NOTICE REGARDING THE RECORD FOR A BANKRUPTCY APPEAL

Federal Rule of Bankruptcy Procedure 8009 prescribes the deadlines for filing the designations of items to be included in the record, requires copies to be submitted to the bankruptcy clerk to prepare the record, and directs all parties to "take any other action necessary to enable the clerk to assemble and transmit the record." Fed.R.Bankr.P. 8009(g). The purpose of this notice is to provide guidance on the local application of this rule.

## DESIGNATION OF THE RECORD

- If you are the appellant, when designating items for inclusion in the record,

  - ♦ list the following items first, in this order: (1) the notice of appeal, (2) the judgment, order, or decree appealed from, (3) any opinion, findings of fact, and conclusions of law of the bankruptcy court, and (4) the docket sheet;

  - ♦ then list the *other* items to be included, leaving for the end of your list any sealed documents, any exhibits, and any transcripts.

- If you are the appellee, cross−appellant, or cross−appellee and are designating additional items,

  - ♦ list the following items first, in this order: (1) any notice of cross−appeal, (2) any judgment, order, or decree appealed from that the appellant has not designated, and (3) any opinion, findings of fact, and conclusions of law of the bankruptcy court that the appellant has not designated;

  - ♦ then list the *other* items to be included, leaving for the end of your list any sealed documents , any exhibits, and any transcripts.

- All parties designating items to be included in the record on appeal must

  - ♦ for each item, specify the document number shown on the docket sheet. If an item does not have a document number, specify the date the item was filed.

♦ If you have designated a transcript that has not been filed, order it immediately by contacting the presiding bankruptcy judge's courtroom deputy or following the instructions at http://www.txnb.uscourts.gov/transcript−and−tape−orders.

**ASSEMBLY OF THE RECORD**

Within 14 days of filing your designation of the record, pursuant to Rule 8009, submit to the bankruptcy clerk any item that is **not available in the ECF system**, using this procedure:

- Enclose sealed items and non−documentary items (e.g., removable media) in 8.5" x 11" envelopes.

- Copy all other items in PDF files to a removable storage device (e.g., USB drives, DVDs, etc.), organized in the sequence in which they were designated. Limit files to 5.0 MB in size and do not include color.

- Save copies of court exhibits in PDF files to a removable storage device, organized in the sequence in which they are designated. Limit files to 5.0 MB in size and do not include color. (Use a separate removable storage device for each hearing.)

- Label any submission with the case caption and bankruptcy court case and/or adversary proceeding number.

**TRANSMITTAL OF THE RECORD**

- The bankruptcy clerk will electronically transmit the record to the district clerk. The parties must provide a paper copy of the record, if required.

**REQUIREMENTS REGARDING PAPER RECORD**

- If the district judge requires a paper copy, the district clerk will notify you that you are required to provide a copy of the items in *your* designation **to the bankruptcy clerk**, for quality review.

- If you are notified to provide a paper copy, organize the record according to the volumes maintained in the **district court's ECF system**.

- Even if a paper copy is not required when an appeal is entered on the docket, the district judge or the district clerk may later notify you that a paper copy is required for the use of the district judge or the court of appeals.

DATED:  9/23/25                    FOR THE COURT:
                                   Stephen J Manz, Clerk of Court

                                   by: /s/Jeanette Almaraz, Deputy Clerk

United States Bankruptcy Court
Northern District of Texas

In re:                                                                  Case No. 19-34054-sgj

Highland Capital Management, L.P.                                       Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3                    User: admin                              Page 1 of 24

Date Rcvd: Sep 23, 2025                 Form ID: BTXN113                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2025:**

**Recip ID**        **Recipient Name and Address**
aty            + Alan J. Kornfeld, Pachulski Stang Ziehl & Jones LLPL, 10100 Santa Monica Blvd., 13 Fl, Los Angeles, CA 90067-4003

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2025                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2025 at the address(es) listed below:**

**Name**        **Email Address**

A. Lee Hogewood, III

        on behalf of Interested Party NexPoint Advisors  L.P. lee.hogewood@klgates.com,
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous h.varshosaz@klgates.com

A. Lee Hogewood, III

        on behalf of Interested Party Highland Total Return Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous h.varshosaz@klgates.com

A. Lee Hogewood, III

        on behalf of Interested Party Highland Funds I and its series lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous h.varshosaz@klgates.com

A. Lee Hogewood, III

        on behalf of Interested Party Highland Opportunistic Credit Fund lee.hogewood@klgates.com

District/off: 0539-3

Date Rcvd: Sep 23, 2025

User: admin

Form ID: BTXN113

Page 2 of 24

Total Noticed: 1

Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Defendant NexPoint Capital  Inc. lee.hogewood@klgates.com,
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Defendant NexPoint Strategic Opportunities Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Small-Cap Equity Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Global Allocation Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Fixed Income Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Income Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party NexPoint Real Estate Strategies Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Defendant NexPoint Advisors  L.P. lee.hogewood@klgates.com,
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party NexPoint Strategic Opportunities Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Defendant Highland Capital Management Fund Advisors  L.P. lee.hogewood@klgates.com,
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party NexPoint Capital  Inc. lee.hogewood@klgates.com,
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Defendant Highland Income Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Socially Responsible Equity Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Funds II and its series lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. lee.hogewood@klgates.com,
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Healthcare Opportunities Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

District/off: 0539-3                                    User: admin                                    Page 3 of 24
Date Rcvd: Sep 23, 2025                                Form ID: BTXN113                          Total Noticed: 1

A. Lee Hogewood, III
        on behalf of Interested Party Highland/iBoxx Senior Loan ETF lee.hogewood@klgates.com
        Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
        h.varshosaz@klgates.com

A. Lee Hogewood, III
        on behalf of Interested Party Highland Merger Arbitrage Fund lee.hogewood@klgates.com
        Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
        h.varshosaz@klgates.com

Alexandre J. Tschumi
        on behalf of Interested Party Litigation Trustee of the Highland Capital Management  L.P. Litigation Sub-Trust
        alextschumi@quinnemanuel.com

Ali Ohlinger
        on behalf of Partner Dugaboy Investment Trust aohlinger@cwl.law

Alyssa Russell
        on behalf of Creditor Committee Official Committee of Unsecured Creditors alyssa.russell@sidley.com
        efilingnotice@sidley.com;alyssa-russell-3063@ecf.pacerpro.com

Amanda Rush
        on behalf of Interested Party CCS Medical  Inc. asrush@jonesday.com

Amy K. Anderson
        on behalf of Creditor Issuer Group aanderson@joneswalker.com
        tfontenot@joneswalker.com;amy-anderson-9331@ecf.pacerpro.com

Amy Lynne Ruhland
        on behalf of Creditor The Dugaboy Investment Trust amy.ruhland@pillsburylaw.com
        docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
        on behalf of Creditor Get Good Trust amy.ruhland@pillsburylaw.com
        docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
        on behalf of Cross Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO  AS TRUSTEE OF DUGABOY
        INVESTMENT TRUST amy.ruhland@pillsburylaw.com,
        docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
        on behalf of Defendant STRAND ADVISORS  INC amy.ruhland@pillsburylaw.com,
        docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
        on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC amy.ruhland@pillsburylaw.com
        docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
        on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III  AS TRUSTEE OF GET GOOD TRUST
        amy.ruhland@pillsburylaw.com, docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
        on behalf of Interested Party James Dondero amy.ruhland@pillsburylaw.com
        docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
        on behalf of Creditor Strand Advisors  Inc. amy.ruhland@pillsburylaw.com,
        docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
        on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO  AS TRUSTEE OF DUGABOY
        INVESTMENT TRUST amy.ruhland@pillsburylaw.com,
        docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
        on behalf of Defendant James D. Dondero amy.ruhland@pillsburylaw.com
        docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Andrea Louise Calhoun
        on behalf of Defendant Alvarez & Marsal CRF Management  LLC acalhoun@gibsondunn.com, pacer-tx@gibsondunn.com

Andrew Clubok
        on behalf of Plaintiff UBS Securities LLC andrew.clubok@lw.com  andrew-clubok-9012@ecf.pacerpro.com,dclitserv@lw.com

Andrew Clubok
        on behalf of Interested Party UBS Securities LLC andrew.clubok@lw.com
        andrew-clubok-9012@ecf.pacerpro.com,dclitserv@lw.com

Andrew Clubok
        on behalf of Interested Party UBS AG London Branch andrew.clubok@lw.com
        andrew-clubok-9012@ecf.pacerpro.com,dclitserv@lw.com

Andrew Clubok
on behalf of Plaintiff UBS AG London Branch andrew.clubok@lw.com
andrew-clubok-9012@ecf.pacerpro.com,dclitserv@lw.com

Andrew K. York
on behalf of Defendant Patrick Hagaman Daugherty dyork@grayreed.com  slangley@grayreed.com

Andrew K. York
on behalf of Creditor Patrick Daugherty dyork@grayreed.com  slangley@grayreed.com

Annmarie Antoniette Chiarello
on behalf of Creditor Acis Capital Management GP  LLC achiarello@winstead.com, poakley@winstead.com

Annmarie Antoniette Chiarello
on behalf of Creditor Acis Capital Management  L.P. achiarello@winstead.com, poakley@winstead.com

Artoush Varshosaz
on behalf of Interested Party Highland Socially Responsible Equity Fund artoush.varshosaz@klgates.com
Julie.garrett@klgates.com;allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party NexPoint Strategic Opportunities Fund artoush.varshosaz@klgates.com
Julie.garrett@klgates.com;allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Defendant Highland Capital Management Fund Advisors  L.P. artoush.varshosaz@klgates.com,
Julie.garrett@klgates.com;allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party NexPoint Advisors  L.P. artoush.varshosaz@klgates.com,
Julie.garrett@klgates.com;allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Defendant NexPoint Capital  Inc. artoush.varshosaz@klgates.com,
Julie.garrett@klgates.com;allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party Highland Total Return Fund artoush.varshosaz@klgates.com
Julie.garrett@klgates.com;allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party Highland Merger Arbitrage Fund artoush.varshosaz@klgates.com
Julie.garrett@klgates.com;allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party Highland Fixed Income Fund artoush.varshosaz@klgates.com
Julie.garrett@klgates.com;allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party Highland Healthcare Opportunities Fund artoush.varshosaz@klgates.com
Julie.garrett@klgates.com;allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. artoush.varshosaz@klgates.com,
Julie.garrett@klgates.com;allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party Highland Small-Cap Equity Fund artoush.varshosaz@klgates.com
Julie.garrett@klgates.com;allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Defendant Highland Income Fund artoush.varshosaz@klgates.com
Julie.garrett@klgates.com;allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party NexPoint Real Estate Strategies Fund artoush.varshosaz@klgates.com
Julie.garrett@klgates.com;allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party Highland Funds II and its series artoush.varshosaz@klgates.com
Julie.garrett@klgates.com;allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party Highland Funds I and its series artoush.varshosaz@klgates.com
Julie.garrett@klgates.com;allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party NexPoint Capital  Inc. artoush.varshosaz@klgates.com,
Julie.garrett@klgates.com;allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party Highland/iBoxx Senior Loan ETF artoush.varshosaz@klgates.com
Julie.garrett@klgates.com;allison.stowe@klgates.com

District/off: 0539-3    User: admin    Page 5 of 24
Date Rcvd: Sep 23, 2025    Form ID: BTXN113    Total Noticed: 1

Artoush Varshosaz
    on behalf of Defendant NexPoint Strategic Opportunities Fund artoush.varshosaz@klgates.com
    Julie.garrett@klgates.com;allison.stowe@klgates.com

Artoush Varshosaz
    on behalf of Defendant NexPoint Advisors  L.P. artoush.varshosaz@klgates.com,
    Julie.garrett@klgates.com;allison.stowe@klgates.com

Artoush Varshosaz
    on behalf of Interested Party Highland Income Fund artoush.varshosaz@klgates.com
    Julie.garrett@klgates.com;allison.stowe@klgates.com

Artoush Varshosaz
    on behalf of Interested Party Highland Global Allocation Fund artoush.varshosaz@klgates.com
    Julie.garrett@klgates.com;allison.stowe@klgates.com

Asif Attarwala
    on behalf of Interested Party UBS Securities LLC asif.attarwala@lw.com

Asif Attarwala
    on behalf of Interested Party UBS AG London Branch asif.attarwala@lw.com

Basil A. Umari
    on behalf of Interested Party Meta-e Discovery  LLC basil@umarilaw.com, pelliott@dykema.com

Bennett Rawicki
    on behalf of Defendant Alvarez & Marsal CRF Management  LLC brawicki@hilgersgraben.com

Bojan Guzina
    on behalf of Creditor Committee Official Committee of Unsecured Creditors bguzina@sidley.com

Brant C. Martin
    on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC brant.martin@wickphillips.com
    samantha.tandy@wickphillips.com;CourtMail@wickphillips.com

Brent Ryan McIlwain
    on behalf of Defendant Farallon Capital Management  L.L.C. brent.mcilwain@hklaw.com,
    robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
    on behalf of Other Professional Highland Claimant Trust brent.mcilwain@hklaw.com
    robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
    on behalf of Debtor Highland Capital Management  L.P. brent.mcilwain@hklaw.com,
    robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
    on behalf of Creditor Stonehill Capital Management LLC brent.mcilwain@hklaw.com
    robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
    on behalf of Creditor Muck Holdings LLC brent.mcilwain@hklaw.com  robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
    on behalf of Creditor Jessup Holdings LLC brent.mcilwain@hklaw.com  robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
    on behalf of Creditor James P. Seery  Jr. brent.mcilwain@hklaw.com, robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
    on behalf of Creditor Farallon Capital Management  LLC brent.mcilwain@hklaw.com,
    robert.jones@hklaw.com;brian.smith@hklaw.com

Brian D. Glueckstein
    on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #2 gluecksteinb@sullcrom.com

Brian D. Glueckstein
    on behalf of Interested Party The Okada Insurance Rabbi Trust gluecksteinb@sullcrom.com

Brian D. Glueckstein
    on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #1 gluecksteinb@sullcrom.com

Brian D. Glueckstein
    on behalf of Interested Party Okada Family Foundation  Inc. gluecksteinb@sullcrom.com

Brian D. Glueckstein
    on behalf of Interested Party Mark Okada gluecksteinb@sullcrom.com

Brian J. Smith
    on behalf of Defendant Farallon Capital Management  L.L.C. brian.smith@hklaw.com,
    robert.jones@hklaw.com;brent.mcilwain@hklaw.com

Bryan C. Assink

on behalf of Defendant James D. Dondero bryan.assink@bondsellis.com  linda.gordon@bondsellis.com

Bryan C. Assink

on behalf of Plaintiff James Dondero bryan.assink@bondsellis.com  linda.gordon@bondsellis.com

Bryan C. Assink

on behalf of Creditor The Dugaboy Investment Trust bryan.assink@bondsellis.com  linda.gordon@bondsellis.com

Candice Marie Carson

on behalf of Plaintiff UBS Securities LLC Candice.Carson@butlersnow.com

Candice Marie Carson

on behalf of Interested Party UBS AG London Branch Candice.Carson@butlersnow.com

Candice Marie Carson

on behalf of Interested Party UBS Securities LLC Candice.Carson@butlersnow.com

Candice Marie Carson

on behalf of Plaintiff UBS AG London Branch Candice.Carson@butlersnow.com

Chad D. Timmons

on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com

Charles Martin Persons, Jr.

on behalf of Creditor Committee Official Committee of Unsecured Creditors CharlesPersons@paulhastings.com
michaelmagzamen@paulhastings.com;davidmohamed@paulhastings.com;matlaskowski@paulhastings.com

Charles W. Gameros, Jr.

on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC bgameros@legaltexas.com
lmilam@legaltexas.com;jrauch@legaltexas.com

Charles W. Gameros, Jr.

on behalf of Creditor HCRE Partners  LLC (n/k/a NexPoint Real Estate Partners, LLC) bgameros@legaltexas.com,
lmilam@legaltexas.com;jrauch@legaltexas.com

Christopher Harayda

on behalf of Interested Party NexPoint Advisors  L.P. cj.harayda@stinson.com, mpl.lssteam5@stinson.com

Christopher Harayda

on behalf of Interested Party NexPoint Asset Management  L.P. cj.harayda@stinson.com, mpl.lssteam5@stinson.com

Christopher Andrew Bailey

on behalf of Creditor Farallon Capital Management  LLC Christopher.Bailey@hklaw.com,
hapi@hklaw.com;trip.nix@hklaw.com;julia.warren@hklaw.com

Christopher Andrew Bailey

on behalf of Creditor Stonehill Capital Management LLC Christopher.Bailey@hklaw.com
hapi@hklaw.com;trip.nix@hklaw.com;julia.warren@hklaw.com

Christopher Andrew Bailey

on behalf of Creditor Muck Holdings LLC Christopher.Bailey@hklaw.com
hapi@hklaw.com;trip.nix@hklaw.com;julia.warren@hklaw.com

Christopher Andrew Bailey

on behalf of Creditor Jessup Holdings LLC Christopher.Bailey@hklaw.com
hapi@hklaw.com;trip.nix@hklaw.com;julia.warren@hklaw.com

Christopher J. Akin

on behalf of Defendant Isaac Leventon cakin@lynnllp.com  vkropp@lynnllp.com

Christopher J. Akin

on behalf of Defendant Scott Ellington cakin@lynnllp.com  vkropp@lynnllp.com

Clay Marshall Taylor

on behalf of Plaintiff James Dondero clay.taylor@dentons.com  DOCKET.GENERAL.LIT.DAL@dentons.com

Clay Marshall Taylor

on behalf of Interested Party James Dondero clay.taylor@dentons.com  DOCKET.GENERAL.LIT.DAL@dentons.com

Cortney C. Thomas

on behalf of Interested Party Okada Family Foundation  Inc. cort@brownfoxlaw.com, korourke@brownfoxlaw.com

Cortney C. Thomas

on behalf of Interested Party Mark Okada cort@brownfoxlaw.com  korourke@brownfoxlaw.com

Cortney C. Thomas

on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #1 cort@brownfoxlaw.com
korourke@brownfoxlaw.com

Cortney C. Thomas

on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #2 cort@brownfoxlaw.com
korourke@brownfoxlaw.com

District/off: 0539-3                    User: admin                    Page 7 of 24
Date Rcvd: Sep 23, 2025                  Form ID: BTXN113              Total Noticed: 1

Cortney C. Thomas

on behalf of Interested Party The Okada Insurance Rabbi Trust cort@brownfoxlaw.com korourke@brownfoxlaw.com

Daniel P. Winikka

on behalf of Interested Party Jack Yang dan@danwinlaw.com dan@danwinlaw.com

Daniel P. Winikka

on behalf of Interested Party Brad Borud dan@danwinlaw.com dan@danwinlaw.com

David G. Adams

on behalf of Creditor United States (IRS) david.g.adams@usdoj.gov
southwestern.taxcivil@usdoj.gov;david.adams4@usdoj.gov;brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

David Grant Crooks

on behalf of Creditor Committee Official Committee of Unsecured Creditors dcrooks@foxrothschild.com
etaylor@foxrothschild.com,rdietz@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

David Grant Crooks

on behalf of Creditor PensionDanmark Pensionsforsikringsaktieselskab dcrooks@foxrothschild.com
etaylor@foxrothschild.com,rdietz@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

David Grant Crooks

on behalf of Debtor Highland Capital Management  L.P. dcrooks@foxrothschild.com,
etaylor@foxrothschild.com,rdietz@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

David L. Curry, Jr.

on behalf of Interested Party The Dallas Foundation dcurry@okinadams.com
nhollon@okinadams.com;sgonzales@okinadams.com

David L. Curry, Jr.

on behalf of Interested Party Crown Global Life Insurance  Ltd dcurry@okinadams.com,
nhollon@okinadams.com;sgonzales@okinadams.com

Davor Rukavina

on behalf of Interested Party Highland Merger Arbitrage Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party NexPoint Capital  Inc. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. drukavina@munsch.com,
Courtmail@munsch.com

Davor Rukavina

on behalf of Defendant Highland Income Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina

on behalf of Defendant Highland Capital Management Fund Advisors  L.P. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Total Return Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Opportunistic Credit Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Funds II and its series drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Socially Responsible Equity Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Healthcare Opportunities Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Global Allocation Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Funds I and its series drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party NexPoint Strategic Opportunities Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina

on behalf of Defendant NexPoint Strategic Opportunities Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Small-Cap Equity Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party NexPoint Advisors  L.P. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina

on behalf of Defendant NexPoint Capital  Inc. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Fixed Income Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Income Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland/iBoxx Senior Loan ETF drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Defendant NexPoint Advisors  L.P. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party NexPoint Real Estate Strategies Fund drukavina@munsch.com  Courtmail@munsch.com

Deborah Rose Deitsch-Perez

on behalf of Interested Party NexPoint Advisors  L.P. deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant NexPoint Advisors  L.P. deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Creditor The Dugaboy Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Plaintiff Hunter Mountain Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Interested Party James Dondero deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Witness Nancy Dondero deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant James Dondero deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant The Dugaboy Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant Nancy Dondero deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant Highland Capital Management Fund Advisors  L.P. deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant HCRE Partners  LLC (n/k/a NexPoint Real Estate Partners, LLC) deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Creditor Hunter Mountain Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Interested Party Highland CLO Management Ltd deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Plaintiff Dugaboy Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Partner Dugaboy Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant Highland Capital Management Services  Inc. deborah.deitschperez@stinson.com,

District/off: 0539-3           User: admin           Page 9 of 24

Date Rcvd: Sep 23, 2025           Form ID: BTXN113           Total Noticed: 1

belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Debra A Dandeneau

on behalf of Defendant Isaac Leventon debra.dandeneau@bakermckenzie.com  blaire.cahn@bakermckenzie.com

Debra A Dandeneau

on behalf of Defendant CPCM  LLC debra.dandeneau@bakermckenzie.com, blaire.cahn@bakermckenzie.com

Debra A Dandeneau

on behalf of Defendant Scott Ellington debra.dandeneau@bakermckenzie.com  blaire.cahn@bakermckenzie.com

Debra A Dandeneau

on behalf of Creditor Scott Ellington  Thomas Surgent, Frank Waterhouse, Isaac Leventon debra.dandeneau@bakermckenzie.com,
blaire.cahn@bakermckenzie.com

Debra A Dandeneau

on behalf of Interested Party CPCM  LLC debra.dandeneau@bakermckenzie.com, blaire.cahn@bakermckenzie.com

Debra A Dandeneau

on behalf of Defendant Frank Waterhouse debra.dandeneau@bakermckenzie.com  blaire.cahn@bakermckenzie.com

Dennis M. Twomey

on behalf of Creditor Committee Official Committee of Unsecured Creditors dtwomey@sidley.com

Donna K. Webb

on behalf of Creditor Pension Benefit Guaranty Corporation donna.webb@usdoj.gov
brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov

Douglas J. Schneller

on behalf of Creditor Contrarian Funds LLC douglas.schneller@rimonlaw.com

Douglas S. Draper

on behalf of Creditor Get Better Trust ddraper@hellerdraper.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor Dana Scott Breault ddraper@hellerdraper.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor SLHC Trust ddraper@hellerdraper.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor The Dugaboy Investment Trust ddraper@hellerdraper.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor Dolomiti LLC ddraper@hellerdraper.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor Get Good Trust ddraper@hellerdraper.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor The Get Good Non Exempt Trust No 2 ddraper@hellerdraper.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor Canis Minor Trust ddraper@hellerdraper.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor Get Good Non Exempt Trust No 1 ddraper@hellerdraper.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor The Dondero Insurance Rabbi Trust ddraper@hellerdraper.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Defendant The Dugaboy Investment Trust ddraper@hellerdraper.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Defendant The Get Good Nonexempt Trust ddraper@hellerdraper.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Edmon L. Morton

on behalf of Creditor Committee Official Committee of Unsecured Creditors emorton@ycst.com

Edward J. Leen

District/off: 0539-3                          User: admin                          Page 10 of 24

Date Rcvd: Sep 23, 2025                   Form ID: BTXN113                    Total Noticed: 1

on behalf of Creditor Jessup Holdings LLC eleen@mkbllp.com

Edward J. McNeilly

on behalf of Interested Party John S. Dubel edward.mcneilly@hoganlovells.com

Edward J. McNeilly

on behalf of Interested Party Hon.Russell F. Nelms (Ret.) edward.mcneilly@hoganlovells.com

Edwin Paul Keiffer

on behalf of Defendant Hunter Mountain Investment Trust pkeiffer@romclaw.com
bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer

on behalf of Creditor Atlas IDF  LP pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer

on behalf of Creditor Rand PE Fund I  LP pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer

on behalf of Creditor John Honis pkeiffer@romclaw.com  bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer

on behalf of Creditor Beacon Mountain  LLC pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer

on behalf of Creditor Atlas IDF  GP, LLC pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer

on behalf of Creditor Rand PE Fund Management  LLC pkeiffer@romclaw.com,
bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer

on behalf of Creditor Hunter Mountain Investment Trust pkeiffer@romclaw.com
bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer

on behalf of Interested Party Hunter Mountain Trust pkeiffer@romclaw.com  bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer

on behalf of Creditor Rand Advisors  LLC pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Elizabeth Weller

on behalf of Creditor Grayson County Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Weller

on behalf of Creditor Coleman County TAD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller

on behalf of Creditor Dallas County Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller

on behalf of Creditor Rockwall CAD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller

on behalf of Creditor Upshur County Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller

on behalf of Creditor Allen ISD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller

on behalf of Creditor Irving ISD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller

on behalf of Creditor Tarrant County Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller

on behalf of Creditor Kaufman County Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller

on behalf of Creditor Fannin CAD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Eric A. Soderlund

on behalf of Interested Party Former Employees eric.soderlund@rsbfirm.com

Eric A. Soderlund

on behalf of Creditor Scott Ellington  Thomas Surgent, Frank Waterhouse, Isaac Leventon eric.soderlund@rsbfirm.com

Eric A. Soderlund

on behalf of Creditor Frank Waterhouse  Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent
eric.soderlund@rsbfirm.com

Eric A. Soderlund

on behalf of Interested Party CPCM  LLC eric.soderlund@rsbfirm.com

District/off: 0539-3                          User: admin                          Page 11 of 24
Date Rcvd: Sep 23, 2025                       Form ID: BTXN113                      Total Noticed: 1

Eric Thomas Haitz
                    on behalf of Defendant Alvarez & Marsal CRF Management  LLC eric.haitz@bondsellis.com, linda.gordon@bondsellis.com

Erin Marie Schmidt
                    on behalf of U.S. Trustee United States Trustee ustpregion06.da.ecf@usdoj.gov  erin.schmidt2@usdoj.gov

Frances Anne Smith
                    on behalf of Interested Party Former Employees frances.smith@rsbfirm.com  michael.coulombe@rsbfirm.com

Frances Anne Smith
                    on behalf of Creditor Scott Ellington  Thomas Surgent, Frank Waterhouse, Isaac Leventon frances.smith@rsbfirm.com,
                    michael.coulombe@rsbfirm.com

Frances Anne Smith
                    on behalf of Interested Party CPCM  LLC frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com

Frances Anne Smith
                    on behalf of Plaintiff Scott Byron Ellington frances.smith@rsbfirm.com  michael.coulombe@rsbfirm.com

Frances Anne Smith
                    on behalf of Creditor Frank Waterhouse frances.smith@rsbfirm.com  michael.coulombe@rsbfirm.com

Frances Anne Smith
                    on behalf of Interested Party Matthew DiOrio  Scott Ellington, Isaac Leventon, Mary Kathryn Lucas (nee Irving), John Paul
                    Sevilla, Stephanie Vitiello, and Frank Waterhouse frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com

Frances Anne Smith
                    on behalf of Creditor Scott Ellington frances.smith@rsbfirm.com  michael.coulombe@rsbfirm.com

Geoffrey Scott Harper
                    on behalf of Creditor The Get Good Non Exempt Trust No 2 gharper@winston.com
                    ecf_houston@winston.com;jvargo@winston.com

Geoffrey Scott Harper
                    on behalf of Partner Dugaboy Investment Trust gharper@winston.com  ecf_houston@winston.com;jvargo@winston.com

Geoffrey Scott Harper
                    on behalf of Interested Party NexPoint Advisors  L.P. gharper@winston.com, ecf_houston@winston.com;jvargo@winston.com

Geoffrey Scott Harper
                    on behalf of Creditor The Dugaboy Investment Trust gharper@winston.com  ecf_houston@winston.com;jvargo@winston.com

Geoffrey Scott Harper
                    on behalf of Interested Party James Dondero gharper@winston.com  ecf_houston@winston.com;jvargo@winston.com

Geoffrey Scott Harper
                    on behalf of Interested Party NexPoint Real Estate Advisors  L.P. gharper@winston.com,
                    ecf_houston@winston.com;jvargo@winston.com

Geoffrey Scott Harper
                    on behalf of Interested Party NexPoint Asset Management  L.P. gharper@winston.com,
                    ecf_houston@winston.com;jvargo@winston.com

Gregory Getty Hesse
                    on behalf of Partner Dugaboy Investment Trust ghesse@huntonak.com
                    astowe@huntonak.com;tcanada@HuntonAK.com;creeves@HuntonAK.com

Gregory Getty Hesse
                    on behalf of Spec. Counsel Hunton Andrews Kurth LLP ghesse@huntonak.com
                    astowe@huntonak.com;tcanada@HuntonAK.com;creeves@HuntonAK.com

Gregory V. Demo
                    on behalf of Defendant Highland Capital Management  LP gdemo@pszjlaw.com,
                    jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszj
                    law.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo
                    on behalf of Defendant Highland Capital Management  L.P. gdemo@pszjlaw.com,
                    jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszj
                    law.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo
                    on behalf of Defendant Highland Claimant Trust gdemo@pszjlaw.com
                    jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszj
                    law.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo
                    on behalf of Creditor Committee Official Committee of Unsecured Creditors gdemo@pszjlaw.com
                    jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszj
                    law.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo
                    on behalf of Debtor Highland Capital Management  L.P. gdemo@pszjlaw.com,

jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Greta M. Brouphy

on behalf of Creditor The Dugaboy Investment Trust gbrouphy@hellerdraper.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com

Greta M. Brouphy

on behalf of Defendant The Dugaboy Investment Trust gbrouphy@hellerdraper.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com

Greta M. Brouphy

on behalf of Creditor Get Good Trust gbrouphy@hellerdraper.com  dhepting@hellerdraper.com;vgamble@hellerdraper.com

Hayley R Winograd

on behalf of Debtor Highland Capital Management  L.P. hayleywinograd@gmail.com

Hayley R Winograd

on behalf of Defendant Highland Capital Management  L.P. hayleywinograd@gmail.com

Hayley R Winograd

on behalf of Defendant Highland Claimant Trust hayleywinograd@gmail.com

Hayley R Winograd

on behalf of Defendant Highland Capital Management  LP hayleywinograd@gmail.com

Holland N. O'Neil

on behalf of Spec. Counsel Foley Gardere  Foley & Lardner LLP honeil@foley.com,
jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com

Ian Salzer

on behalf of Interested Party Hunter Mountain Investment Trust isalzer@pmmlaw.com

Ian Salzer

on behalf of Interested Party Hunter Mountain Trust isalzer@pmmlaw.com

Ian Salzer

on behalf of Creditor Hunter Mountain Investment Trust isalzer@pmmlaw.com

Ian Salzer

on behalf of Plaintiff Charitable DAF Fund  L.P. isalzer@pmmlaw.com

J. Seth Moore

on behalf of Creditor Siepe  LLC semoore@swlaw.com,
sluby@swlaw.com;docket_den@swlaw.com;DOCKET_DAL@swlaw.com

Jaclyn C. Weissgerber

on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com  jweissgerber@ycst.com

James Jay Lee

on behalf of Interested Party The Pettit Law Firm jimlee@velaw.com

James Jay Lee

on behalf of Interested Party Lynn Pinker Hurst & Schwegmann  LLP jimlee@velaw.com

Jason Bernstein

on behalf of Creditor BHH Equities LLC casey.doherty@dentons.com
dawn.brown@dentons.com;Melinda.sanchez@dentons.com;docket.general.lit.dal@dentons.com

Jason Bernstein

on behalf of Interested Party Jefferies LLC casey.doherty@dentons.com
dawn.brown@dentons.com;Melinda.sanchez@dentons.com;docket.general.lit.dal@dentons.com

Jason Alexander Enright

on behalf of Creditor Acis Capital Management  L.P. jenright@winstead.com

Jason Alexander Enright

on behalf of Creditor Acis Capital Management GP  LLC jenright@winstead.com

Jason Patrick Kathman

on behalf of Defendant Patrick Hagaman Daugherty jkathman@spencerfane.com
gpronske@spencerfane.com;lvargas@spencerfane.com

Jason Patrick Kathman

on behalf of Creditor Todd Travers jkathman@spencerfane.com  gpronske@spencerfane.com;lvargas@spencerfane.com

Jason Patrick Kathman

on behalf of Creditor Patrick Daugherty jkathman@spencerfane.com  gpronske@spencerfane.com;lvargas@spencerfane.com

Jason Patrick Kathman

on behalf of Creditor Paul Kauffman jkathman@spencerfane.com  gpronske@spencerfane.com;lvargas@spencerfane.com

Jason Patrick Kathman

District/off: 0539-3        User: admin        Page 13 of 24
Date Rcvd: Sep 23, 2025        Form ID: BTXN113        Total Noticed: 1

on behalf of Defendant Patrick Daugherty jkathman@spencerfane.com gpronske@spencerfane.com;lvargas@spencerfane.com

Jason Patrick Kathman

on behalf of Creditor Davis Deadman jkathman@spencerfane.com gpronske@spencerfane.com;lvargas@spencerfane.com

Jason S. Brookner

on behalf of Creditor Patrick Daugherty jbrookner@grayreed.com lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner

on behalf of Defendant Patrick Daugherty jbrookner@grayreed.com lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner

on behalf of Creditor Gray Reed & McGraw LLP jbrookner@grayreed.com lwebb@grayreed.com;acarson@grayreed.com

Jeff P. Prostok

on behalf of Creditor Joshua Terry jeff.prostok@vhh.law
jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankrupt
cy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jeff P. Prostok

on behalf of Creditor Jennifer G. Terry jeff.prostok@vhh.law
jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankrupt
cy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jeffrey Kurtzman

on behalf of Creditor BET Investments II L.P. kurtzman@kurtzmansteady.com

Jeffrey Nathan Pomerantz

on behalf of Debtor Highland Capital Management L.P. jpomerantz@pszjlaw.com

Jeffrey Nathan Pomerantz

on behalf of Defendant Highland Claimant Trust jpomerantz@pszjlaw.com

Jeffrey Nathan Pomerantz

on behalf of Defendant Highland Capital Management L.P. jpomerantz@pszjlaw.com

Jerry C. Alexander

on behalf of Attorney Scott M. Seidel alexanderj@passmanjones.com chandlers@passmanjones.com

John A Morris

on behalf of Creditor Muck Holdings LLC jmorris@pszjlaw.com

John A Morris

on behalf of Creditor Jessup Holdings LLC jmorris@pszjlaw.com

John A Morris

on behalf of Defendant Highland Capital Management L.P. jmorris@pszjlaw.com

John A Morris

on behalf of Debtor Highland Capital Management L.P. jmorris@pszjlaw.com

John A Morris

on behalf of Other Professional James P. Seery Jr. jmorris@pszjlaw.com

John A Morris

on behalf of Creditor Stonehill Capital Management LLC jmorris@pszjlaw.com

John A Morris

on behalf of Creditor James P. Seery Jr. jmorris@pszjlaw.com

John A Morris

on behalf of Other Professional Highland Claimant Trust jmorris@pszjlaw.com

John A Morris

on behalf of Creditor Farallon Capital Management LLC jmorris@pszjlaw.com

John A Morris

on behalf of Defendant Highland Capital Management LP jmorris@pszjlaw.com

John A Morris

on behalf of Defendant Highland Claimant Trust jmorris@pszjlaw.com

John J. Kane

on behalf of Creditor Grant James Scott III jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane

on behalf of Defendant Grant James Scott III jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane

on behalf of Defendant CLO Holdco Ltd. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane

on behalf of Defendant Grant James Scott III jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

District/off: 0539-3                                    User: admin                                    Page 14 of 24
Date Rcvd: Sep 23, 2025                              Form ID: BTXN113                              Total Noticed: 1

John Kendrick Turner

on behalf of Creditor City of Allen john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Fannin CAD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Irving ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Dallas County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Kaufman County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Tarrant County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor City of Richardson john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Coleman County TAD john.turner@lgbs.com
Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Upshur County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Allen ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Grayson County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Michael Gaddis

on behalf of Partner Dugaboy Investment Trust mgaddis@winston.com  ecf_houston@winston.com

John T. Cox, III

on behalf of Defendant Alvarez & Marsal CRF Management  LLC tcox@gibsondunn.com,
WCassidy@gibsondunn.com;twesley@gibsondunn.com;pacer-tx@gibsondunn.com;pvickery@gibsondunn.com

Johnathan Stone

on behalf of Interested Party State of Texas johnathan.stone@oag.texas.gov

Johnny Sutton

on behalf of Partner Dugaboy Investment Trust rrussell@ashcroftlawfirm.com

Jonathan Sundheimer

on behalf of Creditor NWCC  LLC jsundheimer@btlaw.com

Jonathan E. Bridges

on behalf of Plaintiff PCMG Trading Partners XXIII LP jeb@sbaitilaw.com

Jonathan E. Bridges

on behalf of Plaintiff CLO Holdco  Ltd. jeb@sbaitilaw.com

Jonathan E. Bridges

on behalf of Interested Party CLO Holdco  Ltd. jeb@sbaitilaw.com

Jonathan E. Bridges

on behalf of Interested Party Charitable DAF Fund  LP jeb@sbaitilaw.com

Jonathan E. Bridges

on behalf of Plaintiff Charitable DAF Fund  LP jeb@sbaitilaw.com

Jonathan E. Bridges

on behalf of Creditor CLO Holdco  Ltd. jeb@sbaitilaw.com

Jonathan F. Mitchell

on behalf of Interested Party James Dondero jonathan@mitchell.law

Jordan A. Kroop

on behalf of Debtor Highland Capital Management  L.P. jkroop@pszjlaw.com, tcorrea@pszjlaw.com

Joseph E. Bain

on behalf of Creditor Issuer Group JBain@joneswalker.com
kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com

Joseph Y. Ahmad

on behalf of Creditor Acis Capital Management GP  LLC joeahmad@azalaw.com, sbates@azalaw.com;ahernandez@azalaw.com

Joshua Seth Levy

on behalf of Other Professional James P. Seery  Jr. jlevy@willkie.com

Joshua Seth Levy
                    on behalf of Creditor James P. Seery  Jr. jlevy@willkie.com

Julian Preston Vasek
                    on behalf of Interested Party Highland Healthcare Opportunities Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
                    on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek
                    on behalf of Interested Party NexPoint Capital  Inc. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek
                    on behalf of Interested Party Highland/iBoxx Senior Loan ETF jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
                    on behalf of Interested Party NexPoint Advisors  L.P. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek
                    on behalf of Interested Party NexPoint Strategic Opportunities Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
                    on behalf of Interested Party Highland Funds II and its series jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
                    on behalf of Defendant NexPoint Advisors  L.P. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek
                    on behalf of Interested Party Highland Total Return Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
                    on behalf of Interested Party NexPoint Real Estate Strategies Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
                    on behalf of Defendant NexPoint Capital  Inc. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek
                    on behalf of Interested Party Highland Small-Cap Equity Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
                    on behalf of Interested Party Highland Income Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
                    on behalf of Defendant Highland Capital Management Fund Advisors  L.P. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek
                    on behalf of Interested Party Highland Merger Arbitrage Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
                    on behalf of Interested Party Highland Fixed Income Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
                    on behalf of Interested Party Highland Funds I and its series jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
                    on behalf of Interested Party NexPoint Advisors GP  LLC jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
                    on behalf of Defendant NexPoint Strategic Opportunities Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
                    on behalf of Interested Party Highland Socially Responsible Equity Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
                    on behalf of Interested Party Highland Global Allocation Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
                    on behalf of Defendant Highland Income Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
                    on behalf of Interested Party Highland Opportunistic Credit Fund jvasek@munsch.com  CourtMail@munsch.com

Juliana Hoffman
                    on behalf of Plaintiff Official Committee of Unsecured Creditors jhoffman@sidley.com
                    txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
                    on behalf of Interested Party UBS Securities LLC jhoffman@sidley.com
                    txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
                    on behalf of Interested Party UBS AG London Branch jhoffman@sidley.com
                    txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
on behalf of Debtor Highland Capital Management  L.P. jhoffman@sidley.com,
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
on behalf of Interested Party Committee of Unsecured Creditors jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
on behalf of Creditor Sidley Austin LLP jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
on behalf of Creditor Committee Official Committee of Unsecured Creditors jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
on behalf of Other Professional Teneo Capital  LLC jhoffman@sidley.com,
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
on behalf of Financial Advisor FTI Consulting  Inc. jhoffman@sidley.com,
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Kesha Tanabe
on behalf of Creditor Cedar Glade LP kesha@tanabelaw.com

Kevin Perkins
on behalf of Defendant MASSAND CAPITAL  LLC kperkins@vanacourperkins.com

Kevin Perkins
on behalf of Defendant MASSAND CAPITAL  INC. kperkins@vanacourperkins.com

Kimberly A. Posin
on behalf of Plaintiff UBS AG London Branch kim.posin@lw.com  colleen.rico@lw.com

Kimberly A. Posin
on behalf of Interested Party UBS AG London Branch kim.posin@lw.com  colleen.rico@lw.com

Kimberly A. Posin
on behalf of Plaintiff UBS Securities LLC kim.posin@lw.com  colleen.rico@lw.com

Kimberly A. Posin
on behalf of Interested Party UBS Securities LLC kim.posin@lw.com  colleen.rico@lw.com

Kristin H. Jain
on behalf of Interested Party NexPoint Advisors  L.P. KHJain@JainLaw.com, dskierski@skijain.com

Kristin H. Jain
on behalf of Interested Party NexPoint Real Estate Advisors  L.P. KHJain@JainLaw.com, dskierski@skijain.com

Larry R Boyd
on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR lboyd@abernathy-law.com
ljameson@abernathy-law.com

Lauren Kessler Drawhorn
on behalf of Interested Party NexPoint Real Estate Partners  LLC lkdrawhorn@gmail.com

Lauren Kessler Drawhorn
on behalf of Creditor Eagle Equity Advisors  LLC lkdrawhorn@gmail.com

Lauren Kessler Drawhorn
on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC lkdrawhorn@gmail.com

Lauren Kessler Drawhorn
on behalf of Interested Party NexBank lkdrawhorn@gmail.com

Lauren Kessler Drawhorn
on behalf of Interested Party MGM Holdings  Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn
on behalf of Interested Party NexBank Title Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn
on behalf of Interested Party NexPoint Real Estate Advisors VII  L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn
on behalf of Interested Party NexBank Capital Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn
on behalf of Creditor HCRE Partners  LLC (n/k/a NexPoint Real Estate Partners, LLC) lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Advisors II  L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Finance Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Creditor Highland Capital Management Services  Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party Nexpoint Real Estate Capital  LLC lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Advisors VIII  L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Advisors VI  L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Advisors  L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Advisors III  L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Multifamily Capital Trust  Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexBank Securities Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Advisors V  L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Creditor Advisors Equity Group  LLC lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Hospitality Trust lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Advisors IV  L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Residential Trust  Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party VineBrook Homes  Trust, Inc. lkdrawhorn@gmail.com

Laurie A Spindler

on behalf of Creditor Dallas County Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor Allen ISD Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor City of Richardson Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor Grayson County Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor Kaufman County Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor Tarrant County Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor Irving ISD Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor City of Allen Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Leslie A. Collins

on behalf of Creditor The Dugaboy Investment Trust lcollins@hellerdraper.com

Leslie A. Collins

District/off: 0539-3                                     User: admin                                     Page 18 of 24
Date Rcvd: Sep 23, 2025                          Form ID: BTXN113                          Total Noticed: 1

                                        on behalf of Creditor Get Good Trust lcollins@hellerdraper.com

Leslie A. Collins
                                        on behalf of Defendant The Dugaboy Investment Trust lcollins@hellerdraper.com

Linda D. Reece
                                        on behalf of Creditor Plano ISD lreece@pbfcm.com  lreece@ecf.courtdrive.com

Linda D. Reece
                                        on behalf of Creditor City of Garland lreece@pbfcm.com  lreece@ecf.courtdrive.com

Linda D. Reece
                                        on behalf of Creditor Wylie ISD lreece@pbfcm.com  lreece@ecf.courtdrive.com

Linda D. Reece
                                        on behalf of Creditor Garland ISD lreece@pbfcm.com  lreece@ecf.courtdrive.com

Lindsey Lee Robin
                                        on behalf of Creditor Muck Holdings LLC lrobin@reedsmith.com
                                        jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin
                                        on behalf of Creditor Stonehill Capital Management LLC lrobin@reedsmith.com
                                        jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin
                                        on behalf of Other Professional Highland Claimant Trust lrobin@reedsmith.com
                                        jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin
                                        on behalf of Creditor Jessup Holdings LLC lrobin@reedsmith.com
                                        jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin
                                        on behalf of Creditor James P. Seery  Jr. lrobin@reedsmith.com,
                                        jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin
                                        on behalf of Creditor Farallon Capital Management  LLC lrobin@reedsmith.com,
                                        jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin
                                        on behalf of Debtor Highland Capital Management  L.P. lrobin@reedsmith.com,
                                        jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin
                                        on behalf of Other Professional James P. Seery  Jr. lrobin@reedsmith.com,
                                        jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lisa L. Lambert
                                        on behalf of U.S. Trustee United States Trustee lisa.l.lambert@usdoj.gov

Louis M. Phillips
                                        on behalf of Creditor CLO Holdco  Ltd. louis.phillips@kellyhart.com,
                                        june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                                        on behalf of Defendant CLO Holdco  Ltd. louis.phillips@kellyhart.com,
                                        june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                                        on behalf of Interested Party The Dallas Foundation louis.phillips@kellyhart.com
                                        june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                                        on behalf of Interested Party CLO Holdco  Ltd. louis.phillips@kellyhart.com,
                                        june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                                        on behalf of Respondent Mark Patrick louis.phillips@kellyhart.com
                                        june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                                        on behalf of Interested Party Highland Kansas City Foundation  Inc. louis.phillips@kellyhart.com,
                                        june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                                        on behalf of Plaintiff CLO Holdco  Ltd. louis.phillips@kellyhart.com,
                                        june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                                        on behalf of Creditor Charitable DAF GP  L.P. louis.phillips@kellyhart.com,
                                        june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
on behalf of Creditor Hunter Mountain Investment Trust louis.phillips@kellyhart.com
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
on behalf of Creditor Charitable DAF HoldCo  Ltd. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
on behalf of Interested Party Mary Jalonick louis.phillips@kellyhart.com
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
on behalf of Interested Party The Santa Barbara Foundation louis.phillips@kellyhart.com
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
on behalf of Defendant Highland Dallas Foundation  Inc. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
on behalf of Interested Party Charitable DAF Fund  LP louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
on behalf of Creditor The Charitable DAF Fund  L.P. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
on behalf of Interested Party Highland Dallas Foundation  Inc. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
on behalf of Interested Party The Charitable DAF Fund  L.P. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
on behalf of Interested Party Highland Santa Barbara Foundation  Inc. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
on behalf of Interested Party The Greater Kansas City Community Foundation louis.phillips@kellyhart.com
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
on behalf of Creditor Highland Dallas Foundation  Inc. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
on behalf of Plaintiff Charitable DAF Fund  LP louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

M. David Bryant, Jr.
on behalf of Interested Party Integrated Financial Associates  Inc. dbryant@dykema.com, csmith@dykema.com

Margaret Michelle Hartmann
on behalf of Defendant CPCM  LLC michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann
on behalf of Defendant Frank Waterhouse michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann
on behalf of Creditor Scott Ellington michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann
on behalf of Defendant Isaac Leventon michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann
on behalf of Defendant Scott Ellington michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann
on behalf of Interested Party CPCM  LLC michelle.hartmann@bakermckenzie.com

Mark Stancil
on behalf of Debtor Highland Capital Management  L.P. mstancil@willkie.com

Mark Stancil
on behalf of Other Professional James P. Seery  Jr. mstancil@willkie.com

Mark Stancil
on behalf of Other Professional Highland Claimant Trust mstancil@willkie.com

Mark Stancil

on behalf of Creditor James P. Seery  Jr. mstancil@willkie.com

Mark A. Platt

on behalf of Interested Party Redeemer Committee of the Highland Crusader Fund mplatt@fbtlaw.com  dwilliams@fbtlaw.com

Marshall R. King

on behalf of Interested Party Alvarez & Marsal CRF Management  LLC, as Investment Manager of the Highland Crusader Funds mking@gibsondunn.com

Marshall R. King

on behalf of Defendant Alvarez & Marsal CRF Management  LLC mking@gibsondunn.com

Martin A. Sosland

on behalf of Interested Party UBS Securities LLC martin.sosland@butlersnow.com
ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com

Martin A. Sosland

on behalf of Plaintiff UBS Securities LLC martin.sosland@butlersnow.com
ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com

Martin A. Sosland

on behalf of Interested Party UBS AG London Branch martin.sosland@butlersnow.com
ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com

Martin A. Sosland

on behalf of Plaintiff UBS AG London Branch martin.sosland@butlersnow.com
ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com

Matthew Gold

on behalf of Creditor Argo Partners courts@argopartners.net

Matthew A. Clemente

on behalf of Creditor Committee Official Committee of Unsecured Creditors mclemente@sidley.com
matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwomey@sidley.com

Matthew A. Clemente

on behalf of Interested Party Committee of Unsecured Creditors mclemente@sidley.com
matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwomey@sidley.com

Matthew G. Bouslog

on behalf of Interested Party Alvarez & Marsal CRF Management  LLC, as Investment Manager of the Highland Crusader Funds mbouslog@allenmatkins.com, ncampos@allenmatkins.com

Matthew S. Okin

on behalf of Interested Party Crown Global Life Insurance  Ltd mokin@okinadams.com,
sgonzales@okinadams.com;nhollon@okinadams.com

Matthew S. Okin

on behalf of Interested Party The Dallas Foundation mokin@okinadams.com
sgonzales@okinadams.com;nhollon@okinadams.com

Mazin Ahmad Sbaiti

on behalf of Creditor CLO Holdco  Ltd. mas@sbaitilaw.com,
krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti

on behalf of Plaintiff CLO Holdco  Ltd. mas@sbaitilaw.com,
krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti

on behalf of Interested Party Charitable DAF Fund  LP mas@sbaitilaw.com,
krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti

on behalf of Interested Party CLO Holdco  Ltd. mas@sbaitilaw.com,
krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti

on behalf of Creditor The Charitable DAF Fund  L.P. mas@sbaitilaw.com,
krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti

on behalf of Plaintiff Charitable DAF Fund  LP mas@sbaitilaw.com,
krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti

on behalf of Interested Party The Charitable DAF Fund  L.P. mas@sbaitilaw.com,
krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti

on behalf of Plaintiff PCMG Trading Partners XXIII LP mas@sbaitilaw.com

krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Megan Young-John

on behalf of Creditor Issuer Group myoung-john@porterhedges.com

Megan F. Clontz

on behalf of Creditor Patrick Daugherty mclontz@fbfk.law lvargas@spencerfane.com;mclontzlaw@gmail.com

Megan F. Clontz

on behalf of Creditor Todd Travers mclontz@fbfk.law lvargas@spencerfane.com;mclontzlaw@gmail.com

Melissa S. Hayward

on behalf of Debtor Highland Capital Management  L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Melissa S. Hayward

on behalf of Plaintiff Highland Capital Management  L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Melissa S. Hayward

on behalf of Other Professional Highland Claimant Trust MHayward@HaywardFirm.com  mholmes@HaywardFirm.com

Melissa S. Hayward

on behalf of Defendant Highland Capital Management  LP MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Melissa S. Hayward

on behalf of Defendant Highland Capital Management  L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Michael A. Rosenthal

on behalf of Defendant Alvarez & Marsal CRF Management  LLC mrosenthal@gibsondunn.com

Michael Justin Lang

on behalf of Creditor The Dugaboy Investment Trust mlang@cwl.law  aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang

on behalf of Partner Dugaboy Investment Trust mlang@cwl.law  aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang

on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC mlang@cwl.law
aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang

on behalf of Interested Party James Dondero mlang@cwl.law  aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang

on behalf of Interested Party NexPoint Advisors  L.P. mlang@cwl.law, aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang

on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. mlang@cwl.law,
aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang

on behalf of Creditor Get Good Trust mlang@cwl.law  aohlinger@cwl.law;ylopez@cwl.law

Michael P. Aigen

on behalf of Plaintiff Dugaboy Investment Trust michael.aigen@stinson.com

Michael P. Aigen

on behalf of Defendant HCRE Partners  LLC (n/k/a NexPoint Real Estate Partners, LLC) michael.aigen@stinson.com

Michael P. Aigen

on behalf of Creditor Hunter Mountain Investment Trust michael.aigen@stinson.com

Michael P. Aigen

on behalf of Interested Party Highland CLO Management Ltd michael.aigen@stinson.com

Michael P. Aigen

on behalf of Creditor The Dugaboy Investment Trust michael.aigen@stinson.com

Michael P. Aigen

on behalf of Defendant James Dondero michael.aigen@stinson.com

Michael P. Aigen

on behalf of Defendant NexPoint Advisors  L.P. michael.aigen@stinson.com

Michael P. Aigen

on behalf of Defendant Highland Capital Management Services  Inc. michael.aigen@stinson.com

Michael P. Aigen

on behalf of Defendant Highland Capital Management Fund Advisors  L.P. michael.aigen@stinson.com

Michael P. Aigen

on behalf of Defendant Nancy Dondero michael.aigen@stinson.com

Michael P. Aigen

Michael P. Aigen

 on behalf of Partner Dugaboy Investment Trust michael.aigen@stinson.com

 on behalf of Plaintiff Hunter Mountain Investment Trust michael.aigen@stinson.com

Michael Scott Held

 on behalf of Creditor Crescent TC Investors  L.P. mheld@jw.com, kgradney@jw.com;osalvatierra@jw.com

Michelle E. Shriro

 on behalf of Interested Party California Public Employees Retirement System (CalPERS) mshriro@singerlevick.com
 scotton@singerlevick.com;tguillory@singerlevick.com

Nicole Skolnekovich

 on behalf of Interested Party Hunton Andrews Kurth LLP nskolnekovich@hunton.com
 astowe@huntonak.com;creeves@huntonak.com

Omar Jesus Alaniz

 on behalf of Other Professional James P. Seery  Jr. oalaniz@reedsmith.com,
 omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

 on behalf of Creditor Farallon Capital Management  LLC oalaniz@reedsmith.com,
 omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

 on behalf of Creditor Muck Holdings LLC oalaniz@reedsmith.com  omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

 on behalf of Debtor Highland Capital Management  L.P. oalaniz@reedsmith.com,
 omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

 on behalf of Creditor Stonehill Capital Management LLC oalaniz@reedsmith.com
 omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

 on behalf of Other Professional Highland Claimant Trust oalaniz@reedsmith.com
 omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

 on behalf of Creditor James P. Seery  Jr. oalaniz@reedsmith.com, omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

 on behalf of Creditor Jessup Holdings LLC oalaniz@reedsmith.com
 omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Paige Holden Montgomery

 on behalf of Plaintiff Official Committee of Unsecured Creditors pmontgomery@sidley.com
 txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;spencer.stephens@sidley.com;ebromagen@sidley.com;e
 filingnotice@sidley.com

Paige Holden Montgomery

 on behalf of Interested Party Litigation Trustee of the Highland Capital Management  L.P. Litigation Sub-Trust
 pmontgomery@sidley.com,
 txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;spencer.stephens@sidley.com;ebromagen@sidley.com;e
 filingnotice@sidley.com

Paige Holden Montgomery

 on behalf of Creditor Committee Official Committee of Unsecured Creditors pmontgomery@sidley.com
 txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;spencer.stephens@sidley.com;ebromagen@sidley.com;e
 filingnotice@sidley.com

Paige Holden Montgomery

 on behalf of Interested Party Committee of Unsecured Creditors pmontgomery@sidley.com
 txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;spencer.stephens@sidley.com;ebromagen@sidley.com;e
 filingnotice@sidley.com

Paul M. Lopez

 on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com

Penny Packard Reid

 on behalf of Creditor Committee Official Committee of Unsecured Creditors preid@sidley.com
 txefilingnotice@sidley.com;penny-reid-4098@ecf.pacerpro.com;ncade@sidley.com

Phillip L. Lamberson

 on behalf of Creditor Acis Capital Management  L.P. plamberson@winstead.com

Phillip L. Lamberson

 on behalf of Creditor Acis Capital Management GP  LLC plamberson@winstead.com

Rakhee V. Patel

 on behalf of Creditor Acis Capital Management  L.P. rpatel@sidley.com,
 rakhee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

District/off: 0539-3
Date Rcvd: Sep 23, 2025

User: admin
Form ID: BTXN113

Page 23 of 24
Total Noticed: 1

Rakhee V. Patel

on behalf of Creditor Acis Capital Management GP  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Richard L. Wynne

on behalf of Interested Party John S. Dubel rlwynne@jonesday.com

Richard L. Wynne

on behalf of Interested Party Hon.Russell F. Nelms (Ret.) rlwynne@jonesday.com

Robert Joel Feinstein

on behalf of Defendant Highland Capital Management  LP rfeinstein@pszjlaw.com

Robert Joel Feinstein

on behalf of Debtor Highland Capital Management  L.P. rfeinstein@pszjlaw.com

Robert Scott Loigman

on behalf of Interested Party Marc S. Kirschner  the Litigation Trustee of the Highland Litigation Sub-Trust
robertloigman@quinnemanuel.com

Robert Scott Loigman

on behalf of Interested Party Litigation Trustee of the Highland Capital Management  L.P. Litigation Sub-Trust
robertloigman@quinnemanuel.com

Roger L. McCleary

on behalf of Plaintiff Charitable DAF Fund  L.P. rmccleary@pmmclaw.com

Ryan E. Manns

on behalf of Interested Party UBS AG London Branch ryan.manns@nortonrosefulbright.com
calendaring-nortonrose-9955@ecf.pacerpro.com

Ryan E. Manns

on behalf of Interested Party UBS Securities LLC ryan.manns@nortonrosefulbright.com
calendaring-nortonrose-9955@ecf.pacerpro.com

Ryan J Sullivan, I

on behalf of Cross Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO  AS TRUSTEE OF DUGABOY
INVESTMENT TRUST ryan.sullivan@pillsburylaw.com

Ryan J Sullivan, I

on behalf of Defendant James D. Dondero ryan.sullivan@pillsburylaw.com

Ryan J Sullivan, I

on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO  AS TRUSTEE OF DUGABOY
INVESTMENT TRUST ryan.sullivan@pillsburylaw.com

Ryan J Sullivan, I

on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III  AS TRUSTEE OF GET GOOD TRUST
ryan.sullivan@pillsburylaw.com

Ryan J Sullivan, I

on behalf of Defendant STRAND ADVISORS  INC ryan.sullivan@pillsburylaw.com

Sarah A. Schultz

on behalf of Interested Party PetroCap  LLC sschultz@akingump.com,
mstamer@akingump.com;afreeman@akingump.com;dkazlow@akingump.com;aqureshi@akingump.com;dkrasa-berstell@akingu
mp.com;bkemp@akingump.com;brenda-kemp-7410@ecf.pacerpro.com

Sawnie A. McEntire

on behalf of Plaintiff Charitable DAF Fund  L.P. smcentire@pmmlaw.com,
mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com

Sawnie A. McEntire

on behalf of Creditor Hunter Mountain Investment Trust smcentire@pmmlaw.com
mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com

Sawnie A. McEntire

on behalf of Interested Party Hunter Mountain Investment Trust smcentire@pmmlaw.com
mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com

Sawnie A. McEntire

on behalf of Plaintiff Hunter Mountain Investment Trust smcentire@pmmlaw.com
mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com

Sawnie A. McEntire

on behalf of Interested Party Hunter Mountain Trust smcentire@pmmlaw.com
mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com

Scott M. Seidel

on behalf of Attorney Scott M. Seidel scott@scottseidel.com  susan.seidel@earthlink.net;sms01@trustesolutions.net

Sean M. Beach

on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com  sbeach@ycst.com

Shawn M Bates

on behalf of Creditor Acis Capital Management  L.P. sbates@azalaw.com, tbyrd@azalaw.com

Shawn M. Christianson

on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Susheel Kirpalani

on behalf of Interested Party Litigation Trustee of the Highland Capital Management  L.P. Litigation Sub-Trust
susheelkirpalani@quinnemanuel.com, dian.gwinnup@haynesboone.com

Thomas Albert Cooke

on behalf of Creditor Acis Capital Management  L.P. tcooke@azalaw.com, mflores@azalaw.com

Thomas C. Scannell

on behalf of Interested Party Sentinel Reinsurance Ltd. tscannell@foley.com
acordero@foley.com;thomas-scannell-3441@ecf.pacerpro.com

Thomas Daniel Berghman

on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. tberghman@munsch.com,
amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Thomas Daniel Berghman

on behalf of Defendant NexPoint Advisors  L.P. tberghman@munsch.com,
amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Thomas Daniel Berghman

on behalf of Defendant Highland Capital Management Fund Advisors  L.P. tberghman@munsch.com,
amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Thomas Daniel Berghman

on behalf of Interested Party NexPoint Advisors  L.P. tberghman@munsch.com,
amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Thomas G. Haskins, Jr.

on behalf of Creditor NWCC  LLC thaskins@btlaw.com

Thomas M. Melsheimer

on behalf of Creditor Frank Waterhouse  Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent
tmelsheimer@winston.com, tom-melsheimer-7823@ecf.pacerpro.com

United States Trustee

ustpregion06.da.ecf@usdoj.gov

Vickie L. Driver

on behalf of Creditor HarbourVest et al vickie@driversteplaw.com  crissie@driversteplaw.com;elisa@driversteplaw.com

William R. Howell, Jr.

on behalf of Defendant James D. Dondero williamhowell@utexas.edu  williamhowell@utexas.edu

Zachery Z. Annable

on behalf of Defendant Highland Capital Management  L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Plaintiff Highland Capital Management  L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Other Professional Highland Claimant Trust zannable@haywardfirm.com  mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Other Professional Hayward & Associates PLLC zannable@haywardfirm.com  mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Defendant Highland Capital Management  LP zannable@haywardfirm.com, mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Other Professional Hayward PLLC zannable@haywardfirm.com  mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Defendant Highland Claimant Trust zannable@haywardfirm.com  mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Debtor Highland Capital Management  L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com

TOTAL: 548