BTXN 027 (rev. 06/13)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Highland Capital Management, L.P. | § | Case No.:  19–34054–sgj11 |
| | § | Chapter No.:  11 |
| Debtor(s) | § | |

Dear Geoffrey Harper:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

- ☐ Interim Report
- ☐ Trustee's Final Account
- ☐ Trustee's Final Report
- ☐ 341 Meeting Minute Sheet and Exempt Property Report
- ☐ Report of Trustee in No–Asset Case and Application for Closing
- ☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting
- ☑ Other: Please file an amended designation to make a few adjustments, under she heading Designation of items to be included, under items 4, those items, 4296, 4216, 4402 did you intend to include those in the record? if so the are in the wrong place, it should be listed with the rest of the items to be included. Also on page 15, you listed the Notice of appeal 4396 along with the appealed order 4379, those should omitted as they are listed at the front. on page 16 hearing held 4403 needs to be omitted as it has no PDF.

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 5 days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED:  10/9/25

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/J. Blanco, Deputy Clerk
juan_blanco@txnb.uscourts.gov