PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (admitted *pro hac vice*)
John A. Morris (admitted *pro hac vice*)
Gregory V. Demo (admitted *pro hac vice*)
Jordan A. Kroop (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910

HAYWARD PLLC
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100

*Counsel for Highland Capital Management, L.P.
and the Highland Claimant Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] <br><br> Reorganized Debtor. | Chapter 11 <br><br> Case No. 19-34054-sgj11 |

### APPELLEES' SUPPLEMENTAL
### DESIGNATION OF RECORD ON APPEAL

Appellees Highland Capital Management, L.P. and the Highland Claimant Trust (together "Highland" or "Appellees"), pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, hereby submit their supplemental designation of items to be included in the record in the appeal filed by The Dugaboy Investment Trust ("Appellant") from the *Order Denying Fifth*

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

*Motion to Recuse Judge* [Docket No. 4379] entered by the United States Bankruptcy Court for the Northern District of Texas on September 2, 2025 in the above-referenced bankruptcy proceeding (the "<u>Bankruptcy Case</u>").  Appellees respectfully reserve the right to supplement and/or amend the record on appeal designated herein.

I.    **Supplemental Items in the Bankruptcy Court**

Appellees designate the following additional items from the docket in the United States Bankruptcy Court for the Northern District of Texas, in addition to the items previously designated by Appellant:

| <u>Date</u> | <u>Docket No.</u> | <u>Description</u> |
|---|---|---|
| **Documents Filed in Bankruptcy Court Adversary Proceedings** | | |
| 2/27/2023 | Adv. Proc. 21-03076-sgj, Docket No. 309 | *HCMFA's Motion to Recuse Pursuant to 18 U.S.C. §§ 144 and 455* |
| 2/27/2023 | Adv. Proc. 21-03076-sgj, Docket No. 310 | *Memorandum of Law in Support of Highland Capital Management Fund Advisors, L.P.'s Motion to Recuse* |
| 3/20/2023 | Adv. Proc. 21-03076-sgj, Docket No. 318 | *Joinder of James D. Dondero and The Dugaboy Investment Trust in Highland Capital Management Fund Advisors, L.P.'s Motion to Recuse* |

II.    **Supplemental Items in the District Court**

Appellees designate the following additional items from the docket in the United States District Court for the Northern District of Texas, in addition to the items previously designated by Appellant:

| <u>Date</u> | <u>Docket No.</u> | <u>Description</u> |
|---|---|---|
| **Documents Filed in District Court Cases** | | |
| 2/9/2022 | Case No. 3:21-cv-00879-K, Docket No. 39 | *Memorandum Opinion and Order* |
| 3/8/2024 | Case No. 3:23-cv-00726-S, Docket No. 25 | *Order* on Petition for Writ of Mandamus |

III. **Supplemental Items in the Fifth Circuit**

Appellees designate the following additional items from the docket in the United States Court of Appeals for the Fifth Circuit, in addition to the items previously designated by Appellant:

| Date | Docket No. | Description |
|---|---|---|
| **Documents Filed in Fifth Circuit Case** | | |
| 11/5/2024 | Case No. 24-10287, Docket No. 79 | Unpublished Opinion |
| 4/16/2025 | Case No. 24-10287, Docket No. 142 | Unpublished Opinion |

*[Remainder of Page Intentionally Left Blank]*

October 14, 2025

PACHULSKI STANG ZIEHL & JONES LLP

Jeffrey N. Pomerantz (admitted *pro hac vice*)
John A. Morris (admitted *pro hac vice*)
Gregory V. Demo (admitted *pro hac vice*)
Jordan A. Kroop (admitted *pro hac vice*)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Fax: (310) 201-0760
Email:  jpomerantz@pszjlaw.com
            jmorris@pszjlaw.com
            gdemo@pszjlaw.com
            jkroop@pszjlaw.com

-and-

HAYWARD PLLC

*/s/ Zachery Z. Annable*
Zachery Z. Annable (Texas Bar No. 24053075)
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100

*Counsel for Highland Capital Management, L.P.
and the Highland Claimant Trust*