Jason S. Brookner (Texas Bar No. 24033684)
Andrew K. York (Texas Bar No. 24051554)
Joshua D. Smeltzer (Texas Bar No. 24113859)
Drake M. Rayshell (Texas Bar No. 24118507)
GRAY REED
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: jbrookner@grayreed.com
dyork@grayreed.com
jsmeltzer@grayreed.com
drayshell@grayreed.com

*Counsel to Patrick Daugherty*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054 (SGJ) |
| | § | |
| Reorganized Debtor. | § | |
| | § | |

**PATRICK DAUGHERTY'S WITNESS AND EXHIBIT LIST**
**FOR HEARING SCHEDULED FOR NOVEMBER 13, 2025 AT 9:30 A.M.**

Patrick Daugherty, ("Daugherty") hereby files this Witness and Exhibit List for the hearing scheduled for November 13, 2025, at 9:30 a.m. (Central Time) in connection with (1) *Highland Capital Management, L.P. and the Highland Claimant Trust's Motion for an Order Authorizing (A) the Destruction of Certain Documents and Obsolete Equipment and (B) for Related Relief* [Docket No. 4416] and Patrick Daugherty's *Objection* to same [Docket No. 4449], and (2) *Highland*

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

4937-3623-6153

*Employee Retention Assets, LLC's Motion to Intervene Pursuant to F.R.B.P. 2018* [Docket No. 4446].

## WITNESSES

Daugherty may call one or more of the following witnesses at the hearing:

1. John A. Morris;

2. Drake M. Rayshell;

3. Patrick H. Daugherty;

4. Any witnesses called by any other party; and

5. Any witnesses necessary for impeachment, depending upon the witnesses and evidence presented by other parties.

Daugherty reserves the right to cross-examine any witness called by any other party.

## EXHIBITS

Daugherty designates the following exhibits:

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMITTED |
|---|---|---|---|---|---|
| PD-1 | Settlement Agreement between Highland Capital Management, L.P. and Patrick Daugherty [Doc. No. 3089-1]. | | | | |
| PD-2 | Declaration of Patrick Daugherty in Support of Patrick Daugherty's Objection to Motion for an Order Authorizing (A) the Destruction of Certain Documents and Obsolete Equipment and (B) For Related Relief [Doc. No. 4449, Ex. B]. | | | | |
| PD-3 | Sampling of HERA Emails Produced by Abrams & Bayliss [Doc. No. 4449, Ex. B-1]. | | | | |

4937-3623-6153

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMITTED |
|---|---|---|---|---|---|
| PD-4 | Plaintiff's [Highland Employee Retention Assets, LLC] First Amended Original Complaint [Doc. No. 4449, Ex. B-2]. | | | | |
| PD-5 | Complaint for (1) Disallowance of Claim No. 205 In Its Entirety, (2) Estimation of Claim No. 205 For Allowance Purposes, Or (3) Subordination of Any Allowed Portion of Claim No. 205 of Patrick Hagaman Daugherty in Adversary Proceeding No. 25-03055-sgj, *Highland Capital Management, L.P. v. Patrick Hagaman Daugherty* [Adv. Proc. 25-03055, Doc. No. 1]. | | | | |
| PD-6 | Patrick Daugherty's Answer to Plaintiff Highland Capital Managements L.P.'s Complaint for (1) Disallowance of Claim No. 205 in its Entirety, (2) Estimation of Claim No. 205 for Allowance Purposes, or (3) Subordination of Any Allowed Portion of Claim No. 205 of Patrick Hagaman Daugherty [Doc. No. 1] and Original Counterclaim [Adv. Proc. 25-03055, Doc. No. 39]. | | | | |
| PD-7 | Declaration of Andrew K. York in Support of Patrick Daugherty's Objection to Motion for an Order Authorizing (A) the Destruction of Certain Documents and Obsolete Equipment and (B) for Related Relief [Docket No. 4449, Ex. D]. | | | | |
| PD-8 | October 6, 2025 Letter from A. York to J. Morris [Docket No. 4449, Ex. D-1]. | | | | |
| PD-9 | October 8, 2025 Email from J. Morris to A. York [Docket No. 4449, Ex. D-2]. | | | | |
| PD-10 | October 8, 2025 "First Inventory List" from J. Morris [Docket No. 4449, Ex. D-3]. | | | | |

4937-3623-6153

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMITTED |
|---|---|---|---|---|---|
| PD-11 | October 9, 2025 Email from D. Rayshell to J. Morris [Docket No. 4449, Ex. D-4]. | | | | |
| PD-12 | October 9, 2025 Email from J. Morris to D. Rayshell [Docket No. 4449, Ex. D-5]. | | | | |
| PD-13 | October 9, 2025 "Second Inventory List" from J. Morris [Docket No. 4449, Ex. D-6]. | | | | |
| PD-14 | October 26, 2025 Email from A. York to J. Morris [ Docket No. 4449, Ex. D-7]. | | | | |
| PD-15 | October 27, 2025 Email from J. Morris to A. York [Docket No. 4449, Ex. D-8]. | | | | |

Daugherty reserves the right to supplement or amend this Witness and Exhibit List any time prior to the hearing. This Witness and Exhibit List is not intended to limit Daugherty at the hearing or to imply that Daugherty may not seek introduction of evidence that is not on this list. Daugherty reserves the right to use any of the exhibits designated by any other party in this case.

4937-3623-6153

Respectfully submitted this 10th day of November, 2025.

                GRAY REED

By:  */s/ Drake M. Rayshell*
    Jason S. Brookner
    Texas Bar No. 24033684
    Andrew K. York
    Texas Bar No. 24051554
    Joshua D. Smeltzer
    Texas Bar No. 24113859
    Drake M. Rayshell
    Texas Bar No. 24118507

1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email:     jbrookner@grayreed.com
            dyork@grayreed.com
            jsmeltzer@grayreed.com
            draysehll@grayreed.com

*Counsel to Patrick Daugherty*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing instrument was served on all Parties or counsel of record herein on this 10th day of November 2025, via the CM/ECF system and/or email.

            */s/ Drake M. Rayshell*
            DRAKE M. RAYSHELL

4937-3623-6153