# EXHIBIT B



Jason S. Brookner (Texas Bar No. 24033684)
Andrew K. York (Texas Bar No. 24051554)
Joshua D. Smeltzer (Texas Bar No. 24113859)
Drake M. Rayshell (Texas Bar No. 24118507)
**GRAY REED**
1601 Elm Street, Suite 4600
Dallas, TX 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: jbrookner@grayreed.com
dyork@grayreed.com
jsmeltzer@grayreed.com
drayshell@grayreed.com

*Counsel to Patrick Daugherty*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § § | Case No. 19-34054 (SGJ) |
| Reorganized Debtor. | § § § | |

**DECLARATION OF PATRICK DAUGHERTY IN
SUPPORT OF PATRICK DAUGHERTY'S OBJECTION TO MOTION
FOR AN ORDER AUTHORIZING (A) THE DESTRUCTION OF CERTAIN
DOCUMENTS AN OBSOLETE EQUIPMENT AND (B) FOR RELATED RELIEF**

I, Patrick Daugherty, pursuant to 28 U.S.C § 1746, under penalty of perjury, declare as follows:

1. I am an interested party in the Main Bankruptcy Proceeding, Case No. 19-34054, and the named defendant in the Adversary Proceeding Case No. 25-03055-sgj11. I am also the Chief Asset Recovery Officer of Highland Employee Retention Assets, LLC ("HERA") and

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

4915-5332-3893

Highland ERA Management, LLC ("ERA"), entities I received from Highland (defined below) through a settlement agreement approved by this Court in March 2022. [*See* Doc. Nos. 3088, 3089 (the "Settlement Agreement")]. I am able to swear, and hereby do swear, that the facts stated in this declaration are true and correct and are within my personal knowledge. I make this declaration in support of Patrick Daugherty's *Objection to the Motion for an Order Authorizing (A) The Destruction of Certain Documents and Obsolete Equipment and (B) For Related Relief* [Docket No. 4416] (the "Motion") filed by Highland Capital Management, L.P.'s ("Debtor" or "Highland"), the Highland Claimant Trust (the "Claimant Trust"), and (collectively, Highland and the Claimant Trust "Movants").

2. Pursuant to the terms of our Settlement Agreement, I requested Highland to turn over all HERA and ERA books and records, and that comprise Highland's "interests in HERA and ERA" as promised under the Settlement Agreement. In response to those many requests, I have only received limited items and incomplete information within categories of tax information, statements and spreadsheets, financial information, invoices, and documents from Highland. I have never received any email communications from Highland that concern HERA and ERA's affairs.

3. In my capacity as an agent for HERA, I requested and received documents from other third-parties that I suspected may have relevant information to HERA's claims of malfeasance against James Dondero, Mark Okada, Scott Ellington, and others. In response to those requests, Abrams & Bayliss produced a number of relevant email communications and attachments that indicated HERA had actionable claims against its prior principals and agents. True and correct copies of certain emails from that production are attached hereto as Exhibit B-1.

2

4915-5332-3893

4. Based on those emails, inter alia, HERA brought claims against its prior principals and agents as detailed in Plaintiff's First Amended Complaint in Cause No. 3:24-cv-00498-K, pending in the Northern District of Texas, filed July 15, 2024. A true and correct copy of that complaint is attached hereto as Exhibit B-2. Critically, that litigation concerns bad acts committed by HERA's former principals and agents dating back to the late 2000s.

5. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed in Dallas County, Texas on the 28th Day of October 2025.

*PH Daugherty*
Patrick Daugherty

4915-5332-3893