# EXHIBIT D



Jason S. Brookner (Texas Bar No. 24033684)
Andrew K. York (Texas Bar No. 24051554)
Joshua D. Smeltzer (Texas Bar No. 24113859)
Drake M. Rayshell (Texas Bar No. 24118507)
**GRAY REED**
1601 Elm Street, Suite 4600
Dallas, TX 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email:   jbrookner@grayreed.com
         dyork@grayreed.com
         jsmeltzer@grayreed.com
         drayshell@grayreed.com

*Counsel to Patrick Daugherty*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054 (SGJ) |
| | § | |
| Reorganized Debtor. | § | |
| | § | |

**DECLARATION OF ANDREW K. YORK IN
SUPPORT OF PATRICK DAUGHERTY'S OBJECTION TO MOTION
FOR AN ORDER AUTHORIZING (A) THE DESTRUCTION OF CERTAIN
DOCUMENTS AN OBSOLETE EQUIPMENT AND (B) FOR RELATED RELIEF**

I, Andrew K. York, pursuant to 28 U.S.C. § 1746, under penalty of perjury, declare as follows:

1. I am an attorney of record for Patrick Daugherty ("Daugherty") in both the main bankruptcy proceeding, Case No. 19-34054-sgj11, and Adversary Proceeding Case No. 25-03055-sgj11. I am able to swear, and hereby do swear, that the facts stated in this declaration are true and

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

4916-2069-4901

correct and are within my personal knowledge. I make this declaration in support of Patrick Daugherty's *Objection to the Motion for an Order Authorizing (A) The Destruction of Certain Documents and Obsolete Equipment and (B) For Related Relief* [Docket No. 4416] (the "Motion") filed by Highland Capital Management, L.P.'s ("Debtor" or "Highland"), the Highland Claimant Trust (the "Claimant Trust"), and (collectively, Highland and the Claimant Trust "Movants").

2. On October 6, 2025, in response to the Motion, I drafted and sent a letter to Highland's counsel, John Morris, requesting additional details about the information that Movants seek to destroy through their Motion. A true and correct copy of that letter is attached here to as Exhibit D-1.

3. On October 8, 2025, Mr. Morris responded to my letter by providing the Iron Mountain Inventory List in .pdf format (the "First Inventory List"). A true and correct copy of that email is attached hereto as Exhibit D-2. A true and correct copy of the First Inventory List is attached hereto as Exhibit D-3.

4. On October 9, 2025, my associate, Drake Rayshell emailed Mr. Morris indicating that the list was missing data due to the formatting of the columns within the document. A true and correct copy of that email is attached hereto as Exhibit D-4.

5. Mr. Morris responded on October 9, 2025 and provided a different .pdf copy of the Iron Mountain Inventory List (the "Second Inventory List"). A true and correct copy of that email is attached hereto as Exhibit D-5. A true and correct copy of the Second Inventory List is attached hereto as Exhibit D-6.

6. On October 26, 2025, with no additional details forthcoming and after my team's review the Second Inventory List, I emailed Mr. Morris identifying the deficiencies in the Iron

2

Mountain information and requesting a response to the inquiries in my October 6 letter. A true and correct copy of that email is attached hereto as Exhibit D-7.

7. Mr. Morris responded on October 27, 2025, that it was "too bad Mr. Daugherty did not find anything on the inventory list that might be useful" and refused to engage in further meaningful discussion regarding the contents of my October 6 letter. A true and correct copy of that email is attached hereto at Exhibit D-8.

8. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed in Dallas County, Texas on the 28th Day of October 2025.

*/s/ Andrew K. York*
Andrew K. York

4916-2069-4901