Case 19-34054-sgj11 Doc 4438-11 Filed 10/28/25 Entered 10/28/25 16:52:09 Desc
Main Document Page 246 of 3280

# EXHIBIT D-4



|  |  |
|---|---|
| **From:** | Drake Rayshell |
| **To:** | "John A. Morris"; Deitsch-Perez, Deborah R.; Drew K. York |
| **Cc:** | Jeff Pomerantz; Aigen, Michael P. |
| **Subject:** | RE: Highland: Inventory of Boxes to be Destroyed |
| **Date:** | Thursday, October 9, 2025 7:05:32 AM |
| **Attachments:** | Iron Mountain Inventory for destruction.pdf |

John,

At first blush, it looks like your .pdf export caused a loss of data because a large portion of the spreadsheet displays "######" instead of the actual date. It is unclear if any other information was also lost in the export. Will you please provide the native spreadsheet instead so we can evaluate the complete information?

Thanks,
Drake

**From:** John A. Morris <jmorris@pszjlaw.com>
**Sent:** Wednesday, October 8, 2025 2:09 PM
**To:** Deitsch-Perez, Deborah R. <deborah.deitschperez@stinson.com>; Drew K. York <dyork@grayreed.com>
**Cc:** Jeff Pomerantz <jpomerantz@pszjlaw.com>; Aigen, Michael P. <michael.aigen@stinson.com>; Drake Rayshell <drayshell@grayreed.com>
**Subject:** [EXTERNAL] Highland: Inventory of Boxes to be Destroyed

Deborah and Drew:

You have each inquired about the Documents subject to the Destruction Motion.

While your clients have no right to obtain any of the Documents, Highland would like to avoid any objection to the Motion.

Toward that end, attached is the inventory of the boxes subject to the Motion (I understand the list is searchable). To resolve any objection, please let us know if your clients want copies of the Documents in any box; assuming they are plausibly related to some on-going litigation, we can arrange to have them copied at your client's expense and provide them pursuant to an agreed-upon confidentiality agreement.

Regards,

John

**John A. Morris**

Pachulski Stang Ziehl & Jones LLP

Direct Dial: 212.561.7760

Tel: 212.561.7700 | Fax: 212.561.7777

jmorris@pszjlaw.com

vCard | Bio | LinkedIn



Los Angeles | New York | Wilmington, DE | Houston | San Francisco