# EXHIBIT D-5



| | |
|---|---|
| **From:** | John A. Morris |
| **To:** | Drake Rayshell; Deitsch-Perez, Deborah R.; Drew K. York |
| **Cc:** | Jeff Pomerantz; Aigen, Michael P. |
| **Subject:** | [EXTERNAL] RE: Highland: Inventory of Boxes to be Destroyed |
| **Date:** | Thursday, October 9, 2025 2:54:08 PM |
| **Attachments:** | image001.jpg<br>image002.png<br>Iron Mountain.pdf |

Drake:

Try and attached and let me know if there are any issues.

Regards,

John

**John A. Morris**

Pachulski Stang Ziehl & Jones LLP

Direct Dial: 212.561.7760

Tel: 212.561.7700 | Fax: 212.561.7777

jmorris@pszjlaw.com

vCard | Bio | LinkedIn



Los Angeles | New York | Wilmington, DE | Houston | San Francisco

**From:** Drake Rayshell <drayshell@grayreed.com>
**Sent:** Thursday, October 9, 2025 8:06 AM
**To:** John A. Morris <jmorris@pszjlaw.com>; Deitsch-Perez, Deborah R. <deborah.deitschperez@stinson.com>; Drew K. York <dyork@grayreed.com>
**Cc:** Jeff Pomerantz <jpomerantz@pszjlaw.com>; Aigen, Michael P. <michael.aigen@stinson.com>
**Subject:** RE: Highland: Inventory of Boxes to be Destroyed

John,

At first blush, it looks like your .pdf export caused a loss of data because a large portion of the spreadsheet displays "######" instead of the actual date. It is unclear if any other information was also lost in the export. Will you please provide the native spreadsheet instead so we can evaluate the complete information?

Thanks,
Drake

**Drake Rayshell**
**Associate**
Tel 469.320.6220 | Fax 469.320.6805 | drayshell@grayreed.com
1601 Elm St., Suite 4600 | Dallas, TX 75201
grayreed.com | Connect with me on LinkedIn



**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

---

**From:** John A. Morris <jmorris@pszjlaw.com>
**Sent:** Wednesday, October 8, 2025 2:09 PM
**To:** Deitsch-Perez, Deborah R. <deborah.deitschperez@stinson.com>; Drew K. York <dyork@grayreed.com>
**Cc:** Jeff Pomerantz <jpomerantz@pszjlaw.com>; Aigen, Michael P. <michael.aigen@stinson.com>; Drake Rayshell <drayshell@grayreed.com>
**Subject:** [EXTERNAL] Highland: Inventory of Boxes to be Destroyed

Deborah and Drew:

You have each inquired about the Documents subject to the Destruction Motion.

While your clients have no right to obtain any of the Documents, Highland would like to avoid any objection to the Motion.

Toward that end, attached is the inventory of the boxes subject to the Motion (I understand the list is searchable). To resolve any objection, please let us know if your clients want copies of the Documents in any box; assuming they are plausibly related to some on-going litigation, we can arrange to have them copied at your client's expense and provide them pursuant to an agreed-upon confidentiality agreement.

Regards,

John

**John A. Morris**

Pachulski Stang Ziehl & Jones LLP

Direct Dial: 212.561.7760

Tel: 212.561.7700 | Fax: 212.561.7777

[jmorris@pszjlaw.com](mailto:jmorris@pszjlaw.com)

[vCard](#) | [Bio](#) | [LinkedIn](#)



Los Angeles | New York | Wilmington, DE | Houston | San Francisco