# EXHIBIT D-6



Geod 10-0866-4sgg111 00bo4661117 Filexd 10/06/08 Dtiatexed 11/06/08 ft1 15/026 15:32/00:4:1 DDesc
Mailn Doc Main Doc Page 27 of 27 of 210

| CUSTOMER ID | CUSTOMER NAME | DISTRICT ID | DISTRICT NAM | DIVISION ID | DIVISION NAME | DEPARTMENT ID | DEPARTMENT NAME | RECORD CODE | RECORD CODE DES | REF BOX # | CUST BOX # | STATUS | BOX TYPE | CUST | CUST MEDIA TYPE | CREATE DATE | EVENT DATE | RECEIPT DATE | FROM DATE | TO DATE | DESTRUCTION DATE | DESTRUCTION INDI | MANUAL DESTRUC | BOX LOCATION | MAJOR DESCRIPTION | MINOR DESCRIPTION | ALPHA FROM | ALPHA TO | REFERENCE 1 | REFERENCE 2 | LONG DESCRIPTION | LAST PICK-UP ORDER | RFID TAG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37311 | HIGHLAND CAPITAL D | DALLAS TX | | | MASTER DIVISION | | MASTER DEPARTMENT | | | DFW01000733 | 08018299 NRM | | 1.2 | 1.2 | | 2/22/2000 | | | | | | | NO | | D.128010000340300 | AUDIT LETTERS & | PRICING LIST | | | 086190296 | | | 0 |
| 37311 | HIGHLAND CAPITAL D | DALLAS TX | | | MASTER DIVISION | | MASTER DEPARTMENT | | | DFW01000734 | 08018298 NRM | | 1.2 | 1.2 | | 2/24/2000 | | | | | | | NO | | D.128010000340108 | CH FPS | | | | 086190298 | | | 0 |
| 37311 | HIGHLAND CAPITAL D | DALLAS TX | | | MASTER DIVISION | | MASTER DEPARTMENT | | | DFW01000735 | 08018300 NRM | | 1.2 | 1.2 | | 2/22/2000 | 2/24/2000 | 3/1/1992 | 12/28/1992 | | | NO | | D.128020000640801 | PROSPECT STREET HIGH | INCOME PORTFOLIO | | | 086100311 | | | 0 |
| 37311 | HIGHLAND CAPITAL D | DALLAS TX | | | MASTER DIVISION | | MASTER DEPARTMENT | | | DFW01000736 | 08018301 NRM | | 1.2 | 1.2 | | 2/22/2000 | 2/24/2000 | 3/21/1998 | 3/23/1998 | | | NO | | D.128020000640803 | PROSPECT STREET HIGH | INCOME PORTFOLIO | | | 086100301 | | | 0 |
| 37311 | HIGHLAND CAPITAL D | DALLAS TX | | | MASTER DIVISION | | MASTER DEPARTMENT | | | DFW01000737 | 08018302 NRM | | 1.2 | 1.2 | | 2/22/2000 | 2/24/2000 | 4/1/1991 | 1/31/1992 | | | NO | | D.128020000640805 | PROSPECT STREET HIGH | INCOME PORTFOLIO | | | 086100302 | | | 0 |
| 37311 | HIGHLAND CAPITAL D | DALLAS TX | | | MASTER DIVISION | | MASTER DEPARTMENT | | | DFW01000738 | 08018303 NRM | | 1.2 | 1.2 | | 2/22/2000 | 2/24/2000 | 9/1/1993 | 4/18/1994 | | | NO | | D.128020000640804 | PROSPECT STREET HIGH | INCOME PORTFOLIO | | | 086100303 | | | 0 |
| 37311 | HIGHLAND CAPITAL D | DALLAS TX | | | MASTER DIVISION | | MASTER DEPARTMENT | | | DFW01000739 | 08018304 NRM | | 1.2 | 1.2 | | 2/22/2000 | 2/24/2000 | 1/1/1993 | 12/31/1993 | | | NO | | D.128010000540251 | BANK OF NEW YORK MONTH | END REPORTS | | | 086190304 | | | 0 |
| 37311 | HIGHLAND CAPITAL D | DALLAS TX | | | MASTER DIVISION | | MASTER DEPARTMENT | | | DFW01000740 | 08018305 NRM | | 1.2 | 1.2 | | 2/24/2000 | 1/1/1989 | 12/31/1991 | | | | | NO | | D.128020000340254 | PROSPECT TRADE TICKETS | | | | 086190305 | | | 0 |
| 37311 | HIGHLAND CAPITAL D | DALLAS TX | | | MASTER DIVISION | | MASTER DEPARTMENT | | | DFW01000741 | 08018306 NRM | | 1.2 | 1.2 | | 2/22/2000 | | 1/4/1993 | 9/20/1993 | | | | NO | | D.128010000340606 | PROSPECT STREET HIGH | INCOME PORTFOLIO | | | 086100306 | | | 0 |
| 37311 | HIGHLAND CAPITAL D | DALLAS TX | | | MASTER DIVISION | | MASTER DEPARTMENT | | | DFW01000742 | 08018307 NRM | | 1.2 | 1.2 | | 2/22/2000 | | 1/4/1999 | 2/27/1999 | | | | NO | | D.128010000540206 | PROSPECT STREET HIGH | INCOME PORTFOLIO | | | 086100307 | | | 0 |
| 37311 | HIGHLAND CAPITAL D | DALLAS TX | | | MASTER DIVISION | | MASTER DEPARTMENT | | | DFW01000743 | 08018308 NRM | | 1.2 | 1.2 | | 2/22/2000 | | 2/22/1989 | 3/22/1989 | | | | NO | | D.128010000540208 | PROSPECT STREET HIGH | INCOME PORTFOLIO | | | 086100308 | | | 0 |
| 37311 | HIGHLAND CAPITAL D | DALLAS TX | | | MASTER DIVISION | | MASTER DEPARTMENT | | | DFW01000744 | 08018309 NRM | | 1.2 | 1.2 | | 2/22/2000 | | 9/1/1989 | 11/20/1989 | | | | NO | | D.128010000340205 | PROSPECT STREET HIGH | INCOME PORTFOLIO | | | 086100309 | | | 0 |
| 37311 | HIGHLAND CAPITAL D | DALLAS TX | | | MASTER DIVISION | | MASTER DEPARTMENT | | | DFW01000745 | 08018310 NRM | | 1.2 | 1.2 | | 2/22/2000 | | 1/19/1989 | 2/22/1989 | | | | NO | | D.128010000340206 | PROSPECT STREET HIGH | INCOME PORTFOLIO | | | 086100310 | | | 0 |
| 37311 | HIGHLAND CAPITAL D | DALLAS TX | | | MASTER DIVISION | | MASTER DEPARTMENT | | | DFW01000746 | 08018311 NRM | | 1.2 | 1.2 | | 2/22/2000 | | 12/1/1988 | 12/9/1988 | | | | NO | | D.128010000540206 | PROSPECT STREET HIGH | INCOME PORTFOLIO | | | 086100311 | | | 0 |
| 37311 | HIGHLAND CAPITAL D | DALLAS TX | | | MASTER DIVISION | | MASTER DEPARTMENT | | | DFW01000747 | 08018312 NRM | | 1.2 | 1.2 | | 2/22/2000 | | 3/4/1988 | 3/29/1988 | | | | NO | | D.128010000540208 | PROSPECT STREET HIGH | INCOME PORTFOLIO | | | 086100312 | | | 0 |
| 37311 | HIGHLAND CAPITAL D | DALLAS TX | | | MASTER DIVISION | | MASTER DEPARTMENT | | | DFW01000748 | 08018313 NRM | | 1.2 | 1.2 | | 2/22/2000 | | 11/1/1988 | 12/9/1988 | | | | NO | | D.128010000340405 | PROSPECT STREET HIGH | INCOME PORTFOLIO | | | 086100313 | | | 0 |
| 37311 | HIGHLAND CAPITAL D | DALLAS TX | | | MASTER DIVISION | | MASTER DEPARTMENT | | | DFW01000749 | 08018314 NRM | | 1.2 | 1.2 | | 2/22/2000 | | 3/28/2000 | 3/28/2000 | | | | NO | | D.128010000340405 | PROSPECT STREET HIGH | INCOME PORTFOLIO | | | 086100314 | | | 0 |
| 37311 | HIGHLAND CAPITAL D | DALLAS TX | | | MASTER DIVISION | | MASTER DEPARTMENT | | | DFW01000750 | 08018315 NRM | | 1.2 | 1.2 | | 2/22/2000 | | 3/24/2000 | 8/29/1995 | | | | NO | | D.128010000340405 | PROSPECT STREET HIGH | INCOME PORTFOLIO | | | 086100315 | | | 0 |
| 37311 | HIGHLAND CAPITAL D | DALLAS TX | | | MASTER DIVISION | | MASTER DEPARTMENT | | | DFW01000751 | 08018316 NRM | | 1.2 | 1.2 | | 2/22/2000 | | 12/29/1988 | 1/18/1989 | | | | NO | | D.128010000340408 | PROSPECT STREET HIGH | INCOME PORTFOLIO | | | 086100316 | | | 0 |
| 37311 | HIGHLAND CAPITAL D | DALLAS TX | | | MASTER DIVISION | | MASTER DEPARTMENT | | | DFW01000752 | 08018317 NRM | | 1.2 | 1.2 | | 2/22/2000 | | 3/27/1989 | 5/1/1989 | | | | NO | | D.128010000340308 | PROSPECT STREET HIGH | INCOME PORTFOLIO | | | 086100317 | | | 0 |