# EXHIBIT D-7



| | |
|---|---|
| **From:** | Drew K. York |
| **To:** | John A. Morris |
| **Cc:** | Jeff Pomerantz; Drake Rayshell |
| **Subject:** | RE: Highland: Inventory of Boxes to be Destroyed |
| **Date:** | Sunday, October 26, 2025 2:30:34 PM |
| **Attachments:** | 2025.10.06 LTR to J. Morris fr AKY.pdf<br>grayreed40thanniversary_776cb36b-8781-4a34-a4ad-ddc5f9a4202d.png |

John,

We have reviewed the inventory you provided. Unfortunately, the inventory is insufficient for Daugherty to be able to fully determine whether the boxes contain (1) HERA/ERA books and records Daugherty is entitled to under the Settlement Agreement; or (2) discoverable information relating to existing litigation, including the HCMLP adversary proceeding against Daugherty and the HERA lawsuit against Dondero et al. By our counts there are more than 100 boxes that have no description at all. There are also numerous boxes on the inventory that have vague descriptions that their contents are indiscernible. I request a response to the questions raised in my October 6 letter, which I've attached again for your convenience. Thank you.

Regards,
Drew


**Drew K. York**
**Partner**
Tel 469.320.6114  | Fax 469.320.6883 | dyork@grayreed.com
1601 Elm St., Suite 4600 | Dallas, TX 75201
grayreed.com | Connect with me on LinkedIn



**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

---

**From:** John A. Morris <jmorris@pszjlaw.com>
**Sent:** Wednesday, October 08, 2025 2:09 PM
**To:** Deitsch-Perez, Deborah R. <deborah.deitschperez@stinson.com>; Drew K. York <dyork@grayreed.com>
**Cc:** Jeff Pomerantz <jpomerantz@pszjlaw.com>; Aigen, Michael P. <michael.aigen@stinson.com>; Drake Rayshell <drayshell@grayreed.com>
**Subject:** [EXTERNAL] Highland: Inventory of Boxes to be Destroyed

Deborah and Drew:

You have each inquired about the Documents subject to the Destruction Motion.

While your clients have no right to obtain any of the Documents, Highland would like to avoid any objection to the Motion.

Toward that end, attached is the inventory of the boxes subject to the Motion (I understand the list is searchable). To resolve any objection, please let us know if your clients want copies of the Documents in any box; assuming they are plausibly related to some on-going litigation, we can arrange to have them copied at your client's expense and provide them pursuant to an agreed-upon confidentiality agreement.

Regards,

John

**John A. Morris**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 212.561.7760
Tel: 212.561.7700 | Fax: 212.561.7777
jmorris@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | New York | Wilmington, DE | Houston | San Francisco