# **EXHIBIT 3**

**From:** Drew K. York <dyork@grayreed.com>
**Sent:** Friday, November 7, 2025 9:22 AM
**To:** John A. Morris <jmorris@pszjlaw.com>
**Cc:** Jeff Pomerantz <jpomerantz@pszjlaw.com>; Jason S. Brookner <jbrookner@grayreed.com>; Drake Rayshell <drayshell@grayreed.com>; Zachery Annable <zannable@haywardfirm.com>; mbobo@mwblawyer.com
**Subject:** RE: Highland: Destruction Motion

John,

I added Matthew Bobo to this email since he is representing HERA and ERA and filed the motion to intervene, but I have the authority to respond here for them as well.  We appreciate the proposal but cannot agree to it.

I find it interesting that Dondero and the Dondero affiliates have decided to enter into this stipulation especially given their past efforts to conceal fraud and other wrongs upon HERA and other entities, including Highland itself.  Their desire to selectively permit which materials they think they need, while allow other related materials to be destroyed, only raises greater concerns about the preservation of evidence for pending legal actions.

Regards,

Drew

**Drew K. York**
**Partner**
Tel 469.320.6114  | Fax 469.320.6883 | dyork@grayreed.com
1601 Elm St., Suite 4600 | Dallas, TX 75201
grayreed.com | Connect with me on LinkedIn



**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

---

**From:** John A. Morris <jmorris@pszjlaw.com>
**Sent:** Wednesday, November 05, 2025 4:55 PM
**To:** Drew K. York <dyork@grayreed.com>
**Cc:** Jeff Pomerantz <jpomerantz@pszjlaw.com>; Jason S. Brookner <jbrookner@grayreed.com>; Drake Rayshell <drayshell@grayreed.com>; Zachery Annable <zannable@haywardfirm.com>
**Subject:** [EXTERNAL] Highland: Destruction Motion

Drew,

Highland was able to come to an agreement on the Destruction Motion with Mr. Dondero and others, an agreement embodied in the attached Stipulation that resolved the signatories' objections.

Highland's reply to Mr. Daugherty's objection and response to the HERA/ERA motion to intervene are up coming.

Please let us know by **Friday at 5:00 pm Central Time** if Mr. Daugherty, HERA, and ERA are willing to resolve all objections to the Destruction Motion in manner provided in the Stipulation.

Regards,

John


**John A. Morris**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 212.561.7760
Tel: 212.561.7700 | Fax: 212.561.7777
jmorris@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | New York | Wilmington, DE | Houston | San Francisco