BTXN 099 (rev. 12/14)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Highland Capital Management, L.P.<br><br>Debtor(s)<br><br>The Dugaboy Investment Trust<br>Appellant(s)<br>vs.<br>Highland Claimant Trust<br>Appellee(s) | § § § § § § § § § § § § § § § | Case No.: 19–34054–sgj11<br>Chapter No.: 11<br>Civil Case No.: 3:25–CV–02724–L |

# TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

Pursuant to Federal Rules of Bankruptcy Procedure 8010, the appeal filed on 10/6/2025 regarding [4401] ) Order Granting Motion for Order Fixing Allowed Amount of Class 11 Interests (related document # 4362) Entered on 9/22/2025 by The Dugaboy Investment Trust in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

This record on appeal contains all items listed on the attached index, and is in compliance with Rule 8010 of the Federal Rules of Bankruptcy Procedure.

All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

The above referenced record was delivered to the U.S. District Clerk's Office on December 2, 2025.

DATED: 12/2/25         FOR THE COURT:
                       Stephen J Manz, Clerk of Court

                       by: /s/J. Blanco, Deputy Clerk