PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (admitted *pro hac vice*)
John A. Morris (admitted *pro hac vice*)
Gregory V. Demo (admitted *pro hac vice*)
Hayley R. Winograd (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100

*Counsel for Highland Capital Management, L.P.
and the Highland Claimant Trust*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | |

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE
## OF APPELLEES' MOTION TO STRIKE ITEMS
## IMPROPERLY DESIGNATED AS PART OF THE RECORD ON APPEAL

**PLEASE TAKE NOTICE** that on October 16, 2025, Highland Capital Management, L.P. ("Highland"), the reorganized debtor in the above-captioned chapter 11 case (the "Bankruptcy Case"), and the Highland Claimant Trust (the "Claimant Trust," and together with Highland, the

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

"Appellees") filed *Appellees' Motion to Strike Items Improperly Designated as Part of the Record on Appeal* [Docket No. 4434] (the "Motion to Strike") seeking to strike items improperly designated as part of the record in the appeal [Case No. 3:25-cv-02579-B] (the "Recusal Appeal") of this Court's *Order Denying Fifth Motion to Recuse Judge* [Docket No. 4379] (the "Recusal Order") being prosecuted by The Dugaboy Investment Trust ("Dugaboy" or "Appellant").

**PLEASE TAKE FURTHER NOTICE** that on December 3, 2025, upon consideration of Dugaboy's motion for leave to appeal the Recusal Order [Recusal Appeal, Docket No. 17] (the "Motion for Leave to Appeal"), the District Court entered an order denying the Motion for Leave to Appeal and dismissed the Recusal Appeal for lack of jurisdiction [*id.* at Docket No. 25] (the "Dismissal Order"). In light of the entry of the Dismissal Order, the Motion to Strike is moot.

Accordingly, Appellees hereby withdraw without prejudice the Motion to Strike.

[*Remainder of Page Intentionally Blank*]

DATED: December 15, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (admitted *pro hac vice*)
John A. Morris (admitted *pro hac vice*)
Gregory V. Demo (admitted *pro hac vice*)
Hayley R. Winograd (admitted *pro hac vice*)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Fax: (310) 201-0760
Email:    jpomerantz@pszjlaw.com
          jmorris@pszjlaw.com
          gdemo@pszjlaw.com
          hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P., and the Highland Claimant Trust*