Matthew W. Bobo
State Bar No. 24006860
Katy L. Hart
State Bar No. 24049983
LAW OFFICE OF MATTHEW BOBO, PLLC
4916 Camp Bowie Blvd
Ft. Worth, Texas 76107
(817) 529-0774 (Telephone)
mbobo@mwblawyer.com
katy@mwblawyer.com
ATTORNEYS FOR INTERVENOR HIGHLAND EMPLOYEES RETENTION ASSETS, LLC

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | CASE NO. 19-34054-SGJ11 |
| | § | |
| Debtor. | § | |

### HIGHLAND EMPLOYEE RETENTION ASSETS, LLC'S MOTION TO ABATE AND MOTION TO RETAIN CERTAIN DOCUMENTS FOR INSPECTION

TO THE HONORABLE STACEY JERNIGAN:

Now comes Highland Employee Retention Assets, LLC ("HERA") and files this Motion to Abate and Motion to Retain Certain Documents for Inspection. In support of the Motion, HERA would respectfully show the Court as follows:

### I. BACKGROUND FACTS

1. On October 24, 2025, HERA filed a Motion to Intervene (Doc. 4446) to preserve documents that Debtor Highland Capital Management, LP and the Highland Claimants Trusts (HCM) were seeking to destroy through their Motion for an Order Authorizing (A) The Destruction of Certain Documents and Obsolete Equipment and (B) for Related Relief (Doc. 4416). Some of the documents HCM was seeking to destroy were relevant to a case HERA had filed in cause number 3:24-cv-00498-K. (the "HERA Litigation"). HERA filed an Amended

Complaint on July 15, 2024, in the litigation (Doc. 82) attached hereto as **Exhibit A.** The Defendants filed Motions to Dismiss in October of 2024 and HERA filed a Response thereto on February 14, 2025. The Motions to Dismiss are currently pending before the Court.

2. The parties entered into a Stipulation that the Court approved (Doc. 4455) attached hereto as **Exhibit B.** HERA provided counsel for HCM a list of boxes that it needed to review and arranged a date and time to review same. On November 26, 2025, HCM's counsel sent an email and designated the boxes color coded in Red as containing personal information. See November 26, 2025, email attached hereto as **Exhibit C** and the spreadsheet with color codes attached hereto as **Exhibit C-1.**

3. On November 14, 2025 the Court entered an Order Authorizing the Destruction of Certain Documents and Equipment. (Doc. 4467).

4. There were multiple emails back and forth between counsel to try and resolve the review of the boxes HCM had designated in red as containing personal information, but the parties were unable to come to an agreement on their inspection.

5. On December 1, 2025, HERA's counsel requested the red color-coded boxes be retained and not destroyed until such time as HERA could figure out a method of review and offered to pay for the storage of those boxes. See December 1, 2025, email attached hereto as **Exhibit D.** HCM's counsel declined. See **Exhibit D.**

6. On December 2, 2025, the email correspondence continued in trying to resolve the matter but to no avail. See December 2, 2025, email attached hereto as **Exhibit E.**

7. On December 17, 2025, HERA inspected the boxes it was permitted to by HCM that did not include the red color-coded boxes.

## II. RELIEF REQUESTED

8. HERA asks this Court to grant the Motion to Abate and Motion to Retain Certain Documents for Inspection.

9. Any parties who want to object to the relief sought in the motion shall have until January 19, 2026, to file such an objection.

## III. BASIS FOR RELIEF

10. HERA requests the Court abate its Order Authorizing Destruction of Certain Documents and Equipment (Doc. 4467) until the issue regarding the red color-coded boxes can be resolved.

11. HCM repeatedly relies on the Stipulation language to defend its refusal to allow the inspection of the red color-coded boxes designated as containing personal information; however, HCM has no basis to make this designation as they have admitted they have not even reviewed the documents in the boxes to determine if in fact the boxes contain any personal information. This is an abuse of that designation. Proven so by the fact that HCM admits it reviewed three of the red color-coded boxes and actually, allegedly found, they contained documents with personal information. See December 5, 2025, email attached hereto as **Exhibit F.**

12. All HERA is asking is that HCM undertake the same review of the remaining red color-coded boxes to confirm if those boxes contain documents that in fact do have personal information. HERA will pay for the storage of those boxes until such time as when an inspection is completed so there is no cost to HCM.

13. Further, there are several methods this could be accomplished: (1) HCM could actually do an even cursory review to determine if in fact personal information is contained, as they have already done to some of the boxes; (2) HCM could allow HERA to do the inspection

and if in fact any personal information is contained in the documents that information is protected by the confidentiality agreements any reviewer has already executed. See confidentiality agreements attached hereto as **Exhibit G**; (3) the documents could be submitted to a third party to review and determine if in fact any personal information is contained in the red color-coded boxes.

14. HCM's blanket designation without even a review of the boxes is disingenuous and defeats the purpose of the protections provided in the Stipulation.

15. HERA has an interest in protecting documents that are relevant to the prosecution of the HERA Litigation and there are several methods laid out above to ensure relevant documents are not destroyed before inspection of same can be made.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, HERA respectfully prays that this Court enter an order granting HERA's Motion to Abate and Retain Certain Documents for Inspection and for such other and further relief as may be just and equitable.

Respectfully submitted,

By: /s/ Matthew W. Bobo
    **Matthew W. Bobo**
    State Bar No. 24006860
    Katy Hart
    State Bar No. 24049983

    LAW OFFICE OF MATTHEW BOBO, PLLC
    4916 Camp Bowie Blvd
    Ft. Worth, Texas 76107
    (817) 529-0774 (Telephone)
    (817) 698-9401 (Facsimile)
    mbobo@mwblawyer.com
    katy@mwblawyer.com

    **ATTORNEYS FOR INTERVENOR**

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a true and correct copy of the Motion to Intervene has been sent to the parties listed by the Court's ECF notification system and to all other parties via CM/ECF e-notice on this 29th day of December 2025.

                                             */s/ Matthew W. Bobo*
                                             Matthew W. Bobo