| | |
|---|---|
| **From:** | John A. Morris |
| **To:** | mbobo@mwblawyer.com |
| **Cc:** | Jeff Pomerantz; Drew K. York; Drake Rayshell |
| **Subject:** | Highland: Status of Daugherty-requested Boxes at Iron Mountain |
| **Date:** | Friday, November 28, 2025 11:58:29 AM |
| **Attachments:** | image001.jpg |

Bo,

I write in response to the two issues presented in your emails of late Wednesday.

1. <u>Viewing dates</u>

   - For numerous reasons, Highland will not permit Mr. Daugherty or anyone acting on his behalf to communicate directly with Iron Mountain. We have confirmed with Iron Mountain that Mr. Daugherty will bring up to five (5) people on December 17 and 18 (we will need signed Confidentiality Agreements in advance). That should be more than sufficient time since Mr. Dondero completed his review of more boxes in the same period of time with fewer people.
   - Having said that, if additional time is required, we have also confirmed that December 19 remains available (can *any* of the five people review documents on that date?), and a half day is available on December 22. Please let us know if you want us to reserve December 19 or the half day on December 22.

2. <u>Boxes with Personal Information</u>

   - As you know, section 1 of the parties' so-ordered Stipulation gives Highland the unilateral right to withhold boxes containing personally identifiable information, including "any boxes with labels or descriptions containing any of the phrases listed on Exhibit A." All but three of the boxes highlighted with red contain one or more of the phrases on Exhibit A and the other three boxes appear to contain personal information. Moreover, as we explained in Highland's reply brief (Docket No. 4460, fn. 5), Mr. Dondero accepted this exact limitation for this exact reason. Highland will not overlook its rights under the Stipulation and treat Mr. Daugherty differently from Mr. Dondero.

Please let us know if you want Highland to secure a full day on 12/19 or a half day on 12/22.

**John A. Morris**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 212.561.7760
Tel: 212.561.7700 | Fax: 212.561.7777

**EXHIBIT C**

jmorris@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | New York | Wilmington, DE | Houston | San Francisco

---

**From:** mbobo@mwblawyer.com <mbobo@mwblawyer.com>
**Sent:** Wednesday, November 26, 2025 6:26 PM
**To:** John A. Morris <jmorris@pszjlaw.com>
**Cc:** Jeff Pomerantz <jpomerantz@pszjlaw.com>; Drew K. York <dyork@grayreed.com>; Drake Rayshell <drayshell@grayreed.com>
**Subject:** Re: Highland: Status of Daugherty-requested Boxes at Iron Mountain

Thank you we will take Dec 17 and 18 can your rep be there to actually look at the red boxes to in fact see if there is personal information instead of guessing without actually looking at them
Sent from my iPhone

> On Nov 26, 2025, at 3:25 PM, John A. Morris <jmorris@pszjlaw.com> wrote:
>
> Bo.
>
> Following up, the attached chart is color coded as follows:
>
> 1. Items in green are boxes we expect to be available
> 2. Items in red are boxes that Highland has determined contain personal information
> 3. Items in purple are boxes that were apparently checked out in 2013 and never returned.
>
> We learned about the two boxes checked out in 2013 because Mr. Dondero requested the same ones (I assume that's a coincidence).
>
> Please let us know if you want to review the available boxes on December 17-19.
>
> Regards,

John

**John A. Morris**

Pachulski Stang Ziehl & Jones LLP

Direct Dial: 212.561.7760

Tel: 212.561.7700 | Fax: 212.561.7777

jmorris@pszjlaw.com

vCard | Bio | LinkedIn

<image001.jpg>

Los Angeles | New York | Wilmington, DE | Houston | San Francisco

<List of Iron Mountain Boxes to Review to John Morris - Color coded updated.xlsx>