| CUSTOMER NAME | SKP BOX # | CUST BOX # | RECEIPT DATE | BOX LOCATION |
|---|---|---|---|---|
| HIGHLAND CAPITAL | 131262983 | 131262983 | 7/8/2002 | D PP022 D005930201 |
| HIGHLAND CAPITAL | 131262984 | 131262984 | 7/8/2002 | D PP022 D005930205 |
| HIGHLAND CAPITAL | 131262985 | 131262985 | 7/8/2002 | D PP022 D005930406 |
| HIGHLAND CAPITAL | 131262986 | 131262986 | 7/8/2002 | D PP022 D005310702 |
| HIGHLAND CAPITAL | 131262987 | 131262987 | 7/8/2002 | D PP022 D005930102 |
| HIGHLAND CAPITAL | 131262988 | 131262988 | 7/8/2002 | D PP022 D005930408 |
| HIGHLAND CAPITAL | 131262990 | 131262990 | 7/8/2002 | D PP022 D005930101 |
| HIGHLAND CAPITAL | 224509843 | 138 | 2/6/2006 | D CC051 S006130501 |
| HIGHLAND CAPITAL | 224509844 | 139 | 2/6/2006 | D CC051 S006130402 |
| HIGHLAND CAPITAL | 224509845 | 140 | 2/6/2006 | D PP012 T003730806 |
| HIGHLAND CAPITAL | 224509846 | 141 | 2/6/2006 | D CC051 S006130305 |
| HIGHLAND CAPITAL | 224509847 | 142 | 2/6/2006 | D CC051 S006130404 |
| HIGHLAND CAPITAL | 224509848 | 143 | 2/6/2006 | D CC051 S006130306 |
| HIGHLAND CAPITAL | 444452077 | 274 | 8/27/2007 | D CC041 M002430902 |
| HIGHLAND CAPITAL | 511952334 | 511952334 | 3/20/2009 | D CC044 A002010502 |
| HIGHLAND CAPITAL | 511952335 | 511952335 | 3/20/2009 | D CC044 A002010501 |
| HIGHLAND CAPITAL | 511952346 | 511952346 | 6/12/2009 | D CC083 N006520203 |
| HIGHLAND CAPITAL | 511952361 | 511952361 | 10/12/2009 | D PP022 D005930209 |
| HIGHLAND CAPITAL | 511952362 | 511952362 | 10/12/2009 | D CC063 W000520903 |
| HIGHLAND CAPITAL | 511952363 | 511952363 | 11/20/2009 | D CC081 V004830403 |
| HIGHLAND CAPITAL | 511952364 | 511952364 | 11/20/2009 | D CC081 W006110203 |
| HIGHLAND CAPITAL | 511952365 | 511952365 | 11/20/2009 | D CC081 V004910103 |
| HIGHLAND CAPITAL | 511952377 | 511952377 | 1/22/2010 | D CC053 C006630402 |
| HIGHLAND CAPITAL | 511952378 | 511952378 | 1/22/2010 | D CC053 C006630905 |
| HIGHLAND CAPITAL | 511952403 | 511952403 | 11/11/2008 | D BV02308001720701 |
| HIGHLAND CAPITAL | 511952406 | 511952406 | 11/11/2008 | D BV02308001720801 |
| HIGHLAND CAPITAL | 511952407 | 511952407 | 11/11/2008 | D BV02308001720803 |
| HIGHLAND CAPITAL | 511952408 | 511952408 | 11/11/2008 | D BV02308001720806 |
| HIGHLAND CAPITAL | 511952416 | 511952416 | 10/1/2008 | D VC011 S001710102 |
| HIGHLAND CAPITAL | 511952420 | 511952420 | 10/1/2008 | D VC011 S000720603 |
| HIGHLAND CAPITAL | 511952423 | 511952423 | 10/1/2008 | D VC011 S001710203 |
| HIGHLAND CAPITAL | 511952730 | 511952730 | 2/23/2012 | D BV03304001610407 |
| HIGHLAND CAPITAL | 511952731 | 511952731 | 2/23/2012 | D CC031 K000610305 |
| HIGHLAND CAPITAL | 511952733 | 511952733 | 2/23/2012 | D BV03304001610302 |
| HIGHLAND CAPITAL | 511952738 | 511952738 | 2/23/2012 | D C211150000220103 |
| HIGHLAND CAPITAL | 511952740 | 511952740 | 2/23/2012 | D CC052 E005910505 |
| HIGHLAND CAPITAL | 511952744 | 511952744 | 2/23/2012 | D PP032 U001330501 |
| HIGHLAND CAPITAL | 511952746 | 511952746 | 2/23/2012 | D CC031 K000910102 |
| HIGHLAND CAPITAL | 511952747 | 511952747 | 2/23/2012 | D CC031 K000910502 |

**EXHIBIT C-1**

| Entity | ID 1 | ID 2 | Date | Code |
|---|---|---|---|---|
| HIGHLAND CAPITAL | 511952748 | 511952748 | 2/23/2012 | D BV02326000130105 |
| HIGHLAND CAPITAL | 511952749 | 511952749 | 2/23/2012 | D CC031 K001210508 |
| HIGHLAND CAPITAL | 511952750 | 511952750 | 2/23/2012 | D CC031 K001210706 |
| HIGHLAND CAPITAL | 614792756 | 614792756 | 3/11/2010 | D CC061 A001330201 |
| HIGHLAND CAPITAL | 614792886 | 614792886 | 12/13/2011 | D GP02316000230507 |
| HIGHLAND CAPITAL | 614792887 | 614792887 | 12/13/2011 | D L107113001620708 |
| HIGHLAND CAPITAL | 614792888 | 614792888 | 12/13/2011 | D GP02316000410207 |
| HIGHLAND CAPITAL | 614792894 | 614792894 | 12/13/2011 | D GP02316000410705 |
| HIGHLAND CAPITAL | 614792895 | 614792895 | 12/13/2011 | D L107113001620702 |
| HIGHLAND CAPITAL | 614792896 | 614792896 | 2/11/2011 | D L208129000740706 |
| HIGHLAND CAPITAL | 614792897 | 614792897 | 2/11/2011 | D L208129000740404 |
| HIGHLAND CAPITAL | 614792898 | 614792898 | 2/11/2011 | D L208129000740206 |
| HIGHLAND CAPITAL | 614792923 | 614792923 | 12/9/2010 | D L208120000730302 |
| HIGHLAND CAPITAL | 614792924 | 614792924 | 12/9/2010 | D L208120000720703 |
| HIGHLAND CAPITAL | 614792952 | 614792952 | 9/30/2010 | D CC063 E000710309 |
| HIGHLAND CAPITAL | 614792953 | 614792953 | 7/22/2010 | D PP032 I002130302 |
| HIGHLAND CAPITAL | 614792963 | 614792963 | 6/3/2010 | D CC043DD002410905 |
| HIGHLAND CAPITAL | 614792981 | 614792981 | 4/16/2010 | D L107209001020507 |
| HIGHLAND CAPITAL | 713558505 AC 7055 | | 2/23/2012 | D CC031 K000830806 |
| HIGHLAND CAPITAL | 713558506 AC 7056 | | 2/23/2012 | D CC031 K000820306 |
| HIGHLAND CAPITAL | 713558507 AC 7057 | | 2/23/2012 | D PP033 J000930805 |
| HIGHLAND CAPITAL | 713558515 LE1076 | | 2/23/2012 | D CC031 K001820808 |
| HIGHLAND CAPITAL | 713558529 LEG084 | | 2/24/2012 | D CC033 K000930804 |
| HIGHLAND CAPITAL | 713558569 | 713558569 | 2/23/2012 | D CC031 K000830905 |
| HIGHLAND CAPITAL | 713558570 | 713558570 | 2/23/2012 | D BV03304001430602 |
| HIGHLAND CAPITAL | 713558571 | 713558571 | 2/23/2012 | D PP032 U001330307 |
| HIGHLAND CAPITAL | 713558572 | 713558572 | 2/23/2012 | D CC031 K000910801 |
| HIGHLAND CAPITAL | 713558573 | 713558573 | 2/23/2012 | D CC031 K001020503 |
| HIGHLAND CAPITAL | 713558574 | 713558574 | 2/23/2012 | D CC031 K001020306 |
| HIGHLAND CAPITAL | 713558575 | 713558575 | 2/23/2012 | D CC031 K001210909 |
| HIGHLAND CAPITAL | 713558576 | 713558576 | 2/23/2012 | D PPARRIVAL |
| HIGHLAND CAPITAL | 713558577 | 713558577 | 2/23/2012 | D CC031 K000930701 |
| HIGHLAND CAPITAL | 713558578 | 713558578 | 2/23/2012 | D CC031 K001020602 |
| HIGHLAND CAPITAL | 713558579 | 713558579 | 2/23/2012 | D CC031 K000910809 |
| HIGHLAND CAPITAL | 713558580 | 713558580 | 2/23/2012 | D CC031 K000910804 |
| HIGHLAND CAPITAL | 713558581 | 713558581 | 2/23/2012 | D CC031 K000920501 |
| HIGHLAND CAPITAL | 713558582 | 713558582 | 2/23/2012 | D CC031 K001220504 |
| HIGHLAND CAPITAL | 713558584 | 713558584 | 2/23/2012 | D CC031 K000910506 |
| HIGHLAND CAPITAL | 713558586 | 713558586 | 2/23/2012 | D CC031 K000910307 |
| HIGHLAND CAPITAL | 713558587 | 713558587 | 2/23/2012 | D CC031 K000910505 |

| Entity | Number | Ref | Date | Code |
|---|---|---|---|---|
| HIGHLAND CAPITAL | 713558601 | TAX 7102 | 2/9/2012 | D CC084BB006130102 |
| HIGHLAND CAPITAL | 713558605 | TAX 7098 | 2/9/2012 | D CC041 O002410508 |
| HIGHLAND CAPITAL | 713558606 | TAX 7097 | 2/9/2012 | D CC084BB006130101 |
| HIGHLAND CAPITAL | 713558607 | TAX 7096 | 2/9/2012 | D CC084BB006030702 |
| HIGHLAND CAPITAL | 713558608 | TAX 7095 | 2/9/2012 | D CC084BB006030803 |
| HIGHLAND CAPITAL | 713558609 | TAX 7094 | 2/9/2012 | D CC084BB006130301 |
| HIGHLAND CAPITAL | 713558610 | TAX 7093 | 2/9/2012 | D CC084BB006030302 |
| HIGHLAND CAPITAL | 713558611 | TAX 7092 | 2/9/2012 | D CC084BB006030601 |
| HIGHLAND CAPITAL | 713558612 | TAX 7091 | 2/9/2012 | D CC084BB006030802 |
| HIGHLAND CAPITAL | 713558613 | TAX 7090 | 2/9/2012 | D CC084BB005930701 |
| HIGHLAND CAPITAL | 713558614 | TAX 7089 | 2/9/2012 | D CC084BB006130502 |
| HIGHLAND CAPITAL | 713558615 | TAX 7088 | 2/9/2012 | D CC084BB005930601 |
| HIGHLAND CAPITAL | 713558616 | TAX 7087 | 2/9/2012 | D CC084BB006030901 |
| HIGHLAND CAPITAL | 713558617 | TAX 7086 | 2/9/2012 | D CC084BB005930602 |
| HIGHLAND CAPITAL | 713558618 | TAX 7085 | 2/9/2012 | D CC052 E005410402 |
| HIGHLAND CAPITAL | 713558619 | TAX 7084 | 2/9/2012 | D CC052 E005910101 |
| HIGHLAND CAPITAL | 713558620 | TAX 7083 | 2/9/2012 | D CC084BB005930702 |
| HIGHLAND CAPITAL | 713558623 | TAX 7080 | 2/9/2012 | D CC084BB005930903 |
| HIGHLAND CAPITAL | 713558643 | AC 7060 | 2/23/2012 | D CC031 K000910709 |
| HIGHLAND CAPITAL | 713558644 | AC 7059 | 2/23/2012 | D CC031 K000830804 |
| HIGHLAND CAPITAL | 713558663 | LE1042 | 2/21/2012 | D CC031 K001030101 |
| HIGHLAND CAPITAL | 713558681 | LE1069 | 2/23/2012 | D BV03304001610107 |
| HIGHLAND CAPITAL | 713558683 | LE1067 | 2/23/2012 | D BV03304001610204 |
| HIGHLAND CAPITAL | 713558687 | LE1062 | 2/23/2012 | D BV03304001610104 |
| HIGHLAND CAPITAL | 713558697 | LE1065 | 2/23/2012 | D BV03304001610502 |
| HIGHLAND CAPITAL | 714143149 | 1049 | 12/22/2011 | D CC051 L005430602 |
| HIGHLAND CAPITAL | 714143150 | 1050 | 12/22/2011 | D CC051 L004810908 |
| HIGHLAND CAPITAL | 714143151 | 1051 | 12/22/2011 | D CC051 L005130505 |
| HIGHLAND CAPITAL | 714143152 | 1052 | 12/22/2011 | D CC051 L005610602 |
| HIGHLAND CAPITAL | 714143153 | 1053 | 12/22/2011 | D CC051 L004820201 |
| HIGHLAND CAPITAL | 714143169 | LE1014 | 2/23/2012 | D CC031 K001830206 |
| HIGHLAND CAPITAL | 714143170 | LE1015 | 2/23/2012 | D CC031 K001830205 |
| HIGHLAND CAPITAL | 724963251 | 724963251 | 2/23/2012 | D CC031 K000910106 |
| HIGHLAND CAPITAL | 724963252 | 724963252 | 2/23/2012 | D CC031 K000830803 |
| HIGHLAND CAPITAL | 724963253 | 724963253 | 2/23/2012 | D CC031 K000910407 |
| HIGHLAND CAPITAL | 724963255 | HFP 7139 | 2/23/2012 | D CC052 E005910702 |
| HIGHLAND CAPITAL | 724963256 | 724963256 | 2/23/2012 | D CC031 K000830106 |
| HIGHLAND CAPITAL | 724963257 | 724963257 | 2/23/2012 | D CC031 K000910603 |
| HIGHLAND CAPITAL | 724963258 | 724963258 | 2/23/2012 | D CC031 K000820109 |
| HIGHLAND CAPITAL | 724963259 | 724963259 | 2/23/2012 | D CC031 K000820309 |

| | | | |
|---|---|---|---|
| HIGHLAND CAPITAL | 724963260 | 724963260 | 2/23/2012 D CC031 K000810803 |
| HIGHLAND CAPITAL | 724963261 | 724963261 | 2/23/2012 D CC031 K000610402 |
| HIGHLAND CAPITAL | 724963262 | 724963262 | 2/23/2012 D CC031 K000610304 |
| HIGHLAND CAPITAL | 724963263 | 724963263 | 2/23/2012 D CC031 K000820307 |
| HIGHLAND CAPITAL | 724963264 | 724963264 | 2/23/2012 D BV03304001610308 |
| HIGHLAND CAPITAL | 724963265 | 724963265 | 2/23/2012 D CC031 K000620304 |
| HIGHLAND CAPITAL | 724963266 | 724963266 | 2/23/2012 D CC031 K000910507 |
| HIGHLAND CAPITAL | 724963267 HFP 7151 | | 2/23/2012 D CC052 E005620103 |
| HIGHLAND CAPITAL | 724963268 TR 7152 | | 2/24/2012 D CC033 K000130401 |
| HIGHLAND CAPITAL | 724963273 TR 7157 | | 2/24/2012 D CC033 K000130305 |
| HIGHLAND CAPITAL | 724963274 TR 7158 | | 2/24/2012 D CC033 K000630701 |
| HIGHLAND CAPITAL | 724963275 TR 7159 | | 2/24/2012 D CC033 K000130505 |
| HIGHLAND CAPITAL | 724963276 TR 7160 | | 2/24/2012 D CC033 K000130301 |
| HIGHLAND CAPITAL | 724963277 TR 7161 | | 2/24/2012 D CC033 K000130304 |
| HIGHLAND CAPITAL | 724963278 TR 7162 | | 2/24/2012 D CC033 K000130202 |
| HIGHLAND CAPITAL | 724963279 TR 7163 | | 2/24/2012 D CC033 K000130206 |
| HIGHLAND CAPITAL | 724963333 RE 7208 | | 2/24/2012 D LM51171000440104 |
| HIGHLAND CAPITAL | 724963350 PE 7225 | | 2/24/2012 D CC033 K000930802 |
| HIGHLAND CAPITAL | 724963351 PE 7226 | | 2/24/2012 D CC033 K001030101 |
| HIGHLAND CAPITAL | 724963352 PE 7227 | | 2/24/2012 D CC033 K000930806 |
| HIGHLAND CAPITAL | 724963353 PE 7228 | | 2/24/2012 D CC033 K000130602 |
| HIGHLAND CAPITAL | 724963386 HR 7260 | | 3/16/2012 D LM54253001030803 |