**mbobo@mwblawyer.com**

| | |
|---|---|
| **From:** | John A. Morris <jmorris@pszjlaw.com> |
| **Sent:** | Monday, December 1, 2025 3:30 PM |
| **To:** | mbobo@mwblawyer.com |
| **Cc:** | Jeff Pomerantz; Drew K. York; Drake Rayshell |
| **Subject:** | FW: Highland: Status of Daugherty-requested Boxes at Iron Mountain |

Bo,

Thank you for your e-mail.

Please see the responses highlighted in red below and let us know if you have any remaining questions.

Regards,

John

**John A. Morris**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 212.561.7760
Tel: 212.561.7700 | Fax: 212.561.7777
jmorris@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | New York | Wilmington, DE | Houston | San Francisco

---

**From:** mbobo@mwblawyer.com <mbobo@mwblawyer.com>
**Sent:** Monday, December 1, 2025 12:32 PM
**To:** John A. Morris <jmorris@pszjlaw.com>; mbobo@mwblawyer.com
**Cc:** Jeff Pomerantz <jpomerantz@pszjlaw.com>; Drew K. York <dyork@grayreed.com>; Drake Rayshell <drayshell@grayreed.com>
**Subject:** RE: Highland: Status of Daugherty-requested Boxes at Iron Mountain

Dear John,

1. Please reserve December 17 and 18 and the afternoon of December 19, if needed. We will have 5 people there to review. Good.

2. On the boxes you have designated as Red we would ask that you not destroy those until such time as we can figure out a method of review. We are happy to pay for the storage of same. The boxes highlighted in Red have been excluded pursuant to section 1 of the Stipulation; 38 of the 41 boxes highlighted in Red are specifically excluded because they contain labels or descriptions containing phrases on Exhibit A and 3 of

1

**EXHIBIT D**

Tel: 212.561.7700 | Fax: 212.561.7777
jmorris@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | New York | Wilmington, DE | Houston | San Francisco

---

**From:** mbobo@mwblawyer.com <mbobo@mwblawyer.com>
**Sent:** Wednesday, November 26, 2025 6:26 PM
**To:** John A. Morris <jmorris@pszjlaw.com>
**Cc:** Jeff Pomerantz <jpomerantz@pszjlaw.com>; Drew K. York <dyork@grayreed.com>; Drake Rayshell <drayshell@grayreed.com>
**Subject:** Re: Highland: Status of Daugherty-requested Boxes at Iron Mountain

Thank you we will take Dec 17 and 18 can your rep be there to actually look at the red boxes to in fact see if there is personal information instead of guessing without actually looking at them
Sent from my iPhone

> On Nov 26, 2025, at 3:25 PM, John A. Morris <jmorris@pszjlaw.com> wrote:
>
> Bo.
>
> Following up, the attached chart is color coded as follows:
>
> 1. Items in green are boxes we expect to be available
> 2. Items in red are boxes that Highland has determined contain personal information
> 3. Items in purple are boxes that were apparently checked out in 2013 and never returned.
>
> We learned about the two boxes checked out in 2013 because Mr. Dondero requested the same ones (I assume that's a coincidence).
>
> Please let us know if you want to review the available boxes on December 17-19.
>
> Regards,
>
> John
> **John A. Morris**
> Pachulski Stang Ziehl & Jones LLP
> Direct Dial: 212.561.7760
> Tel: 212.561.7700 | Fax: 212.561.7777
> jmorris@pszjlaw.com
> vCard | Bio | LinkedIn
> <image001.jpg>
> Los Angeles | New York | Wilmington, DE | Houston | San Francisco

3