mbobo@mwblawyer.com

**From:** John A. Morris <jmorris@pszjlaw.com>
**Sent:** Friday, December 5, 2025 10:57 AM
**To:** mbobo@mwblawyer.com
**Cc:** Jeff Pomerantz; Drew K. York; Drake Rayshell
**Subject:** RE: Highland: Status of Daugherty-requested Boxes at Iron Mountain

Bo.

As a follow up, Highland has reviewed the contents of the three boxes referred to in our prior communications and determined that each contains personally identifiable and/or sensitive personal information.

Consequently, those boxes will not be available for review.

Regards,

John


**John A. Morris**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 212.561.7760
Tel: 212.561.7700 | Fax: 212.561.7777
jmorris@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | New York | Wilmington, DE | Houston | San Francisco

**From:** John A. Morris
**Sent:** Tuesday, December 2, 2025 11:39 AM
**To:** mbobo@mwblawyer.com
**Cc:** Jeff Pomerantz <jpomerantz@pszjlaw.com>; Drew K. York <dyork@grayreed.com>; Drake Rayshell <drayshell@grayreed.com>
**Subject:** FW: Highland: Status of Daugherty-requested Boxes at Iron Mountain

Bo, see the responses in red.

Regards,

John

1

**EXHIBIT F**