Geoffrey S. Harper
Texas Bar No. 00795408
gharper@winston.com
John Michael Gaddis
Texas Bar No. 24069747
mgaddis@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
(214) 453-6400 (fax)

*Counsel for Appellant The Dugaboy Investment Trust*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § | Case No. 19-34054-sgj |
| | § | |
| **Reorganized Debtor.** | § | |
| | § | |
| **THE DUGABOY INVESTMENT TRUST,** | § | |
| | § | |
| Appellant, | § | |
| | § | Civil Action No. 3:25-cv-02579-B |
| v. | § | |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P., et al.,** | § | |
| | § | |
| **Appellees.** | § | |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE
FIFTH CIRCUIT**

Pursuant to 28 U.S.C. § 158(d) and Federal Rule of Appellate Procedure 6(b), the Dugaboy

Investment Trust ("Appellant"), creditor and party in interest in the above-captioned bankruptcy

case and appellant in the above-captioned bankruptcy appeal, hereby appeals to the United States

1

Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Order of the United States District Court for the Northern District of Texas entered in this case on December 3, 2025 at Dkt. 25 (the "Order"), which denied Appellant's Motion for Leave to Appeal (Dkt. 17) and dismissed this case. A true and correct copy of the Order is attached hereto as Exhibit A.

The names of the parties to the Order appealed from, and the names and addresses of their respective attorneys, are as follows:

**Appellant: The Dugaboy Investment Trust**

    Attorneys:

        Geoffrey S. Harper
        Texas Bar No. 00795408
        gharper@winston.com
        John Michael Gaddis
        Texas Bar No. 24069747
        mgaddis@winston.com
        WINSTON & STRAWN LLP
        2121 N. Pearl Street, Suite 900
        Dallas, TX 75201
        (214) 453-6500
        (214) 453-6400 (fax)

**Debtor and Appellee: Highland Capital Management, L.P.**

    Attorneys:

        Jeffrey N. Pomerantz
        John A. Morris
        Gregory V. Demo
        Hayley R. Winograd
        PACHULSKI STANG ZIEHL & JONES LLP
        10100 Santa Monica Blvd., 13th Floor
        Los Angeles, CA 90067
        T: (310) 277-6910
        F: (212) 561-7777

    and

Melissa S. Hayward
Zachery Z. Annable
HAYWARD & ASSOCIATES PLLC
10501 N. Central Expy., Ste. 106
Dallas, TX 75231
T: (972) 755-7100
F: (972) 755-7110

**Appellee: Highland Claimant Trust**

Attorneys:

Jeffrey N. Pomerantz
John A. Morris
Gregory V. Demo
Hayley R. Winograd
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
T: (310) 277-6910
F: (212) 561-7777

and

Melissa S. Hayward
Zachery Z. Annable
HAYWARD & ASSOCIATES PLLC
10501 N. Central Expy., Ste. 106
Dallas, TX 75231
T: (972) 755-7100
F: (972) 755-7110

Dated: January 2, 2026

Respectfully submitted,

**WINSTON & STRAWN LLP**

By: */s/ Geoffrey S. Harper*

Geoffrey S. Harper
Texas Bar No. 00795408
gharper@winston.com
John Michael Gaddis
Texas Bar No. 24069747
mgaddis@winston.com
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
(214) 453-6400 (fax)

***Counsel for Appellant The Dugaboy Investment Trust***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 2, 2026, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

*/s/ Geoffrey S. Harper*
Geoffrey S. Harper