



**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 27, 2026**

_____

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Highland Capital Management, L.P., | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |

## ORDER SETTING HEARING

On December 29, 2025, Highland Employee Retention Assets, LLC filed its Motion to Abate and Motion to Retain Certain Documents for Inspection ("Motion") [ECF No. 4495]. Highland Capital Management, L.P. and Highland Claimant Trust filed their objection to the Motion [ECF No. 4450]. On January 27, 2026, the Clerk of Court reassigned the contested matter to the undersigned judge upon Chief Judge Jernigan's recusal. After considering the schedules of counsel for the parties, the Court sets a hearing on the Motion and includes all other deadlines necessary prior to the hearing. It is, therefore,

1

ORDERED that the Motion will be heard on February 26, 2026, at 10:00 a.m. by WebEx (the "Hearing");[1] it is further

ORDERED that any reply by Highland Employee Retention Assets, LLC must be filed by Monday, February 23, 2026; it is further

ORDERED that each party must file with the Court its witness and exhibit list by Monday, February 23, 2026, to the extent the party intends to call any witnesses or introduce any evidence at the Hearing. Further, each party must exchange exhibits listed on their witness and exhibit list with opposing counsel on Monday, February 23, 2026. The parties are encouraged to review Judge Odell's Judge-Specific Guidelines located on the Court's website in preparation for the Hearing.

### End of Order ###

---

[1] The WebEx attendance information for this hearing will be posted on the Court's website, www.txnb.uscourts.gov, under Judge Odell's "Hearing Dates and Calendar" tab prior to the hearing.