

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed January 27, 2026**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Highland Capital Management, L.P., | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |

## ORDER SETTING HEARING

On December 29, 2025, Highland Employee Retention Assets, LLC filed its Motion to Abate and Motion to Retain Certain Documents for Inspection ("Motion") [ECF No. 4495]. Highland Capital Management, L.P. and Highland Claimant Trust filed their objection to the Motion [ECF No. 4450]. On January 27, 2026, the Clerk of Court reassigned the contested matter to the undersigned judge upon Chief Judge Jernigan's recusal. After considering the schedules of counsel for the parties, the Court sets a hearing on the Motion and includes all other deadlines necessary prior to the hearing. It is, therefore,

1

ORDERED that the Motion will be heard on February 26, 2026, at 10:00 a.m. by WebEx (the "Hearing");[1] it is further

ORDERED that any reply by Highland Employee Retention Assets, LLC must be filed by Monday, February 23, 2026; it is further

ORDERED that each party must file with the Court its witness and exhibit list by Monday, February 23, 2026, to the extent the party intends to call any witnesses or introduce any evidence at the Hearing. Further, each party must exchange exhibits listed on their witness and exhibit list with opposing counsel on Monday, February 23, 2026. The parties are encouraged to review Judge Odell's Judge-Specific Guidelines located on the Court's website in preparation for the Hearing.

### End of Order ###

---

[1] The WebEx attendance information for this hearing will be posted on the Court's website, www.txnb.uscourts.gov, under Judge Odell's "Hearing Dates and Calendar" tab prior to the hearing.

2

United States Bankruptcy Court

Northern District of Texas

In re:

Highland Capital Management, L.P.

Debtor

Case No. 19-34054-sgj

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0539-3        User: admin        Page 1 of 29

Date Rcvd: Jan 27, 2026        Form ID: pdf012        Total Noticed: 145

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Highland Capital Management, L.P., 100 Crescent Court, Suite 1850, Dallas, TX 75201-7817 |
| aty | + | Alan A. Moskowitz, GIBSON, DUNN & CRUTCHER LLP, 200 Park Avenue, New York, NY 10166-4700 |
| aty | + | Alan J. Kornfeld, Pachulski Stang Ziehl & Jones LLPL, 10100 Santa Monica Blvd., 13 Fl, Los Angeles, CA 90067-4003 |
| aty | + | Athanasios E. Agelakopoulos, Schawartz Law, PLLC, 601 E. Bridger Avenue, Las Vegas, NV 89101-5807 |
| aty | + | Benjamin I. Finestone, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave., Floor 22, New York, NY 10010-1603 |
| aty | + | Blaire Cahn, Baker & McKenzie LLP, 452 Fifth Avenue, New York, NY 10018-2706 |
| aty | + | Bojan Guzina, Sidley Austin LLP, One South Dearborn Street, Chicago, IL 60603-2323 |
| aty | + | Candace C. Carlyon, CARLYON CICA CHTD., 265 e. Warm Springs Road., Ste 107, Las Vegas, NV 89119-4230 |
| aty | + | Christopher J. Harayda, Stinson, LLC, 50 South Sixth Street, Suite 2600, Minneapolis, MN 55402-2241 |
| aty | + | Curtis S. Miller, MORRIS, NICHOLS, ARSHT & TUNNELL LLP, 1201 North Market Street, Suite 1600, 1000 North King Street, Wilmington, DE 19801-3335 |
| aty | + | D. Ryan Slaugh, POTTER ANDERSON & CORROON LLP, 1313 North Market Street, 6th Fl, Wilmington, DE 19801-6108 |
| aty | + | Deborah J. Newman, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave., Floor 22, New York, NY 10010-1603 |
| | | Elissa A. Wagner, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | Emily D. Anderson, Schwartz Law, PLLC, 601 E. Bridger Avenue, Las Vegas, NV 89101-5807 |
| aty | + | Emily M. Hahn, Abernathy, Roeder, Boyd & Hullett, P.C., 1700 Redbud Blvd. Ste. 300, McKinney, TX 75069-3276 |
| aty | + | Frank Grese, Baker & McKenzie LLP, 452 Fifth Avenue, New York, NY 10018-2706 |
| aty | + | George S. Robinson, IV, 4685 Millennium Drive, Belcamp, MD 21017-1505 |
| aty | + | Hayward & Associates PLLC, 10501 N. Central Expwy., Ste 106, Dallas, TX 75231-2203 |
| aty | + | Ira D Kharasch, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | James A. Wright, K&L Gates LLP, State Street Financial Center, One Lincoln St., Boston, MA 02111-2900 |
| aty | + | James E. O'Neill, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Fl., Wilmington, DE 19801-3034 |
| aty | + | James T. Bentley, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022-3921 |
| aty | + | Jeffrey E. Bjork, LATHAM & WATKINS LLP, 355 South Grand Avenue, Ste. 100, Los Angeles, CA 90071-3104 |
| aty | #+ | Jeffrey M. Dine, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| aty | + | Jeffrey N. Pomerantz, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | Jeremy W. Ryan, POTTER ANDERSON & CORROON LLP, 1313 North Market Street, 6th Fl, Wilmington, DE 19801-6108 |
| aty | + | Jessica Boelter, SIDLEY AUSTIN LLP, 787 Seventh Avenue, New York, NY 10019-6088 |
| aty | + | John E. Lucian, Blank Rome LLP, 1201 N. Market Street, Sutie 800, 1000 North King Street, Wilmington, DE 19801-3335 |
| aty | + | Jordan A. Harap, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave., Floor 22, New York, NY 10010-1603 |
| aty | + | Josef W. Mintz, Blank Rome LLP, 1201 Market Street, Suite 800, 1000 North King Street, Wilmington, DE 19801-3335 |
| aty | + | Joseph L. Christensen, McCollom D'Emilio Smith Uebler LLC, 2751 Centerville Road, Suite 401, Wilmington, DE 19808-1627 |
| aty | + | Joseph T. Moldovan, MORRISON COHEN LLP, 909 Third Avenue, New York, NY 10022-4784 |
| aty | + | Kathleen Preston, Winston & Strawn LLP, 800 Capitol Street, Ste. 2400, Houston, TX 77002-1090 |
| aty | + | Kathryn K. George, Latham & Watkins LLP, 330 North Wabash Avenue, Ste. 2800, Chicago, IL 60611-3695 |
| aty | + | Kenneth H. Brown, Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111-4554 |
| aty | + | Kevin M. Coen, MORRIS, NICHOLS, ARSHT & TUNNELL LLP, 1201 North Market Street, Suite 1600, 1000 North King Street, Wilmington, DE 19801-3335 |
| aty | + | Kuan Huang, Latham & Watkins LLP, 855 Third Avenue, New York, NY 10022-6609 |
| aty | + | Lauren Macksoud, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | Louis J. Cisz, Nixon Peabody LLP, One Embarcadero Center, 32nd Fl, San Francisco, CA 94111-3602 |

| | | |
|---|---|---|
| aty | + | Marc B. Hankin, Jenner & Block LLP, 919 Third Avenue, New York, NY 10022-3902 |
| aty | + | Mark M. Maloney, King & Spalding LLP, 1180 Peachtree Steet, NE, Atlanta, GA 30309-7525 |
| aty | + | Mark. L. Desgrosseilliers, Chipman, Brown, Cicero & Cole, LLP, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, DE 19801-6114 |
| aty | + | Maxim B Litvak, Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111-4554 |
| aty | + | Michael A. Rosenthal - DO NOT USE, GIBSON, DUNN & CRUTCHER LLP, 200 Park Avenue, New York, NY 10166-0005 |
| aty | + | Michael J. Merchant, RICHARDS, LAYTON & FINGER, P.A., one Rodney Square, 920 North King Street, Wilmington, DE 19801-3300 |
| aty | + | Michael R. Nestor, YOUNG CONAWAY STARGATT & TAYLOR, LL, Rodney Square, 1000 North King Street, Wilmington, DE 19801-3335 |
| aty | + | Michelle Hartman, Baker & McKenzie LLP, 1900 N. Pearl, Ste. 1500, Dallas, TX 75201-2968 |
| aty | + | Michelle Hartmann, BAKER & McKENZIE LLP, 1900 North Pearl, Ste. 1500, Dallas, TX 75201-2968 |
| aty | + | Patrick C. Maxcy, DENTONS US LLP, 233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6404 |
| aty | + | R. Stephen McNeill, POTTER ANDERSON & CORROON LLP, 1313 North Market Street, 6th Fl, Wilmington, DE 19801-6108 |
| aty | + | Richard B. Levin, Jenner & Block LLP, 919 Third Avenue, New York, NY 10022-3902 |
| aty | + | Richard L. Wynne, Hogan Lovells US LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067-6047 |
| aty | + | Sally T. Siconolfi, MORRISON COHEN LLP, 909 Third Avenue, New York, NY 10022-4784 |
| aty | + | Samuel A. Schwartz, Schwartz Law, PLLC, 601 E. Bridger Avenue, Las Vegas, NV 89101-5807 |
| aty | + | Sarah A. Tomkowiak, Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, DC 20004-1359 |
| aty | + | Sarah E. Silveira, RICHARDS, LAYTON & FINGER, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801-3300 |
| aty | + | Sean M. Young Conway Stargatt & Taylor, LLP, Young Conway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801-3335 |
| aty | | Stephen G. Topetzes, K&L Gates LLP, 1601 King St., N.W., Washington, DC 20006 |
| aty | + | Terri L. Mascherin, Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654-5474 |
| aty | + | Thomas A. Uebler, McCollom D'Emilio Smith Uebler LLC, 2751 Centerville Road, Suite 401, Wilmington, DE 19808-1627 |
| aty | + | Tracy K. Stratford, Jones Day, North Point, 901 Lakeside Ave., Cleveland, OH 44114-1163 |
| aty | + | Tracy M. O'Steen, CARLYON CICA CHTD., 265 E. Warm Springs Road., Ste 107, Las Vegas, NV 89119-4230 |
| aty | + | William A. Hazeltine, Sullivan Hazeltine Allinson LLC, 901 North Market Street, Suite 1300, Wilmington, DE 19801-3076 |
| aty | + | William P. Bowden, Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, P.O. Box 1150, Wilmington, DE 19899-1150 |
| aty | + | Zachary F. Proulx, LATHAM & WATKINS LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| cr | + | Advisors Equity Group, LLC, c/o Wick Phillips Gould & Martin, LLP, 3131 McKinney Ave., Suite 100, Dallas, TX 75204-2430 |
| intp | + | CPCM, LLC, c/o Ross & Smith, PC, Attn: Frances A. Smith, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459 |
| intp | + | CPCM, LLC, 6505 W. Park Blvd. Ste. 306, PMB #352, Plano, TX 75093-6212 |
| cr | + | Charitable DAF GP, L.P., c/o Kelly Hart Pitre, 301 Main Street, Suite 1600, Baton Rouge, LA 70801-1200 |
| cr | + | Charitable DAF HoldCo, Ltd., c/o Kelly Hart Pitre, 301 Main Street, Suite 1600, Baton Rouge, LA 70801-1200 |
| intp | | Crown Global Life Insurance, Ltd, Penthouse Floor, 5 Reid Street, Hamilton HM 11, BERMUDA |
| op | + | Deloitte Tax LLP, 1111 Bagby Street, Ste. 4500, Houston, TX 77002-2591 |
| fa | + | Development Specialists, Inc., 333 South Grand Ave., Ste. 4070, Los Angeles, CA 90071-1544 |
| ptnr | + | Dugaboy Investment Trust, 1445 Ross Avenue, Suite 3700, Dallas, Dallas, TX 75202 UNITED STATES 75202-2755 |
| cr | + | Eagle Equity Advisors, LLC, c/o Wick Phillips Gould & Martin LLP, 3131 McKinney Ave., Dallas, TX 75204-7426 |
| fa | + | FTI Consulting, Inc., Three Times Square 9th Floor, New York, NY 10036-6564 |
| cr | + | Frank Waterhouse, c/o Baker & McKenzie, LLP, Attn: Michelle Hartmann, 1900 North Pearl, Suite 1500 Dallas, TX 75201-2968 |
| cr | + | Frank Waterhouse, Scott B. Ellington, Isaac Levent, c/o Winston & Strawn, 2121 N. Pearl Street, Suite 900, Dallas, TX 75201-2494 |
| op | + | Hayward & Associates PLLC, 10501 N. Central Expy., Ste. 106, Dallas, TX 75231-2203 |
| op | + | Hayward PLLC, 10501 N. Central Expy., Ste. 106, Dallas, TX 75231-2203 |
| intp | + | Highland Capital Management Fund Advisors, L.P., K&LGates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |
| cr | + | Highland Dallas Foundation, Inc., c/o Kelly Hart Pitre, 301 Main Street, Suite 1600, Baton Rouge, LA 70801-1200 |
| intp | + | Highland Fixed Income Fund, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |
| intp | + | Highland Funds I and its series, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |
| intp | + | Highland Funds II and its series, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |
| intp | + | Highland Global Allocation Fund, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |
| intp | + | Highland Healthcare Opportunities Fund, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |
| intp | + | Highland Income Fund, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |
| intp | + | Highland Kansas City Foundation, Inc., c/o Kelly Hart Pitre, 301 Main Street, Suite 1600, Baton Rouge, LA 70801-1200 |
| intp | + | Highland Merger Arbitrage Fund, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |
| intp | + | Highland Opportunistic Credit Fund, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |
| intp | + | Highland Santa Barbara Foundation, Inc., c/o Kelly Hart Pitre, 301 Main Street, Suite 1600, Baton Rouge, LA 70801-1200 |
| intp | + | Highland Small-Cap Equity Fund, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |
| intp | + | Highland Socially Responsible Equity Fund, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |
| intp | + | Highland Total Return Fund, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |
| intp | + | Highland/iBoxx Senior Loan ETF, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |
| cr | + | Issuer Group, c/o Jones Walker LLP, 811 Main St., Suite 2900, Houston, TX 77002-6116 |
| intp | + | James Dondero, c/o D. Michael Lynn, Bonds Ellis Eppich Schafer Jones LLP, 420 Throckmorton Street, Suite 1000 Fort Worth, TX 76102-3727 |

District/off: 0539-3 | User: admin | Page 3 of 29
--- | --- | ---
Date Rcvd: Jan 27, 2026 | Form ID: pdf012 | Total Noticed: 145

| | | |
|---|---|---|
| cr | + | Joshua Terry, 25 Highland Park Village, Suite 100-848, Dallas, TX 75205-2789 |
| clmagt | + | Kurtzman Carson Consultants LLC, Attn: Drake Foster, 222 N. Pacific Coast Highway, 3rd Floor, El Segundo, CA 90245-5648 |
| res | + | Mark Patrick, 301 Main St #1600, Baton Rouge, LA 70801-1200 |
| intp | + | Mary Jalonick, c/o Kelly Hart Pitre, 301 Main Street, Suite 1600, Baton Rouge, LA 70801-1200 |
| intp | + | Matthew DiOrio, Scott Ellington, Isaac Leventon, M, c/o Ross & Smith, PC, Attn: Frances A. Smith, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459 |
| consult | + | Mercer (US) Inc., 155 N. Wacker Drive, Ste. 1500, Chicago, IL 60606-1710 |
| intp | + | NexBank, 2515 McKinney Avenue, Suite 1100, Dallas, TX 75201-1945 |
| intp | + | NexPoint Advisors, L.P., K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |
| intp | + | NexPoint Capital, Inc., K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |
| cr | + | NexPoint Real Estate Partners LLC f/k/a HCRE Partn, c/o Wick Phillips Gould & Martin LLP, 3131 McKinney Ave., Suite 100, Dallas, TX 75204-2430 |
| intp | + | NexPoint Real Estate Strategies Fund, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |
| intp | + | NexPoint Strategic Opportunities Fund, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |
| cr | | Paul N. Adkins, 11 Mount Emily Road #07-27, Singapore, 228493 |
| cr | + | PensionDanmark Pensionsforsikringsaktieselskab, Fox Rothschild LLP c/o David Grant Crook, 5420 LBJ Freeway, Suite 1200, Dallas, TX 75240-6215 |
| intp | + | PetroCap, LLC, Akin Gump Strauss Hauer & Feld LLP, 2300 North Field Street, Suite 1800, Dallas, TX 75201 UNITED STATES 75201-4675 |
| cr | + | Scott Ellington, c/o Baker & McKenzie, LLP, Attn: Michelle Hartmann, 1900 North Pearl St., Suite 1500 Dallas, TX 75201-2968 |
| cr | + | Scott Ellington, Thomas Surgent, Frank Waterhouse,, c/o Scott Ellington, 300 Crescent Court, #700, Dallas, TX 75201-7849 |
| cr | + | Sidley Austin LLP, P.O. Box 0642, Chicago, IL 60690-0642 |
| cr | + | Siepe, LLC, Condon Tobin Sladek Thornton, PLLC, 8080 Park Lane, Suite 700, Dallas, TX 75231-5920 |
| intp | | State of Texas, c/o The Texas Attorney General's Office, P. O. Box 12548, MC-010, Austin, TX 78711-2548 |
| intp | + | The Dallas Foundation, c/o Kelly Hart Pitre, 301 Main Street, Suite 1600, Baton Rouge, LA 70801-1200 |
| intp | + | The Dallas Foundation, 3000 Pegasus Park Drive #930, Suite 390, Dallas, TX 75247-6203 |
| cr | + | The Dugaboy Investment Trust, c/o D. Michael Lynn, 420 Throckmorton Street, Suite 1000, Fort Worth, TX 76102-3727 |
| intp | + | The Greater Kansas City Community Foundation, c/o Kelly Hart Pitre, 301 Main Street, Suite 1600, Baton Rouge, LA 70801-1200 |
| intp | + | The Santa Barbara Foundation, c/o Kelly Hart Pitre, 301 Main Street, Suite 1600, Baton Rouge, LA 70801-1200 |
| op | + | Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109-1816 |

TOTAL: 124

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: scott@scottseidel.com | Jan 27 2026 21:44:00 | Scott M. Seidel, Seidel Law Firm, 6505 W. Park Blvd., Suite 306, Plano, TX 75093-6212 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jan 27 2026 21:45:00 | Allen ISD, c/o Linebarger Goggan Blair & Sampson, L, 2777 N Stemmons Fwy, Suite 1000, Dallas, TX 75207-2328 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Jan 27 2026 21:46:11 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Email/Text: COURTS@ARGOPARTNERS.NET | Jan 27 2026 21:45:00 | Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7381 |
| cr | | Email/Text: rminkoff@cedargladecapital.com | Jan 27 2026 21:44:00 | Cedar Glade LP, Attn Robert Minkoff, 600 Madison Ave, 17th Floor, New York, NY 10022 |
| cr | + | Email/Text: bankruptcy@abernathy-law.com | Jan 27 2026 21:45:00 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR, Abernathy, Roeder, Boyd & Hullett, P.C., 1700 Redbud Blvd., Suite 300, McKinney, TX 75069-3276 |
| cr | | Email/Text: CreditNotices@contrariancapital.com | Jan 27 2026 21:44:00 | Contrarian Funds LLC, 411 West Putnam Ave., Suite 425, Greenwich, CT 06830 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jan 27 2026 21:45:00 | City of Allen, Linebarger Goggan Blair & Sampson LLP, c/o Laruie A Spindler, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | + | Email/Text: lreece@pbfcm.com | Jan 27 2026 21:45:00 | City of Garland, c/o Perdue Brandon Fielder et al, 1919 S Shiloh Rd, Suite 310, LB 40, Garland, TX 75042-8234 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jan 27 2026 21:45:00 | Coleman County TAD, Linebarger Goggan Blair |

District/off: 0539-3                          User: admin                          Page 4 of 29
Date Rcvd: Jan 27, 2026                       Form ID: pdf012                       Total Noticed: 145

| | | | | |
|---|---|---|---|---|
| | | | | & Sampson, LLP, c/o John Kendrick Turner, 2777 N Stemmons Fwy, Ste 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: fred.glass@fairharborcapital.com | Jan 27 2026 21:45:00 | Fair Harbor Capital, LLC, Ansonia Finance Station, PO Box 237037, New York, NY 10023 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jan 27 2026 21:45:00 | Fannin CAD, Linebarger Goggan Blair & Sampson, LLP, c/o John Turner, 2777 N Stemmons Frwy, Ste. 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: lreece@pbfcm.com | Jan 27 2026 21:45:00 | Garland ISD, % Perdue Brandon Fielder Et Al, 1919 S. Shiloh Rd, Suite 310, LB 40, Garland, TX 75042 |
| cr | + | Email/Text: araroport@haincapital.com | Jan 27 2026 21:45:00 | Hain Capital Group, LLC, 301 Route 17, 6th Floor, Rutherford, NJ 07070-2599 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jan 27 2026 21:45:00 | Kaufman County, c/o Linebarger Goggan Blair et al, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| clmagt | + | Email/Text: kccnoticing@kccllc.com | Jan 27 2026 21:45:00 | Kurtzman Carson Consultants, LLC, 222 N. Pacific Coast Highway, Ste. 300, El Segundo, CA 90245-5614 |
| clmagt | + | Email/Text: kccnoticing@kccllc.com | Jan 27 2026 21:45:00 | Kurtzman Carson Consultants, LLC dba Verita Global, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245, UNITED STATES 90245-5614 |
| cr | + | Email/Text: schristianson@buchalter.com | Jan 27 2026 21:44:00 | Oracle America, Inc., Buchalter, a Professional Corporation, c/o Shawn M. Christianson, 55 2nd St. 17th Fl., San Francisco, San Francisco, CA 94105-3493 |
| cr | | Email/Text: bncctnotifications@pbgc.gov | Jan 27 2026 21:44:00 | Pension Benefit Guaranty Corporation, Office of the General Counsel, 1200 K Street, N.W., Washington, DC 20005-4026 |
| cr | + | Email/Text: lreece@pbfcm.com | Jan 27 2026 21:45:00 | Plano ISD, c/o Perdue Brandon Fielder et al, 1919 S. Shiloh Road, Suite 310, LB 40, Garland, TX 75042-8234 |
| intp | ^ | MEBN | Jan 27 2026 21:44:53 | State of Texas, c/o The Texas Attorney General's Office, P. O. Box 12548, MC-010, Austin, TX 78711-2548 |
| cr | + | Email/Text: lreece@pbfcm.com | Jan 27 2026 21:45:00 | Wylie ISD, c/o Perdue Brandon Fielder et al, 1919 S Shiloh Rd, Suite 310, LB 40, Garland, TX 75042-8234 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Pachulski Stang Ziehl & Jones LLP |
| op | | Development Specialists, Inc. |
| intp | | Highland Dallas Foundation, Inc. |
| intp | | Highland Litigation Sub-Trust |
| intp | | Pension Benefit Guaranty Corporation |
| aty | *+ | James T. Bentley, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022-3921 |
| aty | *+ | Jeffrey N. Pomerantz, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003 |
| cr | *+ | James P. Seery, Jr., 795 Columbus Ave., 12A, New York, NY 10025-5952 |
| aty | ##+ | Daniel E. Stroik, Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022-3916 |
| aty | ##+ | Erica S. Weisgerber, Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022-3916 |
| aty | ##+ | M. Natasha Labovitz, Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022-3916 |
| cr | ##+ | Atlas IDF, GP, LLC, c/o E. P Keiffer, Rochelle McCullough, LLP, 325 North St. Paul St., Suite 4500, Dallas, TX 75201-3827 |
| cr | ##+ | Atlas IDF, LP, c/o E. P Keiffer, Rochelle McCullough, LLP, 325 North St. Paul St., Suite 4500, Dallas, TX 75201-3827 |

| cr | ##+ | Beacon Mountain, LLC, c/o E. P Keiffer, Rochelle McCullough, LLP, 325 North St. Paul St., Suite 4500, Dallas, TX 75201-3827 |
| cr | ##+ | Georganna L. Simpson, P.C., 1833 W. 5th Street, Irving, TX 75060-3747 |
| cr | ##+ | Hunter Mountain Investment Trust, c/o E. P Keiffer, Rochelle McCullough, LLP, 325 North St. Paul St., Suite 4500, Dallas, TX 75201-3827 |
| op | ##+ | James P. Seery, Jr., 795 Columbus Ave., 12A, New York, NY 10025-5952 |
| cr | ##+ | John Honis, c/o E. P Keiffer, Rochelle McCullough, LLP, 325 North St. Paul St., Suite 4500, Dallas, TX 75201-3827 |
| cr | ##+ | Muck Holdings LLC, c/o Brent McIlwain, Holland & Knight LLP, 200 Crescent Court, Suite 1600, Dallas, TX 75201, UNITED STATES 75201-1829 |
| cr | ##+ | Rand Advisors, LLC, c/o E. P Keiffer, Rochelle McCullough, LLP, 325 North St. Paul St., Suite 4500, Dallas, TX 75201-3827 |
| cr | ##+ | Rand PE Fund I, LP, c/o E. P Keiffer, Rochelle McCullough, LLP, 325 North St. Paul St., Suite 4500, Dallas, TX 75201-3827 |
| cr | ##+ | Rand PE Fund Management, LLC, c/o E. P Keiffer, Rochelle McCullough, LLP, 325 North St. Paul St., Suite 4500, Dallas, TX 75201-3827 |

TOTAL: 5 Undeliverable, 3 Duplicate, 14 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| A. Lee Hogewood, III | |
| | on behalf of Interested Party NexPoint Capital  Inc. lee.hogewood@klgates.com, Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | |
| | on behalf of Interested Party Highland Global Allocation Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | |
| | on behalf of Interested Party Highland/iBoxx Senior Loan ETF lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | |
| | on behalf of Interested Party Highland Merger Arbitrage Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | |
| | on behalf of Interested Party NexPoint Advisors  L.P. lee.hogewood@klgates.com, Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | |
| | on behalf of Interested Party Highland Total Return Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | |
| | on behalf of Interested Party Highland Funds I and its series lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com |
| A. Lee Hogewood, III | |

| | on behalf of Interested Party Highland Opportunistic Credit Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous h.varshosaz@klgates.com |
|---|---|
| A. Lee Hogewood, III | on behalf of Defendant NexPoint Capital  Inc. lee.hogewood@klgates.com, Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous h.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Defendant NexPoint Strategic Opportunities Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous h.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Small-Cap Equity Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous h.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Fixed Income Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous h.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Income Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous h.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party NexPoint Real Estate Strategies Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous h.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Defendant NexPoint Advisors  L.P. lee.hogewood@klgates.com, Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous h.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party NexPoint Strategic Opportunities Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous h.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Defendant Highland Capital Management Fund Advisors  L.P. lee.hogewood@klgates.com, Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous h.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Defendant Highland Income Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous h.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Socially Responsible Equity Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous h.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Funds II and its series lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous h.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. lee.hogewood@klgates.com, Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous h.varshosaz@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Healthcare Opportunities Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous h.varshosaz@klgates.com |
| Alexandre J. Tschumi | on behalf of Interested Party Litigation Trustee of the Highland Capital Management  L.P. Litigation Sub-Trust alextschumi@quinnemanuel.com |
| Ali Ohlinger | on behalf of Partner Dugaboy Investment Trust aohlinger@cwl.law |
| Alyssa Russell | on behalf of Creditor Committee Official Committee of Unsecured Creditors alyssa.russell@sidley.com |

efilingnotice@sidley.com;alyssa-russell-3063@ecf.pacerpro.com

Amanda Rush

on behalf of Interested Party CCS Medical  Inc. asrush@jonesday.com

Amy K. Anderson

on behalf of Creditor Issuer Group aanderson@joneswalker.com
tfontenot@joneswalker.com;amy-anderson-9331@ecf.pacerpro.com

Amy Lynne Ruhland

on behalf of Defendant James D. Dondero amy.ruhland@pillsburylaw.com
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Creditor The Dugaboy Investment Trust amy.ruhland@pillsburylaw.com
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Creditor Get Good Trust amy.ruhland@pillsburylaw.com
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Cross Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO  AS TRUSTEE OF DUGABOY
INVESTMENT TRUST amy.ruhland@pillsburylaw.com,
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Defendant STRAND ADVISORS  INC amy.ruhland@pillsburylaw.com,
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC amy.ruhland@pillsburylaw.com
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III  AS TRUSTEE OF GET GOOD TRUST
amy.ruhland@pillsburylaw.com, docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Interested Party James Dondero amy.ruhland@pillsburylaw.com
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Creditor Strand Advisors  Inc. amy.ruhland@pillsburylaw.com,
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO  AS TRUSTEE OF DUGABOY
INVESTMENT TRUST amy.ruhland@pillsburylaw.com,
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Andrea Louise Calhoun

on behalf of Defendant Alvarez & Marsal CRF Management  LLC acalhoun@gibsondunn.com,
pacer-tx@gibsondunn.com;andrea-calhoun-3381@ecf.pacerpro.com

Andrew Clubok

on behalf of Plaintiff UBS Securities LLC andrew.clubok@lw.com  andrew-clubok-9012@ecf.pacerpro.com,dclitserv@lw.com

Andrew Clubok

on behalf of Interested Party UBS Securities LLC andrew.clubok@lw.com
andrew-clubok-9012@ecf.pacerpro.com,dclitserv@lw.com

Andrew Clubok

on behalf of Interested Party UBS AG London Branch andrew.clubok@lw.com
andrew-clubok-9012@ecf.pacerpro.com,dclitserv@lw.com

Andrew Clubok

on behalf of Plaintiff UBS AG London Branch andrew.clubok@lw.com
andrew-clubok-9012@ecf.pacerpro.com,dclitserv@lw.com

Andrew K. York

on behalf of Counter-Claimant Patrick Hagaman Daugherty dyork@grayreed.com  slangley@grayreed.com

Andrew K. York

on behalf of Defendant Patrick Hagaman Daugherty dyork@grayreed.com  slangley@grayreed.com

Andrew K. York

on behalf of Creditor Patrick Daugherty dyork@grayreed.com  slangley@grayreed.com

Annmarie Antoniette Chiarello

on behalf of Creditor Acis Capital Management  L.P. achiarello@winstead.com, poakley@winstead.com

Annmarie Antoniette Chiarello

on behalf of Creditor Acis Capital Management GP  LLC achiarello@winstead.com, poakley@winstead.com

Artoush Varshosaz

on behalf of Interested Party Highland Global Allocation Fund artoush.varshosaz@klgates.com  allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party Highland Healthcare Opportunities Fund artoush.varshosaz@klgates.com
allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party Highland Funds I and its series artoush.varshosaz@klgates.com  allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party Highland Socially Responsible Equity Fund artoush.varshosaz@klgates.com
allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party NexPoint Strategic Opportunities Fund artoush.varshosaz@klgates.com  allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Defendant Highland Capital Management Fund Advisors  L.P. artoush.varshosaz@klgates.com,
allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party NexPoint Advisors  L.P. artoush.varshosaz@klgates.com, allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Defendant NexPoint Capital  Inc. artoush.varshosaz@klgates.com, allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party Highland Total Return Fund artoush.varshosaz@klgates.com  allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party Highland Merger Arbitrage Fund artoush.varshosaz@klgates.com  allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party Highland Fixed Income Fund artoush.varshosaz@klgates.com  allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. artoush.varshosaz@klgates.com,
allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party Highland Small-Cap Equity Fund artoush.varshosaz@klgates.com  allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Defendant Highland Income Fund artoush.varshosaz@klgates.com  allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party NexPoint Real Estate Strategies Fund artoush.varshosaz@klgates.com  allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party Highland Funds II and its series artoush.varshosaz@klgates.com  allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party NexPoint Capital  Inc. artoush.varshosaz@klgates.com, allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party Highland/iBoxx Senior Loan ETF artoush.varshosaz@klgates.com  allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Defendant NexPoint Strategic Opportunities Fund artoush.varshosaz@klgates.com  allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Defendant NexPoint Advisors  L.P. artoush.varshosaz@klgates.com, allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party Highland Income Fund artoush.varshosaz@klgates.com  allison.stowe@klgates.com

Asif Attarwala

on behalf of Interested Party UBS Securities LLC asif.attarwala@lw.com

Asif Attarwala

on behalf of Interested Party UBS AG London Branch asif.attarwala@lw.com

Basil A. Umari

on behalf of Interested Party Meta-e Discovery  LLC basil@umarilaw.com, pelliott@dykema.com

Bennett Rawicki

on behalf of Defendant Alvarez & Marsal CRF Management  LLC brawicki@hilgerslaw.com

Bojan Guzina

on behalf of Creditor Committee Official Committee of Unsecured Creditors bguzina@sidley.com

Brant C. Martin
on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC brant.martin@wickphillips.com
samantha.tandy@wickphillips.com;CourtMail@wickphillips.com

Brent Ryan McIlwain
on behalf of Defendant Farallon Capital Management  L.L.C. brent.mcilwain@hklaw.com,
robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
on behalf of Debtor Highland Capital Management  L.P. brent.mcilwain@hklaw.com,
robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
on behalf of Creditor Farallon Capital Management  LLC brent.mcilwain@hklaw.com,
robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
on behalf of Other Professional Highland Claimant Trust brent.mcilwain@hklaw.com
robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
on behalf of Creditor Stonehill Capital Management LLC brent.mcilwain@hklaw.com
robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
on behalf of Creditor Muck Holdings LLC brent.mcilwain@hklaw.com  robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
on behalf of Creditor Jessup Holdings LLC brent.mcilwain@hklaw.com  robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
on behalf of Creditor James P. Seery  Jr. brent.mcilwain@hklaw.com, robert.jones@hklaw.com;brian.smith@hklaw.com

Brian D. Glueckstein
on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #2 gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Interested Party The Okada Insurance Rabbi Trust gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #1 gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Interested Party Okada Family Foundation  Inc. gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Interested Party Mark Okada gluecksteinb@sullcrom.com

Brian J. Smith
on behalf of Defendant Farallon Capital Management  L.L.C. brian.smith@hklaw.com,
robert.jones@hklaw.com;brent.mcilwain@hklaw.com

Bryan C. Assink
on behalf of Defendant James D. Dondero bryan.assink@bondsellis.com  linda.gordon@bondsellis.com

Bryan C. Assink
on behalf of Plaintiff James Dondero bryan.assink@bondsellis.com  linda.gordon@bondsellis.com

Bryan C. Assink
on behalf of Creditor The Dugaboy Investment Trust bryan.assink@bondsellis.com  linda.gordon@bondsellis.com

Candice Marie Carson
on behalf of Plaintiff UBS AG London Branch candice.carson@vhh.law
candice.carson@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;jordan.griffin@v
hh.law;jordan.griffin@ecf.courtdrive.com

Candice Marie Carson
on behalf of Interested Party UBS Securities LLC candice.carson@vhh.law
candice.carson@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;jordan.griffin@v
hh.law;jordan.griffin@ecf.courtdrive.com

Candice Marie Carson
on behalf of Plaintiff UBS Securities LLC candice.carson@vhh.law
candice.carson@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;jordan.griffin@v
hh.law;jordan.griffin@ecf.courtdrive.com

Candice Marie Carson
on behalf of Interested Party UBS AG London Branch candice.carson@vhh.law
candice.carson@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;jordan.griffin@v
hh.law;jordan.griffin@ecf.courtdrive.com

Chad D. Timmons
on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com

Charles Martin Persons, Jr.
on behalf of Creditor Committee Official Committee of Unsecured Creditors CharlesPersons@paulhastings.com
michaelmagzamen@paulhastings.com;davidmohamed@paulhastings.com;matlaskowski@paulhastings.com

Charles W. Gameros, Jr.
on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC bgameros@legaltexas.com
lmilam@legaltexas.com;jrauch@legaltexas.com

Charles W. Gameros, Jr.
on behalf of Creditor HCRE Partners  LLC (n/k/a NexPoint Real Estate Partners, LLC) bgameros@legaltexas.com,
lmilam@legaltexas.com;jrauch@legaltexas.com

Christopher Harayda
on behalf of Interested Party NexPoint Advisors  L.P. cj.harayda@stinson.com, mpl.lssteam5@stinson.com

Christopher Harayda
on behalf of Interested Party NexPoint Asset Management  L.P. cj.harayda@stinson.com, mpl.lssteam5@stinson.com

Christopher Andrew Bailey
on behalf of Creditor Muck Holdings LLC Christopher.Bailey@hklaw.com
hapi@hklaw.com;trip.nix@hklaw.com;julia.warren@hklaw.com

Christopher Andrew Bailey
on behalf of Creditor Jessup Holdings LLC Christopher.Bailey@hklaw.com
hapi@hklaw.com;trip.nix@hklaw.com;julia.warren@hklaw.com

Christopher Andrew Bailey
on behalf of Creditor Farallon Capital Management  LLC Christopher.Bailey@hklaw.com,
hapi@hklaw.com;trip.nix@hklaw.com;julia.warren@hklaw.com

Christopher Andrew Bailey
on behalf of Creditor Stonehill Capital Management LLC Christopher.Bailey@hklaw.com
hapi@hklaw.com;trip.nix@hklaw.com;julia.warren@hklaw.com

Christopher J. Akin
on behalf of Defendant Isaac Leventon cakin@lynnllp.com  vkropp@lynnllp.com

Christopher J. Akin
on behalf of Defendant Scott Ellington cakin@lynnllp.com  vkropp@lynnllp.com

Clay Marshall Taylor
on behalf of Plaintiff James Dondero clay.taylor@dentons.com  DOCKET.GENERAL.LIT.DAL@dentons.com

Clay Marshall Taylor
on behalf of Interested Party James Dondero clay.taylor@dentons.com  DOCKET.GENERAL.LIT.DAL@dentons.com

Cortney C. Thomas
on behalf of Interested Party Okada Family Foundation  Inc. cort@brownfoxlaw.com, korourke@brownfoxlaw.com

Cortney C. Thomas
on behalf of Interested Party Mark Okada cort@brownfoxlaw.com  korourke@brownfoxlaw.com

Cortney C. Thomas
on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #1 cort@brownfoxlaw.com
korourke@brownfoxlaw.com

Cortney C. Thomas
on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #2 cort@brownfoxlaw.com
korourke@brownfoxlaw.com

Cortney C. Thomas
on behalf of Interested Party The Okada Insurance Rabbi Trust cort@brownfoxlaw.com  korourke@brownfoxlaw.com

Daniel P. Winikka
on behalf of Interested Party Jack Yang dan@danwinlaw.com  dan@danwinlaw.com

Daniel P. Winikka
on behalf of Interested Party Brad Borud dan@danwinlaw.com  dan@danwinlaw.com

David G. Adams
on behalf of Creditor United States (IRS) david.g.adams@usdoj.gov
southwestern.taxcivil@usdoj.gov;david.adams4@usdoj.gov;brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

David Grant Crooks
on behalf of Creditor Committee Official Committee of Unsecured Creditors dcrooks@foxrothschild.com
etaylor@foxrothschild.com,rdietz@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

David Grant Crooks
on behalf of Creditor PensionDanmark Pensionsforsikringsaktieselskab dcrooks@foxrothschild.com
etaylor@foxrothschild.com,rdietz@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

David Grant Crooks
on behalf of Debtor Highland Capital Management  L.P. dcrooks@foxrothschild.com,

etaylor@foxrothschild.com,rdietz@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

David L. Curry, Jr.

on behalf of Interested Party The Dallas Foundation dcurry@okinadams.com
nhollon@okinadams.com;sgonzales@okinadams.com

David L. Curry, Jr.

on behalf of Interested Party Crown Global Life Insurance  Ltd dcurry@okinadams.com,
nhollon@okinadams.com;sgonzales@okinadams.com

Davor Rukavina

on behalf of Interested Party Highland Total Return Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland/iBoxx Senior Loan ETF drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Defendant NexPoint Advisors  L.P. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party NexPoint Real Estate Strategies Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Merger Arbitrage Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party NexPoint Capital  Inc. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. drukavina@munsch.com,
Courtmail@munsch.com

Davor Rukavina

on behalf of Defendant Highland Income Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Defendant Highland Capital Management Fund Advisors  L.P. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Opportunistic Credit Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Funds II and its series drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Socially Responsible Equity Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Healthcare Opportunities Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Global Allocation Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Funds I and its series drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party NexPoint Strategic Opportunities Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Defendant NexPoint Strategic Opportunities Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Small-Cap Equity Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party NexPoint Advisors  L.P. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina

on behalf of Defendant NexPoint Capital  Inc. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Fixed Income Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Income Fund drukavina@munsch.com  Courtmail@munsch.com

Deborah Rose Deitsch-Perez

on behalf of Partner Dugaboy Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant Highland Capital Management Services  Inc. deborah.deitschperez@stinson.com,

belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Plaintiff Hunter Mountain Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant HCRE Partners  LLC (n/k/a NexPoint Real Estate Partners, LLC) deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Plaintiff Dugaboy Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Interested Party NexPoint Advisors  L.P. deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant James D. Dondero deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant NexPoint Advisors  L.P. deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Creditor The Dugaboy Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Interested Party James Dondero deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO  AS TRUSTEE OF DUGABOY
INVESTMENT TRUST deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Witness Nancy Dondero deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant STRAND ADVISORS  INC deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III  AS TRUSTEE OF GET GOOD TRUST
deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant James Dondero deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant The Dugaboy Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant Scott Ellington deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant Nancy Dondero deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant Highland Capital Management Fund Advisors  L.P. deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant Isaac Leventon deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Creditor Hunter Mountain Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Interested Party Highland CLO Management Ltd deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Debra A Dandeneau
on behalf of Defendant Scott Ellington debra.dandeneau@bakermckenzie.com  blaire.cahn@bakermckenzie.com

Debra A Dandeneau
on behalf of Defendant Isaac Leventon debra.dandeneau@bakermckenzie.com  blaire.cahn@bakermckenzie.com

Debra A Dandeneau
on behalf of Creditor Scott Ellington  Thomas Surgent, Frank Waterhouse, Isaac Leventon debra.dandeneau@bakermckenzie.com,
blaire.cahn@bakermckenzie.com

Debra A Dandeneau
on behalf of Interested Party CPCM  LLC debra.dandeneau@bakermckenzie.com, blaire.cahn@bakermckenzie.com

Dennis M. Twomey
on behalf of Creditor Committee Official Committee of Unsecured Creditors dtwomey@sidley.com

Donna K. Webb
on behalf of Creditor Pension Benefit Guaranty Corporation donna.webb@usdoj.gov
brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov

Douglas J. Schneller
on behalf of Creditor Contrarian Funds LLC douglas.schneller@rimonlaw.com

Douglas S. Draper
on behalf of Creditor Get Better Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Creditor Dana Scott Breault ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Creditor SLHC Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Creditor The Dugaboy Investment Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Creditor Dolomiti LLC ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Creditor Get Good Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Creditor The Get Good Non Exempt Trust No 2 ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Creditor Canis Minor Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Creditor Get Good Non Exempt Trust No 1 ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Creditor The Dondero Insurance Rabbi Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Defendant The Dugaboy Investment Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Defendant The Get Good Nonexempt Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Drake M. Rayshell
on behalf of Creditor Patrick Daugherty drayshell@grayreed.com  mmoreno@grayreed.com

Edmon L. Morton
on behalf of Creditor Committee Official Committee of Unsecured Creditors emorton@ycst.com

Edward J. Leen
on behalf of Creditor Jessup Holdings LLC eleen@mkbllp.com

Edward J. McNeilly
on behalf of Interested Party Hon.Russell F. Nelms (Ret.) edward.mcneilly@hoganlovells.com

Edward J. McNeilly
on behalf of Interested Party John S. Dubel edward.mcneilly@hoganlovells.com

Edwin Paul Keiffer
on behalf of Interested Party Hunter Mountain Trust pkeiffer@romclaw.com  bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Creditor Rand Advisors  LLC pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Defendant Hunter Mountain Investment Trust pkeiffer@romclaw.com
bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Creditor Atlas IDF  LP pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Creditor Rand PE Fund I  LP pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Creditor John Honis pkeiffer@romclaw.com  bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Creditor Beacon Mountain  LLC pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Creditor Atlas IDF  GP, LLC pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Creditor Rand PE Fund Management  LLC pkeiffer@romclaw.com,
bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Creditor Hunter Mountain Investment Trust pkeiffer@romclaw.com
bwallace@romclaw.com,dsalinas@romclaw.com

Elizabeth Weller
on behalf of Creditor Grayson County Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Dallas County Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Upshur County Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Fannin CAD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Coleman County TAD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Rockwall CAD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Allen ISD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Irving ISD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Tarrant County Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Kaufman County Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Eric A. Soderlund
on behalf of Interested Party Former Employees eric.soderlund@rsbfirm.com

Eric A. Soderlund
on behalf of Creditor Scott Ellington  Thomas Surgent, Frank Waterhouse, Isaac Leventon eric.soderlund@rsbfirm.com

Eric A. Soderlund
on behalf of Creditor Frank Waterhouse  Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent
eric.soderlund@rsbfirm.com

Eric A. Soderlund
on behalf of Interested Party CPCM  LLC eric.soderlund@rsbfirm.com

Eric Thomas Haitz

on behalf of Defendant Alvarez & Marsal CRF Management  LLC eric.haitz@bondsellis.com, linda.gordon@bondsellis.com

Erin Marie Schmidt

on behalf of U.S. Trustee United States Trustee ustpregion06.da.ecf@usdoj.gov  erin.schmidt2@usdoj.gov

Frances Anne Smith

on behalf of Interested Party Former Employees frances.smith@offitkurman.com  michael.coulombe@offitkurman.com

Frances Anne Smith

on behalf of Creditor Scott Ellington  Thomas Surgent, Frank Waterhouse, Isaac Leventon frances.smith@offitkurman.com, michael.coulombe@offitkurman.com

Frances Anne Smith

on behalf of Interested Party CPCM  LLC frances.smith@offitkurman.com, michael.coulombe@offitkurman.com

Frances Anne Smith

on behalf of Plaintiff Scott Byron Ellington frances.smith@offitkurman.com  michael.coulombe@offitkurman.com

Frances Anne Smith

on behalf of Creditor Frank Waterhouse frances.smith@offitkurman.com  michael.coulombe@offitkurman.com

Frances Anne Smith

on behalf of Interested Party Matthew DiOrio  Scott Ellington, Isaac Leventon, Mary Kathryn Lucas (nee Irving), John Paul Sevilla, Stephanie Vitiello, and Frank Waterhouse frances.smith@offitkurman.com, michael.coulombe@offitkurman.com

Frances Anne Smith

on behalf of Creditor Scott Ellington frances.smith@offitkurman.com  michael.coulombe@offitkurman.com

Geoffrey Scott Harper

on behalf of Creditor The Get Good Non Exempt Trust No 2 gharper@winston.com
ecf_houston@winston.com;jvargo@winston.com

Geoffrey Scott Harper

on behalf of Partner Dugaboy Investment Trust gharper@winston.com  ecf_houston@winston.com;jvargo@winston.com

Geoffrey Scott Harper

on behalf of Interested Party NexPoint Advisors  L.P. gharper@winston.com, ecf_houston@winston.com;jvargo@winston.com

Geoffrey Scott Harper

on behalf of Creditor The Dugaboy Investment Trust gharper@winston.com  ecf_houston@winston.com;jvargo@winston.com

Geoffrey Scott Harper

on behalf of Interested Party James Dondero gharper@winston.com  ecf_houston@winston.com;jvargo@winston.com

Geoffrey Scott Harper

on behalf of Interested Party NexPoint Real Estate Advisors  L.P. gharper@winston.com,
ecf_houston@winston.com;jvargo@winston.com

Geoffrey Scott Harper

on behalf of Interested Party NexPoint Asset Management  L.P. gharper@winston.com,
ecf_houston@winston.com;jvargo@winston.com

Gregory Getty Hesse

on behalf of Partner Dugaboy Investment Trust ghesse@huntonak.com
astowe@huntonak.com;tcanada@HuntonAK.com;creeves@HuntonAK.com

Gregory Getty Hesse

on behalf of Spec. Counsel Hunton Andrews Kurth LLP ghesse@huntonak.com
astowe@huntonak.com;tcanada@HuntonAK.com;creeves@HuntonAK.com

Gregory V. Demo

on behalf of Debtor Highland Capital Management  L.P. gdemo@pszjlaw.com,
jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo

on behalf of Counter-Defendant Highland Capital Management  L.P. gdemo@pszjlaw.com,
jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo

on behalf of Defendant Highland Capital Management  LP gdemo@pszjlaw.com,
jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo

on behalf of Defendant Highland Capital Management  L.P. gdemo@pszjlaw.com,
jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo

on behalf of Defendant Highland Claimant Trust gdemo@pszjlaw.com
jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com

law.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo

    on behalf of Plaintiff Highland Capital Management  L.P. gdemo@pszjlaw.com,
jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszj
law.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo

    on behalf of Creditor Committee Official Committee of Unsecured Creditors gdemo@pszjlaw.com
jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszj
law.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Greta M. Brouphy

    on behalf of Creditor The Dugaboy Investment Trust gbrouphy@hellerdraper.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com

Greta M. Brouphy

    on behalf of Defendant The Dugaboy Investment Trust gbrouphy@hellerdraper.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com

Greta M. Brouphy

    on behalf of Creditor Get Good Trust gbrouphy@hellerdraper.com  dhepting@hellerdraper.com;vgamble@hellerdraper.com

Hayley R Winograd

    on behalf of Counter-Defendant Highland Capital Management  L.P. hayleywinograd@gmail.com

Hayley R Winograd

    on behalf of Debtor Highland Capital Management  L.P. hayleywinograd@gmail.com

Hayley R Winograd

    on behalf of Defendant Highland Capital Management  L.P. hayleywinograd@gmail.com

Hayley R Winograd

    on behalf of Defendant Highland Claimant Trust hayleywinograd@gmail.com

Hayley R Winograd

    on behalf of Plaintiff Highland Capital Management  L.P. hayleywinograd@gmail.com

Hayley R Winograd

    on behalf of Defendant Highland Capital Management  LP hayleywinograd@gmail.com

Holland N. O'Neil

    on behalf of Spec. Counsel Foley Gardere  Foley & Lardner LLP honeil@foley.com,
jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com

Ian Salzer

    on behalf of Creditor Hunter Mountain Investment Trust isalzer@pmmlaw.com

Ian Salzer

    on behalf of Interested Party Hunter Mountain Investment Trust isalzer@pmmlaw.com

Ian Salzer

    on behalf of Plaintiff Hunter Mountain Investment Trust isalzer@pmmlaw.com

Ian Salzer

    on behalf of Interested Party Hunter Mountain Trust isalzer@pmmlaw.com

Ian Salzer

    on behalf of Plaintiff Charitable DAF Fund  L.P. isalzer@pmmlaw.com

J. Seth Moore

    on behalf of Creditor Siepe  LLC semoore@swlaw.com,
sluby@swlaw.com;docket_den@swlaw.com;DOCKET_DAL@swlaw.com

Jaclyn C. Weissgerber

    on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com  jweissgerber@ycst.com

James Jay Lee

    on behalf of Interested Party Lynn Pinker Hurst & Schwegmann  LLP jimlee@velaw.com

James Jay Lee

    on behalf of Interested Party The Pettit Law Firm jimlee@velaw.com

Jason Bernstein

    on behalf of Creditor BHH Equities LLC casey.doherty@dentons.com
dawn.brown@dentons.com;Melinda.sanchez@dentons.com;docket.general.lit.dal@dentons.com

Jason Bernstein

    on behalf of Interested Party Jefferies LLC casey.doherty@dentons.com
dawn.brown@dentons.com;Melinda.sanchez@dentons.com;docket.general.lit.dal@dentons.com

Jason Alexander Enright

    on behalf of Creditor Acis Capital Management GP  LLC jenright@winstead.com

Jason Alexander Enright
                    on behalf of Creditor Acis Capital Management  L.P. jenright@winstead.com

Jason Patrick Kathman
                    on behalf of Creditor Todd Travers jkathman@spencerfane.com  gpronske@spencerfane.com;lvargas@spencerfane.com

Jason Patrick Kathman
                    on behalf of Creditor Davis Deadman jkathman@spencerfane.com  gpronske@spencerfane.com;lvargas@spencerfane.com

Jason Patrick Kathman
                    on behalf of Defendant Patrick Hagaman Daugherty jkathman@spencerfane.com
gpronske@spencerfane.com;lvargas@spencerfane.com

Jason Patrick Kathman
                    on behalf of Creditor Patrick Daugherty jkathman@spencerfane.com  gpronske@spencerfane.com;lvargas@spencerfane.com

Jason Patrick Kathman
                    on behalf of Creditor Paul Kauffman jkathman@spencerfane.com  gpronske@spencerfane.com;lvargas@spencerfane.com

Jason Patrick Kathman
                    on behalf of Defendant Patrick Daugherty jkathman@spencerfane.com  gpronske@spencerfane.com;lvargas@spencerfane.com

Jason S. Brookner
                    on behalf of Creditor Patrick Daugherty jbrookner@grayreed.com  lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner
                    on behalf of Defendant Patrick Daugherty jbrookner@grayreed.com  lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner
                    on behalf of Creditor Gray Reed & McGraw LLP jbrookner@grayreed.com  lwebb@grayreed.com;acarson@grayreed.com

Jeff P. Prostok
                    on behalf of Creditor Joshua Terry jeff.prostok@vhh.law
jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankrupt
cy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jeff P. Prostok
                    on behalf of Creditor Jennifer G. Terry jeff.prostok@vhh.law
jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankrupt
cy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jeffrey Kurtzman
                    on behalf of Creditor BET Investments II  L.P. kurtzman@kurtzmansteady.com

Jeffrey Nathan Pomerantz
                    on behalf of Plaintiff Highland Capital Management  L.P. jpomerantz@pszjlaw.com

Jeffrey Nathan Pomerantz
                    on behalf of Debtor Highland Capital Management  L.P. jpomerantz@pszjlaw.com

Jeffrey Nathan Pomerantz
                    on behalf of Counter-Defendant Highland Capital Management  L.P. jpomerantz@pszjlaw.com

Jeffrey Nathan Pomerantz
                    on behalf of Defendant Highland Claimant Trust jpomerantz@pszjlaw.com

Jeffrey Nathan Pomerantz
                    on behalf of Defendant Highland Capital Management  L.P. jpomerantz@pszjlaw.com

Jeffrey Reid Burley
                    on behalf of Defendant Patrick Hagaman Daugherty rburley@grayreed.com  hpetrea@bellnunnally.com

Jeffrey Reid Burley
                    on behalf of Counter-Claimant Patrick Hagaman Daugherty rburley@grayreed.com  hpetrea@bellnunnally.com

Jerry C. Alexander
                    on behalf of Attorney Scott M. Seidel alexanderj@passmanjones.com  chandlers@passmanjones.com

John A Morris
                    on behalf of Defendant Highland Claimant Trust jmorris@pszjlaw.com

John A Morris
                    on behalf of Counter-Defendant Highland Capital Management  L.P. jmorris@pszjlaw.com

John A Morris
                    on behalf of Creditor Muck Holdings LLC jmorris@pszjlaw.com

John A Morris
                    on behalf of Creditor Jessup Holdings LLC jmorris@pszjlaw.com

John A Morris
                    on behalf of Defendant Highland Capital Management  L.P. jmorris@pszjlaw.com

John A Morris

on behalf of Plaintiff Highland Capital Management  L.P. jmorris@pszjlaw.com

John A Morris

on behalf of Debtor Highland Capital Management  L.P. jmorris@pszjlaw.com

John A Morris

on behalf of Other Professional James P. Seery  Jr. jmorris@pszjlaw.com

John A Morris

on behalf of Creditor Stonehill Capital Management LLC jmorris@pszjlaw.com

John A Morris

on behalf of Creditor James P. Seery  Jr. jmorris@pszjlaw.com

John A Morris

on behalf of Other Professional Highland Claimant Trust jmorris@pszjlaw.com

John A Morris

on behalf of Creditor Farallon Capital Management  LLC jmorris@pszjlaw.com

John A Morris

on behalf of Defendant Highland Capital Management  LP jmorris@pszjlaw.com

John J. Kane

on behalf of Creditor Grant James Scott III jkane@krcl.com  ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane

on behalf of Defendant Grant James Scott III jkane@krcl.com  ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane

on behalf of Defendant CLO Holdco  Ltd. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane

on behalf of Defendant Grant James Scott III jkane@krcl.com  ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John Kendrick Turner

on behalf of Creditor City of Allen john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Fannin CAD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Irving ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Dallas County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Kaufman County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Tarrant County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor City of Richardson john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Coleman County TAD john.turner@lgbs.com
Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Upshur County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Allen ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Grayson County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Michael Gaddis

on behalf of Partner Dugaboy Investment Trust mgaddis@winston.com  ecf_houston@winston.com

John T. Cox, III

on behalf of Defendant Alvarez & Marsal CRF Management  LLC tcox@gibsondunn.com,
WCassidy@gibsondunn.com;twesley@gibsondunn.com;pacer-tx@gibsondunn.com;pvickery@gibsondunn.com;trey-cox-4576@e
cf.pacerpro.com

Johnathan Stone

on behalf of Interested Party State of Texas johnathan.stone@oag.texas.gov

Johnny Sutton

on behalf of Partner Dugaboy Investment Trust rrussell@ashcroftlawfirm.com

District/off: 0539-3                          User: admin                                    Page 19 of 29
Date Rcvd: Jan 27, 2026                       Form ID: pdf012                              Total Noticed: 145

Jonathan Sundheimer
              on behalf of Creditor NWCC  LLC jsundheimer@btlaw.com

Jonathan E. Bridges
              on behalf of Creditor CLO Holdco  Ltd. jeb@sbaitilaw.com

Jonathan E. Bridges
              on behalf of Plaintiff PCMG Trading Partners XXIII LP jeb@sbaitilaw.com

Jonathan E. Bridges
              on behalf of Plaintiff CLO Holdco  Ltd. jeb@sbaitilaw.com

Jonathan E. Bridges
              on behalf of Interested Party CLO Holdco  Ltd. jeb@sbaitilaw.com

Jonathan E. Bridges
              on behalf of Interested Party Charitable DAF Fund  LP jeb@sbaitilaw.com

Jonathan E. Bridges
              on behalf of Plaintiff Charitable DAF Fund  LP jeb@sbaitilaw.com

Jonathan F. Mitchell
              on behalf of Interested Party James Dondero jonathan@mitchell.law

Jordan A. Kroop
              on behalf of Debtor Highland Capital Management  L.P. jkroop@pszjlaw.com, tcorrea@pszjlaw.com

Joseph E. Bain
              on behalf of Creditor Issuer Group JBain@joneswalker.com
              kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com

Joseph Y. Ahmad
              on behalf of Creditor Acis Capital Management GP  LLC wsmalley@azalaw.com, sbates@azalaw.com;ahernandez@azalaw.com

Joshua Seth Levy
              on behalf of Other Professional James P. Seery  Jr. jlevy@willkie.com

Joshua Seth Levy
              on behalf of Creditor James P. Seery  Jr. jlevy@willkie.com

Julian Preston Vasek
              on behalf of Interested Party Highland Total Return Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
              on behalf of Interested Party Highland Income Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
              on behalf of Defendant Highland Income Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
              on behalf of Interested Party Highland Opportunistic Credit Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
              on behalf of Interested Party Highland Healthcare Opportunities Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
              on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek
              on behalf of Interested Party NexPoint Capital  Inc. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek
              on behalf of Interested Party Highland/iBoxx Senior Loan ETF jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
              on behalf of Interested Party NexPoint Advisors  L.P. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek
              on behalf of Interested Party NexPoint Strategic Opportunities Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
              on behalf of Interested Party Highland Funds II and its series jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
              on behalf of Defendant NexPoint Advisors  L.P. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek
              on behalf of Interested Party NexPoint Real Estate Strategies Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek
              on behalf of Defendant NexPoint Capital  Inc. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland Small-Cap Equity Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek

     on behalf of Defendant Highland Capital Management Fund Advisors  L.P. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek

     on behalf of Interested Party Highland Merger Arbitrage Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek

     on behalf of Interested Party Highland Fixed Income Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek

     on behalf of Interested Party Highland Funds I and its series jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek

     on behalf of Interested Party NexPoint Advisors GP  LLC jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek

     on behalf of Defendant NexPoint Strategic Opportunities Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek

     on behalf of Interested Party Highland Socially Responsible Equity Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek

     on behalf of Interested Party Highland Global Allocation Fund jvasek@munsch.com  CourtMail@munsch.com

Juliana Hoffman

     on behalf of Financial Advisor FTI Consulting  Inc. jhoffman@sidley.com,
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman

     on behalf of Plaintiff Official Committee of Unsecured Creditors jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman

     on behalf of Interested Party UBS Securities LLC jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman

     on behalf of Interested Party UBS AG London Branch jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman

     on behalf of Debtor Highland Capital Management  L.P. jhoffman@sidley.com,
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman

     on behalf of Interested Party Committee of Unsecured Creditors jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman

     on behalf of Creditor Sidley Austin LLP jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman

     on behalf of Creditor Committee Official Committee of Unsecured Creditors jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman

     on behalf of Other Professional Teneo Capital  LLC jhoffman@sidley.com,
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Kesha Tanabe

     on behalf of Creditor Cedar Glade LP kesha@tanabelaw.com

Kevin Perkins

     on behalf of Defendant MASSAND CAPITAL  LLC kperkins@vanacourperkins.com

Kevin Perkins

     on behalf of Defendant MASSAND CAPITAL  INC. kperkins@vanacourperkins.com

Kimberly A. Posin

     on behalf of Interested Party UBS Securities LLC kim.posin@lw.com  colleen.rico@lw.com

Kimberly A. Posin

     on behalf of Plaintiff UBS AG London Branch kim.posin@lw.com  colleen.rico@lw.com

Kimberly A. Posin

     on behalf of Interested Party UBS AG London Branch kim.posin@lw.com  colleen.rico@lw.com

Kimberly A. Posin

     on behalf of Plaintiff UBS Securities LLC kim.posin@lw.com  colleen.rico@lw.com

Kristin H. Jain

on behalf of Interested Party NexPoint Advisors  L.P. KHJain@JainLaw.com, dskierski@skijain.com

Kristin H. Jain

on behalf of Interested Party NexPoint Real Estate Advisors  L.P. KHJain@JainLaw.com, dskierski@skijain.com

Larry R Boyd

on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR lboyd@abernathy-law.com
ljameson@abernathy-law.com

Lauren Kessler Drawhorn

on behalf of Creditor Eagle Equity Advisors  LLC lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Advisors V  L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Advisors IV  L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Residential Trust  Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party VineBrook Homes  Trust, Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Partners  LLC lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexBank lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party MGM Holdings  Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexBank Title Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Advisors VII  L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexBank Capital Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Creditor HCRE Partners  LLC (n/k/a NexPoint Real Estate Partners, LLC) lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Advisors II  L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Finance Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Creditor Highland Capital Management Services  Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party Nexpoint Real Estate Capital  LLC lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Advisors VIII  L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Advisors VI  L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Advisors  L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Advisors III  L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Multifamily Capital Trust  Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexBank Securities Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Creditor Advisors Equity Group  LLC lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Hospitality Trust lkdrawhorn@gmail.com

Laurie A Spindler

on behalf of Creditor Irving ISD Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor Dallas County Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor Allen ISD Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor City of Richardson Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor Grayson County Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor Kaufman County Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor Tarrant County Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor City of Allen Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Leslie A. Collins

on behalf of Creditor The Dugaboy Investment Trust lcollins@hellerdraper.com

Leslie A. Collins

on behalf of Creditor Get Good Trust lcollins@hellerdraper.com

Leslie A. Collins

on behalf of Defendant The Dugaboy Investment Trust lcollins@hellerdraper.com

Linda D. Reece

on behalf of Creditor Plano ISD lreece@pbfcm.com  lreece@ecf.courtdrive.com

Linda D. Reece

on behalf of Creditor City of Garland lreece@pbfcm.com  lreece@ecf.courtdrive.com

Linda D. Reece

on behalf of Creditor Wylie ISD lreece@pbfcm.com  lreece@ecf.courtdrive.com

Linda D. Reece

on behalf of Creditor Garland ISD lreece@pbfcm.com  lreece@ecf.courtdrive.com

Lindsey Lee Robin

on behalf of Creditor Muck Holdings LLC lrobin@reedsmith.com
jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin

on behalf of Creditor Stonehill Capital Management LLC lrobin@reedsmith.com
jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin

on behalf of Other Professional Highland Claimant Trust lrobin@reedsmith.com
jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin

on behalf of Creditor Jessup Holdings LLC lrobin@reedsmith.com
jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin

on behalf of Creditor James P. Seery  Jr. lrobin@reedsmith.com,
jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin

on behalf of Creditor Farallon Capital Management  LLC lrobin@reedsmith.com,
jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin

on behalf of Debtor Highland Capital Management  L.P. lrobin@reedsmith.com,
jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin
                on behalf of Other Professional James P. Seery  Jr. lrobin@reedsmith.com,
                jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lisa L. Lambert
                on behalf of U.S. Trustee United States Trustee lisa.l.lambert@usdoj.gov

Louis M. Phillips
                on behalf of Defendant CLO Holdco  Ltd. louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                on behalf of Interested Party The Dallas Foundation louis.phillips@kellyhart.com
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                on behalf of Respondent Mark Patrick louis.phillips@kellyhart.com
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                on behalf of Creditor Charitable DAF GP  L.P. louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                on behalf of Interested Party Highland Dallas Foundation  Inc. louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                on behalf of Interested Party The Charitable DAF Fund  L.P. louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                on behalf of Creditor Highland Dallas Foundation  Inc. louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                on behalf of Creditor CLO Holdco  Ltd. louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                on behalf of Interested Party CLO Holdco  Ltd. louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                on behalf of Interested Party Highland Kansas City Foundation  Inc. louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                on behalf of Plaintiff CLO Holdco  Ltd. louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                on behalf of Creditor Hunter Mountain Investment Trust louis.phillips@kellyhart.com
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                on behalf of Creditor Charitable DAF HoldCo  Ltd. louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                on behalf of Interested Party Mary Jalonick louis.phillips@kellyhart.com
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                on behalf of Interested Party The Santa Barbara Foundation louis.phillips@kellyhart.com
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                on behalf of Defendant Highland Dallas Foundation  Inc. louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                on behalf of Interested Party Charitable DAF Fund  LP louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                on behalf of Creditor The Charitable DAF Fund  L.P. louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips
                on behalf of Interested Party Highland Santa Barbara Foundation  Inc. louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

District/off: 0539-3                                  User: admin                                        Page 24 of 29
Date Rcvd: Jan 27, 2026                            Form ID: pdf012                                  Total Noticed: 145

Louis M. Phillips

on behalf of Interested Party The Greater Kansas City Community Foundation louis.phillips@kellyhart.com
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Louis M. Phillips

on behalf of Plaintiff Charitable DAF Fund  LP louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

M. David Bryant, Jr.

on behalf of Interested Party Integrated Financial Associates  Inc. dbryant@dykema.com, csmith@dykema.com

Margaret Michelle Hartmann

on behalf of Defendant Isaac Leventon michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann

on behalf of Creditor Scott Ellington michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann

on behalf of Defendant Scott Ellington michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann

on behalf of Interested Party CPCM  LLC michelle.hartmann@bakermckenzie.com

Mark Stancil

on behalf of Debtor Highland Capital Management  L.P. mstancil@willkie.com

Mark Stancil

on behalf of Other Professional James P. Seery  Jr. mstancil@willkie.com

Mark Stancil

on behalf of Other Professional Highland Claimant Trust mstancil@willkie.com

Mark Stancil

on behalf of Creditor James P. Seery  Jr. mstancil@willkie.com

Mark A. Platt

on behalf of Interested Party Redeemer Committee of the Highland Crusader Fund mplatt@fbtlaw.com  dwilliams@fbtlaw.com

Marshall R. King

on behalf of Interested Party Alvarez & Marsal CRF Management  LLC, as Investment Manager of the Highland Crusader Funds
mking@gibsondunn.com, marshall-r-king-9149@ecf.pacerpro.com

Marshall R. King

on behalf of Defendant Alvarez & Marsal CRF Management  LLC mking@gibsondunn.com,
marshall-r-king-9149@ecf.pacerpro.com

Martin A. Sosland

on behalf of Interested Party UBS AG London Branch Martin.Sosland@vhh.law
martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com

Martin A. Sosland

on behalf of Plaintiff UBS AG London Branch Martin.Sosland@vhh.law
martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com

Martin A. Sosland

on behalf of Interested Party UBS Securities LLC Martin.Sosland@vhh.law
martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com

Martin A. Sosland

on behalf of Plaintiff UBS Securities LLC Martin.Sosland@vhh.law
martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com

Matthew Gold

on behalf of Creditor Argo Partners courts@argopartners.net

Matthew A. Clemente

on behalf of Creditor Committee Official Committee of Unsecured Creditors mclemente@sidley.com
matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwom
ey@sidley.com

Matthew A. Clemente

on behalf of Interested Party Committee of Unsecured Creditors mclemente@sidley.com
matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwom
ey@sidley.com

Matthew G. Bouslog

on behalf of Interested Party Alvarez & Marsal CRF Management  LLC, as Investment Manager of the Highland Crusader Funds
mbouslog@allenmatkins.com, ncampos@allenmatkins.com

Matthew S. Okin

on behalf of Interested Party Crown Global Life Insurance  Ltd mokin@okinadams.com,
sgonzales@okinadams.com;nhollon@okinadams.com

Matthew S. Okin
                on behalf of Interested Party The Dallas Foundation mokin@okinadams.com
                sgonzales@okinadams.com;nhollon@okinadams.com

Matthew W. Bobo
                on behalf of Intervenor Highland Employee Retention Assets  LLC mbobo@mwblawyer.com,
                chelsey@mwblawyer.com;katy@mwblawyer.com

Mazin Ahmad Sbaiti
                on behalf of Plaintiff PCMG Trading Partners XXIII LP mas@sbaitilaw.com
                krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti
                on behalf of Creditor CLO Holdco  Ltd. mas@sbaitilaw.com,
                krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti
                on behalf of Plaintiff CLO Holdco  Ltd. mas@sbaitilaw.com,
                krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti
                on behalf of Interested Party Charitable DAF Fund  LP mas@sbaitilaw.com,
                krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti
                on behalf of Interested Party CLO Holdco  Ltd. mas@sbaitilaw.com,
                krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti
                on behalf of Creditor The Charitable DAF Fund  L.P. mas@sbaitilaw.com,
                krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti
                on behalf of Plaintiff Charitable DAF Fund  LP mas@sbaitilaw.com,
                krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti
                on behalf of Interested Party The Charitable DAF Fund  L.P. mas@sbaitilaw.com,
                krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Megan Young-John
                on behalf of Creditor Issuer Group myoung-john@porterhedges.com

Megan F. Clontz
                on behalf of Creditor Todd Travers mclontz@fbfk.law  ljaeger@fbfk.law;mclontzlaw@gmail.com

Megan F. Clontz
                on behalf of Creditor Patrick Daugherty mclontz@fbfk.law  ljaeger@fbfk.law;mclontzlaw@gmail.com

Melissa S. Hayward
                on behalf of Defendant Highland Capital Management  L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Melissa S. Hayward
                on behalf of Debtor Highland Capital Management  L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Melissa S. Hayward
                on behalf of Plaintiff Highland Capital Management  L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Melissa S. Hayward
                on behalf of Other Professional Highland Claimant Trust MHayward@HaywardFirm.com  mholmes@HaywardFirm.com

Melissa S. Hayward
                on behalf of Defendant Highland Capital Management  LP MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Michael A. Rosenthal
                on behalf of Defendant Alvarez & Marsal CRF Management  LLC mrosenthal@gibsondunn.com,
                michael--rosenthal-4826@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Michael Justin Lang
                on behalf of Creditor The Dugaboy Investment Trust mlang@cwl.law  aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang
                on behalf of Partner Dugaboy Investment Trust mlang@cwl.law  aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang
                on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC mlang@cwl.law
                aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang
                on behalf of Interested Party James Dondero mlang@cwl.law  aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang
                on behalf of Interested Party NexPoint Advisors  L.P. mlang@cwl.law, aohlinger@cwl.law;ylopez@cwl.law

District/off: 0539-3

Date Rcvd: Jan 27, 2026

User: admin

Form ID: pdf012

Page 26 of 29

Total Noticed: 145

Michael Justin Lang

on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. mlang@cwl.law,
aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang

on behalf of Creditor Get Good Trust mlang@cwl.law  aohlinger@cwl.law;ylopez@cwl.law

Michael P. Aigen

on behalf of Partner Dugaboy Investment Trust michael.aigen@stinson.com

Michael P. Aigen

on behalf of Plaintiff Hunter Mountain Investment Trust michael.aigen@stinson.com

Michael P. Aigen

on behalf of Plaintiff Dugaboy Investment Trust michael.aigen@stinson.com

Michael P. Aigen

on behalf of Defendant HCRE Partners  LLC (n/k/a NexPoint Real Estate Partners, LLC) michael.aigen@stinson.com

Michael P. Aigen

on behalf of Creditor Hunter Mountain Investment Trust michael.aigen@stinson.com

Michael P. Aigen

on behalf of Interested Party Highland CLO Management Ltd michael.aigen@stinson.com

Michael P. Aigen

on behalf of Creditor The Dugaboy Investment Trust michael.aigen@stinson.com

Michael P. Aigen

on behalf of Defendant James Dondero michael.aigen@stinson.com

Michael P. Aigen

on behalf of Defendant NexPoint Advisors  L.P. michael.aigen@stinson.com

Michael P. Aigen

on behalf of Defendant Highland Capital Management Services  Inc. michael.aigen@stinson.com

Michael P. Aigen

on behalf of Defendant Highland Capital Management Fund Advisors  L.P. michael.aigen@stinson.com

Michael P. Aigen

on behalf of Defendant Nancy Dondero michael.aigen@stinson.com

Michael Scott Held

on behalf of Creditor Crescent TC Investors  L.P. mheld@jw.com, kgradney@jw.com;osalvatierra@jw.com

Michelle E. Shriro

on behalf of Interested Party California Public Employees Retirement System (CalPERS) mshriro@singerlevick.com
scotton@singerlevick.com;tguillory@singerlevick.com

Nicole Skolnekovich

on behalf of Interested Party Hunton Andrews Kurth LLP nskolnekovich@hunton.com
astowe@huntonak.com;creeves@huntonak.com

Omar Jesus Alaniz

on behalf of Other Professional James P. Seery  Jr. oalaniz@reedsmith.com,
omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

on behalf of Creditor Farallon Capital Management  LLC oalaniz@reedsmith.com,
omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

on behalf of Creditor Muck Holdings LLC oalaniz@reedsmith.com  omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

on behalf of Debtor Highland Capital Management  L.P. oalaniz@reedsmith.com,
omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

on behalf of Creditor Stonehill Capital Management LLC oalaniz@reedsmith.com
omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

on behalf of Other Professional Highland Claimant Trust oalaniz@reedsmith.com
omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

on behalf of Creditor James P. Seery  Jr. oalaniz@reedsmith.com, omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

on behalf of Creditor Jessup Holdings LLC oalaniz@reedsmith.com
omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

District/off: 0539-3                                    User: admin                                    Page 27 of 29
Date Rcvd: Jan 27, 2026                              Form ID: pdf012                              Total Noticed: 145

| | |
|---|---|
| Paige Holden Montgomery | on behalf of Creditor Committee Official Committee of Unsecured Creditors pmontgomery@sidley.com txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;spencer.stephens@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com |
| Paige Holden Montgomery | on behalf of Interested Party Committee of Unsecured Creditors pmontgomery@sidley.com txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;spencer.stephens@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com |
| Paige Holden Montgomery | on behalf of Plaintiff Official Committee of Unsecured Creditors pmontgomery@sidley.com txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;spencer.stephens@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com |
| Paige Holden Montgomery | on behalf of Interested Party Litigation Trustee of the Highland Capital Management  L.P. Litigation Sub-Trust pmontgomery@sidley.com, txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;spencer.stephens@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com |
| Paul M. Lopez | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com |
| Penny Packard Reid | on behalf of Creditor Committee Official Committee of Unsecured Creditors preid@sidley.com txefilingnotice@sidley.com;penny-reid-4098@ecf.pacerpro.com;ncade@sidley.com |
| Phillip L. Lamberson | on behalf of Creditor Acis Capital Management  L.P. plamberson@winstead.com |
| Phillip L. Lamberson | on behalf of Creditor Acis Capital Management GP  LLC plamberson@winstead.com |
| Rakhee V. Patel | on behalf of Creditor Acis Capital Management  L.P. rpatel@sidley.com, rahkee-patel-7622@ecf.pacerpro.com,txfilingnotice@sidley.com |
| Rakhee V. Patel | on behalf of Creditor Acis Capital Management GP  LLC rpatel@sidley.com, rahkee-patel-7622@ecf.pacerpro.com,txfilingnotice@sidley.com |
| Richard L. Wynne | on behalf of Interested Party John S. Dubel rlwynne@jonesday.com |
| Richard L. Wynne | on behalf of Interested Party Hon.Russell F. Nelms (Ret.) rlwynne@jonesday.com |
| Robert Joel Feinstein | on behalf of Defendant Highland Capital Management  LP rfeinstein@pszjlaw.com |
| Robert Joel Feinstein | on behalf of Debtor Highland Capital Management  L.P. rfeinstein@pszjlaw.com |
| Robert Scott Loigman | on behalf of Interested Party Marc S. Kirschner  the Litigation Trustee of the Highland Litigation Sub-Trust robertloigman@quinnemanuel.com |
| Robert Scott Loigman | on behalf of Interested Party Litigation Trustee of the Highland Capital Management  L.P. Litigation Sub-Trust robertloigman@quinnemanuel.com |
| Roger L. McCleary | on behalf of Plaintiff Charitable DAF Fund  L.P. rmccleary@pmmclaw.com |
| Ryan E. Manns | on behalf of Interested Party UBS Securities LLC ryan.manns@nortonrosefulbright.com calendaring-nortonrose-9955@ecf.pacerpro.com |
| Ryan E. Manns | on behalf of Interested Party UBS AG London Branch ryan.manns@nortonrosefulbright.com calendaring-nortonrose-9955@ecf.pacerpro.com |
| Ryan J Sullivan, I | on behalf of Defendant STRAND ADVISORS  INC ryan.sullivan@pillsburylaw.com |
| Ryan J Sullivan, I | on behalf of Cross Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO  AS TRUSTEE OF DUGABOY INVESTMENT TRUST ryan.sullivan@pillsburylaw.com |
| Ryan J Sullivan, I | on behalf of Defendant James D. Dondero ryan.sullivan@pillsburylaw.com |

District/off: 0539-3                                          User: admin                                          Page 28 of 29
Date Rcvd: Jan 27, 2026                                      Form ID: pdf012                                      Total Noticed: 145

Ryan J Sullivan, I
    on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO  AS TRUSTEE OF DUGABOY INVESTMENT TRUST ryan.sullivan@pillsburylaw.com

Ryan J Sullivan, I
    on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III  AS TRUSTEE OF GET GOOD TRUST ryan.sullivan@pillsburylaw.com

Sarah A. Schultz
    on behalf of Interested Party PetroCap  LLC sschultz@akingump.com, mstamer@akingump.com;afreeman@akingump.com;dkazlow@akingump.com;aqureshi@akingump.com;dkrasa-berstell@akingump.com;bkemp@akingump.com;brenda-kemp-7410@ecf.pacerpro.com

Sawnie A. McEntire
    on behalf of Plaintiff Charitable DAF Fund  L.P. smcentire@pmmlaw.com, mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com

Sawnie A. McEntire
    on behalf of Creditor Hunter Mountain Investment Trust smcentire@pmmlaw.com mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com

Sawnie A. McEntire
    on behalf of Interested Party Hunter Mountain Investment Trust smcentire@pmmlaw.com mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com

Sawnie A. McEntire
    on behalf of Plaintiff Hunter Mountain Investment Trust smcentire@pmmlaw.com mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com

Sawnie A. McEntire
    on behalf of Interested Party Hunter Mountain Trust smcentire@pmmlaw.com mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com

Scott M. Seidel
    on behalf of Attorney Scott M. Seidel scott@scottseidel.com  susan.seidel@earthlink.net;sms01@trustesolutions.net

Sean M. Beach
    on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com  sbeach@ycst.com

Shawn M Bates
    on behalf of Creditor Acis Capital Management  L.P. sbates@azalaw.com, tbyrd@azalaw.com

Shawn M. Christianson
    on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Susheel Kirpalani
    on behalf of Interested Party Litigation Trustee of the Highland Capital Management  L.P. Litigation Sub-Trust susheelkirpalani@quinnemanuel.com, dian.gwinnup@haynesboone.com

Thomas Albert Cooke
    on behalf of Creditor Acis Capital Management  L.P. tcooke@azalaw.com, mflores@azalaw.com

Thomas C. Scannell
    on behalf of Interested Party Sentinel Reinsurance Ltd. tscannell@foley.com acordero@foley.com;thomas-scannell-3441@ecf.pacerpro.com

Thomas Daniel Berghman
    on behalf of Interested Party NexPoint Advisors  L.P. tberghman@munsch.com, amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Thomas Daniel Berghman
    on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. tberghman@munsch.com, amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Thomas Daniel Berghman
    on behalf of Defendant NexPoint Advisors  L.P. tberghman@munsch.com, amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Thomas Daniel Berghman
    on behalf of Defendant Highland Capital Management Fund Advisors  L.P. tberghman@munsch.com, amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Thomas G. Haskins, Jr.
    on behalf of Creditor NWCC  LLC thaskins@btlaw.com

Thomas M. Melsheimer
    on behalf of Creditor Frank Waterhouse  Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent tmelsheimer@winston.com, tom-melsheimer-7823@ecf.pacerpro.com

United States Trustee
    ustpregion06.da.ecf@usdoj.gov

Vickie L. Driver

on behalf of Creditor HarbourVest et al vickie@driversteplaw.com  crissie@driversteplaw.com;elisa@driversteplaw.com

William R. Howell, Jr.

on behalf of Defendant James D. Dondero williamhowell@utexas.edu  williamhowell@utexas.edu

Zachery Z. Annable

on behalf of Defendant Highland Capital Management  L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Plaintiff Highland Capital Management  L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Other Professional Highland Claimant Trust zannable@haywardfirm.com  mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Counter-Defendant Highland Capital Management  L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Other Professional Hayward & Associates PLLC zannable@haywardfirm.com  mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Defendant Highland Capital Management  LP zannable@haywardfirm.com, mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Other Professional Hayward PLLC zannable@haywardfirm.com  mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Defendant Highland Claimant Trust zannable@haywardfirm.com  mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Debtor Highland Capital Management  L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com

TOTAL: 565