# Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case No. 19-34054-sgj11 |
| Debtor. | |

**[PROPOSED] ORDER DUGABOY INVESTMENT TRUST'S MOTION FOR RELIEF FROM ORDER AND MOTION TO VACATE**

This Court has considered The Dugaboy Investment Trust's Motion for Relief from Order and Motion to Vacate (the "**Motion**"), seeking (1) reconsideration of the Court's Order Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 363 Approving Settlement Between the Highland Entities and the HMIT Entities and Authorizing Actions Consistent Therewith, No. 19-34054-sgj11, Dkt. 4297 (Bankr. N.D. Tex. June 30, 2025) (the "Rule 9019 Settlement Order"); (2) relief under Federal Rule of Bankruptcy Procedure 9024 and Federal Rule of Civil Procedure 60(b); and (3) vacatur of the Rule 9019 Settlement Order pursuant to the

1

Court's inherent power. Based on the evidence and argument presented by the parties, the Court hereby finds and concludes that the Motion is well taken. Accordingly, it is hereby **ORDERED THAT**:

1. The Motion is **GRANTED**.

2. The Court's Order Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 363 Approving Settlement Between the Highland Entities and the HMIT Entities and Authorizing Actions Consistent Therewith, No. 19-34054-sgj11, Dkt. 4297 (Bankr. N.D. Tex. June 30, 2025), is hereby **VACATED**.

3. The settlement approved by the Rule 9019 Settlement Order is hereby **SET ASIDE** and is of no further force or effect.

4. To the extent any party seeks to reassert the proposed settlement or any portion thereof, such party may file an appropriate motion, subject to the rights of all interested parties to object in light of the evidence now available regarding Mark Patrick's alleged fraud and misconduct.

5. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # # End of Order # # #

Geoffrey S. Harper
Texas Bar No. 00795408
gharper@kslaw.com
KING & SPALDING LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
(214) 764-4600

John Michael Gaddis
Texas Bar No. 24069747
mgaddis@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
(214) 453-6400 (fax)

*Counsel for The Dugaboy Investment Trust*