*Dugaboy Investment Trust's Motion for Relief from Order and Motion to Vacate – Table of
General Exhibits*

| Exhibit No. | Document |
| --- | --- |
| | Dugaboy Proposed Order |
| | Appendix A Pre-9019 Settlement Hunter Mountain Litigation Efforts |
| 1 | Order Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 363 Approving Settlement Between the Highland Entities and the HMIT Entities and Authorizing Actions Consistent Therewith, No. 19-34054-sgj11, Dkt. 4297 (Bankr. N.D. Tex. June 30, 2025) ("Rule 9019 Settlement Order") |
| 2 | Transcript of Status and Scheduling Conference Hearing Held 12/6/19 at 23:2–15, Dkt. 207 |
| 3 | Objection of The Dallas Foundation and Crown Global Life Insurance, Ltd. to the Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 363 Approving Settlement with the HMIT Entities and Authorizing Actions Consistent Therewith, Dkt 4231("Charities' Obj.") |
| 4 | DAF's original organizational chart ("DAF Org Chart") |
| 5 | Rand Advisors, LLC Form ADV Part 2A (March 2021) |
| 6 | *Kirschner v. Dondero*, Adv. Proc. No. 21-03076-sgj (Bankr. N.D. Tex.), Dkt. 158 |
| 7 | Notice of Occurrence of Effective Date of Confirmed Plan of Reorganization, Dkt. 2700 |
| 8 | *Kirschner v. Dondero*, Adv. Proc. No. 21-03076-sgj (Bankr. N.D. Tex.), Dkt. 1 |
| 9 | Order Pursuant to Plan "**Gatekeeper Provision**" and Pre-Confirmation "Gatekeeper Orders": Denying Hunter Mountain Investment Trust's Emergency Motion for Leave to File Verified Adversary Proceeding, Dkt. 3904 |
| 10 | Hunter Mountain Investment Trust's Emergency Motion for Leave to File Verified Adversary Proceeding ("Motion for Leave"), Dkt. 3699 |
| 11 | Order, *Hunter Mountain Inv. Trust v. Highland Cap. Mgmt., L.P.*, No. 3:23-cv-02071-E (N.D. Tex. Mar. 21, 2025), Dkt. 44 |
| 12 | Complaint to (I) Compel Disclosures About the Assets of the Highland Claimant Trust and (II) Determine (A) Relative Value of Those Assets, and (B) Nature of Plaintiffs' Interests in the Claimant Trust, *The Dugaboy Investment Trust v. Highland* |

*Dugaboy Investment Trust's Motion for Relief from Order and Motion to Vacate – Table of*
*General Exhibits*

| | |
|---|---|
| | *Cap. Mgmt., L.P.*, No. 23-03038-sgj (Bankr. N.D. Tex. May 10, 2023), Dkt. 1 ("Valuation Litigation") |
| 13 | Memorandum Opinion and Order Granting Motion to Dismiss Adversary Proceeding in Which Contingent Interest Holders in Chapter 11 Plan Trust Seek a Post-Confirmation Valuation of Trust Assets, Adv., Dkt. 27, No. 23-03038 |
| 14 | Notice of Appeal, *The Dugaboy Inv. Trust v. Highland Cap. Mgmt., L.P.*, No. 3:24-cv-01531-X (N.D. Tex. Aug. 29, 2025), Dkt. 32 |
| 15 | *The Dugaboy Inv. Trust v. Highland Cap. Mgmt., L.P.*, No. 25-10999 (5th Cir. Oct. 1, 2025), Dkt. 32 |
| 16 | Motion for Leave to File a Delaware Complaint ("Delaware Motion for Leave"), Dkt. 4000 |
| 17 | Highland's Motion to Stay Contested Matter or for Alternative Relief, Dkt. 4013 |
| 18 | Order Extending Stay of Contested Matter, Dkt. 4104 |
| 19 | Organizational chart reflecting the DAF Restructuring |
| 20 | Email from Shawn Raver to Chris Rice dated Feb. 20, 2025 |
| 21 | Email from Chris Rice to Skyview Group dated Mar. 12, 2025 |
| 22 | Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 363 Approving Settlement with the HMIT Entities and Authorizing Actions Consistent Therewith ("9019 Motion"), Dkt. 4216 |
| 23 | Transcript of Hearing dated June 25, 2025 ("9019 Hr'g Tr.") |
| 24 | Settlement Agreement & General Release, Dkt. 4217-1 |
| 25 | Preliminary Objection of The Dugaboy Investment Trust to the Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 363 Approving Settlement with the HMIT Entities, Dkt. 4230 |
| 26 | Notice of Hearing Held 6/25//2025, Dkt. 4295 |
| 27 | Stipulation Withdrawing Objection of the Dallas Foundation and Crown Global Life Insurance, Ltd. to Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 363 Approving Settlement with the HMIT Entities and Authorizing Actions Consistent Therewith, Dkt. 4291 ("Withdrawal Stip.") |
| 28 | Letter from Ken Paxton re: Request for a Stay; Dkt. 4308 |

*Dugaboy Investment Trust's Motion for Relief from Order and Motion to Vacate – Table of
General Exhibits*

| | |
|---|---|
| 29 | Notice of Appeal, Dkt. 4311; Ex. 30, The Dugaboy Investment Trust's Motion to Stay 9019 Order, Dkt. 4326 ("Dugaboy Motion to Stay") |
| 30 | The Dugaboy Investment Trust's Motion to Stay 9019 Order, Dkt. 4326 |
| 31 | Memorandum Order and Opinion Regarding Stay Requests, Dkt. 4333 ("Stay Order") |
| 32 | Order 05-26-90042 |
| 33 | Order 05-26-90044 |
| 34 | Order 05-26-90045 |
| 35 | Stacey G. Jernigan, *Hedging Death*, White Bird Publications (Mar. 22, 2022) (excerpt) |
| 36 | Memorandum of Law in Support of Highland Capital Management Fund Advisors, L.P.'s Motion to Recuse at 16–17, *Highland Cap. Mgmt. L.P. v. Kirschner*, Adv. Proc. No. 21-03076, Dkt. 310 (Bankr. N.D. Tex. Feb. 27, 2023) ("Motion to Recuse") |
| 37 | Movant's Supplemental Memorandum of Law in Support of Amended Renewed Motion to Recuse Pursuant to 28 U.S.C. § 455, No. 19-34054, Dkt. 3673 (Bankr. N.D. Tex. Mar. 3, 2023) |
| 38 | Memorandum Opinion and Order Denying "Amended Renewed Motion to Recuse Pursuant to 28 U.S.C. § 455," No. 19-34054, Dkt. 3676 at 32–36 (Bankr. N.D. Tex. Mar. 6, 2023) |
| 39 | Order re: Writ of Mandamus at 3, No. 3:23-cv-00726-S, Dkt. 25 (N.D. Tex. Mar. 8, 2024) |
| 40 | Original organizational chart for Hunter Mountain ("Hunter Mountain Org Chart") |
| 41 | Order (I) Confirming the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified) and (II) Granting Related Relief, Dkt. 1943 ("Confirmation Order") |
| 42 | Notice of Appeal, Dkt. 4111 |
| 43 | Voluntary Petition, Dkt. 3 |
| 44 | Motion of the Debtor for Approval of Settlement with the Official Committee of Unsecured Creditors Regarding Governance of the Debtor and Procedures for Operations in the Ordinary Course, Dkt. 281 |

*Dugaboy Investment Trust's Motion for Relief from Order and Motion to Vacate – Table of*
*General Exhibits*

| 45 | Motion to Compel Compliance with Bankruptcy Rule 2015.3, Dkt. 2256 |
|----|----|
| 46 | Order Denying Motion to Compel Compliance with Bankruptcy Rule 2015.3, Dkt. 2812 |
| 47 | Deferred Variable Annuity Policy No. 30218 dated as of December 10, 2015, issued to Empower Dallas as Policyholder and Beneficiary |
| 48 | Rand Fund 2024 Audit |
| 49 | Transcript of Deposition of Mark Patrick (June 23, 2025) |
| 50 | Amended and Restated Limited Partnership Agreement of Atlas Fund as of November 30, 2015 at § 3.01 |
| 51 | Stacey G. Jernigan, *He Watches All My Paths*, SJ Novels (self-published) (Jan. 16, 2019) (excerpt) |
| 52 | Petition for Rehearing in the Supreme Court |
| 53 | Stacey G. Jernigan, *Hedging Death*, White Bird Publications (Mar. 22, 2022) (full text) |
| 54 | Stacey G. Jernigan, *He Watches All My Paths*, SJ Novels (self-published) (Jan. 16, 2019) (full text) |