# Appendix A

# Appendix A

## Pre-9019 Settlement Hunter Mountain Litigation Efforts

- In March 2023, Hunter Mountain sought leave to file a verified adversary proceeding against Seery, Highland, and the Highland Claimant Trust, among others, alleging claims for breach of fiduciary duty, conspiracy, and unjust enrichment and seeking hundreds of millions of dollars in damages. Hunter Mountain Investment Trust's Emergency Motion for Leave to File Verified Adversary Proceeding, Dkt. 3699 ("Motion for Leave"). The Bankruptcy Court denied the Motion for Leave, Hunter Mountain appealed, and the United States District Court for the Northern District of Texas *sua sponte* remanded the case for further proceedings consistent with instructions given by the Fifth Circuit in a related proceeding. *See* Gatekeeper Order, Dkt. 3904; Order, *Hunter Mountain Inv. Trust v. Highland Cap. Mgmt., L.P.*, No. 3:23-cv-02071-E, Dkt. 44 (N.D. Tex. Mar. 21, 2025). Had it been allowed to proceed, the suit conservatively sought approximately $260 million in damages.

- In May 2023, Dugaboy and Hunter Mountain filed an adversary complaint seeking to compel disclosure of the assets in the Claimant Trust and determine whether former equity holders were "in the money" such that their Contingent Claimant Trust Interests should be treated as vested. *See* Complaint to (I) Compel Disclosures About the Assets of the Highland Claimant Trust and (II) Determine (A) Relative Value of Those Assets, and (B) Nature of Plaintiffs' Interests in the Claimant Trust, *The Dugaboy Investment Trust v. Highland Cap. Mgmt., L.P.*, No. 23-03038-sgj, Dkt. 1 (Bankr. N.D. Tex. May 10, 2023) ("Valuation Litigation"). The Bankruptcy Court dismissed the adversary proceeding, and Dugaboy and Hunter Mountain appealed the dismissal all the way to the Fifth Circuit. *See* Memorandum Opinion and Order Granting Motion to Dismiss Adversary Proceeding in Which Contingent Interest Holders in Chapter 11 Plan Seek a Post-Confirmation Valuation of Trust Assets, *The Dugaboy Inv. Trust v. Highland Cap. Mgmt., L.P.*, Adv. Proc. No. 3:23-03038-sgj, Dkt. 27; Notice of Appeal, *The Dugaboy Inv. Trust v. Highland Cap. Mgmt., L.P.*, No. 3:24-cv-01531-X, Dkt. 32 (N.D. Tex. Aug. 29, 2025). The Fifth Circuit ordered a briefing schedule in the case on October 1, 2025. *The Dugaboy Inv. Trust v. Highland Cap. Mgmt., L.P.*, No. 25-10999, Dkt. 32 (5th Cir. Oct. 1, 2025). If successful, the lawsuit could have revealed information about the level and use of assets that bankruptcy management had been unwilling to disclose and that would undermine Highland's contentions that former equity holders held no interest in the estate.

- In January 2024, Hunter Mountain filed a contested matter seeking leave to file a Delaware complaint to remove Seery as Claimant Trustee due to breaches of fiduciary duty and irreconcilable conflicts of interest. *See* Motion for Leave to File a Delaware Complaint, Dkt. 4000. Highland moved to stay the contested matter pending resolution of the Valuation Litigation, the Bankruptcy Court issued an order staying the matter, and Hunter Mountain appealed the stay order. Highland's Motion to Stay Contested Matter or for Alternative Relief, Dkt. 4013; Order Extending Stay of Contested Matter, Dkt. 4104; Notice of Appeal, Dkt. 4111. If successful, that lawsuit could have ended the diversion of assets to an increasingly sizeable Indemnity Trust and put tens of millions back into the estate's coffers.