# Exhibit 19

# Current – DAF Holdco

```
                                                                              DFW Charitable
                                                                              Foundation
                                                                              (nonprofit)
                                                                                    │ 51.04%   318 Participating Shares
                                                                                    ▼

                                                         The Community
                                                         Foundation of North
                                                         Texas (nonprofit)
                                                                │ .80%   5 Participating Shares
                                                                ▼

                                    Santa Barbara
                                    Foundation
                                    (nonprofit)
                                          │
                                          ▼
                                    Highland Santa
                                    Barbara Foundation,
                                    Inc. (nonprofit)
                                          │ 16.05%   100 Participating Shares
                                          ▼

            Greater Kansas City
            Community Foundation
            (nonprofit)
                    │
                    ▼
            Highland Kansas
            City Foundation,
            Inc. (nonprofit)
                    │ 16.05%   100 Participating Shares
                    ▼

  The Dallas
  Foundation
  (nonprofit)
        │
        ▼
  Highland Dallas
  Foundation, Inc.
  (nonprofit)
        │ 16.05%   100 Participating Shares
        ▼
  ┌──────────────────────────────────────────────────────────┐
  │ Charitable DAF HoldCo, Ltd. (Cayman Islands)             │
  └──────────────────────────────────────────────────────────┘
                    ▲
                    │ Management Shares
                    │
              Mark Patrick
```

59

**440**