# Exhibit 20

**Subject:** Re: Rand PE Fund I, L.P.

It is a side pocket investment payment.

---

**From:** Chris Rice <CRice@nexpointservices.com>
**Sent:** Monday, February 24, 2025 10:45 AM
**To:** Shawn Raver <SRaver@randadvisors.com>
**Cc:** Mark Patrick <MPatrick@randadvisors.com>
**Subject:** RE: Rand PE Fund I, L.P.

How does this need to be booked from an accounting perspective?

Chris Rice CPA
Senior Manager – Fund Analysis



O: (214) 550-4549 | C: (801) 669-1297

crice@nexpointservices.com | www.nexpoint.com

---

**From:** Shawn Raver <SRaver@randadvisors.com>
**Sent:** Monday, February 24, 2025 10:05 AM
**To:** Chris Rice <CRice@nexpointservices.com>
**Cc:** Mark Patrick <MPatrick@randadvisors.com>
**Subject:** Re: Rand PE Fund I, L.P.

I did find wiring instructions for Dolimiti from its subscription documents.

NexBank
1620996
311973208

Can you wire $7,500 from Rand PE Fund's PNC account to that Dolimiti account.

Thank you.

Shawn

---

**From:** Chris Rice <CRice@nexpointservices.com>
**Sent:** Thursday, February 20, 2025 1:35 PM
**To:** Shawn Raver <SRaver@randadvisors.com>
**Subject:** RE: Rand PE Fund I, L.P.

Not that I am aware. Cash has always moved via ACH/Wire at PNC or BBVA (previously).

Chris Rice CPA
Senior Manager – Fund Analysis



O: (214) 550-4549 | C: (801) 669-1297

crice@nexpointservices.com | www.nexpoint.com

---

**From:** Shawn Raver <SRaver@randadvisors.com>
**Sent:** Thursday, February 20, 2025 1:19 PM
**To:** Chris Rice <CRice@nexpointservices.com>
**Subject:** Re: Rand PE Fund I, L.P.

And I assume we don't have a checkbook for Rand PE Fund?

---

**From:** Chris Rice <CRice@nexpointservices.com>
**Sent:** Thursday, February 20, 2025 12:42 PM
**To:** Shawn Raver <SRaver@randadvisors.com>; Chris Rice <CRice@skyviewgroup.com>
**Subject:** RE: Rand PE Fund I, L.P.

I do not. For Dolomiti, we can get those from Ashley. For Hakusan, I think that we can get those from Dawn Munson.

Do you want me to reach out, or do you want to handle?

Chris Rice CPA
Senior Manager – Fund Analysis



O: (214) 550-4549 | C: (801) 669-1297

crice@nexpointservices.com | www.nexpoint.com

---

**From:** Shawn Raver <SRaver@randadvisors.com>
**Sent:** Thursday, February 20, 2025 9:28 AM
**To:** Chris Rice <CRice@skyviewgroup.com>
**Subject:** Rand PE Fund I, L.P.

Chris -

Do you have wire instructions for Dolomiti, LLC and Hakusan, LLC?

Thanks,
Shawn
DISCLAIMER: This email is intended for the recipient(s) only and should not be copied or

reproduced without explicit permission. The material provided herein is for informational purposes only and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. It may contain confidential, proprietary, or legally privileged information. If you received this message in error, please immediately delete it.
DISCLAIMER-Securities offered through NexPoint Securities, Inc., ("NexPoint Securities") Member FINRA/SIPC. This email may contain privileged and/or confidential information. Use by other than intended recipients is prohibited. If received in error, please immediately delete this email from your computer, destroy any hard copies and notify the sender. NexPoint Securities archives email, which are subject to review by NexPoint Securities and various regulators. This email is for informational purposes only and is not an offer, recommendation or solicitation to purchase or sell any security nor is it an official confirmation of terms. NexPoint Securities makes no representation about the accuracy or completeness of information herein. Past performance is not indicative of future returns. Investments may lose money and such investment losses are not insured.