# Exhibit 21

| | |
|---|---|
| **From:** | Isaac Leventon |
| **To:** | JP Sevilla; DC Sauter |
| **Cc:** | Deitsch-Perez, Deborah R. |
| **Subject:** | FW: Rand PE Fund I, L.P. |
| **Date:** | Wednesday, March 12, 2025 8:21:00 AM |
| **Attachments:** | image001.jpg |
| | image002.png |

Any guess who bought Hunter Mountain?

**From:** Chris Rice <CRice@nexpointservices.com>
**Sent:** Wednesday, March 12, 2025 8:10 AM
**To:** Legal Confidentiality <LegalConfidentiality@skyviewgroup.com>
**Cc:** Frank Waterhouse <fwaterhouse@skyviewgroup.com>; JP Sevilla <JSevilla@SkyViewGroup.com>; Ashley Gunther <AGunther@nexpoint.com>
**Subject:** RE: Rand PE Fund I, L.P.

Received confirmation that Rand PE Fund I LP's interest in Beacon Mountain/HMIT was liquidated for $1mm. Not details on who the purchaser was and exactly what date the transaction closed.

Any additional information needed? Am I cleared to process the request to wire $7k for a side pocket payment to Dolomiti?

Thanks

Chris Rice CPA
Director – Fund Analysis



O: (214) 550-4549 | C: (801) 669-1297
crice@nexpointservices.com | www.nexpoint.com

**From:** Chris Rice
**Sent:** Thursday, March 6, 2025 8:06 AM
**To:** Legal Confidentiality <LegalConfidentiality@skyviewgroup.com>
**Cc:** Frank Waterhouse <fwaterhouse@skyviewgroup.com>; JP Sevilla <JSevilla@SkyViewGroup.com>; Ashley Gunther <AGunther@nexpoint.com>
**Subject:** RE: Rand PE Fund I, L.P.

All –

I wanted to follow-up/provide an update on this item.

Rand Advisors is still requesting that the distribution be made to Dolomiti, and the distribution is