# Exhibit 23

```
                    IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE NORTHERN DISTRICT OF TEXAS
                              DALLAS DIVISION

                                    )    Case No. 19-34054-sgj-11
In Re:                              )    Chapter 11
                                    )
HIGHLAND CAPITAL                    )    Dallas, Texas
MANAGEMENT, L.P.,                   )    June 25, 2025
                                    )    9:30 a.m. Docket
     Reorganized Debtor.            )
                                    )    - MOTION TO EXTEND DURATION OF
                                    )      TRUSTS (4213)
                                    )    - MOTION TO APPROVE SETTLEMENT
                                    )      (4216)
                                    )

                       TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE STACEY G.C. JERNIGAN,
                   UNITED STATES BANKRUPTCY JUDGE.

APPEARANCES:

For the Highland Capital        John A. Morris
Management Claimant Trust:      PACHULSKI STANG ZIEHL & JONES, LLP
                                780 Third Avenue, 34th Floor
                                New York, NY  10017-2024
                                (212) 561-7760

For the Highland Capital        Hayley R. Winograd
Management Claimant Trust:      Gregory V. Demo
                                PACHULSKI STANG ZIEHL & JONES, LLP
                                1700 Broadway, 36th Floor
                                New York, NY  10019
                                (212) 561-7732

For the Highland Capital        Jeffrey N. Pomerantz
Management Claimant Trust:      PACHULSKI STANG ZIEHL & JONES, LLP
                                10100 Santa Monica Blvd.,
                                  13th Floor
                                Los Angeles, CA  90067
                                (310) 277-6910

For Marc S. Kirschner,          Robert Scott Loigman
Litigation Trustee:             QUINN EMANUEL URQUHART & SULLIVAN,
                                  LLP
                                295 5th Avenue
                                New York, NY  10016
                                (212) 849-7000
```

```
 1   APPEARANCES, cont'd.:

 2   For the Hunter Mountain      Louis M. Phillips
     Entities:                    Amelia L. Hurt
 3                                KELLY HART & PITRE
                                  301 Main Street, Suite 1600
 4                                Baton Rouge, LA  70801
                                  (225) 381-9643
 5
     For the Dugaboy              Deborah Rose Deitsch-Perez
 6   Investment Trust:            STINSON, LLP
                                  2200 Ross Avenue, Suite 2900
 7                                Dallas, TX  75201
                                  (214) 560-2201
 8
     For the Dugaboy              Michael Justin Lang
 9   Investment Trust:            CRAWFORD WISHNEW & LANG, PLLC
                                  1700 Pacific Avenue, Suite 2390
10                                Dallas, TX  75201
                                  (214) 817-4500
11
     For Crown Global Life        David L. Curry, Jr.
12   Insurance, Ltd. and          OKIN ADAMS, LLP
     The Dallas Foundation:       1113 Vine Street, Suite 240
13                                Houston, TX  77002
                                  (713) 228-4100
14
     For Patrick Daugherty:       Andrew K. York
15                                Drake Rayshell
                                  Joshua Smeltzer
16                                GRAY REED & MCGRAW, LLP
                                  1601 Elm Street, Suite 4600
17                                Dallas, TX  75201
                                  (214) 954-4135
18
     For the U.S. Trustee:        Erin Marie Schmidt
19                                OFFICE OF THE UNITED STATES
                                    TRUSTEE
20                                1100 Commerce Street, Room 976
                                  Dallas, TX  75242-1496
21                                (214) 767-1075

22   Recorded by:                 Michael F. Edmond, Sr.
                                  UNITED STATES BANKRUPTCY COURT
23                                1100 Commerce Street, 12th Floor
                                  Dallas, TX  75242
24                                (214) 753-2062

25
```

1   Transcribed by:          Kathy Rehling
                             311 Paradise Cove
2                            Shady Shores, TX  76208
                             (972) 786-3063
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
        Proceedings recorded by electronic sound recording;
25         transcript produced by transcription service.

1  the 9019 motion?

2              THE COURT:  You may.

3              MR. MORRIS:  Okay.  With respect to the 9019 motion,

4  there were originally three Objecting Parties:  the Dugaboy

5  Investment Trust, Patrick Daugherty, and The Dallas Foundation

6  and an entity called Crown Global.

7      I'm pleased to report, and I think Your Honor may already

8  be aware, that a settlement has been reached to dispose of The

9  Dallas Foundation and the Crown Global objection.  There is a

10 written agreement to that effect that effectuates that.  And

11 I'd like to just turn the podium over to Mr. Phillips.  Louis

12 Phillips represents the HMIT Entities.  I know Mr. Curry is

13 here on behalf of the objecting parties, The Dallas

14 Foundation, but I think -- I think I'll let Mr. Phillips

15 address, you know, the specific terms of the resolution of

16 that objection.

17             THE COURT:  All right.  Thank you.  And I will say

18 that my staff reached out yesterday to -- I don't know if it

19 was Mr. Curry or someone in your office -- wanting to know

20 have you delivered exhibit notebooks.  And it was at that

21 point my staff heard, well, we've resolved.

22             MR. CURRY:  We had just finished.

23             THE COURT:  Okay.  All right.  So I'm happy to hear

24 what the resolution is.

25             MR. PHILLIPS:  Good morning, Your Honor.  Louis M.

1  potentially a settlement that could come very close to ending
2  this long-running plan implementation process, I'm erring, if
3  it's an error, I'm erring on the side of allowing this.  All
4  right.  But you have a running objection that the record will
5  reflect if one day there is an appeal.
6         MR. MORRIS:  And, Your Honor, the Highland Claimant
7  Trust and the Highland Litigation Subtrust and Highland
8  Capital Management, LP join Mr. Phillips' objection.
9         THE COURT:  Okay.  Understood.
10        MR. PHILLIPS:  Thank you very much, Your Honor.
11        THE COURT:  All right.
12 BY MR. LANG:
13 Q   Mr. Patrick, have you had time to study this Hunter
14 Mountain Investment Trust org chart?
15 A   Yes, I have.
16 Q   And does this accurately show the ownership structure for
17 Hunter Mountain Investment Trust today?
18 A   I'm not sure, without reviewing the underlying corporate
19 documents on some of these entities that you have listed here.
20 Q   Did you help prepare this chart?
21 A   No.
22 Q   No?  Okay.  So Hunter Mountain Investment Trust is owned
23 by Beacon Mountain, LLC, correct?
24 A   Yes.
25 Q   And Beacon Mountain, LLC is owned by CLO Holdco, LLC,

1  correct?

2  A    Correct.

3  Q    And CLO Holdco, LLC is owned by CLO Holdco, Limited?

4  A    That's correct.

5  Q    And CLO Holdco, Limited is owned by Charitable DAF Fund,

6  LP?

7  A    Correct.

8  Q    And Charitable DAF Fund 1, LP is owned by CDMC FAD, LLC?

9  A    The ultimate beneficial owner is DFW Charitable

10 Foundation.  To my -- to the best of my recollection, I would

11 say that appears accurate.  I'm just not a hundred percent.

12 Q    Okay.  And --

13 A    But I am a hundred percent that DFW Charitable Foundation

14 is the ultimate beneficial owner.  And I'm a hundred percent

15 that Dugaboy Investment Trust has no interest in it.  And I'm

16 also a hundred percent that The Dallas Foundation or any --

17          MR. LANG:  Judge, I haven't asked --

18          THE WITNESS:  -- or any other nonprofit has any --

19          MR. LANG:  -- any of these questions.

20          THE COURT:  Okay.  There's an objection,

21 nonresponsive.  I sustain.

22 BY MR. LANG:

23 Q    Mr. Patrick, before December of 2024, Charitable DAF Fund,

24 LP was owned by Charitable DAF Holdco, correct?

25 A    (Pause.)  I'm just waiting for a relevancy.  I don't