# Exhibit 26

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court**

**Northern District of Texas**

Notice of Electronic Filing

The following transaction was received from emi entered on 6/30/2025 at 10:43 AM CDT and filed on 6/25/2025

| | |
|---|---|
| **Case Name:** | Highland Capital Management, L.P. |
| **Case Number:** | 19-34054-sgj11 |
| **Document Number:** | 4295 |

Docket Text:
Hearing held on 6/25/2025. (RE: related document(s) [4216] Motion to compromise controversy with the HMIT Entities. (Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. 363 Approving Settlement with the HMIT Entities and Authorizing Actions Consistent Therewith) filed by Debtor Highland Capital Management, L.P., Other Professional Highland Claimant Trust, Interested Party Highland Litigation Sub-Trust (Appearances: J. Morris and Pachulski team for Reorganized Debtor; R. Loigman for Post-Confirmation Trusts; L. Phillips for HMIT Entities; M. Lang for Dugaboy; D. Curry for Dallas Foundation; L. Young for UST. Evidentiary hearing. Motion granted. Counsel to upload order.) (Edmond, Michael)

The following document(s) are associated with this transaction:

**19-34054-sgj11 Notice will be electronically mailed to:**

David G. Adams on behalf of Creditor United States (IRS)
david.g.adams@usdoj.gov, southwestern.taxcivil@usdoj.gov;brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

Joseph Y. Ahmad on behalf of Creditor Acis Capital Management GP, LLC
joeahmad@azalaw.com, sbates@azalaw.com;ahernandez@azalaw.com

Joseph Y. Ahmad on behalf of Creditor Acis Capital Management, L.P.
joeahmad@azalaw.com, sbates@azalaw.com;ahernandez@azalaw.com

Michael P. Aigen on behalf of Creditor Hunter Mountain Investment Trust
michael.aigen@stinson.com

Michael P. Aigen on behalf of Creditor The Dugaboy Investment Trust
michael.aigen@stinson.com

Michael P. Aigen on behalf of Defendant HCRE Partners, LLC (n/k/a NexPoint Real Estate Partners, LLC)
michael.aigen@stinson.com

Michael P. Aigen on behalf of Defendant Highland Capital Management Fund Advisors, L.P.
michael.aigen@stinson.com

Michael P. Aigen on behalf of Defendant Highland Capital Management Services, Inc.
michael.aigen@stinson.com

Michael P. Aigen on behalf of Defendant NexPoint Advisors, L.P.
michael.aigen@stinson.com

Michael P. Aigen on behalf of Defendant James Dondero
michael.aigen@stinson.com

Michael P. Aigen on behalf of Defendant Nancy Dondero
michael.aigen@stinson.com

Michael P. Aigen on behalf of Interested Party Highland CLO Management Ltd
michael.aigen@stinson.com

Michael P. Aigen on behalf of Partner Dugaboy Investment Trust
michael.aigen@stinson.com

Michael P. Aigen on behalf of Plaintiff Dugaboy Investment Trust
michael.aigen@stinson.com

Michael P. Aigen on behalf of Plaintiff Hunter Mountain Investment Trust
michael.aigen@stinson.com

Christopher J. Akin on behalf of Defendant Isaac Leventon
cakin@lynnllp.com, vkropp@lynnllp.com

Christopher J. Akin on behalf of Defendant Scott Ellington
cakin@lynnllp.com, vkropp@lynnllp.com

Omar Jesus Alaniz on behalf of Creditor Farallon Capital Management, LLC
oalaniz@reedsmith.com, omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz on behalf of Creditor Jessup Holdings LLC
oalaniz@reedsmith.com, omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz on behalf of Creditor Muck Holdings LLC
oalaniz@reedsmith.com, omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz on behalf of Creditor Stonehill Capital Management LLC
oalaniz@reedsmith.com, omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz on behalf of Creditor James P. Seery, Jr.
oalaniz@reedsmith.com, omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz on behalf of Debtor Highland Capital Management, L.P.
oalaniz@reedsmith.com, omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz on behalf of Other Professional Highland Claimant Trust
oalaniz@reedsmith.com, omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz on behalf of Other Professional James P. Seery, Jr.
oalaniz@reedsmith.com, omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Jerry C. Alexander on behalf of Attorney Scott M. Seidel
alexanderj@passmanjones.com, chandlers@passmanjones.com

Amy K. Anderson on behalf of Creditor Issuer Group
aanderson@joneswalker.com, tfontenot@joneswalker.com;amy-anderson-9331@ecf.pacerpro.com

Zachery Z. Annable on behalf of Debtor Highland Capital Management, L.P.