# Exhibit 40



Updated 4.27.2023

**DAF/Rand Structure Chart**
*(effective as of 4/27/2023)*





**Rand Structure Chart**
*(8/1/22 – Feb. 2025)*



**DAF/Rand Structure Chart**
*(Feb. 2025)*



*

**DFW Charitable Foundation**
*(Delaware)*
(Director: Mark Patrick)

**Mark Patrick**

**CDMCFAD, LLC**
*(Delaware)*
(Manager: Mark Patrick)

**CDH GP, Ltd.**
*(Cayman Islands)*
(Directors: Mark Patrick, Paul Murphy)

**Charitable DAF Fund, LP**
*(Cayman Islands)*
(General Partner Managed)

**CLO HoldCo, Ltd.**
*(Cayman Islands)*
(Directors: Mark Patrick, Paul Murphy)

**Liberty CLO Holdco, Ltd.**
*(Cayman Islands)*
(Directors: Mark Patrick, Paul Murphy)

**Charitable DAF Holdings Corp.**
*(Delaware)*
(Director: Mark Patrick)

Director

100%

Manager

100%

100%

99% LP

1% GP

100%

100%

100%

**\*** DFW Charitable Foundation completed it acquisition of 100% of CDMCFAD between December 2024 and March 2025. The final result of this transaction is shown here for simplicity's sake.



**DAF/Rand Structure Chart**
*(May 2025)*



**DAF Structure Chart**
*(as of 3/6/2024)*

**Key**

Control/Fiduciary

Assets

Economic Benefit

**Mark Patrick**
*(Managing Member)*

100%

100% Management Shares

**Charitable DAF GP, LLC**
*(Delaware)*
(Managing Member Managed)

GP

**Charitable DAF Fund, LP**
*(Cayman Islands)*
(General Partner Managed)

100% LP

**Charitable DAF HoldCo, Ltd.**
*(Cayman Islands)*
(Directors: Mark Patrick, Paul Murphy)

100%

**CLO HoldCo, Ltd.**
*(Cayman Islands)*
(Directors: Mark Patrick, Paul Murphy)

100%

**Liberty CLO Holdco, Ltd.**
*(Cayman Islands)*
(Directors: Mark Patrick, Paul Murphy)

100%

**[Additional subsidiaries for holding specific assets]**

**The Dallas Foundation**
*(nonprofit charity)*

Supporting Organization

**Highland Dallas Foundation, Inc.**
*(nonprofit nonstock DE corp.)*

32.787% Participation Shares

**Greater Kansas City Community Foundation**
*(nonprofit charity)*

Supporting Organization

**Highland Kansas City Foundation, Inc.**
*(nonprofit nonstock DE corp.)*

32.787% Participation Shares

**Santa Barbara Foundation**
*(nonprofit charity)*

Supporting Organization

**Highland Santa Barbara Foundation, Inc.**
*(nonprofit nonstock DE corp.)*

32.787% Participation Shares

**The Community Foundation of North Texas (CFNT)**
*(nonprofit charity)*

Supporting Organization

**HCMLP Charitable Fund**

1.639% Participation Shares





**DAF Structure Chart**
*(3/7/24 – 12/17/24)*

**DAF Structure Chart**
*(12/18/24 – 2/6/25)*

**Key**

Control/ Fiduciary

Assets

Economic Benefit

**The Community Foundation of North Texas (CFNT)**
*(nonprofit charity)*

*Supporting Organization*

**HCMLP Charitable Fund**

1.639% Participation Shares

**Santa Barbara Foundation**
*(nonprofit charity)*

*Supporting Organization*

**Highland Santa Barbara Foundation, Inc.**
*(nonprofit nonstock DE corp.)*

32..787% Participation Shares

**Greater Kansas City Community Foundation**
*(nonprofit charity)*

*Supporting Organization*

**Highland Kansas City Foundation, Inc.**
*(nonprofit nonstock DE corp.)*

32.787% Participation Shares

**The Dallas Foundation**
*(nonprofit charity)*

*Supporting Organization*

**Highland Dallas Foundation, Inc.**
*(nonprofit nonstock DE corp.)*

32.787% Participation Shares

**Charitable DAF HoldCo, Ltd.**
*(Cayman Islands)*
(Directors: Mark Patrick, Paul Murphy)

100% member

**CDMCFAD, LLC**
*(Delaware)*
(Manager: Mark Patrick)

100% LP

**Charitable DAF Fund, LP**
*(Cayman Islands)*
(General Partner Managed)

**CLO HoldCo, Ltd.**
*(Cayman Islands)*
(Directors: Mark Patrick, Paul Murphy)

100%

**[Additional subsidiaries for holding specific assets]**

100%

**Liberty CLO Holdco, Ltd.**
*(Cayman Islands)*
(Directors: Mark Patrick, Paul Murphy)

100%

**Mark Patrick**
*(Managing Member)*

100% Management Shares

Manager

GP

100%

**CDH GP, Ltd.**
*(Cayman Islands)*
(Directors: Mark Patrick, Paul Murphy)

**DAF Structure Chart**
*(2/7/25 – 3/26/25)*

**Key**

| Control/ Fiduciary |
| Assets |
| Economic Benefit |

**The Community Foundation of North Texas (CFNT)** *(nonprofit charity)*

**HCMLP Charitable Fund**

*Supporting Organization*

0.80% Participation Shares

**Santa Barbara Foundation** *(nonprofit charity)*

**Highland Santa Barbara Foundation, Inc.** *(nonprofit nonstock DE corp.)*

*Supporting Organization*

16.05% Participation Shares

**Greater Kansas City Community Foundation** *(nonprofit charity)*

**Highland Kansas City Foundation, Inc.** *(nonprofit nonstock DE corp.)*

*Supporting Organization*

16.05% Participation Shares

**The Dallas Foundation** *(nonprofit charity)*

**Highland Dallas Foundation, Inc.** *(nonprofit nonstock DE corp.)*

*Supporting Organization*

16.05% Participation Shares

**Charitable DAF HoldCo, Ltd.** *(Cayman Islands)* (Directors: Mark Patrick, Paul Murphy)

**DFW Charitable Foundation** *(Delaware)* (Director: Mark Patrick)

51.04% Participation Shares

**Mark Patrick** *(Managing Member)*

President
Sole Director
Sole Member
Sole known economic beneficiary

100% Management Shares

Manager

100%

**CDH GP, Ltd.** *(Cayman Islands)* (Directors: Mark Patrick, Paul Murphy)

GP

**CDMCFAD, LLC** *(Delaware)* (Manager: Mark Patrick)

100% member

100% LP

**Charitable DAF Fund, LP** *(Cayman Islands)* (General Partner Managed)

100%

**CLO HoldCo, Ltd.** *(Cayman Islands)* (Directors: Mark Patrick, Paul Murphy)

100%

**[Additional subsidiaries for holding specific assets]**

100%

**Liberty CLO Holdco, Ltd.** *(Cayman Islands)* (Directors: Mark Patrick, Paul Murphy)



**DAF Structure Chart**
*(as of 3/27/2025)*

*The Charitable Foundations received $1.61 m in cash based on a 99.4% discount on their $270 million in assets



**DAF Structure Chart**
*(as of 3/27/2025)*

**Key**

Control/ Fiduciary

Assets

Economic Benefit

**Mark Patrick**

President
Sole Director
Sole Member
Sole known economic beneficiary

**DFW Charitable Foundation**
*(Delaware)*
(Director: Mark Patrick)

100%

**CDMCFAD, LLC**
*(Delaware)*
(Manager: Mark Patrick)

100% LP

Manager

100%

**CDH GP, Ltd.**
*(Cayman Islands)*
(Directors: Mark Patrick, Paul Murphy)

GP

**Charitable DAF Fund, LP**
*(Cayman Islands)*
(General Partner Managed)

100%

**CLO HoldCo, Ltd.**
*(Cayman Islands)*
(Directors: Mark Patrick, Paul Murphy)

100%

**[Additional subsidiaries for holding specific assets]**

100%

**Liberty CLO Holdco, Ltd.**
*(Cayman Islands)*
(Directors: Mark Patrick, Paul Murphy)

**DAF Structure Chart**
*(as of 3/27/2025)*

**Key**

| Control/ Fiduciary | Assets | Economic Benefit |

**Mark Patrick**

**DFW Charitable Foundation**
*(Delaware)*
(Director: Mark Patrick)

President
Sole Director
Sole Member
Sole known economic beneficiary

100%

**CDMCFAD, LLC**
*(Delaware)*
(Manager: Mark Patrick)

100%

Manager

**CDH GP, Ltd.**
*(Cayman Islands)*
(Directors: Mark Patrick, Paul Murphy)

100%

GP

100% LP

**Charitable DAF Fund, LP**
*(Cayman Islands)*
(General Partner Managed)

100%

**CLO HoldCo, Ltd.**
*(Cayman Islands)*
(Directors: Mark Patrick, Paul Murphy)

100%

**[Additional subsidiaries for holding specific assets]**

100%

**Liberty CLO Holdco, Ltd.**
*(Cayman Islands)*
(Directors: Mark Patrick, Paul Murphy)

**$270 million in assets**

**Net effect of DAF Transactions**
*(12/18/24 - 3/27/2025)*

**Mark Patrick**

**DFW Charitable Foundation**
(Delaware)
(Director: Mark Patrick)

*Sole known economic beneficiary*

*Fiduciary Control*

$1.61 million cash

$270 million in cash and assets

**The Dallas Foundation**

**Greater Kansas City Foundation**

**Santa Barbara Foundation**

**The Community Foundation of North Texas**



# Rand Structure Chart
*(May 2025*



**Dallas Foundation** — Supported Organization

**Okada Family Trust**

**Empower Dallas**

100% support

100% support

30%

70%

**Crown Global** Insurance Company — Annuity Policy

100% LP

**Other investors**

4% LP

**Charitable DAF Holdings Corp.** (Director: Mark Patrick)

**Atlas IDF GP, LLC** (Manager: Mark Patrick) — Sole Member

**Rand PE Fund Management, LLC** (Manager: Mark Patrick) — Sole Member

**Rand Advisors, LLC** (registered investment advisor) (Manager: Mark Patrick) — Sole Member

**Atlas IDF, LP** — GP

**Rand PE Fund I, L.P.** — GP, 96% LP

IMA

**$1 million cash**

**DAF Structure Chart**
*(May 2025)*



**Rand Structure Chart**
*(effective as of 12/2015 – 8/2022)*