# Exhibit 53

Hard copy to be delivered to the Court