# Exhibit 54

Hard copy to be delivered to the Court