Case 19-34054-sgj11    Doc 4513-61    Filed 02/09/26    Entered 02/09/26 19:03:50    Desc Exhibit D    Page 1 of 1

# Exhibit D