

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 12, 2026**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Highland Capital Management, L.P., | § | Case No. 19-34054-sgj11 |
| | § | |
| Reorganized Debtor. | § | |

## ORDER

On February 9, 2026, Dugaboy Investment Trust ("Dugaboy") filed a motion asking the Court to reconsider the Order (the "Motion") [ECF No. 4513]. On February 10, 2026, Judge Jernigan recused from handling the Motion, and the Motion was reassigned to the undersigned judge. It is hereby

ORDERED that the Motion will be heard on Thursday, March 12, 2026, at 10:00 a.m. by WebEx;[1] it is further

---

[1] The WebEx attendance information for this hearing will be posted on the Court's website, www.txnb.uscourts.gov, under Judge Odell's "Hearing Dates and Calendar" tab prior to the hearing.

1

ORDERED that any response to the Motion must be filed by Monday, March 2, 2026, and Dugaboy may file a reply no later than Monday, March 9, 2026; it is further

ORDERED that each party must file with the Court its witness and exhibit list by Monday, March 9, 2026, to the extent the party intends to call any witnesses or introduce any evidence at the Hearing. Further, each party must exchange exhibits listed on their witness and exhibit list with opposing counsel on Monday, March 9, 2026. The parties are encouraged to review Judge Odell's Judge-Specific Guidelines located on the Court's website in preparation for the Hearing.

### End of Order ###