PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (admitted *pro hac vice*)
John A. Morris (admitted *pro hac vice*)
Gregory V. Demo (admitted *pro hac vice*)
Hayley R. Winograd (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100

*Counsel for Highland Capital Management, L.P. and*
*the Highland Claimant Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § Case No. 19-34054-sgj11 |
| | § |
| Reorganized Debtor. | § |
| | § |

**HIGHLAND CAPITAL MANAGEMENT, L.P. AND THE HIGHLAND CLAIMANT**
**TRUST'S WITNESS AND EXHIBIT LIST WITH RESPECT TO HEARING TO BE**
**HELD ON FEBRUARY 26, 2026**

Highland Capital Management, L.P., the reorganized debtor ("Highland") in the above-

captioned chapter 11 case (the "Bankruptcy Case"), and the Highland Claimant Trust (the

"Claimant Trust" and together with Highland, the "Movants"), by and through their undersigned

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 6333 E. Mockingbird Lane, Suite 147 #5045, Dallas, TX 75214.

counsel, submit the following witness and exhibit list with respect to *Highland Employee Retention Assets, LLC's Motion to Abate and Motion to Retain Certain Documents for Inspection* [Docket No. 4495], which the Court has set for hearing at 10:00 a.m. (Central Time) by WebEx on February 26, 2026 (the "Hearing"), before the Honorable Brad W. Odell in the Bankruptcy Case.

A.      **Witnesses:**

1.      Any witness identified by or called by any other party; and

2.      Any witness necessary for rebuttal.

B.      **Exhibits:**

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1. | Excerpts of *Deposition Transcript of Patrick Hagaman Daugherty, January 29, 2026* (Pages 104-108) | | |
| 2. | *Declaration of John A. Morris in Support of Highland Capital Management, L.P. and the Highland Claimant Trust's Objection to Highland Employee Retention Assets, LLC's Motion to Abate and Motion to Retain Certain Documents for Inspection* [Docket No. 4501] | | |
| 3. | *Order Approving Stipulation Regarding Motion for an Order Authorizing (A) the Destruction of Certain Documents and Obsolete Equipment and (B) for Related Relief* [Docket No. 4470] | | |
| 4. | Exhibit C-1 from *Highland Employee Retention Assets, LLC's Motion to Abate and Motion to Retain Certain Documents for Inspection* [Docket No. 4495] | | |
| 5. | Exhibit D-5 from *Patrick Daugherty's Objection to Motion for an Order Authorizing (A) the Destruction of Certain Documents and Obsolete Equipment and (B) for Related Relief* [Docket No. 4449] | | |
| 6. | Exhibit D-6 from *Patrick Daugherty's Objection to Motion for an Order Authorizing (A) the Destruction of Certain Documents and Obsolete Equipment and (B) for Related Relief* [Docket No. 4449] | | |
| 7. | Any document entered or filed in Highland Capital Management, L.P.'s chapter 11 bankruptcy case, including any exhibits thereto | | |

| Number | Exhibit | Offered | Admitted |
|--------|---------|---------|----------|
| 8. | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| 9. | All exhibits identified by or offered by any other party at the Hearing | | |

Dated: February 23, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
        jmorris@pszjlaw.com
        gdemo@pszjlaw.com
        hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P. and the Highland Claimant Trust*