# Exhibit D

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

# Official Form 401
## Chapter 15 Petition for Recognition of a Foreign Proceeding  12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Charitable DAF HoldCo, Ltd |
| **2.** | **Debtor's unique identifier** | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __<br>☑ Other 263805. Describe identifier Cayman Registration No.<br>**For individual debtors:**<br>☐ Social Security number: xxx – xx– ____ ____ ____ ____<br>☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ____ ____ ____ ____<br>☐ Other _____. Describe identifier _____. |
| **3.** | **Name of foreign representative(s)** | Margot MacInnis and Sandipan Bhowmik |
| **4.** | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | Grand Court of the Cayman Islands Cause No. FSD 116 of 2025 (JAJ) |
| **5.** | **Nature of the foreign proceeding** | *Check one:*<br>☐ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| **6.** | **Evidence of the foreign proceeding** | ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>_____<br>_____ |
| **7.** | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☑ Yes |

Debtor    Charitable DAF HoldCo, Ltd
         Name

Case number (*if known*)_____

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Cayman Islands

**Debtor's registered office:**

68 Fort Street
Number    Street

P.O. Box 31726
P.O. Box

George Town  KY1-1207
City    State/Province/Region    ZIP/Postal Code

Cayman Islands
Country

**Individual debtor's habitual residence:**

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

2nd Floor, Century Yard, Cricket Square
Number    Street

P.O. Box 1044
P.O. Box

George Town KY1-1102
City    State/Province/Region    ZIP/Postal Code

Cayman Islands
Country

**10. Debtor's website** (URL)

https://dafholdco.com/

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

    ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☑ Other.  Specify: Cayman Islands exempted company

☐ Individual

Debtor    Charitable DAF HoldCo, Ltd_____    Case number (if known)_____
         Name

**12. Why is venue proper in this district?**

Check one:

☒ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ /s/ Margot MacInnis_____    Margot MacInnis_____
Signature of foreign representative          Printed name

Executed on    07/21/2025_____
              MM  / DD / YYYY

✗ /s/ Sandipan Bhowmik_____    Sandipan Bhowmik_____
Signature of foreign representative          Printed name

Executed on    07/21/2025_____
              MM  / DD / YYYY

**14. Signature of attorney**

✗ /s/ Jason D. Angelo_____    Date    07/21/2025_____
Signature of Attorney for foreign representative        MM  / DD / YYYY

Jason D. Angelo_____
Printed name
Reed Smith LLP_____
Firm name
1201 North Market Street, Suite 1500_____
Number      Street
Wilmington_____    DE_____    19801_____
City                                    State       ZIP Code

(302) 778-7500_____            jangelo@reedsmith.com_____
Contact phone                           Email address

6009_____    DE_____
Bar number                              State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3