**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case No. 19-34054-sjg11 |
| Debtor. | |

**ORDER GRANTING AGREED JOINT MOTION TO EXTEND BRIEFING AND
HEARING DATES FOR DUGABOY'S
MOTION FOR RELIEF FROM ORDER AND MOTION TO VACATE (DKT. 4513)**

Upon the Agreed Joint Motion of The Dugaboy Investment Trust ("Dugaboy") and Highland Capital Management, L.P. (the "Highland Entities" or "Highland") (together, "the Parties") to Extend Briefing and Hearing Dates for Dugaboy's Motion for Relief from Order and Motion to Vacate (Dkt. 4513) (the "Motion"), the Court finds that the Motion is well-taken and its requested relief is proper, and after due deliberation and sufficient cause appearing therefor, it is ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Highland's Opposition to the Motion for Relief is due April 3, 2026.

3. All discovery is subject to the Parties' respective reservation of the right to object to any depositions or written discovery sought by the other party.

4. The Parties shall disclose their respective witnesses by April 6, 2026.

5. To the extent not prohibited by Court order, each party is allowed to depose three witnesses, of which one witness may be deposed up to eight (8) hours and the other two witnesses up to four (4) hours.

6. Depositions shall be completed during the week of April 6–10, 2026, but the Parties may agree to extend depositions into the week of April 13–17 if necessary.

7. Dugaboy's Reply is due April 24, 2026.

8. The Hearing on the Motion for Relief shall be set for a one-day hearing on April 27, 2026 at 9:00 a.m. at 1100 Commerce Street, 14th Floor, Courtroom #1, Dallas, TX 75242.

9. The Parties must file and serve witness and exhibit lists, and exchange exhibits, no later than seven (7) days before the Hearing Date.

# # # END OF ORDER # # #

Geoffrey S. Harper
Texas Bar No. 00795408

gharper@kslaw.com
KING & SPALDING LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
(214) 764-4600

John Michael Gaddis
Texas Bar No. 24069747
mgaddis@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
(214) 453-6400 (fax)

*Counsel for The Dugaboy Investment Trust*

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Jordan A. Kroop (AZ Bar No. 018825)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
jmorris@pszjlaw.com
gdemo@pszjlaw.com
jkroop@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110
Email: MHayward@HaywardFirm.com
ZAnnable@HaywardFirm.com
*Counsel for Highland Capital Management, L.P.
and the Highland Claimant Trust*