BTXN 208 (rev. 07/09)

| IN RE: Highland Capital Management, L.P. | Motion to Abate & Motion to Retain Certain Documents for Inspection | Case # 19−34054−sgj11 |
|---|---|---|

DEBTOR

**TYPE OF HEARING**

Highland Capital Management, L.P.

*VS*

**PLAINTIFF / MOVANT**

**DEFENDANT / RESPONDENT**

Zachery Z. Annable

**ATTORNEY**

**ATTORNEY**

**EXHIBITS**

Debtors Exhibits 1–11

| Nichoals Noble | 2/26/2026 | Stacey G Jernigan |
|---|---|---|
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |