PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (admitted *pro hac vice*)
John A. Morris (admitted *pro hac vice*)
Gregory V. Demo (admitted *pro hac vice*)
Hayley R. Winograd (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Fax: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expwy., Ste. 106
Dallas, TX 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |

## DECLARATION OF JOHN A. MORRIS IN SUPPORT OF HIGHLAND CAPITAL MANAGEMENT, L.P.'S MOTION FOR A PROTECTIVE ORDER AGAINST THE DUGABOY INVESTMENT TRUST'S DISCOVERY REQUESTS

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 6333 E. Mockingbird Lane, Suite 147 #5045, Dallas, TX 75214.

I, John A. Morris, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am admitted to this Court *pro hac vice* and am a partner in the law firm of Pachulski, Stang, Ziehl & Jones LLP, counsel to Highland Capital Management, L.P. ("HCMLP"), the reorganized debtor in the above-referenced bankruptcy case. I respectfully submit this Declaration to provide this Court with certain materials cited in *Highland Capital Management, L.P.'s Motion for a Protective Order Against The Dugaboy Investment Trust's Discovery Requests*. Unless stated otherwise, this Declaration is based on my personal knowledge and review of the documents listed below.

2.      HCMLP and certain related entities (collectively, "Highland") produced more than 4,000 pages of documents in response to discovery requests served by The Dugaboy Investment Trust ("Dugaboy"), The Dallas Foundation and Crown Global Life Insurance, Ltd., and Patrick Daugherty in connection with their objections to the *Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 363 Approving Settlement with the HMIT Entities and Authorizing Actions Consistent Therewith* [Docket No. 4216] (the "9019 Settlement"). This document production included all documents and communications between Highland and Hunter Mountain Investment Trust ("HMIT") and certain related entities up to the execution of the 9019 Settlement on May 19, 2025.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of Dugaboy's *First Set of Requests for Production of Documents to Highland Capital Management, L.P.*, dated March 23, 2026.

**Error! Unknown document property name.**

4.	Attached hereto as **Exhibit 2** are true and correct copies of eight subpoenas Dugaboy served respectively on Shields Legal Group P.C., Kelly Hart & Hallman LLP, Beacon Mountain LLC, Rand PE Fund Management, LLC, Rand PE Fund I, LP, Rand Advisors, LLC, CLO Holdco LTD, and Valuescope, LLC, dated March 23–25, 2026.

5.	Attached hereto as **Exhibit 3** is a true and correct copy of an email thread among counsel for HCMLP and counsel for Dugaboy, dated March 30, 2026 to April 1, 2026.

6.	Attached hereto as **Exhibit 4** is a true and correct copy of the *Judgment* in *In re Charitable DAF Holdco, Ltd.*, filed in the Grand Court of the Cayman Islands Financial Services Division on February 10, 2026.

7.	 Attached hereto as **Exhibit 5** is a true and correct copy of the *Amended Complaint and Objection to Claims* [Docket No. 158] in *Kirschner v. Dondero*, Adv. Proc. No. 21-03076-sgj, filed in the United States Bankruptcy Court for the Northern District of Texas on May 19, 2022.

8.	Attached hereto as **Exhibit 6** is a true and correct copy of the *Winding Up Petition* in *In re Charitable DAF Holdco, Ltd.*, filed in the Grand Court of the Cayman Islands Financial Services Division on April 16, 2025.

9.	Attached hereto as **Exhibit 7** is a true and correct copy of the *Affidavit of James David Dondero*, notarized on April 9, 2025 and filed in support of the *Winding Up Petition* in *In re Charitable DAF Holdco, Ltd.*, filed in the Grand Court of the Cayman Islands Financial Services Division on April 16, 2025.

10.	Attached hereto as **Exhibit 8** is a true and correct copy of *The Dugaboy Investment Trust's Motion to Stay 9019 Order* [Docket No. 4326] and accompanying exhibits, filed in the United States Bankruptcy Court for the Northern District of Texas on July 17, 2025.

**Error! Unknown document property name.**

11. Attached hereto as **<u>Exhibit 9</u>** is a true and correct copy of Charitable DAF Holdco, Ltd. Guidance Notes for Members of the Liquidation Committee.

12. Attached hereto as **<u>Exhibit 10</u>** is a true and correct copy of the *Affidavit of Mark Eric Patrick*, notarized on June 4, 2025, in *In re Charitable DAF Holdco, Ltd.* and filed in the Grand Court of the Cayman Islands Financial Services Division on June 4, 2025.

13. Attached hereto as **<u>Exhibit 11</u>** is a true and correct copy of the excerpted transcript of the June 25, 2025 hearing in the United States Bankruptcy Court for the Northern District of Texas on the *Motion for an Order Further Extending Duration of Trusts* [Docket No. 4213] and *Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 363 Approving Settlement with the HMIT Entities and Authorizing Actions Consistent Therewith* [Docket No. 4216].

14. Attached hereto as **<u>Exhibit 12</u>** is a true and correct copy of *Highland Capital Management, L.P., the Highland Claimant Trust, and the Highland Litigation Sub-Trust's Responses and Objections to Dugaboy's Discovery Related to Rule 9019 Motion*, dated June 13, 2025.

15. Attached hereto as **<u>Exhibit 13</u>** is a true and correct copy of the *Petition for Court Supervision of a Voluntary Liquidation* in *In re Charitable DAF Holdco, Ltd.*, filed in the Grand Court of the Cayman Islands Financial Services Division on May 2, 2025.

16. Attached hereto as **<u>Exhibit 14</u>** is a true and correct copy of the *Order Granting Petition for Court Supervision of a Voluntary Liquidation* in *In re Charitable DAF Holdco, Ltd.*, entered in the Grand Court of the Cayman Islands Financial Services Division on May 6, 2025.

**Error! Unknown document property name.**

17.     Attached hereto as **Exhibit 15** is a true and correct copy of the *Plaintiffs' Original Petition, Application for Temporary Restraining Order and Temporary Injunction, and Emergency Request for Appointment of Receiver* in *The Highland Dallas Foundation, Inc., et al. v. Patrick, et al.*, No. 25-BC01B-0027, filed in the Texas Business Court, 1st Division on July 1, 2025.

18.     Attached hereto as **Exhibit 16** is a true and correct copy of the *Order* in *The Highland Dallas Foundation, Inc., et al. v. Patrick, et al.*, No. 25-BC01B-0027, filed in the Texas Business Court, 1st Division on September 18, 2025.

19.     Attached hereto as **Exhibit 17** is a true and correct copy of CWR Form No. 15, Liquidator's Certificate (Composition of Liquidation Committee) (O. 9, r. 1) in the Grand Court of the Cayman Islands Financial Services Division, dated July 21, 2025.

20.     Attached hereto as **Exhibit 18** is a true and correct copy of the *Objection of The Dallas Foundation and Crown Global Life Insurance, Ltd to Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 363 Approving Settlement with the HMIT Entities and Authorizing Actions Consistent Therewith* [Docket No. 4231], filed in the United States Bankruptcy Court for the Northern District of Texas on June 9, 2025.

21.     Attached hereto as **Exhibit 19** is a true and correct copy of the *Dugaboy Investment Trust's Discovery Related to Rule 9019 Motion* in the above-captioned bankruptcy case, dated June 10, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of April 2026.

*/s/ John A. Morris*
John A. Morris