PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (admitted *pro hac vice*)
John A. Morris (admitted *pro hac vice*)
Gregory V. Demo (admitted *pro hac vice*)
Hayley R. Winograd (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100

*Counsel for Highland Capital Management, L.P. and
the Highland Claimant Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |

**DECLARATION OF JOHN A. MORRIS IN SUPPORT OF HIGHLAND CAPITAL
MANAGEMENT, L.P. AND THE HIGHLAND CLAIMANT TRUST'S OBJECTION TO
DUGABOY'S MOTION FOR RELIEF FROM ORDER AND MOTION TO VACATE
[DOCKET NO. 4513]**

I, John A. Morris, pursuant to 28 U.S.C. § 1746, under penalty of perjury, declare as

follows:

---

[1] Highland's last four digits of its taxpayer identification number are (8357).  The service address for Highland is 6333 Mockingbird Ln., Ste 147 #5045, Dallas, Texas 75214.

4908-1996-6617.4 36027.003

1        I am a partner in the law firm of Pachulski, Stang, Ziehl & Jones LLP, counsel to Highland Capital Management, L.P. ("HCMLP"), the reorganized debtor in the above-referenced bankruptcy case and the Highland Claimant Trust (the "Claimant Trust", and together with HCMLP, "Highland"), and I submit this Declaration in support of *Highland Capital Management, L.P. and the Highland Claimant Trust's Objection to Dugaboy's Motion for Relief from Order and Motion to Vacate [Docket No. 4513]* (the "Objection").[2] Unless stated otherwise, this Declaration is based on my personal knowledge and review of the documents listed below.

2        Attached as **Exhibit A** is a true and correct copy of Dugaboy's Index (compiled from all documents Dugaboy filed at Docket Nos. 4513 and 4521), a document prepared by professionals employed by my firm at my direction.

3        Attached as **Exhibit B** is a true and correct copy of the *JOL Writ of Summons and Statement of Claim*, filed in the Cayman Proceeding on July 15, 2025.

4        Attached as **Exhibit C** is a true and correct copy of a Judgment entered in the Charitable DAF HoldCo Ltd.'s Cayman Proceeding, dated February 10, 2026.

5        Attached as **Exhibit D** is a true and correct copy of the First Affidavit of Mark Eric Patrick filed in the Cayman Proceeding, dated June 4, 2025.

6        Attached as **Exhibit E** is a true and correct copy of a *Remittance Agreement* between the NexPoint Small Bay and Charitable DAF and Liberty CLO Holdco, Ltd. (as those terms are defined), dated January 10, 2025.

7        Attached as **Exhibit F** is a true and correct copy of a Rule 11 Agreement between the Dondero Foundation and Patrick and certain entities controlled by him, dated July 11, 2025.

8        Attached as **Exhibit G** is a true and correct copy of an amendment to a loan agreement executed by, among others, certain Dondero-controlled entities and CLO Holdco, Ltd., dated September 30, 2025.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

4908-1996-6617.4 36027.003

9        Attached as **Exhibit H** is a true and correct copy of a *Stipulation [Proposed] Order of Dismissal With Prejudice* between Liberty CLO HoldCo, Ltd. and Dugaboy and others aligned with or controlled by Dondero, dated December 3, 2025.

10        Attached as **Exhibit I** is a true and correct copy of an *Agreed Final Judgment* between Atlas IDF, LP (an HMIT affiliate) and certain Dondero-controlled entities, dated December 8, 2025.

11        Attached as **Exhibit J** is a true and correct copy of the *Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representatives, and (III) Related Relief Under Chapter 15 of the Bankruptcy Court, filed in the United States District Court for the District of Delaware*, dated July 21, 2025.

12        Attached as **Exhibit K** is a true and correct copy of the deposition transcript of Shawn Raver dated June 20, 2025.

13        Attached as **Exhibit L** is a true and correct copy of the Highland Rule 9019 Presentation.

14        Attached as **Exhibit M** is a true and correct copy of the CWR Form No. 15 filed in the Cayman Proceeding and dated July 21, 2025.


Dated: April 3, 2026

                                                    */s/ John A. Morris*
                                                    John A. Morris

4908-1996-6617.4 36027.003