WILLKIE FARR & GALLAGHER LLP
Mark T. Stancil (admitted *pro hac vice*)
mstancil@willkie.com
Joshua S. Levy (admitted *pro hac vice*)
jlevy@willkie.com
1875 K Street, N.W.
Washington, D.C. 20006
(202) 303-1000

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
MHayward@HaywardFirm.com
Zachery Z. Annable (Texas Bar No. 24053075)
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100

*Counsel for Highland Capital Management, L.P.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § Case No. 19-34054-sgj11 |
| | § |
| Reorganized Debtor. | § |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICES, PLEADINGS, AND ORDERS

PLEASE TAKE NOTICE that Mark T. Stancil of the law firm Willkie Farr & Gallagher

LLP appears as counsel for Highland Capital Management, L.P. ("Highland"), the reorganized

debtor in the above-captioned Chapter 11 bankruptcy case (the "Bankruptcy Case"), and,

pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), requests that all notices given or required to be given in the Bankruptcy

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 6333 E. Mockingbird Lane, Suite 147 #5045, Dallas, TX 75214.

**NOTICE OF APPEARANCE**                                                    **PAGE 1 OF 3**

Case, and all papers served or required to be served in the Bankruptcy Case, be served upon him at the following address:

Willkie Farr & Gallagher LLP
Attn: Mark T. Stancil
1875 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 303-1000
E-mail: mstancil@willkie.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, or otherwise.

PLEASE TAKE FURTHER NOTICE that this notice of appearance is not intended to be, and shall not constitute, a waiver of strict service in connection with any adversary proceeding related to this Bankruptcy Case, and shall not constitute a waiver of Highland's: (1) rights to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (2) rights to trial by jury in any proceeding so triable in the Bankruptcy Case or any case, controversy, or proceeding related to the Bankruptcy Case; (3) rights to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs, or recoupments to which Highland is or may be entitled under any agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Highland expressly reserves.

Dated: April 7, 2026

**WILLKIE FARR & GALLAGHER LLP**

*/s/ Mark T. Stancil*
Mark T. Stancil (admitted *pro hac vice*)
Joshua S. Levy (admitted *pro hac vice*)
1875 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 303-1000
Email:  mstancil@willkie.com
          jlevy@willkie.com

-and-

**HAYWARD PLLC**
Melissa S. Hayward
Texas Bar No. 24044908
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing notice of appearance has been served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this Bankruptcy Case.

*/s/ Mark T. Stancil*
Mark T. Stancil