**KELLY HART PITRE**
Louis M. Phillips (#10505)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com
Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

**COUNSEL FOR CLO HOLDCO, LTD. AND THE
LAW FIRMS**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | |

**NOTICE OF HEARING ON
MOTION TO QUASH REQUESTS FOR
PRODUCTION OF DOCUMENTS SERVED IMPROPERLY**

**PLEASE TAKE NOTICE** that the following matter has been scheduled for hearing on

**Friday, April 24, 2026, at 9:30 a.m. (Central Time)** (the "Hearing"):

1. *Motion To Quash Requests For Production Of Documents Served Improperly*
   [Docket No. 4538] (the "Motion") filed by CLO Holdco, Ltd.; Shields Legal
   Group, P.C.; and Kelly Hart & Hallman LP ("Movers")

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 6333 E. Mockingbird Lane, Suite 147 #5045, Dallas, TX 75214.

The Hearing on the Motion will be held via WebEx videoconference before The Honorable Brad W. Odell, United States Bankruptcy Judge.  The WebEx attendance information will be posted to the Court's website, www.txnb.uscourts.gov, under Judge Odell's Hearing Dates and Calendar tab prior to the Hearing.

By agreement of the parties, Dugaboy Investment Trust shall file its response to the Motion by April 15, 2026 and Movers shall file any reply in support of the Motion by April 17, 2026.

Dated: April 7, 2026

Respectfully Submitted:
**KELLY HART PITRE**

*/s/ Louis M. Phillips*
Louis M. Phillips (#10505)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com
Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

***Counsel for CLO HoldCo, Ltd. and the Firms for the limited purpose of this Motion to Quash***

### CERTIFICATE OF SERVICE

I, undersigned counsel, hereby certify that a copy of the forgoing was served on all parties receiving notice in this chapter 11 case through this Court's CM/ECF System on this April 7, 2026.

*/s/ Louis M. Phillips*
Louis M. Phillips (#10505)

2