

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 10, 2026**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **HIGHLAND CAPITAL** | § | **Case No.  19-34054-sgj11** |
| **MANAGEMENT, L.P.,** | § | |
| | § | |
| | § | |
| **Debtor.** | § | |

## <u>ORDER</u>

On March 3, 2026, the Court entered an order setting a hearing for April 27, 2026, to consider the *Motion for Relief from Order and Motion to Vacate* (the "Motion for Relief") filed by The Dugaboy Investment Trust ("Dugaboy") [Dkt. No. 4513].[1] The parties agree to reschedule the April 27, 2026, hearing. It is, therefore,

ORDERED that the April 27, 2026, hearing on the Motion for Relief is rescheduled to commence on May 11, 2026, at 9:00 am, at the George Mahon Federal Building, 1205 Texas Avenue, Room 314, Lubbock, Texas; it is further

ORDERED that all discovery related to the Motion for Relief, unless otherwise agreed by the parties, must be completed no later than May 1, 2026. All

---

[1] All "Dkt. No." references herein are to the above-captioned case.

restrictions related to discovery that were previously agreed to by the parties, which were stated in the Court's March 3 Order [Dkt. No. 4528], and subject to the Court's resolution of *Highland Capital Management, L.P.'s Motion for a Protective Order Against the Dugaboy Investment Trust's Discovery Requests* ("Motion for Protective Order") [Dkt. No. 4533] and the *Motion to Quash Requests for Production of Documents Served Improperly* ("Motion to Quash") [Dkt. No. 4538], remain unchanged; it is further

ORDERED that Dugaboy shall, no later than May 8, 2026, file a reply, if any, in support of the Motion for Relief; it is further

ORDERED that Dugaboy shall no later than April 17, 2026, file its oppositions to the Motion for Protective Order and Motion to Quash. Any replies in support of the Motion for Protective Order or Motion to Quash must be filed no later than April 22, 2026; it is further

ORDERED that all parties must file and exchange witness and exhibit lists, and all exhibits, in accordance with Judge Odell's "Judge-Specific Guidelines," which are located at: https://www.txnb.uscourts.gov/content/judge-brad-w-odell; it is further

ORDERED that the Court will consider any requests to amend the deadlines set forth herein only upon motion and for good cause shown; and it is finally

ORDERED that the Court retains jurisdiction to interpret and enforce this Order.

### End of Order ###