**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT L.P. | § | Case No. 19-34054 (SGJ) |
| | § | |
| | § | |
| | § | |
| Debtor. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR
<u>SERVICE OF NOTICE AND PLEADINGS</u>**

Michael J. Edney of Morgan, Lewis & Bockius LLP, a member of the bar of this Court, on behalf of The Dugaboy Investment Trust hereby gives notice of his appearance in this case pursuant to Bankruptcy Rule 9010.

Please serve copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice to the following address:

Michael J. Edney
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004

Date: April 24, 2026

Respectfully submitted,

/s/ Sydney A. Rose
Sydney A. Rose
Texas Bar No. 24150011
Geoffrey S. Harper
Texas Bar No. 00795408
John Michael Gaddis
Texas Bar No. 24069747
KING & SPALDING LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
T. (214) 764-4600
F. (214) 764-4601
gharper@kslaw.com
mgaddis@kslaw.com
srose@kslaw.com


Michael J. Edney*
D.C. Bar No. 492024
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
T. (202) 739-3000
F. (202) 739-3001
michael.edney@morganlewis.com

*Admitted to the bar of this Court

**Counsel for The Dugaboy Investment Trust**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on

April 24, 2026, on all parties entitled to receive service via the Court's CM/ECF system.

By:    /s/ Sydney A. Rose
       Sydney A. Rose

2