BTXN 191 (rev. 4/26)

**GENERAL:**  Use this form to order audio or transcript of proceedings.  Complete a separate order form for each case number and/or date. Payment and delivery of transcripts is between the ordering party and the assigned transcriber. There is a $34 fee for the reproduction of an audio recording of a court proceeding which must be paid in advance to Clerk, US Bankruptcy Court. Our office will not reproduce audio files at the request of or on behalf of media organizations.

**SUBMIT ORDER FORM:**   Audio/Transcript order forms should be submitted electronically using the "Request for Transcript" event in ECF. When filing the request, e-filers should attach a completed Form BTXN-191 in pdf. Non-electronic filers may submit order forms by email to the appropriate address below.

Dallas & Wichita Falls: dal_transcript@txnb.uscourts.gov
Fort Worth        ftw_transcript@txnb.uscourts.gov
West Texas:       lub_transcript@txnb.uscourts.gov

**ITEM 1:**  Specifies whether the order is for a copy of the audio from the proceeding or an official order of the transcript. Denote order with an "X" in the correct field.

**ITEM 2:**  Input the date you are submitting the request to the Clerk's office.

**ITEM 3-13:**  These items should always be complete. Only one case number, case name, and date of proceeding may be listed per order.

**ITEM 14:**

| | |
|---|---|
| 30-Day Transcript (Ordinary) ($4.40 per page) | A transcript to be delivered within thirty (30) calendar days after the receipt of an order request. |
| 14-Day Transcript (Expedited) ($5.10 per page) | A transcript to be delivered within fourteen (14) calendar days after receipt of an order request. |
| 7-Day Transcript (Expedited) ($5.85 per page) | A transcript to be delivered within seven (7) calendar days after receipt of an order request. |
| 3-Day Transcript (Expedited) ($6.55 per page) | A transcript to be delivered within three (3) calendar days after receipt of an order request. |
| Next Day Transcript (Daily) ($7.30 per page) | A transcript to be delivered following the adjournment and prior to the normal opening hour of the court on the following day whether nor not it actually is a court day. |
| 2-Hour Transcript (Hourly) ($8.70 per page) | A transcript of proceedings ordered under unusual circumstances to be delivered within two (2) hours of receiving an order request. |

**ITEM 15:** Select whether the request is for the entire hearing, court ruling, witness testimony, or other.

**ITEM 16-17:** Sign and date in this space to certify that you will pay all charges for the order.

BTXN 191 (rev. 12/24)

# AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST:<br>☐ AUDIO    ☒ TRANSCRIPT | 2. DATE OF ORDER:<br>4/27/2026 | |
|---|---|---|
| 3. NAME:<br>**Sydney Rose** | 4. PHONE NUMBER:<br>214-764-4471 | 5. EMAIL ADDRESS:<br>srose@kslaw.com |
| 6. MAILING ADDRESS:<br>2601 Olive Street, Ste 2300 | 7. CITY:<br>**Dallas** | 8. STATE:<br>TX  | 9. ZIP CODE:<br>75201 |

| 10. CASE NUMBER:<br>19-34054 | 11. CASE NAME:<br>Highland Capital Mgmt | 12. JUDICIAL OFFICIAL:<br>**Judge Brad Odell** | 13. DATE OF PROCEEDING:<br>FROM:     /     / 4/24/26 |
|---|---|---|---|

**14. ORDER:**

| | ORDINARY | 7 DAY EXPEDITED | DAILY | HOURLY |
|---|---|---|---|---|
| A. | ☐ | ☐ | ☐ | ☐ |

| | 14 DAY EXPEDITED | 3 DAY EXPEDITED |
|---|---|---|
| | ☐ | ☒ |

**15. AUDIO/TRANSCRIPT REQUESTED**  Specify portion(s) and date(s) of proceeding(s): n/a

| PORTION(S) | |
|---|---|
| ☒ Entire Hearing | |
| ☐ Court Ruling | |
| ☐ Witness Testimony | |
| ☐ Other: (Specify) | |

| CERTIFICATION<br><br>By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber). | 16. SIGNATURE: s/Sydney Rose |
|---|---|
| | 17. DATE: 4/27/2026 |