Geoffrey S. Harper
Texas Bar No. 00795408
gharper@kslaw.com
John Michael Gaddis
Texas Bar No. 24069747
mgaddis@kslaw.com

KING & SPALDING LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
(214) 764-4600

*Counsel for The Dugaboy Investment Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case No. 19-34054 (SGJ) |
| Debtor. | |

**OPPOSED MOTION TO CONTINUE DISCOVERY DEADLINES AND HEARING ON THE DUGABOY INVESTMENT TRUST'S MOTION FOR RELIEF FROM ORDER AND MOTION TO VACATE**

The Dugaboy Investment Trust ("Dugaboy") respectfully moves the Court, pursuant to Rule 9006(b)(1)(A) of the Federal Rules of Bankruptcy Procedure, for an enlargement of time with respect to the pre-hearing deadlines and the hearing on Dugaboy's Motion for Relief from Order and Motion to Vacate (the "Rule 60(b) Motion"), as set forth below.

The Court's current schedule sets document production for Friday, May 1, 2026, depositions to be completed by Friday, May 8, 2026, and the hearing on the Rule 60(b) Motion for Monday, May 11, 2026. *See* Dkt. 4566. In conferring on deposition scheduling, counsel for

1

Highland Capital Management L.P. ("Highland") advised that he will unavailable during the afternoon of May 5, 2026, and all day on May 6 and 7, 2026 due to a mediation in an unrelated matter. A copy of the relevant correspondence is attached hereto as **Exhibit A**. The earlier alternative dates proposed by Highland counsel fall either before the May 1 document production deadline or so shortly thereafter (including over the weekend) that the parties would not have a meaningful opportunity to review the produced documents in advance of taking testimony. Regardless of the availability of Highland's counsel, the interval between document production and the close of depositions is very tight.

Good cause exists to modify the schedule. The interval between the May 1 document production deadline and the May 8 deposition cutoff is only seven calendar days, and once Highland counsel's unavailability during the afternoon of May 5 and all day on May 6 and 7 is taken into account, the parties effectively have less than two business days in which to review the production before taking meaningful depositions. That window does not afford the parties an adequate opportunity to review the production in advance of depositions, and proceeding with depositions before that review can be completed would not produce a useful record. The requested continuance is not sought for purposes of delay.  And counsel for Dugaboy at the April 24 hearing on Highland's motion for a protective order alerted the Court of the possibility that extending the hearing and deposition dates might be necessary to accommodate review of produced documents, in response to the Court's question on the subject.

Counsel for Highland and counsel for the HMIT Entities are opposed to the relief requested in this Motion.  Dugaboy counsel also attempted to contact counsel for Mark Patrick, but did not receive a response by the time of this filing.

For these reasons, Dugaboy respectfully requests that the Court enter an order: (i)

2

continuing the hearing on the Rule 60(b) Motion to a date convenient for the Court that is at least

two weeks later than the current setting of May 11, 2026 (*i.e.*, no earlier than May 25, 2026); (ii)

requiring all depositions to be completed not later than one week prior to the rescheduled hearing

date; (iii) requiring the parties to file witness and exhibit lists, and to exchange exhibits, not later

than one week prior to the rescheduled hearing date; (iv) requiring Dugaboy's reply brief in support

of the Rule 60(b) Motion to be filed not later than the three business days preceding the rescheduled

hearing; and (v) granting such other and further relief as the Court deems just and proper.

Dated: April 28, 2026

Respectfully submitted,

*/s/ Geoffrey S. Harper*
Geoffrey S. Harper
Texas Bar No. 00795408
gharper@kslaw.com
John Michael Gaddis
Texas Bar No. 24069747
mgaddis@kslaw.com

KING & SPALDING LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
(214) 764-4600

*Counsel for The Dugaboy Investment Trust*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Bankruptcy Rule 7007-1(b), the undersigned certifies that on April 28, 2026, counsel for Dugaboy conferred by email with John Morris, counsel for Highland, and Louis Phillips, counsel for the HMIT Entities, and was informed that they oppose the relief requested in this Motion.  Dugaboy counsel also emailed Sawnie McEntire, counsel for Mark Patrick, but did not receive a response by the time of this filing.

*/s/ Geoffrey S. Harper*
Geoffrey S. Harper

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 28, 2026, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

*/s/ Geoffrey S. Harper*
Geoffrey S. Harper