BTXN 191 (rev. 10/24)

**GENERAL:**   Use this form to order audio or transcript of proceedings.  Complete a separate order form for each case number and/or date. Payment and delivery of transcripts is between the ordering party and the assigned transcriber. There is a $34 fee for the reproduction of an audio recording of a court proceeding which must be paid in advance to Clerk, US Bankruptcy Court.

**SUBMIT ORDER FORM:**   Audio/Transcript order forms should be submitted electronically using the "Request for Transcript" event in ECF. When filing the request, e-filers should attach a completed Form BTXN-191 in pdf. Non-electronic filers may submit order forms by email to the appropriate address below.

Dallas & Wichita Falls: dal_transcript@txnb.uscourts.gov
Fort Worth       ftw_transcript@txnb.uscourts.gov
West Texas:     lub_transcript@txnb.uscourts.gov

**ITEM 1:**                              Specifies whether the order is for a copy of the audio from the proceeding or an official order of the transcript. Denote order with an "X" in the correct field.

**ITEM 2:**                              Input the date you are submitting the request to the Clerk's office.

**ITEM 3-13:**                           These items should always be complete. Only one case number, case name, and date of proceeding may be listed per order.

**ITEM 14:**

| | |
|---|---|
| 30-Day Transcript (Ordinary) ($4.40 per page) | A transcript to be delivered within thirty (30) calendar days after the receipt of an order request. |
| 14-Day Transcript (Expedited) ($5.10 per page) | A transcript to be delivered within fourteen (14) calendar days after receipt of an order request. |
| 7-Day Transcript (Expedited) ($5.85 per page) | A transcript to be delivered within seven (7) calendar days after receipt of an order request. |
| 3-Day Transcript (Expedited) ($6.55 per page) | A transcript to be delivered within three (3) calendar days after receipt of an order request. |
| Next Day Transcript (Daily) ($7.30 per page) | A transcript to be delivered following the adjournment and prior to the normal opening hour of the court on the following day whether nor not it actually is a court day. |
| 2-Hour Transcript (Hourly) ($8.70 per page) | A transcript of proceedings ordered under unusual circumstances to be delivered within two (2) hours of receiving an order request. |

**ITEM 15:** Select whether the request is for the entire hearing, court ruling, witness testimony, or other.

**ITEM 16-17:** Sign and date in this space to certify that you will pay all charges for the order.

BTXN 191 (rev. 12/24)

## AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST: <br> ☐ AUDIO    ☒ TRANSCRIPT | 2. DATE OF ORDER: <br> 04/29/26 | |
|---|---|---|
| 3. NAME: <br> Lisa Lambert | 4. PHONE NUMBER: <br> 214-767-1080 | 5. EMAIL ADDRESS: <br> lisa.l.lambert@usdoj.gov |

| 6. MAILING ADDRESS: <br> 1100 Commerce St. #976 | 7. CITY: <br> Dallas | 8. STATE: <br> TX | 9. ZIP CODE: <br> 75242 |
|---|---|---|---|

| 10. CASE NUMBER: <br> 19-34054 | 11. CASE NAME: <br> Highland Capital Managment | 12. JUDICIAL OFFICIAL: <br> O'Dell | 13. DATE OF PROCEEDING: <br> FROM: 04/24/2026 |
|---|---|---|---|

**14. ORDER:**

| | ORDINARY | 7 DAY EXPEDITED | DAILY | HOURLY |
|---|---|---|---|---|
| A. | ☐ | ☐ | ☐ | ☐ |

| | 14 DAY EXPEDITED | 3 DAY EXPEDITED |
|---|---|---|
| | ☐ | ☒ |

**15. AUDIO/TRANSCRIPT REQUESTED**  Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | |
|---|---|
| ☒ Entire Hearing | |
| ☐ Court Ruling | |
| ☐ Witness Testimony | |
| ☐ Other: (Specify) | |

| CERTIFICATION <br> By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber). | 16. SIGNATURE: /s/Christi Thompson <br> 17. DATE: 04/29/2026 |
|---|---|