

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 29, 2026**

_____
**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.<br><br>Debtor. | Chapter 11<br><br>Case No. 19-34054 (SGJ) |

**ORDER GRANTING THE DUGABOY INVESTMENT TRUST'S MOTION FOR EXPEDITED HEARING ON THE (I) MOTION TO CONTINUE DISCOVERY DEADLINES AND HEARING, AND (II) MOTION TO MODIFY RELEVANT TIME PERIOD FOR DISCOVERY**

On this date the Court considered the motion of the Dugaboy Investment Trust (the "Movant") for an expedited hearing on Movant's (i) *Motion to Continue Discovery Deadlines and Hearing on the Dugaboy Investment Trust's Motion for Relief from Order and Motion to Vacate* (the "Motion to Continue") [Dkt. No. 4569]; and (ii) *Motion to Modify Relevant Time Period for*

1

*Discovery* (the "Motion to Modify" [Dkt. No. 4570], and together with the Motion to Continue, the "Underlying Motions"). The Court finds that good cause exists for the relief requested.

IT IS THEREFORE ORDERED that the Motion is GRANTED. IT IS FURTHER ORDERED that the Court shall conduct a hearing on the Underlying Motions on **April 29, 2026** at **4:00 p.m. (CT)** by WebEx.  WebEx attendance information is posted on the Court's website, www.txnb.uscourts.gov, under Judge Odell's "Hearing Dates and Calendar" tab.

# # # END OF ORDER # #

Geoffrey S. Harper
Texas Bar No. 00795408
gharper@kslaw.com
John Michael Gaddis
Texas Bar No. 24069747
mgaddis@kslaw.com

KING & SPALDING LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
(214) 764-4600

*Counsel for The Dugaboy Investment Trust*