Geoffrey S. Harper
Texas Bar No. 00795408
gharper@kslaw.com
John Michael Gaddis
Texas Bar No. 24069747
mgaddis@kslaw.com
**KING & SPALDING LLP**
2601 Olive Street, Suite 2300
Dallas, TX 75201
(214) 764-4600

*Counsel for The Dugaboy Investment Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case No. 19-34054 (SGJ) |
| Debtor. | |

**NOTICE OF DEPOSITION OF MARK PATRICK**

To:   Mark Patrick, by and through his counsel of record, Louis M. Phillips, louis.phillips@kellyhart.com, Kelly Hart & Pitre, 301 Main Street Suite 1600, Baton Rouge, LA 70801.

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Local Rules for the United States Bankruptcy Court for the Northern District of Texas, The Dugaboy Investment Trust, by and through the undersigned counsel in the above-styled and numbered cause of action, will take the oral

1

deposition of Mark Patrick on Wednesday, May 6, 2026, beginning at 8:00 AM, at the offices of

King & Spalding, LLP, 2601 Olive St., 2300, Dallas, TX 75201 or at such other time and place as

may be agreed among counsel for the parties. The deposition will proceed before an officer

authorized by law to administer oaths, and will be recorded by audio, video, and/or stenographic

means.

Dated:  April 29, 2026

/s/      Geoffrey S. Harper
Geoffrey S. Harper
Texas Bar No. 00795408
gharper@kslaw.com
**KING & SPALDING LLP**
2601 Olive Street, Suite 2300
Dallas, TX 75201
(214) 764-4600

*Counsel for The Dugaboy Investment Trust*