BTXN 191 (rev. 4/26)

**GENERAL:** Use this form to order audio or transcript of proceedings. Complete a separate order form for each case number and/or date. Payment and delivery of transcripts is between the ordering party and the assigned transcriber. There is a $34 fee for the reproduction of an audio recording of a court proceeding which must be paid in advance to Clerk, US Bankruptcy Court. Our office will not reproduce audio files at the request of or on behalf of media organizations.

**SUBMIT ORDER FORM:** Audio/Transcript order forms should be submitted electronically using the "Request for Transcript" event in ECF. When filing the request, e-filers should attach a completed Form BTXN-191 in pdf. Non-electronic filers may submit order forms by email to the appropriate address below.

Dallas & Wichita Falls: dal_transcript@txnb.uscourts.gov
Fort Worth ftw_transcript@txnb.uscourts.gov
West Texas: lub_transcript@txnb.uscourts.gov

| | |
|---|---|
| **ITEM 1:** | Specifies whether the order is for a copy of the audio from the proceeding or an official order of the transcript. Denote order with an "X" in the correct field. |
| **ITEM 2:** | Input the date you are submitting the request to the Clerk's office. |
| **ITEM 3-13:** | These items should always be complete. Only one case number, case name, and date of proceeding may be listed per order. |

**ITEM 14:**

| | |
|---|---|
| 30-Day Transcript (Ordinary) ($4.40 per page) | A transcript to be delivered within thirty (30) calendar days after the receipt of an order request. |
| 14-Day Transcript (Expedited) ($5.10 per page) | A transcript to be delivered within fourteen (14) calendar days after receipt of an order request. |
| 7-Day Transcript (Expedited) ($5.85 per page) | A transcript to be delivered within seven (7) calendar days after receipt of an order request. |
| 3-Day Transcript (Expedited) ($6.55 per page) | A transcript to be delivered within three (3) calendar days after receipt of an order request. |
| Next Day Transcript (Daily) ($7.30 per page) | A transcript to be delivered following the adjournment and prior to the normal opening hour of the court on the following day whether nor not it actually is a court day. |
| 2-Hour Transcript (Hourly) ($8.70 per page) | A transcript of proceedings ordered under unusual circumstances to be delivered within two (2) hours of receiving an order request. |

**ITEM 15:** Select whether the request is for the entire hearing, court ruling, witness testimony, or other.

**ITEM 16-17:** Sign and date in this space to certify that you will pay all charges for the order.

BTXN 191 (rev. 12/24)

# AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST:<br>☐ AUDIO  ☒ TRANSCRIPT | 2. DATE OF ORDER:<br>4/30/2026 | |
|---|---|---|

| 3. NAME:<br>Sydney Rose | 4. PHONE NUMBER:<br>214-764-4471 | 5. EMAIL ADDRESS:<br>srose@kslaw.com |
|---|---|---|

| 6. MAILING ADDRESS:<br>2601 Olive St., Suite 2300 | 7. CITY:<br>Dallas | 8. STATE:<br>TX | 9. ZIP CODE:<br>75201 |
|---|---|---|---|

| 10. CASE NUMBER:<br>19-34054 | 11. CASE NAME:<br>Highland Capital Mgmt | 12. JUDICIAL OFFICIAL:<br>Judge Brad Odell | 13. DATE OF PROCEEDING:<br>FROM:  /  / 4/29/26 |
|---|---|---|---|

14. ORDER:

| | ORDINARY | 7 DAY EXPEDITED | DAILY | HOURLY |
|---|---|---|---|---|
| A. | ☐ | ☐ | ☒ | ☐ |

| | 14 DAY EXPEDITED | 3 DAY EXPEDITED |
|---|---|---|
| | ☐ | ☐ |

15. AUDIO/TRANSCRIPT REQUESTED  Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | |
|---|---|
| ☒ Entire Hearing | We would like to receive the transcript tomorrow if possible.  Thanks |
| ☐ Court Ruling | |
| ☐ Witness Testimony | |
| ☐ Other: (Specify) | |

| CERTIFICATION<br><br>By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber). | 16. SIGNATURE: s/Sydney Rose |
|---|---|
| | 17. DATE: 4/30/2026 |