

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 1, 2026**

_____

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | |

### ORDER DENYING MOTION TO CONTINUE DISCOVERY DEADLINES AND HEARING ON THE DUGABOY INVESTMENT TRUST'S MOTION FOR RELIEF FROM ORDER AND MOTION TO VACATE

Having considered (a) the *Opposed Motion to Continue Discovery Deadlines and Hearing on The Dugaboy Investment Trust's Motion for Relief from Order and Motion to Vacate* [Docket No. 4569] (the "Motion")[2] filed by The Dugaboy Investment Trust ("Dugaboy"), (b) *Highland Capital Management L.P.'s Opposition to The Dugaboy Investment Trust's (1) Motion to Continue Discovery Deadlines and Hearing, and (2) Motion to Modify Relevant Time Period for Discovery*

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The service address for Highland is 6333 E. Mockingbird Lane, Suite 147 #5045, Dallas, TX 75214.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

4923-9740-2791.2 36027.003

[Docket No. 4572], (c) the *Opposition to Motion to Modify Relevant Time Period for Discovery and Motion to Continue* [Docket No. 4575] filed by the parties listed therein, and (d) the arguments of counsel presented during a hearing held on April 29, 2026 (the "Hearing"),[3] and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 as well as Article XI of the Plan; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and (d) notice of the Motion was proper and sufficient under the circumstances and no further or additional notice need be given; **IT IS ORDERED, ADJUDGED, AND DECREED THAT:**

1.      For the reasons stated on the record at the conclusion of the Hearing, the Motion is **DENIED** in its entirety.

2.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

###End of Order###

---

[3] The Hearing was held on an expedited basis after the Court granted Dugaboy's unopposed motion [Docket No. 4571] for such relief [Docket No. 4576].

4923-9740-2791.2 36027.003                                              2