

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 1, 2026**

_____
**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |

**ORDER DENYING MOTION TO MODIFY RELEVANT TIME PERIOD FOR
DISCOVERY**

Having considered (a) the *Motion to Modify Relevant Time Period for Discovery* [Docket

No. 4570] (the "Motion")[2] filed by The Dugaboy Investment Trust ("Dugaboy"), (b) *Highland*

*Capital Management L.P.'s Opposition to The Dugaboy Investment Trust's (1) Motion to Continue*

*Discovery Deadlines and Hearing, and (2) Motion to Modify Relevant Time Period for Discovery*

[Docket No. 4572], (c) the *Opposition to Motion to Modify Relevant Time Period for Discovery*

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The service address for Highland is 6333
E. Mockingbird Lane, Suite 147 #5045, Dallas, TX 75214.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

4929-2889-9495.2 36027.003

*and Motion to Continue* [Docket No. 4575] filed by the parties listed therein, and (d) the arguments

of counsel presented during a hearing held on April 29, 2026 (the "Hearing"),[3] and the Court

having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334 as well as Article XI of the Plan; (b) this is a core proceeding pursuant to 28 U.S.C. §

157(b)(2); (c) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and (d)

notice of the Motion was proper and sufficient under the circumstances and no further or additional

notice need be given; **IT IS ORDERED, ADJUDGED, AND DECREED THAT:**

1.      For the reasons stated on the record at the conclusion of the Hearing, the Motion is

**DENIED** in its entirety.

2.      The Court shall retain jurisdiction to hear and determine all matters arising from or

related to the implementation, interpretation, or enforcement of this Order.

###End of Order###

---

[3] The Hearing was held on an expedited basis after the Court granted Dugaboy's unopposed motion [Docket No. 4571] for such relief [Docket No. 4576].

4929-2889-9495.2 36027.003                                    2