BTXN 191 (rev. 12/24)

# AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST: | | 2. DATE OF ORDER: | |
|---|---|---|---|
| ☐ AUDIO ☒ TRANSCRIPT | | 05/04/2026 | |

| 3. NAME: | 4. PHONE NUMBER: | 5. EMAIL ADDRESS: |
|---|---|---|
| LOUIS M. PHILLIPS | 225-381-9643 | louis.phillips@kellyhart.com |

| 6. MAILING ADDRESS: | 7. CITY: | 8. STATE: | 9. ZIP CODE: |
|---|---|---|---|
| 301 MAIN STREET, SUITE 1600 | BATON ROUGE | LA | 70801 |

| 10. CASE NUMBER: | 11. CASE NAME: | 12. JUDICIAL OFFICIAL: | 13. DATE OF PROCEEDING: |
|---|---|---|---|
| 19-34054-sgj11 | Highland Capital Management, L.P. | O'DELL | FROM: 04 / 29 / 2026 |

14. ORDER:

| | ORDINARY | 7 DAY EXPEDITED | DAILY | HOURLY |
|---|---|---|---|---|
| A. | ☐ | ☐ | ☐ | ☒ |

| | 14 DAY EXPEDITED | 3 DAY EXPEDITED |
|---|---|---|
| | ☐ | ☐ |

15. AUDIO/TRANSCRIPT REQUESTED  Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | |
|---|---|
| ☒ Entire Hearing | |
| ☐ Court Ruling | |
| ☐ Witness Testimony | |
| ☐ Other: (Specify) | |

CERTIFICATION

By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber).

16. SIGNATURE: /s/ Louis M. Phillips

17. DATE: 05/04/2026