**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case No. 19-34054 (BWO) |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICE AND PLEADINGS**

Michael J. Edney of Morgan, Lewis & Bockius LLP on behalf of The Dugaboy Investment Trust ("Dugaboy") hereby repeats his notice of his appearance in this case pursuant to Bankruptcy Rule 9010, in order to ensure that ECF notifications are received.

Please serve copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice to the following address:

Michael J. Edney
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C.  20004-2541

Dated: May 5, 2026

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/s/ *Michael J. Edney*

Sydney A. Rose
Texas Bar No. 24150011
Geoffrey S. Harper
Texas Bar No. 00795408
John Michael Gaddis
Texas Bar No. 24069747
KING & SPALDING LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
T. (214) 764-4600
F. (214) 764-4601
gharper@kslaw.com
mgaddis@kslaw.com
srose@kslaw.com

Michael J. Edney*
D.C. Bar No. 492024
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
T. (202) 739-3000
F. (202) 739-3001
michael.edney@morganlewis.com

Avery Joseph Welker
Texas Bar No. 24137706
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002
T. (713) 890-5000
F. (713) 890-5001
avery.welker@morganlewis.com

*Admitted to the bar of this Court*

*Counsel for The Dugaboy Investment Trust*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request

for Service of Notice and Pleadings was served on May 5, 2026 on all parties entitled to receive service

through the Court's ECF system.

/s/ *Michael J. Edney*
Michael J. Edney