

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 5, 2026**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HIGHLAND CAPITAL | § | Case No.  19-34054-sgj11 |
| MANAGEMENT, L.P., | § | |
| | § | |
| | § | |
| Debtor. | § | |

## ORDER DENYING MOTION FOR EXPEDITED HEARING

On May 5, 2026, Hunter Mountain Investment Trust, Beacon Mountain LLC, Rand Advisors, LLC, Rand PE Fund I, LP, and Rand PE Fund Management, LLC moved for expedited consideration (the "Expedited Hearing Motion") [Dkt. No. 4593] of their *Emergency Motion for Protective Order Concerning Deposition* (the "Motion for Protective Order") [Dkt. No. 4592]. The Court will permit an opportunity to respond to the Motion for Protective Order and enter its decision without a hearing. It is, therefore,

ORDERED that the Expedited Hearing Motion is denied; it is further

ORDERED that Dugaboy Investment Trust shall, no later than May 6, 2026, at 8:00 am prevailing central time, file its response, if any, to the Motion for

1

Protective Order. After such deadline, the Court will enter a decision based on the

pleadings; and it is finally

ORDERED that this Court retains jurisdiction to interpret and enforce the

terms of this Order.

### End of Order ###