

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 6, 2026**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **HIGHLAND CAPITAL** | § | **Case No.  19-34054-sgj11** |
| **MANAGEMENT, L.P.,** | § | |
| | § | |
| | § | |
| **Debtor.** | § | |

## ORDER DENYING REQUEST FOR PROTECTIVE ORDER

On May 5, 2026, Hunter Mountain Investment Trust, Beacon Mountain LLC, Rand Advisors, LLC, Rand PE Fund I, LP, and Rand PE Fund Management, LLC filed their *Emergency Motion for Protective Order Concerning Deposition* (the "Motion for Protective Order") [Dkt. No. 4592]. Dugaboy Investment Trust ("Dugaboy") filed a response [Dkt. No. 4596], and the Court took the matter under advisement based on the pleadings.

The Motion for Protective Order seeks to clarify the Court's prior discovery order, which stated,

> All depositions taken by Dugaboy in connection with the Rule 60(b)
> Motion are limited in scope to Mark Patrick's authority to sign the
> Settlement Agreement & General Release [Dkt. No. 4217-1] on behalf

1

of HMIT, Beacon Mountain, Rand Advisors, Rand PE Fund, Rand Management, Atlas IDF, and Atlas GP and the restructuring of and transactions related to Charitable DAF Holdco, Ltd., Charitable DAF Fund, LP, Charitable DAF GP, LLC, CDH GP, Ltd., CDMCFAD, LLC, DFW Charitable Foundation, CLO Holdco, LLC.

Dkt. No. 4566. As the quoted language plainly states, there is no temporal limitation related to depositions Dugaboy takes in connection with its Rule 60(b) Motion, only subject matter limitations. It is, therefore,

ORDERED that the Motion for Protective Order is denied; it is further

ORDERED that Dugaboy may inquire about the above quoted subject matter at Mark Patrick's deposition without temporal restrictions; and it is finally

ORDERED that this Court retains jurisdiction to interpret and enforce the terms of this Order.

### End of Order ###