**KELLY HART PITRE**
Louis M. Phillips (#10505)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com
Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

**COUNSEL FOR THE HMIT ENTITIES**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Debtor. | **Re: Docket No. 4513** |

### HMIT ENTITIES' WITNESS AND EXHIBIT LIST REGARDING HEARING MOTION TO RECONSIDER THE 9019 ORDER [DKT. NO. 4513] SET FOR MONDAY, MAY 11, 2026 AT 9:00 A.M.

Hunter Mountain Investment Trust ("HMIT"), Beacon Mountain LLC ("Beacon Mountain"), Rand Advisors, LLC ("Rand Advisors"), Rand PE Fund I, LP ("Rand PE Fund"), Rand PE Fund Management, LLC ("Rand GP"), Atlas IDF, LP ("Atlas IDF"), and Atlas IDF GP, LLC ("Atlas GP" and together with HMIT, Beacon Mountain, Rand Advisors, Rand PE Fund,

---

[1]     Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

1

Rand GP, and Atlas IDF, the "HMIT Entities") hereby submit this Exhibit and Witness List (the

"Exhibit & Witness List") regarding the May 11, 2026 9:00 A.M. CST (the "Hearing") *Motion to*

*Reconsider the 9019 Order* [Dkt. No. 4513] (the "Rule 60(b) Motion").

**A. <u>Witnesses</u>**:

1. Any witness identified by or called by another party;

2. Any witness necessary for rebuttal; and

3. Any witness necessary to authenticate a document if such an objection is raised.

**B. <u>Exhibits</u>**:

| Number | Exhibit | Offered | Admitted |
|--------|---------|---------|----------|
| 1. | Any document entered or filed in the Bankruptcy Case, including exhibits thereto | | |
| 2. | All exhibits identified by or offered by any other party at the Hearing | | |

The HMIT Entities reserve the right to amend this *Exhibit and Witness List* before the Hearing to

identify additional witnesses or exhibits.

Respectfully Submitted:

**KELLY HART PITRE**

*/s/ Louis M. Phillips*_____
Louis M. Phillips (#10505)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com

Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com
***Counsel for the HMIT Entities***

### CERTIFICATE OF SERVICE

I, undersigned counsel, hereby certify that a copy of the forgoing was served on all parties receiving notice in this chapter 11 case through this Court's CM/ECF System on this May 8, 2026.

*/s/ Louis M. Phillips*_____
Louis M. Phillips (#10505)