**EXHIBIT 24**

**ADDITIONAL CONTRIBUTION FORM**

Rand PE Fund I, L.P.
c/o Administrator
[address to be provided upon request]

Dear Sir or Madam:

The undersigned hereby wishes to make an additional capital contribution ("**Additional Capital Contribution**") to Rand PE Fund I, L.P., a Delaware limited partnership (the "**Partnership**").   Subject to the discretion of the Partnership's general partner, Rand PE Fund Management, LLC, a Delaware limited liability company (the "**General Partner**"), to accept a lower amount, the minimum Additional Capital Contribution is $500,000.  The amount of the undersigned's Additional Capital Contribution to Series ___1___ is: $ _9,253,000._ .

The undersigned acknowledges and agrees that:  (i) the undersigned is making the Additional Capital Contribution on the terms and conditions contained in the Subscription Agreement, dated _12/21/15_, previously executed by the undersigned and accepted by the General Partner (the "**Subscription Agreement**"); (ii) the representations of the undersigned contained in the Subscription Agreement are true and correct in all material respects as of the date set forth below; (iii) the undersigned has complied in all material respects through the date set forth below with all covenants contained in the Subscription Agreement; and (iv) the information provided by the undersigned in the Prospective Investor Questionnaire submitted with the Subscription Agreement is true and correct as of the date set forth below.  **THE UNDERSIGNED AGREES TO NOTIFY THE PARTNERSHIP PROMPTLY SHOULD THERE BE ANY CHANGE IN ANY OF THE FOREGOING INFORMATION.**

**Dated:** _Dec 23, 2015_

**For Individuals:**

_____
Name of Investor (print or type)

_____
(Signature)

_____
Name of Joint Investor (print or type) (if applicable)

_____
(Joint Signature, if applicable)

**For Entities:**

_Atlas IDF, LP_
Name of Investor (print or type)

By: _____
(Signature)

Name: _John Honis_

Title: _Managing Member_
_of the General Partners_
(Name and Initials of IRA custodian, if applicable)

**FOR INTERNAL USE ONLY:**

$ _9,253,000.00_
Additional Capital Contribution Accepted

Accepted and Agreed, as of _Dec 23_, 20_15_:

**RAND PE FUND I, L.P.**
By:  Rand PE Fund Management, LLC, as its general partner
(acting severally in the name of and for the account of each individual Series)

By: _____
Name: John Honis
Title: Managing Member