**EXHIBIT 42**

FILED IN
BUSINESS COURT OF TEXAS
BEVERLY CRUMLEY, CLERK
ENTERED
9/18/2025



The Business Court of Texas,
1st Division

| | | |
|---|---|---|
| THE HIGHLAND DALLAS FOUNDATION, INC.; THE HIGHLAND KANSAS CITY FOUNDATION, INC.; and THE HIGHLAND SANTA BARBARA FOUNDATION, INC., *Plaintiffs* | § § § § § § § | |
| v. | § § | Cause No. 25-BC01B-0027 |
| MARK PATRICK and DFW CHARITABLE FOUNDATION; CDMCFAD, LLC; CHARITABLE DAF GP, LLC; and CDH GP, LTD., *Defendants* | § § § § § | |

## ORDER

Before the court are

1.      Defendants' July 14, 2025, Motion to Dismiss and Plea to the Jurisdiction;

2.      Plaintiffs' July 21, 2025, Response to Defendants' Motion to Dismiss and Plea to the Jurisdiction;

Copy from re:SearchTX

3. Defendants' July 25, 2025, Reply in Support of their Motion to Dismiss and Plea to the Jurisdiction;

4. Plaintiffs' July 30, 2025, Surreply to Defendants' Motion to Dismiss and Plea to the Jurisdiction;

5. Defendants' August 11, 2025, Supplemental Brief and Alternative Motion to Abate;

6. Plaintiffs' August 18, 2025, Response to Defendants' Supplemental Brief and Alternative Motion to Abate;

7. Defendants' August 21, 2025, Reply in Support of their Supplemental Brief and Alternative Motion to Abate; and

8. Plaintiffs' August 25, 2025, Sur-reply to Defendants' Supplemental Brief and Alternative Motion to Abate.

Having considered the pleadings, motions, party submissions, and oral arguments, the court makes the following findings and conclusions:

1. Plaintiffs have constitutional standing to assert their claims because they allege an injury to themselves. Additionally, the court has statutory jurisdiction under Texas Government Code § 25A.004(b). Therefore, Defendants' Motion to Dismiss and Plea to the Jurisdiction based on those premises is denied. These are not rulings on (i) the validity of plaintiffs'

Copy from re:SearchTX

causes of action; (ii) whether plaintiffs are proper parties to assert those causes of action; or (iii) whether all necessary parties are before the court.

2. The court does not at this time decide whether plaintiffs have the legal capacity to assert their causes of action because defendants have not filed a verified denial raising a lack of capacity defense. *See* TEX. R. CIV. P. 93(1).

3. Charitable DAF HoldCo, Ltd.'s joint official liquidators (JOLs) are necessary parties under Texas Rule of Civil Procedure 39(a), they are not parties to this case, and the court cannot provide complete relief in their absence. Accordingly, this case should be abated until when the JOLs become parties, voluntarily or involuntarily.

4. Any further filings must be made by leave of court.

So ORDERED.

_____
BILL WHITEHILL
Judge of the Texas Business Court,
First Division

SIGNED: September 18, 2025

-3-

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 105799881
Filing Code Description: No Fee Documents
Filing Description: Order
Status as of 9/18/2025 4:53 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Darren McCarty | 24007631 | darren@mccartylawpllc.com | 9/18/2025 4:45:45 PM | SENT |
| Brent M.Rubin | | brubin@ccsb.com | 9/18/2025 4:45:45 PM | SENT |
| Monica G.Gaudioso | | mgaudioso@ccsb.com | 9/18/2025 4:45:45 PM | SENT |
| Joshua D.Kipp | | jkipp@ccsb.com | 9/18/2025 4:45:45 PM | SENT |
| Jason E.Boatright | | JEBoatright@duanemorris.com | 9/18/2025 4:45:45 PM | SENT |
| Elizabeth Perez | | EPerez@duanemorris.com | 9/18/2025 4:45:45 PM | SENT |
| Craig M.Warner | | CMWarner@duanemorris.com | 9/18/2025 4:45:45 PM | SENT |
| Angie Barrera | | abarrera@ccsb.com | 9/18/2025 4:45:45 PM | SENT |
| Benjamin Warden | | BWarden@duanemorris.com | 9/18/2025 4:45:45 PM | SENT |
| Dylan JAnderson | | DJAnderson@duanemorris.com | 9/18/2025 4:45:45 PM | SENT |
| Brian P.Shaw | | bshaw@ccsb.com | 9/18/2025 4:45:45 PM | SENT |
| Andrea Reed | | areed@ccsb.com | 9/18/2025 4:45:45 PM | SENT |
| Judy Garrison | | jgarrison@ccsb.com | 9/18/2025 4:45:45 PM | SENT |
| Joseph MCox | | JMCox@duanemorris.com | 9/18/2025 4:45:45 PM | SENT |
| James Billingsley | | JBillingsley@duanemorris.com | 9/18/2025 4:45:45 PM | SENT |
| Business Court 1B | | BCDivision1B@txcourts.gov | 9/18/2025 4:45:45 PM | SENT |
| Rhonda LThomas | | rthomas@ccsb.com | 9/18/2025 4:45:45 PM | SENT |
| Emily Owen | | eowen@ccsb.com | 9/18/2025 4:45:45 PM | SENT |
| Sherry Stewart | | sstewart@ccsb.com | 9/18/2025 4:45:45 PM | SENT |

Copy from re:SearchTX