**EXHIBIT 45**

FILED IN
BUSINESS COURT OF TEXAS
BEVERLY CRUMLEY, CLERK
ENTERED
12/8/2025

| | | |
|---|---|---|
| ATLAS IDF, LP, | § | THE BUSINESS COURT OF |
| | § | TEXAS |
| | § | FIRST DIVISION |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Cause No. 25-BC01B-0004 |
| NEXPOINT REAL ESTATE | § | |
| PARTNERS, LLC f/k/a | § | |
| HCRE PARTNERS, LLC, and | § | |
| NANCY DONDERO, as | § | |
| Trustee of The Dugaboy | § | |
| Investment Trust, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## AGREED FINAL JUDGMENT

The Court considered the Traditional Motion for Summary Judgment (the "Motion").[1] filed by Plaintiff Atlas IDF, LP ("Atlas") on September 29, 2025, the response and reply, the admitted summary-judgment evidence, the pleadings in this case, and the agreement of the parties reflected by this Agreed Final Judgment.

The Court concludes that the Motion should be granted and the parties' agreement honored, such that Atlas is entitled to final judgment against Defendant NexPoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC ("NexPoint") as set forth below.

---

[1] All defined terms in the Motion are incorporated herein.

AGREED FINAL JUDGMENT – Page 1

Copy from re:SearchTX

Accordingly, the Court therefore RENDERS final judgment in favor of Atlas on its claims for breach (1) of the $2.3M Note, and (2) the $5M Note against NexPoint.

It is ORDERED, Adjudged, and Decreed that Atlas shall recover the following amounts from NexPoint:

1.    Damages on the $2.3M Note, calculated as follows: $4,583,477.85 in accrued but unpaid principal and interest due as of October 27, 2025; with pre-judgment interest on that amount at the rate of 8.00% annually, accruing at $967.71 per day beginning on October 27, 2025, until the day before the date of this Agreed Final Judgment;

2.    Damages on the $5M Note, calculated as follows: $9,955,549.91 in accrued but unpaid principal and interest due as of October 27, 2025; with pre-judgment interest on that amount at the rate of 8.00% annually, accruing at $2,105.25 per day beginning on October 27, 2025, until the day before the date of this Agreed Final Judgment;

3.    Atlas's reasonable and necessary pre-judgment attorneys' fees in the amount of $136,834.50;

AGREED FINAL JUDGMENT – Page 2

Copy from re:SearchTX

4.    Conditional post-judgment and appellate fees as follows:

a. $19,791.75 if NexPoint files an unsuccessful motion for new trial;

b. $118,750.50 if NexPoint files an unsuccessful appeal to the Court of Appeals;

c. $59,375.25 if NexPoint files an unsuccessful petition for review to the Supreme Court of Texas if a response to the petition for review is filed;

d. $118,750.50 if NexPoint files an unsuccessful petition for review to the Supreme Court of Texas if a brief on the merits is also filed; and

e. $79,167.00 if NexPoint files an unsuccessful appeal to the Supreme Court of Texas if the petition for review is granted and oral argument is presented;

5.    Costs of court; and

6.    Post-judgment interest on all amounts due under this Agreed Final Judgment at the contractual rate of 8.00% pursuant to Texas Finance Code § 304.002, beginning on the date this Agreed Final Judgment is rendered.

AGREED FINAL JUDGMENT – Page 3

Copy from re:SearchTX

It is ORDERED, Adjudged, and Decreed that NexPoint shall pay to Atlas the net proceeds due to NexPoint from the sale of any of its assets to satisfy this Agreed Final Judgment until paid in full.

It is ORDERED, Adjudged, and Decreed that Atlas shall have all writs of process and orders necessary to execute on and enforce this Agreed Final Judgment.

This Agreed Final Judgment finally disposes of all claims, all causes of action, and all parties before the Court in this case. To the extent not addressed herein or in a prior order of the Court, all other relief requested by the parties is denied. This final judgment is appealable.

NexPoint waives all rights to appeal this Agreed Final Judgment.

It is SO ORDERED.

_____
BILL WHITEHILL
Judge of the Texas Business Court,
First Division

SIGNED: December 8, 2025

AGREED FINAL JUDGMENT – Page 4

Copy from re:SearchTX

**AGREED AS TO FORM, ENTRY, AND AS A CONSENT/AGREED JUDGMENT:**

By: _____*/s/ Brian P. Shaw*_____
        Brian P. Shaw, counsel for
        Plaintiff Atlas IDF, LP


By: _____*/s/ Deborah Deitsch-Perez*_____
        Deborah Deitsch-Perez, counsel
        for Defendant NexPoint Real
        Estate Partners f/k/a HCRE
        Partners, LLC

AGREED FINAL JUDGMENT – Page 5

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 108824009
Filing Code Description: No Fee Documents
Filing Description: Agreed Final Judgment
Status as of 12/8/2025 10:48 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Deborah Deitsch-Perez | | deborah.deitschperez@stinson.com | 12/8/2025 10:43:10 AM | SENT |
| Deborah Deitsch-Perez | | deborah.deitschperez@stinson.com | 12/8/2025 10:43:10 AM | SENT |
| Jeff Prudhomme | | jeff.prudhomme@stinson.com | 12/8/2025 10:43:10 AM | SENT |
| Jeff Prudhomme | | jeff.prudhomme@stinson.com | 12/8/2025 10:43:10 AM | SENT |
| Monica E.Gaudioso | | mgaudioso@ccsb.com | 12/8/2025 10:43:10 AM | SENT |
| Brian P.Shaw | | bshaw@ccsb.com | 12/8/2025 10:43:10 AM | SENT |
| Andrea C.Reed | | areed@ccsb.com | 12/8/2025 10:43:10 AM | SENT |
| Business Court 1B | | BCDivision1B@txcourts.gov | 12/8/2025 10:43:10 AM | SENT |
| Team Email | | DAL.LSSTeam2@stinson.com | 12/8/2025 10:43:10 AM | SENT |
| Jacob Gaslin | | jacob.gaslin@stinson.com | 12/8/2025 10:43:10 AM | SENT |
| Rhonda LThomas | | rthomas@ccsb.com | 12/8/2025 10:43:10 AM | SENT |

Copy from re:SearchTX