**CDMCFAD, LLC**
**Discount for Lack of Marketability (DLOM) Analysis**                  **Valuation Date: March 25, 2025**

*DLOM Determination - Restricted Stock Studies Summary Statistics*

| Descriptive Statistics for Reported Mean and Median Discounts | Mean | Median |
|---|---|---|
| **All Studies** | | |
| Low | 8.7% | 9.0% |
| Median | 19.4% | 15.3% |
| **Mean** | **20.8%** | 19.8% |
| High | 35.6% | 45.0% |
| Standard Deviation | 8.2% | 9.4% |
| **All Studies Prior to Feb 1997** | | |
| Low | 8.7% | 12.2% |
| Median | 23.3% | 23.4% |
| Mean | 24.4% | 24.4% |
| High | 35.6% | 45.0% |
| Standard Deviation | 7.9% | 10.1% |
| **All Studies after 1997 and before 2008** | | |
| Low | 9.7% | 9.0% |
| Median | 15.5% | 14.8% |
| Mean | 15.5% | 15.2% |
| High | 21.5% | 26.7% |
| Standard Deviation | 5.2% | 7.0% |
| **All Studies Encompassing 1997** | | |
| Low | 9.0% | 11.0% |
| Median | 14.1% | 14.5% |
| Mean | 14.6% | 14.9% |
| High | 22.1% | 19.6% |
| Standard Deviation | 4.9% | 3.6% |
| **All Studies Encompassing 2008** | | |
| Low | 10.9% | 9.3% |
| Median | 13.8% | 11.8% |
| Mean | 13.8% | 11.8% |
| High | 16.6% | 14.3% |
| Standard Deviation | 4.0% | 3.5% |
| | | |
| **Indicated Discount for Lack of Marketability** | **20.8%** | |

| CDMCFAD, LLC | | | | Schedule C.3 | |
|---|---|---|---|---|---|
| **Discount for Lack of Marketability (DLOM) Analysis** | | | | **Valuation Date: March 25, 2025** | |

*DLOM Qualitative Scoring*

| Feature | Restricted Stock | Rating | Discount for Lack of Marketability (DLOM) Analysis | Rating | Advantage |
|---|---|---|---|---|---|
| Asset liquidity | Securities examined in marketability studies often are of smaller industrial operating companies, often with poor cash flows. | Fair | A majority of investments are in illiquid securities with poor cash flows. However, CLO HoldCo has approximately $91 million in net cash, representing approximately 34% of net asset value. | Strong | Better |
| Cash flow expectations | Restricted securities typically have a lower likelihood of paying dividends since they are associated with emerging companies. | Fair | Distributions are entirely dependent on manager discretion as to the timing and amount. Distributions are not required. However, regular distributions have been made over the last five years. | Good | Slightly better |
| Contingent liabilities | Moderate probability of contingent liabilities depending on type of company and size. Smaller companies can fall prey to securities litigation. | Fair | Higher probability of contingent liabilities. CLO HoldCo has been engaged in numerous litigation matters. | Weak | Slightly worse |
| Debt capacity | Company leverage is usually on the higher side, as they are typically in the emerging stage. | Weak | CLO HoldCo has a small amount of debt representing 15% of net asset value. | Good | Better |
| Redemption/ withdrawal | No redemption rights. | Poor | No redemption rights. | Poor | Equal |
| Transfer restrictions | Transfer restrictions are limited to securities laws, with holding periods of two years. Holding period was shortened to one year in 1997, but studies generally relate to two year holds. Once the restriction time period is complete, no restrictions on transfer exist. Markets are liquid for non-restricted shares. | Fair | Transfers must be approved by the managers. | Poor | Worse |
| Value of entity | Companies range in size, however, restricted securities are more commonly utilized by smaller companies in the development stage. Approximately 50 percent of the companies issuing restricted stock included in the Silber study had sales less than $40 million. | Fair | Members have extremely limited rights to the underlying net asset value. CLO HoldCo is expected to generate revenue well in excess of the expected distributions. | Good | Slightly better |
| Value of interest | Purchasers of restricted securities tend to be institutional or private investors that are active in the public markets. The analysis associated with these types of securities precludes small holders from purchasing. Size of interests tend to be moderate. | Fair | At the manager's discretion, members may be diluted through the issuance of additional membership interests to non-existing members. | Poor | Worse |

| CDMCFAD, LLC | | | | | | | Schedule C.4 |
|---|---|---|---|---|---|---|---|
| **Discount for Lack of Marketability (DLOM) Analysis** | | | | | | | **Valuation Date: March 25, 2025** |

*Calculation of Marketability Discounts*

| Feature | Net Advantage | Gross Adjustment | Importance | Weight | Adjustment | Scaling Adjustment | Final Adjustment |
|---|---|---|---|---|---|---|---|
| | | | | | | F = 1+E or | |
| | A (Schedules B) | B = F(A) | C | D = F(C) | E = B x D | 1/(1-E) | |
| **Marketability Factors** | | | | | | | |
| Asset liquidity | Better | -16% | High | 100% | -16% | 86% | -2.9% |
| Cash flow expectations | Slightly better | -8% | High | 100% | -8% | 92% | -1.4% |
| Contingent liabilities | Slightly worse | 8% | High | 100% | 8% | 108% | 1.4% |
| Debt capacity | Better | -16% | Low | 25% | -4% | 96% | -0.7% |
| Redemption/ withdrawal | Equal | 0% | High | 100% | 0% | 100% | 0.0% |
| Transfer restrictions | Worse | 16% | High | 100% | 16% | 116% | 2.8% |
| Value of entity | Slightly better | -8% | Medium | 50% | -4% | 96% | -0.8% |
| Value of interest | Worse | 16% | Low | 25% | 4% | 104% | 0.8% |
| **Net Scaling Adjustment** | G = Product (Fᵢ), i = 1 to n | | | | | 96% | -0.8% |

| **Marketability Discount** | | | | |
|---|---|---|---|---|
| Unadjusted discount | H (See Report) | | 20.8% | |
| Scaling adjustment | G (See above) | | 96% | |
| **Concluded Marketability Discount** | I = G x H | | | 20.0% |

| CDMCFAD, LLC | Schedule C.5 |
| --- | --- |
| **Discount for Lack of Marketability (DLOM) Analysis** | **Valuation Date: March 25, 2025** |

*DLOM Footnotes and Comments*

A)  Our comparison matrix ranks the features of the Subject Interest and the comparable interests on a scale from 1 to 5.

1 = Poor  2 = Weak  3 = Fair   4 = Good  5 = Excellent

We then subtract the Subject Interest feature score from the comparable feature score to determine the advantage.

0 = Equal  1 = Slightly Better   2 = Better        3 = Much Better    4 = Significantly Better
           -1 = Slightly Worse   -2 = Worse        -3 = Much Worse    -4 = Significantly Worse

B)  B is calculated as the weighted average standard deviation of the comparable investments in closed end funds multiplied by the Advantage Score.

C)  The importance of the feature is assessed.
1 = Low           2 = Medium        3 = High

D)  Weights are allocated as follows:
Low = 25%        Medium = 50%     High = 100%

E)  To compute the adjustment, B is multiplied by D.

F)  The scaling adjustment is computed as 1+E if E > 0 or 1/(1-E) if E < 0 for the particular feature.

G)  The net scaling adjustment for marketability factors is the product of all marketability features' scaling adjustments.

H)  This is the concluded baseline marketability discount determined for comparable investments.

I)  This is the baseline marketability discount multiplied by the scaling factor.

# EXHIBIT 94

CB-407515

# Certificate Of Incorporation

I, *JOY A. RANKINE* *Assistant Registrar of Companies of the Cayman Islands*
*DO HEREBY CERTIFY, pursuant to the Companies Act, that all requirements of the said*
*Act in respect of registration were complied with by*

**CDH GP, Ltd.**

*an Exempted Company incorporated in the Cayman Islands with Limited Liability with effect from the*
*27th day of February Two Thousand Twenty-Four*

*Given under my hand and Seal at George Town in the*
*Island of Grand Cayman this 27th day of February*
*Two Thousand Twenty-Four*

**Assistant Registrar of Companies,**
**Cayman Islands.**

Authorisation Code : 241009667437
www.verify.gov.ky
28 February 2024

| e e r |
|---|

1 Supervision Order in the Grand Court of the Cayman Islands FSD2025-0116 ( A )
2 Curriculum Vitae of Margot MacInnis
3 Certificate of Incorporation - Charitable DAF Holdco, Ltd
4 Charitable DAF HoldCo Articles of Association
5 Amended and Restated Memorandum and Articles of Association of Charitable DAF HoldCo, Ltd
6 Register of Members Charitable DAF Holdco Ltd
7 Resolutions of the Sole Director (100 mgmt shares)
8 Share Transfer (100 Mgmt Shares) from Grant ames Scott to Mark E. Patrick
9 Director Resolutions - Appointment of Paul Murphy
10 Director Report of Charitable DAF Holdco, Ltd
11 IRS Determination Letter to Highland Dallas Foundation
12 Share Transfer Form
13 Highland Dallas Foundation Share Transfer
14 IRS Determination Letter to Highland Kansas City Foundation
15 Highland Kansas City Foundation Share Transfer
16 IRS Determination Letter to Highland Santa Barbara Foundation
17 Highland Santa Barbara Foundation Share Transfer
18 IRS Determination Letter to CFNT
19 Share Transfer Form of CFNT
20 DFW Share Transfer
21 Director Resolutions (Share Issuance to DFW)
22 December 2023 Register of Directors of Charitable DAF Holdco Ltd
23 Highland Dallas Foundation SO Agreement
24 Highland Kansas City Foundation SO Agreement
25 Highland Santa Barbara Foundation SO Agreement
26 Highland Dallas Foundation Certificate of Formation
27 Highland Kansas City Foundation Certificate of Formation
28 Highland Santa Barbara Foundation Certificate of Formation
29 Highland Dallas Foundation By-Laws
30 Highland Kansas City Foundation By-Laws
31 Highland Santa Barbara Foundation By-Laws
32 Structure chart of the DAF Structure prior to the Relevant Transactions
33 Structure chart of the DAF Structure after to the Relevant Transactions
34 Certificate of Registration of Charitable DAF Fund LP
35 A R Exempted Limited Partnership Agreement of Charitable DAF Fund, LP
36 Second A R Exempted Limited Partnership Agreement of Charitable DAF Fund, LP
37 Charitable DAF GP LLC Managing Member Consent to Assignment to CDH GP Ltd
38 Section 10- Replacement of Charitable DAF GP LLC
39 Register of Members for CDH GP Ltd
40 CLO HoldCo, Ltd Register of Members as of 5.19.2021
41 CLO HoldCo, Ltd CORIS Report
42 CLO HoldCo, Ltd - Members Articles of Association
43 CLO HoldCo, Ltd Certificate of Incorporation
44 Director Resolutions to Transfer Fund from HoldCo to CDM for CDM Shares
45 Deed of Assignment Assumption to CDM
46 Director Resolutions - Redemption of CDM Shares
47 CDM Certificate of Formation
48 CDM LLC Agreement
49 Certificate of Incorporation of DFW Charitable Foundation
50 March 2025 ValueScope Valuation of Participation Shares of HoldCo
51 September 2024 ValueScope Valuation
52 Letter Agreement
53 CDM Redemption Agreement (Amendment 1)
54 CDM Redemption Agreement (Amendment 2)
55 CDM Manager Consent to Admission and Redemption
56 Expenses
57 09.13.2024 Director Resolutions re. M. Patrick Compensation
58 10.01.2024 - Director Resolutions re. M. Patrick Compensation
59 Statement of Claim
60 No Confidence Letter
61 Email from Mr Murphy to Mr Patrick
62 Email from Walkers to the Directors
63 Walkers Presentation - Participating Shareholder Rights Charitable DAF HoldCo Ltd
64 Emails ( ulie Diaz, Paul Murphy, Michael Stockham)
65 Charitable DAF Holdco Resolutions re Voluntary Liquidation
66 Walkers Letter re Charitable DAF Holdco in Voluntary Liquidation
67 Supervision Petition in the Grand Court of the Cayman Islands FSD 2025-0116 ( A )
68 Charitable DAF HoldCo - Gazette - Notice of Appointment OL
69 Charitable DAF HoldCo - Compass - Notice of First Meeting of Contributories
70 February 14, 2025 Seyfarth Letter
71 February 27, 2025 H K Letter
72 Seyfarth Letter to IRS
73 Director Resolutions - Assignment of Contracts to CDM

74 Sole Voting Shareholder Resolutions (Voluntary Liquidation)
75 March 2025 Emails (D. Mancion    D. Rosenberg)
76 April 2025 Emails (D. Mancion    D. Rosenberg)
77    E Petition
78 Companies Act
79 Winding Up Rules
80 Filed Resolutions re Change of Registered Office - Charitable DAF Holdco, Ltd
81 Various May    une 2025 Letters and Drafts of the Protocol
82 Injunction Application
83 Hr g Tr. 132:10-11, In re Highland Capital Management, L.P., No. 19-34054-sgj-11, Bankr. N.D. Tex. (Dallas Div.)  un. 8, 2021, ECF No. 2440
84 Charitable DAF Fund, LP Register of Members as of 5.19.2021
85 Supporting Organizations Texas Business Court TRO Petition
86 Paul Murphy 12.4.2024 Presentation Slides
87 12.18.2024 Carrington Coleman Email
88 Proposed Order (Rule 11 Agreement)
89 Final Rule 11 Agreement
90 Defendants MTD    Plea to the  urisdiction
91 Haynes    Boone Memo
92 Mark Patrick Employment Agreement
93 March 2025 ValueScope Valuation Membership Interests of CDM
94 Certificate of Incorporation - CDH GP, Ltd.