**EXHIBIT 75**

| Exhibit No. | Document |
|---|---|
| **Dugaboy Memo of Law in Support of Motion to Vacate – Exhibits – Dkt No. 4513** | |
| 1 | Order Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 363 Approving Settlement Between the Highland Entities and the HMIT Entities and Authorizing Actions Consistent Therewith, No. 19-34054-sgj11, Dkt. 4297 (Bankr. N.D. Tex. **June 30, 2025**) ("Rule 9019 Settlement Order") (pdf pages 70-74) |
| 2 | Transcript of Status and Scheduling Conference Hearing Held **December 6, 2019** at 23:2–15, Dkt. 207 (pdf pages 75-102) |
| 3 | Objection of The Dallas Foundation and Crown Global Life Insurance, Ltd. to the Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 363 Approving Settlement with the HMIT Entities and Authorizing Actions Consistent Therewith, Dkt 4231("Charities' Obj.") (dated **June 9, 2025**) (pdf pages 103-111) |
| 4 | DAF's original organizational chart ("DAF Org Chart") (undated) (pdf pages 112-113) |
| 5 | Rand Advisors, LLC Form ADV Part 2A (**March 17, 2025**) (pdf pages 114-144) |
| 6 | *Kirschner v. Dondero*, Adv. Proc. No. 21-03076-sgj (Bankr. N.D. Tex.), Dkt. 158 - Complaint (page 10 only) (dated **May 19, 2022**) (pdf pages 145-148) |
| 7 | Notice of Occurrence of Effective Date of Confirmed Plan of Reorganization, Dkt. 2700 (dated **August 11, 2021**) (pdf pages 149-153) |
| 8 | *Kirschner v. Dondero*, Adv. Proc. No. 21-03076-sgj (Bankr. N.D. Tex.), Dkt. 1 (dated **May 19, 2022**) (pdf pages 154-300) |
| 9 | Order Pursuant to Plan "**Gatekeeper Provision**" and Pre-Confirmation "Gatekeeper Orders": Denying Hunter Mountain Investment Trust's Emergency Motion for Leave to File Verified Adversary Proceeding, Dkt. 3904 (certain pages only) (dated **August 25, 2024**) (pdf pages 301-326) |
| 10 | Hunter Mountain Investment Trust's Emergency Motion for Leave to File Verified Adversary Proceeding ("Motion for Leave"), Dkt. 3699 (dated **March 28, 2024**) (pdf pages 327-364) |
| 11 | Order, *Hunter Mountain Inv. Trust v. Highland Cap. Mgmt., L.P.*, No. 3:23-cv-02071-E (N.D. Tex. **Mar. 21, 2025**), Dkt. 44 (pdf pages 365-370) |
| 12 | Complaint to (I) Compel Disclosures About the Assets of the Highland Claimant Trust and (II) Determine (A) Relative Value of Those Assets, and (B) Nature of Plaintiffs' Interests in the Claimant Trust, *The Dugaboy Investment Trust v. Highland Cap. Mgmt., L.P.*, No. 23-03038-sgj (Bankr. N.D. Tex. **May 10, 2023**), Dkt. 1 ("Valuation Litigation") [DUGABOY MISTAKENLY ATTACHED THE WRONG COMPLAINT—THE COMPLAINT ATTACHED IS KIRSCHNER V. DONDERO, OKADA, ET AL., DATED OCTOBER 15, 2021] (pdf pages 371-505)] |

| Exhibit No. | Document |
|---|---|
| 13 | Memorandum Opinion and Order Granting Motion to Dismiss Adversary Proceeding in Which Contingent Interest Holders in Chapter 11 Plan Trust Seek a Post-Confirmation Valuation of Trust Assets, Adv., Dkt. 27, No. 23-03038 (dated **May 24, 2024**) (pdf pages 506-542) |
| 14 | Notice of Appeal, *The Dugaboy Inv. Trust v. Highland Cap. Mgmt., L.P.*, No. 3:24-cv-01531-X  (N.D. Tex. **Aug. 29, 2025**), Dkt. 32 (pdf pages 543-548) [DUGABOY MISTAKENLY ATTACHED A DUPLICATE OF EXHIBIT 15 RATHER THAN THE NOTICE OF APPEAL] |
| 15 | *The Dugaboy Inv. Trust v. Highland Cap. Mgmt., L.P.*, No. 25-10999 (5th Cir. **October 1, 2025**), Dkt. 32 [USCA letter to Dugaboy's counsel] (pdf pages 549-554) |
| 16 | Motion for Leave to File a Delaware Complaint ("Delaware Motion for Leave"), Dkt. 4000 (dated **January 1, 2024**) (pdf pages 555-593) |
| 17 | Highland's Motion to Stay Contested Matter or for Alternative Relief, Dkt. 4013 (dated **January 14, 2024**) (pdf pages 594-602) |
| 18 | Order Extending Stay of Contested Matter, Dkt. 4104 (dated **July 8, 2024**) (pdf pages 603-607) [DUGABOY MISTAKENLY ATTACHED THE NOTICE OF APPEAL, NOT THE ORDER] |
| 19 | Organizational chart reflecting the DAF Restructuring (undated but filed on **July 21, 2025**) (pdf pages 608-609) |
| 20 | Email from Shawn Raver to Chris Rice (dated Feb. 20, 2025) (pdf pages 610-613) |
| 21 | Email from Chris Rice to Skyview Group (dated Mar. 12, 2025) (pdf pages 614-615) |
| 22 | Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 363 Approving Settlement with the HMIT Entities and Authorizing Actions Consistent Therewith ("9019 Motion"), Dkt. 4216 (dated **May 19, 2025**) (pdf pages 616-630) |
| 23 | Transcript of Hearing dated **June 25, 2025** ("9019 Hr'g Tr.") (certain pages only) (pdf pages 631-637) |
| 24 | Settlement Agreement & General Release, Dkt. 4217-1 (certain pages only) (dated **May 19, 2025**) (pdf pages 638-647) |
| 25 | Preliminary Objection of The Dugaboy Investment Trust to the Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 363 Approving Settlement with the HMIT Entities, Dkt. 4230 (dated **June 9, 2025**) (pdf pages 648-656) |

| Exhibit No. | Document |
|---|---|
| 26 | Notice of Hearing Held June 25, 2025 [**June 25, 2025**], Dkt. 4295 (pdf pages 657-658) |
| 27 | Stipulation Withdrawing Objection of the Dallas Foundation and Crown Global Life Insurance, Ltd. to Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 363 Approving Settlement with the HMIT Entities and Authorizing Actions Consistent Therewith, Dkt. 4291 (**June 27, 2025**) [DUGABOY MISTAKENLY ATTACHED THE JUNE 24, 2025 BINDING TERM SHEET BETWEEN HMIT AND THE DALLAS FOUNDATION RATHER THAN THE STIPULATION] (dated June 24, 2025) ("Withdrawal Stip.") (pdf pages 659-665) |
| 28 | Letter from Ken Paxton re: Request for a Stay; Dkt. 4308 (dated **July 9, 2025**) (pdf pages 666-668) |
| 29 | Notice of Appeal, Dkt. 4311; Ex. 30, The Dugaboy Investment Trust's Motion to Stay 9019 Order, Dkt. 4326 ("Dugaboy Motion to Stay") (**July 14, 2025**) |
| 30 | The Dugaboy Investment Trust's Motion to Stay 9019 Order, Dkt. 4326 (dated **July 17, 2025**) (pdf pages 679-775) |
| 31 | Memorandum Order and Opinion Regarding Stay Requests, Dkt. 4333 ("Stay Order") (dated **July 21, 2025**) (pdf pages 776-781) |
| 32 | Order 05-26-90042 (**December 29, 2025**) (pdf pages 782-789) |
| 33 | Order 05-26-90044 (**December 29, 2025**) (pdf pages 790-795) |
| 34 | Order 05-26-90045 (**December 29, 2025**) (pdf pages 796-801) |
| 35 | Stacey G. Jernigan, *Hedging Death*, White Bird Publications (**March 22, 2022**) (excerpt) (pdf pages 802-837) |
| 36 | Memorandum of Law in Support of Highland Capital Management Fund Advisors, L.P.'s Motion to Recuse at 16–17, *Highland Cap. Mgmt. L.P. v. Kirschner*, Adv. Proc. No. 21-03076, Dkt. 310 (Bankr. N.D. Tex. **Feb. 27, 2023**) ("Motion to Recuse") (excerpt) (pdf pages 838-842) |
| 37 | Movant's Supplemental Memorandum of Law in Support of Amended Renewed Motion to Recuse Pursuant to 28 U.S.C. § 455, No. 19-34054, Dkt. 3673 (Bankr. N.D. Tex. **Mar. 3, 2023**) (pdf pages 843-849) (excerpt) |
| 38 | Memorandum Opinion and Order Denying "Amended Renewed Motion to Recuse Pursuant to 28 U.S.C. § 455," No. 19-34054, Dkt. 3676 at 32–36 (Bankr. N.D. Tex. **Mar. 6, 2023**) (pdf pages 850-886) |

| Exhibit No. | Document |
|---|---|
| 39 | Order re: Writ of Mandamus at 3, No. 3:23-cv-00726-S, Dkt. 25 (N.D. Tex. **Mar. 8, 2024**) (pdf pages 887-893) |
| 40 | Original organizational chart for Hunter Mountain ("Hunter Mountain Org Chart") (pdf pages 894-914) |
| 41 | Order (I) Confirming the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified) and (II) Granting Related Relief, Dkt. 1943 ("Confirmation Order") (dated **February 22, 2021**) (pdf pages 915-946) |
| 42 | Notice of Appeal [ORDER EXTENDING STAY OF CONTESTED MATTER [DOCKET NO. 4000]], Dkt. 4111 (dated **July 8, 2024**) (pdf pages 947-951) |
| 43 | Voluntary Petition, Dkt. 3 (dated **October 16, 2019**) (pdf pages 952-968) |
| 44 | Motion of the Debtor for Approval of Settlement with the Official Committee of Unsecured Creditors Regarding Governance of the Debtor and Procedures for Operations in the Ordinary Course, Dkt. 281 (dated **December 27, 2019**) (pdf pages 969-987) |
| 45 | Motion to Compel Compliance with Bankruptcy Rule 2015.3, Dkt. 2256 (dated **April 29, 2021**) (pdf pages 988-997) |
| 46 | Order Denying Motion to Compel Compliance with Bankruptcy Rule 2015.3, Dkt. 2812 (dated **September 6, 2021**) (pdf pages 998-1000) |
| 47 | Deferred Variable Annuity Policy No. 30218 dated as of **December 10, 2015**, issued to Empower Dallas as Policyholder and Beneficiary (pdf pages 1001-1049) |
| 48 | Rand Fund 2024 Audit (dated **June 26, 2025**) (pdf pages 1050-1068) |
| 49 | Transcript of Deposition of Mark Patrick (**June 23, 2025**) (pdf pages 1069-1081) |
| 50 | Amended and Restated Limited Partnership Agreement of Atlas Fund as of **November 30, 2015** at § 3.01 (pdf pages 1082-1116) |
| 51 | Stacey G. Jernigan, *He Watches All My Paths*, SJ Novels (self-published) (**January 16, 2019**) (excerpt) (pdf pages 1117-1135) |
| 52 | Petition for Rehearing in the Supreme Court (dated **February 26, 2026**) (pdf pages 1136-1185) |

| Exhibit No. | Document |
|---|---|
| 53 | Stacey G. Jernigan, *Hedging Death*, White Bird Publications (**Mar. 22, 2022**) (full text) (pdf page 1186) |
| 54 | Stacey G. Jernigan, *He Watches All My Paths*, SJ Novels (self-published) (**Jan. 16, 2019**) (full text) (pdf page 1187) |
|  | pdf pages 1188 – 1195 are slip sheets only for Ex A - H |
| **Dkt 4521 – Dugaboy's Supplemental Exhibits** ||
| A | First Affidavit of Mark Eric Patrick Cayman proceedings (Marked Ex 47) (dated **June 4, 2025**) (pdf pages 1-9) |
| B | Writ of Summons Cayman proceedings (dated July 15, 2025) (pdf pages 10 -93) [a copy was attached as Exhibit A to Dugaboy's Motion for a Stay filed July 17, 2025; see Ex. 30 above)] |
| C | "Exhibit 125" Deposition Transcript of Torrey Littleton, (dated **June 22, 2025**) (pdf pages 94-194) |
| D | Chapter 15 Petition for Recognition of a Foreign Proceeding for Charitable DAF Holdco, Ltd. (dated **July 21, 2025**) (pdf pages 195– 198) |
| E | Winding Up Petition for Charitable DAF Holdco, Ltd. (dated **April 23, 2025**) (pdf pages 199-211) |
| F | "Exhibit 124" – Deposition Transcript of Julie Diaz (dated **June 22, 2025**) (pdf pages 212-314) |
| G (Part 1) | Declaration of Margo Macinnis in Support of Chapter 15 Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code (dated **July 21, 2025**) (pdf pages 1-46) |
| G – Exhibits Part 1 | "Exhibit 1" Supervision Order Cayman Island proceedings (dated May 6, 2025) (pdf pages 47-50)<br><br>"Exhibit 2" Margot MacInnis, Partner, Practice Leader – Cayman Islands Curriculum Vitae  (pdf pages 51-52)<br><br>"Exhibit 3" Certificate of Incorporation Charitable DAF HoldCo, Ltd (dated October 2011) (pdf pages 53-56)<br><br>"Exhibit 4" Charitable DAF Holdco, Ltd Memorandum and Articles of Association (dated October 27, 2011) (pdf pages 57-124) |

| Exhibit No. | Document |
|---|---|
| | "Exhibit 5" Charitable DAF Holdco, Ltd Amended and Restated Memorandum and Articles of Association (dated February 20, 2025) (pdf pages 125-162)<br><br>"Exhibit 6" Register of Members of Charitable DAF HoldCo, Ltd. (printed April 25, 2025) (pdf pages 163-167)<br><br>"Exhibit 7" Charitable DAF Holdco, Ltd Written Resolutions of the Sole Director of the Company (dated March 25, 2021) (pdf pages 168-170)<br><br>"Exhibit 8" Charitable DAF Holdco, Ltd. Share Transfer Form (dated March 24, 2021) (pdf pages 171-172)<br><br>"Exhibit 9" Written Resolutions of the Sole Director of Each Company (dated April 22, 2021) (pdf pages 173-176)<br><br>"Exhibit 10" Charitable DAF Holdco, Ltd., Director Details Mark Patrick, Paul Murphy (no date) (pdf pages 177-178)<br><br>"Exhibit 11" Internal Revenue Service letter to Highland Dallas Foundation Inc. (dated January 19, 2013) (pdf pages 179-181)<br><br>"Exhibit 12" Charitable DAF Holdco, Ltd Written Resolutions of the Sole Director of the Company (dated November 30, 2011) (pdf pages 182-183)<br><br>"Exhibit 13" Share Transfer Form Charitable DAF Holdco, Ltd. (dated November 30, 2011) (pdf pages 184-185)<br><br>"Exhibit 14" Internal Revenue Service letter to Highland Kansas City Foundation Inc. (dated March 21, 2013) (pdf pages 186-188)<br><br>"Exhibit 15" Share Transfer Form Charitable DAF Holdco, Ltd (dated November 30, 2011) (pdf pages 189-190)<br><br>"Exhibit 16" Internal Revenue Service letter to Highland Santa Barbara Foundation Inc. (dated February 12, 2013) (pdf pages 191-194)<br><br>"Exhibit 17" Share Transfer Form Charitable DAF Holdco, Ltd (dated November 30, 2011) (pdf pages 195-196)<br><br>"Exhibit 18" Internal Revenue Service letter to Community Foundation of Metropolitan Tarrant Count Inc. (dated May 19, 1994)<br>Internal Revenue Service letter to Community Foundation of North Texas (dated March 2, 2006) (pdf pages 197-199) |

| Exhibit No. | Document |
|---|---|
| | "Exhibit 19" Charitable DAF Holdco, Ltd Written Resolutions of the Sole Director of the Company (dated August 12, 2015) (pdf pages 200-203) |
| | "Exhibit 20" Letter from DFW Foundation to Charitable DAF Holdco, Ltd (dated February 7, 2025) (pdf pages 204-205) |
| | "Exhibit 21" Charitable DAF Holdco, Ltd Written Resolutions of the Board of Directors of the Company (dated February 7, 2025) (pdf pages 206-231) |
| | "Exhibit 22" Register of Directors for Charitable DAF Holdco, Ltd. (dated December 18, 2023) (pdf pages 232-233) |
| | "Exhibit 23" The Dallas Foundation Supporting Organization Operating Agreement (dated November 30, 2011) (pdf pages 234-242) |
| | "Exhibit 24" Highland Kansas City Foundation Agreement and Acknowledgment of Legal Relationship (dated November 30, 2011) (pdf pages 243-246) |
| | "Exhibit 25" Santa Barbara Foundation Supporting Organization Operating Agreement (dated November 30, 2011) (pdf pages 247-254) |
| | "Exhibit 26" Highland Dallas Foundation Certificate of Incorporation (dated November 22, 2011) (pdf pages 255-258) |
| | "Exhibit 27" Highland Kansas City Foundation, Inc. Certificate of Incorporation (dated November 23, 2011) (pdf pages 259-262) |
| | "Exhibit 28" Highland Santa Barbara Foundation, Inc., Certificate of Incorporation (dated November 22, 2011) (pdf pages 263-266) |
| | "Exhibit 29" Bylaws of Highland Dallas Foundation Inc. (undated) (pdf pages 267-282) |
| | "Exhibit 30" Highland Kansas City Foundation, Inc., Unanimous Written Consent of Directors in Lieu of Organizational Meeting and Bylaws (dated November 30, 2011) (pdf pages 283-302) |
| | "Exhibit 31" Bylaws of Highland Santa Barbara Foundation, Inc., (undated) (pdf pages 303-318) |
| | "Exhibit 32" Organizational Chart Titled "Before" (Undated) (pdf pages 319-320) |
| | "Exhibit 33" Organizational Chart Current-DAF Holdco (Undated) (pdf pages 321-322) |

| Exhibit No. | Document |
|---|---|
|  | "Exhibit 34" Certificate of Registration of Exempted limited partnership Charitable DAF Fund, LP (dated October 28, 2011) (pdf pages 323-324)<br><br>"Exhibit 35" Amended and Restated Exempted Limited Partnership Agreement of Charitable DAF Fund, LP (dated November 7, 2011) (pdf pages 325-346) |
| G | "Exhibit 36" Second Amended and Restated Exempted Limited Partnership Agreement of Charitable DAF Fund, LP (dated March 11, 2024) (pdf pages 1-20)<br><br>"Exhibit 37" Written Consent of the Managing Member of Charitable DAF GP, LLC (dated March 7, 2024) (pdf pages 21-24)<br><br>"Exhibit 38" Statement of Terms of Section 10 of the Exempted LP Act (As Amended) (dated March 7, 2024) (pdf pages 25-26)<br><br>"Exhibit 39" Register of Members for CDH GP, LTD (dated February 27, 2024) (pdf pages 27-31)<br><br>"Exhibit 40" Register of Member for CLO Holdco, Ltd. (date of incorporation December 13, 2010) (pdf pages 32-35)<br><br>"Exhibit 41" Grand Cayman Search Report for CLO HoldCo, Ltd. (dated December 13, 2010) (pdf pages 36-37)<br><br>"Exhibit 42" The Companies Law (as Amended) Company Limited by Shares Memorandum and Articles of Association of CLO Holdco, Ltd.(dated December 13, 2010) (pdf pages 38-96)<br><br>"Exhibit 43" Certificate of Incorporation of CLO Holdco, Ltd. (dated January 24, 2024) (pdf pages 97-98)<br><br>"Exhibit 44" Unanimous Written Resolutions of all of the Directors of the Company for Charitable DAF Holdco, Ltd. (dated December 18, 2024) (pdf pages 99-106)<br><br>"Exhibit 45" Deed of Assignment and Assumption between CDH GP, Ltd and Charitable DAF Holdco, Ltd and CDMCFAD, LLC (December 18, 2024) (pdf pages 107-113)<br><br>"Exhibit 46" Charitable DAF Holdco, Ltd. Written Resolutions (dated April 2, 2025) (pdf pages 114-117)<br><br>"Exhibit 47" CDMCFAD, LLC Delaware formation documents (December 12, 2024) (pdf pages 118-120) |

| Exhibit No. | Document |
|---|---|
| | "Exhibit 48" LLC Agreement of CDMCFAD, LLC (dated December 18, 2024) (pdf pages 121-149)<br><br>"Exhibit 49" DFW Charitable Foundation Delaware formation documents (December 9, 2024) (pdf pages 150-154)<br><br>"Exhibit 50" Charitable DAF Holdco, Ltd Valuation Analysis of Certain Participation Shares (dated March 25, 2025)  (pdf pages 155-230)<br><br>"Exhibit 51" Charitable DAF Holdco, Ltd. Valuation Analysis of 100 Participation Shares (dated September 30, 2024) (pdf pages 231-286)<br><br>"Exhibit 52" Letter Agreement re; Assignment of Undertakings (dated March 27, 2025) (pdf pages 287-292)<br><br>"Exhibit 53" Admission and Amendment No. 1 Agreement (March 27, 2025) (pdf pages 293-297)<br><br>"Exhibit 54" Redemption and Amendment No. 2 Agreement  (March 27, 2025) (pdf pages 298-302)<br><br>"Exhibit 55" Written Consent of the Manager of CDMCFAD, LLC (March 27, 2025) (pdf pages 303-306)<br><br>"Exhibit 56" Total Annual Expenses (undated) (pdf pages 307-308)<br><br>"Exhibit 57" Charitable DAF Holdco, Ltd. Written Resolutions of the Directors of the Company (September 13, 2024) (pdf pages 309-311)<br><br>"Exhibit 58" Charitable DAF Holdco, Ltd. Written Resolutions of the Directors of the Company (dated October 1, 2024) (pdf pages 312-320)<br><br>"Exhibit 59" Writ of Summons (dated July 15, 2025) (pdf pages 321-404)<br><br>"Exhibit 60" Letter from Highland Dallas Foundation, Highland Kansas City Foundation, Highland Santa Barbara Foundation to Paul Murphy, Director of Charitable DAF Holdings Corp. (dated November 11, 2024 ) (pdf pages 405-407)<br><br>"Exhibit 61" Email from Paul Murphy to Brandon R. Schaller, et al. (dated November 26, 2024) (pdf pages 408-414)<br><br>"Exhibit 62" Email from Barnaby Gowrie to Mark Patrick and Paul Murphy (dated November 27, 2024) (pdf pages 414-420)<br><br>"Exhibit 63" Participating Shareholder Rights Charitable DAF Holdco Ltd. |

| Exhibit No. | Document |
|---|---|
| | (undated) (pdf pages 421-441) |
| | "Exhibit 64" Email from Michael Stockham to Paul Murphy (dated February 7, 2025) (pdf pages 442-456) |
| | "Exhibit 65" Charitable DAF Holdco, Ltd. Written Resolutions (dated April 2, 2025) (pdf pages 457-459) |
| | "Exhibit 66" Letter from Charitable DAF Holdco's Cayman counsel to Johnstone Law (dated April 25, 2025) (pdf pages 460-462) |
| | "Exhibit 67" Petition for Court Supervision of a Voluntary Liquidation (May 2, 2025) (pdf pages 463-473) |
| | "Exhibit 68" Notice of Appointment of Official Liquidators (May 7, 2025) (pdf pages 474-475) |
| | "Exhibit 69" Publication Notice of Notice of First Meeting of Contributories (June 2, 2025) (pdf pages 476-477) |
| | "Exhibit 70" Letter from Douglas Mancino to Michael Stockham (dated February 14, 2025) (pdf pages 478-480) |
| | "Exhibit 71" Letter from Michael Stockham to Douglas Mancino (dated February 27, 2025) (pdf pages 481-482) |
| | "Exhibit 72" Letter from Douglas Mancino to TEGE Referrals Group, Internal Revenue Service (dated March 20, 2025) (pdf pages 483-501) |
| | "Exhibit 73" Charitable DAF Holdco Written Resolutions (dated April 2, 2025) (pdf pages 502-504) |
| | "Exhibit 74" Charitable DAF Holdco Written Resolutions (dated April 2, 2025) (pdf pages 505-50) |
| | "Exhibit 75" Email from David Rosenber to Douglas Mancino (dated March 18, 2025) (pdf pages 507-508) |
| | "Exhibit 76" Email from David Rosenber to Douglas Mancino (dated April 3, 2025) (pdf pages 509-511) |
| | "Exhibit 77" The H M Le Petitio (April 23, 2025) (pdf pages 512-524) |
| | "Exhibit 78" Cayman Islands Companies Act (January 28, 2025) (pdf pages 525- |

| Exhibit No. | Document |
|---|---|
| | 576) |
| | "Exhibit 79" Cayman Islands Companies Winding Up Rules) (January 12, 2023) (pdf pages 577-584) |
| | "Exhibit 80" Charitable DAF holdco Ltd, Written Resolutions of the Joint Official Liquidators of the Company (July 1, 2025) (pdf pages 585-586) |
| | "Exhibit 81" Letter from M Goodman to Johnstone Law (dated May 30, 2025) with several attachments (pdf pages 587-649) |
| | "Exhibit 82" Summons in Cayman proceedings (July 15, 2025) (pdf pages 650-666) |
| | "Exhibit 83" one page transcript excerpt from Patrick deposition transcript (undated) (pdf pages 667-668) |
| | "Exhibit 84" Register of Members for Charitable DAF Fund, LP (dated October 28, 2011) (pdf pages 669-670) |
| | "Exhibit 85" Plaintiffs Original Petition, Application for Temporary Restraining Order and Temporary Injunction, and Emergency Request for Appointment of Receiver (July 1, 2025) (pdf pages 671-708) |
| | "Exhibit 86" Presentation: Paul Murphy Independent Director Charitable DAF Holdco Ltd. (dated December 4, 2024) (pdf pages 709-718) |
| | "Exhibit 87" Email from David Corkern to Brandon R. Schaller (dated December 18, 2024) (pdf pages 719-721) |
| | "Exhibit 88" Temporary Restraining Order and Order Setting Hearing for Temporary Injunction (undated) (pdf pages 722-726) |
| | "Exhibit 89" Letter from Joesph M. Cox to Brian Shaw (dated July 11, 2025) (pdf pages 727-730) |
| | "Exhibit 90" Defendants' Motion to Dismiss and Please to the Jurisdiction (July 14, 2025) (pdf pages 731-777) |
| | "Exhibit 91" Memorandum from Haynes and Boone, Kenneth Bezozo to Mark Patrick (dated July 9, 2021) (pdf pages 778-783) |
| | "Exhibit 92" Executive Employment Agreement (dated March 24, 2021) (pdf pages 784-802) |

| Exhibit No. | Document |
| --- | --- |
|  | "Exhibit 93" Valuation Analysis of 100% Membership Interest in CDMCFAD, LLC (dated March 25, 2025) (pdf pages 803-877)<br><br>"Exhibit 94" CDH GP, Ltd Certificate of Incorporation (February 27, 2024) (pdf pages 878-881) |

| Exhibit No. | Document |
|---|---|
| H | Plaintiffs' Original Petition, Application for Temporary Restraining Order and Temporary Injunction, and Emergency Request for Appointment of Receiver (July 1, 2025) (pdf pages 1-38)<br><br>Exhibit 1-A DFW Charitable Foundation Formation Documents (dated December 9, /2024) (pdf pages 41-43)<br><br>Exhibit 1-B CDMCFAD, LLC Formation Documents (dated December 12, 2024) (pdf pages 44)<br><br>Exhibit 1-C CDH GP, Ltd. Formation Documents (dated February 10, 2025) (pdf pages 45-46)<br><br>Exhibit 2-A Nov. 7, 2011, Amended and Restated Exempted Limited Partnership Agreement (November 7, 2011) (pdf pages 47-67)<br><br>Exhibit 2-B Amended and Restated Memorandum and Articles of Association (dated Jan. 19, 2025) (pdf pages 68-97)<br><br>Exhibit 3 Sykes Affidavit Exhibit GS-I (April 27, 2025) (pdf pages 98-162)<br><br>Exhibit 4-A No Confidence Letter (dated Nov. 11, 2024) (pdf pages 163-164)<br><br>Exhibit 4-B Emails Julie Diaz, Mark Partick, Paul Murphy, and Michael Stockham (dated Jan. 23-Feb. 7, 2025) (pdf pages 165-178)<br><br>Exhibit 4-C Letters and Emails between David Rosenberg, Paul Murphy, Michael Stockham, and Douglas Mancino ( dated Feb 14-April 3, 2025) (pdf pages 179-183)<br><br>Exhibit 5 Hearing Transcript (Patrick Testimony) (dated June 25, 2025) (pdf pages 184-210)<br><br>Exhibit 6 Dondero Declaration (dated July 1, 2025) (pdf pages 211-222)<br><br>Exhibit 7 Diaz Declaration (dated July 1, 2025) (pdf pages 223-244)<br><br>Exhibit 8 Supervision Order (dated May 6, 2025) (pdf pages 245-248) |
| **Exhibits Filed Under Seal** | |
| I | Third Affidavit of Margo Macinnis filed in the Cayman Proceedings |

| Exhibit No. | Document |
|---|---|
| J | Exhibit MM-3 to Third Affidavit of Margo Macinnis filed in the Cayman Proceedings |