**EXHIBIT 76**

February 6, 2025

**Via Certified Mail Return Receipt Requested:**
Dolomiti, LLC
300 Crescent Ct, Ste 700
Dallas, TX 75201

RE: Notice of your Withdrawal from Rand PE Fund I, L.P.

To Whom It May Concern:

This letter serves as your notice that pursuant to Section 7.02(e) of the *Amended and Restated Limited Partnership Agreement of Rand PE Fund I, L.P.* dated November 30, 2015 ("**LPA**")[1] that you are required to withdraw the full value of your Capital Account ($0) on or before the fifth day after the date first set forth above. Attached as Exhibit A is the value of your Capital Account as of December 31, 2024, which reflects a negative number. 100% of your Capital Account is being redeemed. This determination has been made at the sole discretion of the General Partner, as provided by Section 7.02(i) of the LPA. Note also that, pursuant to Section 7.02(h) of the LPA, the General Partner is exercising its sole discretion to waive the minimum amounts and notice periods for your withdrawal.

Pursuant to Section 7.02(j) of the LPA, the withdrawal of the full value of your Capital Account excludes any remaining investments held in a Side Pocket Account. You are deemed to have withdrawn from the Partnership and this letter serves as your notice that you are no longer entitled to exercise voting rights afforded to Limited Partners under the LPA.

*[the remainder of this page is intentionally left blank]*

---

[1] Capitalized terms not otherwise defined in this letter shall have the meaning ascribed to them in the LPA.

Executed as of the date first written above.

**RAND PE FUND I, L.P., a Delaware "series" limited partnership**

_____

Rand PE Fund I, L.P.
By: Rand PE Fund Management, LLC, its general partner
By: Mark Patrick, its authorized representative

**Exhibit A**

Statement of Activity as of December 31, 2024

[See attached].

**Dolomiti, LLC**

**Statement of Activity**

**December 31, 2024**

*(unaudited)*

Dolomiti, LLC
300 Crescent Court, Suite 700
Dallas, TX 75201

| Activity Description: | Quarter-To-Date 10/01/2024 - 12/31/2024 | | Year-To-Date 01/01/2023 - 12/31/2024 | |
|---|---|---|---|---|
| **Beginning Balance** | $ | (288) | $ | 593 |
| **Capital Changes:** | | | | |
| Capital Contributions | $ | - | $ | - |
| Capital Distributions | | - | | - |
| **Net Change in Capital** | $ | - | $ | - |
| **Return on Investments:** | | | | |
| Net investment income/(loss) | $ | (293) | $ | (1,174) |
| Management fees | | - | | - |
| **Total Return on Investments:** | $ | (293) | $ | (1,174) |
| **Ending Balance** | $ | (581) | $ | (581) |
| **Gross Return** | | -101.61% | | -198.08% |
| **Net Return** | | -101.61% | | -198.13% |

*Note: Net Return figures are calculated inclusive of the management fees and other expenses for the respective period, and are determined using a time-weighted rate of return methodology in which monthly rates of return are geometrically linked.*

*Confidential - Do not copy or distribute. The information herein is being provided in confidence and may not be reproduced or further disseminated without the permission of Rand Advisors, LLC (the "Investment Manager"). The information contained in this document is subject to change without notice.*

*Past performance does not guarantee future results. Performance during time period shown is limited and does not reflect the performance in different economic and market cycles. There can be no assurance that similar performance will be experienced.*

Rand Advisors, LLC
2101 Cedar Springs Road Suite 1200
Dallas, TX 75201
Tel: (214) 550-4501

February 6, 2025

**Via Certified Mail Return Receipt Requested:**
Hakusan, LLC
2101 Cedar Springs Rd., Suite 1250
Dallas, TX 75201

RE: Notice of your Withdrawal from Rand PE Fund I, L.P.

To Whom It May Concern:

This letter serves as your notice that pursuant to Section 7.02(e) of the *Amended and Restated Limited Partnership Agreement of Rand PE Fund I, L.P.* dated November 30, 2015 ("**LPA**")[1] that you are required to withdraw the full value of your Capital Account ($0) on or before the fifth day after the date first set forth above. Attached as Exhibit A is the value of your Capital Account as of December 31, 2024, which reflects a negative number. 100% of your Capital Account is being redeemed. This determination has been made at the sole discretion of the General Partner, as provided by Section 7.02(i) of the LPA. Note also that, pursuant to Section 7.02(h) of the LPA, the General Partner is exercising its sole discretion to waive the minimum amounts and notice periods for your withdrawal.

Pursuant to Section 7.02(j) of the LPA, the withdrawal of the full value of your Capital Account excludes any remaining investments held in a Side Pocket Account. You are deemed to have withdrawn from the Partnership and this letter serves as your notice that you are no longer entitled to exercise voting rights afforded to Limited Partners under the LPA.

*[the remainder of this page is intentionally left blank]*

---

[1] Capitalized terms not otherwise defined in this letter shall have the meaning ascribed to them in the LPA.

Executed as of the date first written above.

**RAND PE FUND I, L.P., a Delaware "series" limited partnership**

Rand PE Fund I, L.P.
By: Rand PE Fund Management, LLC, its general partner
By: Mark Patrick, its authorized representative

**Exhibit A**

Statement of Activity as of December 31, 2024

[See attached].

**Hakusan, LLC**

**Statement of Activity**

**December 31, 2024**

*(unaudited)*

Hakusan, LLC
300 Crescent Court, Suite 700
Dallas, TX 75201

| Activity Description: | Quarter-To-Date 10/01/2024 - 12/31/2024 | | Year-To-Date 01/01/2023 - 12/31/2024 | |
|---|---|---|---|---|
| **Beginning Balance** | $ | (96) | $ | 198 |
| **Capital Changes:** | | | | |
| Capital Contributions | $ | - | $ | - |
| Capital Distributions | | - | | - |
| **Net Change in Capital** | $ | - | $ | - |
| **Return on Investments:** | | | | |
| Net investment income/(loss) | $ | (98) | $ | (394) |
| Management fees | | - | | |
| **Total Return on Investments:** | $ | (98) | $ | (394) |
| **Ending Balance** | $ | (194) | $ | (194) |
| **Gross Return** | | -101.95% | | -199.60% |
| **Net Return** | | -101.95% | | -199.48% |

*Note: Net Return figures are calculated inclusive of the management fees and other expenses for the respective period, and are determined using a time-weighted rate of return methodology in which monthly rates of return are geometrically linked.*

*Confidential - Do not copy or distribute. The information herein is being provided in confidence and may not be reproduced or further disseminated without the permission of Rand Advisors, LLC (the "Investment Manager"). The information contained in this document is subject to change without notice.*

*Past performance does not guarantee future results. Performance during time period shown is limited and does not reflect the performance in different economic and market cycles. There can be no assurance that similar performance will be experienced.*

Rand Advisors, LLC
2101 Cedar Springs Road Suite 1200
Dallas, TX 75201
Tel: (214) 550-4501