PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (admitted *pro hac vice*)
John A. Morris (admitted *pro hac vice*)
Gregory V. Demo (admitted *pro hac vice*)
Jordan A. Kroop (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Fax: (310) 201-0760

WILLKIE FARR & GALLAGHER LLP
Mark T. Stancil (admitted *pro hac vice*)
Joshua S. Levy (admitted *pro hac vice*)
1875 K Street, N.W.
Washington, D.C. 20006
(202) 303-1000
mstancil@willkie.com
jlevy@willkie.com

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expwy., Ste. 106
Dallas, TX 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) Case No. 19-34054-sgj11 |
| Reorganized Debtor. | ) |

**STIPULATION CONCERNING  THE DUGABOY INVESTMENT TRUST'S AGENT
FOR CERTAIN PURPOSES**

This stipulation (the "Stipulation") is made and entered into by and between Highland

Capital Management, L.P. ("HCMLP"), the reorganized debtor in the above-referenced

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The service address for Highland is 6333 E. Mockingbird Ln., Ste 147 #5045, Dallas, TX 75214.

bankruptcy case, and the Highland Claimant Trust (the "Claimant Trust," and together with HCMLP, "Highland"), on the one hand, and The Dugaboy Investment Trust ("Dugaboy", and together with Highland, the "Parties"), on the other hand, by and through their respective undersigned counsel.

### RECITALS

**WHEREAS**, since in or around 2015, Nancy Dondero ("Nancy") has served as the sole Trustee of Dugaboy;

**WHEREAS**, in her capacity as Dugaboy's Trustee, Nancy represents that, as of the commencement of each Relevant Litigation (as that term is defined below) and Dugaboy's Motion to Vacate, she appointed her brother, James Dondero ("Dondero"), to serve as Dugaboy's agent (the "Agent") for all purposes with respect to the prosecution of claims, defenses, objections, and all other matters concerning or relating to the Relevant Litigation and Dugaboy's Motion to Vacate;

**WHEREAS**, on April 16, 2025, a *Winding Up Petition* was filed in the Grand Court of the Cayman Islands, Financial Services Division, Cause No. FSD 201 of 2025 (all litigation and matters arising out of, emanating from, or relating to such Winding Up Petition, the "Winding Up Petition") in which they sought, among other things, (a) an order that Charitable DAF Holdco, Ltd. ("DAF Holdco") be wound up pursuant to the laws of the Cayman Islands, and (b) the appointment of Margot MacInnis and Sandipan Bhowmik to serve as the joint official liquidators of DAF Holdco (together, the "JOLs");

**WHEREAS**, on May 2, 2025, a *Petition for Court Supervision of a Voluntary Liquidation* was filed in the Cayman Proceeding (all litigation and matters arising out of, emanating from, or

relating to such Petition, the "Liquidation Proceeding," and together with the Winding Up Petition,
the "Cayman Proceeding");

WHEREAS, on May 19, 2025, Highland filed a *Motion for Entry of an Order Pursuant
to Bankruptcy Court Rule 9019 and 11 U.S.C. §363 Approving Settlement with the HMIT Entities
and Authorizing Actions Consistent Therewith* [Docket No. 4216] (all litigation and matters arising
out of, emanating from, or relating to such motion, the "9019 Motion");

WHEREAS, on June 30, 2025, the Bankruptcy Court entered an order granting the 9019
Motion [Docket No. 4297] (the "HMIT Settlement Order");

WHEREAS, on July 1, 2025, an *Original Petition, Application for Temporary Restraining
Order and Temporary Injunction, and Emergency Request for Appointment of Receiver* was filed
in the Texas Business Court, Case No. 25-BC01B—0027 (all litigation and matters arising out of,
emanating from, or relating to such *Original Petition*, the "Texas Business Litigation");

WHEREAS, on July 17, 2025, Dugaboy filed a *Motion to Stay 9019 Order* [Docket No.
4326] (all litigation and matters arising out of, emanating from, or relating to such , the "Motion
to Stay") in which Dugaboy sought a 90-day stay of the HMIT Settlement Order;

WHEREAS, on July 21, 2025, a *Verified Petition for (I) Recognition of Foreign Main
Proceeding, (II) Recognition of Foreign Representative and (III) Related Relief Under Chapter 15
of the Bankruptcy Code* [Docket No. 3] in case no. 25-11376-BLS was filed in the United States
Bankruptcy Court for the District of Delaware (the "Recognition Proceeding," and together with
the Cayman Proceeding, the 9019 Motion, the Texas Business Litigation and the Motion to Stay,
the "Relevant Litigation");

WHEREAS, on February 9, 2026, Dugaboy filed a *Memorandum of Law in Support of
The Dugaboy Investment Trust's Motion for Relief from Order and Motion to Vacate* [Docket No.

4513] ("Dugaboy's Motion to Vacate") in which Dugaboy seeks to set aside and/or vacate the HMIT Settlement Order;

**WHEREAS**, Highland sought to depose Nancy in her capacity as Dugaboy's Trustee in connection with Dugaboy's Motion to Vacate and/or call her to testify during the hearing to be held on May 11, 2026 in connection with such motion (the "Hearing");

**WHEREAS**, the parties have conferred and agreed to enter into this Stipulation in lieu of having Nancy testify in connection with Dugaboy's Motion to Vacate and as part of a broader agreement by which both sides reduced the number of depositions taken in this matter;

**NOW, THEREFORE**, it is hereby jointly stipulated and agreed as follows:

1.      The Dugaboy Investment Trust agrees and acknowledges as follows: Dugaboy previously designated Mr. Dondero as agent on Dugaboy's behalf for all purposes relating to the Relevant Litigation and Dugaboy's Motion to Vacate.

2.      In reliance on the foregoing, Highland agrees not to call Nancy to testify at deposition or trial in connection with Dugaboy's Motion to Vacate.

3.      The Parties agree that Highland may offer this Stipulation into evidence without objection during the hearing on Dugaboy's Motion to Vacate scheduled for May 11, 2026.

4.      This Stipulation may be executed in counterparts.  A facsimile, electronic copy, or photocopy of this Stipulation and the signatures hereto shall have the same effect and may be accepted with the same authority as if it were an original.

5.      The Parties agree that the Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Stipulation and any order related thereto.

**SO STIPULATED AND AGREED:**

Dated: May 10, 2026

4906-1005-4824.7 36027.003

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (admitted *pro hac vice*)
John A. Morris (admitted *pro hac vice*)
Gregory V. Demo (admitted *pro hac vice*)
Jordan A. Kroop (admitted *pro hac vice*)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Fax: (310) 201-0760
Email:    jpomerantz@pszjlaw.com
          jmorris@pszjlaw.com
          gdemo@pszjlaw.com
          jkroop@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expwy., Ste. 106
Dallas, TX 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*


**-and-**

**WILLKIE FARR & GALLAGHER LLP**

Mark T. Stancil (admitted *pro hac vice*)
Joshua S. Levy (admitted *pro hac vice*)
1875 K Street, N.W.
Washington, D.C. 20006
(202) 303-1000
mstancil@willkie.com
jlevy@willkie.com

**KING & SPALDING LLP**

/s/ Michael Gaddis
Geoffrey S. Harper
Texas Bar No. 00795408
gharper@kslaw.com
John Michael Gaddis
Texas Bar No. 24069747
mgaddis@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201
(214) 764-4600

Attorneys for The Dugaboy Investment Trust

**THE DUGABOY INVESTMENT TRUST**

/s/ [INSERT]
Nancy Dondero, Trustee

4906-1005-4824.7 36027.003                    7