# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:

HIGHLAND CAPITAL
MANAGEMENT L.P.

§
§   Case No.:  19-34054 (SGJ)
§
§
§
Debtor(s)   §

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1.  Name:  **Stolley**          **Martha**          **B.**
              *Last*                  *First*                  *MI*

2.  Firm Name:  **Morgan, Lewis & Bockius LLP**

3.  Address:  **101 Park Avenue**

    **New York, NY**

    **10178-0060**

4.  Phone:  **+1.212.309.6000**     FAX:  **+1.212.309.6001**

    Email:  **martha.stolley@morganlewis.com**

5.  Name used to sign *all* pleadings:  **Martha B. Stolley**

6.  Retained by:  **The Dugaboy Investment Trust**

7.  Admitted on  **in 1999**  and presently a member in good standing
    of the bar of the highest court of the state of **New York**
    and issued the bar license number of **2965374**  .

8.  Admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| see attachment | |
| | |
| | |

*Continued.*

9.  Are you presently a member in good standing of the bars of the courts listed above?

☒ Yes ☐ No

If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

☐ Yes ☒ No

If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

☐ Yes ☒ No

If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

| Date of Application | Case No. and Style |
|---|---|
| n/a | n/a |
| | |
| | |

13. Local counsel of record: __Geoff Harper__

14. Local counsel's address: __2601 Olive Street, Suite 2300__
__Dallas, TX 75201__

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒   I am an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐   I am not an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the  $100.00 filing fee on _____.


Martha B. Stolley
_____
Printed Name of Applicant

_May 7, 2026_
_____
Date


_____
Signature of Applicant

## COURT ADMISSIONS

## MARTHA B. STOLLEY

| Title of Court | Date of Admission |
| --- | --- |
| New York State Bar, Bar. No. 2965374 | 1999 |
| Supreme Court of the State of New York | 1999 |
| U.S. Dist. Court, Eastern District of New York | 11/02/2007 |
| U.S. Dist. Court, Southern District of New York | 11/02/2007 |
| U.S. Dist. Court, Western District of New York | 07/13/2011 |
| U.S. Court of Appeals, Second Circuit | 04/06/2012 |



*Appellate Division of the Supreme Court*

*of the State of New York*

*First Judicial Department*

———————

*I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## Martha Brockway Stolley

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 22, 1999**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of New York on May 7, 2026.*

*Clerk of the Court*

*CertID-00289323*



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
PRESIDING JUSTICE

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**DOUGLAS C. SULLIVAN**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

27 MADISON AVENUE    NEW YORK, NEW YORK 10010-2201
TEL.: (212) 340 0400    INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/