**FSD2025-0116** **Page 7 of 1306** **2025-08-19**

---

**INDEX TO EXHIBIT MM-2**
**TO SECOND AFFIDAVIT OF MARGOT MACINNIS**

---

| NO. | DESCRIPTION | DATE | PAGES |
|-----|-------------|------|-------|
| 1. | Company's sealed CWR Form 15 | 21 July 2025 | 1 |
| 2. | Letter from Campbells to Maples | 21 July 2025 | 2-7 |
| 3. | Email from Campbells to the Court | 21 July 2025 | 8-25 |
| 4. | Letter from Maples to Campbells | 23 July 2025 | 26-35 |
| 5. | Texas Proceedings – Amended Petition | 20 July 2025 | 36-88 |

**1549**

**CONFIDENTIAL**