BTXN 191 (rev. 12/24)

# AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST:<br><br>☐ AUDIO      ☒ TRANSCRIPT | 2. DATE OF ORDER:<br><br>5/12/26 | |
|---|---|---|

| 3. NAME:<br>Alexandria Hughes, US Trustee Program | 4. PHONE NUMBER:<br>202-531-6078 | 5. EMAIL ADDRESS:<br>alexandria.hughes@usdoj.gov |
|---|---|---|

| 6. MAILING ADDRESS:<br>1100 Commerce Way, Rm. 976 | 7. CITY:<br>**Dallas** | 8. STATE:<br>TX | 9. ZIP CODE:<br>75242 |
|---|---|---|---|

| 10. CASE NUMBER:<br>19-34054-SGJ-11 | 11. CASE NAME:<br>Highland Capital Managem | 12. JUDICIAL OFFICIAL:<br>Judge Brad W. Odell | 13. DATE OF PROCEEDING:<br>FROM: / / 05/11/2026 |
|---|---|---|---|

**14. ORDER:**

| | ORDINARY | 7 DAY EXPEDITED | DAILY | HOURLY |
|---|---|---|---|---|
| A. | ☐ | ☐ | ☐ | ☐ |

| | 14 DAY EXPEDITED | 3 DAY EXPEDITED |
|---|---|---|
| | ☐ | ☒ |

**15. AUDIO/TRANSCRIPT REQUESTED** Specify portion(s) and date(s) of proceeding(s): Motion for Relief from Order and Motion to Vacate; 5/11/2026

| PORTION(S) | |
|---|---|
| ☒ Entire Hearing    Motion for Relief from Order and Motion to Vacate | |
| ☐ Court Ruling | |
| ☐ Witness Testimony | |
| ☐ Other: (Specify) | |

| CERTIFICATION<br><br>By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber). | 16. SIGNATURE: *Alexandria Hughes*<br><br>17. DATE: 5/12/2026 |
|---|---|