BTXN 208 (rev. 07/09)

| IN RE: Highland Capital Management, L.P. | Motion to Reconsider | Case # 19–34054–sgj11 |
|---|---|---|

**DEBTOR**

## TYPE OF HEARING

| Dugaboy Investment Trust | *VS* | Highland Capital Management, L.P. |
|---|---|---|
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| John M. Gaddis | Zachery Annable |
|---|---|
| **ATTORNEY** | **ATTORNEY** |

## EXHIBITS

Dugaboy Exs. 1, 2, 5–19, 20–27, 35, 37–46, 48–51, 204–212,

Highland Exs. 1–41, 46–54, 59–68, 72–76,

Dugaboy Exs. 179, 191, and 197 admitted

78–79 admitted without objection

| Nicholas Noble | 5/11/2026 | Brad W. Odell |
|---|---|---|
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |