BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Highland Capital Management, L.P. | Motion to Reconsider | Case # 19–34054–sgj11 |
| DEBTOR | | |

**TYPE OF HEARING**

| | | |
|---|---|---|
| Dugaboy Investment Trust | *VS* | Highland Capital Management, L.P. |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| | |
|---|---|
| John M.Gaddis | Zachery Annable |
| **ATTORNEY** | **ATTORNEY** |

## **EXHIBITS**

| | |
|---|---|
| Dugaboy Ex. 242, slide 18 | Highland Ex. 58, 43, 44, 45 |
| Dugaboy Ex. 169 | |

| | | |
|---|---|---|
| Nicholas Noble | 5/12/2026 | Brad W. Odell |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |