BTXN 208 (rev. 07/09)

IN RE: Highland Capital Management, L.P.          Motion to Reconsider          Case # 19−34054−sgj11

DEBTOR

**TYPE OF HEARING**

Dugaboy Investment Trust                    *VS*          Highland Capital Management, L.P.

**PLAINTIFF / MOVANT**                                   **DEFENDANT / RESPONDENT**

John M. Gaddis                                          Zachery Annable

**ATTORNEY**                                            **ATTORNEY**

**EXHIBITS**

Dugaboy Ex. 242, slide 18                    Highland Exs. 43, 44, 45, 58

Dugaboy Ex. 169

Dugaboy Ex. 242, slide 19

Nicholas Noble                  5/12/2026              Brad W. Odell

REPORTED BY                     HEARING               JUDGE PRESIDING
                                DATE