BTXN 191 (rev. 12/24)

## AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST: ☐ AUDIO ☒ TRANSCRIPT | 2. DATE OF ORDER: 5/13/26 | |
|---|---|---|

| 3. NAME: **Kelly England** | 4. PHONE NUMBER: 214-764-4429 | 5. EMAIL ADDRESS: kengland@kslaw.com |
|---|---|---|

| 6. MAILING ADDRESS: 2601 Olive Street, Ste. 2300 | 7. CITY: **Dallas** | 8. STATE: TX | 9. ZIP CODE: 75201 |
|---|---|---|---|

| 10. CASE NUMBER: 3:19-bk-34054 | 11. CASE NAME: Highland Capital Management, L.P. | 12. JUDICIAL OFFICIAL: Judge Odell | 13. DATE OF PROCEEDING: FROM: 05/11/2026 |
|---|---|---|---|

14. ORDER:

| | ORDINARY | 7 DAY EXPEDITED | DAILY | HOURLY |
|---|---|---|---|---|
| A. | ☐ | ☐ | ☐ | ☒ |

| | 14 DAY EXPEDITED | 3 DAY EXPEDITED |
|---|---|---|
| | ☐ | ☐ |

15. AUDIO/TRANSCRIPT REQUESTED Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | |
|---|---|
| ☒ Entire Hearing | |
| ☐ Court Ruling | |
| ☐ Witness Testimony | |
| ☐ Other: (Specify) | |
| | |
| | |

| CERTIFICATION | 16. SIGNATURE: *Kelly England* |
|---|---|
| By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber). | 17. DATE: 5/13/26 |