BTXN 191 (rev. 12/24)

# AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST: ☐ AUDIO   ☐ TRANSCRIPT | 2. DATE OF ORDER: 5/13/2026 | |
|---|---|---|
| 3. NAME: Melanie Holmes | 4. PHONE NUMBER: 972-755-7105 | 5. EMAIL ADDRESS: mholmes@haywardfirm.com |
| 6. MAILING ADDRESS: 10501 N. Central Expy., Ste. 106 | 7. CITY: Dallas | 8. STATE: TX   9. ZIP CODE: 75231 |

| 10. CASE NUMBER: 19-34054 | 11. CASE NAME: Highland Capital Mgmt. | 12. JUDICIAL OFFICIAL: O'Dell | 13. DATE OF PROCEEDING: FROM: 05 / 11 / 2026 |
|---|---|---|---|

**14. ORDER:**

| | ORDINARY | 7 DAY EXPEDITED | DAILY | HOURLY |
|---|---|---|---|---|
| A. | ☐ | ☐ | ☐ | X |

| | 14 DAY EXPEDITED | 3 DAY EXPEDITED |
|---|---|---|
| | ☐ | ☐ |

**15. AUDIO/TRANSCRIPT REQUESTED** Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | |
|---|---|
| X  Entire Hearing | |
| Court Ruling | |
| Witness Testimony | |
| Other: (Specify) | |
| | |
| | |

| CERTIFICATION | 16. SIGNATURE: /s/ Melanie Holmes |
|---|---|
| By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber). | 17. DATE: 5/13/2026 |