BTXN 191 (rev. 12/24)

# AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST:<br>☐ AUDIO      ☐ TRANSCRIPT | 2. DATE OF ORDER:<br>5/13/2026 | |
|---|---|---|
| 3. NAME:<br>Melanie Holmes | 4. PHONE NUMBER:<br>972-755-7105 | 5. EMAIL ADDRESS:<br>mholmes@haywardfirm.com |
| 6. MAILING ADDRESS:<br>10501 N. Central Expy., Ste. 106 | 7. CITY:<br>Dallas | 8. STATE: TX   9. ZIP CODE: 75231 |

| 10. CASE NUMBER:<br>19-34054 | 11. CASE NAME:<br>Highland Capital Mgmt. | 12. JUDICIAL OFFICIAL:<br>O'Dell | 13. DATE OF PROCEEDING:<br>FROM:   05 / 12 / 2026 |
|---|---|---|---|

14. ORDER:

| | ORDINARY | 7 DAY EXPEDITED | DAILY | HOURLY |
|---|---|---|---|---|
| A. | ☐ | ☐ | ☐ | X |

| | 14 DAY EXPEDITED | 3 DAY EXPEDITED |
|---|---|---|
| | ☐ | ☐ |

15. AUDIO/TRANSCRIPT REQUESTED  Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | |
|---|---|
| X   Entire Hearing | |
| Court Ruling | |
| Witness Testimony | |
| Other: (Specify) | |

CERTIFICATION

By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber).

16. SIGNATURE:   /s/ Melanie Holmes

17. DATE:   5/13/2026