BTXN 191 (rev. 12/24)

# AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST:<br>☐ AUDIO ☒ TRANSCRIPT | 2. DATE OF ORDER:<br>05/13/2026 | |
|---|---|---|
| 3. NAME:<br>LOUIS M. PHILLIPS | 4. PHONE NUMBER:<br>225-381-9643 | 5. EMAIL ADDRESS:<br>louis.phillips@kellyhart.com |
| 6. MAILING ADDRESS:<br>301 MAIN STREET, SUITE1600 | 7. CITY:<br>BATON ROUGE | 8. STATE: LA   9. ZIP CODE: 70801 |

| 10. CASE NUMBER:<br>19-34054-sgj11 | 11. CASE NAME:<br>Highland Capital Management, L.P. | 12. JUDICIAL OFFICIAL:<br>O'DELL | 13. DATE OF PROCEEDING:<br>FROM: 05 / 11 / 2026 |
|---|---|---|---|

**14. ORDER:**

| | ORDINARY | 7 DAY EXPEDITED | DAILY | HOURLY |
|---|---|---|---|---|
| A. | ☐ | ☐ | ☐ | ☒ |

| | 14 DAY EXPEDITED | 3 DAY EXPEDITED |
|---|---|---|
| | ☐ | ☐ |

**15. AUDIO/TRANSCRIPT REQUESTED** Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | |
|---|---|
| ☒ Entire Hearing | |
| ☐ Court Ruling | |
| ☐ Witness Testimony | |
| ☐ Other: (Specify) | |

| CERTIFICATION | 16. SIGNATURE: /s/ Louis M. Phillips |
|---|---|
| By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber). | 17. DATE: 05/13/2026 |