BTXN 191 (rev. 12/24)

# AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST:<br>☐ AUDIO   ☒ TRANSCRIPT | 2. DATE OF ORDER:<br>05/13/2026 | |
|---|---|---|

| 3. NAME:<br>LOUIS M. PHILLIPS | 4. PHONE NUMBER:<br>225-381-9643 | 5. EMAIL ADDRESS:<br>louis.phillips@kellyhart.com |
|---|---|---|

| 6. MAILING ADDRESS:<br>301 MAIN STREET, SUITE1600 | 7. CITY:<br>BATON ROUGE | 8. STATE:<br>LA | 9. ZIP CODE:<br>70801 |
|---|---|---|---|

| 10. CASE NUMBER:<br>19-34054-sgj11 | 11. CASE NAME:<br>Highland Capital Management, L.P. | 12. JUDICIAL OFFICIAL:<br>O'DELL | 13. DATE OF PROCEEDING:<br>FROM: 05 / 12 / 2026 |
|---|---|---|---|

14. ORDER:

| | ORDINARY | 7 DAY EXPEDITED | DAILY | HOURLY |
|---|---|---|---|---|
| A. | ☐ | ☐ | ☐ | ☒ |

| 14 DAY EXPEDITED | 3 DAY EXPEDITED |
|---|---|
| ☐ | ☐ |

15. AUDIO/TRANSCRIPT REQUESTED  Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | |
|---|---|
| ☒ Entire Hearing | |
| ☐ Court Ruling | |
| ☐ Witness Testimony | |
| ☐ Other: (Specify) | |

**CERTIFICATION**

By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber).

16. SIGNATURE:  /s/ Louis M. Phillips

17. DATE: 05/13/2026