BTXN 191 (rev. 12/24)

## AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST: ☐ AUDIO  ☒ TRANSCRIPT | 2. DATE OF ORDER: 05/13/26 | |
|---|---|---|

| 3. NAME: Elizabeth Young | 4. PHONE NUMBER: 2147671247 | 5. EMAIL ADDRESS: elizabeth.a.young@usdoj.gov |
|---|---|---|

| 6. MAILING ADDRESS: 1100 Commerce St. Room 976 | 7. CITY: Dallas | 8. STATE: TX | 9. ZIP CODE: 75242 |
|---|---|---|---|

| 10. CASE NUMBER: 19-34054 | 11. CASE NAME: Highland Capital Managment, LLC | 12. JUDICIAL OFFICIAL: O'Dell | 13. DATE OF PROCEEDING: FROM: 05/12/2026 |
|---|---|---|---|

**14. ORDER:**

| | ORDINARY | 7 DAY EXPEDITED | DAILY | HOURLY |
|---|---|---|---|---|
| A. | ☐ | ☐ | ☐ | ☒ |

| | 14 DAY EXPEDITED | 3 DAY EXPEDITED |
|---|---|---|
| | ☐ | ☐ |

**15. AUDIO/TRANSCRIPT REQUESTED** Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | |
|---|---|
| ☒ Entire Hearing | |
| ☐ Court Ruling | |
| ☐ Witness Testimony | |
| ☐ Other: (Specify) | |

CERTIFICATION

By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber).

16. SIGNATURE:

17. DATE: