Geoffrey S. Harper
Texas Bar No. 00795408
gharper@kslaw.com
John Michael Gaddis
Texas Bar No. 24069747
mgaddis@kslaw.com
Sydney Rose
Texas Bar No. 24150011
srose@kslaw.com
KING & SPALDING LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
(214) 764-4600

*Counsel for The Dugaboy Investment Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case No. 19-34054 (SGJ) |
| Debtor. | |

**THE DUGABOY INVESTMENT TRUST'S AMENDED WITNESS LIST
FOR THE MAY 21, 2026 HEARING**

COMES NOW, The Dugaboy Investment Trust ("Dugaboy") and files this Amended Witness List for the May 21, 2026 Hearing in the Bankruptcy Case. Dugaboy may, in its sole discretion, call the following witness(es) to testify at the May 21, 2026 Hearing in the Bankruptcy Case.

| | WITNESS |
|---|---|
| 1 | Lucy Bannon |

1

| | **WITNESS** |
|---|---|
| 2 | Margot McInnis |
| 3 | Mark Patrick |
| 4 | James Dondero |

Dugaboy also reserves the right to call or cross-examine any witness called by any other party, to supplement and/or amend this Witness List, and to call additional witnesses as necessary to rebut testimony or evidence introduced at the hearing.


Dated:  May 15, 2026                                    Respectfully submitted,


                                                        /s/ Geoffrey S. Harper
                                                        Geoffrey S. Harper
                                                        Texas Bar No. 00795408
                                                        gharper@kslaw.com
                                                        John Michael Gaddis
                                                        Texas Bar No. 24069747
                                                        mgaddis@winston.com
                                                        Sydney Rose
                                                        Texas Bar No. 24150011
                                                        srose@kslaw.com
                                                        KING & SPALDING LLP
                                                        2601 Olive Street, Suite 2300
                                                        Dallas, TX 75201
                                                        (214) 764-4600

                                                        *Counsel for The Dugaboy Investment Trust*


2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 15, 2026, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

*/s/ Geoffrey S. Harper*
Geoffrey S. Harper