BTXN 191 (rev. 12/24)

# AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST: ☐ AUDIO  ☒ TRANSCRIPT | 2. DATE OF ORDER: 05/22/2026 | |
|---|---|---|
| 3. NAME: LOUIS PHILLIPS | 4. PHONE NUMBER: 225-381-9643 | 5. EMAIL ADDRESS: louis.phillips@kellyhart.com |
| 6. MAILING ADDRESS: 301 MAIN STREET, SUITE1600 | 7. CITY: BATON ROUGE | 8. STATE: LA   9. ZIP CODE: 70801 |

| 10. CASE NUMBER: 19-34054-sgj11 | 11. CASE NAME: Highland Capital Management, L.P. | 12. JUDICIAL OFFICIAL: ODELL | 13. DATE OF PROCEEDING: FROM: 05 / 21 / 2026 |
|---|---|---|---|

14. ORDER:

| | ORDINARY | 7 DAY EXPEDITED | DAILY | HOURLY |
|---|---|---|---|---|
| A. | ☐ | ☐ | ☐ | ☒ X |

| 14 DAY EXPEDITED | 3 DAY EXPEDITED |
|---|---|
| ☐ | ☐ |

15. AUDIO/TRANSCRIPT REQUESTED  Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | |
|---|---|
| ☒ X Entire Hearing | |
| ☐ Court Ruling | |
| ☐ Witness Testimony | |
| ☐ Other: (Specify) | |

| CERTIFICATION | 16. SIGNATURE: /s/ Louis M. Phillips |
|---|---|
| By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber). | 17. DATE: 05/22/2026 |