United States Bankruptcy Court

Northern District of Texas

In re:                                                                                                Case No. 19-34054-sgj

Highland Capital Management, L.P.                                                Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3                           User: admin                                              Page 1 of 26

Date Rcvd: May 20, 2026                     Form ID: pdf012                                         Total Noticed: 7

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##              Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Alan J. Kornfeld, Pachulski Stang Ziehl & Jones LLPL, 10100 Santa Monica Blvd., 13 Fl, Los Angeles, CA 90067-4003 |
| aty | | Elissa A. Wagner, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | Ira D Kharasch, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | James E. O'Neill, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Fl., Wilmington, DE 19801-3034 |
| aty | + | Jeffrey N. Pomerantz, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | Kenneth H. Brown, Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111-4554 |
| aty | + | Maxim B Litvak, Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111-4554 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Jeffrey N. Pomerantz, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003 |
| aty | ##+ | Jeffrey M. Dine, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026                          Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:**

**Name                                Email Address**

A. Lee Hogewood, III

District/off: 0539-3                          User: admin                                    Page 2 of 26

Date Rcvd: May 20, 2026                       Form ID: pdf012                              Total Noticed: 7

on behalf of Interested Party Highland/iBoxx Senior Loan ETF lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Merger Arbitrage Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party NexPoint Advisors  L.P. lee.hogewood@klgates.com,
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party NexPoint Capital  Inc. lee.hogewood@klgates.com,
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Total Return Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Funds I and its series lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Opportunistic Credit Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Defendant NexPoint Capital  Inc. lee.hogewood@klgates.com,
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Defendant NexPoint Strategic Opportunities Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Small-Cap Equity Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Global Allocation Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Fixed Income Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Income Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party NexPoint Real Estate Strategies Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Defendant NexPoint Advisors  L.P. lee.hogewood@klgates.com,
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party NexPoint Strategic Opportunities Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Defendant Highland Capital Management Fund Advisors  L.P. lee.hogewood@klgates.com,
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

District/off: 0539-3                                    User: admin                                    Page 3 of 26

Date Rcvd: May 20, 2026                                Form ID: pdf012                                Total Noticed: 7

A. Lee Hogewood, III

on behalf of Defendant Highland Income Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Socially Responsible Equity Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Funds II and its series lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. lee.hogewood@klgates.com,
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Healthcare Opportunities Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com

Alexandre J. Tschumi

on behalf of Interested Party Litigation Trustee of the Highland Capital Management  L.P. Litigation Sub-Trust
alextschumi@quinnemanuel.com

Ali Ohlinger

on behalf of Partner Dugaboy Investment Trust aohlinger@cwl.law

Alyssa Russell

on behalf of Creditor Committee Official Committee of Unsecured Creditors alyssa.russell@sidley.com
efilingnotice@sidley.com;alyssa-russell-3063@ecf.pacerpro.com

Amanda Rush

on behalf of Interested Party CCS Medical  Inc. asrush@jonesday.com

Amy K. Anderson

on behalf of Creditor Issuer Group aanderson@joneswalker.com
tfontenot@joneswalker.com;amy-anderson-9331@ecf.pacerpro.com

Amy Lynne Ruhland

on behalf of Creditor The Dugaboy Investment Trust amy.ruhland@pillsburylaw.com
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Creditor Get Good Trust amy.ruhland@pillsburylaw.com
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Cross Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO  AS TRUSTEE OF DUGABOY
INVESTMENT TRUST amy.ruhland@pillsburylaw.com,
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Defendant STRAND ADVISORS  INC amy.ruhland@pillsburylaw.com,
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC amy.ruhland@pillsburylaw.com
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III  AS TRUSTEE OF GET GOOD TRUST
amy.ruhland@pillsburylaw.com, docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Interested Party James Dondero amy.ruhland@pillsburylaw.com
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Creditor Strand Advisors  Inc. amy.ruhland@pillsburylaw.com,
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO  AS TRUSTEE OF DUGABOY
INVESTMENT TRUST amy.ruhland@pillsburylaw.com,
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Defendant James D. Dondero amy.ruhland@pillsburylaw.com

District/off: 0539-3
Date Rcvd: May 20, 2026

User: admin
Form ID: pdf012

Page 4 of 26
Total Noticed: 7

docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Andrea Louise Calhoun
on behalf of Defendant Alvarez & Marsal CRF Management  LLC acalhoun@gibsondunn.com,
pacer-tx@gibsondunn.com;andrea-calhoun-3381@ecf.pacerpro.com

Andrew Clubok
on behalf of Plaintiff UBS Securities LLC andrew-clubok-9012@ecf.pacerpro.com
dclitserv@lw.com,washington-dc-litigation-services-5378@ecf.pacerpro.com

Andrew Clubok
on behalf of Interested Party UBS Securities LLC andrew-clubok-9012@ecf.pacerpro.com
dclitserv@lw.com,washington-dc-litigation-services-5378@ecf.pacerpro.com

Andrew Clubok
on behalf of Interested Party UBS AG London Branch andrew-clubok-9012@ecf.pacerpro.com
dclitserv@lw.com,washington-dc-litigation-services-5378@ecf.pacerpro.com

Andrew Clubok
on behalf of Plaintiff UBS AG London Branch andrew-clubok-9012@ecf.pacerpro.com
dclitserv@lw.com,washington-dc-litigation-services-5378@ecf.pacerpro.com

Andrew K. York
on behalf of Defendant Patrick Hagaman Daugherty dyork@grayreed.com  slangley@grayreed.com

Andrew K. York
on behalf of Counter-Claimant Patrick Hagaman Daugherty dyork@grayreed.com  slangley@grayreed.com

Andrew K. York
on behalf of Creditor Patrick Daugherty dyork@grayreed.com  slangley@grayreed.com

Annmarie Antoniette Chiarello
on behalf of Creditor Acis Capital Management GP  LLC achiarello@winstead.com, poakley@winstead.com

Annmarie Antoniette Chiarello
on behalf of Creditor Acis Capital Management  L.P. achiarello@winstead.com, poakley@winstead.com

Artoush Varshosaz
on behalf of Interested Party Highland Global Allocation Fund artoush.varshosaz@klgates.com  allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party Highland Socially Responsible Equity Fund artoush.varshosaz@klgates.com
allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party NexPoint Strategic Opportunities Fund artoush.varshosaz@klgates.com  allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Defendant Highland Capital Management Fund Advisors  L.P. artoush.varshosaz@klgates.com,
allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party NexPoint Advisors  L.P. artoush.varshosaz@klgates.com, allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Defendant NexPoint Capital  Inc. artoush.varshosaz@klgates.com, allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party Highland Total Return Fund artoush.varshosaz@klgates.com  allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party Highland Merger Arbitrage Fund artoush.varshosaz@klgates.com  allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party Highland Fixed Income Fund artoush.varshosaz@klgates.com  allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. artoush.varshosaz@klgates.com,
allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party Highland Small-Cap Equity Fund artoush.varshosaz@klgates.com  allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party Highland Healthcare Opportunities Fund artoush.varshosaz@klgates.com
allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Defendant Highland Income Fund artoush.varshosaz@klgates.com  allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party NexPoint Real Estate Strategies Fund artoush.varshosaz@klgates.com  allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party Highland Funds II and its series artoush.varshosaz@klgates.com allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party NexPoint Capital  Inc. artoush.varshosaz@klgates.com, allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party Highland/iBoxx Senior Loan ETF artoush.varshosaz@klgates.com allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party Highland Funds I and its series artoush.varshosaz@klgates.com allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Defendant NexPoint Strategic Opportunities Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Defendant NexPoint Advisors  L.P. artoush.varshosaz@klgates.com, allison.stowe@klgates.com

Artoush Varshosaz
on behalf of Interested Party Highland Income Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com

Asif Attarwala
on behalf of Interested Party UBS Securities LLC asif.attarwala@lw.com

Asif Attarwala
on behalf of Interested Party UBS AG London Branch asif.attarwala@lw.com

Avery Joseph Welker
on behalf of Creditor The Dugaboy Investment Trust avery.welker@morganlewis.com

Avery Joseph Welker
on behalf of Partner Dugaboy Investment Trust avery.welker@morganlewis.com

Basil A. Umari
on behalf of Interested Party Meta-e Discovery  LLC basil@umarilaw.com, pelliott@dykema.com

Bennett Rawicki
on behalf of Defendant Alvarez & Marsal CRF Management  LLC brawicki@hilgerslaw.com

Bojan Guzina
on behalf of Creditor Committee Official Committee of Unsecured Creditors bguzina@sidley.com

Brant C. Martin
on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC brant.martin@wickphillips.com
samantha.tandy@wickphillips.com;CourtMail@wickphillips.com

Brent Ryan McIlwain
on behalf of Creditor Farallon Capital Management  LLC brent.mcilwain@hklaw.com,
robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
on behalf of Defendant Farallon Capital Management  L.L.C. brent.mcilwain@hklaw.com,
robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
on behalf of Other Professional Highland Claimant Trust brent.mcilwain@hklaw.com
robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
on behalf of Creditor Stonehill Capital Management LLC brent.mcilwain@hklaw.com
robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
on behalf of Creditor Muck Holdings LLC brent.mcilwain@hklaw.com  robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
on behalf of Creditor Jessup Holdings LLC brent.mcilwain@hklaw.com  robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
on behalf of Debtor Highland Capital Management  L.P. brent.mcilwain@hklaw.com,
robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
on behalf of Creditor James P. Seery  Jr. brent.mcilwain@hklaw.com, robert.jones@hklaw.com;brian.smith@hklaw.com

Brian D. Glueckstein
on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #2 gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Interested Party The Okada Insurance Rabbi Trust gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #1 gluecksteinb@sullcrom.com

Brian D. Glueckstein
>   on behalf of Interested Party Okada Family Foundation  Inc. gluecksteinb@sullcrom.com

Brian D. Glueckstein
>   on behalf of Interested Party Mark Okada gluecksteinb@sullcrom.com

Brian J. Smith
>   on behalf of Defendant Farallon Capital Management  L.L.C. brian.smith@hklaw.com,
>   robert.jones@hklaw.com;brent.mcilwain@hklaw.com

Bryan C. Assink
>   on behalf of Defendant James D. Dondero bryan.assink@bondsellis.com  linda.gordon@bondsellis.com

Bryan C. Assink
>   on behalf of Plaintiff James Dondero bryan.assink@bondsellis.com  linda.gordon@bondsellis.com

Bryan C. Assink
>   on behalf of Creditor The Dugaboy Investment Trust bryan.assink@bondsellis.com  linda.gordon@bondsellis.com

Candice Marie Carson
>   on behalf of Plaintiff UBS AG London Branch candice.carson@vkhh.com
>   candice.carson@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;jordan.griffin@v
>   hh.law;jordan.griffin@ecf.courtdrive.com

Candice Marie Carson
>   on behalf of Plaintiff UBS Securities LLC candice.carson@vkhh.com
>   candice.carson@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;jordan.griffin@v
>   hh.law;jordan.griffin@ecf.courtdrive.com

Candice Marie Carson
>   on behalf of Interested Party UBS AG London Branch candice.carson@vkhh.com
>   candice.carson@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;jordan.griffin@v
>   hh.law;jordan.griffin@ecf.courtdrive.com

Candice Marie Carson
>   on behalf of Interested Party UBS Securities LLC candice.carson@vkhh.com
>   candice.carson@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;jordan.griffin@v
>   hh.law;jordan.griffin@ecf.courtdrive.com

Chad D. Timmons
>   on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com

Charles Martin Persons, Jr.
>   on behalf of Creditor Committee Official Committee of Unsecured Creditors CharlesPersons@paulhastings.com
>   michaelmagzamen@paulhastings.com;davidmohamed@paulhastings.com;matlaskowski@paulhastings.com

Charles W. Gameros, Jr.
>   on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC bgameros@legaltexas.com
>   lmilam@legaltexas.com;jrauch@legaltexas.com

Charles W. Gameros, Jr.
>   on behalf of Creditor HCRE Partners  LLC (n/k/a NexPoint Real Estate Partners, LLC) bgameros@legaltexas.com,
>   lmilam@legaltexas.com;jrauch@legaltexas.com

Christopher Harayda
>   on behalf of Interested Party NexPoint Advisors  L.P. cj.harayda@stinson.com, mpl.lssteam5@stinson.com

Christopher Harayda
>   on behalf of Interested Party NexPoint Asset Management  L.P. cj.harayda@stinson.com, mpl.lssteam5@stinson.com

Christopher Andrew Bailey
>   on behalf of Creditor Jessup Holdings LLC Christopher.Bailey@hklaw.com
>   hapi@hklaw.com;trip.nix@hklaw.com;julia.warren@hklaw.com

Christopher Andrew Bailey
>   on behalf of Creditor Farallon Capital Management  LLC Christopher.Bailey@hklaw.com,
>   hapi@hklaw.com;trip.nix@hklaw.com;julia.warren@hklaw.com

Christopher Andrew Bailey
>   on behalf of Creditor Stonehill Capital Management LLC Christopher.Bailey@hklaw.com
>   hapi@hklaw.com;trip.nix@hklaw.com;julia.warren@hklaw.com

Christopher Andrew Bailey
>   on behalf of Creditor Muck Holdings LLC Christopher.Bailey@hklaw.com
>   hapi@hklaw.com;trip.nix@hklaw.com;julia.warren@hklaw.com

Christopher J. Akin
>   on behalf of Defendant Isaac Leventon cakin@lynnllp.com  vkropp@lynnllp.com;enavarro@lynnllp.com

Christopher J. Akin
>   on behalf of Defendant Scott Ellington cakin@lynnllp.com  vkropp@lynnllp.com;enavarro@lynnllp.com

Clay Marshall Taylor

District/off: 0539-3                                    User: admin                                    Page 7 of 26

Date Rcvd: May 20, 2026                                Form ID: pdf012                                Total Noticed: 7

on behalf of Plaintiff James Dondero ctaylor@spencerfane.com

Clay Marshall Taylor

on behalf of Interested Party James Dondero ctaylor@spencerfane.com

Cortney C. Thomas

on behalf of Interested Party Okada Family Foundation  Inc. cort@brownfoxlaw.com, korourke@brownfoxlaw.com

Cortney C. Thomas

on behalf of Interested Party Mark Okada cort@brownfoxlaw.com  korourke@brownfoxlaw.com

Cortney C. Thomas

on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #1 cort@brownfoxlaw.com
korourke@brownfoxlaw.com

Cortney C. Thomas

on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #2 cort@brownfoxlaw.com
korourke@brownfoxlaw.com

Cortney C. Thomas

on behalf of Interested Party The Okada Insurance Rabbi Trust cort@brownfoxlaw.com  korourke@brownfoxlaw.com

Daniel P. Winikka

on behalf of Interested Party Jack Yang dan@danwinlaw.com  dan@danwinlaw.com

Daniel P. Winikka

on behalf of Interested Party Brad Borud dan@danwinlaw.com  dan@danwinlaw.com

David G. Adams

on behalf of Creditor United States (IRS) david.g.adams@usdoj.gov
southwestern.taxcivil@usdoj.gov;david.adams4@usdoj.gov;brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

David Grant Crooks

on behalf of Creditor Committee Official Committee of Unsecured Creditors dcrooks@foxrothschild.com
etaylor@foxrothschild.com,rdietz@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

David Grant Crooks

on behalf of Creditor PensionDanmark Pensionsforsikringsaktieselskab dcrooks@foxrothschild.com
etaylor@foxrothschild.com,rdietz@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

David Grant Crooks

on behalf of Debtor Highland Capital Management  L.P. dcrooks@foxrothschild.com,
etaylor@foxrothschild.com,rdietz@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

David L. Curry, Jr.

on behalf of Interested Party The Dallas Foundation dcurry@okinadams.com
nhollon@okinadams.com;sgonzales@okinadams.com

David L. Curry, Jr.

on behalf of Interested Party Crown Global Life Insurance  Ltd dcurry@okinadams.com,
nhollon@okinadams.com;sgonzales@okinadams.com

Davor Rukavina

on behalf of Interested Party NexPoint Real Estate Strategies Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Merger Arbitrage Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party NexPoint Capital  Inc. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. drukavina@munsch.com,
Courtmail@munsch.com

Davor Rukavina

on behalf of Defendant Highland Income Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Defendant Highland Capital Management Fund Advisors  L.P. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Opportunistic Credit Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Funds II and its series drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Socially Responsible Equity Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Total Return Fund drukavina@munsch.com  Courtmail@munsch.com

District/off: 0539-3 User: admin Page 8 of 26

Date Rcvd: May 20, 2026 Form ID: pdf012 Total Noticed: 7

Davor Rukavina

on behalf of Interested Party Highland Healthcare Opportunities Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Global Allocation Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Funds I and its series drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party NexPoint Strategic Opportunities Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina

on behalf of Defendant NexPoint Strategic Opportunities Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Small-Cap Equity Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party NexPoint Advisors  L.P. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina

on behalf of Defendant NexPoint Capital  Inc. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Fixed Income Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Income Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland/iBoxx Senior Loan ETF drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina

on behalf of Defendant NexPoint Advisors  L.P. drukavina@munsch.com, Courtmail@munsch.com

Deborah Rose Deitsch-Perez

on behalf of Interested Party NexPoint Advisors  L.P. deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant James D. Dondero deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Partner Dugaboy Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant NexPoint Advisors  L.P. deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant Highland Capital Management Services  Inc. deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Creditor The Dugaboy Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Interested Party James Dondero deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO  AS TRUSTEE OF DUGABOY
INVESTMENT TRUST deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Witness Nancy Dondero deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Plaintiff Hunter Mountain Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant STRAND ADVISORS  INC deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III  AS TRUSTEE OF GET GOOD TRUST

District/off: 0539-3                                   User: admin                                          Page 9 of 26

Date Rcvd: May 20, 2026                            Form ID: pdf012                                  Total Noticed: 7

deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant James Dondero deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant The Dugaboy Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant Scott Ellington deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant Nancy Dondero deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant Highland Capital Management Fund Advisors  L.P. deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant HCRE Partners  LLC (n/k/a NexPoint Real Estate Partners, LLC) deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant Isaac Leventon deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Creditor Hunter Mountain Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Interested Party Highland CLO Management Ltd deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Plaintiff Dugaboy Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Debra A Dandeneau

on behalf of Defendant Isaac Leventon debra.dandeneau@bakermckenzie.com  blaire.cahn@bakermckenzie.com

Debra A Dandeneau

on behalf of Creditor Scott Ellington  Thomas Surgent, Frank Waterhouse, Isaac Leventon debra.dandeneau@bakermckenzie.com,
blaire.cahn@bakermckenzie.com

Debra A Dandeneau

on behalf of Defendant Scott Ellington debra.dandeneau@bakermckenzie.com  blaire.cahn@bakermckenzie.com

Debra A Dandeneau

on behalf of Interested Party CPCM  LLC debra.dandeneau@bakermckenzie.com, blaire.cahn@bakermckenzie.com

Dennis M. Twomey

on behalf of Creditor Committee Official Committee of Unsecured Creditors dtwomey@sidley.com

Donna K. Webb

on behalf of Creditor Pension Benefit Guaranty Corporation donna.webb@usdoj.gov
brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov

Douglas J. Schneller

on behalf of Creditor Contrarian Funds LLC douglas.schneller@rimonlaw.com

Douglas S. Draper

on behalf of Creditor Get Better Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor Dana Scott Breault ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor SLHC Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor The Dugaboy Investment Trust ddraper@lawla.com

District/off: 0539-3         User: admin         Page 10 of 26

Date Rcvd: May 20, 2026         Form ID: pdf012         Total Noticed: 7

dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor Dolomiti LLC ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor Get Good Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor The Get Good Non Exempt Trust No 2 ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor Canis Minor Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor Get Good Non Exempt Trust No 1 ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor The Dondero Insurance Rabbi Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Defendant The Dugaboy Investment Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Defendant The Get Good Nonexempt Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Drake M. Rayshell

on behalf of Creditor Patrick Daugherty drayshell@grayreed.com  mmoreno@grayreed.com

Edmon L. Morton

on behalf of Creditor Committee Official Committee of Unsecured Creditors emorton@ycst.com

Edward J. Leen

on behalf of Creditor Jessup Holdings LLC eleen@mkbllp.com

Edward J. McNeilly

on behalf of Interested Party John S. Dubel edward.mcneilly@hoganlovells.com

Edward J. McNeilly

on behalf of Interested Party Hon.Russell F. Nelms (Ret.) edward.mcneilly@hoganlovells.com

Edwin Paul Keiffer

on behalf of Defendant Hunter Mountain Investment Trust pkeiffer@romclaw.com
bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer

on behalf of Creditor Atlas IDF  LP pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer

on behalf of Creditor Rand PE Fund I  LP pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer

on behalf of Creditor John Honis pkeiffer@romclaw.com  bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer

on behalf of Creditor Beacon Mountain  LLC pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer

on behalf of Creditor Atlas IDF  GP, LLC pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer

on behalf of Creditor Rand PE Fund Management  LLC pkeiffer@romclaw.com,
bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer

on behalf of Creditor Hunter Mountain Investment Trust pkeiffer@romclaw.com
bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer

on behalf of Interested Party Hunter Mountain Trust pkeiffer@romclaw.com  bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer

on behalf of Creditor Rand Advisors  LLC pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Elizabeth Weller

on behalf of Creditor Coleman County TAD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Weller

on behalf of Creditor Grayson County Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Weller

on behalf of Creditor Dallas County Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Weller

on behalf of Creditor Rockwall CAD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Weller

on behalf of Creditor Allen ISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Weller

on behalf of Creditor Irving ISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Weller

on behalf of Creditor Tarrant County Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Weller

on behalf of Creditor Upshur County Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Weller

on behalf of Creditor Kaufman County Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Weller

on behalf of Creditor Fannin CAD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Eric A. Soderlund

on behalf of Interested Party Former Employees eric.soderlund@rsbfirm.com

Eric A. Soderlund

on behalf of Creditor Scott Ellington Thomas Surgent, Frank Waterhouse, Isaac Leventon eric.soderlund@rsbfirm.com

Eric A. Soderlund

on behalf of Creditor Frank Waterhouse Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent eric.soderlund@rsbfirm.com

Eric A. Soderlund

on behalf of Interested Party CPCM LLC eric.soderlund@rsbfirm.com

Eric Thomas Haitz

on behalf of Defendant Alvarez & Marsal CRF Management LLC eric.haitz@bondsellis.com, linda.gordon@bondsellis.com

Erin Marie Schmidt

on behalf of U.S. Trustee United States Trustee ustpregion06.da.ecf@usdoj.gov erin.schmidt2@usdoj.gov

Frances Anne Smith

on behalf of Interested Party Former Employees frances.smith@offitkurman.com michael.coulombe@offitkurman.com

Frances Anne Smith

on behalf of Creditor Scott Ellington Thomas Surgent, Frank Waterhouse, Isaac Leventon frances.smith@offitkurman.com, michael.coulombe@offitkurman.com

Frances Anne Smith

on behalf of Interested Party CPCM LLC frances.smith@offitkurman.com, michael.coulombe@offitkurman.com

Frances Anne Smith

on behalf of Plaintiff Scott Byron Ellington frances.smith@offitkurman.com michael.coulombe@offitkurman.com

Frances Anne Smith

on behalf of Creditor Frank Waterhouse frances.smith@offitkurman.com michael.coulombe@offitkurman.com

Frances Anne Smith

on behalf of Interested Party Matthew DiOrio Scott Ellington, Isaac Leventon, Mary Kathryn Lucas (nee Irving), John Paul Sevilla, Stephanie Vitiello, and Frank Waterhouse frances.smith@offitkurman.com, michael.coulombe@offitkurman.com

Frances Anne Smith

on behalf of Creditor Scott Ellington frances.smith@offitkurman.com michael.coulombe@offitkurman.com

Geoffrey Scott Harper

on behalf of Creditor The Get Good Non Exempt Trust No 2 gharper@kslaw.com

Geoffrey Scott Harper

on behalf of Partner Dugaboy Investment Trust gharper@kslaw.com

Geoffrey Scott Harper

on behalf of Interested Party NexPoint Advisors L.P. gharper@kslaw.com

Geoffrey Scott Harper

on behalf of Creditor The Dugaboy Investment Trust gharper@kslaw.com

District/off: 0539-3 User: admin Page 12 of 26

Date Rcvd: May 20, 2026 Form ID: pdf012 Total Noticed: 7

Geoffrey Scott Harper
> on behalf of Interested Party James Dondero gharper@kslaw.com

Geoffrey Scott Harper
> on behalf of Interested Party NexPoint Real Estate Advisors L.P. gharper@kslaw.com

Geoffrey Scott Harper
> on behalf of Interested Party NexPoint Asset Management L.P. gharper@kslaw.com

Gregory Getty Hesse
> on behalf of Partner Dugaboy Investment Trust ghesse@huntonak.com
> astowe@huntonak.com;tcanada@HuntonAK.com;creeves@HuntonAK.com

Gregory Getty Hesse
> on behalf of Spec. Counsel Hunton Andrews Kurth LLP ghesse@huntonak.com
> astowe@huntonak.com;tcanada@HuntonAK.com;creeves@HuntonAK.com

Gregory V. Demo
> on behalf of Counter-Defendant Highland Capital Management L.P. gdemo@pszjlaw.com,
> jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszj
> law.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo
> on behalf of Defendant Highland Capital Management LP gdemo@pszjlaw.com,
> jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszj
> law.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo
> on behalf of Defendant Highland Capital Management L.P. gdemo@pszjlaw.com,
> jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszj
> law.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo
> on behalf of Defendant Highland Claimant Trust gdemo@pszjlaw.com
> jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszj
> law.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo
> on behalf of Plaintiff Highland Capital Management L.P. gdemo@pszjlaw.com,
> jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszj
> law.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo
> on behalf of Creditor Committee Official Committee of Unsecured Creditors gdemo@pszjlaw.com
> jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszj
> law.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo
> on behalf of Debtor Highland Capital Management L.P. gdemo@pszjlaw.com,
> jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszj
> law.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Greta M. Brouphy
> on behalf of Creditor The Dugaboy Investment Trust gbrouphy@hellerdraper.com
> dhepting@hellerdraper.com;vgamble@hellerdraper.com

Greta M. Brouphy
> on behalf of Defendant The Dugaboy Investment Trust gbrouphy@hellerdraper.com
> dhepting@hellerdraper.com;vgamble@hellerdraper.com

Greta M. Brouphy
> on behalf of Creditor Get Good Trust gbrouphy@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com

Hayley R Winograd
> on behalf of Debtor Highland Capital Management L.P. hayleywinograd@gmail.com

Hayley R Winograd
> on behalf of Defendant Highland Capital Management L.P. hayleywinograd@gmail.com

Hayley R Winograd
> on behalf of Defendant Highland Claimant Trust hayleywinograd@gmail.com

Hayley R Winograd
> on behalf of Plaintiff Highland Capital Management L.P. hayleywinograd@gmail.com

Hayley R Winograd
> on behalf of Defendant Highland Capital Management LP hayleywinograd@gmail.com

Hayley R Winograd
> on behalf of Counter-Defendant Highland Capital Management L.P. hayleywinograd@gmail.com

Holland N. O'Neil
> on behalf of Spec. Counsel Foley Gardere Foley & Lardner LLP honeil@foley.com,

District/off: 0539-3                          User: admin                                    Page 13 of 26

Date Rcvd: May 20, 2026                  Form ID: pdf012                             Total Noticed: 7

jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com

Ian Salzer

on behalf of Interested Party Hunter Mountain Investment Trust isalzer@pmmlaw.com

Ian Salzer

on behalf of Plaintiff Hunter Mountain Investment Trust isalzer@pmmlaw.com

Ian Salzer

on behalf of Interested Party Hunter Mountain Trust isalzer@pmmlaw.com

Ian Salzer

on behalf of Plaintiff Charitable DAF Fund  L.P. isalzer@pmmlaw.com

Ian Salzer

on behalf of Creditor Hunter Mountain Investment Trust isalzer@pmmlaw.com

J. Seth Moore

on behalf of Creditor Siepe  LLC semoore@swlaw.com,
sluby@swlaw.com;docket_den@swlaw.com;DOCKET_DAL@swlaw.com

Jaclyn C. Weissgerber

on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com  jweissgerber@ycst.com

James Jay Lee

on behalf of Interested Party The Pettit Law Firm jimlee@velaw.com

James Jay Lee

on behalf of Interested Party Lynn Pinker Hurst & Schwegmann  LLP jimlee@velaw.com

Jason Bernstein

on behalf of Interested Party Jefferies LLC casey.doherty@dentons.com
dawn.brown@dentons.com;Melinda.sanchez@dentons.com;docket.general.lit.dal@dentons.com

Jason Bernstein

on behalf of Creditor BHH Equities LLC casey.doherty@dentons.com
dawn.brown@dentons.com;Melinda.sanchez@dentons.com;docket.general.lit.dal@dentons.com

Jason Alexander Enright

on behalf of Creditor Acis Capital Management GP  LLC jenright@winstead.com

Jason Alexander Enright

on behalf of Creditor Acis Capital Management  L.P. jenright@winstead.com

Jason Patrick Kathman

on behalf of Defendant Patrick Hagaman Daugherty jkathman@spencerfane.com  lvargas@spencerfane.com

Jason Patrick Kathman

on behalf of Creditor Todd Travers jkathman@spencerfane.com  lvargas@spencerfane.com

Jason Patrick Kathman

on behalf of Creditor Patrick Daugherty jkathman@spencerfane.com  lvargas@spencerfane.com

Jason Patrick Kathman

on behalf of Creditor Paul Kauffman jkathman@spencerfane.com  lvargas@spencerfane.com

Jason Patrick Kathman

on behalf of Defendant Patrick Daugherty jkathman@spencerfane.com  lvargas@spencerfane.com

Jason Patrick Kathman

on behalf of Creditor Davis Deadman jkathman@spencerfane.com  lvargas@spencerfane.com

Jason S. Brookner

on behalf of Creditor Patrick Daugherty jbrookner@grayreed.com  lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner

on behalf of Defendant Patrick Daugherty jbrookner@grayreed.com  lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner

on behalf of Creditor Gray Reed & McGraw LLP jbrookner@grayreed.com  lwebb@grayreed.com;acarson@grayreed.com

Jeff P. Prostok

on behalf of Creditor Joshua Terry jeff.prostok@vkhh.com
jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankrupt
cy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jeff P. Prostok

on behalf of Creditor Jennifer G. Terry jeff.prostok@vkhh.com
jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankrupt
cy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jeffrey Kurtzman

on behalf of Creditor BET Investments II  L.P. kurtzman@kurtzmansteady.com

District/off: 0539-3      User: admin      Page 14 of 26

Date Rcvd: May 20, 2026      Form ID: pdf012      Total Noticed: 7

Jeffrey Nathan Pomerantz

on behalf of Debtor Highland Capital Management L.P. jpomerantz@pszjlaw.com

Jeffrey Nathan Pomerantz

on behalf of Counter-Defendant Highland Capital Management L.P. jpomerantz@pszjlaw.com

Jeffrey Nathan Pomerantz

on behalf of Defendant Highland Claimant Trust jpomerantz@pszjlaw.com

Jeffrey Nathan Pomerantz

on behalf of Defendant Highland Capital Management L.P. jpomerantz@pszjlaw.com

Jeffrey Nathan Pomerantz

on behalf of Plaintiff Highland Capital Management L.P. jpomerantz@pszjlaw.com

Jeffrey Reid Burley

on behalf of Defendant Patrick Hagaman Daugherty rburley@grayreed.com hpetrea@bellnunnally.com

Jeffrey Reid Burley

on behalf of Counter-Claimant Patrick Hagaman Daugherty rburley@grayreed.com hpetrea@bellnunnally.com

Jerry C. Alexander

on behalf of Attorney Scott M. Seidel alexanderj@passmanjones.com chandlers@passmanjones.com

John A Morris

on behalf of Creditor Muck Holdings LLC jmorris@pszjlaw.com

John A Morris

on behalf of Creditor Jessup Holdings LLC jmorris@pszjlaw.com

John A Morris

on behalf of Defendant Highland Capital Management L.P. jmorris@pszjlaw.com

John A Morris

on behalf of Plaintiff Highland Capital Management L.P. jmorris@pszjlaw.com

John A Morris

on behalf of Debtor Highland Capital Management L.P. jmorris@pszjlaw.com

John A Morris

on behalf of Other Professional James P. Seery Jr. jmorris@pszjlaw.com

John A Morris

on behalf of Creditor Stonehill Capital Management LLC jmorris@pszjlaw.com

John A Morris

on behalf of Creditor James P. Seery Jr. jmorris@pszjlaw.com

John A Morris

on behalf of Other Professional Highland Claimant Trust jmorris@pszjlaw.com

John A Morris

on behalf of Creditor Farallon Capital Management LLC jmorris@pszjlaw.com

John A Morris

on behalf of Defendant Highland Capital Management LP jmorris@pszjlaw.com

John A Morris

on behalf of Defendant Highland Claimant Trust jmorris@pszjlaw.com

John A Morris

on behalf of Counter-Defendant Highland Capital Management L.P. jmorris@pszjlaw.com

John J. Kane

on behalf of Creditor Grant James Scott III jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane

on behalf of Defendant Grant James Scott III jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane

on behalf of Defendant CLO Holdco Ltd. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane

on behalf of Defendant Grant James Scott III jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John Kendrick Turner

on behalf of Creditor City of Allen john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Fannin CAD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Irving ISD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

District/off: 0539-3                          User: admin                                   Page 15 of 26

Date Rcvd: May 20, 2026                       Form ID: pdf012                               Total Noticed: 7

John Kendrick Turner

    on behalf of Creditor Dallas County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

    on behalf of Creditor Kaufman County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

    on behalf of Creditor Tarrant County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

    on behalf of Creditor City of Richardson john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

    on behalf of Creditor Coleman County TAD john.turner@lgbs.com
    Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

    on behalf of Creditor Upshur County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

    on behalf of Creditor Allen ISD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

    on behalf of Creditor Grayson County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Michael Gaddis

    on behalf of Partner Dugaboy Investment Trust mgaddis@kslaw.com ecf_houston@winston.com

John T. Cox, III

    on behalf of Defendant Alvarez & Marsal CRF Management  LLC tcox@gibsondunn.com,
    WCassidy@gibsondunn.com;twesley@gibsondunn.com;pacer-tx@gibsondunn.com;pvickery@gibsondunn.com;trey-cox-4576@e
    cf.pacerpro.com

Johnathan Stone

    on behalf of Interested Party State of Texas johnathan.stone@oag.texas.gov

Johnny Sutton

    on behalf of Partner Dugaboy Investment Trust rrussell@ashcroftlawfirm.com

Jonathan Sundheimer

    on behalf of Creditor NWCC  LLC jsundheimer@btlaw.com

Jonathan E. Bridges

    on behalf of Plaintiff PCMG Trading Partners XXIII LP jeb@sbaitilaw.com

Jonathan E. Bridges

    on behalf of Plaintiff CLO Holdco  Ltd. jeb@sbaitilaw.com

Jonathan E. Bridges

    on behalf of Interested Party CLO Holdco  Ltd. jeb@sbaitilaw.com

Jonathan E. Bridges

    on behalf of Interested Party Charitable DAF Fund  LP jeb@sbaitilaw.com

Jonathan E. Bridges

    on behalf of Plaintiff Charitable DAF Fund  LP jeb@sbaitilaw.com

Jonathan E. Bridges

    on behalf of Creditor CLO Holdco  Ltd. jeb@sbaitilaw.com

Jonathan F. Mitchell

    on behalf of Interested Party James Dondero jonathan@mitchell.law

Jordan A. Kroop

    on behalf of Debtor Highland Capital Management  L.P. jkroop@pszjlaw.com, tcorrea@pszjlaw.com

Joseph E. Bain

    on behalf of Creditor Issuer Group JBain@joneswalker.com
    kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com

Joseph Y. Ahmad

    on behalf of Creditor Acis Capital Management GP  LLC joeahmad@azalaw.com, sbates@azalaw.com;ahernandez@azalaw.com

Joshua Seth Levy

    on behalf of Other Professional James P. Seery  Jr. jlevy@willkie.com

Joshua Seth Levy

    on behalf of Debtor Highland Capital Management  L.P. jlevy@willkie.com

Joshua Seth Levy

    on behalf of Creditor James P. Seery  Jr. jlevy@willkie.com

Julian Preston Vasek

on behalf of Interested Party Highland Healthcare Opportunities Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party NexPoint Capital  Inc. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland/iBoxx Senior Loan ETF jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party NexPoint Advisors  L.P. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party NexPoint Strategic Opportunities Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland Funds II and its series jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek

on behalf of Defendant NexPoint Advisors  L.P. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party NexPoint Real Estate Strategies Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland Total Return Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek

on behalf of Defendant NexPoint Capital  Inc. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland Small-Cap Equity Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek

on behalf of Defendant Highland Capital Management Fund Advisors  L.P. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland Merger Arbitrage Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland Fixed Income Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland Income Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland Funds I and its series jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party NexPoint Advisors GP  LLC jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek

on behalf of Defendant NexPoint Strategic Opportunities Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland Socially Responsible Equity Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland Global Allocation Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek

on behalf of Defendant Highland Income Fund jvasek@munsch.com  CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland Opportunistic Credit Fund jvasek@munsch.com  CourtMail@munsch.com

Juliana Hoffman

on behalf of Plaintiff Official Committee of Unsecured Creditors jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman

on behalf of Interested Party UBS Securities LLC jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman

on behalf of Interested Party UBS AG London Branch jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman

on behalf of Debtor Highland Capital Management  L.P. jhoffman@sidley.com,
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

District/off: 0539-3                          User: admin                                Page 17 of 26

Date Rcvd: May 20, 2026                       Form ID: pdf012                            Total Noticed: 7

Juliana Hoffman
                    on behalf of Interested Party Committee of Unsecured Creditors jhoffman@sidley.com
                    txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
                    on behalf of Creditor Sidley Austin LLP jhoffman@sidley.com
                    txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
                    on behalf of Creditor Committee Official Committee of Unsecured Creditors jhoffman@sidley.com
                    txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
                    on behalf of Other Professional Teneo Capital  LLC jhoffman@sidley.com,
                    txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
                    on behalf of Financial Advisor FTI Consulting  Inc. jhoffman@sidley.com,
                    txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Kesha Tanabe
                    on behalf of Creditor Cedar Glade LP kesha@tanabelaw.com

Kevin Perkins
                    on behalf of Defendant MASSAND CAPITAL  LLC kperkins@vanacourperkins.com

Kevin Perkins
                    on behalf of Defendant MASSAND CAPITAL  INC. kperkins@vanacourperkins.com

Kimberly A. Posin
                    on behalf of Interested Party UBS Securities LLC kim.posin@lw.com  colleen.rico@lw.com

Kimberly A. Posin
                    on behalf of Plaintiff UBS AG London Branch kim.posin@lw.com  colleen.rico@lw.com

Kimberly A. Posin
                    on behalf of Interested Party UBS AG London Branch kim.posin@lw.com  colleen.rico@lw.com

Kimberly A. Posin
                    on behalf of Plaintiff UBS Securities LLC kim.posin@lw.com  colleen.rico@lw.com

Kristin H. Jain
                    on behalf of Interested Party NexPoint Advisors  L.P. KHJain@JainLaw.com, dskierski@skijain.com

Kristin H. Jain
                    on behalf of Interested Party NexPoint Real Estate Advisors  L.P. KHJain@JainLaw.com, dskierski@skijain.com

Larry R Boyd
                    on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR lboyd@abernathy-law.com
                    ljameson@abernathy-law.com

Lauren Kessler Drawhorn
                    on behalf of Interested Party VineBrook Homes  Trust, Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn
                    on behalf of Interested Party NexPoint Real Estate Partners  LLC lkdrawhorn@gmail.com

Lauren Kessler Drawhorn
                    on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC lkdrawhorn@gmail.com

Lauren Kessler Drawhorn
                    on behalf of Interested Party NexBank lkdrawhorn@gmail.com

Lauren Kessler Drawhorn
                    on behalf of Creditor Eagle Equity Advisors  LLC lkdrawhorn@gmail.com

Lauren Kessler Drawhorn
                    on behalf of Interested Party MGM Holdings  Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn
                    on behalf of Interested Party NexBank Title Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn
                    on behalf of Interested Party NexPoint Real Estate Advisors VII  L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn
                    on behalf of Interested Party NexBank Capital Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn
                    on behalf of Creditor HCRE Partners  LLC (n/k/a NexPoint Real Estate Partners, LLC) lkdrawhorn@gmail.com

Lauren Kessler Drawhorn
                    on behalf of Interested Party NexPoint Real Estate Advisors II  L.P. lkdrawhorn@gmail.com

District/off: 0539-3                                      User: admin                                          Page 18 of 26
Date Rcvd: May 20, 2026                              Form ID: pdf012                                      Total Noticed: 7

Lauren Kessler Drawhorn

        on behalf of Interested Party NexPoint Real Estate Finance Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

        on behalf of Creditor Highland Capital Management Services  Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

        on behalf of Interested Party Nexpoint Real Estate Capital  LLC lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

        on behalf of Interested Party NexPoint Real Estate Advisors VIII  L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

        on behalf of Interested Party NexPoint Real Estate Advisors VI  L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

        on behalf of Interested Party NexPoint Real Estate Advisors  L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

        on behalf of Interested Party NexPoint Real Estate Advisors III  L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

        on behalf of Interested Party NexPoint Multifamily Capital Trust  Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

        on behalf of Interested Party NexBank Securities Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

        on behalf of Creditor Advisors Equity Group  LLC lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

        on behalf of Interested Party NexPoint Hospitality Trust lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

        on behalf of Interested Party NexPoint Real Estate Advisors V  L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

        on behalf of Interested Party NexPoint Real Estate Advisors IV  L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

        on behalf of Interested Party NexPoint Residential Trust  Inc. lkdrawhorn@gmail.com

Laurie A Spindler

        on behalf of Creditor Dallas County Laurie.Spindler@lgbs.com
        Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

        on behalf of Creditor Allen ISD Laurie.Spindler@lgbs.com
        Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

        on behalf of Creditor City of Richardson Laurie.Spindler@lgbs.com
        Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

        on behalf of Creditor Grayson County Laurie.Spindler@lgbs.com
        Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

        on behalf of Creditor Kaufman County Laurie.Spindler@lgbs.com
        Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

        on behalf of Creditor Tarrant County Laurie.Spindler@lgbs.com
        Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

        on behalf of Creditor City of Allen Laurie.Spindler@lgbs.com
        Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

        on behalf of Creditor Irving ISD Laurie.Spindler@lgbs.com
        Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Leslie A. Collins

        on behalf of Creditor The Dugaboy Investment Trust lcollins@hellerdraper.com

Leslie A. Collins

        on behalf of Creditor Get Good Trust lcollins@hellerdraper.com

Leslie A. Collins

        on behalf of Defendant The Dugaboy Investment Trust lcollins@hellerdraper.com

District/off: 0539-3                         User: admin                              Page 19 of 26

Date Rcvd: May 20, 2026                      Form ID: pdf012                          Total Noticed: 7

Linda D. Reece
on behalf of Creditor Plano ISD lreece@pbfcm.com  lreece@ecf.courtdrive.com

Linda D. Reece
on behalf of Creditor City of Garland lreece@pbfcm.com  lreece@ecf.courtdrive.com

Linda D. Reece
on behalf of Creditor Wylie ISD lreece@pbfcm.com  lreece@ecf.courtdrive.com

Linda D. Reece
on behalf of Creditor Garland ISD lreece@pbfcm.com  lreece@ecf.courtdrive.com

Lindsey Lee Robin
on behalf of Creditor Muck Holdings LLC lrobin@reedsmith.com
jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin
on behalf of Creditor Stonehill Capital Management LLC lrobin@reedsmith.com
jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin
on behalf of Other Professional Highland Claimant Trust lrobin@reedsmith.com
jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin
on behalf of Creditor Jessup Holdings LLC lrobin@reedsmith.com
jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin
on behalf of Creditor James P. Seery  Jr. lrobin@reedsmith.com,
jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin
on behalf of Creditor Farallon Capital Management  LLC lrobin@reedsmith.com,
jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin
on behalf of Debtor Highland Capital Management  L.P. lrobin@reedsmith.com,
jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin
on behalf of Other Professional James P. Seery  Jr. lrobin@reedsmith.com,
jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lisa L. Lambert
on behalf of U.S. Trustee United States Trustee lisa.l.lambert@usdoj.gov

Louis M. Phillips
on behalf of Creditor CLO Holdco  Ltd. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Defendant CLO Holdco  Ltd. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Interested Party CLO Holdco  Ltd. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Interested Party The Dallas Foundation louis.phillips@kellyhart.com
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Interested Party Highland Kansas City Foundation  Inc. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Plaintiff CLO Holdco  Ltd. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Respondent Mark Patrick louis.phillips@kellyhart.com
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Creditor Rand PE Fund Management  LLC louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Creditor Hunter Mountain Investment Trust louis.phillips@kellyhart.com
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

District/off: 0539-3                         User: admin                                Page 20 of 26

Date Rcvd: May 20, 2026                      Form ID: pdf012                            Total Noticed: 7

Louis M. Phillips
                on behalf of Creditor Beacon Mountain LLC louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
                on behalf of Creditor Charitable DAF HoldCo Ltd. louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
                on behalf of Creditor Charitable DAF GP L.P. louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
                on behalf of Interested Party Mary Jalonick louis.phillips@kellyhart.com
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
                on behalf of Creditor Rand PE Fund I LP louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
                on behalf of Creditor Shields Legal Group P.C. louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
                on behalf of Interested Party The Santa Barbara Foundation louis.phillips@kellyhart.com
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
                on behalf of Defendant Highland Dallas Foundation Inc. louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
                on behalf of Interested Party Charitable DAF Fund LP louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
                on behalf of Creditor The Charitable DAF Fund L.P. louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
                on behalf of Interested Party Highland Santa Barbara Foundation Inc. louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
                on behalf of Interested Party The Greater Kansas City Community Foundation louis.phillips@kellyhart.com
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
                on behalf of Creditor ValueScope LLC louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
                on behalf of Creditor Rand Advisors LLC louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
                on behalf of Interested Party Highland Dallas Foundation Inc. louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
                on behalf of Interested Party The Charitable DAF Fund L.P. louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
                on behalf of Plaintiff Charitable DAF Fund LP louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
                on behalf of Creditor Highland Dallas Foundation Inc. louis.phillips@kellyhart.com,
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
                on behalf of Attorney Kelly Hart & Pitre louis.phillips@kellyhart.com
                june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

M. David Bryant, Jr.
                on behalf of Interested Party Integrated Financial Associates Inc. dbryant@dykema.com, csmith@dykema.com

Margaret Michelle Hartmann
                on behalf of Creditor Scott Ellington michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann

District/off: 0539-3                    User: admin                                    Page 21 of 26

Date Rcvd: May 20, 2026                 Form ID: pdf012                                 Total Noticed: 7

on behalf of Defendant Scott Ellington michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann

on behalf of Interested Party CPCM  LLC michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann

on behalf of Defendant Isaac Leventon michelle.hartmann@bakermckenzie.com

Mark Stancil

on behalf of Debtor Highland Capital Management  L.P. mstancil@willkie.com

Mark Stancil

on behalf of Other Professional James P. Seery  Jr. mstancil@willkie.com

Mark Stancil

on behalf of Other Professional Highland Claimant Trust mstancil@willkie.com

Mark Stancil

on behalf of Creditor James P. Seery  Jr. mstancil@willkie.com

Mark A. Platt

on behalf of Interested Party Redeemer Committee of the Highland Crusader Fund mplatt@fbtlaw.com  dwilliams@fbtlaw.com

Marshall R. King

on behalf of Interested Party Alvarez & Marsal CRF Management  LLC, as Investment Manager of the Highland Crusader Funds mking@gibsondunn.com, marshall-r-king-9149@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Marshall R. King

on behalf of Defendant Alvarez & Marsal CRF Management  LLC mking@gibsondunn.com, marshall-r-king-9149@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Martin A. Sosland

on behalf of Plaintiff UBS AG London Branch martin.sosland@vkhh.com martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com

Martin A. Sosland

on behalf of Interested Party UBS Securities LLC martin.sosland@vkhh.com martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com

Martin A. Sosland

on behalf of Plaintiff UBS Securities LLC martin.sosland@vkhh.com martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com

Martin A. Sosland

on behalf of Interested Party UBS AG London Branch martin.sosland@vkhh.com martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com

Matthew Gold

on behalf of Creditor Argo Partners courts@argopartners.net

Matthew A. Clemente

on behalf of Creditor Committee Official Committee of Unsecured Creditors mclemente@sidley.com matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwomey@sidley.com

Matthew A. Clemente

on behalf of Interested Party Committee of Unsecured Creditors mclemente@sidley.com matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwomey@sidley.com

Matthew G. Bouslog

on behalf of Interested Party Alvarez & Marsal CRF Management  LLC, as Investment Manager of the Highland Crusader Funds mbouslog@allenmatkins.com, ncampos@allenmatkins.com

Matthew S. Okin

on behalf of Interested Party Crown Global Life Insurance  Ltd mokin@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Matthew S. Okin

on behalf of Interested Party The Dallas Foundation mokin@okinadams.com sgonzales@okinadams.com;nhollon@okinadams.com

Matthew W. Bobo

on behalf of Intervenor Highland Employee Retention Assets  LLC mbobo@mwblawyer.com, chelsey@mwblawyer.com;katy@mwblawyer.com

Mazin Ahmad Sbaiti

on behalf of Plaintiff PCMG Trading Partners XXIII LP mas@sbaitilaw.com krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti

on behalf of Creditor CLO Holdco  Ltd. mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

District/off: 0539-3            User: admin            Page 22 of 26

Date Rcvd: May 20, 2026            Form ID: pdf012            Total Noticed: 7

Mazin Ahmad Sbaiti

on behalf of Plaintiff CLO Holdco Ltd. mas@sbaitilaw.com,
krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti

on behalf of Interested Party Charitable DAF Fund LP mas@sbaitilaw.com,
krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti

on behalf of Interested Party CLO Holdco Ltd. mas@sbaitilaw.com,
krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti

on behalf of Creditor The Charitable DAF Fund L.P. mas@sbaitilaw.com,
krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti

on behalf of Plaintiff Charitable DAF Fund LP mas@sbaitilaw.com,
krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti

on behalf of Interested Party The Charitable DAF Fund L.P. mas@sbaitilaw.com,
krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Megan Young-John

on behalf of Creditor Issuer Group myoung-john@porterhedges.com

Megan F. Clontz

on behalf of Creditor Patrick Daugherty mclontz@fbfk.law ljaeger@fbfk.law;mclontzlaw@gmail.com

Megan F. Clontz

on behalf of Creditor Todd Travers mclontz@fbfk.law ljaeger@fbfk.law;mclontzlaw@gmail.com

Melissa S. Hayward

on behalf of Debtor Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Melissa S. Hayward

on behalf of Plaintiff Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Melissa S. Hayward

on behalf of Other Professional Highland Claimant Trust MHayward@HaywardFirm.com mholmes@HaywardFirm.com

Melissa S. Hayward

on behalf of Defendant Highland Capital Management LP MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Melissa S. Hayward

on behalf of Defendant Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Michael A. Rosenthal

on behalf of Defendant Alvarez & Marsal CRF Management LLC mrosenthal@gibsondunn.com,
michael--rosenthal-4826@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Michael J Edney

on behalf of Creditor The Dugaboy Investment Trust michael.edney@morganlewis.com mlbhofilings@morganlewis.com

Michael Justin Lang

on behalf of Creditor The Dugaboy Investment Trust mlang@cwl.law aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang

on behalf of Partner Dugaboy Investment Trust mlang@cwl.law aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang

on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC mlang@cwl.law
aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang

on behalf of Interested Party James Dondero mlang@cwl.law aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang

on behalf of Interested Party NexPoint Advisors L.P. mlang@cwl.law, aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang

on behalf of Interested Party Highland Capital Management Fund Advisors L.P. mlang@cwl.law,
aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang

on behalf of Creditor Get Good Trust mlang@cwl.law aohlinger@cwl.law;ylopez@cwl.law

Michael P. Aigen

on behalf of Plaintiff Dugaboy Investment Trust michael.aigen@stinson.com

Michael P. Aigen

on behalf of Defendant HCRE Partners LLC (n/k/a NexPoint Real Estate Partners, LLC) michael.aigen@stinson.com

District/off: 0539-3     User: admin     Page 23 of 26

Date Rcvd: May 20, 2026     Form ID: pdf012     Total Noticed: 7

Michael P. Aigen

on behalf of Creditor Hunter Mountain Investment Trust michael.aigen@stinson.com

Michael P. Aigen

on behalf of Interested Party Highland CLO Management Ltd michael.aigen@stinson.com

Michael P. Aigen

on behalf of Creditor The Dugaboy Investment Trust michael.aigen@stinson.com

Michael P. Aigen

on behalf of Defendant James Dondero michael.aigen@stinson.com

Michael P. Aigen

on behalf of Defendant NexPoint Advisors L.P. michael.aigen@stinson.com

Michael P. Aigen

on behalf of Defendant Highland Capital Management Services Inc. michael.aigen@stinson.com

Michael P. Aigen

on behalf of Defendant Highland Capital Management Fund Advisors L.P. michael.aigen@stinson.com

Michael P. Aigen

on behalf of Defendant Nancy Dondero michael.aigen@stinson.com

Michael P. Aigen

on behalf of Partner Dugaboy Investment Trust michael.aigen@stinson.com

Michael P. Aigen

on behalf of Plaintiff Hunter Mountain Investment Trust michael.aigen@stinson.com

Michael Scott Held

on behalf of Creditor Crescent TC Investors L.P. mheld@jw.com, kgradney@jw.com;osalvatierra@jw.com

Michelle E. Shriro

on behalf of Interested Party California Public Employees Retirement System (CalPERS) mshriro@singerlevick.com
scotton@singerlevick.com;tguillory@singerlevick.com

Nicole Skolnekovich

on behalf of Interested Party Hunton Andrews Kurth LLP nskolnekovich@hunton.com
astowe@huntonak.com;creeves@huntonak.com

Omar Jesus Alaniz

on behalf of Other Professional James P. Seery Jr. oalaniz@reedsmith.com,
omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

on behalf of Creditor Farallon Capital Management LLC oalaniz@reedsmith.com,
omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

on behalf of Creditor Muck Holdings LLC oalaniz@reedsmith.com omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

on behalf of Debtor Highland Capital Management L.P. oalaniz@reedsmith.com,
omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

on behalf of Creditor Stonehill Capital Management LLC oalaniz@reedsmith.com
omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

on behalf of Other Professional Highland Claimant Trust oalaniz@reedsmith.com
omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

on behalf of Creditor James P. Seery Jr. oalaniz@reedsmith.com, omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

on behalf of Creditor Jessup Holdings LLC oalaniz@reedsmith.com
omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Paige Holden Montgomery

on behalf of Interested Party Committee of Unsecured Creditors pmontgomery@sidley.com
txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;spencer.stephens@sidley.com;ebromagen@sidley.com;e
filingnotice@sidley.com

Paige Holden Montgomery

on behalf of Plaintiff Official Committee of Unsecured Creditors pmontgomery@sidley.com
txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;spencer.stephens@sidley.com;ebromagen@sidley.com;e
filingnotice@sidley.com

Paige Holden Montgomery

on behalf of Interested Party Litigation Trustee of the Highland Capital Management L.P. Litigation Sub-Trust

District/off: 0539-3 User: admin Page 24 of 26

Date Rcvd: May 20, 2026 Form ID: pdf012 Total Noticed: 7

pmontgomery@sidley.com,
txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;spencer.stephens@sidley.com;ebromagen@sidley.com;e
filingnotice@sidley.com

Paige Holden Montgomery

on behalf of Creditor Committee Official Committee of Unsecured Creditors pmontgomery@sidley.com
txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;spencer.stephens@sidley.com;ebromagen@sidley.com;e
filingnotice@sidley.com

Paul M. Lopez

on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com

Penny Packard Reid

on behalf of Creditor Committee Official Committee of Unsecured Creditors preid@sidley.com
txefilingnotice@sidley.com;penny-reid-4098@ecf.pacerpro.com;ncade@sidley.com

Phillip L. Lamberson

on behalf of Creditor Acis Capital Management L.P. plamberson@winstead.com

Phillip L. Lamberson

on behalf of Creditor Acis Capital Management GP LLC plamberson@winstead.com

Rakhee V. Patel

on behalf of Creditor Acis Capital Management L.P. rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Creditor Acis Capital Management GP LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Richard L. Wynne

on behalf of Interested Party John S. Dubel rlwynne@jonesday.com

Richard L. Wynne

on behalf of Interested Party Hon.Russell F. Nelms (Ret.) rlwynne@jonesday.com

Robert Joel Feinstein

on behalf of Defendant Highland Capital Management LP rfeinstein@pszjlaw.com

Robert Joel Feinstein

on behalf of Debtor Highland Capital Management L.P. rfeinstein@pszjlaw.com

Robert Scott Loigman

on behalf of Interested Party Marc S. Kirschner the Litigation Trustee of the Highland Litigation Sub-Trust
robertloigman@quinnemanuel.com

Robert Scott Loigman

on behalf of Interested Party Litigation Trustee of the Highland Capital Management L.P. Litigation Sub-Trust
robertloigman@quinnemanuel.com

Roger L. McCleary

on behalf of Plaintiff Charitable DAF Fund L.P. rmccleary@pmmclaw.com

Ryan E. Manns

on behalf of Interested Party UBS AG London Branch ryan.manns@nortonrosefulbright.com
calendaring-nortonrose-9955@ecf.pacerpro.com

Ryan E. Manns

on behalf of Interested Party UBS Securities LLC ryan.manns@nortonrosefulbright.com
calendaring-nortonrose-9955@ecf.pacerpro.com

Ryan J Sullivan, I

on behalf of Cross Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO AS TRUSTEE OF DUGABOY
INVESTMENT TRUST ryan.sullivan@pillsburylaw.com

Ryan J Sullivan, I

on behalf of Defendant James D. Dondero ryan.sullivan@pillsburylaw.com

Ryan J Sullivan, I

on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO AS TRUSTEE OF DUGABOY
INVESTMENT TRUST ryan.sullivan@pillsburylaw.com

Ryan J Sullivan, I

on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III AS TRUSTEE OF GET GOOD TRUST
ryan.sullivan@pillsburylaw.com

Ryan J Sullivan, I

on behalf of Defendant STRAND ADVISORS INC ryan.sullivan@pillsburylaw.com

Sarah A. Schultz

on behalf of Interested Party PetroCap LLC sschultz@akingump.com,
mstamer@akingump.com;afreeman@akingump.com;dkazlow@akingump.com;aqureshi@akingump.com;dkrasa-berstell@akingu
mp.com;bkemp@akingump.com;brenda-kemp-7410@ecf.pacerpro.com

District/off: 0539-3                         User: admin                                              Page 25 of 26

Date Rcvd: May 20, 2026                      Form ID: pdf012                                          Total Noticed: 7

Sawnie A. McEntire
                    on behalf of Plaintiff Charitable DAF Fund  L.P. smcentire@pmmlaw.com,
                    mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com

Sawnie A. McEntire
                    on behalf of Creditor Hunter Mountain Investment Trust smcentire@pmmlaw.com
                    mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com

Sawnie A. McEntire
                    on behalf of Interested Party Hunter Mountain Investment Trust smcentire@pmmlaw.com
                    mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com

Sawnie A. McEntire
                    on behalf of Plaintiff Hunter Mountain Investment Trust smcentire@pmmlaw.com
                    mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com

Sawnie A. McEntire
                    on behalf of Interested Party Hunter Mountain Trust smcentire@pmmlaw.com
                    mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com

Scott M. Seidel
                    on behalf of Attorney Scott M. Seidel scott@scottseidel.com  susan.seidel@earthlink.net;sms01@trustesolutions.net

Sean M. Beach
                    on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com  sbeach@ycst.com

Shawn M Bates
                    on behalf of Creditor Acis Capital Management  L.P. sbates@azalaw.com, tbyrd@azalaw.com

Shawn M. Christianson
                    on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Susheel Kirpalani
                    on behalf of Interested Party Litigation Trustee of the Highland Capital Management  L.P. Litigation Sub-Trust
                    susheelkirpalani@quinnemanuel.com, dian.gwinnup@haynesboone.com

Sydney Rose
                    on behalf of Creditor The Dugaboy Investment Trust srose@kslaw.com
                    sstaskus@kslaw.com;sydney-rose-3505@ecf.pacerpro.com

Sydney Rose
                    on behalf of Partner Dugaboy Investment Trust srose@kslaw.com  sstaskus@kslaw.com;sydney-rose-3505@ecf.pacerpro.com

Thomas Albert Cooke
                    on behalf of Creditor Acis Capital Management  L.P. tcooke@azalaw.com, mflores@azalaw.com

Thomas C. Scannell
                    on behalf of Interested Party Sentinel Reinsurance Ltd. tscannell@foley.com
                    acordero@foley.com;thomas-scannell-3441@ecf.pacerpro.com

Thomas Daniel Berghman
                    on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. tberghman@munsch.com,
                    amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Thomas Daniel Berghman
                    on behalf of Defendant NexPoint Advisors  L.P. tberghman@munsch.com,
                    amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Thomas Daniel Berghman
                    on behalf of Defendant Highland Capital Management Fund Advisors  L.P. tberghman@munsch.com,
                    amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Thomas Daniel Berghman
                    on behalf of Interested Party NexPoint Advisors  L.P. tberghman@munsch.com,
                    amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Thomas G. Haskins, Jr.
                    on behalf of Creditor NWCC  LLC thaskins@btlaw.com

Thomas M. Melsheimer
                    on behalf of Creditor Frank Waterhouse  Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent
                    tmelsheimer@kslaw.com, tom-melsheimer-7823@ecf.pacerpro.com

United States Trustee
                    ustpregion06.da.ecf@usdoj.gov

Vickie L. Driver
                    on behalf of Creditor HarbourVest et al vickie@driversteplaw.com
                    crissie@driversteplaw.com;elisa@driversteplaw.com,5760377420@filings.docketbird.com

William R. Howell, Jr.
                    on behalf of Defendant James D. Dondero williamhowell@utexas.edu  williamhowell@utexas.edu

District/off: 0539-3                                  User: admin                                         Page 26 of 26

Date Rcvd: May 20, 2026                              Form ID: pdf012                                      Total Noticed: 7

Zachery Z. Annable

on behalf of Defendant Highland Capital Management  L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Plaintiff Highland Capital Management  L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Other Professional Highland Claimant Trust zannable@haywardfirm.com  mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Counter-Defendant Highland Capital Management  L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Other Professional Hayward & Associates PLLC zannable@haywardfirm.com  mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Defendant Highland Capital Management  LP zannable@haywardfirm.com, mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Other Professional Hayward PLLC zannable@haywardfirm.com  mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Defendant Highland Claimant Trust zannable@haywardfirm.com  mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Debtor Highland Capital Management  L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com


TOTAL: 578



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 19, 2026**

_____
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case No. 19-34054-sjg11 |
| Debtor. | |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER AUTHORIZING FILING OF CONFIDEDNTIAL INFORMATION UNDER SEAL PURSUANT TO SECTION 107 OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9018**

1

Upon the Motion of The Dugaboy Investment Trust to File Confidential Information Under Seal Pursuant to Section 107 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9018 (the "Motion") filed by The Dugaboy Investment Trust ("Dugaboy") seeking entry of an order (this "Order") authorizing Dugaboy to file Exhibits 267-270 under seal; and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. § 157; and this Court having found venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and this Court having found that Dugaboy's notice of the Motion was appropriate under the circumstances and no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Dugaboy is authorized to file Exhibits 267-270 under seal pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9077-1.

3. The only entities permitted to review Exhibit 267-270 are those entities specified herein: (a) the judge presiding over this case; (b) the judge's law clerk(s); (c) the Courtroom Deputy responsible for this case; (d) the Office of the United States Trustee; (e) counsel for Highland Capital Management, L.P.; (f) counsel for the Highland Claimant Trust and the Highland Litigation Sub-Trust; (g) counsel for The Dugaboy Investment Trust; (h) counsel for the HMIT Entities; and (i) any other party to whom Dugaboy has provided or will provide Exhibits 267-270 pursuant to any applicable confidentiality agreement or protective order.

4. Exhibits 267-270 shall remain sealed until the date that is the earlier of (a) two years from the date of entry of this Order or (b) the closing of the above-captioned case. However, any party

in interest may file a motion asking this Court to extend or modify the time period for during which

Exhibits 267-270 will remain sealed.

5. This Order does not limit the use of Exhibits 267-270 in connection with any party's

obligation to refer criminal or ethical violations or otherwise required by law.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon

its entry.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related

to the implementation of this Order.

# # # END OF ORDER # # #