BTXN 208 (rev. 04/26)

IN RE: Highland Capital Management, L.P.     *COURT ADMITTED EXHIBITS*       Case # 19–34054–sgj11

DEBTOR

| 5/21/2026 | Brad W. Odell |
|---|---|
| *HEARING DATE* | *JUDGE PRESIDING* |
| Motion to reconsider filed by Dugaboy Investment Trust [Doc #4513] | Nicholas Noble |
| *HEARING TYPE* | *REPORTED BY* |

| MOVANT/RESPONDENT | ATTORNEY INFORMATION | EXHIBITS |
|---|---|---|
| Highland Capital Management, L.P. | John Morris | Exs. 80–86, 88, 90–93, 95–97 admitted |
|  |  | Ex. 77 admitted, but not for truth of matter asserted |
|  |  | Admission of Ex. 300 under advisement |
|  |  | Exs. 55–A, 56–A, & 57–A (see stipulation Doc #4673) |
| Dugaboy Investment Trust | Michael Edney | Ex. 300 admitted |