United States Bankruptcy Court

Northern District of Texas

In re:

Highland Capital Management, L.P.
    Debtor

Case No. 19-34054-sgj

Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 29 |
| Date Rcvd: Jun 15, 2026 | Form ID: pdf012 | Total Noticed: 149 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Highland Capital Management, L.P., 100 Crescent Court, Suite 1850, Dallas, TX 75201-7817 |
| aty | + | Alan A. Moskowitz, GIBSON, DUNN & CRUTCHER LLP, 200 Park Avenue, New York, NY 10166-4700 |
| aty | + | Alan J. Kornfeld, Pachulski Stang Ziehl & Jones LLPL, 10100 Santa Monica Blvd., 13 Fl, Los Angeles, CA 90067-4003 |
| aty | + | Athanasios E. Agelakopoulos, Schawartz Law, PLLC, 601 E. Bridger Avenue, Las Vegas, NV 89101-5807 |
| aty | + | Benjamin I. Finestone, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave., Floor 22, New York, NY 10010-1603 |
| aty | + | Blaire Cahn, Baker & McKenzie LLP, 452 Fifth Avenue, New York, NY 10018-2706 |
| aty | + | Bojan Guzina, Sidley Austin LLP, One South Dearborn Street, Chicago, IL 60603-2323 |
| aty | + | Candace C. Carlyon, CARLYON CICA CHTD., 265 e. Warm Springs Road., Ste 107, Las Vegas, NV 89119-4230 |
| aty | + | Christopher J. Harayda, Stinson, LLC, 50 South Sixth Street, Suite 2600, Minneapolis, MN 55402-2241 |
| aty | + | Curtis S. Miller, MORRIS, NICHOLS, ARSHT & TUNNELL LLP, 1201 North Market Street, Suite 1600, 1000 North King Street, Wilmington, DE 19801-3335 |
| aty | + | D. Ryan Slaugh, POTTER ANDERSON & CORROON LLP, 1313 North Market Street, 6th Fl, Wilmington, DE 19801-6108 |
| aty | + | Deborah J. Newman, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave., Floor 22, New York, NY 10010-1603 |
| aty | | Elissa A. Wagner, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | Emily D. Anderson, Schwartz Law, PLLC, 601 E. Bridger Avenue, Las Vegas, NV 89101-5807 |
| aty | + | Emily M. Hahn, Abernathy, Roeder, Boyd & Hullett, P.C., 1700 Redbud Blvd. Ste. 300, McKinney, TX 75069-3276 |
| aty | + | Frank Grese, Baker & McKenzie LLP, 452 Fifth Avenue, New York, NY 10018-2706 |
| aty | + | George S. Robinson, IV, 4685 Millennium Drive, Belcamp, MD 21017-1505 |
| aty | + | Hayward & Associates PLLC, 10501 N. Central Expwy., Ste 106, Dallas, TX 75231-2203 |
| aty | + | Ira D Kharasch, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | James A. Wright, K&L Gates LLP, State Street Financial Center, One Lincoln St., Boston, MA 02111-2900 |
| aty | + | James E. O'Neill, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Fl., Wilmington, DE 19801-3034 |
| aty | + | James T. Bentley, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022-3921 |
| aty | + | Jeffrey E. Bjork, LATHAM & WATKINS LLP, 355 South Grand Avenue, Ste. 100, Los Angeles, CA 90071-3104 |
| aty | + | Jeffrey N. Pomerantz, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | Jeremy W. Ryan, POTTER ANDERSON & CORROON LLP, 1313 North Market Street, 6th Fl, Wilmington, DE 19801-6108 |
| aty | + | Jessica Boelter, SIDLEY AUSTIN LLP, 787 Seventh Avenue, New York, NY 10019-6088 |
| aty | + | John E. Lucian, Blank Rome LLP, 1201 N. Market Street, Sutie 800, 1000 North King Street, Wilmington, DE 19801-3335 |
| aty | + | Jordan A. Harap, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave., Floor 22, New York, NY 10010-1603 |
| aty | + | Josef W. Mintz, Blank Rome LLP, 1201 Market Street, Suite 800, 1000 North King Street, Wilmington, DE 19801-3335 |
| aty | + | Joseph L. Christensen, McCollom D'Emilio Smith Uebler LLC, 2751 Centerville Road, Suite 401, Wilmington, DE 19808-1627 |
| aty | + | Joseph T. Moldovan, MORRISON COHEN LLP, 909 Third Avenue, New York, NY 10022-4784 |
| aty | + | Kathleen Preston, Winston & Strawn LLP, 800 Capitol Street, Ste. 2400, Houston, TX 77002-1090 |
| aty | + | Kathryn K. George, Latham & Watkins LLP, 330 North Wabash Avenue, Ste. 2800, Chicago, IL 60611-3695 |
| aty | + | Kelly Hart & Pitre, 301 Main Street 1600, Baton Rouge, LA 70801-1200 |
| aty | + | Kenneth H. Brown, Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111-4554 |
| aty | + | Kevin M. Coen, MORRIS, NICHOLS, ARSHT & TUNNELL LLP, 1201 North Market Street, Suite 1600, 1000 North King Street, Wilmington, DE 19801-3335 |
| aty | | Kuan Huang, Latham & Watkins LLP, 855 Third Avenue, New York, NY 10022 |
| aty | + | Lauren Macksoud, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | Louis J. Cisz, Nixon Peabody LLP, One Embarcadero Center, 32nd Fl, San Francisco, CA 94111-3602 |
| aty | + | Marc B. Hankin, Jenner & Block LLP, 919 Third Avenue, New York, NY 10022-3902 |
| aty | + | Mark M. Maloney, King & Spalding LLP, 1180 Peachtree Steet, NE, Atlanta, GA 30309-7525 |
| aty | + | Mark. L. Desgrosseilliers, Chipman, Brown, Cicero & Cole, LLP, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, DE |

District/off: 0539-3                    User: admin                              Page 2 of 29

Date Rcvd: Jun 15, 2026                 Form ID: pdf012                         Total Noticed: 149

|       |   |                                                                                                                                                                                      |
|-------|---|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|       |   | 19801-6114                                                                                                                                                                            |
| aty   |   | Martha B. Stolley, Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178-0060                                                                                              |
| aty   | + | Maxim B Litvak, Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111-4554                                                                     |
| aty   | + | Michael A. Rosenthal - DO NOT USE, GIBSON, DUNN & CRUTCHER LLP, 200 Park Avenue, New York, NY 10166-0005                                                                              |
| aty   | + | Michael J. Merchant, RICHARDS, LAYTON & FINGER, P.A., one Rodney Square, 920 North King Street, Wilmington, DE 19801-3300                                                              |
| aty   | + | Michael R. Nestor, YOUNG CONAWAY STARGATT & TAYLOR, LL, Rodney Square, 1000 North King Street, Wilmington, DE 19801-3335                                                               |
| aty   | + | Michelle Hartman, Baker & McKenzie LLP, 1900 N. Pearl, Ste. 1500, Dallas, TX 75201-2968                                                                                               |
| aty   | + | Michelle Hartmann, BAKER & McKENZIE LLP, 1900 North Pearl, Ste. 1500, Dallas, TX 75201-2968                                                                                            |
| aty   | + | Patrick C. Maxcy, DENTONS US LLP, 233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6404                                                                                           |
| aty   | + | R. Stephen McNeill, POTTER ANDERSON & CORROON LLP, 1313 North Market Street, 6th Fl, Wilmington, DE 19801-6108                                                                         |
| aty   | + | Richard B. Levin, Jenner & Block LLP, 919 Third Avenue, New York, NY 10022-3902                                                                                                       |
| aty   | + | Richard L. Wynne, Hogan Lovells US LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067-6047                                                                              |
| aty   | + | Sally T. Siconolfi, MORRISON COHEN LLP, 909 Third Avenue, New York, NY 10022-4784                                                                                                     |
| aty   | + | Samuel A. Schwartz, Schwartz Law, PLLC, 601 E. Bridger Avenue, Las Vegas, NV 89101-5807                                                                                               |
| aty   | + | Sarah A. Tomkowiak, Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, DC 20004-1359                                                                              |
| aty   | + | Sarah E. Silveira, RICHARDS, LAYTON & FINGER, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801-3300                                                               |
| aty   | + | Sean M. Young Conway Stargatt & Taylor, LLP, Young Conway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801-3335                                     |
| aty   |   | Stephen G. Topetzes, K&L Gates LLP, 1601 King St., N.W., Washington, DC 20006                                                                                                         |
| aty   | + | Terri L. Mascherin, Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654-5474                                                                                                   |
| aty   | + | Thomas A. Uebler, McCollom D'Emilio Smith Uebler LLC, 2751 Centerville Road, Suite 401, Wilmington, DE 19808-1627                                                                      |
| aty   | + | Tracy K. Stratford, Jones Day, North Point, 901 Lakeside Ave., Cleveland, OH 44114-1163                                                                                                |
| aty   | + | Tracy M. O'Steen, CARLYON CICA CHTD., 265 E. Warm Springs Road., Ste 107, Las Vegas, NV 89119-4230                                                                                    |
| aty   | + | William A. Hazeltine, Sullivan Hazeltine Allinson LLC, 901 North Market Street, Suite 1300, Wilmington, DE 19801-3076                                                                  |
| aty   | + | William P. Bowden, Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, P.O. Box 1150, Wilmington, DE 19899-1150                                                                      |
| aty   | + | Zachary F. Proulx, LATHAM & WATKINS LLP, 1271 Avenue of the Americas, New York, NY 10020-1300                                                                                         |
| cr    | + | Advisors Equity Group, LLC, c/o Wick Phillips Gould & Martin, LLP, 3131 McKinney Ave., Suite 100, Dallas, TX 75204-2430                                                               |
| intp  | + | CPCM, LLC, 6505 W. Park Blvd. Ste. 306, PMB #352, Plano, TX 75093-6212                                                                                                                |
| intp  | + | CPCM, LLC, c/o Ross & Smith, PC, Attn: Frances A. Smith, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459                                                                        |
| cr    | + | Charitable DAF GP, L.P., c/o Kelly Hart Pitre, 301 Main Street, Suite 1600, Baton Rouge, LA 70801-1200                                                                                |
| cr    | + | Charitable DAF HoldCo, Ltd., c/o Kelly Hart Pitre, 301 Main Street, Suite 1600, Baton Rouge, LA 70801-1200                                                                           |
| intp  |   | Crown Global Life Insurance, Ltd, Penthouse Floor, 5 Reid Street, Hamilton HM 11, BERMUDA                                                                                             |
| op    | + | Deloitte Tax LLP, 1111 Bagby Street, Ste. 4500, Houston, TX 77002-2591                                                                                                                |
| fa    | + | Development Specialists, Inc., 333 South Grand Ave., Ste. 4070, Los Angeles, CA 90071-1544                                                                                            |
| ptnr  | + | Dugaboy Investment Trust, 1445 Ross Avenue, Suite 3700, Dallas, Dallas, TX 75202 UNITED STATES 75202-2755                                                                              |
| cr    | + | Eagle Equity Advisors, LLC, c/o Wick Phillips Gould & Martin LLP, 3131 McKinney Ave., Dallas, TX 75204-7426                                                                           |
| fa    | + | FTI Consulting, Inc., Three Times Square 9th Floor, New York, NY 10036-6564                                                                                                           |
| cr    | + | Frank Waterhouse, c/o Baker & McKenzie, LLP, Attn: Michelle Hartmann, 1900 North Pearl, Suite 1500 Dallas, TX 75201-2968                                                               |
| cr    | + | Frank Waterhouse, Scott B. Ellington, Isaac Levent, c/o Winston & Strawn, 2121 N. Pearl Street, Suite 900, Dallas, TX 75201-2494                                                       |
| op    | + | Hayward & Associates PLLC, 10501 N. Central Expy., Ste. 106, Dallas, TX 75231-2203                                                                                                    |
| op    | + | Hayward PLLC, 10501 N. Central Expy., Ste. 106, Dallas, TX 75231-2203                                                                                                                 |
| intp  | + | Highland Capital Management Fund Advisors, L.P., K&LGates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806                                                   |
| cr    | + | Highland Dallas Foundation, Inc., c/o Kelly Hart Pitre, 301 Main Street, Suite 1600, Baton Rouge, LA 70801-1200                                                                       |
| intp  | + | Highland Fixed Income Fund, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806                                                                       |
| intp  | + | Highland Funds I and its series, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806                                                                  |
| intp  | + | Highland Funds II and its series, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806                                                                 |
| intp  | + | Highland Global Allocation Fund, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806                                                                  |
| intp  | + | Highland Healthcare Opportunities Fund, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806                                                          |
| intp  | + | Highland Income Fund, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806                                                                            |
| intp  | + | Highland Kansas City Foundation, Inc., c/o Kelly Hart Pitre, 301 Main Street, Suite 1600, Baton Rouge, LA 70801-1200                                                                   |
| intp  | + | Highland Merger Arbitrage Fund, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806                                                                   |
| intp  | + | Highland Opportunistic Credit Fund, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806                                                              |
| intp  | + | Highland Santa Barbara Foundation, Inc., c/o Kelly Hart Pitre, 301 Main Street, Suite 1600, Baton Rouge, LA 70801-1200                                                                 |
| intp  | + | Highland Small-Cap Equity Fund, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806                                                                   |
| intp  | + | Highland Socially Responsible Equity Fund, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806                                                        |
| intp  | + | Highland Total Return Fund, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806                                                                       |
| intp  | + | Highland/iBoxx Senior Loan ETF, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806                                                                   |
| cr    | + | Issuer Group, c/o Jones Walker LLP, 811 Main St., Suite 2900, Houston, TX 77002-6116                                                                                                  |
| intp  | + | James Dondero, c/o D. Michael Lynn, Bonds Ellis Eppich Schafer Jones LLP, 420 Throckmorton Street, Suite 1000 Fort Worth, TX 76102-3727                                               |
| cr    | + | Joshua Terry, 25 Highland Park Village, Suite 100-848, Dallas, TX 75205-2789                                                                                                          |
| clmagt| + | Kurtzman Carson Consultants LLC, Attn: Drake Foster, 222 N. Pacific Coast Highway, 3rd Floor, El Segundo, CA 90245-5648                                                                |

District/off: 0539-3 | User: admin | Page 3 of 29
Date Rcvd: Jun 15, 2026 | Form ID: pdf012 | Total Noticed: 149

| res | + | Mark Patrick, 301 Main St #1600, Baton Rouge, LA 70801-1200 |
| intp | + | Mary Jalonick, c/o Kelly Hart Pitre, 301 Main Street, Suite 1600, Baton Rouge, LA 70801-1200 |
| intp | + | Matthew DiOrio, Scott Ellington, Isaac Leventon, M, c/o Ross & Smith, PC, Attn: Frances A. Smith, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459 |
| consult | + | Mercer (US) Inc., 155 N. Wacker Drive, Ste. 1500, Chicago, IL 60606-1710 |
| cr | + | Muck Holdings LLC, c/o Brent McIlwain, Holland & Knight LLP, 200 Crescent Court, Suite 1600, Dallas, TX 75201 UNITED STATES 75201-1829 |
| intp | + | NexBank, 2515 McKinney Avenue, Suite 1100, Dallas, TX 75201-1945 |
| intp | + | NexPoint Advisors, L.P., K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |
| intp | + | NexPoint Capital, Inc., K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |
| cr | + | NexPoint Real Estate Partners LLC f/k/a HCRE Partn, c/o Wick Phillips Gould & Martin LLP, 3131 McKinney Ave., Suite 100, Dallas, TX 75204-2430 |
| intp | + | NexPoint Real Estate Strategies Fund, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |
| intp | + | NexPoint Strategic Opportunities Fund, K&L Gates LLP, c/o Stephen G. Topetzes, 1600 K Street, NW, Washington, DC 20006-2806 |
| cr | | Paul N. Adkins, 11 Mount Emily Road #07-27, Singapore, 228493 |
| cr | + | PensionDanmark Pensionsforsikringsaktieselskab, Fox Rothschild LLP c/o David Grant Crook, 5420 LBJ Freeway, Suite 1200, Dallas, TX 75240-6215 |
| intp | + | PetroCap, LLC, Akin Gump Strauss Hauer & Feld LLP, 2300 North Field Street, Suite 1800, Dallas, TX 75201 UNITED STATES 75201-4675 |
| cr | + | Scott Ellington, c/o Baker & McKenzie, LLP, Attn: Michelle Hartmann, 1900 North Pearl St., Suite 1500 Dallas, TX 75201-2968 |
| cr | + | Scott Ellington, Thomas Surgent, Frank Waterhouse,, c/o Scott Ellington, 300 Crescent Court, #700, Dallas, TX 75201-7849 |
| cr | + | Shields Legal Group, P.C., c/o Kelly Hart Pitre, 301 Main St., Suite 1600, Baton Rouge, LA 70801-1200 |
| cr | + | Sidley Austin LLP, P.O. Box 0642, Chicago, IL 60690-0642 |
| cr | + | Siepe, LLC, Condon Tobin Sladek Thornton, PLLC, 8080 Park Lane, Suite 700, Dallas, TX 75231-5920 |
| intp | + | The Dallas Foundation, c/o Kelly Hart Pitre, 301 Main Street, Suite 1600, Baton Rouge, LA 70801-1200 |
| intp | + | The Dallas Foundation, 3000 Pegasus Park Drive #930, Suite 390, Dallas, TX 75247-6203 |
| cr | + | The Dugaboy Investment Trust, c/o D. Michael Lynn, 420 Throckmorton Street, Suite 1000, Fort Worth, TX 76102-3727 |
| intp | + | The Greater Kansas City Community Foundation, c/o Kelly Hart Pitre, 301 Main Street, Suite 1600, Baton Rouge, LA 70801-1200 |
| intp | + | The Santa Barbara Foundation, c/o Kelly Hart Pitre, 301 Main Street, Suite 1600, Baton Rouge, LA 70801-1200 |
| cr | + | ValueScope, LLC, c/o Kelly Hart Pitre, 301 Main St., Suite 1600, Baton Rouge, LA 70801-1200 |
| op | + | Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109-1816 |

TOTAL: 127

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| aty | Email/Text: scott@scottseidel.com | Jun 15 2026 21:47:00 | Scott M. Seidel, Seidel Law Firm, 6505 W. Park Blvd., Suite 306, Plano, TX 75093-6212 |
| cr + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 15 2026 21:48:13 | Allen ISD, c/o Linebarger Goggan Blair & Sampson, L, 2777 N Stemmons Fwy, Suite 1000, Dallas, TX 75207-2328 |
| cr | Email/PDF: bncnotices@becket-lee.com | Jun 15 2026 21:48:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr + | Email/Text: COURTS@ARGOPARTNERS.NET | Jun 15 2026 21:47:00 | Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7381 |
| cr | Email/Text: rminkoff@cedargladecapital.com | Jun 15 2026 21:47:00 | Cedar Glade LP, Attn Robert Minkoff, 600 Madison Ave, 17th Floor, New York, NY 10022 |
| cr + | Email/Text: bankruptcy@abernathy-law.com | Jun 15 2026 21:48:00 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR, Abernathy, Roeder, Boyd & Hullett, P.C, 1700 Redbud Blvd., Suite 300, McKinney, TX 75069-3276 |
| cr | Email/Text: CreditNotices@contrariancapital.com | Jun 15 2026 21:47:00 | Contrarian Funds LLC, 411 West Putnam Ave., Suite 425, Greenwich, CT 06830 |
| cr + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 15 2026 21:48:13 | City of Allen, Linebarger Goggan Blair & Sampson LLP, c/o Laruie A Spindler, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr + | Email/Text: lreece@pbfcm.com | Jun 15 2026 21:47:00 | City of Garland, c/o Perdue Brandon Fielder et al, 1919 S Shiloh Rd, Suite 310, LB 40, Garland, TX 75042-8234 |
| cr + | Email/Text: dallas.bankruptcy@LGBS.com | | |

District/off: 0539-3 | User: admin | Page 4 of 29
Date Rcvd: Jun 15, 2026 | Form ID: pdf012 | Total Noticed: 149

| Recip | | Email/Text | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 15 2026 21:48:13 | Coleman County TAD, Linebarger Goggan Blair & Sampson, LLP, c/o John Kendrick Turner, 2777 N Stemmons Fwy, Ste 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: fred.glass@fairharborcapital.com | Jun 15 2026 21:47:00 | Fair Harbor Capital, LLC, Ansonia Finance Station, PO Box 237037, New York, NY 10023 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 15 2026 21:48:13 | Fannin CAD, Linebarger Goggan Blair & Sampson, LLP, c/o John Turner, 2777 N Stemmons Frwy, Ste. 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: lreece@pbfcm.com | Jun 15 2026 21:47:00 | Garland ISD, % Perdue Brandon Fielder Et Al, 1919 S. Shiloh Rd, Suite 310, LB 40, Garland, TX 75042 |
| cr | + | Email/Text: arapoport@haincapital.com | Jun 15 2026 21:48:00 | Hain Capital Group, LLC, 301 Route 17, 6th Floor, Rutherford, NJ 07070-2599 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 15 2026 21:48:00 | Kaufman County, c/o Linebarger Goggan Blair et al, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| clmagt | + | Email/Text: kccnoticing@kccllc.com | Jun 15 2026 21:47:00 | Kurtzman Carson Consultants, LLC, 222 N. Pacific Coast Highway, Ste. 300, El Segundo, CA 90245-5614 |
| clmagt | + | Email/Text: kccnoticing@kccllc.com | Jun 15 2026 21:47:00 | Kurtzman Carson Consultants, LLC dba Verita Global, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245, UNITED STATES 90245-5614 |
| cr | + | Email/Text: schristianson@buchalter.com | Jun 15 2026 21:47:00 | Oracle America, Inc., Buchalter, a Professional Corporation, c/o Shawn M. Christianson, 55 2nd St. 17th Fl., San Francisco, San Francisco, CA 94105-3493 |
| cr | | Email/Text: bncctnotifications@pbgc.gov | Jun 15 2026 21:47:00 | Pension Benefit Guaranty Corporation, Office of the General Counsel, 1200 K Street, N.W., Washington, DC 20005-4026 |
| cr | + | Email/Text: lreece@pbfcm.com | Jun 15 2026 21:47:00 | Plano ISD, c/o Perdue Brandon Fielder et al, 1919 S. Shiloh Road, Suite 310, LB 40, Garland, TX 75042-8234 |
| intp | ^ | MEBN | Jun 15 2026 21:41:40 | State of Texas, c/o The Texas Attorney General's Office, P. O. Box 12548, MC-010, Austin, TX 78711-2548 |
| cr | + | Email/Text: lreece@pbfcm.com | Jun 15 2026 21:47:00 | Wylie ISD, c/o Perdue Brandon Fielder et al, 1919 S Shiloh Rd, Suite 310, LB 40, Garland, TX 75042-8234 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Pachulski Stang Ziehl & Jones LLP |
| op | | Development Specialists, Inc. |
| intp | | Highland Dallas Foundation, Inc. |
| intp | | Highland Litigation Sub-Trust |
| intp | | Pension Benefit Guaranty Corporation |
| aty | *+ | James T. Bentley, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022-3921 |
| aty | *+ | Jeffrey N. Pomerantz, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003 |
| cr | *+ | James P. Seery, Jr., 795 Columbus Ave., 12A, New York, NY 10025-5952 |
| aty | ##+ | Daniel E. Stroik, Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022-3916 |
| aty | ##+ | Erica S. Weisgerber, Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022-3916 |
| aty | ##+ | Jeffrey M. Dine, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| aty | ##+ | M. Natasha Labovitz, Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022-3916 |

District/off: 0539-3                                    User: admin                                          Page 5 of 29
Date Rcvd: Jun 15, 2026                               Form ID: pdf012                                    Total Noticed: 149

| | | |
|---|---|---|
| cr | ##+ | Atlas IDF, GP, LLC, c/o E. P Keiffer, Rochelle McCullough, LLP, 325 North St. Paul St., Suite 4500, Dallas, TX 75201-3827 |
| cr | ##+ | Atlas IDF, LP, c/o E. P Keiffer, Rochelle McCullough, LLP, 325 North St. Paul St., Suite 4500, Dallas, TX 75201-3827 |
| cr | ##+ | Beacon Mountain, LLC, c/o E. P Keiffer, Rochelle McCullough, LLP, 325 North St. Paul St., Suite 4500, Dallas, TX 75201-3827 |
| cr | ##+ | Georganna L. Simpson, P.C., 1833 W. 5th Street, Irving, TX 75060-3747 |
| cr | ##+ | Hunter Mountain Investment Trust, c/o E. P Keiffer, Rochelle McCullough, LLP, 325 North St. Paul St., Suite 4500, Dallas, TX 75201-3827 |
| op | ##+ | James P. Seery, Jr., 795 Columbus Ave., 12A, New York, NY 10025-5952 |
| cr | ##+ | John Honis, c/o E. P Keiffer, Rochelle McCullough, LLP, 325 North St. Paul St., Suite 4500, Dallas, TX 75201-3827 |
| cr | ##+ | Rand Advisors, LLC, c/o E. P Keiffer, Rochelle McCullough, LLP, 325 North St. Paul St., Suite 4500, Dallas, TX 75201-3827 |
| cr | ##+ | Rand PE Fund I, LP, c/o E. P Keiffer, Rochelle McCullough, LLP, 325 North St. Paul St., Suite 4500, Dallas, TX 75201-3827 |
| cr | ##+ | Rand PE Fund Management, LLC, c/o E. P Keiffer, Rochelle McCullough, LLP, 325 North St. Paul St., Suite 4500, Dallas, TX 75201-3827 |

TOTAL: 5 Undeliverable, 3 Duplicate, 14 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Lee Hogewood, III | |
| | on behalf of Interested Party NexPoint Capital  Inc. lee.hogewood@klgates.com, Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com |
| A. Lee Hogewood, III | |
| | on behalf of Interested Party Highland Global Allocation Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com |
| A. Lee Hogewood, III | |
| | on behalf of Interested Party Highland/iBoxx Senior Loan ETF lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com |
| A. Lee Hogewood, III | |
| | on behalf of Interested Party Highland Merger Arbitrage Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com |
| A. Lee Hogewood, III | |
| | on behalf of Interested Party NexPoint Advisors  L.P. lee.hogewood@klgates.com, Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com |
| A. Lee Hogewood, III | |
| | on behalf of Interested Party Highland Total Return Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com |
| A. Lee Hogewood, III | |
| | on behalf of Interested Party Highland Funds I and its series lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com |
| A. Lee Hogewood, III | |

District/off: 0539-3                          User: admin                          Page 6 of 29

Date Rcvd: Jun 15, 2026                     Form ID: pdf012                     Total Noticed: 149

on behalf of Interested Party Highland Opportunistic Credit Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III

on behalf of Defendant NexPoint Capital  Inc. lee.hogewood@klgates.com,
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III

on behalf of Defendant NexPoint Strategic Opportunities Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Small-Cap Equity Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Fixed Income Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Income Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party NexPoint Real Estate Strategies Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III

on behalf of Defendant NexPoint Advisors  L.P. lee.hogewood@klgates.com,
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party NexPoint Strategic Opportunities Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III

on behalf of Defendant Highland Capital Management Fund Advisors  L.P. lee.hogewood@klgates.com,
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III

on behalf of Defendant Highland Income Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Socially Responsible Equity Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Funds II and its series lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. lee.hogewood@klgates.com,
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III

on behalf of Interested Party Highland Healthcare Opportunities Fund lee.hogewood@klgates.com
Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artous
h.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

Alexandre J. Tschumi

on behalf of Interested Party Litigation Trustee of the Highland Capital Management  L.P. Litigation Sub-Trust
alextschumi@quinnemanuel.com

Ali Ohlinger

on behalf of Partner Dugaboy Investment Trust aohlinger@cwl.law

Alyssa Russell

on behalf of Creditor Committee Official Committee of Unsecured Creditors alyssa.russell@sidley.com

efilingnotice@sidley.com;alyssa-russell-3063@ecf.pacerpro.com

Amanda Rush

on behalf of Interested Party CCS Medical Inc. asrush@jonesday.com

Amy K. Anderson

on behalf of Creditor Issuer Group aanderson@joneswalker.com
tfontenot@joneswalker.com;amy-anderson-9331@ecf.pacerpro.com

Amy Lynne Ruhland

on behalf of Defendant James D. Dondero amy.ruhland@pillsburylaw.com
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Creditor The Dugaboy Investment Trust amy.ruhland@pillsburylaw.com
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Creditor Get Good Trust amy.ruhland@pillsburylaw.com
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Cross Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO AS TRUSTEE OF DUGABOY
INVESTMENT TRUST amy.ruhland@pillsburylaw.com,
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Defendant STRAND ADVISORS INC amy.ruhland@pillsburylaw.com,
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC amy.ruhland@pillsburylaw.com
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III AS TRUSTEE OF GET GOOD TRUST
amy.ruhland@pillsburylaw.com, docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Interested Party James Dondero amy.ruhland@pillsburylaw.com
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Creditor Strand Advisors Inc. amy.ruhland@pillsburylaw.com,
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland

on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO AS TRUSTEE OF DUGABOY
INVESTMENT TRUST amy.ruhland@pillsburylaw.com,
docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Andrea Louise Calhoun

on behalf of Defendant Alvarez & Marsal CRF Management LLC acalhoun@gibsondunn.com,
pacer-tx@gibsondunn.com;andrea-calhoun-3381@ecf.pacerpro.com

Andrew Clubok

on behalf of Plaintiff UBS Securities LLC andrew-clubok-9012@ecf.pacerpro.com
dclitserv@lw.com,washington-dc-litigation-services-5378@ecf.pacerpro.com

Andrew Clubok

on behalf of Interested Party UBS Securities LLC andrew-clubok-9012@ecf.pacerpro.com
dclitserv@lw.com,washington-dc-litigation-services-5378@ecf.pacerpro.com

Andrew Clubok

on behalf of Interested Party UBS AG London Branch andrew-clubok-9012@ecf.pacerpro.com
dclitserv@lw.com,washington-dc-litigation-services-5378@ecf.pacerpro.com

Andrew Clubok

on behalf of Plaintiff UBS AG London Branch andrew-clubok-9012@ecf.pacerpro.com
dclitserv@lw.com,washington-dc-litigation-services-5378@ecf.pacerpro.com

Andrew K. York

on behalf of Counter-Claimant Patrick Hagaman Daugherty dyork@grayreed.com slangley@grayreed.com

Andrew K. York

on behalf of Defendant Patrick Hagaman Daugherty dyork@grayreed.com slangley@grayreed.com

Andrew K. York

on behalf of Creditor Patrick Daugherty dyork@grayreed.com slangley@grayreed.com

Annmarie Antoniette Chiarello

on behalf of Creditor Acis Capital Management L.P. achiarello@winstead.com, poakley@winstead.com

District/off: 0539-3 User: admin Page 8 of 29

Date Rcvd: Jun 15, 2026 Form ID: pdf012 Total Noticed: 149

Annmarie Antoniette Chiarello

on behalf of Creditor Acis Capital Management GP LLC achiarello@winstead.com, poakley@winstead.com

Artoush Varshosaz

on behalf of Interested Party Highland Global Allocation Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party Highland Healthcare Opportunities Fund artoush.varshosaz@klgates.com
allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party Highland Funds I and its series artoush.varshosaz@klgates.com allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party Highland Socially Responsible Equity Fund artoush.varshosaz@klgates.com
allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party NexPoint Strategic Opportunities Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Defendant Highland Capital Management Fund Advisors L.P. artoush.varshosaz@klgates.com,
allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party NexPoint Advisors L.P. artoush.varshosaz@klgates.com, allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Defendant NexPoint Capital Inc. artoush.varshosaz@klgates.com, allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party Highland Total Return Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party Highland Merger Arbitrage Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party Highland Fixed Income Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party Highland Capital Management Fund Advisors L.P. artoush.varshosaz@klgates.com,
allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party Highland Small-Cap Equity Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Defendant Highland Income Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party NexPoint Real Estate Strategies Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party Highland Funds II and its series artoush.varshosaz@klgates.com allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party NexPoint Capital Inc. artoush.varshosaz@klgates.com, allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party Highland/iBoxx Senior Loan ETF artoush.varshosaz@klgates.com allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Defendant NexPoint Strategic Opportunities Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Defendant NexPoint Advisors L.P. artoush.varshosaz@klgates.com, allison.stowe@klgates.com

Artoush Varshosaz

on behalf of Interested Party Highland Income Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com

Asif Attarwala

on behalf of Interested Party UBS Securities LLC asif.attarwala@lw.com

Asif Attarwala

on behalf of Interested Party UBS AG London Branch asif.attarwala@lw.com

Avery Joseph Welker

on behalf of Creditor The Dugaboy Investment Trust avery.welker@morganlewis.com

Avery Joseph Welker

on behalf of Partner Dugaboy Investment Trust avery.welker@morganlewis.com

Basil A. Umari

District/off: 0539-3                                    User: admin                                          Page 9 of 29

Date Rcvd: Jun 15, 2026                              Form ID: pdf012                                    Total Noticed: 149

on behalf of Interested Party Meta-e Discovery  LLC basil@umarilaw.com, pelliott@dykema.com

Bennett Rawicki

on behalf of Defendant Alvarez & Marsal CRF Management  LLC brawicki@hilgerslaw.com

Bojan Guzina

on behalf of Creditor Committee Official Committee of Unsecured Creditors bguzina@sidley.com

Brant C. Martin

on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC brant.martin@wickphillips.com
samantha.tandy@wickphillips.com;CourtMail@wickphillips.com

Brent Ryan McIlwain

on behalf of Defendant Farallon Capital Management  L.L.C. brent.mcilwain@hklaw.com,
robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain

on behalf of Debtor Highland Capital Management  L.P. brent.mcilwain@hklaw.com,
robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain

on behalf of Creditor Farallon Capital Management  LLC brent.mcilwain@hklaw.com,
robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain

on behalf of Other Professional Highland Claimant Trust brent.mcilwain@hklaw.com
robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain

on behalf of Creditor Stonehill Capital Management LLC brent.mcilwain@hklaw.com
robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain

on behalf of Creditor Muck Holdings LLC brent.mcilwain@hklaw.com  robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain

on behalf of Creditor Jessup Holdings LLC brent.mcilwain@hklaw.com  robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain

on behalf of Creditor James P. Seery  Jr. brent.mcilwain@hklaw.com, robert.jones@hklaw.com;brian.smith@hklaw.com

Brian D. Glueckstein

on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #2 gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Interested Party The Okada Insurance Rabbi Trust gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #1 gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Interested Party Okada Family Foundation  Inc. gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Interested Party Mark Okada gluecksteinb@sullcrom.com

Brian J. Smith

on behalf of Defendant Farallon Capital Management  L.L.C. brian.smith@hklaw.com,
robert.jones@hklaw.com;brent.mcilwain@hklaw.com

Bryan C. Assink

on behalf of Defendant James D. Dondero bryan.assink@bondsellis.com  linda.gordon@bondsellis.com

Bryan C. Assink

on behalf of Plaintiff James Dondero bryan.assink@bondsellis.com  linda.gordon@bondsellis.com

Bryan C. Assink

on behalf of Creditor The Dugaboy Investment Trust bryan.assink@bondsellis.com  linda.gordon@bondsellis.com

Candice Marie Carson

on behalf of Plaintiff UBS AG London Branch candice.carson@vkhh.com
candice.carson@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;jordan.griffin@v
hh.law;jordan.griffin@ecf.courtdrive.com

Candice Marie Carson

on behalf of Interested Party UBS Securities LLC candice.carson@vkhh.com
candice.carson@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;jordan.griffin@v
hh.law;jordan.griffin@ecf.courtdrive.com

Candice Marie Carson

on behalf of Plaintiff UBS Securities LLC candice.carson@vkhh.com
candice.carson@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;jordan.griffin@v
hh.law;jordan.griffin@ecf.courtdrive.com

District/off: 0539-3

Date Rcvd: Jun 15, 2026

User: admin

Form ID: pdf012

Page 10 of 29

Total Noticed: 149

Candice Marie Carson

on behalf of Interested Party UBS AG London Branch candice.carson@vkhh.com
candice.carson@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;jordan.griffin@vhh.law;jordan.griffin@ecf.courtdrive.com

Chad D. Timmons

on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com

Charles Martin Persons, Jr.

on behalf of Creditor Committee Official Committee of Unsecured Creditors CharlesPersons@paulhastings.com
michaelmagzamen@paulhastings.com;davidmohamed@paulhastings.com;matlaskowski@paulhastings.com

Charles W. Gameros, Jr.

on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC bgameros@legaltexas.com
lmilam@legaltexas.com;jrauch@legaltexas.com

Charles W. Gameros, Jr.

on behalf of Creditor HCRE Partners  LLC (n/k/a NexPoint Real Estate Partners, LLC) bgameros@legaltexas.com,
lmilam@legaltexas.com;jrauch@legaltexas.com

Christopher Harayda

on behalf of Interested Party NexPoint Advisors  L.P. cj.harayda@stinson.com, mpl.lssteam5@stinson.com

Christopher Harayda

on behalf of Interested Party NexPoint Asset Management  L.P. cj.harayda@stinson.com, mpl.lssteam5@stinson.com

Christopher Andrew Bailey

on behalf of Creditor Muck Holdings LLC Christopher.Bailey@hklaw.com
hapi@hklaw.com;trip.nix@hklaw.com;julia.warren@hklaw.com

Christopher Andrew Bailey

on behalf of Creditor Jessup Holdings LLC Christopher.Bailey@hklaw.com
hapi@hklaw.com;trip.nix@hklaw.com;julia.warren@hklaw.com

Christopher Andrew Bailey

on behalf of Creditor Farallon Capital Management  LLC Christopher.Bailey@hklaw.com,
hapi@hklaw.com;trip.nix@hklaw.com;julia.warren@hklaw.com

Christopher Andrew Bailey

on behalf of Creditor Stonehill Capital Management LLC Christopher.Bailey@hklaw.com
hapi@hklaw.com;trip.nix@hklaw.com;julia.warren@hklaw.com

Christopher J. Akin

on behalf of Defendant Isaac Leventon cakin@lynnllp.com  vkropp@lynnllp.com;enavarro@lynnllp.com

Christopher J. Akin

on behalf of Defendant Scott Ellington cakin@lynnllp.com  vkropp@lynnllp.com;enavarro@lynnllp.com

Clay Marshall Taylor

on behalf of Plaintiff James Dondero ctaylor@spencerfane.com  clay-taylor-2904@ecf.pacerpro.com

Clay Marshall Taylor

on behalf of Interested Party James Dondero ctaylor@spencerfane.com  clay-taylor-2904@ecf.pacerpro.com

Cortney C. Thomas

on behalf of Interested Party Okada Family Foundation  Inc. cort@brownfoxlaw.com, korourke@brownfoxlaw.com

Cortney C. Thomas

on behalf of Interested Party Mark Okada cort@brownfoxlaw.com  korourke@brownfoxlaw.com

Cortney C. Thomas

on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #1 cort@brownfoxlaw.com
korourke@brownfoxlaw.com

Cortney C. Thomas

on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #2 cort@brownfoxlaw.com
korourke@brownfoxlaw.com

Cortney C. Thomas

on behalf of Interested Party The Okada Insurance Rabbi Trust cort@brownfoxlaw.com  korourke@brownfoxlaw.com

Daniel P. Winikka

on behalf of Interested Party Jack Yang dan@danwinlaw.com  dan@danwinlaw.com

Daniel P. Winikka

on behalf of Interested Party Brad Borud dan@danwinlaw.com  dan@danwinlaw.com

David G. Adams

on behalf of Creditor United States (IRS) david.g.adams@usdoj.gov
southwestern.taxcivil@usdoj.gov;david.adams4@usdoj.gov;brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

David Grant Crooks

on behalf of Creditor Committee Official Committee of Unsecured Creditors dcrooks@foxrothschild.com

etaylor@foxrothschild.com,rdietz@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

David Grant Crooks

on behalf of Creditor PensionDanmark Pensionsforsikringsaktieselskab dcrooks@foxrothschild.com
etaylor@foxrothschild.com,rdietz@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

David Grant Crooks

on behalf of Debtor Highland Capital Management  L.P. dcrooks@foxrothschild.com,
etaylor@foxrothschild.com,rdietz@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

David L. Curry, Jr.

on behalf of Interested Party The Dallas Foundation dcurry@okinadams.com  nhollon@okinadams.com

David L. Curry, Jr.

on behalf of Interested Party Crown Global Life Insurance  Ltd dcurry@okinadams.com, nhollon@okinadams.com

Davor Rukavina

on behalf of Interested Party Highland Total Return Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland/iBoxx Senior Loan ETF drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Defendant NexPoint Advisors  L.P. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party NexPoint Real Estate Strategies Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Merger Arbitrage Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party NexPoint Capital  Inc. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. drukavina@munsch.com,
Courtmail@munsch.com

Davor Rukavina

on behalf of Defendant Highland Income Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Defendant Highland Capital Management Fund Advisors  L.P. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Opportunistic Credit Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Funds II and its series drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Socially Responsible Equity Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Healthcare Opportunities Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Global Allocation Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Funds I and its series drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party NexPoint Strategic Opportunities Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Defendant NexPoint Strategic Opportunities Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Small-Cap Equity Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party NexPoint Advisors  L.P. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina

on behalf of Defendant NexPoint Capital  Inc. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Fixed Income Fund drukavina@munsch.com  Courtmail@munsch.com

Davor Rukavina

on behalf of Interested Party Highland Income Fund drukavina@munsch.com  Courtmail@munsch.com

District/off: 0539-3      User: admin      Page 12 of 29

Date Rcvd: Jun 15, 2026      Form ID: pdf012      Total Noticed: 149

Deborah Rose Deitsch-Perez

on behalf of Partner Dugaboy Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant Highland Capital Management Services  Inc. deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Plaintiff Hunter Mountain Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant HCRE Partners  LLC (n/k/a NexPoint Real Estate Partners, LLC) deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Plaintiff Dugaboy Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Interested Party NexPoint Advisors  L.P. deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant James D. Dondero deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant NexPoint Advisors  L.P. deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Creditor The Dugaboy Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Interested Party James Dondero deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO  AS TRUSTEE OF DUGABOY
INVESTMENT TRUST deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Witness Nancy Dondero deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant STRAND ADVISORS  INC deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III  AS TRUSTEE OF GET GOOD TRUST
deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant James Dondero deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant The Dugaboy Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant Scott Ellington deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant Nancy Dondero deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant Highland Capital Management Fund Advisors  L.P. deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Defendant Isaac Leventon deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. deborah.deitschperez@stinson.com,

District/off: 0539-3                                    User: admin                                         Page 13 of 29

Date Rcvd: Jun 15, 2026                              Form ID: pdf012                                      Total Noticed: 149

belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Creditor Hunter Mountain Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez

on behalf of Interested Party Highland CLO Management Ltd deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Debra A Dandeneau

on behalf of Defendant Scott Ellington debra.dandeneau@bakermckenzie.com  blaire.cahn@bakermckenzie.com

Debra A Dandeneau

on behalf of Defendant Isaac Leventon debra.dandeneau@bakermckenzie.com  blaire.cahn@bakermckenzie.com

Debra A Dandeneau

on behalf of Creditor Scott Ellington  Thomas Surgent, Frank Waterhouse, Isaac Leventon debra.dandeneau@bakermckenzie.com,
blaire.cahn@bakermckenzie.com

Debra A Dandeneau

on behalf of Interested Party CPCM  LLC debra.dandeneau@bakermckenzie.com, blaire.cahn@bakermckenzie.com

Dennis M. Twomey

on behalf of Creditor Committee Official Committee of Unsecured Creditors dtwomey@sidley.com

Donna K. Webb

on behalf of Creditor Pension Benefit Guaranty Corporation donna.webb@usdoj.gov
brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov

Douglas J. Schneller

on behalf of Creditor Contrarian Funds LLC douglas.schneller@rimonlaw.com

Douglas S. Draper

on behalf of Creditor Get Better Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor Dana Scott Breault ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor SLHC Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor The Dugaboy Investment Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor Dolomiti LLC ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor Get Good Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor The Get Good Non Exempt Trust No 2 ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor Canis Minor Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor Get Good Non Exempt Trust No 1 ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Creditor The Dondero Insurance Rabbi Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Defendant The Dugaboy Investment Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper

on behalf of Defendant The Get Good Nonexempt Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Drake M. Rayshell

on behalf of Creditor Patrick Daugherty drayshell@grayreed.com  mmoreno@grayreed.com

Edmon L. Morton
on behalf of Creditor Committee Official Committee of Unsecured Creditors emorton@ycst.com

Edward J. Leen
on behalf of Creditor Jessup Holdings LLC eleen@mkbllp.com

Edward J. McNeilly
on behalf of Interested Party Hon.Russell F. Nelms (Ret.) edward.mcneilly@hoganlovells.com

Edward J. McNeilly
on behalf of Interested Party John S. Dubel edward.mcneilly@hoganlovells.com

Edwin Paul Keiffer
on behalf of Interested Party Hunter Mountain Trust pkeiffer@romclaw.com  bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Creditor Rand Advisors  LLC pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Defendant Hunter Mountain Investment Trust pkeiffer@romclaw.com
bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Creditor Atlas IDF  LP pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Creditor Rand PE Fund I  LP pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Creditor John Honis pkeiffer@romclaw.com  bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Creditor Beacon Mountain  LLC pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Creditor Atlas IDF  GP, LLC pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Creditor Rand PE Fund Management  LLC pkeiffer@romclaw.com,
bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Creditor Hunter Mountain Investment Trust pkeiffer@romclaw.com
bwallace@romclaw.com,dsalinas@romclaw.com

Elizabeth Weller
on behalf of Creditor Grayson County Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Dallas County Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Upshur County Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Fannin CAD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Coleman County TAD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Rockwall CAD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Allen ISD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Irving ISD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Tarrant County Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Kaufman County Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Eric A. Soderlund
on behalf of Interested Party Former Employees eric.soderlund@rsbfirm.com

Eric A. Soderlund
on behalf of Creditor Scott Ellington  Thomas Surgent, Frank Waterhouse, Isaac Leventon eric.soderlund@rsbfirm.com

Eric A. Soderlund
on behalf of Creditor Frank Waterhouse  Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent

District/off: 0539-3      User: admin      Page 15 of 29

Date Rcvd: Jun 15, 2026      Form ID: pdf012      Total Noticed: 149

eric.soderlund@rsbfirm.com

Eric A. Soderlund

on behalf of Interested Party CPCM LLC eric.soderlund@rsbfirm.com

Eric Thomas Haitz

on behalf of Defendant Alvarez & Marsal CRF Management LLC eric.haitz@bondsellis.com, linda.gordon@bondsellis.com

Erin Marie Schmidt

on behalf of U.S. Trustee United States Trustee ustpregion06.da.ecf@usdoj.gov erin.schmidt2@usdoj.gov

Frances Anne Smith

on behalf of Interested Party Former Employees frances.smith@offitkurman.com michael.coulombe@offitkurman.com

Frances Anne Smith

on behalf of Creditor Scott Ellington Thomas Surgent, Frank Waterhouse, Isaac Leventon frances.smith@offitkurman.com, michael.coulombe@offitkurman.com

Frances Anne Smith

on behalf of Interested Party CPCM LLC frances.smith@offitkurman.com, michael.coulombe@offitkurman.com

Frances Anne Smith

on behalf of Plaintiff Scott Byron Ellington frances.smith@offitkurman.com michael.coulombe@offitkurman.com

Frances Anne Smith

on behalf of Creditor Frank Waterhouse frances.smith@offitkurman.com michael.coulombe@offitkurman.com

Frances Anne Smith

on behalf of Interested Party Matthew DiOrio Scott Ellington, Isaac Leventon, Mary Kathryn Lucas (nee Irving), John Paul Sevilla, Stephanie Vitiello, and Frank Waterhouse frances.smith@offitkurman.com, michael.coulombe@offitkurman.com

Frances Anne Smith

on behalf of Creditor Scott Ellington frances.smith@offitkurman.com michael.coulombe@offitkurman.com

Geoffrey Scott Harper

on behalf of Creditor The Get Good Non Exempt Trust No 2 gharper@kslaw.com

Geoffrey Scott Harper

on behalf of Partner Dugaboy Investment Trust gharper@kslaw.com

Geoffrey Scott Harper

on behalf of Interested Party NexPoint Advisors L.P. gharper@kslaw.com

Geoffrey Scott Harper

on behalf of Creditor The Dugaboy Investment Trust gharper@kslaw.com

Geoffrey Scott Harper

on behalf of Interested Party James Dondero gharper@kslaw.com

Geoffrey Scott Harper

on behalf of Interested Party NexPoint Real Estate Advisors L.P. gharper@kslaw.com

Geoffrey Scott Harper

on behalf of Interested Party NexPoint Asset Management L.P. gharper@kslaw.com

Gregory Getty Hesse

on behalf of Partner Dugaboy Investment Trust ghesse@huntonak.com
astowe@huntonak.com;tcanada@HuntonAK.com;creeves@HuntonAK.com

Gregory Getty Hesse

on behalf of Spec. Counsel Hunton Andrews Kurth LLP ghesse@huntonak.com
astowe@huntonak.com;tcanada@HuntonAK.com;creeves@HuntonAK.com

Gregory V. Demo

on behalf of Debtor Highland Capital Management L.P. gdemo@pszjlaw.com,
jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo

on behalf of Counter-Defendant Highland Capital Management L.P. gdemo@pszjlaw.com,
jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo

on behalf of Defendant Highland Capital Management LP gdemo@pszjlaw.com,
jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo

on behalf of Defendant Highland Capital Management L.P. gdemo@pszjlaw.com,
jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

District/off: 0539-3      User: admin      Page 16 of 29

Date Rcvd: Jun 15, 2026      Form ID: pdf012      Total Noticed: 149

Gregory V. Demo

on behalf of Defendant Highland Claimant Trust gdemo@pszjlaw.com
jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo

on behalf of Plaintiff Highland Capital Management L.P. gdemo@pszjlaw.com,
jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo

on behalf of Creditor Committee Official Committee of Unsecured Creditors gdemo@pszjlaw.com
jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Greta M. Brouphy

on behalf of Creditor The Dugaboy Investment Trust gbrouphy@hellerdraper.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com

Greta M. Brouphy

on behalf of Defendant The Dugaboy Investment Trust gbrouphy@hellerdraper.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com

Greta M. Brouphy

on behalf of Creditor Get Good Trust gbrouphy@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com

Hayley R Winograd

on behalf of Counter-Defendant Highland Capital Management L.P. hwinograd@allenmatkins.com

Hayley R Winograd

on behalf of Debtor Highland Capital Management L.P. hwinograd@allenmatkins.com

Hayley R Winograd

on behalf of Defendant Highland Capital Management L.P. hwinograd@allenmatkins.com

Hayley R Winograd

on behalf of Defendant Highland Claimant Trust hwinograd@allenmatkins.com

Hayley R Winograd

on behalf of Plaintiff Highland Capital Management L.P. hwinograd@allenmatkins.com

Hayley R Winograd

on behalf of Defendant Highland Capital Management LP hwinograd@allenmatkins.com

Holland N. O'Neil

on behalf of Spec. Counsel Foley Gardere Foley & Lardner LLP honeil@foley.com,
jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com

Ian Salzer

on behalf of Creditor Hunter Mountain Investment Trust isalzer@pmmlaw.com

Ian Salzer

on behalf of Interested Party Hunter Mountain Investment Trust isalzer@pmmlaw.com

Ian Salzer

on behalf of Plaintiff Hunter Mountain Investment Trust isalzer@pmmlaw.com

Ian Salzer

on behalf of Interested Party Hunter Mountain Trust isalzer@pmmlaw.com

Ian Salzer

on behalf of Plaintiff Charitable DAF Fund L.P. isalzer@pmmlaw.com

J. Seth Moore

on behalf of Creditor Siepe LLC semoore@swlaw.com,
sluby@swlaw.com;docket_den@swlaw.com;DOCKET_DAL@swlaw.com

Jaclyn C. Weissgerber

on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com jweissgerber@ycst.com

James Jay Lee

on behalf of Interested Party Lynn Pinker Hurst & Schwegmann LLP jimlee@velaw.com

James Jay Lee

on behalf of Interested Party The Pettit Law Firm jimlee@velaw.com

Jason Bernstein

on behalf of Creditor BHH Equities LLC casey.doherty@dentons.com
dawn.brown@dentons.com;Melinda.sanchez@dentons.com;docket.general.lit.dal@dentons.com

Jason Bernstein

on behalf of Interested Party Jefferies LLC casey.doherty@dentons.com
dawn.brown@dentons.com;Melinda.sanchez@dentons.com;docket.general.lit.dal@dentons.com

District/off: 0539-3      User: admin      Page 17 of 29

Date Rcvd: Jun 15, 2026      Form ID: pdf012      Total Noticed: 149

Jason Alexander Enright

on behalf of Creditor Acis Capital Management GP LLC jenright@winstead.com

Jason Alexander Enright

on behalf of Creditor Acis Capital Management L.P. jenright@winstead.com

Jason Patrick Kathman

on behalf of Creditor Todd Travers jkathman@spencerfane.com lvargas@spencerfane.com

Jason Patrick Kathman

on behalf of Creditor Davis Deadman jkathman@spencerfane.com lvargas@spencerfane.com

Jason Patrick Kathman

on behalf of Defendant Patrick Hagaman Daugherty jkathman@spencerfane.com lvargas@spencerfane.com

Jason Patrick Kathman

on behalf of Creditor Patrick Daugherty jkathman@spencerfane.com lvargas@spencerfane.com

Jason Patrick Kathman

on behalf of Creditor Paul Kauffman jkathman@spencerfane.com lvargas@spencerfane.com

Jason Patrick Kathman

on behalf of Defendant Patrick Daugherty jkathman@spencerfane.com lvargas@spencerfane.com

Jason S. Brookner

on behalf of Creditor Patrick Daugherty jbrookner@grayreed.com lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner

on behalf of Defendant Patrick Daugherty jbrookner@grayreed.com lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner

on behalf of Creditor Gray Reed & McGraw LLP jbrookner@grayreed.com lwebb@grayreed.com;acarson@grayreed.com

Jeff P. Prostok

on behalf of Creditor Joshua Terry jeff.prostok@vkhh.com
jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jeff P. Prostok

on behalf of Creditor Jennifer G. Terry jeff.prostok@vkhh.com
jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jeffrey Kurtzman

on behalf of Creditor BET Investments II L.P. kurtzman@kurtzmansteady.com

Jeffrey Nathan Pomerantz

on behalf of Plaintiff Highland Capital Management L.P. jpomerantz@pszjlaw.com

Jeffrey Nathan Pomerantz

on behalf of Debtor Highland Capital Management L.P. jpomerantz@pszjlaw.com

Jeffrey Nathan Pomerantz

on behalf of Counter-Defendant Highland Capital Management L.P. jpomerantz@pszjlaw.com

Jeffrey Nathan Pomerantz

on behalf of Defendant Highland Claimant Trust jpomerantz@pszjlaw.com

Jeffrey Nathan Pomerantz

on behalf of Defendant Highland Capital Management L.P. jpomerantz@pszjlaw.com

Jeffrey Reid Burley

on behalf of Defendant Patrick Hagaman Daugherty rburley@grayreed.com hpetrea@bellnunnally.com

Jeffrey Reid Burley

on behalf of Counter-Claimant Patrick Hagaman Daugherty rburley@grayreed.com hpetrea@bellnunnally.com

Jerry C. Alexander

on behalf of Attorney Scott M. Seidel alexanderj@passmanjones.com chandlers@passmanjones.com

John A Morris

on behalf of Defendant Highland Claimant Trust jmorris@pszjlaw.com

John A Morris

on behalf of Counter-Defendant Highland Capital Management L.P. jmorris@pszjlaw.com

John A Morris

on behalf of Creditor Muck Holdings LLC jmorris@pszjlaw.com

John A Morris

on behalf of Creditor Jessup Holdings LLC jmorris@pszjlaw.com

John A Morris

District/off: 0539-3                          User: admin                          Page 18 of 29

Date Rcvd: Jun 15, 2026                       Form ID: pdf012                       Total Noticed: 149

on behalf of Defendant Highland Capital Management  L.P. jmorris@pszjlaw.com

John A Morris

on behalf of Plaintiff Highland Capital Management  L.P. jmorris@pszjlaw.com

John A Morris

on behalf of Debtor Highland Capital Management  L.P. jmorris@pszjlaw.com

John A Morris

on behalf of Other Professional James P. Seery  Jr. jmorris@pszjlaw.com

John A Morris

on behalf of Creditor Stonehill Capital Management LLC jmorris@pszjlaw.com

John A Morris

on behalf of Creditor James P. Seery  Jr. jmorris@pszjlaw.com

John A Morris

on behalf of Other Professional Highland Claimant Trust jmorris@pszjlaw.com

John A Morris

on behalf of Creditor Farallon Capital Management  LLC jmorris@pszjlaw.com

John A Morris

on behalf of Defendant Highland Capital Management  LP jmorris@pszjlaw.com

John J. Kane

on behalf of Creditor Grant James Scott III jkane@krcl.com  ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane

on behalf of Defendant Grant James Scott III jkane@krcl.com  ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane

on behalf of Defendant CLO Holdco  Ltd. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane

on behalf of Defendant Grant James Scott III jkane@krcl.com  ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John Kendrick Turner

on behalf of Creditor City of Allen john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Fannin CAD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Irving ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Dallas County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Kaufman County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Tarrant County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor City of Richardson john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Coleman County TAD john.turner@lgbs.com
Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Upshur County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Allen ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Grayson County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Michael Gaddis

on behalf of Partner Dugaboy Investment Trust mgaddis@kslaw.com  ecf_houston@winston.com

John T. Cox, III

on behalf of Defendant Alvarez & Marsal CRF Management  LLC tcox@gibsondunn.com,
WCassidy@gibsondunn.com;twesley@gibsondunn.com;pacer-tx@gibsondunn.com;pvickery@gibsondunn.com;trey-cox-4576@e
cf.pacerpro.com

Johnathan Stone

on behalf of Interested Party State of Texas johnathan.stone@oag.texas.gov

District/off: 0539-3 User: admin Page 19 of 29

Date Rcvd: Jun 15, 2026 Form ID: pdf012 Total Noticed: 149

Johnny Sutton

on behalf of Partner Dugaboy Investment Trust rrussell@ashcroftlawfirm.com

Jonathan Sundheimer

on behalf of Creditor NWCC LLC jsundheimer@btlaw.com

Jonathan E. Bridges

on behalf of Creditor CLO Holdco Ltd. jeb@sbaitilaw.com

Jonathan E. Bridges

on behalf of Plaintiff PCMG Trading Partners XXIII LP jeb@sbaitilaw.com

Jonathan E. Bridges

on behalf of Plaintiff CLO Holdco Ltd. jeb@sbaitilaw.com

Jonathan E. Bridges

on behalf of Interested Party CLO Holdco Ltd. jeb@sbaitilaw.com

Jonathan E. Bridges

on behalf of Interested Party Charitable DAF Fund LP jeb@sbaitilaw.com

Jonathan E. Bridges

on behalf of Plaintiff Charitable DAF Fund LP jeb@sbaitilaw.com

Jonathan F. Mitchell

on behalf of Interested Party James Dondero jonathan@mitchell.law

Jordan A. Kroop

on behalf of Debtor Highland Capital Management L.P. jkroop@pszjlaw.com, tcorrea@pszjlaw.com

Joseph E. Bain

on behalf of Creditor Issuer Group JBain@joneswalker.com
kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com

Joseph Y. Ahmad

on behalf of Creditor Acis Capital Management GP LLC joeahmad@azalaw.com, sbates@azalaw.com;ahernandez@azalaw.com

Joshua Seth Levy

on behalf of Other Professional James P. Seery Jr. jlevy@willkie.com

Joshua Seth Levy

on behalf of Debtor Highland Capital Management L.P. jlevy@willkie.com

Joshua Seth Levy

on behalf of Creditor James P. Seery Jr. jlevy@willkie.com

Julian Preston Vasek

on behalf of Interested Party Highland Total Return Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland Income Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek

on behalf of Defendant Highland Income Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland Opportunistic Credit Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland Healthcare Opportunities Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland Capital Management Fund Advisors L.P. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party NexPoint Capital Inc. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland/iBoxx Senior Loan ETF jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party NexPoint Advisors L.P. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party NexPoint Strategic Opportunities Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland Funds II and its series jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek

on behalf of Defendant NexPoint Advisors L.P. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek

District/off: 0539-3                       User: admin                                    Page 20 of 29

Date Rcvd: Jun 15, 2026                   Form ID: pdf012                              Total Noticed: 149

on behalf of Interested Party NexPoint Real Estate Strategies Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek

on behalf of Defendant NexPoint Capital Inc. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland Small-Cap Equity Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek

on behalf of Defendant Highland Capital Management Fund Advisors L.P. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland Merger Arbitrage Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland Fixed Income Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland Funds I and its series jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party NexPoint Advisors GP LLC jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek

on behalf of Defendant NexPoint Strategic Opportunities Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland Socially Responsible Equity Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek

on behalf of Interested Party Highland Global Allocation Fund jvasek@munsch.com CourtMail@munsch.com

Juliana Hoffman

on behalf of Financial Advisor FTI Consulting Inc. jhoffman@sidley.com,
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman

on behalf of Plaintiff Official Committee of Unsecured Creditors jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman

on behalf of Interested Party UBS Securities LLC jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman

on behalf of Interested Party UBS AG London Branch jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman

on behalf of Debtor Highland Capital Management L.P. jhoffman@sidley.com,
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman

on behalf of Interested Party Committee of Unsecured Creditors jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman

on behalf of Creditor Sidley Austin LLP jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman

on behalf of Creditor Committee Official Committee of Unsecured Creditors jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman

on behalf of Other Professional Teneo Capital LLC jhoffman@sidley.com,
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Kesha Tanabe

on behalf of Creditor Cedar Glade LP kesha@tanabelaw.com

Kevin Perkins

on behalf of Defendant MASSAND CAPITAL LLC kperkins@vanacourperkins.com

Kevin Perkins

on behalf of Defendant MASSAND CAPITAL INC. kperkins@vanacourperkins.com

Kimberly A. Posin

on behalf of Interested Party UBS Securities LLC kim.posin@lw.com colleen.rico@lw.com

Kimberly A. Posin

on behalf of Plaintiff UBS AG London Branch kim.posin@lw.com colleen.rico@lw.com

District/off: 0539-3                               User: admin                                           Page 21 of 29

Date Rcvd: Jun 15, 2026                         Form ID: pdf012                                     Total Noticed: 149

Kimberly A. Posin

on behalf of Interested Party UBS AG London Branch kim.posin@lw.com colleen.rico@lw.com

Kimberly A. Posin

on behalf of Plaintiff UBS Securities LLC kim.posin@lw.com colleen.rico@lw.com

Kristin H. Jain

on behalf of Interested Party NexPoint Advisors L.P. khjain@jainlaw.com, dskierski@skijain.com

Kristin H. Jain

on behalf of Interested Party NexPoint Real Estate Advisors L.P. khjain@jainlaw.com, dskierski@skijain.com

Larry R Boyd

on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR lboyd@abernathy-law.com
ljameson@abernathy-law.com

Lauren Kessler Drawhorn

on behalf of Creditor Eagle Equity Advisors LLC lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Advisors V L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Advisors IV L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Residential Trust Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party VineBrook Homes Trust, Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Partners LLC lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexBank lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party MGM Holdings Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexBank Title Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Advisors VII L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexBank Capital Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Creditor HCRE Partners LLC (n/k/a NexPoint Real Estate Partners, LLC) lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Advisors II L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Finance Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Creditor Highland Capital Management Services Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party Nexpoint Real Estate Capital LLC lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Advisors VIII L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Advisors VI L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Advisors L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Real Estate Advisors III L.P. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

on behalf of Interested Party NexPoint Multifamily Capital Trust Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

District/off: 0539-3       User: admin       Page 22 of 29

Date Rcvd: Jun 15, 2026       Form ID: pdf012       Total Noticed: 149

      on behalf of Interested Party NexBank Securities Inc. lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

      on behalf of Creditor Advisors Equity Group LLC lkdrawhorn@gmail.com

Lauren Kessler Drawhorn

      on behalf of Interested Party NexPoint Hospitality Trust lkdrawhorn@gmail.com

Laurie A Spindler

      on behalf of Creditor Irving ISD Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

      on behalf of Creditor Dallas County Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

      on behalf of Creditor Allen ISD Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

      on behalf of Creditor City of Richardson Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

      on behalf of Creditor Grayson County Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

      on behalf of Creditor Kaufman County Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

      on behalf of Creditor Tarrant County Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

      on behalf of Creditor City of Allen Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Leslie A. Collins

      on behalf of Creditor The Dugaboy Investment Trust lcollins@hellerdraper.com

Leslie A. Collins

      on behalf of Creditor Get Good Trust lcollins@hellerdraper.com

Leslie A. Collins

      on behalf of Defendant The Dugaboy Investment Trust lcollins@hellerdraper.com

Linda D. Reece

      on behalf of Creditor Plano ISD lreece@pbfcm.com lreece@ecf.courtdrive.com

Linda D. Reece

      on behalf of Creditor City of Garland lreece@pbfcm.com lreece@ecf.courtdrive.com

Linda D. Reece

      on behalf of Creditor Wylie ISD lreece@pbfcm.com lreece@ecf.courtdrive.com

Linda D. Reece

      on behalf of Creditor Garland ISD lreece@pbfcm.com lreece@ecf.courtdrive.com

Lindsey Lee Robin

      on behalf of Creditor Muck Holdings LLC lrobin@reedsmith.com
jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin

      on behalf of Creditor Stonehill Capital Management LLC lrobin@reedsmith.com
jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin

      on behalf of Other Professional Highland Claimant Trust lrobin@reedsmith.com
jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin

      on behalf of Creditor Jessup Holdings LLC lrobin@reedsmith.com
jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin

      on behalf of Creditor James P. Seery Jr. lrobin@reedsmith.com,
jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin

      on behalf of Creditor Farallon Capital Management LLC lrobin@reedsmith.com,

jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin

on behalf of Debtor Highland Capital Management  L.P. lrobin@reedsmith.com,
jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin

on behalf of Other Professional James P. Seery  Jr. lrobin@reedsmith.com,
jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lisa L. Lambert

on behalf of U.S. Trustee United States Trustee lisa.l.lambert@usdoj.gov

Louis M. Phillips

on behalf of Defendant CLO Holdco  Ltd. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Interested Party The Dallas Foundation louis.phillips@kellyhart.com
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Respondent Mark Patrick louis.phillips@kellyhart.com
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Creditor Charitable DAF GP  L.P. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Creditor Shields Legal Group  P.C. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Creditor ValueScope  LLC louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Interested Party Highland Dallas Foundation  Inc. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Interested Party The Charitable DAF Fund  L.P. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Creditor Highland Dallas Foundation  Inc. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Attorney Kelly Hart & Pitre louis.phillips@kellyhart.com
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Creditor CLO Holdco  Ltd. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Interested Party CLO Holdco  Ltd. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Interested Party Highland Kansas City Foundation  Inc. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Plaintiff CLO Holdco  Ltd. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Creditor Rand PE Fund Management  LLC louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Creditor Hunter Mountain Investment Trust louis.phillips@kellyhart.com
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Creditor Beacon Mountain  LLC louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Creditor Charitable DAF HoldCo  Ltd. louis.phillips@kellyhart.com,

District/off: 0539-3            User: admin            Page 24 of 29

Date Rcvd: Jun 15, 2026            Form ID: pdf012            Total Noticed: 149

june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Interested Party Mary Jalonick louis.phillips@kellyhart.com
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Creditor Rand PE Fund I  LP louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Interested Party The Santa Barbara Foundation louis.phillips@kellyhart.com
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Defendant Highland Dallas Foundation  Inc. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Interested Party Charitable DAF Fund  LP louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Creditor The Charitable DAF Fund  L.P. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Interested Party Highland Santa Barbara Foundation  Inc. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Interested Party The Greater Kansas City Community Foundation louis.phillips@kellyhart.com
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Creditor Rand Advisors  LLC louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Plaintiff Charitable DAF Fund  LP louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

M. David Bryant, Jr.

on behalf of Interested Party Integrated Financial Associates  Inc. dbryant@dykema.com, csmith@dykema.com

Margaret Michelle Hartmann

on behalf of Defendant Isaac Leventon michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann

on behalf of Creditor Scott Ellington michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann

on behalf of Defendant Scott Ellington michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann

on behalf of Interested Party CPCM  LLC michelle.hartmann@bakermckenzie.com

Mark Stancil

on behalf of Debtor Highland Capital Management  L.P. mstancil@willkie.com

Mark Stancil

on behalf of Other Professional James P. Seery  Jr. mstancil@willkie.com

Mark Stancil

on behalf of Other Professional Highland Claimant Trust mstancil@willkie.com

Mark Stancil

on behalf of Creditor James P. Seery  Jr. mstancil@willkie.com

Mark A. Platt

on behalf of Interested Party Redeemer Committee of the Highland Crusader Fund mplatt@fbtlaw.com  dwilliams@fbtlaw.com

Marshall R. King

on behalf of Interested Party Alvarez & Marsal CRF Management  LLC, as Investment Manager of the Highland Crusader Funds
mking@gibsondunn.com, marshall-r-king-9149@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Marshall R. King

on behalf of Defendant Alvarez & Marsal CRF Management  LLC mking@gibsondunn.com,
marshall-r-king-9149@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Martin A. Sosland

on behalf of Interested Party UBS AG London Branch martin.sosland@vkhh.com
martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com

District/off: 0539-3                          User: admin                                      Page 25 of 29

Date Rcvd: Jun 15, 2026                     Form ID: pdf012                              Total Noticed: 149

Martin A. Sosland
on behalf of Plaintiff UBS AG London Branch martin.sosland@vkhh.com
martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com

Martin A. Sosland
on behalf of Interested Party UBS Securities LLC martin.sosland@vkhh.com
martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com

Martin A. Sosland
on behalf of Plaintiff UBS Securities LLC martin.sosland@vkhh.com
martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com

Matthew Gold
on behalf of Creditor Argo Partners courts@argopartners.net

Matthew A. Clemente
on behalf of Creditor Committee Official Committee of Unsecured Creditors mclemente@sidley.com
matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwom
ey@sidley.com

Matthew A. Clemente
on behalf of Interested Party Committee of Unsecured Creditors mclemente@sidley.com
matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwom
ey@sidley.com

Matthew G. Bouslog
on behalf of Interested Party Alvarez & Marsal CRF Management  LLC, as Investment Manager of the Highland Crusader Funds
mbouslog@allenmatkins.com, ncampos@allenmatkins.com

Matthew S. Okin
on behalf of Interested Party Crown Global Life Insurance  Ltd mokin@okinadams.com, nhollon@okinadams.com

Matthew S. Okin
on behalf of Interested Party The Dallas Foundation mokin@okinadams.com  nhollon@okinadams.com

Matthew W. Bobo
on behalf of Intervenor Highland Employee Retention Assets  LLC mbobo@mwblawyer.com,
chelsey@mwblawyer.com;katy@mwblawyer.com

Mazin Ahmad Sbaiti
on behalf of Plaintiff PCMG Trading Partners XXIII LP mas@sbaitilaw.com
krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti
on behalf of Creditor CLO Holdco  Ltd. mas@sbaitilaw.com,
krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti
on behalf of Plaintiff CLO Holdco  Ltd. mas@sbaitilaw.com,
krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti
on behalf of Interested Party Charitable DAF Fund  LP mas@sbaitilaw.com,
krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti
on behalf of Interested Party CLO Holdco  Ltd. mas@sbaitilaw.com,
krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti
on behalf of Creditor The Charitable DAF Fund  L.P. mas@sbaitilaw.com,
krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti
on behalf of Plaintiff Charitable DAF Fund  LP mas@sbaitilaw.com,
krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti
on behalf of Interested Party The Charitable DAF Fund  L.P. mas@sbaitilaw.com,
krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Megan Young-John
on behalf of Creditor Issuer Group myoung-john@porterhedges.com

Megan F. Clontz
on behalf of Creditor Todd Travers mclontz@fbfk.law  ljaeger@fbfk.law;mclontzlaw@gmail.com

Megan F. Clontz
on behalf of Creditor Patrick Daugherty mclontz@fbfk.law  ljaeger@fbfk.law;mclontzlaw@gmail.com

Melissa S. Hayward
on behalf of Defendant Highland Capital Management  L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

District/off: 0539-3      User: admin      Page 26 of 29

Date Rcvd: Jun 15, 2026      Form ID: pdf012      Total Noticed: 149

Melissa S. Hayward
on behalf of Debtor Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Melissa S. Hayward
on behalf of Plaintiff Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Melissa S. Hayward
on behalf of Other Professional Highland Claimant Trust MHayward@HaywardFirm.com mholmes@HaywardFirm.com

Melissa S. Hayward
on behalf of Defendant Highland Capital Management LP MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Michael A. Rosenthal
on behalf of Defendant Alvarez & Marsal CRF Management LLC mrosenthal@gibsondunn.com,
michael--rosenthal-4826@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Michael J Edney
on behalf of Creditor The Dugaboy Investment Trust michael.edney@morganlewis.com mlbhofilings@morganlewis.com

Michael Justin Lang
on behalf of Creditor The Dugaboy Investment Trust mlang@cwl.law aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang
on behalf of Partner Dugaboy Investment Trust mlang@cwl.law aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang
on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC mlang@cwl.law
aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang
on behalf of Interested Party James Dondero mlang@cwl.law aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang
on behalf of Interested Party NexPoint Advisors L.P. mlang@cwl.law, aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang
on behalf of Interested Party Highland Capital Management Fund Advisors L.P. mlang@cwl.law,
aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang
on behalf of Creditor Get Good Trust mlang@cwl.law aohlinger@cwl.law;ylopez@cwl.law

Michael P. Aigen
on behalf of Partner Dugaboy Investment Trust michael.aigen@stinson.com

Michael P. Aigen
on behalf of Plaintiff Hunter Mountain Investment Trust michael.aigen@stinson.com

Michael P. Aigen
on behalf of Plaintiff Dugaboy Investment Trust michael.aigen@stinson.com

Michael P. Aigen
on behalf of Defendant HCRE Partners LLC (n/k/a NexPoint Real Estate Partners, LLC) michael.aigen@stinson.com

Michael P. Aigen
on behalf of Creditor Hunter Mountain Investment Trust michael.aigen@stinson.com

Michael P. Aigen
on behalf of Interested Party Highland CLO Management Ltd michael.aigen@stinson.com

Michael P. Aigen
on behalf of Creditor The Dugaboy Investment Trust michael.aigen@stinson.com

Michael P. Aigen
on behalf of Defendant James Dondero michael.aigen@stinson.com

Michael P. Aigen
on behalf of Defendant NexPoint Advisors L.P. michael.aigen@stinson.com

Michael P. Aigen
on behalf of Defendant Highland Capital Management Services Inc. michael.aigen@stinson.com

Michael P. Aigen
on behalf of Defendant Highland Capital Management Fund Advisors L.P. michael.aigen@stinson.com

Michael P. Aigen
on behalf of Defendant Nancy Dondero michael.aigen@stinson.com

Michael Scott Held
on behalf of Creditor Crescent TC Investors L.P. mheld@jw.com, kgradney@jw.com;osalvatierra@jw.com

Michelle E. Shriro
on behalf of Interested Party California Public Employees Retirement System (CalPERS) mshriro@singerlevick.com

District/off: 0539-3                    User: admin                          Page 27 of 29

Date Rcvd: Jun 15, 2026                 Form ID: pdf012                       Total Noticed: 149

scotton@singerlevick.com;tguillory@singerlevick.com

Nicole Skolnekovich

on behalf of Interested Party Hunton Andrews Kurth LLP nskolnekovich@hunton.com
astowe@huntonak.com;creeves@huntonak.com

Omar Jesus Alaniz

on behalf of Other Professional James P. Seery  Jr. oalaniz@reedsmith.com,
omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

on behalf of Creditor Farallon Capital Management  LLC oalaniz@reedsmith.com,
omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

on behalf of Creditor Muck Holdings LLC oalaniz@reedsmith.com  omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

on behalf of Debtor Highland Capital Management  L.P. oalaniz@reedsmith.com,
omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

on behalf of Creditor Stonehill Capital Management LLC oalaniz@reedsmith.com
omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

on behalf of Other Professional Highland Claimant Trust oalaniz@reedsmith.com
omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

on behalf of Creditor James P. Seery  Jr. oalaniz@reedsmith.com, omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz

on behalf of Creditor Jessup Holdings LLC oalaniz@reedsmith.com
omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Paige Holden Montgomery

on behalf of Creditor Committee Official Committee of Unsecured Creditors pmontgomery@sidley.com
txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;spencer.stephens@sidley.com;ebromagen@sidley.com;e
filingnotice@sidley.com

Paige Holden Montgomery

on behalf of Interested Party Committee of Unsecured Creditors pmontgomery@sidley.com
txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;spencer.stephens@sidley.com;ebromagen@sidley.com;e
filingnotice@sidley.com

Paige Holden Montgomery

on behalf of Plaintiff Official Committee of Unsecured Creditors pmontgomery@sidley.com
txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;spencer.stephens@sidley.com;ebromagen@sidley.com;e
filingnotice@sidley.com

Paige Holden Montgomery

on behalf of Interested Party Litigation Trustee of the Highland Capital Management  L.P. Litigation Sub-Trust
pmontgomery@sidley.com,
txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;spencer.stephens@sidley.com;ebromagen@sidley.com;e
filingnotice@sidley.com

Paul M. Lopez

on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com

Penny Packard Reid

on behalf of Creditor Committee Official Committee of Unsecured Creditors preid@sidley.com
txefilingnotice@sidley.com;penny-reid-4098@ecf.pacerpro.com;ncade@sidley.com

Phillip L. Lamberson

on behalf of Creditor Acis Capital Management  L.P. plamberson@winstead.com

Phillip L. Lamberson

on behalf of Creditor Acis Capital Management GP  LLC plamberson@winstead.com

Rakhee V. Patel

on behalf of Creditor Acis Capital Management  L.P. rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Creditor Acis Capital Management GP  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Richard L. Wynne

on behalf of Interested Party John S. Dubel rlwynne@jonesday.com

Richard L. Wynne

on behalf of Interested Party Hon.Russell F. Nelms (Ret.) rlwynne@jonesday.com

Robert Joel Feinstein

on behalf of Defendant Highland Capital Management  LP rfeinstein@pszjlaw.com

Robert Joel Feinstein

on behalf of Debtor Highland Capital Management  L.P. rfeinstein@pszjlaw.com

Robert Scott Loigman

on behalf of Interested Party Marc S. Kirschner  the Litigation Trustee of the Highland Litigation Sub-Trust
robertloigman@quinnemanuel.com

Robert Scott Loigman

on behalf of Interested Party Litigation Trustee of the Highland Capital Management  L.P. Litigation Sub-Trust
robertloigman@quinnemanuel.com

Roger L. McCleary

on behalf of Plaintiff Charitable DAF Fund  L.P. rmccleary@pmmclaw.com

Ryan E. Manns

on behalf of Interested Party UBS Securities LLC ryan.manns@nortonrosefulbright.com
calendaring-nortonrose-9955@ecf.pacerpro.com

Ryan E. Manns

on behalf of Interested Party UBS AG London Branch ryan.manns@nortonrosefulbright.com
calendaring-nortonrose-9955@ecf.pacerpro.com

Ryan J Sullivan, I

on behalf of Defendant STRAND ADVISORS  INC ryan.sullivan@pillsburylaw.com

Ryan J Sullivan, I

on behalf of Cross Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO  AS TRUSTEE OF DUGABOY
INVESTMENT TRUST ryan.sullivan@pillsburylaw.com

Ryan J Sullivan, I

on behalf of Defendant James D. Dondero ryan.sullivan@pillsburylaw.com

Ryan J Sullivan, I

on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO  AS TRUSTEE OF DUGABOY
INVESTMENT TRUST ryan.sullivan@pillsburylaw.com

Ryan J Sullivan, I

on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III  AS TRUSTEE OF GET GOOD TRUST
ryan.sullivan@pillsburylaw.com

Sarah A. Schultz

on behalf of Interested Party PetroCap  LLC sschultz@akingump.com,
TXDocketing@akingump.com;bkemp@akingump.com;mstamer@akingump.com;aqureshi@akingump.com

Sawnie A. McEntire

on behalf of Plaintiff Charitable DAF Fund  L.P. smcentire@pmmlaw.com,
mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com

Sawnie A. McEntire

on behalf of Creditor Hunter Mountain Investment Trust smcentire@pmmlaw.com
mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com

Sawnie A. McEntire

on behalf of Interested Party Hunter Mountain Investment Trust smcentire@pmmlaw.com
mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com

Sawnie A. McEntire

on behalf of Plaintiff Hunter Mountain Investment Trust smcentire@pmmlaw.com
mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com

Sawnie A. McEntire

on behalf of Interested Party Hunter Mountain Trust smcentire@pmmlaw.com
mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com

Scott M. Seidel

on behalf of Attorney Scott M. Seidel scott@scottseidel.com  susan.seidel@earthlink.net;sms01@trustesolutions.net

Sean M. Beach

on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com  sbeach@ycst.com

Shawn M Bates

on behalf of Creditor Acis Capital Management  L.P. sbates@azalaw.com, tbyrd@azalaw.com

Shawn M. Christianson

on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Susheel Kirpalani

on behalf of Interested Party Litigation Trustee of the Highland Capital Management  L.P. Litigation Sub-Trust
susheelkirpalani@quinnemanuel.com, dian.gwinnup@haynesboone.com

District/off: 0539-3                      User: admin                                Page 29 of 29
Date Rcvd: Jun 15, 2026                   Form ID: pdf012                        Total Noticed: 149

Sydney Rose
                on behalf of Partner Dugaboy Investment Trust srose@kslaw.com  sstaskus@kslaw.com;sydney-rose-3505@ecf.pacerpro.com

Sydney Rose
                on behalf of Creditor The Dugaboy Investment Trust srose@kslaw.com
                sstaskus@kslaw.com;sydney-rose-3505@ecf.pacerpro.com

Thomas Albert Cooke
                on behalf of Creditor Acis Capital Management  L.P. tcooke@azalaw.com, mflores@azalaw.com

Thomas C. Scannell
                on behalf of Interested Party Sentinel Reinsurance Ltd. tscannell@foley.com
                acordero@foley.com;thomas-scannell-3441@ecf.pacerpro.com

Thomas Daniel Berghman
                on behalf of Interested Party NexPoint Advisors  L.P. tberghman@munsch.com,
                amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Thomas Daniel Berghman
                on behalf of Interested Party Highland Capital Management Fund Advisors  L.P. tberghman@munsch.com,
                amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Thomas Daniel Berghman
                on behalf of Defendant NexPoint Advisors  L.P. tberghman@munsch.com,
                amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Thomas Daniel Berghman
                on behalf of Defendant Highland Capital Management Fund Advisors  L.P. tberghman@munsch.com,
                amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Thomas G. Haskins, Jr.
                on behalf of Creditor NWCC  LLC thaskins@btlaw.com

Thomas M. Melsheimer
                on behalf of Creditor Frank Waterhouse  Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent
                tmelsheimer@kslaw.com, tom-melsheimer-7823@ecf.pacerpro.com

United States Trustee
                ustpregion06.da.ecf@usdoj.gov

Vickie L. Driver
                on behalf of Creditor HarbourVest et al vickie@driversteplaw.com
                crissie@driversteplaw.com;elisa@driversteplaw.com,5760377420@filings.docketbird.com

William R. Howell, Jr.
                on behalf of Defendant James D. Dondero williamhowell@utexas.edu  williamhowell@utexas.edu

Zachery Z. Annable
                on behalf of Defendant Highland Capital Management  L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com

Zachery Z. Annable
                on behalf of Plaintiff Highland Capital Management  L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com

Zachery Z. Annable
                on behalf of Other Professional Highland Claimant Trust zannable@haywardfirm.com  mholmes@haywardfirm.com

Zachery Z. Annable
                on behalf of Counter-Defendant Highland Capital Management  L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com

Zachery Z. Annable
                on behalf of Other Professional Hayward & Associates PLLC zannable@haywardfirm.com  mholmes@haywardfirm.com

Zachery Z. Annable
                on behalf of Defendant Highland Capital Management  LP zannable@haywardfirm.com, mholmes@haywardfirm.com

Zachery Z. Annable
                on behalf of Other Professional Hayward PLLC zannable@haywardfirm.com  mholmes@haywardfirm.com

Zachery Z. Annable
                on behalf of Defendant Highland Claimant Trust zannable@haywardfirm.com  mholmes@haywardfirm.com

Zachery Z. Annable
                on behalf of Debtor Highland Capital Management  L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com


TOTAL: 578



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 15, 2026**

**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HIGHLAND CAPITAL | § | Case No. 19-34054-sgj11 |
| MANAGEMENT, L.P., | § | |
| | § | |
| | § | |
| Debtor. | § | |

## MEMORANDUM OPINION

Pending before the Court is a *Memorandum of Law in Support of the Dugaboy Investment Trust's Motion for Relief from Order and Motion to Vacate* (the "Rule 60 Motion"). Dkt. No. 4513.[1] The Rule 60 Motion received objections from Highland Capital Management, L.P. and the Highland Claimant Trust (collectively, "Highland Capital") [Dkt. Nos. 4535, 4536], which were joined by Hunter Mountain Investment Trust, Beacon Mountain LLC, Rand Advisors, LLC, Rand PE Fund I, LP, Rand PE Fund Management, LLC, Atlas IDF, LP, and Atlas IDF GP, LLC

---

[1] Unless otherwise stated, all "Dkt. No." references herein are to the above captioned case.

Supplemental exhibits to the Rule 60 Motion were filed at Dkt. No. 4521.

1

(collectively, the "HMIT Entities") [Dkt. No. 4537]. Over three days, the Court took evidence and heard arguments in support of each party's position. At the conclusion of trial, the Court took the Rule 60 Motion, and the admissibility of one exhibit, under advisement.

For the reasons stated herein, the Rule 60 Motion is denied. Additionally, the Court sustains Dugaboy Investment Trust's objection to the admission of Highland Capital's Exhibit 300.

### Background

1.     The Court endeavors to give a short history of events that prompted the Rule 60 Motion. On October 16, 2019, Highland Capital Management, L.P. (the "Debtor") filed a voluntary chapter 11 petition, the venue for which was eventually transferred to this district. The Debtor confirmed a plan of reorganization on February 22, 2021, which, among other things, established the Highland Claimant Trust and a litigation sub-trust. Dkt. No. 1943. The Debtor's confirmed plan provided for the treatment of classes 10 and 11 that included Class B/C Limited Partnership Interest and Class A Limited Partnership Interest, respectively.[2]

2.     Post-confirmation, on October 15, 2021, the litigation trustee of the Debtor's litigation sub-trust, Mark Kirschner, initiated an adversary proceeding against 20 defendants, including Nancy Dondero as trustee of the Dugaboy

---

[2] The plan defines the limited partnership interest as "the Class A Limited Partnership Interests as defined in the Limited Partnership Agreement held by The Dugaboy Investment Trust, Mark and Pamela Okada Family Trust – Exempt Trust 2, Mark and Pamela Okada – Exempt Descendants' Trust, and Mark Kiyoshi Okada, and the General Partner Interest[,]" "the Class B Limited Partnership Interests as defined in the Limited Partnership Agreement held by Hunter Mountain Investment Trust[,]" and "the Class C Limited Partnership Interests as defined in the Limited Partnership Agreement held by Hunter Mountain Investment Trust." Dkt No. 1808 at 6, ¶¶ 33–36.

Investment Trust ("Dugaboy") and Hunter Mountain Investment Trust ("HMIT").

Case No. 21-03076, Dkt. No. 1, and as amended at Dkt. No. 158. Seeking to resolve

their many differences, including the claims asserted by Mr. Kirschner, the Debtor

and the HMIT Entities reached a settlement for which they sought this Court's

approval. Dkt. Nos. 4216, 4217. According to the *Motion for Entry of an Order*

*Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 363 Approving Settlement with*

*the HMIT Entities and Authorizing Actions Consistent Therewith* ("9019 Motion"),

HMIT's Class B/C Limited Partnership Interest "represented 99.50% of the Debtor's

prepetition total equity[,]" and the remaining 0.50% represented the Class A

Limited Partnership Interest.[3] Dkt. No. 4216, ¶¶ 5–6. The settlement agreement,

filed separately from the 9019 Motion, includes broadly defined mutual releases,

dismissal of pending litigation, cash payments to HMIT, valuation of HMIT's class

10 interest in Debtor's plan, and a transfer of claims alleged by Mr. Kirschner in

Case No. 21-03076 to HMIT. Dkt. No. 4217-1. Mark Patrick, the administrator of

HMIT, signed the settlement agreement on behalf of the HMIT Entities.

     3.     The 9019 Motion drew objections from several parties—Patrick

Daugherty, Dugaboy, and Crown Global Life Insurance, Ltd. ("Crown Global") and

The Dallas Foundation. Dkt Nos. 4229–31. Crown Global's and The Dallas

Foundation's objection was the only objection that raised concerns about Mark

Patrick's authority to sign the settlement agreement on behalf of the HMIT

Entities. *See* Dkt. No. 4231. Prior to the 9019 Motion hearing, the HMIT Entities,

---

[3] *See supra* n.2.

Crown Global, The Dallas Foundation, Empower Dallas Foundation, the Okada Family Foundation, and the Debtor entered into a stipulation requiring inclusion of certain language in any order approving the 9019 Motion. Dkt. No. 4282. This stipulation was approved by the Court, Dkt. No. 4291, and resulted in Crown Global and The Dallas Foundation withdrawing their objection.

4.     On June 25, 2025, the Court commenced a hearing on the 9019 Motion. At the hearing, Dugaboy raised for the first time the issue of Mr. Patrick's authority to execute the settlement agreement on behalf of the HMIT Entities. Despite Dugaboy's failure to raise this issue in its written objection, the Court received evidence of, both in favor and against, Mr. Patrick's authority to settle on behalf of the HMIT Entities. The 9019 Motion was approved the same day, and the Court entered an order to that effect on June 30, 2025 (the "9019 Order"). Dkt. No. 4297. On July 14, 2025, Dugaboy and Patrick Daugherty each appealed the 9019 Order to the District Court. *See* Dkt. Nos. 4310–11; Case No. 3:25-cv-01876-K, Dkt. No. 1 (N.D. Tex.).[4] This appeal is not resolved.[5]

---

[4] There were initially two district court appellate cases that were consolidated on August 8, 2025.

[5] Online the appeal appears closed, but the matter is stayed pending resolution of Appellee's Motion to Dismiss Appeal as Moot, and the District Court entered the following docket note:

> There appears to be no further reason at this time to maintain the file as open for statistical purposes. The Clerk is, therefore, instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this Order shall be considered a dismissal or disposition of this case. Once the pending motion has been determined, the Court will lift the stay and reopen this matter. This case will proceed in the same manner as if this Order had not been entered.

Case No. 3:25-cv-01876-K, Dkt. No. 66 (N.D. Tex.) (emphasis in original).

### Dugaboy's Rule 60 Motion and Highland Capital's Objection

5.  About six months post-appeal, Dugaboy filed its Rule 60 Motion. Dkt. No. 4513. The Rule 60 Motion argues two reasons for vacating the 9019 Order: (1) newly discovered evidence demonstrates that the settlement was the product of fraud and misconduct; and (2) the presiding judge that entered the 9019 Order was without authority to do so because she was disqualified.[6] According to Dugaboy's Rule 60 Motion, Mark Patrick was without authority to settle on behalf of the HMIT Entities because he breached fiduciary duties owed to HMIT's charitable beneficiaries. Moreover, the scope and effect of Mr. Patrick's alleged misconduct could not have been discovered with due diligence prior to entry of the 9019 Order. Thus, under Rule 60(b)(2) and (3), the Court should vacate the 9019 Order.[7]

6.  As newly discovered evidence, the Rule 60 Motion points to proceedings involving a charitable donor advised fund in the Grand Cayman Islands, over which joint official liquidators ("JOLs") were appointed. According to the JOLs, Mr. Patrick "effectuated the DAF restructuring and thereby fraudulently absconded with $270 million in charitable assets belonging to the charitable owners." Dkt. No. 4513 at 28. The DAF restructuring, said most succinctly, refers to

---

[6] Judge Stacey G.C. Jernigan presided over the 9019 Motion and entered the 9019 Order. Judge Jernigan voluntarily recused herself from deciding the Rule 60 Motion, and the matter was assigned to above-signed judge. At trial on the Rule 60 Motion, Dugaboy minimally argued that Judge Jernigan was disqualified from entering the 9019 Order. Throughout the trial, Dugaboy did not introduce any evidence on this issue. The Court deems this argument abandoned. *See Kovac v. Wray*, 363 F. Supp. 3d 721, 748–49 (N.D. Tex. 2019) ("When a party fails to pursue a claim or defense beyond the party's initial complaint, the claim is deemed abandoned or waived.") (citing *Black v. N. Panola Sch. Dist.*, 461 F.3d 584, 588 n.1 (5th Cir. 2006); *Keenan v. Tejeda*, 290 F.3d 252, 262 (5th Cir. 2002)).

[7] Fed. R. Civ. P. 60 is made applicable in bankruptcy proceedings by Bankruptcy Rule 9024.

a series of transactions undertaken by Mr. Patrick to dissolve certain charitable beneficiaries' interests in HMIT's assets. To Dugaboy, such conduct amounted to a breach of fiduciary duties that divested Mr. Patrick of his authority over the HMIT Entities. And because these alleged breaches occurred before the settlement was reached, the 9019 Order should be vacated.

7. Highland Capital's objection argues that none of Dugaboy's evidence of Mr. Patrick's alleged fraud or breaches of fiduciary duties is newly discovered. *See* Dkt. No. 4535. Dugaboy, Highland Capital contends, knew everything it needed to know about the relevant entity restructurings to challenge Mr. Patrick's authority to sign the settlement agreement on behalf of the HMIT Entities *before* June 25, 2025. And to the extent Dugaboy learned any additional information after this date, it could have timely moved for a new trial under Rule 59.[8] Dugaboy, thus, cannot meet the standard under Rule 60(b)(2).

8. Highland Capital also argues that Dugaboy cannot meet its burden under Rule 60(b)(3) because it fails to allege that an opposing party committed any fraud, misrepresentation, or misconduct in seeking entry of the 9019 Order. Lastly, based on the pending appeal of the 9019 Order, Highland Capital urges the Court to deny the Rule 60 Motion for lack of jurisdiction.

9. All parties were permitted limited discovery on these issues. At trial, the Court admitted hundreds of exhibits and heard testimony from five witnesses.

---

[8] Fed. R. Civ. P. 59 is made applicable in bankruptcy proceedings by Bankruptcy Rule 9023.

Before turning to the ultimate issue, the Court will first resolve admission of Highland Capital's Exhibit 300.

### Highland Capital's Exhibit 300

10.     The Court reserved at trial admission of Highland Capital's Exhibit 300. The exhibit is one page and is best described as a screenshot of a PDF page with the "Highlights Properties" pop-up displayed. The page comes from Dugaboy's Exhibit I that was filed under seal [Dkt. No. 4525] and Highland Capital's Exhibit 70 that was not filed under seal [Dkt. No. 4608-82]. Both are the Third Affidavit of Margot MacInnis, and neither was admitted at trial.

11.     Highland Capital used its Exhibit 300 for impeachment purposes during its cross-examination of Margot MacInnis, who is one of the joint official liquidators in the proceeding pending in the Grand Cayman Islands. Primarily, the information contained in Highland Capital's Exhibit 300 is meant to demonstrate that counsel for James Dondero, the beneficiary of Dugaboy, was provided access to Ms. MacInnis's affidavit despite a Grand Cayman Islands court order that prohibited such access.

12.     The Court denies admission of Highland Capital's Exhibit 300. The evidence is not relevant. Without this evidence, it is not more or less probable that Mark Patrick had authority to settle on behalf of the HMIT Entities, nor is it of consequence to determine the Rule 60 Motion.

13.     Having resolved this issue, the Court now turns to the Rule 60 Motion.

## Jurisdiction to Decide the Rule 60 Motion

14.     Filing an appeal is an event of jurisdictional significance. It confers jurisdiction upon the court to which the appeal is taken and divests the lower court of jurisdiction over aspects of the case involved in the appeal. *See, e.g., Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982); *see also Tex. Comptroller of Pub. Accts. v. Transtexas Gas Corp. (In re Transtexas Gas Corp.)*, 303 F.3d 571, 578–79 (5th Cir. 2002) ("[The *Griggs*] rule applies with equal force to bankruptcy cases.").

15.     This Court is, therefore, without jurisdiction to reconsider and vacate the 9019 Order. That being said, Bankruptcy Rule 8008(a) states,

> If a party files a timely motion in the bankruptcy court for relief that the court lacks authority to grant because an appeal has been docketed and is pending, the bankruptcy court may: (1) defer considering the motion; (2) deny the motion; (3) state that it would grant the motion if the court where the appeal is pending remands for that purpose; or (4) state that the motion raises a substantial issue.

So, to the extent Bankruptcy Rule 8008(a) permits the Court to issue a ruling concerning a matter on appeal, the Court denies the Rule 60 Motion. *See In re Skyline Ridge, LLC*, No. 4:18-bk-01908-BMW, 2021 WL 1093928, at *9 (Bankr. D. Ariz. Mar. 15, 2021) (denying motion under Bankruptcy Rule 8008(a)(2)); *Geron v. Holding Cap. Grp., Inc. (In re PBS Foods, LLC)*, 549 B.R. 586, 597 (Bankr. S.D.N.Y. 2016) (same).

## Relief Under Rule 60(b)

16.     Beginning where we must, Rule 60(b) states, in relevant part,

8

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: . . . (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party; . . . or (6) any other reason that justifies relief.

The Fifth Circuit states that Rule 60(b) relief is "extraordinary" and compliance with the rule is strict. *Longden v. Sunderman*, 979 F.2d 1095, 1102 (5th Cir. 1992).

17. To prevail under Rule 60(b)(2), the movant must present evidence that (1) was in existence at the time of trial; (2) not discovered until after trial; (3) is not cumulative; and (4) is material, such that a new trial would probably produce a different result. *Id.* at 1102–03. Evidence that is merely cumulative or impeaching, and clearly would not have produced a different result if presented before the original judgment, is not sufficient to sustain vacatur under Rule 60(b)(2). *Hesling v. CSX Transp., Inc.*, 396 F.3d 632, 639 (5th Cir. 2005).

18. "A Rule 60(b)(3) assertion must be proved by clear and convincing evidence, and the conduct complained of must be such as to prevent the losing party from fully and fairly presenting its case or defense." *Longden*, 979 F.2d at 1103. There is no requirement under Rule 60(b)(3) that the information withheld be such that it alters the outcome of the case. *See Hesling*, 396 F.3d at 641. "The rule is remedial and should be liberally construed" to vacate judgments that were unfairly obtained. *Id.*

19. Lastly, Rule 60(b)(6) is the "grand reservoir" for relief from judgments where "appropriate to accomplish justice." *Harrell v. DCS Equip. Leasing Corp.*, 951

9

F.2d 1453, 1458 (5th Cir. 1992). A Rule 60(b)(6) motion is granted only if extraordinary circumstances are present. *Hess v. Cockrell*, 281 F.3d 212, 216 (5th Cir. 2002). Vacatur under Rule 60(b)(6), though, is mutually exclusive of the relief available in the other subsections of Rule 60(b). *Hesling*, 396 F.3d at 643. "The reason for relief set forth under 60(b)(6) cannot be the reason for relief sought under another subsection of 60(b)." *Id.* Thus, where a party's Rule 60(b)(6) allegations are essentially identical to the Rule 60(b)(3) allegations of fraud or misconduct, relief under Rule 60(b)(6) is not appropriate. *See id.*

20.    With this framework in mind, the Court explains its reasons for denying the Rule 60 Motion.

***The Alleged Evidence of Mark Patrick's Misconduct is not Newly Discovered.***

21.    The Court agrees with Highland Capital that Dugaboy had, or could have obtained via discovery before trial on the 9019 Motion, all the facts necessary to challenge Mr. Patrick's authority to settle on behalf of the HMIT Entities. Reviewing James Dondero's Affidavit ("Dondero Affidavit"), filed April 16, 2025, in the Grand Court of the Cayman Islands, lends support for this conclusion.[9]

22.    It is worth repeating that Mr. Dondero is a beneficiary of Dugaboy. And, on May 11, 2026, Highland Capital and Dugaboy filed a stipulation in which the parties agreed that "Dugaboy previously designated Mr. Dondero as agent on

---

[9] Admitted as Highland Capital Ex. 48. While not admitted into evidence, Dugaboy designated the Dondero Affidavit as Dugaboy Ex. 36.

Dugaboy's behalf for all purposes relating to the Relevant Litigation and Dugaboy's [Rule 60 Motion]." Dkt. No. 4615.

23. The Dondero Affidavit summarizes Mr. Dondero's allegations against Mr. Patrick that, in his reading of the HMIT trust agreement, automatically removed Mr. Patrick as administrator of the trust.[10] While it may be true that Dugaboy, and others, later came to know the magnitude and effect of Mr. Patrick's actions as described in the Dondero Affidavit, this is not newly discovered evidence that necessitates vacatur of the 9019 Order.

24. In ruling on a motion to stay the 9019 Order, Judge Jernigan characterized the challenges related to Mark Patrick's authority: "***Whatever the misdeeds may or may not be of Mark Patrick, they are not sufficiently intertwined with the Highland bankruptcy estate (or the Settlement Agreement) to justify a stay***. . . . Mark Patrick is merely a signatory for a counter-party to a settlement agreement with the bankruptcy estate (that counter-party being the former 99.5% equity owner of Highland, namely Hunter Mountain). Dkt. No. 4333 (emphasis in original).[11] This characterization is equally true here. Though allegations related to Mr. Patrick's "misdeeds" were distilled into a *Writ of Summons and Statement of Claim* filed in the Grand Cayman Islands court,[12] the information is not new.

---

[10] The HMIT Trust Agreement was admitted as Highland Capital's Ex. 1 and Dugaboy's Exs. 1, 20, and 219.

[11] Admitted as Highland Capital's Ex. 65.

[12] Admitted as Highland Capital's Ex. 63.

11

*Highland Capital Complied with Dugaboy's Discovery Requests Before Trial on the 9019 Motion.*

25.     On June 10, 2025, Dugaboy's counsel served Highland Capital with interrogatories and requests for production.[13] None of the interrogatories or requests for production appear to directly seek information or documents about Mr. Patrick's authority to negotiate and sign the settlement agreement on behalf of the HMIT Entities. Nevertheless, James Seery, as Highland Capital's CEO and trustee of the Highland Claimant Trust, provided responses to Dugaboy's discovery requests. Mr. Seery testified at trial that this production included over 4000 pages of documents, the contents of which included organization documents for the HMIT Entities. At no time prior to trial on the 9019 Motion did Dugaboy challenge Highland Capital's discovery responses as insufficient.

26.     The charitable beneficiaries at the center of Dugaboy's complaint were also deposed prior to trial on the 9019 Motion. President and CEO of The Dallas Foundation, Julie Diaz, was deposed on June 22, 2025.[14] Counsel for Dugaboy was present as Ms. Diaz's deposition. The same is true for the deposition of Torrey Littleton, who is CFO of The Dallas Foundation.[15] It was The Dallas Foundation, with Crown Global, that filed an objection to the 9019 Motion based on questions

---

[13] Admitted as Highland Capital's Ex. 53.

[14] Ms. Diaz's deposition transcript was admitted as Highland Capital's Ex. 56-A. At trial, only specific parts of Ms. Diaz's deposition were admitted as Highland Capital's Ex. 56. Afterward, Highland Capital and Dugaboy stipulated that Highland Capital "may substitute the Deposition Designations for the full transcripts lodged on [Highland Capital's] W&E list." Dkt. No. 4673.

[15] Ms. Diaz's deposition transcript was admitted as Highland Capital's Ex. 57-A. *See supra* note 14 for additional explanation.

surrounding Mr. Patrick's authority, and both witnesses were questioned on this topic. After these depositions, that objection was withdrawn.

27. Overall, there is no evidence, much less clear and convincing evidence, that Highland Capital withheld evidence from Dugaboy that prevented it from fully and fairly litigating its case prior to entry of the 9019 Order. Thus, Rule 60(b)(3) vacatur of the 9019 Order is not appropriate.

***Vacating the 9019 Order Will not Restore the Original Charitable Structure.***

28. The overwhelming majority of Dugaboy's arguments focused on Mr. Patrick's restructuring of entities related to HMIT's charitable beneficiaries (referred to during trial as the DAF restructuring). To be clear, this Court makes no findings about whether those restructurings were well-intended, appropriate, or otherwise. But in the context of the Rule 60 Motion, it is important to note that vacating the 9019 Order will not restore the prior HMIT structure or the charitable beneficiaries' structure. As much was admitted during multiple points at trial:

- On the Court's examination of Margot MacInnis, she testified that her analysis of the settlement is not complete, but any analysis of claims would inure to the benefit or detriment of HMIT or the DAF structure, not Highland Capital.[16]

- On cross/direct examination of Mark Patrick, he testified that he would still have full control over HMIT's assets even if the DAF restructuring were rescinded.[17]

---

[16] May 11, 2026, Trial Tr. 199:18–201:9.

[17] May 12, 2026, Trial Tr. 118:12–14.

13

- During closing argument, counsel for Dugaboy stated that vacating the 9019 Order would not impact the DAF restructuring in any way.[18]

With this in mind, there is no reason, as a Court of equity, to reassess whether the settlement was the product of arm's-length, good faith negotiations. Whatever Mr. Patrick did or did not do with his authority over HMIT assets and the charitable beneficiaries' structure, is not for this Court to decide.

29.    And Rule 60(b)(6) relief is likewise inappropriate, because Dugaboy failed to articulate a "mutually exclusive" reason for vacating the 9019 Order. Duagboy's request for equitable relief is identical to its requests for relief under Rule 60(b)(3). This is insufficient and, thus, the request is denied.

### Conclusion

The Court denies the Rule 60 Motion and does not admit Highland Capital's Exhibit 300. The Court will enter a separate order consistent with this memorandum opinion.

###End of Memorandum Opinion###

---

[18] May 21, 2026, Trial Tr. 208:13–17; 211:9–212:8.