**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Patrick M. Leathem, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Reorganized Debtor in the above-captioned case.

On June 5, 2026, at my direction and under my supervision, employees of Verita caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Stipulation Concerning Highland Exhibits 55, 56, and 57** [Docket No. 4673]

Furthermore, on June 5, 2026, at my direction and under my supervision, employees of Verita caused the following document to be served via Electronic Mail upon the service lists attached hereto as **Exhibit A**, **Exhibit B**, and **Exhibit C**; and via First Class Mail upon the service list attached hereto as **Exhibit D**:

- **Order Further Extending Period Within Which the Reorganized Debtor May Remove Actions Pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure** [Docket No. 4677]

Dated: June 19, 2026

/s/ *Patrick M. Leathem*
Patrick M. Leathem
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 6333 Mockingbird Ln., Ste. 147 #5045, Dallas, Texas 75214.

# EXHIBIT A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Chad Timmons, Larry R. Boyd, Emily M. Hahn | ctimmons@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| Counsel to Acis Capital Management, LP and Acis Capital Management GP, LLC | Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C. | Joseph Y. Ahmad, Shawn Bates, Alex Hernandez | sbates@azalaw.com; ahernandez@azalaw.com |
| Counsel for NexBank | Alston & Bird LLP | Jared Slade | jared.slade@alston.com |
| Counsel to Jefferies LLC | Ashby & Geddes, P.A. | William P. Bowden, Esq., Michael D. DeBaecke, Esq. | mdebaecke@ashbygeddes.com |
| Counsel to The Dugaboy Investment Trust | Ashcroft Law Firm | Johnny Sutton | jsutton@ashcroftlawfirm.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse and Issac Leventon (the "Senior Employees"), Jean Paul Sevilla, Stephanie Vitiello, Matthew DiOrio, Mary Irving and CPCM, LLC | Baker & McKenzie LLP | Debra A. Dandeneau & Blaire Cahn | debra.dandeneau@bakermckenzie.com; blaire.cahn@bakermckenzie.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse and Issac Leventon (the "Senior Employees"), Jean Paul Sevilla, Stephanie Vitiello, Matthew DiOrio, Mary Irving and CPCM, LLC | Baker & McKenzie LLP | Michelle Hartmann | michelle.hartmann@bakermckenzie.com |
| Counsel for NWCC, LLC | Barnes & Thornburg LLP | Thomas G. Haskins, Jr. | thomas.haskins@btlaw.com |
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Blank Rome LLP | John E. Lucian, Josef W. Mintz | mintz@blankrome.com |
| Counsel to James Dondero | Bonds Ellis Eppich Schafer Jones LLP | John Y. Bonds, III, Bryan C. Assink | john@bondsellis.com; bryan.assink@bondsellis.com |
| Counsel for Mark Okada, the Mark & Pamela Okada Family Trust - Exempt Trust #1, the Mark & Pamela Okada Familty Trust - Exempt Trust #2, the Okada Insurance Rabbi Trust and the Okada Family Foundation,Inc. | Brown Fox PLLC | Cortney C. Thomas | cort@brownfoxlaw.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Counsel for UBS Securities LLC and UBS AG, London Branch | Butler Snow LLP | Martin A. Sosland and Candice M. Carson | martin.sosland@butlersnow.com; candice.carson@butlersnow.com |
| Counsel to Integrated Financial Associates Inc. | Carlyon Cica Chtd. | Candace C. Carlyon, Esq., Tracy M. Osteen, Esq. | ccarlyon@carlyoncica.com; tosteen@carlyoncica.com |
| Counsel to Siepe LLC | Condon Tobin Sladek Thornton PLLC | J. Seth Moore | smoore@ctstlaw.com |
| Counsel to Dugaboy Investment Trust | Crawford, Wishnew & Lang PLLC | Michael J. Lang, Alexandra Ohlinger | mlang@cwl.law; aohlinger@cwl.law |
| Counsel for BH Equities, L.L.C. | Dentons US LLP | Casey Doherty | Casey.doherty@dentons.com |
| Counsel to Jefferies LLC | Dentons US LLP | Lauren Macksoud, Esq. | lauren.macksoud@dentons.com |
| Counsel to Jefferies LLC | Dentons US LLP | Patrick C. Maxcy, Esq. | patrick.maxcy@dentons.com |
| Secured Creditor | Frontier State Bank | Attn: Steve Elliot | selliott@frontier-ok.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Frost Brown Todd LLC | Mark A. Platt | mplatt@fbtlaw.com |
| Counsel to Alvarez & Marsal CRF Management LLC as Investment Manager of the Highland Crusader Funds | Gibson, Dunn & Crutcher LLP | Marshall R. King, Esq., Michael A. Rosenthal, Esq. & Alan Moskowitz, Esq. | mking@gibsondunn.com; mrosenthal@gibsondunn.com |
| Counsel to Alvarez & Marsal CRF Management LLC as Investment Manager of the Highland Crusader Funds | Gibson, Dunn & Crutcher LLP | Matthew G. Bouslog, Esq. | mbouslog@gibsondunn.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel for the Dugaboy Investment Trust and Get Good Trust | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | ddraper@hellerdraper.com; lcollins@hellerdraper.com; gbrouphy@hellerdraper.com |
| Counsel to Former Independent Directors Hon. Russell F. Nelms (Ret.) and John S. Dubel | Hogan Lovells US LLP | Richard L. Wynne; Edward J. McNeilly | Richard.wynne@hoganlovells.com; Edward.mcneilly@hoganlovells.com |
| Counsel For Nexpoint Real Estate Partners, LLC, F/K/A HCRE Partners, LLC, Matt McGraner | Hoge & Gameros, L.L.P. | Charles W. Gameros, Jr., P.C. | BGameros@LegalTexas.com |
| Equity Holders | Hunter Mountain Investment Trust | c/o Rand Advisors LLC | Jhonis@RandAdvisors.com |

Highland Capital Management, L.P.
Case No. 19-34054

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for the Dugaboy Investment Trust | Hunton Andrews Kurth, LLP | Gregory G. Hesse | GHesse@hunton.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel to Crescent TC Investors, L.P. | Jackson Walker L.L.P. | Michael S. Held | mheld@jw.com |
| Secured Creditor | Jefferies LLC | Director of Compliance | cbianchi@jefferies.com |
| Secured Creditor | Jefferies LLC | Office of the General Counsel | cbianchi@jefferies.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Jenner & Block LLP | Marc B. Hankin, Richard Levin | mhankin@jenner.com; rlevin@jenner.com |
| Counsel for CCS Medical, Inc. | Jones Day | Amanda Rush | asrush@jonesday.com |
| Counsel to the Issuers (group of 25 separate Cayman issuers of loan) | Jones Walker LLP | Joseph E. Bain, Amy K. Anderson | jbain@joneswalker.com; aanderson@joneswalker.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Artoush Varshosaz | artoush.varshosaz@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | James A. Wright III | james.wright@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Stephen G. Topetzes | stephen.topetzes@klgates.com |
| Counsel to CLO Holdco, Ltd. | Kane Russell Coleman Logan PC | John J. Kane | jkane@krcl.com |
| Counsel to The Dugaboy Investment Trust | King & Spalding LLP | Geoffrey S. Harper; Sydney A. Rose; John Michael Gaddis | gharper@kslaw.com; srose@kslaw.com; mgaddis@kslaw.com |
| Counsel to BET Investments II, L.P. | Kurtzman Steady, LLC | Jeffrey Kurtzman, Esq. | Kurtzman@kurtzmansteady.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Andrew Clubok, Sarah Tomkowiak | Andrew.Clubok@lw.com; Sarah.Tomkowiak@lw.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Asif Attarwala, Kathryn K. George | asif.attarwala@lw.com; Kathryn.George@lw.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | jeff.bjork@lw.com; kim.posin@lw.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Zachary F. Proulx | Zachary.Proulx@lw.com |
| Counsel to Coleman County TAD, Kaufman County, Upshur County, Fannin CAD, Rockwall CAD, Tarrant County, Allen ISD, City of Allen, City of Richardson, Dallas County, Irving ISD, Grayson County | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller, Laurie A. Spindler, John Kendrick Turner | dallas.bankruptcy@publicans.com |
| Creditor | Lynn Pinker Cox & Hurst, L.L.P. | Michael K. Hurst, Esq. | mhurst@lynnllp.com |
| Equity Holders | Mark K. Okada | | mokadadallas@gmail.com |
| Counsel for James Dondero, NexPoint Asset Management LP (f/k/a Highland Capital Management Fund Advisors LP), NexPoint Advisors LP, The Dugaboy Investment Trust, Nexpoint Real Estate Partners LLC, and the Get Good Trust | Mitchell Law PLLC | Jonathan F. Mitchell | jonathan@mitchell.law |
| Counsel to The Dugaboy Investment Trust | Morgan, Lewis & Bockius LLP | Avery Joseph Welker | avery.welker@morganlewis.com |
| Counsel to The Dugaboy Investment Trust | Morgan, Lewis & Bockius LLP | Michael J. Edney | michael.edney@morganlewis.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Morris, Nichols, Arsht & Tunnell LLP | Curtis S. Miller, Kevin M. Coen | rdehney@mnat.com |
| Counsel to Meta-e Discovery, LLC | Morrison Cohen LLP | Joseph T. Moldovan, Esq. & Sally Siconolfi, Esq. | bankruptcy@morrisoncohen.com |
| Bank | NexBank | John Danilowicz | john.holt@nexbankcapital.com |
| Counsel to California Public Employees' Retirement System ("CalPERS") | Nixon Peabody LLP | Louis J. Cisz, III, Esq. | lcisz@nixonpeabody.com |
| SEC Headquarters | Office of General Counsel | Securities & Exchange Commission | SECBankruptcy-OGC-ADO@SEC.GOV |
| US Trustee for Northern District of TX | Office of the United States Trustee | Lisa L. Lambert, Esq | lisa.l.lambert@usdoj.gov |
| Counsel for The Dallas Foundation and Crown Global Life Insurance, Ltd | Okin Adams Bartlett Curry LLP | Matthew S. Okin, David Curry, Jr. | mokin@okinadams.com; dcurry@okinadams.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | John A. Morris and Gregory V. Demo | jmorris@pszjlaw.com; gdemo@pszjlaw.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill | rpachulski@pszjlaw.com; jpomerantz@pszjlaw.com; ikharasch@pszjlaw.com; joneill@pszjlaw.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill | rpachulski@pszjlaw.com; jpomerantz@pszjlaw.com; ikharasch@pszjlaw.com; joneill@pszjlaw.com |
| Counsel for Scott M. Seidel, Chapter 7 Trustee of the Bankruptcy Estates of Highland Select Equity Master Fund, L.P. (Case No. 23-31037 swe7) and Highland Select Equity Fund, GP, L.P. (Case No. 23-31039 mvl7) | Passman & Jones, P.C. | Jerry C. Alexander | alexanderj@passmanjones.com |
| Counsel to City of Garland, Garland ISD, Wylie ISD , Plano ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Linda D. Reece | lreece@pbfcm.com |
| Counsel to James D. Dondero, Strand Advisors, Inc., The Dugaboy Investment Trust, and Get Good Trust | Pillsbury Winthrop Shaw Pittman LLP | Amy L. Ruhland; Ryan Sullivan | amy.ruhland@pillsburylaw.com; ryan.sullivan@pillsburylaw.com |
| Delaware counsel to Alvarez & Marsal CRF Management LLC | Potter Anderson & Corroon LLP | Jeremy W. Ryan, Esq., R. Stephen McNeill, Esq. & D. Ryan Slaugh, Esq. | jryan@potteranderson.com; rmcneill@potteranderson.com; rslaugh@potteranderson.com |
| Secured Creditor | Prime Brokerage Services | Jefferies LLC | cbianchi@jefferies.com |
| Counsel to the Claimant Trust | Quinn Emanuel Urquhart & Sullivan, LLP | Susheel Kirpalani, Deborah J. Newman, Benjamin I. Finestone, Jordan Harap | susheelkirpalani@quinnemanuel.com; deborahnewman@quinnemanuel.com; benjaminfinestone@quinnemanuel.com; jordanharap@quinnemanuel.com |
| Counsel to James P. Seery, Jr. | Reed Smith LLP | Omar J. Alaniz, Lindsey L. Robin | oalaniz@reedsmith.com; lrobin@reedsmith.com |
| Counsel to James D. Dondero, Strand Advisors, Inc., The Dugaboy Investment Trust, Get Good Trust, and NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC) | Reichman Jorgensen Lehman & Feldberg LLP | Amy L. Ruhland | aruhland@reichmanjorgensen.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Richards, Layton & Finger PA | Michael J. Merchant | merchant@rlf.com |
| Counsel to Hunter Mountain Trust | Rochelle McCullough, LLP | E. P. Keiffer | pkeiffer@romclaw.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") and CPCM, LLC | Ross, Smith & Binford, PC | Judith W. Ross, Frances A. Smith, Jason Binford, Eric Soderlund | judith.ross@rsbfirm.com; frances.smith@rsbfirm.com; jason.binford@rsbfirm.com; eric.soderlund@rsbfirm.com |
| Counsel to the Intertrust Entities and the Issuers (group of 25 separate Cayman issuers of loan) | Schulte Roth & Zabel LLP | David J. Karp, James V. Williams III | david.karp@srz.com; jay.williams@srz.com |
| SEC Regional Office | Securities & Exchange Commission | Richard Best, Regional Director | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger, Regional Director | philadelphia@sec.gov |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente | mclemente@sidley.com |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery | preid@sidley.com; pmontgomery@sidley.com; |
| Counsel to Patrick Daugherty | Spencer Fane LLP | Jason P. Kathman | jkathman@spencerfane.com |
| DE Secretary of State | State of Delaware | Division of Corporations - Franchise Tax | dosdoc_bankruptcy@state.de.us |
| Counsel for James Dondero, Nancy Dondero, Highland Capital Management Services, Inc., HCRE Partners, LLC (n/k/a NexPoint Real Estate Partners, LLC),  Highland CLO Management, Ltd., NexPoint Advisors, L.P. and NexPoint Asset Management, L.P. f/k/a Highland Capital Management Fund Advisors, L.P. | Stinson LLP | Deborah Deitsch-Perez, Michael P. Aigen, Christopher J. Harayda | deborah.deitschperez@stinson.com; michael.aigen@stinson.com; CJ.Harayda@Stinson.com |

Highland Capital Management, L.P.
Case No. 19-34054

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Mark Okada, the Mark & Pamela Okada Family Trust - Exempt Trust #1, the Mark & Pamela Okada Familty Trust - Exempt Trust #2, the Okada Insurance Rabbi Trust and the Okada Family Foundation,Inc. | Sullivan Cromwell LLP | Brian D. Glueckstein | gluecksteinb@sullcrom.com |
| Counsel to the Hunter Mountain Trust ("Hunter") | Sullivan Hazeltine Allinson LLC | William A. Hazeltine, Esq. | whazeltine@sha-llc.com |
| Equity Holders | The Mark and Pamela Okada Family Trust - Exempt Trust #1 | | mokadadallas@gmail.com |
| Equity Holders | The Mark and Pamela Okada Family Trust - Exempt Trust #2 | | mokadadallas@gmail.com |
| Counsel to the United States Internal Revenue Service | U.S. Department of Justice, Tax Division | David G. Adams | david.g.adams@usdoj.gov |
| United States Attorney General | United States Attorney General | U.S. Department of Justice | askdoj@usdoj.gov |
| Attorneys for Lynn Pinker Hurst & Schwegmann, LLP and The Pettit Law Firm | Vinson & Elkins LLP | James J. Lee, Michael C. Lee | jimlee@velaw.com; mlee@velaw.com |
| Counsel for NexPoint Real Estate Partners, LLC F/K/A HCRE Partners, LLC | Wick Phillips Gould & Martin, LLP | Brant C. Martin, Jason M. Rudd, Lauren K. Drawhorn, Jeffrey W. Hellberg Jr. | brant.martin@wickphillips.com; jason.rudd@wickphillips.com; jeff.hellberg@wickphillips.com |
| Counsel for the Debtor and James P. Seery, Jr. | Willkie Farr & Gallagher LLP | Mark T. Stancil, Joshua S. Levy | mstancil@willkie.com; jlevy@willkie.com |
| Counsel for Jack Yang and Brad Borud | Winikka Law, PLLC | Daniel P. Winikka | dan@danwinlaw.com |
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Winstead PC | Rakhee V. Patel, Phillip Lamberson | rpatel@winstead.com; plamberson@winstead.com; achiarello@winstead.com |
| Counsel for Jean Paul Sevilla and Hunter Covitz (the "Employees") | Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Counsel for Jean Paul Sevilla and Hunter Covitz (the "Employees") | Winston & Strawn LLP | Attn: Katherine A. Preston | kpreston@winston.com |
| Counsel for Jean Paul Sevilla and Hunter Covitz (the "Employees") | Winston & Strawn LLP | Attn: Thomas M. Melsheimer; Natalie L. Arbaugh | tmelsheimer@winston.com; narbaugh@winston.com |
| Counsel to The Dugaboy Investment Trust | Winston & Strawn LLP | John Michael Gaddis | mgaddis@winston.com |

# EXHIBIT B

**Exhibit B**
**Adversary Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Acis Capital Management, L.P. | Ahmad Zavitsanos & Mensing, PLLC | Joseph Y. Ahmad, Shawn M. Bates, Thomas Cooke | joeahmad@azalaw.com; sbates@azalaw.com; tcooke@azalaw.com |
| Counsel for the Former Employee Defendants | Baker & Mckenzie LLP | Debra A. Dandeneau, Blaire Cahn | debra.dandeneau@bakermckenzie.com; blaire.cahn@bakermckenzie.com |
| Counsel for the Former Employee Defendants | Baker & Mckenzie LLP | Michelle Hartmann | michelle.hartmann@bakermckenzie.com |
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Blank Rome LLP | John E. Lucian, Josef W. Mintz | mintz@blankrome.com; jbibiloni@blankrome.com |
| Counsel for James Dondero | Bonds Ellis Eppich Schafer Jones LLP | John T. Wilson, IV, William R. Howell, Jr., D Michael Lynn | john.wilson@bondsellis.com; william.howell@bondsellis.com |
| Counsel for Mark Okada, The Mark and Pamela Okada Family Trust – Exempt Trust #1, and The Mark and Pamela Okada Family Trust – Exempt Trust #2 | Brown Fox PLLC | Cortney C. Thomas | CORT@BROWNFOXLAW.COM |
| Counsel for UBS Securities LLC and UBS AG London Branch | Butler Snow LLP | Candice Marie Carson, Martin A. Sosland | Candice.Carson@butlersnow.com; martin.sosland@butlersnow.com |
| Counsel for Acis Capital Management LP | Carrington, Coleman, Sloman & Blumenthal, LLP | Brian Patrick Shaw , Jr | bshaw@ccsb.com |
| Counsel for James Dondero | Cecere PC | J Carl Cecere | ccecere@cecerepc.com |
| Counsel to James Dondero, Highland Capital Management Fund Advisors LP, NexPoint Advisors LP, The Dugaboy Investment Trust, The Get Good Trust and NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC ) | Crawford Wishnew & Lang | Michael J Lang, Alexandra Ohlinger | mlang@cwl.law; aohlinger@cwl.law |
| Counsel for Patrick Daugherty ("Mr. Daugherty") | Cross & Simon LLC | Michael L. Vild, Esquire | mvild@crosslaw.com |
| Party-In-Interest: HarbourVest 2017 Global Fund L.P., HarbourVest 2017 Global AIF L.P., HarbourVest Dover Street IX Investment L.P., HV International VIII Secondary  L.P., HarbourVest Skew Base AIF L.P., and HarbourVest Partners L.P.: | Crowe & Dunlevy, PC | Vickie L. Driver | Vickie.driver@crowedunlevy.com |
| Counsel for James Dondero | David Kane PC | David L Kane | david@davidkanepc.com |
| Party-In-Interest: HarbourVest 2017 Global Fund L.P., HarbourVest 2017 Global AIF L.P., HarbourVest Dover Street IX Investment L.P., HV International VIII Secondary  L.P., HarbourVest Skew Base AIF L.P., and HarbourVest Partners L.P.: | Debevoise & Plimpton LLP | M. Natasha Labovitz  Erica S. Weisgerber  Daniel E. Stroik | nlabovitz@debevoise.com; eweisgerber@debevoise.com; destroik@debevoise.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., James D. Dondero, NexPoint Advisors, L.P., Strand Advisors, Inc., The Dugaboy Investment Trust and The Get Good Trust, HMIT and Rand | DLA PIPER LLP | Amy L. Ruhland, Jason M Hopkins | amy.ruhland@dlapiper.com; jason.hopkins@dlapiper.com |
| Counsel to Acis Capital Management, LP and Acis Capital Management GP, LLC ("Creditors") and Joshua N. Terry and Jennifer G. Terry | Forshey & Prostok LLP | Jeff P. Prostok, J. Robert Forshey, Suzanne K. Rosen | jprostok@forsheyprostok.com; bforshey@forsheyprostok.com; srosen@forsheyprostok.com; jgonzalez@forsheyprostok.com; |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Frost Brown Todd LLC | Mark A. Platt | mplatt@fbtlaw.com |
| Financial Advisor to Official Committee of Unsecured Creditors | FTI Consulting | Earnestiena Cheng | Earnestiena.Cheng@fticonsulting.com |
| Counsel for Alvarez & Marsal CRF Management, LLC | Gibson Dunn & Crutcher LLP | John T. Cox, III, Bennett Rawicki, Andrea Calhoun | tcox@gibsondunn.com; acalhoun@gibsondunn.com |

**Exhibit B**
**Adversary Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Alvarez & Marsal CRF Management, LLC | Gibson, Dunn & Crutcher LLP | Eric Thomas Haitz | ehaitz@gibsondunn.com |
| Counsel to Alvarez & Marsal CRF Management LLC as Investment Manager of the Highland Crusader Funds | Gibson, Dunn & Crutcher LLP | Marshall R. King, Esq., Michael A. Rosenthal, Esq. & Alan Moskowitz, Esq. | mking@gibsondunn.com; mrosenthal@gibsondunn.com; amoskowitz@gibsondunn.com |
| Counsel to Patrick Daugherty | Gray Reed | Jason S. Brookner, Andrew K. York, Joshua D. Smeltzer, Drake M. Rayshell, William Drabble, J. Reid Burley | jbrookner@grayreed.com; dyork@grayreed.com; jsmeltzer@grayreed.com; drayshell@grayreed.com; wdrabble@grayreed.com; rburley@grayreed.com |
| Counsel for Nancy Dondero | Greenberg Traurig, LLP | Daniel P. Elms | elmsd@gtlaw.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel for the Dugaboy Investment Trust, Get Good Trust, The Get Good Non-Exempt Trust 1, and The Get Good Non-Exempt Trust 2 | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | ddraper@hellerdraper.com; lcollins@hellerdraper.com; gbrouphy@hellerdraper.com |
| Counsel to NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC) | Hoge & Gameros. L.L.P. | Charles W. Gameros, Jr. | bgameros@legaltexas.com |
| Counsel for Farallon Capital Management, L.L.C. | Holland & Knight LLP | Brent Ryan McIlwain, Brian J. Smith | brent.mcilwain@hklaw.com; brian.smith@hklaw.com |
| Counsel for Appellees Muck Holdings, LLC; Jessup Holdings LLC; Farallon Capital Management, L.L.C.; and Stonehill Capital Management, LLC | Holland & Knight LLP | Richard B. Phillips, Jr., Brent R. McIlwain, David C. Schulte, Christopher A. Bailey | Rich.Phillips@hklaw.com; Brent.McIlwaing@hklaw.com; David.Schulte@hklaw.com; Chris.Bailey@hklaw.com |
| Counsel for NextPoint Advisors LP | Jain Law & Associates PLLC | Kristin H Jain | KHJain@SkiJain.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Jenner & Block LLP | Marc B. Hankin, Richard Levin | mhankin@jenner.com; rlevin@jenner.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Jenner & Block LLP | Terri L Mascherin | Mhankin@jenner.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund, NexPoint Capital Inc., and Highland Global Allocation Fund | K&L Gates LLP | A. Lee Hogewood, III | Lee.hogewood@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund and NexPoint Capital Inc. | K&L Gates LLP | Artoush Varshosaz | artoush.varshosaz@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | David R. Fine | david.fine@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Emily K. Mather | emily.mather@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund, NexPoint Capital Inc., and Highland Global Allocation Fund | K&L Gates LLP | James A. Wright III | james.wright@klgates.com |

**Exhibit B**
**Adversary Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund and NexPoint Capital Inc. | K&L Gates LLP | Stephen G. Topetzes | stephen.topetzes@klgates.com |
| Counsel for CLO Holdco, Ltd. and Grant Scott | Kane Russell Coleman Logan PC | Joseph M. Coleman, John J. Kane, Brian W. Clark | jcoleman@krcl.com; jkane@krcl.com; bclark@krcl.com |
| Counsel for CLO Holdco, Ltd., Highland Dallas Foundation, Inc., Charitable DAF Fund, LP, and Charitable DAF Holdco, Ltd. and Hunter Mountain Investment Trust | Kelly Hart & Hallman | Hugh G. Connor II, Michael D. Anderson, Katherine T. Hopkins | hugh.connor@kellyhart.com; michael.anderson@kellyhart.com; katherine.hopkins@kellyhart.com |
| Counsel for CLO Holdco, Ltd., Highland Dallas Foundation, Inc., Charitable DAF Fund, LP, and Charitable DAF Holdco, Ltd. , and Hunter Mountain Investment Trust | Kelly Hart & Pitre | Amelia L. Hurt, Hugh G. Connor II, Michael D. Anderson, Katherine T. Hopkins | amelia.hurt@kellyhart.com; hugh.connor@kellyhart.com; michael.anderson@kellyhart.com; katherine.hopkins@kellyhart.com |
| Counsel for CLO Holdco, Ltd., Highland Dallas Foundation, Inc., Charitable DAF Fund, LP, and Charitable DAF Holdco, Ltd. , and Hunter Mountain Investment Trust | Kelly Hart & Pitre | Louis M. Phillips | louis.phillips@kellyhart.com |
| Counsel for Highland CLO Funding Ltd. | King & Spalding LLP | Jonathan W. Jordan | jjordan@kslaw.com |
| Counsel for Highland CLO Funding Ltd. | King & Spalding LLP | Paul R. Bessette | pbessette@kslaw.com |
| Counsel for Highland Capital Management, LP | Kramer Levin Naftalis & Frankel, LLP | Roy T. Englert, Jr., Matthew M. Madden, Shikha Garg | renglert@kramerlevin.com; mmadden@kramerlevin.com; sgarg@kramerlevin.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Andrew Clubok, Sarah Tomkowiak, Jason Burt | andrew.clubok@lw.com; sarah.tomkowiak@lw.com; jason.burt@lw.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Asif Attarwala, Kathryn K. George | asif.attarwala@lw.com; Kathryn.George@lw.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | jeff.bjork@lw.com; kim.posin@lw.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Zachary F. Proulx, Jamie Wine | Zachary.Proulx@lw.com; Jamie.Wine@lw.com |
| Counsel for James Dondero | Law Office of Michael Eidelman | Michael Eidelman | meidelman@vedderprice.com |
| Counsel for James Dondero | Levinger PC | Jeffrey S. Levinger, J. Carl Cecere | jlevinger@levingerpc.com; ccecere@cecerepc.com |
| Counsel for Scott Ellington and Isaac Leventon | Lynn Pinker Hurst & Schwegman, L.L.P. | Michael K. Hurst, Chris J. Akin, Hayden Hanson | mhurst@lynnllp.com; Cakin@lynnllp.com; hhanson@lynnllp.com |
| Counsel to James Dondero; Highland Capital Management Fund Advisors, L.P.; The Dugaboy Investment Trust; Nexpoint Real Estate Partners, LLC; Get Good Trust | Mitchell Law PLLC | Jonathan F. Mitchell | jonathan@mitchell.law |
| Counsel for Highland Capital Management Fund Advisors, L.P. | Munsch Hardt Kopf & Harr PC | Thomas Daniel Berghman | tberghman@munsch.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund,  NexPoint Capital Inc. and James Dondero | Munsch Hardt Kopf & Harr, P.C. | Davor Rukavina, Esq., Julian P. Vasek, Esq. | drukavina@munsch.com; jvasek@munsch.com |
| Counsel for CLO Holdco, Ltd. | Myers Bigel P.A. | Grant Scott, Director | gscott@myersbigel.com |

**Exhibit B**
**Adversary Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill, Robert J. Feinstein, John A. Morris, Gregory V. Demo | rpachulski@pszjlaw.com; jpomerantz@pszjlaw.com; ikharasch@pszjlaw.com; joneill@pszjlaw.com; rfeinstein@pszjlaw.com; jmorris@pszjlaw.com; gdemo@pszjlaw.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Robert Joel Feinstein, Hayley R. Winograd, Judith Elkin, Jordan A Kroop, Robert J Feinstein | rfeinstein@pszjlaw.com; hwinograd@pszjlaw.com; jelkin@pszjlaw.com |
| Attorneys for Hunter Mountain Investment Trust | Parsons McEntire McCleary PLLC | Roger L. McCleary | rmccleary@pmmlaw.com |
| Counsel for Hunter Mountain Investment Trust | Parsons McEntire McCleary PLLC | Sawnie A McEntire | smcentire@pmmlaw.com |
| Attorneys for James Dondero, The Dugaboy Investment Trust, Get Good Trust, and The Strand Advisors, Inc. | Pillsbury Winthrop Shaw Pittman LLP | Ryan Sullivan | ryan.sullivan@pillsburylaw.com |
| Counsel for the Marc. S. Kirschner, as Litigation Trustee of the Highland Litigation Sub-Trust | Quinn Emanuel Urquhart & Sullivan LLP | Susheel Kirpalani, Deborah J. Newman, Robert Loigman, Benjamin I. Finestone, Jordan Harap, Alexandre J. Tschumi, Leah McCallister Ray | susheelkirpalani@quinnemanuel.com; deborahnewman@quinnemanuel.com; robertloigman@quinnemanuel.com; benjaminfinestone@quinnemanuel.com; jordanharap@quinnemanuel.com; alexandretschumi@quinnemanuel.com; calliray@quinnemanuel.com |
| Counsel to James P. Seery, Jr. | Reed Smith LLP | Omar J. Alaniz, Efrain Vera | oalaniz@reedsmith.com; evera@reedsmith.com |
| Counsel to James D. Dondero, Strand Advisors, Inc., The Dugaboy Investment Trust, Get Good Trust, and NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC) | Reichman Jorgensen Lehman & Feldberg LLP | Amy L. Ruhland | aruhland@reichmanjorgensen.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Richards, Layton & Finger PA | Michael J. Merchant, Sarah E. Silveira | merchant@rlf.com; silveira@rlf.com |
| Co-Counsel to Debtor | Robbins, Russell, Englert, Orseck & Untereiner LLP | Roy T. Englert, Jr., Matthew M. Madden, John B. Goerlich, Shikha Garg | renglert@robbinsrussell.com; mmadden@robbinsrussell.com; jgoerlich@robbinsrussell.com; sgarg@robbinsrussell.com |
| Counsel for Hunter Mountain Trust | Rochelle McCullough, LLP | E. P. Keiffer | pkeiffer@romclaw.com |
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Rogge Dunn Group, PC | Brian P. Shaw | shaw@roggedunngroup.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") and CPCM, LLC | Ross & Smith, PC | Judith W. Ross, Frances A. Smith, Eric Soderlund | judith.ross@judithwross.com; frances.smith@judithwross.com; eric.soderlund@judithwross.com |
| Counsel for Scott Ellington, Isaac Leventon, Frank Waterhouse, and CPCM, LLC | Ross, Smith & Binford, PC | Judith W. Ross, Frances A. Smith, Eric Soderlund | judith.ross@rsbfirm.com; frances.smith@rsbfirm.com; eric.soderlund@rsbfirm.com |
| Counsel for The Charitable DAF Fund, L.P., CLO Holdco, Ltd., Mark Patrick, Sbaiti & Company, PLLC, Mazin A. Sbaiti, Jonathan Bridges, and PCMG Trading Partners XXIII, L.P | Sbaiti & Company PLLC | Mazin A Sbaiti, Jonathan Bridges, Kevin N Colquitt | MAS@SbaitiLaw.com; jeb@sbaitilaw.com |
| Counsel for The Charitable DAF Fund LP, CLO Holdco, Ltd., Mark Patrick, Sbaiti & Company, PLLC., Mazin A. Sbaiti, Jonathan Bridges | Schaerr Jaffe LLP | Brian J Field, Erik S Jaffe, Aaron Gordon | bfield@schaerr-jaffe.com; agordon@schaerr-jaffe.com |
| Counsel for NextPoint Advisors LP | Schwartz Law PLLC | Samuel A Schwartz, Athanasios Eftimios Agelakopoulos | saschwartz@nvfirm.com; aagelakopoulos@nvfirm.com |

**Exhibit B**
**Adversary Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen, Dennis M. Twomey | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com; dtwomey@sidley.com |
| Counsel for Official Committee of Unsecured Creditors,  Marc. S. Kirschner, as Litigation Trustee of the Highland Litigation Sub-Trust | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Juliana Hoffman, Chandler M. Rognes | preid@sidley.com; pmontgomery@sidley.com; jhoffman@sidley.com; crognes@sidley.com |
| Counsel for Patrick Daugherty | Spencer Fane LLP | Jason P. Kathman | jkathman@spencerfane.com |
| Counsel for James Dondero, Nancy Dondero, Highland Capital Management Services, Inc., HCRE Partners, LLC (n/k/a NexPoint Real Estate Partners, LLC), and  Highland CLO Management, Ltd. | Stinson LLP | Deborah Deitsch-Perez, Michael P. Aigen | deborah.deitschperez@stinson.com; michael.aigen@stinson.com |
| Counsel to Hunter Mountain Investment Trust, James Dondero, Nancy Dondero, Highland Capital Management Services, Inc., HCRE Partners, LLC (n/k/a NexPoint Real Estate Partners, LLC), and  Highland CLO Management, Ltd., Dugaboy Investment Trust, Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P. | Stinson LLP | Deborah Deitsch-Perez, Michael P. Aigen | deborah.deitschperez@stinson.com; michael.aigen@stinson.com |
| Counsel for Mark Okada, The Mark and Pamela Okada Family Trust – Exempt Trust #1, and The Mark and Pamela Okada Family Trust – Exempt Trust #2 | Sullivan & Cromwell LLP | Brian D. Glueckstein | gluecksteinb@sullcrom.com |
| Counsel for the Hunter Mountain Trust ("Hunter") | Sullivan Hazeltine Allinson LLC | William A. Hazeltine, Esq. | whazeltine@sha-llc.com |
| Counsel to The Charitable DAF Fund, LP | Tillotson Johnson & Patton | Anne Marie Johnson | ajohnson@tillotsonlaw.com |
| Bankruptcy Judge | US Bankruptcy Court | Hon. Stacey G Jernigan | sgj_settings@txnb.uscourts.gov |
| Counsel for Massand Capital, Inc. and Massand Capital, LLC | Vanacour Perkins PLLC | Jason Vanacour, Kevin Perkins | jvanacour@vanacourperkins.com; kperkins@vanacourperkins.com |
| Counsel for James Dondero | Vedder Price Kaufman & Kammholz | Douglas Joseph Lipke | dlipke@vedderprice.com |
| Counsel for James Dondero | Vedder Price PC | Thomas P Cimino , Jr, William W Thorsness, Douglas Joseph Lipke, Michael Eidelman, David L Kane | tcimino@vedderprice.com; wthorsness@vedderprice.com; meidelman@vedderprice.com; dlipke@vedderprice.com; dkane@vedderprice.com |
| Counsel for Highland Capital Management Services, Inc. | Wick Phillips Gould & Martin, LLP | Brant C. Martin, Jason M. Rudd, Lauren K. Drawhorn, Jeffrey W. Hellberg Jr. | brant.martin@wickphillips.com; jason.rudd@wickphillips.com; lauren.drawhorn@wickphillips.com; jeff.hellberg@wickphillips.com |
| Counsel to James P. Seery, Jr. | Willkie Farr & Gallagher LLP | Mark T. Stancil, Joshua S. Levy | mstancil@willkie.com; jlevy@willkie.com |
| Counsel for Wilmer Cutler Pickering Hale and Dorr LLP | Wilmer Cutler Pickering Hale and Dorr LLP | Timothy F. Silva, Benjamin W Loveland | timothy.silva@wilmerhale.com; benjamin.loveland@wilmerhale.com |
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Winstead PC | Rakhee V. Patel; Phillip Lamberson; Jason A. Enright; Annmarie Chiarello | rpatel@winstead.com; plamberson@winstead.com; jenright@winstead.com; achiarello@winstead.com |

# EXHIBIT C

**Exhibit 6**
**Litigation Parties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Acis Capital Management, L.P. et al | c/o Brian P. Shaw, Esq. | shaw@roggedunngroup.com |
| Acis Capital Management, LP | | josh@aciscm.com |
| Brian P. Shaw | | shaw@roggedunngroup.com |
| Joshua & Jennifer Terry | c/o Brian P. Shaw, Esq. | shaw@roggedunngroup.com |
| Joshua N. Terry on behalf of his IRAs and Jennifer G. Terry on behalf of her IRAs and The Terry Family 401-K Plan | Brian P. Shaw | shaw@roggedunngroup.com |
| McKool Smith, P.C. | Gary Cruciani, Esq. | gcruciani@mckoolsmith.com |
| NWCC, LLC | c/o Michael A. Battle, Esq. | mbattle@btlaw.com |
| Patrick Daugherty/Andrew K. York | Dylan O. Drummond | ddrummond@grayreed.com |

Highland Capital Management, L.P.
Case No. 19-34054

# EXHIBIT D

**Exhibit D**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel to the Intertrust Entities and the CLO Entities | Chipman, Brown, Cicero & Cole, LLP | Mark L. Desgrosseilliers | Hercules Plaza | 1313 North Market Street, Suite 5400 | | Wilmington | DE | 19801 |
| Creditor | Cole, Schotz, Meisel, Forman & Leonard, P.A. | | 901 Main Street | Suite 4120 | | Dallas | TX | 75202 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Secured Creditor | KeyBank National Association | as Administrative Agent | 225 Franklin Street, 18th Floor | | | Boston | MA | 02110 |
| Secured Creditor | KeyBank National Association | as Agent | 127 Public Square | | | Cleveland | OH | 44114 |
| Texas Attorney General | Office of the Attorney General | Ken Paxton | 300 W. 15th Street | | | Austin | TX | 78701 |
| Attorney General of the United States | Office of the Attorney General | | Main Justice Building, Room 5111 | 10th & Constitution Avenue, N.W. | | Washington | DC | 20530 |
| US Attorneys Office for Northern District of TX | Office of the United States Attorney | Erin Nealy Cox, Esq | 1100 Commerce Street, 3rd Floor | | | Dallas | TX | 75202 |
| TX Comptroller of Public Accounts | State Comptroller of Public Accounts | Revenue Accounting Division-Bankruptcy Section | PO Box 13258 | | | Austin | TX | 78711 |
| Equity Holders | Strand Advisors, Inc. | | 300 Crescent Court | Suite 700 | | Dallas | TX | 75201 |
| TX AG Office | Texas Attorney Generals Office | Bankruptcy-Collections Division | PO Box 12548 | | | Austin | TX | 78711-2548 |
| Equity Holders | The Dugaboy Investment Trust | | 300 Crescent Court | Suite 700 | | Dallas | TX | 75201 |
| U.S. Department of the Treasury | US Department of the Treasury | Office of General Counsel | 1500 Pennsylvania Avenue, NW | | | Washington | DC | 20220 |
| Delaware Division of Revenue | Zillah A. Frampton | Bankruptcy Administrator | Delaware Division of Revenue | Carvel State Office Building, 8th Floor | 820 N. French Street | Wilmington | DE | 19801 |

Highland Capital Management, L.P.
Case No. 19-34054