Michael J. Edney
MORGAN LEWIS BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
michael.edney@morganlewis.com
T: (202)-739-3000
F: (202)-739-3001

Geoffrey S. Harper
Texas Bar No. 00795408
John Michael Gaddis
Texas Bar No. 24069747
KING & SPALDING LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
gharper@kslaw.com
mgaddis@kslaw.com
T: (214) 764-4600

*Counsel for The Dugaboy Investment Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case No. 19-34054-sgj |
| Debtor. | |

## NOTICE OF APPEAL TO THE
## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

Under the Federal Rules of Bankruptcy Procedure 8002 and 8003, The Dugaboy

Investment Trust ("Dugaboy") appeals to the United States District Court for the Northern

District of Texas from the Court's June 15, 2026, Order Denying Dugaboy's Motion for Relief

from Order and Motion to Vacate under Fed. R. Civ. P. 60(b) (the "Denial Order"). A copy of

the Denial Order is attached to this Notice of Appeal at **Exhibit A**.

The Parties to the June 15, 2026, Order and the names, addresses, and telephone numbers of their attorneys are as follows:

1. *Party/Appellant*: The Dugaboy Investment Trust

Attorneys:

MORGAN LEWIS BOCKIUS LLP
Michael J. Edney
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
T: (202)-739-3000
F: (202)-739-3001

And

KING & SPALDING LLP
Geoffrey S. Harper
Texas Bar No. 00795408
John Michael Gaddis
Texas Bar No. 24069747
2601 Olive Street, Suite 2300
Dallas, TX 75201
T: (214) 764-4600

2. *Party/Appellee:* Highland Capital Management, L.P.

Attorneys:

PACHULSKI STANG ZIEHL & JONES LLP
Jeffery N. Pomerantz
John A. Morris
Gregory V. Demo
Hayley R. Winograd
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
T: (310) 277-6910
F: (212) 561-7777

And

HAYWARD & ASSOCIATES PLLC
Melissa S. Hayward
Zachery Z. Annable
10501 N. Central Expy. Ste. 106
Dallas, TX 75231
T: (972) 755-7100
F: (972) 755-7110

3.   *Party/Appellee:* Highland Claimant Trust

Attorneys:

PACHULSKI STANG ZIEHL & JONES LLP
Jeffery N. Pomerantz
John A. Morris
Gregory V. Demo
Hayley R. Winograd
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
T: (310) 277-6910
F: (212) 561-7777

And

HAYWARD & ASSOCIATES PLLC
Melissa S. Hayward
Zachery Z. Annable
10501 N. Central Expy. Ste. 106
Dallas, TX 75231
T: (972) 755-7100
F: (972) 755-7110

4.   *Party/Appellee:* The Highland Litigation Sub-Trust

Attorneys:

QUINN EMANUEL URQUHART & SULLIVAN LLP
Deborah J. Newman (admitted pro hac vice)
Robert S. Loigman (admitted pro hac vice)
51 Madison Avenue, 22nd Floor New York, NY 10010
T: (212) 849-7000

And

SIDLEY AUSTIN LLP
Paige Holden Montgomery
2021 McKinney Avenue
Suite 2000
Dallas, Texas 75201
T: (214) 981-3300

5.   *Party/Appellee:* Hunter Mountain Investment Trust

KELLY HART PITRE
Louis M. Phillips (#10505)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
T: (225) 381-9643

F: (225) 336-9763

Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
T: (504) 522-1812
F: (504) 522-1813

Dated: June 29, 2026            MORGAN LEWIS BOCKIUS LLP

                                       */s/ Michael J. Edney*
                                         Michael J. Edney
                                         1111 Pennsylvania Avenue, NW
                                         Washington, D.C. 20004
                                         michael.edney@morganlewis.com
                                         T: (202)-739-3000
                                         F: (202)-739-3001

                                         *Attorneys for The Dugaboy Investment Trust*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on June 29, 2026, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

*/s/ Michael J. Edney*
Michael J. Edney

5