# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

June 29, 2026

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130



Re:  Highland Capital Management, L.P.
v. NexPoint Advisors, L.P., et al.
No. 25-119
(Your No. 23-10534)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 30, 2026

Mr. Stephen J. Manz
U.S. Bankruptcy Court, Northern District of Texas
1100 Commerce Street
Earle Cabell Federal Building
Dallas, TX 75242-1496

    No. 23-10534   Highland Captl Fund v. Highland Captl Mgmt
                 USDC No. 3:23-CV-573

Dear Mr. Manz,

We have received the Supreme Court order denying certiorari.  We
previously sent you the judgment issued as mandate.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Renee S. McDonough, Deputy Clerk
        504-310-7673