

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 10, 2026**

_____
**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **HIGHLAND CAPITAL** | § | **Case No.  19-34054-sgj11** |
| **MANAGEMENT, L.P.,** | § | |
| | § | |
| | § | |
| **Debtor.** | § | |

## <u>ORDER DENYING MOTION TO RECONSIDER</u>

On June 15, 2026, the Court entered its Memorandum Opinion and Order denying the relief sought by the Dugaboy Investment Trust's ("Dugaboy") *Memorandum of Law in Support of the Dugaboy Investment Trust's Motion for Relief from Order and Motion to Vacate*. Dkt Nos. 4678, 4679.

Thereafter, on June 29, 2026, Dugaboy filed its *Motion to Alter or Amend and for Reconsideration of Order Denying Motion for Relief from Order and Motion to Vacate* (the "Motion to Reconsider").[1] Dkt. No. 4684. On July 6, 2026, Highland Capital Management, L.P. and the Highland Claimant Trust (together, "Highland") filed their opposition to the Motion to Reconsider. Dkt. No. 4687.

---

[1] On the same day, Dugaboy also filed a Notice of Appeal. Dkt. No. 4685.

1

Then, on July 9, 2026, Dugaboy filed its *Notice of Intent to Reply and Request for Hearing on its* [Motion to Reconsider], in which Dugaboy attached a complaint pending in the 14th Judicial District of Dallas County filed by Mark Patrick and DFW Charitable Foundation against Matt Gaetz, Lance Gooden, and another defendant. Dkt. No. 4688.

The Court reviewed the Motion to Reconsider, Highland's opposition, and Dugaboy's July 9 notice. The Court finds that further briefing and a hearing on the issues raised in the Motion to Reconsider are not necessary for the Court to rule on the Motion to Reconsider.

Based on its review of the pleadings, the Court finds that Dugaboy's Motion to Reconsider is without merit. It is, therefore,

ORDERED that the Motion to Reconsider [Dkt. No. 4684] is denied; and it is further

ORDERED that, under Fed. R. Bankr. P. 8002(b)(1), (2), Dugaboy's Notice of Appeal [Dkt. No. 4685] becomes effective upon entry of this Order.

### End of Order ###