BTXN 027 (rev. 04/26)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Highland Capital Management, L.P. | § | Case No.:  19–34054–sgj11 |
| | § | Chapter No.:   11 |
| Debtor(s) | § | |

Dear Michael:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient. Our review indicates that this case requires:

☐ Case Status

☐ An Order in resolution of

☐ A Notice of Hearing on

☑ An Amendment or Correction to a filing as follows file an amended appellant designation; Please omit any hearing held, hearing set or hearing continue event entries, as they do not contain a PDF; Any oversized documents, 4513, 4521, 4534, 4608, 4627, 4626,4625 should be placed on a flash drive, each document should have its own folder. Any SEALED documents, should be placed in an envelope with a cover later attached. Any Court admitted exhibits should be place on a flash drive and submitted to the court. Omit 4679 and 4685 from page 25 as they are listed first. Move transcript listing under 5 to the end, with all other transcripts.

☐ The following additional Filing:

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 4 days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED:  7/27/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/J. Blanco, Deputy Clerk
juan_blanco@txnb.uscourts.gov