CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 14, 2026**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Highland Capital Management, L.P., | § | Case No. 19-34054-sgj11 |
| | § | |
| Reorganized Debtor. | § | |

**ORDER**

On August 7, 2026, Highland Capital Management, L.P. and the Highland Claimant Trust filed a motion to strike items designated by Dugaboy Investment Trust as part of the record on appeal (the "Motion") [ECF No. 4706]. It is hereby

ORDERED that the Motion will be heard on Thursday, September 3, 2026, at 9:00 a.m. by WebEx;[1] it is further

ORDERED that any response to the Motion must be filed by August 27, 2026, and no reply is permitted.

### End of Order ###

[1] The WebEx attendance information for this hearing will be posted on the Court's website, www.txnb.uscourts.gov, under Judge Odell's "Hearing Dates and Calendar" tab prior to the hearing.