CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 18, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | ) | |

**ORDER GRANTING**
**MOTION TO WITHDRAW HAYLEY R. WINOGRAD AS COUNSEL**

Upon consideration of the *Motion to Withdraw Hayley R. Winograd as Counsel* (the "Motion")[2] filed by Highland Capital Management, L.P. ("Highland"), the reorganized debtor in the above-captioned Chapter 11 case, and the Highland Claimant Trust (the "Claimant Trust"), the Court finds and concludes that the factual and legal bases set forth in the Motion establish sufficient cause for the relief granted in this Order; therefore, after due deliberation, **IT IS ORDERED, ADJUDGED, AND DECREED THAT**:

[1] Highland's last four digits of its taxpayer identification number are (8357). The service address for Highland is 6333 E. Mockingbird Lane, Suite 147 #5045, Dallas, TX 75214.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

1. The Motion is **GRANTED** as set forth herein.

2. Hayley R. Winograd is permitted to withdraw as counsel of record for Highland and the Claimant Trust in the Bankruptcy Case.

3. The Clerk of this Court and all parties are directed to remove Hayley R. Winograd as counsel of record for Highland and the Claimant Trust on the docket and any applicable service list, including the Court's CM/ECF electronic notification list, maintained in the Bankruptcy Case.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

###End of Order###