CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 20, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | ) | |

**ORDER GRANTING**
**MOTION TO SUBSTITUTE COUNSEL**

Upon consideration of the *Motion to Substitute Counsel* (the "Motion")[2] filed by the Highland Litigation Sub-Trust (the "Litigation Sub-Trust"), a party-in-interest in the above-captioned chapter 11 bankruptcy case (the "Bankruptcy Case") of Highland Capital Management, L.P., the Court finds and concludes that the factual and legal bases set forth in the Motion establish sufficient cause for the relief granted in this Order; therefore, after due deliberation, **IT IS ORDERED, ADJUDGED, AND DECREED THAT**:

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The service address for Highland is 6333 E. Mockingbird Lane, Suite 147 #5045, Dallas, TX 75214.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

1. The Motion is **GRANTED** as set forth herein.

2. Effective upon the entry of this Order, (i) Jeffrey N. Pomerantz, John A. Morris, Gregory V. Demo, Jordan A. Kroop, and the law firm of Pachulski, Stang, Ziehl & Jones LLP and (ii) Melissa S. Hayward, Zachery Z. Annable, and the law firm of Hayward PLLC are substituted as counsel of record for the Litigation Sub-Trust in the Bankruptcy Case.

3. Effective upon the entry of this Order, (i) Robert S. Loigman, Deborah J. Newman, and the law firm of Quinn Emanuel Urquhart & Sullivan LLP (together, the "Quinn Attorneys") and (ii) Paige H. Montgomery and the law firm of Sidley Austin LLP (together, the "Sidley Attorneys") are hereby withdrawn as counsel of record for the Litigation Sub-Trust in the Bankruptcy Case.

4. The Clerk of this Court and all parties are directed to remove the Quinn Attorneys and the Sidley Attorneys as counsel of record for the Litigation Sub-Trust on the docket and any applicable service list, including the Court's CM/ECF electronic notification list, maintained in the Bankruptcy Case.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

###End of Order###