CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 24, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | ) | |

**ORDER GRANTING MOTION FOR EXPEDITED HEARING ON APPELLEES' MOTION TO STRIKE ITEMS IMPROPERLY DESIGNATED AS PART OF THE RECORD ON APPEAL OF THE RULE 59(e) DECISION**

Having considered the *Motion for Expedited Hearing on Appellees' Motion to Strike Items Improperly Designated as Part of the Record on Appeal of the Rule 59(e) Decision* [Docket No. 4729] (the "Motion to Expedite")[2] filed by Highland Capital Management, L.P., the reorganized debtor in the above-captioned Chapter 11 case, and the Highland Claimant Trust (together, "Appellees"); and based on The Dugaboy Investment Trust's lack of opposition to the relief

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The service address for Highland is 6333 E. Mockingbird Lane, Suite 147 #5045, Dallas, TX 75214.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion to Expedite.

requested in the Motion to Expedite as set forth in the *Supplemental Certificate of Conference Regarding (i) Appellees' Motion to Strike Items Improperly Designated as Part of the Record on Appeal of the Rule 59(e) Decision and (ii) Motion for an Expedited Hearing Thereon* [Docket No. 4730]; and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (d) notice of the Motion to Expedite was proper and sufficient under the circumstances and no further or additional notice need be given; and (e) the factual and legal bases set forth in the Motion to Expedite establish sufficient cause for the relief granted in this Order; after due deliberation, **IT IS ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion to Expedite is **GRANTED** as set forth herein.

2. *Appellees' Motion to Strike Items Improperly Designated as Part of the Record on Appeal of the Rule 59(e) Decision* [Docket No. 4728] (the "Rule 59(e) Motion to Strike") is hereby scheduled for hearing on **Thursday, September 3, 2026, at 9:00 a.m. (Central Time)** (the "Hearing"). The Hearing on the Rule 59(e) Motion to Strike will be held via WebEx videoconference before The Honorable Brad W. Odell, United States Bankruptcy Judge. The WebEx attendance information will be posted to the Court's website, www.txnb.uscourts.gov, under Judge Odell's "Hearing Dates and Calendar" tab prior to the Hearing.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

###End of Order###