BTXN 191 (rev. 12/24)

# AUDIO / TRANSCRIPT ORDER

| | | |
|---|---|---|
| 1. ORDER REQUEST: [ ] AUDIO [x] TRANSCRIPT | 2. DATE OF ORDER: 9/3/2026 | |
| 3. NAME: Tamara Kirkpatrick | 4. PHONE NUMBER: (832) 397-8652 | 5. EMAIL ADDRESS: tkirkpatrick@kslaw.com |
| 6. MAILING ADDRESS: 1100 Louisiana Street, Suite 4100 | 7. CITY: Houston | 8. STATE: TX / 9. ZIP CODE: 77002 |
| 10. CASE NUMBER: 19-34054-sgj11 / 11. CASE NAME: lin re: Highland Capital Mgmt | 12. JUDICIAL OFFICIAL: Hon. Brad W. Odell | 13. DATE OF PROCEEDING: FROM: 9/3/2026 |

14. ORDER:

A.

| ORDINARY | 7 DAY EXPEDITED | DAILY | HOURLY |
|---|---|---|---|
| [ ] | [ ] | [x] | [ ] |

| 14 DAY EXPEDITED | 3 DAY EXPEDITED |
|---|---|
| [ ] | [ ] |

15. AUDIO/TRANSCRIPT REQUESTED Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | |
|---|---|
| [x] Entire Hearing | |
| [ ] Court Ruling | |
| [ ] Witness Testimony | |
| [ ] Other: (Specify) | |
| | |
| | |

| | |
|---|---|
| CERTIFICATION<br>By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber). | 16. SIGNATURE: /s/ *Tamara Y. Kirkpatrick*<br>17. DATE: 9/3/2026 |