BTXN 119 (rev. 03/19)

# AUDIO / TRANSCRIPT ORDER

| | | |
|---|---|---|
| 1. ORDER REQUEST: ☐ DUPLICATE OF AUDIO CD Recordings Only ☒ TRANSCRIPT | 2. DATE OF ORDER: 9/4/2026 | **FOR COURT USE ONLY DUE DATE:** |
| 3. NAME: Melanie Holmes | 4. PHONE NUMBER: 972-755-7105 | 5. EMAIL ADDRESS: mholmes@haywardfirm.com |
| 6. MAILING ADDRESS: 10501 N. Central Expy., Ste. 106 | 7. CITY: Dallas | 8. STATE: TX — 9. ZIP CODE: 75231 |
| 10. CASE NUMBER: 19-34054 — 11. CASE NAME: Highland Capital Mgmt. | 12. JUDICIAL OFFICIAL: O'Dell | 13. DATE OF PROCEEDING: FROM: 09 / 03 / 2026 |

14. ORDER FOR: ☐ APPEAL ☒ BANKRUPTCY ☐ OTHER

15. ORDER:

A. ☐ ORDINARY ☐ 7 DAY EXPEDITED ☒ DAILY ☐ HOURLY ☐ 14 DAY EXPEDITED ☐ 3 DAY EXPEDITED

16. AUDIO/TRANSCRIPT REQUESTED Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | PORTION(S) |
|---|---|
| ☒ ENTIRE HEARING | ☐ TESTIMONY (SPECIFY WITNESS) |
| ☐ OPENING STATEMENT (PLAINTIFF) | |
| ☐ OPENING STATEMENT (DEFENDANT) | |
| ☐ CLOSING ARGUMENT (PLAINTIFF) | ☐ VOIR DIRE |
| ☐ CLOSING ARGUMENT (DEFENDANT) | ☐ OTHER (SPECIFY) |
| ☐ COURT RULING ONLY | |

| | |
|---|---|
| CERTIFICATION<br>By signing 17. & 18, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber). | 17. SIGNATURE: /s/ Melanie Holmes<br>18. DATE: 9/4/2026 |

**COURT USE ONLY**

| | |
|---|---|
| A. PROCESSED BY: | B. TRANSCRIPT TO BE PREPARED BY: |
| PHONE NUMBER: | ADDRESS: |
| EMAIL ADDRESS: | TELEPHONE:<br>EMAIL ADDRESS: |

| | | | |
|---|---|---|---|
| C. PARTY RECEIVED AUDIO: | DATE: | BY: | $31 FEE PAID: |

**DISTRIBUTION:** COURT COPY ORDER RECEIPT ORDER COPY