PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (admitted *pro hac vice*)
John A. Morris (admitted *pro hac vice*)
Gregory V. Demo (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P. and*
*the Highland Claimant Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| Debtor. | ) | |

**NOTICE REGARDING THE INTENDED DESTRUCTION OF CERTAIN RETAINED DOCUMENTS**

1. Reference is made to (i) the *Motion for an Order Authorizing (A) the Destruction of Certain Documents and Obsolete Equipment and (B) for Related Relief* [Docket No. 4416] (the "Motion") filed by Highland Capital Management, L.P. ("Highland"), the reorganized debtor in the above-captioned chapter 11 case (the "Bankruptcy Case"), and the Highland Claimant Trust

[1] Highland's last four digits of its taxpayer identification number are (8357). The service address for Highland is 6333 Mockingbird Ln., Ste. 147 #5045, Dallas, Texas 75214.

(the "Claimant Trust) on September 30, 2025; and (ii) the *Order Authorizing (A) the Destruction of Certain Documents and Obsolete Equipment and (B) for Related Relief* [Docket No. 4467] (the "Order")[2] entered by the Court on November 14, 2025.

2. Pursuant to the Order, Highland and the Claimant Trust are authorized, but not directed, to cause the destruction of any Retained Documents upon ten (10) days' written notice (the "Notice Period"), provided that (i) such notice is filed on the main docket in the Bankruptcy Case and (ii) no objection to any such notice is lodged by any party in interest during the Notice Period.

3. On August 11, 2026, each of Highland and the Claimant Trust filed a *Notice of Dissolution* [Docket Nos. 4709 and 4710, respectively] with the Court.

4. **PLEASE TAKE NOTICE** that in accordance with the Order and in furtherance of winding up the respective affairs of each of Highland and the Claimant Trust, no earlier than ten (10) days following the date of this Notice, Highland and the Claimant Trust intend to cause all of the Retained Documents (which are currently located at Iron Mountain's Dallas, TX facility) to be permanently destroyed, and no copies of the Retained Documents will be retained.

[*Remainder of Page Intentionally Left Blank*]

[2] Capitalized terms not otherwise defined in this Notice shall have the meanings ascribed to them in the Motion and the Order, as applicable.

Dated: September 30, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (admitted *pro hac vice*)
John A. Morris (admitted *pro hac vice*)
Gregory V. Demo (admitted *pro hac vice*)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
jmorris@pszjlaw.com
gdemo@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*

Melissa S. Hayward
Texas Bar No. 24044908
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P. and the Highland Claimant Trust*