Michael J. Edney
Martha B. Stolley
Avery Joseph Welker
Morgan Lewis Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
michael.edney@morganlewis.com
martha.stolley@morganlewis.com
avery.welker@morganlewis.com
T: (202)-739-3000
F: (202)-739-3001

Geoffrey S. Harper
Texas Bar No. 00795408
John Michael Gaddis
Texas Bar No. 24069747
KING & SPALDING LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
gharper@kslaw.com
mgaddis@kslaw.com
T: (214) 764-4600

*Counsel for The Dugaboy Investment Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case No. 19-34054-sgj |
| Debtor. | |

**THE DUGABOY INVESTMENT TRUST'S UNOPPOSED MOTION TO SUPPLEMENT THE RECORD ON APPEAL**

Appellant The Dugaboy Investment Trust ("Dugaboy") respectfully submits this Unopposed Motion to Supplement the Record on Appeal in the above-referenced matter. In support thereof, Dugaboy shows the Court as follows:

1. On April 24, 2026, the Bankruptcy Court held a hearing on a Motion for Protective Order. Dkt. 4562.

2. On April 29, 2026, the Bankruptcy Court held a hearing on a Motion Continue Discovery Deadlines. Dkt. 4581.

3. On May 11, 12, and 21, 2026, the Bankruptcy Court held a hearing on Dugaboy's Motion for Relief from Order and Motion to Vacate (the "Rule 60(b) Motion"). Dkt. 4513.

4. On June 15, 2026, the Bankruptcy Court issued an Order Denying Motion to Reconsider. Dkts. 4678, 4679.

5. On June 29, 2025, Dugaboy filed a Notice of Appeal of the Rule 60(b) Motion. Dkt. 4685.

6. On July 31, 2026, Dugaboy filed an amended designation of items to be included in the record on appeal and a statement of the issues to be presented, amending the July 24, 2026, designation of items to be included in the record on appeal and a statement of the issues to be presented. Dkts. 4699, 4705.

7. On August 18, 2026, the Bankruptcy Clerk certified and transmitted the bankruptcy record on appeal (the "Record") to this Court. Case No. 3:26-cv-02315-X Dkts. 19, 24.

8. Upon review of the Record, Dugaboy learned that the following transcripts were inadvertently omitted from the transmitted Record, listed as item 8 in Dugaboy's amended designation of items to be included in the record on appeal and a statement of the issues to be presented (Dkt. 4705):

a. Transcript of hearing held April 24, 2026, before Judge Brad W. Odell regarding a Motion for Protective Order (Dkt. 4562);

b. Transcript of hearing held April 29, 2026, before Judge Brad W. Odell regarding a Motion to Continue Discovery Deadlines (Dkt. 4581); and

c. Transcript of hearing held May 11, 12, and 21, 2026, before Judge Brad W. Odell regarding the Rule 60(b) Motion (Dkts. 4566, 4662, and 4671).

9. On September 30, 2026, counsel for Dugaboy contacted the Bankruptcy Clerk's office to notify the Clerk that the properly designated transcripts were inadvertently omitted from the Bankruptcy Clerk's transmittal to the Court.

10. As such, pursuant to Federal Rule of Bankruptcy Procedure 8009(e), Dugaboy requests that the transcripts attached hereto as Exhibits A–E (Dkts. 4562, 4581, 4566, 4662, and 4671) be included as a supplement to the Record to be certified by the Bankruptcy Clerk and transmitted to this Court.

11. Upon a conference between counsel for Dugaboy and counsel for Highland Capital Management, L.P. ("Highland"), Highland's counsel indicated that Highland is unopposed, and agrees, to the relief requested in this Motion to Supplement the Record on Appeal.

12. Out of an abundance of caution, Dugaboy is concurrently filing this Motion on both the main Bankruptcy Court docket (19-34054-sgj11) and the District Court appeal docket (3:26-cv-02315-X).

For the above reasons, Dugaboy respectfully requests that the Court issue an Order to allow and require the Bankruptcy Clerk to Certify and Transmit a supplemental record on appeal that includes the transcripts attached hereto.

Date: October 1, 2026

By: */s/ Michael J. Edney*

Michael J. Edney
Martha Stolley
Avery Joseph Welker
MORGAN LEWIS BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
Michael.edney@morganlewis.com
Martha.stolley@morganlewis.com
Avery.welker@morganlewis.com
T: 202-739-3000
F: 202-739-3001

Geoffrey S. Harper
Texas Bar No. 00795408
John Michael Gaddis
Texas Bar No. 24069747
KING & SPALDING LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
gharper@kslaw.com
mgaddis@kslaw.com
T: (214) 764-4600

***Counsel for The Dugaboy Investment Trust***

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on October 1, 2026, John Michael Gaddis, counsel for The Dugaboy Investment Trust, contacted John Morris, counsel for Highland Capital Management, L.P., regarding the substance of the foregoing Motion to Supplement the Record on Appeal. Mr. Morris confirmed that Highland Capital Management, L.P. is not opposed to the relief sought herein.

/s/ Michael J. Edney
Michael J. Edney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 1, 2026, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

/s/ Michael J. Edney
Michael J. Edney