# EXHIBIT A

[Proposed Order]

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | ) | |

**ORDER DIRECTING RELEASE OF REGISTRY FUNDS TO**
**HIGHLAND CAPITAL MANAGEMENT, L.P. PURSUANT TO 28 U.S.C. § 2042**

Having considered the *Motion for an Order Directing Release of Registry Funds to Highland Capital Management, L.P. Pursuant to 28 U.S.C. § 2042* [Docket No. ___] (the "Motion")[2] filed by the Highland Capital Management, L.P. ("Highland"), the reorganized debtor in the above-captioned chapter 11 case, the Court finds and concludes that: (a) notice of the Motion was adequate and no additional notice of the Motion is required; (b) the Court has jurisdiction to

[1] Highland's last four digits of its taxpayer identification number are (8357). The service address for Highland is 6333 E. Mockingbird Lane, Suite 147 #5045, Dallas, TX 75214.

[2] Capitalized terms used but not defined in this Order have the meanings ascribed to them in the Motion.

consider the Motion; (c) venue is proper under 28 U.S.C. §§ 1408 and 1409; and (d) the relief requested in the Motion is appropriate. Accordingly,

**IT IS ORDERED THAT**:

1. The Motion is **GRANTED**.

2. The Clerk of the United States District Court for the Northern District of Texas (the "Clerk") is directed to pay to Highland from the Registry the Total Cash Security (which, for the avoidance of doubt, totaled $921,199.63 as of September 30, 2026 and will include all additional Accrued Interest from September 30, 2026, to the date the cash is released to Highland) in partial satisfaction of the Judgment Amount arising from the Judgment entered against NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC) ("HCRE") by the Court in its *Memorandum Opinion and Order Granting Highland Capital Management, L.P.'s Motion for (A) Bad Faith Finding and (B) Attorneys' Fees Against NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC) in Connection with Proof of Claim # 146* [Docket Nos. 4038 and 4039] (together, the "Sanctions Order"), subject to Highland's reservation of rights as set forth more fully in the Motion and the Klos Declaration filed contemporaneously with the Motion.

3. Pursuant to Local Bankruptcy Rule 7067-1(c), Highland's information is as follows:

| | |
|---|---|
| Payee: | Highland Capital Management, LP |
| Mailing Address: | 6333 E. Mockingbird Lane, Suite 147 #5045<br>Dallas, TX 75214 |
| TIN: | 87-2188357 |

4. The Clerk is directed to accept on a confidential basis written electronic transfer instructions from Highland's Counsel[3] so as to promptly transfer the Total Cash Security to Highland.

[3] "Highland's Counsel" refers to Melissa S. Hayward and/or Zachery Z. Annable of Hayward PLLC.

5. This Court retains exclusive jurisdiction and authority to hear and determine all matters arising from or related to the implementation of this Order.

###End of Order###