CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 7, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § | **Case No. 19-34054-sgj11** |
| | § | |
| | § | |
| **Debtor.** | § | |

**ORDER**

Consistent with the Memorandum Opinion issued on this date, it is hereby

ORDERED that the Motion to Strike Items Improperly Designated as Part of the Record on Appeal of the Rule 60(b) Decision [Dkt. No. 4706] and the Motion to Strike Items Improperly Designated as Part of the Record on Appeal of the Rule 59(e) Decision [Dkt. No. 4728] (collectively, the "Motions"), filed by Highland Capital Management, L.P. and the Highland Claimant Trust (collectively, "Highland"), are granted in part and denied in part; and it is further

ORDERED that the items identified in Appendix A are stricken from the

record on appeal for both the Rule 60(b) Motion[1] and Rule 59(e) Motion appeals pursuant to the Dugaboy Investment Trust's ("Dugaboy") voluntary withdrawal of those items from its designations. *See* Dkt. No. 4736; and it is further

ORDERED that the items identified in Appendix B are stricken from the record on appeal for both the Rule 60(b) Motion and Rule 59(e) Motion appeals because Dugaboy neither offered nor sought to admit them into evidence; and it is further

ORDERED that, in all other respects, the Motions are DENIED.

### End of Order ###

[1] Capitalized terms not otherwise defined herein shall have the same meaning given them in the Memorandum Opinion.

## Appendix A

4617-3, 4617-4

4618-6, 4618-7, 4618-8, 4618-9, 4618-10, 4618-11, 4618-12

4619-12

4620-2, 4620-6, 4620-7, 4620-9, 4620-10, 4620-11, 4620-14, 4620-16, 4620-17, 4620-18, 4620-19, 4620-20, 4620-21, 4620-22, 4620-33, 4620-38, 4620-39, 4620-40

4621-15, 4621-23, 4621-24, 4621-25, 4621-26, 4621-27, 4621-33, 4621-39, 4621-40, 4621-41, 4621-42, 4621-43

4622-2, 4622-3, 4622-4, 4622-5, 4622-6, 4622-7, 4622-8, 4622-11, 4622-12, 4622-13, 4622-15, 4622-16, 4622-17, 4622-18, 4622-19, 4622-20, 4622-21, 4622-22, 4622-23, 4622-24, 4622-25, 4622-27

4624-1, 4624-3, 4624-11, 4624-14, 4624-16, 4624-18, 4624-19, 4624-20, 4624-23

4625-1, 4625-3, 4625-8, 4625-9

4628-2, 4628-3, 4628-12, 4628-15

4629-1, 4629-5, 4629-6, 4629-7, 4629-8, 4629-9, 4629-10, 4629-11, 4629-12, 4629-13

4659-2, 4659-3, 4659-4, 4659-8, 4659-10, 4659-11, 4659-14, 4659-15, 4659-17, 4659-18, 4659-19, 4659-20, 4659-21, 4659-22, 4659-23, 4659-24, 4659-25, 4659-26, 4659-27, 4659-28

# Appendix B

4619-1

4620-1, 4620-3, 4620-4, 4620-5, 4620-8, 4620-12, 4620-13, 4620-15, 4620-23, 4620-24, 4620-25, 4620-26, 4620-27, 4620-28, 4620-29, 4620-30, 4620-31, 4620-32, 4620-34, 4620-35, 4620-36, 4620-37, 4620-41, 4620-42, 4620-43, 4620-44

4621-1, 4621-2, 4621-3, 4621-4, 4621-5, 4621-6, 4621-7, 4621-8, 4621-9, 4621-10, 4621-11, 4621-12, 4621-13, 4621-14, 4621-16, 4621-17, 4621-18, 4621-19, 4621-20, 4621-21, 4621-22, 4621-28, 4621-29, 4621-30, 4621-31, 4621-32, 4621-34, 4621-35, 4621-36, 4621-37, 4621-38, 4621-44, 4621-45

4622-1, 4622-9, 4622-10, 4622-14, 4622-26

4623-1, 4623-3

4624-2, 4624-4, 4624-5, 4624-6, 4624-7, 4624-8, 4624-10, 4624-12, 4624-13, 4624-15, 4624-17, 4624-22

4625-2, 4625-5, 4625-6, 4625-7, 4625-10

4628-5, 4628-6, 4628-7, 4628-11, 4628-13, 4628-14, 4628-16, 4628-17

4629-2, 4629-3, 4629-4, 4629-15

4659-1, 4659-5, 4659-6, 4659-7, 4659-9, 4659-12, 4659-13, 4659-16, 4659-29, 4659-30, 4659-31, 4659-32, 4659-33, 4659-34, 4659-35, 4659-36, 4659-37, 4659-38, 4659-39, 4659-40, 4659-41, 4659-42, 4659-43, 4659-44, 4659-45, 4659-46

4661-1, 4661-2, 4661-3, 4661-4, 4661-5