UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE DUGABOY INVESTMENT TRUST,

*Appellant*,

v.

HIGHLAND CAPITAL MANAGEMENT, L.P., et al.,

Appellees.

§ Civil Action No. 3:26-CV-2315-X

**TRANSFER ORDER**

In light of the pending motions to consolidate cases (Docs. 26, 33) and motion to designate related case (Doc. 2), along with the relevant procedural history laid out in Appellees' omnibus response brief (Doc. 46 at 6–7), the Court **TRANSFERS** this matter to the docket of Judge Ed Kinkeade. All future pleadings shall be filed under Civil Action No. 3:26-CV-2315-K.

**IT IS SO ORDERED** this 9th day of October, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE