CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 14, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | ) | |

**AGREED ORDER RESOLVING HIGHLAND CAPITAL MANAGEMENT, L.P.'S MOTION FOR AN ORDER DIRECTING RELEASE OF REGISTRY FUNDS TO HIGHLAND CAPITAL MANAGEMENT, L.P. PURSUANT TO 28 U.S.C. § 2042**

Having considered the *Motion for an Order Directing Release of Registry Funds to Highland Capital Management, L.P. Pursuant to 28 U.S.C. § 2042* [Docket No. 4756] (the "Motion")[2] filed by Highland Capital Management, L.P. ("Highland"), the reorganized debtor in the above-captioned chapter 11 case, Highland and NexPoint Real Estate Partners, LLC (f/k/a

[1] Highland's last four digits of its taxpayer identification number are (8357). The service address for Highland is 6333 E. Mockingbird Lane, Suite 147 #5045, Dallas, TX 75214.

[2] Capitalized terms used but not defined in this Order have the meanings ascribed to them in the Motion.

HCRE Partners, LLC) ("HCRE") hereby stipulate and agree, and the Court finds and concludes that: (a) notice of the Motion was adequate and no additional notice of the Motion is required; (b) the Court has jurisdiction to consider the Motion; (c) venue is proper under 28 U.S.C. §§ 1408 and 1409; and (d) the relief requested in the Motion is appropriate. Accordingly,

**IT IS ORDERED THAT**:

1. The Motion is **GRANTED**.

2. The Clerk of the United States District Court for the Northern District of Texas (the "Clerk") is directed to pay to Highland from the Registry the Total Cash Security (which, for the avoidance of doubt, totaled $921,199.63 as of September 30, 2026 and will include all additional Accrued Interest from October 1, 2026, to the date the cash is released to Highland) in partial satisfaction of the Judgment Amount arising from the Judgment entered against HCRE by the Court in its *Memorandum Opinion and Order Granting Highland Capital Management, L.P.'s Motion for (A) Bad Faith Finding and (B) Attorneys' Fees Against NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC) in Connection with Proof of Claim # 146* [Docket Nos. 4038 and 4039] (together, the "Sanctions Order").

3. Pursuant to Local Bankruptcy Rule 7067-1(c), Highland's information is as follows:

| | |
|---|---|
| Payee: | Highland Capital Management, LP |
| Mailing Address: | 6333 E. Mockingbird Lane, Suite 147 #5045<br>Dallas, TX 75214 |
| TIN: | 87-2188357 |

4. The Clerk is directed to accept on a confidential basis written electronic transfer instructions from Highland's Counsel[3] so as to promptly transfer the Total Cash Security to Highland.

[3] "Highland's Counsel" refers to Melissa S. Hayward and/or Zachery Z. Annable of Hayward PLLC.

5. Within three (3) business days following the date of entry of this Order, HCRE shall pay to Highland Top-Up Interest in the aggregate amount of $15,470.42 (the "Agreed Top-Up Interest Amount") by wire transfer of immediately available funds pursuant to written electronic transfer instructions provided by Highland's Counsel to HCRE's Counsel.[4]

6. Promptly following its receipt of the Total Cash Security from the Registry and the Agreed Top-Up Interest Amount from HCRE, Highland shall file with this Court a Satisfaction of Judgment acknowledging that the Judgment Amount has been fully paid and satisfied.

7. This Court retains exclusive jurisdiction and authority to hear and determine all matters arising from or related to the implementation of this Order.

###End of Order###

[4] "HCRE's Counsel" refers to Amy L. Ruhland of Pillsbury Winthrop Shaw Pittman LLP.

**STIPULATED AND AGREED THIS 12TH DAY OF OCTOBER 2026:**

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
jmorris@pszjlaw.com
gdemo@pszjlaw.com

-and-

**HAYWARD PLLC**

*_/s/ Zachery Z. Annable_*
Melissa S. Hayward
Texas Bar No. 24044908
Zachery Z. Annable
Texas Bar No. 24053075
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110
Email: MHayward@HaywardFirm.com
ZAnnable@HaywardFirm.com

*Counsel for Highland Capital Management, L.P.*

-and-

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

*_/s/ Amy L. Ruhland_*
Amy L. Ruhland
TX Bar No. 24043561
401 W 4th St., Suite 3200
Austin, Texas 78701
Telephone: (512) 580-9658
Facsimile: (512) 580-9601
Email: amy.ruhland@pillsburylaw.com

*Counsel for NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC)*