United States Bankruptcy Court

Northern District of Texas

In re: Case No. 19-34054-sgj
Highland Capital Management, L.P. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3 User: admin Page 1 of 25
Date Rcvd: Oct 07, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| aty | + | Alan J. Kornfeld, Pachulski Stang Ziehl & Jones LLPL, 10100 Santa Monica Blvd., 13 Fl, Los Angeles, CA 90067-4003 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| A. Lee Hogewood, III | on behalf of Interested Party Highland Total Return Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Opportunistic Credit Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com |
| A. Lee Hogewood, III | on behalf of Defendant Highland Capital Management Fund Advisors L.P. lee.hogewood@klgates.com, Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com |
| A. Lee Hogewood, III | on behalf of Interested Party Highland Global Allocation Fund lee.hogewood@klgates.com |

Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party Highland Healthcare Opportunities Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party NexPoint Capital Inc. lee.hogewood@klgates.com, Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party Highland Funds I and its series lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party NexPoint Strategic Opportunities Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party Highland/iBoxx Senior Loan ETF lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Defendant NexPoint Capital Inc. lee.hogewood@klgates.com, Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party Highland Socially Responsible Equity Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party Highland Merger Arbitrage Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party Highland Income Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party NexPoint Advisors L.P. lee.hogewood@klgates.com, Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party Highland Funds II and its series lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party Highland Capital Management Fund Advisors L.P. lee.hogewood@klgates.com, Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Defendant Highland Income Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party Highland Fixed Income Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party Highland Small-Cap Equity Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Defendant NexPoint Strategic Opportunities Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Defendant NexPoint Advisors L.P. lee.hogewood@klgates.com, Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party NexPoint Real Estate Strategies Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

Ali Ohlinger
on behalf of Partner Dugaboy Investment Trust aohlinger@cwl.law

Alyssa Russell
on behalf of Creditor Committee Official Committee of Unsecured Creditors alyssa.russell@sidley.com efilingnotice@sidley.com;alyssa-russell-3063@ecf.pacerpro.com

Amanda Rush
on behalf of Interested Party CCS Medical Inc. amanda.rush@kirkland.com

Amy K. Anderson
on behalf of Creditor Issuer Group aanderson@joneswalker.com tfontenot@joneswalker.com;amy-anderson-9331@ecf.pacerpro.com

Amy Lynne Ruhland
on behalf of Cross Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO AS TRUSTEE OF DUGABOY INVESTMENT TRUST amy.ruhland@pillsburylaw.com, docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC amy.ruhland@pillsburylaw.com docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
on behalf of Creditor Strand Advisors Inc. amy.ruhland@pillsburylaw.com, docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
on behalf of Defendant James D. Dondero amy.ruhland@pillsburylaw.com docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO AS TRUSTEE OF DUGABOY INVESTMENT TRUST amy.ruhland@pillsburylaw.com, docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
on behalf of Defendant STRAND ADVISORS INC amy.ruhland@pillsburylaw.com, docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
on behalf of Interested Party James Dondero amy.ruhland@pillsburylaw.com docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
on behalf of Creditor Get Good Trust amy.ruhland@pillsburylaw.com docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
on behalf of Creditor The Dugaboy Investment Trust amy.ruhland@pillsburylaw.com docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III AS TRUSTEE OF GET GOOD TRUST amy.ruhland@pillsburylaw.com, docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Andrea Louise Calhoun
on behalf of Defendant Alvarez & Marsal CRF Management LLC acalhoun@gibsondunn.com, pacer-tx@gibsondunn.com;andrea-calhoun-3381@ecf.pacerpro.com

Andrew Clubok
on behalf of Interested Party UBS AG London Branch andrew-clubok-9012@ecf.pacerpro.com dclitserv@lw.com,washington-dc-litigation-services-5378@ecf.pacerpro.com

Andrew Clubok
on behalf of Interested Party UBS Securities LLC andrew-clubok-9012@ecf.pacerpro.com dclitserv@lw.com,washington-dc-litigation-services-5378@ecf.pacerpro.com

Andrew Clubok
on behalf of Plaintiff UBS Securities LLC andrew-clubok-9012@ecf.pacerpro.com dclitserv@lw.com,washington-dc-litigation-services-5378@ecf.pacerpro.com

Andrew Clubok

| | |
|---|---|
| | on behalf of Plaintiff UBS AG London Branch andrew-clubok-9012@ecf.pacerpro.com dclitserv@lw.com,washington-dc-litigation-services-5378@ecf.pacerpro.com |
| Andrew K. York | on behalf of Defendant Patrick Hagaman Daugherty dyork@grayreed.com slangley@grayreed.com |
| Andrew K. York | on behalf of Counter-Claimant Patrick Hagaman Daugherty dyork@grayreed.com slangley@grayreed.com |
| Andrew K. York | on behalf of Creditor Patrick Daugherty dyork@grayreed.com slangley@grayreed.com |
| Annmarie Antoniette Chiarello | on behalf of Creditor Acis Capital Management GP LLC achiarello@winstead.com, poakley@winstead.com |
| Annmarie Antoniette Chiarello | on behalf of Creditor Acis Capital Management L.P. achiarello@winstead.com, poakley@winstead.com |
| Artoush Varshosaz | on behalf of Defendant NexPoint Capital Inc. artoush.varshosaz@klgates.com, allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party NexPoint Advisors L.P. artoush.varshosaz@klgates.com, allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Defendant Highland Income Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Healthcare Opportunities Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Small-Cap Equity Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party NexPoint Capital Inc. artoush.varshosaz@klgates.com, allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Socially Responsible Equity Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Funds I and its series artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Fixed Income Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Merger Arbitrage Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party NexPoint Strategic Opportunities Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Capital Management Fund Advisors L.P. artoush.varshosaz@klgates.com, allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Income Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Defendant NexPoint Strategic Opportunities Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland/iBoxx Senior Loan ETF artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Defendant Highland Capital Management Fund Advisors L.P. artoush.varshosaz@klgates.com, allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Global Allocation Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party NexPoint Real Estate Strategies Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Funds II and its series artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Defendant NexPoint Advisors L.P. artoush.varshosaz@klgates.com, allison.stowe@klgates.com |
| Artoush Varshosaz | |

on behalf of Interested Party Highland Total Return Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com

Asif Attarwala
on behalf of Interested Party UBS AG London Branch asif.attarwala@lw.com

Asif Attarwala
on behalf of Interested Party UBS Securities LLC asif.attarwala@lw.com

Avery Joseph Welker
on behalf of Creditor The Dugaboy Investment Trust avery.welker@morganlewis.com

Avery Joseph Welker
on behalf of Partner Dugaboy Investment Trust avery.welker@morganlewis.com

Basil A. Umari
on behalf of Interested Party Meta-e Discovery LLC basil@umarilaw.com, pelliott@dykema.com

Bennett Rawicki
on behalf of Defendant Alvarez & Marsal CRF Management LLC brawicki@hilgerslaw.com

Bojan Guzina
on behalf of Creditor Committee Official Committee of Unsecured Creditors bguzina@sidley.com

Brant C. Martin
on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC brant.martin@wickphillips.com samantha.tandy@wickphillips.com;CourtMail@wickphillips.com

Brent Ryan McIlwain
on behalf of Other Professional Highland Claimant Trust brent.mcilwain@hklaw.com robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
on behalf of Creditor Stonehill Capital Management LLC brent.mcilwain@hklaw.com robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
on behalf of Defendant Farallon Capital Management L.L.C. brent.mcilwain@hklaw.com, robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
on behalf of Creditor James P. Seery Jr. brent.mcilwain@hklaw.com, robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
on behalf of Creditor Muck Holdings LLC brent.mcilwain@hklaw.com robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
on behalf of Creditor Jessup Holdings LLC brent.mcilwain@hklaw.com robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
on behalf of Creditor Farallon Capital Management LLC brent.mcilwain@hklaw.com, robert.jones@hklaw.com;brian.smith@hklaw.com

Brent Ryan McIlwain
on behalf of Debtor Highland Capital Management L.P. brent.mcilwain@hklaw.com, robert.jones@hklaw.com;brian.smith@hklaw.com

Brian D. Glueckstein
on behalf of Interested Party Okada Family Foundation Inc. gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Interested Party The Okada Insurance Rabbi Trust gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #2 gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Interested Party Mark Okada gluecksteinb@sullcrom.com

Brian D. Glueckstein
on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #1 gluecksteinb@sullcrom.com

Brian J. Smith
on behalf of Defendant Farallon Capital Management L.L.C. brian.smith@hklaw.com, robert.jones@hklaw.com;brent.mcilwain@hklaw.com

Bryan C. Assink
on behalf of Defendant James D. Dondero bryan.assink@bondsellis.com linda.gordon@bondsellis.com

Bryan C. Assink
on behalf of Plaintiff James Dondero bryan.assink@bondsellis.com linda.gordon@bondsellis.com

Bryan C. Assink
on behalf of Creditor The Dugaboy Investment Trust bryan.assink@bondsellis.com linda.gordon@bondsellis.com

| | |
|---|---|
| Candice Marie Carson | on behalf of Plaintiff UBS Securities LLC candice.carson@vkhh.com candice.carson@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;jordan.griffin@vhh.law;jordan.griffin@ecf.courtdrive.com |
| Candice Marie Carson | on behalf of Interested Party UBS Securities LLC candice.carson@vkhh.com candice.carson@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;jordan.griffin@vhh.law;jordan.griffin@ecf.courtdrive.com |
| Candice Marie Carson | on behalf of Interested Party UBS AG London Branch candice.carson@vkhh.com candice.carson@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;jordan.griffin@vhh.law;jordan.griffin@ecf.courtdrive.com |
| Candice Marie Carson | on behalf of Plaintiff UBS AG London Branch candice.carson@vkhh.com candice.carson@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;jordan.griffin@vhh.law;jordan.griffin@ecf.courtdrive.com |
| Chad D. Timmons | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com |
| Charles Martin Persons, Jr. | on behalf of Creditor Committee Official Committee of Unsecured Creditors CharlesPersons@paulhastings.com michaelmagzamen@paulhastings.com;davidmohamed@paulhastings.com;matlaskowski@paulhastings.com |
| Charles W. Gameros, Jr. | on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC bgameros@legaltexas.com lmilam@legaltexas.com;jrauch@legaltexas.com |
| Charles W. Gameros, Jr. | on behalf of Creditor HCRE Partners LLC (n/k/a NexPoint Real Estate Partners, LLC) bgameros@legaltexas.com, lmilam@legaltexas.com;jrauch@legaltexas.com |
| Christopher Harayda | on behalf of Interested Party NexPoint Asset Management L.P. cj.harayda@stinson.com, mpl.lssteam5@stinson.com |
| Christopher Harayda | on behalf of Interested Party NexPoint Advisors L.P. cj.harayda@stinson.com, mpl.lssteam5@stinson.com |
| Christopher Andrew Bailey | on behalf of Creditor Farallon Capital Management LLC Christopher.Bailey@hklaw.com, hapi@hklaw.com;trip.nix@hklaw.com;julia.warren@hklaw.com |
| Christopher Andrew Bailey | on behalf of Creditor Muck Holdings LLC Christopher.Bailey@hklaw.com hapi@hklaw.com;trip.nix@hklaw.com;julia.warren@hklaw.com |
| Christopher Andrew Bailey | on behalf of Creditor Jessup Holdings LLC Christopher.Bailey@hklaw.com hapi@hklaw.com;trip.nix@hklaw.com;julia.warren@hklaw.com |
| Christopher Andrew Bailey | on behalf of Creditor Stonehill Capital Management LLC Christopher.Bailey@hklaw.com hapi@hklaw.com;trip.nix@hklaw.com;julia.warren@hklaw.com |
| Christopher J. Akin | on behalf of Defendant Scott Ellington cakin@lynnllp.com vkropp@lynnllp.com;enavarro@lynnllp.com |
| Christopher J. Akin | on behalf of Defendant Isaac Leventon cakin@lynnllp.com vkropp@lynnllp.com;enavarro@lynnllp.com |
| Clay Marshall Taylor | on behalf of Plaintiff James Dondero ctaylor@spencerfane.com clay-taylor-2904@ecf.pacerpro.com;lvargas@spencerfane.com |
| Clay Marshall Taylor | on behalf of Interested Party James Dondero ctaylor@spencerfane.com clay-taylor-2904@ecf.pacerpro.com;lvargas@spencerfane.com |
| Cortney C. Thomas | on behalf of Interested Party Okada Family Foundation Inc. cort@brownfoxlaw.com, korourke@brownfoxlaw.com |
| Cortney C. Thomas | on behalf of Interested Party Mark Okada cort@brownfoxlaw.com korourke@brownfoxlaw.com |
| Cortney C. Thomas | on behalf of Interested Party The Okada Insurance Rabbi Trust cort@brownfoxlaw.com korourke@brownfoxlaw.com |
| Cortney C. Thomas | on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #1 cort@brownfoxlaw.com korourke@brownfoxlaw.com |

Cortney C. Thomas
on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #2 cort@brownfoxlaw.com korourke@brownfoxlaw.com

Daniel P. Winikka
on behalf of Interested Party Jack Yang dan@danwinlaw.com dan@danwinlaw.com

Daniel P. Winikka
on behalf of Interested Party Brad Borud dan@danwinlaw.com dan@danwinlaw.com

David G. Adams
on behalf of Creditor United States (IRS) david.g.adams@usdoj.gov southwestern.taxcivil@usdoj.gov;david.adams4@usdoj.gov;brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

David Grant Crooks
on behalf of Debtor Highland Capital Management L.P. dcrooks@foxrothschild.com, etaylor@foxrothschild.com,rdietz@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

David Grant Crooks
on behalf of Creditor PensionDanmark Pensionsforsikringsaktieselskab dcrooks@foxrothschild.com etaylor@foxrothschild.com,rdietz@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

David Grant Crooks
on behalf of Creditor Committee Official Committee of Unsecured Creditors dcrooks@foxrothschild.com etaylor@foxrothschild.com,rdietz@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

David L. Curry, Jr.
on behalf of Interested Party Crown Global Life Insurance Ltd dcurry@okinadams.com, nhollon@okinadams.com

David L. Curry, Jr.
on behalf of Interested Party The Dallas Foundation dcurry@okinadams.com nhollon@okinadams.com

Davor Rukavina
on behalf of Interested Party Highland Small-Cap Equity Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party Highland Healthcare Opportunities Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Defendant NexPoint Advisors L.P. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party Highland Merger Arbitrage Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Defendant NexPoint Strategic Opportunities Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party Highland Capital Management Fund Advisors L.P. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party Highland Opportunistic Credit Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party Highland Total Return Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party NexPoint Capital Inc. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party NexPoint Strategic Opportunities Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party NexPoint Real Estate Strategies Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party Highland Funds I and its series drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party Highland Socially Responsible Equity Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party Highland/iBoxx Senior Loan ETF drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party Highland Income Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party Highland Global Allocation Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party NexPoint Advisors L.P. drukavina@munsch.com, Courtmail@munsch.com

| | |
|---|---|
| Davor Rukavina | on behalf of Defendant NexPoint Capital Inc. drukavina@munsch.com, Courtmail@munsch.com |
| Davor Rukavina | on behalf of Defendant Highland Capital Management Fund Advisors L.P. drukavina@munsch.com, Courtmail@munsch.com |
| Davor Rukavina | on behalf of Defendant Highland Income Fund drukavina@munsch.com Courtmail@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Funds II and its series drukavina@munsch.com Courtmail@munsch.com |
| Davor Rukavina | on behalf of Interested Party Highland Fixed Income Fund drukavina@munsch.com Courtmail@munsch.com |
| Deborah Rose Deitsch-Perez | on behalf of Partner Dugaboy Investment Trust deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant The Dugaboy Investment Trust deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant NexPoint Advisors L.P. deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant STRAND ADVISORS INC deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Creditor Hunter Mountain Investment Trust deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant Isaac Leventon deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant Highland Capital Management Services Inc. deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Interested Party James Dondero deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Creditor The Dugaboy Investment Trust deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Witness Nancy Dondero deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Interested Party Highland CLO Management Ltd deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant Nancy Dondero deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant HCRE Partners LLC (n/k/a NexPoint Real Estate Partners, LLC) deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant Highland Capital Management Fund Advisors L.P. deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III AS TRUSTEE OF GET GOOD TRUST deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Plaintiff Hunter Mountain Investment Trust deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |
| Deborah Rose Deitsch-Perez | on behalf of Plaintiff Dugaboy Investment Trust deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com |

Deborah Rose Deitsch-Perez
on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO AS TRUSTEE OF DUGABOY INVESTMENT TRUST deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Interested Party Highland Capital Management Fund Advisors L.P. deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Interested Party NexPoint Advisors L.P. deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Defendant James D. Dondero deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Defendant Scott Ellington deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Defendant James Dondero deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Debra A Dandeneau
on behalf of Defendant Scott Ellington debra.dandeneau@bakermckenzie.com blaire.cahn@bakermckenzie.com

Debra A Dandeneau
on behalf of Creditor Scott Ellington Thomas Surgent, Frank Waterhouse, Isaac Leventon debra.dandeneau@bakermckenzie.com, blaire.cahn@bakermckenzie.com

Debra A Dandeneau
on behalf of Defendant Isaac Leventon debra.dandeneau@bakermckenzie.com blaire.cahn@bakermckenzie.com

Debra A Dandeneau
on behalf of Interested Party CPCM LLC debra.dandeneau@bakermckenzie.com, blaire.cahn@bakermckenzie.com

Dennis M. Twomey
on behalf of Creditor Committee Official Committee of Unsecured Creditors dtwomey@sidley.com

Donna K. Webb
on behalf of Creditor Pension Benefit Guaranty Corporation donna.webb@usdoj.gov brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov

Douglas J. Schneller
on behalf of Creditor Contrarian Funds LLC douglas.schneller@rimonlaw.com

Douglas S. Draper
on behalf of Creditor Canis Minor Trust ddraper@lawla.com dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Creditor The Get Good Non Exempt Trust No 2 ddraper@lawla.com dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Creditor The Dugaboy Investment Trust ddraper@lawla.com dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Defendant The Dugaboy Investment Trust ddraper@lawla.com dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Creditor SLHC Trust ddraper@lawla.com dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Creditor Dana Scott Breault ddraper@lawla.com dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Creditor Get Good Trust ddraper@lawla.com dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Defendant The Get Good Nonexempt Trust ddraper@lawla.com dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Creditor The Dondero Insurance Rabbi Trust ddraper@lawla.com dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Creditor Get Better Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Creditor Get Good Non Exempt Trust No 1 ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Creditor Dolomiti LLC ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Drake M. Rayshell
on behalf of Creditor Patrick Daugherty drayshell@grayreed.com mmoreno@grayreed.com

Edmon L. Morton
on behalf of Creditor Committee Official Committee of Unsecured Creditors emorton@ycst.com

Edward J. Leen
on behalf of Creditor Jessup Holdings LLC eleen@mkbllp.com

Edward J. McNeilly
on behalf of Interested Party John S. Dubel edward.mcneilly@hoganlovells.com

Edward J. McNeilly
on behalf of Interested Party Hon.Russell F. Nelms (Ret.) edward.mcneilly@hoganlovells.com

Edwin Paul Keiffer
on behalf of Creditor Rand Advisors LLC pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Interested Party Hunter Mountain Trust pkeiffer@romclaw.com bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Creditor John Honis pkeiffer@romclaw.com bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Defendant Hunter Mountain Investment Trust pkeiffer@romclaw.com
bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Creditor Hunter Mountain Investment Trust pkeiffer@romclaw.com
bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Creditor Atlas IDF LP pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Creditor Atlas IDF GP, LLC pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Creditor Rand PE Fund Management LLC pkeiffer@romclaw.com,
bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Creditor Beacon Mountain LLC pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Edwin Paul Keiffer
on behalf of Creditor Rand PE Fund I LP pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com

Elizabeth Weller
on behalf of Creditor Fannin CAD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Irving ISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Rockwall CAD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Grayson County Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Tarrant County Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Dallas County Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Coleman County TAD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Allen ISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

| | |
|---|---|
| Elizabeth Weller | on behalf of Creditor Upshur County Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Kaufman County Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com |
| Eric A. Soderlund | on behalf of Creditor Scott Ellington Thomas Surgent, Frank Waterhouse, Isaac Leventon eric.soderlund@rsbfirm.com |
| Eric A. Soderlund | on behalf of Interested Party CPCM LLC eric.soderlund@rsbfirm.com |
| Eric A. Soderlund | on behalf of Interested Party Former Employees eric.soderlund@rsbfirm.com |
| Eric A. Soderlund | on behalf of Creditor Frank Waterhouse Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent eric.soderlund@rsbfirm.com |
| Eric Thomas Haitz | on behalf of Defendant Alvarez & Marsal CRF Management LLC eric.haitz@bondsellis.com, linda.gordon@bondsellis.com |
| Erin Marie Schmidt | on behalf of U.S. Trustee United States Trustee ustpregion06.da.ecf@usdoj.gov erin.schmidt2@usdoj.gov |
| Frances Anne Smith | on behalf of Creditor Scott Ellington Thomas Surgent, Frank Waterhouse, Isaac Leventon frances.smith@offitkurman.com, michael.coulombe@offitkurman.com |
| Frances Anne Smith | on behalf of Creditor Frank Waterhouse frances.smith@offitkurman.com michael.coulombe@offitkurman.com |
| Frances Anne Smith | on behalf of Interested Party Matthew DiOrio Scott Ellington, Isaac Leventon, Mary Kathryn Lucas (nee Irving), John Paul Sevilla, Stephanie Vitiello, and Frank Waterhouse frances.smith@offitkurman.com, michael.coulombe@offitkurman.com |
| Frances Anne Smith | on behalf of Interested Party Former Employees frances.smith@offitkurman.com michael.coulombe@offitkurman.com |
| Frances Anne Smith | on behalf of Creditor Scott Ellington frances.smith@offitkurman.com michael.coulombe@offitkurman.com |
| Frances Anne Smith | on behalf of Plaintiff Scott Byron Ellington frances.smith@offitkurman.com michael.coulombe@offitkurman.com |
| Frances Anne Smith | on behalf of Interested Party CPCM LLC frances.smith@offitkurman.com, michael.coulombe@offitkurman.com |
| Geoffrey Scott Harper | on behalf of Interested Party NexPoint Advisors L.P. gharper@kslaw.com |
| Geoffrey Scott Harper | on behalf of Partner Dugaboy Investment Trust gharper@kslaw.com |
| Geoffrey Scott Harper | on behalf of Interested Party NexPoint Real Estate Advisors L.P. gharper@kslaw.com |
| Geoffrey Scott Harper | on behalf of Creditor The Dugaboy Investment Trust gharper@kslaw.com |
| Geoffrey Scott Harper | on behalf of Interested Party NexPoint Asset Management L.P. gharper@kslaw.com |
| Geoffrey Scott Harper | on behalf of Creditor The Get Good Non Exempt Trust No 2 gharper@kslaw.com |
| Geoffrey Scott Harper | on behalf of Interested Party James Dondero gharper@kslaw.com |
| Gregory Getty Hesse | on behalf of Spec. Counsel Hunton Andrews Kurth LLP ghesse@huntonak.com astowe@huntonak.com;tcanada@HuntonAK.com;creeves@HuntonAK.com |
| Gregory Getty Hesse | on behalf of Partner Dugaboy Investment Trust ghesse@huntonak.com astowe@huntonak.com;tcanada@HuntonAK.com;creeves@HuntonAK.com |
| Gregory V. Demo | on behalf of Defendant Highland Claimant Trust gdemo@pszjlaw.com jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com |
| Gregory V. Demo | |

| | |
|---|---|
| | on behalf of Debtor Highland Capital Management L.P. gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com |
| Gregory V. Demo | on behalf of Plaintiff Highland Capital Management L.P. gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com |
| Gregory V. Demo | on behalf of Defendant Highland Capital Management LP gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com |
| Gregory V. Demo | on behalf of Creditor Committee Official Committee of Unsecured Creditors gdemo@pszjlaw.com jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com |
| Gregory V. Demo | on behalf of Defendant Highland Capital Management L.P. gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com |
| Gregory V. Demo | on behalf of Counter-Defendant Highland Capital Management L.P. gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com |
| Greta M. Brouphy | on behalf of Defendant The Dugaboy Investment Trust gbrouphy@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com |
| Greta M. Brouphy | on behalf of Creditor Get Good Trust gbrouphy@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com |
| Greta M. Brouphy | on behalf of Creditor The Dugaboy Investment Trust gbrouphy@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com |
| Hayley R Winograd | on behalf of Counter-Defendant Highland Capital Management L.P. hwinograd@allenmatkins.com |
| Hayley R Winograd | on behalf of Defendant Highland Capital Management L.P. hwinograd@allenmatkins.com |
| Hayley R Winograd | on behalf of Plaintiff Highland Capital Management L.P. hwinograd@allenmatkins.com |
| Hayley R Winograd | on behalf of Defendant Highland Claimant Trust hwinograd@allenmatkins.com |
| Hayley R Winograd | on behalf of Defendant Highland Capital Management LP hwinograd@allenmatkins.com |
| Holland N. O'Neil | on behalf of Spec. Counsel Foley Gardere Foley & Lardner LLP honeil@foley.com, jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Ian Salzer | on behalf of Plaintiff Hunter Mountain Investment Trust isalzer@winstead.com |
| Ian Salzer | on behalf of Creditor Hunter Mountain Investment Trust isalzer@winstead.com |
| Ian Salzer | on behalf of Plaintiff Charitable DAF Fund L.P. isalzer@winstead.com |
| Ian Salzer | on behalf of Interested Party Hunter Mountain Trust isalzer@winstead.com |
| Ian Salzer | on behalf of Interested Party Hunter Mountain Investment Trust isalzer@winstead.com |
| J. Seth Moore | on behalf of Creditor Siepe LLC semoore@swlaw.com, rlarue@swlaw.com;docket_den@swlaw.com;DOCKET_DAL@swlaw.com |
| Jaclyn C. Weissgerber | on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com jweissgerber@ycst.com |
| James Jay Lee | on behalf of Interested Party Lynn Pinker Hurst & Schwegmann LLP jimlee@velaw.com |

James Jay Lee
on behalf of Interested Party The Pettit Law Firm jimlee@velaw.com

Jason Bernstein
on behalf of Creditor BHH Equities LLC casey.doherty@dentons.com
dawn.brown@dentons.com;Melinda.sanchez@dentons.com;docket.general.lit.dal@dentons.com

Jason Bernstein
on behalf of Interested Party Jefferies LLC casey.doherty@dentons.com
dawn.brown@dentons.com;Melinda.sanchez@dentons.com;docket.general.lit.dal@dentons.com

Jason Alexander Enright
on behalf of Creditor Acis Capital Management GP LLC jenright@winstead.com

Jason Alexander Enright
on behalf of Creditor Acis Capital Management L.P. jenright@winstead.com

Jason Patrick Kathman
on behalf of Creditor Davis Deadman jkathman@spencerfane.com lvargas@spencerfane.com

Jason Patrick Kathman
on behalf of Creditor Todd Travers jkathman@spencerfane.com lvargas@spencerfane.com

Jason Patrick Kathman
on behalf of Creditor Paul Kauffman jkathman@spencerfane.com lvargas@spencerfane.com

Jason Patrick Kathman
on behalf of Defendant Patrick Hagaman Daugherty jkathman@spencerfane.com lvargas@spencerfane.com

Jason Patrick Kathman
on behalf of Defendant Patrick Daugherty jkathman@spencerfane.com lvargas@spencerfane.com

Jason Patrick Kathman
on behalf of Creditor Patrick Daugherty jkathman@spencerfane.com lvargas@spencerfane.com

Jason S. Brookner
on behalf of Creditor Gray Reed & McGraw LLP jbrookner@grayreed.com lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner
on behalf of Creditor Patrick Daugherty jbrookner@grayreed.com lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner
on behalf of Defendant Patrick Daugherty jbrookner@grayreed.com lwebb@grayreed.com;acarson@grayreed.com

Jeff P. Prostok
on behalf of Creditor Joshua Terry jeff.prostok@vkhh.com
jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;kristina.hartogh@vkhh.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jeff P. Prostok
on behalf of Creditor Jennifer G. Terry jeff.prostok@vkhh.com
jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;kristina.hartogh@vkhh.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jeffrey Kurtzman
on behalf of Creditor BET Investments II L.P. kurtzman@kurtzmansteady.com

Jeffrey Nathan Pomerantz
on behalf of Defendant Highland Capital Management L.P. jpomerantz@pszjlaw.com

Jeffrey Nathan Pomerantz
on behalf of Defendant Highland Claimant Trust jpomerantz@pszjlaw.com

Jeffrey Nathan Pomerantz
on behalf of Counter-Defendant Highland Capital Management L.P. jpomerantz@pszjlaw.com

Jeffrey Nathan Pomerantz
on behalf of Plaintiff Highland Capital Management L.P. jpomerantz@pszjlaw.com

Jeffrey Nathan Pomerantz
on behalf of Debtor Highland Capital Management L.P. jpomerantz@pszjlaw.com

Jeffrey Reid Burley
on behalf of Defendant Patrick Hagaman Daugherty rburley@grayreed.com hpetrea@bellnunnally.com

Jeffrey Reid Burley
on behalf of Counter-Claimant Patrick Hagaman Daugherty rburley@grayreed.com hpetrea@bellnunnally.com

Jerry C. Alexander
on behalf of Attorney Scott M. Seidel alexanderj@passmanjones.com chandlers@passmanjones.com

John A Morris
on behalf of Other Professional James P. Seery Jr. jmorris@pszjlaw.com

John A Morris
on behalf of Creditor Farallon Capital Management LLC jmorris@pszjlaw.com

John A Morris
on behalf of Creditor Muck Holdings LLC jmorris@pszjlaw.com

John A Morris
on behalf of Creditor Stonehill Capital Management LLC jmorris@pszjlaw.com

John A Morris
on behalf of Defendant Highland Capital Management L.P. jmorris@pszjlaw.com

John A Morris
on behalf of Plaintiff Highland Capital Management L.P. jmorris@pszjlaw.com

John A Morris
on behalf of Defendant Highland Claimant Trust jmorris@pszjlaw.com

John A Morris
on behalf of Other Professional Highland Claimant Trust jmorris@pszjlaw.com

John A Morris
on behalf of Creditor James P. Seery Jr. jmorris@pszjlaw.com

John A Morris
on behalf of Debtor Highland Capital Management L.P. jmorris@pszjlaw.com

John A Morris
on behalf of Counter-Defendant Highland Capital Management L.P. jmorris@pszjlaw.com

John A Morris
on behalf of Creditor Jessup Holdings LLC jmorris@pszjlaw.com

John A Morris
on behalf of Defendant Highland Capital Management LP jmorris@pszjlaw.com

John J. Kane
on behalf of Defendant CLO Holdco Ltd. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane
on behalf of Creditor Grant James Scott III jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane
on behalf of Defendant Grant James Scott III jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane
on behalf of Defendant Grant James Scott III jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John Kendrick Turner
on behalf of Creditor Fannin CAD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Irving ISD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Grayson County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Dallas County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Kaufman County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Allen ISD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Tarrant County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor City of Allen john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Coleman County TAD john.turner@lgbs.com
Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor City of Richardson john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Upshur County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Michael Gaddis

on behalf of Partner Dugaboy Investment Trust mgaddis@kslaw.com

John T. Cox, III
on behalf of Defendant Alvarez & Marsal CRF Management LLC tcox@gibsondunn.com, WCassidy@gibsondunn.com;twesley@gibsondunn.com;pacer-tx@gibsondunn.com;pvickery@gibsondunn.com;trey-cox-4576@ecf.pacerpro.com

Johnathan Stone
on behalf of Interested Party State of Texas johnathan.stone@oag.texas.gov

Johnny Sutton
on behalf of Partner Dugaboy Investment Trust rrussell@ashcroftlawfirm.com

Jonathan Sundheimer
on behalf of Creditor NWCC LLC jsundheimer@btlaw.com

Jonathan E. Bridges
on behalf of Interested Party CLO Holdco Ltd. jeb@sbaitilaw.com

Jonathan E. Bridges
on behalf of Interested Party Charitable DAF Fund LP jeb@sbaitilaw.com

Jonathan E. Bridges
on behalf of Plaintiff CLO Holdco Ltd. jeb@sbaitilaw.com

Jonathan E. Bridges
on behalf of Plaintiff Charitable DAF Fund LP jeb@sbaitilaw.com

Jonathan E. Bridges
on behalf of Creditor CLO Holdco Ltd. jeb@sbaitilaw.com

Jonathan E. Bridges
on behalf of Plaintiff PCMG Trading Partners XXIII LP jeb@sbaitilaw.com

Jonathan F. Mitchell
on behalf of Interested Party James Dondero jonathan@mitchell.law

Jordan A. Kroop
on behalf of Debtor Highland Capital Management L.P. jkroop@pszjlaw.com, tcorrea@pszjlaw.com

Joseph E. Bain
on behalf of Creditor Issuer Group JBain@joneswalker.com kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com

Joseph Y. Ahmad
on behalf of Creditor Acis Capital Management GP LLC joeahmad@azalaw.com, sbates@azalaw.com;ahernandez@azalaw.com

Joshua Seth Levy
on behalf of Debtor Highland Capital Management L.P. jlevy@willkie.com

Joshua Seth Levy
on behalf of Other Professional James P. Seery Jr. jlevy@willkie.com

Joshua Seth Levy
on behalf of Creditor James P. Seery Jr. jlevy@willkie.com

Julian Preston Vasek
on behalf of Interested Party Highland Income Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek
on behalf of Interested Party Highland Opportunistic Credit Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek
on behalf of Defendant NexPoint Strategic Opportunities Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek
on behalf of Defendant Highland Income Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek
on behalf of Interested Party NexPoint Real Estate Strategies Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek
on behalf of Defendant NexPoint Capital Inc. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek
on behalf of Interested Party NexPoint Advisors GP LLC jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek
on behalf of Interested Party Highland Healthcare Opportunities Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek
on behalf of Interested Party Highland Funds II and its series jvasek@munsch.com CourtMail@munsch.com

| | |
|---|---|
| Julian Preston Vasek | on behalf of Interested Party Highland Fixed Income Fund jvasek@munsch.com CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party Highland/iBoxx Senior Loan ETF jvasek@munsch.com CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Defendant Highland Capital Management Fund Advisors L.P. jvasek@munsch.com, CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party NexPoint Capital Inc. jvasek@munsch.com, CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party Highland Merger Arbitrage Fund jvasek@munsch.com CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party NexPoint Strategic Opportunities Fund jvasek@munsch.com CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party Highland Total Return Fund jvasek@munsch.com CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party Highland Small-Cap Equity Fund jvasek@munsch.com CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party NexPoint Advisors L.P. jvasek@munsch.com, CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party Highland Capital Management Fund Advisors L.P. jvasek@munsch.com, CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party Highland Socially Responsible Equity Fund jvasek@munsch.com CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party Highland Global Allocation Fund jvasek@munsch.com CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party Highland Funds I and its series jvasek@munsch.com CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Defendant NexPoint Advisors L.P. jvasek@munsch.com, CourtMail@munsch.com |
| Juliana Hoffman | on behalf of Debtor Highland Capital Management L.P. jhoffman@sidley.com, txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Juliana Hoffman | on behalf of Interested Party UBS Securities LLC jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Juliana Hoffman | on behalf of Interested Party UBS AG London Branch jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Juliana Hoffman | on behalf of Creditor Committee Official Committee of Unsecured Creditors jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Juliana Hoffman | on behalf of Financial Advisor FTI Consulting Inc. jhoffman@sidley.com, txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Juliana Hoffman | on behalf of Other Professional Teneo Capital LLC jhoffman@sidley.com, txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Juliana Hoffman | on behalf of Creditor Sidley Austin LLP jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Juliana Hoffman | on behalf of Interested Party Committee of Unsecured Creditors jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Juliana Hoffman | on behalf of Plaintiff Official Committee of Unsecured Creditors jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Kesha Tanabe | on behalf of Creditor Cedar Glade LP kesha@tanabelaw.com |
| Kevin Perkins | on behalf of Defendant MASSAND CAPITAL LLC kperkins@vanacourperkins.com |

| | |
|---|---|
| Kevin Perkins | on behalf of Defendant MASSAND CAPITAL INC. kperkins@vanacourperkins.com |
| Kimberly A. Posin | on behalf of Interested Party UBS AG London Branch kim.posin@lw.com colleen.rico@lw.com |
| Kimberly A. Posin | on behalf of Plaintiff UBS AG London Branch kim.posin@lw.com colleen.rico@lw.com |
| Kimberly A. Posin | on behalf of Plaintiff UBS Securities LLC kim.posin@lw.com colleen.rico@lw.com |
| Kimberly A. Posin | on behalf of Interested Party UBS Securities LLC kim.posin@lw.com colleen.rico@lw.com |
| Kristin H. Jain | on behalf of Interested Party NexPoint Real Estate Advisors L.P. khjain@jainlaw.com, dskierski@skijain.com |
| Kristin H. Jain | on behalf of Interested Party NexPoint Advisors L.P. khjain@jainlaw.com, dskierski@skijain.com |
| Larry R Boyd | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR lboyd@abernathy-law.com ljameson@abernathy-law.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexBank Securities Inc. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors VI L.P. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors VII L.P. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Creditor Eagle Equity Advisors LLC lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party Nexpoint Real Estate Capital LLC lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors II L.P. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Creditor HCRE Partners LLC (n/k/a NexPoint Real Estate Partners, LLC) lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Multifamily Capital Trust Inc. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors VIII L.P. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party VineBrook Homes Trust, Inc. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party MGM Holdings Inc. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexBank lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors IV L.P. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Finance Inc. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Partners LLC lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Creditor Highland Capital Management Services Inc. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors III L.P. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Creditor Advisors Equity Group LLC lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | |

| | |
|---|---|
| | on behalf of Interested Party NexBank Title Inc. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors L.P. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Hospitality Trust lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors V L.P. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Residential Trust Inc. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexBank Capital Inc. lkdrawhorn@gmail.com |
| Laurie A Spindler | on behalf of Creditor Irving ISD Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor City of Richardson Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor Dallas County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor Kaufman County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor City of Allen Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor Allen ISD Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor Grayson County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor Tarrant County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Leslie A. Collins | on behalf of Creditor Get Good Trust lcollins@hellerdraper.com |
| Leslie A. Collins | on behalf of Creditor The Dugaboy Investment Trust lcollins@hellerdraper.com |
| Leslie A. Collins | on behalf of Defendant The Dugaboy Investment Trust lcollins@hellerdraper.com |
| Linda D. Reece | on behalf of Creditor Garland ISD lreece@pbfcm.com lreece@ecf.courtdrive.com |
| Linda D. Reece | on behalf of Creditor City of Garland lreece@pbfcm.com lreece@ecf.courtdrive.com |
| Linda D. Reece | on behalf of Creditor Plano ISD lreece@pbfcm.com lreece@ecf.courtdrive.com |
| Linda D. Reece | on behalf of Creditor Wylie ISD lreece@pbfcm.com lreece@ecf.courtdrive.com |
| Lindsey Lee Robin | on behalf of Creditor James P. Seery Jr. lrobin@reedsmith.com, jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com |
| Lindsey Lee Robin | on behalf of Other Professional James P. Seery Jr. lrobin@reedsmith.com, jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com |
| Lindsey Lee Robin | on behalf of Creditor Stonehill Capital Management LLC lrobin@reedsmith.com jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com |
| Lindsey Lee Robin | |

| | |
|---|---|
| | on behalf of Other Professional Highland Claimant Trust lrobin@reedsmith.com jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com |
| Lindsey Lee Robin | on behalf of Debtor Highland Capital Management L.P. lrobin@reedsmith.com, jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com |
| Lindsey Lee Robin | on behalf of Creditor Muck Holdings LLC lrobin@reedsmith.com jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com |
| Lindsey Lee Robin | on behalf of Creditor Jessup Holdings LLC lrobin@reedsmith.com jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com |
| Lindsey Lee Robin | on behalf of Creditor Farallon Capital Management LLC lrobin@reedsmith.com, jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com |
| Lisa L. Lambert | on behalf of U.S. Trustee United States Trustee lisa.l.lambert@usdoj.gov |
| Louis M. Phillips | on behalf of Interested Party The Santa Barbara Foundation louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com |
| Louis M. Phillips | on behalf of Plaintiff Charitable DAF Fund LP louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com |
| Louis M. Phillips | on behalf of Creditor Rand Advisors LLC louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com |
| Louis M. Phillips | on behalf of Interested Party CLO Holdco Ltd. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com |
| Louis M. Phillips | on behalf of Creditor Rand PE Fund Management LLC louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com |
| Louis M. Phillips | on behalf of Interested Party The Dallas Foundation louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com |
| Louis M. Phillips | on behalf of Interested Party Highland Santa Barbara Foundation Inc. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com |
| Louis M. Phillips | on behalf of Interested Party The Charitable DAF Fund L.P. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com |
| Louis M. Phillips | on behalf of Creditor CLO Holdco Ltd. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com |
| Louis M. Phillips | on behalf of Plaintiff CLO Holdco Ltd. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com |
| Louis M. Phillips | on behalf of Creditor Highland Dallas Foundation Inc. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com |
| Louis M. Phillips | on behalf of Creditor Rand PE Fund I LP louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com |
| Louis M. Phillips | on behalf of Creditor Charitable DAF HoldCo Ltd. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com |
| Louis M. Phillips | on behalf of Creditor Charitable DAF GP L.P. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com |
| Louis M. Phillips | on behalf of Creditor Beacon Mountain LLC louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com |
| Louis M. Phillips | |

on behalf of Creditor The Charitable DAF Fund L.P. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Interested Party Highland Kansas City Foundation Inc. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Attorney Kelly Hart & Pitre louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Interested Party Charitable DAF Fund LP louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Interested Party Mary Jalonick louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Interested Party The Greater Kansas City Community Foundation louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Interested Party Highland Dallas Foundation Inc. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Defendant Highland Dallas Foundation Inc. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Respondent Mark Patrick louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Defendant CLO Holdco Ltd. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Creditor Shields Legal Group P.C. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Creditor Hunter Mountain Investment Trust louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Creditor ValueScope LLC louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

M. David Bryant, Jr.
on behalf of Interested Party Integrated Financial Associates Inc. dbryant@dykema.com, csmith@dykema.com

Margaret Michelle Hartmann
on behalf of Defendant Scott Ellington michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann
on behalf of Interested Party CPCM LLC michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann
on behalf of Defendant Isaac Leventon michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann
on behalf of Creditor Scott Ellington michelle.hartmann@bakermckenzie.com

Mark Stancil
on behalf of Debtor Highland Capital Management L.P. mstancil@willkie.com

Mark Stancil
on behalf of Creditor James P. Seery Jr. mstancil@willkie.com

Mark Stancil
on behalf of Other Professional Highland Claimant Trust mstancil@willkie.com

Mark Stancil
on behalf of Other Professional James P. Seery Jr. mstancil@willkie.com

Mark A. Platt
on behalf of Interested Party Redeemer Committee of the Highland Crusader Fund mplatt@fbtlaw.com dwilliams@fbtlaw.com

Marshall R. King
on behalf of Interested Party Alvarez & Marsal CRF Management LLC, as Investment Manager of the Highland Crusader Funds

| | |
|---|---|
| | mking@gibsondunn.com, marshall-r-king-9149@ecf.pacerpro.com,pacer-tx@gibsondunn.com |
| Marshall R. King | on behalf of Defendant Alvarez & Marsal CRF Management LLC mking@gibsondunn.com, marshall-r-king-9149@ecf.pacerpro.com,pacer-tx@gibsondunn.com |
| Martin A. Sosland | on behalf of Interested Party UBS AG London Branch martin.sosland@vkhh.com martin.sosland@ecf.courtdrive.com;kristina.hartogh@vkhh.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com |
| Martin A. Sosland | on behalf of Interested Party UBS Securities LLC martin.sosland@vkhh.com martin.sosland@ecf.courtdrive.com;kristina.hartogh@vkhh.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com |
| Martin A. Sosland | on behalf of Plaintiff UBS AG London Branch martin.sosland@vkhh.com martin.sosland@ecf.courtdrive.com;kristina.hartogh@vkhh.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com |
| Martin A. Sosland | on behalf of Plaintiff UBS Securities LLC martin.sosland@vkhh.com martin.sosland@ecf.courtdrive.com;kristina.hartogh@vkhh.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com |
| Matthew Gold | on behalf of Creditor Argo Partners courts@argopartners.net |
| Matthew A. Clemente | on behalf of Interested Party Committee of Unsecured Creditors mclemente@sidley.com matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwomey@sidley.com |
| Matthew A. Clemente | on behalf of Creditor Committee Official Committee of Unsecured Creditors mclemente@sidley.com matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwomey@sidley.com |
| Matthew G. Bouslog | on behalf of Interested Party Alvarez & Marsal CRF Management LLC, as Investment Manager of the Highland Crusader Funds mbouslog@allenmatkins.com, ncampos@allenmatkins.com |
| Matthew S. Okin | on behalf of Interested Party The Dallas Foundation mokin@okinadams.com nhollon@okinadams.com |
| Matthew S. Okin | on behalf of Interested Party Crown Global Life Insurance Ltd mokin@okinadams.com, nhollon@okinadams.com |
| Matthew W. Bobo | on behalf of Intervenor Highland Employee Retention Assets LLC mbobo@mwblawyer.com, chelsey@mwblawyer.com;katy@mwblawyer.com |
| Mazin Ahmad Sbaiti | on behalf of Plaintiff PCMG Trading Partners XXIII LP mas@sbaitilaw.com krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com |
| Mazin Ahmad Sbaiti | on behalf of Plaintiff Charitable DAF Fund LP mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com |
| Mazin Ahmad Sbaiti | on behalf of Creditor CLO Holdco Ltd. mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com |
| Mazin Ahmad Sbaiti | on behalf of Interested Party CLO Holdco Ltd. mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com |
| Mazin Ahmad Sbaiti | on behalf of Interested Party Charitable DAF Fund LP mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com |
| Mazin Ahmad Sbaiti | on behalf of Plaintiff CLO Holdco Ltd. mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com |
| Mazin Ahmad Sbaiti | on behalf of Creditor The Charitable DAF Fund L.P. mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com |
| Mazin Ahmad Sbaiti | on behalf of Interested Party The Charitable DAF Fund L.P. mas@sbaitilaw.com, |

krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Megan Young-John
on behalf of Creditor Issuer Group myoung-john@porterhedges.com

Megan F. Clontz
on behalf of Creditor Patrick Daugherty MClontz@goodwin.com ljaeger@goodwin.com

Megan F. Clontz
on behalf of Creditor Todd Travers MClontz@goodwin.com ljaeger@goodwin.com

Melissa S. Hayward
on behalf of Defendant Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Melissa S. Hayward
on behalf of Other Professional Highland Claimant Trust MHayward@HaywardFirm.com mholmes@HaywardFirm.com

Melissa S. Hayward
on behalf of Debtor Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Melissa S. Hayward
on behalf of Defendant Highland Capital Management LP MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Melissa S. Hayward
on behalf of Plaintiff Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Michael A. Rosenthal
on behalf of Defendant Alvarez & Marsal CRF Management LLC mrosenthal@gibsondunn.com, michael--rosenthal-4826@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Michael J Edney
on behalf of Creditor The Dugaboy Investment Trust michael.edney@morganlewis.com mlbhofilings@morganlewis.com

Michael J Edney
on behalf of Partner Dugaboy Investment Trust michael.edney@morganlewis.com mlbhofilings@morganlewis.com

Michael Justin Lang
on behalf of Interested Party NexPoint Advisors L.P. mlang@cwl.law, aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang
on behalf of Partner Dugaboy Investment Trust mlang@cwl.law aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang
on behalf of Interested Party James Dondero mlang@cwl.law aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang
on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC mlang@cwl.law aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang
on behalf of Creditor Get Good Trust mlang@cwl.law aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang
on behalf of Creditor The Dugaboy Investment Trust mlang@cwl.law aohlinger@cwl.law;ylopez@cwl.law

Michael Justin Lang
on behalf of Interested Party Highland Capital Management Fund Advisors L.P. mlang@cwl.law, aohlinger@cwl.law;ylopez@cwl.law

Michael P. Aigen
on behalf of Defendant James Dondero michael.aigen@stinson.com

Michael P. Aigen
on behalf of Defendant Nancy Dondero michael.aigen@stinson.com

Michael P. Aigen
on behalf of Creditor Hunter Mountain Investment Trust michael.aigen@stinson.com

Michael P. Aigen
on behalf of Interested Party Highland CLO Management Ltd michael.aigen@stinson.com

Michael P. Aigen
on behalf of Defendant Highland Capital Management Fund Advisors L.P. michael.aigen@stinson.com

Michael P. Aigen
on behalf of Plaintiff Dugaboy Investment Trust michael.aigen@stinson.com

Michael P. Aigen
on behalf of Plaintiff Hunter Mountain Investment Trust michael.aigen@stinson.com

Michael P. Aigen
on behalf of Defendant Highland Capital Management Services Inc. michael.aigen@stinson.com

Michael P. Aigen
on behalf of Creditor The Dugaboy Investment Trust michael.aigen@stinson.com

Michael P. Aigen
on behalf of Defendant NexPoint Advisors L.P. michael.aigen@stinson.com

Michael P. Aigen
on behalf of Defendant HCRE Partners LLC (n/k/a NexPoint Real Estate Partners, LLC) michael.aigen@stinson.com

Michael P. Aigen
on behalf of Partner Dugaboy Investment Trust michael.aigen@stinson.com

Michael Scott Held
on behalf of Creditor Crescent TC Investors L.P. mheld@jw.com, kgradney@jw.com;osalvatierra@jw.com

Michelle E. Shriro
on behalf of Interested Party California Public Employees Retirement System (CalPERS) mshriro@singerlevick.com scotton@singerlevick.com;tguillory@singerlevick.com

Nicole Skolnekovich
on behalf of Interested Party Hunton Andrews Kurth LLP nskolnekovich@hunton.com astowe@huntonak.com;creeves@huntonak.com

Omar Jesus Alaniz
on behalf of Creditor Jessup Holdings LLC oalaniz@reedsmith.com omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz
on behalf of Creditor Stonehill Capital Management LLC oalaniz@reedsmith.com omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz
on behalf of Other Professional James P. Seery Jr. oalaniz@reedsmith.com, omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz
on behalf of Debtor Highland Capital Management L.P. oalaniz@reedsmith.com, omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz
on behalf of Creditor Muck Holdings LLC oalaniz@reedsmith.com omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz
on behalf of Creditor Farallon Capital Management LLC oalaniz@reedsmith.com, omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz
on behalf of Creditor James P. Seery Jr. oalaniz@reedsmith.com, omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz
on behalf of Other Professional Highland Claimant Trust oalaniz@reedsmith.com omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Paige Holden Montgomery
on behalf of Creditor Committee Official Committee of Unsecured Creditors pmontgomery@sidley.com txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;spencer.stephens@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com

Paige Holden Montgomery
on behalf of Plaintiff Official Committee of Unsecured Creditors pmontgomery@sidley.com txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;spencer.stephens@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com

Paige Holden Montgomery
on behalf of Interested Party Committee of Unsecured Creditors pmontgomery@sidley.com txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;spencer.stephens@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com

Paul M. Lopez
on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com

Penny Packard Reid
on behalf of Creditor Committee Official Committee of Unsecured Creditors preid@sidley.com txefilingnotice@sidley.com;penny-reid-4098@ecf.pacerpro.com;ncade@sidley.com

Phillip L. Lamberson
on behalf of Creditor Acis Capital Management L.P. plamberson@winstead.com

Phillip L. Lamberson
on behalf of Creditor Acis Capital Management GP LLC plamberson@winstead.com

Rakhee V. Patel
on behalf of Creditor Acis Capital Management L.P. rpatel@sidley.com,

| | |
|---|---|
| | rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com |
| Rakhee V. Patel | on behalf of Creditor Acis Capital Management GP LLC rpatel@sidley.com, rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com |
| Richard L. Wynne | on behalf of Interested Party John S. Dubel rlwynne@jonesday.com |
| Richard L. Wynne | on behalf of Interested Party Hon.Russell F. Nelms (Ret.) rlwynne@jonesday.com |
| Robert Joel Feinstein | on behalf of Defendant Highland Capital Management LP rfeinstein@pszjlaw.com |
| Robert Joel Feinstein | on behalf of Debtor Highland Capital Management L.P. rfeinstein@pszjlaw.com |
| Roger L. McCleary | on behalf of Plaintiff Charitable DAF Fund L.P. rmccleary@pmmlaw.com |
| Ryan E. Manns | on behalf of Interested Party UBS Securities LLC ryan.manns@nortonrosefulbright.com calendaring-nortonrose-9955@ecf.pacerpro.com |
| Ryan E. Manns | on behalf of Interested Party UBS AG London Branch ryan.manns@nortonrosefulbright.com calendaring-nortonrose-9955@ecf.pacerpro.com |
| Ryan J Sullivan, I | on behalf of Defendant STRAND ADVISORS INC ryan.sullivan@pillsburylaw.com |
| Ryan J Sullivan, I | on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO AS TRUSTEE OF DUGABOY INVESTMENT TRUST ryan.sullivan@pillsburylaw.com |
| Ryan J Sullivan, I | on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III AS TRUSTEE OF GET GOOD TRUST ryan.sullivan@pillsburylaw.com |
| Ryan J Sullivan, I | on behalf of Defendant James D. Dondero ryan.sullivan@pillsburylaw.com |
| Ryan J Sullivan, I | on behalf of Cross Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO AS TRUSTEE OF DUGABOY INVESTMENT TRUST ryan.sullivan@pillsburylaw.com |
| Sarah A. Schultz | on behalf of Interested Party PetroCap LLC sschultz@akingump.com, TXDocketing@akingump.com;bkemp@akingump.com;mstamer@akingump.com;aqureshi@akingump.com |
| Sawnie A. McEntire | on behalf of Creditor Hunter Mountain Investment Trust smcentire@pmmlaw.com mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com |
| Sawnie A. McEntire | on behalf of Interested Party Hunter Mountain Trust smcentire@pmmlaw.com mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com |
| Sawnie A. McEntire | on behalf of Plaintiff Charitable DAF Fund L.P. smcentire@pmmlaw.com, mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com |
| Sawnie A. McEntire | on behalf of Interested Party Hunter Mountain Investment Trust smcentire@pmmlaw.com mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com |
| Sawnie A. McEntire | on behalf of Plaintiff Hunter Mountain Investment Trust smcentire@pmmlaw.com mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com |
| Scott M. Seidel | on behalf of Attorney Scott M. Seidel scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net |
| Sean M. Beach | on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com sbeach@ycst.com |
| Shawn M Bates | on behalf of Creditor Acis Capital Management L.P. sbates@azalaw.com, tbyrd@azalaw.com |
| Shawn M. Christianson | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |

| | |
|---|---|
| Sydney Rose | on behalf of Partner Dugaboy Investment Trust srose@kslaw.com sstaskus@kslaw.com;sydney-rose-3505@ecf.pacerpro.com |
| Sydney Rose | on behalf of Creditor The Dugaboy Investment Trust srose@kslaw.com sstaskus@kslaw.com;sydney-rose-3505@ecf.pacerpro.com |
| Thomas Albert Cooke | on behalf of Creditor Acis Capital Management L.P. tcooke@azalaw.com, mflores@azalaw.com |
| Thomas C. Scannell | on behalf of Interested Party Sentinel Reinsurance Ltd. tscannell@foley.com acordero@foley.com;thomas-scannell-3441@ecf.pacerpro.com |
| Thomas Daniel Berghman | on behalf of Defendant Highland Capital Management Fund Advisors L.P. tberghman@munsch.com, amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com |
| Thomas Daniel Berghman | on behalf of Interested Party Highland Capital Management Fund Advisors L.P. tberghman@munsch.com, amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com |
| Thomas Daniel Berghman | on behalf of Interested Party NexPoint Advisors L.P. tberghman@munsch.com, amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com |
| Thomas Daniel Berghman | on behalf of Defendant NexPoint Advisors L.P. tberghman@munsch.com, amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com |
| Thomas G. Haskins, Jr. | on behalf of Creditor NWCC LLC thaskins@btlaw.com |
| Thomas M. Melsheimer | on behalf of Creditor Frank Waterhouse Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent tmelsheimer@kslaw.com, thomas-melsheimer-2007@ecf.pacerpro.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Vickie L. Driver | on behalf of Creditor HarbourVest et al vickie@driversteplaw.com crissie@driversteplaw.com;elisa@driversteplaw.com,5760377420@filings.docketbird.com |
| William R. Howell, Jr. | on behalf of Defendant James D. Dondero williamhowell@utexas.edu williamhowell@utexas.edu |
| Zachery Z. Annable | on behalf of Defendant Highland Claimant Trust zannable@haywardfirm.com mholmes@haywardfirm.com |
| Zachery Z. Annable | on behalf of Interested Party Highland Litigation Trustee LLC, as Litigation Trustee of the Highland Litigation Sub-Trust zannable@haywardfirm.com, mholmes@haywardfirm.com |
| Zachery Z. Annable | on behalf of Other Professional Hayward PLLC zannable@haywardfirm.com mholmes@haywardfirm.com |
| Zachery Z. Annable | on behalf of Debtor Highland Capital Management L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com |
| Zachery Z. Annable | on behalf of Defendant Highland Capital Management L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com |
| Zachery Z. Annable | on behalf of Plaintiff Highland Capital Management L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com |
| Zachery Z. Annable | on behalf of Other Professional Hayward & Associates PLLC zannable@haywardfirm.com mholmes@haywardfirm.com |
| Zachery Z. Annable | on behalf of Other Professional Highland Claimant Trust zannable@haywardfirm.com mholmes@haywardfirm.com |
| Zachery Z. Annable | on behalf of Defendant Highland Capital Management LP zannable@haywardfirm.com, mholmes@haywardfirm.com |
| Zachery Z. Annable | on behalf of Interested Party Highland Litigation Sub-Trust zannable@haywardfirm.com mholmes@haywardfirm.com |
| Zachery Z. Annable | on behalf of Counter-Defendant Highland Capital Management L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com |

TOTAL: 575

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 7, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § | **Case No. 19-34054-sgj11** |
| | § | |
| | § | |
| **Debtor.** | § | |

**MEMORANDUM OPINION**

At issue before the Court is the proper scope of the record on appeal. Earlier this year, the Dugaboy Investment Trust ("Dugaboy" or "Appellant") filed its *Motion for Relief from Order and Motion to Vacate* (the "Rule 60(b) Motion"). Dkt. No. 4513. The Court held a three-day hearing on the Rule 60(b) Motion. Ultimately, the Court denied Dugaboy's Rule 60(b) Motion. Dkt. Nos. 4678, 4679. Next, Dugaboy filed its *Motion to Alter or Amend and for Reconsideration of Order Denying Motion for Relief from Order and Motion to Vacate* (the "Rule 59(e) Motion"). Dkt. No. 4684. The Court also denied the Rule 59(e) Motion. Dkt. No. 4689. Dugaboy appealed both rulings to the district court. Dkt. Nos. 4705, 4707.

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1), Dugaboy filed its designation of the record and statement of issues for both the Rule 60(b) and Rule 59(e) appeals. Dkt. Nos. 4705, 4707. Highland Capital Management, L.P. and the Highland Claimant Trust (collectively, "Highland" or "Appellees") filed motions seeking to strike several of the designated items (the "Motions to Strike"). Dkt. Nos. 4706, 4728.

On September 3, 2026, the Court heard arguments in support of each party's position and took the matter under advisement. For the reasons stated herein, the Court grants in part and denies in part Highland's Motions to Strike.

**<u>Dugaboy's Designation of the Record and Highland's Motions to Strike</u>**

Dugaboy has designated more than 100 items comprising over 19,000 pages for inclusion in the record on appeal. *See* Dkt. Nos. 4705, 4707. With regard to the Rule 60(b) Motion, Dugaboy designated the motion, all 65 exhibits attached thereto, various related motions, responses, and orders, along with the parties' exhibit lists and corresponding exhibits for the three-day hearing. *See* Dkt. No. 4705.

With regard to the Rule 59(e) Motion, Dugaboy designated the same materials as the Rule 60(b) appeal, along with the Rule 59(e) Motion and its appendix, Highland's Response, the Court's Order denying the Rule 59(e) Motion, the notices of appeal, and other pleadings filed between the Rule 60(b) and Rule 59(e) appeals. *See* Dkt. No. 4707.

Highland moved to strike many of the items Dugaboy designated for inclusion in the appellate record. *See* Dkt. Nos. 4706, 4728. Like Dugaboy, Highland cast a wide

net. Its motion sought to strike not only materials that were never offered or discussed during the evidentiary hearing, but also exhibits that were offered and admitted into evidence.

Dugaboy responded that Highland's approach would effectively strip the appellate record of substantially all of the materials that were before the Court. Dkt. No. 4736. Nevertheless, without conceding that any of the designated materials were improperly included in the record, Dugaboy voluntarily withdrew certain items from its designations in the interest of judicial economy. *Id.* at 17-18.

At the September 3, 2026 hearing, both parties clarified and narrowed their positions. Dkt. No. 4746. Highland explained that, contrary to what its motion may suggest, it did not object to the inclusion of exhibits admitted into evidence. Highland also acknowledged that exhibits offered but excluded should remain part of the appellate record when the evidentiary ruling itself is at issue on appeal. Highland further recognized that pleadings may remain part of the appellate record as the Court may take judicial notice of such items.

However, Highland continued to argue the exhibits attached to the Rule 60(b) Motion and any exhibits offered but not admitted if Dugaboy did not raise a specific issue on appeal should be excluded from the record. Essentially, Highland's objections are directed towards: (1) exhibits attached to pleadings that were never subsequently offered into evidence at the evidentiary hearing; (2) exhibits identified on exhibit lists that were never offered into evidence; and (3) exhibits that were offered but excluded by the Court where the exclusion of those exhibits is not itself an issue on appeal.

Dugaboy also clarified that, if the Court chose to narrow the appellate record, it should remove only exhibits identified on the exhibit lists that were never offered into evidence. Dkt. No. 4746 at 30-31. Dugaboy maintained that it would be improper to strike items attached to pleadings or items that were offered but excluded by the Court, regardless of whether Dugaboy raised that evidentiary ruling as an issue on appeal.

## **The Legal Standard**

Bankruptcy Rule 8009 governs the record on appeal. Under Rule 8009(e)(1), "[i]f any difference arises about whether the record accurately discloses what occurred in the bankruptcy court, the difference must be submitted to and settled by the bankruptcy court and the record conformed accordingly." FED. R. BANKR. P. 8009(e)(1). When a party believes an item has been improperly designated, the party may move to strike the item. *Id.*

Rule 8009(e), however, does not provide guidance regarding the standard a court should apply to resolve disputed items. The Fifth Circuit, when analyzing the predecessor rule to Rule 8009, instructed that "[t]he rule does not permit items to be added to the record on appeal to the district court if they were not part of the record before the bankruptcy court." *Zer-Ilan v. Frankford (In re CPDC, Inc.)*, 337 F.3d 436, 443 (5th Cir. 2003). Yet, "[t]he Fifth Circuit has not explained what makes up 'the record before the bankruptcy court.'" *Balke v. Carmichael*, No. H-19-313, 2019 WL 13191287, at *9 (S.D. Tex. July 30, 2019).

This Court endeavors to determine what constitutes "the record before the bankruptcy court." In doing so, the Court has reviewed case law from the courts within the Fifth Circuit, including the cases cited by both parties in their respective pleadings. These cases analyze whether items not offered and admitted into evidence before the court ruled may nevertheless form part of the appellate record, including materials outside of the summary judgment record; pleadings, transcripts, affidavits, and minute entries from the bankruptcy case or related proceedings; materials subject to judicial notice or otherwise available for the court's consideration; and materials filed after the ruling under review was entered. *See CPDC*, 337 F.3d at 442-43; *Wooley v. Haynes & Boone, L.L.P.* (*In re SI Restructuring Inc.*), 480 Fed. Appx. 327, 328 (5th Cir. 2012); *Balke*, 2019 WL 13191287, at *4-5; *In re Digerati Tech., Inc.*, 531 B.R. 654, 661 (Bankr. S.D. Tex. 2015); *In re Adkins*, No. 12-10314-rlj-7, 2014 WL 5801679, at *1-2 (Bankr. N.D. Tex. Nov. 7, 2014); *In re Heitmeier*, No. 13-6787, 2014 WL 1513886, at *1 (E.D. La. Apr. 16, 2014); *Carmichael v. Balke* (*In re Imperial Petroleum Recovery Corp.*), No. 13-30466, Adv. No. 14-3375, 2022 WL 90607, at *5 (Bankr. S.D. Tex. Jan. 7, 2022).

Based on these cases, the Court uses two related principles in determining what belongs in the appellate record. First, the appellate record should contain all items necessary to allow the appellate court a full understanding of the proceedings below. *See* Heitmeier, 2014 WL 1513886, at *1. Second, the record should "'accurately disclose[] what occurred in the bankruptcy court.'" *Imperial Petroleum Recovery Corp.*, 2022 WL 90607, at *3 (quoting FED. R. BANKR. P. 8009(e)(1)). Thus, the record

should contain items that were available for consideration and actually considered by the court. *See Balke*, 2019 WL 13191287, at *13. It may also be appropriate to include items that were designated even though they were not admitted into evidence. *See Heitmeier*, 2014 WL 1513886, at *1.

The Court recognizes that these principles are easier to state than to apply because the phrase "actually considered" is inherently imprecise. It is even less instructive in the context of exhibits attached to pleadings. While a court necessarily considers the motion before it, it cannot be presumed to have considered every attachment to that motion. Such a presumption is especially unwarranted where, as here, the attachments span thousands of pages, include entire books, and are followed by evidentiary hearings at which the parties must separately offer their evidence for admission.

Nonetheless, the Court asserts "'it is better to err on the side of caution, include the items, and allow the appellate court to determine the relevance of the designated items.'" *Agrifund, LLC v. Blankenship* (*In re Blankenship*), No. 16-10839, Adv. No. 17-5098, 2019 WL 7602323, at *6 (Bankr. W.D. Tenn. Apr. 25, 2019) (quoting *In re Blasingame*, 559 B.R. 692, 701 (B.A.P. 6th Cir. 2016)). This is especially the case when dealing with pleadings because designation of a pleading does not "automatically imbue that document with any evidentiary or probative value." *Id.* at *7. Additionally, pleadings should be included when an issue on appeal is whether the court improperly failed to consider all arguments made in the pleading. *See In re*

*No Rust Rebar, Inc.*, No. 21-12188-pdr, 2022 WL 17365811, at *4 (Bankr. S.D. Fl. Dec. 1, 2022).

With this framework in mind, the Court addresses each category of items Highland seeks to strike as follows.

## Analysis

### *I. Exhibits Offered and Admitted into Evidence*

The parties agree that exhibits offered and admitted into evidence at the evidentiary hearing were part of the record before the bankruptcy court. Highland effectively conceded as much at the September 3, 2026 hearing. The Court, therefore, concludes that these exhibits remain part of the appellate record.

Regarding items designated as 4612-1, 4629-14, and 4684-1, the Court admitted slides 12, 18, and 19 of Dugaboy's exhibit 242 into evidence. Because the Court cannot separate individual slides, the demonstrative aid will remain in the record in its entirety. The record, however, reflects that only slides 12, 18, and 19 were admitted into evidence and considered by the Court.

### *II. Exhibits Offered but not Admitted into Evidence*

Highland insists that exhibits offered into evidence but not admitted should be part of the appellate record only if the evidentiary ruling itself is at issue on appeal. The Court disagrees. The purpose of Rule 8009(e) is "to provide the appellate court a complete and accurate record of the proceedings that occurred in the bankruptcy court . . . ." 10A COLLIER ON BANKRUPTCY P 8009.10 (16th 2026); *see Imperial Petroleum Recovery Corp.*, 2022 WL 90607, at *4. Exhibits that were offered into

evidence, even if not admitted, were "actually considered" by the Court. *See Imperial Petroleum Recovery Corp.*, 2022 WL 90607, at *3. "[T]he appellate court may consider whether the court's exclusion of the document was error." *Id.*

Limiting the record in the manner Highland proposes would require the Court to speculate about what issues may ultimately prove relevant on appeal and would risk omitting materials necessary to understand the proceedings as they occurred. Therefore, the Court concludes that exhibits offered but not admitted into evidence remain part of the appellate record regardless of whether the evidentiary ruling is itself at issue on appeal. The Court denies Highland's Motion to strike these items from the appellate record.

### *III. Exhibits neither Offered nor Admitted into Evidence*

Highland likewise seeks to strike from the appellate record exhibits that were included on exhibit lists but never offered into evidence. The Court agrees that such items should be stricken from the appellate record as they were not considered by the Court. Therefore, the Court grants Highland's Motions to Strike the following exhibits:

4619-1

4620-1, 4620-3, 4620-4, 4620-5, 4620-8, 4620-12, 4620-13, 4620-15, 4620-23, 4620-24, 4620-25, 4620-26, 4620-27, 4620-28, 4620-29, 4620-30, 4620-31, 4620-32, 4620-34, 4620-35, 4620-36, 4620-37, 4620-41, 4620-42, 4620-43, 4620-44

4621-1, 4621-2, 4621-3, 4621-4, 4621-5, 4621-6, 4621-7, 4621-8, 4621-9, 4621-10, 4621-11, 4621-12, 4621-13, 4621-14, 4621-16, 4621-17, 4621-18, 4621-19, 4621-20, 4621-21, 4621-22, 4621-28, 4621-29, 4621-30, 4621-31, 4621-32, 4621-34, 4621-35, 4621-36, 4621-37, 4621-38, 4621-44, 4621-45

4622-1, 4622-9, 4622-10, 4622-14, 4622-26

4623-1, 4623-3

4624-2, 4624-4, 4624-5, 4624-6, 4624-7, 4624-8, 4624-10, 4624-12, 4624-13, 4624-15, 4624-17, 4624-22

4625-2, 4625-5, 4625-6, 4625-7, 4625-10

4628-5, 4628-6, 4628-7, 4628-11, 4628-13, 4628-14, 4628-16, 4628-17

4629-2, 4629-3, 4629-4, 4629-15

4659-1, 4659-5, 4659-6, 4659-7, 4659-9, 4659-12, 4659-13, 4659-16, 4659-29, 4659-30, 4659-31, 4659-32, 4659-33, 4659-34, 4659-35, 4659-36, 4659-37, 4659-38, 4659-39, 4659-40, 4659-41, 4659-42, 4659-43, 4659-44, 4659-45, 4659-46

4661-1, 4661-2, 4661-3, 4661-4, 4661-5

### *IV. Exhibits Attached to Pleadings*

The final category of items Highland seeks to strike are the exhibits attached to the Rule 60(b) Motion and the Rule 59(e) Motion. Some of the exhibits attached to the Rule 60(b) Motion were admitted into evidence during the evidentiary hearing. Most of them were not. Most of the exhibits attached to the Rule 59(e) Motion were admitted into evidence or are transcripts of the evidentiary hearing.

This issue really tests the principle of including items actually considered by the court. *See Balke*, 2019 WL 13191287, at *13. As stated, the Court considered and ruled on the Rule 60(b) Motion, which referenced and cited the exhibits attached to it. The exhibits are numerous and consist of two entire novels. The Court did not read the novels or analyze the numerous exhibits. Instead, the Court held a three-day evidentiary hearing. Dugaboy could have offered the Rule 60(b) Motion's exhibits into evidence but chose not to do so.

The Court also considered and ruled on Dugaboy's Rule 59(e) Motion, but did so on the pleadings and without a hearing. The appendix to the Rule 59(e) Motion included exhibits and transcripts from the three-day evidentiary hearing on the Rule 60(b) Motion. The Rule 59(e) Motion referenced these materials.

Because the Court considered the Rule 60(b) Motion and the Rule 59(e) Motion, the Court finds that any exhibits attached to those motions were "actually considered" and should be included in the record on appeal. *See Imperial Petroleum Recovery Corp.*, 2022 WL 90607, at *5 (including an affidavit attached to the party's Rule 59 motion). Nonetheless, including the Rule 60(b) Motion, Rule 59(e) Motion, and documents attached to them does not imbue the pleadings or their attachments with evidentiary or probative value. *See Blankenship*, 2019 WL 7602323, at *6; *see also Nantucket Inv'rs II v. Cal. Fed. Bank (In re Indian Palms Assocs.)*, 61 F.3d 197, 205 (3d Cir. 1995) ("facts relating to the merits of the case will be decided on the basis of evidence admitted into the *trial* record"). The Court includes these items to assure a complete and accurate record of the proceedings. The Court leaves it to the appellate court to determine what, if any, relevance the included items have to Dugaboy's appeals.

Accordingly, the Court will transmit the motions, together with all exhibits attached thereto, as part of the appellate record. The Court denies Highland's Motion to Strike the exhibits attached to the Rule 59(e) Motion and Rule 60(b) Motion. Similarly, the Court denies Highland's Motions to Strike the exhibit attached to Dugaboy's *Notice of Intent to Reply and Request for Hearing on its Motion to Alter or*

*Amend the Court's June 15, 2026 Order and Notice of Intervening Event*. Dkt. No. 4688.

**Conclusion**

The Court grants in part and denies in part Highland's Motions to Strike. The Court will enter a separate order consistent with this memorandum opinion.

###End of Memorandum Opinion###