United States Bankruptcy Court

Northern District of Texas

In re: Case No. 19-34054-sgj

Highland Capital Management, L.P. Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3 User: admin Page 1 of 25

Date Rcvd: Oct 07, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Alan J. Kornfeld, Pachulski Stang Ziehl & Jones LLPL, 10100 Santa Monica Blvd., 13 Fl, Los Angeles, CA 90067-4003 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Lee Hogewood, III | on behalf of Interested Party Highland Opportunistic Credit Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com |
| A. Lee Hogewood, III | on behalf of Defendant NexPoint Advisors L.P. lee.hogewood@klgates.com, Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com |
| A. Lee Hogewood, III | on behalf of Defendant NexPoint Strategic Opportunities Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com |
| A. Lee Hogewood, III | on behalf of Defendant Highland Capital Management Fund Advisors L.P. lee.hogewood@klgates.com, |

Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party Highland Fixed Income Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party Highland/iBoxx Senior Loan ETF lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party NexPoint Capital Inc. lee.hogewood@klgates.com, Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party Highland Income Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party Highland Funds I and its series lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party NexPoint Real Estate Strategies Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party NexPoint Strategic Opportunities Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party Highland Global Allocation Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party Highland Capital Management Fund Advisors L.P. lee.hogewood@klgates.com, Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party Highland Funds II and its series lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Defendant Highland Income Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party Highland Total Return Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Defendant NexPoint Capital Inc. lee.hogewood@klgates.com, Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party Highland Small-Cap Equity Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party Highland Healthcare Opportunities Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party Highland Socially Responsible Equity Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party NexPoint Advisors L.P. lee.hogewood@klgates.com, Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

A. Lee Hogewood, III
on behalf of Interested Party Highland Merger Arbitrage Fund lee.hogewood@klgates.com Sarah.bryant@klgates.com;Mary-Beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.steele@klgates.com;Artoush.varshosaz@klgates.com;a.lee.hogewoodiii@klgates.com

Ali Ohlinger
on behalf of Partner Dugaboy Investment Trust aohlinger@cwl.law

Alyssa Russell
on behalf of Creditor Committee Official Committee of Unsecured Creditors alyssa.russell@sidley.com efilingnotice@sidley.com;alyssa-russell-3063@ecf.pacerpro.com

Amanda Rush
on behalf of Interested Party CCS Medical Inc. amanda.rush@kirkland.com

Amy K. Anderson
on behalf of Creditor Issuer Group aanderson@joneswalker.com tfontenot@joneswalker.com;amy-anderson-9331@ecf.pacerpro.com

Amy Lynne Ruhland
on behalf of Creditor Strand Advisors Inc. amy.ruhland@pillsburylaw.com, docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
on behalf of Interested Party James Dondero amy.ruhland@pillsburylaw.com docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO AS TRUSTEE OF DUGABOY INVESTMENT TRUST amy.ruhland@pillsburylaw.com, docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
on behalf of Creditor Get Good Trust amy.ruhland@pillsburylaw.com docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
on behalf of Creditor The Dugaboy Investment Trust amy.ruhland@pillsburylaw.com docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III AS TRUSTEE OF GET GOOD TRUST amy.ruhland@pillsburylaw.com, docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
on behalf of Defendant James D. Dondero amy.ruhland@pillsburylaw.com docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC amy.ruhland@pillsburylaw.com docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
on behalf of Defendant STRAND ADVISORS INC amy.ruhland@pillsburylaw.com, docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Amy Lynne Ruhland
on behalf of Cross Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO AS TRUSTEE OF DUGABOY INVESTMENT TRUST amy.ruhland@pillsburylaw.com, docket@pillsburylaw.com;claudia.jimenez@pillsburylaw.com;kira.hamm@pillsburylaw.com

Andrea Louise Calhoun
on behalf of Defendant Alvarez & Marsal CRF Management LLC acalhoun@gibsondunn.com, pacer-tx@gibsondunn.com;andrea-calhoun-3381@ecf.pacerpro.com

Andrew Clubok
on behalf of Interested Party UBS Securities LLC andrew-clubok-9012@ecf.pacerpro.com dclitserv@lw.com,washington-dc-litigation-services-5378@ecf.pacerpro.com

Andrew Clubok
on behalf of Plaintiff UBS AG London Branch andrew-clubok-9012@ecf.pacerpro.com dclitserv@lw.com,washington-dc-litigation-services-5378@ecf.pacerpro.com

Andrew Clubok
on behalf of Interested Party UBS AG London Branch andrew-clubok-9012@ecf.pacerpro.com dclitserv@lw.com,washington-dc-litigation-services-5378@ecf.pacerpro.com

Andrew Clubok

| | |
|---|---|
| | on behalf of Plaintiff UBS Securities LLC andrew-clubok-9012@ecf.pacerpro.com dclitserv@lw.com,washington-dc-litigation-services-5378@ecf.pacerpro.com |
| Andrew K. York | on behalf of Counter-Claimant Patrick Hagaman Daugherty dyork@grayreed.com slangley@grayreed.com |
| Andrew K. York | on behalf of Creditor Patrick Daugherty dyork@grayreed.com slangley@grayreed.com |
| Andrew K. York | on behalf of Defendant Patrick Hagaman Daugherty dyork@grayreed.com slangley@grayreed.com |
| Annmarie Antoniette Chiarello | on behalf of Creditor Acis Capital Management GP LLC achiarello@winstead.com, poakley@winstead.com |
| Annmarie Antoniette Chiarello | on behalf of Creditor Acis Capital Management L.P. achiarello@winstead.com, poakley@winstead.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Fixed Income Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party NexPoint Advisors L.P. artoush.varshosaz@klgates.com, allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland/iBoxx Senior Loan ETF artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Small-Cap Equity Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party NexPoint Strategic Opportunities Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Healthcare Opportunities Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Socially Responsible Equity Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Total Return Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Defendant Highland Income Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Capital Management Fund Advisors L.P. artoush.varshosaz@klgates.com, allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Funds I and its series artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party NexPoint Real Estate Strategies Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Income Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Global Allocation Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Defendant NexPoint Strategic Opportunities Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Funds II and its series artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party Highland Merger Arbitrage Fund artoush.varshosaz@klgates.com allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Defendant NexPoint Capital Inc. artoush.varshosaz@klgates.com, allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Interested Party NexPoint Capital Inc. artoush.varshosaz@klgates.com, allison.stowe@klgates.com |
| Artoush Varshosaz | on behalf of Defendant Highland Capital Management Fund Advisors L.P. artoush.varshosaz@klgates.com, allison.stowe@klgates.com |
| Artoush Varshosaz | |

| | |
|---|---|
| | on behalf of Defendant NexPoint Advisors L.P. artoush.varshosaz@klgates.com, allison.stowe@klgates.com |
| Asif Attarwala | on behalf of Interested Party UBS Securities LLC asif.attarwala@lw.com |
| Asif Attarwala | on behalf of Interested Party UBS AG London Branch asif.attarwala@lw.com |
| Avery Joseph Welker | on behalf of Creditor The Dugaboy Investment Trust avery.welker@morganlewis.com |
| Avery Joseph Welker | on behalf of Partner Dugaboy Investment Trust avery.welker@morganlewis.com |
| Basil A. Umari | on behalf of Interested Party Meta-e Discovery LLC basil@umarilaw.com, pelliott@dykema.com |
| Bennett Rawicki | on behalf of Defendant Alvarez & Marsal CRF Management LLC brawicki@hilgerslaw.com |
| Bojan Guzina | on behalf of Creditor Committee Official Committee of Unsecured Creditors bguzina@sidley.com |
| Brant C. Martin | on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC brant.martin@wickphillips.com samantha.tandy@wickphillips.com;CourtMail@wickphillips.com |
| Brent Ryan McIlwain | on behalf of Debtor Highland Capital Management L.P. brent.mcilwain@hklaw.com, robert.jones@hklaw.com;brian.smith@hklaw.com |
| Brent Ryan McIlwain | on behalf of Creditor James P. Seery Jr. brent.mcilwain@hklaw.com, robert.jones@hklaw.com;brian.smith@hklaw.com |
| Brent Ryan McIlwain | on behalf of Creditor Farallon Capital Management LLC brent.mcilwain@hklaw.com, robert.jones@hklaw.com;brian.smith@hklaw.com |
| Brent Ryan McIlwain | on behalf of Creditor Muck Holdings LLC brent.mcilwain@hklaw.com robert.jones@hklaw.com;brian.smith@hklaw.com |
| Brent Ryan McIlwain | on behalf of Other Professional Highland Claimant Trust brent.mcilwain@hklaw.com robert.jones@hklaw.com;brian.smith@hklaw.com |
| Brent Ryan McIlwain | on behalf of Creditor Jessup Holdings LLC brent.mcilwain@hklaw.com robert.jones@hklaw.com;brian.smith@hklaw.com |
| Brent Ryan McIlwain | on behalf of Creditor Stonehill Capital Management LLC brent.mcilwain@hklaw.com robert.jones@hklaw.com;brian.smith@hklaw.com |
| Brent Ryan McIlwain | on behalf of Defendant Farallon Capital Management L.L.C. brent.mcilwain@hklaw.com, robert.jones@hklaw.com;brian.smith@hklaw.com |
| Brian D. Glueckstein | on behalf of Interested Party The Okada Insurance Rabbi Trust gluecksteinb@sullcrom.com |
| Brian D. Glueckstein | on behalf of Interested Party Okada Family Foundation Inc. gluecksteinb@sullcrom.com |
| Brian D. Glueckstein | on behalf of Interested Party Mark Okada gluecksteinb@sullcrom.com |
| Brian D. Glueckstein | on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #1 gluecksteinb@sullcrom.com |
| Brian D. Glueckstein | on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #2 gluecksteinb@sullcrom.com |
| Brian J. Smith | on behalf of Defendant Farallon Capital Management L.L.C. brian.smith@hklaw.com, robert.jones@hklaw.com;brent.mcilwain@hklaw.com |
| Bryan C. Assink | on behalf of Defendant James D. Dondero bryan.assink@bondsellis.com linda.gordon@bondsellis.com |
| Bryan C. Assink | on behalf of Creditor The Dugaboy Investment Trust bryan.assink@bondsellis.com linda.gordon@bondsellis.com |
| Bryan C. Assink | on behalf of Plaintiff James Dondero bryan.assink@bondsellis.com linda.gordon@bondsellis.com |

| | |
|---|---|
| Candice Marie Carson | on behalf of Interested Party UBS Securities LLC candice.carson@vkhh.com candice.carson@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;jordan.griffin@vhh.law;jordan.griffin@ecf.courtdrive.com |
| Candice Marie Carson | on behalf of Interested Party UBS AG London Branch candice.carson@vkhh.com candice.carson@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;jordan.griffin@vhh.law;jordan.griffin@ecf.courtdrive.com |
| Candice Marie Carson | on behalf of Plaintiff UBS Securities LLC candice.carson@vkhh.com candice.carson@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;jordan.griffin@vhh.law;jordan.griffin@ecf.courtdrive.com |
| Candice Marie Carson | on behalf of Plaintiff UBS AG London Branch candice.carson@vkhh.com candice.carson@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;jordan.griffin@vhh.law;jordan.griffin@ecf.courtdrive.com |
| Chad D. Timmons | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com |
| Charles Martin Persons, Jr. | on behalf of Creditor Committee Official Committee of Unsecured Creditors CharlesPersons@paulhastings.com michaelmagzamen@paulhastings.com;davidmohamed@paulhastings.com;matlaskowski@paulhastings.com |
| Charles W. Gameros, Jr. | on behalf of Creditor HCRE Partners LLC (n/k/a NexPoint Real Estate Partners, LLC) bgameros@legaltexas.com, lmilam@legaltexas.com;jrauch@legaltexas.com |
| Charles W. Gameros, Jr. | on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC bgameros@legaltexas.com lmilam@legaltexas.com;jrauch@legaltexas.com |
| Christopher Harayda | on behalf of Interested Party NexPoint Advisors L.P. cj.harayda@stinson.com, mpl.lssteam5@stinson.com |
| Christopher Harayda | on behalf of Interested Party NexPoint Asset Management L.P. cj.harayda@stinson.com, mpl.lssteam5@stinson.com |
| Christopher Andrew Bailey | on behalf of Creditor Muck Holdings LLC Christopher.Bailey@hklaw.com hapi@hklaw.com;trip.nix@hklaw.com;julia.warren@hklaw.com |
| Christopher Andrew Bailey | on behalf of Creditor Jessup Holdings LLC Christopher.Bailey@hklaw.com hapi@hklaw.com;trip.nix@hklaw.com;julia.warren@hklaw.com |
| Christopher Andrew Bailey | on behalf of Creditor Farallon Capital Management LLC Christopher.Bailey@hklaw.com, hapi@hklaw.com;trip.nix@hklaw.com;julia.warren@hklaw.com |
| Christopher Andrew Bailey | on behalf of Creditor Stonehill Capital Management LLC Christopher.Bailey@hklaw.com hapi@hklaw.com;trip.nix@hklaw.com;julia.warren@hklaw.com |
| Christopher J. Akin | on behalf of Defendant Scott Ellington cakin@lynnllp.com vkropp@lynnllp.com;enavarro@lynnllp.com |
| Christopher J. Akin | on behalf of Defendant Isaac Leventon cakin@lynnllp.com vkropp@lynnllp.com;enavarro@lynnllp.com |
| Clay Marshall Taylor | on behalf of Interested Party James Dondero ctaylor@spencerfane.com clay-taylor-2904@ecf.pacerpro.com;lvargas@spencerfane.com |
| Clay Marshall Taylor | on behalf of Plaintiff James Dondero ctaylor@spencerfane.com clay-taylor-2904@ecf.pacerpro.com;lvargas@spencerfane.com |
| Cortney C. Thomas | on behalf of Interested Party Mark Okada cort@brownfoxlaw.com korourke@brownfoxlaw.com |
| Cortney C. Thomas | on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #2 cort@brownfoxlaw.com korourke@brownfoxlaw.com |
| Cortney C. Thomas | on behalf of Interested Party Okada Family Foundation Inc. cort@brownfoxlaw.com, korourke@brownfoxlaw.com |
| Cortney C. Thomas | on behalf of Interested Party The Mark & Pamela Okada Family Trust - Exempt Trust #1 cort@brownfoxlaw.com korourke@brownfoxlaw.com |

Cortney C. Thomas
on behalf of Interested Party The Okada Insurance Rabbi Trust cort@brownfoxlaw.com korourke@brownfoxlaw.com

Daniel P. Winikka
on behalf of Interested Party Brad Borud dan@danwinlaw.com dan@danwinlaw.com

Daniel P. Winikka
on behalf of Interested Party Jack Yang dan@danwinlaw.com dan@danwinlaw.com

David G. Adams
on behalf of Creditor United States (IRS) david.g.adams@usdoj.gov
southwestern.taxcivil@usdoj.gov;david.adams4@usdoj.gov;brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

David Grant Crooks
on behalf of Creditor Committee Official Committee of Unsecured Creditors dcrooks@foxrothschild.com
etaylor@foxrothschild.com,rdietz@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

David Grant Crooks
on behalf of Creditor PensionDanmark Pensionsforsikringsaktieselskab dcrooks@foxrothschild.com
etaylor@foxrothschild.com,rdietz@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

David Grant Crooks
on behalf of Debtor Highland Capital Management L.P. dcrooks@foxrothschild.com,
etaylor@foxrothschild.com,rdietz@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

David L. Curry, Jr.
on behalf of Interested Party Crown Global Life Insurance Ltd dcurry@okinadams.com, nhollon@okinadams.com

David L. Curry, Jr.
on behalf of Interested Party The Dallas Foundation dcurry@okinadams.com nhollon@okinadams.com

Davor Rukavina
on behalf of Defendant NexPoint Strategic Opportunities Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party Highland Funds II and its series drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party Highland Healthcare Opportunities Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Defendant Highland Capital Management Fund Advisors L.P. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party Highland Socially Responsible Equity Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party NexPoint Advisors L.P. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party NexPoint Capital Inc. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party Highland Income Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party Highland Global Allocation Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party Highland Funds I and its series drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party Highland Total Return Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party Highland Capital Management Fund Advisors L.P. drukavina@munsch.com,
Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party Highland Small-Cap Equity Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Defendant NexPoint Advisors L.P. drukavina@munsch.com, Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party NexPoint Strategic Opportunities Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party Highland Opportunistic Credit Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Defendant Highland Income Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party NexPoint Real Estate Strategies Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party Highland Fixed Income Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party Highland/iBoxx Senior Loan ETF drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Interested Party Highland Merger Arbitrage Fund drukavina@munsch.com Courtmail@munsch.com

Davor Rukavina
on behalf of Defendant NexPoint Capital Inc. drukavina@munsch.com, Courtmail@munsch.com

Deborah Rose Deitsch-Perez
on behalf of Defendant NexPoint Advisors L.P. deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Defendant Highland Capital Management Fund Advisors L.P. deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Defendant HCRE Partners LLC (n/k/a NexPoint Real Estate Partners, LLC) deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Interested Party James Dondero deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Partner Dugaboy Investment Trust deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Interested Party NexPoint Advisors L.P. deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Defendant James Dondero deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Plaintiff Hunter Mountain Investment Trust deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Interested Party Highland CLO Management Ltd deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO AS TRUSTEE OF DUGABOY INVESTMENT TRUST deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Defendant James D. Dondero deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Defendant STRAND ADVISORS INC deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Plaintiff Dugaboy Investment Trust deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Defendant Isaac Leventon deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Defendant Highland Capital Management Services Inc. deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Witness Nancy Dondero deborah.deitschperez@stinson.com belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III AS TRUSTEE OF GET GOOD TRUST deborah.deitschperez@stinson.com, belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Defendant Scott Ellington deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Creditor Hunter Mountain Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Creditor The Dugaboy Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Defendant The Dugaboy Investment Trust deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Interested Party Highland Capital Management Fund Advisors L.P. deborah.deitschperez@stinson.com,
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Deborah Rose Deitsch-Perez
on behalf of Defendant Nancy Dondero deborah.deitschperez@stinson.com
belinda.jolivet@stinson.com;jacob.gaslin@stinson.com;DAL.LSSTeam2@stinson.com

Debra A Dandeneau
on behalf of Defendant Scott Ellington debra.dandeneau@bakermckenzie.com blaire.cahn@bakermckenzie.com

Debra A Dandeneau
on behalf of Defendant Isaac Leventon debra.dandeneau@bakermckenzie.com blaire.cahn@bakermckenzie.com

Debra A Dandeneau
on behalf of Creditor Scott Ellington Thomas Surgent, Frank Waterhouse, Isaac Leventon debra.dandeneau@bakermckenzie.com,
blaire.cahn@bakermckenzie.com

Debra A Dandeneau
on behalf of Interested Party CPCM LLC debra.dandeneau@bakermckenzie.com, blaire.cahn@bakermckenzie.com

Dennis M. Twomey
on behalf of Creditor Committee Official Committee of Unsecured Creditors dtwomey@sidley.com

Donna K. Webb
on behalf of Creditor Pension Benefit Guaranty Corporation donna.webb@usdoj.gov
brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov

Douglas J. Schneller
on behalf of Creditor Contrarian Funds LLC douglas.schneller@rimonlaw.com

Douglas S. Draper
on behalf of Creditor Dana Scott Breault ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Defendant The Get Good Nonexempt Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Creditor The Dondero Insurance Rabbi Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Creditor Dolomiti LLC ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Creditor SLHC Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Creditor Canis Minor Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Creditor The Get Good Non Exempt Trust No 2 ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Creditor The Dugaboy Investment Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

Douglas S. Draper
on behalf of Defendant The Dugaboy Investment Trust ddraper@lawla.com
dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com

| | |
|---|---|
| Douglas S. Draper | on behalf of Creditor Get Good Trust ddraper@lawla.com dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Douglas S. Draper | on behalf of Creditor Get Good Non Exempt Trust No 1 ddraper@lawla.com dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Douglas S. Draper | on behalf of Creditor Get Better Trust ddraper@lawla.com dhepting@hellerdraper.com;vgamble@hellerdraper.com;mlandis@hellerdraper.com;gbrouphy@hellerdraper.com |
| Drake M. Rayshell | on behalf of Creditor Patrick Daugherty drayshell@grayreed.com mmoreno@grayreed.com |
| Edmon L. Morton | on behalf of Creditor Committee Official Committee of Unsecured Creditors emorton@ycst.com |
| Edward J. Leen | on behalf of Creditor Jessup Holdings LLC eleen@mkbllp.com |
| Edward J. McNeilly | on behalf of Interested Party John S. Dubel edward.mcneilly@hoganlovells.com |
| Edward J. McNeilly | on behalf of Interested Party Hon.Russell F. Nelms (Ret.) edward.mcneilly@hoganlovells.com |
| Edwin Paul Keiffer | on behalf of Creditor Rand PE Fund I LP pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor Hunter Mountain Investment Trust pkeiffer@romclaw.com bwallace@romclaw.com,dsalinas@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor John Honis pkeiffer@romclaw.com bwallace@romclaw.com,dsalinas@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor Rand Advisors LLC pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com |
| Edwin Paul Keiffer | on behalf of Defendant Hunter Mountain Investment Trust pkeiffer@romclaw.com bwallace@romclaw.com,dsalinas@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor Atlas IDF GP, LLC pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com |
| Edwin Paul Keiffer | on behalf of Interested Party Hunter Mountain Trust pkeiffer@romclaw.com bwallace@romclaw.com,dsalinas@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor Atlas IDF LP pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor Beacon Mountain LLC pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com |
| Edwin Paul Keiffer | on behalf of Creditor Rand PE Fund Management LLC pkeiffer@romclaw.com, bwallace@romclaw.com,dsalinas@romclaw.com |
| Elizabeth Weller | on behalf of Creditor Coleman County TAD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Dallas County Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Fannin CAD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Irving ISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Allen ISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Tarrant County Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Upshur County Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com |
| Elizabeth Weller | on behalf of Creditor Kaufman County Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com |

Elizabeth Weller
on behalf of Creditor Rockwall CAD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Grayson County Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Eric A. Soderlund
on behalf of Creditor Frank Waterhouse Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent eric.soderlund@rsbfirm.com

Eric A. Soderlund
on behalf of Interested Party Former Employees eric.soderlund@rsbfirm.com

Eric A. Soderlund
on behalf of Creditor Scott Ellington Thomas Surgent, Frank Waterhouse, Isaac Leventon eric.soderlund@rsbfirm.com

Eric A. Soderlund
on behalf of Interested Party CPCM LLC eric.soderlund@rsbfirm.com

Eric Thomas Haitz
on behalf of Defendant Alvarez & Marsal CRF Management LLC eric.haitz@bondsellis.com, linda.gordon@bondsellis.com

Erin Marie Schmidt
on behalf of U.S. Trustee United States Trustee ustpregion06.da.ecf@usdoj.gov erin.schmidt2@usdoj.gov

Frances Anne Smith
on behalf of Creditor Frank Waterhouse frances.smith@offitkurman.com michael.coulombe@offitkurman.com

Frances Anne Smith
on behalf of Interested Party Matthew DiOrio Scott Ellington, Isaac Leventon, Mary Kathryn Lucas (nee Irving), John Paul Sevilla, Stephanie Vitiello, and Frank Waterhouse frances.smith@offitkurman.com, michael.coulombe@offitkurman.com

Frances Anne Smith
on behalf of Plaintiff Scott Byron Ellington frances.smith@offitkurman.com michael.coulombe@offitkurman.com

Frances Anne Smith
on behalf of Interested Party CPCM LLC frances.smith@offitkurman.com, michael.coulombe@offitkurman.com

Frances Anne Smith
on behalf of Creditor Scott Ellington frances.smith@offitkurman.com michael.coulombe@offitkurman.com

Frances Anne Smith
on behalf of Creditor Scott Ellington Thomas Surgent, Frank Waterhouse, Isaac Leventon frances.smith@offitkurman.com, michael.coulombe@offitkurman.com

Frances Anne Smith
on behalf of Interested Party Former Employees frances.smith@offitkurman.com michael.coulombe@offitkurman.com

Geoffrey Scott Harper
on behalf of Interested Party NexPoint Advisors L.P. gharper@kslaw.com

Geoffrey Scott Harper
on behalf of Interested Party James Dondero gharper@kslaw.com

Geoffrey Scott Harper
on behalf of Creditor The Get Good Non Exempt Trust No 2 gharper@kslaw.com

Geoffrey Scott Harper
on behalf of Partner Dugaboy Investment Trust gharper@kslaw.com

Geoffrey Scott Harper
on behalf of Interested Party NexPoint Real Estate Advisors L.P. gharper@kslaw.com

Geoffrey Scott Harper
on behalf of Interested Party NexPoint Asset Management L.P. gharper@kslaw.com

Geoffrey Scott Harper
on behalf of Creditor The Dugaboy Investment Trust gharper@kslaw.com

Gregory Getty Hesse
on behalf of Partner Dugaboy Investment Trust ghesse@huntonak.com astowe@huntonak.com;tcanada@HuntonAK.com;creeves@HuntonAK.com

Gregory Getty Hesse
on behalf of Spec. Counsel Hunton Andrews Kurth LLP ghesse@huntonak.com astowe@huntonak.com;tcanada@HuntonAK.com;creeves@HuntonAK.com

Gregory V. Demo
on behalf of Defendant Highland Capital Management L.P. gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo

| | |
|---|---|
| | on behalf of Plaintiff Highland Capital Management L.P. gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com |
| Gregory V. Demo | on behalf of Defendant Highland Capital Management LP gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com |
| Gregory V. Demo | on behalf of Defendant Highland Claimant Trust gdemo@pszjlaw.com jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com |
| Gregory V. Demo | on behalf of Counter-Defendant Highland Capital Management L.P. gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com |
| Gregory V. Demo | on behalf of Debtor Highland Capital Management L.P. gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com |
| Gregory V. Demo | on behalf of Creditor Committee Official Committee of Unsecured Creditors gdemo@pszjlaw.com jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com |
| Greta M. Brouphy | on behalf of Defendant The Dugaboy Investment Trust gbrouphy@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com |
| Greta M. Brouphy | on behalf of Creditor The Dugaboy Investment Trust gbrouphy@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com |
| Greta M. Brouphy | on behalf of Creditor Get Good Trust gbrouphy@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com |
| Hayley R Winograd | on behalf of Plaintiff Highland Capital Management L.P. hwinograd@allenmatkins.com |
| Hayley R Winograd | on behalf of Defendant Highland Capital Management L.P. hwinograd@allenmatkins.com |
| Hayley R Winograd | on behalf of Counter-Defendant Highland Capital Management L.P. hwinograd@allenmatkins.com |
| Hayley R Winograd | on behalf of Defendant Highland Capital Management LP hwinograd@allenmatkins.com |
| Hayley R Winograd | on behalf of Defendant Highland Claimant Trust hwinograd@allenmatkins.com |
| Holland N. O'Neil | on behalf of Spec. Counsel Foley Gardere Foley & Lardner LLP honeil@foley.com, jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Ian Salzer | on behalf of Creditor Hunter Mountain Investment Trust isalzer@winstead.com |
| Ian Salzer | on behalf of Interested Party Hunter Mountain Trust isalzer@winstead.com |
| Ian Salzer | on behalf of Interested Party Hunter Mountain Investment Trust isalzer@winstead.com |
| Ian Salzer | on behalf of Plaintiff Charitable DAF Fund L.P. isalzer@winstead.com |
| Ian Salzer | on behalf of Plaintiff Hunter Mountain Investment Trust isalzer@winstead.com |
| J. Seth Moore | on behalf of Creditor Siepe LLC semoore@swlaw.com, rlarue@swlaw.com;docket_den@swlaw.com;DOCKET_DAL@swlaw.com |
| Jaclyn C. Weissgerber | on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com jweissgerber@ycst.com |
| James Jay Lee | on behalf of Interested Party Lynn Pinker Hurst & Schwegmann LLP jimlee@velaw.com |

| | |
|---|---|
| James Jay Lee | on behalf of Interested Party The Pettit Law Firm jimlee@velaw.com |
| Jason Bernstein | on behalf of Interested Party Jefferies LLC casey.doherty@dentons.com dawn.brown@dentons.com;Melinda.sanchez@dentons.com;docket.general.lit.dal@dentons.com |
| Jason Bernstein | on behalf of Creditor BHH Equities LLC casey.doherty@dentons.com dawn.brown@dentons.com;Melinda.sanchez@dentons.com;docket.general.lit.dal@dentons.com |
| Jason Alexander Enright | on behalf of Creditor Acis Capital Management L.P. jenright@winstead.com |
| Jason Alexander Enright | on behalf of Creditor Acis Capital Management GP LLC jenright@winstead.com |
| Jason Patrick Kathman | on behalf of Creditor Patrick Daugherty jkathman@spencerfane.com lvargas@spencerfane.com |
| Jason Patrick Kathman | on behalf of Creditor Paul Kauffman jkathman@spencerfane.com lvargas@spencerfane.com |
| Jason Patrick Kathman | on behalf of Creditor Davis Deadman jkathman@spencerfane.com lvargas@spencerfane.com |
| Jason Patrick Kathman | on behalf of Defendant Patrick Daugherty jkathman@spencerfane.com lvargas@spencerfane.com |
| Jason Patrick Kathman | on behalf of Defendant Patrick Hagaman Daugherty jkathman@spencerfane.com lvargas@spencerfane.com |
| Jason Patrick Kathman | on behalf of Creditor Todd Travers jkathman@spencerfane.com lvargas@spencerfane.com |
| Jason S. Brookner | on behalf of Creditor Gray Reed & McGraw LLP jbrookner@grayreed.com lwebb@grayreed.com;acarson@grayreed.com |
| Jason S. Brookner | on behalf of Defendant Patrick Daugherty jbrookner@grayreed.com lwebb@grayreed.com;acarson@grayreed.com |
| Jason S. Brookner | on behalf of Creditor Patrick Daugherty jbrookner@grayreed.com lwebb@grayreed.com;acarson@grayreed.com |
| Jeff P. Prostok | on behalf of Creditor Joshua Terry jeff.prostok@vkhh.com jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;kristina.hartogh@vkhh.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com |
| Jeff P. Prostok | on behalf of Creditor Jennifer G. Terry jeff.prostok@vkhh.com jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;kristina.hartogh@vkhh.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com |
| Jeffrey Kurtzman | on behalf of Creditor BET Investments II L.P. kurtzman@kurtzmansteady.com |
| Jeffrey Nathan Pomerantz | on behalf of Plaintiff Highland Capital Management L.P. jpomerantz@pszjlaw.com |
| Jeffrey Nathan Pomerantz | on behalf of Defendant Highland Capital Management L.P. jpomerantz@pszjlaw.com |
| Jeffrey Nathan Pomerantz | on behalf of Debtor Highland Capital Management L.P. jpomerantz@pszjlaw.com |
| Jeffrey Nathan Pomerantz | on behalf of Defendant Highland Claimant Trust jpomerantz@pszjlaw.com |
| Jeffrey Nathan Pomerantz | on behalf of Counter-Defendant Highland Capital Management L.P. jpomerantz@pszjlaw.com |
| Jeffrey Reid Burley | on behalf of Counter-Claimant Patrick Hagaman Daugherty rburley@grayreed.com hpetrea@bellnunnally.com |
| Jeffrey Reid Burley | on behalf of Defendant Patrick Hagaman Daugherty rburley@grayreed.com hpetrea@bellnunnally.com |
| Jerry C. Alexander | on behalf of Attorney Scott M. Seidel alexanderj@passmanjones.com chandlers@passmanjones.com |
| John A Morris | on behalf of Other Professional Highland Claimant Trust jmorris@pszjlaw.com |

John A Morris
on behalf of Creditor Muck Holdings LLC jmorris@pszjlaw.com

John A Morris
on behalf of Creditor Stonehill Capital Management LLC jmorris@pszjlaw.com

John A Morris
on behalf of Other Professional James P. Seery Jr. jmorris@pszjlaw.com

John A Morris
on behalf of Defendant Highland Claimant Trust jmorris@pszjlaw.com

John A Morris
on behalf of Creditor James P. Seery Jr. jmorris@pszjlaw.com

John A Morris
on behalf of Creditor Jessup Holdings LLC jmorris@pszjlaw.com

John A Morris
on behalf of Debtor Highland Capital Management L.P. jmorris@pszjlaw.com

John A Morris
on behalf of Counter-Defendant Highland Capital Management L.P. jmorris@pszjlaw.com

John A Morris
on behalf of Defendant Highland Capital Management L.P. jmorris@pszjlaw.com

John A Morris
on behalf of Creditor Farallon Capital Management LLC jmorris@pszjlaw.com

John A Morris
on behalf of Plaintiff Highland Capital Management L.P. jmorris@pszjlaw.com

John A Morris
on behalf of Defendant Highland Capital Management LP jmorris@pszjlaw.com

John J. Kane
on behalf of Defendant CLO Holdco Ltd. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane
on behalf of Defendant Grant James Scott III jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane
on behalf of Defendant Grant James Scott III jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane
on behalf of Creditor Grant James Scott III jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John Kendrick Turner
on behalf of Creditor Tarrant County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Dallas County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Fannin CAD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Upshur County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor City of Allen john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Grayson County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Kaufman County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Allen ISD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Irving ISD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Coleman County TAD john.turner@lgbs.com
Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor City of Richardson john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Michael Gaddis

| | |
|---|---|
| | on behalf of Partner Dugaboy Investment Trust mgaddis@kslaw.com |
| John T. Cox, III | on behalf of Defendant Alvarez & Marsal CRF Management LLC tcox@gibsondunn.com, WCassidy@gibsondunn.com;twesley@gibsondunn.com;pacer-tx@gibsondunn.com;pvickery@gibsondunn.com;trey-cox-4576@ecf.pacerpro.com |
| Johnathan Stone | on behalf of Interested Party State of Texas johnathan.stone@oag.texas.gov |
| Johnny Sutton | on behalf of Partner Dugaboy Investment Trust rrussell@ashcroftlawfirm.com |
| Jonathan Sundheimer | on behalf of Creditor NWCC LLC jsundheimer@btlaw.com |
| Jonathan E. Bridges | on behalf of Creditor CLO Holdco Ltd. jeb@sbaitilaw.com |
| Jonathan E. Bridges | on behalf of Plaintiff PCMG Trading Partners XXIII LP jeb@sbaitilaw.com |
| Jonathan E. Bridges | on behalf of Plaintiff CLO Holdco Ltd. jeb@sbaitilaw.com |
| Jonathan E. Bridges | on behalf of Plaintiff Charitable DAF Fund LP jeb@sbaitilaw.com |
| Jonathan E. Bridges | on behalf of Interested Party Charitable DAF Fund LP jeb@sbaitilaw.com |
| Jonathan E. Bridges | on behalf of Interested Party CLO Holdco Ltd. jeb@sbaitilaw.com |
| Jonathan F. Mitchell | on behalf of Interested Party James Dondero jonathan@mitchell.law |
| Jordan A. Kroop | on behalf of Debtor Highland Capital Management L.P. jkroop@pszjlaw.com, tcorrea@pszjlaw.com |
| Joseph E. Bain | on behalf of Creditor Issuer Group JBain@joneswalker.com kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com |
| Joseph Y. Ahmad | on behalf of Creditor Acis Capital Management GP LLC joeahmad@azalaw.com, sbates@azalaw.com;ahernandez@azalaw.com |
| Joshua Seth Levy | on behalf of Other Professional James P. Seery Jr. jlevy@willkie.com |
| Joshua Seth Levy | on behalf of Debtor Highland Capital Management L.P. jlevy@willkie.com |
| Joshua Seth Levy | on behalf of Creditor James P. Seery Jr. jlevy@willkie.com |
| Julian Preston Vasek | on behalf of Interested Party Highland Capital Management Fund Advisors L.P. jvasek@munsch.com, CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party Highland Fixed Income Fund jvasek@munsch.com CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party Highland Funds I and its series jvasek@munsch.com CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party Highland Healthcare Opportunities Fund jvasek@munsch.com CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party NexPoint Advisors GP LLC jvasek@munsch.com, CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party Highland Global Allocation Fund jvasek@munsch.com CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party Highland Total Return Fund jvasek@munsch.com CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party Highland/iBoxx Senior Loan ETF jvasek@munsch.com CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Interested Party Highland Income Fund jvasek@munsch.com CourtMail@munsch.com |

Julian Preston Vasek
on behalf of Defendant NexPoint Advisors L.P. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek
on behalf of Interested Party Highland Small-Cap Equity Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek
on behalf of Defendant NexPoint Strategic Opportunities Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek
on behalf of Defendant Highland Income Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek
on behalf of Interested Party NexPoint Real Estate Strategies Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek
on behalf of Interested Party Highland Opportunistic Credit Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek
on behalf of Interested Party NexPoint Capital Inc. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek
on behalf of Interested Party NexPoint Advisors L.P. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek
on behalf of Interested Party Highland Funds II and its series jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek
on behalf of Interested Party NexPoint Strategic Opportunities Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek
on behalf of Interested Party Highland Socially Responsible Equity Fund jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek
on behalf of Defendant Highland Capital Management Fund Advisors L.P. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek
on behalf of Defendant NexPoint Capital Inc. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek
on behalf of Interested Party Highland Merger Arbitrage Fund jvasek@munsch.com CourtMail@munsch.com

Juliana Hoffman
on behalf of Plaintiff Official Committee of Unsecured Creditors jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
on behalf of Creditor Committee Official Committee of Unsecured Creditors jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
on behalf of Debtor Highland Capital Management L.P. jhoffman@sidley.com,
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
on behalf of Interested Party UBS AG London Branch jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
on behalf of Other Professional Teneo Capital LLC jhoffman@sidley.com,
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
on behalf of Financial Advisor FTI Consulting Inc. jhoffman@sidley.com,
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
on behalf of Creditor Sidley Austin LLP jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
on behalf of Interested Party UBS Securities LLC jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Juliana Hoffman
on behalf of Interested Party Committee of Unsecured Creditors jhoffman@sidley.com
txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

Kesha Tanabe
on behalf of Creditor Cedar Glade LP kesha@tanabelaw.com

Kevin Perkins
on behalf of Defendant MASSAND CAPITAL LLC kperkins@vanacourperkins.com

| | |
|---|---|
| Kevin Perkins | on behalf of Defendant MASSAND CAPITAL INC. kperkins@vanacourperkins.com |
| Kimberly A. Posin | on behalf of Interested Party UBS Securities LLC kim.posin@lw.com colleen.rico@lw.com |
| Kimberly A. Posin | on behalf of Plaintiff UBS Securities LLC kim.posin@lw.com colleen.rico@lw.com |
| Kimberly A. Posin | on behalf of Plaintiff UBS AG London Branch kim.posin@lw.com colleen.rico@lw.com |
| Kimberly A. Posin | on behalf of Interested Party UBS AG London Branch kim.posin@lw.com colleen.rico@lw.com |
| Kristin H. Jain | on behalf of Interested Party NexPoint Advisors L.P. khjain@jainlaw.com, dskierski@skijain.com |
| Kristin H. Jain | on behalf of Interested Party NexPoint Real Estate Advisors L.P. khjain@jainlaw.com, dskierski@skijain.com |
| Larry R Boyd | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR lboyd@abernathy-law.com ljameson@abernathy-law.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Residential Trust Inc. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors II L.P. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Partners LLC lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party MGM Holdings Inc. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Hospitality Trust lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors IV L.P. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Creditor HCRE Partners LLC (n/k/a NexPoint Real Estate Partners, LLC) lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Finance Inc. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Creditor Advisors Equity Group LLC lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Multifamily Capital Trust Inc. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors L.P. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors VIII L.P. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party VineBrook Homes Trust, Inc. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Creditor Highland Capital Management Services Inc. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors V L.P. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors VI L.P. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors VII L.P. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexBank lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexBank Title Inc. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | |

| | |
|---|---|
| | on behalf of Interested Party NexBank Capital Inc. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexBank Securities Inc. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Creditor Eagle Equity Advisors LLC lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party NexPoint Real Estate Advisors III L.P. lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn | on behalf of Interested Party Nexpoint Real Estate Capital LLC lkdrawhorn@gmail.com |
| Laurie A Spindler | on behalf of Creditor Grayson County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor Allen ISD Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor Dallas County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor City of Richardson Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor Irving ISD Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor Tarrant County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor City of Allen Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor Kaufman County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Leslie A. Collins | on behalf of Creditor Get Good Trust lcollins@hellerdraper.com |
| Leslie A. Collins | on behalf of Creditor The Dugaboy Investment Trust lcollins@hellerdraper.com |
| Leslie A. Collins | on behalf of Defendant The Dugaboy Investment Trust lcollins@hellerdraper.com |
| Linda D. Reece | on behalf of Creditor Garland ISD lreece@pbfcm.com lreece@ecf.courtdrive.com |
| Linda D. Reece | on behalf of Creditor Plano ISD lreece@pbfcm.com lreece@ecf.courtdrive.com |
| Linda D. Reece | on behalf of Creditor Wylie ISD lreece@pbfcm.com lreece@ecf.courtdrive.com |
| Linda D. Reece | on behalf of Creditor City of Garland lreece@pbfcm.com lreece@ecf.courtdrive.com |
| Lindsey Lee Robin | on behalf of Creditor Farallon Capital Management LLC lrobin@reedsmith.com, jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com |
| Lindsey Lee Robin | on behalf of Creditor Muck Holdings LLC lrobin@reedsmith.com jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com |
| Lindsey Lee Robin | on behalf of Creditor Jessup Holdings LLC lrobin@reedsmith.com jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com |
| Lindsey Lee Robin | |

on behalf of Other Professional James P. Seery Jr. lrobin@reedsmith.com, jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin
on behalf of Debtor Highland Capital Management L.P. lrobin@reedsmith.com, jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin
on behalf of Other Professional Highland Claimant Trust lrobin@reedsmith.com jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin
on behalf of Creditor Stonehill Capital Management LLC lrobin@reedsmith.com jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lindsey Lee Robin
on behalf of Creditor James P. Seery Jr. lrobin@reedsmith.com, jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com

Lisa L. Lambert
on behalf of U.S. Trustee United States Trustee lisa.l.lambert@usdoj.gov

Louis M. Phillips
on behalf of Defendant CLO Holdco Ltd. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Creditor Shields Legal Group P.C. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Creditor CLO Holdco Ltd. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Interested Party Highland Dallas Foundation Inc. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Interested Party Mary Jalonick louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Interested Party The Greater Kansas City Community Foundation louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Creditor The Charitable DAF Fund L.P. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Interested Party The Charitable DAF Fund L.P. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Interested Party Highland Kansas City Foundation Inc. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Creditor Hunter Mountain Investment Trust louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Creditor Rand Advisors LLC louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Creditor Rand PE Fund Management LLC louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Interested Party CLO Holdco Ltd. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Interested Party The Santa Barbara Foundation louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Interested Party The Dallas Foundation louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips

on behalf of Creditor Charitable DAF GP L.P. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Plaintiff Charitable DAF Fund LP louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Attorney Kelly Hart & Pitre louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Respondent Mark Patrick louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Interested Party Charitable DAF Fund LP louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Creditor Charitable DAF HoldCo Ltd. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Creditor Beacon Mountain LLC louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Creditor Highland Dallas Foundation Inc. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Defendant Highland Dallas Foundation Inc. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Plaintiff CLO Holdco Ltd. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Creditor Rand PE Fund I LP louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Interested Party Highland Santa Barbara Foundation Inc. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

Louis M. Phillips
on behalf of Creditor ValueScope LLC louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com;court.alert@kellyhart.com

M. David Bryant, Jr.
on behalf of Interested Party Integrated Financial Associates Inc. dbryant@dykema.com, csmith@dykema.com

Margaret Michelle Hartmann
on behalf of Defendant Isaac Leventon michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann
on behalf of Creditor Scott Ellington michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann
on behalf of Defendant Scott Ellington michelle.hartmann@bakermckenzie.com

Margaret Michelle Hartmann
on behalf of Interested Party CPCM LLC michelle.hartmann@bakermckenzie.com

Mark Stancil
on behalf of Other Professional Highland Claimant Trust mstancil@willkie.com

Mark Stancil
on behalf of Other Professional James P. Seery Jr. mstancil@willkie.com

Mark Stancil
on behalf of Creditor James P. Seery Jr. mstancil@willkie.com

Mark Stancil
on behalf of Debtor Highland Capital Management L.P. mstancil@willkie.com

Mark A. Platt
on behalf of Interested Party Redeemer Committee of the Highland Crusader Fund mplatt@fbtlaw.com dwilliams@fbtlaw.com

Marshall R. King
on behalf of Defendant Alvarez & Marsal CRF Management LLC mking@gibsondunn.com,

marshall-r-king-9149@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Marshall R. King
on behalf of Interested Party Alvarez & Marsal CRF Management LLC, as Investment Manager of the Highland Crusader Funds mking@gibsondunn.com, marshall-r-king-9149@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Martin A. Sosland
on behalf of Plaintiff UBS Securities LLC martin.sosland@vkhh.com martin.sosland@ecf.courtdrive.com;kristina.hartogh@vkhh.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com

Martin A. Sosland
on behalf of Interested Party UBS Securities LLC martin.sosland@vkhh.com martin.sosland@ecf.courtdrive.com;kristina.hartogh@vkhh.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com

Martin A. Sosland
on behalf of Plaintiff UBS AG London Branch martin.sosland@vkhh.com martin.sosland@ecf.courtdrive.com;kristina.hartogh@vkhh.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com

Martin A. Sosland
on behalf of Interested Party UBS AG London Branch martin.sosland@vkhh.com martin.sosland@ecf.courtdrive.com;kristina.hartogh@vkhh.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com

Matthew Gold
on behalf of Creditor Argo Partners courts@argopartners.net

Matthew A. Clemente
on behalf of Creditor Committee Official Committee of Unsecured Creditors mclemente@sidley.com matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwomey@sidley.com

Matthew A. Clemente
on behalf of Interested Party Committee of Unsecured Creditors mclemente@sidley.com matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwomey@sidley.com

Matthew G. Bouslog
on behalf of Interested Party Alvarez & Marsal CRF Management LLC, as Investment Manager of the Highland Crusader Funds mbouslog@allenmatkins.com, ncampos@allenmatkins.com

Matthew S. Okin
on behalf of Interested Party The Dallas Foundation mokin@okinadams.com nhollon@okinadams.com

Matthew S. Okin
on behalf of Interested Party Crown Global Life Insurance Ltd mokin@okinadams.com, nhollon@okinadams.com

Matthew W. Bobo
on behalf of Intervenor Highland Employee Retention Assets LLC mbobo@mwblawyer.com, chelsey@mwblawyer.com;katy@mwblawyer.com

Mazin Ahmad Sbaiti
on behalf of Plaintiff Charitable DAF Fund LP mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti
on behalf of Interested Party Charitable DAF Fund LP mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti
on behalf of Creditor The Charitable DAF Fund L.P. mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti
on behalf of Creditor CLO Holdco Ltd. mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti
on behalf of Plaintiff CLO Holdco Ltd. mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti
on behalf of Interested Party The Charitable DAF Fund L.P. mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti
on behalf of Interested Party CLO Holdco Ltd. mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti
on behalf of Plaintiff PCMG Trading Partners XXIII LP mas@sbaitilaw.com

| | |
|---|---|
| | krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com |
| Megan Young-John | on behalf of Creditor Issuer Group myoung-john@porterhedges.com |
| Megan F. Clontz | on behalf of Creditor Todd Travers MClontz@goodwin.com ljaeger@goodwin.com |
| Megan F. Clontz | on behalf of Creditor Patrick Daugherty MClontz@goodwin.com ljaeger@goodwin.com |
| Melissa S. Hayward | on behalf of Other Professional Highland Claimant Trust MHayward@HaywardFirm.com mholmes@HaywardFirm.com |
| Melissa S. Hayward | on behalf of Debtor Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Melissa S. Hayward | on behalf of Plaintiff Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Melissa S. Hayward | on behalf of Defendant Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Melissa S. Hayward | on behalf of Defendant Highland Capital Management LP MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Michael A. Rosenthal | on behalf of Defendant Alvarez & Marsal CRF Management LLC mrosenthal@gibsondunn.com, michael--rosenthal-4826@ecf.pacerpro.com,pacer-tx@gibsondunn.com |
| Michael J Edney | on behalf of Partner Dugaboy Investment Trust michael.edney@morganlewis.com mlbhofilings@morganlewis.com |
| Michael J Edney | on behalf of Creditor The Dugaboy Investment Trust michael.edney@morganlewis.com mlbhofilings@morganlewis.com |
| Michael Justin Lang | on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC mlang@cwl.law aohlinger@cwl.law;ylopez@cwl.law |
| Michael Justin Lang | on behalf of Interested Party Highland Capital Management Fund Advisors L.P. mlang@cwl.law, aohlinger@cwl.law;ylopez@cwl.law |
| Michael Justin Lang | on behalf of Interested Party NexPoint Advisors L.P. mlang@cwl.law, aohlinger@cwl.law;ylopez@cwl.law |
| Michael Justin Lang | on behalf of Creditor Get Good Trust mlang@cwl.law aohlinger@cwl.law;ylopez@cwl.law |
| Michael Justin Lang | on behalf of Partner Dugaboy Investment Trust mlang@cwl.law aohlinger@cwl.law;ylopez@cwl.law |
| Michael Justin Lang | on behalf of Creditor The Dugaboy Investment Trust mlang@cwl.law aohlinger@cwl.law;ylopez@cwl.law |
| Michael Justin Lang | on behalf of Interested Party James Dondero mlang@cwl.law aohlinger@cwl.law;ylopez@cwl.law |
| Michael P. Aigen | on behalf of Partner Dugaboy Investment Trust michael.aigen@stinson.com |
| Michael P. Aigen | on behalf of Creditor The Dugaboy Investment Trust michael.aigen@stinson.com |
| Michael P. Aigen | on behalf of Defendant Highland Capital Management Services Inc. michael.aigen@stinson.com |
| Michael P. Aigen | on behalf of Plaintiff Hunter Mountain Investment Trust michael.aigen@stinson.com |
| Michael P. Aigen | on behalf of Interested Party Highland CLO Management Ltd michael.aigen@stinson.com |
| Michael P. Aigen | on behalf of Plaintiff Dugaboy Investment Trust michael.aigen@stinson.com |
| Michael P. Aigen | on behalf of Defendant Highland Capital Management Fund Advisors L.P. michael.aigen@stinson.com |
| Michael P. Aigen | on behalf of Defendant HCRE Partners LLC (n/k/a NexPoint Real Estate Partners, LLC) michael.aigen@stinson.com |

Michael P. Aigen
on behalf of Creditor Hunter Mountain Investment Trust michael.aigen@stinson.com

Michael P. Aigen
on behalf of Defendant James Dondero michael.aigen@stinson.com

Michael P. Aigen
on behalf of Defendant Nancy Dondero michael.aigen@stinson.com

Michael P. Aigen
on behalf of Defendant NexPoint Advisors L.P. michael.aigen@stinson.com

Michael Scott Held
on behalf of Creditor Crescent TC Investors L.P. mheld@jw.com, kgradney@jw.com;osalvatierra@jw.com

Michelle E. Shriro
on behalf of Interested Party California Public Employees Retirement System (CalPERS) mshriro@singerlevick.com
scotton@singerlevick.com;tguillory@singerlevick.com

Nicole Skolnekovich
on behalf of Interested Party Hunton Andrews Kurth LLP nskolnekovich@hunton.com
astowe@huntonak.com;creeves@huntonak.com

Omar Jesus Alaniz
on behalf of Creditor Farallon Capital Management LLC oalaniz@reedsmith.com,
omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz
on behalf of Creditor Stonehill Capital Management LLC oalaniz@reedsmith.com
omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz
on behalf of Creditor Jessup Holdings LLC oalaniz@reedsmith.com
omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz
on behalf of Other Professional James P. Seery Jr. oalaniz@reedsmith.com,
omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz
on behalf of Creditor James P. Seery Jr. oalaniz@reedsmith.com, omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz
on behalf of Debtor Highland Capital Management L.P. oalaniz@reedsmith.com,
omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz
on behalf of Other Professional Highland Claimant Trust oalaniz@reedsmith.com
omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Omar Jesus Alaniz
on behalf of Creditor Muck Holdings LLC oalaniz@reedsmith.com omar-alaniz-2648@ecf.pacerpro.com;gsaenz@reedsmith.com

Paige Holden Montgomery
on behalf of Plaintiff Official Committee of Unsecured Creditors pmontgomery@sidley.com
txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;spencer.stephens@sidley.com;ebromagen@sidley.com;e
filingnotice@sidley.com

Paige Holden Montgomery
on behalf of Creditor Committee Official Committee of Unsecured Creditors pmontgomery@sidley.com
txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;spencer.stephens@sidley.com;ebromagen@sidley.com;e
filingnotice@sidley.com

Paige Holden Montgomery
on behalf of Interested Party Committee of Unsecured Creditors pmontgomery@sidley.com
txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;spencer.stephens@sidley.com;ebromagen@sidley.com;e
filingnotice@sidley.com

Paul M. Lopez
on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com

Penny Packard Reid
on behalf of Creditor Committee Official Committee of Unsecured Creditors preid@sidley.com
txefilingnotice@sidley.com;penny-reid-4098@ecf.pacerpro.com;ncade@sidley.com

Phillip L. Lamberson
on behalf of Creditor Acis Capital Management GP LLC plamberson@winstead.com

Phillip L. Lamberson
on behalf of Creditor Acis Capital Management L.P. plamberson@winstead.com

Rakhee V. Patel
on behalf of Creditor Acis Capital Management L.P. rpatel@sidley.com,

| | |
|---|---|
| | rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com |
| Rakhee V. Patel | on behalf of Creditor Acis Capital Management GP LLC rpatel@sidley.com, rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com |
| Richard L. Wynne | on behalf of Interested Party Hon.Russell F. Nelms (Ret.) rlwynne@jonesday.com |
| Richard L. Wynne | on behalf of Interested Party John S. Dubel rlwynne@jonesday.com |
| Robert Joel Feinstein | on behalf of Defendant Highland Capital Management LP rfeinstein@pszjlaw.com |
| Robert Joel Feinstein | on behalf of Debtor Highland Capital Management L.P. rfeinstein@pszjlaw.com |
| Roger L. McCleary | on behalf of Plaintiff Charitable DAF Fund L.P. rmccleary@pmmlaw.com |
| Ryan E. Manns | on behalf of Interested Party UBS Securities LLC ryan.manns@nortonrosefulbright.com calendaring-nortonrose-9955@ecf.pacerpro.com |
| Ryan E. Manns | on behalf of Interested Party UBS AG London Branch ryan.manns@nortonrosefulbright.com calendaring-nortonrose-9955@ecf.pacerpro.com |
| Ryan J Sullivan, I | on behalf of Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO AS TRUSTEE OF DUGABOY INVESTMENT TRUST ryan.sullivan@pillsburylaw.com |
| Ryan J Sullivan, I | on behalf of Cross Defendant DUGABOY INVESTMENT TRUST AND NANCY DONDERO AS TRUSTEE OF DUGABOY INVESTMENT TRUST ryan.sullivan@pillsburylaw.com |
| Ryan J Sullivan, I | on behalf of Defendant GET GOOD TRUST AND GRANT JAMES SCOTT III AS TRUSTEE OF GET GOOD TRUST ryan.sullivan@pillsburylaw.com |
| Ryan J Sullivan, I | on behalf of Defendant James D. Dondero ryan.sullivan@pillsburylaw.com |
| Ryan J Sullivan, I | on behalf of Defendant STRAND ADVISORS INC ryan.sullivan@pillsburylaw.com |
| Sarah A. Schultz | on behalf of Interested Party PetroCap LLC sschultz@akingump.com, TXDocketing@akingump.com;bkemp@akingump.com;mstamer@akingump.com;aqureshi@akingump.com |
| Sawnie A. McEntire | on behalf of Creditor Hunter Mountain Investment Trust smcentire@pmmlaw.com mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com |
| Sawnie A. McEntire | on behalf of Plaintiff Hunter Mountain Investment Trust smcentire@pmmlaw.com mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com |
| Sawnie A. McEntire | on behalf of Interested Party Hunter Mountain Investment Trust smcentire@pmmlaw.com mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com |
| Sawnie A. McEntire | on behalf of Plaintiff Charitable DAF Fund L.P. smcentire@pmmlaw.com, mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com |
| Sawnie A. McEntire | on behalf of Interested Party Hunter Mountain Trust smcentire@pmmlaw.com mpittmon@pmmlaw.com,dball@pmmlaw.com;tgeorge@pmmlaw.com |
| Scott M. Seidel | on behalf of Attorney Scott M. Seidel scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net |
| Sean M. Beach | on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com sbeach@ycst.com |
| Shawn M Bates | on behalf of Creditor Acis Capital Management L.P. sbates@azalaw.com, tbyrd@azalaw.com |
| Shawn M. Christianson | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |

| | |
|---|---|
| Sydney Rose | on behalf of Partner Dugaboy Investment Trust srose@kslaw.com sstaskus@kslaw.com;sydney-rose-3505@ecf.pacerpro.com |
| Sydney Rose | on behalf of Creditor The Dugaboy Investment Trust srose@kslaw.com sstaskus@kslaw.com;sydney-rose-3505@ecf.pacerpro.com |
| Thomas Albert Cooke | on behalf of Creditor Acis Capital Management L.P. tcooke@azalaw.com, mflores@azalaw.com |
| Thomas C. Scannell | on behalf of Interested Party Sentinel Reinsurance Ltd. tscannell@foley.com acordero@foley.com;thomas-scannell-3441@ecf.pacerpro.com |
| Thomas Daniel Berghman | on behalf of Interested Party Highland Capital Management Fund Advisors L.P. tberghman@munsch.com, amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com |
| Thomas Daniel Berghman | on behalf of Interested Party NexPoint Advisors L.P. tberghman@munsch.com, amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com |
| Thomas Daniel Berghman | on behalf of Defendant NexPoint Advisors L.P. tberghman@munsch.com, amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com |
| Thomas Daniel Berghman | on behalf of Defendant Highland Capital Management Fund Advisors L.P. tberghman@munsch.com, amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com |
| Thomas G. Haskins, Jr. | on behalf of Creditor NWCC LLC thaskins@btlaw.com |
| Thomas M. Melsheimer | on behalf of Creditor Frank Waterhouse Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent tmelsheimer@kslaw.com, thomas-melsheimer-2007@ecf.pacerpro.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Vickie L. Driver | on behalf of Creditor HarbourVest et al vickie@driversteplaw.com crissie@driversteplaw.com;elisa@driversteplaw.com,5760377420@filings.docketbird.com |
| William R. Howell, Jr. | on behalf of Defendant James D. Dondero williamhowell@utexas.edu williamhowell@utexas.edu |
| Zachery Z. Annable | on behalf of Debtor Highland Capital Management L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com |
| Zachery Z. Annable | on behalf of Other Professional Hayward PLLC zannable@haywardfirm.com mholmes@haywardfirm.com |
| Zachery Z. Annable | on behalf of Defendant Highland Claimant Trust zannable@haywardfirm.com mholmes@haywardfirm.com |
| Zachery Z. Annable | on behalf of Other Professional Hayward & Associates PLLC zannable@haywardfirm.com mholmes@haywardfirm.com |
| Zachery Z. Annable | on behalf of Interested Party Highland Litigation Sub-Trust zannable@haywardfirm.com mholmes@haywardfirm.com |
| Zachery Z. Annable | on behalf of Counter-Defendant Highland Capital Management L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com |
| Zachery Z. Annable | on behalf of Defendant Highland Capital Management L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com |
| Zachery Z. Annable | on behalf of Interested Party Highland Litigation Trustee LLC, as Litigation Trustee of the Highland Litigation Sub-Trust zannable@haywardfirm.com, mholmes@haywardfirm.com |
| Zachery Z. Annable | on behalf of Plaintiff Highland Capital Management L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com |
| Zachery Z. Annable | on behalf of Other Professional Highland Claimant Trust zannable@haywardfirm.com mholmes@haywardfirm.com |
| Zachery Z. Annable | on behalf of Defendant Highland Capital Management LP zannable@haywardfirm.com, mholmes@haywardfirm.com |

TOTAL: 575

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 7, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § | **Case No. 19-34054-sgj11** |
| | § | |
| | § | |
| **Debtor.** | § | |

**ORDER**

Consistent with the Memorandum Opinion issued on this date, it is hereby

ORDERED that the Motion to Strike Items Improperly Designated as Part of the Record on Appeal of the Rule 60(b) Decision [Dkt. No. 4706] and the Motion to Strike Items Improperly Designated as Part of the Record on Appeal of the Rule 59(e) Decision [Dkt. No. 4728] (collectively, the "Motions"), filed by Highland Capital Management, L.P. and the Highland Claimant Trust (collectively, "Highland"), are granted in part and denied in part; and it is further

ORDERED that the items identified in Appendix A are stricken from the

record on appeal for both the Rule 60(b) Motion[1] and Rule 59(e) Motion appeals pursuant to the Dugaboy Investment Trust's ("Dugaboy") voluntary withdrawal of those items from its designations. *See* Dkt. No. 4736; and it is further

ORDERED that the items identified in Appendix B are stricken from the record on appeal for both the Rule 60(b) Motion and Rule 59(e) Motion appeals because Dugaboy neither offered nor sought to admit them into evidence; and it is further

ORDERED that, in all other respects, the Motions are DENIED.

### End of Order ###

[1] Capitalized terms not otherwise defined herein shall have the same meaning given them in the Memorandum Opinion.

**Appendix A**

4617-3, 4617-4

4618-6, 4618-7, 4618-8, 4618-9, 4618-10, 4618-11, 4618-12

4619-12

4620-2, 4620-6, 4620-7, 4620-9, 4620-10, 4620-11, 4620-14, 4620-16, 4620-17, 4620-18, 4620-19, 4620-20, 4620-21, 4620-22, 4620-33, 4620-38, 4620-39, 4620-40

4621-15, 4621-23, 4621-24, 4621-25, 4621-26, 4621-27, 4621-33, 4621-39, 4621-40, 4621-41, 4621-42, 4621-43

4622-2, 4622-3, 4622-4, 4622-5, 4622-6, 4622-7, 4622-8, 4622-11, 4622-12, 4622-13, 4622-15, 4622-16, 4622-17, 4622-18, 4622-19, 4622-20, 4622-21, 4622-22, 4622-23, 4622-24, 4622-25, 4622-27

4624-1, 4624-3, 4624-11, 4624-14, 4624-16, 4624-18, 4624-19, 4624-20, 4624-23

4625-1, 4625-3, 4625-8, 4625-9

4628-2, 4628-3, 4628-12, 4628-15

4629-1, 4629-5, 4629-6, 4629-7, 4629-8, 4629-9, 4629-10, 4629-11, 4629-12, 4629-13

4659-2, 4659-3, 4659-4, 4659-8, 4659-10, 4659-11, 4659-14, 4659-15, 4659-17, 4659-18, 4659-19, 4659-20, 4659-21, 4659-22, 4659-23, 4659-24, 4659-25, 4659-26, 4659-27, 4659-28

## Appendix B

4619-1

4620-1, 4620-3, 4620-4, 4620-5, 4620-8, 4620-12, 4620-13, 4620-15, 4620-23, 4620-24, 4620-25, 4620-26, 4620-27, 4620-28, 4620-29, 4620-30, 4620-31, 4620-32, 4620-34, 4620-35, 4620-36, 4620-37, 4620-41, 4620-42, 4620-43, 4620-44

4621-1, 4621-2, 4621-3, 4621-4, 4621-5, 4621-6, 4621-7, 4621-8, 4621-9, 4621-10, 4621-11, 4621-12, 4621-13, 4621-14, 4621-16, 4621-17, 4621-18, 4621-19, 4621-20, 4621-21, 4621-22, 4621-28, 4621-29, 4621-30, 4621-31, 4621-32, 4621-34, 4621-35, 4621-36, 4621-37, 4621-38, 4621-44, 4621-45

4622-1, 4622-9, 4622-10, 4622-14, 4622-26

4623-1, 4623-3

4624-2, 4624-4, 4624-5, 4624-6, 4624-7, 4624-8, 4624-10, 4624-12, 4624-13, 4624-15, 4624-17, 4624-22

4625-2, 4625-5, 4625-6, 4625-7, 4625-10

4628-5, 4628-6, 4628-7, 4628-11, 4628-13, 4628-14, 4628-16, 4628-17

4629-2, 4629-3, 4629-4, 4629-15

4659-1, 4659-5, 4659-6, 4659-7, 4659-9, 4659-12, 4659-13, 4659-16, 4659-29, 4659-30, 4659-31, 4659-32, 4659-33, 4659-34, 4659-35, 4659-36, 4659-37, 4659-38, 4659-39, 4659-40, 4659-41, 4659-42, 4659-43, 4659-44, 4659-45, 4659-46

4661-1, 4661-2, 4661-3, 4661-4, 4661-5