**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054 (SGJ) |
| Reorganized Debtor. | ) | |

**NOTICE OF CHANGE OF FIRM ADDRESS**

TO: THE UNITED STATES BANKRUPTCY COURT, OFFICE OF THE UNITED STATES TRUSTEE, ALL PARTIES ENTITLED TO RECEIVE NOTICE, AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, effective October 26, 2026, Kurtzman Carson Consultants, LLC dba Verita Global relocated to:

100 N. Pacific Coast Highway
Suite 100
El Segundo, CA 90245
Telephone: (310) 823-9000

Dated: October 26, 2026

KURTZMAN CARSON CONSULTANTS, LLC dba Verita Global

By: /s/ Sarah Harbuck
Sarah Harbuck
Assistant General Counsel
100 N. Pacific Coast Highway
Suite 100
El Segundo, CA 90245
Telephone: (310) 823-9000

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 6333 Mockingbird Ln., Ste. 147 #5045, Dallas, Texas 75214.